

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Custom Index Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | inv00015564 | 11/20/2014 | $102.02 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15655 | 11/21/2014 | $102.02 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15716 | 11/21/2014 | $118.07 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15753 | 11/21/2014 | $1,092.44 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15754 | 11/21/2014 | $1,092.44 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15781 | 11/21/2014 | $23,359.50 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | NV00000237 | 5/9/2014 | $6,256.00 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | NV00006675 | 7/23/2014 | $460.08 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | NV00008879 | 8/20/2014 | $501.93 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | NV00015657 | 11/21/2014 | $632.11 |
| The Standard Register Company | The Standard Register Company | 1090249 | $1,532.72 | 1/13/2015 | NV00011126 | 9/19/2014 | $1,504.20 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | inv00015563 | 11/20/2014 | $102.02 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15539 | 11/19/2014 | $450.12 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | inv00015572 | 11/20/2014 | $108.02 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | inv00015573 | 11/20/2014 | $108.02 |
| The Standard Register Company | The Standard Register Company | 1089189 | $1,999.73 | 1/6/2015 | 15860 | 11/24/2014 | $263.61 |
| The Standard Register Company | The Standard Register Company | 1089189 | $1,999.73 | 1/6/2015 | 15906 | 11/25/2014 | $1,580.00 |
| The Standard Register Company | The Standard Register Company | 1089189 | $1,999.73 | 1/6/2015 | 15951 | 11/25/2014 | $299.27 |
| The Standard Register Company | The Standard Register Company | 1089759 | $3,624.61 | 1/9/2015 | 16008 | 11/26/2014 | $412.50 |
| The Standard Register Company | The Standard Register Company | 1089759 | $3,624.61 | 1/9/2015 | 16064 | 11/26/2014 | $658.80 |
| The Standard Register Company | The Standard Register Company | 1089759 | $3,624.61 | 1/9/2015 | 16079 | 11/26/2014 | $1,820.00 |
| The Standard Register Company | The Standard Register Company | 1089759 | $3,624.61 | 1/9/2015 | NV00016058 | 11/26/2014 | $995.91 |
| The Standard Register Company | The Standard Register Company | 1083503 | $316.03 | 12/12/2014 | 14255 | 10/31/2014 | $332.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | inv00015558 | 11/20/2014 | $69.00 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15085 | 11/13/2014 | $1,793.00 |
| The Standard Register Company | The Standard Register Company | 1083867 | $255.75 | 12/12/2014 | 14299 | 10/31/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1084085 | $284.58 | 12/15/2014 | 14382 | 11/3/2014 | $306.00 |
| The Standard Register Company | The Standard Register Company | 1084500 | $1,061.81 | 12/16/2014 | 14556 | 11/5/2014 | $936.66 |
| The Standard Register Company | The Standard Register Company | 1084500 | $1,061.81 | 12/16/2014 | INV14447 | 11/4/2014 | $190.40 |
| The Standard Register Company | The Standard Register Company | 1085898 | $111.60 | 12/29/2014 | 14759 | 11/10/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1086294 | $826.83 | 12/29/2014 | 14881 | 11/11/2014 | $189.75 |
| The Standard Register Company | The Standard Register Company | 1086294 | $826.83 | 12/29/2014 | 14889 | 11/11/2014 | $289.56 |
| The Standard Register Company | The Standard Register Company | 1086294 | $826.83 | 12/29/2014 | 14975 | 11/12/2014 | $270.64 |
| The Standard Register Company | The Standard Register Company | 1086294 | $826.83 | 12/29/2014 | INV14805 | 11/11/2014 | $130.28 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15024 | 11/13/2014 | $284.64 |
| The Standard Register Company | The Standard Register Company | 1088588 | $31,869.20 | 1/5/2015 | 15654 | 11/21/2014 | $108.02 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15040 | 11/13/2014 | $521.00 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | inv00015407 | 11/18/2014 | $134.01 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15231 | 11/17/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15336 | 11/17/2014 | $325.00 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | inv00015221 | 11/17/2014 | $265.64 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | inv00015222 | 11/17/2014 | $1,058.51 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15408 | 11/18/2014 | $134.01 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15409 | 11/18/2014 | $1,760.64 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15433 | 11/18/2014 | $262.56 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15514 | 11/19/2014 | $340.18 |
| The Standard Register Company | The Standard Register Company | 1087946 | $4,984.38 | 1/5/2015 | 15537 | 11/19/2014 | $2,228.00 |
| The Standard Register Company | The Standard Register Company | 1091044 | $1,227.91 | 1/22/2015 | 16301 | 12/2/2014 | $796.44 |
| The Standard Register Company | The Standard Register Company | 1087228 | $4,531.41 | 12/30/2014 | 15038 | 11/13/2014 | $280.64 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017379 | 12/17/2014 | $422.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096444 | $1,361.53 | 2/17/2015 | 17816 | 12/23/2014 | $62.33 |
| The Standard Register Company | The Standard Register Company | 1096444 | $1,361.53 | 2/17/2015 | NV00017799 | 12/23/2014 | $1,386.70 |
| The Standard Register Company | The Standard Register Company | 21672 | $232.74 | 12/30/2014 | 14305 | 11/10/2014 | $236.82 |
| The Standard Register Company | The Standard Register Company | 21781 | $467.09 | 12/30/2014 | 14806 | 11/14/2014 | $475.80 |
| The Standard Register Company | The Standard Register Company | 21922 | $436.71 | 1/5/2015 | INV00016148 | 11/28/2014 | $436.71 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017284 | 12/16/2014 | $106.90 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017286 | 12/16/2014 | $131.93 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017287 | 12/16/2014 | $64.76 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017288 | 12/16/2014 | $94.87 |
| The Standard Register Company | The Standard Register Company | 1090249 | $1,532.72 | 1/13/2015 | NV00004835 | 6/30/2014 | $133.81 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017290 | 12/16/2014 | $131.93 |
| The Standard Register Company | The Standard Register Company | 1095688 | $470.86 | 2/10/2015 | INV00017608 | 12/19/2014 | $499.42 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017383 | 12/17/2014 | $131.93 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017384 | 12/17/2014 | $548.61 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017385 | 12/17/2014 | $565.62 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017386 | 12/17/2014 | $478.12 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | inv00017285 | 12/16/2014 | $169.68 |
| The Standard Register Company | The Standard Register Company | 22553 | $160.35 | 1/27/2015 | INV00013875 | 10/27/2014 | $160.35 |
| The Standard Register Company | The Standard Register Company | 22697 | $10,493.73 | 1/27/2015 | 16537 | 12/4/2014 | $10,707.89 |
| The Standard Register Company | The Standard Register Company | 22794 | $715.08 | 2/4/2015 | 16682 | 12/9/2014 | $726.56 |
| The Standard Register Company | The Standard Register Company | 22849 | $116.68 | 2/4/2015 | 16741 | 12/10/2014 | $117.98 |
| The Standard Register Company | The Standard Register Company | 22963 | $5,586.00 | 2/6/2015 | 17115 | 12/15/2014 | $5,700.00 |
| The Standard Register Company | The Standard Register Company | 22439 | $2,944.45 | 1/22/2015 | INV00017289 | 12/16/2014 | $97.63 |
| The Standard Register Company | The Standard Register Company | 1093926 | $800.73 | 2/4/2015 | 17140 | 12/12/2014 | $561.00 |
| The Standard Register Company | The Standard Register Company | 1091044 | $1,227.91 | 1/22/2015 | 16344 | 12/2/2014 | $511.62 |
| The Standard Register Company | The Standard Register Company | 1091537 | $236.81 | 1/27/2015 | 16417 | 12/3/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1091537 | $236.81 | 1/27/2015 | 16445 | 12/3/2014 | $88.01 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091967 | $2,152.24 | 1/27/2015 | 16538 | 12/4/2014 | $175.90 |
| The Standard Register Company | The Standard Register Company | 1091967 | $2,152.24 | 1/27/2015 | 16555 | 12/4/2014 | $2,099.19 |
| The Standard Register Company | The Standard Register Company | 1092722 | $15,505.72 | 2/3/2015 | 16686 | 12/8/2014 | $1,222.92 |
| The Standard Register Company | The Standard Register Company | 1092722 | $15,505.72 | 2/3/2015 | 16690 | 12/8/2014 | $120.69 |
| The Standard Register Company | The Standard Register Company | 1092722 | $15,505.72 | 2/3/2015 | 16725 | 12/8/2014 | $15,317.10 |
| The Standard Register Company | The Standard Register Company | 1093155 | $1,071.70 | 2/4/2015 | 16799 | 12/9/2014 | $479.70 |
| The Standard Register Company | The Standard Register Company | 1093155 | $1,071.70 | 2/4/2015 | 16803 | 12/9/2014 | $202.96 |
| The Standard Register Company | The Standard Register Company | 1096040 | $4,190.18 | 2/11/2015 | NV00017719 | 12/22/2014 | $340.54 |
| The Standard Register Company | The Standard Register Company | 1093926 | $800.73 | 2/4/2015 | 16976 | 12/11/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1096040 | $4,190.18 | 2/11/2015 | 89587 | 12/22/2014 | $4,140.39 |
| The Standard Register Company | The Standard Register Company | 1094396 | $5,514.13 | 2/6/2015 | 17213 | 12/15/2014 | $630.84 |
| The Standard Register Company | The Standard Register Company | 1094396 | $5,514.13 | 2/6/2015 | 17231 | 12/15/2014 | $543.92 |
| The Standard Register Company | The Standard Register Company | 1094396 | $5,514.13 | 2/6/2015 | 17233 | 12/15/2014 | $4,740.00 |
| The Standard Register Company | The Standard Register Company | 1094769 | $709.78 | 2/9/2015 | 17291 | 12/16/2014 | $752.10 |
| The Standard Register Company | The Standard Register Company | 1095202 | $2,279.58 | 2/10/2015 | 17389 | 12/17/2014 | $455.73 |
| The Standard Register Company | The Standard Register Company | 1095202 | $2,279.58 | 2/10/2015 | 17395 | 12/17/2014 | $118.00 |
| The Standard Register Company | The Standard Register Company | 1095202 | $2,279.58 | 2/10/2015 | 17502 | 12/18/2014 | $1,081.68 |
| The Standard Register Company | The Standard Register Company | 1095202 | $2,279.58 | 2/10/2015 | 17503 | 12/18/2014 | $520.25 |
| The Standard Register Company | The Standard Register Company | 1095202 | $2,279.58 | 2/10/2015 | INV6986 | 7/25/2014 | $243.58 |
| The Standard Register Company | The Standard Register Company | 23022 | $3,499.75 | 2/10/2015 | 17282 | 12/17/2014 | $3,570.15 |
| The Standard Register Company | The Standard Register Company | 1093155 | $1,071.70 | 2/4/2015 | 16842 | 12/9/2014 | $457.74 |

**Totals:** 34 transfer(s), $111,572.40