

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Entrust Datacard Corporation fdba Datacard Corporation** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093929 | $150,388.10 | 2/6/2015 | 6575014 | 12/11/2014 | $150,388.10 |
| The Standard Register Company | The Standard Register Company | 1092724 | $69,944.05 | 1/30/2015 | 6574134 | 12/8/2014 | $69,944.05 |
| The Standard Register Company | The Standard Register Company | 1092276 | $493,257.27 | 1/29/2015 | 6573971 | 12/5/2014 | $49,617.36 |
| The Standard Register Company | The Standard Register Company | 1092276 | $493,257.27 | 1/29/2015 | 6573629 | 12/4/2014 | $443,639.91 |

**Totals:** 3 transfer(s), $713,589.42