

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Dayton Mailing Services, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7009035UD | 7/30/2014 | $50.27 |
| The Standard Register Company | The Standard Register Company | 7010011 | $127.58 | 1/28/2015 | 37108 | 12/9/2014 | $134.30 |
| The Standard Register Company | The Standard Register Company | 7009966 | $1,965.27 | 1/27/2015 | 36964 | 12/8/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7009966 | $1,965.27 | 1/27/2015 | 36847 | 12/8/2014 | $1,571.04 |
| The Standard Register Company | The Standard Register Company | 7009878 | $1,788.11 | 1/22/2015 | 36717 | 12/4/2014 | $1,922.70 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7009280UD | 8/6/2014 | $62.47 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7009187UDA | 9/18/2014 | $6.67 |
| The Standard Register Company | The Standard Register Company | 7009135 | $380.35 | 12/12/2014 | 36396 | 11/6/2014 | $408.98 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7009091UD | 11/4/2014 | $19.53 |
| The Standard Register Company | The Standard Register Company | 7010086 | $7,770.63 | 1/30/2015 | 36775 | 12/12/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7008953UD | 10/30/2014 | $4.85 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7008903UD | 10/28/2014 | $610.37 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7008859UD | 10/27/2014 | $32.69 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 36931 | 12/3/2014 | $335.00 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 36843 | 12/3/2014 | $336.55 |
| The Standard Register Company | The Standard Register Company | 7009788 | $3,093.47 | 1/14/2015 | 36965 | 12/2/2014 | $1,230.20 |
| The Standard Register Company | The Standard Register Company | 7009839 | $1,447.44 | 1/21/2015 | 7009187UD | 11/7/2014 | $36.05 |
| The Standard Register Company | The Standard Register Company | 7010207 | $2,965.92 | 2/4/2015 | 36747 | 12/18/2014 | $2,057.27 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 36960 | 12/19/2014 | $2,175.37 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 36758 | 12/19/2014 | $1,937.18 |
| The Standard Register Company | The Standard Register Company | 7010231 | $773.37 | 2/4/2015 | 37542 | 2/3/2015 | $219.19 |
| The Standard Register Company | The Standard Register Company | 7010231 | $773.37 | 2/4/2015 | 37541 | 2/3/2015 | $554.18 |
| The Standard Register Company | The Standard Register Company | 7010207 | $2,965.92 | 2/4/2015 | 37179 | 12/17/2014 | $183.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010207 | $2,965.92 | 2/4/2015 | 37167 | 12/18/2014 | $223.24 |
| The Standard Register Company | The Standard Register Company | 7010052 | $674.62 | 1/29/2015 | 36749 | 12/10/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7010207 | $2,965.92 | 2/4/2015 | 36757 | 12/17/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7010052 | $674.62 | 1/29/2015 | 36980 | 12/10/2014 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010172 | $882.88 | 2/3/2015 | 37200 | 12/16/2014 | $387.20 |
| The Standard Register Company | The Standard Register Company | 7010172 | $882.88 | 2/3/2015 | 36984 | 12/16/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7010086 | $7,770.63 | 1/30/2015 | 37086 | 12/11/2014 | $1,043.59 |
| The Standard Register Company | The Standard Register Company | 7010086 | $7,770.63 | 1/30/2015 | 37085 | 12/11/2014 | $978.77 |
| The Standard Register Company | The Standard Register Company | 7010086 | $7,770.63 | 1/30/2015 | 37078 | 12/11/2014 | $2,850.90 |
| The Standard Register Company | The Standard Register Company | 7010086 | $7,770.63 | 1/30/2015 | 36978 | 12/12/2014 | $2,755.00 |
| The Standard Register Company | The Standard Register Company | 7009788 | $3,093.47 | 1/14/2015 | 36844 | 12/2/2014 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010207 | $2,965.92 | 2/4/2015 | 37094 | 12/17/2014 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36164 | 11/11/2014 | $2,023.70 |
| The Standard Register Company | The Standard Register Company | 7009788 | $3,093.47 | 1/14/2015 | 36903 | 12/2/2014 | $988.76 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36677 | 11/11/2014 | $1,230.20 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36637 | 11/12/2014 | $1,136.16 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36629 | 11/11/2014 | $2,059.81 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36627 | 11/11/2014 | $319.55 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36626 | 11/11/2014 | $467.46 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36208 | 11/18/2014 | $4,681.55 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36257 | 11/11/2014 | $14,385.94 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36449 | 11/18/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 7009280 | $4,355.56 | 12/22/2014 | 36404 | 11/10/2014 | $1,559.81 |
| The Standard Register Company | The Standard Register Company | 7009280 | $4,355.56 | 12/22/2014 | 36065 | 10/18/2014 | $1,015.00 |
| The Standard Register Company | The Standard Register Company | 7009280 | $4,355.56 | 12/22/2014 | 36005 | 9/25/2014 | $1,024.30 |
| The Standard Register Company | The Standard Register Company | 7009280 | $4,355.56 | 12/22/2014 | 35879 | 9/16/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7009280 | $4,355.56 | 12/22/2014 | 35293 | 8/6/2014 | $542.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009187 | $1,986.33 | 12/16/2014 | 35903 | 9/18/2014 | $333.55 |
| The Standard Register Company | The Standard Register Company | 7009187 | $1,986.33 | 12/16/2014 | 35836 | 11/7/2014 | $1,802.29 |
| The Standard Register Company | The Standard Register Company | 7009315 | $20,521.31 | 12/23/2014 | 36425 | 11/11/2014 | $330.86 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36792 | 11/18/2014 | $113.23 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 37168 | 12/19/2014 | $364.84 |
| The Standard Register Company | The Standard Register Company | 7009760 | $2,690.36 | 1/13/2015 | 36558 | 12/1/2014 | $2,892.86 |
| The Standard Register Company | The Standard Register Company | 7009620 | $7,180.18 | 1/5/2015 | 36842 | 11/26/2014 | $3,536.35 |
| The Standard Register Company | The Standard Register Company | 7009620 | $7,180.18 | 1/5/2015 | 36831 | 11/26/2014 | $3,344.59 |
| The Standard Register Company | The Standard Register Company | 7009620 | $7,180.18 | 1/5/2015 | 36825 | 11/26/2014 | $235.90 |
| The Standard Register Company | The Standard Register Company | 7009620 | $7,180.18 | 1/5/2015 | 36719 | 11/26/2014 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7009382 | $1,739.30 | 12/26/2014 | 36166 | 11/14/2014 | $1,870.21 |
| The Standard Register Company | The Standard Register Company | 7009509 | $192.09 | 12/30/2014 | 36727 | 11/20/2014 | $206.55 |
| The Standard Register Company | The Standard Register Company | 7009788 | $3,093.47 | 1/14/2015 | 36902 | 12/2/2014 | $924.11 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36707 | 11/18/2014 | $997.38 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36695 | 11/19/2014 | $1,774.41 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36674 | 11/19/2014 | $1,275.00 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36453 | 11/18/2014 | $415.00 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36452 | 11/18/2014 | $415.00 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36451 | 11/18/2014 | $362.50 |
| The Standard Register Company | The Standard Register Company | 7009463 | $9,941.88 | 12/29/2014 | 36450 | 11/18/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 7009560 | $7,390.69 | 1/2/2015 | 36724 | 11/24/2014 | $7,933.81 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37216 | 1/29/2015 | $1,493.02 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37477 | 1/16/2015 | $478.45 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37484 | 1/23/2015 | $1,362.34 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37478 | 1/23/2015 | $418.45 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37417 | 1/21/2015 | $1,481.80 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37383 | 1/27/2015 | $183.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37381 | 1/29/2015 | $1,515.71 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37490 | 1/23/2015 | $355.00 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37257 | 1/30/2015 | $20,876.25 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37491 | 1/19/2015 | $234.64 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 36983 | 1/21/2015 | $1,893.75 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 36922 | 1/21/2015 | $15,460.68 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 36921 | 1/21/2015 | $46,664.65 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 36920 | 1/21/2015 | $169,138.47 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 36761 | 1/21/2015 | $1,780.19 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37498 | 1/16/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 37096 | 12/19/2014 | $1,552.51 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37347 | 1/21/2015 | $1,514.65 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37517 | 1/21/2015 | $971.91 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37605 | 1/27/2015 | $218.60 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37602 | 1/29/2015 | $464.55 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37583 | 2/3/2015 | $762.50 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37556 | 1/23/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37535 | 1/23/2015 | $1,611.60 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37533 | 1/21/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37485 | 1/20/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37518 | 1/21/2015 | $1,269.09 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37440 | 1/12/2015 | $387.20 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37509 | 1/23/2015 | $180.00 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37508 | 1/23/2015 | $180.00 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37507 | 1/23/2015 | $227.01 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37499 | 1/30/2015 | $1,714.35 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37497 | 1/20/2015 | $2,890.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37495 | 1/27/2015 | $427.44 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37494 | 1/20/2015 | $539.33 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37519 | 1/21/2015 | $1,189.12 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 37165 | 12/23/2014 | $1,621.11 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37482 | 1/15/2015 | $1,831.93 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36777 | 1/15/2015 | $1,879.01 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36748 | 1/7/2015 | $1,945.14 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36718 | 1/6/2015 | $3,375.25 |
| The Standard Register Company | The Standard Register Company | 7010454 | $500.00 | 2/18/2015 | 37823 | 2/17/2015 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 37239 | 12/23/2014 | $1,587.36 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36914 | 1/7/2015 | $5,998.06 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 37193 | 12/23/2014 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36915 | 1/7/2015 | $5,134.23 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 36982 | 12/23/2014 | $2,048.70 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 36737 | 12/23/2014 | $25,777.63 |
| The Standard Register Company | The Standard Register Company | 7010283 | $2,178.15 | 2/6/2015 | 37297 | 12/22/2014 | $387.20 |
| The Standard Register Company | The Standard Register Company | 7010283 | $2,178.15 | 2/6/2015 | 36776 | 12/22/2014 | $1,905.59 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 37238 | 12/19/2014 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 37180 | 12/19/2014 | $1,570.29 |
| The Standard Register Company | The Standard Register Company | 7010703 | $263,970.01 | 3/5/2015 | 37676 | 2/2/2015 | $218.60 |
| The Standard Register Company | The Standard Register Company | 7010334 | $31,263.33 | 2/10/2015 | 37194 | 12/23/2014 | $1,581.26 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37236 | 1/16/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37416 | 1/14/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37346 | 1/16/2015 | $183.24 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37345 | 1/7/2015 | $818.18 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37341 | 1/6/2015 | $542.15 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37340 | 12/29/2014 | $7,500.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37329 | 12/26/2014 | $25,344.90 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36911 | 1/6/2015 | $7,811.57 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37302 | 1/5/2015 | $290.00 |
| The Standard Register Company | The Standard Register Company | 7010244 | $7,732.43 | 2/5/2015 | 37135 | 12/19/2014 | $355.97 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37208 | 1/5/2015 | $620.00 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37206 | 1/5/2015 | $740.00 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37196 | 1/14/2015 | $1,415.30 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37185 | 1/14/2015 | $1,230.53 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37097 | 1/14/2015 | $1,399.71 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37031 | 12/31/2014 | $2,916.79 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 36963 | 1/5/2015 | $2,013.00 |
| The Standard Register Company | The Standard Register Company | 7010533 | $87,784.88 | 2/24/2015 | 37323 | 12/26/2014 | $18,000.00 |

**Totals:**     **26 transfer(s),**     **$471,296.14**