

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Jeff Lane dba PJ Printers**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089603 | $1,934.26 | 1/9/2015 | 142415 | 12/3/2014 | $105.95 |
| The Standard Register Company | The Standard Register Company | 1090220 | $7,568.08 | 1/14/2015 | 142497 | 12/9/2014 | $4,423.50 |
| The Standard Register Company | The Standard Register Company | 1090220 | $7,568.08 | 1/14/2015 | 142496 | 12/8/2014 | $1,950.96 |
| The Standard Register Company | The Standard Register Company | 1090220 | $7,568.08 | 1/14/2015 | 1073149UDA | 5/13/2014 | $11.41 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142470 | 12/5/2014 | $478.98 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142467 | 12/5/2014 | $1,269.03 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142454 | 12/4/2014 | $5,119.46 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142425 | 12/4/2014 | $461.85 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142424 | 12/4/2014 | $1,233.50 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142423 | 12/4/2014 | $1,151.37 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142422 | 12/4/2014 | $2,615.03 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142780 | 12/17/2014 | $12,772.27 |
| The Standard Register Company | The Standard Register Company | 1089603 | $1,934.26 | 1/9/2015 | 142416 | 12/3/2014 | $560.31 |
| The Standard Register Company | The Standard Register Company | 1090351 | $541.47 | 1/15/2015 | 142562 | 12/10/2014 | $582.22 |
| The Standard Register Company | The Standard Register Company | 1089603 | $1,934.26 | 1/9/2015 | 142387 | 12/3/2014 | $1,396.74 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142325 | 11/28/2014 | $1,376.19 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142323 | 11/28/2014 | $436.50 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142322 | 11/28/2014 | $312.82 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142321 | 11/28/2014 | $460.84 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142320 | 11/28/2014 | $3,243.00 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142319 | 11/28/2014 | $523.71 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142307 | 11/28/2014 | $8,627.72 |
| The Standard Register Company | The Standard Register Company | 1087761 | $15,436.28 | 1/7/2015 | 142306 | 11/28/2014 | $1,245.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142300 | 11/26/2014 | $50,995.30 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142299 | 11/26/2014 | $5,592.60 |
| The Standard Register Company | The Standard Register Company | 1089634 | $12,290.13 | 1/14/2015 | 142421 | 12/4/2014 | $566.49 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142694 | 12/15/2014 | $2,869.99 |
| The Standard Register Company | The Standard Register Company | 1082377 | $544.62 | 12/12/2014 | 141783 | 11/4/2014 | $640.22 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142778 | 12/17/2014 | $497.09 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142767 | 12/17/2014 | $1,328.15 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142763 | 12/17/2014 | $1,037.56 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142459 | 12/4/2014 | $4,166.25 |
| The Standard Register Company | The Standard Register Company | 1091262 | $2,562.03 | 1/23/2015 | 142758 | 12/16/2014 | $707.03 |
| The Standard Register Company | The Standard Register Company | 1091262 | $2,562.03 | 1/23/2015 | 142757 | 12/16/2014 | $1,494.81 |
| The Standard Register Company | The Standard Register Company | 1091262 | $2,562.03 | 1/23/2015 | 142723 | 12/16/2014 | $526.59 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142700 | 12/15/2014 | $1,274.34 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142698 | 12/15/2014 | $2,029.91 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142697 | 12/15/2014 | $1,782.82 |
| The Standard Register Company | The Standard Register Company | 1090220 | $7,568.08 | 1/14/2015 | 142516 | 12/9/2014 | $481.78 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142695 | 12/15/2014 | $2,433.75 |
| The Standard Register Company | The Standard Register Company | 1090220 | $7,568.08 | 1/14/2015 | 142518 | 12/9/2014 | $1,216.57 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142693 | 12/15/2014 | $1,612.81 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142651 | 12/12/2014 | $552.03 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142649 | 12/12/2014 | $2,490.82 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142637 | 12/11/2014 | $1,347.72 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142588 | 12/11/2014 | $1,081.70 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142585 | 12/11/2014 | $1,025.99 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142582 | 12/11/2014 | $3,783.78 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142581 | 12/11/2014 | $582.02 |
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142517 | 12/11/2014 | $547.27 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090577 | $13,727.95 | 1/20/2015 | 142514 | 12/12/2014 | $3,318.75 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142267 | 11/26/2014 | $582.02 |
| The Standard Register Company | The Standard Register Company | 1090923 | $11,546.70 | 1/26/2015 | 142696 | 12/15/2014 | $344.53 |
| The Standard Register Company | The Standard Register Company | 1084300 | $8,391.30 | 12/17/2014 | 141947 | 11/11/2014 | $362.48 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142281 | 11/25/2014 | $123,000.72 |
| The Standard Register Company | The Standard Register Company | 1085065 | $564.48 | 12/17/2014 | 141866 | 11/6/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1085065 | $564.48 | 12/17/2014 | 141865 | 11/6/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1085065 | $564.48 | 12/17/2014 | 141864 | 11/6/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1085065 | $564.48 | 12/17/2014 | 141863 | 11/6/2014 | $228.00 |
| The Standard Register Company | The Standard Register Company | 1084823 | $7,454.67 | 12/17/2014 | 141985 | 11/12/2014 | $816.96 |
| The Standard Register Company | The Standard Register Company | 1084823 | $7,454.67 | 12/17/2014 | 141984 | 11/12/2014 | $529.41 |
| The Standard Register Company | The Standard Register Company | 1084823 | $7,454.67 | 12/17/2014 | 141983 | 11/12/2014 | $4,423.50 |
| The Standard Register Company | The Standard Register Company | 1084823 | $7,454.67 | 12/17/2014 | 141982 | 11/12/2014 | $1,487.44 |
| The Standard Register Company | The Standard Register Company | 1084823 | $7,454.67 | 12/17/2014 | 141981 | 11/12/2014 | $721.04 |
| The Standard Register Company | The Standard Register Company | 1084661 | $1,029.38 | 12/17/2014 | 141782 | 11/4/2014 | $1,049.69 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 1071982UD | 11/3/2014 | $29.51 |
| The Standard Register Company | The Standard Register Company | 1084300 | $8,391.30 | 12/17/2014 | 141948 | 11/11/2014 | $5,724.48 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 1073149UD | 9/22/2014 | $12.35 |
| The Standard Register Company | The Standard Register Company | 1084300 | $8,391.30 | 12/17/2014 | 141913 | 11/11/2014 | $2,638.82 |
| The Standard Register Company | The Standard Register Company | 1083985 | $17,620.90 | 12/24/2014 | 141933 | 11/10/2014 | $2,276.74 |
| The Standard Register Company | The Standard Register Company | 1083985 | $17,620.90 | 12/24/2014 | 141915 | 11/10/2014 | $8,839.30 |
| The Standard Register Company | The Standard Register Company | 1083985 | $17,620.90 | 12/24/2014 | 141912 | 11/10/2014 | $6,173.06 |
| The Standard Register Company | The Standard Register Company | 1083985 | $17,620.90 | 12/24/2014 | 141911 | 11/10/2014 | $1,302.35 |
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141902 | 11/7/2014 | $1,989.45 |
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141901 | 11/7/2014 | $1,582.23 |
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141900 | 11/7/2014 | $1,108.50 |
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141870 | 11/7/2014 | $651.14 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141827 | 11/6/2014 | $2,160.53 |
| The Standard Register Company | The Standard Register Company | 1083351 | $7,692.71 | 12/12/2014 | 141826 | 11/6/2014 | $794.40 |
| The Standard Register Company | The Standard Register Company | 1084300 | $8,391.30 | 12/17/2014 | 141949 | 11/11/2014 | $246.90 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142128 | 11/18/2014 | $518.07 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142797 | 12/18/2014 | $1,740.20 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142238 | 11/25/2014 | $1,515.47 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142231 | 11/24/2014 | $394.95 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142230 | 11/24/2014 | $2,050.76 |
| The Standard Register Company | The Standard Register Company | 1086035 | $3,131.64 | 1/9/2015 | 141910 | 11/10/2014 | $3,193.00 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142208 | 11/21/2014 | $105.95 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142207 | 11/21/2014 | $105.95 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142206 | 11/21/2014 | $69.05 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142205 | 11/21/2014 | $69.05 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142190 | 11/21/2014 | $2,188.30 |
| The Standard Register Company | The Standard Register Company | 1085767 | $11,316.08 | 1/6/2015 | 142097 | 11/18/2014 | $9,171.11 |
| The Standard Register Company | The Standard Register Company | 1085065 | $564.48 | 12/17/2014 | 141868 | 11/6/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1085706 | $8,075.70 | 12/31/2014 | 142133 | 11/19/2014 | $565.88 |
| The Standard Register Company | The Standard Register Company | 1086723 | $178,952.92 | 1/6/2015 | 142273 | 11/26/2014 | $1,276.68 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142127 | 11/18/2014 | $345.38 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142086 | 11/18/2014 | $1,533.44 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142085 | 11/18/2014 | $5,866.41 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142084 | 11/18/2014 | $1,726.90 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142083 | 11/18/2014 | $1,333.98 |
| The Standard Register Company | The Standard Register Company | 1085656 | $11,936.26 | 12/31/2014 | 142073 | 11/18/2014 | $1,449.90 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 142040 | 11/14/2014 | $525.74 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 142039 | 11/14/2014 | $6,368.99 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 142038 | 11/14/2014 | $294.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 142032 | 11/13/2014 | $1,215.56 |
| The Standard Register Company | The Standard Register Company | 1085180 | $9,808.36 | 12/31/2014 | 142005 | 11/13/2014 | $2,084.32 |
| The Standard Register Company | The Standard Register Company | 1085706 | $8,075.70 | 12/31/2014 | 142134 | 11/19/2014 | $8,024.39 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143503 | 1/21/2015 | $2,375.49 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 142939 | 12/24/2014 | $2,307.78 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 142917 | 12/24/2014 | $2,801.35 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 142686 | 12/15/2014 | $5,970.45 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143631 | 1/23/2015 | $407.44 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143603 | 1/23/2015 | $938.07 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143591 | 1/23/2015 | $407.44 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143590 | 1/23/2015 | $740.70 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143589 | 1/23/2015 | $931.55 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143588 | 1/23/2015 | $699.93 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143561 | 1/22/2015 | $146.86 |
| The Standard Register Company | The Standard Register Company | 1091278 | $21,145.54 | 1/26/2015 | 142779 | 12/17/2014 | $2,025.84 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143523 | 1/21/2015 | $4,108.38 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 143060 | 1/6/2015 | $1,478.02 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143501 | 1/21/2015 | $3,156.08 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143500 | 1/21/2015 | $2,427.73 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143499 | 1/21/2015 | $512.96 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143496 | 1/20/2015 | $1,346.46 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143473 | 1/20/2015 | $1,298.02 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143472 | 1/20/2015 | $1,965.06 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143461 | 1/19/2015 | $2,427.96 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143451 | 1/19/2015 | $6,932.65 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143450 | 1/19/2015 | $627.38 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143442 | 1/19/2015 | $1,035.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143441 | 1/19/2015 | $4,310.45 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143557 | 1/21/2015 | $77.52 |
| The Standard Register Company | The Standard Register Company | ACH:13041 | $2,750.53 | 12/29/2014 | 141528 | 11/14/2014 | $2,801.40 |
| The Standard Register Company | The Standard Register Company | ACH:13712 | $6,242.64 | 2/3/2015 | 142586 | 12/15/2014 | $1,896.98 |
| The Standard Register Company | The Standard Register Company | ACH:13712 | $6,242.64 | 2/3/2015 | 142584 | 12/15/2014 | $489.34 |
| The Standard Register Company | The Standard Register Company | ACH:13712 | $6,242.64 | 2/3/2015 | 142583 | 12/15/2014 | $1,457.81 |
| The Standard Register Company | The Standard Register Company | ACH:13712 | $6,242.64 | 2/3/2015 | 142515 | 12/15/2014 | $2,514.08 |
| The Standard Register Company | The Standard Register Company | ACH:13686 | $5,557.05 | 2/2/2015 | 142580 | 12/12/2014 | $4,367.04 |
| The Standard Register Company | The Standard Register Company | ACH:13686 | $5,557.05 | 2/2/2015 | 142469 | 12/12/2014 | $1,300.75 |
| The Standard Register Company | The Standard Register Company | ACH:13578 | $861.43 | 1/23/2015 | 142388 | 12/4/2014 | $878.12 |
| The Standard Register Company | The Standard Register Company | ACH:13436 | $5,720.48 | 1/15/2015 | 142324 | 12/2/2014 | $5,833.65 |
| The Standard Register Company | The Standard Register Company | ACH:13230 | $4,136.42 | 1/5/2015 | 142295 | 11/26/2014 | $2,597.46 |
| The Standard Register Company | The Standard Register Company | ACH:13230 | $4,136.42 | 1/5/2015 | 142232 | 11/26/2014 | $1,623.38 |
| The Standard Register Company | The Standard Register Company | ACH:13217 | $780.34 | 1/5/2015 | 142220 | 11/24/2014 | $796.27 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 142941 | 1/7/2015 | $614.61 |
| The Standard Register Company | The Standard Register Company | ACH:13139 | $4,412.46 | 12/30/2014 | 142074 | 11/19/2014 | $4,499.45 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 142943 | 12/29/2014 | $2,914.76 |
| The Standard Register Company | The Standard Register Company | ACH:13024 | $3,803.80 | 12/24/2014 | 141950 | 11/12/2014 | $993.28 |
| The Standard Register Company | The Standard Register Company | ACH:13024 | $3,803.80 | 12/24/2014 | 141946 | 11/12/2014 | $414.11 |
| The Standard Register Company | The Standard Register Company | ACH:13024 | $3,803.80 | 12/24/2014 | 141780 | 11/11/2014 | $2,468.00 |
| The Standard Register Company | The Standard Register Company | ACH:12762 | $8,741.95 | 12/12/2014 | 141781 | 11/5/2014 | $1,473.88 |
| The Standard Register Company | The Standard Register Company | ACH:12762 | $8,741.95 | 12/12/2014 | 141759 | 11/5/2014 | $6,502.28 |
| The Standard Register Company | The Standard Register Company | ACH:12762 | $8,741.95 | 12/12/2014 | 141679 | 11/4/2014 | $928.94 |
| The Standard Register Company | The Standard Register Company | ACH:12733 | $5,093.24 | 12/12/2014 | 141974 | 11/11/2014 | $5,093.24 |
| The Standard Register Company | The Standard Register Company | 23481 | $903.58 | 3/3/2015 | 142999 | 12/31/2014 | $919.86 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 143222 | 1/14/2015 | $1,843.13 |
| The Standard Register Company | The Standard Register Company | 23480 | $21,996.31 | 3/3/2015 | 143145 | 1/6/2015 | $4,499.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143373 | 1/15/2015 | $9,873.38 |
| The Standard Register Company | The Standard Register Company | ACH:13160 | $1,433.78 | 12/31/2014 | 142178 | 11/20/2014 | $1,455.98 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142926 | 12/23/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143395 | 1/16/2015 | $2,692.52 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143131 | 1/5/2015 | $3,268.87 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143108 | 12/31/2014 | $441.62 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142972 | 12/29/2014 | $4,789.64 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142942 | 12/24/2014 | $2,004.44 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142940 | 12/24/2014 | $2,351.65 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142650 | 12/12/2014 | $372.46 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142468 | 12/5/2014 | $238.55 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 142465 | 12/5/2014 | $938.16 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 1095377UD | 10/20/2014 | $71.39 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 1070298UD | 9/9/2014 | $611.61 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143143 | 1/6/2015 | $552.78 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142927 | 12/23/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143144 | 1/6/2015 | $758.71 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142925 | 12/23/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142916 | 12/23/2014 | $3,080.78 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142871 | 12/22/2014 | $993.30 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142869 | 12/22/2014 | $6,108.34 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142868 | 12/22/2014 | $1,538.88 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142841 | 12/19/2014 | $581.75 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142840 | 12/19/2014 | $577.32 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142839 | 12/19/2014 | $1,073.66 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142837 | 12/19/2014 | $918.12 |
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142836 | 12/19/2014 | $1,248.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091837 | $18,680.81 | 1/29/2015 | 142835 | 12/19/2014 | $1,898.85 |
| The Standard Register Company | The Standard Register Company | 1095377 | $4,638.54 | 2/10/2015 | 141329 | 10/20/2014 | $4,888.40 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143214 | 1/8/2015 | $1,572.30 |
| The Standard Register Company | The Standard Register Company | ACH:13809 | $301.16 | 2/9/2015 | 142838 | 12/22/2014 | $307.31 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143372 | 1/15/2015 | $233.64 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143371 | 1/15/2015 | $873.53 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143370 | 1/15/2015 | $552.78 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143369 | 1/15/2015 | $844.38 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143356 | 1/15/2015 | $24,551.45 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143344 | 1/14/2015 | $596.41 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143341 | 1/14/2015 | $699.93 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143297 | 1/14/2015 | $2,583.40 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143292 | 1/13/2015 | $309.36 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143252 | 1/12/2015 | $470.08 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143142 | 1/6/2015 | $1,005.68 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143221 | 1/9/2015 | $1,950.74 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143394 | 1/16/2015 | $233.58 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143213 | 1/8/2015 | $752.39 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143203 | 1/7/2015 | $19,701.44 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143202 | 1/7/2015 | $674.62 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143201 | 1/7/2015 | $811.24 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143200 | 1/7/2015 | $2,523.36 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143199 | 1/7/2015 | $258.92 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143198 | 1/7/2015 | $5.52 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143197 | 1/7/2015 | $645.45 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143196 | 1/7/2015 | $93.49 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143195 | 1/7/2015 | $27,877.11 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143194 | 1/7/2015 | $2,916.44 |
| The Standard Register Company | The Standard Register Company | 1097575 | $151,275.29 | 3/3/2015 | 143223 | 1/9/2015 | $1,080.01 |

**Totals:**    **40 transfer(s),**    **$600,601.27**