

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Delphax Technologies Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095692 | $13,115.80 | 2/10/2015 | 1113017 | 12/19/2014 | $334.32 |
| The Standard Register Company | The Standard Register Company | 1095692 | $13,115.80 | 2/10/2015 | 1113016 | 12/19/2014 | $12,712.42 |
| The Standard Register Company | The Standard Register Company | 1095692 | $13,115.80 | 2/10/2015 | 1112998 | 12/19/2014 | $69.06 |
| The Standard Register Company | The Standard Register Company | 1091974 | $26,248.05 | 1/27/2015 | 1112850 | 12/4/2014 | $5,649.21 |
| The Standard Register Company | The Standard Register Company | 1091974 | $26,248.05 | 1/27/2015 | 1112849 | 12/4/2014 | $20,598.84 |
| The Standard Register Company | The Standard Register Company | 1091543 | $21,559.05 | 1/27/2015 | 1112847 | 12/3/2014 | $1,394.22 |
| The Standard Register Company | The Standard Register Company | 1091543 | $21,559.05 | 1/27/2015 | 1112348 | 10/3/2014 | $20,164.83 |
| The Standard Register Company | The Standard Register Company | 1089761 | $202.20 | 1/9/2015 | 1112794 | 11/26/2014 | $202.20 |
| The Standard Register Company | The Standard Register Company | 1089194 | $6,310.71 | 1/9/2015 | 1112780 | 11/24/2014 | $5,748.44 |
| The Standard Register Company | The Standard Register Company | 1089194 | $6,310.71 | 1/9/2015 | 1112779 | 11/24/2014 | $418.31 |
| The Standard Register Company | The Standard Register Company | 1089194 | $6,310.71 | 1/9/2015 | 1112778 | 11/24/2014 | $143.96 |
| The Standard Register Company | The Standard Register Company | 1087240 | $4,537.49 | 12/30/2014 | 1112704 | 11/17/2014 | $3,676.48 |
| The Standard Register Company | The Standard Register Company | 1087240 | $4,537.49 | 12/30/2014 | 1112703 | 11/17/2014 | $861.01 |
| The Standard Register Company | The Standard Register Company | 1084504 | $20,461.40 | 12/16/2014 | 1112618 | 11/4/2014 | $20,232.77 |
| The Standard Register Company | The Standard Register Company | 1084504 | $20,461.40 | 12/16/2014 | 1112617 | 11/4/2014 | $228.63 |

Totals:    7 transfer(s),    $92,434.70