

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Polymeric Converting, LLC**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21642 | $43,936.22 | 1/13/2015 | 00010068 | 12/2/2014 | $21,382.79 |
| The Standard Register Company | The Standard Register Company | 1099578 | $56,556.06 | 3/10/2015 | 00010125 | 2/2/2015 | $22,288.14 |
| The Standard Register Company | The Standard Register Company | 1099578 | $56,556.06 | 3/10/2015 | 00010129 | 2/2/2015 | $4,083.97 |
| The Standard Register Company | The Standard Register Company | 1099578 | $56,556.06 | 3/10/2015 | 00010139 | 2/6/2015 | $4,434.36 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 00010140 | 2/13/2015 | $3,345.87 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 00010151 | 2/13/2015 | $12,428.64 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 00010154 | 2/13/2015 | $25,861.68 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 00010155 | 2/13/2015 | $25,664.86 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 10137 | 2/13/2015 | $14,327.36 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 10150 | 2/13/2015 | $15,320.29 |
| The Standard Register Company | The Standard Register Company | 1100039 | $102,187.26 | 3/10/2015 | 10152 | 2/13/2015 | $7,324.02 |
| The Standard Register Company | The Standard Register Company | 20938 | $31,542.72 | 12/22/2014 | 00010050 | 11/12/2014 | $5,240.17 |
| The Standard Register Company | The Standard Register Company | 20938 | $31,542.72 | 12/22/2014 | 00010053 | 11/12/2014 | $22,048.66 |
| The Standard Register Company | The Standard Register Company | 1099578 | $56,556.06 | 3/10/2015 | 00010124 | 2/2/2015 | $25,749.59 |
| The Standard Register Company | The Standard Register Company | 20938 | $31,542.72 | 12/22/2014 | 00010060 | 11/12/2014 | $1,353.87 |
| The Standard Register Company | The Standard Register Company | 7010764 | $40,710.43 | 3/9/2015 | 10159 | 2/24/2015 | $6,658.20 |
| The Standard Register Company | The Standard Register Company | 21642 | $43,936.22 | 1/13/2015 | 00010076 | 12/2/2014 | $22,553.43 |
| The Standard Register Company | The Standard Register Company | 22061 | $30,136.00 | 1/13/2015 | 00010086 | 12/12/2014 | $21,653.45 |
| The Standard Register Company | The Standard Register Company | 22061 | $30,136.00 | 1/13/2015 | 00010087 | 12/12/2014 | $8,482.55 |
| The Standard Register Company | The Standard Register Company | 22571 | $12,571.73 | 2/9/2015 | 00010105 | 12/29/2014 | $7,754.00 |
| The Standard Register Company | The Standard Register Company | 22571 | $12,571.73 | 2/9/2015 | 00010106 | 12/29/2014 | $4,817.73 |
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00009570X | 1/16/2015 | $15,007.58 |
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00009860 | 1/16/2015 | $3,884.09 |

Polymeric Converting, LLC (SRCPOL005)  
Bankruptcy Case: SRC Liquidation Company  
May 3, 2016

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00010112 | 1/16/2015 | $29,363.63 |
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00010113X | 1/16/2015 | $16,240.09 |
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00010114 | 1/16/2015 | $6,500.11 |
| The Standard Register Company | The Standard Register Company | 23217 | $85,626.08 | 2/26/2015 | 00010119 | 1/16/2015 | $14,630.58 |
| The Standard Register Company | The Standard Register Company | 7010764 | $40,710.43 | 3/9/2015 | 10158 | 2/24/2015 | $34,883.05 |
| The Standard Register Company | The Standard Register Company | 20938 | $31,542.72 | 12/22/2014 | 00010057 | 11/12/2014 | $2,900.02 |

**Totals:** 8 transfer(s), $403,266.50