

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Developertown LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099066 | $85,333.19 | 3/10/2015 | 1995 | 1/1/2015 | $85,333.19 |
| The Standard Register Company | The Standard Register Company | 1096304 | $85,169.98 | 2/17/2015 | 1963 | 12/1/2014 | $85,169.98 |
| The Standard Register Company | The Standard Register Company | 1089199 | $85,169.98 | 1/12/2015 | 1926 | 10/31/2014 | $85,169.98 |
| The Standard Register Company | The Standard Register Company | 1082008 | $86,543.62 | 12/15/2014 | 1899 | 10/1/2014 | $86,543.62 |

**Totals:** 4 transfer(s), $342,216.77