

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **PPG Industries, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13208 | $21,077.15 | 1/5/2015 | 95032757 | 12/1/2014 | $21,077.15 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95035073 | 1/29/2015 | $1,760.37 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034926 | 1/27/2015 | $32,917.75 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034610 | 1/20/2015 | $35,513.28 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034311 | 1/13/2015 | $3,422.82 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034310 | 1/13/2015 | $2,095.75 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034009 | 1/6/2015 | $10,407.60 |
| The Standard Register Company | The Standard Register Company | 7010806 | $104,999.93 | 3/11/2015 | 95034007 | 1/6/2015 | $18,882.36 |
| The Standard Register Company | The Standard Register Company | 1093639 | $1,738.00 | 2/3/2015 | 95033402 | 12/10/2014 | $1,738.00 |

**Totals:    3 transfer(s),    $127,815.08**