

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| **Defendant:** | **Precision Graphics, Inc. dba Precision Graphics Center** | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618963 | 11/16/2014 | $460.24 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618881 | 11/9/2014 | $3,027.90 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619042 | 11/22/2014 | $150.97 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 618968 | 11/22/2014 | $249.44 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 619043 | 11/16/2014 | $212.40 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 619030 | 11/16/2014 | $254.18 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 619021 | 11/16/2014 | $2,490.23 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 619013 | 11/16/2014 | $380.60 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619096 | 11/22/2014 | $219.99 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618964 | 11/16/2014 | $134.14 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619136 | 11/22/2014 | $174.73 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618958 | 11/16/2014 | $37.37 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618835 | 11/16/2014 | $536.24 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618801 | 11/16/2014 | $277.34 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618931 | 11/9/2014 | $38.25 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618904 | 11/9/2014 | $1,923.82 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618896 | 11/9/2014 | $292.48 |
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619346 | 12/7/2014 | $81.51 |
| The Standard Register Company | The Standard Register Company | 1087515 | $4,787.87 | 1/6/2015 | 618992 | 11/16/2014 | $353.81 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619215 | 11/29/2014 | $69.32 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618030 | 10/25/2014 | $1,106.99 |
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619279 | 12/7/2014 | $79.46 |
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619243 | 12/7/2014 | $155.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619239 | 12/7/2014 | $147.79 |
| The Standard Register Company | The Standard Register Company | 1091157 | $118.52 | 1/29/2015 | 618068 | 12/2/2014 | $127.44 |
| The Standard Register Company | The Standard Register Company | 1090464 | $3,789.11 | 1/16/2015 | 618741 | 11/30/2014 | $4,058.26 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619240 | 11/29/2014 | $575.00 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619067 | 11/22/2014 | $78.80 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619231 | 11/29/2014 | $108.83 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618870 | 11/9/2014 | $399.45 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619200 | 11/29/2014 | $244.00 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619194 | 11/29/2014 | $25.49 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619193 | 11/29/2014 | $50.11 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619191 | 11/29/2014 | $35.76 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619168 | 11/22/2014 | $124.65 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619161 | 11/22/2014 | $334.85 |
| The Standard Register Company | The Standard Register Company | 1088790 | $1,591.25 | 1/6/2015 | 619150 | 11/22/2014 | $365.18 |
| The Standard Register Company | The Standard Register Company | 1090292 | $1,302.79 | 1/14/2015 | 619236 | 11/29/2014 | $287.45 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618621 | 10/25/2014 | $230.87 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618895 | 11/9/2014 | $545.76 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618633 | 10/31/2014 | $625.65 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618578 | 10/31/2014 | $7,544.00 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618483 | 10/31/2014 | $8,614.00 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618243 | 10/31/2014 | $7,706.30 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618674 | 10/25/2014 | $133.54 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618658 | 10/25/2014 | $250.70 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618686 | 10/31/2014 | $2,847.94 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618636 | 10/25/2014 | $179.21 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618688 | 10/31/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618620 | 10/25/2014 | $344.04 |

Precision Graphics, Inc. dba Precision Graphics Center (SRCPRE005)

Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                Exhibit A                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618618 | 10/25/2014 | $1,486.48 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618594 | 10/25/2014 | $383.61 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618579 | 10/25/2014 | $6,677.53 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618571 | 10/25/2014 | $261.84 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618544 | 10/25/2014 | $1,204.93 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618541 | 10/25/2014 | $474.75 |
| The Standard Register Company | The Standard Register Company | 1081964 | $12,077.11 | 12/12/2014 | 618639 | 10/25/2014 | $227.15 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618746 | 10/31/2014 | $84.28 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618855 | 11/9/2014 | $106.61 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618853 | 11/9/2014 | $123.49 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618834 | 11/9/2014 | $3,580.81 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618832 | 11/9/2014 | $223.71 |
| The Standard Register Company | The Standard Register Company | 1085597 | $9,630.59 | 12/24/2014 | 618819 | 11/9/2014 | $78.80 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618833 | 10/31/2014 | $25.77 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618795 | 10/31/2014 | $739.92 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618651 | 10/31/2014 | $4,344.00 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618747 | 10/31/2014 | $480.94 |
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619350 | 12/7/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618737 | 10/31/2014 | $1,214.00 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618734 | 10/31/2014 | $625.15 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618730 | 10/31/2014 | $37.60 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618727 | 10/31/2014 | $223.91 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618716 | 10/31/2014 | $167.85 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618692 | 10/31/2014 | $897.15 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618691 | 10/31/2014 | $556.13 |
| The Standard Register Company | The Standard Register Company | 1083679 | $34,742.35 | 12/15/2014 | 618760 | 10/31/2014 | $420.60 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619777 | 1/18/2015 | $2,172.37 |

Precision Graphics, Inc. dba Precision Graphics Center (SRCPRE005)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016 | Exhibit A | P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619695 | 1/18/2015 | $4,344.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619824 | 1/25/2015 | $8,582.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619809 | 1/10/2015 | $445.37 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619803 | 1/18/2015 | $1,251.26 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619799 | 1/18/2015 | $166.47 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619795 | 1/10/2015 | $421.13 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619794 | 1/18/2015 | $317.10 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619850 | 1/18/2015 | $538.68 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619782 | 1/18/2015 | $1,117.72 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619857 | 1/25/2015 | $373.50 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619775 | 1/18/2015 | $167.27 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619769 | 1/10/2015 | $462.07 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619762 | 1/10/2015 | $431.84 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619752 | 1/10/2015 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619747 | 1/10/2015 | $441.63 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619731 | 1/10/2015 | $69.46 |
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619306 | 12/7/2014 | $318.85 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619783 | 1/10/2015 | $548.97 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619961 | 1/25/2015 | $516.66 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 620016 | 1/25/2015 | $3,348.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 620007 | 1/25/2015 | $472.91 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 620000 | 1/25/2015 | $193.87 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619997 | 1/25/2015 | $18.10 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619992 | 1/25/2015 | $383.49 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619991 | 1/25/2015 | $45.20 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619983 | 1/25/2015 | $908.80 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619834 | 1/18/2015 | $34.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619966 | 1/25/2015 | $113.27 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619673 | 1/10/2015 | $907.29 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619950 | 1/25/2015 | $1,259.48 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619942 | 1/18/2015 | $276.18 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619940 | 1/25/2015 | $1,120.10 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619926 | 1/25/2015 | $95.80 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619885 | 1/25/2015 | $583.87 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619883 | 1/18/2015 | $370.60 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619869 | 1/25/2015 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619981 | 1/25/2015 | $961.21 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619447 | 12/14/2014 | $185.39 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619718 | 1/10/2015 | $2,337.37 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619485 | 12/24/2014 | $1,760.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619484 | 12/24/2014 | $850.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619450 | 12/24/2014 | $62.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619361 | 12/24/2014 | $281.77 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619360 | 12/24/2014 | $54.19 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619233 | 12/31/2014 | $6,709.16 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619497 | 12/24/2014 | $1,146.00 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619456 | 12/14/2014 | $179.17 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619502 | 12/24/2014 | $627.70 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619414 | 12/14/2014 | $115.97 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619411 | 12/14/2014 | $102.69 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619407 | 12/14/2014 | $237.16 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619387 | 12/14/2014 | $320.68 |
| The Standard Register Company | The Standard Register Company | 1094537 | $8,082.44 | 2/11/2015 | 619309 | 12/14/2014 | $7,544.00 |
| The Standard Register Company | The Standard Register Company | 1094124 | $1,085.44 | 2/9/2015 | 619112 | 12/11/2014 | $1,165.59 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092414 | $943.08 | 2/4/2015 | 619357 | 12/7/2014 | $87.28 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 618587 | 1/10/2015 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619551 | 12/24/2014 | $1,803.41 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619655 | 12/31/2014 | $27.08 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619647 | 12/31/2014 | $2,448.03 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619642 | 1/10/2015 | $598.33 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619641 | 12/31/2014 | $187.05 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619632 | 1/18/2015 | $187.20 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619628 | 12/31/2014 | $255.57 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619625 | 12/27/2014 | $1,187.65 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619487 | 12/24/2014 | $335.37 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619564 | 12/24/2014 | $28.25 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 620019 | 1/25/2015 | $187.71 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619541 | 12/24/2014 | $895.92 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619538 | 12/24/2014 | $126.95 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619515 | 12/24/2014 | $132.00 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619510 | 12/24/2014 | $120.19 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619508 | 12/24/2014 | $127.39 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619504 | 12/24/2014 | $133.30 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619503 | 12/24/2014 | $171.11 |
| The Standard Register Company | The Standard Register Company | 1099055 | $53,364.14 | 3/5/2015 | 619578 | 12/24/2014 | $575.00 |

**Totals:**    12 transfer(s),    $131,514.69