

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Prepac Designs, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010698 | $13,727.00 | 3/4/2015 | 122555 | 1/19/2015 | $9,602.00 |
| The Standard Register Company | The Standard Register Company | 7010698 | $13,727.00 | 3/4/2015 | 122547 | 12/16/2014 | $4,125.00 |
| The Standard Register Company | The Standard Register Company | 7010374 | $26,333.33 | 2/11/2015 | 122550A | 1/9/2015 | $26,333.33 |
| The Standard Register Company | The Standard Register Company | 7010348 | $192.75 | 2/10/2015 | 122548 | 12/16/2014 | $192.75 |
| The Standard Register Company | The Standard Register Company | 7010151 | $5,223.42 | 2/2/2015 | 122545 | 12/8/2014 | $5,223.42 |
| The Standard Register Company | The Standard Register Company | 7009746 | $26,333.33 | 1/12/2015 | 122550 | 1/9/2015 | $26,333.33 |
| The Standard Register Company | The Standard Register Company | 7009358 | $10,350.00 | 12/23/2014 | 122549 | 12/19/2014 | $10,350.00 |

Totals:    6 transfer(s),    $82,159.83