

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Interstate Gas Supply, Inc. dba DPL Energy Resources** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099246 | $41,520.49 | 3/10/2015 | 63108FE15 | 2/9/2015 | $41,520.49 |
| The Standard Register Company | The Standard Register Company | 1099040 | $37.60 | 3/3/2015 | 80642FE15 | 2/6/2015 | $37.60 |
| The Standard Register Company | The Standard Register Company | 1094963 | $41,471.21 | 2/10/2015 | 63108JA15 | 1/13/2015 | $41,471.21 |
| The Standard Register Company | The Standard Register Company | 1091416 | $39.55 | 1/26/2015 | 80642JA15 | 1/5/2015 | $39.55 |
| The Standard Register Company | The Standard Register Company | 1090330 | $43,363.13 | 1/14/2015 | 63108DE14 | 12/10/2014 | $43,363.13 |
| The Standard Register Company | The Standard Register Company | 1090206 | $16,487.65 | 1/14/2015 | 87560DE14 | 12/17/2014 | $2,202.69 |
| The Standard Register Company | The Standard Register Company | 1090206 | $16,487.65 | 1/14/2015 | 62902DE14 | 12/17/2014 | $2,544.06 |
| The Standard Register Company | The Standard Register Company | 1090206 | $16,487.65 | 1/14/2015 | 33530DE14 | 12/16/2014 | $11,740.90 |
| The Standard Register Company | The Standard Register Company | 1085649 | $112.77 | 12/23/2014 | 80642SE14 | 9/3/2014 | $24.80 |
| The Standard Register Company | The Standard Register Company | 1085649 | $112.77 | 12/23/2014 | 80642OC14 | 10/2/2014 | $27.50 |
| The Standard Register Company | The Standard Register Company | 1085649 | $112.77 | 12/23/2014 | 80642NO14 | 11/4/2014 | $29.19 |
| The Standard Register Company | The Standard Register Company | 1085649 | $112.77 | 12/23/2014 | 80642DE14 | 12/2/2014 | $31.28 |
| The Standard Register Company | The Standard Register Company | 1084260 | $103,027.21 | 12/16/2014 | 63108NO14 | 11/11/2014 | $49,890.65 |
| The Standard Register Company | The Standard Register Company | 1084260 | $103,027.21 | 12/16/2014 | 63108OC14 | 10/10/2014 | $53,136.56 |

Totals:    8 transfer(s),    $246,059.61