

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Print-O-Tape, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095830 | $13,780.00 | 2/10/2015 | 76304 | 12/19/2014 | $13,780.00 |
| The Standard Register Company | The Standard Register Company | 1093271 | $5,823.82 | 2/3/2015 | 76156 | 12/9/2014 | $5,823.82 |
| The Standard Register Company | The Standard Register Company | 1092854 | $6,991.98 | 2/2/2015 | 76138 | 12/8/2014 | $6,991.98 |
| The Standard Register Company | The Standard Register Company | 1092418 | $7,790.34 | 2/3/2015 | 76112 | 12/5/2014 | $7,790.34 |
| The Standard Register Company | The Standard Register Company | 1086469 | $26,181.95 | 12/29/2014 | 75789 | 11/11/2014 | $26,181.95 |
| The Standard Register Company | The Standard Register Company | 1085069 | $13,179.76 | 12/16/2014 | 75697 | 11/6/2014 | $13,179.76 |
| The Standard Register Company | The Standard Register Company | 1084175 | $9,946.50 | 12/16/2014 | 75634 | 11/3/2014 | $9,946.50 |

Totals:    7 transfer(s),    $83,694.35