

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Dupli-Systems, Inc. dba Ohio Cut Sheet**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60218 | 11/13/2014 | $361.41 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60247 | 11/17/2014 | $547.51 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60246 | 11/17/2014 | $11.75 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60241 | 11/14/2014 | $501.00 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60240 | 11/14/2014 | $53.30 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60239 | 11/14/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60238 | 11/14/2014 | $303.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60396 | 11/26/2014 | $983.20 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60219 | 11/13/2014 | $410.35 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60262 | 11/18/2014 | $246.95 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60217 | 11/13/2014 | $327.02 |
| The Standard Register Company | The Standard Register Company | 1086314 | $2,015.16 | 1/15/2015 | 60197 | 11/12/2014 | $284.34 |
| The Standard Register Company | The Standard Register Company | 1086314 | $2,015.16 | 1/15/2015 | 60196 | 11/12/2014 | $1,402.27 |
| The Standard Register Company | The Standard Register Company | 1086314 | $2,015.16 | 1/15/2015 | 60186 | 11/11/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1086314 | $2,015.16 | 1/15/2015 | 60185 | 11/11/2014 | $96.92 |
| The Standard Register Company | The Standard Register Company | 1086314 | $2,015.16 | 1/15/2015 | 60184 | 11/11/2014 | $310.84 |
| The Standard Register Company | The Standard Register Company | 1085905 | $11.16 | 1/15/2015 | 60164 | 11/10/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60220 | 11/13/2014 | $4,916.00 |
| The Standard Register Company | The Standard Register Company | 1088614 | $820.80 | 1/20/2015 | 60306 | 11/21/2014 | $540.41 |
| The Standard Register Company | The Standard Register Company | 1081379 | $1,104.07 | 1/5/2015 | 59910 | 10/22/2014 | $154.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60370 | 11/26/2014 | $3,202.38 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60369 | 11/26/2014 | $331.36 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60368 | 11/26/2014 | $2,130.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089221 | $1,956.07 | 1/20/2015 | 60347 | 11/24/2014 | $331.36 |
| The Standard Register Company | The Standard Register Company | 1089221 | $1,956.07 | 1/20/2015 | 60344 | 11/24/2014 | $977.68 |
| The Standard Register Company | The Standard Register Company | 1089221 | $1,956.07 | 1/20/2015 | 60328 | 11/24/2014 | $258.20 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60248 | 11/17/2014 | $737.40 |
| The Standard Register Company | The Standard Register Company | 1088614 | $820.80 | 1/20/2015 | 60307 | 11/21/2014 | $270.06 |
| The Standard Register Company | The Standard Register Company | 1087274 | $8,218.39 | 1/20/2015 | 60249 | 11/17/2014 | $631.51 |
| The Standard Register Company | The Standard Register Company | 1088614 | $820.80 | 1/20/2015 | 60294 | 11/20/2014 | $69.18 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60285 | 11/18/2014 | $4,916.00 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60284 | 11/18/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60283 | 11/18/2014 | $730.35 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60264 | 11/18/2014 | $713.00 |
| The Standard Register Company | The Standard Register Company | 1087970 | $6,400.99 | 1/20/2015 | 60263 | 11/18/2014 | $266.50 |
| The Standard Register Company | The Standard Register Company | 1085334 | $184.82 | 1/14/2015 | 60145 | 11/7/2014 | $37.50 |
| The Standard Register Company | The Standard Register Company | 1089221 | $1,956.07 | 1/20/2015 | 60327 | 11/24/2014 | $525.27 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59953 | 10/28/2014 | $112.38 |
| The Standard Register Company | The Standard Register Company | 1085334 | $184.82 | 1/14/2015 | 60147 | 11/7/2014 | $73.74 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60044 | 10/31/2014 | $662.50 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 60015 | 10/29/2014 | $839.57 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 60014 | 10/29/2014 | $510.07 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 60009 | 10/29/2014 | $491.60 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59989 | 10/28/2014 | $737.40 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59988 | 10/28/2014 | $724.20 |
| The Standard Register Company | The Standard Register Company | 1081379 | $1,104.07 | 1/5/2015 | 59847 | 10/22/2014 | $309.57 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59954 | 10/28/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | 1081379 | $1,104.07 | 1/5/2015 | 59848 | 10/22/2014 | $73.50 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59952 | 10/28/2014 | $1,197.55 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59951 | 10/28/2014 | $42.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59947 | 10/28/2014 | $100.53 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59946 | 10/28/2014 | $1,174.52 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59944 | 10/28/2014 | $68.40 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59943 | 10/28/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | 1082165 | $691.94 | 1/5/2015 | 81966 | 10/27/2014 | $744.02 |
| The Standard Register Company | The Standard Register Company | 1082608 | $6,057.29 | 1/8/2015 | 59956 | 10/28/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60079 | 10/31/2014 | $335.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60397 | 11/26/2014 | $491.60 |
| The Standard Register Company | The Standard Register Company | 1084961 | $1,183.69 | 1/12/2015 | 60114 | 11/6/2014 | $1,008.61 |
| The Standard Register Company | The Standard Register Company | 1084961 | $1,183.69 | 1/12/2015 | 60111 | 11/6/2014 | $198.30 |
| The Standard Register Company | The Standard Register Company | 1084961 | $1,183.69 | 1/12/2015 | 60110 | 11/6/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1084961 | $1,183.69 | 1/12/2015 | 60108 | 11/6/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 82197 | 10/31/2014 | $190.40 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60088 | 10/31/2014 | $491.60 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60046 | 10/31/2014 | $82.87 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60086 | 10/31/2014 | $1,229.00 |
| The Standard Register Company | The Standard Register Company | 1085334 | $184.82 | 1/14/2015 | 60146 | 11/7/2014 | $87.50 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60078 | 10/31/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60075 | 10/31/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60057 | 10/31/2014 | $491.60 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60056 | 10/31/2014 | $737.40 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60055 | 10/31/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1081379 | $1,104.07 | 1/5/2015 | 59899 | 10/22/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1081379 | $1,104.07 | 1/5/2015 | 59898 | 10/22/2014 | $637.20 |
| The Standard Register Company | The Standard Register Company | 1083522 | $7,223.44 | 1/9/2015 | 60087 | 10/31/2014 | $737.40 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60627 | 12/18/2014 | $713.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60590 | 12/17/2014 | $578.03 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096917 | $2,376.75 | 2/23/2015 | 59945 | 10/28/2014 | $2,497.18 |
| The Standard Register Company | The Standard Register Company | 1096053 | $2,336.64 | 2/11/2015 | 60673 | 12/22/2014 | $392.98 |
| The Standard Register Company | The Standard Register Company | 1096053 | $2,336.64 | 2/11/2015 | 60672 | 12/22/2014 | $1,668.04 |
| The Standard Register Company | The Standard Register Company | 1096053 | $2,336.64 | 2/11/2015 | 60671 | 12/22/2014 | $361.42 |
| The Standard Register Company | The Standard Register Company | 1096053 | $2,336.64 | 2/11/2015 | 60670 | 12/22/2014 | $88.50 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60389 | 11/26/2014 | $105.00 |
| The Standard Register Company | The Standard Register Company | 1095702 | $2,296.17 | 2/11/2015 | 60642 | 12/19/2014 | $11.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60729 | 12/30/2014 | $98.75 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60626 | 12/18/2014 | $713.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60624 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60623 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60622 | 12/18/2014 | $148.75 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60621 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60620 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60619 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095702 | $2,296.17 | 2/11/2015 | 60645 | 12/19/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60752 | 12/31/2014 | $43.75 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60922 | 1/15/2015 | $348.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60921 | 1/15/2015 | $922.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60920 | 1/15/2015 | $303.42 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60893 | 1/14/2015 | $1,153.79 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60866 | 1/13/2015 | $358.93 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60853 | 1/12/2015 | $998.44 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60852 | 1/12/2015 | $589.18 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60699 | 12/24/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60826 | 1/9/2015 | $228.25 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60728 | 12/30/2014 | $100.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60751 | 12/31/2014 | $1,316.20 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60750 | 12/31/2014 | $885.04 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60747 | 12/31/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60733 | 12/30/2014 | $4,916.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60732 | 12/30/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60731 | 12/30/2014 | $1,229.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60616 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 60827 | 1/9/2015 | $319.80 |
| The Standard Register Company | The Standard Register Company | 1092289 | $3,919.91 | 1/29/2015 | 60457 | 12/5/2014 | $1,562.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60618 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1094416 | $412.99 | 2/9/2015 | 60562 | 12/15/2014 | $2.35 |
| The Standard Register Company | The Standard Register Company | 1093956 | $2,305.43 | 2/4/2015 | 60546 | 12/12/2014 | $1,571.90 |
| The Standard Register Company | The Standard Register Company | 1093956 | $2,305.43 | 2/4/2015 | 60540 | 12/11/2014 | $296.34 |
| The Standard Register Company | The Standard Register Company | 1093956 | $2,305.43 | 2/4/2015 | 60539 | 12/11/2014 | $528.37 |
| The Standard Register Company | The Standard Register Company | 1093956 | $2,305.43 | 2/4/2015 | 60535 | 12/11/2014 | $73.50 |
| The Standard Register Company | The Standard Register Company | 1093956 | $2,305.43 | 2/4/2015 | 60534 | 12/11/2014 | $3.60 |
| The Standard Register Company | The Standard Register Company | 1094416 | $412.99 | 2/9/2015 | 60564 | 12/15/2014 | $269.07 |
| The Standard Register Company | The Standard Register Company | 1093164 | $325.80 | 2/2/2015 | 60488 | 12/9/2014 | $348.31 |
| The Standard Register Company | The Standard Register Company | 1094775 | $3,616.48 | 2/9/2015 | 60573 | 12/16/2014 | $720.50 |
| The Standard Register Company | The Standard Register Company | 1092289 | $3,919.91 | 1/29/2015 | 60456 | 12/5/2014 | $566.32 |
| The Standard Register Company | The Standard Register Company | 1092289 | $3,919.91 | 1/29/2015 | 60455 | 12/5/2014 | $1,430.71 |
| The Standard Register Company | The Standard Register Company | 1092289 | $3,919.91 | 1/29/2015 | 60436 | 12/5/2014 | $637.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60424 | 11/26/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60423 | 11/26/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60422 | 11/26/2014 | $2,458.00 |
| The Standard Register Company | The Standard Register Company | 1089777 | $14,737.73 | 1/26/2015 | 60421 | 11/26/2014 | $1,229.00 |
| The Standard Register Company | The Standard Register Company | 1093545 | $213.90 | 2/4/2015 | 60513 | 12/10/2014 | $230.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60591 | 12/17/2014 | $516.76 |
| The Standard Register Company | The Standard Register Company | 1097139 | $17,526.96 | 2/23/2015 | 83570 | 1/16/2015 | $1,575.83 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60615 | 12/18/2014 | $148.75 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60614 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60613 | 12/18/2014 | $148.75 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60612 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60611 | 12/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60609 | 12/18/2014 | $6.75 |
| The Standard Register Company | The Standard Register Company | 1094416 | $412.99 | 2/9/2015 | 60563 | 12/15/2014 | $171.00 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60592 | 12/17/2014 | $491.60 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60617 | 12/18/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60589 | 12/17/2014 | $449.88 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60588 | 12/17/2014 | $303.64 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60587 | 12/17/2014 | $591.25 |
| The Standard Register Company | The Standard Register Company | 1094775 | $3,616.48 | 2/9/2015 | 60577 | 12/16/2014 | $732.32 |
| The Standard Register Company | The Standard Register Company | 1094775 | $3,616.48 | 2/9/2015 | 60576 | 12/16/2014 | $910.35 |
| The Standard Register Company | The Standard Register Company | 1094775 | $3,616.48 | 2/9/2015 | 60575 | 12/16/2014 | $804.00 |
| The Standard Register Company | The Standard Register Company | 1094775 | $3,616.48 | 2/9/2015 | 60574 | 12/16/2014 | $694.58 |
| The Standard Register Company | The Standard Register Company | 1095219 | $4,876.40 | 2/12/2015 | 60608 | 12/18/2014 | $32.50 |

Totals:    24 transfer(s),    $90,812.98