

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **PrintEdd Products, L.L.C. dba PrintEdd Products Dallas** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093278 | $1,374.05 | 2/4/2015 | 40356000 | 12/9/2014 | $654.40 |
| The Standard Register Company | The Standard Register Company | 1090817 | $2,361.02 | 1/21/2015 | 40340300 | 12/1/2014 | $1,203.18 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40356500 | 12/12/2014 | $298.48 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40354700 | 12/11/2014 | $296.33 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40347300 | 12/12/2014 | $326.65 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40346400 | 12/12/2014 | $644.03 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40370500 | 12/12/2014 | $337.88 |
| The Standard Register Company | The Standard Register Company | 1093278 | $1,374.05 | 2/4/2015 | 40356100 | 12/9/2014 | $507.60 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40383700 | 12/11/2014 | $537.07 |
| The Standard Register Company | The Standard Register Company | 1093278 | $1,374.05 | 2/4/2015 | 40343300 | 12/9/2014 | $360.60 |
| The Standard Register Company | The Standard Register Company | 1092855 | $221.18 | 2/2/2015 | 40237600 | 10/22/2014 | $243.74 |
| The Standard Register Company | The Standard Register Company | 1092419 | $318.88 | 1/30/2015 | 40362700 | 12/5/2014 | $354.31 |
| The Standard Register Company | The Standard Register Company | 1091667 | $153.42 | 1/27/2015 | 40222200 | 10/20/2014 | $167.84 |
| The Standard Register Company | The Standard Register Company | 1091161 | $322.34 | 1/23/2015 | 40313800 | 12/2/2014 | $353.97 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40362300 | 12/29/2014 | $379.98 |
| The Standard Register Company | The Standard Register Company | 1093646 | $58.50 | 2/4/2015 | 40356800 | 12/10/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1096557 | $3,690.28 | 2/18/2015 | 40206000 | 10/16/2014 | $772.89 |
| The Standard Register Company | The Standard Register Company | 1083685 | $763.13 | 12/12/2014 | 40243500 | 10/31/2014 | $835.11 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 17425700 | 1/7/2015 | $30,690.80 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 11310400 | 1/23/2015 | $372.72 |
| The Standard Register Company | The Standard Register Company | 1096557 | $3,690.28 | 2/18/2015 | 40374700 | 12/23/2014 | $2,007.50 |
| The Standard Register Company | The Standard Register Company | 1096557 | $3,690.28 | 2/18/2015 | 40361300 | 12/23/2014 | $206.80 |
| The Standard Register Company | The Standard Register Company | 1094130 | $2,493.40 | 2/4/2015 | 40356600 | 12/11/2014 | $281.03 |

PrintEdd Products, L.L.C. dba PrintEdd Products Dallas (SRCPRI026)  
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                            Exhibit A                                            P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096557 | $3,690.28 | 2/18/2015 | 40272500 | 10/29/2014 | $786.44 |
| The Standard Register Company | The Standard Register Company | 1090817 | $2,361.02 | 1/21/2015 | 40327700 | 12/1/2014 | $177.54 |
| The Standard Register Company | The Standard Register Company | 1096172 | $239.04 | 2/11/2015 | 40370600 | 12/22/2014 | $265.60 |
| The Standard Register Company | The Standard Register Company | 1095833 | $1,342.12 | 2/10/2015 | 40356900 | 12/19/2014 | $541.55 |
| The Standard Register Company | The Standard Register Company | 1095833 | $1,342.12 | 2/10/2015 | 40243400 | 12/19/2014 | $940.72 |
| The Standard Register Company | The Standard Register Company | 1095385 | $3,398.81 | 2/10/2015 | 40395600 | 12/18/2014 | $2,541.48 |
| The Standard Register Company | The Standard Register Company | 1095385 | $3,398.81 | 2/10/2015 | 40378700 | 12/17/2014 | $599.29 |
| The Standard Register Company | The Standard Register Company | 1095385 | $3,398.81 | 2/10/2015 | 40356700 | 12/18/2014 | $608.34 |
| The Standard Register Company | The Standard Register Company | 1096557 | $3,690.28 | 2/18/2015 | 40327800 | 12/23/2014 | $298.49 |
| The Standard Register Company | The Standard Register Company | 1086045 | $1,014.94 | 12/30/2014 | 40230500 | 11/10/2014 | $337.14 |
| The Standard Register Company | The Standard Register Company | 1090817 | $2,361.02 | 1/21/2015 | 40358100 | 12/1/2014 | $535.93 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40270900 | 11/11/2014 | $632.50 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40270800 | 11/12/2014 | $1,443.75 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40270700 | 11/11/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40270600 | 11/11/2014 | $1,526.25 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40272300 | 11/12/2014 | $242.83 |
| The Standard Register Company | The Standard Register Company | 1086045 | $1,014.94 | 12/30/2014 | 40230600 | 11/10/2014 | $227.29 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40276000 | 11/11/2014 | $341.41 |
| The Standard Register Company | The Standard Register Company | 1086045 | $1,014.94 | 12/30/2014 | 40230400 | 11/10/2014 | $318.36 |
| The Standard Register Company | The Standard Register Company | 1085446 | $16,402.94 | 12/24/2014 | 40304000 | 11/7/2014 | $2,927.24 |
| The Standard Register Company | The Standard Register Company | 1085446 | $16,402.94 | 12/24/2014 | 40271400 | 11/7/2014 | $15,298.25 |
| The Standard Register Company | The Standard Register Company | 1085070 | $3,087.71 | 12/17/2014 | 40226400 | 11/6/2014 | $338.65 |
| The Standard Register Company | The Standard Register Company | 1085070 | $3,087.71 | 12/17/2014 | 40135900 | 11/6/2014 | $3,071.62 |
| The Standard Register Company | The Standard Register Company | 1084668 | $293.25 | 12/17/2014 | 40261400 | 11/5/2014 | $323.65 |
| The Standard Register Company | The Standard Register Company | 1086045 | $1,014.94 | 12/30/2014 | 40272400 | 11/10/2014 | $242.96 |
| The Standard Register Company | The Standard Register Company | 1088800 | $528.00 | 1/5/2015 | 39939000 | 8/7/2014 | $324.15 |
| The Standard Register Company | The Standard Register Company | 1090817 | $2,361.02 | 1/21/2015 | 40296100 | 12/1/2014 | $678.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090468 | $124.75 | 1/14/2015 | 40128400A | 9/17/2014 | $41.78 |
| The Standard Register Company | The Standard Register Company | 1090468 | $124.75 | 1/14/2015 | 40128400 | 9/17/2014 | $94.70 |
| The Standard Register Company | The Standard Register Company | 1090118 | $412.40 | 1/12/2015 | 40204200 | 10/20/2014 | $458.22 |
| The Standard Register Company | The Standard Register Company | 1089440 | $818.64 | 1/7/2015 | 40318500 | 11/25/2014 | $626.38 |
| The Standard Register Company | The Standard Register Company | 1086476 | $4,385.21 | 12/30/2014 | 40271500 | 11/12/2014 | $402.21 |
| The Standard Register Company | The Standard Register Company | 1088800 | $528.00 | 1/5/2015 | 40328700 | 11/20/2014 | $258.21 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40362900 | 12/29/2014 | $556.42 |
| The Standard Register Company | The Standard Register Company | 1088175 | $1,420.76 | 1/5/2015 | 40334000 | 11/19/2014 | $298.20 |
| The Standard Register Company | The Standard Register Company | 1088175 | $1,420.76 | 1/5/2015 | 40333900 | 11/19/2014 | $298.20 |
| The Standard Register Company | The Standard Register Company | 1088175 | $1,420.76 | 1/5/2015 | 40301400 | 11/19/2014 | $452.46 |
| The Standard Register Company | The Standard Register Company | 1088175 | $1,420.76 | 1/5/2015 | 40298000 | 11/18/2014 | $243.20 |
| The Standard Register Company | The Standard Register Company | 1088175 | $1,420.76 | 1/5/2015 | 40291100 | 11/18/2014 | $278.11 |
| The Standard Register Company | The Standard Register Company | 1087526 | $405.17 | 12/31/2014 | 40312800 | 11/13/2014 | $439.08 |
| The Standard Register Company | The Standard Register Company | 1089440 | $818.64 | 1/7/2015 | 40285600 | 11/7/2014 | $280.18 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40470600 | 1/14/2015 | $3,401.48 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40440400 | 1/26/2015 | $445.68 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40488800 | 1/28/2015 | $227.73 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40488700 | 2/5/2015 | $352.00 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40480900 | 1/26/2015 | $518.89 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40474400 | 1/22/2015 | $641.33 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40495900 | 1/28/2015 | $5,222.55 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40471100 | 1/26/2015 | $422.69 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40498000 | 3/10/2015 | $2,455.64 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40469500 | 1/26/2015 | $302.17 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40469400 | 1/23/2015 | $241.78 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40464000 | 1/19/2015 | $268.08 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40463900 | 1/26/2015 | $146.78 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40463800 | 1/26/2015 | $158.00 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40286800 | 1/21/2015 | $161.40 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40471200 | 1/9/2015 | $338.00 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40519800 | 2/4/2015 | $308.06 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40551500 | 2/5/2015 | $27.93 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40551400 | 2/5/2015 | $304.25 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40529300 | 2/5/2015 | $67.69 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40529200 | 2/5/2015 | $67.69 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40529100 | 2/5/2015 | $193.18 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40490900 | 1/15/2015 | $479.83 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40526200 | 2/2/2015 | $372.99 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40436500 | 1/12/2015 | $574.38 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40514400 | 2/3/2015 | $990.96 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40512300 | 1/22/2015 | $85.87 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40510500 | 1/26/2015 | $5,565.08 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40504300 | 1/27/2015 | $1,419.55 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40501000 | 1/23/2015 | $262.38 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40500100 | 1/30/2015 | $262.56 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40529000 | 2/5/2015 | $95.06 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40383500 | 12/31/2014 | $515.15 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40463700 | 1/20/2015 | $404.81 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40395800 | 1/5/2015 | $700.13 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40395700 | 1/5/2015 | $2,521.50 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40391200 | 1/5/2015 | $313.45 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40390200 | 1/7/2015 | $569.88 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40399100 | 12/31/2014 | $239.05 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40387200 | 1/16/2015 | $1,056.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40405300 | 12/29/2014 | $380.10 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40381700 | 1/8/2015 | $276.87 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40381600 | 1/8/2015 | $276.87 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40378800 | 1/20/2015 | $603.61 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40374600 | 1/6/2015 | $4,290.00 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40370400 | 1/14/2015 | $11,463.80 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40363000 | 12/31/2014 | $401.09 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40387300 | 12/29/2014 | $725.94 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40418800 | 1/8/2015 | $191.61 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40434700 | 1/14/2015 | $283.69 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40431100 | 1/13/2015 | $184.57 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40422700 | 1/13/2015 | $339.99 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40422600 | 1/12/2015 | $72.44 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40420700 | 1/9/2015 | $1,230.35 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40396800 | 1/2/2015 | $422.62 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40419400 | 1/20/2015 | $138.93 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40562400 | 2/9/2015 | $834.27 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40413500 | 12/30/2014 | $122.20 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40413400 | 12/30/2014 | $202.00 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40412100 | 1/7/2015 | $964.64 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40409500 | 1/14/2015 | $328.41 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40409200 | 1/8/2015 | $248.74 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40407200 | 1/20/2015 | $459.44 |
| The Standard Register Company | The Standard Register Company | 7010807 | $80,774.69 | 3/11/2015 | 40419500 | 1/20/2015 | $151.60 |

**Totals:**    25 transfer(s),    $126,404.63