

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |
|---|---|---|---|---|---|---|

Defendant: **Dynamit Technologies, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094777 | $3,360.00 | 2/20/2015 | 16605 | 9/30/2014 | $3,360.00 |
| The Standard Register Company | The Standard Register Company | 1094417 | $6,000.00 | 2/20/2015 | 16604 | 9/30/2014 | $6,000.00 |
| The Standard Register Company | The Standard Register Company | 1090257 | $66,920.00 | 1/20/2015 | 16672 | 10/31/2014 | $50,000.00 |
| The Standard Register Company | The Standard Register Company | 1090257 | $66,920.00 | 1/20/2015 | 16671 | 10/31/2014 | $2,960.00 |
| The Standard Register Company | The Standard Register Company | 1090257 | $66,920.00 | 1/20/2015 | 16670 | 10/31/2014 | $13,960.00 |

Totals:    3 transfer(s),    $76,280.00