

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Printing Solutions of Kansas, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091263 | $1,760.04 | 1/21/2015 | PS45936 | 12/16/2014 | $75.05 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | BC3636 | 12/11/2014 | $84.52 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45985 | 12/17/2014 | $104.00 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45982 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45981 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45980 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45979 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45978 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45977 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45976 | 12/17/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS46019 | 12/17/2014 | $459.53 |
| The Standard Register Company | The Standard Register Company | 1091263 | $1,760.04 | 1/21/2015 | PS45939 | 12/16/2014 | $613.01 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS45863 | 12/19/2014 | $420.08 |
| The Standard Register Company | The Standard Register Company | 1091263 | $1,760.04 | 1/21/2015 | PS45895 | 12/16/2014 | $133.18 |
| The Standard Register Company | The Standard Register Company | 1091263 | $1,760.04 | 1/21/2015 | PS45806 | 12/16/2014 | $389.10 |
| The Standard Register Company | The Standard Register Company | 1091263 | $1,760.04 | 1/21/2015 | PS45785 | 12/16/2014 | $674.16 |
| The Standard Register Company | The Standard Register Company | 1090924 | $1,476.93 | 1/21/2015 | PS45603 | 12/15/2014 | $1,588.10 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | PS45851 | 12/11/2014 | $122.00 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | PS45795 | 12/11/2014 | $71.13 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | PS45787 | 12/11/2014 | $85.44 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | PS45783 | 12/11/2014 | $372.22 |
| The Standard Register Company | The Standard Register Company | 1085181 | $71.26 | 12/19/2014 | PS45360 | 11/14/2014 | $72.38 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45894 | 12/17/2014 | $123.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093403 | $754.40 | 2/4/2015 | PS45996 | 12/30/2014 | $79.00 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46093 | 1/12/2015 | $353.07 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46089 | 1/12/2015 | $464.93 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS45812 | 1/12/2015 | $667.32 |
| The Standard Register Company | The Standard Register Company | 1096294 | $150.91 | 2/19/2015 | BC3657 | 1/9/2015 | $35.49 |
| The Standard Register Company | The Standard Register Company | 1096294 | $150.91 | 2/19/2015 | BC3656 | 1/9/2015 | $126.78 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46117 | 1/5/2015 | $1,027.28 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46105 | 1/5/2015 | $792.06 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46104 | 1/5/2015 | $999.32 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46101B | 1/5/2015 | $775.92 |
| The Standard Register Company | The Standard Register Company | 1091280 | $1,334.17 | 1/21/2015 | PS45992 | 12/17/2014 | $127.87 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46075 | 1/5/2015 | $261.09 |
| The Standard Register Company | The Standard Register Company | 1090352 | $89.31 | 1/13/2015 | PS43639 | 8/6/2014 | $96.03 |
| The Standard Register Company | The Standard Register Company | 1093403 | $754.40 | 2/4/2015 | PS45995 | 12/30/2014 | $216.30 |
| The Standard Register Company | The Standard Register Company | 1093403 | $754.40 | 2/4/2015 | PS45993 | 12/30/2014 | $227.50 |
| The Standard Register Company | The Standard Register Company | 1093403 | $754.40 | 2/4/2015 | PS45953 | 12/30/2014 | $288.40 |
| The Standard Register Company | The Standard Register Company | 1093053 | $114,776.78 | 2/4/2015 | E8562 | 12/29/2014 | $121,811.25 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS46061 | 12/19/2014 | $197.42 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS45984 | 12/19/2014 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS45983 | 12/19/2014 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS45965a | 12/19/2014 | $522.14 |
| The Standard Register Company | The Standard Register Company | 1091840 | $1,678.23 | 1/28/2015 | PS45875 | 12/19/2014 | $459.29 |
| The Standard Register Company | The Standard Register Company | 1094978 | $3,801.09 | 2/11/2015 | PS46101A | 1/5/2015 | $193.98 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45348A | 11/13/2014 | $27.07 |
| The Standard Register Company | The Standard Register Company | 1090579 | $844.99 | 1/21/2015 | PS45775 | 12/11/2014 | $170.05 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45451 | 11/17/2014 | $93.00 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45431 | 11/18/2014 | $793.37 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45418 | 11/13/2014 | $621.43 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45401 | 11/14/2014 | $99.45 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45400 | 11/17/2014 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45399 | 11/13/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45398 | 11/13/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45367 | 11/13/2014 | $265.76 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45576 | 11/18/2014 | $114.31 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45348B | 11/13/2014 | $16.95 |
| The Standard Register Company | The Standard Register Company | 1085768 | $383.69 | 1/2/2015 | PS45600 | 11/21/2014 | $129.58 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45284 | 11/18/2014 | $495.29 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45283 | 11/13/2014 | $949.86 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45245 | 11/14/2014 | $333.34 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45243 | 11/7/2014 | $32.06 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45231 | 11/7/2014 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45193 | 11/7/2014 | $170.46 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45172 | 11/7/2014 | $114.13 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45140 | 11/7/2014 | $352.52 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | BC3603 | 11/13/2014 | $42.26 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45364 | 11/18/2014 | $1,736.30 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45601 | 12/1/2014 | $114.74 |
| The Standard Register Company | The Standard Register Company | 1089635 | $859.73 | 1/12/2015 | PS45799 | 12/5/2014 | $456.32 |
| The Standard Register Company | The Standard Register Company | 1089635 | $859.73 | 1/12/2015 | PS45789 | 12/5/2014 | $149.65 |
| The Standard Register Company | The Standard Register Company | 1089635 | $859.73 | 1/12/2015 | PS45723 | 12/5/2014 | $85.44 |
| The Standard Register Company | The Standard Register Company | 1089635 | $859.73 | 1/12/2015 | PS45709 | 12/5/2014 | $88.06 |
| The Standard Register Company | The Standard Register Company | 1089635 | $859.73 | 1/12/2015 | PS45708 | 12/5/2014 | $139.16 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45805 | 12/2/2014 | $68.16 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45683 | 12/2/2014 | $136.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45671 | 12/2/2014 | $664.85 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45632 | 12/1/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1085660 | $7,661.27 | 12/23/2014 | PS45457 | 11/18/2014 | $1,542.75 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45602 | 12/1/2014 | $104.11 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46131 | 1/12/2015 | $94.60 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45544 | 12/1/2014 | $475.20 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45532 | 12/1/2014 | $1,069.98 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45460 | 12/1/2014 | $943.40 |
| The Standard Register Company | The Standard Register Company | 1086724 | $143,720.90 | 1/2/2015 | PS45202 | 11/26/2014 | $9,956.00 |
| The Standard Register Company | The Standard Register Company | 1086724 | $143,720.90 | 1/2/2015 | E8502 | 11/26/2014 | $142,680.97 |
| The Standard Register Company | The Standard Register Company | 1086150 | $190.11 | 1/2/2015 | PS45553 | 11/19/2014 | $52.35 |
| The Standard Register Company | The Standard Register Company | 1086150 | $190.11 | 1/2/2015 | PS45534 | 11/19/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1086150 | $190.11 | 1/2/2015 | PS45533 | 11/19/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1085768 | $383.69 | 1/2/2015 | PS45682 | 11/21/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1089605 | $3,651.13 | 1/7/2015 | PS45631 | 12/2/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46405 | 1/28/2015 | $75.52 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46102 | 1/12/2015 | $1,605.60 |
| The Standard Register Company | The Standard Register Company | 21200 | $913.59 | 12/18/2014 | PS45256 | 11/10/2014 | $44.11 |
| The Standard Register Company | The Standard Register Company | 21200 | $913.59 | 12/18/2014 | PS45068 | 11/6/2014 | $342.16 |
| The Standard Register Company | The Standard Register Company | 1099781 | $743.30 | 3/10/2015 | PS46433 | 2/2/2015 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1099781 | $743.30 | 3/10/2015 | PS46334 | 2/2/2015 | $696.60 |
| The Standard Register Company | The Standard Register Company | 1099299 | $17,389.93 | 3/10/2015 | PS46435 | 1/29/2015 | $279.26 |
| The Standard Register Company | The Standard Register Company | 1099299 | $17,389.93 | 3/10/2015 | PS46434 | 1/29/2015 | $279.26 |
| The Standard Register Company | The Standard Register Company | 1099299 | $17,389.93 | 3/10/2015 | E8676 | 1/29/2015 | $17,110.99 |
| The Standard Register Company | The Standard Register Company | 1099299 | $17,389.93 | 3/10/2015 | 1430.58 | 1/29/2015 | $1,430.58 |
| The Standard Register Company | The Standard Register Company | 21200 | $913.59 | 12/18/2014 | PS45277 | 11/10/2014 | $360.74 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46439 | 1/28/2015 | $129.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21479 | $4,686.40 | 12/23/2014 | PS45265 | 11/17/2014 | $2,802.46 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46383 | 1/28/2015 | $75.52 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46374 | 1/28/2015 | $42.37 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46363 | 1/28/2015 | $128.46 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46354 | 1/28/2015 | $170.46 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46317 | 1/28/2015 | $572.00 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | E8625 | 1/28/2015 | $130,403.09 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46353 | 1/22/2015 | $1,105.68 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46349 | 1/22/2015 | $323.08 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46302 | 1/22/2015 | $246.00 |
| The Standard Register Company | The Standard Register Company | 1099141 | $124,155.72 | 3/3/2015 | PS46440 | 1/28/2015 | $137.37 |
| The Standard Register Company | The Standard Register Company | 22171 | $673.24 | 1/12/2015 | PS45693B | 12/6/2014 | $217.58 |
| The Standard Register Company | The Standard Register Company | 22954 | $5,176.34 | 2/11/2015 | PS46141 | 12/31/2014 | $2,372.35 |
| The Standard Register Company | The Standard Register Company | 22954 | $5,176.34 | 2/11/2015 | PS46006 | 1/2/2015 | $311.53 |
| The Standard Register Company | The Standard Register Company | 22954 | $5,176.34 | 2/11/2015 | PS45965b | 12/22/2014 | $522.14 |
| The Standard Register Company | The Standard Register Company | 22954 | $5,176.34 | 2/11/2015 | PS45871 | 1/2/2015 | $687.60 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45782 | 12/8/2014 | $275.60 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45695C | 12/8/2014 | $177.45 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45695B | 12/8/2014 | $133.25 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45695A | 12/8/2014 | $133.25 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45691A | 12/8/2014 | $177.45 |
| The Standard Register Company | The Standard Register Company | 21200 | $913.59 | 12/18/2014 | PS45266 | 11/10/2014 | $183.74 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45461A | 12/8/2014 | $249.76 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46254 | 1/22/2015 | $1,348.60 |
| The Standard Register Company | The Standard Register Company | 22171 | $673.24 | 1/12/2015 | PS45693A | 12/6/2014 | $128.13 |
| The Standard Register Company | The Standard Register Company | 22171 | $673.24 | 1/12/2015 | PS45691B | 12/6/2014 | $170.63 |
| The Standard Register Company | The Standard Register Company | 22171 | $673.24 | 1/12/2015 | PS45554 | 12/1/2014 | $170.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21670 | $564.19 | 1/2/2015 | PS45409 | 11/21/2014 | $138.38 |
| The Standard Register Company | The Standard Register Company | 21670 | $564.19 | 1/2/2015 | PS45264 | 11/20/2014 | $436.24 |
| The Standard Register Company | The Standard Register Company | 21532 | $170.56 | 12/23/2014 | PS45375 | 11/18/2014 | $174.04 |
| The Standard Register Company | The Standard Register Company | 21479 | $4,686.40 | 12/23/2014 | PS45547 | 11/17/2014 | $261.07 |
| The Standard Register Company | The Standard Register Company | 21479 | $4,686.40 | 12/23/2014 | PS45450 | 11/17/2014 | $261.07 |
| The Standard Register Company | The Standard Register Company | 21479 | $4,686.40 | 12/23/2014 | PS45357 | 11/17/2014 | $1,454.63 |
| The Standard Register Company | The Standard Register Company | 22203 | $1,368.57 | 1/13/2015 | PS45461B | 12/8/2014 | $249.76 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46211 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS43197 | 6/27/2014 | $217.58 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS42148 | 5/7/2014 | $1,428.13 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | BC3451 | 8/6/2014 | $35.49 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | BC3450 | 8/6/2014 | $42.26 |
| The Standard Register Company | The Standard Register Company | 1096794 | $3,894.48 | 2/19/2015 | PS46231 | 1/13/2015 | $81.72 |
| The Standard Register Company | The Standard Register Company | 1096794 | $3,894.48 | 2/19/2015 | PS46133 | 1/13/2015 | $365.08 |
| The Standard Register Company | The Standard Register Company | 1096794 | $3,894.48 | 2/19/2015 | PS46112 | 1/13/2015 | $3,738.00 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46216 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46215 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46287 | 1/22/2015 | $1,456.49 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46212 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS45397 | 11/13/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46208 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46206 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46204 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46203 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46174 | 1/12/2015 | $22.75 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46157 | 1/12/2015 | $75.01 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46135 | 1/12/2015 | $311.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46134 | 1/12/2015 | $193.98 |
| The Standard Register Company | The Standard Register Company | 22954 | $5,176.34 | 2/11/2015 | PS46151 | 12/31/2014 | $1,388.36 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46213 | 1/12/2015 | $93.77 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46248 | 1/20/2015 | $326.70 |
| The Standard Register Company | The Standard Register Company | 1096740 | $8,054.54 | 2/19/2015 | PS46103 | 1/12/2015 | $4,012.20 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46331 | 1/20/2015 | $243.04 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46328 | 1/20/2015 | $86.02 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46327 | 1/20/2015 | $86.02 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46326 | 1/20/2015 | $86.02 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46303 | 1/20/2015 | $3,650.80 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46301 | 1/20/2015 | $378.00 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46299 | 1/20/2015 | $77.37 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46297 | 1/20/2015 | $426.13 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS43416 | 7/15/2014 | $232.53 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46250 | 1/20/2015 | $250.25 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS45054 | 11/7/2014 | $291.96 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46205 | 1/20/2015 | $126.17 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46201 | 1/20/2015 | $75.52 |
| The Standard Register Company | The Standard Register Company | 1097024 | $144.06 | 2/23/2015 | PS46261 | 1/15/2015 | $133.85 |
| The Standard Register Company | The Standard Register Company | 1097024 | $144.06 | 2/23/2015 | PS44728FRT | 1/15/2015 | $18.85 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS46200 | 1/14/2015 | $122.85 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS46196 | 1/14/2015 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS46194 | 1/14/2015 | $101.03 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS46193 | 1/14/2015 | $75.52 |
| The Standard Register Company | The Standard Register Company | 1096897 | $2,608.58 | 2/19/2015 | PS46176 | 1/14/2015 | $67.50 |
| The Standard Register Company | The Standard Register Company | 1097489 | $4,202.24 | 3/2/2015 | PS46273 | 1/22/2015 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1097224 | $5,576.04 | 2/25/2015 | PS46257 | 1/20/2015 | $75.52 |

**Totals:**     **33 transfer(s),**    $463,526.72