

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Privatizer Technologies LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091670 | $218.00 | 1/28/2015 | 11902 | 12/3/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11877 | 11/20/2014 | $285.20 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11879 | 11/20/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11882 | 11/20/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11883 | 11/20/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1089445 | $109.00 | 1/14/2015 | 11892 | 11/24/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1090819 | $333.40 | 1/16/2015 | 11616 | 7/22/2014 | $124.40 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11917 | 12/10/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1090819 | $333.40 | 1/16/2015 | 11898 | 12/1/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1088176 | $197.30 | 1/14/2015 | 11873 | 11/18/2014 | $197.30 |
| The Standard Register Company | The Standard Register Company | 1091670 | $218.00 | 1/28/2015 | 11903 | 12/3/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11912 | 12/10/2014 | $39,350.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11913 | 12/10/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11914 | 12/10/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11915 | 12/10/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1081678 | $426.74 | 12/16/2014 | 11818 | 10/23/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1090819 | $333.40 | 1/16/2015 | 11894 | 12/1/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1084670 | $625.00 | 12/16/2014 | 11844 | 11/5/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1081678 | $426.74 | 12/16/2014 | 11819 | 10/23/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1081678 | $426.74 | 12/16/2014 | 11822 | 10/24/2014 | $208.74 |
| The Standard Register Company | The Standard Register Company | 1082264 | $109.00 | 12/16/2014 | 11831 | 10/27/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1083218 | $510.89 | 12/16/2014 | 11832 | 10/30/2014 | $401.89 |
| The Standard Register Company | The Standard Register Company | 1083218 | $510.89 | 12/16/2014 | 11838 | 10/30/2014 | $109.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083923 | $31,250.00 | 12/16/2014 | 11845 | 11/1/2014 | $31,250.00 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11876 | 11/20/2014 | $2,637.00 |
| The Standard Register Company | The Standard Register Company | 1084670 | $625.00 | 12/16/2014 | 11843 | 11/5/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1088803 | $3,358.20 | 1/14/2015 | 11875 | 11/20/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1084670 | $625.00 | 12/16/2014 | 11846 | 11/4/2014 | $149.00 |
| The Standard Register Company | The Standard Register Company | 1084670 | $625.00 | 12/16/2014 | 11847 | 11/4/2014 | $149.00 |
| The Standard Register Company | The Standard Register Company | 1085449 | $109.00 | 12/23/2014 | 11856 | 11/7/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1086480 | $128.44 | 1/8/2015 | 11860 | 11/11/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1086480 | $128.44 | 1/8/2015 | 11861 | 11/12/2014 | $19.44 |
| The Standard Register Company | The Standard Register Company | 1087528 | $250.00 | 1/8/2015 | 11871 | 11/17/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11918 | 12/10/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1084670 | $625.00 | 12/16/2014 | 11842 | 11/5/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11999 | 1/15/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11976 | 1/8/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11977 | 1/8/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11980 | 1/12/2015 | $142.31 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11981 | 1/12/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11982 | 1/12/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11983 | 1/12/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11916 | 12/10/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11998 | 1/15/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11963 | 1/6/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12000 | 1/15/2015 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12001 | 1/15/2015 | $235.32 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12004 | 1/15/2015 | $2,990.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12005 | 1/16/2015 | $119.85 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12006 | 1/16/2015 | $628.81 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12009 | 1/20/2015 | $236.18 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11988 | 1/14/2015 | $273.68 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11939 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1093648 | $40,098.01 | 2/9/2015 | 11919 | 12/10/2014 | $178.01 |
| The Standard Register Company | The Standard Register Company | 1094881 | $174.53 | 2/9/2015 | 11919A | 12/16/2014 | $174.53 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11933 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11934 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11935 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11936 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11966 | 1/8/2015 | $246.83 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11938 | 12/18/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11965 | 1/7/2015 | $675.85 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11939A | 12/18/2014 | $172.69 |
| The Standard Register Company | The Standard Register Company | 1095834 | $2,608.00 | 2/10/2015 | 11929 | 12/19/2014 | $2,608.00 |
| The Standard Register Company | The Standard Register Company | 1096559 | $218.00 | 2/13/2015 | 11950 | 12/23/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1096559 | $218.00 | 2/13/2015 | 11951 | 12/23/2014 | $109.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11956 | 12/29/2014 | $2,559.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 11962 | 1/6/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1098937 | $9,622.56 | 3/4/2015 | 12010 | 1/20/2015 | $142.73 |
| The Standard Register Company | The Standard Register Company | 1095387 | $935.69 | 2/9/2015 | 11937 | 12/18/2014 | $109.00 |

**Totals:** 19 transfer(s), $91,281.76