

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Pro Source, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997531 | 11/20/2014 | $4,237.50 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997495 | 10/9/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997496 | 10/9/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997506 | 10/14/2014 | $5,800.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997507 | 10/22/2014 | $20,456.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997508 | 10/22/2014 | $22,728.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997509 | 10/22/2014 | $5,880.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997512 | 11/5/2014 | $3,396.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997486 | 9/29/2014 | $395.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997520 | 11/1/2014 | $17,010.00 |
| The Standard Register Company | The Standard Register Company | 1095836 | $4,270.00 | 2/10/2015 | 997548 | 12/19/2014 | $710.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997536 | 11/25/2014 | $4,200.00 |
| The Standard Register Company | The Standard Register Company | 1090908 | $101,200.00 | 1/15/2015 | 997515A | 11/5/2014 | $101,200.00 |
| The Standard Register Company | The Standard Register Company | 1092069 | $138,419.80 | 1/27/2015 | 997540 | 12/4/2014 | $134,095.00 |
| The Standard Register Company | The Standard Register Company | 1092069 | $138,419.80 | 1/27/2015 | 997541 | 12/4/2014 | $4,324.80 |
| The Standard Register Company | The Standard Register Company | 1095836 | $4,270.00 | 2/10/2015 | 997544 | 12/19/2014 | $890.00 |
| The Standard Register Company | The Standard Register Company | 1095836 | $4,270.00 | 2/10/2015 | 997545 | 12/19/2014 | $890.00 |
| The Standard Register Company | The Standard Register Company | 1095836 | $4,270.00 | 2/10/2015 | 997546 | 12/19/2014 | $890.00 |
| The Standard Register Company | The Standard Register Company | 1095836 | $4,270.00 | 2/10/2015 | 997547 | 12/19/2014 | $890.00 |
| The Standard Register Company | The Standard Register Company | 1090471 | $86,867.50 | 1/15/2015 | 997516 | 11/7/2014 | $765.00 |

**Totals:** 4 transfer(s), $330,757.30