

**2600 Eagan Woods Dr, Suite 400**  
St. Paul, MN 55121  
651-406-9665

**151 West 46th Street, 4th Floor**  
New York, NY 10036  
212-267-7342

| Defendant: | **Progressive Printers, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090295 | $4,035.27 | 1/12/2015 | 31943 | 11/13/2014 | $1,358.00 |
| The Standard Register Company | The Standard Register Company | 1092072 | $5,750.01 | 1/26/2015 | 31998 | 11/26/2014 | $5,540.00 |
| The Standard Register Company | The Standard Register Company | 1088182 | $8,092.21 | 12/31/2014 | 32098 | 11/19/2014 | $2,662.95 |
| The Standard Register Company | The Standard Register Company | 1088811 | $3,756.27 | 1/2/2015 | 32112 | 11/20/2014 | $742.00 |
| The Standard Register Company | The Standard Register Company | 1088811 | $3,756.27 | 1/2/2015 | 32161 | 11/21/2014 | $3,297.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 31596 | 11/25/2014 | $3,982.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 31676 | 11/24/2014 | $12,733.90 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 31676100 | 11/25/2014 | $500.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 31804 | 11/5/2014 | $5,092.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 31808 | 11/20/2014 | $19,865.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 32014 | 11/24/2014 | $3,406.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 32105 | 11/25/2014 | $1,985.00 |
| The Standard Register Company | The Standard Register Company | 1088182 | $8,092.21 | 12/31/2014 | 32027 | 11/18/2014 | $620.00 |
| The Standard Register Company | The Standard Register Company | 1089883 | $2,538.90 | 1/8/2015 | 32174 | 11/26/2014 | $2,730.00 |
| The Standard Register Company | The Standard Register Company | 1088182 | $8,092.21 | 12/31/2014 | 32010 | 11/19/2014 | $3,165.00 |
| The Standard Register Company | The Standard Register Company | 1090295 | $4,035.27 | 1/12/2015 | 31966 | 11/12/2014 | $2,981.00 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32088 | 11/30/2014 | $9,426.00 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32184 | 11/30/2014 | $5,685.00 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32236 | 11/30/2014 | $1,398.00 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32311 | 11/30/2014 | $1,398.00 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32316 | 11/30/2014 | $1,023.50 |
| The Standard Register Company | The Standard Register Company | 1090474 | $25,027.69 | 1/13/2015 | 32339 | 11/30/2014 | $7,981.00 |
| The Standard Register Company | The Standard Register Company | 1091678 | $4,336.90 | 1/26/2015 | 31608 | 10/27/2014 | $3,138.34 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091678 | $4,336.90 | 1/26/2015 | 32180 | 12/3/2014 | $1,180.00 |
| The Standard Register Company | The Standard Register Company | 1091678 | $4,336.90 | 1/26/2015 | 32223 | 12/3/2014 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1084676 | $497.55 | 12/15/2014 | 31867 | 11/4/2014 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1089455 | $46,907.86 | 1/6/2015 | 32203 | 11/25/2014 | $2,874.66 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31920100 | 11/12/2014 | $3,205.00 |
| The Standard Register Company | The Standard Register Company | 1085073 | $832.35 | 12/16/2014 | 31921 | 11/6/2014 | $895.00 |
| The Standard Register Company | The Standard Register Company | 1085452 | $1,855.35 | 12/19/2014 | 31798 | 11/7/2014 | $1,995.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31801 | 11/10/2014 | $3,056.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31801100 | 11/10/2014 | $5,248.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31806 | 11/10/2014 | $3,069.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31838 | 11/10/2014 | $1,991.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31856 | 11/10/2014 | $5,020.00 |
| The Standard Register Company | The Standard Register Company | 1086054 | $20,992.89 | 12/24/2014 | 31918 | 11/7/2014 | $4,189.00 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 30722200 | 11/11/2014 | $3,375.90 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31714 | 11/11/2014 | $9,871.00 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31812 | 10/27/2014 | $796.00 |
| The Standard Register Company | The Standard Register Company | 1088182 | $8,092.21 | 12/31/2014 | 32096 | 11/19/2014 | $450.00 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31920 | 11/12/2014 | $4,423.00 |
| The Standard Register Company | The Standard Register Company | 1092072 | $5,750.01 | 1/26/2015 | 32265 | 12/4/2014 | $1,572.90 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31920200 | 11/12/2014 | $3,205.00 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31945 | 11/11/2014 | $1,429.00 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31950 | 11/11/2014 | $2,568.97 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31986 | 11/12/2014 | $995.00 |
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 31527 | 10/8/2014 | $2,598.00 |
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 31555 | 11/13/2014 | $6,481.00 |
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 31990 | 11/17/2014 | $3,625.00 |
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 32026 | 11/13/2014 | $2,137.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 32078 | 11/14/2014 | $1,758.98 |
| The Standard Register Company | The Standard Register Company | 1087540 | $16,332.38 | 12/30/2014 | 32094 | 11/17/2014 | $955.79 |
| The Standard Register Company | The Standard Register Company | 1088182 | $8,092.21 | 12/31/2014 | 31984 | 11/18/2014 | $1,803.36 |
| The Standard Register Company | The Standard Register Company | 1086489 | $28,906.92 | 12/26/2014 | 31912 | 11/11/2014 | $2,894.85 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32557 | 1/15/2015 | $4,930.00 |
| The Standard Register Company | The Standard Register Company | 1092072 | $5,750.01 | 1/26/2015 | 1064 | 12/4/2014 | $225.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32432 | 1/15/2015 | $575.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32442 | 1/15/2015 | $21,200.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32450100 | 12/24/2014 | $150.25 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32453 | 12/24/2014 | $552.78 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32454 | 1/6/2015 | $1,180.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32455 | 12/29/2014 | $1,033.50 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32458100 | 12/31/2014 | $1,506.39 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32466100 | 12/24/2014 | $449.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32535 | 12/31/2014 | $525.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32540 | 1/15/2015 | $20,568.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32420 | 12/29/2014 | $12,507.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32556 | 1/15/2015 | $3,591.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 324081 | 12/31/2014 | $1,958.50 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32565 | 1/15/2015 | $2,290.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32567 | 1/9/2015 | $1,135.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32573 | 1/15/2015 | $2,500.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32592 | 1/15/2015 | $1,053.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32664 | 1/19/2015 | $630.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32664100 | 1/19/2015 | $799.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32714 | 1/21/2015 | $1,238.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32728 | 1/20/2015 | $125.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21876 | $1,915.00 | 12/30/2014 | 31360 | 9/25/2014 | $413.00 |
| The Standard Register Company | The Standard Register Company | 21876 | $1,915.00 | 12/30/2014 | 31370 | 9/30/2014 | $458.00 |
| The Standard Register Company | The Standard Register Company | 21876 | $1,915.00 | 12/30/2014 | 31373 | 9/30/2014 | $586.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32553 | 1/12/2015 | $525.00 |
| The Standard Register Company | The Standard Register Company | 1096181 | $2,665.38 | 2/10/2015 | 31637 | 11/7/2014 | $2,311.00 |
| The Standard Register Company | The Standard Register Company | 1092422 | $23,900.30 | 1/27/2015 | 31744 | 11/1/2014 | $25,699.25 |
| The Standard Register Company | The Standard Register Company | 1093652 | $3,250.35 | 2/3/2015 | 32270 | 12/10/2014 | $3,495.00 |
| The Standard Register Company | The Standard Register Company | 1094558 | $1,942.77 | 2/4/2015 | 32300 | 12/15/2014 | $700.00 |
| The Standard Register Company | The Standard Register Company | 1094558 | $1,942.77 | 2/4/2015 | 32329 | 12/15/2014 | $1,389.00 |
| The Standard Register Company | The Standard Register Company | 1094885 | $2,416.14 | 2/5/2015 | 32091 | 12/16/2014 | $2,598.00 |
| The Standard Register Company | The Standard Register Company | 1095394 | $37,036.12 | 2/6/2015 | 31882 | 12/18/2014 | $21,207.00 |
| The Standard Register Company | The Standard Register Company | 1095394 | $37,036.12 | 2/6/2015 | 32235 | 12/18/2014 | $17,128.00 |
| The Standard Register Company | The Standard Register Company | 1095394 | $37,036.12 | 2/6/2015 | 32297 | 12/18/2014 | $1,488.79 |
| The Standard Register Company | The Standard Register Company | 1095838 | $37,385.07 | 2/9/2015 | 31418 | 10/10/2014 | $24,498.00 |
| The Standard Register Company | The Standard Register Company | 1095838 | $37,385.07 | 2/9/2015 | 31632 | 10/28/2014 | $2,425.00 |
| The Standard Register Company | The Standard Register Company | 1095838 | $37,385.07 | 2/9/2015 | 31957 | 11/12/2014 | $6,315.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32420100 | 12/31/2014 | $16,140.00 |
| The Standard Register Company | The Standard Register Company | 1095838 | $37,385.07 | 2/9/2015 | 32445 | 12/19/2014 | $245.00 |
| The Standard Register Company | The Standard Register Company | 21876 | $1,915.00 | 12/30/2014 | 31817 | 10/27/2014 | $458.00 |
| The Standard Register Company | The Standard Register Company | 1096181 | $2,665.38 | 2/10/2015 | 32375 | 12/22/2014 | $555.00 |
| The Standard Register Company | The Standard Register Company | 1096564 | $3,719.02 | 2/12/2015 | 323941 | 12/23/2014 | $1,530.50 |
| The Standard Register Company | The Standard Register Company | 1096564 | $3,719.02 | 2/12/2015 | 32395 | 12/23/2014 | $2,297.39 |
| The Standard Register Company | The Standard Register Company | 1096564 | $3,719.02 | 2/12/2015 | 32450 | 12/23/2014 | $153.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 31396 | 9/30/2014 | $1,696.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32393 | 12/31/2014 | $4,544.95 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 323961 | 12/31/2014 | $2,895.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 324011 | 12/31/2014 | $1,568.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 32402 | 12/31/2014 | $4,871.00 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 324061 | 12/31/2014 | $1,876.40 |
| The Standard Register Company | The Standard Register Company | 1097376 | $108,547.25 | 2/24/2015 | 324071 | 12/31/2014 | $1,886.39 |
| The Standard Register Company | The Standard Register Company | 1095838 | $37,385.07 | 2/9/2015 | 31959 | 11/12/2014 | $6,716.00 |

**Totals:** 24 transfer(s), $392,639.95