

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pitney Bowes Inc. dba Purchase Power** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095395 | $21,600.00 | 2/12/2015 | 80009JA15 | 1/2/2015 | $21,600.00 |
| The Standard Register Company | The Standard Register Company | 1093065 | $229,082.45 | 2/2/2015 | 8009JA15 | 1/14/2015 | $229,082.45 |
| The Standard Register Company | The Standard Register Company | 1086611 | $516,219.89 | 12/30/2014 | 80009DE14 | 12/14/2014 | $516,219.89 |
| The Standard Register Company | The Standard Register Company | 101003 | $686,701.18 | 3/6/2015 | 80009FE15 | 2/15/2015 | $686,701.18 |

**Totals:** 4 transfer(s), $1,453,603.52