

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Quinn Flags, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092866 | $43,823.69 | 2/3/2015 | 110515A | 12/23/2014 | $39,611.00 |
| The Standard Register Company | The Standard Register Company | 1081966 | $165.60 | 12/16/2014 | 110426A | 11/10/2014 | $165.60 |
| The Standard Register Company | The Standard Register Company | 1082274 | $823.98 | 12/16/2014 | 109949A | 11/11/2014 | $629.66 |
| The Standard Register Company | The Standard Register Company | 1082274 | $823.98 | 12/16/2014 | 110174A | 11/11/2014 | $194.32 |
| The Standard Register Company | The Standard Register Company | 1083225 | $394.26 | 12/16/2014 | 110083A | 11/14/2014 | $394.26 |
| The Standard Register Company | The Standard Register Company | 1084679 | $2,284.00 | 12/16/2014 | 110520A | 11/20/2014 | $2,284.00 |
| The Standard Register Company | The Standard Register Company | 1086060 | $153.00 | 1/6/2015 | 110617A | 11/25/2014 | $153.00 |
| The Standard Register Company | The Standard Register Company | 1086493 | $43.36 | 1/2/2015 | 110184A | 10/24/2014 | $43.36 |
| The Standard Register Company | The Standard Register Company | 1087549 | $1,591.73 | 1/2/2015 | 109041A | 9/17/2014 | $247.03 |
| The Standard Register Company | The Standard Register Company | 1087549 | $1,591.73 | 1/2/2015 | 110588A | 12/2/2014 | $1,344.70 |
| The Standard Register Company | The Standard Register Company | 1088185 | $6,623.00 | 1/6/2015 | 110440A | 12/4/2014 | $6,623.00 |
| The Standard Register Company | The Standard Register Company | 1081695 | $605.75 | 12/16/2014 | 110212 | 11/4/2014 | $605.75 |
| The Standard Register Company | The Standard Register Company | 1092425 | $2,146.86 | 1/27/2015 | 111118A | 12/22/2014 | $146.86 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 112467A | 2/10/2015 | $382.04 |
| The Standard Register Company | The Standard Register Company | 1092866 | $43,823.69 | 2/3/2015 | 110515F | 12/23/2014 | $4,212.69 |
| The Standard Register Company | The Standard Register Company | 1096185 | $314.95 | 2/12/2015 | 111312A | 1/6/2015 | $314.95 |
| The Standard Register Company | The Standard Register Company | 1097164 | $142,821.00 | 2/26/2015 | 109770A | 1/9/2015 | $142,821.00 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 107237A | 10/6/2014 | $1,990.80 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 111206A | 1/2/2015 | $374.40 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 111494A | 1/13/2015 | $213.22 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 111525A | 1/27/2015 | $102.41 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 111795A | 2/2/2015 | $532.95 |
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 112022A | 2/11/2015 | $6,875.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099114 | $10,638.32 | 3/4/2015 | 112219A | 2/10/2015 | $167.50 |
| The Standard Register Company | The Standard Register Company | 1092425 | $2,146.86 | 1/27/2015 | 110946A | 12/22/2014 | $2,000.00 |
| **Totals:** | | **14 transfer(s),** | **$212,429.50** | | | | |

Quinn Flags, Inc. (SRCQUI006)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                         Exhibit A                                         P. 2