

**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Raff Printing, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009928 | $9,718.41 | 1/23/2015 | 411440012 | 12/5/2014 | $8,800.81 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411388011 | 12/12/2014 | $10,010.00 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411863011 | 12/10/2014 | $4,284.00 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411860011 | 12/10/2014 | $2,260.00 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411857011 | 12/10/2014 | $1,448.00 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411755011 | 12/10/2014 | $4,586.52 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411657011 | 12/10/2014 | $1,135.38 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411627011 | 12/10/2014 | $1,590.00 |
| The Standard Register Company | The Standard Register Company | 7010067 | $17,749.60 | 1/29/2015 | 411442011 | 12/10/2014 | $3,710.49 |
| The Standard Register Company | The Standard Register Company | 7010022 | $1,197.04 | 1/28/2015 | 411466012 | 12/9/2014 | $1,252.64 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 410832011 | 11/6/2014 | $433.40 |
| The Standard Register Company | The Standard Register Company | 7009928 | $9,718.41 | 1/23/2015 | 411460011 | 12/5/2014 | $1,642.63 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411767011 | 12/12/2014 | $726.00 |
| The Standard Register Company | The Standard Register Company | 7009894 | $8,941.19 | 1/22/2015 | 411463011 | 12/4/2014 | $8,311.55 |
| The Standard Register Company | The Standard Register Company | 7009894 | $8,941.19 | 1/22/2015 | 411331011 | 12/4/2014 | $1,302.63 |
| The Standard Register Company | The Standard Register Company | 7009863 | $3,183.21 | 1/21/2015 | 58799011 | 1/15/2015 | $3,183.21 |
| The Standard Register Company | The Standard Register Company | 7009849 | $2,229.92 | 1/21/2015 | 49993 | 9/30/2014 | $953.69 |
| The Standard Register Company | The Standard Register Company | 7009849 | $2,229.92 | 1/21/2015 | 49718 | 9/30/2014 | $1,473.94 |
| The Standard Register Company | The Standard Register Company | 7009849 | $2,229.92 | 1/21/2015 | 49622 | 9/19/2014 | $922.00 |
| The Standard Register Company | The Standard Register Company | 7009808 | $10,000.00 | 1/14/2015 | 58738011 | 1/12/2015 | $10,000.00 |
| The Standard Register Company | The Standard Register Company | 7009800 | $824.91 | 1/14/2015 | 411482 | 12/2/2014 | $887.00 |
| The Standard Register Company | The Standard Register Company | 7009770 | $5,623.85 | 1/13/2015 | 411325011 | 12/1/2014 | $2,542.59 |
| The Standard Register Company | The Standard Register Company | 7009980 | $510.96 | 1/27/2015 | 411481 | 12/3/2014 | $548.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 411816011 | 12/17/2014 | $542.85 |
| The Standard Register Company | The Standard Register Company | 7010292 | $6,250.49 | 2/6/2015 | 411776 | 12/22/2014 | $1,420.54 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 412054011 | 12/19/2014 | $3,512.00 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 411930011 | 12/19/2014 | $1,002.45 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 411907011 | 12/19/2014 | $732.60 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 411905011 | 12/19/2014 | $732.60 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 411851011 | 12/19/2014 | $3,105.08 |
| The Standard Register Company | The Standard Register Company | 7010258 | $9,497.85 | 2/5/2015 | 411805011 | 12/19/2014 | $913.00 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 412014011 | 12/17/2014 | $19,181.27 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 412013011 | 12/17/2014 | $2,551.93 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411686011 | 12/11/2014 | $2,511.22 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 411902012 | 12/17/2014 | $6,840.32 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411717011 | 12/12/2014 | $419.57 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 411685011 | 12/17/2014 | $2,845.60 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 411570011 | 12/17/2014 | $2,145.00 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 1655 | 12/17/2014 | $1,554.56 |
| The Standard Register Company | The Standard Register Company | 7010183 | $9,697.44 | 2/3/2015 | 411955011 | 12/16/2014 | $8,171.12 |
| The Standard Register Company | The Standard Register Company | 7010183 | $9,697.44 | 2/3/2015 | 411780011 | 12/16/2014 | $1,760.00 |
| The Standard Register Company | The Standard Register Company | 7010152 | $1,109.90 | 2/2/2015 | 411746011 | 12/15/2014 | $623.72 |
| The Standard Register Company | The Standard Register Company | 7010152 | $1,109.90 | 2/2/2015 | 411011 | 11/20/2014 | $560.94 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411792011 | 12/12/2014 | $1,628.84 |
| The Standard Register Company | The Standard Register Company | 7010104 | $15,006.05 | 1/30/2015 | 411769011 | 12/12/2014 | $484.00 |
| The Standard Register Company | The Standard Register Company | 7009727 | $1,040.97 | 1/9/2015 | 49905011 | 9/30/2014 | $640.00 |
| The Standard Register Company | The Standard Register Company | 7010219 | $38,125.71 | 2/4/2015 | 412009011 | 12/17/2014 | $5,158.93 |
| The Standard Register Company | The Standard Register Company | 7009342 | $3,661.98 | 12/23/2014 | 411097011 | 11/12/2014 | $797.50 |
| The Standard Register Company | The Standard Register Company | 7009770 | $5,623.85 | 1/13/2015 | 411249011 | 12/1/2014 | $1,630.16 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411173011 | 11/14/2014 | $483.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411169011 | 11/13/2014 | $794.00 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411144011 | 11/17/2014 | $3,186.79 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411141011 | 11/17/2014 | $1,555.35 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411057011 | 11/17/2014 | $3,679.13 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411050011 | 11/13/2014 | $561.00 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411024011 | 11/17/2014 | $1,209.37 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 410992 | 11/17/2014 | $1,249.00 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411250011 | 11/17/2014 | $298.00 |
| The Standard Register Company | The Standard Register Company | 7009342 | $3,661.98 | 12/23/2014 | 411132011 | 11/12/2014 | $482.90 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 49975011 | 10/21/2014 | $1,900.00 |
| The Standard Register Company | The Standard Register Company | 7009342 | $3,661.98 | 12/23/2014 | 411095011 | 11/12/2014 | $797.50 |
| The Standard Register Company | The Standard Register Company | 7009342 | $3,661.98 | 12/23/2014 | 411092011 | 11/11/2014 | $1,859.73 |
| The Standard Register Company | The Standard Register Company | 7009293 | $1,764.67 | 12/22/2014 | 411098011 | 11/10/2014 | $1,897.50 |
| The Standard Register Company | The Standard Register Company | 7009208 | $1,519.62 | 12/16/2014 | 410903011 | 11/7/2014 | $1,634.00 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 411048011 | 11/6/2014 | $841.50 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 411047011 | 11/6/2014 | $1,638.12 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 410840011 | 11/6/2014 | $650.10 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 410839011 | 11/6/2014 | $650.10 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 410837011 | 11/6/2014 | $433.40 |
| The Standard Register Company | The Standard Register Company | 7009151 | $4,724.40 | 12/12/2014 | 410834011 | 11/6/2014 | $433.40 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 410898011 | 11/17/2014 | $21,168.08 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 49370611 | 10/8/2014 | $6,758.78 |
| The Standard Register Company | The Standard Register Company | 7010398 | $20,265.00 | 2/13/2015 | 59486011 | 2/12/2015 | $20,265.00 |
| The Standard Register Company | The Standard Register Company | 7009727 | $1,040.97 | 1/9/2015 | 410316013 | 11/4/2014 | $479.33 |
| The Standard Register Company | The Standard Register Company | 7009697 | $8,244.18 | 1/8/2015 | 49945011 | 9/25/2014 | $2,718.26 |
| The Standard Register Company | The Standard Register Company | 7009697 | $8,244.18 | 1/8/2015 | 411264011 | 11/21/2014 | $6,146.45 |
| The Standard Register Company | The Standard Register Company | 7009645 | $10,000.00 | 1/5/2015 | 412163011 | 12/29/2014 | $10,000.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009634 | $444.70 | 1/5/2015 | 411406011 | 11/26/2014 | $477.31 |
| The Standard Register Company | The Standard Register Company | 7009586 | $9,207.72 | 1/2/2015 | 411359011 | 11/24/2014 | $293.26 |
| The Standard Register Company | The Standard Register Company | 7009586 | $9,207.72 | 1/2/2015 | 411358011 | 11/24/2014 | $1,477.43 |
| The Standard Register Company | The Standard Register Company | 7009586 | $9,207.72 | 1/2/2015 | 411158012 | 11/25/2014 | $5,772.29 |
| The Standard Register Company | The Standard Register Company | 7009408 | $34,310.20 | 12/26/2014 | 411216011 | 11/17/2014 | $807.40 |
| The Standard Register Company | The Standard Register Company | 7009586 | $9,207.72 | 1/2/2015 | 411117011 | 11/25/2014 | $967.26 |
| The Standard Register Company | The Standard Register Company | 7009770 | $5,623.85 | 1/13/2015 | 411227011 | 12/1/2014 | $1,874.40 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 49370011 | 10/8/2014 | $21,987.25 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 411235011 | 11/21/2014 | $1,672.00 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 410233013 | 11/21/2014 | $900.90 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 410090011 | 10/6/2014 | $1,102.20 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 410088011 | 10/6/2014 | $945.56 |
| The Standard Register Company | The Standard Register Company | 7009530 | $32,274.98 | 12/30/2014 | 410086011 | 10/6/2014 | $1,337.60 |
| The Standard Register Company | The Standard Register Company | 7009482 | $2,127.07 | 12/29/2014 | 7008965UD | 10/30/2014 | $73.86 |
| The Standard Register Company | The Standard Register Company | 7009482 | $2,127.07 | 12/29/2014 | 7008965RB | 10/30/2014 | $184.65 |
| The Standard Register Company | The Standard Register Company | 7009482 | $2,127.07 | 12/29/2014 | 42390 | 10/21/2014 | $1,270.00 |
| The Standard Register Company | The Standard Register Company | 7009482 | $2,127.07 | 12/29/2014 | 411298011 | 11/18/2014 | $739.20 |
| The Standard Register Company | The Standard Register Company | 7009586 | $9,207.72 | 1/2/2015 | 411146011 | 11/25/2014 | $1,382.46 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58904011 | 1/21/2015 | $1,988.05 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58713011 | 1/16/2015 | $1,076.60 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 410335 | 10/20/2014 | $1,079.74 |
| The Standard Register Company | The Standard Register Company | ACH:13025 | $14,399.95 | 12/24/2014 | 410407 | 11/12/2014 | $14,652.68 |
| The Standard Register Company | The Standard Register Company | ACH:12994 | $308.35 | 12/23/2014 | 410773 | 11/10/2014 | $314.46 |
| The Standard Register Company | The Standard Register Company | ACH:12763 | $349.86 | 12/12/2014 | 410810 | 11/5/2014 | $356.72 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58966011 | 1/29/2015 | $400.98 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58965011 | 1/28/2015 | $205.26 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58963011 | 1/28/2015 | $205.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58910011 | 1/26/2015 | $769.00 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 410673 | 11/13/2014 | $552.63 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58905011 | 1/21/2015 | $36,899.18 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 410675 | 11/13/2014 | $1,690.82 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58903011 | 1/21/2015 | $3,910.87 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58857011 | 1/28/2015 | $3,740.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58855011 | 1/28/2015 | $1,966.80 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58853011 | 1/28/2015 | $2,178.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58832011 | 1/28/2015 | $6,814.50 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58807011 | 1/28/2015 | $1,527.90 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58759011 | 1/16/2015 | $1,683.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58725011 | 1/30/2015 | $2,844.62 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58718 | 1/16/2015 | $770.00 |
| The Standard Register Company | The Standard Register Company | 7010292 | $6,250.49 | 2/6/2015 | 412009013 | 12/22/2014 | $5,158.93 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58906011 | 1/21/2015 | $8,494.73 |
| The Standard Register Company | The Standard Register Company | ACH:13437 | $819.82 | 1/15/2015 | 411420 | 12/2/2014 | $417.42 |
| The Standard Register Company | The Standard Register Company | ACH:13835 | $2,189.88 | 2/11/2015 | 411468 | 12/23/2014 | $1,526.28 |
| The Standard Register Company | The Standard Register Company | ACH:13810 | $766.90 | 2/9/2015 | 411189.1 | 12/22/2014 | $782.00 |
| The Standard Register Company | The Standard Register Company | ACH:13749 | $1,312.69 | 2/5/2015 | 411921 | 12/17/2014 | $1,113.51 |
| The Standard Register Company | The Standard Register Company | ACH:13749 | $1,312.69 | 2/5/2015 | 411756 | 12/17/2014 | $223.00 |
| The Standard Register Company | The Standard Register Company | ACH:13714 | $772.65 | 2/3/2015 | 411676 | 12/15/2014 | $788.15 |
| The Standard Register Company | The Standard Register Company | ACH:13664 | $553.70 | 1/30/2015 | 411749 | 12/10/2014 | $565.00 |
| The Standard Register Company | The Standard Register Company | ACH:13587 | $1,365.14 | 1/26/2015 | 411620 | 12/5/2014 | $95.00 |
| The Standard Register Company | The Standard Register Company | ACH:13587 | $1,365.14 | 1/26/2015 | 411484 | 12/5/2014 | $282.00 |
| The Standard Register Company | The Standard Register Company | ACH:13587 | $1,365.14 | 1/26/2015 | 411407 | 12/5/2014 | $1,016.00 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 410661 | 11/13/2014 | $552.63 |
| The Standard Register Company | The Standard Register Company | ACH:13437 | $819.82 | 1/15/2015 | 411494 | 12/2/2014 | $417.42 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58708011 | 1/16/2015 | $964.92 |
| The Standard Register Company | The Standard Register Company | ACH:13397 | $12,221.24 | 1/14/2015 | 411450 | 12/1/2014 | $653.35 |
| The Standard Register Company | The Standard Register Company | ACH:13397 | $12,221.24 | 1/14/2015 | 411343 | 12/1/2014 | $501.14 |
| The Standard Register Company | The Standard Register Company | ACH:13397 | $12,221.24 | 1/14/2015 | 411293 | 12/1/2014 | $1,559.34 |
| The Standard Register Company | The Standard Register Company | ACH:13397 | $12,221.24 | 1/14/2015 | 411153 | 12/1/2014 | $9,752.99 |
| The Standard Register Company | The Standard Register Company | ACH:13231 | $3,578.96 | 1/5/2015 | 411301 | 11/26/2014 | $3,652.00 |
| The Standard Register Company | The Standard Register Company | ACH:13218 | $2,243.22 | 1/5/2015 | 411333 | 11/25/2014 | $2,289.00 |
| The Standard Register Company | The Standard Register Company | ACH:13056 | $583.98 | 12/29/2014 | 411198012 | 11/25/2014 | $583.98 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 411238 | 11/17/2014 | $1,288.82 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 411104 | 11/13/2014 | $1,182.00 |
| The Standard Register Company | The Standard Register Company | ACH:13042 | $7,262.42 | 12/29/2014 | 411036 | 11/13/2014 | $1,059.29 |
| The Standard Register Company | The Standard Register Company | ACH:13579 | $2,151.59 | 1/23/2015 | 411454 | 12/4/2014 | $2,192.75 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411713011 | 1/16/2015 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58717011 | 1/20/2015 | $1,978.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412037011 | 12/24/2014 | $901.29 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411923013 | 12/31/2014 | $5,396.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411846 | 12/23/2014 | $3,477.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411738011 | 1/8/2015 | $1,781.50 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411737011 | 1/8/2015 | $1,988.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411734011 | 1/8/2015 | $560.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411733011 | 1/8/2015 | $509.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411731011 | 1/8/2015 | $254.50 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412041011 | 1/8/2015 | $1,410.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411715011 | 1/8/2015 | $672.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412045011 | 1/14/2015 | $1,531.20 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411709011 | 1/8/2015 | $309.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411697011 | 1/8/2015 | $272.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411693011 | 1/8/2015 | $268.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411690011 | 1/8/2015 | $294.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 410683011 | 11/7/2014 | $3,493.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 410562011 | 11/5/2014 | $715.97 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 1677 | 1/28/2015 | $61,128.00 |
| The Standard Register Company | The Standard Register Company | 7010599 | $15,000.00 | 2/26/2015 | 59778011 | 2/24/2015 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 7010461 | $10,000.00 | 2/18/2015 | 59524011 | 2/13/2015 | $10,000.00 |
| The Standard Register Company | The Standard Register Company | ACH:13835 | $2,189.88 | 2/11/2015 | 411871 | 12/23/2014 | $708.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 411729011 | 1/8/2015 | $284.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412180011 | 1/8/2015 | $732.60 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58644011 | 1/16/2015 | $1,683.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58599011 | 1/20/2015 | $8,668.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58598011 | 1/19/2015 | $1,488.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58597011 | 1/15/2015 | $589.05 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58591011 | 1/16/2015 | $1,367.54 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58572011 | 1/15/2015 | $2,532.75 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58569011 | 1/9/2015 | $1,320.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58564011 | 1/12/2015 | $1,067.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 58558011 | 1/8/2015 | $2,446.81 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412038011 | 12/29/2014 | $7,819.96 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412198011 | 1/16/2015 | $2,076.80 |
| The Standard Register Company | The Standard Register Company | 7010349 | $150.10 | 2/10/2015 | 411149 | 12/23/2014 | $158.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412179011 | 1/8/2015 | $890.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412171 | 1/7/2015 | $2,776.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412169011 | 1/7/2015 | $560.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412113011 | 1/5/2015 | $5,059.94 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412095011 | 1/8/2015 | $1,610.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412082011 | 1/9/2015 | $7,260.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412076011 | 1/15/2015 | $9,020.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412072011 | 1/6/2015 | $1,860.98 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412052011 | 12/24/2014 | $695.51 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 412050011 | 1/6/2015 | $759.00 |
| The Standard Register Company | The Standard Register Company | 7010660 | $209,536.03 | 3/3/2015 | 49963 | 10/20/2014 | $1,900.00 |

**Totals:** 49 transfer(s), $554,818.50