

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **UPM Raflatac, Inc. fdba Raflatac, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12916 | $8,489.66 | 12/19/2014 | 1290232541 | 12/8/2014 | $4,097.62 |
| The Standard Register Company | The Standard Register Company | ACH:13133 | $8,774.12 | 12/30/2014 | 1290235655 | 12/19/2014 | $430.02 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231099 | 12/2/2014 | $1,214.24 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231100 | 12/2/2014 | $575.99 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231101 | 12/2/2014 | $1,214.24 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231102 | 12/2/2014 | $674.62 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231103 | 12/2/2014 | $1,418.92 |
| The Standard Register Company | The Standard Register Company | ACH:12791 | $12,298.89 | 12/15/2014 | 1290231108 | 12/2/2014 | $7,200.88 |
| The Standard Register Company | The Standard Register Company | ACH:12838 | $3,632.28 | 12/16/2014 | 1290231458 | 12/3/2014 | $305.01 |
| The Standard Register Company | The Standard Register Company | ACH:12754 | $7,987.13 | 12/12/2014 | 1290230729 | 12/1/2014 | $6,499.89 |
| The Standard Register Company | The Standard Register Company | ACH:12916 | $8,489.66 | 12/19/2014 | 1290232540 | 12/8/2014 | $4,095.07 |
| The Standard Register Company | The Standard Register Company | 1099692 | $19,441.30 | 3/10/2015 | 1290246733 | 2/11/2015 | $10,915.43 |
| The Standard Register Company | The Standard Register Company | ACH:12916 | $8,489.66 | 12/19/2014 | 1290232542 | 12/8/2014 | $620.54 |
| The Standard Register Company | The Standard Register Company | ACH:12940 | $4,064.47 | 12/22/2014 | 1290232877 | 12/9/2014 | $4,064.47 |
| The Standard Register Company | The Standard Register Company | ACH:12986 | $8,688.05 | 12/23/2014 | 1290233203 | 12/10/2014 | $8,688.05 |
| The Standard Register Company | The Standard Register Company | ACH:13087 | $6,443.80 | 12/29/2014 | 1290234245 | 12/15/2014 | $507.64 |
| The Standard Register Company | The Standard Register Company | ACH:13087 | $6,443.80 | 12/29/2014 | 1290234599 | 12/16/2014 | $4,082.39 |
| The Standard Register Company | The Standard Register Company | ACH:13087 | $6,443.80 | 12/29/2014 | 1290234600 | 12/16/2014 | $1,853.77 |
| The Standard Register Company | The Standard Register Company | ACH:13133 | $8,774.12 | 12/30/2014 | 1290235002 | 12/17/2014 | $5,527.52 |
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244422 | 2/2/2015 | $10,880.69 |
| The Standard Register Company | The Standard Register Company | ACH:12838 | $3,632.28 | 12/16/2014 | 1290231790 | 12/4/2014 | $3,327.27 |
| The Standard Register Company | The Standard Register Company | 1099125 | $6,901.69 | 3/5/2015 | 1290245751 | 2/6/2015 | $1,224.72 |
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244426 | 2/2/2015 | $4,929.64 |

UPM Raflatac, Inc. fdba Raflatac, Inc. (SRCRAF003)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                  Exhibit A                                  P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244427 | 2/2/2015 | $915.56 |
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244428 | 2/2/2015 | $566.34 |
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244741 | 2/3/2015 | $2,767.05 |
| The Standard Register Company | The Standard Register Company | 1097442 | $33,854.70 | 3/2/2015 | 1290244742 | 2/3/2015 | $14,486.33 |
| The Standard Register Company | The Standard Register Company | 1097645 | $5,439.96 | 3/2/2015 | 1290245059 | 2/4/2015 | $5,550.98 |
| The Standard Register Company | The Standard Register Company | 1098856 | $15,338.64 | 3/4/2015 | 1290245411 | 2/5/2015 | $477.71 |
| The Standard Register Company | The Standard Register Company | 1098856 | $15,338.64 | 3/4/2015 | 1290245412 | 2/5/2015 | $14,551.40 |
| The Standard Register Company | The Standard Register Company | ACH:12754 | $7,987.13 | 12/12/2014 | 1290230730 | 12/1/2014 | $1,487.24 |
| The Standard Register Company | The Standard Register Company | 1099125 | $6,901.69 | 3/5/2015 | 1290245742 | 2/6/2015 | $1,277.17 |
| The Standard Register Company | The Standard Register Company | ACH:13315 | $5,402.94 | 1/9/2015 | 1290236642 | 12/29/2014 | $5,149.54 |
| The Standard Register Company | The Standard Register Company | 1099125 | $6,901.69 | 3/5/2015 | 1290245752 | 2/6/2015 | $866.48 |
| The Standard Register Company | The Standard Register Company | 1099125 | $6,901.69 | 3/5/2015 | 1290245753 | 2/6/2015 | $3,674.16 |
| The Standard Register Company | The Standard Register Company | 1099229 | $17,436.99 | 3/10/2015 | 1290246085 | 2/9/2015 | $1,939.28 |
| The Standard Register Company | The Standard Register Company | 1099229 | $17,436.99 | 3/10/2015 | 1290246088 | 2/9/2015 | $2,729.62 |
| The Standard Register Company | The Standard Register Company | 1099229 | $17,436.99 | 3/10/2015 | 1290246408 | 2/10/2015 | $9,681.50 |
| The Standard Register Company | The Standard Register Company | 1099229 | $17,436.99 | 3/10/2015 | 129026087 | 2/9/2015 | $3,442.45 |
| The Standard Register Company | The Standard Register Company | 1099692 | $19,441.30 | 3/10/2015 | 1290246730 | 2/11/2015 | $1,295.60 |
| The Standard Register Company | The Standard Register Company | 1099692 | $19,441.30 | 3/10/2015 | 1290246732 | 2/11/2015 | $7,627.03 |
| The Standard Register Company | The Standard Register Company | 1098856 | $15,338.64 | 3/4/2015 | 1290245413 | 2/5/2015 | $622.56 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290242484 | 1/23/2015 | $16,296.18 |
| The Standard Register Company | The Standard Register Company | ACH:13133 | $8,774.12 | 12/30/2014 | 1290235647 | 12/19/2014 | $2,816.58 |
| The Standard Register Company | The Standard Register Company | ACH:13711 | $19,262.12 | 2/2/2015 | 1290241492 | 1/20/2015 | $511.87 |
| The Standard Register Company | The Standard Register Company | ACH:13711 | $19,262.12 | 2/2/2015 | 1290241496 | 1/20/2015 | $760.24 |
| The Standard Register Company | The Standard Register Company | ACH:13711 | $19,262.12 | 2/2/2015 | 1290241497 | 1/20/2015 | $596.05 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290238398 | 1/7/2015 | $701.76 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290241799 | 1/21/2015 | $14,567.18 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290241800 | 1/21/2015 | $3,695.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290241808 | 1/21/2015 | $4,200.79 |
| The Standard Register Company | The Standard Register Company | ACH:13711 | $19,262.12 | 2/2/2015 | 1290241490 | 1/20/2015 | $14,180.45 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290242483 | 1/23/2015 | $3,773.20 |
| The Standard Register Company | The Standard Register Company | ACH:13681 | $3,548.23 | 1/30/2015 | 1290241157 | 1/19/2015 | $3,548.23 |
| The Standard Register Company | The Standard Register Company | ACH:13804 | $15,966.67 | 2/6/2015 | 1290242806 | 1/26/2015 | $10,211.38 |
| The Standard Register Company | The Standard Register Company | ACH:13804 | $15,966.67 | 2/6/2015 | 1290242807 | 1/26/2015 | $3,360.18 |
| The Standard Register Company | The Standard Register Company | ACH:13804 | $15,966.67 | 2/6/2015 | 1290242808 | 1/26/2015 | $1,280.94 |
| The Standard Register Company | The Standard Register Company | ACH:13804 | $15,966.67 | 2/6/2015 | 1290242809 | 1/26/2015 | $685.56 |
| The Standard Register Company | The Standard Register Company | ACH:13804 | $15,966.67 | 2/6/2015 | 1290242810 | 1/26/2015 | $428.61 |
| The Standard Register Company | The Standard Register Company | ACH:13831 | $20,884.39 | 2/10/2015 | 1290243394 | 1/28/2015 | $19,103.80 |
| The Standard Register Company | The Standard Register Company | ACH:13831 | $20,884.39 | 2/10/2015 | 1290243399 | 1/28/2015 | $602.90 |
| The Standard Register Company | The Standard Register Company | ACH:13831 | $20,884.39 | 2/10/2015 | 1290243400 | 1/28/2015 | $308.46 |
| The Standard Register Company | The Standard Register Company | ACH:13731 | $52,544.49 | 2/3/2015 | 1290241809 | 1/21/2015 | $9,310.10 |
| The Standard Register Company | The Standard Register Company | ACH:13575 | $1,621.36 | 1/23/2015 | 1290239404 | 1/12/2015 | $1,019.20 |
| The Standard Register Company | The Standard Register Company | ACH:13315 | $5,402.94 | 1/9/2015 | 1290236643 | 12/29/2014 | $253.40 |
| The Standard Register Company | The Standard Register Company | ACH:13345 | $731.67 | 1/12/2015 | 1290236902 | 12/30/2014 | $731.67 |
| The Standard Register Company | The Standard Register Company | ACH:13388 | $1,051.06 | 1/13/2015 | 1290237336 | 1/2/2015 | $1,051.06 |
| The Standard Register Company | The Standard Register Company | ACH:13477 | $2,682.72 | 1/16/2015 | 1290237753 | 1/5/2015 | $2,682.72 |
| The Standard Register Company | The Standard Register Company | ACH:13535 | $15,093.52 | 1/21/2015 | 1290238739 | 1/8/2015 | $5,056.52 |
| The Standard Register Company | The Standard Register Company | ACH:13535 | $15,093.52 | 1/21/2015 | 1290238740 | 1/8/2015 | $1,857.79 |
| The Standard Register Company | The Standard Register Company | ACH:13535 | $15,093.52 | 1/21/2015 | 1290239098 | 1/9/2015 | $2,341.06 |
| The Standard Register Company | The Standard Register Company | ACH:13535 | $15,093.52 | 1/21/2015 | 1290239099 | 1/9/2015 | $1,330.19 |
| The Standard Register Company | The Standard Register Company | ACH:13711 | $19,262.12 | 2/2/2015 | 1290241491 | 1/20/2015 | $3,213.51 |
| The Standard Register Company | The Standard Register Company | ACH:13575 | $1,621.36 | 1/23/2015 | 1290239403 | 1/12/2015 | $602.16 |
| The Standard Register Company | The Standard Register Company | ACH:13831 | $20,884.39 | 2/10/2015 | 1290243401 | 1/28/2015 | $869.23 |
| The Standard Register Company | The Standard Register Company | ACH:13611 | $12,560.19 | 1/26/2015 | 1290239740 | 1/13/2015 | $12,560.19 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240121 | 1/14/2015 | $4,683.02 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240482 | 1/15/2015 | $1,519.03 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240483 | 1/15/2015 | $257.89 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240484 | 1/15/2015 | $2,079.76 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240485 | 1/15/2015 | $576.79 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240832 | 1/16/2015 | $887.49 |
| The Standard Register Company | The Standard Register Company | ACH:13623 | $13,592.77 | 1/27/2015 | 1290240835 | 1/16/2015 | $3,588.79 |
| The Standard Register Company | The Standard Register Company | ACH:13535 | $15,093.52 | 1/21/2015 | 1290239739 | 1/13/2015 | $4,507.96 |

**Totals:** 27 transfer(s), $323,733.81