

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Richard Eric McCarthey aka R. Eric McCarthey** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010731 | $3,287.50 | 3/5/2015 | CKRQ030215B | 3/2/2015 | $3,287.50 |
| The Standard Register Company | The Standard Register Company | 7010730 | $5,000.00 | 3/5/2015 | CKRQ030215A | 3/2/2015 | $5,000.00 |
| The Standard Register Company | The Standard Register Company | 7010729 | $7,500.00 | 3/5/2015 | CKRQ030215 | 3/2/2015 | $7,500.00 |
| The Standard Register Company | The Standard Register Company | 7010586 | $5,583.33 | 2/26/2015 | BOARD/MCCARTHEY 2015-FEB15 | 2/1/2015 | $5,583.33 |
| The Standard Register Company | The Standard Register Company | 7010306 | $60,000.00 | 2/6/2015 | CKRQ020515 | 2/5/2015 | $60,000.00 |
| The Standard Register Company | The Standard Register Company | 7010163 | $3,000.00 | 2/2/2015 | CKRQ012815 | 1/28/2015 | $3,000.00 |
| The Standard Register Company | The Standard Register Company | 7009952 | $5,583.33 | 1/26/2015 | BOARD/MCCARTHEY 2015-JAN15 | 1/1/2015 | $5,583.33 |
| The Standard Register Company | The Standard Register Company | 7009679 | $620.53 | 1/7/2015 | CKRQ122914B | 12/29/2014 | $620.53 |
| The Standard Register Company | The Standard Register Company | 7009547 | $1,000.00 | 12/30/2014 | CKRQ122914A | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 7009546 | $1,000.00 | 12/30/2014 | CKRQ122914 | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 7009436 | $5,583.33 | 12/26/2014 | BOARD/MCCARTHEY -DEC14-14 | 12/1/2014 | $5,583.33 |
| The Standard Register Company | The Standard Register Company | 7009435 | $1,000.00 | 12/26/2014 | CKRQ122614 | 12/26/2014 | $1,000.00 |

Totals:    12 transfer(s),    $99,158.02