

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sentinel Capital Partners, L.L.C. dba RotoMetrics** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477296 | 1/28/2015 | $1,167.30 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478793 | 1/30/2015 | $1,044.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478767 | 1/30/2015 | $1,944.84 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478632 | 1/31/2015 | $378.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478427 | 1/31/2015 | $590.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478325 | 1/31/2015 | $1,821.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478323 | 1/31/2015 | $1,611.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478319 | 1/31/2015 | $1,614.20 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9477893 | 1/29/2015 | $244.05 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9477722 | 1/29/2015 | $602.29 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477495 | 1/28/2015 | $327.05 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477348 | 1/28/2015 | $1,172.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476394 | 1/27/2015 | $957.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477311 | 1/28/2015 | $182.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479041 | 1/31/2015 | $401.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477293 | 1/28/2015 | $278.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477276 | 1/28/2015 | $459.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477260 | 1/28/2015 | $334.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477175 | 1/28/2015 | $538.10 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477087 | 1/28/2015 | $673.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476850 | 1/27/2015 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476500 | 1/27/2015 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476481 | 1/27/2015 | $324.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476450 | 1/27/2015 | $1,020.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476439 | 1/27/2015 | $1,020.00 |
| The Standard Register Company | The Standard Register Company | ACH:12812 | $1,032.74 | 12/16/2014 | 9449496 | 11/15/2014 | $557.74 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9477342 | 1/28/2015 | $1,878.00 |
| The Standard Register Company | The Standard Register Company | 23223 | $901.92 | 2/13/2015 | 9464650 | 12/23/2014 | $140.28 |
| The Standard Register Company | The Standard Register Company | 1083704 | $621.00 | 12/16/2014 | 9443674 | 10/31/2014 | $244.00 |
| The Standard Register Company | The Standard Register Company | ACH:12812 | $1,032.74 | 12/16/2014 | 9448281 | 11/13/2014 | $297.00 |
| The Standard Register Company | The Standard Register Company | ACH:12781 | $1,088.00 | 12/15/2014 | 9448155 | 11/12/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | ACH:12781 | $1,088.00 | 12/15/2014 | 9448140 | 11/12/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | ACH:12781 | $1,088.00 | 12/15/2014 | 9448125 | 11/12/2014 | $484.00 |
| The Standard Register Company | The Standard Register Company | ACH:12781 | $1,088.00 | 12/15/2014 | 9448121 | 11/12/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | ACH:12740 | $254.14 | 12/12/2014 | 9447541 | 11/11/2014 | $254.14 |
| The Standard Register Company | The Standard Register Company | ACH:12739 | $1,024.00 | 12/12/2014 | 9447518 | 11/11/2014 | $116.00 |
| The Standard Register Company | The Standard Register Company | ACH:12739 | $1,024.00 | 12/12/2014 | 9447441 | 11/11/2014 | $223.00 |
| The Standard Register Company | The Standard Register Company | ACH:12739 | $1,024.00 | 12/12/2014 | 9447432 | 11/11/2014 | $358.00 |
| The Standard Register Company | The Standard Register Company | ACH:12739 | $1,024.00 | 12/12/2014 | 9447427 | 11/11/2014 | $121.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9478986 | 1/30/2015 | $1,476.43 |
| The Standard Register Company | The Standard Register Company | 23223 | $901.92 | 2/13/2015 | 9464897 | 12/23/2014 | $307.10 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479025 | 1/31/2015 | $310.00 |
| The Standard Register Company | The Standard Register Company | 23223 | $901.92 | 2/13/2015 | 9464577 | 12/23/2014 | $152.77 |
| The Standard Register Company | The Standard Register Company | 23223 | $901.92 | 2/13/2015 | 9464532 | 12/23/2014 | $301.77 |
| The Standard Register Company | The Standard Register Company | 23222 | $2,241.51 | 2/13/2015 | 9464901 | 12/23/2014 | $393.00 |
| The Standard Register Company | The Standard Register Company | 23222 | $2,241.51 | 2/13/2015 | 9464639 | 12/23/2014 | $1,338.51 |
| The Standard Register Company | The Standard Register Company | 23222 | $2,241.51 | 2/13/2015 | 9464600 | 12/23/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479170 | 1/30/2015 | $298.31 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479117 | 1/30/2015 | $197.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479101 | 1/30/2015 | $380.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479085 | 1/30/2015 | $306.00 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479082 | 1/30/2015 | $331.66 |
| The Standard Register Company | The Standard Register Company | 1099231 | $13,842.78 | 3/10/2015 | 9479052 | 1/31/2015 | $293.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476324 | 1/27/2015 | $298.00 |
| The Standard Register Company | The Standard Register Company | ACH:12739 | $1,024.00 | 12/12/2014 | 9447425 | 11/11/2014 | $206.00 |
| The Standard Register Company | The Standard Register Company | 1086507 | $2,164.55 | 12/30/2014 | 9447994 | 11/12/2014 | $1,072.55 |
| The Standard Register Company | The Standard Register Company | 1091174 | $746.00 | 1/22/2015 | 9455361 | 12/2/2014 | $746.00 |
| The Standard Register Company | The Standard Register Company | 1089473 | $1,381.00 | 1/6/2015 | 9453449 | 11/25/2014 | $214.00 |
| The Standard Register Company | The Standard Register Company | 1089473 | $1,381.00 | 1/6/2015 | 9453372 | 11/25/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1089473 | $1,381.00 | 1/6/2015 | 9453369 | 11/25/2014 | $405.00 |
| The Standard Register Company | The Standard Register Company | 1089473 | $1,381.00 | 1/6/2015 | 9453253 | 11/25/2014 | $347.00 |
| The Standard Register Company | The Standard Register Company | 1089473 | $1,381.00 | 1/6/2015 | 9453066 | 11/25/2014 | $155.00 |
| The Standard Register Company | The Standard Register Company | 1088840 | $2,475.00 | 1/6/2015 | 9452923 | 11/21/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1088840 | $2,475.00 | 1/6/2015 | 9452288 | 11/21/2014 | $1,967.00 |
| The Standard Register Company | The Standard Register Company | 1088840 | $2,475.00 | 1/6/2015 | 9451966 | 11/22/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1088840 | $2,475.00 | 1/6/2015 | 9394995 | 7/11/2014 | $138.00 |
| The Standard Register Company | The Standard Register Company | 1088200 | $576.00 | 1/5/2015 | 9450344 | 11/18/2014 | $254.00 |
| The Standard Register Company | The Standard Register Company | 1099127 | $11,341.45 | 3/5/2015 | 9476416 | 1/27/2015 | $319.00 |
| The Standard Register Company | The Standard Register Company | 1087573 | $421.00 | 12/30/2014 | 9448357 | 11/13/2014 | $421.00 |
| The Standard Register Company | The Standard Register Company | 1092436 | $965.00 | 1/29/2015 | 9457247 | 12/5/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1086507 | $2,164.55 | 12/30/2014 | 9447412 | 11/11/2014 | $1,092.00 |
| The Standard Register Company | The Standard Register Company | 1085679 | $3,752.00 | 12/23/2014 | 9450005 | 11/18/2014 | $3,752.00 |
| The Standard Register Company | The Standard Register Company | 1085464 | $781.00 | 12/23/2014 | 9446759 | 11/7/2014 | $781.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9445011 | 11/5/2014 | $159.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444983 | 11/5/2014 | $193.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444867 | 11/5/2014 | $228.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444864 | 11/5/2014 | $150.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444670 | 11/4/2014 | $357.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444666 | 11/4/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1084690 | $2,848.00 | 12/16/2014 | 9444652 | 11/4/2014 | $1,611.00 |
| The Standard Register Company | The Standard Register Company | 1083704 | $621.00 | 12/16/2014 | 9443842 | 10/31/2014 | $377.00 |
| The Standard Register Company | The Standard Register Company | 1088200 | $576.00 | 1/5/2015 | 9449911 | 11/18/2014 | $322.00 |
| The Standard Register Company | The Standard Register Company | 1095408 | $3,818.40 | 2/10/2015 | 9462568 | 12/18/2014 | $2,006.00 |
| The Standard Register Company | The Standard Register Company | 1097443 | $4,071.85 | 3/2/2015 | 9475759 | 1/24/2015 | $86.90 |
| The Standard Register Company | The Standard Register Company | 1097443 | $4,071.85 | 3/2/2015 | 9475516 | 1/23/2015 | $262.00 |
| The Standard Register Company | The Standard Register Company | 1097443 | $4,071.85 | 3/2/2015 | 9475323 | 1/24/2015 | $394.00 |
| The Standard Register Company | The Standard Register Company | 1097443 | $4,071.85 | 3/2/2015 | 9475299 | 1/24/2015 | $1,307.95 |
| The Standard Register Company | The Standard Register Company | 1097443 | $4,071.85 | 3/2/2015 | 9475287 | 1/24/2015 | $2,021.00 |
| The Standard Register Company | The Standard Register Company | 1097336 | $542.12 | 2/25/2015 | 9474025 | 1/21/2015 | $1,035.12 |
| The Standard Register Company | The Standard Register Company | 1096687 | $180.87 | 2/18/2015 | 9469478 | 1/10/2015 | $180.87 |
| The Standard Register Company | The Standard Register Company | 1096573 | $2,256.31 | 2/18/2015 | 9465008 | 12/23/2014 | $369.31 |
| The Standard Register Company | The Standard Register Company | 1096573 | $2,256.31 | 2/18/2015 | 9464899 | 12/23/2014 | $158.00 |
| The Standard Register Company | The Standard Register Company | 1096573 | $2,256.31 | 2/18/2015 | 9464898 | 12/23/2014 | $454.00 |
| The Standard Register Company | The Standard Register Company | 1096573 | $2,256.31 | 2/18/2015 | 9464896 | 12/23/2014 | $333.00 |
| The Standard Register Company | The Standard Register Company | 1091697 | $253.00 | 1/27/2015 | 9455876 | 12/3/2014 | $253.00 |
| The Standard Register Company | The Standard Register Company | 1095846 | $449.00 | 2/12/2015 | 9463816 | 12/19/2014 | $449.00 |
| The Standard Register Company | The Standard Register Company | 1092084 | $319.00 | 1/27/2015 | 9456498 | 12/4/2014 | $319.00 |
| The Standard Register Company | The Standard Register Company | 1095408 | $3,818.40 | 2/10/2015 | 9462365 | 12/18/2014 | $617.00 |
| The Standard Register Company | The Standard Register Company | 1095408 | $3,818.40 | 2/10/2015 | 9461827 | 12/17/2014 | $87.40 |
| The Standard Register Company | The Standard Register Company | 1095408 | $3,818.40 | 2/10/2015 | 9461779 | 12/17/2014 | $1,108.00 |
| The Standard Register Company | The Standard Register Company | 1094158 | $958.10 | 2/4/2015 | 9460074 | 12/12/2014 | $320.00 |
| The Standard Register Company | The Standard Register Company | 1094158 | $958.10 | 2/4/2015 | 9460013 | 12/12/2014 | $638.10 |
| The Standard Register Company | The Standard Register Company | 1093659 | $1,331.00 | 2/4/2015 | 9458872 | 12/10/2014 | $118.00 |
| The Standard Register Company | The Standard Register Company | 1093659 | $1,331.00 | 2/4/2015 | 9458860 | 12/10/2014 | $307.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093659 | $1,331.00 | 2/4/2015 | 9458730 | 12/10/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1093659 | $1,331.00 | 2/4/2015 | 9458729 | 12/10/2014 | $394.00 |
| The Standard Register Company | The Standard Register Company | 1093659 | $1,331.00 | 2/4/2015 | 9458728 | 12/10/2014 | $292.00 |
| The Standard Register Company | The Standard Register Company | 1092436 | $965.00 | 1/29/2015 | 9457325 | 12/5/2014 | $605.00 |
| The Standard Register Company | The Standard Register Company | ACH:12813 | $1,595.74 | 12/16/2014 | 9448852 | 11/14/2014 | $609.09 |
| The Standard Register Company | The Standard Register Company | 1096573 | $2,256.31 | 2/18/2015 | 9464527 | 12/23/2014 | $942.00 |
| The Standard Register Company | The Standard Register Company | ACH:13249 | $1,663.47 | 1/6/2015 | 9456742 | 12/6/2014 | $418.31 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9459887 | 12/12/2014 | $270.88 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9459767 | 12/12/2014 | $165.63 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9459332 | 12/11/2014 | $231.00 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9459326 | 12/11/2014 | $255.00 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9459216 | 12/11/2014 | $1,167.00 |
| The Standard Register Company | The Standard Register Company | ACH:13332 | $174.77 | 1/12/2015 | 9458824 | 12/10/2014 | $174.77 |
| The Standard Register Company | The Standard Register Company | ACH:13331 | $721.80 | 1/12/2015 | 9459061 | 12/10/2014 | $721.80 |
| The Standard Register Company | The Standard Register Company | ACH:13297 | $2,360.82 | 1/9/2015 | 9460679 | 12/13/2014 | $204.01 |
| The Standard Register Company | The Standard Register Company | ACH:13297 | $2,360.82 | 1/9/2015 | 9460572 | 12/13/2014 | $716.96 |
| The Standard Register Company | The Standard Register Company | ACH:13297 | $2,360.82 | 1/9/2015 | 9460571 | 12/13/2014 | $436.01 |
| The Standard Register Company | The Standard Register Company | ACH:13297 | $2,360.82 | 1/9/2015 | 9460091 | 12/12/2014 | $680.84 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456592 | 12/4/2014 | $1,499.00 |
| The Standard Register Company | The Standard Register Company | ACH:13249 | $1,663.47 | 1/6/2015 | 9457196 | 12/5/2014 | $351.10 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9460716 | 12/13/2014 | $429.00 |
| The Standard Register Company | The Standard Register Company | ACH:13249 | $1,663.47 | 1/6/2015 | 9456406 | 12/4/2014 | $685.96 |
| The Standard Register Company | The Standard Register Company | ACH:13249 | $1,663.47 | 1/6/2015 | 9456405 | 12/4/2014 | $208.10 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9460879 | 12/11/2014 | $908.24 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9457578 | 12/5/2014 | $597.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9457533 | 12/6/2014 | $2,379.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9457454 | 12/5/2014 | $327.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9457221 | 12/5/2014 | $194.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456967 | 12/6/2014 | $370.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456814 | 12/5/2014 | $166.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456787 | 12/5/2014 | $818.40 |
| The Standard Register Company | The Standard Register Company | ACH:12812 | $1,032.74 | 12/16/2014 | 9449174 | 11/15/2014 | $178.00 |
| The Standard Register Company | The Standard Register Company | ACH:13297 | $2,360.82 | 1/9/2015 | 9458246 | 12/9/2014 | $323.00 |
| The Standard Register Company | The Standard Register Company | ACH:13489 | $977.13 | 1/20/2015 | 9464895X | 12/23/2014 | $977.13 |
| The Standard Register Company | The Standard Register Company | ACH:13715 | $160.80 | 2/3/2015 | 9477180 | 1/28/2005 | $160.80 |
| The Standard Register Company | The Standard Register Company | ACH:13612 | $710.00 | 1/27/2015 | 9419372 | 9/8/2014 | $710.00 |
| The Standard Register Company | The Standard Register Company | ACH:13599 | $2,321.38 | 1/26/2015 | 9422880 | 9/15/2014 | $507.38 |
| The Standard Register Company | The Standard Register Company | ACH:13599 | $2,321.38 | 1/26/2015 | 9420020 | 9/9/2014 | $1,814.00 |
| The Standard Register Company | The Standard Register Company | ACH:13545 | $821.81 | 1/22/2015 | 9468386 | 1/21/2015 | $821.81 |
| The Standard Register Company | The Standard Register Company | ACH:13515 | $182.50 | 1/21/2015 | 9463500 | 12/19/2014 | $182.50 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9465258 | 12/23/2014 | $1,158.59 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9463670 | 12/19/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9463518 | 12/19/2014 | $219.00 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9463509 | 12/19/2014 | $194.00 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9463460 | 12/19/2014 | $939.39 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9460375 | 12/13/2014 | $175.06 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9462197 | 12/18/2014 | $1,474.00 |
| The Standard Register Company | The Standard Register Company | ACH:13366 | $2,942.57 | 1/13/2015 | 9460502 | 12/13/2014 | $249.00 |
| The Standard Register Company | The Standard Register Company | ACH:13455 | $980.25 | 1/16/2015 | 9461490 | 12/16/2014 | $303.77 |
| The Standard Register Company | The Standard Register Company | ACH:13455 | $980.25 | 1/16/2015 | 9461481 | 12/16/2014 | $676.48 |
| The Standard Register Company | The Standard Register Company | ACH:13454 | $584.00 | 1/16/2015 | 9461515 | 12/16/2014 | $379.00 |
| The Standard Register Company | The Standard Register Company | ACH:13454 | $584.00 | 1/16/2015 | 9461427 | 12/16/2014 | $205.00 |
| The Standard Register Company | The Standard Register Company | ACH:13421 | $276.10 | 1/15/2015 | 9463168 | 12/20/2014 | $276.10 |
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9460783 | 12/13/2014 | $175.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9460708 | 12/13/2014 | $265.77 |
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9460678 | 12/13/2014 | $211.77 |
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9460569 | 12/13/2014 | $199.77 |
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9460086 | 12/12/2014 | $245.77 |
| The Standard Register Company | The Standard Register Company | ACH:13367 | $2,079.31 | 1/13/2015 | 9459277 | 12/11/2014 | $980.46 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456181 | 12/4/2014 | $122.00 |
| The Standard Register Company | The Standard Register Company | ACH:13514 | $5,697.15 | 1/21/2015 | 9462590 | 12/18/2014 | $1,472.17 |
| The Standard Register Company | The Standard Register Company | ACH:12929 | $6,999.04 | 12/22/2014 | 9451260 | 11/19/2014 | $2,158.00 |
| The Standard Register Company | The Standard Register Company | ACH:12961 | $419.95 | 12/23/2014 | 9451906 | 11/22/2014 | $210.14 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452703 | 11/22/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452289 | 11/21/2014 | $2,628.62 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452246 | 11/22/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452242 | 11/22/2014 | $1,096.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452240 | 11/22/2014 | $323.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452152 | 11/22/2014 | $311.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452135 | 11/22/2014 | $268.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9452113 | 11/22/2014 | $209.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9451983 | 11/22/2014 | $262.00 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9451712 | 11/20/2014 | $343.00 |
| The Standard Register Company | The Standard Register Company | ACH:13248 | $7,499.64 | 1/6/2015 | 9456755 | 12/6/2014 | $119.00 |
| The Standard Register Company | The Standard Register Company | ACH:12929 | $6,999.04 | 12/22/2014 | 9460804 | 12/12/2014 | $399.04 |
| The Standard Register Company | The Standard Register Company | ACH:13064 | $2,563.59 | 12/29/2014 | 9453346 | 11/25/2014 | $1,340.18 |
| The Standard Register Company | The Standard Register Company | ACH:12929 | $6,999.04 | 12/22/2014 | 9451111 | 11/19/2014 | $4,442.00 |
| The Standard Register Company | The Standard Register Company | ACH:12898 | $555.24 | 12/19/2014 | 9450247 | 11/18/2014 | $555.24 |
| The Standard Register Company | The Standard Register Company | ACH:12897 | $1,489.04 | 12/19/2014 | 9459629 | 12/11/2014 | $399.04 |
| The Standard Register Company | The Standard Register Company | ACH:12897 | $1,489.04 | 12/19/2014 | 9450398 | 11/18/2014 | $365.00 |
| The Standard Register Company | The Standard Register Company | ACH:12897 | $1,489.04 | 12/19/2014 | 9450342 | 11/18/2014 | $253.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12897 | $1,489.04 | 12/19/2014 | 9450275 | 11/18/2014 | $202.00 |
| The Standard Register Company | The Standard Register Company | ACH:12897 | $1,489.04 | 12/19/2014 | 9450242 | 11/18/2014 | $270.00 |
| The Standard Register Company | The Standard Register Company | ACH:12883 | $4,047.47 | 12/18/2014 | 9452408 | 11/21/2014 | $2,896.41 |
| The Standard Register Company | The Standard Register Company | ACH:12883 | $4,047.47 | 12/18/2014 | 9451545 | 11/20/2014 | $1,151.06 |
| The Standard Register Company | The Standard Register Company | ACH:12813 | $1,595.74 | 12/16/2014 | 9449376 | 11/14/2014 | $851.84 |
| The Standard Register Company | The Standard Register Company | ACH:12813 | $1,595.74 | 12/16/2014 | 9448875 | 11/14/2014 | $134.81 |
| The Standard Register Company | The Standard Register Company | ACH:12960 | $6,073.62 | 12/23/2014 | 9451645 | 11/20/2014 | $393.00 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455387 | 12/2/2014 | $297.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455508 | 12/2/2014 | $165.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455499 | 12/2/2014 | $362.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455498 | 12/2/2014 | $687.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455497 | 12/2/2014 | $660.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455496 | 12/2/2014 | $270.00 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455442 | 12/2/2014 | $173.14 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455432 | 12/2/2014 | $155.14 |
| The Standard Register Company | The Standard Register Company | ACH:13184 | $3,212.97 | 1/5/2015 | 9455343 | 12/2/2014 | $740.69 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455885 | 12/3/2014 | $9,728.00 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455869 | 12/3/2014 | $294.00 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455804X | 12/3/2014 | $2,268.31 |
| The Standard Register Company | The Standard Register Company | ACH:12961 | $419.95 | 12/23/2014 | 9452789 | 11/21/2014 | $209.81 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455434 | 12/2/2014 | $183.00 |
| The Standard Register Company | The Standard Register Company | ACH:13064 | $2,563.59 | 12/29/2014 | 9453339 | 11/25/2014 | $1,012.41 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455318 | 12/2/2014 | $295.00 |
| The Standard Register Company | The Standard Register Company | ACH:13110 | $2,580.58 | 12/30/2014 | 9454490 | 11/27/2014 | $859.00 |
| The Standard Register Company | The Standard Register Company | ACH:13110 | $2,580.58 | 12/30/2014 | 9454358 | 11/27/2014 | $1,313.00 |
| The Standard Register Company | The Standard Register Company | ACH:13110 | $2,580.58 | 12/30/2014 | 9453870 | 11/27/2014 | $408.58 |
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9454440 | 11/26/2014 | $112.81 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9454428 | 11/26/2014 | $390.14 |
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9453849 | 11/26/2014 | $292.14 |
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9453842 | 11/26/2014 | $186.14 |
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9453456 | 11/25/2014 | $753.81 |
| The Standard Register Company | The Standard Register Company | ACH:13065 | $2,023.18 | 12/29/2014 | 9453385 | 11/25/2014 | $288.14 |
| The Standard Register Company | The Standard Register Company | ACH:13064 | $2,563.59 | 12/29/2014 | 9454294 | 11/26/2014 | $211.00 |
| The Standard Register Company | The Standard Register Company | ACH:13767 | $510.00 | 2/6/2015 | 9463148 | 12/20/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | ACH:13183 | $13,246.59 | 1/5/2015 | 9455526 | 12/3/2014 | $181.28 |

**Totals:** 59 transfer(s), $138,107.25