

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Roundtower Technologies, LLC fdba Roundtower Technologies, Inc.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096676 | $218,887.47 | 2/13/2015 | INV11327 | 9/29/2014 | $225,186.39 |
| The Standard Register Company | The Standard Register Company | 1094893 | $180.00 | 2/10/2015 | 1080020UD | 10/17/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 1091698 | $34.68 | 1/26/2015 | 1090483UD | 11/30/2014 | $34.68 |
| The Standard Register Company | The Standard Register Company | 1090483 | $1,199.31 | 1/13/2015 | INV11700 | 11/30/2014 | $1,233.99 |

**Totals:** 4 transfer(s), $220,301.46