

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Rustic Label, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088203 | $2,410.34 | 1/15/2015 | 31671 | 11/19/2014 | $380.00 |
| The Standard Register Company | The Standard Register Company | 1094160 | $1,507.72 | 2/6/2015 | 31762 | 12/11/2014 | $390.00 |
| The Standard Register Company | The Standard Register Company | 1093291 | $1,845.67 | 2/6/2015 | 31794 | 12/9/2014 | $962.56 |
| The Standard Register Company | The Standard Register Company | 1093291 | $1,845.67 | 2/6/2015 | 31709 | 12/9/2014 | $1,017.09 |
| The Standard Register Company | The Standard Register Company | 1092437 | $982.62 | 2/2/2015 | 31753 | 12/5/2014 | $472.18 |
| The Standard Register Company | The Standard Register Company | 1092437 | $982.62 | 2/2/2015 | 31717 | 12/5/2014 | $234.69 |
| The Standard Register Company | The Standard Register Company | 1092437 | $982.62 | 2/2/2015 | 31689 | 12/5/2014 | $345.16 |
| The Standard Register Company | The Standard Register Company | 1092086 | $7,629.62 | 2/2/2015 | 31674 | 12/4/2014 | $8,188.92 |
| The Standard Register Company | The Standard Register Company | 1089895 | $809.48 | 1/15/2015 | 31675 | 11/26/2014 | $866.91 |
| The Standard Register Company | The Standard Register Company | 1089476 | $2,164.19 | 1/15/2015 | 31730 | 11/24/2014 | $196.70 |
| The Standard Register Company | The Standard Register Company | 1083230 | $744.79 | 12/12/2014 | 31498 | 10/30/2014 | $319.63 |
| The Standard Register Company | The Standard Register Company | 1088203 | $2,410.34 | 1/15/2015 | 31672 | 11/19/2014 | $1,685.28 |
| The Standard Register Company | The Standard Register Company | 1094894 | $439.19 | 2/11/2015 | 31800 | 12/16/2014 | $469.75 |
| The Standard Register Company | The Standard Register Company | 1088203 | $2,410.34 | 1/15/2015 | 31670 | 11/19/2014 | $504.66 |
| The Standard Register Company | The Standard Register Company | 1087576 | $625.89 | 1/6/2015 | 31662 | 11/17/2014 | $292.80 |
| The Standard Register Company | The Standard Register Company | 1087576 | $625.89 | 1/6/2015 | 31628 | 11/17/2014 | $380.20 |
| The Standard Register Company | The Standard Register Company | 1086509 | $2,329.16 | 1/6/2015 | 31665 | 11/12/2014 | $451.00 |
| The Standard Register Company | The Standard Register Company | 1086509 | $2,329.16 | 1/6/2015 | 31664 | 11/12/2014 | $451.00 |
| The Standard Register Company | The Standard Register Company | 1086509 | $2,329.16 | 1/6/2015 | 31663 | 11/12/2014 | $451.00 |
| The Standard Register Company | The Standard Register Company | 1086509 | $2,329.16 | 1/6/2015 | 31599 | 11/11/2014 | $1,145.20 |
| The Standard Register Company | The Standard Register Company | 1085088 | $681.59 | 12/22/2014 | 31555 | 11/6/2014 | $732.90 |
| The Standard Register Company | The Standard Register Company | 1083230 | $744.79 | 12/12/2014 | 31592 | 10/30/2014 | $476.58 |
| The Standard Register Company | The Standard Register Company | 1089476 | $2,164.19 | 1/15/2015 | 31714 | 11/25/2014 | $2,117.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31906 | 1/14/2015 | $447.52 |
| The Standard Register Company | The Standard Register Company | 1099861 | $37,932.26 | 3/10/2015 | 32079 | 2/23/2015 | $458.41 |
| The Standard Register Company | The Standard Register Company | 1099861 | $37,932.26 | 3/10/2015 | 32072 | 2/25/2015 | $11,574.63 |
| The Standard Register Company | The Standard Register Company | 1099861 | $37,932.26 | 3/10/2015 | 32071 | 2/25/2015 | $26,748.43 |
| The Standard Register Company | The Standard Register Company | 1099861 | $37,932.26 | 3/10/2015 | 32068 | 2/23/2015 | $657.00 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31953 | 1/20/2015 | $233.68 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31944 | 1/20/2015 | $504.00 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31933 | 1/27/2015 | $286.15 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31932 | 1/20/2015 | $839.05 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31926 | 1/29/2015 | $18,863.83 |
| The Standard Register Company | The Standard Register Company | 1094160 | $1,507.72 | 2/6/2015 | 31784 | 12/11/2014 | $1,231.20 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31924 | 1/28/2015 | $281.10 |
| The Standard Register Company | The Standard Register Company | 1094577 | $723.17 | 2/11/2015 | 31813 | 12/15/2014 | $777.60 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31897 | 1/12/2015 | $380.00 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31896 | 1/19/2015 | $867.64 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31880 | 1/5/2015 | $420.00 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31838 | 1/14/2015 | $574.50 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31825 | 1/9/2015 | $870.31 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31795 | 1/8/2015 | $265.01 |
| The Standard Register Company | The Standard Register Company | 1095411 | $1,210.75 | 2/11/2015 | 31812 | 12/18/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1095411 | $1,210.75 | 2/11/2015 | 31809 | 12/17/2014 | $255.23 |
| The Standard Register Company | The Standard Register Company | 1095411 | $1,210.75 | 2/11/2015 | 31792 | 12/17/2014 | $370.80 |
| The Standard Register Company | The Standard Register Company | 1099861 | $37,932.26 | 3/10/2015 | 32086 | 2/26/2015 | $414.53 |
| The Standard Register Company | The Standard Register Company | 1096241 | $24,436.48 | 2/11/2015 | 31925 | 2/3/2015 | $1,386.40 |

**Totals:** 16 transfer(s), $86,472.92