

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Salesforce.com, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098940 | $54,820.00 | 3/4/2015 | 6436837 | 11/27/2014 | $54,820.00 |
| The Standard Register Company | The Standard Register Company | 1093066 | $159,315.80 | 2/2/2015 | 6241788 | 9/29/2014 | $159,315.80 |
| The Standard Register Company | The Standard Register Company | 1090127 | $2,030.73 | 1/12/2015 | 6442410 | 11/28/2014 | $2,030.73 |
| The Standard Register Company | The Standard Register Company | 1089480 | $24,405.82 | 1/8/2015 | 5861679 | 5/22/2014 | $24,405.82 |
| **Totals:** | | **4 transfer(s),** | **$240,572.35** | | | | |