

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Satori Software Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099090 | $113,478.00 | 3/5/2015 | 118122 | 12/31/2014 | $83,478.00 |
| The Standard Register Company | The Standard Register Company | 1099090 | $113,478.00 | 3/5/2015 | 118098 | 12/12/2014 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 1099090 | $113,478.00 | 3/5/2015 | 118097 | 12/9/2014 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 1090834 | $48,250.00 | 1/21/2015 | 110561 | 1/10/2014 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 1090834 | $48,250.00 | 1/21/2015 | 110560 | 1/10/2014 | $17,500.00 |
| The Standard Register Company | The Standard Register Company | 1090834 | $48,250.00 | 1/21/2015 | 109000 | 12/5/2013 | $15,750.00 |

**Totals:** 2 transfer(s), $161,728.00