

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Schiele Graphics, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66125 | 12/26/2014 | $4,543.22 |
| The Standard Register Company | The Standard Register Company | 1083709 | $3,964.51 | 12/15/2014 | 66363 | 10/31/2014 | $1,128.78 |
| The Standard Register Company | The Standard Register Company | 1088206 | $3,092.73 | 1/5/2015 | 40134 | 11/18/2014 | $3,324.89 |
| The Standard Register Company | The Standard Register Company | 1088842 | $75,485.18 | 1/6/2015 | 1112574 | 11/20/2014 | $8,088.33 |
| The Standard Register Company | The Standard Register Company | 1088842 | $75,485.18 | 1/6/2015 | 1112587 | 11/20/2014 | $73,078.54 |
| The Standard Register Company | The Standard Register Company | 1089482 | $32,374.14 | 1/6/2015 | 1100458 | 11/25/2014 | $34,762.72 |
| The Standard Register Company | The Standard Register Company | 1090128 | $7,067.22 | 1/12/2015 | 65770 | 11/28/2014 | $1,475.00 |
| The Standard Register Company | The Standard Register Company | 1090128 | $7,067.22 | 1/12/2015 | 65771 | 11/28/2014 | $4,628.00 |
| The Standard Register Company | The Standard Register Company | 1090128 | $7,067.22 | 1/12/2015 | 65774 | 11/28/2014 | $1,496.16 |
| The Standard Register Company | The Standard Register Company | 1090910 | $5,760.70 | 1/22/2015 | 65336 | 10/31/2014 | $5,760.70 |
| The Standard Register Company | The Standard Register Company | 1095414 | $11,117.53 | 2/10/2015 | 1202457 | 12/17/2014 | $11,954.34 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 1221324 | 12/29/2014 | $1,098.39 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 1221695 | 1/27/2015 | $2,901.57 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 40287 | 12/26/2014 | $1,322.98 |
| The Standard Register Company | The Standard Register Company | 1083709 | $3,964.51 | 12/15/2014 | 65287 | 10/31/2014 | $3,130.00 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66358 | 12/31/2014 | $1,995.12 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66820 | 1/30/2015 | $20,016.70 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66747 | 1/30/2015 | $66,275.10 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66626 | 1/26/2015 | $896.74 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66537 | 1/20/2015 | $8,904.61 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66361 | 12/31/2014 | $96.31 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 40415 | 1/30/2015 | $11,709.50 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66359 | 12/31/2014 | $924.99 |

Schiele Graphics, Inc. (SRCSCH005)  
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                     Exhibit A                     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 40447 | 1/30/2015 | $4,325.00 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66130 | 12/26/2014 | $2,291.69 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66129 | 12/26/2014 | $6,507.52 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66128 | 12/26/2014 | $2,828.43 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66127 | 12/26/2014 | $599.99 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66126 | 12/26/2014 | $4,477.72 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66821 | 1/30/2015 | $18,260.00 |
| The Standard Register Company | The Standard Register Company | 1100045 | $153,007.00 | 3/10/2015 | 66360 | 12/31/2014 | $953.60 |

**Totals:**   8 transfer(s),   $291,869.01