

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Select Design, Ltd.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091704 | $1,938.56 | 1/27/2015 | 69884 | 11/7/2014 | $1,938.56 |
| The Standard Register Company | The Standard Register Company | 1089488 | $10,117.98 | 1/8/2015 | 69995 | 11/17/2014 | $10,117.98 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70075 | 11/21/2014 | $9,098.11 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70078 | 11/21/2014 | $9,381.44 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70079 | 11/21/2014 | $9,121.80 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70080 | 11/21/2014 | $9,611.76 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70081 | 11/21/2014 | $11,164.17 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70082 | 11/21/2014 | $11,603.24 |
| The Standard Register Company | The Standard Register Company | 1086078 | $3,535.18 | 12/30/2014 | 69805 | 11/3/2014 | $3,535.18 |
| The Standard Register Company | The Standard Register Company | 1091178 | $4,818.64 | 1/21/2015 | 70122 | 11/25/2014 | $4,818.64 |
| The Standard Register Company | The Standard Register Company | 1095849 | $22,110.12 | 2/11/2015 | 70330 | 12/12/2014 | $15,119.02 |
| The Standard Register Company | The Standard Register Company | 1092880 | $1,985.96 | 2/4/2015 | 70171 | 12/1/2014 | $1,985.96 |
| The Standard Register Company | The Standard Register Company | 1093667 | $25,504.45 | 2/4/2015 | 70198 | 12/3/2014 | $25,504.45 |
| The Standard Register Company | The Standard Register Company | 1094167 | $8,009.00 | 2/4/2015 | 70225 | 12/5/2014 | $2,002.25 |
| The Standard Register Company | The Standard Register Company | 1094167 | $8,009.00 | 2/4/2015 | 70226 | 12/5/2014 | $2,002.25 |
| The Standard Register Company | The Standard Register Company | 1094167 | $8,009.00 | 2/4/2015 | 70227 | 12/5/2014 | $2,002.25 |
| The Standard Register Company | The Standard Register Company | 1094167 | $8,009.00 | 2/4/2015 | 70228 | 12/5/2014 | $2,002.25 |
| The Standard Register Company | The Standard Register Company | 1095849 | $22,110.12 | 2/11/2015 | 70327 | 12/12/2014 | $3,050.37 |
| The Standard Register Company | The Standard Register Company | 1095849 | $22,110.12 | 2/11/2015 | 70328 | 12/12/2014 | $3,940.73 |
| The Standard Register Company | The Standard Register Company | 1090130 | $72,202.32 | 1/13/2015 | 70083 | 11/21/2014 | $12,221.80 |

**Totals:** 9 transfer(s), $150,222.21