

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Sexton Printing, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262218 | 10/31/2014 | $785.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262212 | 10/28/2014 | $1,025.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262213 | 10/28/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262214 | 10/28/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262239 | 10/28/2014 | $1,014.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262240 | 10/28/2014 | $920.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262241 | 10/28/2014 | $973.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262242 | 10/28/2014 | $462.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262270 | 10/28/2014 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1083935 | $1,969.00 | 12/15/2014 | 261946 | 10/7/2014 | $344.00 |
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262216 | 10/31/2014 | $397.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262175 | 10/28/2014 | $525.00 |
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262228 | 10/29/2014 | $336.00 |
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262244 | 10/31/2014 | $1,073.00 |
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262301 | 10/31/2014 | $860.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262243 | 11/11/2014 | $1,097.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262249 | 11/10/2014 | $3,960.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 2622891 | 11/10/2014 | $957.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262308 | 11/10/2014 | $735.89 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262351 | 11/10/2014 | $850.00 |
| The Standard Register Company | The Standard Register Company | 1089491 | $4,487.00 | 1/6/2015 | 262208 | 10/31/2014 | $1,036.00 |
| The Standard Register Company | The Standard Register Company | 1087588 | $4,561.00 | 12/30/2014 | 262000 | 10/20/2014 | $838.00 |
| The Standard Register Company | The Standard Register Company | 1083935 | $1,969.00 | 12/15/2014 | 261978 | 10/7/2014 | $475.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083935 | $1,969.00 | 12/15/2014 | 261995 | 10/8/2014 | $525.00 |
| The Standard Register Company | The Standard Register Company | 1083935 | $1,969.00 | 12/15/2014 | 261997 | 10/8/2014 | $625.00 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262046 | 10/14/2014 | $246.97 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262047 | 10/14/2014 | $227.00 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262097 | 10/14/2014 | $242.00 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262098 | 10/14/2014 | $384.00 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262099 | 10/14/2014 | $384.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262207 | 10/28/2014 | $955.00 |
| The Standard Register Company | The Standard Register Company | 1087588 | $4,561.00 | 12/30/2014 | 261999 | 10/20/2014 | $2,798.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262206 | 10/28/2014 | $1,249.00 |
| The Standard Register Company | The Standard Register Company | 1087588 | $4,561.00 | 12/30/2014 | 262053 | 10/20/2014 | $925.00 |
| The Standard Register Company | The Standard Register Company | 1088213 | $261.00 | 1/5/2015 | 262201 | 10/24/2014 | $261.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 261877 | 10/28/2014 | $6,857.75 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262054 | 10/27/2014 | $879.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262055 | 10/27/2014 | $893.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262056 | 10/27/2014 | $878.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262114 | 10/27/2014 | $830.00 |
| The Standard Register Company | The Standard Register Company | 1088852 | $19,163.75 | 1/5/2015 | 262174 | 10/28/2014 | $838.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262460 | 11/12/2014 | $884.00 |
| The Standard Register Company | The Standard Register Company | 1085474 | $1,968.97 | 12/23/2014 | 262122 | 10/14/2014 | $485.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262777 | 12/30/2014 | $662.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262370 | 11/12/2014 | $8,728.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262634 | 12/5/2014 | $207.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262654 | 12/12/2014 | $206.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262657 | 12/12/2014 | $3,047.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262658 | 12/12/2014 | $1,196.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262661 | 12/12/2014 | $1,012.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262744 | 12/22/2014 | $1,483.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262748 | 12/22/2014 | $2,316.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262629 | 12/23/2014 | $1,104.15 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262752 | 12/30/2014 | $1,009.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262578 | 12/12/2014 | $572.32 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262778 | 12/30/2014 | $946.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262783 | 12/30/2014 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262819 | 12/22/2014 | $719.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262821 | 12/30/2014 | $1,251.00 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262763 | 12/31/2014 | $2,275.00 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262825 | 12/31/2014 | $697.00 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262834 | 12/31/2014 | $1,490.00 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262837 | 12/31/2014 | $974.00 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262838 | 12/31/2014 | $1,142.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262751 | 12/26/2014 | $1,685.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262290 | 11/28/2014 | $5,925.60 |
| The Standard Register Company | The Standard Register Company | 1099120 | $7,620.00 | 3/3/2015 | 262839 | 12/31/2014 | $1,042.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262462 | 11/12/2014 | $253.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262476 | 11/12/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262461 | 11/17/2014 | $1,353.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262468 | 11/17/2014 | $1,353.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262469 | 11/17/2014 | $669.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262487 | 11/17/2014 | $295.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262488 | 11/17/2014 | $852.00 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262633 | 12/5/2014 | $1,054.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262288 | 11/28/2014 | $4,952.00 |
| The Standard Register Company | The Standard Register Company | 1092442 | $18,771.89 | 1/29/2015 | 262389 | 11/10/2014 | $1,032.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262358 | 11/26/2014 | $1,392.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262379 | 11/28/2014 | $562.50 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262426 | 11/26/2014 | $676.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262511 | 11/26/2014 | $463.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262544 | 11/28/2014 | $351.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262545 | 11/28/2014 | $351.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262546 | 11/28/2014 | $840.00 |
| The Standard Register Company | The Standard Register Company | 1095945 | $15,919.45 | 2/11/2015 | 262579 | 11/28/2014 | $406.35 |
| The Standard Register Company | The Standard Register Company | 1097532 | $21,156.47 | 3/2/2015 | 262513 | 12/9/2014 | $2,519.00 |
| The Standard Register Company | The Standard Register Company | 1094172 | $4,986.00 | 2/5/2015 | 262496 | 11/17/2014 | $464.00 |

**Totals:** 11 transfer(s), $100,864.53