

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Shapco Printing, Inc.** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009931 | $57,737.19 | 1/23/2015 | 312983 | 12/7/2014 | $51,476.00 |
| The Standard Register Company | The Standard Register Company | 7009211 | $796.08 | 12/16/2014 | 312719 | 11/7/2014 | $339.00 |
| The Standard Register Company | The Standard Register Company | 7009347 | $1,529.85 | 12/23/2014 | 312718 | 11/12/2014 | $1,645.00 |
| The Standard Register Company | The Standard Register Company | 7009411 | $2,156.67 | 12/26/2014 | 312722 | 11/13/2014 | $2,319.00 |
| The Standard Register Company | The Standard Register Company | 7009534 | $3,037.38 | 12/30/2014 | 312721 | 11/21/2014 | $3,266.00 |
| The Standard Register Company | The Standard Register Company | 7009590 | $10,315.56 | 1/2/2015 | 313183 | 11/25/2014 | $11,092.00 |
| The Standard Register Company | The Standard Register Company | 7009803 | $45,214.74 | 1/14/2015 | 312485 | 12/2/2014 | $20,136.00 |
| The Standard Register Company | The Standard Register Company | 7009803 | $45,214.74 | 1/14/2015 | 312720 | 12/2/2014 | $11,523.00 |
| The Standard Register Company | The Standard Register Company | 7009803 | $45,214.74 | 1/14/2015 | 31272001 | 12/2/2014 | $11,354.00 |
| The Standard Register Company | The Standard Register Company | 7009803 | $45,214.74 | 1/14/2015 | 313184 | 12/2/2014 | $5,095.00 |
| The Standard Register Company | The Standard Register Company | 7009211 | $796.08 | 12/16/2014 | 312717 | 11/7/2014 | $517.00 |
| The Standard Register Company | The Standard Register Company | 7009855 | $2,200.47 | 1/21/2015 | 312723 | 12/3/2014 | $2,366.10 |
| The Standard Register Company | The Standard Register Company | 7010696 | $685.90 | 3/4/2015 | 314741 | 1/27/2015 | $623.00 |
| The Standard Register Company | The Standard Register Company | 7009931 | $57,737.19 | 1/23/2015 | 31298301 | 12/7/2014 | $10,607.00 |
| The Standard Register Company | The Standard Register Company | 7010026 | $1,599.80 | 1/28/2015 | 313971 | 12/9/2014 | $1,684.00 |
| The Standard Register Company | The Standard Register Company | 7010075 | $7,520.91 | 1/29/2015 | 313181 | 12/10/2014 | $8,087.00 |
| The Standard Register Company | The Standard Register Company | 7010107 | $18,649.26 | 1/30/2015 | 312715 | 12/12/2014 | $7,615.04 |
| The Standard Register Company | The Standard Register Company | 7010107 | $18,649.26 | 1/30/2015 | 313185 | 12/11/2014 | $10,596.60 |
| The Standard Register Company | The Standard Register Company | 7010107 | $18,649.26 | 1/30/2015 | 313805 | 12/12/2014 | $1,824.77 |
| The Standard Register Company | The Standard Register Company | 7010223 | $9,504.60 | 2/4/2015 | 312538 | 12/16/2014 | $3,720.00 |
| The Standard Register Company | The Standard Register Company | 7010223 | $9,504.60 | 2/4/2015 | 314405 | 12/17/2014 | $6,500.00 |
| The Standard Register Company | The Standard Register Company | 7010696 | $685.90 | 3/4/2015 | 314736 | 1/15/2015 | $99.00 |
| The Standard Register Company | The Standard Register Company | 7009803 | $45,214.74 | 1/14/2015 | 313801 | 12/2/2014 | $510.00 |

Shapco Printing, Inc. (SRCSHA003)  
Bankruptcy Case: SRC Liquidation Company

May 3, 2016

Exhibit A

**Totals:**     **13 transfer(s),**     **$160,948.41**