

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099071 | $2,495.53 | 3/3/2015 | 32545 | 1/27/2015 | $2,546.46 |
| The Standard Register Company | The Standard Register Company | 1097359 | $12,116.29 | 2/24/2015 | 32454 | 1/7/2015 | $594.00 |
| The Standard Register Company | The Standard Register Company | 1097359 | $12,116.29 | 2/24/2015 | 32437 | 12/30/2014 | $4,017.30 |
| The Standard Register Company | The Standard Register Company | 1097359 | $12,116.29 | 2/24/2015 | 32428 | 12/26/2014 | $8,416.98 |
| The Standard Register Company | The Standard Register Company | 1095708 | $3,196.67 | 2/10/2015 | 32407 | 12/19/2014 | $3,437.28 |
| The Standard Register Company | The Standard Register Company | 1095231 | $4,606.88 | 2/9/2015 | 32402 | 12/17/2014 | $4,953.63 |
| The Standard Register Company | The Standard Register Company | 1093549 | $11,248.31 | 2/4/2015 | 32380 | 12/10/2014 | $12,094.96 |
| The Standard Register Company | The Standard Register Company | 1091986 | $6,899.11 | 1/27/2015 | 32352 | 12/4/2014 | $7,418.40 |
| The Standard Register Company | The Standard Register Company | 1090037 | $328.90 | 1/9/2015 | 32327 | 11/28/2014 | $353.65 |
| The Standard Register Company | The Standard Register Company | 1088624 | $2,228.67 | 1/5/2015 | 32305 | 11/20/2014 | $1,805.32 |
| The Standard Register Company | The Standard Register Company | 1088624 | $2,228.67 | 1/5/2015 | 32297 | 11/20/2014 | $591.11 |
| The Standard Register Company | The Standard Register Company | 1087283 | $2,326.01 | 12/30/2014 | 32268 | 11/17/2014 | $2,501.08 |
| The Standard Register Company | The Standard Register Company | 1084965 | $55,850.01 | 12/16/2014 | 32251 | 11/6/2014 | $60,042.48 |
| The Standard Register Company | The Standard Register Company | 1084516 | $552.42 | 12/16/2014 | 32250 | 11/5/2014 | $594.00 |

Totals:    11 transfer(s),    $101,848.80