

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Sign-Zone, Inc. dba Showdown Displays**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 701782 | 12/3/2014 | $67.94 |
| The Standard Register Company | The Standard Register Company | 1089494 | $2,168.20 | 1/6/2015 | 699463 | 11/24/2014 | $1,983.85 |
| The Standard Register Company | The Standard Register Company | 1089901 | $38,987.50 | 1/9/2015 | 700269 | 11/26/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1089901 | $38,987.50 | 1/9/2015 | 700347 | 11/26/2014 | $38,651.50 |
| The Standard Register Company | The Standard Register Company | 1089901 | $38,987.50 | 1/9/2015 | 700552 | 11/26/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1089901 | $38,987.50 | 1/9/2015 | 700633 | 11/26/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1090304 | $122.53 | 1/13/2015 | 694000 | 11/7/2014 | $200.53 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 683953 | 10/16/2014 | $622.25 |
| The Standard Register Company | The Standard Register Company | 1083712 | $332.33 | 12/15/2014 | 690916 | 10/31/2014 | $103.98 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 701587 | 12/3/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 699080 | 11/21/2014 | $114.00 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 701901 | 12/3/2014 | $1,256.00 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 701915 | 12/3/2014 | $569.76 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 702047 | 12/4/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 702841 | 12/8/2014 | $81.48 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 703162 | 12/9/2014 | $203.20 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 703344 | 12/9/2014 | $452.45 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 704092 | 12/11/2014 | $42.66 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 694626 | 11/10/2014 | $716.00 |
| The Standard Register Company | The Standard Register Company | 1088216 | $3,719.69 | 1/5/2015 | 697580 | 11/18/2014 | $28.86 |
| The Standard Register Company | The Standard Register Company | 1083712 | $332.33 | 12/15/2014 | 691006 | 10/31/2014 | $228.35 |
| The Standard Register Company | The Standard Register Company | 1084703 | $2,051.32 | 12/16/2014 | 691987 | 11/4/2014 | $2,051.32 |
| The Standard Register Company | The Standard Register Company | 1085093 | $623.39 | 12/17/2014 | 693659 | 11/6/2014 | $623.39 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085477 | $680.05 | 12/23/2014 | 693935 | 11/7/2014 | $528.00 |
| The Standard Register Company | The Standard Register Company | 1085477 | $680.05 | 12/23/2014 | 693943 | 11/7/2014 | $83.80 |
| The Standard Register Company | The Standard Register Company | 1085477 | $680.05 | 12/23/2014 | 693944 | 11/7/2014 | $68.25 |
| The Standard Register Company | The Standard Register Company | 1086519 | $30.11 | 12/31/2014 | 694945 | 11/11/2014 | $30.11 |
| The Standard Register Company | The Standard Register Company | 1089494 | $2,168.20 | 1/6/2015 | 688599 | 10/27/2014 | $184.35 |
| The Standard Register Company | The Standard Register Company | 1088216 | $3,719.69 | 1/5/2015 | 697473 | 11/18/2014 | $652.75 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 699231 | 11/21/2014 | $1,124.41 |
| The Standard Register Company | The Standard Register Company | 1088216 | $3,719.69 | 1/5/2015 | 698014 | 11/19/2014 | $90.08 |
| The Standard Register Company | The Standard Register Company | 1088216 | $3,719.69 | 1/5/2015 | 698362 | 11/19/2014 | $2,948.00 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 698608 | 11/20/2014 | $906.30 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 698729 | 11/20/2014 | $229.74 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 698741 | 11/20/2014 | $257.74 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 698872 | 11/20/2014 | $213.21 |
| The Standard Register Company | The Standard Register Company | 1088855 | $2,930.88 | 1/6/2015 | 698942 | 11/21/2014 | $85.48 |
| The Standard Register Company | The Standard Register Company | 1091231 | $54.17 | 1/21/2015 | 690834 | 10/31/2014 | $30.60 |
| The Standard Register Company | The Standard Register Company | 1087590 | $27.96 | 12/31/2014 | 696165 | 11/13/2014 | $27.96 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718172 | 1/28/2015 | $32.99 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 704268 | 12/12/2014 | $120.04 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 715738 | 1/22/2015 | $50.58 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 716337 | 1/23/2015 | $654.00 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 717092 | 1/26/2015 | $1,212.00 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 717183 | 1/26/2015 | $33.43 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 717503 | 1/27/2015 | $52.58 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718145 | 1/28/2015 | $53.39 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 705663 | 12/18/2014 | $1,186.95 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718156 | 1/28/2015 | $32.99 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 715164 | 1/21/2015 | $596.34 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718228 | 1/28/2015 | $101.34 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718858 | 1/28/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718896 | 1/29/2015 | $53.02 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 719094 | 1/30/2015 | $199.91 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 720401 | 2/3/2015 | $139.56 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 720575 | 2/3/2015 | $123.42 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 720723 | 2/3/2015 | $161.31 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 720812 | 2/3/2015 | $3,234.56 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 718150 | 1/28/2015 | $37.57 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 710880 | 1/12/2015 | $29.99 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 722788 | 2/6/2015 | $340.25 |
| The Standard Register Company | The Standard Register Company | 1091231 | $54.17 | 1/21/2015 | 690952 | 10/31/2014 | $23.57 |
| The Standard Register Company | The Standard Register Company | 1095421 | $302.57 | 2/10/2015 | 705383 | 12/17/2014 | $302.57 |
| The Standard Register Company | The Standard Register Company | 1096578 | $81.00 | 2/17/2015 | 706917 | 12/23/2014 | $81.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 707486 | 12/29/2014 | $126.46 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 708393 | 1/2/2015 | $910.20 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 708408 | 1/2/2015 | $450.44 |
| The Standard Register Company | The Standard Register Company | 7010810 | $8,530.85 | 3/11/2015 | 715731 | 1/22/2015 | $807.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 710878 | 1/12/2015 | $29.99 |
| The Standard Register Company | The Standard Register Company | 1090912 | $4,419.83 | 1/20/2015 | 704269 | 12/12/2014 | $108.05 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 711391 | 1/12/2015 | $587.86 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 711416 | 1/12/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 712156 | 1/14/2015 | $28.07 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 713684 | 1/16/2015 | $5,134.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 713841 | 1/19/2015 | $1,290.05 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 714258 | 1/19/2015 | $315.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 714291 | 1/19/2015 | $84.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 714294 | 1/19/2015 | $3,123.00 |
| The Standard Register Company | The Standard Register Company | 1097380 | $12,758.24 | 2/25/2015 | 709298 | 1/2/2015 | $28.00 |

**Totals:** **17 transfer(s),** **$77,820.62**