

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendant: | **Envelope Solutions LLC** | | | | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | | | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115769011 | 12/31/2014 | $10,284.00 |
| The Standard Register Company | The Standard Register Company | 1086317 | $582.25 | 1/7/2015 | 115179011 | 11/11/2014 | $582.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115862011 | 12/31/2014 | $648.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115861011 | 1/6/2015 | $1,297.50 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115860011 | 1/8/2015 | $1,946.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115859011 | 12/30/2014 | $129.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115858011 | 12/30/2014 | $12.98 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115857011 | 12/30/2014 | $21.63 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115856011 | 12/30/2014 | $129.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115864011 | 1/6/2015 | $648.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115854011 | 12/30/2014 | $43.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115865011 | 1/8/2015 | $1,946.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115734011 | 12/31/2014 | $3,352.50 |
| The Standard Register Company | The Standard Register Company | 1096058 | $1,050.00 | 2/10/2015 | 115827011 | 12/22/2014 | $1,050.00 |
| The Standard Register Company | The Standard Register Company | 1095710 | $3,496.50 | 2/10/2015 | 115764011 | 12/19/2014 | $3,496.50 |
| The Standard Register Company | The Standard Register Company | 1094782 | $1,367.10 | 2/6/2015 | 115768011 | 12/16/2014 | $1,367.10 |
| The Standard Register Company | The Standard Register Company | 1090409 | $33,638.00 | 1/13/2015 | 115272013 | 11/30/2014 | $33,638.00 |
| The Standard Register Company | The Standard Register Company | 1089225 | $6,996.80 | 1/7/2015 | 115493011 | 11/24/2014 | $1,610.00 |
| The Standard Register Company | The Standard Register Company | 1089225 | $6,996.80 | 1/7/2015 | 115401011 | 11/25/2014 | $2,901.80 |
| The Standard Register Company | The Standard Register Company | 1089225 | $6,996.80 | 1/7/2015 | 115357011 | 11/25/2014 | $2,485.00 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115855011 | 12/30/2014 | $129.60 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116066011 | 1/22/2015 | $108.13 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116264011 | 1/29/2015 | $792.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116075011 | 1/30/2015 | $1,946.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116074011 | 1/29/2015 | $648.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116073011 | 1/28/2015 | $1,513.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116072011 | 1/27/2015 | $648.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116071011 | 1/22/2015 | $410.88 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116070011 | 1/22/2015 | $108.13 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116069011 | 1/15/2015 | $129.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115863011 | 1/9/2015 | $2,590.68 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116067011 | 1/22/2015 | $1,163.43 |
| The Standard Register Company | The Standard Register Company | 1099822 | $2,690.25 | 3/10/2015 | 116208011 | 2/3/2015 | $2,690.25 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116065011 | 1/22/2015 | $86.50 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116064011 | 1/15/2015 | $432.50 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116032011 | 1/14/2015 | $1,710.54 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116022011 | 1/15/2015 | $3,954.00 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115919011 | 1/9/2015 | $7,592.90 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115896011 | 12/31/2014 | $1,265.00 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115895011 | 1/5/2015 | $2,195.00 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 115866011 | 12/30/2014 | $648.75 |
| The Standard Register Company | The Standard Register Company | 1099326 | $48,558.78 | 3/6/2015 | 116068011 | 1/22/2015 | $21.63 |

**Totals:** 8 transfer(s), $98,379.68