

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Epsilon Data Management, LLC**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252383 | 1/19/2015 | $5,494.00 |
| The Standard Register Company | The Standard Register Company | 7009693 | $426.72 | 1/8/2015 | 12399 | 10/30/2014 | $426.72 |
| The Standard Register Company | The Standard Register Company | 7009706 | $82,126.00 | 1/8/2015 | PA252248 | 12/10/2014 | $29,221.00 |
| The Standard Register Company | The Standard Register Company | 7009706 | $82,126.00 | 1/8/2015 | PA252249 | 12/10/2014 | $11,538.00 |
| The Standard Register Company | The Standard Register Company | 7009706 | $82,126.00 | 1/8/2015 | PA252278 | 12/19/2014 | $41,367.00 |
| The Standard Register Company | The Standard Register Company | 7009721 | $33,042.72 | 1/9/2015 | 12401 | 10/31/2014 | $19,660.06 |
| The Standard Register Company | The Standard Register Company | 7009721 | $33,042.72 | 1/9/2015 | 12402 | 10/31/2014 | $1,315.15 |
| The Standard Register Company | The Standard Register Company | 7009721 | $33,042.72 | 1/9/2015 | 12407 | 10/31/2014 | $12,067.51 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252366 | 1/19/2015 | $26,855.00 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252367 | 1/19/2015 | $7,019.20 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252380 | 1/19/2015 | $62,894.00 |
| The Standard Register Company | The Standard Register Company | 7009364 | $14,455.43 | 12/26/2014 | 12515 | 11/25/2014 | $14,750.44 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252382 | 1/19/2015 | $53,300.00 |
| The Standard Register Company | The Standard Register Company | 7010668 | $10,121.10 | 3/3/2015 | 12659 | 12/31/2014 | $10,121.10 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252384 | 1/19/2015 | $22,140.00 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252385 | 1/19/2015 | $20,500.00 |
| The Standard Register Company | The Standard Register Company | 7010335 | $295.01 | 2/10/2015 | 7009364UD | 11/25/2014 | $295.01 |
| The Standard Register Company | The Standard Register Company | 7010511 | $14,213.52 | 2/23/2015 | 12512 | 11/25/2014 | $11,778.65 |
| The Standard Register Company | The Standard Register Company | 7010511 | $14,213.52 | 2/23/2015 | 12513 | 11/25/2014 | $302.53 |
| The Standard Register Company | The Standard Register Company | 7010511 | $14,213.52 | 2/23/2015 | 12514 | 11/25/2014 | $371.43 |
| The Standard Register Company | The Standard Register Company | 7010511 | $14,213.52 | 2/23/2015 | 12516 | 11/25/2014 | $1,760.91 |
| The Standard Register Company | The Standard Register Company | 7010657 | $230,463.98 | 3/2/2015 | PA252416 | 1/28/2015 | $192,700.00 |
| The Standard Register Company | The Standard Register Company | 7010657 | $230,463.98 | 3/2/2015 | PA252417 | 1/28/2015 | $23,616.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010657 | $230,463.98 | 3/2/2015 | PA252418 | 2/3/2015 | $7,280.48 |
| The Standard Register Company | The Standard Register Company | 7010657 | $230,463.98 | 3/2/2015 | PA252466 | 2/3/2015 | $6,867.50 |
| The Standard Register Company | The Standard Register Company | 7010190 | $265,442.20 | 2/3/2015 | PA252381 | 1/19/2015 | $67,240.00 |

**Totals:** 9 transfer(s), $650,586.68