

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **First-Class Presort, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23492 | $9,826.86 | 3/11/2015 | 021449 | 1/26/2015 | $9,826.86 |
| The Standard Register Company | The Standard Register Company | 23201 | $9,772.85 | 2/17/2015 | 022516 | 12/23/2014 | $9,772.85 |
| The Standard Register Company | The Standard Register Company | 23122 | $6,415.46 | 2/19/2015 | 021446 | 1/5/2015 | $6,415.46 |
| The Standard Register Company | The Standard Register Company | 22979 | $8,463.29 | 2/10/2015 | 021445 | 12/29/2014 | $8,463.29 |
| The Standard Register Company | The Standard Register Company | 22444 | $35,538.04 | 1/26/2015 | 022515 | 12/15/2014 | $21,492.86 |
| The Standard Register Company | The Standard Register Company | 22444 | $35,538.04 | 1/26/2015 | 022514 | 12/8/2014 | $14,045.18 |
| The Standard Register Company | The Standard Register Company | 22034 | $29,991.92 | 1/7/2015 | 042555 | 12/1/2014 | $16,458.46 |
| The Standard Register Company | The Standard Register Company | 22034 | $29,991.92 | 1/7/2015 | 042552 | 12/1/2014 | $13,533.46 |
| The Standard Register Company | The Standard Register Company | 21848 | $19,684.76 | 1/2/2015 | 042554 | 11/24/2014 | $19,684.76 |
| The Standard Register Company | The Standard Register Company | 21470 | $11,355.98 | 12/24/2014 | 042553 | 11/17/2014 | $14,089.48 |

Totals:    8 transfer(s),    $131,049.16