

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **FormStore Incorporated** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72335 | 12/23/2014 | $64,316.12 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 72423 | 1/7/2015 | $2,806.45 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 20415 | 2/4/2015 | $14,519.36 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 13020151 | 1/30/2015 | $2,919.80 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 1282015 | 1/28/2015 | $12,102.80 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 1262015 | 1/26/2015 | $14,519.36 |
| The Standard Register Company | The Standard Register Company | 7010142 | $3,694.44 | 2/2/2015 | 72387 | 12/31/2014 | $30.55 |
| The Standard Register Company | The Standard Register Company | 7010142 | $3,694.44 | 2/2/2015 | 72378 | 12/31/2014 | $2,327.88 |
| The Standard Register Company | The Standard Register Company | 7010142 | $3,694.44 | 2/2/2015 | 72374 | 12/31/2014 | $1,630.95 |
| The Standard Register Company | The Standard Register Company | 7009913 | $495.96 | 1/23/2015 | 72339 | 12/23/2014 | $237.68 |
| The Standard Register Company | The Standard Register Company | 7009913 | $495.96 | 1/23/2015 | 72338 | 12/23/2014 | $210.11 |
| The Standard Register Company | The Standard Register Company | 7009324 | $276.00 | 12/23/2014 | 72138 | 11/24/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 7009722 | $264.54 | 1/9/2015 | 72281 | 12/16/2014 | $338.36 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72558 | 1/29/2015 | $1,471.89 |
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72313 | 12/19/2014 | $22,702.58 |
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72270 | 12/12/2014 | $3,744.08 |
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72259 | 12/12/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72239 | 12/8/2014 | $567.49 |
| The Standard Register Company | The Standard Register Company | 7009496 | $81,185.94 | 12/30/2014 | 72238 | 12/8/2014 | $1,809.36 |
| The Standard Register Company | The Standard Register Company | 7009468 | $4,057.10 | 12/29/2014 | 72209 | 12/4/2014 | $1,102.99 |
| The Standard Register Company | The Standard Register Company | 7009468 | $4,057.10 | 12/29/2014 | 72208 | 12/4/2014 | $872.25 |
| The Standard Register Company | The Standard Register Company | 7009468 | $4,057.10 | 12/29/2014 | 72207 | 12/4/2014 | $751.40 |
| The Standard Register Company | The Standard Register Company | 7009468 | $4,057.10 | 12/29/2014 | 72206 | 12/4/2014 | $1,669.39 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009390 | $2,360.04 | 12/26/2014 | 72202 | 12/2/2014 | $2,455.16 |
| The Standard Register Company | The Standard Register Company | 7009390 | $2,360.04 | 12/26/2014 | 72198 | 12/2/2014 | $85.54 |
| The Standard Register Company | The Standard Register Company | 7009913 | $495.96 | 1/23/2015 | 72331 | 12/22/2014 | $90.39 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72635 | 2/9/2015 | $1,399.50 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72728 | 2/23/2015 | $4,052.72 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72715 | 2/19/2015 | $28,434.58 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72713 | 2/19/2015 | $259.61 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72691 | 2/18/2015 | $48,401.20 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72672 | 2/17/2015 | $682.72 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72670 | 2/17/2015 | $185.17 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72669 | 2/17/2015 | $397.38 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72665 | 2/16/2015 | $3,534.54 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72664 | 2/16/2015 | $3,647.11 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72663 | 2/16/2015 | $7,134.11 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72648 | 2/12/2015 | $2,749.13 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 72467 | 1/16/2015 | $12,577.90 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72645 | 2/10/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010271 | $53,420.04 | 2/5/2015 | 72495 | 1/20/2015 | $1,189.91 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72605 | 2/4/2015 | $183.87 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72604 | 2/4/2015 | $570.51 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72596 | 1/30/2015 | $323.83 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72594 | 1/30/2015 | $756.54 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72567 | 1/29/2015 | $1,059.92 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72566 | 1/29/2015 | $690.34 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72565 | 1/29/2015 | $1,207.84 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72564 | 1/29/2015 | $3,728.79 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72562 | 1/29/2015 | $1,456.33 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72561 | 1/29/2015 | $1,595.42 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72731 | 2/23/2015 | $27,870.72 |
| The Standard Register Company | The Standard Register Company | 7010596 | $109,720.35 | 2/26/2015 | 72647 | 2/11/2015 | $25,249.77 |

**Totals:** 9 transfer(s),    $255,474.41