

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Fruitridge Printing & Lithograph, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16320 | 12/22/2014 | $5,958.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16261 | 12/16/2014 | $22,480.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16262 | 12/16/2014 | $5,792.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16263 | 12/16/2014 | $10,240.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16264 | 12/16/2014 | $14,870.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16265 | 12/16/2014 | $2,080.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16266 | 12/16/2014 | $1,743.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16267 | 12/16/2014 | $3,467.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16268 | 12/16/2014 | $5,005.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16275 | 12/17/2014 | $3,811.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16276 | 12/17/2014 | $13,612.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16260 | 12/16/2014 | $3,767.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16319 | 12/22/2014 | $5,832.00 |
| The Standard Register Company | The Standard Register Company | 7010783 | $8,056.00 | 3/10/2015 | 18793 | 2/25/2015 | $3,640.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16321 | 12/22/2014 | $10,120.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16322 | 12/22/2014 | $591.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 10215 | 12/30/2014 | $305.39 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16387 | 12/31/2014 | $1,540.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16388 | 12/31/2014 | $1,862.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 1638889 | 12/31/2014 | $1,447.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16389 | 12/31/2014 | $3,867.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16390 | 12/31/2014 | $1,828.00 |
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16416 | 1/9/2015 | $991.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096920 | $16,916.39 | 2/25/2015 | 16417 | 1/7/2015 | $5,076.00 |
| The Standard Register Company | The Standard Register Company | 7010783 | $8,056.00 | 3/10/2015 | 16975 | 1/5/2015 | $4,416.00 |
| The Standard Register Company | The Standard Register Company | 1092984 | $111,360.00 | 2/3/2015 | 16277 | 12/17/2014 | $1,992.00 |
| **Totals:** | | **3 transfer(s),** | **$136,332.39** | | | | |