

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|
| Defendant: | **General Marketing Solutions, LLC** |  |
| Bankruptcy Case: | **SRC Liquidation Company** |  |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |  |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16802 | 10/31/2014 | $5,292.38 |
| The Standard Register Company | The Standard Register Company | 1087318 | $1,980.00 | 12/30/2014 | 16619 | 10/23/2014 | $1,980.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16856 | 10/31/2014 | $168.89 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16855 | 10/31/2014 | $520.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16854 | 10/31/2014 | $203.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16834 | 10/31/2014 | $560.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16832 | 10/31/2014 | $396.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16820 | 10/31/2014 | $150.19 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16809 | 10/31/2014 | $227.99 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16808 | 10/31/2014 | $1,891.68 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16807 | 10/31/2014 | $1,008.48 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16806 | 10/31/2014 | $190.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16805 | 10/31/2014 | $528.15 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 16993 | 11/18/2014 | $1,980.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16803 | 10/31/2014 | $6,162.56 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17012 | 11/20/2014 | $6,998.40 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16801 | 10/31/2014 | $799.37 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16800 | 10/31/2014 | $452.79 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16799 | 10/31/2014 | $1,325.32 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16798 | 10/31/2014 | $473.91 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16797 | 10/31/2014 | $4,246.53 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16693 | 10/30/2014 | $2,895.16 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16692 | 10/30/2014 | $572.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16691 | 10/30/2014 | $555.69 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16690 | 10/30/2014 | $2,400.00 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16689 | 10/30/2014 | $222.49 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16688 | 10/30/2014 | $618.45 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16687 | 10/30/2014 | $469.98 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16686 | 10/30/2014 | $7,934.27 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16804 | 10/31/2014 | $837.52 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17220 | 11/30/2014 | $527.06 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17440 | 12/23/2014 | $7,536.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17424 | 12/23/2014 | $89,165.29 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17421 | 12/23/2014 | $549.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17420 | 12/23/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17419 | 12/23/2014 | $1,588.33 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17418 | 12/23/2014 | $2,400.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17416 | 12/23/2014 | $72,906.61 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17386 | 12/17/2014 | $2,297.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17385 | 12/17/2014 | $45,125.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17230 | 11/30/2014 | $39.67 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17227 | 11/30/2014 | $6,323.84 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17223 | 11/30/2014 | $20,714.32 |
| The Standard Register Company | The Standard Register Company | 1089255 | $44,482.35 | 1/6/2015 | 16857 | 10/31/2014 | $3,378.69 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17221 | 11/30/2014 | $475.69 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17441 | 12/23/2014 | $3,267.73 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17218 | 11/30/2014 | $8,402.84 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17181 | 11/30/2014 | $676.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17175 | 11/30/2014 | $1,600.00 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17133 | 11/30/2014 | $2,134.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17087 | 11/30/2014 | $12,941.80 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17086 | 11/30/2014 | $1,304.21 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17020 | 11/20/2014 | $634.82 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17019 | 11/20/2014 | $1,527.74 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17018 | 11/20/2014 | $4,655.18 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17017 | 11/20/2014 | $1,350.87 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17016 | 11/20/2014 | $7,768.54 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17014 | 11/20/2014 | $445.27 |
| The Standard Register Company | The Standard Register Company | 1094438 | $25,891.79 | 2/6/2015 | 17013 | 11/20/2014 | $530.97 |
| The Standard Register Company | The Standard Register Company | 1097506 | $280,757.84 | 3/2/2015 | 17222 | 11/30/2014 | $273.15 |

**Totals:**    4 transfer(s),    $353,111.98