

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gigantic Color Incorporated** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089258 | $18,101.55 | 1/8/2015 | 69232IN | 9/24/2014 | $11,863.04 |
| The Standard Register Company | The Standard Register Company | 1080949 | $377.00 | 12/15/2014 | 70715IN | 10/21/2014 | $37.00 |
| The Standard Register Company | The Standard Register Company | 1083553 | $219.70 | 12/18/2014 | 71589IN | 10/31/2014 | $226.50 |
| The Standard Register Company | The Standard Register Company | 1084546 | $199.49 | 12/18/2014 | 71730IN | 11/5/2014 | $74.29 |
| The Standard Register Company | The Standard Register Company | 1084546 | $199.49 | 12/18/2014 | 71731IN | 11/5/2014 | $36.45 |
| The Standard Register Company | The Standard Register Company | 1084546 | $199.49 | 12/18/2014 | 71733IN | 11/5/2014 | $94.92 |
| The Standard Register Company | The Standard Register Company | 1084984 | $94.81 | 12/18/2014 | 71862IN | 11/6/2014 | $97.74 |
| The Standard Register Company | The Standard Register Company | 1085355 | $2,891.68 | 12/31/2014 | 69306IN | 9/25/2014 | $2,980.50 |
| The Standard Register Company | The Standard Register Company | 1085932 | $55.64 | 12/31/2014 | 71954IN | 10/31/2014 | $57.36 |
| The Standard Register Company | The Standard Register Company | 1080949 | $377.00 | 12/15/2014 | 66196IN | 7/23/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1087321 | $146.19 | 1/8/2015 | 72991IN | 11/13/2014 | $65.17 |
| The Standard Register Company | The Standard Register Company | 1097361 | $5,330.92 | 2/27/2015 | 74006IN | 12/29/2014 | $2,989.91 |
| The Standard Register Company | The Standard Register Company | 1089258 | $18,101.55 | 1/8/2015 | 72822IN | 11/24/2014 | $303.09 |
| The Standard Register Company | The Standard Register Company | 1089258 | $18,101.55 | 1/8/2015 | 72823IN | 11/24/2014 | $78.30 |
| The Standard Register Company | The Standard Register Company | 1089258 | $18,101.55 | 1/8/2015 | 72824IN | 11/24/2014 | $6,412.80 |
| The Standard Register Company | The Standard Register Company | 1090417 | $1,631.38 | 1/22/2015 | 72885RIN | 11/30/2014 | $1,680.25 |
| The Standard Register Company | The Standard Register Company | 1092757 | $804.11 | 2/5/2015 | 72821IN | 11/24/2014 | $828.98 |
| The Standard Register Company | The Standard Register Company | 1093568 | $2,741.60 | 2/9/2015 | 73576IN | 12/10/2014 | $2,825.00 |
| The Standard Register Company | The Standard Register Company | 1095249 | $45,217.13 | 2/11/2015 | 73904IN | 12/17/2014 | $46,615.60 |
| The Standard Register Company | The Standard Register Company | 1097361 | $5,330.92 | 2/27/2015 | 73948IN | 12/18/2014 | $2,478.72 |
| The Standard Register Company | The Standard Register Company | 1087321 | $146.19 | 1/8/2015 | 72356IN | 11/14/2014 | $85.00 |

Totals:    13 transfer(s),    $77,811.20

Gigantic Color Incorporated (SRCGIG001)  
Bankruptcy Case: SRC Liquidation Company  
May 3, 2016

Exhibit A

P. 1