

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Globus Printing and Packaging Company, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152652 | 12/5/2014 | $6,030.18 |
| The Standard Register Company | The Standard Register Company | 1085357 | $5,207.20 | 12/22/2014 | 151758 | 11/7/2014 | $3,607.01 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152258 | 12/5/2014 | $2,429.50 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152350 | 12/5/2014 | $1,082.68 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152351 | 12/5/2014 | $1,282.77 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152587 | 12/5/2014 | $4,742.21 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152606 | 12/5/2014 | $23,319.05 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152608 | 12/5/2014 | $9,858.16 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152609 | 12/5/2014 | $4,079.25 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152610 | 12/5/2014 | $774.70 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152254 | 12/5/2014 | $744.37 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152649 | 12/5/2014 | $1,080.74 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152201 | 12/5/2014 | $262.03 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152867 | 12/5/2014 | $7,415.80 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152968 | 12/5/2014 | $336.42 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152969 | 12/5/2014 | $218.93 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152971 | 12/5/2014 | $664.61 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152974 | 12/5/2014 | $612.26 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152978 | 12/5/2014 | $1,844.18 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152982 | 12/5/2014 | $154.59 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 20244 | 12/5/2014 | $777.81 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 152389 | 12/8/2014 | $28,595.50 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152645 | 12/5/2014 | $5,360.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089798 | $24,705.86 | 1/9/2015 | 152342 | 11/26/2014 | $21,806.40 |
| The Standard Register Company | The Standard Register Company | 1085357 | $5,207.20 | 12/22/2014 | 152064 | 11/7/2014 | $160.29 |
| The Standard Register Company | The Standard Register Company | 1085357 | $5,207.20 | 12/22/2014 | 19408 | 11/7/2014 | $1,828.06 |
| The Standard Register Company | The Standard Register Company | 1085934 | $7,519.12 | 12/24/2014 | 151877 | 11/10/2014 | $1,706.80 |
| The Standard Register Company | The Standard Register Company | 1085934 | $7,519.12 | 12/24/2014 | 151878 | 11/10/2014 | $1,221.54 |
| The Standard Register Company | The Standard Register Company | 1085934 | $7,519.12 | 12/24/2014 | 151945 | 11/10/2014 | $5,150.87 |
| The Standard Register Company | The Standard Register Company | 1086343 | $2,449.48 | 12/31/2014 | 151481 | 11/12/2014 | $1,233.00 |
| The Standard Register Company | The Standard Register Company | 1086343 | $2,449.48 | 12/31/2014 | 151482 | 11/12/2014 | $1,400.85 |
| The Standard Register Company | The Standard Register Company | 1087324 | $10,987.82 | 12/31/2014 | 151551 | 11/17/2014 | $945.75 |
| The Standard Register Company | The Standard Register Company | 1087324 | $10,987.82 | 12/31/2014 | 152199 | 11/17/2014 | $9,733.72 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152256 | 12/5/2014 | $6,576.59 |
| The Standard Register Company | The Standard Register Company | 1089260 | $41,932.58 | 1/7/2015 | 152374 | 11/24/2014 | $45,058.60 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 152408 | 12/8/2014 | $14,467.92 |
| The Standard Register Company | The Standard Register Company | 1089798 | $24,705.86 | 1/9/2015 | 152343 | 11/26/2014 | $2,437.38 |
| The Standard Register Company | The Standard Register Company | 1089798 | $24,705.86 | 1/9/2015 | 152344 | 11/26/2014 | $1,387.76 |
| The Standard Register Company | The Standard Register Company | 1089798 | $24,705.86 | 1/9/2015 | 152345 | 11/26/2014 | $933.92 |
| The Standard Register Company | The Standard Register Company | 1090418 | $50,842.10 | 1/14/2015 | 152395 | 11/30/2014 | $4,815.49 |
| The Standard Register Company | The Standard Register Company | 1090418 | $50,842.10 | 1/14/2015 | 152410 | 11/30/2014 | $35,903.19 |
| The Standard Register Company | The Standard Register Company | 1090418 | $50,842.10 | 1/14/2015 | 152411 | 11/30/2014 | $7,991.61 |
| The Standard Register Company | The Standard Register Company | 1090418 | $50,842.10 | 1/14/2015 | 152481 | 11/30/2014 | $5,893.85 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 151880 | 12/5/2014 | $6,047.40 |
| The Standard Register Company | The Standard Register Company | 1092313 | $81,434.55 | 1/28/2015 | 152200 | 12/5/2014 | $1,846.19 |
| The Standard Register Company | The Standard Register Company | 1087324 | $10,987.82 | 12/31/2014 | 152259 | 11/17/2014 | $1,135.40 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153880 | 12/31/2014 | $16,522.50 |
| The Standard Register Company | The Standard Register Company | 1095727 | $128,547.09 | 2/10/2015 | 153786 | 12/19/2014 | $138,124.83 |
| The Standard Register Company | The Standard Register Company | 1096074 | $9,506.49 | 2/11/2015 | 152357 | 12/22/2014 | $852.00 |
| The Standard Register Company | The Standard Register Company | 1096074 | $9,506.49 | 2/11/2015 | 153716 | 12/22/2014 | $1,055.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096074 | $9,506.49 | 2/11/2015 | 153720 | 12/22/2014 | $1,374.80 |
| The Standard Register Company | The Standard Register Company | 1096074 | $9,506.49 | 2/11/2015 | 153725 | 12/22/2014 | $6,939.84 |
| The Standard Register Company | The Standard Register Company | 1096816 | $80.19 | 2/18/2015 | CKRQ020915 | 2/9/2015 | $80.19 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 152478 | 12/31/2014 | $26,067.44 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153343 | 12/29/2014 | $7,850.92 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153721 | 12/31/2014 | $1,707.64 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 152399 | 12/8/2014 | $58,343.26 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153727 | 12/31/2014 | $5,284.04 |
| The Standard Register Company | The Standard Register Company | 1094440 | $17,237.76 | 2/9/2015 | 148420 | 8/19/2014 | $597.74 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153963 | 12/29/2014 | $31,279.12 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153964 | 12/29/2014 | $6,122.01 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153965 | 12/29/2014 | $12,474.16 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154189 | 12/31/2014 | $1,156.10 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154305 | 1/13/2015 | $13,647.78 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154394 | 12/31/2014 | $1,015.80 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154395 | 1/23/2015 | $1,213.60 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154530 | 1/23/2015 | $1,015.80 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154531 | 1/23/2015 | $1,015.80 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 153723 | 12/31/2014 | $993.80 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 151143 | 10/29/2014 | $6,484.26 |
| The Standard Register Company | The Standard Register Company | 1097578 | $132,707.01 | 3/3/2015 | 154620 | 1/13/2015 | $12,271.15 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 153101 | 12/8/2014 | $7,674.15 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 153104 | 12/8/2014 | $3,776.21 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 153108 | 12/8/2014 | $3,776.21 |
| The Standard Register Company | The Standard Register Company | 1093062 | $6,300.00 | 1/30/2015 | CKRQ012715 | 1/27/2015 | $6,300.00 |
| The Standard Register Company | The Standard Register Company | 1093569 | $68,791.57 | 2/4/2015 | 153215 | 12/10/2014 | $36,837.68 |
| The Standard Register Company | The Standard Register Company | 1093569 | $68,791.57 | 2/4/2015 | 153216 | 12/10/2014 | $37,031.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 148199 | 8/20/2014 | $1,661.52 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 148199A | 8/20/2014 | $2,077.10 |
| The Standard Register Company | The Standard Register Company | 1095251 | $912.33 | 2/10/2015 | 153710 | 12/18/2014 | $981.00 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 151142 | 10/24/2014 | $2,214.18 |
| The Standard Register Company | The Standard Register Company | 1094440 | $17,237.76 | 2/9/2015 | 148440 | 8/29/2014 | $16,976.85 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 151143A | 10/29/2014 | $13,105.77 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 152083 | 12/12/2014 | $251.86 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 152163 | 11/30/2014 | $2,952.62 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 152260 | 12/11/2014 | $4,106.48 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 152475 | 12/11/2014 | $6,939.84 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 152640 | 12/12/2014 | $521.21 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 153178 | 12/12/2014 | $2,786.52 |
| The Standard Register Company | The Standard Register Company | 1094440 | $17,237.76 | 2/9/2015 | 130316 | 7/29/2013 | $399.53 |
| The Standard Register Company | The Standard Register Company | 1094440 | $17,237.76 | 2/9/2015 | 148362 | 8/19/2014 | $561.11 |
| The Standard Register Company | The Standard Register Company | 1092759 | $132,390.73 | 1/30/2015 | 152401 | 12/8/2014 | $25,573.54 |
| The Standard Register Company | The Standard Register Company | 1093986 | $41,012.49 | 2/4/2015 | 150426 | 9/29/2014 | $992.45 |

**Totals:**    18 transfer(s),    $762,564.37