

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Grupo Grafico De Mexico S.A. de C.V.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2651 | 12/22/2014 | $22.23 |
| The Standard Register Company | The Standard Register Company | 7009197 | $8,051.98 | 12/16/2014 | 2359 | 11/7/2014 | $57.00 |
| The Standard Register Company | The Standard Register Company | 7009197 | $8,051.98 | 12/16/2014 | 2358 | 11/7/2014 | $7,043.48 |
| The Standard Register Company | The Standard Register Company | 7009144 | $10,210.39 | 12/12/2014 | 2348 | 11/6/2014 | $6,447.00 |
| The Standard Register Company | The Standard Register Company | 7009144 | $10,210.39 | 12/12/2014 | 2347 | 11/6/2014 | $3,763.39 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2656 | 12/22/2014 | $3,367.33 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2655 | 12/22/2014 | $4,400.27 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2654 | 12/22/2014 | $8,366.99 |
| The Standard Register Company | The Standard Register Company | 7009918 | $9,373.65 | 1/23/2015 | 2569 | 12/5/2014 | $6,557.11 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2652 | 12/22/2014 | $520.00 |
| The Standard Register Company | The Standard Register Company | 7009197 | $8,051.98 | 12/16/2014 | 2362 | 11/7/2014 | $420.00 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2650 | 12/22/2014 | $42.18 |
| The Standard Register Company | The Standard Register Company | 7010248 | $233.40 | 2/5/2015 | 2645 | 12/19/2014 | $233.40 |
| The Standard Register Company | The Standard Register Company | 7010173 | $5,313.61 | 2/3/2015 | 2634 | 12/16/2014 | $4,958.95 |
| The Standard Register Company | The Standard Register Company | 7010173 | $5,313.61 | 2/3/2015 | 2633 | 12/16/2014 | $354.66 |
| The Standard Register Company | The Standard Register Company | 7010093 | $8,101.40 | 1/30/2015 | F2617 | 12/12/2014 | $3,851.60 |
| The Standard Register Company | The Standard Register Company | 7010093 | $8,101.40 | 1/30/2015 | F2616 | 12/12/2014 | $4,249.80 |
| The Standard Register Company | The Standard Register Company | 7010055 | $9,999.56 | 1/29/2015 | F2598 | 12/10/2014 | $9,999.56 |
| The Standard Register Company | The Standard Register Company | 7009918 | $9,373.65 | 1/23/2015 | 2570 | 12/5/2014 | $2,702.60 |
| The Standard Register Company | The Standard Register Company | 7010286 | $17,971.00 | 2/6/2015 | 2653 | 12/22/2014 | $1,252.00 |
| The Standard Register Company | The Standard Register Company | 7009572 | $1,339.52 | 1/2/2015 | 2418 | 11/14/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2516 | 11/28/2014 | $5,763.63 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2515 | 11/28/2014 | $3,867.57 |

Grupo Grafico De Mexico S.A. de C.V. (SRCGRU001)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2514 | 11/28/2014 | $5,125.61 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2513 | 11/28/2014 | $91.83 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2512 | 11/28/2014 | $39.90 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2511 | 11/28/2014 | $3,930.75 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2510 | 11/28/2014 | $3,746.96 |
| The Standard Register Company | The Standard Register Company | 7009664 | $27,412.77 | 1/6/2015 | 2508 | 11/28/2014 | $4,846.52 |
| The Standard Register Company | The Standard Register Company | 7009197 | $8,051.98 | 12/16/2014 | 2360 | 11/7/2014 | $51.50 |
| The Standard Register Company | The Standard Register Company | 7009572 | $1,339.52 | 1/2/2015 | 2419 | 11/14/2014 | $1,040.00 |
| The Standard Register Company | The Standard Register Company | 7009197 | $8,051.98 | 12/16/2014 | 2361 | 11/7/2014 | $480.00 |
| The Standard Register Company | The Standard Register Company | 7009517 | $5,443.85 | 12/30/2014 | 2468 | 11/21/2014 | $352.00 |
| The Standard Register Company | The Standard Register Company | 7009517 | $5,443.85 | 12/30/2014 | 2458 | 11/20/2014 | $5,091.85 |
| The Standard Register Company | The Standard Register Company | 7009472 | $4,091.16 | 12/29/2014 | 2434 | 11/18/2014 | $3,881.16 |
| The Standard Register Company | The Standard Register Company | 7009472 | $4,091.16 | 12/29/2014 | 2049 | 9/26/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | 7009397 | $7,160.06 | 12/26/2014 | 2422 | 11/14/2014 | $6,920.24 |
| The Standard Register Company | The Standard Register Company | 7009397 | $7,160.06 | 12/26/2014 | 2421 | 11/14/2014 | $225.00 |
| The Standard Register Company | The Standard Register Company | 7009397 | $7,160.06 | 12/26/2014 | 2420 | 11/14/2014 | $14.82 |
| The Standard Register Company | The Standard Register Company | 7009918 | $9,373.65 | 1/23/2015 | 2568 | 12/5/2014 | $113.94 |
| The Standard Register Company | The Standard Register Company | 7009572 | $1,339.52 | 1/2/2015 | 2457 | 11/20/2014 | $99.52 |

Totals:    13 transfer(s),    $114,702.35