

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **HM Graphics Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56769 | 12/11/2014 | $711.00 |
| The Standard Register Company | The Standard Register Company | 1091429 | $93,457.56 | 1/27/2015 | 56842 | 12/18/2014 | $18,633.00 |
| The Standard Register Company | The Standard Register Company | 1089809 | $6,065.46 | 1/14/2015 | 56652 | 11/26/2014 | $6,522.00 |
| The Standard Register Company | The Standard Register Company | 1089810 | $6,017.10 | 1/13/2015 | 56641 | 11/26/2014 | $6,110.00 |
| The Standard Register Company | The Standard Register Company | 1089810 | $6,017.10 | 1/13/2015 | 56643 | 11/26/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56693 | 12/5/2014 | $23,934.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56694 | 12/5/2014 | $5,435.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56695 | 12/5/2014 | $20,792.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56746 | 12/9/2014 | $1,427.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56753 | 12/10/2014 | $2,680.73 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56755 | 12/10/2014 | $2,600.82 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56757 | 12/10/2014 | $8,767.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56758 | 12/10/2014 | $5,201.64 |
| The Standard Register Company | The Standard Register Company | 1088673 | $58,411.44 | 1/5/2015 | 56577 | 11/21/2014 | $4,910.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56761 | 12/10/2014 | $5,201.64 |
| The Standard Register Company | The Standard Register Company | 1088673 | $58,411.44 | 1/5/2015 | 56564 | 11/21/2014 | $13,350.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56777 | 12/11/2014 | $2,177.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56657 | 12/4/2014 | $40,122.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56770 | 12/11/2014 | $2,710.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56771 | 12/11/2014 | $513.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56772 | 12/11/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56789 | 12/15/2014 | $849.18 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56814 | 12/15/2014 | $1,006.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56815 | 12/15/2014 | $3,406.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56816 | 12/15/2014 | $12,926.00 |
| The Standard Register Company | The Standard Register Company | 1090937 | $95,054.07 | 1/21/2015 | 56817 | 12/15/2014 | $40,320.00 |
| The Standard Register Company | The Standard Register Company | 1091258 | $3,306.30 | 1/22/2015 | 55015 | 6/23/2014 | $3,544.30 |
| The Standard Register Company | The Standard Register Company | 1091429 | $93,457.56 | 1/27/2015 | 56818 | 12/19/2014 | $29,679.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56410 | 11/3/2014 | $850.00 |
| The Standard Register Company | The Standard Register Company | 1090935 | $86,056.77 | 1/22/2015 | 56759 | 12/10/2014 | $13,586.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56509 | 11/18/2014 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56411 | 11/3/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56412 | 11/3/2014 | $282.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56413 | 11/3/2014 | $990.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56414 | 11/3/2014 | $96.60 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56415 | 11/3/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1084117 | $2,500.40 | 12/16/2014 | 56416 | 11/3/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1084562 | $11,666.85 | 12/16/2014 | 56418 | 11/4/2014 | $12,545.00 |
| The Standard Register Company | The Standard Register Company | 1085000 | $5,089.89 | 12/16/2014 | 56408 | 11/6/2014 | $5,473.00 |
| The Standard Register Company | The Standard Register Company | 1085676 | $3,111.90 | 12/23/2014 | 56831 | 12/17/2014 | $3,111.90 |
| The Standard Register Company | The Standard Register Company | 1087354 | $11,715.21 | 12/31/2014 | 56482 | 11/17/2014 | $12,597.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56502 | 11/18/2014 | $44,515.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56503 | 11/18/2014 | $7,837.00 |
| The Standard Register Company | The Standard Register Company | 1088674 | $51,242.07 | 1/5/2015 | 56554 | 11/21/2014 | $55,099.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56507 | 11/18/2014 | $127.50 |
| The Standard Register Company | The Standard Register Company | 1091429 | $93,457.56 | 1/27/2015 | 56843 | 12/18/2014 | $44,830.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56515 | 11/18/2014 | $5,551.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56516 | 11/18/2014 | $7,750.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56517 | 11/18/2014 | $3,670.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56519 | 11/18/2014 | $8,572.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56484 | 11/19/2014 | $8,638.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56485 | 11/19/2014 | $23,646.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56486 | 11/19/2014 | $9,867.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56487 | 11/19/2014 | $17,738.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56488 | 11/19/2014 | $4,262.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56489 | 11/19/2014 | $2,418.00 |
| The Standard Register Company | The Standard Register Company | 1088031 | $65,322.27 | 1/2/2015 | 56490 | 11/19/2014 | $3,670.00 |
| The Standard Register Company | The Standard Register Company | 1088673 | $58,411.44 | 1/5/2015 | 56559 | 11/21/2014 | $32,817.00 |
| The Standard Register Company | The Standard Register Company | 1088673 | $58,411.44 | 1/5/2015 | 56563 | 11/21/2014 | $11,731.00 |
| The Standard Register Company | The Standard Register Company | 1088029 | $73,529.05 | 1/2/2015 | 56505 | 11/18/2014 | $908.00 |
| The Standard Register Company | The Standard Register Company | 1099291 | $61,269.33 | 3/10/2015 | 57363 | 1/30/2015 | $649.00 |
| The Standard Register Company | The Standard Register Company | 1091429 | $93,457.56 | 1/27/2015 | 56819 | 12/19/2014 | $7,350.00 |
| The Standard Register Company | The Standard Register Company | 1097021 | $9,438.53 | 2/23/2015 | 57126 | 1/15/2015 | $7,103.53 |
| The Standard Register Company | The Standard Register Company | 1097342 | $2,167.55 | 2/24/2015 | 57234 | 1/21/2015 | $2,330.70 |
| The Standard Register Company | The Standard Register Company | 1097343 | $829.56 | 2/24/2015 | 1582 | 1/21/2015 | $892.00 |
| The Standard Register Company | The Standard Register Company | 1097482 | $101,560.85 | 3/2/2015 | 57239 | 1/22/2015 | $87,580.86 |
| The Standard Register Company | The Standard Register Company | 1097482 | $101,560.85 | 3/2/2015 | 57240 | 1/22/2015 | $17,476.36 |
| The Standard Register Company | The Standard Register Company | 1097482 | $101,560.85 | 3/2/2015 | 57257 | 1/22/2015 | $4,148.00 |
| The Standard Register Company | The Standard Register Company | 1097483 | $999.75 | 3/2/2015 | 57229 | 1/22/2015 | $1,075.00 |
| The Standard Register Company | The Standard Register Company | 1098959 | $30,596.34 | 3/3/2015 | 57235 | 1/21/2015 | $5,381.60 |
| The Standard Register Company | The Standard Register Company | 1098959 | $30,596.34 | 3/3/2015 | 57237 | 1/22/2015 | $17,339.00 |
| The Standard Register Company | The Standard Register Company | 1098959 | $30,596.34 | 3/3/2015 | 57285 | 1/26/2015 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1098959 | $30,596.34 | 3/3/2015 | 57290 | 1/27/2015 | $8,760.78 |
| The Standard Register Company | The Standard Register Company | 1097021 | $9,438.53 | 2/23/2015 | 57124 | 1/15/2015 | $1,500.00 |
| The Standard Register Company | The Standard Register Company | 1099137 | $6,785.24 | 3/3/2015 | 57331 | 1/28/2015 | $1,169.00 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57081 | 1/14/2015 | $96.60 |
| The Standard Register Company | The Standard Register Company | 1099291 | $61,269.33 | 3/10/2015 | 57364 | 1/30/2015 | $4,689.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099291 | $61,269.33 | 3/10/2015 | 57366 | 1/30/2015 | $8,512.00 |
| The Standard Register Company | The Standard Register Company | 1099291 | $61,269.33 | 3/10/2015 | 57367 | 1/30/2015 | $50,587.00 |
| The Standard Register Company | The Standard Register Company | 1099291 | $61,269.33 | 3/10/2015 | 57369 | 1/30/2015 | $1,444.00 |
| The Standard Register Company | The Standard Register Company | 1099926 | $339.48 | 3/10/2015 | 57385 | 2/3/2015 | $59.82 |
| The Standard Register Company | The Standard Register Company | 1099926 | $339.48 | 3/10/2015 | 57386 | 2/3/2015 | $59.82 |
| The Standard Register Company | The Standard Register Company | 1099926 | $339.48 | 3/10/2015 | 57387 | 2/3/2015 | $180.24 |
| The Standard Register Company | The Standard Register Company | 1099926 | $339.48 | 3/10/2015 | 57388 | 2/3/2015 | $59.82 |
| The Standard Register Company | The Standard Register Company | 22428 | $17,806.60 | 1/21/2015 | 56744 | 12/9/2014 | $18,170.00 |
| The Standard Register Company | The Standard Register Company | 22952 | $1,209.48 | 2/6/2015 | 56887 | 12/31/2014 | $76.80 |
| The Standard Register Company | The Standard Register Company | 22952 | $1,209.48 | 2/6/2015 | 56889 | 12/31/2014 | $307.24 |
| The Standard Register Company | The Standard Register Company | 22952 | $1,209.48 | 2/6/2015 | 56891 | 12/31/2014 | $307.24 |
| The Standard Register Company | The Standard Register Company | 22952 | $1,209.48 | 2/6/2015 | 56893 | 12/31/2014 | $307.24 |
| The Standard Register Company | The Standard Register Company | 1099137 | $6,785.24 | 3/3/2015 | 57319 | 1/28/2015 | $6,126.96 |
| The Standard Register Company | The Standard Register Company | 1094290 | $586.33 | 2/6/2015 | 57278 | 1/23/2015 | $2,590.00 |
| The Standard Register Company | The Standard Register Company | 1092158 | $4,114.32 | 1/28/2015 | 1572 | 12/24/2014 | $4,424.00 |
| The Standard Register Company | The Standard Register Company | 1092518 | $610,232.24 | 1/30/2015 | 56860 | 12/26/2014 | $269,915.75 |
| The Standard Register Company | The Standard Register Company | 1092518 | $610,232.24 | 1/30/2015 | 56861 | 12/26/2014 | $361,142.64 |
| The Standard Register Company | The Standard Register Company | 1092518 | $610,232.24 | 1/30/2015 | 56862 | 12/26/2014 | $1,782.74 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56878 | 12/30/2014 | $3,062.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56897 | 12/30/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56899 | 12/30/2014 | $4,189.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56901 | 12/30/2014 | $113.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56903 | 12/30/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56905 | 12/30/2014 | $105.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56907 | 12/30/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1093399 | $7,155.42 | 2/3/2015 | 56909 | 12/30/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1097021 | $9,438.53 | 2/23/2015 | 57125 | 1/15/2015 | $1,500.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093400 | $28,966.71 | 2/4/2015 | 56884 | 12/30/2014 | $29,746.00 |
| The Standard Register Company | The Standard Register Company | 22952 | $1,209.48 | 2/6/2015 | 56895 | 12/31/2014 | $235.63 |
| The Standard Register Company | The Standard Register Company | 1094290 | $586.33 | 2/6/2015 | 57284 | 1/26/2014 | $743.48 |
| The Standard Register Company | The Standard Register Company | 1096248 | $2,147.24 | 2/12/2015 | 56642 | 11/26/2014 | $2,264.00 |
| The Standard Register Company | The Standard Register Company | 1096268 | $3,553.48 | 2/10/2015 | 57411 | 2/5/2015 | $3,553.48 |
| The Standard Register Company | The Standard Register Company | 1096287 | $10,597.35 | 2/17/2015 | 56957 | 1/8/2015 | $10,215.00 |
| The Standard Register Company | The Standard Register Company | 1096287 | $10,597.35 | 2/17/2015 | 56986 | 1/9/2015 | $1,180.00 |
| The Standard Register Company | The Standard Register Company | 1096789 | $46,403.28 | 2/18/2015 | 1581 | 1/13/2015 | $49,896.00 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57061 | 1/14/2015 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57064 | 1/14/2015 | $235.00 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57068 | 1/14/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57072 | 1/14/2015 | $68.75 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57073 | 1/14/2015 | $137.50 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57075 | 1/14/2015 | $68.75 |
| The Standard Register Company | The Standard Register Company | 1096891 | $751.61 | 2/18/2015 | 57080 | 1/14/2015 | $96.60 |
| The Standard Register Company | The Standard Register Company | 1093400 | $28,966.71 | 2/4/2015 | 56883 | 12/30/2014 | $1,401.00 |

Totals:    36 transfer(s),    $1,520,057.03