

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Hewlett-Packard Financial Services Company dba HP Financial Services**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086620 | $13,457.37 | 12/30/2014 | 506684515 | 10/24/2014 | $13,457.37 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672257 | 10/18/2014 | $2,938.24 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672258 | 10/18/2014 | $10,965.66 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672259 | 10/18/2014 | $7,947.27 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672260 | 10/18/2014 | $7,947.27 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672261 | 10/18/2014 | $5,417.12 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672262 | 10/18/2014 | $8,049.79 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672263 | 10/18/2014 | $9,811.58 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672264 | 10/18/2014 | $36,727.95 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672265 | 10/18/2014 | $11,434.11 |
| The Standard Register Company | The Standard Register Company | 1085677 | $2,882.83 | 12/22/2014 | 506616535 | 12/17/2014 | $2,882.83 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506675762 | 10/18/2014 | $5,464.27 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715129 | 11/22/2014 | $5,464.27 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715120 | 11/22/2014 | $39,666.19 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715121 | 11/22/2014 | $10,965.66 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715122 | 11/22/2014 | $7,947.27 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715123 | 11/22/2014 | $7,947.27 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715124 | 11/22/2014 | $11,434.11 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715125 | 11/22/2014 | $5,417.12 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715126 | 11/22/2014 | $8,049.79 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715127 | 11/22/2014 | $88,349.59 |
| The Standard Register Company | The Standard Register Company | 1095275 | $195,052.85 | 2/9/2015 | 506715128 | 11/22/2014 | $9,811.58 |
| The Standard Register Company | The Standard Register Company | 1086364 | $195,052.85 | 12/29/2014 | 506672266 | 10/18/2014 | $88,349.59 |

Hewlett-Packard Financial Services Company dba HP Financial Services (SRCHPF001)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016    Exhibit A    P. 1

**Totals:      4 transfer(s),    $406,445.90**