

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **International Imaging Materials, Inc. dba IIMAK Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753438 | 11/14/2014 | $40.56 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753283 | 11/14/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753284 | 11/14/2014 | $941.76 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753304 | 11/14/2014 | $231.11 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753319 | 11/14/2014 | $438.30 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753320 | 11/14/2014 | $133.58 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753321 | 11/14/2014 | $126.65 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753322 | 11/14/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752595 | 11/12/2014 | $324.48 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753437 | 11/14/2014 | $678.52 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753140 | 11/13/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753440 | 11/14/2014 | $709.46 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753698 | 11/17/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753700 | 11/17/2014 | $808.15 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753788 | 11/17/2014 | $40.56 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753820 | 11/17/2014 | $1,311.59 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753869 | 11/17/2014 | $940.12 |
| The Standard Register Company | The Standard Register Company | 1088037 | $742.23 | 1/5/2015 | 1753939 | 11/18/2014 | $30.06 |
| The Standard Register Company | The Standard Register Company | 1088037 | $742.23 | 1/5/2015 | 1754376 | 11/19/2014 | $335.10 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753371 | 11/14/2014 | $142.44 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1752901 | 11/13/2014 | $464.64 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749690 | 10/31/2014 | $2,007.60 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752663 | 11/12/2014 | $2,000.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752703 | 11/12/2014 | $177.49 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752737 | 11/12/2014 | $313.92 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752744 | 11/12/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752800 | 11/12/2014 | $206.40 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752812 | 11/12/2014 | $444.96 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752905 | 11/12/2014 | $1,153.80 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753234 | 11/13/2014 | $53.10 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1752853 | 11/13/2014 | $245.40 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753143 | 11/13/2014 | $135.57 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1752938 | 11/13/2014 | $417.60 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1752965 | 11/13/2014 | $38.40 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1752975 | 11/13/2014 | $50.95 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753032 | 11/13/2014 | $865.80 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753132 | 11/13/2014 | $89.76 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753135 | 11/13/2014 | $228.50 |
| The Standard Register Company | The Standard Register Company | 1087366 | $10,229.93 | 1/5/2015 | 1753138 | 11/13/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1088037 | $742.23 | 1/5/2015 | 1754454 | 11/19/2014 | $76.80 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752906 | 11/12/2014 | $153.26 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755749 | 11/24/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1088037 | $742.23 | 1/5/2015 | 1754443 | 11/19/2014 | $134.40 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1749048 | 10/29/2014 | $407.66 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1754658 | 11/24/2014 | $243.36 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755256 | 11/24/2014 | $637.36 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755257 | 11/24/2014 | $1,504.16 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755468 | 11/24/2014 | $13,001.28 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755490 | 11/25/2014 | $4,382.40 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755530 | 11/24/2014 | $324.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755334 | 11/21/2014 | $2,511.36 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755748 | 11/24/2014 | $675.44 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755319 | 11/21/2014 | $142.08 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755752 | 11/24/2014 | $38.40 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755769 | 11/24/2014 | $177.27 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755900 | 11/25/2014 | $26.20 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755901 | 11/25/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755904 | 11/25/2014 | $1,046.40 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755910 | 11/25/2014 | $94.70 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755959 | 11/25/2014 | $94.51 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755962 | 11/25/2014 | $616.64 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755747 | 11/24/2014 | $167.30 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754952 | 11/21/2014 | $543.72 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752554 | 11/12/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1753994 | 11/20/2014 | $214.31 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754027 | 11/20/2014 | $432.96 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754223 | 11/21/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754287 | 11/20/2014 | $648.96 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754455 | 11/20/2014 | $222.61 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754457 | 11/21/2014 | $313.92 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754585 | 11/21/2014 | $608.40 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755349 | 11/21/2014 | $154.44 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754884 | 11/21/2014 | $43.80 |
| The Standard Register Company | The Standard Register Company | 1088037 | $742.23 | 1/5/2015 | 1754444 | 11/19/2014 | $212.80 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754980 | 11/21/2014 | $142.44 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755048 | 11/21/2014 | $448.32 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755082 | 11/21/2014 | $482.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755083 | 11/21/2014 | $1,568.16 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755093 | 11/21/2014 | $129.84 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755094 | 11/21/2014 | $98.64 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755097 | 11/21/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1755318 | 11/21/2014 | $678.52 |
| The Standard Register Company | The Standard Register Company | 1088683 | $9,698.90 | 1/5/2015 | 1754753 | 11/21/2014 | $195.24 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750868 | 11/5/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750642 | 11/4/2014 | $137.04 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750653 | 11/4/2014 | $179.04 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750694 | 11/4/2014 | $732.48 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750695 | 11/4/2014 | $686.72 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750713 | 11/5/2014 | $1,046.40 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750773 | 11/5/2014 | $462.33 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750837 | 11/5/2014 | $271.54 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752662 | 11/12/2014 | $1,434.06 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750852 | 11/5/2014 | $313.92 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750388 | 11/4/2014 | $1,001.52 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750903 | 11/5/2014 | $162.61 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750926 | 11/5/2014 | $408.42 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1751007 | 11/5/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1751076 | 11/5/2014 | $1,297.92 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1751082 | 11/5/2014 | $68.52 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751051 | 11/6/2014 | $103.20 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751122 | 11/6/2014 | $177.12 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751123 | 11/6/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750849 | 11/5/2014 | $73.68 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750015 | 11/3/2014 | $876.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749695 | 10/31/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749696 | 10/31/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749708 | 10/31/2014 | $368.10 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749754 | 10/31/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749764 | 10/31/2014 | $679.72 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749824 | 10/31/2014 | $377.28 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749827 | 10/31/2014 | $129.84 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749832 | 10/31/2014 | $50.16 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750629 | 11/4/2014 | $432.96 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1747546 | 10/22/2014 | $837.12 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750618 | 11/4/2014 | $62.03 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750103 | 11/3/2014 | $445.20 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750105 | 11/3/2014 | $332.96 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750183 | 11/3/2014 | $648.96 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750186 | 11/3/2014 | $142.44 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750206 | 11/3/2014 | $264.10 |
| The Standard Register Company | The Standard Register Company | 1084125 | $3,740.85 | 12/15/2014 | 1750367 | 11/3/2014 | $460.20 |
| The Standard Register Company | The Standard Register Company | 1084570 | $9,673.47 | 12/17/2014 | 1750387 | 11/4/2014 | $2,670.72 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751175 | 11/6/2014 | $261.12 |
| The Standard Register Company | The Standard Register Company | 1083571 | $6,616.52 | 12/15/2014 | 1749855 | 10/31/2014 | $2,241.60 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752106 | 11/10/2014 | $79.67 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751134 | 11/6/2014 | $368.10 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1751860 | 11/10/2014 | $232.18 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1751867 | 11/10/2014 | $131.99 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1751914 | 11/10/2014 | $678.52 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752023 | 11/10/2014 | $573.30 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752026 | 11/10/2014 | $355.74 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752046 | 11/10/2014 | $87.12 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752047 | 11/10/2014 | $174.24 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751669 | 11/7/2014 | $133.89 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752091 | 11/10/2014 | $84.43 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751637 | 11/7/2014 | $15.72 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752158 | 11/10/2014 | $676.32 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752284 | 11/11/2014 | $209.28 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752300 | 11/11/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752303 | 11/11/2014 | $133.89 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752430 | 11/11/2014 | $1,046.40 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752443 | 11/11/2014 | $350.58 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752455 | 11/11/2014 | $31.44 |
| The Standard Register Company | The Standard Register Company | 1086371 | $8,470.95 | 12/31/2014 | 1752514 | 11/12/2014 | $992.88 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1752074 | 11/10/2014 | $534.07 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751383 | 11/6/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1756048 | 11/25/2014 | $73.68 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751186 | 11/6/2014 | $2,120.40 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751187 | 11/6/2014 | $169.44 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751192 | 11/6/2014 | $224.92 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751195 | 11/6/2014 | $181.58 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751304 | 11/6/2014 | $156.24 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751305 | 11/6/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751309 | 11/6/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1085954 | $3,512.78 | 12/30/2014 | 1751822 | 11/10/2014 | $243.36 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751380 | 11/6/2014 | $129.84 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751135 | 11/6/2014 | $408.27 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751385 | 11/6/2014 | $121.68 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751407 | 11/6/2014 | $1,062.42 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751539 | 11/7/2014 | $135.02 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751540 | 11/7/2014 | $184.20 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751541 | 11/7/2014 | $423.34 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751547 | 11/7/2014 | $1,089.36 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751603 | 11/7/2014 | $145.00 |
| The Standard Register Company | The Standard Register Company | 1085376 | $2,142.04 | 12/23/2014 | 1751619 | 11/7/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1085008 | $6,221.80 | 12/18/2014 | 1751367 | 11/6/2014 | $322.72 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760780 | 12/15/2014 | $193.32 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760437 | 12/12/2014 | $660.40 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760441 | 12/12/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760479 | 12/12/2014 | $1,191.60 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760536 | 12/12/2014 | $861.20 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760540 | 12/12/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760673 | 12/15/2014 | $334.62 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760684 | 12/15/2014 | $5,702.40 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1755970 | 11/25/2014 | $1,225.80 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760774 | 12/15/2014 | $229.70 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760336 | 12/12/2014 | $678.52 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760781 | 12/15/2014 | $223.49 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760807 | 12/15/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760812 | 12/15/2014 | $142.44 |
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760919 | 12/15/2014 | $462.22 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1760988 | 12/16/2014 | $643.20 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1760991 | 12/16/2014 | $178.79 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761014 | 12/16/2014 | $232.18 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761107 | 12/16/2014 | $900.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094458 | $7,760.44 | 2/10/2015 | 1760694 | 12/15/2014 | $627.84 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760138 | 12/11/2014 | $274.94 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759771 | 12/10/2014 | $1,068.00 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759858 | 12/10/2014 | $251.22 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759912 | 12/10/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759914 | 12/10/2014 | $354.98 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759916 | 12/10/2014 | $89.52 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1766853 | 1/15/2012 | $163.14 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1759986 | 12/11/2014 | $1,568.16 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760057 | 12/11/2014 | $2,411.28 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760427 | 12/12/2014 | $87.12 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760124 | 12/11/2014 | $418.56 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760373 | 12/12/2014 | $259.68 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760139 | 12/11/2014 | $175.29 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760146 | 12/11/2014 | $204.24 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760219 | 12/11/2014 | $972.34 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760289 | 12/12/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760298 | 12/12/2014 | $794.16 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760321 | 12/12/2014 | $1,493.68 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760332 | 12/12/2014 | $654.72 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761118 | 12/16/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1094021 | $13,818.63 | 2/9/2015 | 1760063 | 12/11/2014 | $1,252.80 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762571 | 12/23/2014 | $121.68 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761109 | 12/16/2014 | $81.12 |
| The Standard Register Company | The Standard Register Company | 1095751 | $1,943.28 | 2/17/2015 | 1762155 | 12/19/2014 | $495.30 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762319 | 12/22/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762325 | 12/22/2014 | $648.96 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762341 | 12/22/2014 | $661.10 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762367 | 12/22/2014 | $338.30 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762428 | 12/22/2014 | $599.12 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762461 | 12/22/2014 | $216.48 |
| The Standard Register Company | The Standard Register Company | 1095751 | $1,943.28 | 2/17/2015 | 1762102 | 12/19/2014 | $120.24 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762565 | 12/22/2014 | $1,917.60 |
| The Standard Register Company | The Standard Register Company | 1095751 | $1,943.28 | 2/17/2015 | 1761972 | 12/19/2014 | $1,046.40 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762575 | 12/23/2014 | $1,674.24 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762636 | 12/23/2014 | $619.33 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762645 | 12/23/2014 | $109.06 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762667 | 12/23/2014 | $133.05 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762703 | 12/23/2014 | $313.66 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762777 | 12/23/2014 | $50.16 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762778 | 12/23/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1096489 | $3,304.63 | 2/20/2015 | 1762847 | 12/23/2014 | $360.56 |
| The Standard Register Company | The Standard Register Company | 1096092 | $4,455.44 | 2/17/2015 | 1762480 | 12/22/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761519 | 12/17/2014 | $209.28 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759672 | 12/10/2014 | $121.68 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761148 | 12/16/2014 | $627.84 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761204 | 12/16/2014 | $318.22 |
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761290 | 12/16/2014 | $352.03 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761302 | 12/17/2014 | $121.68 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761355 | 12/17/2014 | $439.63 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761429 | 12/17/2014 | $520.32 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761433 | 12/17/2014 | $15.72 |
| The Standard Register Company | The Standard Register Company | 1095751 | $1,943.28 | 2/17/2015 | 1762104 | 12/19/2014 | $268.80 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761480 | 12/17/2014 | $324.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094813 | $3,372.91 | 2/10/2015 | 1761110 | 12/16/2014 | $127.92 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761526 | 12/17/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761578 | 12/17/2014 | $678.52 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761615 | 12/18/2014 | $1,126.80 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761617 | 12/17/2014 | $767.04 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761639 | 12/17/2014 | $164.86 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761640 | 12/17/2014 | $164.86 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761954 | 12/18/2014 | $395.26 |
| The Standard Register Company | The Standard Register Company | 1095751 | $1,943.28 | 2/17/2015 | 1761971 | 12/19/2014 | $155.52 |
| The Standard Register Company | The Standard Register Company | 1095280 | $4,923.41 | 2/12/2015 | 1761452 | 12/17/2014 | $188.64 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757498 | 12/3/2014 | $1,335.36 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1757904 | 12/4/2014 | $506.58 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757125 | 12/2/2014 | $2,670.72 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757166 | 12/2/2014 | $318.22 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757198 | 12/2/2014 | $337.44 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757290 | 12/2/2014 | $522.24 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757295 | 12/2/2014 | $676.32 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757297 | 12/2/2014 | $324.48 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757301 | 12/2/2014 | $142.44 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757068 | 12/2/2014 | $129.84 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757362 | 12/2/2014 | $1,634.40 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1756974 | 12/2/2014 | $350.58 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757585 | 12/3/2014 | $837.12 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757630 | 12/3/2014 | $872.34 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757677 | 12/3/2014 | $492.00 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757692 | 12/3/2014 | $680.12 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757695 | 12/3/2014 | $227.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757728 | 12/3/2014 | $3,823.20 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757815 | 12/3/2014 | $636.48 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759746 | 12/10/2014 | $142.56 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757317 | 12/2/2014 | $580.08 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756568 | 11/26/2014 | $95.88 |
| The Standard Register Company | The Standard Register Company | 1100010 | $772.80 | 3/11/2015 | 1743104 | 10/3/2014 | $772.80 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1756187 | 11/25/2014 | $216.48 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756156 | 11/26/2014 | $89.76 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756188 | 11/26/2014 | $679.32 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756242 | 11/26/2014 | $118.08 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756330 | 11/26/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756381 | 11/26/2014 | $11.55 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756444 | 11/26/2014 | $759.87 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1757086 | 12/2/2014 | $313.92 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756534 | 11/26/2014 | $80.03 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758002 | 12/4/2014 | $627.84 |
| The Standard Register Company | The Standard Register Company | 1090056 | $2,628.91 | 1/12/2015 | 1740569 | 9/24/2014 | $1,959.64 |
| The Standard Register Company | The Standard Register Company | 1090056 | $2,628.91 | 1/12/2015 | 1756422 | 11/28/2014 | $111.60 |
| The Standard Register Company | The Standard Register Company | 1090056 | $2,628.91 | 1/12/2015 | 1756535 | 11/28/2014 | $416.38 |
| The Standard Register Company | The Standard Register Company | 1090056 | $2,628.91 | 1/12/2015 | 1756572 | 11/28/2014 | $73.08 |
| The Standard Register Company | The Standard Register Company | 1090056 | $2,628.91 | 1/12/2015 | 1756621 | 11/28/2014 | $163.44 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 11756945 | 12/2/2014 | $134.40 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1756940 | 12/2/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1091092 | $8,183.36 | 1/20/2015 | 1756950 | 12/2/2014 | $170.72 |
| The Standard Register Company | The Standard Register Company | 1089816 | $1,963.15 | 1/12/2015 | 1756513 | 11/26/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759416 | 12/9/2014 | $200.64 |
| The Standard Register Company | The Standard Register Company | 1091595 | $6,358.77 | 1/28/2015 | 1757885 | 12/3/2014 | $101.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758930 | 12/8/2014 | $429.52 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758989 | 12/8/2014 | $1,297.92 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758993 | 12/8/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1759035 | 12/8/2014 | $669.30 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1759152 | 12/8/2014 | $486.72 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759191 | 12/9/2014 | $72.83 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759378 | 12/9/2014 | $40.56 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758862 | 12/8/2014 | $243.36 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759406 | 12/9/2014 | $84.43 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758861 | 12/8/2014 | $121.68 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759541 | 12/9/2014 | $422.15 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759542 | 12/9/2014 | $84.43 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759565 | 12/10/2014 | $1,046.40 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759617 | 12/10/2014 | $146.16 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759640 | 12/10/2014 | $50.16 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759642 | 12/10/2014 | $112.37 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759658 | 12/10/2014 | $264.72 |
| The Standard Register Company | The Standard Register Company | 1089284 | $23,982.78 | 1/8/2015 | 1756009 | 11/25/2014 | $121.68 |
| The Standard Register Company | The Standard Register Company | 1093201 | $931.18 | 2/4/2015 | 1759405 | 12/9/2014 | $94.70 |
| The Standard Register Company | The Standard Register Company | 1092332 | $4,544.65 | 2/2/2015 | 1758557 | 12/5/2014 | $270.04 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758005 | 12/4/2014 | $218.12 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758012 | 12/4/2014 | $1,155.70 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758013 | 12/4/2014 | $400.26 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758033 | 12/4/2014 | $2,423.52 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758060 | 12/4/2014 | $195.24 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758076 | 12/4/2014 | $876.00 |
| The Standard Register Company | The Standard Register Company | 1092014 | $6,285.21 | 1/29/2015 | 1758200 | 12/4/2014 | $339.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092332 | $4,544.65 | 2/2/2015 | 1758383 | 12/5/2014 | $2,509.50 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758910 | 12/8/2014 | $137.04 |
| The Standard Register Company | The Standard Register Company | 1092332 | $4,544.65 | 2/2/2015 | 1758477 | 12/5/2014 | $184.10 |
| The Standard Register Company | The Standard Register Company | 1093589 | $4,369.51 | 2/9/2015 | 1759745 | 12/10/2014 | $712.80 |
| The Standard Register Company | The Standard Register Company | 1092332 | $4,544.65 | 2/2/2015 | 1758598 | 12/5/2014 | $1,745.15 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758382 | 12/8/2014 | $526.84 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758726 | 12/8/2014 | $31.44 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758813 | 12/8/2014 | $108.24 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758839 | 12/8/2014 | $1,820.40 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758842 | 12/8/2014 | $523.20 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758858 | 12/8/2014 | $169.15 |
| The Standard Register Company | The Standard Register Company | 1092779 | $6,506.03 | 2/2/2015 | 1758859 | 12/8/2014 | $255.84 |
| The Standard Register Company | The Standard Register Company | 1092332 | $4,544.65 | 2/2/2015 | 1758464 | 12/5/2014 | $151.90 |

**Totals:** 28 transfer(s), $167,154.56