

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **InfoSeal LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 128630 | 11/17/2014 | $576.00 |
| The Standard Register Company | The Standard Register Company | 1083582 | $5,874.79 | 12/12/2014 | 49247 | 10/31/2014 | $4,885.00 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49456 | 11/17/2014 | $2,359.38 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49455 | 11/17/2014 | $7,078.13 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49454 | 11/17/2014 | $2,359.38 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49453 | 11/17/2014 | $7,115.63 |
| The Standard Register Company | The Standard Register Company | 1088059 | $961.62 | 1/5/2015 | 128699 | 11/19/2014 | $1,034.00 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 128631 | 11/17/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1088695 | $311.88 | 1/5/2015 | 128742 | 11/20/2014 | $330.36 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 128629 | 11/17/2014 | $72.00 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 128622 | 11/17/2014 | $401.73 |
| The Standard Register Company | The Standard Register Company | 1085977 | $4,546.16 | 12/29/2014 | 49329 | 11/4/2014 | $4,888.35 |
| The Standard Register Company | The Standard Register Company | 1084578 | $1,581.00 | 12/15/2014 | 128161 | 10/31/2014 | $820.00 |
| The Standard Register Company | The Standard Register Company | 1084578 | $1,581.00 | 12/15/2014 | 128160 | 10/31/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1083582 | $5,874.79 | 12/12/2014 | 49334 | 10/31/2014 | $1,412.90 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49431 | 11/14/2014 | $60,894.00 |
| The Standard Register Company | The Standard Register Company | 1096108 | $423.80 | 2/12/2015 | 49774 | 12/22/2014 | $455.70 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 50086 | 1/20/2015 | $2,428.50 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 49931 | 1/16/2015 | $3,942.00 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 130586 | 1/22/2015 | $334.02 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 130585 | 1/22/2015 | $528.65 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 130324 | 1/13/2015 | $341.01 |
| The Standard Register Company | The Standard Register Company | 1087387 | $78,289.53 | 12/29/2014 | 49529 | 11/14/2014 | $3,286.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099830 | $302.31 | 3/10/2015 | 128673 | 11/19/2014 | $302.31 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 85841 | 12/31/2014 | $315.28 |
| The Standard Register Company | The Standard Register Company | 1095291 | $2,119.00 | 2/12/2015 | 49773 | 12/18/2014 | $2,278.50 |
| The Standard Register Company | The Standard Register Company | 1094471 | $211.76 | 2/6/2015 | 129522 | 12/15/2014 | $46.00 |
| The Standard Register Company | The Standard Register Company | 1094471 | $211.76 | 2/6/2015 | 129521 | 12/15/2014 | $177.17 |
| The Standard Register Company | The Standard Register Company | 1093213 | $111.60 | 2/2/2015 | 129327 | 12/9/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1092789 | $1,971.60 | 2/2/2015 | 129288 | 12/8/2014 | $2,120.00 |
| The Standard Register Company | The Standard Register Company | 1092340 | $1,311.30 | 1/27/2015 | 129228 | 12/5/2014 | $1,410.00 |
| The Standard Register Company | The Standard Register Company | 1100012 | $7,865.51 | 3/10/2015 | 129832 | 12/24/2014 | $366.54 |

**Totals:** 14 transfer(s), $105,881.86