

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant:          **JBR Industrial Services, LLC**

Bankruptcy Case:    **SRC Liquidation Company**

Preference Period:  **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099883 | $2,825.00 | 3/10/2015 | 453 | 1/15/2015 | $2,825.00 |
| The Standard Register Company | The Standard Register Company | 1094253 | $23,550.00 | 2/3/2015 | 440 | 12/18/2014 | $23,550.00 |
| The Standard Register Company | The Standard Register Company | 1081532 | $74,435.00 | 1/5/2015 | 424 | 10/23/2014 | $2,560.00 |
| The Standard Register Company | The Standard Register Company | 1081532 | $74,435.00 | 1/5/2015 | 423 | 10/23/2014 | $42,135.00 |
| The Standard Register Company | The Standard Register Company | 1081532 | $74,435.00 | 1/5/2015 | 422 | 10/23/2014 | $29,740.00 |
| The Standard Register Company | The Standard Register Company | 1080680 | $16,335.00 | 1/5/2015 | 420 | 10/17/2014 | $4,800.00 |
| The Standard Register Company | The Standard Register Company | 1080680 | $16,335.00 | 1/5/2015 | 415 | 10/17/2014 | $11,535.00 |

**Totals:      4 transfer(s),    $117,145.00**