

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Simon Printing Company**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56364 | 11/17/2014 | $177.70 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56409 | 11/20/2014 | $939.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56408 | 11/20/2014 | $3,227.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56407 | 11/20/2014 | $7,563.50 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56406 | 11/20/2014 | $2,098.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56372 | 11/17/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56371 | 11/17/2014 | $475.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56370 | 11/17/2014 | $607.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56368 | 11/17/2014 | $560.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56367 | 11/17/2014 | $177.70 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56354 | 11/17/2014 | $875.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56365 | 11/17/2014 | $355.45 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56412 | 11/20/2014 | $651.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56363 | 11/17/2014 | $177.70 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56362 | 11/17/2014 | $450.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56361 | 11/17/2014 | $365.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56360 | 11/17/2014 | $1,088.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56359 | 11/17/2014 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56358 | 11/17/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56357 | 11/17/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56356 | 11/17/2014 | $630.00 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56559 | 12/9/2014 | $701.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56366 | 11/17/2014 | $355.45 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56486 | 11/26/2014 | $875.00 |
| The Standard Register Company | The Standard Register Company | 1083235 | $2,794.08 | 12/24/2014 | 56147 | 10/30/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56520 | 11/30/2014 | $536.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56519 | 11/30/2014 | $650.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56518 | 11/30/2014 | $650.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56517 | 11/30/2014 | $769.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56516 | 11/30/2014 | $3,489.00 |
| The Standard Register Company | The Standard Register Company | 1090488 | $11,247.76 | 1/15/2015 | 56350 | 11/17/2014 | $5,499.00 |
| The Standard Register Company | The Standard Register Company | 1090132 | $349.20 | 1/13/2015 | 56423 | 11/20/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56490 | 11/26/2014 | $1,024.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56410 | 11/20/2014 | $1,070.50 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56487 | 11/26/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56411 | 11/20/2014 | $365.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56485 | 11/26/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56484 | 11/26/2014 | $630.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56483 | 11/26/2014 | $682.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56482 | 11/26/2014 | $399.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56481 | 11/26/2014 | $672.50 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56479 | 11/26/2014 | $7,305.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56415 | 11/20/2014 | $375.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56414 | 11/20/2014 | $575.00 |
| The Standard Register Company | The Standard Register Company | 1088857 | $16,809.57 | 1/5/2015 | 56413 | 11/20/2014 | $465.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56353 | 11/17/2014 | $1,035.00 |
| The Standard Register Company | The Standard Register Company | 1089902 | $12,774.64 | 1/12/2015 | 56489 | 11/26/2014 | $1,061.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56220 | 10/31/2014 | $944.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56296 | 11/12/2014 | $800.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56295 | 11/12/2014 | $722.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56277 | 11/11/2014 | $2,225.00 |
| The Standard Register Company | The Standard Register Company | 1085478 | $1,084.45 | 12/24/2014 | 55995 | 10/14/2014 | $279.50 |
| The Standard Register Company | The Standard Register Company | 1085478 | $1,084.45 | 12/24/2014 | 55994 | 10/14/2014 | $559.00 |
| The Standard Register Company | The Standard Register Company | 1085478 | $1,084.45 | 12/24/2014 | 55993 | 10/14/2014 | $279.50 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56236 | 10/31/2014 | $701.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56235 | 10/31/2014 | $284.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56234 | 10/31/2014 | $1,705.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56355 | 11/17/2014 | $1,825.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56221 | 10/31/2014 | $179.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56299 | 11/12/2014 | $737.25 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56219 | 10/31/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56218 | 10/31/2014 | $777.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56217 | 10/31/2014 | $917.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56216 | 10/31/2014 | $917.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56215 | 10/31/2014 | $604.00 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56214 | 10/31/2014 | $634.00 |
| The Standard Register Company | The Standard Register Company | 1083235 | $2,794.08 | 12/24/2014 | 56150 | 10/30/2014 | $1,359.00 |
| The Standard Register Company | The Standard Register Company | 1083235 | $2,794.08 | 12/24/2014 | 56149 | 10/30/2014 | $319.00 |
| The Standard Register Company | The Standard Register Company | 1083235 | $2,794.08 | 12/24/2014 | 56148 | 10/30/2014 | $527.50 |
| The Standard Register Company | The Standard Register Company | 1083714 | $11,375.66 | 12/12/2014 | 56222 | 10/31/2014 | $3,554.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56309 | 11/12/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56352 | 11/17/2014 | $302.50 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56351 | 11/17/2014 | $302.50 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56349 | 11/17/2014 | $615.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56348 | 11/17/2014 | $1,231.00 |
| The Standard Register Company | The Standard Register Company | 1087595 | $15,476.65 | 12/30/2014 | 56347 | 11/17/2014 | $1,775.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56315 | 11/12/2014 | $480.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56314 | 11/12/2014 | $443.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56313 | 11/12/2014 | $1,006.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56312 | 11/12/2014 | $450.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56297 | 11/12/2014 | $3,236.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56310 | 11/12/2014 | $517.50 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56298 | 11/12/2014 | $1,937.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56308 | 11/12/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56307 | 11/12/2014 | $546.50 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56306 | 11/12/2014 | $750.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56305 | 11/12/2014 | $368.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56304 | 11/12/2014 | $147.45 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56303 | 11/12/2014 | $294.90 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56302 | 11/12/2014 | $44.35 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56301 | 11/12/2014 | $73.70 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56300 | 11/12/2014 | $442.35 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56560 | 12/9/2014 | $685.00 |
| The Standard Register Company | The Standard Register Company | 1086522 | $16,074.72 | 12/30/2014 | 56311 | 11/12/2014 | $524.50 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56816 | 1/13/2015 | $1,120.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56860 | 1/21/2015 | $11,705.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56831 | 1/14/2015 | $2,336.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56830 | 1/14/2015 | $823.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56829 | 1/14/2015 | $2,179.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56823 | 1/13/2015 | $956.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56822 | 1/13/2015 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56821 | 1/13/2015 | $266.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56820 | 1/13/2015 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56819 | 1/13/2015 | $2,465.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56766 | 12/31/2014 | $1,432.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56817 | 1/13/2015 | $2,953.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56863 | 1/21/2015 | $949.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56815 | 1/13/2015 | $4,656.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56814 | 1/13/2015 | $604.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56813 | 1/13/2015 | $2,554.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56812 | 1/13/2015 | $2,225.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56811 | 1/13/2015 | $9,936.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56686B | 1/15/2015 | $60,978.50 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56480 | 11/26/2014 | $2,839.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56768 | 12/31/2014 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56558 | 12/9/2014 | $1,704.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56818 | 1/13/2015 | $1,763.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56873 | 1/21/2015 | $502.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56895 | 1/22/2015 | $1,885.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56894 | 1/22/2015 | $2,245.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56893 | 1/22/2015 | $1,090.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56892B | 1/22/2015 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56891 | 1/22/2015 | $279.50 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56890 | 1/22/2015 | $559.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56889 | 1/22/2015 | $279.50 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56877 | 1/21/2015 | $266.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56876 | 1/21/2015 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56861 | 1/21/2015 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56874 | 1/21/2015 | $685.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56862 | 1/21/2015 | $10,447.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56872 | 1/21/2015 | $553.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56871 | 1/21/2015 | $5,373.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56870 | 1/21/2015 | $372.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56869 | 1/21/2015 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56868 | 1/21/2015 | $509.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56867 | 1/21/2015 | $740.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56866 | 1/21/2015 | $479.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56865 | 1/21/2015 | $470.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56864 | 1/21/2015 | $333.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56748 | 12/31/2014 | $564.00 |
| The Standard Register Company | The Standard Register Company | 1097582 | $142,144.50 | 3/2/2015 | 56875 | 1/21/2015 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56602 | 12/12/2014 | $2,101.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56648 | 12/17/2014 | $690.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56647 | 12/17/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56646 | 12/17/2014 | $389.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56645 | 12/17/2014 | $388.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56644 | 12/17/2014 | $1,485.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56608 | 12/12/2014 | $336.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56607 | 12/12/2014 | $475.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56606 | 12/12/2014 | $281.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56605 | 12/12/2014 | $692.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56767 | 12/31/2014 | $1,975.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56603 | 12/12/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56666 | 12/18/2014 | $300.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56601 | 12/12/2014 | $4,625.00 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56568 | 12/9/2014 | $248.80 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56567 | 12/9/2014 | $248.80 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56566 | 12/9/2014 | $248.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56565 | 12/9/2014 | $248.80 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56564 | 12/9/2014 | $248.80 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56563 | 12/9/2014 | $755.00 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56562 | 12/9/2014 | $994.00 |
| The Standard Register Company | The Standard Register Company | 1093299 | $8,412.47 | 2/3/2015 | 56561 | 12/9/2014 | $2,587.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56604 | 12/12/2014 | $2,269.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56693 | 12/23/2014 | $1,442.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56747 | 12/31/2014 | $1,225.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56746 | 12/31/2014 | $2,888.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56745 | 12/31/2014 | $499.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56744 | 12/31/2014 | $525.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56743 | 12/31/2014 | $530.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56742 | 12/31/2014 | $951.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56740 | 12/31/2014 | $2,919.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56739 | 12/31/2014 | $502.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56738 | 12/31/2014 | $5,233.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56649 | 12/17/2014 | $548.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56694 | 12/23/2014 | $974.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56665 | 12/18/2014 | $300.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56692 | 12/23/2014 | $630.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56691 | 12/23/2014 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56690 | 12/23/2014 | $327.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56689 | 12/23/2014 | $327.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56688 | 12/23/2014 | $3,236.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56686 | 12/23/2014 | $60,978.50 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56669 | 12/18/2014 | $367.00 |
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56668 | 12/18/2014 | $255.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093384 | $82,990.51 | 2/3/2015 | 56667 | 12/18/2014 | $402.00 |
| The Standard Register Company | The Standard Register Company | 1099091 | $708.00 | 3/5/2015 | 56151 | 10/30/2014 | $708.00 |
| The Standard Register Company | The Standard Register Company | 1094260 | $20,763.90 | 2/5/2015 | 56609 | 12/12/2014 | $1,612.00 |

Totals:    14 transfer(s),    $343,006.11