

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

**Defendant:** **Kaufman & Canoles, a Professional Corporation**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097288 | $38,716.77 | 2/24/2015 | 1030779 | 1/19/2015 | $16,407.19 |
| The Standard Register Company | The Standard Register Company | 1097288 | $38,716.77 | 2/24/2015 | 1030778 | 1/19/2015 | $573.75 |
| The Standard Register Company | The Standard Register Company | 1097288 | $38,716.77 | 2/24/2015 | 1030777 | 1/2/2015 | $7,485.83 |
| The Standard Register Company | The Standard Register Company | 1097288 | $38,716.77 | 2/24/2015 | 1030776 | 1/2/2015 | $14,250.00 |
| The Standard Register Company | The Standard Register Company | 1088968 | $10,854.30 | 1/6/2015 | 1025548 | 12/1/2014 | $1,745.55 |
| The Standard Register Company | The Standard Register Company | 1088968 | $10,854.30 | 1/6/2015 | 1021794 | 11/5/2014 | $8,611.50 |
| The Standard Register Company | The Standard Register Company | 1088968 | $10,854.30 | 1/6/2015 | 1021793 | 11/5/2014 | $497.25 |
| The Standard Register Company | The Standard Register Company | 1088313 | $26,478.35 | 1/2/2015 | 1025551 | 12/1/2014 | $14,566.90 |
| The Standard Register Company | The Standard Register Company | 1088313 | $26,478.35 | 1/2/2015 | 1025550 | 12/1/2014 | $9,961.45 |
| The Standard Register Company | The Standard Register Company | 1088313 | $26,478.35 | 1/2/2015 | 1025549 | 12/1/2014 | $1,950.00 |
| The Standard Register Company | The Standard Register Company | 101023 | $42,840.09 | 3/10/2015 | 1032734 | 2/9/2015 | $5,814.00 |
| The Standard Register Company | The Standard Register Company | 101023 | $42,840.09 | 3/10/2015 | 1032733 | 2/9/2015 | $763.09 |
| The Standard Register Company | The Standard Register Company | 101023 | $42,840.09 | 3/10/2015 | 1032732 | 2/9/2015 | $15,351.70 |
| The Standard Register Company | The Standard Register Company | 101023 | $42,840.09 | 3/10/2015 | 1032728 | 2/9/2015 | $14,261.30 |
| The Standard Register Company | The Standard Register Company | 101023 | $42,840.09 | 3/10/2015 | 1032727 | 2/9/2015 | $6,650.00 |

**Totals:** 4 transfer(s), $118,889.51