

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Kay Toledo Tag, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090921 | $4,955.55 | 1/21/2015 | 89786 | 12/15/2014 | $384.67 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89716 | 12/11/2014 | $441.04 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89724 | 12/11/2014 | $662.17 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89729 | 12/11/2014 | $129.83 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89753 | 12/12/2014 | $166.98 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89760 | 12/12/2014 | $946.98 |
| The Standard Register Company | The Standard Register Company | 1090921 | $4,955.55 | 1/21/2015 | 88668 | 11/4/2014 | $471.02 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 84486 | 6/10/2014 | $125.76 |
| The Standard Register Company | The Standard Register Company | 1090921 | $4,955.55 | 1/21/2015 | 89781 | 12/15/2014 | $3,154.13 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 87570587634 | 9/30/2014 | $5,439.00 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89823 | 12/16/2014 | $2,531.58 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89828 | 12/16/2014 | $189.87 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89839 | 12/16/2014 | $211.36 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89863 | 12/16/2014 | $179.37 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89864 | 12/16/2014 | $203.70 |
| The Standard Register Company | The Standard Register Company | 1083830 | $260.78 | 12/12/2014 | 1071889UD | 9/9/2014 | $260.78 |
| The Standard Register Company | The Standard Register Company | 1090921 | $4,955.55 | 1/21/2015 | 88761 | 11/7/2014 | $1,282.36 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 88792 | 11/7/2014 | $159.26 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89526 | 12/5/2014 | $298.40 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89540Z | 12/5/2014 | $254.78 |
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 1070903UD | 8/8/2014 | $37.90 |
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 89552 | 12/8/2014 | $149.37 |
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 89566 | 12/8/2014 | $1,203.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 89568 | 12/8/2014 | $237.25 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89714 | 12/11/2014 | $106.13 |
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 89602 | 12/9/2014 | $11,788.31 |
| The Standard Register Company | The Standard Register Company | 1090573 | $7,390.80 | 1/16/2015 | 89697 | 12/11/2014 | $41.60 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 88858 | 11/10/2014 | $159.04 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 89621 | 12/10/2014 | $2,108.00 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 89632 | 12/10/2014 | $404.48 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 89635 | 12/10/2014 | $888.99 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 89655 | 12/10/2014 | $439.50 |
| The Standard Register Company | The Standard Register Company | 1090349 | $3,989.26 | 1/13/2015 | 89663 | 12/10/2014 | $120.81 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 87570 | 9/30/2014 | $5,439.00 |
| The Standard Register Company | The Standard Register Company | 1090216 | $16,878.80 | 1/13/2015 | 89578 | 12/9/2014 | $4,683.00 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 90273 | 1/7/2015 | $248.40 |
| The Standard Register Company | The Standard Register Company | 1094291 | $1,758.61 | 2/5/2015 | 89625 | 12/10/2014 | $94.40 |
| The Standard Register Company | The Standard Register Company | 1094975 | $2,920.78 | 2/9/2015 | 89831 | 12/16/2014 | $276.10 |
| The Standard Register Company | The Standard Register Company | 1094975 | $2,920.78 | 2/9/2015 | 90162 | 1/5/2015 | $1,407.34 |
| The Standard Register Company | The Standard Register Company | 1094975 | $2,920.78 | 2/9/2015 | 90174 | 1/5/2015 | $319.42 |
| The Standard Register Company | The Standard Register Company | 1094975 | $2,920.78 | 2/9/2015 | 90176 | 1/5/2015 | $975.24 |
| The Standard Register Company | The Standard Register Company | 1094975 | $2,920.78 | 2/9/2015 | 90178 | 1/5/2015 | $110.22 |
| The Standard Register Company | The Standard Register Company | 1091260 | $3,347.51 | 1/21/2015 | 89866 | 12/16/2014 | $279.94 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 90269 | 1/7/2015 | $378.96 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 90096 | 12/23/2014 | $350.44 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91092 | 2/4/2015 | $600.61 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91093 | 2/4/2015 | $997.20 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91098 | 2/4/2015 | $1,611.30 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91099 | 2/4/2015 | $190.51 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91100 | 2/4/2015 | $499.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91101 | 2/4/2015 | $162.55 |
| The Standard Register Company | The Standard Register Company | 1095539 | $122.87 | 2/10/2015 | 90210 | 1/6/2015 | $132.12 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89974 | 12/18/2014 | $222.89 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 87688 | 10/2/2014 | $129.60 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 88818 | 11/7/2014 | $974.68 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 89887 | 12/17/2014 | $703.57 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 89906 | 12/17/2014 | $371.93 |
| The Standard Register Company | The Standard Register Company | 1091275 | $7,436.18 | 1/27/2015 | 89909 | 12/17/2014 | $232.45 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89953Z | 12/18/2014 | $478.34 |
| The Standard Register Company | The Standard Register Company | 1094291 | $1,758.61 | 2/5/2015 | 89167 | 11/20/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89973 | 12/18/2014 | $323.27 |
| The Standard Register Company | The Standard Register Company | 1094291 | $1,758.61 | 2/5/2015 | 1302015UD | 1/30/2015 | $1,659.26 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89994 | 12/18/2014 | $2,931.00 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89998 | 12/18/2014 | $5,315.30 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 90048Z | 12/22/2014 | $8,502.50 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 90054 | 12/22/2014 | $540.55 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 90057 | 12/22/2014 | $723.68 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 90095 | 12/23/2014 | $183.76 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89497 | 12/4/2014 | $1,067.40 |
| The Standard Register Company | The Standard Register Company | 1091830 | $18,443.09 | 1/27/2015 | 89964 | 12/18/2014 | $250.02 |
| The Standard Register Company | The Standard Register Company | 1085654 | $1,972.64 | 12/23/2014 | 89087 | 11/18/2014 | $217.05 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88854 | 11/10/2014 | $293.26 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88909 | 11/12/2014 | $178.32 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88942 | 11/13/2014 | $307.86 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88961 | 11/13/2014 | $371.93 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 89022 | 11/14/2014 | $186.55 |
| The Standard Register Company | The Standard Register Company | 1085654 | $1,972.64 | 12/23/2014 | 88939 | 11/13/2014 | $654.78 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89524 | 12/5/2014 | $766.69 |
| The Standard Register Company | The Standard Register Company | 1085654 | $1,972.64 | 12/23/2014 | 89071 | 11/18/2014 | $442.30 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88762 | 11/6/2014 | $562.29 |
| The Standard Register Company | The Standard Register Company | 1085654 | $1,972.64 | 12/23/2014 | 89091 | 11/18/2014 | $110.22 |
| The Standard Register Company | The Standard Register Company | 1085703 | $4,112.45 | 12/23/2014 | 89103 | 11/19/2014 | $1,183.45 |
| The Standard Register Company | The Standard Register Company | 1085703 | $4,112.45 | 12/23/2014 | 89107 | 11/19/2014 | $226.77 |
| The Standard Register Company | The Standard Register Company | 1085703 | $4,112.45 | 12/23/2014 | 89121 | 11/19/2014 | $2,188.10 |
| The Standard Register Company | The Standard Register Company | 1085703 | $4,112.45 | 12/23/2014 | 89125 | 11/19/2014 | $226.05 |
| The Standard Register Company | The Standard Register Company | 1085703 | $4,112.45 | 12/23/2014 | 89135 | 11/19/2014 | $574.80 |
| The Standard Register Company | The Standard Register Company | 1085654 | $1,972.64 | 12/23/2014 | 88997 | 11/14/2014 | $617.94 |
| The Standard Register Company | The Standard Register Company | 1084821 | $6,530.10 | 12/17/2014 | 88883 | 11/12/2014 | $1,912.00 |
| The Standard Register Company | The Standard Register Company | 1083983 | $670.32 | 12/15/2014 | 88269 | 10/22/2014 | $714.39 |
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88495 | 10/29/2014 | $7,448.33 |
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88613 | 10/31/2014 | $4,338.50 |
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88639 | 11/3/2014 | $1,492.47 |
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88751 | 11/5/2014 | $1,041.85 |
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88771 | 11/6/2014 | $4,198.55 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88829Z | 11/7/2014 | $18.08 |
| The Standard Register Company | The Standard Register Company | 1084821 | $6,530.10 | 12/17/2014 | 88878 | 11/12/2014 | $3,850.16 |
| The Standard Register Company | The Standard Register Company | 1085557 | $2,288.06 | 12/22/2014 | 88769 | 11/6/2014 | $534.15 |
| The Standard Register Company | The Standard Register Company | 1084821 | $6,530.10 | 12/17/2014 | 88903Z | 11/12/2014 | $1,256.29 |
| The Standard Register Company | The Standard Register Company | 1085177 | $4,362.67 | 12/18/2014 | 88987 | 11/14/2014 | $2,971.10 |
| The Standard Register Company | The Standard Register Company | 1085177 | $4,362.67 | 12/18/2014 | 89020 | 11/14/2014 | $279.94 |
| The Standard Register Company | The Standard Register Company | 1085177 | $4,362.67 | 12/18/2014 | 89025 | 11/14/2014 | $153.61 |
| The Standard Register Company | The Standard Register Company | 1085177 | $4,362.67 | 12/18/2014 | 89033 | 11/14/2014 | $1,273.40 |
| The Standard Register Company | The Standard Register Company | 1085546 | $504.57 | 12/22/2014 | 88867 | 11/11/2014 | $537.40 |
| The Standard Register Company | The Standard Register Company | 1085765 | $7,386.33 | 12/30/2014 | 89144 | 11/20/2014 | $2,485.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084297 | $19,125.51 | 12/16/2014 | 88872 | 11/11/2014 | $2,019.55 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89425 | 12/2/2014 | $949.54 |
| The Standard Register Company | The Standard Register Company | 1085765 | $7,386.33 | 12/30/2014 | 88476 | 10/29/2014 | $4,812.78 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89378 | 12/2/2014 | $10,578.00 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89386 | 12/2/2014 | $1,360.10 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89390 | 12/2/2014 | $254.15 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89393 | 12/2/2014 | $925.08 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89397 | 12/2/2014 | $529.40 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 88794 | 11/7/2014 | $839.85 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89405 | 12/2/2014 | $37.80 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 88793 | 11/7/2014 | $592.00 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89456 | 12/3/2014 | $952.44 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89463 | 12/3/2014 | $355.20 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89464 | 12/3/2014 | $1,456.40 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89465 | 12/3/2014 | $371.93 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89481 | 12/4/2014 | $289.20 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89487 | 12/4/2014 | $718.78 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91104 | 2/4/2015 | $277.46 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89399 | 12/2/2014 | $158.16 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89223 | 11/24/2014 | $207.15 |
| The Standard Register Company | The Standard Register Company | 1089632 | $3,511.39 | 1/8/2015 | 89516 | 12/5/2014 | $371.60 |
| The Standard Register Company | The Standard Register Company | 1085765 | $7,386.33 | 12/30/2014 | 89146Z | 11/20/2014 | $446.92 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 86153 | 11/20/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 88646 | 11/3/2014 | $259.79 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 88863 | 11/11/2014 | $4,385.73 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89084 | 11/18/2014 | $765.39 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 89362 | 12/1/2014 | $1,169.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89214 | 11/24/2014 | $824.26 |
| The Standard Register Company | The Standard Register Company | 1085765 | $7,386.33 | 12/30/2014 | 88960 | 11/13/2014 | $197.00 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89274 | 11/25/2014 | $126.10 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89275 | 11/25/2014 | $126.57 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89278 | 11/25/2014 | $743.51 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89305 | 11/25/2014 | $120.41 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89330 | 11/26/2014 | $1,158.50 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89334 | 11/26/2014 | $456.08 |
| The Standard Register Company | The Standard Register Company | 1089602 | $19,380.91 | 1/6/2015 | 88706 | 11/4/2014 | $283.50 |
| The Standard Register Company | The Standard Register Company | 1086717 | $8,847.80 | 12/30/2014 | 89113 | 11/19/2014 | $273.68 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90990 | 1/30/2015 | $166.00 |
| The Standard Register Company | The Standard Register Company | 1099139 | $2,762.83 | 3/3/2015 | 90897 | 1/28/2015 | $1,561.25 |
| The Standard Register Company | The Standard Register Company | 1099139 | $2,762.83 | 3/3/2015 | 90898 | 1/28/2015 | $371.93 |
| The Standard Register Company | The Standard Register Company | 1099139 | $2,762.83 | 3/3/2015 | 90903 | 1/28/2015 | $280.00 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90927 | 1/29/2015 | $5,437.50 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90933 | 1/29/2015 | $2,368.16 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90937 | 1/29/2015 | $229.94 |
| The Standard Register Company | The Standard Register Company | 1097289 | $3,219.30 | 2/24/2015 | DJK324525 | 2/17/2015 | $2,343.71 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90973 | 1/30/2015 | $371.93 |
| The Standard Register Company | The Standard Register Company | 1097586 | $13,403.38 | 3/3/2015 | 91372 | 2/13/2015 | $12,870.00 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90996 | 1/30/2015 | $5,114.74 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 91008 | 1/30/2015 | $120.97 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 91009 | 1/30/2015 | $2,003.00 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 91010 | 1/30/2015 | $910.48 |
| The Standard Register Company | The Standard Register Company | 22701 | $5,969.53 | 1/27/2015 | 89400/589810 | 12/4/2014 | $746.90 |
| The Standard Register Company | The Standard Register Company | 22701 | $5,969.53 | 1/27/2015 | 89460/589685 | 12/4/2014 | $251.50 |
| The Standard Register Company | The Standard Register Company | 1099294 | $15,815.59 | 3/6/2015 | 90958 | 1/29/2015 | $257.95 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90714 | 1/23/2015 | $279.94 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91102 | 2/4/2015 | $188.37 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 90653 | 1/21/2015 | $169.36 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 90667 | 1/21/2015 | $869.58 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 90674 | 1/21/2015 | $239.12 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 91473 | 2/18/2015 | $905.66 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 91507 | 2/19/2015 | $8,502.50 |
| The Standard Register Company | The Standard Register Company | 1099139 | $2,762.83 | 3/3/2015 | 90838 | 1/28/2015 | $751.56 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90704 | 1/22/2015 | $425.45 |
| The Standard Register Company | The Standard Register Company | 1097586 | $13,403.38 | 3/3/2015 | 91596 | 2/24/2015 | $1,529.96 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90720 | 1/23/2015 | $636.34 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90723 | 1/23/2015 | $246.47 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90724 | 1/23/2015 | $281.84 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 91556 | 2/20/2015 | $452.18 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | DJK325388 | 2/20/2015 | $621.60 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | DJK325450 | 2/20/2015 | $279.94 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 012230 112014UED | 11/20/2014 | $98.54 |
| The Standard Register Company | The Standard Register Company | 1097486 | $4,846.33 | 3/3/2015 | 90684 | 1/22/2015 | $1,971.50 |
| The Standard Register Company | The Standard Register Company | ACH:13045 | $307.88 | 12/29/2014 | 88882/588977 | 11/13/2014 | $313.69 |
| The Standard Register Company | The Standard Register Company | 22701 | $5,969.53 | 1/27/2015 | 89750/589916 | 12/15/2014 | $725.91 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90505/591090 | 1/16/2015 | $1,165.81 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90514/590597 | 1/16/2015 | $229.70 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90751/591019 | 1/27/2015 | $714.53 |
| The Standard Register Company | The Standard Register Company | ACH:12797 | $1,141.43 | 12/15/2014 | 88721/588686 | 11/6/2014 | $1,164.23 |
| The Standard Register Company | The Standard Register Company | ACH:12872 | $5,536.55 | 12/17/2014 | 88751/588620-001 | 11/7/2014 | $5,227.90 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90365/590023 | 1/12/2015 | $1,306.97 |
| The Standard Register Company | The Standard Register Company | ACH:12997 | $3,264.58 | 12/23/2014 | 88839/588910 | 11/10/2014 | $3,331.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90329/1921078 | 1/9/2015 | $992.44 |
| The Standard Register Company | The Standard Register Company | ACH:13060 | $548.85 | 12/29/2014 | 87842 | 10/8/2014 | $548.85 |
| The Standard Register Company | The Standard Register Company | ACH:13142 | $1,942.72 | 12/30/2014 | 89042/589042 | 11/18/2014 | $800.84 |
| The Standard Register Company | The Standard Register Company | ACH:13142 | $1,942.72 | 12/30/2014 | 89065/588878 | 11/18/2014 | $1,178.03 |
| The Standard Register Company | The Standard Register Company | ACH:13163 | $1,902.30 | 12/31/2014 | 89142/589129 | 11/20/2014 | $1,941.12 |
| The Standard Register Company | The Standard Register Company | ACH:13400 | $1,645.07 | 1/14/2015 | 89211/589253 | 12/1/2014 | $526.16 |
| The Standard Register Company | The Standard Register Company | ACH:13400 | $1,645.07 | 1/14/2015 | 89229/589336 | 12/1/2014 | $408.71 |
| The Standard Register Company | The Standard Register Company | ACH:13400 | $1,645.07 | 1/14/2015 | 89265/589381 | 12/1/2014 | $537.54 |
| The Standard Register Company | The Standard Register Company | ACH:12872 | $5,536.55 | 12/17/2014 | 88799/588866 | 11/7/2014 | $419.39 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 89942/589904 | 12/18/2014 | $830.61 |
| The Standard Register Company | The Standard Register Company | 1097289 | $3,219.30 | 2/24/2015 | 91436 | 2/15/2015 | $635.56 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 013142 123014UED | 12/30/2014 | $36.15 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 013400 011415UED | 1/14/2015 | $31.73 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 3813 UED | 5/9/2014 | $189.37 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 3823 UED | 5/23/2014 | $3.85 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 3824 UED | 5/22/2014 | $28.45 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90407/590721 | 1/14/2015 | $1,265.64 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 89545/589798 | 12/8/2014 | $209.17 |
| The Standard Register Company | The Standard Register Company | 22701 | $5,969.53 | 1/27/2015 | 89785/589874 | 12/15/2014 | $4,365.90 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90027/590190 | 12/22/2014 | $200.10 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90037/590401 | 12/22/2014 | $1,513.24 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90081/590455 | 12/29/2014 | $182.00 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90089/590152 | 12/29/2014 | $312.89 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90200/590289 | 1/8/2015 | $511.61 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90244/590356 | 1/8/2015 | $855.23 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 90324/590623 | 1/9/2015 | $254.69 |
| The Standard Register Company | The Standard Register Company | 23003 | $556.77 | 2/11/2015 | 588258/88069UED | 10/17/2014 | $4.64 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | 91195 | 2/9/2015 | $733.11 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90348 | 1/9/2015 | $875.46 |
| The Standard Register Company | The Standard Register Company | 1096299 | $1,506.09 | 2/13/2015 | 91107 | 2/4/2015 | $425.44 |
| The Standard Register Company | The Standard Register Company | 1096299 | $1,506.09 | 2/13/2015 | 91156 | 2/5/2015 | $242.76 |
| The Standard Register Company | The Standard Register Company | 1096299 | $1,506.09 | 2/13/2015 | 91157 | 2/5/2015 | $320.02 |
| The Standard Register Company | The Standard Register Company | 1096299 | $1,506.09 | 2/13/2015 | 91203 | 2/9/2015 | $279.94 |
| The Standard Register Company | The Standard Register Company | 1096299 | $1,506.09 | 2/13/2015 | DK323456 | 2/3/2015 | $323.61 |
| The Standard Register Company | The Standard Register Company | 1097347 | $12,159.08 | 3/3/2015 | 90640 | 1/21/2015 | $2,368.54 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | 91177 | 2/6/2015 | $393.13 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90328 | 1/8/2015 | $196.54 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | 91200 | 2/9/2015 | $283.00 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | 91221 | 2/9/2015 | $1,471.96 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | DJK323984 | 2/9/2015 | $1,115.20 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | DJK324340 | 2/6/2015 | $1,002.30 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | 90398 | 1/12/2015 | $706.35 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | 90400 | 1/12/2015 | $196.21 |
| The Standard Register Company | The Standard Register Company | 1096639 | $4,872.52 | 2/13/2015 | 91175 | 2/6/2015 | $214.73 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | DJK324201 | 2/6/2015 | $106.12 |
| The Standard Register Company | The Standard Register Company | ACH:13400 | $1,645.07 | 1/14/2015 | 89356/589388 | 12/1/2014 | $204.39 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91105 | 2/4/2015 | $762.00 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91106 | 2/4/2015 | $273.68 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91109 | 2/5/2015 | $399.00 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91154 | 2/5/2015 | $1,042.30 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91155 | 2/5/2015 | $966.00 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90335 | 1/9/2015 | $593.82 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | DJK324140 | 2/4/2015 | $449.50 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90331 | 1/9/2015 | $131.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90300 | 1/8/2015 | $818.50 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90302 | 1/8/2015 | $1,036.60 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90305 | 1/8/2015 | $245.56 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90310 | 1/8/2015 | $427.82 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90326 | 1/8/2015 | $594.70 |
| The Standard Register Company | The Standard Register Company | 1096289 | $4,922.42 | 2/13/2015 | 90327 | 1/8/2015 | $355.11 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | 91256 | 2/10/2015 | $165.04 |
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91158 | 2/6/2015 | $7,126.82 |
| The Standard Register Company | The Standard Register Company | 1097022 | $5,570.68 | 2/24/2015 | 90544 | 1/16/2015 | $5,480.00 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | 91023 | 1/30/2015 | $993.00 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91312 | 2/12/2015 | $629.62 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91325 | 2/13/2015 | $199.61 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91331 | 2/13/2015 | $511.25 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91333 | 2/13/2015 | $173.19 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91337 | 2/13/2015 | $295.87 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91305 | 2/12/2015 | $349.90 |
| The Standard Register Company | The Standard Register Company | 1097022 | $5,570.68 | 2/24/2015 | 90501 | 1/15/2015 | $157.05 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91265 | 2/11/2015 | $224.76 |
| The Standard Register Company | The Standard Register Company | 1097117 | $2,575.45 | 2/24/2015 | 90561 | 1/19/2015 | $2,609.34 |
| The Standard Register Company | The Standard Register Company | 1097117 | $2,575.45 | 2/24/2015 | 90568 | 1/19/2015 | $151.84 |
| The Standard Register Company | The Standard Register Company | 1097218 | $3,334.15 | 2/24/2015 | 90614 | 1/20/2015 | $103.75 |
| The Standard Register Company | The Standard Register Company | 1097218 | $3,334.15 | 2/24/2015 | 90639 | 1/20/2015 | $507.28 |
| The Standard Register Company | The Standard Register Company | 1097218 | $3,334.15 | 2/24/2015 | DJK323931 | 2/16/2015 | $1,946.40 |
| The Standard Register Company | The Standard Register Company | 1097218 | $3,334.15 | 2/24/2015 | DJK324103 | 2/16/2015 | $1,019.00 |
| The Standard Register Company | The Standard Register Company | 1097289 | $3,219.30 | 2/24/2015 | 91435 | 2/17/2015 | $463.79 |
| The Standard Register Company | The Standard Register Company | 1097022 | $5,570.68 | 2/24/2015 | 90499 | 1/15/2015 | $350.20 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 90448 | 1/13/2015 | $662.49 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096252 | $16,216.36 | 2/12/2015 | 91103 | 2/4/2015 | $1,071.51 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | DJK323625 | 2/10/2015 | $5,729.55 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | DJK324833 | 2/10/2015 | $808.67 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 1094975UD | 12/16/2014 | $5.05 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 90420 | 1/13/2015 | $190.51 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 90429 | 1/13/2015 | $417.72 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 91311 | 2/12/2015 | $5,330.70 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 90442 | 1/13/2015 | $875.72 |
| The Standard Register Company | The Standard Register Company | 1096734 | $8,697.89 | 2/18/2015 | 91153 | 2/5/2015 | $702.00 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 91047 | 2/3/2015 | $307.74 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 91065 | 2/3/2015 | $161.00 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 91264 | 2/11/2015 | $2,916.81 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 91266 | 2/11/2015 | $354.04 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | DJK324312 | 2/12/2015 | $1,433.50 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 90467 | 1/14/2015 | $1,561.68 |
| The Standard Register Company | The Standard Register Company | 1096894 | $9,011.20 | 2/24/2015 | 90480 | 1/14/2015 | $386.43 |
| The Standard Register Company | The Standard Register Company | 1096792 | $7,262.38 | 2/18/2015 | 90430 | 1/13/2015 | $428.88 |

**Totals:** 49 transfer(s), $285,188.31