

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** KDM Signs, Inc. dba KDM P.O.P. Solutions Group  
**Bankruptcy Case:** SRC Liquidation Company  
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089341 | $3,136.24 | 1/5/2015 | 110221 | 11/5/2014 | $350.00 |
| The Standard Register Company | The Standard Register Company | 1084599 | $139.50 | 12/15/2014 | 101960 | 11/5/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 105984 | 10/22/2014 | $310.09 |
| The Standard Register Company | The Standard Register Company | 1092027 | $5,243.32 | 1/26/2015 | 120361 | 12/4/2014 | $558.25 |
| The Standard Register Company | The Standard Register Company | 1092027 | $5,243.32 | 1/26/2015 | 118261 | 12/4/2014 | $5,078.99 |
| The Standard Register Company | The Standard Register Company | 1090769 | $432.49 | 1/16/2015 | 49554 | 3/21/2014 | $465.04 |
| The Standard Register Company | The Standard Register Company | 1090435 | $2,368.56 | 1/12/2015 | 120277 | 11/30/2014 | $69.41 |
| The Standard Register Company | The Standard Register Company | 1090435 | $2,368.56 | 1/12/2015 | 115696 | 11/30/2014 | $2,463.75 |
| The Standard Register Company | The Standard Register Company | 1089834 | $3,749.19 | 1/8/2015 | 118217 | 11/26/2014 | $840.00 |
| The Standard Register Company | The Standard Register Company | 1089834 | $3,749.19 | 1/8/2015 | 117609 | 11/26/2014 | $2,655.02 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 109307 | 11/5/2014 | $541.48 |
| The Standard Register Company | The Standard Register Company | 1089341 | $3,136.24 | 1/5/2015 | 117426 | 11/24/2014 | $3,022.31 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 109349 | 11/6/2014 | $1,447.53 |
| The Standard Register Company | The Standard Register Company | 1088088 | $1,849.98 | 1/2/2015 | 115719 | 11/19/2014 | $1,981.86 |
| The Standard Register Company | The Standard Register Company | 1088087 | $2,338.52 | 1/2/2015 | 116066 | 11/18/2014 | $2,338.52 |
| The Standard Register Company | The Standard Register Company | 1087409 | $49,247.57 | 12/30/2014 | 115203 | 11/13/2014 | $6,210.00 |
| The Standard Register Company | The Standard Register Company | 1087409 | $49,247.57 | 12/30/2014 | 115128 | 11/13/2014 | $847.24 |
| The Standard Register Company | The Standard Register Company | 1087409 | $49,247.57 | 12/30/2014 | 109940 | 11/13/2014 | $45,886.81 |
| The Standard Register Company | The Standard Register Company | 1086393 | $8,033.48 | 12/29/2014 | 115645 | 11/11/2014 | $38.46 |
| The Standard Register Company | The Standard Register Company | 1086393 | $8,033.48 | 12/29/2014 | 113305 | 11/12/2014 | $424.38 |
| The Standard Register Company | The Standard Register Company | 1086393 | $8,033.48 | 12/29/2014 | 110107 | 11/12/2014 | $8,098.51 |
| The Standard Register Company | The Standard Register Company | 1085025 | $6,111.44 | 12/16/2014 | 108869 | 11/6/2014 | $6,476.28 |
| The Standard Register Company | The Standard Register Company | 1089834 | $3,749.19 | 1/8/2015 | 117398 | 11/26/2014 | $511.98 |

KDM Signs, Inc. dba KDM P.O.P. Solutions Group (SRCKDM002)  
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                  Exhibit A                                  P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094045 | $16,345.90 | 2/3/2015 | 122807 | 12/11/2014 | $9,319.93 |
| The Standard Register Company | The Standard Register Company | ACH:13646 | $679.96 | 1/29/2015 | 122124 | 12/9/2014 | $693.55 |
| The Standard Register Company | The Standard Register Company | ACH:13447 | $688.10 | 1/15/2015 | 118186 | 12/2/2014 | $699.30 |
| The Standard Register Company | The Standard Register Company | ACH:13406 | $679.26 | 1/14/2015 | 117614 | 12/1/2014 | $690.23 |
| The Standard Register Company | The Standard Register Company | ACH:12774 | $843.32 | 12/12/2014 | 109637 | 11/5/2014 | $860.12 |
| The Standard Register Company | The Standard Register Company | 1096123 | $1,148.55 | 2/11/2015 | 123071 | 12/15/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1096123 | $1,148.55 | 2/11/2015 | 1103161 | 11/12/2014 | $1,085.00 |
| The Standard Register Company | The Standard Register Company | 1095768 | $1,474.04 | 2/9/2015 | 113296 | 11/12/2014 | $629.84 |
| The Standard Register Company | The Standard Register Company | 1095768 | $1,474.04 | 2/9/2015 | 106122 | 11/12/2014 | $943.72 |
| The Standard Register Company | The Standard Register Company | 1094829 | $4,875.31 | 2/9/2015 | 122825 | 12/16/2014 | $1,054.62 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 109283 | 11/12/2014 | $699.53 |
| The Standard Register Company | The Standard Register Company | 1094481 | $218.47 | 2/9/2015 | 116557 | 11/20/2014 | $234.92 |
| The Standard Register Company | The Standard Register Company | ACH:13757 | $679.47 | 2/5/2015 | 123266 | 12/18/2014 | $693.06 |
| The Standard Register Company | The Standard Register Company | 1094045 | $16,345.90 | 2/3/2015 | 122192 | 12/11/2014 | $1,746.14 |
| The Standard Register Company | The Standard Register Company | 1094045 | $16,345.90 | 2/3/2015 | 120319 | 12/11/2014 | $6,407.53 |
| The Standard Register Company | The Standard Register Company | 1093608 | $840.59 | 2/3/2015 | 122161 | 12/10/2014 | $325.29 |
| The Standard Register Company | The Standard Register Company | 1093608 | $840.59 | 2/3/2015 | 1203633 | 12/10/2014 | $458.64 |
| The Standard Register Company | The Standard Register Company | 1093608 | $840.59 | 2/3/2015 | 1203632 | 12/10/2014 | $109.71 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 116590 | 11/14/2014 | $212.23 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 116021 | 11/18/2014 | $1,702.74 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 110316 | 11/12/2014 | $475.24 |
| The Standard Register Company | The Standard Register Company | 1093220 | $5,556.00 | 2/2/2015 | 109886 | 10/31/2014 | $509.52 |
| The Standard Register Company | The Standard Register Company | 1094829 | $4,875.31 | 2/9/2015 | 120179 | 12/16/2014 | $4,175.00 |

Totals:     23 transfer(s),     $116,679.26