

| | | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Kirkwood Printing Company, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 53953 | 10/31/2014 | $422.96 |
| The Standard Register Company | The Standard Register Company | 1087413 | $6,794.75 | 12/30/2014 | 54046 | 11/17/2014 | $784.15 |
| The Standard Register Company | The Standard Register Company | 1089835 | $3,677.31 | 1/9/2015 | 54062 | 11/26/2014 | $1,304.00 |
| The Standard Register Company | The Standard Register Company | 1089343 | $26,925.39 | 1/6/2015 | 54759 | 11/24/2014 | $27,510.34 |
| The Standard Register Company | The Standard Register Company | 1089343 | $26,925.39 | 1/6/2015 | 54754 | 11/24/2014 | $830.00 |
| The Standard Register Company | The Standard Register Company | 1089343 | $26,925.39 | 1/6/2015 | 53637 | 11/25/2014 | $564.30 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54710 | 11/22/2014 | $11,202.00 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54459 | 11/21/2014 | $108.12 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54458 | 11/21/2014 | $141.28 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54346 | 11/21/2014 | $1,720.38 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54342 | 11/21/2014 | $1,597.55 |
| The Standard Register Company | The Standard Register Company | 1089835 | $3,677.31 | 1/9/2015 | 54075 | 11/26/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54166 | 11/21/2014 | $98.71 |
| The Standard Register Company | The Standard Register Company | 1089835 | $3,677.31 | 1/9/2015 | 54079 | 11/26/2014 | $1,040.00 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 53869 | 10/31/2014 | $415.28 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 53662 | 10/20/2014 | $524.76 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 53415 | 10/17/2014 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 53383 | 10/22/2014 | $719.71 |
| The Standard Register Company | The Standard Register Company | 1088089 | $7,325.22 | 1/6/2015 | 54058 | 11/18/2014 | $2,551.95 |
| The Standard Register Company | The Standard Register Company | 1088089 | $7,325.22 | 1/6/2015 | 54014 | 11/18/2014 | $1,057.00 |
| The Standard Register Company | The Standard Register Company | 1088089 | $7,325.22 | 1/6/2015 | 53867 | 11/18/2014 | $3,213.00 |
| The Standard Register Company | The Standard Register Company | 1088089 | $7,325.22 | 1/6/2015 | 52854 | 11/18/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1088089 | $7,325.22 | 1/6/2015 | 52850 | 11/18/2014 | $698.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54233 | 11/28/2014 | $8,130.00 |
| The Standard Register Company | The Standard Register Company | 1088716 | $16,330.91 | 1/8/2015 | 54167 | 11/21/2014 | $91.80 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54141 | 11/28/2014 | $575.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 52265 | 10/31/2014 | $3,321.98 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54190 | 11/28/2014 | $1,364.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54182 | 11/28/2014 | $2,265.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54178 | 11/28/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54169 | 11/28/2014 | $730.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54168 | 11/28/2014 | $443.83 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54165 | 11/28/2014 | $502.60 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54154 | 11/28/2014 | $5,419.38 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54150 | 11/28/2014 | $352.30 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54144 | 11/28/2014 | $640.00 |
| The Standard Register Company | The Standard Register Company | 1089835 | $3,677.31 | 1/9/2015 | 54074 | 11/26/2014 | $420.10 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54142 | 11/28/2014 | $585.00 |
| The Standard Register Company | The Standard Register Company | 1087413 | $6,794.75 | 12/30/2014 | 53942 | 11/17/2014 | $2,432.47 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54140 | 11/28/2014 | $395.03 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54138 | 11/28/2014 | $1,087.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54137 | 11/28/2014 | $545.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54136 | 11/28/2014 | $505.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54124 | 11/28/2014 | $823.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54123 | 11/28/2014 | $1,792.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54104 | 11/28/2014 | $879.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54099 | 11/28/2014 | $524.70 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 53658 | 11/28/2014 | $4,099.95 |
| The Standard Register Company | The Standard Register Company | 1089835 | $3,677.31 | 1/9/2015 | 54813 | 11/26/2014 | $850.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54143 | 11/28/2014 | $1,912.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53696 | 10/31/2014 | $2,642.96 |
| The Standard Register Company | The Standard Register Company | 1087413 | $6,794.75 | 12/30/2014 | 54441 | 11/14/2014 | $4,071.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53722 | 10/31/2014 | $301.15 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53721 | 10/31/2014 | $342.33 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53720 | 10/31/2014 | $298.91 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53719 | 10/31/2014 | $1,093.44 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53713 | 10/31/2014 | $391.30 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53712 | 10/31/2014 | $278.64 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53711 | 10/31/2014 | $272.94 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53710 | 10/31/2014 | $420.10 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53709 | 10/31/2014 | $326.20 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53724 | 10/31/2014 | $272.94 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53699 | 10/31/2014 | $299.40 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53726 | 10/31/2014 | $587.30 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53672 | 10/31/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53670 | 10/31/2014 | $24,144.70 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53666 | 10/31/2014 | $320.88 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53663 | 10/31/2014 | $273.92 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53647 | 10/31/2014 | $679.90 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53635 | 10/31/2014 | $550.32 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53627 | 10/31/2014 | $2,097.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53541 | 10/31/2014 | $511.88 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53528R | 10/31/2014 | $673.35 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53402 | 10/31/2014 | $3,209.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53707 | 10/31/2014 | $695.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53832 | 10/31/2014 | $312.14 |
| The Standard Register Company | The Standard Register Company | 1086395 | $259.74 | 12/30/2014 | 53667 | 11/11/2014 | $278.64 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085026 | $16,558.81 | 12/16/2014 | 53788 | 10/29/2014 | $17,792.00 |
| The Standard Register Company | The Standard Register Company | 1084136 | $11,161.93 | 12/16/2014 | 53725 | 11/3/2014 | $278.33 |
| The Standard Register Company | The Standard Register Company | 1084136 | $11,161.93 | 12/16/2014 | 52907 | 9/30/2014 | $9,629.00 |
| The Standard Register Company | The Standard Register Company | 1084136 | $11,161.93 | 12/16/2014 | 52785 | 9/30/2014 | $2,094.12 |
| The Standard Register Company | The Standard Register Company | 1083902 | $31,869.38 | 12/15/2014 | 5457954826 | 11/1/2014 | $34,058.49 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 54160 | 10/31/2014 | $8,202.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 54089 | 10/31/2014 | $25,220.12 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53940 | 10/31/2014 | $484.48 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53885 | 10/31/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53723 | 10/31/2014 | $298.91 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53860 | 10/31/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54241 | 11/28/2014 | $351.15 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53831 | 10/31/2014 | $348.74 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53830 | 10/31/2014 | $343.24 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53829 | 10/31/2014 | $329.80 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53828 | 10/31/2014 | $335.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53827 | 10/31/2014 | $355.24 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53810 | 10/31/2014 | $347.42 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53754 | 10/31/2014 | $1,804.75 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53748 | 10/31/2014 | $1,743.00 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53741 | 10/31/2014 | $422.47 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53732 | 10/31/2014 | $3,111.79 |
| The Standard Register Company | The Standard Register Company | 1083616 | $86,298.38 | 12/15/2014 | 53868 | 10/31/2014 | $2,527.45 |
| The Standard Register Company | The Standard Register Company | 1094046 | $2,397.96 | 2/4/2015 | 54981 | 12/11/2014 | $756.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54816 | 11/28/2014 | $595.49 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 54842 | 12/17/2014 | $3,567.41 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 54824 | 12/17/2014 | $209.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 54573 | 12/17/2014 | $768.65 |
| The Standard Register Company | The Standard Register Company | 1094831 | $26,760.63 | 2/11/2015 | 55524 | 12/16/2014 | $17,446.08 |
| The Standard Register Company | The Standard Register Company | 1094831 | $26,760.63 | 2/11/2015 | 55062 | 12/16/2014 | $11,275.04 |
| The Standard Register Company | The Standard Register Company | 1094482 | $11,099.26 | 2/6/2015 | 54823 | 12/15/2014 | $3,409.00 |
| The Standard Register Company | The Standard Register Company | 1094482 | $11,099.26 | 2/6/2015 | 54822 | 12/15/2014 | $2,995.00 |
| The Standard Register Company | The Standard Register Company | 1094482 | $11,099.26 | 2/6/2015 | 54821 | 12/15/2014 | $3,402.50 |
| The Standard Register Company | The Standard Register Company | 1094482 | $11,099.26 | 2/6/2015 | 54819 | 12/15/2014 | $2,128.00 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55017 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1094046 | $2,397.96 | 2/4/2015 | 54982 | 12/11/2014 | $628.70 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55018 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1094046 | $2,397.96 | 2/4/2015 | 54820 | 12/11/2014 | $832.00 |
| The Standard Register Company | The Standard Register Company | 1092796 | $12,722.74 | 2/3/2015 | 55362 | 12/8/2014 | $41.55 |
| The Standard Register Company | The Standard Register Company | 1092796 | $12,722.74 | 2/3/2015 | 54809 | 12/8/2014 | $10,116.64 |
| The Standard Register Company | The Standard Register Company | 1092796 | $12,722.74 | 2/3/2015 | 54802 | 12/8/2014 | $3,512.28 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 55346 | 11/28/2014 | $2,485.62 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 55132 | 11/28/2014 | $21,304.18 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54877 | 11/28/2014 | $248.66 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54876 | 11/28/2014 | $623.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54875 | 11/28/2014 | $766.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54192 | 11/28/2014 | $892.00 |
| The Standard Register Company | The Standard Register Company | 1094046 | $2,397.96 | 2/4/2015 | 55471 | 12/12/2014 | $355.00 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55139 | 12/18/2014 | $4,274.04 |
| The Standard Register Company | The Standard Register Company | 1096504 | $24,456.49 | 2/18/2015 | 55503 | 12/23/2014 | $2,941.00 |
| The Standard Register Company | The Standard Register Company | 1096504 | $24,456.49 | 2/18/2015 | 55093 | 12/23/2014 | $1,130.00 |
| The Standard Register Company | The Standard Register Company | 1096125 | $11,255.08 | 2/19/2015 | 55069 | 12/22/2014 | $2,067.80 |
| The Standard Register Company | The Standard Register Company | 1096125 | $11,255.08 | 2/19/2015 | 54905 | 12/22/2014 | $10,034.00 |
| The Standard Register Company | The Standard Register Company | 1095770 | $14,508.12 | 2/11/2015 | 55412 | 12/19/2014 | $444.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095770 | $14,508.12 | 2/11/2015 | 55074 | 12/19/2014 | $230.08 |
| The Standard Register Company | The Standard Register Company | 1095770 | $14,508.12 | 2/11/2015 | 55061 | 12/19/2014 | $10,764.50 |
| The Standard Register Company | The Standard Register Company | 1095770 | $14,508.12 | 2/11/2015 | 54906 | 12/19/2014 | $4,148.00 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55546 | 12/17/2014 | $50,987.40 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55459 | 12/17/2014 | $3,446.18 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 54933 | 12/17/2014 | $2,812.45 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55140 | 12/18/2014 | $1,188.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54815 | 11/28/2014 | $1,442.00 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55077 | 12/18/2014 | $6,809.00 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55075 | 12/17/2014 | $2,051.81 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55056 | 12/18/2014 | $2,355.88 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55053 | 12/18/2014 | $3,663.30 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55024 | 12/17/2014 | $2,899.16 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55023 | 12/17/2014 | $182.44 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55022 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55021 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55020 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55019 | 12/17/2014 | $209.44 |
| The Standard Register Company | The Standard Register Company | 1095303 | $80,830.89 | 2/11/2015 | 55349 | 12/17/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54482 | 11/28/2014 | $4,881.86 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54817 | 11/28/2014 | $759.15 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54632 | 11/28/2014 | $1,143.05 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54629 | 11/28/2014 | $2,746.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54628 | 11/28/2014 | $2,880.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54627 | 11/28/2014 | $2,711.96 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54575 | 11/28/2014 | $6,453.60 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54574 | 11/28/2014 | $13,990.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54571 | 11/28/2014 | $5,005.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54559 | 11/28/2014 | $14,907.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54498 | 11/28/2014 | $6,210.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54635 | 11/28/2014 | $1,263.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54489 | 11/28/2014 | $795.70 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54678 | 11/28/2014 | $4,807.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54444 | 11/28/2014 | $2,237.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54443 | 11/28/2014 | $2,672.30 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54432 | 11/28/2014 | $15,601.06 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54401 | 11/28/2014 | $1,064.75 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54400 | 11/28/2014 | $338.40 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54399 | 11/28/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54397 | 11/28/2014 | $413.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54395 | 11/28/2014 | $1,273.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54289 | 11/28/2014 | $3,947.70 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54288 | 11/28/2014 | $280.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54492 | 11/28/2014 | $7,248.40 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54749 | 11/28/2014 | $6,256.04 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54814 | 11/28/2014 | $1,542.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54812 | 11/28/2014 | $655.10 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54811 | 11/28/2014 | $664.90 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54810 | 11/28/2014 | $1,343.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54803 | 11/28/2014 | $2,059.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54757 | 11/28/2014 | $1,011.44 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54756 | 11/28/2014 | $4,442.52 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54755 | 11/28/2014 | $882.15 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54753 | 11/28/2014 | $830.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54752 | 11/28/2014 | $695.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54633 | 11/28/2014 | $3,714.25 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54750 | 11/28/2014 | $449.30 |
| The Standard Register Company | The Standard Register Company | 1096504 | $24,456.49 | 2/18/2015 | 55628 | 12/23/2014 | $21,262.86 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54744 | 11/28/2014 | $2,415.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54743 | 11/28/2014 | $290.39 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54724 | 11/28/2014 | $1,856.00 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54723 | 11/28/2014 | $1,362.34 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54722 | 11/28/2014 | $931.90 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54716 | 11/28/2014 | $9,149.15 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54714 | 11/28/2014 | $1,027.45 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54703 | 11/28/2014 | $3,137.95 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54702 | 11/28/2014 | $1,678.65 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54698 | 11/28/2014 | $424.84 |
| The Standard Register Company | The Standard Register Company | 1090090 | $201,252.14 | 1/14/2015 | 54751 | 11/28/2014 | $475.86 |

**Totals:** **19 transfer(s),** **$592,485.13**