

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Knepper Press Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410131 | 11/18/2014 | $14,955.00 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409705 | 10/31/2014 | $4,440.00 |
| The Standard Register Company | The Standard Register Company | 1089618 | $1,464.53 | 1/7/2015 | 412115 | 12/31/2014 | $1,464.53 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410389 | 11/24/2014 | $2,995.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410388 | 11/24/2014 | $720.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410387 | 11/24/2014 | $885.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410386 | 11/24/2014 | $1,355.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410385 | 11/24/2014 | $1,115.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410384 | 11/24/2014 | $1,435.00 |
| The Standard Register Company | The Standard Register Company | 1089346 | $9,169.10 | 1/6/2015 | 1410383 | 11/24/2014 | $1,320.00 |
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410134 | 11/18/2014 | $595.00 |
| The Standard Register Company | The Standard Register Company | 1090091 | $2,118.75 | 1/9/2015 | 1410601 | 11/28/2014 | $660.00 |
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410132 | 11/18/2014 | $1,975.00 |
| The Standard Register Company | The Standard Register Company | 1090091 | $2,118.75 | 1/9/2015 | 1410631 | 11/28/2014 | $1,115.00 |
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410090 | 11/18/2014 | $28,995.00 |
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410013 | 11/14/2014 | $700.00 |
| The Standard Register Company | The Standard Register Company | 1086604 | $3,022.40 | 12/26/2014 | 411594 | 12/11/2014 | $3,022.40 |
| The Standard Register Company | The Standard Register Company | 1085218 | $2,239.05 | 12/18/2014 | 410434A | 12/8/2014 | $2,239.05 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409770 | 10/31/2014 | $395.00 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409769 | 10/31/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409768 | 10/31/2014 | $12,450.00 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409709 | 10/31/2014 | $1,905.00 |
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409708A | 10/31/2014 | $955.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083618 | $21,533.95 | 12/12/2014 | 1409708 | 10/31/2014 | $2,800.00 |
| The Standard Register Company | The Standard Register Company | 1088092 | $42,893.70 | 1/2/2015 | 1410133 | 11/18/2014 | $895.00 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411362 | 12/18/2014 | $204.88 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1413684 | 3/4/2015 | $4,490.00 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1413679 | 3/4/2015 | $495.00 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1412050 | 1/13/2015 | $3,795.00 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1411639 | 12/31/2014 | $3,780.00 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1411349 | 12/18/2014 | $3,964.05 |
| The Standard Register Company | The Standard Register Company | 1100017 | $13,658.72 | 3/10/2015 | 1413683 | 3/4/2015 | $6,505.00 |
| The Standard Register Company | The Standard Register Company | 1100017 | $13,658.72 | 3/10/2015 | 1413681 | 3/4/2015 | $2,408.22 |
| The Standard Register Company | The Standard Register Company | 1100017 | $13,658.72 | 3/10/2015 | 1413678 | 3/4/2015 | $2,000.00 |
| The Standard Register Company | The Standard Register Company | 1100017 | $13,658.72 | 3/10/2015 | 1413677 | 3/4/2015 | $3,415.00 |
| The Standard Register Company | The Standard Register Company | 1099884 | $3,639.53 | 3/10/2015 | 1408802 | 10/10/2014 | $3,900.00 |
| The Standard Register Company | The Standard Register Company | 1090091 | $2,118.75 | 1/9/2015 | 1409709B | 11/28/2014 | $503.22 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411365 | 12/18/2014 | $366.28 |
| The Standard Register Company | The Standard Register Company | 1100098 | $27,902.80 | 3/10/2015 | 1413685 | 3/4/2015 | $12,270.00 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411361 | 12/18/2014 | $73.17 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411360 | 12/18/2014 | $87.80 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411359 | 12/18/2014 | $834.15 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411351 | 12/18/2014 | $2,165.00 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411350 | 12/18/2014 | $7,900.00 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 1411125 | 12/17/2014 | $4,149.00 |
| The Standard Register Company | The Standard Register Company | 1094047 | $2,859.75 | 2/3/2015 | 1410991 | 12/11/2014 | $3,075.00 |
| The Standard Register Company | The Standard Register Company | 1092797 | $4,748.50 | 1/30/2015 | 1410828 | 12/8/2014 | $1,875.00 |
| The Standard Register Company | The Standard Register Company | 1092797 | $4,748.50 | 1/30/2015 | 1410827 | 12/8/2014 | $3,185.00 |
| The Standard Register Company | The Standard Register Company | 1091804 | $252.78 | 1/27/2015 | 411681P | 1/20/2015 | $252.78 |
| The Standard Register Company | The Standard Register Company | 1095306 | $14,962.14 | 2/9/2015 | 411681 | 12/18/2014 | $275.00 |

**Totals:**     **14 transfer(s),**     **$150,465.70**