

**ask** LLP | **ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Lefavor Envelope Company** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010060 | $361.58 | 1/29/2015 | 148225 | 12/10/2014 | $388.80 |
| The Standard Register Company | The Standard Register Company | 7009797 | $3,374.19 | 1/14/2015 | 148134 | 12/2/2014 | $2,440.00 |
| The Standard Register Company | The Standard Register Company | 7010216 | $9,135.67 | 2/4/2015 | 148318 | 12/18/2014 | $3,466.00 |
| The Standard Register Company | The Standard Register Company | 7010179 | $3,819.72 | 2/3/2015 | 148299 | 12/16/2014 | $575.49 |
| The Standard Register Company | The Standard Register Company | 7010179 | $3,819.72 | 2/3/2015 | 148297 | 12/16/2014 | $2,264.00 |
| The Standard Register Company | The Standard Register Company | 7010179 | $3,819.72 | 2/3/2015 | 148296 | 12/16/2014 | $1,176.06 |
| The Standard Register Company | The Standard Register Company | 7010146 | $4,515.15 | 2/2/2015 | 148266 | 12/15/2014 | $1,974.00 |
| The Standard Register Company | The Standard Register Company | 7010146 | $4,515.15 | 2/2/2015 | 148265 | 12/15/2014 | $785.40 |
| The Standard Register Company | The Standard Register Company | 7010146 | $4,515.15 | 2/2/2015 | 148264 | 12/15/2014 | $2,095.60 |
| The Standard Register Company | The Standard Register Company | 7010216 | $9,135.67 | 2/4/2015 | 148320 | 12/18/2014 | $1,660.62 |
| The Standard Register Company | The Standard Register Company | 7010099 | $278.91 | 1/30/2015 | 148248 | 12/12/2014 | $239.20 |
| The Standard Register Company | The Standard Register Company | 7010216 | $9,135.67 | 2/4/2015 | 148323 | 12/18/2014 | $1,770.10 |
| The Standard Register Company | The Standard Register Company | 7010019 | $1,729.00 | 1/28/2015 | 148206 | 12/9/2014 | $1,820.00 |
| The Standard Register Company | The Standard Register Company | 7009976 | $7,153.30 | 1/27/2015 | 148189 | 12/8/2014 | $3,595.00 |
| The Standard Register Company | The Standard Register Company | 7009976 | $7,153.30 | 1/27/2015 | 148188 | 12/8/2014 | $2,931.05 |
| The Standard Register Company | The Standard Register Company | 7009976 | $7,153.30 | 1/27/2015 | 148121 | 11/26/2014 | $1,153.48 |
| The Standard Register Company | The Standard Register Company | 7009922 | $651.93 | 1/23/2015 | 148184 | 12/5/2014 | $137.00 |
| The Standard Register Company | The Standard Register Company | 7009922 | $651.93 | 1/23/2015 | 148183 | 12/5/2014 | $564.00 |
| The Standard Register Company | The Standard Register Company | 7009890 | $2,382.89 | 1/22/2015 | 148155 | 12/4/2014 | $1,534.25 |
| The Standard Register Company | The Standard Register Company | 7009890 | $2,382.89 | 1/22/2015 | 148154 | 12/4/2014 | $1,028.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148392 | 12/24/2014 | $6,180.30 |
| The Standard Register Company | The Standard Register Company | 7010099 | $278.91 | 1/30/2015 | 148249 | 12/12/2014 | $60.70 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148352 | 12/22/2014 | $2,143.49 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009147 | $2,594.60 | 12/12/2014 | 147895 | 11/6/2014 | $1,924.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148388 | 12/24/2014 | $2,985.00 |
| The Standard Register Company | The Standard Register Company | 7010344 | $1,083.57 | 2/10/2015 | 148373 | 12/23/2014 | $1,140.60 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148359 | 12/22/2014 | $913.30 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148358 | 12/22/2014 | $316.90 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148357 | 12/22/2014 | $1,722.40 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148356 | 12/22/2014 | $5,683.00 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148355 | 12/22/2014 | $1,654.10 |
| The Standard Register Company | The Standard Register Company | 7010216 | $9,135.67 | 2/4/2015 | 148319 | 12/18/2014 | $585.48 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148353 | 12/22/2014 | $329.12 |
| The Standard Register Company | The Standard Register Company | 7009797 | $3,374.19 | 1/14/2015 | 148133 | 12/2/2014 | $215.25 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148351 | 12/22/2014 | $215.25 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148350 | 12/22/2014 | $9,990.00 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148349 | 12/22/2014 | $1,911.00 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148348 | 12/22/2014 | $486.80 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148347 | 12/22/2014 | $1,217.00 |
| The Standard Register Company | The Standard Register Company | 7010252 | $1,006.14 | 2/5/2015 | 148341 | 12/19/2014 | $30.21 |
| The Standard Register Company | The Standard Register Company | 7010252 | $1,006.14 | 2/5/2015 | 148340 | 12/19/2014 | $385.13 |
| The Standard Register Company | The Standard Register Company | 7010252 | $1,006.14 | 2/5/2015 | 148336 | 12/19/2014 | $662.15 |
| The Standard Register Company | The Standard Register Company | 7010216 | $9,135.67 | 2/4/2015 | 148324 | 12/18/2014 | $2,341.10 |
| The Standard Register Company | The Standard Register Company | 7010289 | $26,916.56 | 2/6/2015 | 148354 | 12/22/2014 | $2,360.20 |
| The Standard Register Company | The Standard Register Company | 7009334 | $1,449.50 | 12/23/2014 | 147941 | 11/11/2014 | $495.17 |
| The Standard Register Company | The Standard Register Company | 7009797 | $3,374.19 | 1/14/2015 | 148135 | 12/2/2014 | $972.92 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147996 | 11/17/2014 | $641.85 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147985 | 11/14/2014 | $1,229.50 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147984 | 11/14/2014 | $3,240.00 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147983 | 11/14/2014 | $2,495.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147970 | 11/13/2014 | $360.05 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147969 | 11/13/2014 | $160.50 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147968 | 11/13/2014 | $4,293.00 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147998 | 11/17/2014 | $30.86 |
| The Standard Register Company | The Standard Register Company | 7009335 | $2,793.72 | 12/23/2014 | 147944 | 11/11/2014 | $762.00 |
| The Standard Register Company | The Standard Register Company | 7009478 | $930.73 | 12/29/2014 | 148039 | 11/19/2014 | $243.95 |
| The Standard Register Company | The Standard Register Company | 7009334 | $1,449.50 | 12/23/2014 | 147940 | 11/11/2014 | $1,058.75 |
| The Standard Register Company | The Standard Register Company | 7009289 | $3,718.33 | 12/22/2014 | 147934 | 11/10/2014 | $1,136.20 |
| The Standard Register Company | The Standard Register Company | 7009289 | $3,718.33 | 12/22/2014 | 147933 | 11/10/2014 | $2,862.00 |
| The Standard Register Company | The Standard Register Company | 7009202 | $6,795.54 | 12/16/2014 | 147906 | 11/7/2014 | $514.80 |
| The Standard Register Company | The Standard Register Company | 7009202 | $6,795.54 | 12/16/2014 | 147905 | 11/7/2014 | $899.91 |
| The Standard Register Company | The Standard Register Company | 7009202 | $6,795.54 | 12/16/2014 | 147904 | 11/7/2014 | $2,974.50 |
| The Standard Register Company | The Standard Register Company | 7009202 | $6,795.54 | 12/16/2014 | 147903 | 11/7/2014 | $1,983.00 |
| The Standard Register Company | The Standard Register Company | 7009202 | $6,795.54 | 12/16/2014 | 147898 | 11/7/2014 | $928.90 |
| The Standard Register Company | The Standard Register Company | 7009147 | $2,594.60 | 12/12/2014 | 147896 | 11/6/2014 | $865.90 |
| The Standard Register Company | The Standard Register Company | 7009335 | $2,793.72 | 12/23/2014 | 174945 | 11/11/2014 | $2,242.00 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148089 | 11/24/2014 | $731.00 |
| The Standard Register Company | The Standard Register Company | 7009631 | $10,836.79 | 1/5/2015 | 148124 | 11/26/2014 | $5,796.00 |
| The Standard Register Company | The Standard Register Company | 7009631 | $10,836.79 | 1/5/2015 | 148123 | 11/26/2014 | $60.51 |
| The Standard Register Company | The Standard Register Company | 7009631 | $10,836.79 | 1/5/2015 | 148122 | 11/26/2014 | $327.25 |
| The Standard Register Company | The Standard Register Company | 7009631 | $10,836.79 | 1/5/2015 | 148120 | 11/26/2014 | $2,051.22 |
| The Standard Register Company | The Standard Register Company | 7009631 | $10,836.79 | 1/5/2015 | 148105 | 11/26/2014 | $3,417.48 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148103 | 11/25/2014 | $3,864.00 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148102 | 11/25/2014 | $3,177.00 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148101 | 11/25/2014 | $2,324.00 |
| The Standard Register Company | The Standard Register Company | 7009403 | $12,009.73 | 12/26/2014 | 147997 | 11/17/2014 | $462.90 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148090 | 11/24/2014 | $572.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148393 | 12/24/2014 | $179.35 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148088 | 11/24/2014 | $655.85 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148087 | 11/24/2014 | $5,736.25 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148086 | 11/24/2014 | $1,809.00 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148085 | 11/24/2014 | $481.95 |
| The Standard Register Company | The Standard Register Company | 7009523 | $13,428.73 | 12/30/2014 | 148066 | 11/21/2014 | $1,212.00 |
| The Standard Register Company | The Standard Register Company | 7009523 | $13,428.73 | 12/30/2014 | 148065 | 11/21/2014 | $1,880.00 |
| The Standard Register Company | The Standard Register Company | 7009523 | $13,428.73 | 12/30/2014 | 148064 | 11/21/2014 | $11,347.50 |
| The Standard Register Company | The Standard Register Company | 7009478 | $930.73 | 12/29/2014 | 148041 | 11/19/2014 | $487.90 |
| The Standard Register Company | The Standard Register Company | 7009478 | $930.73 | 12/29/2014 | 148040 | 11/19/2014 | $268.95 |
| The Standard Register Company | The Standard Register Company | 7009578 | $20,835.29 | 1/2/2015 | 148100 | 11/25/2014 | $3,052.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148564 | 1/13/2015 | $935.30 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148533 | 1/9/2015 | $301.03 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148617 | 1/19/2015 | $157.40 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148616 | 1/19/2015 | $215.25 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148606 | 1/16/2015 | $326.30 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148605 | 1/16/2015 | $1,887.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148593 | 1/15/2015 | $1,956.32 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148592 | 1/15/2015 | $776.40 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148580 | 1/14/2015 | $3,416.41 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148723 | 1/26/2015 | $359.29 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 14857 | 1/13/2015 | $521.40 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148742 | 1/27/2015 | $663.10 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148563 | 1/13/2015 | $471.58 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148562 | 1/13/2015 | $102.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148556 | 1/12/2015 | $4,007.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148555 | 1/12/2015 | $707.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148554 | 1/12/2015 | $1,379.18 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148553 | 1/12/2015 | $4,680.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148544 | 1/12/2015 | $723.89 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148535 | 1/9/2015 | $227.13 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148389 | 12/24/2014 | $2,609.28 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148577 | 1/14/2015 | $10,692.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148774 | 1/28/2015 | $4,357.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148822 | 1/30/2015 | $2,906.86 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148806 | 1/30/2015 | $1,110.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148805 | 1/30/2015 | $77.85 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148804 | 1/30/2015 | $314.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148803 | 1/30/2015 | $2,686.90 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148784 | 1/29/2015 | $2,862.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148778 | 1/28/2015 | $577.75 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148777 | 1/28/2015 | $1,275.71 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148722 | 1/26/2015 | $2,550.40 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148775 | 1/28/2015 | $1,969.92 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148532 | 1/9/2015 | $1,040.08 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148766 | 1/27/2015 | $190.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148765 | 1/27/2015 | $1,139.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148764 | 1/27/2015 | $1,010.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148763 | 1/27/2015 | $1,053.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148762 | 1/27/2015 | $982.07 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148761 | 1/27/2015 | $1,927.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148760 | 1/27/2015 | $3,419.35 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148759 | 1/27/2015 | $207.60 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148758 | 1/27/2015 | $94.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148776 | 1/28/2015 | $8,869.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148429 | 12/30/2014 | $248.95 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148534 | 1/9/2015 | $252.14 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148464 | 12/31/2014 | $9,527.51 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148463 | 12/31/2014 | $2,215.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148462 | 12/31/2014 | $2,279.20 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148442 | 12/30/2014 | $1,771.88 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148439 | 12/30/2014 | $1,567.65 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148434 | 12/30/2014 | $2,136.42 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148433 | 12/30/2014 | $2,656.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148466 | 12/31/2014 | $467.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148431 | 12/30/2014 | $3,985.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148467 | 12/31/2014 | $77.85 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148428 | 12/30/2014 | $1,194.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148421 | 12/30/2014 | $5,002.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148420 | 12/30/2014 | $14,220.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148419 | 12/30/2014 | $5,312.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148418 | 12/30/2014 | $2,011.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148415 | 12/29/2014 | $2,384.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148414 | 12/29/2014 | $3,784.88 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148413 | 12/29/2014 | $706.32 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148394 | 12/24/2014 | $756.15 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148432 | 12/30/2014 | $703.85 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148503 | 1/6/2015 | $5,228.30 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148531 | 1/9/2015 | $252.40 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148526 | 1/9/2015 | $1,101.43 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148524 | 1/8/2015 | $2,052.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148523 | 1/8/2015 | $951.80 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148522 | 1/8/2015 | $353.20 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148513 | 1/8/2015 | $653.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148512 | 1/8/2015 | $339.83 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148508 | 1/7/2015 | $1,283.18 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148465 | 12/31/2014 | $1,790.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148505 | 1/7/2015 | $773.48 |
| The Standard Register Company | The Standard Register Company | 7010726 | $4,564.75 | 3/5/2015 | 148743 | 1/27/2015 | $4,805.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148491 | 1/6/2015 | $697.73 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148490 | 1/6/2015 | $1,938.28 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148489 | 1/6/2015 | $2,342.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148488 | 1/6/2015 | $2,937.50 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148479 | 1/5/2015 | $1,538.19 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148478 | 1/5/2015 | $2,838.68 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148477 | 1/5/2015 | $325.38 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148476 | 1/5/2015 | $4,536.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148468 | 12/31/2014 | $1,985.00 |
| The Standard Register Company | The Standard Register Company | 7010725 | $176,118.13 | 3/5/2015 | 148507 | 1/7/2015 | $941.85 |

Totals:    25 transfer(s),    $318,484.45