

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Logomark, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009891 | $3,694.32 | 1/22/2015 | 185693 | 12/4/2014 | $2,522.23 |
| The Standard Register Company | The Standard Register Company | 7009148 | $160.31 | 12/12/2014 | 176969 | 11/6/2014 | $160.31 |
| The Standard Register Company | The Standard Register Company | 7009525 | $1,895.91 | 12/30/2014 | 181969 | 11/20/2014 | $133.32 |
| The Standard Register Company | The Standard Register Company | 7009525 | $1,895.91 | 12/30/2014 | 182233 | 11/21/2014 | $368.32 |
| The Standard Register Company | The Standard Register Company | 7009579 | $1,945.77 | 1/2/2015 | 182817 | 11/24/2014 | $154.67 |
| The Standard Register Company | The Standard Register Company | 7009579 | $1,945.77 | 1/2/2015 | 183219 | 11/25/2014 | $205.43 |
| The Standard Register Company | The Standard Register Company | 7009579 | $1,945.77 | 1/2/2015 | 183228 | 11/25/2014 | $1,585.67 |
| The Standard Register Company | The Standard Register Company | 7009632 | $995.98 | 1/5/2015 | 183494 | 11/26/2014 | $943.09 |
| The Standard Register Company | The Standard Register Company | 7009632 | $995.98 | 1/5/2015 | 183689 | 11/26/2014 | $52.89 |
| The Standard Register Company | The Standard Register Company | 7009766 | $861.44 | 1/13/2015 | 184204 | 12/1/2014 | $861.44 |
| The Standard Register Company | The Standard Register Company | 7009525 | $1,895.91 | 12/30/2014 | 181867 | 11/20/2014 | $1,250.75 |
| The Standard Register Company | The Standard Register Company | 7009891 | $3,694.32 | 1/22/2015 | 185440 | 12/4/2014 | $904.29 |
| The Standard Register Company | The Standard Register Company | 7009525 | $1,895.91 | 12/30/2014 | 181799 | 11/20/2014 | $52.35 |
| The Standard Register Company | The Standard Register Company | 7009891 | $3,694.32 | 1/22/2015 | 185699 | 12/4/2014 | $226.82 |
| The Standard Register Company | The Standard Register Company | 7009924 | $691.16 | 1/23/2015 | 186001 | 12/5/2014 | $301.65 |
| The Standard Register Company | The Standard Register Company | 7009924 | $691.16 | 1/23/2015 | 186027 | 12/5/2014 | $211.24 |
| The Standard Register Company | The Standard Register Company | 7009924 | $691.16 | 1/23/2015 | 186203 | 12/5/2014 | $178.27 |
| The Standard Register Company | The Standard Register Company | 7010020 | $129.26 | 1/28/2015 | 186775 | 12/9/2014 | $129.26 |
| The Standard Register Company | The Standard Register Company | 7010061 | $5,306.98 | 1/29/2015 | 187432 | 12/10/2014 | $109.12 |
| The Standard Register Company | The Standard Register Company | 7010061 | $5,306.98 | 1/29/2015 | 187478 | 12/10/2014 | $5,197.86 |
| The Standard Register Company | The Standard Register Company | 7010101 | $6,066.08 | 1/30/2015 | 187754 | 12/11/2014 | $4,710.25 |
| The Standard Register Company | The Standard Register Company | 7010101 | $6,066.08 | 1/30/2015 | 187789 | 12/11/2014 | $270.50 |
| The Standard Register Company | The Standard Register Company | 7010101 | $6,066.08 | 1/30/2015 | 187790 | 12/11/2014 | $250.33 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009891 | $3,694.32 | 1/22/2015 | 185278 | 12/4/2014 | $40.98 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 179401 | 11/13/2014 | $421.50 |
| The Standard Register Company | The Standard Register Company | 7009204 | $899.52 | 12/16/2014 | 177484 | 11/7/2014 | $259.01 |
| The Standard Register Company | The Standard Register Company | 7009204 | $899.52 | 12/16/2014 | 177485 | 11/7/2014 | $12.54 |
| The Standard Register Company | The Standard Register Company | 7009204 | $899.52 | 12/16/2014 | 177490 | 11/7/2014 | $480.53 |
| The Standard Register Company | The Standard Register Company | 7009204 | $899.52 | 12/16/2014 | 177664 | 11/7/2014 | $147.44 |
| The Standard Register Company | The Standard Register Company | 7009290 | $735.51 | 12/22/2014 | 169599 | 10/15/2014 | $165.60 |
| The Standard Register Company | The Standard Register Company | 7009290 | $735.51 | 12/22/2014 | 177745 | 11/10/2014 | $370.66 |
| The Standard Register Company | The Standard Register Company | 7009290 | $735.51 | 12/22/2014 | 177792 | 11/10/2014 | $137.98 |
| The Standard Register Company | The Standard Register Company | 7009290 | $735.51 | 12/22/2014 | 177876 | 11/10/2014 | $61.27 |
| The Standard Register Company | The Standard Register Company | 7009336 | $13,713.29 | 12/23/2014 | 178594 | 11/12/2014 | $13,244.12 |
| The Standard Register Company | The Standard Register Company | 7009525 | $1,895.91 | 12/30/2014 | 181901 | 11/20/2014 | $91.17 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 179161 | 11/13/2014 | $88.52 |
| The Standard Register Company | The Standard Register Company | 7010148 | $559.58 | 2/2/2015 | 188896 | 12/15/2014 | $383.50 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 179402 | 11/13/2014 | $405.50 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 180080 | 11/17/2014 | $137.00 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 180097 | 11/17/2014 | $1,394.80 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 180109 | 11/17/2014 | $145.78 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 180115 | 11/17/2014 | $399.65 |
| The Standard Register Company | The Standard Register Company | 7009405 | $3,163.43 | 12/26/2014 | 180319 | 11/17/2014 | $170.68 |
| The Standard Register Company | The Standard Register Company | 7009479 | $12,265.65 | 12/29/2014 | 180440 | 11/18/2014 | $1,854.96 |
| The Standard Register Company | The Standard Register Company | 7009479 | $12,265.65 | 12/29/2014 | 180634 | 11/18/2014 | $10,155.60 |
| The Standard Register Company | The Standard Register Company | 7009479 | $12,265.65 | 12/29/2014 | 180675 | 11/18/2014 | $135.89 |
| The Standard Register Company | The Standard Register Company | 7009479 | $12,265.65 | 12/29/2014 | 180725 | 11/18/2014 | $119.20 |
| The Standard Register Company | The Standard Register Company | 7009336 | $13,713.29 | 12/23/2014 | 178727 | 11/12/2014 | $469.17 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 198655 | 1/29/2015 | $438.96 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 196820 | 1/20/2015 | $363.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 196929 | 1/21/2015 | $426.27 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197090 | 1/21/2015 | $375.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197307 | 1/22/2015 | $55.73 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197387 | 1/23/2015 | $1,491.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197427 | 1/23/2015 | $217.20 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197748 | 1/26/2015 | $268.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197892 | 1/26/2015 | $468.33 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197904 | 1/26/2015 | $2,085.85 |
| The Standard Register Company | The Standard Register Company | 7010101 | $6,066.08 | 1/30/2015 | 188392 | 12/12/2014 | $835.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 198530 | 1/28/2015 | $337.33 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 196207 | 1/16/2015 | $1,215.79 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 198709 | 1/29/2015 | $154.99 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 198897 | 1/30/2015 | $171.89 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199031 | 1/30/2015 | $296.57 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199039 | 1/30/2015 | $152.14 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199626 | 2/3/2015 | $155.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199781 | 2/4/2015 | $120.37 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199854 | 2/4/2015 | $595.90 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 199915 | 2/4/2015 | $93.60 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 200079 | 2/4/2015 | $149.35 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 200101 | 2/4/2015 | $418.50 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 197920 | 1/26/2015 | $53.82 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 192091 | 12/24/2014 | $122.28 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 57213IN | 1/22/2015 | $849.94 |
| The Standard Register Company | The Standard Register Company | 7010180 | $891.08 | 2/3/2015 | 189232 | 12/16/2014 | $248.10 |
| The Standard Register Company | The Standard Register Company | 7010180 | $891.08 | 2/3/2015 | 189532 | 12/16/2014 | $260.38 |
| The Standard Register Company | The Standard Register Company | 7010180 | $891.08 | 2/3/2015 | 189556 | 12/16/2014 | $382.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010217 | $1,412.00 | 2/4/2015 | 189879 | 12/17/2014 | $135.64 |
| The Standard Register Company | The Standard Register Company | 7010217 | $1,412.00 | 2/4/2015 | 189962 | 12/17/2014 | $508.50 |
| The Standard Register Company | The Standard Register Company | 7010217 | $1,412.00 | 2/4/2015 | 190020 | 12/17/2014 | $458.16 |
| The Standard Register Company | The Standard Register Company | 7010217 | $1,412.00 | 2/4/2015 | 190588 | 12/18/2014 | $309.70 |
| The Standard Register Company | The Standard Register Company | 7010253 | $1,663.75 | 2/5/2015 | 191083 | 12/19/2014 | $1,454.75 |
| The Standard Register Company | The Standard Register Company | 7010253 | $1,663.75 | 2/5/2015 | 191159 | 12/19/2014 | $209.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 196688 | 1/20/2015 | $255.20 |
| The Standard Register Company | The Standard Register Company | 7010345 | $1,284.81 | 2/10/2015 | 191953 | 12/23/2014 | $1,284.81 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 196344 | 1/19/2015 | $491.24 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 192284 | 12/24/2014 | $778.05 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 192534 | 12/29/2014 | $626.00 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 193989 | 1/7/2015 | $418.50 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 194194 | 1/7/2015 | $408.57 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 194268 | 1/8/2015 | $530.90 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 194923 | 1/12/2015 | $158.36 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 195049 | 1/12/2015 | $1,196.26 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 195541 | 1/14/2015 | $3,903.39 |
| The Standard Register Company | The Standard Register Company | 7010763 | $20,235.98 | 3/9/2015 | 195581 | 1/14/2015 | $392.20 |
| The Standard Register Company | The Standard Register Company | 7010148 | $559.58 | 2/2/2015 | 188844 | 12/15/2014 | $176.08 |
| The Standard Register Company | The Standard Register Company | 7010290 | $388.04 | 2/6/2015 | 191648 | 12/22/2014 | $388.04 |

**Totals:** 22 transfer(s), $78,959.85