| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Platinum Equity, LLC dba MACtac**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14290979 | 12/3/2014 | $2,787.42 |
| The Standard Register Company | The Standard Register Company | ACH:12827 | $6,007.30 | 12/16/2014 | 14290759 | 12/3/2014 | $763.27 |
| The Standard Register Company | The Standard Register Company | ACH:12827 | $6,007.30 | 12/16/2014 | 14290758 | 12/3/2014 | $2,020.76 |
| The Standard Register Company | The Standard Register Company | ACH:12784 | $22,097.96 | 12/15/2014 | 14290124 | 12/2/2014 | $21,498.09 |
| The Standard Register Company | The Standard Register Company | ACH:12784 | $22,097.96 | 12/15/2014 | 14290123 | 12/2/2014 | $599.87 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14292552 | 12/8/2014 | $2,109.44 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14291947 | 12/5/2014 | $30,672.97 |
| The Standard Register Company | The Standard Register Company | ACH:13121 | $50,513.64 | 12/30/2014 | 14297329 | 12/19/2014 | $27,788.29 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14291945 | 12/5/2014 | $1,325.90 |
| The Standard Register Company | The Standard Register Company | ACH:12828 | $8,696.43 | 12/16/2014 | 14290841 | 12/3/2014 | $3,562.66 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14289625 | 12/1/2014 | $400.04 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14289604 | 12/1/2014 | $4,989.83 |
| The Standard Register Company | The Standard Register Company | 7010708 | $7,585.17 | 3/5/2015 | 15318113 | 2/18/2015 | $6,240.00 |
| The Standard Register Company | The Standard Register Company | 7010708 | $7,585.17 | 3/5/2015 | 15318014 | 2/18/2015 | $1,499.97 |
| The Standard Register Company | The Standard Register Company | 7010680 | $26,422.91 | 3/4/2015 | 15317738 | 2/17/2015 | $9,045.06 |
| The Standard Register Company | The Standard Register Company | 7010680 | $26,422.91 | 3/4/2015 | 15317737 | 2/17/2015 | $2,858.84 |
| The Standard Register Company | The Standard Register Company | ACH:12745 | $49,417.13 | 12/12/2014 | 14291946 | 12/5/2014 | $7,131.53 |
| The Standard Register Company | The Standard Register Company | ACH:12975 | $42,668.83 | 12/23/2014 | 14294793 | 12/12/2014 | $17,980.76 |
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311274 | 1/30/2015 | $16,319.11 |
| The Standard Register Company | The Standard Register Company | ACH:13121 | $50,513.64 | 12/30/2014 | 14296255 | 12/17/2014 | $1,657.97 |
| The Standard Register Company | The Standard Register Company | ACH:13121 | $50,513.64 | 12/30/2014 | 14296254 | 12/17/2014 | $18,747.26 |
| The Standard Register Company | The Standard Register Company | ACH:13120 | $1,034.88 | 12/30/2014 | 14296610 | 12/17/2014 | $433.67 |
| The Standard Register Company | The Standard Register Company | ACH:13120 | $1,034.88 | 12/30/2014 | 14296443 | 12/17/2014 | $1,243.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13120 | $1,034.88 | 12/30/2014 | 14295370 | 12/15/2014 | $272.60 |
| The Standard Register Company | The Standard Register Company | ACH:12827 | $6,007.30 | 12/16/2014 | 14291626 | 12/4/2014 | $494.96 |
| The Standard Register Company | The Standard Register Company | ACH:12975 | $42,668.83 | 12/23/2014 | 14294794 | 12/12/2014 | $13,839.32 |
| The Standard Register Company | The Standard Register Company | ACH:12827 | $6,007.30 | 12/16/2014 | 14292212 | 12/5/2014 | $2,728.31 |
| The Standard Register Company | The Standard Register Company | ACH:12975 | $42,668.83 | 12/23/2014 | 14294281 | 12/12/2014 | $11,122.38 |
| The Standard Register Company | The Standard Register Company | ACH:12974 | $1,019.42 | 12/23/2014 | 14293617 | 12/10/2014 | $1,019.42 |
| The Standard Register Company | The Standard Register Company | ACH:12908 | $34,622.63 | 12/19/2014 | 14292817 | 12/8/2014 | $25,070.77 |
| The Standard Register Company | The Standard Register Company | ACH:12908 | $34,622.63 | 12/19/2014 | 14292753 | 12/8/2014 | $9,551.86 |
| The Standard Register Company | The Standard Register Company | ACH:12857 | $2,181.80 | 12/17/2014 | 14291625 | 12/4/2014 | $2,181.80 |
| The Standard Register Company | The Standard Register Company | ACH:12828 | $8,696.43 | 12/16/2014 | 14290850 | 12/3/2014 | $5,133.77 |
| The Standard Register Company | The Standard Register Company | 7010674 | $3,810.56 | 3/3/2015 | 15317047 | 2/16/2015 | $636.18 |
| The Standard Register Company | The Standard Register Company | ACH:13076 | $212.12 | 12/29/2014 | 14295940 | 12/16/2014 | $212.12 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311782 | 2/2/2015 | $16,256.30 |
| The Standard Register Company | The Standard Register Company | 7010680 | $26,422.91 | 3/4/2015 | 15317586 | 2/17/2015 | $15,056.39 |
| The Standard Register Company | The Standard Register Company | 7010473 | $18,304.58 | 2/19/2015 | 15312540 | 2/4/2015 | $17,130.41 |
| The Standard Register Company | The Standard Register Company | 7010443 | $37,847.40 | 2/18/2015 | 15312216 | 2/3/2015 | $2,743.81 |
| The Standard Register Company | The Standard Register Company | 7010443 | $37,847.40 | 2/18/2015 | 15312215 | 2/3/2015 | $19,487.53 |
| The Standard Register Company | The Standard Register Company | 7010443 | $37,847.40 | 2/18/2015 | 15312214 | 2/3/2015 | $16,388.46 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311936 | 2/2/2015 | $576.07 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15313649 | 2/6/2015 | $17,504.81 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311783 | 2/2/2015 | $18,654.42 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15313650 | 2/6/2015 | $10,227.07 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311781 | 2/2/2015 | $25,547.90 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311434 | 2/2/2015 | $894.22 |
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311381 | 1/30/2015 | $2,699.95 |
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311367 | 1/30/2015 | $2,749.37 |
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311310 | 1/30/2015 | $17,493.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311309 | 1/30/2015 | $24,130.13 |
| The Standard Register Company | The Standard Register Company | 7010402 | $63,148.54 | 2/16/2015 | 15311276 | 1/30/2015 | $1,042.85 |
| The Standard Register Company | The Standard Register Company | 7010430 | $64,099.09 | 2/17/2015 | 15311888 | 2/2/2015 | $3,477.06 |
| The Standard Register Company | The Standard Register Company | 7010553 | $808.92 | 2/25/2015 | 15314682 | 2/10/2015 | $824.16 |
| The Standard Register Company | The Standard Register Company | ACH:13158 | $39,553.88 | 12/31/2014 | 14295622 | 12/16/2014 | $39,553.88 |
| The Standard Register Company | The Standard Register Company | 7010674 | $3,810.56 | 3/3/2015 | 15317046 | 2/16/2015 | $2,136.00 |
| The Standard Register Company | The Standard Register Company | 7010631 | $29,741.35 | 3/2/2015 | 15316829 | 2/13/2015 | $5,428.55 |
| The Standard Register Company | The Standard Register Company | 7010631 | $29,741.35 | 3/2/2015 | 15316616 | 2/13/2015 | $13,483.89 |
| The Standard Register Company | The Standard Register Company | 7010631 | $29,741.35 | 3/2/2015 | 15316615 | 2/13/2015 | $11,435.88 |
| The Standard Register Company | The Standard Register Company | 7010608 | $8,598.92 | 2/27/2015 | 15316126 | 2/12/2015 | $748.11 |
| The Standard Register Company | The Standard Register Company | 7010473 | $18,304.58 | 2/19/2015 | 15312814 | 2/4/2015 | $1,546.27 |
| The Standard Register Company | The Standard Register Company | 7010608 | $8,598.92 | 2/27/2015 | 15315984 | 2/12/2015 | $3,575.13 |
| The Standard Register Company | The Standard Register Company | 7010674 | $3,810.56 | 3/3/2015 | 15317055 | 2/16/2015 | $1,114.88 |
| The Standard Register Company | The Standard Register Company | 7010548 | $33,119.63 | 2/24/2015 | 15314526 | 2/9/2015 | $8,154.13 |
| The Standard Register Company | The Standard Register Company | 7010548 | $33,119.63 | 2/24/2015 | 15314377X | 2/9/2015 | $25,638.41 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15314040 | 2/6/2015 | $546.35 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15314039 | 2/6/2015 | $13,238.10 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15313998 | 2/6/2015 | $21,303.91 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15313917 | 2/6/2015 | $3,699.74 |
| The Standard Register Company | The Standard Register Company | 7010515 | $67,010.16 | 2/23/2015 | 15313916 | 2/6/2015 | $1,857.73 |
| The Standard Register Company | The Standard Register Company | 7010608 | $8,598.92 | 2/27/2015 | 15316125 | 2/12/2015 | $4,451.16 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305445 | 1/16/2015 | $1,561.29 |
| The Standard Register Company | The Standard Register Company | ACH:13673 | $26,506.62 | 1/30/2015 | 15306148 | 1/19/2015 | $3,704.32 |
| The Standard Register Company | The Standard Register Company | ACH:13673 | $26,506.62 | 1/30/2015 | 15306147 | 1/19/2015 | $22,286.37 |
| The Standard Register Company | The Standard Register Company | ACH:13673 | $26,506.62 | 1/30/2015 | 15306055 | 1/19/2015 | $515.93 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305571 | 1/16/2015 | $9,016.22 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305565 | 1/16/2015 | $3,156.96 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305564 | 1/16/2015 | $17,932.87 |
| The Standard Register Company | The Standard Register Company | ACH:13121 | $50,513.64 | 12/30/2014 | 14296830 | 12/18/2014 | $2,320.12 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305446 | 1/16/2015 | $3,767.83 |
| The Standard Register Company | The Standard Register Company | ACH:13721 | $28,674.39 | 2/3/2015 | 15307053 | 1/21/2015 | $671.10 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15304812 | 1/15/2015 | $1,042.48 |
| The Standard Register Company | The Standard Register Company | ACH:13615 | $21,837.92 | 1/27/2015 | 15305099 | 1/15/2015 | $623.00 |
| The Standard Register Company | The Standard Register Company | ACH:13615 | $21,837.92 | 1/27/2015 | 15305098 | 1/15/2015 | $3,643.09 |
| The Standard Register Company | The Standard Register Company | ACH:13615 | $21,837.92 | 1/27/2015 | 15304399 | 1/14/2015 | $1,155.69 |
| The Standard Register Company | The Standard Register Company | ACH:13615 | $21,837.92 | 1/27/2015 | 15303762 | 1/14/2015 | $15,103.86 |
| The Standard Register Company | The Standard Register Company | ACH:13615 | $21,837.92 | 1/27/2015 | 15303698 | 1/14/2015 | $1,312.28 |
| The Standard Register Company | The Standard Register Company | ACH:13616 | $60,083.57 | 1/27/2015 | 15305562 | 1/16/2015 | $23,605.92 |
| The Standard Register Company | The Standard Register Company | ACH:13722 | $22,728.64 | 2/3/2015 | 15308404 | 1/23/2015 | $6,531.06 |
| The Standard Register Company | The Standard Register Company | ACH:13823 | $44,383.56 | 2/10/2015 | 15309372 | 1/27/2015 | $3,673.71 |
| The Standard Register Company | The Standard Register Company | ACH:13823 | $44,383.56 | 2/10/2015 | 15309371 | 1/27/2015 | $18,673.89 |
| The Standard Register Company | The Standard Register Company | ACH:13822 | $20,577.11 | 2/10/2015 | 15310753 | 1/29/2015 | $3,646.02 |
| The Standard Register Company | The Standard Register Company | ACH:13822 | $20,577.11 | 2/10/2015 | 15310105 | 1/28/2015 | $2,713.29 |
| The Standard Register Company | The Standard Register Company | ACH:13822 | $20,577.11 | 2/10/2015 | 15309675 | 1/28/2015 | $14,217.80 |
| The Standard Register Company | The Standard Register Company | ACH:13794 | $25,817.69 | 2/6/2015 | 15308925 | 1/26/2015 | $15,680.76 |
| The Standard Register Company | The Standard Register Company | ACH:13702 | $1,771.05 | 2/2/2015 | 15306811 | 1/20/2015 | $1,771.05 |
| The Standard Register Company | The Standard Register Company | ACH:13793 | $17,379.89 | 2/6/2015 | 15308570 | 1/26/2015 | $17,379.89 |
| The Standard Register Company | The Standard Register Company | ACH:13703 | $1,910.59 | 2/2/2015 | 15306687 | 1/20/2015 | $1,910.59 |
| The Standard Register Company | The Standard Register Company | ACH:13722 | $22,728.64 | 2/3/2015 | 15308163 | 1/23/2015 | $1,428.51 |
| The Standard Register Company | The Standard Register Company | ACH:13722 | $22,728.64 | 2/3/2015 | 15308023 | 1/23/2015 | $1,442.88 |
| The Standard Register Company | The Standard Register Company | ACH:13722 | $22,728.64 | 2/3/2015 | 15307785 | 1/22/2015 | $5,025.94 |
| The Standard Register Company | The Standard Register Company | ACH:13722 | $22,728.64 | 2/3/2015 | 15307181 | 1/21/2015 | $8,300.25 |
| The Standard Register Company | The Standard Register Company | ACH:13721 | $28,674.39 | 2/3/2015 | 15307229 | 1/21/2015 | $1,575.63 |
| The Standard Register Company | The Standard Register Company | ACH:13721 | $28,674.39 | 2/3/2015 | 15307054 | 1/21/2015 | $26,427.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13567 | $34,335.57 | 1/23/2015 | 15305563 | 1/16/2015 | $35,097.24 |
| The Standard Register Company | The Standard Register Company | ACH:13794 | $25,817.69 | 2/6/2015 | 15308772 | 1/26/2015 | $10,136.93 |
| The Standard Register Company | The Standard Register Company | ACH:13339 | $19,662.07 | 1/12/2015 | 14299520 | 12/30/2014 | $19,191.82 |
| The Standard Register Company | The Standard Register Company | ACH:13603 | $26,528.88 | 1/26/2015 | 15303643 | 1/13/2015 | $23,646.73 |
| The Standard Register Company | The Standard Register Company | ACH:13470 | $39,065.26 | 1/16/2015 | 15300136 | 1/5/2015 | $22,230.63 |
| The Standard Register Company | The Standard Register Company | ACH:13470 | $39,065.26 | 1/16/2015 | 15300110 | 1/5/2015 | $1,905.57 |
| The Standard Register Company | The Standard Register Company | ACH:13378 | $800.73 | 1/13/2015 | 14299865 | 12/31/2014 | $800.73 |
| The Standard Register Company | The Standard Register Company | ACH:13377 | $20,502.43 | 1/13/2015 | 14299978 | 12/31/2014 | $10,632.67 |
| The Standard Register Company | The Standard Register Company | ACH:13377 | $20,502.43 | 1/13/2015 | 14299957 | 12/31/2014 | $1,942.97 |
| The Standard Register Company | The Standard Register Company | ACH:13470 | $39,065.26 | 1/16/2015 | 15300138 | 1/5/2015 | $4,181.31 |
| The Standard Register Company | The Standard Register Company | ACH:13377 | $20,502.43 | 1/13/2015 | 14299840 | 12/31/2014 | $6,937.81 |
| The Standard Register Company | The Standard Register Company | ACH:13470 | $39,065.26 | 1/16/2015 | 15300263 | 1/5/2015 | $9,802.20 |
| The Standard Register Company | The Standard Register Company | ACH:13339 | $19,662.07 | 1/12/2015 | 14299519 | 12/30/2014 | $470.25 |
| The Standard Register Company | The Standard Register Company | ACH:13307 | $15,825.20 | 1/9/2015 | 14299232 | 12/30/2014 | $15,825.20 |
| The Standard Register Company | The Standard Register Company | ACH:13306 | $17,100.18 | 1/9/2015 | 14298582 | 12/29/2014 | $17,100.18 |
| The Standard Register Company | The Standard Register Company | ACH:13275 | $69,072.06 | 1/7/2015 | 14298523 | 12/23/2014 | $17,246.01 |
| The Standard Register Company | The Standard Register Company | ACH:13275 | $69,072.06 | 1/7/2015 | 14298522 | 12/23/2014 | $41,831.58 |
| The Standard Register Company | The Standard Register Company | ACH:13275 | $69,072.06 | 1/7/2015 | 14298521 | 12/23/2014 | $5,159.68 |
| The Standard Register Company | The Standard Register Company | ACH:13275 | $69,072.06 | 1/7/2015 | 14297814 | 12/22/2014 | $4,834.79 |
| The Standard Register Company | The Standard Register Company | ACH:13377 | $20,502.43 | 1/13/2015 | 14299956 | 12/31/2014 | $988.98 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301288 | 1/7/2015 | $44,633.97 |
| The Standard Register Company | The Standard Register Company | ACH:13823 | $44,383.56 | 2/10/2015 | 15310045 | 1/28/2015 | $22,035.96 |
| The Standard Register Company | The Standard Register Company | ACH:13566 | $3,724.16 | 1/23/2015 | 15303242 | 1/12/2015 | $3,724.16 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15302454 | 1/9/2015 | $3,119.40 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301298 | 1/7/2015 | $2,114.68 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301292 | 1/7/2015 | $8,191.81 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301291 | 1/7/2015 | $1,158.99 |

Platinum Equity, LLC dba MACtac (SRCMAC004)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13470 | $39,065.26 | 1/16/2015 | 15300137 | 1/5/2015 | $945.55 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301289 | 1/7/2015 | $7,620.20 |
| The Standard Register Company | The Standard Register Company | ACH:13603 | $26,528.88 | 1/26/2015 | 15303348 | 1/13/2015 | $2,882.15 |
| The Standard Register Company | The Standard Register Company | ACH:13522 | $24,721.61 | 1/21/2015 | 15302755 | 1/9/2015 | $833.06 |
| The Standard Register Company | The Standard Register Company | ACH:13522 | $24,721.61 | 1/21/2015 | 15302754 | 1/9/2015 | $2,597.27 |
| The Standard Register Company | The Standard Register Company | ACH:13522 | $24,721.61 | 1/21/2015 | 15302274 | 1/8/2015 | $18,558.33 |
| The Standard Register Company | The Standard Register Company | ACH:13522 | $24,721.61 | 1/21/2015 | 15301554 | 1/7/2015 | $2,165.07 |
| The Standard Register Company | The Standard Register Company | ACH:13522 | $24,721.61 | 1/21/2015 | 15301553 | 1/7/2015 | $567.88 |
| The Standard Register Company | The Standard Register Company | ACH:13495 | $3,931.97 | 1/20/2015 | 15301037 | 1/6/2015 | $2,551.40 |
| The Standard Register Company | The Standard Register Company | ACH:13495 | $3,931.97 | 1/20/2015 | 15300696 | 1/6/2015 | $1,380.57 |
| The Standard Register Company | The Standard Register Company | ACH:13523 | $67,832.84 | 1/21/2015 | 15301290 | 1/7/2015 | $993.79 |

**Totals:**     **48 transfer(s),     $1,233,297.24**