

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Inter-City Printing Company, Inc. dba Madison Street Press**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094841 | $958.30 | 2/12/2015 | 35902 | 12/16/2014 | $958.30 |
| The Standard Register Company | The Standard Register Company | 1087742 | $45,000.00 | 1/2/2015 | J140912 | 12/9/2014 | $45,000.00 |
| The Standard Register Company | The Standard Register Company | 1085623 | $44,500.00 | 12/19/2014 | 28614 | 12/8/2014 | $44,500.00 |
| **Totals:** | | 3 transfer(s), | $90,458.30 | | | | |