

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **The Magnet Group LLC dba Magnets 4 Media**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037606 | 11/24/2014 | $315.07 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | 4V0037414 | 11/18/2014 | $1,232.58 |
| The Standard Register Company | The Standard Register Company | 1089844 | $13,335.53 | 1/9/2015 | 4V0037731 | 11/26/2014 | $83.62 |
| The Standard Register Company | The Standard Register Company | 1089844 | $13,335.53 | 1/9/2015 | 4V0037701 | 11/26/2014 | $140.55 |
| The Standard Register Company | The Standard Register Company | 1089844 | $13,335.53 | 1/9/2015 | 4V0037698 | 11/26/2014 | $13,092.16 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | PV0020543 | 11/24/2014 | $176.53 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037678 | 11/25/2014 | $161.97 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037676 | 11/25/2014 | $1,138.98 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037642 | 11/25/2014 | $198.64 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037766 | 11/28/2014 | $713.65 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037630 | 11/24/2014 | $118.90 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037770 | 11/28/2014 | $2,781.77 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037591 | 11/24/2014 | $112.30 |
| The Standard Register Company | The Standard Register Company | 1088729 | $891.66 | 1/5/2015 | PV0020373 | 11/21/2014 | $703.43 |
| The Standard Register Company | The Standard Register Company | 1088729 | $891.66 | 1/5/2015 | 4V0037563 | 11/21/2014 | $16.05 |
| The Standard Register Company | The Standard Register Company | 1088729 | $891.66 | 1/5/2015 | 4V0037513 | 11/20/2014 | $172.18 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | PV0020068 | 11/19/2014 | $205.85 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | PV0020044 | 11/19/2014 | $699.69 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | 4V0037476 | 11/19/2014 | $105.97 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | 4V0037431 | 11/18/2014 | $278.77 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036827 | 10/31/2014 | $957.67 |
| The Standard Register Company | The Standard Register Company | 1089371 | $28,289.09 | 1/7/2015 | 4V0037638 | 11/25/2014 | $26,066.70 |
| The Standard Register Company | The Standard Register Company | 1091613 | $5,661.74 | 1/27/2015 | 4V0037869 | 12/3/2014 | $2,754.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092812 | $3,202.08 | 2/2/2015 | PV0021545 | 12/8/2014 | $102.06 |
| The Standard Register Company | The Standard Register Company | 1092812 | $3,202.08 | 2/2/2015 | 4V0038005 | 12/8/2014 | $1,697.01 |
| The Standard Register Company | The Standard Register Company | 1092812 | $3,202.08 | 2/2/2015 | 4V0037995 | 12/8/2014 | $133.12 |
| The Standard Register Company | The Standard Register Company | 1092812 | $3,202.08 | 2/2/2015 | 4V0037988 | 12/8/2014 | $206.71 |
| The Standard Register Company | The Standard Register Company | 1092369 | $566.53 | 1/28/2015 | PV0021414 | 12/5/2014 | $107.27 |
| The Standard Register Company | The Standard Register Company | 1092369 | $566.53 | 1/28/2015 | PV0021360 | 12/5/2014 | $202.20 |
| The Standard Register Company | The Standard Register Company | 1092369 | $566.53 | 1/28/2015 | 4V0037960 | 12/5/2014 | $257.06 |
| The Standard Register Company | The Standard Register Company | 1092034 | $330.81 | 1/26/2015 | 4V0037901 | 12/4/2014 | $85.50 |
| The Standard Register Company | The Standard Register Company | 1089844 | $13,335.53 | 1/9/2015 | 4V0037737 | 11/26/2014 | $19.20 |
| The Standard Register Company | The Standard Register Company | 1091613 | $5,661.74 | 1/27/2015 | PV0021078 | 12/3/2014 | $2,788.75 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | 4V0037412 | 11/18/2014 | $302.04 |
| The Standard Register Company | The Standard Register Company | 1091613 | $5,661.74 | 1/27/2015 | 4V0037695 | 11/26/2014 | $118.99 |
| The Standard Register Company | The Standard Register Company | 1090777 | $353.08 | 1/20/2015 | 4V0037841 | 12/1/2014 | $353.08 |
| The Standard Register Company | The Standard Register Company | 1090275 | $2,384.00 | 1/13/2015 | PV0020460 | 11/24/2014 | $1,182.00 |
| The Standard Register Company | The Standard Register Company | 1090275 | $2,384.00 | 1/13/2015 | PV0020346 | 11/21/2014 | $1,202.00 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037805 | 11/28/2014 | $129.22 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037803 | 11/28/2014 | $96.09 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037798 | 11/28/2014 | $374.46 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037794 | 11/28/2014 | $373.77 |
| The Standard Register Company | The Standard Register Company | 1090096 | $9,329.68 | 1/12/2015 | 4V0037776 | 11/28/2014 | $4,860.72 |
| The Standard Register Company | The Standard Register Company | 1092034 | $330.81 | 1/26/2015 | 4V0037891 | 12/4/2014 | $245.31 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036762 | 10/29/2014 | $535.57 |
| The Standard Register Company | The Standard Register Company | 1088108 | $2,940.67 | 1/5/2015 | 4V0037425 | 11/18/2014 | $115.77 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037043 | 11/6/2014 | $198.37 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037029 | 11/6/2014 | $152.46 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | PV0018551 | 11/4/2014 | $168.46 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | PV0018528 | 11/4/2014 | $392.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0037015 | 11/5/2014 | $4,714.46 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036999 | 11/5/2014 | $225.44 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036998 | 11/5/2014 | $692.89 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037058 | 11/6/2014 | $535.41 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036995 | 11/5/2014 | $20.96 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037059 | 11/6/2014 | $548.58 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036720 | 10/28/2014 | $636.78 |
| The Standard Register Company | The Standard Register Company | 1084147 | $190.66 | 12/15/2014 | 4V0036651 | 10/27/2014 | $190.66 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | PV0017426 | 10/24/2014 | $713.86 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036902 | 10/31/2014 | $2,659.74 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036881 | 10/31/2014 | $40.50 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036880 | 10/31/2014 | $203.60 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036879 | 10/31/2014 | $289.44 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036843 | 10/31/2014 | $3,573.52 |
| The Standard Register Company | The Standard Register Company | 1083629 | $8,771.66 | 12/12/2014 | 4V0036841 | 10/31/2014 | $333.33 |
| The Standard Register Company | The Standard Register Company | 1084616 | $7,637.30 | 12/17/2014 | 4V0036997 | 11/5/2014 | $250.40 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | 4V0037188 | 11/11/2014 | $667.75 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | PV0019682 | 11/14/2014 | $487.71 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | PV0019535 | 11/13/2014 | $232.34 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | 4V0037399 | 11/17/2014 | $730.72 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | 4V0037374 | 11/14/2014 | $7,185.90 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | 4V0037368 | 11/14/2014 | $262.40 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | 4V0037315 | 11/13/2014 | $280.75 |
| The Standard Register Company | The Standard Register Company | 1087434 | $9,591.35 | 12/30/2014 | 4V0037292 | 11/13/2014 | $411.53 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | PV0019346 | 11/11/2014 | $103.63 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037044 | 11/6/2014 | $198.00 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | 4V0037189 | 11/11/2014 | $693.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093232 | $6,864.39 | 2/2/2015 | 4V0038024 | 12/9/2014 | $2,648.88 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | 4V0037187 | 11/11/2014 | $166.79 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | 4V0037186 | 11/11/2014 | $287.47 |
| The Standard Register Company | The Standard Register Company | 1085396 | $1,171.50 | 12/23/2014 | 4V0037128 | 11/7/2014 | $24.30 |
| The Standard Register Company | The Standard Register Company | 1085396 | $1,171.50 | 12/23/2014 | 4V0037126 | 11/7/2014 | $903.52 |
| The Standard Register Company | The Standard Register Company | 1085396 | $1,171.50 | 12/23/2014 | 4V0037098 | 11/7/2014 | $103.28 |
| The Standard Register Company | The Standard Register Company | 1085396 | $1,171.50 | 12/23/2014 | 4V0037080 | 11/7/2014 | $140.40 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | PV0018870 | 11/6/2014 | $197.64 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | PV0018835 | 11/6/2014 | $342.29 |
| The Standard Register Company | The Standard Register Company | 1085036 | $2,522.09 | 12/18/2014 | 4V0037066 | 11/6/2014 | $349.34 |
| The Standard Register Company | The Standard Register Company | 1086410 | $6,075.76 | 12/29/2014 | 4V0037234 | 11/12/2014 | $4,156.86 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | PV0023563 | 1/8/2015 | $110.57 |
| The Standard Register Company | The Standard Register Company | 1092812 | $3,202.08 | 2/2/2015 | PV0021580 | 12/8/2014 | $1,063.18 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039115 | 1/19/2015 | $4,150.46 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039101 | 1/16/2015 | $81.46 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039074 | 1/15/2015 | $102.39 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039073 | 1/15/2015 | $47.94 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039072 | 1/15/2015 | $28.70 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039069 | 1/15/2015 | $700.90 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0037015A | 1/23/2015 | $58.60 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039178 | 1/20/2015 | $362.23 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | PV0023596 | 1/8/2015 | $384.01 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039208 | 1/21/2015 | $158.47 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | PV0023222 | 12/30/2014 | $2,067.13 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | PV0023116 | 12/29/2014 | $4,366.55 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0039017 | 1/14/2015 | $146.37 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038981 | 1/12/2015 | $216.43 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038967 | 1/12/2015 | $450.10 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038858 | 1/8/2015 | $4,341.31 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038835 | 1/8/2015 | $353.07 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038752 | 12/31/2014 | $228.31 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038735 | 12/31/2014 | $15,427.90 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | PV0023925 | 1/12/2015 | $828.60 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039527 | 1/29/2015 | $349.41 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | PV0026717 | 2/5/2015 | $813.23 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | PV0026006 | 1/30/2015 | $248.06 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | PV0025655 | 1/27/2015 | $185.18 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | PV0025393 | 1/26/2015 | $343.67 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | PV0025263 | 1/23/2015 | $250.69 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039749 | 2/5/2015 | $3,648.78 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039654 | 2/4/2015 | $86.76 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039645 | 2/4/2015 | $309.65 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039145 | 1/19/2015 | $35.97 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039543 | 1/30/2015 | $184.51 |
| The Standard Register Company | The Standard Register Company | 1096516 | $1,512.67 | 2/17/2015 | 4V0038560 | 12/23/2014 | $247.16 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039516 | 1/29/2015 | $359.94 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039453 | 1/28/2015 | $81.70 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039431 | 1/28/2015 | $6,163.78 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039428 | 1/28/2015 | $12,974.36 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039404 | 1/27/2015 | $18.68 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039378 | 1/27/2015 | $230.81 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039357 | 1/26/2015 | $120.83 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039258 | 1/22/2015 | $160.76 |
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039209 | 1/21/2015 | $142.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097435 | $33,411.59 | 2/26/2015 | 4V0039578 | 1/30/2015 | $1,011.20 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0038147 | 12/11/2014 | $579.44 |
| The Standard Register Company | The Standard Register Company | 1094493 | $1,510.39 | 2/6/2015 | PV0021844 | 12/11/2014 | $208.67 |
| The Standard Register Company | The Standard Register Company | 1094493 | $1,510.39 | 2/6/2015 | 4V0038237 | 12/15/2014 | $460.72 |
| The Standard Register Company | The Standard Register Company | 1094493 | $1,510.39 | 2/6/2015 | 4V0038234 | 12/15/2014 | $224.00 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | PV0022011 | 12/12/2014 | $323.01 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | PV0021959 | 12/11/2014 | $279.61 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | PV0021854 | 12/11/2014 | $185.73 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0038186 | 12/12/2014 | $245.53 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0038185 | 12/12/2014 | $480.80 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038640 | 12/29/2014 | $339.12 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0038164 | 12/12/2014 | $140.67 |
| The Standard Register Company | The Standard Register Company | 1094842 | $142.87 | 2/9/2015 | 4V0038277 | 12/16/2014 | $142.87 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0037227 | 11/11/2014 | $307.75 |
| The Standard Register Company | The Standard Register Company | 1093613 | $4,114.37 | 2/5/2015 | 4V0038097 | 12/10/2014 | $271.65 |
| The Standard Register Company | The Standard Register Company | 1093613 | $4,114.37 | 2/5/2015 | 4V0038096 | 12/10/2014 | $262.36 |
| The Standard Register Company | The Standard Register Company | 1093613 | $4,114.37 | 2/5/2015 | 4V0038092 | 12/10/2014 | $2,876.08 |
| The Standard Register Company | The Standard Register Company | 1093613 | $4,114.37 | 2/5/2015 | 4V0038083 | 12/10/2014 | $704.28 |
| The Standard Register Company | The Standard Register Company | 1093232 | $6,864.39 | 2/2/2015 | 4V0038044 | 12/9/2014 | $159.70 |
| The Standard Register Company | The Standard Register Company | 1093232 | $6,864.39 | 2/2/2015 | 4V0038043 | 12/9/2014 | $309.28 |
| The Standard Register Company | The Standard Register Company | 1093232 | $6,864.39 | 2/2/2015 | 4V0038038 | 12/9/2014 | $755.18 |
| The Standard Register Company | The Standard Register Company | 7010780 | $229,912.02 | 3/9/2015 | 4V0040456 | 2/27/2015 | $229,912.02 |
| The Standard Register Company | The Standard Register Company | 1094061 | $4,416.18 | 2/5/2015 | 4V0038176 | 12/12/2014 | $1,873.64 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | PV0022458 | 12/17/2014 | $407.41 |
| The Standard Register Company | The Standard Register Company | 1093232 | $6,864.39 | 2/2/2015 | 4V0038023 | 12/9/2014 | $2,991.35 |
| The Standard Register Company | The Standard Register Company | 1096516 | $1,512.67 | 2/17/2015 | 4V0038543 | 12/23/2014 | $1,137.72 |
| The Standard Register Company | The Standard Register Company | 1096516 | $1,512.67 | 2/17/2015 | 4V0038532 | 12/23/2014 | $127.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096129 | $2,225.00 | 2/12/2015 | PV0022864 | 12/22/2014 | $263.18 |
| The Standard Register Company | The Standard Register Company | 1096129 | $2,225.00 | 2/12/2015 | PV0022847 | 12/22/2014 | $333.10 |
| The Standard Register Company | The Standard Register Company | 1096129 | $2,225.00 | 2/12/2015 | 4V0038518 | 12/22/2014 | $524.28 |
| The Standard Register Company | The Standard Register Company | 1096129 | $2,225.00 | 2/12/2015 | 4V0038476 | 12/22/2014 | $179.62 |
| The Standard Register Company | The Standard Register Company | 1096129 | $2,225.00 | 2/12/2015 | 4V0038474 | 12/22/2014 | $1,007.32 |
| The Standard Register Company | The Standard Register Company | 1095779 | $946.96 | 2/10/2015 | 4V0038448 | 12/20/2014 | $130.25 |
| The Standard Register Company | The Standard Register Company | 1094493 | $1,510.39 | 2/6/2015 | PV0022142 | 12/15/2014 | $314.60 |
| The Standard Register Company | The Standard Register Company | 1095779 | $946.96 | 2/10/2015 | 4V0038413 | 12/19/2014 | $254.21 |
| The Standard Register Company | The Standard Register Company | 1094493 | $1,510.39 | 2/6/2015 | PV0022163 | 12/15/2014 | $308.49 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038382 | 12/18/2014 | $42.71 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038379 | 12/18/2014 | $522.20 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038376 | 12/18/2014 | $395.47 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038373 | 12/18/2014 | $4,814.51 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038369 | 12/18/2014 | $290.70 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038335 | 12/17/2014 | $106.43 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038328 | 12/17/2014 | $49.18 |
| The Standard Register Company | The Standard Register Company | 1095324 | $8,547.75 | 2/9/2015 | 4V0038322 | 12/17/2014 | $1,919.14 |
| The Standard Register Company | The Standard Register Company | 1096843 | $28,500.85 | 2/17/2015 | 4V0038583 | 12/24/2014 | $278.42 |
| The Standard Register Company | The Standard Register Company | 1095779 | $946.96 | 2/10/2015 | 4V0038427 | 12/19/2014 | $562.50 |

**Totals:** 30 transfer(s), $425,350.23