

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **The Marietta Group LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093375 | $29,845.67 | 2/2/2015 | 1880 | 1/26/2015 | $29,845.67 |
| The Standard Register Company | The Standard Register Company | 1092997 | $20,092.41 | 1/29/2015 | 123114 | 12/31/2014 | $5,108.00 |
| The Standard Register Company | The Standard Register Company | 1092997 | $20,092.41 | 1/29/2015 | 120114A | 12/1/2014 | $9,114.95 |
| The Standard Register Company | The Standard Register Company | 1092997 | $20,092.41 | 1/29/2015 | 120114 | 12/1/2014 | $5,869.46 |
| The Standard Register Company | The Standard Register Company | 1092996 | $90,375.00 | 1/29/2015 | 120814 | 12/8/2014 | $90,375.00 |

**Totals:**    3 transfer(s),    $140,313.08