

| | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
| | St. Paul, MN 55121 | New York, NY 10036 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **vCom Solutions, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23543 | $23,971.86 | 3/4/2015 | RP00071120150212 | 2/12/2015 | $23,971.86 |
| The Standard Register Company | The Standard Register Company | 21805 | $25,857.68 | 12/30/2014 | RP00071120141212 | 12/12/2014 | $25,857.68 |
| The Standard Register Company | The Standard Register Company | 1097088 | $26,454.10 | 2/23/2015 | 1120150112 | 1/12/2015 | $26,454.10 |
| **Totals:** | | **3 transfer(s),** | **$76,283.64** | | | | |