

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **EBSCO Industries, Inc. dba Vulcan Information Packaging** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21819 | $3,191.48 | 12/31/2014 | 10115766 | 11/13/2014 | $3,252.00 |
| The Standard Register Company | The Standard Register Company | 1095950 | $5,762.50 | 2/10/2015 | 1045210RB | 6/19/2014 | $5,762.50 |
| The Standard Register Company | The Standard Register Company | 1094624 | $3,765.94 | 2/12/2015 | 10119096RI | 11/25/2014 | $4,049.40 |
| The Standard Register Company | The Standard Register Company | 1093335 | $82,095.30 | 2/6/2015 | 10119925RI | 12/8/2014 | $39,206.00 |
| The Standard Register Company | The Standard Register Company | 1093335 | $82,095.30 | 2/6/2015 | 10119749RI | 12/3/2014 | $80,526.00 |
| The Standard Register Company | The Standard Register Company | 1087685 | $2,801.86 | 12/30/2014 | 10118444RI | 11/14/2014 | $3,012.76 |
| The Standard Register Company | The Standard Register Company | 1086133 | $23,645.52 | 12/30/2014 | 10118024RI | 11/10/2014 | $425.29 |
| The Standard Register Company | The Standard Register Company | 1086133 | $23,645.52 | 12/30/2014 | 10118023RI | 11/10/2014 | $25,000.00 |

**Totals:    6 transfer(s),    $121,262.60**