

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Ward-Kraft, Inc.** |
| --- | --- |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| The Standard Register Company | The Standard Register Company | 1089560 | $3,537.59 | 1/7/2015 | 305487 | 11/25/2014 | $545.25 |
| The Standard Register Company | The Standard Register Company | 1090875 | $48,960.87 | 1/20/2015 | 305642 | 12/1/2014 | $25,265.00 |
| The Standard Register Company | The Standard Register Company | 1090875 | $48,960.87 | 1/20/2015 | 305641 | 12/1/2014 | $27,132.53 |
| The Standard Register Company | The Standard Register Company | 1089948 | $465.83 | 1/9/2015 | 305590 | 11/26/2014 | $500.90 |
| The Standard Register Company | The Standard Register Company | 1089560 | $3,537.59 | 1/7/2015 | 895385 | 11/25/2014 | $1,211.40 |
| The Standard Register Company | The Standard Register Company | 1089560 | $3,537.59 | 1/7/2015 | 895384 | 11/25/2014 | $905.72 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 1074056RB | 8/18/2014 | $67.20 |
| The Standard Register Company | The Standard Register Company | 1089560 | $3,537.59 | 1/7/2015 | 489974 | 11/24/2014 | $942.63 |
| The Standard Register Company | The Standard Register Company | 1091204 | $1,314.04 | 1/22/2015 | 895547 | 12/2/2014 | $286.90 |
| The Standard Register Company | The Standard Register Company | 1088929 | $35,327.32 | 1/5/2015 | 895221 | 11/20/2014 | $4,597.84 |
| The Standard Register Company | The Standard Register Company | 1088929 | $35,327.32 | 1/5/2015 | 895219 | 11/20/2014 | $31,786.99 |
| The Standard Register Company | The Standard Register Company | 1088929 | $35,327.32 | 1/5/2015 | 75028 | 11/21/2014 | $311.16 |
| The Standard Register Company | The Standard Register Company | 1088929 | $35,327.32 | 1/5/2015 | 75008 | 11/20/2014 | $1,247.56 |
| The Standard Register Company | The Standard Register Company | 1088929 | $35,327.32 | 1/5/2015 | 400413 | 11/20/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1088280 | $2,677.18 | 1/5/2015 | 895215 | 11/19/2014 | $2,770.68 |
| The Standard Register Company | The Standard Register Company | 1089560 | $3,537.59 | 1/7/2015 | 895316 | 11/24/2014 | $166.95 |
| The Standard Register Company | The Standard Register Company | 1092476 | $7,679.09 | 1/27/2015 | 895650 | 12/5/2014 | $477.08 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306206 | 12/12/2014 | $520.78 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306205 | 12/12/2014 | $520.78 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306204 | 12/12/2014 | $520.78 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306203 | 12/12/2014 | $520.78 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306202 | 12/12/2014 | $2,492.10 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306165 | 12/12/2014 | $24.73 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090875 | $48,960.87 | 1/20/2015 | 75103 | 12/1/2014 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1092919 | $53.63 | 2/2/2015 | 305889 | 12/8/2014 | $57.66 |
| The Standard Register Company | The Standard Register Company | 1091204 | $1,314.04 | 1/22/2015 | 895545 | 12/2/2014 | $1,126.05 |
| The Standard Register Company | The Standard Register Company | 1092476 | $7,679.09 | 1/27/2015 | 305865 | 12/5/2014 | $7,774.20 |
| The Standard Register Company | The Standard Register Company | 1092123 | $1,312.01 | 1/27/2015 | 895633 | 12/4/2014 | $1,119.44 |
| The Standard Register Company | The Standard Register Company | 1092123 | $1,312.01 | 1/27/2015 | 895632 | 12/4/2014 | $286.90 |
| The Standard Register Company | The Standard Register Company | 1091767 | $780.43 | 1/26/2015 | 490246 | 12/3/2014 | $410.27 |
| The Standard Register Company | The Standard Register Company | 1091767 | $780.43 | 1/26/2015 | 490245 | 12/3/2014 | $425.59 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 895103 | 11/14/2014 | $7,316.40 |
| The Standard Register Company | The Standard Register Company | 1093697 | $1,205.51 | 2/3/2015 | 895810 | 12/10/2014 | $1,287.84 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 489191 | 10/31/2014 | $743.51 |
| The Standard Register Company | The Standard Register Company | 1088280 | $2,677.18 | 1/5/2015 | 74970 | 11/18/2014 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1084223 | $2,259.90 | 12/16/2014 | 74330 | 9/26/2014 | $2,430.00 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 895139 | 11/17/2014 | $4,738.24 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 894525 | 10/24/2014 | $12,938.52 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 894524 | 10/24/2014 | $12,447.96 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 894051 | 10/8/2014 | $9,972.51 |
| The Standard Register Company | The Standard Register Company | 1085132 | $2,736.03 | 12/16/2014 | 894916 | 11/6/2014 | $1,675.82 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 74654 | 10/22/2014 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1085168 | $3,787.37 | 12/17/2014 | 893931 | 10/3/2014 | $508.36 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 488892 | 10/22/2014 | $304.12 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 488891 | 10/22/2014 | $2,242.98 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 304395 | 10/29/2014 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 304393 | 10/29/2014 | $228.70 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 304339 | 10/28/2014 | $881.00 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 304049 | 10/22/2014 | $201.42 |
| The Standard Register Company | The Standard Register Company | 1083784 | $4,828.80 | 12/12/2014 | 74708 | 10/27/2014 | $225.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086135 | $43,783.33 | 12/29/2014 | 74875 | 11/10/2014 | $18,480.00 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 75270 | 12/12/2014 | $20,845.00 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 895102 | 11/14/2014 | $32,937.64 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 74931 | 11/14/2014 | $2,600.00 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 74929 | 11/14/2014 | $901.26 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 305100 | 11/14/2014 | $12,805.40 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 305030 | 11/13/2014 | $13.64 |
| The Standard Register Company | The Standard Register Company | 1085132 | $2,736.03 | 12/16/2014 | 74845 | 11/6/2014 | $1,247.56 |
| The Standard Register Company | The Standard Register Company | 1086575 | $417.71 | 12/31/2014 | 305002 | 11/12/2014 | $341.15 |
| The Standard Register Company | The Standard Register Company | 1087689 | $55,472.76 | 12/30/2014 | 895104 | 11/14/2014 | $3,067.02 |
| The Standard Register Company | The Standard Register Company | 1086135 | $43,783.33 | 12/29/2014 | 74874 | 11/10/2014 | $27,720.00 |
| The Standard Register Company | The Standard Register Company | 1086135 | $43,783.33 | 12/29/2014 | 489482 | 11/10/2014 | $400.89 |
| The Standard Register Company | The Standard Register Company | 1086135 | $43,783.33 | 12/29/2014 | 489481 | 11/10/2014 | $365.28 |
| The Standard Register Company | The Standard Register Company | 1086135 | $43,783.33 | 12/29/2014 | 304834 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1085516 | $2,263.13 | 12/22/2014 | 489427 | 11/7/2014 | $2,422.69 |
| The Standard Register Company | The Standard Register Company | 1085168 | $3,787.37 | 12/17/2014 | 893932 | 10/3/2014 | $3,279.01 |
| The Standard Register Company | The Standard Register Company | 1086575 | $417.71 | 12/31/2014 | 74902 | 11/11/2014 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896556 | 1/8/2015 | $21,500.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 75555 | 1/8/2015 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 402035 | 1/28/2015 | $1,503.85 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 402007 | 1/27/2015 | $33,000.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 401773 | 1/16/2015 | $1,503.85 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 399345 | 10/10/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 305718 | 12/2/2014 | $2,364.90 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 402046 | 1/29/2015 | $300.77 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 305114 | 11/17/2014 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 402111 | 1/30/2015 | $601.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896520 | 1/7/2015 | $1,449.16 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896433 | 1/5/2015 | $3,195.56 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896385 | 12/31/2014 | $114.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896243 | 12/24/2014 | $1,235.25 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 896236 | 12/24/2014 | $3,580.22 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 306207 | 12/12/2014 | $697.79 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 305118 | 11/17/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75669 | 1/15/2015 | $162.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 897107 | 1/30/2015 | $2,879.58 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 896991 | 1/27/2015 | $1,356.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 896990 | 1/27/2015 | $1,105.96 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 896771 | 1/19/2015 | $3,931.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 896770 | 1/19/2015 | $9,827.50 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75866 | 1/30/2015 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 402036 | 1/28/2015 | $1,503.85 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75681 | 1/16/2015 | $1,203.51 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 75465 | 12/31/2014 | $1,380.44 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75657 | 1/15/2015 | $3,900.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75169 | 12/5/2014 | $1,850.63 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 491987 | 1/30/2015 | $2,613.24 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 491881 | 1/28/2015 | $411.94 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 491880 | 1/28/2015 | $888.69 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 491542 | 1/19/2015 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 75698 | 1/19/2015 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1095485 | $69.75 | 2/10/2015 | 490723 | 12/18/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 75570 | 1/9/2015 | $225.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304394 | 10/29/2014 | $636.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096623 | $2,637.15 | 2/17/2015 | 75389 | 12/23/2014 | $162.00 |
| The Standard Register Company | The Standard Register Company | 1096623 | $2,637.15 | 2/17/2015 | 75336 | 12/17/2014 | $225.00 |
| The Standard Register Company | The Standard Register Company | 1096623 | $2,637.15 | 2/17/2015 | 490908 | 12/23/2014 | $2,432.46 |
| The Standard Register Company | The Standard Register Company | 1095898 | $3,183.33 | 2/10/2015 | 896125 | 12/19/2014 | $5,051.20 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304836 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1095898 | $3,183.33 | 2/10/2015 | 306455 | 12/19/2014 | $728.34 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304837 | 11/10/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1094927 | $23.25 | 2/9/2015 | 401021 | 12/16/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1094626 | $964.72 | 2/9/2015 | 895926 | 12/15/2014 | $701.90 |
| The Standard Register Company | The Standard Register Company | 1094626 | $964.72 | 2/9/2015 | 75296 | 12/15/2014 | $324.00 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 895862 | 12/11/2014 | $4,148.61 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 75271 | 12/12/2014 | $14,160.00 |
| The Standard Register Company | The Standard Register Company | 1099420 | $68,744.15 | 3/10/2015 | 897149 | 1/30/2015 | $1,077.16 |
| The Standard Register Company | The Standard Register Company | 1095898 | $3,183.33 | 2/10/2015 | 75687 | 1/19/2015 | $44,000.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 307011 | 1/9/2015 | $8,607.50 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 75415 | 12/29/2014 | $16,591.08 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 491381 | 1/12/2015 | $2,169.60 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 491248 | 1/7/2015 | $554.51 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 491181 | 1/5/2015 | $389.40 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 401577 | 1/9/2015 | $1,804.62 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 401347 | 12/31/2014 | $66.83 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304835 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 401318 | 12/30/2014 | $902.31 |
| The Standard Register Company | The Standard Register Company | 1094227 | $42,998.39 | 2/3/2015 | 490530 | 12/11/2014 | $1,764.69 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 307010 | 1/9/2015 | $15,548.40 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 306843 | 1/6/2015 | $240.48 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 306617 | 12/29/2014 | $268.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304840 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304839 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 304838 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1096836 | $76,663.68 | 2/18/2015 | 401346 | 12/31/2014 | $44.55 |

**Totals:**     27 transfer(s),     $414,146.95