

2600 Eagan Woods Dr, Suite 400     151 West 46th Street, 4th Floor
St. Paul, MN 55121                 New York, NY 10036
651-406-9665                       212-267-7342

| | |
|---|---|
| Defendant: | **Wausau Coated Products, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22766 | $4,641.78 | 1/30/2015 | 344010 | 1/5/2015 | $4,641.78 |
| The Standard Register Company | The Standard Register Company | 22585 | $37,621.15 | 1/30/2015 | 343790 | 12/29/2014 | $37,621.15 |
| The Standard Register Company | The Standard Register Company | 22097 | $4,700.08 | 1/6/2015 | 343143 | 12/12/2014 | $4,700.08 |
| The Standard Register Company | The Standard Register Company | 21895 | $16,956.12 | 12/30/2014 | 342638 | 12/4/2014 | $13,088.96 |
| The Standard Register Company | The Standard Register Company | 21895 | $16,956.12 | 12/30/2014 | 342637 | 12/4/2014 | $3,867.16 |
| The Standard Register Company | The Standard Register Company | 21662 | $15,161.31 | 12/29/2014 | 342441 | 12/2/2014 | $15,161.31 |
| The Standard Register Company | The Standard Register Company | 1099695 | $16,598.82 | 3/10/2015 | 346309 | 2/11/2015 | $17,827.37 |
| The Standard Register Company | The Standard Register Company | 1097208 | $8,221.49 | 2/24/2015 | 345643 | 1/30/2015 | $8,389.28 |
| The Standard Register Company | The Standard Register Company | 1083954 | $47.50 | 12/15/2014 | 333895 | 7/10/2014 | $48.24 |

**Totals:**     **8 transfer(s),**    **$103,948.25**