

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Wise Business Forms, Incorporated**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093706 | $2,247.99 | 2/4/2015 | 2022963401 | 12/10/2014 | $1,351.74 |
| The Standard Register Company | The Standard Register Company | 1096233 | $269.00 | 2/11/2015 | 1031650101 | 12/22/2014 | $287.06 |
| The Standard Register Company | The Standard Register Company | 1091210 | $982.38 | 1/22/2015 | 2023018301 | 12/2/2014 | $839.73 |
| The Standard Register Company | The Standard Register Company | 1091776 | $2,116.89 | 1/27/2015 | 1031501101 | 11/24/2014 | $283.69 |
| The Standard Register Company | The Standard Register Company | 1091776 | $2,116.89 | 1/27/2015 | 1031501501 | 11/24/2014 | $280.10 |
| The Standard Register Company | The Standard Register Company | 1091776 | $2,116.89 | 1/27/2015 | 1031533601 | 12/1/2014 | $495.32 |
| The Standard Register Company | The Standard Register Company | 1091776 | $2,116.89 | 1/27/2015 | 1031533701 | 12/1/2014 | $485.06 |
| The Standard Register Company | The Standard Register Company | 1091776 | $2,116.89 | 1/27/2015 | 3013258201 | 12/3/2014 | $708.00 |
| The Standard Register Company | The Standard Register Company | 1092128 | $2,048.13 | 1/28/2015 | 2023079701 | 12/4/2014 | $645.92 |
| The Standard Register Company | The Standard Register Company | 1092128 | $2,048.13 | 1/28/2015 | 2023079801 | 12/4/2014 | $645.92 |
| The Standard Register Company | The Standard Register Company | 1092128 | $2,048.13 | 1/28/2015 | 2023080901 | 12/4/2014 | $506.67 |
| The Standard Register Company | The Standard Register Company | 1092128 | $2,048.13 | 1/28/2015 | 3013252401 | 12/4/2014 | $351.50 |
| The Standard Register Company | The Standard Register Company | 1092927 | $1,900.57 | 2/2/2015 | 1031560001 | 12/8/2014 | $1,234.12 |
| The Standard Register Company | The Standard Register Company | 1092927 | $1,900.57 | 2/2/2015 | 2023100701 | 12/8/2014 | $804.93 |
| The Standard Register Company | The Standard Register Company | 1090883 | $425.80 | 1/21/2015 | 2023056301 | 12/1/2014 | $454.70 |
| The Standard Register Company | The Standard Register Company | 1094932 | $106.29 | 2/9/2015 | 3013300801 | 12/16/2014 | $112.83 |
| The Standard Register Company | The Standard Register Company | 1083796 | $442.97 | 12/15/2014 | 1031388401 | 10/31/2014 | $258.26 |
| The Standard Register Company | The Standard Register Company | 1095904 | $547.10 | 2/11/2015 | 3013315701 | 12/19/2014 | $218.67 |
| The Standard Register Company | The Standard Register Company | 1095505 | $2,904.45 | 2/10/2015 | 6020474501 | 12/18/2014 | $426.39 |
| The Standard Register Company | The Standard Register Company | 1095505 | $2,904.45 | 2/10/2015 | 6020474401 | 12/18/2014 | $293.61 |
| The Standard Register Company | The Standard Register Company | 1095505 | $2,904.45 | 2/10/2015 | 3013298201 | 12/18/2014 | $1,425.75 |
| The Standard Register Company | The Standard Register Company | 1093344 | $442.03 | 2/3/2015 | 1031620001 | 12/9/2014 | $460.05 |
| The Standard Register Company | The Standard Register Company | 1095505 | $2,904.45 | 2/10/2015 | 1031644601 | 12/17/2014 | $540.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093706 | $2,247.99 | 2/4/2015 | 1031584101 | 12/10/2014 | $1,057.33 |
| The Standard Register Company | The Standard Register Company | 1094634 | $786.38 | 2/6/2015 | 3013296301 | 12/15/2014 | $554.64 |
| The Standard Register Company | The Standard Register Company | 1094634 | $786.38 | 2/6/2015 | 1031548501 | 12/9/2014 | $283.57 |
| The Standard Register Company | The Standard Register Company | 1094238 | $2,066.14 | 2/4/2015 | 3013292201 | 12/12/2014 | $355.47 |
| The Standard Register Company | The Standard Register Company | 1094238 | $2,066.14 | 2/4/2015 | 3013276901 | 12/11/2014 | $313.08 |
| The Standard Register Company | The Standard Register Company | 1094238 | $2,066.14 | 2/4/2015 | 2023112401 | 12/11/2014 | $1,546.88 |
| The Standard Register Company | The Standard Register Company | 1089960 | $893.65 | 1/8/2015 | 6020431301 | 11/26/2014 | $852.26 |
| The Standard Register Company | The Standard Register Company | 1095505 | $2,904.45 | 2/10/2015 | 2023159801 | 12/17/2014 | $422.28 |
| The Standard Register Company | The Standard Register Company | 1086589 | $1,512.94 | 12/31/2014 | 1031470601 | 11/11/2014 | $315.82 |
| The Standard Register Company | The Standard Register Company | 1083796 | $442.97 | 12/15/2014 | 3013154002 | 10/31/2014 | $108.97 |
| The Standard Register Company | The Standard Register Company | 1083796 | $442.97 | 12/15/2014 | 40903405 | 10/31/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1084229 | $487.08 | 12/16/2014 | 2022906501 | 11/3/2014 | $519.88 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 1031382801 | 11/4/2014 | $455.08 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 2022902401 | 11/4/2014 | $482.66 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 2022902701 | 11/4/2014 | $562.88 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 2022920501 | 11/4/2014 | $666.63 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 2022921301 | 11/4/2014 | $1,089.63 |
| The Standard Register Company | The Standard Register Company | 1084768 | $3,224.82 | 12/16/2014 | 2022921501 | 11/5/2014 | $186.30 |
| The Standard Register Company | The Standard Register Company | 1085139 | $518.23 | 12/18/2014 | 3013180801 | 11/6/2014 | $546.10 |
| The Standard Register Company | The Standard Register Company | 1085525 | $2,102.70 | 12/23/2014 | 1031424201 | 11/7/2014 | $699.30 |
| The Standard Register Company | The Standard Register Company | 1085525 | $2,102.70 | 12/23/2014 | 1031435501 | 11/7/2014 | $380.33 |
| The Standard Register Company | The Standard Register Company | 1085525 | $2,102.70 | 12/23/2014 | 3013196901 | 11/7/2014 | $1,147.53 |
| The Standard Register Company | The Standard Register Company | 1091210 | $982.38 | 1/22/2015 | 1031533501 | 12/2/2014 | $207.34 |
| The Standard Register Company | The Standard Register Company | 1088295 | $3,266.51 | 1/7/2015 | 2022990001 | 11/18/2014 | $674.04 |
| The Standard Register Company | The Standard Register Company | 1089960 | $893.65 | 1/8/2015 | 40903414 | 11/26/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1089581 | $1,649.65 | 1/6/2015 | 2022796601 | 10/14/2014 | $1,172.91 |
| The Standard Register Company | The Standard Register Company | 1089581 | $1,649.65 | 1/6/2015 | 2022769801 | 10/9/2014 | $595.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088940 | $913.17 | 1/6/2015 | 2022882301 | 11/21/2014 | $664.01 |
| The Standard Register Company | The Standard Register Company | 1088940 | $913.17 | 1/6/2015 | 1031513801 | 11/20/2014 | $316.95 |
| The Standard Register Company | The Standard Register Company | 1086145 | $1,551.47 | 12/30/2014 | 1031465201 | 11/10/2014 | $678.75 |
| The Standard Register Company | The Standard Register Company | 1088295 | $3,266.51 | 1/7/2015 | 3013193601 | 11/19/2014 | $1,864.50 |
| The Standard Register Company | The Standard Register Company | 1086145 | $1,551.47 | 12/30/2014 | 3013175401 | 11/10/2014 | $975.63 |
| The Standard Register Company | The Standard Register Company | 1088295 | $3,266.51 | 1/7/2015 | 2022923101 | 11/19/2014 | $469.06 |
| The Standard Register Company | The Standard Register Company | 1088295 | $3,266.51 | 1/7/2015 | 1031473001 | 11/19/2014 | $298.01 |
| The Standard Register Company | The Standard Register Company | 1087711 | $373.93 | 12/31/2014 | 6020407501 | 11/13/2014 | $192.77 |
| The Standard Register Company | The Standard Register Company | 1087711 | $373.93 | 12/31/2014 | 1031466601 | 11/17/2014 | $205.70 |
| The Standard Register Company | The Standard Register Company | 1086589 | $1,512.94 | 12/31/2014 | 6020407201 | 11/11/2014 | $1,311.00 |
| The Standard Register Company | The Standard Register Company | 1096633 | $2,132.85 | 2/18/2015 | 1031681801 | 12/23/2014 | $396.95 |
| The Standard Register Company | The Standard Register Company | 1088295 | $3,266.51 | 1/7/2015 | 3013211201 | 11/18/2014 | $195.82 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 6020499001 | 1/6/2015 | $301.02 |
| The Standard Register Company | The Standard Register Company | 1095904 | $547.10 | 2/11/2015 | 3013322301 | 12/19/2014 | $365.34 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013324201 | 12/29/2014 | $363.08 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013325001 | 12/29/2014 | $784.65 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013332401 | 12/31/2014 | $523.46 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013348301 | 1/20/2015 | $649.57 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013351001 | 1/8/2015 | $1,864.50 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013364901 | 1/8/2015 | $943.46 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013408101 | 1/23/2015 | $214.64 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013409201 | 1/23/2015 | $1,637.10 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013423501 | 1/28/2015 | $361.99 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013425501 | 1/30/2015 | $623.08 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 312340 | 12/24/2014 | $648.08 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 312949 | 1/20/2015 | $390.21 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013315801 | 12/22/2014 | $292.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21663 | $457.40 | 12/30/2014 | 20-230313-01 | 11/24/2014 | $457.40 |
| The Standard Register Company | The Standard Register Company | 22359 | $8,073.63 | 1/16/2015 | 20-231187-01 | 12/15/2014 | $7,288.06 |
| The Standard Register Company | The Standard Register Company | 22359 | $8,073.63 | 1/16/2015 | 20-230759-01 | 12/11/2014 | $785.57 |
| The Standard Register Company | The Standard Register Company | 22290 | $4,029.89 | 1/14/2015 | 311942 | 12/10/2014 | $4,029.89 |
| The Standard Register Company | The Standard Register Company | 22262 | $6,964.27 | 1/13/2015 | 20-230770-01 | 12/8/2014 | $6,964.27 |
| The Standard Register Company | The Standard Register Company | 22165 | $5,019.68 | 1/8/2015 | 20-231078-01 | 12/12/2014 | $5,019.68 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 40903422 | 12/31/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 21896 | $938.39 | 12/31/2014 | 20-230320-01 | 11/25/2014 | $938.39 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 40903430 | 1/30/2015 | $100.00 |
| The Standard Register Company | The Standard Register Company | 21429 | $1,384.84 | 12/19/2014 | 20-229756-01 | 11/17/2014 | $1,384.84 |
| The Standard Register Company | The Standard Register Company | 21240 | $4,378.74 | 12/16/2014 | 20-229233-01 | 11/10/2014 | $4,378.74 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 6020550201 | 1/30/2015 | $962.48 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 6020543201 | 1/23/2015 | $815.99 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 6020502301 | 1/13/2015 | $1,545.00 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013306101 | 12/29/2014 | $598.88 |
| The Standard Register Company | The Standard Register Company | 22099 | $733.00 | 1/6/2015 | 20-230814-01 | 12/3/2014 | $733.00 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 20-233682-01 | 1/28/2015 | $412.23 |
| The Standard Register Company | The Standard Register Company | 1096633 | $2,132.85 | 2/18/2015 | 3013233301 | 11/26/2014 | $1,884.13 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031424601 | 1/2/2015 | $283.03 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031424801 | 1/2/2015 | $286.12 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031723301 | 1/6/2015 | $469.56 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031732101 | 12/24/2014 | $200.28 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031735401 | 12/29/2014 | $390.93 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031747701 | 12/31/2014 | $1,010.97 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031778101 | 1/9/2015 | $133.57 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031820501 | 1/15/2015 | $306.84 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031869001 | 1/21/2015 | $649.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031900201 | 1/28/2015 | $738.05 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031903901 | 1/27/2015 | $234.73 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 1031923101 | 1/29/2015 | $207.78 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 3013316001 | 12/22/2014 | $300.99 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023213301 | 12/29/2014 | $454.70 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023382801 | 1/29/2015 | $523.14 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023330501 | 1/21/2015 | $906.29 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023322801 | 1/19/2015 | $263.86 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023314701 | 1/19/2015 | $390.71 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023250001 | 1/7/2015 | $492.32 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 20-233494-01 | 1/23/2015 | $637.70 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023213701 | 12/29/2014 | $548.64 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 20-233555-01 | 1/23/2015 | $421.18 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023213201 | 1/6/2015 | $1,185.75 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023206601 | 12/29/2014 | $553.03 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023198801 | 12/29/2014 | $554.11 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 20-233918-01 | 1/30/2015 | $549.72 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 20-233799-01 | 1/30/2015 | $404.02 |
| The Standard Register Company | The Standard Register Company | 22898 | $1,769.88 | 2/3/2015 | 20-231923-01 | 12/30/2014 | $1,769.88 |
| The Standard Register Company | The Standard Register Company | 1099710 | $26,309.40 | 3/10/2015 | 2023249501 | 1/8/2015 | $289.97 |

**Totals:** 37 transfer(s), $95,972.24