

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Zanec, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090201 | $58,240.00 | 1/26/2015 | SRC0312014 | 12/1/2014 | $58,240.00 |
| The Standard Register Company | The Standard Register Company | 1083821 | $58,240.00 | 12/15/2014 | SRC0302014 | 11/1/2014 | $58,240.00 |
| The Standard Register Company | The Standard Register Company | 1082339 | $58,240.00 | 12/15/2014 | SRC0282014 | 10/1/2014 | $58,240.00 |
| Totals: | | 3 transfer(s), | $174,720.00 | | | | |

Zanec, Inc. (SRCZAN001)  
Bankruptcy Case: SRC Liquidation Company  
May 3, 2016

Exhibit A

P. 1