<p>



2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Special Service Partners Corporation** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085098 | $1,240.97 | 12/17/2014 | 158412 | 11/6/2014 | $900.68 |
| The Standard Register Company | The Standard Register Company | 1088219 | $731.30 | 1/6/2015 | 158876 | 11/18/2014 | $311.65 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160996 | 1/22/2015 | $743.28 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 161031 | 1/22/2015 | $639.35 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 161033 | 1/22/2015 | $230.65 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 161037 | 1/22/2015 | $612.52 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 161085 | 1/23/2015 | $1,546.20 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 90549 | 1/16/2015 | $300.81 |
| The Standard Register Company | The Standard Register Company | 1097651 | $1,631.12 | 3/3/2015 | 161493 | 2/5/2015 | $1,741.87 |
| The Standard Register Company | The Standard Register Company | 1084708 | $7,244.68 | 12/16/2014 | 158331 | 11/4/2014 | $1,065.92 |
| The Standard Register Company | The Standard Register Company | 1084708 | $7,244.68 | 12/16/2014 | 158333 | 11/4/2014 | $359.05 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160929 | 1/20/2015 | $91.56 |
| The Standard Register Company | The Standard Register Company | 1084708 | $7,244.68 | 12/16/2014 | 158379 | 11/5/2014 | $357.88 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160928 | 1/20/2015 | $132.84 |
| The Standard Register Company | The Standard Register Company | 1085098 | $1,240.97 | 12/17/2014 | 158433 | 11/6/2014 | $274.69 |
| The Standard Register Company | The Standard Register Company | 1085098 | $1,240.97 | 12/17/2014 | 158434 | 11/6/2014 | $156.59 |
| The Standard Register Company | The Standard Register Company | 1085481 | $300.39 | 12/22/2014 | 158489 | 11/7/2014 | $323.00 |
| The Standard Register Company | The Standard Register Company | 1086083 | $1,331.29 | 12/30/2014 | 158564 | 11/10/2014 | $1,431.50 |
| The Standard Register Company | The Standard Register Company | 1086528 | $3,525.61 | 12/30/2014 | 158631 | 11/12/2014 | $628.94 |
| The Standard Register Company | The Standard Register Company | 1086528 | $3,525.61 | 12/30/2014 | 158632 | 11/12/2014 | $625.23 |
| The Standard Register Company | The Standard Register Company | 1086528 | $3,525.61 | 12/30/2014 | 158633 | 11/12/2014 | $937.84 |
| The Standard Register Company | The Standard Register Company | 1086528 | $3,525.61 | 12/30/2014 | 158634 | 11/12/2014 | $1,563.07 |
| The Standard Register Company | The Standard Register Company | 1087603 | $2,555.68 | 12/30/2014 | 158719 | 11/13/2014 | $967.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087603 | $2,555.68 | 12/30/2014 | 158811 | 11/17/2014 | $1,472.00 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572571 | 2/9/2015 | $469.70 |
| The Standard Register Company | The Standard Register Company | 1084708 | $7,244.68 | 12/16/2014 | 158339 | 11/4/2014 | $6,003.00 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572627 | 2/10/2015 | $1,521.29 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572596 | 2/9/2015 | $626.25 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572631 | 2/6/2015 | $19,928.00 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572641 | 2/6/2015 | $6,884.00 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572830 | 2/5/2015 | $1,462.52 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572831 | 2/5/2015 | $278.23 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 160603 | 1/12/2015 | $2,202.60 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 160606 | 1/12/2015 | $900.68 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 160616 | 1/12/2015 | $2,234.50 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 160617 | 1/12/2015 | $206.54 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572381 | 2/9/2015 | $862.87 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160930 | 1/20/2015 | $50.28 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572585 | 2/10/2015 | $418.33 |
| The Standard Register Company | The Standard Register Company | 1088219 | $731.30 | 1/6/2015 | 158877 | 11/18/2014 | $467.37 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572686 | 2/10/2015 | $286.44 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572753 | 2/10/2015 | $2,055.99 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572861 | 2/10/2015 | $200.30 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572862 | 2/10/2015 | $848.80 |
| The Standard Register Company | The Standard Register Company | 1096796 | $1,504.60 | 2/18/2015 | 161664 | 2/11/2015 | $1,617.85 |
| The Standard Register Company | The Standard Register Company | 1096797 | $483.37 | 2/18/2015 | 160653 | 1/13/2015 | $518.34 |
| The Standard Register Company | The Standard Register Company | 1097170 | $4,265.06 | 2/24/2015 | 573295 | 2/16/2015 | $1,613.95 |
| The Standard Register Company | The Standard Register Company | 1097170 | $4,265.06 | 2/24/2015 | 573296 | 2/16/2015 | $2,736.18 |
| The Standard Register Company | The Standard Register Company | 1097382 | $8,526.73 | 3/3/2015 | 573212 | 2/12/2015 | $8,700.75 |
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160894 | 1/20/2015 | $7,974.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097547 | $11,916.19 | 2/27/2015 | 160899 | 1/20/2015 | $219.12 |
| The Standard Register Company | The Standard Register Company | 1096745 | $12,076.85 | 2/18/2015 | 572524 | 2/10/2015 | $1,199.31 |
| The Standard Register Company | The Standard Register Company | 1096320 | $6,651.26 | 2/13/2015 | 161494 | 2/5/2015 | $1,446.36 |
| The Standard Register Company | The Standard Register Company | 1087603 | $2,555.68 | 12/30/2014 | 158821 | 11/17/2014 | $306.02 |
| The Standard Register Company | The Standard Register Company | 1092886 | $27,426.40 | 1/30/2015 | 459233 | 11/26/2014 | $13,325.00 |
| The Standard Register Company | The Standard Register Company | 1094590 | $5,052.79 | 2/11/2015 | 159007 | 11/20/2014 | $982.50 |
| The Standard Register Company | The Standard Register Company | 1094590 | $5,052.79 | 2/11/2015 | 159008 | 11/20/2014 | $3,916.50 |
| The Standard Register Company | The Standard Register Company | 1094590 | $5,052.79 | 2/11/2015 | 159086 | 11/21/2014 | $523.68 |
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160233 | 12/29/2014 | $77.20 |
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160255 | 12/29/2014 | $3,035.18 |
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160259 | 12/29/2014 | $2,431.80 |
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160322 | 12/29/2014 | $274.50 |
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160323 | 12/29/2014 | $260.35 |
| The Standard Register Company | The Standard Register Company | 1092886 | $27,426.40 | 1/30/2015 | 159235 | 11/26/2014 | $1,998.40 |
| The Standard Register Company | The Standard Register Company | 1095855 | $300.77 | 2/19/2015 | 1073197UD | 9/22/2014 | $300.77 |
| The Standard Register Company | The Standard Register Company | 1092886 | $27,426.40 | 1/30/2015 | 159186 | 11/25/2014 | $4,548.00 |
| The Standard Register Company | The Standard Register Company | 1096320 | $6,651.26 | 2/13/2015 | 161495 | 2/5/2015 | $1,088.00 |
| The Standard Register Company | The Standard Register Company | 1096320 | $6,651.26 | 2/13/2015 | 161522 | 2/6/2015 | $451.82 |
| The Standard Register Company | The Standard Register Company | 1096320 | $6,651.26 | 2/13/2015 | 161523 | 2/6/2015 | $323.61 |
| The Standard Register Company | The Standard Register Company | 1096320 | $6,651.26 | 2/13/2015 | 161524 | 2/6/2015 | $3,813.95 |
| The Standard Register Company | The Standard Register Company | 1096321 | $4,707.33 | 2/13/2015 | 160497 | 1/8/2015 | $618.54 |
| The Standard Register Company | The Standard Register Company | 1096321 | $4,707.33 | 2/13/2015 | 160517 | 1/8/2015 | $426.24 |
| The Standard Register Company | The Standard Register Company | 1096321 | $4,707.33 | 2/13/2015 | 160552 | 1/9/2015 | $3,997.13 |
| The Standard Register Company | The Standard Register Company | 1096642 | $1,907.46 | 2/13/2015 | 161521 | 2/6/2015 | $2,040.18 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572489 | 2/6/2015 | $1,230.00 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572506 | 2/9/2015 | $1,908.76 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572516 | 2/6/2015 | $3,961.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095531 | $7,384.23 | 2/9/2015 | 160340 | 12/29/2014 | $1,305.20 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159673 | 12/11/2014 | $1,472.00 |
| The Standard Register Company | The Standard Register Company | 1089505 | $870.47 | 1/6/2015 | 159155 | 11/25/2014 | $932.90 |
| The Standard Register Company | The Standard Register Company | 1090305 | $1,763.28 | 1/13/2015 | 157081 | 9/30/2014 | $1,896.00 |
| The Standard Register Company | The Standard Register Company | 1091718 | $207.66 | 1/27/2015 | 89429 | 12/3/2014 | $222.26 |
| The Standard Register Company | The Standard Register Company | 1091808 | $1,426.68 | 2/5/2015 | 158879 | 11/18/2014 | $1,453.05 |
| The Standard Register Company | The Standard Register Company | 1092147 | $1,425.79 | 2/4/2015 | 159798 | 12/15/2014 | $1,604.00 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159489 | 12/5/2014 | $1,881.41 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159582 | 12/8/2014 | $2,326.20 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159583 | 12/9/2014 | $772.40 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159635 | 12/10/2014 | $20,194.20 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159668 | 12/11/2014 | $834.00 |
| The Standard Register Company | The Standard Register Company | 1092886 | $27,426.40 | 1/30/2015 | 159273 | 11/26/2014 | $5,950.50 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159671 | 12/11/2014 | $2,110.49 |
| The Standard Register Company | The Standard Register Company | 1096644 | $34,461.90 | 2/13/2015 | 572551 | 2/6/2015 | $287.89 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159874 | 12/16/2014 | $1,065.76 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159984 | 12/18/2014 | $334.12 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159985 | 12/18/2014 | $334.12 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160007 | 12/18/2014 | $372.15 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160139 | 12/22/2014 | $1,800.80 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160140 | 12/22/2014 | $966.60 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160189 | 12/23/2014 | $857.70 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160213 | 12/23/2014 | $603.60 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 160214 | 12/23/2014 | $187.05 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 90008 | 12/18/2014 | $298.65 |
| The Standard Register Company | The Standard Register Company | 1092886 | $27,426.40 | 1/30/2015 | 159144 | 11/25/2014 | $3,658.60 |
| The Standard Register Company | The Standard Register Company | 1092151 | $34,650.45 | 1/27/2015 | 159669 | 12/11/2014 | $834.00 |

**Totals:**     **28 transfer(s),**     **$185,570.31**