

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **Reg Oklahoma Acquisition, LLC dba SSI Technologies** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010383 | $783.86 | 2/12/2015 | 25208 | 1/13/2015 | $799.46 |
| The Standard Register Company | The Standard Register Company | 7009270 | $87,847.20 | 12/22/2014 | 24910 | 11/21/2014 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7009368 | $75,621.80 | 12/26/2014 | 24956 | 11/26/2014 | $77,165.10 |
| The Standard Register Company | The Standard Register Company | 7009744 | $5,760.21 | 1/12/2015 | 25066 | 12/12/2014 | $2,940.56 |
| The Standard Register Company | The Standard Register Company | 7009744 | $5,760.21 | 1/12/2015 | 25067 | 12/12/2014 | $2,937.20 |
| The Standard Register Company | The Standard Register Company | 7009816 | $87,847.20 | 1/15/2015 | 25077 | 12/16/2014 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7009825 | $5,732.76 | 1/16/2015 | 25104 | 12/17/2014 | $2,924.88 |
| The Standard Register Company | The Standard Register Company | 7009825 | $5,732.76 | 1/16/2015 | 25105 | 12/17/2014 | $2,924.88 |
| The Standard Register Company | The Standard Register Company | 7009170 | $87,847.20 | 12/15/2014 | 24876 | 11/14/2014 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7010320 | $71,792.85 | 2/9/2015 | 25187 | 1/9/2015 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7010653 | $153,421.56 | 3/2/2015 | 25296 | 1/30/2015 | $73,259.25 |
| The Standard Register Company | The Standard Register Company | 7010422 | $88,664.89 | 2/16/2015 | 25220 | 1/16/2015 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7010422 | $88,664.89 | 2/16/2015 | 25222 | 1/16/2015 | $833.89 |
| The Standard Register Company | The Standard Register Company | 7010481 | $2,872.42 | 2/19/2015 | 25235 | 1/20/2015 | $2,931.04 |
| The Standard Register Company | The Standard Register Company | 7010525 | $87,847.20 | 2/23/2015 | 25259 | 1/23/2015 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7010653 | $153,421.56 | 3/2/2015 | 24999 | 12/3/2014 | $2,127.90 |
| The Standard Register Company | The Standard Register Company | 7010653 | $153,421.56 | 3/2/2015 | 25109 | 12/18/2014 | $89,640.00 |
| The Standard Register Company | The Standard Register Company | 7010653 | $153,421.56 | 3/2/2015 | 25287 | 1/29/2015 | $2,915.36 |
| The Standard Register Company | The Standard Register Company | 7010653 | $153,421.56 | 3/2/2015 | 25289 | 1/29/2015 | $2,936.64 |
| The Standard Register Company | The Standard Register Company | 7010082 | $87,847.20 | 1/30/2015 | 25152 | 12/31/2014 | $89,640.00 |

Totals:    13 transfer(s),    $843,886.35