**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Sweda Company, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471883 | 11/26/2014 | $86.31 |
| The Standard Register Company | The Standard Register Company | 1092900 | $1,270.43 | 2/2/2015 | 1475197 | 12/8/2014 | $336.56 |
| The Standard Register Company | The Standard Register Company | 1089521 | $2,177.86 | 1/7/2015 | 1471027 | 11/25/2014 | $669.50 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471768 | 11/26/2014 | $177.16 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471769 | 11/26/2014 | $177.16 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471771 | 11/26/2014 | $780.25 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471772 | 11/26/2014 | $598.00 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471774 | 11/26/2014 | $296.19 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471775 | 11/26/2014 | $28.49 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471776 | 11/26/2014 | $176.15 |
| The Standard Register Company | The Standard Register Company | 1089521 | $2,177.86 | 1/7/2015 | 1470774 | 11/24/2014 | $298.00 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471882 | 11/26/2014 | $85.43 |
| The Standard Register Company | The Standard Register Company | 1089521 | $2,177.86 | 1/7/2015 | 1470319 | 11/24/2014 | $573.61 |
| The Standard Register Company | The Standard Register Company | 1090856 | $2,102.93 | 1/20/2015 | 1472084 | 12/1/2014 | $162.31 |
| The Standard Register Company | The Standard Register Company | 1090856 | $2,102.93 | 1/20/2015 | 1472085 | 12/1/2014 | $1,924.56 |
| The Standard Register Company | The Standard Register Company | 1090856 | $2,102.93 | 1/20/2015 | 1472992 | 12/1/2014 | $16.06 |
| The Standard Register Company | The Standard Register Company | 1091735 | $333.92 | 1/27/2015 | 1473582 | 12/3/2014 | $333.92 |
| The Standard Register Company | The Standard Register Company | 1092100 | $22,267.75 | 1/27/2015 | 1473734 | 12/4/2014 | $269.70 |
| The Standard Register Company | The Standard Register Company | 1092100 | $22,267.75 | 1/27/2015 | 1473735 | 12/4/2014 | $21,998.05 |
| The Standard Register Company | The Standard Register Company | 1092456 | $247.54 | 1/29/2015 | 1474175 | 12/5/2014 | $247.54 |
| The Standard Register Company | The Standard Register Company | 1092900 | $1,270.43 | 2/2/2015 | 1474763 | 12/8/2014 | $232.38 |
| The Standard Register Company | The Standard Register Company | 1084721 | $3,000.77 | 12/17/2014 | 1463316 | 11/4/2014 | $233.00 |
| The Standard Register Company | The Standard Register Company | 1089919 | $2,725.06 | 1/9/2015 | 1471777 | 11/26/2014 | $319.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1467280 | 11/14/2014 | $396.32 |
| The Standard Register Company | The Standard Register Company | 1084721 | $3,000.77 | 12/17/2014 | 1463504 | 11/4/2014 | $257.37 |
| The Standard Register Company | The Standard Register Company | 1084721 | $3,000.77 | 12/17/2014 | 1463946 | 11/5/2014 | $2,510.40 |
| The Standard Register Company | The Standard Register Company | 1085108 | $302.19 | 12/18/2014 | 1464122 | 11/6/2014 | $302.19 |
| The Standard Register Company | The Standard Register Company | 1085493 | $2,011.17 | 12/22/2014 | 1464907 | 11/7/2014 | $1,412.67 |
| The Standard Register Company | The Standard Register Company | 1085493 | $2,011.17 | 12/22/2014 | 1464911 | 11/7/2014 | $598.50 |
| The Standard Register Company | The Standard Register Company | 1086101 | $13,474.94 | 12/29/2014 | 1465284 | 11/10/2014 | $13,158.00 |
| The Standard Register Company | The Standard Register Company | 1086101 | $13,474.94 | 12/29/2014 | 1465690 | 11/10/2014 | $316.94 |
| The Standard Register Company | The Standard Register Company | 1086544 | $1,398.80 | 12/29/2014 | 1466005 | 11/11/2014 | $1,398.80 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1465880 | 11/14/2014 | $159.67 |
| The Standard Register Company | The Standard Register Company | 1089521 | $2,177.86 | 1/7/2015 | 1470854 | 11/24/2014 | $337.00 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1467279 | 11/14/2014 | $186.55 |
| The Standard Register Company | The Standard Register Company | 1092900 | $1,270.43 | 2/2/2015 | 1475198 | 12/8/2014 | $403.53 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1467862 | 11/17/2014 | $299.75 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1468005 | 11/17/2014 | $233.87 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1468006 | 11/17/2014 | $811.25 |
| The Standard Register Company | The Standard Register Company | 1088241 | $1,025.05 | 1/5/2015 | 1468354 | 11/18/2014 | $228.58 |
| The Standard Register Company | The Standard Register Company | 1088241 | $1,025.05 | 1/5/2015 | 1469035 | 11/19/2014 | $473.50 |
| The Standard Register Company | The Standard Register Company | 1088241 | $1,025.05 | 1/5/2015 | 1469642 | 11/19/2014 | $322.97 |
| The Standard Register Company | The Standard Register Company | 1088887 | $172.53 | 1/5/2015 | 1469640 | 11/20/2014 | $85.16 |
| The Standard Register Company | The Standard Register Company | 1088887 | $172.53 | 1/5/2015 | 1470271 | 11/21/2014 | $87.37 |
| The Standard Register Company | The Standard Register Company | 1089521 | $2,177.86 | 1/7/2015 | 1468990 | 11/19/2014 | $299.75 |
| The Standard Register Company | The Standard Register Company | 1087625 | $16,068.83 | 12/30/2014 | 1467218 | 11/13/2014 | $13,981.42 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1483320 | 1/8/2015 | $1,197.00 |
| The Standard Register Company | The Standard Register Company | 1092900 | $1,270.43 | 2/2/2015 | 1475196 | 12/8/2014 | $297.96 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1477416 | 12/12/2014 | $128.50 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1480660 | 12/24/2014 | $143.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1480696 | 12/24/2014 | $191.41 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1480711 | 12/24/2014 | $219.62 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1480715 | 12/24/2014 | $3,656.40 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1481697 | 12/30/2014 | $87.31 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1481932 | 12/31/2014 | $193.05 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1482250 | 1/5/2015 | $446.15 |
| The Standard Register Company | The Standard Register Company | 1096207 | $1,130.19 | 2/12/2015 | 1480173 | 12/22/2014 | $1,130.19 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1483315 | 1/8/2015 | $299.00 |
| The Standard Register Company | The Standard Register Company | 1095871 | $439.00 | 2/10/2015 | 1479532 | 12/19/2014 | $439.00 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1483676 | 1/8/2015 | $212.85 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1483992 | 1/9/2015 | $298.00 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1483993 | 1/9/2015 | $899.25 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1484135 | 1/9/2015 | $2,270.65 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1484229 | 1/12/2015 | $1,078.00 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1485012 | 1/13/2015 | $655.50 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1485015 | 1/13/2015 | $499.91 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1485130 | 1/13/2015 | $1,354.14 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1485131 | 1/13/2015 | $85.76 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1482254 | 1/5/2015 | $172.85 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1477103 | 12/12/2014 | $1,149.60 |
| The Standard Register Company | The Standard Register Company | 1093317 | $492.54 | 2/3/2015 | 1475601 | 12/9/2014 | $85.38 |
| The Standard Register Company | The Standard Register Company | 1093317 | $492.54 | 2/3/2015 | 1475602 | 12/9/2014 | $85.11 |
| The Standard Register Company | The Standard Register Company | 1093317 | $492.54 | 2/3/2015 | 1475606 | 12/9/2014 | $322.05 |
| The Standard Register Company | The Standard Register Company | 1093679 | $3,001.64 | 2/5/2015 | 1476029 | 12/10/2014 | $339.00 |
| The Standard Register Company | The Standard Register Company | 1093679 | $3,001.64 | 2/5/2015 | 1476358 | 12/10/2014 | $418.41 |
| The Standard Register Company | The Standard Register Company | 1093679 | $3,001.64 | 2/5/2015 | 1476359 | 12/10/2014 | $2,244.23 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1476389 | 12/11/2014 | $290.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1476794 | 12/11/2014 | $160.39 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1476796 | 12/11/2014 | $897.00 |
| The Standard Register Company | The Standard Register Company | 1096591 | $186.50 | 2/17/2015 | 1480496 | 12/23/2014 | $186.50 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1476832 | 12/11/2014 | $159.09 |
| The Standard Register Company | The Standard Register Company | 1096783 | $14,919.11 | 2/18/2015 | 1485134 | 1/13/2015 | $980.06 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1477209 | 12/12/2014 | $80.75 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1477214 | 12/11/2014 | $381.45 |
| The Standard Register Company | The Standard Register Company | 1094601 | $1,267.41 | 2/6/2015 | 1477920 | 12/15/2014 | $1,267.41 |
| The Standard Register Company | The Standard Register Company | 1094907 | $208.50 | 2/9/2015 | 1478201 | 12/16/2014 | $208.50 |
| The Standard Register Company | The Standard Register Company | 1095440 | $1,967.06 | 2/9/2015 | 1478632 | 12/17/2014 | $378.00 |
| The Standard Register Company | The Standard Register Company | 1095440 | $1,967.06 | 2/9/2015 | 1478838 | 12/17/2014 | $193.85 |
| The Standard Register Company | The Standard Register Company | 1095440 | $1,967.06 | 2/9/2015 | 1478840 | 12/17/2014 | $228.47 |
| The Standard Register Company | The Standard Register Company | 1095440 | $1,967.06 | 2/9/2015 | 1478929 | 12/18/2014 | $427.14 |
| The Standard Register Company | The Standard Register Company | 1095440 | $1,967.06 | 2/9/2015 | 1478955 | 12/18/2014 | $739.60 |
| The Standard Register Company | The Standard Register Company | 1094189 | $4,214.53 | 2/5/2015 | 1476797 | 12/11/2014 | $1,096.25 |

**Totals:**     **25 transfer(s),     $96,406.25**