

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** SYNNEX Corporation
**Bankruptcy Case:** SRC Liquidation Company
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893817 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 1086104 | $3,323.16 | 12/26/2014 | 67398144 | 11/10/2014 | $1,213.08 |
| The Standard Register Company | The Standard Register Company | 1085109 | $422.05 | 12/16/2014 | 66985659 | 11/6/2014 | $422.05 |
| The Standard Register Company | The Standard Register Company | 101030 | $46,872.64 | 3/11/2015 | 69977117 | 2/17/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101030 | $46,872.64 | 3/11/2015 | 69976487 | 2/17/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101030 | $46,872.64 | 3/11/2015 | 69976353 | 2/17/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101030 | $46,872.64 | 3/11/2015 | 69976314 | 2/17/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69820937 | 2/9/2015 | $476.27 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893842 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 1087629 | $2,124.17 | 12/30/2014 | 67492144 | 11/13/2014 | $764.58 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893796 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893766 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893754 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893692 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69893674 | 2/12/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101004 | $23,912.59 | 3/10/2015 | 69868826 | 2/11/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 101030 | $46,872.64 | 3/11/2015 | 69976261 | 2/17/2015 | $35,154.48 |
| The Standard Register Company | The Standard Register Company | 1092541 | $6,117.88 | 1/29/2015 | 68934684 | 12/23/2014 | $1,946.77 |
| The Standard Register Company | The Standard Register Company | 1100069 | $15,730.80 | 3/10/2015 | 69686830 | 2/3/2015 | $2,242.50 |
| The Standard Register Company | The Standard Register Company | 1100069 | $15,730.80 | 3/10/2015 | 69686829 | 2/3/2015 | $5,284.22 |
| The Standard Register Company | The Standard Register Company | 1100069 | $15,730.80 | 3/10/2015 | 69686375 | 2/3/2015 | $2,481.04 |
| The Standard Register Company | The Standard Register Company | 1100069 | $15,730.80 | 3/10/2015 | 69682262 | 2/3/2015 | $2,793.50 |
| The Standard Register Company | The Standard Register Company | 1099585 | $2,411.66 | 3/10/2015 | 69578588 | 1/28/2015 | $1,172.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099585 | $2,411.66 | 3/10/2015 | 69421938 | 1/28/2015 | $1,396.75 |
| The Standard Register Company | The Standard Register Company | 1086104 | $3,323.16 | 12/26/2014 | 67398264 | 11/10/2014 | $2,110.08 |
| The Standard Register Company | The Standard Register Company | 1096280 | $46.40 | 2/13/2015 | 68916672 | 12/22/2014 | $46.40 |
| The Standard Register Company | The Standard Register Company | 1087629 | $2,124.17 | 12/30/2014 | 67492143 | 11/13/2014 | $315.18 |
| The Standard Register Company | The Standard Register Company | 1092541 | $6,117.88 | 1/29/2015 | 68737447 | 12/16/2014 | $51.84 |
| The Standard Register Company | The Standard Register Company | 1092541 | $6,117.88 | 1/29/2015 | 68504460 | 12/11/2014 | $1,661.58 |
| The Standard Register Company | The Standard Register Company | 1092541 | $6,117.88 | 1/29/2015 | 68340722 | 12/8/2014 | $62.32 |
| The Standard Register Company | The Standard Register Company | 1092541 | $6,117.88 | 1/29/2015 | 68340721 | 12/8/2014 | $2,441.77 |
| The Standard Register Company | The Standard Register Company | 1087629 | $2,124.17 | 12/30/2014 | 67492204 | 11/13/2014 | $729.23 |
| The Standard Register Company | The Standard Register Company | 1087629 | $2,124.17 | 12/30/2014 | 67492183 | 11/13/2014 | $315.18 |
| The Standard Register Company | The Standard Register Company | 1100069 | $15,730.80 | 3/10/2015 | 69868825 | 2/11/2015 | $2,929.54 |
| The Standard Register Company | The Standard Register Company | 1097006 | $4,394.31 | 2/23/2015 | 69097238 | 1/5/2015 | $4,394.31 |

**Totals:** 10 transfer(s), $105,355.66