

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **T & B Promos, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 100952 | $7,777.50 | 1/28/2015 | JGLM14177A | 8/19/2014 | $7,777.50 |
| The Standard Register Company | The Standard Register Company | 100936 | $10,500.00 | 1/20/2015 | JGLM15003 | 1/15/2015 | $10,500.00 |
| The Standard Register Company | The Standard Register Company | 100929 | $16,927.92 | 1/16/2015 | JGLM14180A | 8/21/2014 | $16,927.92 |
| The Standard Register Company | The Standard Register Company | 100923 | $7,500.00 | 1/13/2015 | JGLM14061A | 4/8/2014 | $7,500.00 |
| The Standard Register Company | The Standard Register Company | 100916 | $12,225.00 | 1/7/2015 | JGLM14160A | 8/4/2014 | $12,225.00 |
| The Standard Register Company | The Standard Register Company | 100915 | $340.92 | 1/6/2015 | JGLM14244 | 11/14/2014 | $340.92 |
| The Standard Register Company | The Standard Register Company | 100900 | $86,982.50 | 12/17/2014 | JGLM14196A | 9/20/2014 | $65,300.00 |
| The Standard Register Company | The Standard Register Company | 100900 | $86,982.50 | 12/17/2014 | JGLM14182 | 8/22/2014 | $7,335.00 |
| The Standard Register Company | The Standard Register Company | 100900 | $86,982.50 | 12/17/2014 | JGLM14156A | 7/29/2014 | $11,787.50 |
| The Standard Register Company | The Standard Register Company | 100900 | $86,982.50 | 12/17/2014 | DT092514 | 8/21/2014 | $2,560.00 |

Totals:    7 transfer(s),    $142,253.84