

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | | |

Defendant: **Technicote, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21593 | $19,580.77 | 12/23/2014 | 1010000570 | 12/4/2014 | $1,090.04 |
| The Standard Register Company | The Standard Register Company | 21358 | $29,267.70 | 12/16/2014 | 1030000067 | 11/12/2014 | $8,994.38 |
| The Standard Register Company | The Standard Register Company | 21358 | $29,267.70 | 12/16/2014 | 1030000235 | 12/7/2014 | $20,273.32 |
| The Standard Register Company | The Standard Register Company | 21425 | $236.17 | 12/17/2014 | 1020000675 | 11/30/2014 | $236.17 |
| The Standard Register Company | The Standard Register Company | 21454 | $14,058.57 | 12/18/2014 | 1020000507 | 11/24/2014 | $9,896.59 |
| The Standard Register Company | The Standard Register Company | 21454 | $14,058.57 | 12/18/2014 | 1020000626 | 11/30/2014 | $2,704.33 |
| The Standard Register Company | The Standard Register Company | 21454 | $14,058.57 | 12/18/2014 | 1020000636 | 11/30/2014 | $1,457.65 |
| The Standard Register Company | The Standard Register Company | 1084725 | $3,578.81 | 12/15/2014 | 10000044 | 11/20/2014 | $2,295.01 |
| The Standard Register Company | The Standard Register Company | 21593 | $19,580.77 | 12/23/2014 | 1010000568 | 12/4/2014 | $15,996.02 |
| The Standard Register Company | The Standard Register Company | 1099694 | $1,543.69 | 3/10/2015 | 1010002076 | 2/16/2015 | $549.89 |
| The Standard Register Company | The Standard Register Company | 21593 | $19,580.77 | 12/23/2014 | 1020000824 | 12/4/2014 | $2,494.71 |
| The Standard Register Company | The Standard Register Company | 21658 | $22,337.59 | 12/24/2014 | 1020000865 | 12/7/2014 | $3,755.19 |
| The Standard Register Company | The Standard Register Company | 21658 | $22,337.59 | 12/24/2014 | 1020000881 | 12/7/2014 | $1,500.58 |
| The Standard Register Company | The Standard Register Company | 21658 | $22,337.59 | 12/24/2014 | 1030000292 | 12/14/2014 | $17,081.82 |
| The Standard Register Company | The Standard Register Company | 21689 | $14,597.36 | 12/26/2014 | 1010000648 | 12/8/2014 | $7,632.80 |
| The Standard Register Company | The Standard Register Company | 21689 | $14,597.36 | 12/26/2014 | 1020000905 | 12/8/2014 | $5,838.30 |
| The Standard Register Company | The Standard Register Company | 21476 | $963.06 | 12/19/2014 | 1010000505 | 12/2/2014 | $963.06 |
| The Standard Register Company | The Standard Register Company | 1097207 | $19,767.47 | 2/24/2015 | 1030001045 | 2/4/2015 | $383.76 |
| The Standard Register Company | The Standard Register Company | 1084725 | $3,578.81 | 12/15/2014 | 1020000394 | 11/19/2014 | $1,356.36 |
| The Standard Register Company | The Standard Register Company | 1086106 | $2,189.35 | 12/24/2014 | 1010000400 | 11/25/2014 | $2,233.69 |
| The Standard Register Company | The Standard Register Company | 1088248 | $3,224.95 | 12/31/2014 | 1010000548 | 12/3/2014 | $3,289.26 |
| The Standard Register Company | The Standard Register Company | 1096592 | $7,585.06 | 2/12/2015 | 1010001203 | 1/7/2015 | $7,738.63 |
| The Standard Register Company | The Standard Register Company | 1097039 | $1,090.03 | 2/19/2015 | 1010000938 | 12/21/2014 | $1,016.01 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097039 | $1,090.03 | 2/19/2015 | 1020002326 | 1/31/2015 | $96.27 |
| The Standard Register Company | The Standard Register Company | 21235 | $2,711.71 | 12/12/2014 | 1020000604 | 11/25/2014 | $2,711.71 |
| The Standard Register Company | The Standard Register Company | 1097207 | $19,767.47 | 2/24/2015 | 1030001043 | 2/4/2015 | $18,963.12 |
| The Standard Register Company | The Standard Register Company | 1099694 | $1,543.69 | 3/10/2015 | 1020002771 | 2/16/2015 | $1,024.08 |
| The Standard Register Company | The Standard Register Company | 1097338 | $5,542.33 | 2/24/2015 | 1020002482 | 2/5/2015 | $5,655.44 |
| The Standard Register Company | The Standard Register Company | 1097647 | $16,924.46 | 2/27/2015 | 1030001101 | 2/9/2015 | $17,239.26 |
| The Standard Register Company | The Standard Register Company | 1098858 | $5,063.39 | 3/3/2015 | 1010001968 | 2/10/2015 | $5,166.72 |
| The Standard Register Company | The Standard Register Company | 1099233 | $510.88 | 3/6/2015 | 1010002032 | 2/13/2015 | $682.38 |
| The Standard Register Company | The Standard Register Company | 1099233 | $510.88 | 3/6/2015 | 1020002504 | 2/8/2015 | $733.20 |
| The Standard Register Company | The Standard Register Company | 1099233 | $510.88 | 3/6/2015 | 1020002546 | 2/9/2015 | $1,303.38 |
| The Standard Register Company | The Standard Register Company | 21888 | $3,350.28 | 12/30/2014 | 1020001048 | 12/10/2014 | $2,225.08 |
| The Standard Register Company | The Standard Register Company | 1097207 | $19,767.47 | 2/24/2015 | 1010001817 | 2/4/2015 | $823.68 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1010001450 | 1/18/2015 | $5,459.63 |
| The Standard Register Company | The Standard Register Company | 21689 | $14,597.36 | 12/26/2014 | 1020000932 | 12/8/2014 | $1,126.26 |
| The Standard Register Company | The Standard Register Company | 22765 | $2,287.29 | 1/29/2015 | 1020001678 | 1/11/2015 | $2,053.91 |
| The Standard Register Company | The Standard Register Company | 22765 | $2,287.29 | 1/29/2015 | 1030000729 | 1/11/2015 | $182.33 |
| The Standard Register Company | The Standard Register Company | 22810 | $28,381.37 | 2/2/2015 | 1010001302 | 1/12/2015 | $28,107.34 |
| The Standard Register Company | The Standard Register Company | 22810 | $28,381.37 | 2/2/2015 | 1010001329 | 1/12/2015 | $274.03 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1010001436 | 1/18/2015 | $4,829.23 |
| The Standard Register Company | The Standard Register Company | 22751 | $324.71 | 1/27/2015 | 1030000711 | 1/8/2015 | $324.71 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1010001442 | 1/18/2015 | $460.08 |
| The Standard Register Company | The Standard Register Company | 22717 | $2,089.56 | 1/26/2015 | 1020001579 | 1/7/2015 | $2,089.56 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1020001858 | 1/18/2015 | $499.82 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1020001881 | 1/18/2015 | $17,244.37 |
| The Standard Register Company | The Standard Register Company | 23151 | $1,350.56 | 2/10/2015 | 1020001919 | 1/19/2015 | $1,350.56 |
| The Standard Register Company | The Standard Register Company | 23230 | $13,648.31 | 2/12/2015 | 1010001586 | 1/22/2015 | $359.78 |
| The Standard Register Company | The Standard Register Company | 23230 | $13,648.31 | 2/12/2015 | 1010001599 | 1/25/2015 | $11,561.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23230 | $13,648.31 | 2/12/2015 | 1020002063 | 1/22/2015 | $347.88 |
| The Standard Register Company | The Standard Register Company | 23230 | $13,648.31 | 2/12/2015 | 1030000880 | 1/22/2015 | $1,379.59 |
| The Standard Register Company | The Standard Register Company | 22989 | $28,987.62 | 2/5/2015 | 1010001438 | 1/18/2015 | $887.99 |
| The Standard Register Company | The Standard Register Company | 22374 | $6,015.60 | 1/15/2015 | 1020001434 | 12/29/2014 | $726.48 |
| The Standard Register Company | The Standard Register Company | 23390 | $17,239.26 | 2/23/2015 | 1030000815 | 1/19/2015 | $17,239.26 |
| The Standard Register Company | The Standard Register Company | 22084 | $31,140.81 | 1/6/2015 | 1020001121 | 12/15/2014 | $12,627.35 |
| The Standard Register Company | The Standard Register Company | 22084 | $31,140.81 | 1/6/2015 | 1020001257 | 12/18/2014 | $1,274.20 |
| The Standard Register Company | The Standard Register Company | 22084 | $31,140.81 | 1/6/2015 | 1030000220 | 12/3/2014 | $17,239.26 |
| The Standard Register Company | The Standard Register Company | 22192 | $27,609.82 | 1/8/2015 | 1010000953 | 12/22/2014 | $24,380.50 |
| The Standard Register Company | The Standard Register Company | 22192 | $27,609.82 | 1/8/2015 | 1020001258 | 12/18/2014 | $3,229.32 |
| The Standard Register Company | The Standard Register Company | 22765 | $2,287.29 | 1/29/2015 | 1010001285 | 1/11/2015 | $165.89 |
| The Standard Register Company | The Standard Register Company | 22374 | $6,015.60 | 1/15/2015 | 1010001200 | 1/7/2014 | $2,111.46 |
| The Standard Register Company | The Standard Register Company | 21888 | $3,350.28 | 12/30/2014 | 1010000719 | 12/10/2014 | $1,125.20 |
| The Standard Register Company | The Standard Register Company | 22422 | $1,502.93 | 1/20/2015 | 1020001486 | 12/30/2014 | $1,502.93 |
| The Standard Register Company | The Standard Register Company | 22506 | $37,355.14 | 1/21/2015 | 1030000689 | 1/7/2015 | $17,081.82 |
| The Standard Register Company | The Standard Register Company | 22506 | $37,355.14 | 1/21/2015 | 1030000713 | 1/8/2015 | $20,273.32 |
| The Standard Register Company | The Standard Register Company | 22529 | $7,891.21 | 1/23/2015 | 1010001150 | 1/5/2015 | $5,636.12 |
| The Standard Register Company | The Standard Register Company | 22529 | $7,891.21 | 1/23/2015 | 1010001159 | 1/5/2015 | $543.49 |
| The Standard Register Company | The Standard Register Company | 22529 | $7,891.21 | 1/23/2015 | 1020001524 | 1/5/2015 | $1,711.60 |
| The Standard Register Company | The Standard Register Company | 22583 | $174.65 | 1/26/2015 | 1020001552 | 1/6/2015 | $174.65 |
| The Standard Register Company | The Standard Register Company | 22374 | $6,015.60 | 1/15/2015 | 1010001060 | 12/29/2014 | $3,177.66 |

**Totals:**   35 transfer(s),   $380,122.47