

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Thermo-Graphic, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45813 | 12/19/2014 | $79.32 |
| The Standard Register Company | The Standard Register Company | 1083749 | $1,349.00 | 12/15/2014 | 45723 | 10/31/2014 | $1,116.42 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 12441 | 12/15/2014 | $8,384.48 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45546 | 8/7/2014 | $745.00 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45795 | 12/9/2014 | $123.64 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45797R | 12/15/2014 | $8,735.40 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45798 | 12/15/2014 | $703.56 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45799 | 12/15/2014 | $164.02 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45800 | 12/15/2014 | $46.65 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45802 | 12/15/2014 | $4,230.00 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45804 | 12/15/2014 | $315.00 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45805 | 12/15/2014 | $4,526.69 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45807 | 12/19/2014 | $6,567.26 |
| The Standard Register Company | The Standard Register Company | 1093326 | $11,666.92 | 2/3/2015 | 45793 | 12/9/2014 | $7,800.65 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45810 | 12/19/2014 | $170.80 |
| The Standard Register Company | The Standard Register Company | 1090860 | $33,439.23 | 1/20/2015 | 12455 | 12/1/2014 | $35,827.44 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45815 | 12/19/2014 | $144.78 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45817 | 12/31/2014 | $2,640.00 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45831 | 12/31/2014 | $2,421.60 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45797 | 12/15/2014 | $9,522.00 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45834 | 1/19/2015 | $175.79 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45835 | 1/19/2015 | $313.31 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45836 | 1/19/2015 | $97.65 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45837 | 1/19/2015 | $1,630.70 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45838 | 1/19/2015 | $750.99 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45839 | 1/19/2015 | $4,345.14 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45840 | 1/19/2015 | $343.99 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45841 | 1/19/2015 | $75.21 |
| The Standard Register Company | The Standard Register Company | 1097111 | $7,659.48 | 2/24/2015 | 45842 | 1/19/2015 | $322.35 |
| The Standard Register Company | The Standard Register Company | 1094280 | $37,766.36 | 2/6/2015 | 45809 | 12/19/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45759 | 11/21/2014 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1083749 | $1,349.00 | 12/15/2014 | 45725 | 10/31/2014 | $91.50 |
| The Standard Register Company | The Standard Register Company | 1083749 | $1,349.00 | 12/15/2014 | 45726 | 10/31/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45737 | 11/13/2014 | $354.30 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45742 | 11/13/2014 | $6,859.18 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45745 | 11/17/2014 | $1,855.38 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45746 | 11/17/2014 | $22.88 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45747 | 11/17/2014 | $1,594.25 |
| The Standard Register Company | The Standard Register Company | 1087639 | $10,550.39 | 12/30/2014 | 45748 | 11/17/2014 | $629.96 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 112394 | 11/21/2014 | $123.64 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45753 | 11/20/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45755 | 11/20/2014 | $1,829.53 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45756 | 11/21/2014 | $2,658.99 |
| The Standard Register Company | The Standard Register Company | 1093326 | $11,666.92 | 2/3/2015 | 45794 | 12/9/2014 | $4,744.42 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45758 | 11/21/2014 | $110.50 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45850 | 1/26/2015 | $217.81 |
| The Standard Register Company | The Standard Register Company | 1089531 | $39,575.01 | 1/6/2015 | 12452 | 11/25/2014 | $13,169.20 |
| The Standard Register Company | The Standard Register Company | 1089531 | $39,575.01 | 1/6/2015 | 12453 | 11/25/2014 | $24,915.00 |
| The Standard Register Company | The Standard Register Company | 1089531 | $39,575.01 | 1/6/2015 | 45752 | 11/20/2014 | $3,762.00 |
| The Standard Register Company | The Standard Register Company | 1089531 | $39,575.01 | 1/6/2015 | 45766 | 11/25/2014 | $655.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45776 | 11/28/2014 | $13.02 |
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45777 | 11/28/2014 | $64.46 |
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45778 | 11/28/2014 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45779 | 11/28/2014 | $19.73 |
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45780 | 11/28/2014 | $64.46 |
| The Standard Register Company | The Standard Register Company | 1090144 | $203.16 | 1/9/2015 | 45784 | 11/28/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090173 | $448,836.43 | 1/9/2015 | 12441A | 11/24/2014 | $297,475.60 |
| The Standard Register Company | The Standard Register Company | 1090173 | $448,836.43 | 1/9/2015 | 45744 | 11/17/2014 | $151,360.83 |
| The Standard Register Company | The Standard Register Company | 1090311 | $947.38 | 1/13/2015 | 45781 | 11/28/2014 | $1,018.68 |
| The Standard Register Company | The Standard Register Company | 1088901 | $4,919.01 | 1/5/2015 | 45757 | 11/21/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46029 | 2/12/2015 | $163.79 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 46012 | 2/12/2015 | $81.40 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 46013 | 2/12/2015 | $59.40 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 46014 | 2/12/2015 | $59.40 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 46015 | 2/12/2015 | $59.40 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 46016 | 2/12/2015 | $59.40 |
| The Standard Register Company | The Standard Register Company | 1097652 | $10,244.70 | 2/27/2015 | 12606 | 2/20/2015 | $712.50 |
| The Standard Register Company | The Standard Register Company | 1097652 | $10,244.70 | 2/27/2015 | 45816 | 12/19/2014 | $9,594.22 |
| The Standard Register Company | The Standard Register Company | 1097652 | $10,244.70 | 2/27/2015 | 45894 | 1/30/2015 | $450.00 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 45910 | 1/30/2015 | $141.89 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 45911 | 1/30/2015 | $125.90 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46017 | 2/12/2015 | $447.72 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46023 | 2/12/2015 | $307.65 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45843 | 1/22/2015 | $49.40 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46028 | 2/12/2015 | $641.62 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45925 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46030 | 2/12/2015 | $334.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 45853 | 1/26/2015 | $301.73 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 45856 | 1/26/2015 | $349.68 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46042 | 2/19/2015 | $285.00 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46043 | 2/19/2015 | $307.29 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46054 | 2/19/2015 | $425.56 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46055 | 2/19/2015 | $605.55 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46056 | 2/19/2015 | $392.44 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46057 | 2/19/2015 | $472.48 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46058 | 2/19/2015 | $417.57 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46059 | 2/19/2015 | $780.04 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46060 | 2/19/2015 | $1,018.24 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | 46070 | 2/20/2015 | $380.79 |
| The Standard Register Company | The Standard Register Company | 1100072 | $2,391.16 | 3/10/2015 | 46024 | 2/12/2015 | $325.70 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45912 | 1/30/2015 | $437.59 |
| The Standard Register Company | The Standard Register Company | 7010773 | $224,237.98 | 3/9/2015 | CKRQ030915 | 3/9/2015 | $218,818.66 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45851 | 1/26/2015 | $229.80 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45852 | 1/26/2015 | $257.77 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45854 | 1/26/2015 | $313.72 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45855 | 1/26/2015 | $317.71 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45857 | 1/26/2015 | $373.66 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45858 | 1/26/2015 | $385.64 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45875 | 1/30/2015 | $305.72 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45886 | 1/30/2015 | $617.41 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45889 | 1/30/2015 | $669.06 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45890 | 1/30/2015 | $204.26 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45892 | 1/30/2015 | $1,567.50 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45893 | 1/30/2015 | $483.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45927 | 2/4/2015 | $472.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45918 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45848 | 1/26/2015 | $109,536.15 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45924 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45923 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45922 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45921 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45899 | 1/31/2015 | $9,938.88 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45919 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45905 | 1/30/2015 | $277.75 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45917 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45916 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45915 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45914 | 1/30/2015 | $219.84 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45913 | 1/30/2015 | $373.66 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45926 | 2/4/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097432 | $121,661.69 | 2/24/2015 | 45920 | 2/4/2015 | $30.00 |

**Totals:** 15 transfer(s), $955,447.90