

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Uline, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62658167 | 10/27/2014 | $112.28 |
| The Standard Register Company | The Standard Register Company | 1090497 | $1,109.80 | 1/14/2015 | 62809928 | 10/31/2014 | $531.79 |
| The Standard Register Company | The Standard Register Company | 1090497 | $1,109.80 | 1/14/2015 | 62809927 | 10/31/2014 | $474.01 |
| The Standard Register Company | The Standard Register Company | 1090150 | $79.63 | 1/9/2015 | 62731643 | 10/29/2014 | $203.63 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62721670 | 10/28/2014 | $14.18 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62721651 | 10/28/2014 | $14.18 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62721618 | 10/28/2014 | $14.18 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62721209 | 10/28/2014 | $1,292.75 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62712833 | 10/28/2014 | $39.50 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62706762 | 10/28/2014 | $1,467.40 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62498703 | 10/20/2014 | $246.31 |
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62693428 | 10/28/2014 | $53.42 |
| The Standard Register Company | The Standard Register Company | 1091749 | $4,320.35 | 1/27/2015 | 62847795 | 11/3/2014 | $2,172.10 |
| The Standard Register Company | The Standard Register Company | 1089549 | $930.00 | 1/7/2015 | 62044207 | 10/1/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62604222 | 10/23/2014 | $76.05 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62568773 | 10/22/2014 | $960.00 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62555754 | 10/22/2014 | $108.06 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62552630 | 10/22/2014 | $779.50 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62552629 | 10/22/2014 | $843.64 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62551985 | 10/22/2014 | $133.20 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62551483 | 10/22/2014 | $132.78 |
| The Standard Register Company | The Standard Register Company | 1088912 | $3,267.82 | 1/5/2015 | 62535695 | 10/21/2014 | $234.59 |
| The Standard Register Company | The Standard Register Company | 1083761 | $320.62 | 12/15/2014 | 61865606 | 9/25/2014 | $124.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089936 | $3,109.39 | 1/9/2015 | 62704935 | 10/28/2014 | $101.50 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62938327 | 11/6/2014 | $372.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63007426 | 11/10/2014 | $262.40 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63007418 | 11/10/2014 | $230.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63007409 | 11/10/2014 | $92.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63000944 | 11/7/2014 | $216.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62987945 | 11/7/2014 | $95.26 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62986076 | 11/7/2014 | $424.80 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62978121 | 11/7/2014 | $96.12 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62949381 | 11/6/2014 | $74.49 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62947095 | 11/6/2014 | $40.60 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62944875 | 11/6/2014 | $377.08 |
| The Standard Register Company | The Standard Register Company | 1090497 | $1,109.80 | 1/14/2015 | 62812290 | 10/31/2014 | $104.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62938332 | 11/6/2014 | $776.40 |
| The Standard Register Company | The Standard Register Company | 1091749 | $4,320.35 | 1/27/2015 | 62847690 | 11/3/2014 | $228.71 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62930515 | 11/5/2014 | $391.62 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62929154 | 11/5/2014 | $1,834.40 |
| The Standard Register Company | The Standard Register Company | 1092117 | $1,668.44 | 1/27/2015 | 62891822 | 11/4/2014 | $943.74 |
| The Standard Register Company | The Standard Register Company | 1092117 | $1,668.44 | 1/27/2015 | 62751387 | 10/29/2014 | $47.70 |
| The Standard Register Company | The Standard Register Company | 1092117 | $1,668.44 | 1/27/2015 | 62726981 | 10/29/2014 | $280.00 |
| The Standard Register Company | The Standard Register Company | 1092117 | $1,668.44 | 1/27/2015 | 62703630 | 10/28/2014 | $76.50 |
| The Standard Register Company | The Standard Register Company | 1092117 | $1,668.44 | 1/27/2015 | 62566231 | 10/22/2014 | $320.50 |
| The Standard Register Company | The Standard Register Company | 1091749 | $4,320.35 | 1/27/2015 | 62852985 | 11/3/2014 | $119.54 |
| The Standard Register Company | The Standard Register Company | 1091749 | $4,320.35 | 1/27/2015 | 62847920 | 11/3/2014 | $1,800.00 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62497965 | 10/20/2014 | $78.52 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 62940746 | 11/6/2014 | $166.04 |
| The Standard Register Company | The Standard Register Company | 1085124 | $161.13 | 12/19/2014 | 62164211 | 10/7/2014 | $87.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086123 | $2,314.90 | 12/30/2014 | 62185519 | 10/7/2014 | $176.40 |
| The Standard Register Company | The Standard Register Company | 1086123 | $2,314.90 | 12/30/2014 | 62159664 | 10/7/2014 | $2,014.50 |
| The Standard Register Company | The Standard Register Company | 1086123 | $2,314.90 | 12/30/2014 | 61895606 | 9/25/2014 | $124.00 |
| The Standard Register Company | The Standard Register Company | 1085608 | $374.78 | 12/23/2014 | 62282681 | 10/10/2014 | $300.60 |
| The Standard Register Company | The Standard Register Company | 1085608 | $374.78 | 12/23/2014 | 62276924 | 10/10/2014 | $74.18 |
| The Standard Register Company | The Standard Register Company | 1085505 | $2,783.69 | 12/23/2014 | 62249741 | 10/9/2014 | $389.25 |
| The Standard Register Company | The Standard Register Company | 1085505 | $2,783.69 | 12/23/2014 | 62248201 | 10/9/2014 | $946.00 |
| The Standard Register Company | The Standard Register Company | 1085505 | $2,783.69 | 12/23/2014 | 62209252 | 10/8/2014 | $76.05 |
| The Standard Register Company | The Standard Register Company | 1085505 | $2,783.69 | 12/23/2014 | 62207751 | 10/8/2014 | $1,271.16 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 63259370 | 11/18/2014 | $165.71 |
| The Standard Register Company | The Standard Register Company | 1085124 | $161.13 | 12/19/2014 | 62185048 | 10/7/2014 | $73.57 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62307068 | 10/13/2014 | $16.72 |
| The Standard Register Company | The Standard Register Company | 1084744 | $1,002.68 | 12/29/2014 | 62152498 | 10/6/2014 | $307.16 |
| The Standard Register Company | The Standard Register Company | 1084744 | $1,002.68 | 12/29/2014 | 62142478 | 10/6/2014 | $695.52 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62106016 | 10/3/2014 | $69.08 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62091310 | 10/3/2014 | $141.50 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62079450 | 10/2/2014 | $211.84 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62079338 | 10/2/2014 | $140.36 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62079242 | 10/2/2014 | $635.58 |
| The Standard Register Company | The Standard Register Company | 1083946 | $1,221.04 | 12/16/2014 | 62068697 | 10/2/2014 | $22.68 |
| The Standard Register Company | The Standard Register Company | 1083761 | $320.62 | 12/15/2014 | 62024501 | 10/1/2014 | $169.94 |
| The Standard Register Company | The Standard Register Company | 1083761 | $320.62 | 12/15/2014 | 62024163 | 10/1/2014 | $26.68 |
| The Standard Register Company | The Standard Register Company | 1085505 | $2,783.69 | 12/23/2014 | 62202695 | 10/8/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62369736 | 10/15/2014 | $44.00 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62497110 | 10/20/2014 | $423.00 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62478957 | 10/20/2014 | $386.10 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62478479 | 10/20/2014 | $1,300.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62474662 | 10/20/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 1088266 | $3,266.71 | 1/5/2015 | 62412030 | 10/20/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62449462 | 10/17/2014 | $124.12 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62434093 | 10/16/2014 | $499.76 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62426221 | 10/16/2014 | $38.76 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62422997 | 10/16/2014 | $4,441.57 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62386332 | 10/15/2014 | $107.24 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62297393 | 10/13/2014 | $96.14 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62373604 | 10/15/2014 | $73.08 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62304919 | 10/13/2014 | $122.13 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62356158 | 10/14/2014 | $747.33 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62355608 | 10/14/2014 | $89.02 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62353551 | 10/14/2014 | $101.73 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62349661 | 10/14/2014 | $324.25 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62349436 | 10/14/2014 | $53.62 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62320322 | 10/13/2014 | $109.58 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62312574 | 10/13/2014 | $1,064.00 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62308020 | 10/13/2014 | $133.50 |
| The Standard Register Company | The Standard Register Company | 1086561 | $1,595.93 | 12/31/2014 | 62307134 | 10/13/2014 | $53.86 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63015588 | 11/10/2014 | $550.50 |
| The Standard Register Company | The Standard Register Company | 1087665 | $7,132.58 | 12/31/2014 | 62376031 | 10/15/2014 | $488.10 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63658142 | 12/4/2014 | $336.85 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63787093 | 12/10/2014 | $828.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63779276 | 12/9/2014 | $762.54 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63766340 | 12/9/2014 | $52.07 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63762605 | 12/9/2014 | $187.06 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63739025 | 12/8/2014 | $476.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63730295 | 12/8/2014 | $143.85 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63726276 | 12/8/2014 | $22.64 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63684563 | 12/5/2014 | $55.81 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63678260 | 12/5/2014 | $1,023.72 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63010480 | 11/10/2014 | $1,050.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63658162 | 12/4/2014 | $511.80 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63839056 | 12/11/2014 | $29.57 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63640567 | 12/4/2014 | $102.01 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63635157 | 12/4/2014 | $483.64 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63632690 | 12/4/2014 | $720.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63609997 | 12/3/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63606239 | 12/3/2014 | $225.53 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63597956 | 12/3/2014 | $1,422.03 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63594657 | 12/3/2014 | $97.50 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63588445 | 12/3/2014 | $111.09 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63573595 | 12/2/2014 | $43.15 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63525948 | 12/1/2014 | $115.78 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63673899 | 12/5/2014 | $76.17 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63972825 | 12/16/2014 | $1,867.90 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64037762 | 12/18/2014 | $225.25 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64036960 | 12/18/2014 | $204.12 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64035812 | 12/18/2014 | $289.13 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64034824 | 12/18/2014 | $192.42 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64029481 | 12/18/2014 | $48.77 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64029008 | 12/18/2014 | $1,032.10 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 64025363 | 12/18/2014 | $194.40 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63986656 | 12/17/2014 | $321.65 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63984345 | 12/17/2014 | $128.25 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63981338 | 12/17/2014 | $89.68 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63790493 | 12/10/2014 | $528.12 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63975448 | 12/17/2014 | $1,366.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63817968 | 12/10/2014 | $1,523.98 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63951535 | 12/16/2014 | $26.55 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63940163 | 12/16/2014 | $56.12 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63935408 | 12/16/2014 | $3,240.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63931764 | 12/15/2014 | $1,913.04 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63896210 | 12/15/2014 | $422.28 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63893983 | 12/15/2014 | $430.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63881203 | 12/12/2014 | $34.32 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63879158 | 12/12/2014 | $1,177.40 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63872582 | 12/12/2014 | $29.57 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63472513 | 11/26/2014 | $2,131.44 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63980340 | 12/17/2014 | $2,344.37 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63075138 | 11/11/2014 | $6,450.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63508136 | 12/1/2014 | $20.39 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63204308 | 11/17/2014 | $125.63 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63197997 | 11/17/2014 | $132.80 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63163830 | 11/14/2014 | $75.36 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63161509 | 11/14/2014 | $560.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63152432 | 11/13/2014 | $88.25 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63146196 | 11/13/2014 | $80.50 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63126137 | 11/13/2014 | $119.19 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63122002 | 11/13/2014 | $1,120.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63118682 | 11/12/2014 | $107.71 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63274028 | 11/19/2014 | $31.42 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63113928 | 11/12/2014 | $840.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63313859 | 11/20/2014 | $97.87 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63062749 | 11/11/2014 | $460.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63062683 | 11/11/2014 | $891.72 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63060788 | 11/11/2014 | $2,610.80 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63049310 | 11/11/2014 | $98.52 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63037063 | 11/10/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63033273 | 11/14/2014 | $1,926.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63025517 | 11/10/2014 | $273.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63018670 | 11/10/2014 | $362.88 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63018175 | 11/10/2014 | $64.86 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 83893996 | 12/15/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63113929 | 11/12/2014 | $560.00 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63214401 | 11/17/2014 | $738.80 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63010482 | 11/10/2014 | $1,316.00 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63469497 | 11/26/2014 | $130.59 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63461593 | 11/26/2014 | $220.18 |
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63431316 | 11/25/2014 | $33.42 |
| The Standard Register Company | The Standard Register Company | 1096828 | $6,157.15 | 2/20/2015 | 63629629 | 12/4/2014 | $6,157.15 |
| The Standard Register Company | The Standard Register Company | 1096766 | $949.20 | 2/20/2015 | 63555270 | 12/2/2014 | $456.00 |
| The Standard Register Company | The Standard Register Company | 1096766 | $949.20 | 2/20/2015 | 63502513 | 12/1/2014 | $493.20 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63356537 | 11/21/2014 | $581.00 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63323987 | 11/20/2014 | $1,096.40 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63249321 | 11/18/2014 | $540.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63214025 | 11/17/2014 | $31.44 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63237303 | 11/18/2014 | $273.16 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097178 | $28,723.00 | 2/24/2015 | 63480015 | 11/28/2014 | $179.13 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63195622 | 11/17/2014 | $321.00 |
| The Standard Register Company | The Standard Register Company | 1093687 | $2,780.00 | 2/6/2015 | 63009677 | 11/10/2014 | $1,460.00 |
| The Standard Register Company | The Standard Register Company | 1093687 | $2,780.00 | 2/6/2015 | 62875052 | 11/4/2014 | $1,320.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63402062 | 11/24/2014 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63394769 | 11/24/2014 | $132.12 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63379125 | 11/24/2014 | $853.08 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63376628 | 11/24/2014 | $1,770.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63347581 | 11/21/2014 | $490.00 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63322184 | 11/20/2014 | $53.02 |
| The Standard Register Company | The Standard Register Company | 1092136 | $26,973.43 | 2/2/2015 | 63316968 | 11/20/2014 | $80.44 |
| The Standard Register Company | The Standard Register Company | 1096608 | $4,342.36 | 2/18/2015 | 63247071 | 11/18/2014 | $792.00 |

Totals:   23 transfer(s),   $104,584.63