

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **United Envelope, LLC**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009703 | $1,620.25 | 1/8/2015 | 291637 | 9/29/2014 | $217.25 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175473 | 11/26/2014 | $799.13 |
| The Standard Register Company | The Standard Register Company | 7010077 | $954.00 | 1/29/2015 | 175502 | 11/25/2014 | $954.00 |
| The Standard Register Company | The Standard Register Company | 7009934 | $1,808.14 | 1/23/2015 | 175425 | 11/20/2014 | $839.94 |
| The Standard Register Company | The Standard Register Company | 7009934 | $1,808.14 | 1/23/2015 | 175422 | 11/20/2014 | $625.10 |
| The Standard Register Company | The Standard Register Company | 7009934 | $1,808.14 | 1/23/2015 | 175418 | 11/20/2014 | $191.38 |
| The Standard Register Company | The Standard Register Company | 7009934 | $1,808.14 | 1/23/2015 | 175417 | 11/20/2014 | $151.72 |
| The Standard Register Company | The Standard Register Company | 7009901 | $5,812.83 | 1/22/2015 | 293027 | 11/19/2014 | $157.83 |
| The Standard Register Company | The Standard Register Company | 7009595 | $5,165.37 | 1/2/2015 | 175260 | 11/10/2014 | $455.37 |
| The Standard Register Company | The Standard Register Company | 7009703 | $1,620.25 | 1/8/2015 | 292832 | 11/14/2014 | $1,403.00 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175476 | 11/26/2014 | $956.60 |
| The Standard Register Company | The Standard Register Company | 7009673 | $424.55 | 1/6/2015 | 175342 | 11/13/2014 | $424.55 |
| The Standard Register Company | The Standard Register Company | 7009640 | $3,985.49 | 1/5/2015 | 292688 | 11/12/2014 | $1,423.00 |
| The Standard Register Company | The Standard Register Company | 7009640 | $3,985.49 | 1/5/2015 | 175311 | 11/12/2014 | $1,297.05 |
| The Standard Register Company | The Standard Register Company | 7009640 | $3,985.49 | 1/5/2015 | 175310 | 11/12/2014 | $151.06 |
| The Standard Register Company | The Standard Register Company | 7009640 | $3,985.49 | 1/5/2015 | 175309 | 11/12/2014 | $305.64 |
| The Standard Register Company | The Standard Register Company | 7009640 | $3,985.49 | 1/5/2015 | 175295 | 11/11/2014 | $808.74 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293378 | 11/28/2014 | $429.16 |
| The Standard Register Company | The Standard Register Company | 7009901 | $5,812.83 | 1/22/2015 | 293010 | 11/19/2014 | $5,655.00 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293367 | 11/28/2014 | $487.30 |
| The Standard Register Company | The Standard Register Company | 7009158 | $1,894.84 | 12/12/2014 | 174966 | 10/22/2014 | $157.55 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293376 | 11/28/2014 | $163.88 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293374 | 11/28/2014 | $874.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293373 | 11/28/2014 | $568.74 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293372 | 11/28/2014 | $630.29 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293371 | 11/28/2014 | $987.40 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293370 | 11/28/2014 | $134.46 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175474 | 11/26/2014 | $540.00 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293368 | 11/28/2014 | $65.09 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175475 | 11/26/2014 | $1,394.25 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293366 | 11/28/2014 | $487.30 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293365 | 11/28/2014 | $708.80 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293364 | 11/28/2014 | $934.00 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293263 | 11/28/2014 | $2,167.20 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 46679 | 11/26/2014 | $265.80 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175522 | 11/26/2014 | $555.77 |
| The Standard Register Company | The Standard Register Company | 7010111 | $5,328.25 | 1/30/2015 | 175494 | 11/26/2014 | $816.70 |
| The Standard Register Company | The Standard Register Company | 7009539 | $3,879.75 | 12/30/2014 | 175253 | 11/7/2014 | $2,165.00 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293369 | 11/28/2014 | $375.75 |
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 175010 | 10/24/2014 | $1,093.50 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292592 | 10/31/2014 | $539.16 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292589 | 10/31/2014 | $74.63 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292455 | 10/29/2014 | $231.50 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 175158 | 10/31/2014 | $303.90 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 175152 | 10/31/2014 | $484.86 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 175129 | 10/31/2014 | $858.23 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 175125 | 10/30/2014 | $492.74 |
| The Standard Register Company | The Standard Register Company | 7009595 | $5,165.37 | 1/2/2015 | 175265 | 11/10/2014 | $4,710.00 |
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 175047 | 10/24/2014 | $714.60 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292595 | 10/31/2014 | $402.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 175009 | 10/23/2014 | $872.50 |
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 174988 | 10/23/2014 | $463.53 |
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 174983 | 10/23/2014 | $1,545.00 |
| The Standard Register Company | The Standard Register Company | 7009215 | $5,041.43 | 12/16/2014 | 174982A | 10/23/2014 | $352.30 |
| The Standard Register Company | The Standard Register Company | 7009158 | $1,894.84 | 12/12/2014 | 292287 | 10/22/2014 | $102.85 |
| The Standard Register Company | The Standard Register Company | 7009158 | $1,894.84 | 12/12/2014 | 292285 | 10/22/2014 | $640.54 |
| The Standard Register Company | The Standard Register Company | 7009158 | $1,894.84 | 12/12/2014 | 292281 | 10/22/2014 | $993.90 |
| The Standard Register Company | The Standard Register Company | 7009351 | $956.60 | 12/23/2014 | 175048 | 10/27/2014 | $956.60 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292605 | 10/31/2014 | $2,283.50 |
| The Standard Register Company | The Standard Register Company | 7009539 | $3,879.75 | 12/30/2014 | 175245 | 11/7/2014 | $762.75 |
| The Standard Register Company | The Standard Register Company | 7009539 | $3,879.75 | 12/30/2014 | 175221 | 11/5/2014 | $952.00 |
| The Standard Register Company | The Standard Register Company | 7009489 | $1,017.40 | 12/29/2014 | 175211 | 11/4/2014 | $769.00 |
| The Standard Register Company | The Standard Register Company | 7009489 | $1,017.40 | 12/29/2014 | 175200 | 11/4/2014 | $248.40 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292615 | 10/31/2014 | $637.51 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292614 | 10/31/2014 | $130.35 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292613 | 10/31/2014 | $236.13 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292593 | 10/31/2014 | $1,042.92 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292611 | 10/31/2014 | $96.08 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292594 | 10/31/2014 | $1,458.00 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292603 | 10/31/2014 | $344.55 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292601 | 10/31/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292600 | 10/31/2014 | $177.16 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292599 | 10/31/2014 | $102.47 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292598 | 10/31/2014 | $94.23 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292597 | 10/31/2014 | $160.89 |
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292596 | 10/31/2014 | $534.16 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293379 | 11/28/2014 | $88.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009416 | $10,886.41 | 12/26/2014 | 292612 | 10/31/2014 | $103.20 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294070 | 12/31/2014 | $142.75 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176026 | 1/6/2015 | $501.69 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176015 | 1/6/2015 | $2,361.00 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 175993 | 1/5/2015 | $785.28 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 175987 | 1/5/2015 | $819.05 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294126 | 12/31/2014 | $278.16 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294077 | 12/31/2014 | $166.58 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294075 | 12/31/2014 | $347.28 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294037 | 12/31/2014 | $131.46 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294073 | 12/31/2014 | $448.00 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176117 | 1/15/2015 | $272.73 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294069 | 12/31/2014 | $325.90 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294068 | 12/31/2014 | $127.63 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294067 | 12/31/2014 | $127.63 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294066 | 12/31/2014 | $142.75 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294065 | 12/31/2014 | $142.75 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294054 | 12/31/2014 | $651.47 |
| The Standard Register Company | The Standard Register Company | 7010158 | $9,266.17 | 2/2/2015 | 293377 | 11/28/2014 | $163.88 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294074 | 12/31/2014 | $206.26 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294258 | 1/12/2015 | $115.45 |
| The Standard Register Company | The Standard Register Company | 7010758 | $9,507.24 | 3/9/2015 | 176264 | 1/22/2015 | $1,318.00 |
| The Standard Register Company | The Standard Register Company | 7010758 | $9,507.24 | 3/9/2015 | 176260 | 1/22/2015 | $614.50 |
| The Standard Register Company | The Standard Register Company | 7010758 | $9,507.24 | 3/9/2015 | 176254 | 1/21/2015 | $4,170.00 |
| The Standard Register Company | The Standard Register Company | 7010758 | $9,507.24 | 3/9/2015 | 176186 | 1/19/2015 | $2,562.00 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294323 | 1/15/2015 | $462.22 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294322 | 1/15/2015 | $167.42 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294316 | 1/15/2015 | $1,450.40 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176100 | 1/14/2015 | $310.20 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294296 | 1/14/2015 | $753.46 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176110 | 1/14/2015 | $609.50 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294237 | 1/12/2015 | $112.75 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294226 | 1/12/2015 | $486.48 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294223 | 1/12/2015 | $181.27 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294214 | 1/12/2015 | $108.09 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176231 | 1/14/2015 | $2,626.25 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176193 | 1/16/2015 | $117.14 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 176133 | 1/16/2015 | $5,970.50 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293979 | 12/29/2014 | $60.56 |
| The Standard Register Company | The Standard Register Company | 7010662 | $18,467.85 | 3/3/2015 | 294314 | 1/15/2015 | $256.97 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175859 | 12/22/2014 | $193.96 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293457 | 12/9/2014 | $1,199.26 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293456 | 12/9/2014 | $96.38 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293428 | 12/9/2014 | $53.45 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293416 | 12/9/2014 | $5,035.50 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175929 | 12/30/2014 | $3,820.00 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175901 | 12/23/2014 | $1,515.00 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175895 | 12/23/2014 | $391.31 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 294038 | 12/31/2014 | $505.66 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175860 | 12/22/2014 | $151.60 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293559 | 12/11/2014 | $214.93 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175712 | 12/12/2014 | $649.43 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175701 | 12/12/2014 | $333.48 |
| The Standard Register Company | The Standard Register Company | 7010263 | $3,330.60 | 2/5/2015 | 175596 | 12/4/2014 | $1,063.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010263 | $3,330.60 | 2/5/2015 | 175588 | 12/4/2014 | $2,267.10 |
| The Standard Register Company | The Standard Register Company | 7010227 | $1,384.38 | 2/4/2015 | 175577 | 12/3/2014 | $546.92 |
| The Standard Register Company | The Standard Register Company | 7010227 | $1,384.38 | 2/4/2015 | 175541 | 12/2/2014 | $656.25 |
| The Standard Register Company | The Standard Register Company | 7010227 | $1,384.38 | 2/4/2015 | 175538 | 12/2/2014 | $181.21 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 175869 | 12/22/2014 | $137.75 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293708 | 12/17/2014 | $411.88 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293978 | 12/29/2014 | $974.31 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293977 | 12/29/2014 | $53.78 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293976 | 12/29/2014 | $138.06 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293975 | 12/29/2014 | $138.50 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293974 | 12/29/2014 | $309.93 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293973 | 12/29/2014 | $117.68 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293972 | 12/29/2014 | $955.48 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293469 | 12/9/2014 | $624.20 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293830 | 12/19/2014 | $4,529.00 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293558 | 12/11/2014 | $4,147.00 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293707 | 12/17/2014 | $166.75 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293678 | 12/16/2014 | $477.05 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293677 | 12/16/2014 | $500.50 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293676 | 12/16/2014 | $230.06 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293612 | 12/15/2014 | $113.13 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293611 | 12/15/2014 | $113.13 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293599 | 12/15/2014 | $127.63 |
| The Standard Register Company | The Standard Register Company | 7010758 | $9,507.24 | 3/9/2015 | 176275 | 1/23/2015 | $842.74 |
| The Standard Register Company | The Standard Register Company | 7010424 | $32,694.76 | 2/16/2015 | 293860 | 12/22/2014 | $969.80 |

Totals: 20 transfer(s), $123,426.31