

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Vana Solutions LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010699 | $106,875.00 | 3/4/2015 | SRC0NEP006 | 12/31/2014 | $21,637.50 |
| The Standard Register Company | The Standard Register Company | 7010699 | $106,875.00 | 3/4/2015 | SRCNFM011 | 12/15/2014 | $55,000.00 |
| The Standard Register Company | The Standard Register Company | 7010699 | $106,875.00 | 3/4/2015 | SRC0NEP005 | 12/15/2014 | $30,237.50 |
| The Standard Register Company | The Standard Register Company | 7009858 | $90,212.50 | 1/21/2015 | SRCNFM010 | 11/12/2014 | $55,000.00 |
| The Standard Register Company | The Standard Register Company | 7009858 | $90,212.50 | 1/21/2015 | SRC0NEP004 | 11/12/2014 | $35,212.50 |

**Totals:    2 transfer(s),    $197,087.50**