

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|---|

Defendant: **Repacorp, Inc. dba Repacorp Label Products**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090828 | $1,355.29 | 1/16/2015 | 141201114 | 12/1/2014 | $496.32 |
| The Standard Register Company | The Standard Register Company | 1089891 | $1,003.31 | 1/8/2015 | 369215 | 11/26/2014 | $222.39 |
| The Standard Register Company | The Standard Register Company | 1089891 | $1,003.31 | 1/8/2015 | N141126044 | 11/26/2014 | $173.89 |
| The Standard Register Company | The Standard Register Company | 1090121 | $2,236.69 | 1/8/2015 | 141110100 | 11/10/2014 | $240.58 |
| The Standard Register Company | The Standard Register Company | 1090121 | $2,236.69 | 1/8/2015 | 141112162 | 11/12/2014 | $222.80 |
| The Standard Register Company | The Standard Register Company | 1090121 | $2,236.69 | 1/8/2015 | 369246 | 11/28/2014 | $1,934.40 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | N141209009 | 12/9/2014 | $58.46 |
| The Standard Register Company | The Standard Register Company | 1090828 | $1,355.29 | 1/16/2015 | 141013008 | 10/13/2014 | $710.60 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | N141125051 | 11/25/2014 | $75.24 |
| The Standard Register Company | The Standard Register Company | 1090828 | $1,355.29 | 1/16/2015 | IN141201069 | 12/1/2014 | $247.04 |
| The Standard Register Company | The Standard Register Company | 1091170 | $107.45 | 1/20/2015 | 141202175 | 12/2/2014 | $113.34 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | 108653 | 12/3/2014 | $379.20 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | 108654 | 12/3/2014 | $7,473.71 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | 108655 | 12/3/2014 | $15,555.06 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | 369279 | 12/3/2014 | $5,723.25 |
| The Standard Register Company | The Standard Register Company | 1090478 | $228.80 | 1/14/2015 | 368904 | 10/31/2014 | $246.02 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | 140910050 | 9/10/2014 | $1,181.22 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 141121073 | 11/21/2014 | $495.28 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 367329 | 7/21/2014 | $2,552.40 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 369153 | 11/20/2014 | $230.00 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 369166 | 11/21/2014 | $3,151.57 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 369167 | 11/21/2014 | $8,109.00 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 369168 | 11/21/2014 | $205.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089891 | $1,003.31 | 1/8/2015 | 369214 | 11/26/2014 | $680.63 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | 108593 | 11/24/2014 | $556.20 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | N141125151 | 11/25/2014 | $658.32 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | 141125110 | 11/25/2014 | $64.03 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | 369171 | 11/24/2014 | $85.55 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | 369172 | 11/24/2014 | $1,366.07 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | N141124063 | 11/24/2014 | $348.27 |
| The Standard Register Company | The Standard Register Company | 1089468 | $4,255.60 | 1/6/2015 | N141124175 | 11/24/2014 | $199.96 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | IN141203085 | 12/3/2014 | $120.20 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 369169 | 11/21/2014 | $201.12 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 108709 | 12/9/2014 | $1,510.74 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | 369280 | 12/3/2014 | $5,723.25 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | 141208163 | 12/8/2014 | $337.58 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | 369346 | 12/8/2014 | $487.00 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | 369347 | 12/8/2014 | $111.83 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | 369348 | 12/8/2014 | $194.28 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | IN141208029 | 12/8/2014 | $92.09 |
| The Standard Register Company | The Standard Register Company | 1092431 | $1,299.48 | 1/28/2015 | IN141205077 | 12/5/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 108708 | 12/9/2014 | $214.20 |
| The Standard Register Company | The Standard Register Company | 1092431 | $1,299.48 | 1/28/2015 | IN141205017 | 12/5/2014 | $579.45 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 141209041 | 12/9/2014 | $1,041.75 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 141209149 | 12/9/2014 | $91.46 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 369356 | 12/9/2014 | $3,281.25 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | IN141209004 | 12/9/2014 | $86.68 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | IN141209074 | 12/9/2014 | $125.97 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 108403 | 11/3/2014 | $1,421.28 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | 108707 | 12/9/2014 | $113.65 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | 108674 | 12/4/2014 | $257.02 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108592 | 11/21/2014 | $276.80 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | IN141203113 | 12/3/2014 | $87.81 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | N141023115 | 10/23/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | N141117073 | 11/17/2014 | $446.88 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | N141121074 | 11/21/2014 | $330.75 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | N141124112 | 11/24/2014 | $156.08 |
| The Standard Register Company | The Standard Register Company | 1092871 | $1,346.27 | 1/30/2015 | 108691 | 12/8/2014 | $205.67 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | 108672 | 12/4/2014 | $13,866.19 |
| The Standard Register Company | The Standard Register Company | 1091688 | $33,741.70 | 1/26/2015 | IN141203009 | 12/3/2014 | $103.24 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | 141204129 | 12/4/2014 | $99.04 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | 369316 | 12/4/2014 | $580.20 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | IN141204174 | 12/4/2014 | $228.75 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | N141204114 | 12/4/2014 | $31.55 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | N141204116 | 12/4/2014 | $39.60 |
| The Standard Register Company | The Standard Register Company | 1092431 | $1,299.48 | 1/28/2015 | IN141205016 | 12/5/2014 | $740.70 |
| The Standard Register Company | The Standard Register Company | 1092081 | $14,599.62 | 1/26/2015 | 108671 | 12/4/2014 | $556.20 |
| The Standard Register Company | The Standard Register Company | 1086064 | $2,870.49 | 12/24/2014 | IN141021123 | 10/21/2014 | $234.72 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 368999 | 11/7/2014 | $349.98 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | IN141107026 | 11/7/2014 | $123.30 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | IN141107027 | 11/7/2014 | $73.98 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | IN141107031 | 11/7/2014 | $217.53 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | IN141107068 | 11/7/2014 | $1,786.40 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | IN141107081 | 11/7/2014 | $739.21 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 369004 | 11/7/2014 | $114.40 |
| The Standard Register Company | The Standard Register Company | 1086064 | $2,870.49 | 12/24/2014 | 141110033 | 11/10/2014 | $1,493.15 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 369003 | 11/7/2014 | $68.64 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086064 | $2,870.49 | 12/24/2014 | IN141022003 | 10/22/2014 | $645.48 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 108622 | 11/26/2014 | $1,725.75 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 141111065 | 11/11/2014 | $330.88 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 141112122 | 11/12/2014 | $184.98 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 368666 | 10/13/2014 | $897.74 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 141120113 | 11/20/2014 | $884.80 |
| The Standard Register Company | The Standard Register Company | 1086064 | $2,870.49 | 12/24/2014 | 108475 | 11/10/2014 | $704.94 |
| The Standard Register Company | The Standard Register Company | 1085081 | $323.41 | 12/16/2014 | 368984 | 11/6/2014 | $237.00 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 141103007 | 11/3/2014 | $324.13 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 141103020 | 11/3/2014 | $80.10 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 141103121 | 11/3/2014 | $198.72 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 368664 | 10/13/2014 | $427.50 |
| The Standard Register Company | The Standard Register Company | 1084186 | $2,523.50 | 12/18/2014 | 368730 | 10/20/2014 | $256.50 |
| The Standard Register Company | The Standard Register Company | 1084686 | $1,235.75 | 12/15/2014 | 141104005 | 11/4/2014 | $579.45 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 369005 | 11/7/2014 | $91.52 |
| The Standard Register Company | The Standard Register Company | 1085081 | $323.41 | 12/16/2014 | 368983 | 11/6/2014 | $45.76 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369022 | 11/11/2014 | $460.46 |
| The Standard Register Company | The Standard Register Company | 1085081 | $323.41 | 12/16/2014 | IN141106130 | 11/6/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 108463 | 11/7/2014 | $225.54 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 108464 | 11/7/2014 | $451.08 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 140926105 | 9/26/2014 | $275.23 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 369001 | 11/7/2014 | $330.00 |
| The Standard Register Company | The Standard Register Company | 1085459 | $4,411.01 | 12/22/2014 | 369002 | 11/7/2014 | $228.80 |
| The Standard Register Company | The Standard Register Company | 1084686 | $1,235.75 | 12/15/2014 | 141104037 | 11/4/2014 | $740.64 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108585 | 11/21/2014 | $2,402.89 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 368673 | 10/14/2014 | $419.45 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | IN141114111 | 11/14/2014 | $710.60 |

Repacorp, Inc. dba Repacorp Label Products (SRCREP003)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                        Exhibit A                                        P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | IN141114114 | 11/14/2014 | $86.68 |
| The Standard Register Company | The Standard Register Company | 1088193 | $2,081.54 | 1/2/2015 | 141118094 | 11/18/2014 | $442.40 |
| The Standard Register Company | The Standard Register Company | 1088193 | $2,081.54 | 1/2/2015 | 141118163 | 11/18/2014 | $130.04 |
| The Standard Register Company | The Standard Register Company | 1088193 | $2,081.54 | 1/2/2015 | 141118164 | 11/18/2014 | $318.70 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | IN141113112 | 11/13/2014 | $110.47 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108575 | 11/20/2014 | $258.09 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 369105 | 11/17/2014 | $290.10 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108586 | 11/21/2014 | $2,493.71 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108587 | 11/21/2014 | $461.34 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108588 | 11/21/2014 | $184.54 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108590 | 11/21/2014 | $1,153.35 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 108591 | 11/21/2014 | $784.28 |
| The Standard Register Company | The Standard Register Company | 1093658 | $4,139.14 | 2/4/2015 | 108714 | 12/10/2014 | $3,432.30 |
| The Standard Register Company | The Standard Register Company | 1088193 | $2,081.54 | 1/2/2015 | 369126 | 11/18/2014 | $1,332.00 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 108499 | 11/13/2014 | $469.96 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369023 | 11/11/2014 | $98.67 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369024 | 11/11/2014 | $65.78 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369025 | 11/11/2014 | $196.00 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369026 | 11/11/2014 | $323.01 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | 369037 | 11/12/2014 | $283.00 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | IN141002055 | 10/2/2014 | $63.04 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | IN141113118 | 11/13/2014 | $73.48 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | IN141020071 | 10/20/2014 | $450.67 |
| The Standard Register Company | The Standard Register Company | 1088832 | $23,018.09 | 1/2/2015 | 141120107 | 11/20/2014 | $774.20 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 108540 | 11/17/2014 | $476.80 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 140916072 | 9/16/2014 | $194.48 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 141010079 | 10/10/2014 | $331.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 141024148 | 10/24/2014 | $84.44 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 141024158 | 10/24/2014 | $123.44 |
| The Standard Register Company | The Standard Register Company | 1087563 | $3,310.66 | 12/30/2014 | 368903 | 10/31/2014 | $597.55 |
| The Standard Register Company | The Standard Register Company | 1086503 | $3,672.24 | 12/26/2014 | IN141010031 | 10/10/2014 | $91.50 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369873 | 1/27/2015 | $164.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369744 | 1/19/2015 | $446.70 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369745 | 1/19/2015 | $446.70 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369746 | 1/19/2015 | $804.06 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369774 | 1/20/2015 | $684.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369822 | 1/22/2015 | $408.15 |
| The Standard Register Company | The Standard Register Company | 1093288 | $6,217.24 | 2/2/2015 | IN141209150 | 12/9/2014 | $120.96 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369841 | 1/23/2015 | $94.02 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369658 | 1/8/2015 | $1,047.96 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369874 | 1/28/2015 | $255.84 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369890 | 1/29/2015 | $2,259.36 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369891 | 1/29/2015 | $2,259.36 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369892 | 1/29/2015 | $2,259.36 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369917 | 1/30/2015 | $1,206.24 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369918 | 1/30/2015 | $64.10 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369840 | 1/23/2015 | $110.58 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369553 | 12/30/2014 | $487.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150120097 | 1/20/2015 | $148.19 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150120098 | 1/20/2015 | $148.19 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150120119 | 1/20/2015 | $468.41 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150120158 | 1/20/2015 | $173.36 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150128160 | 1/28/2015 | $228.13 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 368052 | 8/27/2014 | $982.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369713 | 1/14/2015 | $160.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 368552 | 12/30/2014 | $580.20 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369691 | 1/12/2015 | $160.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369554 | 12/30/2014 | $290.10 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369556 | 12/30/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369638 | 1/6/2015 | $318.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369646 | 1/7/2015 | $3,267.20 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369647 | 1/7/2015 | $245.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369921 | 1/30/2015 | $110.58 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 368291 | 9/12/2014 | $335.49 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150130092 | 1/30/2015 | $236.88 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369919 | 1/30/2015 | $64.10 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150107173 | 1/7/2015 | $333.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150114193 | 1/14/2015 | $339.62 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150116136 | 1/16/2015 | $564.40 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150119112 | 1/19/2015 | $75.24 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150126043 | 1/26/2015 | $46.42 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150106112 | 1/6/2015 | $141.90 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150128171 | 1/28/2015 | $271.83 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150106032 | 1/6/2015 | $742.28 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150130093 | 1/30/2015 | $950.18 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150130105 | 1/30/2015 | $146.02 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150205006 | 2/5/2015 | $840.31 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150205031 | 2/5/2015 | $334.25 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150209027 | 2/9/2015 | $334.80 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150209075 | 2/9/2015 | $564.40 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150126083 | 1/26/2015 | $434.97 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369941 | 1/30/2015 | $931.20 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150115166 | 1/15/2015 | $185.47 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369922 | 1/30/2015 | $846.18 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369935 | 1/30/2015 | $684.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369936 | 1/30/2015 | $275.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369937 | 1/30/2015 | $244.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369938 | 1/30/2015 | $312.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150106156 | 1/6/2015 | $149.80 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369940 | 1/30/2015 | $232.80 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369920 | 1/30/2015 | $64.10 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 370009 | 2/9/2015 | $940.80 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN140829152 | 8/29/2014 | $494.64 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150102014 | 1/2/2015 | $579.45 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150105025 | 1/5/2015 | $117.20 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150105050 | 1/5/2015 | $579.45 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | IN150106003 | 1/6/2015 | $412.96 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 369939 | 1/30/2015 | $312.00 |
| The Standard Register Company | The Standard Register Company | 1095842 | $3,395.45 | 2/9/2015 | 108789 | 12/19/2014 | $587.45 |
| The Standard Register Company | The Standard Register Company | 1096570 | $1,091.64 | 2/13/2015 | 108804 | 12/23/2014 | $859.20 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 369447 | 12/17/2014 | $189.00 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 369448 | 12/17/2014 | $195.00 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 369463 | 12/18/2014 | $194.28 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 369464 | 12/18/2014 | $194.28 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 369465 | 12/18/2014 | $9,040.00 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 108779 | 12/18/2014 | $682.20 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | N141217077 | 12/17/2014 | $727.30 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 108778 | 12/18/2014 | $1,479.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095842 | $3,395.45 | 2/9/2015 | 108790 | 12/19/2014 | $1,776.60 |
| The Standard Register Company | The Standard Register Company | 1095842 | $3,395.45 | 2/9/2015 | 141118100 | 11/18/2014 | $1,202.22 |
| The Standard Register Company | The Standard Register Company | 1095842 | $3,395.45 | 2/9/2015 | N141219126 | 12/19/2014 | $75.24 |
| The Standard Register Company | The Standard Register Company | 1096190 | $2,293.20 | 2/11/2015 | 108795 | 12/22/2014 | $1,363.32 |
| The Standard Register Company | The Standard Register Company | 1096190 | $2,293.20 | 2/11/2015 | 108796 | 12/22/2014 | $692.01 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150119116 | 1/19/2015 | $370.94 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | IN141217054 | 12/17/2014 | $745.50 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | 369405 | 12/12/2014 | $765.65 |
| The Standard Register Company | The Standard Register Company | 1093658 | $4,139.14 | 2/4/2015 | 108715 | 12/10/2014 | $237.69 |
| The Standard Register Company | The Standard Register Company | 1093658 | $4,139.14 | 2/4/2015 | IN141210138 | 12/10/2014 | $564.40 |
| The Standard Register Company | The Standard Register Company | 1093658 | $4,139.14 | 2/4/2015 | IN141210140 | 12/10/2014 | $140.22 |
| The Standard Register Company | The Standard Register Company | 1093658 | $4,139.14 | 2/4/2015 | IN141210142 | 12/10/2014 | $46.42 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | 108728 | 12/11/2014 | $5,191.40 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | 369402 | 12/12/2014 | $2,418.00 |
| The Standard Register Company | The Standard Register Company | 1095405 | $13,168.30 | 2/9/2015 | 108780 | 12/18/2014 | $682.20 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | 369404 | 12/12/2014 | $201.00 |
| The Standard Register Company | The Standard Register Company | 1096570 | $1,091.64 | 2/13/2015 | N141125140 | 11/25/2014 | $314.60 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | IN141211013 | 12/11/2014 | $235.91 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | IN141211069 | 12/11/2014 | $4,138.36 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | IN141212150 | 12/12/2014 | $174.58 |
| The Standard Register Company | The Standard Register Company | 1094572 | $293.82 | 2/4/2015 | IN141215047 | 12/15/2014 | $378.30 |
| The Standard Register Company | The Standard Register Company | 1094572 | $293.82 | 2/4/2015 | N141215097 | 12/15/2014 | $23.72 |
| The Standard Register Company | The Standard Register Company | 1094889 | $970.58 | 2/5/2015 | 141216175 | 12/16/2014 | $1,041.24 |
| The Standard Register Company | The Standard Register Company | 1094153 | $12,489.78 | 2/4/2015 | 369403 | 12/12/2014 | $271.00 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150113050 | 1/13/2015 | $363.38 |
| The Standard Register Company | The Standard Register Company | 1096190 | $2,293.20 | 2/11/2015 | 369484 | 12/22/2014 | $409.54 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109063 | 1/30/2015 | $184.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109095 | 2/5/2015 | $10,668.81 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 141229057 | 12/29/2014 | $429.31 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 141230046 | 12/30/2014 | $9.71 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 141230076 | 12/30/2014 | $142.02 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109061 | 1/30/2015 | $374.80 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150108015 | 1/8/2015 | $92.99 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109054 | 1/30/2015 | $3,556.59 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150113051 | 1/13/2015 | $610.28 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150113064 | 1/13/2015 | $778.82 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150113065 | 1/13/2015 | $772.26 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150113126 | 1/13/2015 | $65.88 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150115152 | 1/15/2015 | $53.64 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | N150113145 | 1/13/2015 | $73.55 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 141231054 | 12/31/2014 | $70.66 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108964 | 1/20/2015 | $407.20 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108810 | 12/24/2014 | $1,363.32 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108831 | 12/30/2014 | $1,153.35 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108857 | 1/6/2015 | $706.40 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108901 | 1/12/2015 | $2,951.95 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108918 | 1/13/2015 | $2,429.48 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108934 | 1/15/2015 | $184.54 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109062 | 1/30/2015 | $922.68 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108963 | 1/20/2015 | $89.40 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 150119020 | 1/19/2015 | $103.24 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108983 | 1/21/2015 | $1,981.65 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109000 | 1/23/2015 | $692.01 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109030 | 1/28/2015 | $469.96 |

Repacorp, Inc. dba Repacorp Label Products (SRCREP003)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016     Exhibit A     P. 10

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109040 | 1/29/2015 | $577.08 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109041 | 1/29/2015 | $124.70 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 109042 | 1/29/2015 | $922.68 |
| The Standard Register Company | The Standard Register Company | 7010809 | $63,932.81 | 3/11/2015 | 108938 | 1/16/2015 | $234.98 |

**Totals:** 29 transfer(s), $211,612.86