## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

June 29, 2016 at 10:30 a.m. (Eastern Time)

July 27, 2016 at 10:00 a.m. (Eastern Time)

August 31, 2016 at 10:00 a.m. (Eastern Time)

*[signature]*

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 6th, 2016**
**Wilmington, Delaware**

52977669.1