## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On May 3, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims [Docket No. 1557]

Dated: May 6, 2016

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2016, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B

Affected Claimants Service List

Served as set forth below

| MML ID | Name | Address | City | State | Zip Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 893483 | Barton, Beth A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 894294 | Bumgarner, Chad T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 897167 | Collins, Billie J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 900276 | Dowdle, Loretta | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 900975 | Eifert, Brenda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 902242 | Feagin, Thomas L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1327496 | FERREIRA, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1293209 | Freeman, Larry D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 903647 | Garbe, Sharon R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 900191 | GLOSSON, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1411088 | Greve, Gregory J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1293197 | Hardin, Kelly T. | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 977810 | Hartness, Ricky Alan | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1349399 | Hartsough, Arlene  E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 906502 | Hooks, Odene M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1285530 | Hucker, Steven A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1071107 | King, Terry S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 980452 | Landis, Harry F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 911129 | Little, James W. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1288397 | Lopez, Ralph Anthony | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1330248 | Merica, Fred | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1271477 | Minton, Charles Keith | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 979060 | PHAM, CHARLES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 913613 | Post, Todd J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 916937 | Sale, Eddie J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 922999 | Sinclair, Sharon L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 980526 | Sprague, Lorie E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 924902 | Summitt, Timothy R. | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 926639 | Thicklin, Christopher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1334861 | Thornburg, Christopher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |

In re SRC Liquidation, LLC, *et al* .

Case No. 15-10541 (BLS)

Exhibit B
Affected Claimants Service List
Served as set forth below

| MML ID | Name | Address | City | State | Zip Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 979841 | Wheeler, Tommy Sean | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 930855 | Woods, Philip T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1293060 | Yawn, Jerry L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |