Date: 4/26/16

From: William Dineen

To: various entities listed in Section 1.

**Subject: response to Debtor's Notice of Objection, case # 15-10541 and documentation for Claim # 2482**

I organized my response into 4 Sections. Section 1 lists the name of the Court, case number, title of the Objection, my name, claim number and the entities that this correspondence will be submitted to. Section 2 contains documentation justifying the late filing. Section 3 contains documentation for the amount of my claim, and Section 4 provides a brief Summary of the keys points made in Section 2 & 3.

**Section 1.**

Name of Court, United States Bankruptcy Court for the District of Delaware

Case Number 15-10541 (BLS)

Title of Objection, SRC LIQUIDATION, LLC's NOTICE OF DEBTOR'S FOURTEENTH (14th) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Claimant, William Dineen

Claim Number 2482, listed on Debtor's Notice of Objection, Exhibit B, Late Claims

This response is being submitted via Certified Mail to:

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3 Floor, Wilmington, Delaware 19801, and

Lowenstein Sandler LLP, 65 Livingston Avenue Roseland, NJ 07068, and

Gerald C. Bender, ESQ. 1251 Avenue of the Americas New York, NY 10020, and

Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801

**Section 2.**

Claim # 2482 was submitted after the bar date because Standard Register's responses to inquiries regarding wages I earned between 1/1/2015 and 2/9/2015 were misleading and inaccurate. From 4/16/15 – 8/23/15 there are a series of written communications from Standard Register stating, (1) my wages were not subject to Chapter 11 limitations for payment, and (2) final payment of wages owed me was being processed. Then, in a complete reversal of their stated intentions, on August 24th 2015, I was advised that Standard Register was not going to pay the wages I earned 1/1/15 thru 2/9/2105 and they recommended that I file a claim in Bankruptcy court.

1

There were 41 email communications between me and Standard Register associates from 3/26/2015 thru 8/26/2015 relative to my earned, but unpaid wages. I have included a subset of those emails, eliminating duplication and redundancy where possible. The remaining communications support my claim and justify the late filing date.

Background Information:

I was employed by Standard Register from the date they acquired WorkflowOne thru February 9th 2015. My title was Account Executive reporting to Mr. Robert Abbonizio, Senior VP of East Sales. On December 11, 2015, I notified Mr. Abbonizio of my intention to retire in the next month. We agreed not to set a final employment date so we could execute a transition plan that benefitted Standard Register's position with the customers I serviced. My last day as a Standard Register employee was 2/9/2105.

As part of the exit interview, Mr. Abbonizio advised me that it is policy for the company to hold the final commission payment until all open transactions were closed, i.e. no unusual order activity, open invoices paid and customer complaints settled. This provision in the compensation policy is the reason I wasn't paid the wages I had earned 1/1/2105 thru 2/9/2015 in the next normal pay period after my separation date.

These next 6 emails document that I was advised, in writing, that the wages I earned between 1/1/15 and 2/9/15 were not subject to Chapter 11 laws.

In the first email, on 3/26/2105, Mr. Abbonizio he reiterates the final payment policy and suggests that my wages were not subject Chapter 11 laws. He recommends that I contact Beth Satalia, Senior Manager, Human Resources, to confirm his assertion.

**Abbonizio, Robert (Bob)** <**Robert.Abbonizio@standardregister.com**>    3/26/15

to me, Beth

Bill:

Per your question on your last commissions, historically, not related the C11, we always hold the last commission check a minimum of 90 days before the final payout ( per the formal written policy) to ensure that all orders have processed and shipped cleanly and any AR issues are resolved. Since the timing of your commission check is well within this period, this has nothing to do with your need to file a claim. Feel free to go down this path if you think this is needed, but from my view, there is no linkage between the two.

The new HR leader for my division in Dayton is Beth Satalia and she would be the best person for you to speak live on this issue if you need further info.

Hope this helps

**Bob Abbonizio**
Senior Vice President- East Sales
Integrated Communications Standard Register

2

I emailed Beth Satalia, Standard Register's Senior Manager of Human Resources, on March 27th 2015, (2nd email below). I had to resend my inquiry after waiting 6 business days without receiving a response (1st email below). Then Mrs. Satalia misunderstood my request, assuming I was asking about a bonus and not wages (3rd email below). Finally, after I corrected her (4th email below), she responded clearly, in writing, that my wages were not subject to Standard Register's Chapter 11 filing (5th email, dated 4/16/15).

In the second part of her email of 4/16/15, although her wording is problematic, I believe Mrs. Satalia is reiterating that Standard Register would not make a final compensation payment until unpaid customer invoices were satisfied.

**From:** Bill Dineen [mailto:dineenwf@gmail.com]
**Sent:** Monday, April 06, 2015 10:46 AM
**To:** Satalia, Beth
**Subject:** Fwd: Voice mail left for you Thursday AM.

Good morning. Concerned that my original email could be buried in your Inbox..........I am re-sending for your review.

Thanks,

Bill Dineen

---------- Forwarded message ----------
From: **Bill Dineen** <dineenwf@gmail.com>
Date: Fri, Mar 27, 2015 at 4:55 PM
Subject: Voice mail left for you Thursday AM.
To: beth.satalia@standardregister.com

I inquired regarding the status of my final payment. I was an Account Executive and separated from the company on 2/9/2015.

My commissions from 1/1/2015 - 2/9/2015 were being held for 90 days. Will the payment be processed as scheduled, or will it be impacted by the Chapter 11 filing? If so, what is the process to petition for payment?

Thanks,

Bill Dineen

On Mon, Apr 6, 2015 at 1:21 PM, Satalia, Beth <Beth.Satalia@standardregister.com> wrote:

Bill,

Here is the website and/or phone number in which to file your claim in regards to your bonus.

3

http://cases.primeclerk.com/standardregister or Restructuring Information Line at (855) 842-4124 (US) or (929) 247-4937 (International)

Thanks,

Beth

**Beth Satalia**

*Senior Manager, Human Resources* **Standard Register**

**From:** Bill Dineen [mailto:dineenwf@gmail.com]
**Sent:** Monday, April 06, 2015 1:55 PM
**To:** Satalia, Beth
**Subject:** Re: Voice mail left for you Thursday AM.

Beth, just clarify, I am not inquiring about a bonus.

I am asking if my commissions and any other compensation due me for the period 1/1/15 thru and including 2/9/2015 are protected under the Docket 14 filed on 3/12/2015 and will be payable within 90 days of my separation date, 2/9/2015.

If not, I will proceed to file for compensation due using the information you provided.

Please let me know.

Thanks,

Bill

| | |
|---|---|
| Satalia, Beth <Beth.Satalia@standardregister.com> | 4/16/15 |

to me, Robert

Bill,

We no longer have any limitations from the bankruptcy courts in regards to the payment. However, it is my understanding from our Sales Admin team that they are still waiting payment from your customer. We only pay once their AR is collected, and if you have not drawn (advance) or created enough credits to eliminate your commission. If you need any other information or details, I would

4

contact Daava.Beekman@standardregister.com. She is a member of the sales admin team and processes the commissions.

Thanks,

Beth

**Beth Satalia**

*Senior Manager, Human Resources*

As a result of this determination by the Senior Manager of Standard Register's Human Resources, I began the prolonged ordeal of finalizing the commissions owed me. This went on from 4/16/2105 thru 7/31/15. During this period there were 22 email communications dealing with unpaid customer invoices, errors that impacted my commissions and other charges against my wages.

Below is a series of emails that confirms these outstanding issues were resolved and my final payment was in process. Mr. Abbonizio's 4 emails from 7/7/15 thru 8/4/15 document that the root cause of the chargebacks were identified and that those cost would be assigned to those the individuals / departments that were responsible. The result being that my final compensation would be paid.

**Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com>   7/7/15

to me

I have authorized Dayton to process comp exceptions to reverse the chargebacks against your commissions. I no longer have this tool, thus they need to process for me. Hope to have this all settled by end of the week. Thanks for your patience.

**Bob Abbonizio**  Senior Vice President- East Sales

**Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com>   7/17/15

to me

I am still waiting for the CSR mgr ( not Gary Gordon) in Dayton to complete the comp exceptions needed to reverse this chargeback for you, as this was caused by the CSR team. Once these are done, we will be able to reverse out the chargebacks and pay out the positive dollars you have earned.

I sent him a follow up email today and he is out on vacation until 7/21.

5

I will continue to follow up for you.

**Bob Abbonizio**

Senior Vice President- East Sales

**Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com>    7/24/15

to me

Bill:

I greatly apologize for the continued delays, I will keep pushing to get this done right and soon

**Bob Abbonizio**   Senior Vice President- East Sales

**From:** Abbonizio, Robert (Bob)
**Sent:** Friday, July 24, 2015 7:57 AM
**To:** Gordon, Gary
**Cc:** Russell, Tammy Y; Beekman, Daava E
**Subject:** Re: Comp Exception for Bill Dineen

Thanks Gary. I have been trying to finalize Bill's final commissions since he left in Feb and need to finish before 7/31 and transition to Taylor.

Tammy please confirm today when completed so I can get Daarva to process on Monday.

Thanks all
Bob Abbonizio  Senior Vice President Sales

On Jul 24, 2015, at 7:24 AM, "Gordon, Gary" <Gary.Gordon@standardregister.com> wrote:

Bob-

Somehow I missed these responses earlier this month from Mary Ward. While the errors do not look like they were part of the studio that Mary Ward is in it still looks like customer service was the cause.

Tammy-

We need to clear up this comp exception for Bill Dineen. Can you help with determining which cost center this should be applied to so Bob can process it today? Thank you.

G2

| | |
|---|---|
| **Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com> | 8/4/15 |

to me

Bill:

I am on vacation this week, thus the lack of my response the last 2 days. I followed up last Friday with sales ops, as this is outside of what I can do from my end, as I no longer have access to the sales comp exception process and someone needs to do for me in Dayton. I am trying to get the negative chargebacks that are showing against your commissions reversed and charged to customer service. They have now provided me a cost center so I am now on my last step in the process.

I will follow up when I return on Monday and keep you in the loop as I have done all along

**Bob Abbonizio**

Senior Vice President- East Sales

Then on 8/24/15, Mr. Abbonizio's email notified me that everything I was told up to that point was wrong and according to Standard Register's CFO and General Counsel, I needed to file a claim in Bankruptcy Court.

| | |
|---|---|
| **Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com> | 8/24/15 |

to me

Bill: I wanted to follow up and provide you the final resolution for your final commission payout request. Over the last month, I have been working with sales operations, finance and most recently legal and CFO level, to get a ruling on how I can support your final commission payout request, without a firm answer, until today.

Ben Cutting's, our CFO, final response is noted below, after review with the general counsel. In summary, no final commission payout will be able to be paid out to you since your retirement was pre-C11.

I am sorry that this final commission was not able to be paid to you, due to C11. As Ben states below, you should file a claim based on the unsecured claim process to try to collect some of the money.

7

**Bob Abbonizio**

Senior Vice President- East Sales

**From:** Cutting, Benjamin T (Ben)
**Sent:** Monday, August 24, 2015 6:12 PM
**To:** Abbonizio, Robert (Bob)
**Cc:** Sowar, Gerard D
**Subject:** RE: Bill Dineen

Bob – I spoke with Gerry today and under the bankruptcy law are not able to pay wage claims for employees that were terminated pre C11. Most of the C11 related orders are/were designed to protect good standing employees from 3/12 onward under the thought they are creating value to the estate.

This is unfortunate and I feel bad for Bill but this is the reality of C11, he does/did have some ability to file a claim since it sounds to me like he has a general unsecured claim.

BEN CUTTING

**Standard Register**

**Section 3.**

**Description of the basis for the amount and classification asserted in the disputed claim**

In attempting to determine the compensation owed me, I made a conservative estimate based on the limited information provided to me by Standard Register. I did not have access to Standard's commission payment system after my separation date, 2/9/15.

However, during the process of identifying chargebacks to my compensation, Bob Abbonizio did share the following email (below, dated 6/12/15). I focused on the larger amounts that I have highlighted below.

Mr. Abbonizio discusses 2 chargebacks in the last line of each of the first two highlighted paragraphs, a chargeback for $4657.64 and then another for $5883.89. Those negative amounts had been deducted from commissions and they total $10,541.53.

These chargebacks and amounts are the same chargebacks Mr. Abbonizio addresses his 4 emails from 7/7/15 thru 8/4/15, included on pages 5, 6 & 7 of this response. The result of Mr. Abbonizio's research was that these chargebacks were incorrectly assigned to me. Therefore, I deduced that once the chargebacks were reversed they would create positive commissions of $10,541.53.

In the 3rd highlighted section of the email below, Mr. Abbonizio, states commissions would increase to $1,111.54, if unpaid AR balances were collected. Since all orders were entered by valid PO's from the customers and I was told some balances had been paid since Mr. Abbonizio's email of 6/12/15 (below)

8

was sent, I believed the remaining balances would be collected. I added the $1,111.54 to the $10,541.53 to arrive at a total compensation due of $11,653.07. When I submitted claim # 2482, I made a transposition error and my claim was entered for $11,633.07.

**Abbonizio, Robert (Bob)** <Robert.Abbonizio@standardregister.com>    6/12/15

to me

Bill:

Attached is the updated detail on your remaining comp. As you will note, the AR balance has dropped dramatically, but the credits issued on the invoices you had already been paid on previously are now being adjusted as well.

Regarding the negative adjustments shown in March, April and May, here is the detail behind the numbers, from sales operations:

The 162.61 chargeback is for account 7046984 credit issued for M7199229 and it said wrong item shipped, and GM was (567.90). There was an inventory adjustment for Feb for GM (65.00) under 7046984. 7046984 also had one credited saying customer would not pay wrong PO # GM (17.52). Total GM (650.42) and at 25% charge back was 162.61.

The 4657.64 chargeback was 1746204 credit cards for January 1195.44 under account 1746204, and **7059551 had 2 credits issued (4,729.74) and (12,705.38). These two credits belong to the invoices of V6797985 billed 12/30/2014, and V6806185 billed 1/12/2015. Total GM 18,630.56 * 25% = 4657.64 chargeback.**

The 5883.89 was for Prompt pay discount for 7059551 **for January (1,475.55) and a cost charged for an Inventory adjustment item 1459-95C under 7059551 for 22,060.00. Total GM 23,535.55 * 25%=5883.89.**

**If you are able to help collect fully on the 3 other remaining open ARs, outside of Enterprise, your commissions earned would grow to a positive $1,111.54**

Upon your review, feel free to contact me with any questions.

Hope you are doing well

Bob

**Bob Abbonizio**     Senior Vice President- East Sales

**Section 4.**

**Summary**

So there you have it.  From 3/26/15 thru 8/23/15, I was told by folks who were among Standard Register's highest level of management, that (1) my wages were **not** subject to Standard Register's Chapter 11 filing,  (2) once Standard Register confirms the wages owed are free from chargebacks, they will issue final payment, (3) then, now that we have assigned the responsibility of the chargebacks to the proper individuals and departments, we are going to issue payment, and finally (4) well **after the bar date passed**, Standard Register notifies me that, in their opinion, my wages are subject to their Chapter 11 filing and I should file a claim.

My estimate of wages/commissions owed is conservative and supported by data provided by Standard Register.

I respectfully submit that my claim #2482 be allowed.


William Dineen