IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** Ferry Joseph, P.A., 824 N. Market Street, Suite 1000, Wilmington, Delaware, 19801, hereby withdraws as counsel for TLF Graphics, Inc., in the above-captioned matter and that Jason C. Powell, Esquire, of The Powell Firm, LLC, 405 N. King Street, Suite 440, Wilmington, Delaware 19801 hereby enters his appearance as attorney for TLF Graphics in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable laws, The Powell Firm, LLC, is local counsel of record for TLF Graphics, Inc., in the above-referenced case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Jason C. Powell, Esquire
The Powell Firm, LLC
405 N. King Street, Suite 440
P.O. Box 289
Wilmington, DE 19899
Telephone: (302)650-1572
Facsimile: (302)650-1574
jpowell@ferryjoseph.com

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above referenced case and all proceedings therein.

      This substitution of counsel does not affect the appearance of other attorneys who have entered appearances on behalf of the above named entity.

| FERRY JOSEPH, P.A. | THE POWELL FIRM, LLC |
|---|---|
| /s/ Jason C. Powell | /s/ Jason C. Powell |
| Jason C. Powell, Esquire (No. 3768) | Jason C. Powell, Esquire (No. 3768) |
| 824 N. Market Street, Suite 1000 | 405 N. King Street, Suite 440 |
| P.O. Box 1351 | P.O. Box 289 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302)575-1555 | Telephone: (302)650-1572 |
| Dated: May 9, 2016 | Facsimile: (302)650-1574 |
| Withdrawing Local Counsel for TLF Graphics, Inc. | Dated: May 9, 2016 |
| | Local Counsel for TLF Graphics, Inc. |