IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On May 5, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail to Alan Sink at an address that has been redacted for privacy reasons:

- Notice of Agenda of Matters Scheduled for Hearing on April 13, 2016 at 10:00 A.M. (ET) [Docket No. 1531]

- Order Sustaining Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [Docket No. 1535]

Dated: May 10, 2016

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 10, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 7995