

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Anderson & Vreeland, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088364 | $1,313.76 | 1/5/2015 | 458346 | 11/21/2014 | $1,313.76 |
| The Standard Register Company | The Standard Register Company | 1084001 | $6,987.27 | 12/16/2014 | 456792 | 11/3/2014 | $6,852.90 |
| The Standard Register Company | The Standard Register Company | 1091287 | $327.64 | 1/21/2015 | 460389 | 12/8/2014 | $36.45 |
| The Standard Register Company | The Standard Register Company | 1090623 | $6,070.10 | 1/21/2015 | 459655 | 12/1/2014 | $5,920.20 |
| The Standard Register Company | The Standard Register Company | 1090623 | $6,070.10 | 1/21/2015 | 459648 | 12/1/2014 | $149.90 |
| The Standard Register Company | The Standard Register Company | 1089663 | $8,492.57 | 1/9/2015 | 459520 | 11/26/2014 | $877.57 |
| The Standard Register Company | The Standard Register Company | 1091287 | $327.64 | 1/21/2015 | 460850 | 12/11/2014 | $163.07 |
| The Standard Register Company | The Standard Register Company | 1088999 | $480.36 | 1/6/2015 | 459273 | 11/25/2014 | $480.36 |
| The Standard Register Company | The Standard Register Company | 1093059 | $446.90 | 2/4/2015 | 462284 | 12/29/2014 | $446.90 |
| The Standard Register Company | The Standard Register Company | 1087785 | $291.87 | 1/5/2015 | 458480 | 11/18/2014 | $291.87 |
| The Standard Register Company | The Standard Register Company | 1086756 | $302.13 | 12/30/2014 | 458010 | 11/13/2014 | $302.13 |
| The Standard Register Company | The Standard Register Company | 1084836 | $2,241.67 | 12/16/2014 | 454987 | 10/16/2014 | $2,241.67 |
| The Standard Register Company | The Standard Register Company | 1084321 | $1,057.57 | 12/16/2014 | 457012 | 11/4/2014 | $136.15 |
| The Standard Register Company | The Standard Register Company | 1084321 | $1,057.57 | 12/16/2014 | 457011 | 11/4/2014 | $921.42 |
| The Standard Register Company | The Standard Register Company | 1084001 | $6,987.27 | 12/16/2014 | 456815 | 11/3/2014 | $134.37 |
| The Standard Register Company | The Standard Register Company | 1089663 | $8,492.57 | 1/9/2015 | 459519 | 11/26/2014 | $7,615.00 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464737 | 1/23/2015 | $100.59 |
| The Standard Register Company | The Standard Register Company | 22868 | $580.25 | 2/4/2015 | 460984 | 12/12/2014 | $580.25 |
| The Standard Register Company | The Standard Register Company | 21826 | $526.95 | 12/30/2014 | 459802 | 12/2/2014 | $526.95 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 465372 | 1/29/2015 | $1,388.50 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 465170 | 1/28/2015 | $147.86 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464911 | 1/26/2015 | $395.40 |
| The Standard Register Company | The Standard Register Company | 1091287 | $327.64 | 1/21/2015 | 460460 | 12/8/2014 | $128.12 |

Anderson & Vreeland, Inc. (CSRCAND01)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464769 | 1/23/2015 | $310.37 |
| The Standard Register Company | The Standard Register Company | 23114 | $809.51 | 2/10/2015 | 464858 | 1/26/2015 | $809.51 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464468 | 1/21/2015 | $645.62 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464010 | 1/16/2015 | $1,281.10 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 463712 | 1/14/2015 | $188.78 |
| The Standard Register Company | The Standard Register Company | 1095519 | $7,970.38 | 2/10/2015 | 462625 | 1/5/2015 | $573.84 |
| The Standard Register Company | The Standard Register Company | 1095519 | $7,970.38 | 2/10/2015 | 462608 | 1/5/2015 | $553.36 |
| The Standard Register Company | The Standard Register Company | 1095519 | $7,970.38 | 2/10/2015 | 462598 | 1/5/2015 | $6,843.18 |
| The Standard Register Company | The Standard Register Company | 1099793 | $5,152.83 | 3/10/2015 | 464770 | 1/23/2015 | $694.61 |

Totals:    16 transfer(s),    $43,051.76