

| | | 2600 Eagan Woods Dr, Suite 400 St. Paul, MN 55121 651-406-9665 | 151 West 46th Street, 4th Floor New York, NY 10036 212-267-7342 |
|---|---|---|---|

Defendant: **D. & J. Printing, Inc. dba Bang Printing**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23020 | $23,312.18 | 2/11/2015 | 27892 | 12/17/2014 | $5,811.00 |
| The Standard Register Company | The Standard Register Company | 23020 | $23,312.18 | 2/11/2015 | 27891 | 12/17/2014 | $17,907.00 |
| The Standard Register Company | The Standard Register Company | 1093431 | $5,186.98 | 2/5/2015 | 85189 | 12/10/2014 | $5,577.40 |
| The Standard Register Company | The Standard Register Company | 1091462 | $556.51 | 1/28/2015 | 85055 | 11/28/2014 | $598.40 |
| The Standard Register Company | The Standard Register Company | 1090002 | $404.88 | 1/14/2015 | 85056 | 11/28/2014 | $435.36 |
| The Standard Register Company | The Standard Register Company | 1087802 | $11,534.40 | 1/6/2015 | 84707 | 11/18/2014 | $12,402.58 |
| The Standard Register Company | The Standard Register Company | 1083387 | $22,117.52 | 12/15/2014 | 84551 | 10/31/2014 | $23,780.29 |

Totals: 6 transfer(s), $63,112.47