

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fey Industries, Inc. dba Reflectix by Fey** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093556 | $1,656.11 | 2/3/2015 | 848957 | 12/10/2014 | $1,656.11 |
| The Standard Register Company | The Standard Register Company | 1086328 | $83.04 | 12/30/2014 | 842534 | 11/11/2014 | $83.04 |
| The Standard Register Company | The Standard Register Company | 1087297 | $844.72 | 12/30/2014 | 844189 | 11/17/2014 | $844.72 |
| The Standard Register Company | The Standard Register Company | 1090728 | $10,917.84 | 1/21/2015 | 847165 | 12/1/2014 | $10,240.10 |
| The Standard Register Company | The Standard Register Company | 1090728 | $10,917.84 | 1/21/2015 | 847166 | 12/1/2014 | $211.49 |
| The Standard Register Company | The Standard Register Company | 1090728 | $10,917.84 | 1/21/2015 | 847170 | 12/1/2014 | $466.25 |
| The Standard Register Company | The Standard Register Company | 1091568 | $9,148.02 | 1/27/2015 | 847619 | 12/3/2014 | $5,531.30 |
| The Standard Register Company | The Standard Register Company | 1091568 | $9,148.02 | 1/27/2015 | 847629 | 12/3/2014 | $1,736.10 |
| The Standard Register Company | The Standard Register Company | 1085790 | $809.58 | 12/30/2014 | 830105 | 9/12/2014 | $809.58 |
| The Standard Register Company | The Standard Register Company | 1091568 | $9,148.02 | 1/27/2015 | 847722 | 12/3/2014 | $955.02 |
| The Standard Register Company | The Standard Register Company | 1099988 | $967.71 | 3/10/2015 | 855370 | 1/27/2015 | $92.36 |
| The Standard Register Company | The Standard Register Company | 1096065 | $196.20 | 2/10/2015 | 850967 | 12/22/2014 | $196.20 |
| The Standard Register Company | The Standard Register Company | 1096459 | $8,637.62 | 2/17/2015 | 851137 | 12/23/2014 | $8,267.97 |
| The Standard Register Company | The Standard Register Company | 1096459 | $8,637.62 | 2/17/2015 | 851190 | 12/23/2014 | $369.65 |
| The Standard Register Company | The Standard Register Company | 1099988 | $967.71 | 3/10/2015 | 852646 | 1/8/2015 | $188.96 |
| The Standard Register Company | The Standard Register Company | 1099988 | $967.71 | 3/10/2015 | 852647 | 1/8/2015 | $133.43 |
| The Standard Register Company | The Standard Register Company | 1099988 | $967.71 | 3/10/2015 | 853935 | 1/19/2015 | $325.08 |
| The Standard Register Company | The Standard Register Company | 1099988 | $967.71 | 3/10/2015 | 854486 | 1/21/2015 | $227.88 |
| The Standard Register Company | The Standard Register Company | 1091568 | $9,148.02 | 1/27/2015 | 847721 | 12/3/2014 | $925.60 |

Totals:    9 transfer(s),    $33,260.84