

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Fine Line Graphics Corp.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091569 | $1,025.91 | 1/27/2015 | 19136501 | 12/3/2014 | $1,103.13 |
| The Standard Register Company | The Standard Register Company | 1084103 | $3,681.22 | 12/15/2014 | 19114201 | 11/3/2014 | $2,340.00 |
| The Standard Register Company | The Standard Register Company | 1084975 | $23,676.87 | 12/16/2014 | 19091701 | 11/6/2014 | $13,690.00 |
| The Standard Register Company | The Standard Register Company | 1084975 | $23,676.87 | 12/16/2014 | 19115501 | 11/6/2014 | $7,926.00 |
| The Standard Register Company | The Standard Register Company | 1084975 | $23,676.87 | 12/16/2014 | 19118901 | 11/6/2014 | $1,388.00 |
| The Standard Register Company | The Standard Register Company | 1084975 | $23,676.87 | 12/16/2014 | 19120101 | 11/6/2014 | $2,455.00 |
| The Standard Register Company | The Standard Register Company | 1086330 | $390.60 | 12/29/2014 | 19124901 | 11/12/2014 | $420.00 |
| The Standard Register Company | The Standard Register Company | 1087299 | $3,914.37 | 12/30/2014 | 19120901 | 11/13/2014 | $4,209.00 |
| The Standard Register Company | The Standard Register Company | 1087989 | $4,521.66 | 1/2/2015 | 19122301 | 11/18/2014 | $4,862.00 |
| The Standard Register Company | The Standard Register Company | 1088637 | $4,561.87 | 1/5/2015 | 19126001 | 11/21/2014 | $4,897.52 |
| The Standard Register Company | The Standard Register Company | 1089236 | $5,960.37 | 1/6/2015 | 19130501 | 11/25/2014 | $6,409.00 |
| The Standard Register Company | The Standard Register Company | 1084103 | $3,681.22 | 12/15/2014 | 19056001 | 11/3/2014 | $1,609.95 |
| The Standard Register Company | The Standard Register Company | 1090259 | $2,417.59 | 1/13/2015 | 19102101 | 10/10/2014 | $2,495.00 |
| The Standard Register Company | The Standard Register Company | 1096066 | $3,851.13 | 2/10/2015 | 19145701 | 12/22/2014 | $549.00 |
| The Standard Register Company | The Standard Register Company | 1091991 | $1,061.66 | 1/27/2015 | 19127601 | 12/4/2014 | $1,141.57 |
| The Standard Register Company | The Standard Register Company | 1092747 | $7,395.36 | 2/2/2015 | 19138301 | 12/8/2014 | $7,952.00 |
| The Standard Register Company | The Standard Register Company | 1093969 | $8,507.64 | 2/4/2015 | 19138401 | 12/12/2014 | $9,148.00 |
| The Standard Register Company | The Standard Register Company | 1094429 | $486.39 | 2/6/2015 | 19142201 | 12/15/2014 | $523.00 |
| The Standard Register Company | The Standard Register Company | 1094788 | $222.97 | 2/6/2015 | 1089236UD | 11/25/2014 | $128.18 |
| The Standard Register Company | The Standard Register Company | 1094788 | $222.97 | 2/6/2015 | 1090259UD | 10/10/2014 | $49.90 |
| The Standard Register Company | The Standard Register Company | 1094788 | $222.97 | 2/6/2015 | 1091569UD | 12/3/2014 | $22.06 |
| The Standard Register Company | The Standard Register Company | 1094788 | $222.97 | 2/6/2015 | 1091991UD | 12/4/2014 | $22.83 |
| The Standard Register Company | The Standard Register Company | 1095716 | $2,021.82 | 2/10/2015 | 19144201 | 12/19/2014 | $2,174.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096066 | $3,851.13 | 2/10/2015 | 19144801 | 12/22/2014 | $3,592.00 |
| The Standard Register Company | The Standard Register Company | 1090259 | $2,417.59 | 1/13/2015 | 1087989UD | 11/18/2014 | $97.24 |

**Totals:** 16 transfer(s),  $73,697.43

Fine Line Graphics Corp. (CSRCFIN01)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 2