

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Kanzaki Specialty Papers Inc.** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22940 | $7,696.60 | 2/5/2015 | 00206008\MEG | 1/16/2015 | $7,696.60 |
| The Standard Register Company | The Standard Register Company | 22763 | $11,262.61 | 1/30/2015 | 206016 | 1/16/2015 | $11,262.61 |
| The Standard Register Company | The Standard Register Company | 21401 | $20,790.59 | 12/22/2014 | 00205313 | 12/5/2014 | $20,790.59 |
| The Standard Register Company | The Standard Register Company | 1099690 | $25,378.88 | 3/10/2015 | 206489 | 2/11/2015 | $25,635.23 |

**Totals:    4 transfer(s),    $65,128.68**