

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:              **Mid Atlantic Industrial Equipment, Ltd.**
Bankruptcy Case:        **SRC Liquidation Company**
Preference Period:      **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23387 | $405.74 | 2/24/2015 | 10128747 | 12/3/2014 | $165.36 |
| The Standard Register Company | The Standard Register Company | 23387 | $405.74 | 2/24/2015 | 10128746 | 12/3/2014 | $240.38 |
| The Standard Register Company | The Standard Register Company | 23133 | $302.10 | 2/11/2015 | 10128986 | 12/12/2014 | $302.10 |
| The Standard Register Company | The Standard Register Company | 22056 | $660.38 | 1/6/2015 | R1100832-1 | 11/5/2014 | $660.38 |
| The Standard Register Company | The Standard Register Company | 21861 | $1,063.28 | 12/30/2014 | 10128063 | 10/31/2014 | $571.06 |
| The Standard Register Company | The Standard Register Company | 21861 | $1,063.28 | 12/30/2014 | 10128062 | 10/31/2014 | $492.22 |
| The Standard Register Company | The Standard Register Company | 21634 | $1,844.68 | 12/26/2014 | 10127881 | 10/28/2014 | $1,140.24 |
| The Standard Register Company | The Standard Register Company | 21634 | $1,844.68 | 12/26/2014 | 10127865 | 10/27/2014 | $174.90 |
| The Standard Register Company | The Standard Register Company | 21634 | $1,844.68 | 12/26/2014 | 10127864 | 10/27/2014 | $529.54 |
| The Standard Register Company | The Standard Register Company | 1088736 | $8,631.89 | 1/5/2015 | 10127764 | 10/22/2014 | $8,631.89 |
| The Standard Register Company | The Standard Register Company | 1087444 | $27,918.91 | 12/30/2014 | 10127665 | 10/17/2014 | $2,080.78 |
| The Standard Register Company | The Standard Register Company | 1087444 | $27,918.91 | 12/30/2014 | 10127664 | 10/17/2014 | $10,988.34 |
| The Standard Register Company | The Standard Register Company | 1087444 | $27,918.91 | 12/30/2014 | 10127663 | 10/17/2014 | $1,132.33 |
| The Standard Register Company | The Standard Register Company | 1087444 | $27,918.91 | 12/30/2014 | 10127662 | 10/17/2014 | $13,717.46 |

**Totals:**       **7 transfer(s),**    **$40,826.98**