

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Mitsubishi Imaging (MPM), Inc. dba Mitsubishi Imaging Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010803 | $11,012.86 | 3/11/2015 | S0058263 | 3/11/2015 | $11,012.86 |
| The Standard Register Company | The Standard Register Company | 7010540 | $11,590.60 | 2/24/2015 | S0065900 | 2/10/2015 | $11,590.60 |
| The Standard Register Company | The Standard Register Company | 22713 | $5,608.41 | 1/29/2015 | SI-63106 | 12/8/2014 | $5,608.41 |
| The Standard Register Company | The Standard Register Company | 21862 | $40,209.70 | 1/2/2015 | SI62111 | 11/11/2014 | $4,024.58 |
| The Standard Register Company | The Standard Register Company | 21862 | $40,209.70 | 1/2/2015 | SI-62109 | 11/11/2014 | $36,185.12 |

Totals:    4 transfer(s),    $68,421.57