

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Nazdar Company** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21864 | $5,099.17 | 1/2/2015 | E41581 | 12/16/2014 | $5,012.41 |
| The Standard Register Company | The Standard Register Company | 21097 | $969.61 | 12/15/2014 | E24750 | 11/7/2014 | $969.61 |
| The Standard Register Company | The Standard Register Company | 21224 | $1,889.53 | 12/19/2014 | E25643 | 11/10/2014 | $1,889.53 |
| The Standard Register Company | The Standard Register Company | 21408 | $2,402.05 | 12/22/2014 | E36034 | 12/4/2014 | $2,172.29 |
| The Standard Register Company | The Standard Register Company | 21408 | $2,402.05 | 12/22/2014 | E36767 | 12/5/2014 | $229.76 |
| The Standard Register Company | The Standard Register Company | 21510 | $3,759.31 | 12/24/2014 | E39574 | 12/11/2014 | $3,759.31 |
| The Standard Register Company | The Standard Register Company | 21589 | $2,987.62 | 12/24/2014 | E37988 | 12/9/2014 | $485.95 |
| The Standard Register Company | The Standard Register Company | 1097624 | $1,319.47 | 3/4/2015 | E52937 | 1/19/2015 | $1,332.80 |
| The Standard Register Company | The Standard Register Company | 21864 | $5,099.17 | 1/2/2015 | E40759 | 12/16/2014 | $86.76 |
| The Standard Register Company | The Standard Register Company | 23563 | $1,005.82 | 3/9/2015 | E57428 | 1/28/2015 | $468.57 |
| The Standard Register Company | The Standard Register Company | 21945 | $85.67 | 1/5/2015 | E42103 | 12/17/2014 | $85.67 |
| The Standard Register Company | The Standard Register Company | 22149 | $969.61 | 1/12/2015 | E36116 | 12/4/2014 | $969.61 |
| The Standard Register Company | The Standard Register Company | 22240 | $1,616.02 | 1/16/2015 | E38283 | 12/9/2014 | $1,616.02 |
| The Standard Register Company | The Standard Register Company | 22414 | $969.61 | 1/26/2015 | E41013 | 12/15/2014 | $969.61 |
| The Standard Register Company | The Standard Register Company | 23135 | $3,759.31 | 2/13/2015 | E55993 | 1/26/2015 | $3,759.31 |
| The Standard Register Company | The Standard Register Company | 23209 | $2,508.64 | 2/13/2015 | E49741 | 1/12/2015 | $2,508.64 |
| The Standard Register Company | The Standard Register Company | 23563 | $1,005.82 | 3/9/2015 | E52549 | 1/17/2015 | $537.25 |
| The Standard Register Company | The Standard Register Company | 21589 | $2,987.62 | 12/24/2014 | E37989 | 12/9/2014 | $2,501.67 |
| Totals: | 14 transfer(s), | $29,341.44 | | | | | |