

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Olmsted-Kirk Paper Company** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3415846 | 11/14/2014 | $2,079.00 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416825 | 11/17/2014 | $4,338.67 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416824 | 11/17/2014 | $1,431.77 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416823 | 11/17/2014 | $2,773.71 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416822 | 11/17/2014 | $1,845.04 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416821 | 11/17/2014 | $1,180.66 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416819 | 11/17/2014 | $605.33 |
| The Standard Register Company | The Standard Register Company | 1094104 | $143.27 | 2/5/2015 | 3430788 | 12/12/2014 | $147.70 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416089 | 11/14/2014 | $867.73 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3418547 | 11/19/2014 | $674.10 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3415249 | 11/13/2014 | $151.33 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3415248 | 11/13/2014 | $1,717.65 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3414461 | 11/12/2014 | $1,041.28 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3413315 | 11/11/2014 | $514.10 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3408943 | 11/3/2014 | $867.73 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3408942 | 11/3/2014 | $3,847.18 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3416282 | 11/17/2014 | $514.10 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3422551 | 11/26/2014 | $1,175.75 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3434296 | 12/19/2014 | $2,068.67 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3431543 | 12/15/2014 | $538.00 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3430800 | 12/12/2014 | $1,735.47 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3429178 | 12/10/2014 | $116.47 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3428335 | 12/9/2014 | $2,188.39 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3428334 | 12/9/2014 | $447.13 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3418545 | 11/19/2014 | $950.48 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3427967 | 12/9/2014 | $1,778.73 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3418546 | 11/19/2014 | $2,906.92 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3422082 | 11/26/2014 | $1,028.19 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3421904 | 11/25/2014 | $1,537.45 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3421902 | 11/25/2014 | $3,297.39 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3421069 | 11/24/2014 | $2,795.51 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3421068 | 11/24/2014 | $1,620.97 |
| The Standard Register Company | The Standard Register Company | 21225 | $40,436.14 | 12/17/2014 | 3418548 | 11/19/2014 | $674.10 |
| The Standard Register Company | The Standard Register Company | 22714 | $57.07 | 1/28/2015 | 3429178-1 | 12/10/2014 | $57.07 |
| The Standard Register Company | The Standard Register Company | 22335 | $9,824.69 | 1/20/2015 | 3428333 | 12/9/2014 | $951.83 |

Totals:    4 transfer(s),    $50,461.17