**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC[1]<br>　　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>RE:  Docket No. 1545 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTOR'S THIRTEENTH (13TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

　　　　　I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

　　　　　1.　　On April 22, 2016, the Debtor filed the *Thirteenth (13th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 1545] (the "**Omnibus Objection**").  The response deadline for the Omnibus Objection was May 9, 2016.

　　　　　2.　　The Debtor received an informal response from the Texas Comptroller of Public Accounts ("**TCPA**").  No other responses or objections were received.

　　　　　3.　　The Debtor engaged in discussions with TCPA, and the parties reached an agreement whereby the Debtor withdraws its objection to TCPA's claim [Claim No. 2551] (the "**Claim**"), and the Claim shall be deemed fully satisfied.

---

[1]　The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

53121131.1

4.  The Debtor has revised the form of order for the Omnibus Objection by removing the claim of TCPA. The revised form of order is attached hereto as <u>Exhibit 1</u> (the "**Order**").

5.  Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated: May 11, 2016                                   Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500)
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*