

| | | 2600 Eagan Woods Dr, Suite 400 St. Paul, MN 55121 651-406-9665 | 151 West 46th Street, 4th Floor New York, NY 10036 212-267-7342 |

Defendant: **Prism Color Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22971 | $60,266.03 | 2/10/2015 | 57501 | 12/23/2014 | $2,968.40 |
| The Standard Register Company | The Standard Register Company | 22971 | $60,266.03 | 2/10/2015 | 57500 | 12/23/2014 | $58,523.90 |
| The Standard Register Company | The Standard Register Company | 21796 | $1,156.40 | 12/30/2014 | 57001 | 11/25/2014 | $1,180.00 |
| The Standard Register Company | The Standard Register Company | 1097301 | $844.48 | 2/26/2015 | 56317 | 2/11/2015 | $844.48 |
| The Standard Register Company | The Standard Register Company | 1096558 | $2,606.39 | 2/18/2015 | 57508 | 12/23/2014 | $2,687.00 |
| The Standard Register Company | The Standard Register Company | 1095386 | $4,838.97 | 2/10/2015 | 57024 | 12/18/2014 | $4,986.00 |
| The Standard Register Company | The Standard Register Company | 1089444 | $688.70 | 1/7/2015 | 57169 | 11/25/2014 | $710.00 |

Totals:    6 transfer(s),    $70,400.97