

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **WestRock Company fka Rock Tenn Co.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086069 | $272.25 | 12/29/2014 | 940475 | 10/10/2014 | $1,410.89 |
| The Standard Register Company | The Standard Register Company | 1084689 | $4,063.95 | 12/15/2014 | 941201 | 11/24/2014 | $3,805.00 |
| The Standard Register Company | The Standard Register Company | 1084689 | $4,063.95 | 12/15/2014 | 941209 | 11/24/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 939754 | 8/29/2014 | $692.73 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 940509 | 10/15/2014 | $2,379.14 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 940791 | 10/28/2014 | $615.00 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 940796 | 10/28/2014 | $266.88 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 940833 | 10/29/2014 | $85.61 |
| The Standard Register Company | The Standard Register Company | 1083701 | $1,434.60 | 12/12/2014 | 941127 | 11/20/2014 | $1,448.60 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 941250 | 11/28/2014 | $1,287.00 |
| The Standard Register Company | The Standard Register Company | 1096572 | $1,619.44 | 2/17/2015 | 941807 | 1/12/2015 | $1,366.01 |
| The Standard Register Company | The Standard Register Company | 1086069 | $272.25 | 12/29/2014 | 941237 | 11/28/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1088838 | $1,355.94 | 1/5/2015 | 941427 | 12/12/2014 | $1,369.40 |
| The Standard Register Company | The Standard Register Company | 1089893 | $316.30 | 1/8/2015 | 941459 | 12/17/2014 | $319.50 |
| The Standard Register Company | The Standard Register Company | 1095407 | $18,048.16 | 2/9/2015 | 941679 | 1/7/2015 | $18,212.45 |
| The Standard Register Company | The Standard Register Company | 1096192 | $736.04 | 2/11/2015 | 940448 | 10/8/2014 | $267.25 |
| The Standard Register Company | The Standard Register Company | 1096192 | $736.04 | 2/11/2015 | 940510 | 10/15/2014 | $475.84 |
| The Standard Register Company | The Standard Register Company | 1096572 | $1,619.44 | 2/17/2015 | 941806 | 1/12/2015 | $268.88 |
| The Standard Register Company | The Standard Register Company | 1085224 | $6,940.60 | 12/22/2014 | 940984 | 11/12/2014 | $1,614.24 |

**Totals:** 9 transfer(s), $34,787.28