

2600 Eagan Woods Dr, Suite 400          151 West 46th Street, 4th Floor
St. Paul, MN 55121                       New York, NY 10036
651-406-9665                                       212-267-7342

| Defendant: | **Walton & Co., Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23110 | $9,800.00 | 2/10/2015 | 163033 | 12/31/2014 | $9,800.00 |
| The Standard Register Company | The Standard Register Company | 22096 | $355.10 | 1/6/2015 | 9979839 | 11/6/2014 | $355.10 |
| The Standard Register Company | The Standard Register Company | 1096318 | $6,704.00 | 2/18/2015 | 702546 | 9/27/2014 | $6,704.00 |
| The Standard Register Company | The Standard Register Company | 1093337 | $6,624.80 | 2/4/2015 | 702681A | 11/19/2014 | $3,100.00 |
| The Standard Register Company | The Standard Register Company | 1093337 | $6,624.80 | 2/4/2015 | 702590A | 10/20/2014 | $3,660.00 |
| The Standard Register Company | The Standard Register Company | 1092918 | $18,659.20 | 2/3/2015 | 702746 | 12/18/2014 | $19,040.00 |
| The Standard Register Company | The Standard Register Company | 1090510 | $6,624.80 | 1/14/2015 | 702590 | 10/20/2014 | $6,760.00 |
| The Standard Register Company | The Standard Register Company | 1085610 | $3,300.64 | 12/23/2014 | 702682 | 11/19/2014 | $3,368.00 |

**Totals:**     **7 transfer(s),**     **$52,068.54**