

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Zeller+Gmelin Corporation**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13053 | $2,148.50 | 12/29/2014 | 145855 | 12/4/2014 | $92.71 |
| The Standard Register Company | The Standard Register Company | ACH:12954 | $4,811.83 | 12/23/2014 | 145777 | 12/1/2014 | $1,021.18 |
| The Standard Register Company | The Standard Register Company | ACH:12954 | $4,811.83 | 12/23/2014 | 145788 | 12/1/2014 | $56.67 |
| The Standard Register Company | The Standard Register Company | ACH:12954 | $4,811.83 | 12/23/2014 | 145799 | 12/1/2014 | $148.03 |
| The Standard Register Company | The Standard Register Company | ACH:12954 | $4,811.83 | 12/23/2014 | 145800 | 12/1/2014 | $293.40 |
| The Standard Register Company | The Standard Register Company | ACH:12954 | $4,811.83 | 12/23/2014 | 145858 | 12/4/2014 | $3,292.55 |
| The Standard Register Company | The Standard Register Company | 1085529 | $888.38 | 12/22/2014 | 145345 | 11/17/2014 | $915.86 |
| The Standard Register Company | The Standard Register Company | ACH:13053 | $2,148.50 | 12/29/2014 | 145851 | 12/4/2014 | $370.77 |
| The Standard Register Company | The Standard Register Company | ACH:12953 | $5,199.79 | 12/23/2014 | 145947 | 12/5/2014 | $1,585.63 |
| The Standard Register Company | The Standard Register Company | ACH:13053 | $2,148.50 | 12/29/2014 | 145867 | 12/4/2014 | $986.48 |
| The Standard Register Company | The Standard Register Company | ACH:13053 | $2,148.50 | 12/29/2014 | 145874 | 12/4/2014 | $698.54 |
| The Standard Register Company | The Standard Register Company | ACH:13105 | $1,538.38 | 12/30/2014 | 146205 | 12/12/2014 | $535.15 |
| The Standard Register Company | The Standard Register Company | ACH:13105 | $1,538.38 | 12/30/2014 | 146261 | 12/15/2014 | $331.96 |
| The Standard Register Company | The Standard Register Company | ACH:13105 | $1,538.38 | 12/30/2014 | 146393 | 12/17/2014 | $671.27 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 145983 | 12/8/2014 | $919.09 |
| The Standard Register Company | The Standard Register Company | ACH:13007 | $3,825.51 | 12/24/2014 | 146418 | 12/17/2014 | $3,825.51 |
| The Standard Register Company | The Standard Register Company | ACH:12806 | $3,385.67 | 12/16/2014 | 145612 | 11/24/2014 | $154.40 |
| The Standard Register Company | The Standard Register Company | 1088946 | $2,152.03 | 1/5/2015 | 145729 | 12/1/2014 | $851.95 |
| The Standard Register Company | The Standard Register Company | 1088946 | $2,152.03 | 1/5/2015 | 145740 | 12/1/2014 | $1,366.64 |
| The Standard Register Company | The Standard Register Company | 1095908 | $4,231.63 | 2/10/2015 | 146775 | 12/31/2014 | $2,197.98 |
| The Standard Register Company | The Standard Register Company | 1095908 | $4,231.63 | 2/10/2015 | 146827 | 12/31/2014 | $2,164.53 |
| The Standard Register Company | The Standard Register Company | 23166 | $5,686.29 | 2/12/2015 | 146761 | 12/31/2014 | $4,141.48 |
| The Standard Register Company | The Standard Register Company | 23166 | $5,686.29 | 2/12/2015 | 146785 | 12/31/2014 | $1,544.81 |

Zeller+Gmelin Corporation (CSRCZEL01)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016                                       Exhibit A                                       P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12953 | $5,199.79 | 12/23/2014 | 146074 | 12/9/2014 | $1,635.60 |
| The Standard Register Company | The Standard Register Company | ACH:12777 | $533.63 | 12/15/2014 | 145722 | 11/26/2014 | $533.63 |
| The Standard Register Company | The Standard Register Company | ACH:12953 | $5,199.79 | 12/23/2014 | 145949 | 12/5/2014 | $1,978.56 |
| The Standard Register Company | The Standard Register Company | ACH:12806 | $3,385.67 | 12/16/2014 | 145615 | 11/24/2014 | $1,969.58 |
| The Standard Register Company | The Standard Register Company | ACH:12806 | $3,385.67 | 12/16/2014 | 145616 | 11/24/2014 | $467.36 |
| The Standard Register Company | The Standard Register Company | ACH:12806 | $3,385.67 | 12/16/2014 | 145618 | 11/24/2014 | $794.33 |
| The Standard Register Company | The Standard Register Company | ACH:12849 | $591.52 | 12/17/2014 | 145681 | 11/26/2014 | $591.52 |
| The Standard Register Company | The Standard Register Company | ACH:12925 | $3,916.41 | 12/22/2014 | 145948 | 12/5/2014 | $3,916.41 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 145995 | 12/8/2014 | $115.13 |
| The Standard Register Company | The Standard Register Company | ACH:12734 | $1,479.21 | 12/12/2014 | 145552 | 11/21/2014 | $1,479.21 |
| The Standard Register Company | The Standard Register Company | ACH:13783 | $1,152.48 | 2/6/2015 | 147422 | 1/21/2015 | $674.43 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 145990 | 12/8/2014 | $595.12 |
| The Standard Register Company | The Standard Register Company | ACH:13511 | $2,240.75 | 1/21/2015 | 146601 | 12/29/2014 | $230.92 |
| The Standard Register Company | The Standard Register Company | ACH:13511 | $2,240.75 | 1/21/2015 | 146603 | 12/29/2014 | $1,318.16 |
| The Standard Register Company | The Standard Register Company | ACH:13511 | $2,240.75 | 1/21/2015 | 146612 | 12/29/2014 | $720.22 |
| The Standard Register Company | The Standard Register Company | ACH:13540 | $478.08 | 1/22/2015 | 146853 | 1/6/2015 | $478.08 |
| The Standard Register Company | The Standard Register Company | ACH:13764 | $963.48 | 2/6/2015 | 146646 | 12/30/2014 | $594.95 |
| The Standard Register Company | The Standard Register Company | ACH:13450 | $779.57 | 1/16/2015 | 146574 | 12/23/2014 | $779.57 |
| The Standard Register Company | The Standard Register Company | ACH:13783 | $1,152.48 | 2/6/2015 | 147377 | 1/20/2015 | $478.05 |
| The Standard Register Company | The Standard Register Company | ACH:13290 | $3,414.40 | 1/9/2015 | 146521 | 12/19/2014 | $357.80 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147148 | 1/15/2015 | $67.50 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147162 | 1/15/2015 | $390.78 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147180 | 1/15/2015 | $1,153.11 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147196 | 1/15/2015 | $370.37 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147218 | 1/15/2015 | $1,379.34 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147219 | 1/15/2015 | $795.24 |
| The Standard Register Company | The Standard Register Company | ACH:13764 | $963.48 | 2/6/2015 | 146661 | 12/30/2014 | $368.53 |

Zeller+Gmelin Corporation (CSRCZEL01)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016                                    Exhibit A                                    P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13177 | $410.46 | 1/5/2015 | 146162 | 12/11/2014 | $410.46 |
| The Standard Register Company | The Standard Register Company | ACH:13784 | $4,386.17 | 2/6/2015 | 147298 | 1/16/2015 | $229.83 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 146010 | 12/8/2014 | $432.57 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 146028 | 12/9/2014 | $459.00 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 146057 | 12/9/2014 | $256.30 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 146094 | 12/9/2014 | $2,306.00 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 146095 | 12/9/2014 | $817.99 |
| The Standard Register Company | The Standard Register Company | ACH:13511 | $2,240.75 | 1/21/2015 | 146587 | 12/29/2014 | $69.55 |
| The Standard Register Company | The Standard Register Company | ACH:13151 | $4,258.66 | 12/31/2014 | 146135 | 12/10/2014 | $3,209.46 |
| The Standard Register Company | The Standard Register Company | ACH:13106 | $6,255.31 | 12/30/2014 | 145993 | 12/8/2014 | $354.11 |
| The Standard Register Company | The Standard Register Company | ACH:13272 | $1,460.75 | 1/7/2015 | 146371 | 12/17/2014 | $1,115.03 |
| The Standard Register Company | The Standard Register Company | ACH:13272 | $1,460.75 | 1/7/2015 | 146372 | 12/17/2014 | $218.59 |
| The Standard Register Company | The Standard Register Company | ACH:13272 | $1,460.75 | 1/7/2015 | 146409 | 12/17/2014 | $53.46 |
| The Standard Register Company | The Standard Register Company | ACH:13272 | $1,460.75 | 1/7/2015 | 146422 | 12/17/2014 | $73.67 |
| The Standard Register Company | The Standard Register Company | ACH:13290 | $3,414.40 | 1/9/2015 | 146501 | 12/19/2014 | $1,535.39 |
| The Standard Register Company | The Standard Register Company | ACH:13290 | $3,414.40 | 1/9/2015 | 146502 | 12/19/2014 | $1,521.21 |
| The Standard Register Company | The Standard Register Company | ACH:13151 | $4,258.66 | 12/31/2014 | 146132 | 12/10/2014 | $1,049.20 |

Totals:   25 transfer(s),   $66,188.89