

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Conrad Industries, Inc. dba A-B Emblem**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085562 | $25,340.00 | 12/23/2014 | 308862 | 11/6/2014 | $25,340.00 |
| The Standard Register Company | The Standard Register Company | 1085227 | $6,160.00 | 12/23/2014 | 308134 | 10/15/2014 | $6,125.00 |
| The Standard Register Company | The Standard Register Company | 1085227 | $6,160.00 | 12/23/2014 | 307174 | 9/22/2014 | $35.00 |
| **Totals:** | | **2 transfer(s),** | **$31,500.00** | | | | |