

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Above & Beyond Balloons, Inc. dba Above and Beyond Advertising**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094302 | $1,480.00 | 2/6/2015 | 62736 | 12/8/2014 | $1,480.00 |
| The Standard Register Company | The Standard Register Company | 1090586 | $13,614.39 | 1/21/2015 | 62715 | 12/4/2014 | $13,614.39 |
| The Standard Register Company | The Standard Register Company | 1085194 | $57,355.06 | 12/18/2014 | 62236 | 11/5/2014 | $57,355.06 |
| **Totals:** | 3 transfer(s), | $72,449.45 | | | | | |