

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Acpo, Ltd.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093725 | $8,927.30 | 2/3/2015 | 228590 | 12/12/2014 | $9,203.40 |
| The Standard Register Company | The Standard Register Company | 1086156 | $6,621.26 | 12/29/2014 | 226708 | 11/12/2014 | $2,300.85 |
| The Standard Register Company | The Standard Register Company | 1086156 | $6,621.26 | 12/29/2014 | 226735 | 11/12/2014 | $4,525.20 |
| The Standard Register Company | The Standard Register Company | 1087770 | $279.57 | 1/2/2015 | 227182 | 11/19/2014 | $288.22 |
| The Standard Register Company | The Standard Register Company | 1088346 | $942.76 | 1/5/2015 | 227374 | 11/21/2014 | $586.48 |
| The Standard Register Company | The Standard Register Company | 1088346 | $942.76 | 1/5/2015 | 227449 | 11/21/2014 | $384.00 |
| The Standard Register Company | The Standard Register Company | 1088979 | $400.88 | 1/6/2015 | 227472 | 11/24/2014 | $413.28 |
| The Standard Register Company | The Standard Register Company | 1084306 | $4,463.65 | 12/15/2014 | 226169 | 11/4/2014 | $4,601.70 |
| The Standard Register Company | The Standard Register Company | 1092620 | $200.44 | 2/2/2015 | 228281 | 12/8/2014 | $206.64 |
| The Standard Register Company | The Standard Register Company | 22848 | $77.40 | 2/2/2015 | 0000222043 | 9/2/2014 | $77.40 |
| The Standard Register Company | The Standard Register Company | 1094303 | $1,187.28 | 2/9/2015 | 228698 | 12/15/2014 | $1,224.00 |
| The Standard Register Company | The Standard Register Company | 1094680 | $4,463.65 | 2/9/2015 | 228769 | 12/16/2014 | $4,601.70 |
| The Standard Register Company | The Standard Register Company | 1094984 | $2,032.34 | 2/9/2015 | 0000228891 | 12/18/2014 | $165.60 |
| The Standard Register Company | The Standard Register Company | 1094984 | $2,032.34 | 2/9/2015 | 228861 | 12/18/2014 | $1,929.60 |
| The Standard Register Company | The Standard Register Company | 1096345 | $89.05 | 2/17/2015 | 229224 | 12/23/2014 | $91.80 |
| The Standard Register Company | The Standard Register Company | 22127 | $772.16 | 1/8/2015 | 0000228065 | 12/4/2014 | $772.16 |
| The Standard Register Company | The Standard Register Company | 1089646 | $75.53 | 1/8/2015 | 227748 | 11/26/2014 | $77.40 |

Totals:   14 transfer(s),   $30,533.27