

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Active Electric Incorporated**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096346 | $6,485.23 | 2/13/2015 | 600AA07 | 12/23/2014 | $608.22 |
| The Standard Register Company | The Standard Register Company | 1096346 | $6,485.23 | 2/13/2015 | 60012 | 12/23/2014 | $5,877.01 |
| The Standard Register Company | The Standard Register Company | 1089647 | $1,140.00 | 1/12/2015 | 600AS01 | 11/26/2014 | $1,140.00 |
| The Standard Register Company | The Standard Register Company | 1088981 | $5,558.01 | 1/9/2015 | 600AU01 | 11/25/2014 | $700.00 |
| The Standard Register Company | The Standard Register Company | 1088981 | $5,558.01 | 1/9/2015 | 60011 | 11/25/2014 | $4,858.01 |
| The Standard Register Company | The Standard Register Company | 1085814 | $8,621.89 | 12/26/2014 | 60010 | 10/29/2014 | $8,621.89 |
| The Standard Register Company | The Standard Register Company | 1085667 | $16,435.39 | 12/22/2014 | 60009 | 9/29/2014 | $7,599.39 |
| The Standard Register Company | The Standard Register Company | 1085667 | $16,435.39 | 12/22/2014 | 60008 | 8/27/2014 | $8,836.00 |

**Totals:** 5 transfer(s), $38,240.52