

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Advanced Industrial Services, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095548 | $17,360.57 | 2/24/2015 | 74787INA | 12/19/2014 | $17,897.50 |
| The Standard Register Company | The Standard Register Company | 1094244 | $28,412.71 | 2/12/2015 | 74786IN | 12/19/2014 | $14,243.00 |
| The Standard Register Company | The Standard Register Company | 1094244 | $28,412.71 | 2/12/2015 | 74766IN | 12/12/2014 | $1,890.00 |
| The Standard Register Company | The Standard Register Company | 1094244 | $28,412.71 | 2/12/2015 | 74501IN | 10/31/2014 | $13,100.00 |
| The Standard Register Company | The Standard Register Company | 1093727 | $17,360.57 | 2/12/2015 | 74502IN | 10/29/2014 | $17,897.50 |
| The Standard Register Company | The Standard Register Company | 1083364 | $3,346.50 | 12/22/2014 | 74512IN | 10/31/2014 | $3,450.00 |
| Totals: | | 4 transfer(s), | $66,480.35 | | | | |

Advanced Industrial Services, Inc. (SRCADV007)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 1