

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Advantage Innovations, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405248 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1084309 | $880.00 | 12/16/2014 | 404841 | 11/5/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405120 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405121 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405122 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405222 | 1/13/2015 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405233 | 1/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405235 | 1/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405237 | 1/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405238 | 1/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405241 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405118 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405246 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405117 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405249 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405257 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405259 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405260 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405263 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405264 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405265 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405272 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405319 | 1/19/2015 | $200.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405321 | 1/19/2015 | $263.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405245 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1095549 | $4,120.00 | 2/10/2015 | 405123 | 12/19/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1088984 | $880.00 | 1/6/2015 | 404970 | 11/25/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1090950 | $880.00 | 1/21/2015 | 404992 | 12/2/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1091860 | $880.00 | 1/27/2015 | 404865 | 11/7/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1093729 | $830.00 | 2/9/2015 | 405030 | 12/11/2014 | $830.00 |
| The Standard Register Company | The Standard Register Company | 1094305 | $930.00 | 2/9/2015 | 405062 | 12/15/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1094989 | $2,740.00 | 2/10/2015 | 405078 | 12/17/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1094989 | $2,740.00 | 2/10/2015 | 405079 | 12/17/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1094989 | $2,740.00 | 2/10/2015 | 405083 | 12/17/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1095549 | $4,120.00 | 2/10/2015 | 405109 | 12/19/2014 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1095549 | $4,120.00 | 2/10/2015 | 405110 | 12/19/2014 | $930.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405119 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1095549 | $4,120.00 | 2/10/2015 | 405115 | 12/19/2014 | $450.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405324 | 1/19/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405086 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405088 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405090 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405091 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405092 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405093 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405106 | 12/19/2014 | $400.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405107 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405108 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405116 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1095549 | $4,120.00 | 2/10/2015 | 405111 | 12/19/2014 | $930.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405372 | 1/22/2015 | $281.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405351 | 1/20/2015 | $239.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405352 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405353 | 1/20/2015 | $359.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405354 | 1/20/2015 | $494.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405355 | 1/20/2015 | $302.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405356 | 1/20/2015 | $482.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405357 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405359 | 1/21/2015 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405361 | 1/21/2015 | $830.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405364 | 1/21/2015 | $395.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405322 | 1/19/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405371 | 1/22/2015 | $290.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405348 | 1/20/2015 | $536.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405373 | 1/22/2015 | $679.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405374 | 1/22/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405375 | 1/22/2015 | $389.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405376 | 1/22/2015 | $595.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405377 | 1/22/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405378 | 1/22/2015 | $209.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405385 | 1/23/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405387 | 1/23/2015 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405388 | 1/23/2015 | $463.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405397 | 1/23/2015 | $490.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405365 | 1/21/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405258 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405398 | 1/23/2015 | $400.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405087 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405094 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405095 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405105 | 12/19/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405229 | 1/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405239 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405242 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405247 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405252 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405350 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405256 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405349 | 1/20/2015 | $572.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405262 | 1/14/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405317 | 1/19/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405318 | 1/19/2015 | $233.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405334 | 1/19/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405337 | 1/20/2015 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405339 | 1/20/2015 | $287.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405340 | 1/20/2015 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405343 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405346 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405347 | 1/20/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097125 | $8,543.00 | 2/25/2015 | 405323 | 1/19/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1097591 | $15,790.00 | 2/27/2015 | 405255 | 1/14/2015 | $200.00 |

**Totals:** 10 transfer(s), $36,473.00