

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Highland Computer Forms, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093580 | $741.28 | 2/4/2015 | 174846 | 12/10/2014 | $59.16 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173774 | 12/2/2014 | $54.07 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173844 | 12/2/2014 | $316.66 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173845 | 12/2/2014 | $861.53 |
| The Standard Register Company | The Standard Register Company | 1091588 | $549.28 | 1/26/2015 | 173962 | 12/3/2014 | $590.62 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174176 | 12/4/2014 | $212.00 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174204 | 12/4/2014 | $264.36 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174205 | 12/4/2014 | $562.24 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174207 | 12/4/2014 | $3,766.20 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174213 | 12/4/2014 | $23.62 |
| The Standard Register Company | The Standard Register Company | 1092008 | $4,517.84 | 1/27/2015 | 174214 | 12/4/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1093580 | $741.28 | 2/4/2015 | 174410 | 12/5/2014 | $39.18 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175785 | 12/18/2014 | $419.38 |
| The Standard Register Company | The Standard Register Company | 1093580 | $741.28 | 2/4/2015 | 174843 | 12/10/2014 | $717.12 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173268 | 11/25/2014 | $160.15 |
| The Standard Register Company | The Standard Register Company | 1094007 | $3,141.77 | 2/4/2015 | 174931 | 12/11/2014 | $1,966.05 |
| The Standard Register Company | The Standard Register Company | 1094007 | $3,141.77 | 2/4/2015 | 174960 | 12/11/2014 | $295.40 |
| The Standard Register Company | The Standard Register Company | 1094007 | $3,141.77 | 2/4/2015 | 175187 | 12/12/2014 | $1,084.48 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175604 | 12/17/2014 | $120.60 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175605 | 12/17/2014 | $1,929.60 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175606 | 12/17/2014 | $402.00 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175687 | 12/17/2014 | $509.17 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175770 | 12/18/2014 | $1,086.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175771 | 12/18/2014 | $402.00 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175772 | 12/18/2014 | $1,366.80 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175773 | 12/18/2014 | $964.80 |
| The Standard Register Company | The Standard Register Company | 1083565 | $2,005.20 | 12/12/2014 | 170524 | 10/31/2014 | $449.50 |
| The Standard Register Company | The Standard Register Company | 1093580 | $741.28 | 2/4/2015 | 174814 | 12/10/2014 | $252.74 |
| The Standard Register Company | The Standard Register Company | 1087351 | $2,418.10 | 12/31/2014 | 172116 | 11/14/2014 | $1,187.30 |
| The Standard Register Company | The Standard Register Company | 1083565 | $2,005.20 | 12/12/2014 | 170527 | 10/31/2014 | $266.87 |
| The Standard Register Company | The Standard Register Company | 1083565 | $2,005.20 | 12/12/2014 | 170528 | 10/31/2014 | $1,431.00 |
| The Standard Register Company | The Standard Register Company | 1084114 | $476.81 | 12/17/2014 | 170637 | 11/3/2014 | $165.93 |
| The Standard Register Company | The Standard Register Company | 1084114 | $476.81 | 12/17/2014 | 170695 | 11/3/2014 | $342.00 |
| The Standard Register Company | The Standard Register Company | 1084560 | $68.85 | 12/17/2014 | 170896 | 11/5/2014 | $71.86 |
| The Standard Register Company | The Standard Register Company | 1084997 | $3,828.73 | 12/17/2014 | 171176 | 11/6/2014 | $3,195.72 |
| The Standard Register Company | The Standard Register Company | 1084997 | $3,828.73 | 12/17/2014 | 171179 | 11/6/2014 | $660.96 |
| The Standard Register Company | The Standard Register Company | 1084997 | $3,828.73 | 12/17/2014 | 171182 | 11/6/2014 | $220.27 |
| The Standard Register Company | The Standard Register Company | 1084997 | $3,828.73 | 12/17/2014 | 171200 | 11/6/2014 | $32.28 |
| The Standard Register Company | The Standard Register Company | 1085948 | $83.58 | 12/29/2014 | 171413 | 11/10/2014 | $99.20 |
| The Standard Register Company | The Standard Register Company | 1085948 | $83.58 | 12/29/2014 | 171420 | 11/10/2014 | $133.40 |
| The Standard Register Company | The Standard Register Company | 1085948 | $83.58 | 12/29/2014 | 171421 | 11/10/2014 | $288.28 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173359 | 11/25/2014 | $422.73 |
| The Standard Register Company | The Standard Register Company | 1087351 | $2,418.10 | 12/31/2014 | 172030 | 11/13/2014 | $67.94 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173350 | 11/25/2014 | $117.76 |
| The Standard Register Company | The Standard Register Company | 1087351 | $2,418.10 | 12/31/2014 | 172285 | 11/17/2014 | $481.43 |
| The Standard Register Company | The Standard Register Company | 1087351 | $2,418.10 | 12/31/2014 | 172344 | 11/17/2014 | $79.70 |
| The Standard Register Company | The Standard Register Company | 1087351 | $2,418.10 | 12/31/2014 | 172345 | 11/17/2014 | $717.12 |
| The Standard Register Company | The Standard Register Company | 1088025 | $1,249.29 | 1/2/2015 | 172452 | 11/18/2014 | $428.62 |
| The Standard Register Company | The Standard Register Company | 1088025 | $1,249.29 | 1/2/2015 | 172471 | 11/18/2014 | $425.25 |
| The Standard Register Company | The Standard Register Company | 1088025 | $1,249.29 | 1/2/2015 | 172483 | 11/18/2014 | $121.68 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088025 | $1,249.29 | 1/2/2015 | 172609 | 11/19/2014 | $342.00 |
| The Standard Register Company | The Standard Register Company | 1088025 | $1,249.29 | 1/2/2015 | 172740 | 11/19/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1089973 | $24.61 | 1/9/2015 | 1085948RB | 9/16/2014 | $17.58 |
| The Standard Register Company | The Standard Register Company | 1089973 | $24.61 | 1/9/2015 | 1085948UD | 9/16/2014 | $7.03 |
| The Standard Register Company | The Standard Register Company | 1091085 | $777.46 | 1/22/2015 | 173158 | 11/24/2014 | $42.46 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175869 | 12/18/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1086361 | $51.02 | 12/29/2014 | 167090 | 10/6/2014 | $53.41 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179209 | 1/22/2015 | $134.29 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178462 | 1/15/2015 | $119.89 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178537 | 1/16/2015 | $253.50 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178554 | 1/16/2015 | $590.12 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178635 | 1/19/2015 | $1,420.10 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178709 | 1/19/2015 | $108.15 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178732 | 1/19/2015 | $138.04 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178751 | 1/19/2015 | $3,890.71 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178888 | 1/20/2015 | $270.24 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178949 | 1/20/2015 | $102.90 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178955 | 1/21/2015 | $424.95 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179009 | 1/21/2015 | $135.87 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175774 | 12/18/2014 | $1,929.60 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179176 | 1/22/2015 | $163.10 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178017 | 1/13/2015 | $129.78 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179350 | 1/23/2015 | $418.36 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179373 | 1/23/2015 | $358.29 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179732 | 1/27/2015 | $58.14 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179801 | 1/28/2015 | $691.60 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179819 | 1/28/2015 | $302.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179829 | 1/28/2015 | $286.92 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179883 | 1/28/2015 | $400.01 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179967 | 1/29/2015 | $137.38 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 180054 | 1/29/2015 | $3,228.00 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 180187 | 1/30/2015 | $193.42 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 180355 | 2/2/2015 | $1,286.08 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 180466 | 2/3/2015 | $1,433.88 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 179175 | 1/22/2015 | $86.08 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 176726 | 12/30/2014 | $154.98 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175879 | 12/18/2014 | $490.51 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175883 | 12/18/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175884 | 12/18/2014 | $50.08 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175887 | 12/17/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175906 | 12/18/2014 | $195.70 |
| The Standard Register Company | The Standard Register Company | 1095271 | $9,309.21 | 2/11/2015 | 175907 | 12/18/2014 | $25.04 |
| The Standard Register Company | The Standard Register Company | 1095746 | $504.49 | 2/11/2015 | 175992 | 12/19/2014 | $54.07 |
| The Standard Register Company | The Standard Register Company | 1095746 | $504.49 | 2/11/2015 | 176035 | 12/19/2014 | $478.31 |
| The Standard Register Company | The Standard Register Company | 1096089 | $614.69 | 2/11/2015 | 176214 | 12/22/2014 | $660.96 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 174155 | 12/4/2014 | $195.35 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 175011 | 12/11/2014 | $205.83 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 176446 | 12/29/2014 | $163.10 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178296 | 1/14/2015 | $660.96 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 176721 | 12/30/2014 | $61.99 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 178255 | 1/14/2015 | $254.28 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177014 | 1/5/2015 | $880.26 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177051 | 1/5/2015 | $3,057.60 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177202 | 1/6/2015 | $94.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177209 | 1/6/2015 | $135.87 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177482 | 1/8/2015 | $465.75 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177597 | 1/8/2015 | $23.62 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177756 | 1/9/2015 | $1,126.00 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177780 | 1/12/2015 | $859.37 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177884 | 1/12/2015 | $37.68 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177960 | 1/12/2015 | $317.20 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 177961 | 1/12/2015 | $150.92 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 180530 | 2/3/2015 | $121.00 |
| The Standard Register Company | The Standard Register Company | 1100009 | $21,241.01 | 3/10/2015 | 176565 | 12/29/2014 | $174.85 |

**Totals:** 18 transfer(s), $51,603.22