

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Alen Security Locksmith Company, Inc. dba Alen Security Company Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097352 | $33,539.15 | 2/25/2015 | 42751 | 1/19/2015 | $33,539.15 |
| The Standard Register Company | The Standard Register Company | 1082985 | $616.32 | 1/9/2015 | 8173A | 11/14/2014 | $616.32 |
| **Totals:** | | **2 transfer(s),** | **$34,155.47** | | | | |