

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Healthcare Information and Management Systems Society dba Himss** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092989 | $34,944.00 | 2/3/2015 | 1200939643 | 1/15/2015 | $34,944.00 |
| **Totals:** | | **1 transfer(s),** | **$34,944.00** | | | | |