

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Artwear Embroidery, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090625 | $134.06 | 1/20/2015 | 101288 | 12/1/2014 | $30.20 |
| The Standard Register Company | The Standard Register Company | 1093082 | $55.14 | 2/3/2015 | 101532 | 12/9/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1092637 | $106.11 | 2/3/2015 | 101534 | 12/8/2014 | $42.50 |
| The Standard Register Company | The Standard Register Company | 1092637 | $106.11 | 2/3/2015 | 101447 | 12/8/2014 | $22.46 |
| The Standard Register Company | The Standard Register Company | 1092637 | $106.11 | 2/3/2015 | 101444 | 12/8/2014 | $27.40 |
| The Standard Register Company | The Standard Register Company | 1092637 | $106.11 | 2/3/2015 | 100503 | 12/8/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1092176 | $44.30 | 1/27/2015 | 101420 | 12/5/2014 | $44.30 |
| The Standard Register Company | The Standard Register Company | 1091878 | $9.05 | 1/27/2015 | 101722 | 12/4/2014 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1091455 | $80.32 | 1/27/2015 | 101352 | 12/3/2014 | $39.90 |
| The Standard Register Company | The Standard Register Company | 1091455 | $80.32 | 1/27/2015 | 101331 | 12/3/2014 | $19.37 |
| The Standard Register Company | The Standard Register Company | 1091455 | $80.32 | 1/27/2015 | 101328 | 12/3/2014 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1090968 | $42.19 | 1/21/2015 | 101321 | 12/2/2014 | $21.14 |
| The Standard Register Company | The Standard Register Company | 1090968 | $42.19 | 1/21/2015 | 101299 | 12/2/2014 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1095571 | $314.76 | 2/10/2015 | 101610 | 12/19/2014 | $263.46 |
| The Standard Register Company | The Standard Register Company | 1090625 | $134.06 | 1/20/2015 | 101295 | 12/1/2014 | $27.94 |
| The Standard Register Company | The Standard Register Company | 1093429 | $72.91 | 2/3/2015 | 101604 | 12/10/2014 | $22.46 |
| The Standard Register Company | The Standard Register Company | 1090625 | $134.06 | 1/20/2015 | 101201 | 12/1/2014 | $17.02 |
| The Standard Register Company | The Standard Register Company | 1090625 | $134.06 | 1/20/2015 | 101145 | 12/1/2014 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1090001 | $60.75 | 1/12/2015 | 101291 | 11/28/2014 | $60.75 |
| The Standard Register Company | The Standard Register Company | 1089670 | $56.29 | 1/8/2015 | 101289 | 11/26/2014 | $16.69 |
| The Standard Register Company | The Standard Register Company | 1089670 | $56.29 | 1/8/2015 | 101103 | 11/26/2014 | $39.60 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101204 | 11/25/2014 | $10.35 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101151 | 11/25/2014 | $21.18 |

Artwear Embroidery, Inc. (SRCART008)  
Bankruptcy Case: SRC Liquidation Company  
May 9, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101142 | 11/24/2014 | $48.20 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101126 | 11/25/2014 | $18.14 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101114 | 11/25/2014 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101111 | 11/25/2014 | $52.10 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101101 | 11/25/2014 | $16.10 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101064 | 11/25/2014 | $43.75 |
| The Standard Register Company | The Standard Register Company | 1090625 | $134.06 | 1/20/2015 | 101320 | 12/1/2014 | $50.90 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101675 | 12/11/2014 | $158.07 |
| The Standard Register Company | The Standard Register Company | 1083381 | $85.31 | 12/12/2014 | 100447 | 10/31/2014 | $85.31 |
| The Standard Register Company | The Standard Register Company | 1095020 | $313.77 | 2/10/2015 | 101802 | 12/17/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1095020 | $313.77 | 2/10/2015 | 101801 | 12/17/2014 | $28.80 |
| The Standard Register Company | The Standard Register Company | 1095020 | $313.77 | 2/10/2015 | 101743 | 12/18/2014 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1095020 | $313.77 | 2/10/2015 | 101627 | 12/17/2014 | $245.15 |
| The Standard Register Company | The Standard Register Company | 1094693 | $164.58 | 2/9/2015 | 101752 | 12/16/2014 | $75.08 |
| The Standard Register Company | The Standard Register Company | 1094693 | $164.58 | 2/9/2015 | 101720 | 12/16/2014 | $32.20 |
| The Standard Register Company | The Standard Register Company | 1094693 | $164.58 | 2/9/2015 | 101671 | 12/16/2014 | $31.10 |
| The Standard Register Company | The Standard Register Company | 1094693 | $164.58 | 2/9/2015 | 101592 | 12/12/2014 | $26.20 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101754 | 12/15/2014 | $267.86 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101669 | 12/15/2014 | $115.33 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101663 | 12/15/2014 | $123.05 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101593 | 12/15/2014 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1093082 | $55.14 | 2/3/2015 | 101533 | 12/9/2014 | $41.39 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101596 | 12/11/2014 | $69.50 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101028 | 11/25/2014 | $70.15 |
| The Standard Register Company | The Standard Register Company | 1093429 | $72.91 | 2/3/2015 | 101655 | 12/10/2014 | $29.40 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101489 | 12/12/2014 | $42.20 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101574 | 12/12/2014 | $10.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101580 | 12/12/2014 | $42.25 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101445 | 12/15/2014 | $447.71 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101591 | 12/12/2014 | $50.15 |
| The Standard Register Company | The Standard Register Company | 1094318 | $1,000.56 | 2/6/2015 | 101345 | 12/15/2014 | $37.56 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101605 | 12/12/2014 | $22.46 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101608 | 12/12/2014 | $10.35 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101625 | 12/12/2014 | $117.20 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101641 | 12/12/2014 | $19.14 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101670 | 12/12/2014 | $18.07 |
| The Standard Register Company | The Standard Register Company | 1093429 | $72.91 | 2/3/2015 | 101602 | 12/10/2014 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1093751 | $609.07 | 2/3/2015 | 101589 | 12/12/2014 | $49.33 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100501 | 11/5/2014 | $37.00 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101034 | 11/25/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100697 | 11/10/2014 | $19.43 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100696 | 11/10/2014 | $21.18 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100669 | 11/10/2014 | $18.45 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100662 | 11/10/2014 | $46.65 |
| The Standard Register Company | The Standard Register Company | 1085247 | $464.59 | 12/24/2014 | 100702 | 11/7/2014 | $212.70 |
| The Standard Register Company | The Standard Register Company | 1085247 | $464.59 | 12/24/2014 | 100695 | 11/7/2014 | $147.39 |
| The Standard Register Company | The Standard Register Company | 1085247 | $464.59 | 12/24/2014 | 100530 | 11/7/2014 | $23.40 |
| The Standard Register Company | The Standard Register Company | 1085247 | $464.59 | 12/24/2014 | 100452 | 11/7/2014 | $81.10 |
| The Standard Register Company | The Standard Register Company | 1084847 | $109.16 | 12/17/2014 | 100538 | 11/6/2014 | $27.14 |
| The Standard Register Company | The Standard Register Company | 1084847 | $109.16 | 12/17/2014 | 100535 | 11/6/2014 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1084847 | $109.16 | 12/17/2014 | 100520 | 11/6/2014 | $23.06 |
| The Standard Register Company | The Standard Register Company | 1084847 | $109.16 | 12/17/2014 | 100021 | 11/6/2014 | $44.26 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100699 | 11/10/2014 | $19.41 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100194 | 11/4/2014 | $22.51 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084006 | $335.26 | 12/19/2014 | 100188 | 11/3/2014 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1084006 | $335.26 | 12/19/2014 | 100532 | 11/3/2014 | $19.43 |
| The Standard Register Company | The Standard Register Company | 1084006 | $335.26 | 12/19/2014 | 100533 | 11/3/2014 | $126.24 |
| The Standard Register Company | The Standard Register Company | 1084006 | $335.26 | 12/19/2014 | 100540 | 11/3/2014 | $157.86 |
| The Standard Register Company | The Standard Register Company | 1084006 | $335.26 | 12/19/2014 | 100543 | 11/3/2014 | $23.73 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 99927 | 11/4/2014 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100123 | 11/4/2014 | $99.20 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100546 | 11/5/2014 | $41.44 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100407 | 11/4/2014 | $22.51 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100428 | 11/4/2014 | $20.26 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100484 | 11/5/2014 | $22.02 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100486 | 11/5/2014 | $30.65 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100500 | 11/5/2014 | $48.45 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100700 | 11/10/2014 | $27.20 |
| The Standard Register Company | The Standard Register Company | 1084332 | $649.74 | 12/17/2014 | 100113 | 11/4/2014 | $291.00 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100929 | 11/14/2014 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1095571 | $314.76 | 2/10/2015 | 101822 | 12/19/2014 | $42.25 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 100867 | 11/24/2014 | $19.43 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 100022 | 11/25/2014 | $35.40 |
| The Standard Register Company | The Standard Register Company | 1088377 | $152.00 | 1/5/2015 | 101102 | 11/21/2014 | $81.10 |
| The Standard Register Company | The Standard Register Company | 1088377 | $152.00 | 1/5/2015 | 100989 | 11/21/2014 | $30.65 |
| The Standard Register Company | The Standard Register Company | 1088377 | $152.00 | 1/5/2015 | 100944 | 11/20/2014 | $18.70 |
| The Standard Register Company | The Standard Register Company | 1088377 | $152.00 | 1/5/2015 | 100905 | 11/20/2014 | $21.55 |
| The Standard Register Company | The Standard Register Company | 1087795 | $407.64 | 1/5/2015 | 100947 | 11/19/2014 | $63.26 |
| The Standard Register Company | The Standard Register Company | 1087795 | $407.64 | 1/5/2015 | 100918 | 11/19/2014 | $72.03 |
| The Standard Register Company | The Standard Register Company | 1087795 | $407.64 | 1/5/2015 | 100850 | 11/18/2014 | $95.80 |
| The Standard Register Company | The Standard Register Company | 1087795 | $407.64 | 1/5/2015 | 100820 | 11/18/2014 | $107.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087795 | $407.64 | 1/5/2015 | 100383 | 11/18/2014 | $68.80 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 101073 | 11/14/2014 | $13.41 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100698 | 11/10/2014 | $52.10 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100792 | 11/17/2014 | $46.90 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100709 | 11/10/2014 | $114.45 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100745 | 11/10/2014 | $22.51 |
| The Standard Register Company | The Standard Register Company | 1085829 | $362.56 | 12/30/2014 | 100746 | 11/10/2014 | $21.18 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100335 | 11/13/2014 | $30.42 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100710 | 11/13/2014 | $14.05 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 101029 | 11/17/2014 | $22.35 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100776 | 11/17/2014 | $10.35 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100954 | 11/17/2014 | $41.08 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100797 | 11/14/2014 | $81.26 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100833 | 11/14/2014 | $19.43 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100834 | 11/14/2014 | $28.93 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100835 | 11/13/2014 | $300.77 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100852 | 11/14/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1089015 | $375.96 | 1/6/2015 | 101030 | 11/25/2014 | $19.41 |
| The Standard Register Company | The Standard Register Company | 1086772 | $669.85 | 12/30/2014 | 100760 | 11/14/2014 | $27.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102709 | 1/16/2015 | $21.52 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103024 | 1/22/2015 | $24.62 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103023 | 1/23/2015 | $176.50 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103022 | 1/22/2015 | $187.82 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102946 | 1/15/2015 | $25.48 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102921 | 1/19/2015 | $63.52 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102752 | 1/23/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102751 | 1/22/2015 | $179.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102716 | 1/30/2015 | $27.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102715 | 1/16/2015 | $154.75 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102714 | 1/16/2015 | $20.63 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102713 | 1/16/2015 | $18.12 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102712 | 1/16/2015 | $159.31 |
| The Standard Register Company | The Standard Register Company | 1095020 | $313.77 | 2/10/2015 | 101806 | 12/18/2014 | $17.02 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102710 | 1/21/2015 | $156.00 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103028 | 1/22/2015 | $17.56 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102708 | 1/16/2015 | $20.86 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102703 | 1/16/2015 | $434.26 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102698 | 1/20/2015 | $24.35 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102697 | 1/19/2015 | $218.80 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102679 | 1/19/2015 | $26.66 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102677 | 1/20/2015 | $51.35 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102587 | 1/15/2015 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102583 | 1/15/2015 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102565 | 1/15/2015 | $39.60 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102521 | 12/29/2014 | $23.24 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102517 | 1/13/2015 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102516 | 1/13/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102515 | 1/14/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102711 | 1/16/2015 | $27.94 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103115 | 1/27/2015 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103254 | 1/30/2015 | $51.60 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103253 | 1/30/2015 | $60.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103252 | 1/30/2015 | $34.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103251 | 1/30/2015 | $17.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103250 | 1/30/2015 | $49.17 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103249 | 1/30/2015 | $17.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103248 | 1/30/2015 | $25.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103247 | 1/30/2015 | $17.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103246 | 1/30/2015 | $25.80 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103244 | 1/30/2015 | $17.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103243 | 1/30/2015 | $17.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103240 | 1/30/2015 | $60.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103173 | 1/30/2015 | $35.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103026 | 1/19/2015 | $26.54 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103070 | 1/28/2015 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102503 | 12/29/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103030 | 1/26/2015 | $16.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103033 | 1/14/2015 | $30.78 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103055 | 1/15/2015 | $4.35 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103064 | 1/28/2015 | $16.10 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103172 | 1/30/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103069 | 1/27/2015 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103121 | 1/28/2015 | $66.16 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103071 | 1/21/2015 | $25.81 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103072 | 1/27/2015 | $82.95 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103092 | 1/28/2015 | $23.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103093 | 1/28/2015 | $20.86 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103111 | 1/28/2015 | $17.56 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103027 | 1/21/2015 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 103068 | 1/26/2015 | $68.80 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102204 | 12/23/2014 | $154.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102514 | 1/13/2015 | $24.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102207 | 1/5/2015 | $94.33 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102139 | 1/5/2015 | $24.03 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102137 | 1/5/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102119 | 1/7/2015 | $144.67 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102072 | 1/14/2015 | $61.62 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102038 | 1/5/2015 | $37.55 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102011 | 1/12/2015 | $363.25 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 101974 | 1/8/2015 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 101662 | 12/29/2014 | $23.72 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 101463 | 1/23/2015 | $20,102.15 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 101333 | 1/5/2015 | $4,824.09 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 101046 | 1/22/2015 | $234.31 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102232 | 1/5/2015 | $422.52 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102021 | 12/23/2014 | $18.31 |
| The Standard Register Company | The Standard Register Company | 1095571 | $314.76 | 2/10/2015 | 101869 | 12/19/2014 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1095979 | $42.07 | 2/10/2015 | 102005 | 12/22/2014 | $14.70 |
| The Standard Register Company | The Standard Register Company | 1095979 | $42.07 | 2/10/2015 | 102048 | 12/22/2014 | $27.37 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 101657 | 12/23/2014 | $83.76 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 101880 | 12/23/2014 | $54.20 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 100801 | 12/29/2014 | $8.00 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 101953 | 12/23/2014 | $19.37 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102470 | 12/23/2014 | $963.50 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102036 | 12/23/2014 | $23.14 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102037 | 12/23/2014 | $77.20 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102039 | 12/23/2014 | $18.40 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102061 | 12/23/2014 | $87.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 102102 | 12/23/2014 | $30.61 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102236 | 1/6/2015 | $63.75 |
| The Standard Register Company | The Standard Register Company | 1096367 | $1,556.00 | 2/17/2015 | 101952 | 12/23/2014 | $25.01 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102410 | 1/9/2015 | $46.65 |
| The Standard Register Company | The Standard Register Company | 1099592 | $108.22 | 3/10/2015 | 96173 | 6/13/2014 | $108.22 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102492 | 1/9/2015 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102491 | 1/9/2015 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102490 | 1/9/2015 | $28.03 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102489 | 1/15/2015 | $100.63 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102488 | 1/9/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102485 | 1/9/2015 | $39.73 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102484 | 1/9/2015 | $21.42 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102481 | 1/9/2015 | $18.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102476 | 1/8/2015 | $85.84 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102415 | 1/9/2015 | $45.24 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102414 | 1/9/2015 | $10.35 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102413 | 1/8/2015 | $23.21 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102228 | 1/7/2015 | $17.33 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102338 | 1/6/2015 | $54.68 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102244 | 1/6/2015 | $107.44 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102262 | 1/8/2015 | $40.82 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102270 | 1/6/2015 | $28.82 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102272 | 1/5/2015 | $28.10 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102275 | 1/5/2015 | $55.95 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102412 | 1/6/2015 | $18.22 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102332 | 1/7/2015 | $21.38 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102411 | 1/5/2015 | $23.72 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102364 | 1/9/2015 | $18.68 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102368 | 1/5/2015 | $19.97 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102387 | 1/14/2015 | $9.05 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102388 | 1/12/2015 | $25.81 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102389 | 1/8/2015 | $27.40 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102504 | 1/14/2015 | $67.50 |
| The Standard Register Company | The Standard Register Company | 1099559 | $30,785.39 | 3/10/2015 | 102294 | 1/5/2015 | $30.42 |

**Totals:**    **29 transfer(s),**    **$39,167.61**