

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **HireRight, LLC dba HireRight, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099079 | $19,635.31 | 3/5/2015 | G1569879 | 12/31/2014 | $10,895.19 |
| The Standard Register Company | The Standard Register Company | 1099079 | $19,635.31 | 3/5/2015 | G1551569 | 11/30/2014 | $8,740.12 |
| The Standard Register Company | The Standard Register Company | 1089271 | $9,789.19 | 1/6/2015 | G1534816 | 10/31/2014 | $9,789.19 |
| Totals: | 2 transfer(s), | $29,424.50 | | | | | |