

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

| | |
|---|---|
| Defendant: | **Honsa-Binder Printing, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095274 | $625.42 | 2/10/2015 | 76097 | 12/18/2014 | $672.50 |
| The Standard Register Company | The Standard Register Company | 1094454 | $789.76 | 2/6/2015 | 76019 | 12/15/2014 | $849.20 |
| The Standard Register Company | The Standard Register Company | 1094013 | $3,508.60 | 2/3/2015 | 75909 | 12/11/2014 | $3,780.00 |
| The Standard Register Company | The Standard Register Company | 1091803 | $53,138.58 | 1/27/2015 | 75957 | 12/3/2014 | $136.00 |
| The Standard Register Company | The Standard Register Company | 1091803 | $53,138.58 | 1/27/2015 | 75901 | 11/30/2014 | $26,803.46 |
| The Standard Register Company | The Standard Register Company | 1091803 | $53,138.58 | 1/27/2015 | 75636 | 10/31/2014 | $30,191.48 |
| The Standard Register Company | The Standard Register Company | 1090748 | $300.39 | 1/20/2015 | 75812 | 12/1/2014 | $323.00 |
| The Standard Register Company | The Standard Register Company | 1088675 | $243.66 | 1/6/2015 | 75813 | 11/21/2014 | $262.00 |
| The Standard Register Company | The Standard Register Company | 1088032 | $391.16 | 1/6/2015 | 75811 | 11/19/2014 | $198.00 |
| The Standard Register Company | The Standard Register Company | 1088032 | $391.16 | 1/6/2015 | 75810 | 11/19/2014 | $222.60 |
| The Standard Register Company | The Standard Register Company | 1083567 | $1,982.76 | 12/12/2014 | 75561 | 10/31/2014 | $2,132.00 |

Totals:    8 transfer(s),    $60,980.33