

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Associated Sales & Bag Company dba Associated Bag Company** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22478 | $975.91 | 1/23/2015 | N406664 | 1/6/2015 | $975.91 |
| The Standard Register Company | The Standard Register Company | 22173 | $494.46 | 1/12/2015 | N404500 | 12/23/2014 | $494.46 |
| The Standard Register Company | The Standard Register Company | 21911 | $510.75 | 1/5/2015 | N402576 | 12/17/2014 | $510.75 |
| The Standard Register Company | The Standard Register Company | 21381 | $887.82 | 12/22/2014 | N397175 | 12/4/2014 | $887.82 |
| The Standard Register Company | The Standard Register Company | 1096368 | $40.95 | 2/17/2015 | N402125 | 12/16/2014 | $41.28 |
| The Standard Register Company | The Standard Register Company | 1094696 | $16,734.00 | 2/10/2015 | N357569 | 1/5/2015 | $16,734.00 |
| The Standard Register Company | The Standard Register Company | 1094321 | $10,620.83 | 2/10/2015 | N357571 | 1/2/2015 | $10,718.45 |
| The Standard Register Company | The Standard Register Company | 1086775 | $3,589.44 | 12/30/2014 | N391510 | 12/4/2014 | $3,625.70 |

**Totals:** 8 transfer(s), $33,854.16