

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Austell Natural Gas System aka Austell Gas System** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096845 | $9,857.74 | 2/19/2015 | 93003JA15 | 1/30/2015 | $9,857.74 |
| The Standard Register Company | The Standard Register Company | 1096322 | $6,460.30 | 2/17/2015 | 22979JA15 | 1/27/2015 | $1,999.73 |
| The Standard Register Company | The Standard Register Company | 1096322 | $6,460.30 | 2/17/2015 | 22266JA15 | 1/27/2015 | $750.61 |
| The Standard Register Company | The Standard Register Company | 1096322 | $6,460.30 | 2/17/2015 | 22265JA15A | 1/27/2015 | $2,086.83 |
| The Standard Register Company | The Standard Register Company | 1096322 | $6,460.30 | 2/17/2015 | 22265JA15 | 1/27/2015 | $1,623.13 |
| The Standard Register Company | The Standard Register Company | 1090602 | $5,646.76 | 1/21/2015 | 22979DE14 | 12/23/2014 | $1,562.70 |
| The Standard Register Company | The Standard Register Company | 1090602 | $5,646.76 | 1/21/2015 | 22266DE14 | 12/23/2014 | $415.10 |
| The Standard Register Company | The Standard Register Company | 1090602 | $5,646.76 | 1/21/2015 | 22265DE14A | 12/23/2014 | $2,042.95 |
| The Standard Register Company | The Standard Register Company | 1090602 | $5,646.76 | 1/21/2015 | 22265DE14 | 12/23/2014 | $1,626.01 |
| The Standard Register Company | The Standard Register Company | 1090529 | $6,341.62 | 1/13/2015 | 93003DE14 | 12/31/2014 | $6,341.62 |
| The Standard Register Company | The Standard Register Company | 1084278 | $2,019.87 | 12/16/2014 | 22979N014 | 11/21/2014 | $601.61 |
| The Standard Register Company | The Standard Register Company | 1084278 | $2,019.87 | 12/16/2014 | 22266N014 | 11/21/2014 | $280.04 |
| The Standard Register Company | The Standard Register Company | 1084278 | $2,019.87 | 12/16/2014 | 22265N014A | 11/21/2014 | $735.19 |
| The Standard Register Company | The Standard Register Company | 1084278 | $2,019.87 | 12/16/2014 | 22265N014 | 11/21/2014 | $403.03 |
| The Standard Register Company | The Standard Register Company | 1084234 | $4,151.15 | 12/15/2014 | 93003N014 | 11/26/2014 | $4,151.15 |

**Totals:**    **6 transfer(s),**    **$34,477.44**