

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

Defendant: **Hopkins Printing, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097344 | $1,281.00 | 2/24/2015 | 106842 | 1/21/2015 | $1,281.00 |
| The Standard Register Company | The Standard Register Company | 1096892 | $19,308.66 | 2/18/2015 | 106753 | 1/14/2015 | $1,273.00 |
| The Standard Register Company | The Standard Register Company | 1096892 | $19,308.66 | 2/18/2015 | 106099 | 12/10/2014 | $19,489.00 |
| The Standard Register Company | The Standard Register Company | 1096790 | $1,612.62 | 2/17/2015 | 106735 | 1/13/2015 | $1,734.00 |
| The Standard Register Company | The Standard Register Company | 1094674 | $124.61 | 2/6/2015 | 1085764UD | 9/24/2014 | $124.61 |
| The Standard Register Company | The Standard Register Company | 1090571 | $1,611.00 | 1/16/2015 | 106169 | 12/12/2014 | $1,611.00 |
| The Standard Register Company | The Standard Register Company | 1085764 | $5,794.35 | 12/26/2014 | 104993 | 10/10/2014 | $600.00 |
| The Standard Register Company | The Standard Register Company | 1085764 | $5,794.35 | 12/26/2014 | 104474 | 9/24/2014 | $4,358.00 |
| The Standard Register Company | The Standard Register Company | 1085764 | $5,794.35 | 12/26/2014 | 104473 | 9/24/2014 | $1,272.48 |
| The Standard Register Company | The Standard Register Company | 1084295 | $4,680.74 | 12/15/2014 | 105465 | 11/11/2014 | $5,004.00 |
| The Standard Register Company | The Standard Register Company | 1084294 | $1,270.00 | 12/15/2014 | 105464 | 11/11/2014 | $1,270.00 |

Totals:    8 transfer(s),    $35,682.98