

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Aztex Enterprises Ld. dba AZX Sport**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695863 | 11/17/2014 | $246.00 |
| The Standard Register Company | The Standard Register Company | 1091879 | $229.67 | 2/5/2015 | 696202 | 11/25/2014 | $119.00 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 696043 | 11/19/2014 | $9.18 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 695288 | 11/3/2014 | $179.00 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 695284 | 11/3/2014 | $1,027.00 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 695044 | 10/29/2014 | $990.00 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 691959 | 9/5/2014 | $10.65 |
| The Standard Register Company | The Standard Register Company | 1085709 | $2,433.83 | 12/31/2014 | 690964 | 8/18/2014 | $218.00 |
| The Standard Register Company | The Standard Register Company | 1082345 | $1,198.78 | 12/17/2014 | 695055 | 10/29/2014 | $1,198.78 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 696113 | 11/21/2014 | $623.00 |
| The Standard Register Company | The Standard Register Company | 1092178 | $138.88 | 2/5/2015 | 696653 | 12/5/2014 | $138.88 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695572 | 11/7/2014 | $157.00 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695476 | 11/6/2014 | $555.00 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695281 | 11/3/2014 | $291.25 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695276 | 11/3/2014 | $157.00 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 695197 | 10/31/2014 | $2,440.93 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 693656 | 10/3/2014 | $555.00 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 693563 | 10/2/2014 | $2,796.38 |
| The Standard Register Company | The Standard Register Company | 1085211 | $8,318.13 | 12/31/2014 | 696393 | 12/1/2014 | $496.57 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 697743 | 1/14/2015 | $127.50 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697206 | 12/29/2014 | $1,620.00 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697129 | 12/24/2014 | $467.50 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697124 | 12/24/2014 | $1,811.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697118 | 12/24/2014 | $1,058.00 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697110 | 12/24/2014 | $119.00 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 679106 | 12/24/2014 | $2,560.00 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 698291 | 1/28/2015 | $555.00 |
| The Standard Register Company | The Standard Register Company | 1091879 | $229.67 | 2/5/2015 | 696271 | 11/26/2014 | $535.50 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 697854 | 1/16/2015 | $168.63 |
| The Standard Register Company | The Standard Register Company | 1091879 | $229.67 | 2/5/2015 | 696583 | 12/4/2014 | $1,468.57 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 697720 | 1/13/2015 | $95.00 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 697350 | 1/2/2015 | $1,366.00 |
| The Standard Register Company | The Standard Register Company | 1095912 | $8,438.84 | 2/11/2015 | CKRQ020215 | 2/2/2015 | $8,438.84 |
| The Standard Register Company | The Standard Register Company | 1095575 | $1,178.00 | 2/11/2015 | 696921 | 12/15/2014 | $1,178.00 |
| The Standard Register Company | The Standard Register Company | 1095024 | $408.00 | 2/11/2015 | 696994 | 12/18/2014 | $408.00 |
| The Standard Register Company | The Standard Register Company | 1093756 | $125.07 | 2/11/2015 | 696883 | 12/12/2014 | $125.07 |
| The Standard Register Company | The Standard Register Company | 1093085 | $149.83 | 2/11/2015 | 696746 | 12/9/2014 | $149.83 |
| The Standard Register Company | The Standard Register Company | 1099156 | $8,385.88 | 3/10/2015 | 697261 | 12/29/2014 | $750.00 |
| The Standard Register Company | The Standard Register Company | 1099155 | $2,892.13 | 3/10/2015 | 697949 | 1/20/2015 | $580.00 |

**Totals:** 12 transfer(s), $33,897.04