

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Impresos Taino** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129011 | 12/1/2014 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129034 | 12/4/2014 | $29.43 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129033 | 12/4/2014 | $5.35 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129032 | 12/4/2014 | $288.90 |
| The Standard Register Company | The Standard Register Company | 1091598 | $1,058.66 | 1/27/2015 | 129026 | 12/3/2014 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1091598 | $1,058.66 | 1/27/2015 | 129025 | 12/3/2014 | $331.70 |
| The Standard Register Company | The Standard Register Company | 1091598 | $1,058.66 | 1/27/2015 | 129024 | 12/3/2014 | $224.70 |
| The Standard Register Company | The Standard Register Company | 1091094 | $424.62 | 1/21/2015 | 129022 | 12/2/2014 | $277.26 |
| The Standard Register Company | The Standard Register Company | 1091094 | $424.62 | 1/21/2015 | 129021 | 12/2/2014 | $160.50 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129018 | 12/1/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129017 | 12/1/2014 | $321.00 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129016 | 12/1/2014 | $65.91 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129015 | 12/1/2014 | $77.36 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129014 | 12/1/2014 | $48.15 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128980 | 11/24/2014 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128996 | 11/25/2014 | $44.85 |
| The Standard Register Company | The Standard Register Company | 1084126 | $83.03 | 12/19/2014 | 128830 | 11/3/2014 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128982 | 11/24/2014 | $114.06 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128983 | 11/24/2014 | $299.60 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128984 | 11/24/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128985 | 11/24/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129013 | 12/1/2014 | $148.20 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128987 | 11/25/2014 | $210.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 129012 | 12/1/2014 | $69.34 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 129002 | 11/25/2014 | $454.75 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 129003 | 11/25/2014 | $156.22 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 129004 | 11/25/2014 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1089820 | $311.37 | 1/12/2015 | 129009 | 11/26/2014 | $321.00 |
| The Standard Register Company | The Standard Register Company | 1090757 | $886.24 | 1/21/2015 | 128826 | 11/3/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129037 | 12/4/2014 | $42.80 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128986 | 11/24/2014 | $136.43 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129070 | 12/9/2014 | $589.36 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129035 | 12/4/2014 | $117.70 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129064 | 12/9/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129065 | 12/9/2014 | $42.80 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129066 | 12/9/2014 | $160.50 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129067 | 12/9/2014 | $40.13 |
| The Standard Register Company | The Standard Register Company | 1092339 | $852.37 | 1/27/2015 | 129055 | 12/5/2014 | $385.20 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129069 | 12/9/2014 | $77.36 |
| The Standard Register Company | The Standard Register Company | 1092339 | $852.37 | 1/27/2015 | 129053 | 12/5/2014 | $180.56 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129071 | 12/9/2014 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129072 | 12/9/2014 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129073 | 12/9/2014 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129074 | 12/9/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129075 | 12/9/2014 | $375.57 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129076 | 12/9/2014 | $103.15 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129068 | 12/9/2014 | $160.50 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129043 | 12/4/2014 | $4.28 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128979 | 11/24/2014 | $77.36 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129038 | 12/4/2014 | $4.01 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129039 | 12/4/2014 | $45.48 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129040 | 12/4/2014 | $10.70 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129040A | 12/4/2014 | $2.94 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129063 | 12/9/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129042 | 12/4/2014 | $7.49 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129036 | 12/4/2014 | $42.80 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129044 | 12/4/2014 | $90.95 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129045 | 12/4/2014 | $15.52 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129046 | 12/4/2014 | $43.98 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129047 | 12/4/2014 | $36.86 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129048 | 12/4/2014 | $719.85 |
| The Standard Register Company | The Standard Register Company | 1092339 | $852.37 | 1/27/2015 | 129052 | 12/5/2014 | $312.98 |
| The Standard Register Company | The Standard Register Company | 1092016 | $1,453.23 | 1/27/2015 | 129041 | 12/4/2014 | $40.13 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128860 | 11/7/2014 | $214.00 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128882 | 11/10/2014 | $1.34 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128881 | 11/10/2014 | $29.53 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128880 | 11/10/2014 | $17.39 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128879 | 11/10/2014 | $105.61 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128878 | 11/10/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128874 | 11/10/2014 | $187.32 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128873 | 11/10/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128872 | 11/10/2014 | $228.98 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128871 | 11/10/2014 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128870 | 11/10/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128869 | 11/10/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128827 | 11/3/2014 | $24.82 |
| The Standard Register Company | The Standard Register Company | 1085592 | $255.85 | 12/30/2014 | 128829 | 11/3/2014 | $109.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128981 | 11/24/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128847 | 11/5/2014 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128833 | 11/4/2014 | $1,572.90 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128836 | 11/4/2014 | $337.05 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128842 | 11/5/2014 | $69.55 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128843 | 11/5/2014 | $333.84 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128844 | 11/5/2014 | $36.92 |
| The Standard Register Company | The Standard Register Company | 1085592 | $255.85 | 12/30/2014 | 128593 | 10/1/2014 | $154.08 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128846 | 11/5/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128862 | 11/7/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128848 | 11/5/2014 | $208.65 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128408 | 9/8/2014 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128857 | 11/7/2014 | $915.92 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128858 | 11/7/2014 | $225.34 |
| The Standard Register Company | The Standard Register Company | 1085380 | $2,421.00 | 12/23/2014 | 128859 | 11/7/2014 | $915.92 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128885 | 11/10/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1084573 | $2,749.39 | 12/16/2014 | 128845 | 11/5/2014 | $40.13 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128965 | 11/20/2014 | $73.83 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128883 | 11/10/2014 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1087376 | $1,359.65 | 12/30/2014 | 128930 | 11/14/2014 | $269.64 |
| The Standard Register Company | The Standard Register Company | 1087376 | $1,359.65 | 12/30/2014 | 128936 | 11/17/2014 | $561.75 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128961 | 11/20/2014 | $144.45 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128962 | 11/20/2014 | $1,203.75 |
| The Standard Register Company | The Standard Register Company | 1087376 | $1,359.65 | 12/30/2014 | 128906 | 11/13/2014 | $291.04 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128964 | 11/20/2014 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1086375 | $1,530.91 | 12/30/2014 | 128901 | 11/11/2014 | $541.42 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128968 | 11/21/2014 | $59.49 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128969 | 11/21/2014 | $107.00 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128970 | 11/21/2014 | $240.75 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128971 | 11/21/2014 | $256.80 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128977 | 11/24/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1089302 | $2,202.18 | 1/8/2015 | 128978 | 11/24/2014 | $118.98 |
| The Standard Register Company | The Standard Register Company | 1088689 | $2,384.70 | 1/5/2015 | 128963 | 11/20/2014 | $297.46 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128892 | 11/10/2014 | $48.15 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129086 | 12/11/2014 | $385.20 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128886 | 11/10/2014 | $69.55 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128887 | 11/10/2014 | $80.89 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128888 | 11/10/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128889 | 11/10/2014 | $22.31 |
| The Standard Register Company | The Standard Register Company | 1087376 | $1,359.65 | 12/30/2014 | 128929 | 11/14/2014 | $279.27 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128891 | 11/10/2014 | $37.45 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128884 | 11/10/2014 | $37.77 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128893 | 11/10/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128894 | 11/10/2014 | $37.45 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128895 | 11/10/2014 | $34.78 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128896 | 11/10/2014 | $15.52 |
| The Standard Register Company | The Standard Register Company | 1086375 | $1,530.91 | 12/30/2014 | 128899 | 11/11/2014 | $475.08 |
| The Standard Register Company | The Standard Register Company | 1086375 | $1,530.91 | 12/30/2014 | 128900 | 11/11/2014 | $561.75 |
| The Standard Register Company | The Standard Register Company | 1085974 | $1,696.78 | 12/30/2014 | 128890 | 11/10/2014 | $37.45 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129198 | 1/5/2015 | $468.13 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129238 | 1/13/2015 | $25.68 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129237 | 1/13/2015 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129236 | 1/13/2015 | $192.60 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129227 | 1/8/2015 | $145.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129226 | 1/8/2015 | $401.25 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129222 | 1/8/2015 | $19.26 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129221 | 1/8/2015 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129220 | 1/7/2015 | $147.66 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129219 | 1/7/2015 | $160.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129205 | 1/5/2015 | $579.94 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129204 | 1/5/2015 | $473.74 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129203 | 1/5/2015 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129202 | 1/5/2015 | $192.60 |
| The Standard Register Company | The Standard Register Company | 1093205 | $2,348.76 | 2/3/2015 | 129077 | 12/9/2014 | $481.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129186 | 12/30/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129161 | 12/24/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129163 | 12/24/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129165 | 12/24/2014 | $228.98 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129166 | 12/24/2014 | $34.24 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129167 | 12/24/2014 | $424.26 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129201 | 1/5/2015 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129169 | 12/24/2014 | $192.60 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129200 | 1/5/2015 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129187 | 12/30/2014 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129188 | 12/30/2014 | $56.71 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129189 | 12/30/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129190 | 12/30/2014 | $176.55 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129193 | 12/30/2014 | $280.88 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129241 | 1/13/2015 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129168 | 12/24/2014 | $644.14 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129301 | 1/21/2015 | $80.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129239 | 1/13/2015 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129295 | 1/21/2015 | $869.38 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129296 | 1/21/2015 | $93.63 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129297 | 1/21/2015 | $365.94 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129298 | 1/21/2015 | $149.27 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129293 | 1/21/2015 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129300 | 1/21/2015 | $119.67 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129376 | 1/1/2015 | $192.60 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129302 | 1/21/2015 | $89.24 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129303 | 1/21/2015 | $94.16 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129304 | 1/21/2015 | $188.32 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129310 | 1/22/2015 | $69.55 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129311 | 1/22/2015 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129312 | 1/22/2015 | $616.32 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129299 | 1/21/2015 | $120.38 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129263 | 1/15/2015 | $342.40 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129050 | 12/5/2014 | $541.42 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129242 | 1/13/2015 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129243 | 1/13/2015 | $609.90 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129244 | 1/13/2015 | $156.22 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129245 | 1/13/2015 | $176.55 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129294 | 1/21/2015 | $668.75 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129262 | 1/15/2015 | $473.74 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129240 | 1/13/2015 | $278.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129264 | 1/15/2015 | $90.95 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129265 | 1/15/2015 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129266 | 1/15/2015 | $64.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129270 | 1/15/2015 | $492.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129271 | 1/15/2015 | $304.54 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129375 | 1/1/2015 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129261 | 1/15/2015 | $823.37 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129120 | 12/17/2014 | $770.40 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129127 | 12/18/2014 | $321.00 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129114 | 12/17/2014 | $61.53 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129115 | 12/17/2014 | $2.68 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129116 | 12/17/2014 | $90.95 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129117 | 12/17/2014 | $85.12 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129112 | 12/17/2014 | $385.20 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129119 | 12/17/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129110 | 12/16/2014 | $59.49 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129121 | 12/18/2014 | $730.60 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129122 | 12/18/2014 | $120.38 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129123 | 12/18/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129124 | 12/18/2014 | $89.24 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129125 | 12/18/2014 | $176.55 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129059 | 12/5/2014 | $201.70 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129118 | 12/17/2014 | $40.13 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129098 | 12/12/2014 | $321.00 |
| The Standard Register Company | The Standard Register Company | 1097563 | $4,065.21 | 3/3/2015 | 129314 | 1/22/2015 | $390.55 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129087 | 12/11/2014 | $23.97 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129088 | 12/11/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129089 | 12/11/2014 | $181.90 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129090 | 12/11/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129113 | 12/17/2014 | $11.24 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129092 | 12/11/2014 | $81.32 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129129 | 12/18/2014 | $794.48 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129104 | 12/16/2014 | $74.90 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129105 | 12/16/2014 | $69.55 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129106 | 12/16/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129107 | 12/16/2014 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129108 | 12/16/2014 | $128.40 |
| The Standard Register Company | The Standard Register Company | 1094818 | $597.41 | 2/10/2015 | 129109 | 12/16/2014 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1094028 | $1,129.63 | 2/3/2015 | 129091 | 12/11/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128995 | 11/25/2014 | $34.80 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129126 | 12/18/2014 | $42.80 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128854 | 11/7/2014 | $190.67 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128855 | 11/7/2014 | $115.56 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128856 | 11/7/2014 | $727.60 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128992 | 11/25/2014 | $64.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128828 | 11/3/2014 | $401.25 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128994 | 11/25/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128825 | 11/3/2014 | $23.97 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128997 | 11/25/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128998 | 11/25/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128999 | 11/25/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129000 | 11/25/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129001 | 11/25/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1093597 | $648.69 | 2/3/2015 | 129082 | 12/10/2014 | $668.75 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128993 | 11/25/2014 | $120.38 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129142 | 12/19/2014 | $83.25 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129130 | 12/18/2014 | $601.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129135 | 12/18/2014 | $390.55 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129136 | 12/18/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1095285 | $4,881.71 | 2/10/2015 | 129138 | 12/18/2014 | $76.99 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129139 | 12/19/2014 | $247.81 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128853 | 11/7/2014 | $1,461.19 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129141 | 12/19/2014 | $103.15 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 129051 | 12/5/2014 | $265.85 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129143 | 12/19/2014 | $80.25 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129144 | 12/19/2014 | $171.20 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129145 | 12/19/2014 | $563.25 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129146 | 12/19/2014 | $59.49 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128823 | 11/3/2014 | $107.00 |
| The Standard Register Company | The Standard Register Company | 1097286 | $15,350.06 | 2/25/2015 | 128824 | 11/3/2014 | $154.72 |
| The Standard Register Company | The Standard Register Company | 1095757 | $1,414.46 | 2/10/2015 | 129140 | 12/19/2014 | $149.80 |

**Totals:** **23 transfer(s),** **$50,105.91**