

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **BagMakers, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215861 | 11/25/2014 | $123.60 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1218033 | 12/5/2014 | $77.05 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1218004 | 12/5/2014 | $100.71 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1217996 | 12/5/2014 | $269.97 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1217995 | 12/5/2014 | $76.64 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1217994 | 12/5/2014 | $2,426.96 |
| The Standard Register Company | The Standard Register Company | 1092180 | $3,201.43 | 1/27/2015 | 1217993 | 12/5/2014 | $250.10 |
| The Standard Register Company | The Standard Register Company | 1091880 | $1,711.19 | 1/27/2015 | 1217878 | 12/4/2014 | $275.66 |
| The Standard Register Company | The Standard Register Company | 1091880 | $1,711.19 | 1/27/2015 | 1217715 | 12/4/2014 | $1,268.11 |
| The Standard Register Company | The Standard Register Company | 1091880 | $1,711.19 | 1/27/2015 | 1217670 | 12/4/2014 | $613.97 |
| The Standard Register Company | The Standard Register Company | 1091216 | $193.75 | 1/21/2015 | 1206654 | 10/27/2014 | $193.75 |
| The Standard Register Company | The Standard Register Company | 1090629 | $371.10 | 1/16/2015 | 1216468 | 12/1/2014 | $371.10 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1216002 | 11/25/2014 | $87.90 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1213855 | 11/19/2014 | $75.27 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215908 | 11/25/2014 | $190.26 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1220688 | 12/16/2014 | $162.50 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215859 | 11/25/2014 | $974.05 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215857 | 11/25/2014 | $384.00 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215855 | 11/25/2014 | $103.99 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1213546 | 11/18/2014 | $123.82 |
| The Standard Register Company | The Standard Register Company | 1088948 | $114.51 | 1/5/2015 | 1208148 | 10/30/2014 | $114.51 |
| The Standard Register Company | The Standard Register Company | 1088383 | $1,168.63 | 1/5/2015 | 1214892 | 11/21/2014 | $138.83 |
| The Standard Register Company | The Standard Register Company | 1088383 | $1,168.63 | 1/5/2015 | 1214670 | 11/20/2014 | $162.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088383 | $1,168.63 | 1/5/2015 | 1214498 | 11/20/2014 | $325.98 |
| The Standard Register Company | The Standard Register Company | 1088383 | $1,168.63 | 1/5/2015 | 1214302 | 11/20/2014 | $386.00 |
| The Standard Register Company | The Standard Register Company | 1088383 | $1,168.63 | 1/5/2015 | 1214301 | 11/20/2014 | $155.82 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1214268 | 11/19/2014 | $170.35 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1213856 | 11/19/2014 | $74.48 |
| The Standard Register Company | The Standard Register Company | 1089022 | $3,108.31 | 1/6/2015 | 1215939 | 11/25/2014 | $1,120.69 |
| The Standard Register Company | The Standard Register Company | 1084337 | $1,060.35 | 12/16/2014 | 1209216 | 11/4/2014 | $813.58 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1213719 | 11/18/2014 | $124.98 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1213545 | 11/18/2014 | $194.40 |
| The Standard Register Company | The Standard Register Company | 1086780 | $2,016.50 | 12/30/2014 | 1212788 | 11/14/2014 | $1,213.65 |
| The Standard Register Company | The Standard Register Company | 1086780 | $2,016.50 | 12/30/2014 | 1212600 | 11/14/2014 | $437.18 |
| The Standard Register Company | The Standard Register Company | 1086780 | $2,016.50 | 12/30/2014 | 1212447 | 11/13/2014 | $116.28 |
| The Standard Register Company | The Standard Register Company | 1086780 | $2,016.50 | 12/30/2014 | 1212138 | 11/13/2014 | $249.39 |
| The Standard Register Company | The Standard Register Company | 1086180 | $1,389.09 | 12/30/2014 | 1212050 | 11/12/2014 | $299.56 |
| The Standard Register Company | The Standard Register Company | 1086180 | $1,389.09 | 12/30/2014 | 1211690 | 11/12/2014 | $250.97 |
| The Standard Register Company | The Standard Register Company | 1086180 | $1,389.09 | 12/30/2014 | 1211612 | 11/12/2014 | $668.20 |
| The Standard Register Company | The Standard Register Company | 1086180 | $1,389.09 | 12/30/2014 | 1211609 | 11/12/2014 | $170.36 |
| The Standard Register Company | The Standard Register Company | 1085833 | $606.82 | 12/30/2014 | 1210685 | 11/10/2014 | $110.00 |
| The Standard Register Company | The Standard Register Company | 1085833 | $606.82 | 12/30/2014 | 1210659 | 11/10/2014 | $496.82 |
| The Standard Register Company | The Standard Register Company | 1093086 | $247.48 | 2/3/2015 | 1218861 | 12/9/2014 | $247.48 |
| The Standard Register Company | The Standard Register Company | 1084853 | $102.87 | 12/16/2014 | 1210120 | 11/6/2014 | $102.87 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1220266 | 12/12/2014 | $14,925.00 |
| The Standard Register Company | The Standard Register Company | 1084337 | $1,060.35 | 12/16/2014 | 1209151 | 11/4/2014 | $246.77 |
| The Standard Register Company | The Standard Register Company | 1084010 | $259.20 | 12/16/2014 | 1208823 | 11/3/2014 | $259.20 |
| The Standard Register Company | The Standard Register Company | 1083386 | $95.46 | 12/15/2014 | 1208768 | 10/31/2014 | $95.46 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1222610 | 12/23/2014 | $102.76 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221958 | 12/19/2014 | $172.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221942 | 12/19/2014 | $126.50 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221934 | 12/19/2014 | $74.69 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221872 | 12/19/2014 | $754.30 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221165 | 12/17/2014 | $225.00 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1221109 | 12/17/2014 | $162.80 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1220846 | 12/16/2014 | $77.43 |
| The Standard Register Company | The Standard Register Company | 1094246 | $16,888.83 | 2/4/2015 | 1220843 | 12/16/2014 | $105.25 |
| The Standard Register Company | The Standard Register Company | 1087801 | $1,878.72 | 1/5/2015 | 1213830 | 11/18/2014 | $1,239.24 |
| The Standard Register Company | The Standard Register Company | 1085250 | $105.64 | 12/22/2014 | 1210274 | 11/7/2014 | $105.64 |

**Totals:** 18 transfer(s), $34,519.88