

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Borax Paper Products, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097596 | $35,818.98 | 3/2/2015 | B05217 | 12/29/2014 | $15,004.60 |
| The Standard Register Company | The Standard Register Company | 1097596 | $35,818.98 | 3/2/2015 | B05216 | 12/29/2014 | $14,113.88 |
| The Standard Register Company | The Standard Register Company | 1097596 | $35,818.98 | 3/2/2015 | B01600 | 12/15/2014 | $6,700.50 |

**Totals:** 1 transfer(s), $35,818.98