

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Brainstorm Logistics, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4599138 | 11/5/2014 | $66.17 |
| The Standard Register Company | The Standard Register Company | 1084366 | $394.80 | 12/16/2014 | SREYEQ1214 | 11/4/2014 | $197.05 |
| The Standard Register Company | The Standard Register Company | 1085571 | $1,898.97 | 12/23/2014 | 4606371 | 11/7/2014 | $1,898.97 |
| The Standard Register Company | The Standard Register Company | 1086811 | $1,197.58 | 12/30/2014 | 4616719 | 11/13/2014 | $598.79 |
| The Standard Register Company | The Standard Register Company | 1086811 | $1,197.58 | 12/30/2014 | 4616720 | 11/13/2014 | $598.79 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4582098 | 10/27/2014 | $78.89 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4583520 | 10/28/2014 | $80.91 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4595361 | 11/4/2014 | $66.13 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4595362 | 11/4/2014 | $75.62 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4595363 | 11/4/2014 | $66.13 |
| The Standard Register Company | The Standard Register Company | 1084366 | $394.80 | 12/16/2014 | SREYEQ1114 | 11/4/2014 | $197.75 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4599137 | 11/5/2014 | $66.17 |
| The Standard Register Company | The Standard Register Company | 1096383 | $400.51 | 2/17/2015 | 4736009 | 12/23/2014 | $400.51 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4626337 | 11/19/2014 | $80.91 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4631175 | 11/20/2014 | $978.15 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4644585 | 11/26/2014 | $439.70 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4644617 | 11/26/2014 | $598.79 |
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4644618 | 11/26/2014 | $300.87 |
| The Standard Register Company | The Standard Register Company | 1090640 | $31,875.00 | 1/20/2015 | NVSREYEQQ2 | 12/1/2014 | $31,875.00 |
| The Standard Register Company | The Standard Register Company | 1092187 | $474.55 | 1/27/2015 | 4671708 | 12/5/2014 | $474.55 |
| The Standard Register Company | The Standard Register Company | 1092650 | $1,932.04 | 2/2/2015 | 4675413 | 12/8/2014 | $1,932.04 |
| The Standard Register Company | The Standard Register Company | 1093102 | $581.83 | 2/4/2015 | 4683246 | 12/9/2014 | $581.83 |
| The Standard Register Company | The Standard Register Company | 1093783 | $5,017.00 | 2/5/2015 | 4689185 | 12/11/2014 | $5,017.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088951 | $2,974.06 | 1/6/2015 | 4595364 | 11/4/2014 | $75.62 |
| **Totals:** | **10 transfer(s),** | **$46,746.34** | | | | | |