

| | | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |

| | |
|---|---|
| Defendant: | **InStream, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088701 | $704.00 | 1/5/2015 | SR02092214 | 9/22/2014 | $704.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014A | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014B | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014C | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014D | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014E | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014F | 10/10/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2093014G | 10/10/2014 | $704.00 |
| The Standard Register Company | The Standard Register Company | 1085387 | $8,322.32 | 12/26/2014 | SR02101414 | 10/14/2014 | $8,322.32 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614H | 11/6/2014 | $704.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614 | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614B | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614C | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614D | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614E | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614F | 11/6/2014 | $1,454.00 |
| The Standard Register Company | The Standard Register Company | 1090762 | $10,132.00 | 1/22/2015 | 2110614G | 11/6/2014 | $704.00 |
| The Standard Register Company | The Standard Register Company | 1084587 | $10,132.00 | 12/16/2014 | 2101014G | 10/10/2014 | $704.00 |

Totals:    4 transfer(s),    $29,290.32