

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | |
|---|---|---|---|---|---|---|
| **Defendant:** | **Schellman & Company, Inc. fdba Brightline CPAs and Associates, Inc.** | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094715 | $10,000.00 | 2/10/2015 | 11977 | 11/15/2014 | $10,000.00 |
| The Standard Register Company | The Standard Register Company | 1088412 | $30,000.00 | 1/6/2015 | 9432 | 10/1/2014 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 1088412 | $30,000.00 | 1/6/2015 | 9431 | 8/1/2014 | $15,000.00 |
| The Standard Register Company | The Standard Register Company | 1086812 | $20,000.00 | 12/30/2014 | 9430 | 7/1/2014 | $20,000.00 |

**Totals:** 3 transfer(s), $60,000.00