

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **IntraLinks, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 101036 | $70,577.47 | 3/10/2015 | INV00054205 | 2/28/2015 | $70,577.47 |
| **Totals:** | **1 transfer(s),** | **$70,577.47** | | | | | |

IntraLinks, Inc. (SRCINT019)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 1