

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **BSP Filing Solutions** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091898 | $2,675.05 | 1/27/2015 | 767405 | 12/4/2014 | $182.72 |
| The Standard Register Company | The Standard Register Company | 1089060 | $165.91 | 1/6/2015 | 766932 | 11/24/2014 | $24.93 |
| The Standard Register Company | The Standard Register Company | 1089060 | $165.91 | 1/6/2015 | 767036 | 11/24/2014 | $111.44 |
| The Standard Register Company | The Standard Register Company | 1089687 | $216.20 | 1/12/2015 | 767039 | 11/26/2014 | $108.22 |
| The Standard Register Company | The Standard Register Company | 1089687 | $216.20 | 1/12/2015 | 767101 | 11/26/2014 | $113.59 |
| The Standard Register Company | The Standard Register Company | 1090375 | $1,060.99 | 1/14/2015 | 767265 | 11/30/2014 | $1,087.99 |
| The Standard Register Company | The Standard Register Company | 1090641 | $25.19 | 1/20/2015 | 767163 | 12/1/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1091480 | $426.69 | 1/27/2015 | 767264 | 12/3/2014 | $287.88 |
| The Standard Register Company | The Standard Register Company | 1093103 | $427.71 | 2/4/2015 | 767586 | 12/9/2014 | $77.56 |
| The Standard Register Company | The Standard Register Company | 1091480 | $426.69 | 1/27/2015 | 767344 | 12/3/2014 | $126.34 |
| The Standard Register Company | The Standard Register Company | 1088414 | $143.67 | 1/6/2015 | 766681 | 11/20/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1091898 | $2,675.05 | 1/27/2015 | 767424 | 12/4/2014 | $95.34 |
| The Standard Register Company | The Standard Register Company | 1091898 | $2,675.05 | 1/27/2015 | 767438 | 12/3/2014 | $2,216.00 |
| The Standard Register Company | The Standard Register Company | 1091898 | $2,675.05 | 1/27/2015 | 767490 | 12/4/2014 | $251.92 |
| The Standard Register Company | The Standard Register Company | 1092651 | $70.89 | 2/2/2015 | 767481 | 12/8/2014 | $72.47 |
| The Standard Register Company | The Standard Register Company | 1092651 | $70.89 | 2/2/2015 | 768745 | 12/23/2014 | $65.91 |
| The Standard Register Company | The Standard Register Company | 1093103 | $427.71 | 2/4/2015 | 767566 | 12/9/2014 | $152.69 |
| The Standard Register Company | The Standard Register Company | 1093103 | $427.71 | 2/4/2015 | 767581 | 12/9/2014 | $129.10 |
| The Standard Register Company | The Standard Register Company | 1083406 | $29.79 | 12/12/2014 | 765589 | 10/31/2014 | $30.29 |
| The Standard Register Company | The Standard Register Company | 1091480 | $426.69 | 1/27/2015 | 767335 | 12/3/2014 | $22.42 |
| The Standard Register Company | The Standard Register Company | 1086208 | $2,528.87 | 12/30/2014 | 766309 | 11/11/2014 | $1,727.78 |
| The Standard Register Company | The Standard Register Company | 1084025 | $28.70 | 12/16/2014 | 765666 | 11/3/2014 | $29.20 |
| The Standard Register Company | The Standard Register Company | 1084370 | $2,042.26 | 12/16/2014 | 765845 | 11/5/2014 | $91.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084370 | $2,042.26 | 12/16/2014 | 765921 | 11/5/2014 | $2,008.26 |
| The Standard Register Company | The Standard Register Company | 1084872 | $109.18 | 12/16/2014 | 766008 | 11/6/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1085263 | $25.19 | 12/23/2014 | 766063 | 11/7/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1085858 | $850.79 | 12/30/2014 | 766205 | 11/10/2014 | $215.88 |
| The Standard Register Company | The Standard Register Company | 1085858 | $850.79 | 12/30/2014 | 766206 | 11/10/2014 | $389.68 |
| The Standard Register Company | The Standard Register Company | 1085858 | $850.79 | 12/30/2014 | 766214 | 11/10/2014 | $265.06 |
| The Standard Register Company | The Standard Register Company | 1089060 | $165.91 | 1/6/2015 | 766849 | 11/24/2014 | $33.30 |
| The Standard Register Company | The Standard Register Company | 1086208 | $2,528.87 | 12/30/2014 | 766308 | 11/11/2014 | $726.74 |
| The Standard Register Company | The Standard Register Company | 1088414 | $143.67 | 1/6/2015 | 766701 | 11/20/2014 | $95.46 |
| The Standard Register Company | The Standard Register Company | 1086208 | $2,528.87 | 12/30/2014 | 766376 | 11/12/2014 | $118.91 |
| The Standard Register Company | The Standard Register Company | 1086815 | $4,823.57 | 12/30/2014 | 766274 | 11/13/2014 | $249.49 |
| The Standard Register Company | The Standard Register Company | 1086815 | $4,823.57 | 12/30/2014 | 766303 | 11/13/2014 | $65.99 |
| The Standard Register Company | The Standard Register Company | 1086815 | $4,823.57 | 12/30/2014 | 766353 | 11/13/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1086815 | $4,823.57 | 12/30/2014 | 766446 | 11/14/2014 | $158.14 |
| The Standard Register Company | The Standard Register Company | 1086815 | $4,823.57 | 12/30/2014 | 766484 | 11/13/2014 | $4,455.48 |
| The Standard Register Company | The Standard Register Company | 1088414 | $143.67 | 1/6/2015 | 766680 | 11/20/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1093455 | $98.25 | 2/3/2015 | 767770 | 12/10/2014 | $60.20 |
| The Standard Register Company | The Standard Register Company | 1086208 | $2,528.87 | 12/30/2014 | 766180 | 11/12/2014 | $25.63 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769225 | 1/8/2015 | $19.80 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 768762 | 12/29/2014 | $155.79 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 768839 | 12/29/2014 | $38.50 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 768922 | 12/29/2014 | $1,982.72 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769130 | 1/6/2015 | $46.58 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769131 | 1/6/2015 | $27.76 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769135 | 1/6/2015 | $98.67 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769147 | 1/6/2015 | $276.72 |
| The Standard Register Company | The Standard Register Company | 1093103 | $427.71 | 2/4/2015 | 767585 | 12/9/2014 | $77.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769163 | 1/5/2015 | $966.09 |
| The Standard Register Company | The Standard Register Company | 1096384 | $3,562.59 | 2/17/2015 | 768677 | 12/23/2014 | $95.62 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769230 | 1/8/2015 | $27.05 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769299 | 1/12/2015 | $40.48 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769351 | 1/12/2015 | $98.95 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769364 | 1/7/2015 | $272.35 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769455 | 1/12/2015 | $96.14 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769483 | 1/12/2015 | $27.76 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769533 | 1/12/2015 | $39.15 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769705 | 1/13/2015 | $1,848.58 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769149 | 1/7/2015 | $143.36 |
| The Standard Register Company | The Standard Register Company | 1094717 | $347.54 | 2/9/2015 | 768237 | 12/16/2014 | $117.31 |
| The Standard Register Company | The Standard Register Company | 1093455 | $98.25 | 2/3/2015 | 767794 | 12/10/2014 | $40.39 |
| The Standard Register Company | The Standard Register Company | 1093785 | $3,009.64 | 2/3/2015 | 768043 | 12/11/2014 | $71.90 |
| The Standard Register Company | The Standard Register Company | 1093785 | $3,009.64 | 2/3/2015 | 768169 | 12/12/2014 | $1,083.80 |
| The Standard Register Company | The Standard Register Company | 1093785 | $3,009.64 | 2/3/2015 | 768170 | 12/12/2014 | $1,325.69 |
| The Standard Register Company | The Standard Register Company | 1093785 | $3,009.64 | 2/3/2015 | 768172 | 12/12/2014 | $609.10 |
| The Standard Register Company | The Standard Register Company | 1094335 | $235.37 | 2/9/2015 | 768044 | 12/15/2014 | $71.90 |
| The Standard Register Company | The Standard Register Company | 1094335 | $235.37 | 2/9/2015 | 768045 | 12/15/2014 | $68.40 |
| The Standard Register Company | The Standard Register Company | 1094335 | $235.37 | 2/9/2015 | 768124 | 12/15/2014 | $40.09 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 768722 | 12/29/2014 | $103.49 |
| The Standard Register Company | The Standard Register Company | 1094717 | $347.54 | 2/9/2015 | 768130 | 12/16/2014 | $238.29 |
| The Standard Register Company | The Standard Register Company | 1096384 | $3,562.59 | 2/17/2015 | 768752 | 12/23/2014 | $3,565.13 |
| The Standard Register Company | The Standard Register Company | 1095055 | $1,939.51 | 2/10/2015 | 763215 | 12/18/2014 | $1,848.00 |
| The Standard Register Company | The Standard Register Company | 1095055 | $1,939.51 | 2/10/2015 | 768351 | 12/17/2014 | $143.79 |
| The Standard Register Company | The Standard Register Company | 1095602 | $3,312.12 | 2/12/2015 | 768412 | 12/19/2014 | $526.98 |
| The Standard Register Company | The Standard Register Company | 1095602 | $3,312.12 | 2/12/2015 | 768420 | 12/19/2014 | $35.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095602 | $3,312.12 | 2/12/2015 | 768599 | 12/19/2014 | $1,658.77 |
| The Standard Register Company | The Standard Register Company | 1095602 | $3,312.12 | 2/12/2015 | 768607 | 12/19/2014 | $1,179.69 |
| The Standard Register Company | The Standard Register Company | 1095994 | $274.04 | 2/10/2015 | 768498 | 12/22/2014 | $281.43 |
| The Standard Register Company | The Standard Register Company | 1096805 | $6,703.41 | 2/18/2015 | 769706 | 1/13/2015 | $568.57 |
| The Standard Register Company | The Standard Register Company | 1094335 | $235.37 | 2/9/2015 | 768143 | 12/15/2014 | $60.31 |

**Totals:** 26 transfer(s), $35,133.12