

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Label Products, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009576 | $5,491.09 | 1/2/2015 | 62928 | 11/12/2014 | $478.89 |
| The Standard Register Company | The Standard Register Company | 7009146 | $762.15 | 12/12/2014 | 62884 | 11/6/2014 | $476.08 |
| The Standard Register Company | The Standard Register Company | 7010017 | $2,418.73 | 1/28/2015 | 63083 | 12/9/2014 | $623.07 |
| The Standard Register Company | The Standard Register Company | 7010017 | $2,418.73 | 1/28/2015 | 63082 | 12/9/2014 | $1,267.00 |
| The Standard Register Company | The Standard Register Company | 7010017 | $2,418.73 | 1/28/2015 | 63081 | 12/9/2014 | $326.84 |
| The Standard Register Company | The Standard Register Company | 7010017 | $2,418.73 | 1/28/2015 | 63080 | 12/9/2014 | $326.84 |
| The Standard Register Company | The Standard Register Company | 7009888 | $368.49 | 1/22/2015 | 63063 | 12/4/2014 | $262.32 |
| The Standard Register Company | The Standard Register Company | 7009888 | $368.49 | 1/22/2015 | 63062 | 12/4/2014 | $131.16 |
| The Standard Register Company | The Standard Register Company | 7009845 | $796.69 | 1/21/2015 | 63058 | 12/3/2014 | $304.77 |
| The Standard Register Company | The Standard Register Company | 7009845 | $796.69 | 1/21/2015 | 63057 | 12/3/2014 | $262.32 |
| The Standard Register Company | The Standard Register Company | 7009845 | $796.69 | 1/21/2015 | 63051 | 12/3/2014 | $286.65 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63098 | 12/11/2014 | $403.56 |
| The Standard Register Company | The Standard Register Company | 7009576 | $5,491.09 | 1/2/2015 | 63016 | 11/25/2014 | $5,417.56 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63099 | 12/11/2014 | $134.52 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 63002 | 11/21/2014 | $748.90 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 63001 | 11/21/2014 | $131.73 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 62999 | 11/21/2014 | $378.84 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 62998 | 11/21/2014 | $69.42 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 62992 | 11/20/2014 | $396.12 |
| The Standard Register Company | The Standard Register Company | 7009520 | $22,070.30 | 12/30/2014 | 62991 | 11/20/2014 | $21,987.52 |
| The Standard Register Company | The Standard Register Company | 7009476 | $444.99 | 12/29/2014 | 62979 | 11/19/2014 | $477.83 |
| The Standard Register Company | The Standard Register Company | 7009401 | $9,866.22 | 12/26/2014 | 62933 | 11/13/2014 | $10,601.42 |
| The Standard Register Company | The Standard Register Company | 7009332 | $1,052.76 | 12/23/2014 | 62914 | 11/11/2014 | $1,132.00 |

Label Products, Inc. (SRCLAB005)  
Bankruptcy Case: SRC Liquidation Company

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009201 | $410.01 | 12/16/2014 | 62902 | 11/7/2014 | $435.48 |
| The Standard Register Company | The Standard Register Company | 7009146 | $762.15 | 12/12/2014 | 62889 | 11/6/2014 | $342.92 |
| The Standard Register Company | The Standard Register Company | 7009629 | $1,176.54 | 1/5/2015 | 63040 | 11/26/2014 | $1,263.40 |
| The Standard Register Company | The Standard Register Company | 7010250 | $20,467.16 | 2/5/2015 | 63163 | 12/19/2014 | $21,993.61 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63267 | 1/13/2015 | $796.50 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63259 | 1/12/2015 | $510.63 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63251 | 1/8/2015 | $565.31 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63221 | 12/31/2014 | $341.69 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63220 | 12/31/2014 | $452.51 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63204 | 12/29/2014 | $577.74 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63203 | 12/29/2014 | $172.58 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63202 | 12/29/2014 | $600.32 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63201 | 12/29/2014 | $172.58 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63200 | 12/29/2014 | $193.50 |
| The Standard Register Company | The Standard Register Company | 7010058 | $537.93 | 1/29/2015 | 63089 | 12/10/2014 | $571.89 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63198 | 12/29/2014 | $354.16 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63271 | 1/14/2015 | $536.28 |
| The Standard Register Company | The Standard Register Company | 7010214 | $1,270.54 | 2/4/2015 | 63155 | 12/18/2014 | $422.17 |
| The Standard Register Company | The Standard Register Company | 7010214 | $1,270.54 | 2/4/2015 | 63148 | 12/17/2014 | $546.92 |
| The Standard Register Company | The Standard Register Company | 7010214 | $1,270.54 | 2/4/2015 | 63145 | 12/17/2014 | $394.65 |
| The Standard Register Company | The Standard Register Company | 7010177 | $52.77 | 2/3/2015 | 63141 | 12/16/2014 | $55.55 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63124 | 12/12/2014 | $156.31 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63119 | 12/12/2014 | $333.30 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63106 | 12/11/2014 | $436.67 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63103 | 12/11/2014 | $269.04 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63102 | 12/11/2014 | $134.52 |
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63101 | 12/11/2014 | $134.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010097 | $2,113.91 | 1/30/2015 | 63100 | 12/11/2014 | $269.04 |
| The Standard Register Company | The Standard Register Company | 7010386 | $5,460.32 | 2/13/2015 | 63199 | 12/29/2014 | $457.74 |

**Totals:** 17 transfer(s), $74,760.60