
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:           **Buck Consultants, LLC**
Bankruptcy Case:     **SRC Liquidation Company**
Preference Period:   **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092975 | $29,413.00 | 2/2/2015 | 2207815 | 10/30/2014 | $1,735.00 |
| The Standard Register Company | The Standard Register Company | 1092975 | $29,413.00 | 2/2/2015 | 2171993 | 12/31/2013 | $27,678.00 |

**Totals:**     **1 transfer(s),**     **$29,413.00**