

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Canterbury Press, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12803 | $2,254.33 | 12/15/2014 | 61234 | 11/6/2014 | $865.00 |
| The Standard Register Company | The Standard Register Company | 1086270 | $418.25 | 12/30/2014 | 61390 | 11/11/2014 | $447.65 |
| The Standard Register Company | The Standard Register Company | 1087192 | $2,810.33 | 12/31/2014 | 61471 | 11/14/2014 | $2,978.40 |
| The Standard Register Company | The Standard Register Company | 1089742 | $4,131.19 | 1/12/2015 | 61620 | 11/26/2014 | $4,415.65 |
| The Standard Register Company | The Standard Register Company | 1090022 | $3,104.19 | 1/12/2015 | 61675 | 11/28/2014 | $3,294.52 |
| The Standard Register Company | The Standard Register Company | 1091222 | $1,542.78 | 1/22/2015 | 61304 | 11/6/2014 | $1,573.30 |
| The Standard Register Company | The Standard Register Company | 1092710 | $1,127.11 | 2/3/2015 | 61757 | 12/8/2014 | $1,185.49 |
| The Standard Register Company | The Standard Register Company | 1093896 | $761.73 | 2/5/2015 | 1240 | 12/8/2014 | $819.06 |
| The Standard Register Company | The Standard Register Company | 1099797 | $13,618.90 | 3/10/2015 | 62048 | 12/31/2014 | $11,339.00 |
| The Standard Register Company | The Standard Register Company | 1099797 | $13,618.90 | 3/10/2015 | 62300 | 1/21/2015 | $1,350.00 |
| The Standard Register Company | The Standard Register Company | 1099797 | $13,618.90 | 3/10/2015 | 62304 | 1/21/2015 | $991.77 |
| The Standard Register Company | The Standard Register Company | 1083483 | $5,983.85 | 12/15/2014 | 61286 | 10/31/2014 | $6,434.25 |
| The Standard Register Company | The Standard Register Company | ACH:12803 | $2,254.33 | 12/15/2014 | 61201 | 11/6/2014 | $1,432.75 |
| The Standard Register Company | The Standard Register Company | ACH:13816 | $369.93 | 2/9/2015 | 61975 | 12/22/2014 | $377.48 |
| The Standard Register Company | The Standard Register Company | ACH:13035 | $4,821.60 | 12/24/2014 | 61259 | 11/11/2014 | $4,920.00 |
| The Standard Register Company | The Standard Register Company | ACH:13355 | $324.50 | 1/12/2015 | 61322 | 11/10/2014 | $330.86 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717 | 12/8/2014 | $26.17 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717a | 12/8/2014 | $33.93 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717b | 12/8/2014 | $13.09 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717c | 12/8/2014 | $32.47 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717d | 12/8/2014 | $2.91 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717e | 12/8/2014 | $0.48 |
| The Standard Register Company | The Standard Register Company | ACH:13634 | $156.74 | 1/27/2015 | 61717g | 12/8/2014 | $50.89 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13647 | $6,673.80 | 1/29/2015 | 59576 | 12/9/2014 | $6,810.00 |
| The Standard Register Company | The Standard Register Company | ACH:13758 | $455.70 | 2/5/2015 | 14113204 | 12/18/2014 | $465.00 |
| The Standard Register Company | The Standard Register Company | 1099797 | $13,618.90 | 3/10/2015 | 62307 | 1/21/2015 | $649.48 |

**Totals:** 16 transfer(s), $48,554.93