ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **L&S Label Printing Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009694 | $256.47 | 1/8/2015 | 50130 | 12/19/2014 | $257.70 |
| The Standard Register Company | The Standard Register Company | 7009234 | $1,302.43 | 12/17/2014 | 50023 | 11/26/2014 | $40.14 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50093 | 12/12/2014 | $367.46 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50094 | 12/12/2014 | $307.95 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50095 | 12/12/2014 | $505.15 |
| The Standard Register Company | The Standard Register Company | 7009575 | $3,068.18 | 1/2/2015 | 50097 | 12/15/2014 | $316.00 |
| The Standard Register Company | The Standard Register Company | 7009575 | $3,068.18 | 1/2/2015 | 50098 | 12/15/2014 | $1,795.20 |
| The Standard Register Company | The Standard Register Company | 7009575 | $3,068.18 | 1/2/2015 | 50099 | 12/15/2014 | $972.40 |
| The Standard Register Company | The Standard Register Company | 7009628 | $1,838.90 | 1/5/2015 | 50109 | 12/17/2014 | $396.14 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50091 | 12/12/2014 | $106.46 |
| The Standard Register Company | The Standard Register Company | 7009665 | $748.44 | 1/6/2015 | 50112 | 12/18/2014 | $752.00 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50090 | 12/12/2014 | $399.75 |
| The Standard Register Company | The Standard Register Company | 7009844 | $2,583.76 | 1/21/2015 | 50146 | 12/23/2014 | $1,038.70 |
| The Standard Register Company | The Standard Register Company | 7009844 | $2,583.76 | 1/21/2015 | 50147 | 12/23/2014 | $799.00 |
| The Standard Register Company | The Standard Register Company | 7009844 | $2,583.76 | 1/21/2015 | 50148 | 12/23/2014 | $759.05 |
| The Standard Register Company | The Standard Register Company | 7010057 | $5,879.70 | 1/29/2015 | 50157 | 12/30/2014 | $436.00 |
| The Standard Register Company | The Standard Register Company | 7010057 | $5,879.70 | 1/29/2015 | 50158 | 12/30/2014 | $5,473.16 |
| The Standard Register Company | The Standard Register Company | 7010096 | $339.12 | 1/30/2015 | 50164 | 12/31/2014 | $340.70 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50177 | 1/7/2015 | $441.44 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50211 | 1/13/2015 | $86.67 |
| The Standard Register Company | The Standard Register Company | 7009628 | $1,838.90 | 1/5/2015 | 50110 | 12/17/2014 | $1,452.00 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50037 | 12/4/2014 | $104.36 |
| The Standard Register Company | The Standard Register Company | 7009234 | $1,302.43 | 12/17/2014 | 50024 | 11/26/2014 | $238.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009234 | $1,302.43 | 12/17/2014 | 50025 | 11/26/2014 | $159.99 |
| The Standard Register Company | The Standard Register Company | 7009234 | $1,302.43 | 12/17/2014 | 50026 | 11/26/2014 | $121.90 |
| The Standard Register Company | The Standard Register Company | 7009234 | $1,302.43 | 12/17/2014 | 50027 | 11/26/2014 | $747.75 |
| The Standard Register Company | The Standard Register Company | 7009331 | $124.57 | 12/23/2014 | 50028 | 12/1/2014 | $125.20 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50031 | 12/4/2014 | $1,598.19 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50033 | 12/4/2014 | $130.45 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50034 | 12/4/2014 | $261.95 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50092 | 12/12/2014 | $130.85 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50036 | 12/4/2014 | $57.18 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50215 | 1/13/2015 | $71.15 |
| The Standard Register Company | The Standard Register Company | 7009475 | $140.35 | 12/29/2014 | 50064 | 12/9/2014 | $77.70 |
| The Standard Register Company | The Standard Register Company | 7009475 | $140.35 | 12/29/2014 | 50065 | 12/9/2014 | $63.25 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50070 | 12/11/2014 | $343.11 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50085 | 12/12/2014 | $31.59 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50086 | 12/12/2014 | $31.59 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50087 | 12/12/2014 | $31.59 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50088 | 12/12/2014 | $58.33 |
| The Standard Register Company | The Standard Register Company | 7009519 | $2,378.60 | 12/30/2014 | 50089 | 12/12/2014 | $75.70 |
| The Standard Register Company | The Standard Register Company | 7009400 | $2,198.57 | 12/26/2014 | 50035 | 12/4/2014 | $57.18 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50309 | 1/29/2015 | $436.05 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50295 | 1/27/2015 | $296.00 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50296 | 1/27/2015 | $100.40 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50299 | 1/27/2015 | $33.99 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50300 | 1/27/2015 | $62.98 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50303 | 1/29/2015 | $86.92 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50304 | 1/29/2015 | $68.48 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50305 | 1/29/2015 | $204.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50306 | 1/29/2015 | $84.67 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50212 | 1/13/2015 | $32.39 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50308 | 1/29/2015 | $657.05 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50292 | 1/27/2015 | $562.85 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50322 | 1/30/2015 | $227.45 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50323 | 1/30/2015 | $113.72 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50329 | 1/30/2015 | $128.00 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50330 | 1/30/2015 | $134.95 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50369 | 2/11/2015 | $196.20 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50370 | 2/11/2015 | $64.58 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50371 | 2/11/2015 | $257.50 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50372 | 2/11/2015 | $102.80 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50307 | 1/29/2015 | $3,145.80 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50251 | 1/20/2015 | $139.60 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50373 | 2/11/2015 | $205.60 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50233 | 1/16/2015 | $84.67 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50234 | 1/16/2015 | $1,944.00 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50235 | 1/16/2015 | $3,365.60 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50236 | 1/16/2015 | $338.02 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50237 | 1/16/2015 | $348.32 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50238 | 1/16/2015 | $597.52 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50239 | 1/16/2015 | $78.37 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50294 | 1/27/2015 | $319.15 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50250 | 1/20/2015 | $73.65 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50293 | 1/27/2015 | $107.80 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50252 | 1/20/2015 | $69.85 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50253 | 1/20/2015 | $139.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50254 | 1/20/2015 | $69.85 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50287 | 1/27/2015 | $131.55 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50288 | 1/27/2015 | $127.45 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50289 | 1/27/2015 | $127.45 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50290 | 1/27/2015 | $157.64 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50291 | 1/27/2015 | $64.93 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50213 | 1/13/2015 | $32.39 |
| The Standard Register Company | The Standard Register Company | 7010624 | $16,116.33 | 2/27/2015 | 50249 | 1/20/2015 | $73.65 |

**Totals:**     **13 transfer(s),    $36,975.42**