

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Chicago Glue Machine & Supply Co., Inc.** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099949 | $8,546.55 | 3/11/2015 | 149627 | 1/23/2015 | $1,309.75 |
| The Standard Register Company | The Standard Register Company | 1099949 | $8,546.55 | 3/11/2015 | 149488 | 1/15/2015 | $3,825.00 |
| The Standard Register Company | The Standard Register Company | 1099949 | $8,546.55 | 3/11/2015 | 149487 | 1/15/2015 | $1,426.80 |
| The Standard Register Company | The Standard Register Company | 1099949 | $8,546.55 | 3/11/2015 | 149486 | 1/15/2015 | $4,110.00 |
| The Standard Register Company | The Standard Register Company | 1099806 | $15,300.00 | 3/10/2015 | 149283 | 1/5/2015 | $15,300.00 |
| The Standard Register Company | The Standard Register Company | 1092530 | $756.00 | 1/30/2015 | 149030 | 12/15/2014 | $756.00 |
| The Standard Register Company | The Standard Register Company | 1091957 | $7,650.00 | 1/27/2015 | 148845 | 12/4/2014 | $7,650.00 |
| The Standard Register Company | The Standard Register Company | 1089171 | $425.60 | 1/6/2015 | 148718 | 11/25/2014 | $425.60 |
| The Standard Register Company | The Standard Register Company | 1088566 | $7,650.00 | 1/5/2015 | 148636 | 11/20/2014 | $7,650.00 |
| The Standard Register Company | The Standard Register Company | 1083488 | $7,650.00 | 12/12/2014 | 148267 | 10/31/2014 | $7,650.00 |

**Totals:** 7 transfer(s), $47,978.15