

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Manhattan Business Forms, LLC**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23596 | $6,134.50 | 3/10/2015 | 9123 | 12/18/2014 | $6,134.50 |
| The Standard Register Company | The Standard Register Company | 22452 | $677.48 | 1/21/2015 | 9147 | 12/19/2014 | $677.48 |
| The Standard Register Company | The Standard Register Company | 22333 | $1,287.72 | 1/21/2015 | 9141 | 12/23/2014 | $1,287.72 |
| The Standard Register Company | The Standard Register Company | 1095780 | $1,404.24 | 2/10/2015 | 9148 | 12/30/2014 | $1,430.90 |
| The Standard Register Company | The Standard Register Company | 1094494 | $1,531.94 | 2/10/2015 | 9135 | 12/24/2014 | $1,562.00 |
| The Standard Register Company | The Standard Register Company | 1092370 | $1,112.79 | 1/30/2015 | 9122 | 12/16/2014 | $1,133.40 |
| The Standard Register Company | The Standard Register Company | 1091130 | $448.60 | 1/21/2015 | 9124 | 12/12/2014 | $457.50 |
| The Standard Register Company | The Standard Register Company | 1090778 | $3,546.60 | 1/20/2015 | 9134 | 12/11/2014 | $1,482.20 |
| The Standard Register Company | The Standard Register Company | 1090778 | $3,546.60 | 1/20/2015 | 9110 | 12/11/2014 | $2,128.80 |
| The Standard Register Company | The Standard Register Company | 1089372 | $12,840.65 | 1/6/2015 | 9105 | 12/3/2014 | $1,980.00 |
| The Standard Register Company | The Standard Register Company | 1089372 | $12,840.65 | 1/6/2015 | 9095 | 12/5/2014 | $11,117.50 |
| The Standard Register Company | The Standard Register Company | 1088730 | $1,270.87 | 1/5/2015 | 9099 | 12/2/2014 | $974.70 |
| The Standard Register Company | The Standard Register Company | 1088730 | $1,270.87 | 1/5/2015 | 9090 | 12/1/2014 | $318.00 |
| The Standard Register Company | The Standard Register Company | 1083903 | $1,287.02 | 12/16/2014 | 9065 | 11/11/2014 | $1,310.65 |
| The Standard Register Company | The Standard Register Company | 1083630 | $5,399.21 | 12/15/2014 | 9054 | 11/10/2014 | $5,499.40 |

**Totals:** 12 transfer(s), $36,941.62