ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:         **Media Printing Corporation**
Bankruptcy Case:   **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096133 | $12,752.59 | 2/10/2015 | 39087 | 12/22/2014 | $13,147.00 |
| The Standard Register Company | The Standard Register Company | 1087743 | $21,800.00 | 12/31/2014 | 3808 | 12/23/2014 | $21,800.00 |

**Totals:     2 transfer(s),     $34,552.59**