

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Cintas Corporation**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088568 | $61.65 | 1/6/2015 | G62519369 | 11/20/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1090700 | $473.36 | 1/20/2015 | 8401777229 | 11/30/2014 | $473.36 |
| The Standard Register Company | The Standard Register Company | 1086281 | $44.63 | 12/30/2014 | G62417087 | 11/12/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1086282 | $11,129.11 | 12/29/2014 | G001034677 | 11/11/2014 | $11,129.11 |
| The Standard Register Company | The Standard Register Company | 1087926 | $130.43 | 1/2/2015 | G62518635 | 11/18/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1087926 | $130.43 | 1/2/2015 | G62519341 | 11/19/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1087927 | $221.42 | 1/6/2015 | 5002182361 | 11/19/2014 | $221.42 |
| The Standard Register Company | The Standard Register Company | 1085576 | $11,520.23 | 12/22/2014 | G001034109A | 10/8/2014 | $11,520.23 |
| The Standard Register Company | The Standard Register Company | 1088568 | $61.65 | 1/6/2015 | G62519368 | 11/20/2014 | $49.24 |
| The Standard Register Company | The Standard Register Company | 1085307 | $790.15 | 12/24/2014 | 8401723747 | 11/7/2014 | $790.15 |
| The Standard Register Company | The Standard Register Company | 1088569 | $450.21 | 1/5/2015 | 8401755637 | 11/21/2014 | $450.21 |
| The Standard Register Company | The Standard Register Company | 1089172 | $85.80 | 1/6/2015 | G62520841 | 11/25/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1089750 | $84.56 | 1/8/2015 | G62521549 | 11/26/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1089750 | $84.56 | 1/8/2015 | G62521577 | 11/27/2014 | $27.52 |
| The Standard Register Company | The Standard Register Company | 1089750 | $84.56 | 1/8/2015 | G62521578 | 11/27/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1090024 | $120.91 | 1/9/2015 | 8401766926 | 11/28/2014 | $120.91 |
| The Standard Register Company | The Standard Register Company | 1083490 | $25.00 | 12/12/2014 | 8401692416 | 10/31/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1087928 | $125.70 | 1/2/2015 | 754390705 | 11/18/2014 | $125.70 |
| The Standard Register Company | The Standard Register Company | 1084946 | $532.68 | 12/19/2014 | 5002025554 | 10/21/2014 | $179.15 |
| The Standard Register Company | The Standard Register Company | 1083491 | $615.22 | 12/12/2014 | 8401660702 | 10/31/2014 | $227.22 |
| The Standard Register Company | The Standard Register Company | 1083491 | $615.22 | 12/12/2014 | 8401671431 | 10/31/2014 | $388.00 |
| The Standard Register Company | The Standard Register Company | 1084480 | $44.63 | 12/16/2014 | G62514778 | 11/5/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1084481 | $1,078.79 | 12/17/2014 | 5002095275 | 11/4/2014 | $730.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084481 | $1,078.79 | 12/17/2014 | 5002110710 | 11/5/2014 | $348.58 |
| The Standard Register Company | The Standard Register Company | 1084482 | $159.46 | 12/16/2014 | 754385356 | 11/4/2014 | $159.46 |
| The Standard Register Company | The Standard Register Company | 1085887 | $50.00 | 1/2/2015 | 8401576005 | 9/30/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1084946 | $532.68 | 12/19/2014 | 5001851287 | 9/22/2014 | $181.30 |
| The Standard Register Company | The Standard Register Company | 1091034 | $85.80 | 1/20/2015 | G62523114 | 12/2/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62514053 | 11/4/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62514805 | 11/6/2014 | $23.50 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62514807 | 11/6/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62516356 | 11/11/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62517087 | 11/12/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62517117 | 11/13/2014 | $23.50 |
| The Standard Register Company | The Standard Register Company | 1085213 | $288.05 | 12/23/2014 | G62517118 | 11/13/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1084946 | $532.68 | 12/19/2014 | 5001601286 | 7/25/2014 | $172.23 |
| The Standard Register Company | The Standard Register Company | 1099951 | $590.20 | 3/10/2015 | 8401664004 | 10/31/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1090388 | $25.00 | 1/12/2015 | 8401793780 | 11/30/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1095190 | $419.18 | 2/10/2015 | G62528441 | 12/18/2014 | $154.44 |
| The Standard Register Company | The Standard Register Company | 1095190 | $419.18 | 2/10/2015 | G62528442 | 12/18/2014 | $154.44 |
| The Standard Register Company | The Standard Register Company | 1095190 | $419.18 | 2/10/2015 | G62528443 | 12/18/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1095674 | $787.48 | 2/10/2015 | 8401852190 | 12/19/2014 | $787.48 |
| The Standard Register Company | The Standard Register Company | 1096431 | $85.80 | 2/13/2015 | G62529922 | 12/23/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1095190 | $419.18 | 2/10/2015 | G62528413 | 12/17/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1099161 | $10,555.52 | 3/3/2015 | G001035274 | 1/9/2015 | $10,555.52 |
| The Standard Register Company | The Standard Register Company | 1094759 | $125.70 | 2/9/2015 | 754401460 | 12/16/2014 | $125.70 |
| The Standard Register Company | The Standard Register Company | 1099951 | $590.20 | 3/10/2015 | 8401773890 | 11/30/2014 | $469.20 |
| The Standard Register Company | The Standard Register Company | 1099951 | $590.20 | 3/10/2015 | 8401873749 | 12/31/2014 | $96.00 |
| The Standard Register Company | The Standard Register Company | 21123 | $305.99 | 12/15/2014 | 8401622912 | 10/7/2014 | $305.99 |
| The Standard Register Company | The Standard Register Company | 21385 | $509.58 | 12/22/2014 | 5002187617 | 11/14/2014 | $198.01 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21385 | $509.58 | 12/22/2014 | 8401725733 | 11/14/2014 | $311.57 |
| The Standard Register Company | The Standard Register Company | 22397 | $225.37 | 1/20/2015 | 5002336140 | 12/15/2014 | $225.37 |
| The Standard Register Company | The Standard Register Company | 22435 | $954.61 | 1/20/2015 | 302392078 | 12/16/2014 | $707.72 |
| The Standard Register Company | The Standard Register Company | 1098917 | $279.36 | 3/6/2015 | 8401881301 | 12/31/2014 | $279.36 |
| The Standard Register Company | The Standard Register Company | 1093147 | $85.80 | 2/2/2015 | G62525428 | 12/9/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1091035 | $92.50 | 1/20/2015 | 754396078 | 12/2/2014 | $92.50 |
| The Standard Register Company | The Standard Register Company | 1091527 | $44.63 | 1/26/2015 | G62523834 | 12/3/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1091528 | $742.80 | 1/26/2015 | 5002243938 | 12/3/2014 | $299.05 |
| The Standard Register Company | The Standard Register Company | 1091528 | $742.80 | 1/26/2015 | 5002246044 | 12/3/2014 | $443.75 |
| The Standard Register Company | The Standard Register Company | 1091958 | $39.93 | 1/27/2015 | G62523860 | 12/4/2014 | $27.52 |
| The Standard Register Company | The Standard Register Company | 1091958 | $39.93 | 1/27/2015 | G62523862 | 12/4/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1095190 | $419.18 | 2/10/2015 | G62528440 | 12/18/2014 | $53.26 |
| The Standard Register Company | The Standard Register Company | 1092263 | $312.92 | 1/28/2015 | 8401818680 | 12/5/2014 | $312.92 |
| The Standard Register Company | The Standard Register Company | 22435 | $954.61 | 1/20/2015 | 8401741185 | 11/21/2014 | $246.89 |
| The Standard Register Company | The Standard Register Company | 1093528 | $44.63 | 2/3/2015 | G62526170 | 12/10/2014 | $44.63 |
| The Standard Register Company | The Standard Register Company | 1093910 | $194.37 | 2/3/2015 | G62526194 | 12/11/2014 | $27.52 |
| The Standard Register Company | The Standard Register Company | 1093910 | $194.37 | 2/3/2015 | G62526195 | 12/11/2014 | $154.44 |
| The Standard Register Company | The Standard Register Company | 1093910 | $194.37 | 2/3/2015 | G62526196 | 12/11/2014 | $12.41 |
| The Standard Register Company | The Standard Register Company | 1094383 | $10,131.04 | 2/9/2015 | G001034956 | 12/8/2014 | $10,131.04 |
| The Standard Register Company | The Standard Register Company | 1094757 | $85.80 | 2/6/2015 | G62527708 | 12/16/2014 | $85.80 |
| The Standard Register Company | The Standard Register Company | 1094758 | $264.76 | 2/12/2015 | 5002318744 | 12/16/2014 | $264.76 |
| The Standard Register Company | The Standard Register Company | 1092262 | $131.73 | 1/26/2015 | 5002215898 | 12/5/2014 | $131.73 |

Totals:     46 transfer(s),     $55,152.49