

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Citadel Specialty Products, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22436 | $6,717.21 | 1/22/2015 | 9986 | 12/16/2014 | $6,717.21 |
| The Standard Register Company | The Standard Register Company | 22215 | $13,136.55 | 1/13/2015 | 10030 | 1/5/2014 | $13,136.55 |
| The Standard Register Company | The Standard Register Company | 22028 | $607.66 | 1/6/2015 | 9934 | 12/2/2014 | $607.66 |
| The Standard Register Company | The Standard Register Company | 21614 | $5,987.62 | 12/29/2014 | 9910 | 11/20/2014 | $5,987.62 |
| The Standard Register Company | The Standard Register Company | 21322 | $16,483.76 | 12/16/2014 | 9876 | 11/11/2014 | $6,275.04 |
| The Standard Register Company | The Standard Register Company | 21322 | $16,483.76 | 12/16/2014 | 9875 | 11/11/2014 | $10,208.72 |
| The Standard Register Company | The Standard Register Company | 1099322 | $10,722.44 | 3/10/2015 | 10132 | 2/13/2015 | $7,426.98 |
| The Standard Register Company | The Standard Register Company | 1099322 | $10,722.44 | 3/10/2015 | 10099 | 1/29/2015 | $3,403.77 |

Totals:    6 transfer(s),    $53,655.24