

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Metropolitan Group Property and Casualty Insurance Company dba Metlife Group Property**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100022 | $5,698.18 | 3/10/2015 | CKRQ030415 | 3/4/2015 | $5,698.18 |
| The Standard Register Company | The Standard Register Company | 1096272 | $5,869.84 | 2/18/2015 | CKRQ020615 | 2/6/2015 | $5,869.84 |
| The Standard Register Company | The Standard Register Company | 1092495 | $5,869.84 | 2/2/2015 | CKRQ012115 | 1/21/2015 | $5,869.84 |
| The Standard Register Company | The Standard Register Company | 1090333 | $5,870.30 | 1/13/2015 | CKRQ010715 | 1/7/2015 | $5,870.30 |
| The Standard Register Company | The Standard Register Company | 1087744 | $5,520.30 | 12/31/2014 | CKRQ122614 | 12/26/2014 | $5,520.30 |
| The Standard Register Company | The Standard Register Company | 1084795 | $5,426.32 | 12/18/2014 | CKRQ121014 | 12/10/2014 | $5,426.32 |

**Totals:** 6 transfer(s), $34,254.78