

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Clear Image, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095191 | $5,958.85 | 2/10/2015 | 37316 | 12/10/2014 | $5,958.85 |
| The Standard Register Company | The Standard Register Company | 1089751 | $27,767.10 | 1/13/2015 | 37232 | 11/19/2014 | $27,767.10 |
| **Totals:** | **2 transfer(s),** | **$33,725.95** | | | | | |