

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Harland Clarke Corp. dba MICR Express** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390814 | 11/22/2014 | $126.24 |
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394667 | 11/29/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389200 | 11/15/2014 | $115.92 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389201 | 11/15/2014 | $149.84 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389202 | 11/15/2014 | $50.82 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389203 | 11/15/2014 | $126.24 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389204 | 11/15/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389206 | 11/15/2014 | $63.68 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389207 | 11/15/2014 | $63.68 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389208 | 11/15/2014 | $63.68 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389209 | 11/15/2014 | $57.51 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389210 | 11/15/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389198 | 11/15/2014 | $1,251.20 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390812 | 11/22/2014 | $121.06 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389197 | 11/15/2014 | $1,251.20 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390815 | 11/22/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390816 | 11/22/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390817 | 11/22/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390818 | 11/22/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9390846 | 11/22/2014 | $59.90 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9391609 | 11/22/2014 | $437.40 |
| The Standard Register Company | The Standard Register Company | 1088735 | $1,013.28 | 1/5/2015 | 9391610 | 11/22/2014 | $29.25 |
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394663 | 11/29/2014 | $363.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394664 | 11/29/2014 | $217.91 |
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394665 | 11/29/2014 | $127.15 |
| The Standard Register Company | The Standard Register Company | 1083635 | $140.36 | 12/12/2014 | 9371943 | 9/27/2014 | $143.08 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389211 | 11/15/2014 | $121.29 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387284 | 11/8/2014 | $127.08 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385799 | 11/1/2014 | $143.01 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385800 | 11/1/2014 | $149.65 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385801 | 11/1/2014 | $68.07 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385802 | 11/1/2014 | $127.15 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385803 | 11/1/2014 | $127.15 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385804 | 11/1/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385805 | 11/1/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385806 | 11/1/2014 | $60.90 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385807 | 11/1/2014 | $39.86 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385808 | 11/1/2014 | $176.09 |
| The Standard Register Company | The Standard Register Company | 1083907 | $1,008.59 | 12/15/2014 | 9385809 | 11/1/2014 | $63.37 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9389199 | 11/15/2014 | $999.72 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387283 | 11/8/2014 | $339.52 |
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394668 | 11/29/2014 | $674.70 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387285 | 11/8/2014 | $1,852.66 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387286 | 11/8/2014 | $125.58 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387287 | 11/8/2014 | $54.25 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387288 | 11/8/2014 | $166.66 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387289 | 11/8/2014 | $31.56 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387290 | 11/8/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387291 | 11/8/2014 | $467.31 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387292 | 11/8/2014 | $63.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387293 | 11/8/2014 | $121.29 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9377214 | 10/4/2014 | $487.50 |
| The Standard Register Company | The Standard Register Company | 1087443 | $5,519.25 | 12/30/2014 | 9388276 | 11/8/2014 | $704.39 |
| The Standard Register Company | The Standard Register Company | 1085404 | $3,425.59 | 12/22/2014 | 9387282 | 11/8/2014 | $116.25 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399001 | 12/20/2014 | $219.01 |
| The Standard Register Company | The Standard Register Company | 1090277 | $1,595.33 | 1/12/2015 | 9394666 | 11/29/2014 | $194.29 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397327 | 12/13/2014 | $353.92 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397328 | 12/13/2014 | $30.45 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397329 | 12/13/2014 | $50.82 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397330 | 12/13/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397331 | 12/13/2014 | $9,241.60 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397332 | 12/13/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397333 | 12/13/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397334 | 12/13/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397335 | 12/13/2014 | $115.53 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9398998 | 12/20/2014 | $190.02 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397325 | 12/13/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399000 | 12/20/2014 | $243.44 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397324 | 12/13/2014 | $104.25 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399002 | 12/20/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399003 | 12/20/2014 | $82.38 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399004 | 12/20/2014 | $31.56 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399005 | 12/20/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399006 | 12/20/2014 | $65.88 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399007 | 12/20/2014 | $198.98 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399008 | 12/20/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399009 | 12/20/2014 | $64.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399010 | 12/20/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399011 | 12/20/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399016 | 12/20/2014 | $235.77 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9398999 | 12/20/2014 | $190.02 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395634 | 12/6/2014 | $31.56 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395621 | 12/6/2014 | $127.04 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395622 | 12/6/2014 | $1,159.36 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395623 | 12/6/2014 | $203.49 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395624 | 12/6/2014 | $344.44 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395625 | 12/6/2014 | $83.99 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395626 | 12/6/2014 | $272.51 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395627 | 12/6/2014 | $82.26 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395628 | 12/6/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395629 | 12/6/2014 | $63.12 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395630 | 12/6/2014 | $31.56 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395631 | 12/6/2014 | $50.82 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397326 | 12/13/2014 | $72.69 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395633 | 12/6/2014 | $40.10 |
| The Standard Register Company | The Standard Register Company | 1095788 | $2,100.15 | 2/10/2015 | 9399017 | 12/20/2014 | $354.99 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395635 | 12/6/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395636 | 12/6/2014 | $64.47 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395637 | 12/6/2014 | $45.50 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395638 | 12/6/2014 | $45.50 |
| The Standard Register Company | The Standard Register Company | 1093617 | $7,541.10 | 2/3/2015 | 9370946 | 9/20/2014 | $7,385.00 |
| The Standard Register Company | The Standard Register Company | 1093617 | $7,541.10 | 2/3/2015 | 9386524 | 11/1/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397319 | 12/13/2014 | $1,244.86 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397320 | 12/13/2014 | $194.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397321 | 12/13/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397322 | 12/13/2014 | $127.15 |
| The Standard Register Company | The Standard Register Company | 1094500 | $11,652.17 | 2/6/2015 | 9397323 | 12/13/2014 | $45.38 |
| The Standard Register Company | The Standard Register Company | 1092376 | $2,835.49 | 1/28/2015 | 9395632 | 12/6/2014 | $127.73 |

**Totals:** 10 transfer(s), $36,831.31