

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Columbia Gas of Ohio, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096325 | $13,224.41 | 2/18/2015 | 17150JA15 | 1/29/2015 | $13,224.41 |
| The Standard Register Company | The Standard Register Company | 1096301 | $14,280.69 | 2/18/2015 | 17150DE14 | 12/30/2014 | $14,280.69 |
| The Standard Register Company | The Standard Register Company | 1094667 | $1,489.88 | 2/10/2015 | 12009JA15 | 1/29/2015 | $1,489.88 |
| The Standard Register Company | The Standard Register Company | 1089987 | $1,352.91 | 1/13/2015 | 12009DE14 | 12/30/2014 | $1,352.91 |
| The Standard Register Company | The Standard Register Company | 1085647 | $7,253.75 | 12/30/2014 | 17150N014 | 11/25/2014 | $7,253.75 |

**Totals:** 5 transfer(s),  $37,601.64