

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **GLJ, Inc. dba Mid Nix Snax**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094654 | $4,772.89 | 2/9/2015 | 118250IN | 12/17/2014 | $3,565.30 |
| The Standard Register Company | The Standard Register Company | 1094654 | $4,772.89 | 2/9/2015 | 118141IN | 12/16/2014 | $1,207.59 |
| The Standard Register Company | The Standard Register Company | 1094071 | $2,176.91 | 2/3/2015 | 117826IN | 12/12/2014 | $2,026.18 |
| The Standard Register Company | The Standard Register Company | 1094071 | $2,176.91 | 2/3/2015 | 117704IN | 12/11/2014 | $150.73 |
| The Standard Register Company | The Standard Register Company | 1093237 | $3,376.61 | 2/3/2015 | 117593IN | 12/9/2014 | $3,376.61 |
| The Standard Register Company | The Standard Register Company | 1092377 | $3,597.50 | 1/29/2015 | 117609IN | 12/5/2014 | $3,597.50 |
| The Standard Register Company | The Standard Register Company | 1090101 | $13,450.74 | 1/13/2015 | 117123IN | 11/28/2014 | $13,450.74 |
| The Standard Register Company | The Standard Register Company | 1089380 | $176.00 | 1/6/2015 | 116824IN | 11/24/2014 | $176.00 |
| The Standard Register Company | The Standard Register Company | 1088737 | $564.44 | 1/6/2015 | 116371IN | 11/20/2014 | $564.44 |
| The Standard Register Company | The Standard Register Company | 1088117 | $9,791.26 | 1/6/2015 | 116353IN | 11/19/2014 | $9,791.26 |
| The Standard Register Company | The Standard Register Company | 1086417 | $277.65 | 12/29/2014 | 115736IN | 11/12/2014 | $277.65 |

Totals:    9 transfer(s),    $38,184.00