

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Connecticut Light and Power Company** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094961 | $15,492.24 | 2/18/2015 | 51441JA15 | 1/20/2015 | $15,492.24 |
| The Standard Register Company | The Standard Register Company | 1088326 | $13,685.38 | 1/7/2015 | 51441DE14 | 12/18/2014 | $13,685.38 |
| The Standard Register Company | The Standard Register Company | 1083822 | $14,668.14 | 12/24/2014 | 51441N014 | 11/18/2014 | $14,668.14 |

**Totals:** 3 transfer(s), $43,845.76