

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Constellation NewEnergy, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099062 | $14,597.60 | 3/4/2015 | 82761FE15 | 2/17/2015 | $14,597.60 |
| The Standard Register Company | The Standard Register Company | 1093013 | $17,137.22 | 2/2/2015 | 82761JA15 | 1/22/2015 | $17,137.22 |
| The Standard Register Company | The Standard Register Company | 1085547 | $16,633.87 | 12/22/2014 | 82761DE14 | 12/12/2014 | $16,633.87 |
| **Totals:** | | **3 transfer(s),** | **$48,368.69** | | | | |