

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **David Michael Kelker dba Mike Kelker Machine and Tool**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 912 | 2/15/2015 | $2,550.00 |
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 911 | 2/15/2015 | $5,570.00 |
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 910 | 2/15/2015 | $1,198.00 |
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 909 | 2/15/2015 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 907 | 2/10/2015 | $3,000.00 |
| The Standard Register Company | The Standard Register Company | 1099665 | $17,518.00 | 3/10/2015 | 906 | 2/8/2015 | $4,200.00 |
| The Standard Register Company | The Standard Register Company | 1093619 | $10,720.00 | 2/10/2015 | 905 | 12/30/2014 | $4,800.00 |
| The Standard Register Company | The Standard Register Company | 1093619 | $10,720.00 | 2/10/2015 | 904 | 12/30/2014 | $5,920.00 |
| The Standard Register Company | The Standard Register Company | 1080732 | $6,600.00 | 12/22/2014 | 902 | 10/15/2014 | $6,600.00 |
| The Standard Register Company | The Standard Register Company | 1078794 | $4,800.00 | 12/22/2014 | 903 | 11/3/2014 | $4,800.00 |

Totals:    4 transfer(s),    $39,638.00