

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Control Group Companies, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252024 | 11/18/2014 | $49.16 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3250067 | 11/19/2014 | $1,002.61 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251783 | 11/18/2014 | $49.16 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251794 | 11/18/2014 | $48.57 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251795 | 11/18/2014 | $46.23 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251829 | 11/18/2014 | $49.16 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251830 | 11/18/2014 | $46.04 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251831 | 11/18/2014 | $46.90 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251889 | 11/18/2014 | $46.63 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251890 | 11/18/2014 | $51.29 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3251898 | 11/18/2014 | $29.01 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252019 | 11/18/2014 | $46.04 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252020 | 11/18/2014 | $50.14 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252021 | 11/18/2014 | $48.57 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3252859 | 11/24/2014 | $639.68 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252379 | 11/18/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1083497 | $1,140.05 | 12/12/2014 | 3249712 | 10/31/2014 | $788.45 |
| The Standard Register Company | The Standard Register Company | 1088580 | $1,198.82 | 1/6/2015 | 3253063 | 11/21/2014 | $369.51 |
| The Standard Register Company | The Standard Register Company | 1088580 | $1,198.82 | 1/6/2015 | 3252876 | 11/20/2014 | $152.42 |
| The Standard Register Company | The Standard Register Company | 1088580 | $1,198.82 | 1/6/2015 | 3252829 | 11/20/2014 | $627.56 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252623 | 11/19/2014 | $62.27 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252022 | 11/18/2014 | $46.04 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252397 | 11/18/2014 | $60.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252023 | 11/18/2014 | $48.57 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252374 | 11/18/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252359 | 11/18/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252358 | 11/18/2014 | $60.52 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252307 | 11/18/2014 | $22.33 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252086 | 11/18/2014 | $49.16 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3249983 | 11/19/2014 | $48.36 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3252461 | 11/18/2014 | $33.68 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250706 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3250014 | 11/19/2014 | $213.27 |
| The Standard Register Company | The Standard Register Company | 1085316 | $113.93 | 12/23/2014 | 3251493 | 11/7/2014 | $58.08 |
| The Standard Register Company | The Standard Register Company | 1085316 | $113.93 | 12/23/2014 | 3251045 | 11/7/2014 | $32.76 |
| The Standard Register Company | The Standard Register Company | 1085316 | $113.93 | 12/23/2014 | 3250938 | 11/7/2014 | $29.04 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250749 | 11/6/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1085893 | $511.69 | 12/30/2014 | 3250983 | 11/10/2014 | $198.93 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250707 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1085893 | $511.69 | 12/30/2014 | 3251062 | 11/10/2014 | $297.00 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250705 | 11/6/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250704 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250702 | 11/6/2014 | $31.85 |
| The Standard Register Company | The Standard Register Company | 1084493 | $2,569.40 | 12/17/2014 | 3250244 | 11/4/2014 | $2,750.84 |
| The Standard Register Company | The Standard Register Company | 1083497 | $1,140.05 | 12/12/2014 | 3249823 | 10/31/2014 | $123.03 |
| The Standard Register Company | The Standard Register Company | 1083497 | $1,140.05 | 12/12/2014 | 3249716 | 10/31/2014 | $270.09 |
| The Standard Register Company | The Standard Register Company | 1084950 | $328.83 | 12/17/2014 | 3250748 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251305 | 11/12/2014 | $420.74 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3253055 | 11/25/2014 | $44.98 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3249981 | 11/19/2014 | $60.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3249978 | 11/19/2014 | $67.28 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3252121 | 11/17/2014 | $81.66 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251631 | 11/14/2014 | $544.51 |
| The Standard Register Company | The Standard Register Company | 1085893 | $511.69 | 12/30/2014 | 3250624 | 11/10/2014 | $51.29 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251306 | 11/11/2014 | $22.33 |
| The Standard Register Company | The Standard Register Company | 1087937 | $2,815.39 | 1/6/2015 | 3250011 | 11/19/2014 | $417.43 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251245 | 11/10/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251244 | 11/10/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251243 | 11/10/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251242 | 11/10/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251241 | 11/10/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3250464 | 11/5/2014 | $268.30 |
| The Standard Register Company | The Standard Register Company | 1087219 | $1,089.45 | 12/31/2014 | 3251308 | 11/12/2014 | $28.51 |
| The Standard Register Company | The Standard Register Company | 1095196 | $646.02 | 2/10/2015 | 3257329 | 12/18/2014 | $30.43 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255388 | 12/16/2014 | $46.58 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255389 | 12/16/2014 | $48.50 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255390 | 12/16/2014 | $46.91 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255391 | 12/16/2014 | $45.98 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255392 | 12/16/2014 | $49.09 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255394 | 12/16/2014 | $45.98 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255395 | 12/16/2014 | $45.98 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255396 | 12/16/2014 | $46.91 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255448 | 12/16/2014 | $46.35 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255512 | 12/16/2014 | $112.05 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3256679 | 12/16/2014 | $385.87 |
| The Standard Register Company | The Standard Register Company | 1095196 | $646.02 | 2/10/2015 | 3256836 | 12/17/2014 | $31.72 |
| The Standard Register Company | The Standard Register Company | 1095196 | $646.02 | 2/10/2015 | 3256899 | 12/17/2014 | $46.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088580 | $1,198.82 | 1/6/2015 | 3253080 | 11/21/2014 | $124.53 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3257797 | 12/22/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257930 | 12/23/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257929 | 12/23/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257684 | 12/23/2014 | $99.52 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257558 | 12/23/2014 | $103.75 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257513 | 12/23/2014 | $49.43 |
| The Standard Register Company | The Standard Register Company | 1095196 | $646.02 | 2/10/2015 | 3257019 | 12/18/2014 | $28.77 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3257798 | 12/22/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1095196 | $646.02 | 2/10/2015 | 3257204 | 12/17/2014 | $547.39 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3257788 | 12/22/2014 | $1,022.92 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3253589 | 12/22/2014 | $51.33 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3253570 | 12/22/2014 | $134.43 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3253558 | 12/22/2014 | $48.34 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3252653 | 12/22/2014 | $124.56 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256743 | 12/15/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1096037 | $13,182.92 | 2/11/2015 | 3257799 | 12/22/2014 | $12,670.99 |
| The Standard Register Company | The Standard Register Company | 1090703 | $605.61 | 1/20/2015 | 3254041 | 12/1/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1094764 | $896.04 | 2/10/2015 | 3255245 | 12/16/2014 | $28.77 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3250747 | 11/6/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3250746 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3250745 | 11/6/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3250737 | 11/6/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1091963 | $8,284.93 | 1/30/2015 | 3254572 | 12/4/2014 | $8,866.88 |
| The Standard Register Company | The Standard Register Company | 1090703 | $605.61 | 1/20/2015 | 3254141 | 12/1/2014 | $1,000.87 |
| The Standard Register Company | The Standard Register Company | 1092271 | $162.27 | 1/30/2015 | 3254887 | 12/5/2014 | $173.40 |
| The Standard Register Company | The Standard Register Company | 1090703 | $605.61 | 1/20/2015 | 3254040 | 12/1/2014 | $60.82 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089755 | $18.22 | 1/9/2015 | 3253787 | 11/26/2014 | $18.77 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3253462 | 11/25/2014 | $8,697.65 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3253059 | 11/25/2014 | $28.51 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3253058 | 11/25/2014 | $35.92 |
| The Standard Register Company | The Standard Register Company | 1089184 | $8,864.06 | 1/7/2015 | 3253056 | 11/25/2014 | $48.76 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3250726 | 11/6/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1093916 | $4,176.03 | 2/4/2015 | 3254588 | 12/11/2014 | $101.37 |
| The Standard Register Company | The Standard Register Company | 1096439 | $403.93 | 2/17/2015 | 3257931 | 12/23/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256742 | 12/15/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256741 | 12/15/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256740 | 12/15/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256739 | 12/15/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1091534 | $292.16 | 1/27/2015 | 3254216 | 12/3/2014 | $28.46 |
| The Standard Register Company | The Standard Register Company | 1093916 | $4,176.03 | 2/4/2015 | 3256287 | 12/11/2014 | $4,376.56 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256751 | 12/15/2014 | $9,554.71 |
| The Standard Register Company | The Standard Register Company | 1093530 | $333.40 | 2/4/2015 | 3256108 | 12/10/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1093530 | $333.40 | 2/4/2015 | 3256107 | 12/10/2014 | $60.82 |
| The Standard Register Company | The Standard Register Company | 1093530 | $333.40 | 2/4/2015 | 3256106 | 12/10/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1093530 | $333.40 | 2/4/2015 | 3256105 | 12/10/2014 | $47.91 |
| The Standard Register Company | The Standard Register Company | 1093530 | $333.40 | 2/4/2015 | 3255962 | 12/10/2014 | $132.82 |
| The Standard Register Company | The Standard Register Company | 1093153 | $483.61 | 2/4/2015 | 3254856 | 12/9/2014 | $515.69 |
| The Standard Register Company | The Standard Register Company | 1094391 | $9,393.33 | 2/10/2015 | 3256493 | 12/15/2014 | $247.85 |

Totals:    22 transfer(s),    $57,510.09