

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **The Millcraft Paper Company**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089381 | $544.78 | 1/5/2015 | CSI0981014 | 11/24/2014 | $555.74 |
| The Standard Register Company | The Standard Register Company | 1084623 | $564.05 | 12/15/2014 | CSI0971752 | 11/5/2014 | $575.41 |
| The Standard Register Company | The Standard Register Company | 1094847 | $878.69 | 2/5/2015 | CSI0991432 | 12/16/2014 | $823.17 |
| The Standard Register Company | The Standard Register Company | 1094847 | $878.69 | 2/5/2015 | CSI0990957 | 12/16/2014 | $73.30 |
| The Standard Register Company | The Standard Register Company | 1094073 | $926.08 | 2/2/2015 | CSI0989950 | 12/12/2014 | $498.07 |
| The Standard Register Company | The Standard Register Company | 1094073 | $926.08 | 2/2/2015 | CSI0989305 | 12/11/2014 | $446.76 |
| The Standard Register Company | The Standard Register Company | 1093620 | $569.31 | 2/2/2015 | CSI0988424 | 12/10/2014 | $580.78 |
| The Standard Register Company | The Standard Register Company | 1093239 | $947.36 | 1/30/2015 | CSI0987405 | 12/9/2014 | $966.54 |
| The Standard Register Company | The Standard Register Company | 1091620 | $3,020.22 | 1/26/2015 | CSI0984652 | 12/3/2014 | $307.53 |
| The Standard Register Company | The Standard Register Company | 1091620 | $3,020.22 | 1/26/2015 | CSI0984649 | 12/3/2014 | $1,427.62 |
| The Standard Register Company | The Standard Register Company | 1091620 | $3,020.22 | 1/26/2015 | CSI0984527 | 12/3/2014 | $178.74 |
| The Standard Register Company | The Standard Register Company | 1091620 | $3,020.22 | 1/26/2015 | CSI0980762 | 11/24/2014 | $1,167.50 |
| The Standard Register Company | The Standard Register Company | 1095333 | $8,226.34 | 2/9/2015 | CSI0992046 | 12/17/2014 | $407.39 |
| The Standard Register Company | The Standard Register Company | 1089849 | $7,527.65 | 1/7/2015 | CSI0982101 | 11/26/2014 | $7,375.00 |
| The Standard Register Company | The Standard Register Company | 1095333 | $8,226.34 | 2/9/2015 | CSI0992371 | 12/18/2014 | $7,375.00 |
| The Standard Register Company | The Standard Register Company | 1088739 | $490.08 | 1/2/2015 | CSI0989899 | 12/12/2014 | $429.00 |
| The Standard Register Company | The Standard Register Company | 1088739 | $490.08 | 1/2/2015 | CSI0979980 | 11/21/2014 | $173.25 |
| The Standard Register Company | The Standard Register Company | 1088739 | $490.08 | 1/2/2015 | CSI0979500 | 11/20/2014 | $179.63 |
| The Standard Register Company | The Standard Register Company | 1088739 | $490.08 | 1/2/2015 | CSI0979265 | 11/20/2014 | $146.90 |
| The Standard Register Company | The Standard Register Company | 1088120 | $453.96 | 12/31/2014 | CSI0978573 | 11/19/2014 | $171.53 |
| The Standard Register Company | The Standard Register Company | 1088120 | $453.96 | 12/31/2014 | CSI0977964 | 11/18/2014 | $105.50 |
| The Standard Register Company | The Standard Register Company | 1088120 | $453.96 | 12/31/2014 | CSI0977881 | 11/18/2014 | $186.04 |
| The Standard Register Company | The Standard Register Company | 1087446 | $81.07 | 12/29/2014 | CSI0975949 | 11/13/2014 | $587.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086419 | $3,174.67 | 12/29/2014 | CSI0974819 | 11/12/2014 | $2,199.00 |
| The Standard Register Company | The Standard Register Company | 1086419 | $3,174.67 | 12/29/2014 | CSI0974371 | 11/11/2014 | $1,046.22 |
| The Standard Register Company | The Standard Register Company | 1086419 | $3,174.67 | 12/29/2014 | CSI0974222 | 11/11/2014 | $369.77 |
| The Standard Register Company | The Standard Register Company | 1089849 | $7,527.65 | 1/7/2015 | CSI0982624 | 11/26/2014 | $306.12 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1008042 | 1/26/2015 | $392.94 |
| The Standard Register Company | The Standard Register Company | 1099691 | $11,384.94 | 3/6/2015 | CSI0996171 | 12/30/2014 | $499.15 |
| The Standard Register Company | The Standard Register Company | 1099691 | $11,384.94 | 3/6/2015 | CSI0995860 | 12/30/2014 | $10,200.00 |
| The Standard Register Company | The Standard Register Company | 1099691 | $11,384.94 | 3/6/2015 | CSI0995446 | 12/29/2014 | $843.03 |
| The Standard Register Company | The Standard Register Company | 1099691 | $11,384.94 | 3/6/2015 | CSI0987810 | 12/9/2014 | $73.30 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI1011246 | 1/30/2015 | $807.20 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI1010830 | 1/30/2015 | $92.50 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI1006688 | 1/22/2015 | $460.50 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI1005507 | 1/20/2015 | $529.72 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI1005505 | 1/20/2015 | $797.46 |
| The Standard Register Company | The Standard Register Company | 1099228 | $3,086.44 | 3/5/2015 | CSI0997914 | 1/6/2015 | $461.51 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1009029 | 1/27/2015 | $419.96 |
| The Standard Register Company | The Standard Register Company | 1095333 | $8,226.34 | 2/9/2015 | CSI0991817 | 12/17/2014 | $611.68 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1008104 | 1/26/2015 | $304.18 |
| The Standard Register Company | The Standard Register Company | 1099772 | $453.72 | 3/10/2015 | CSI1011767 | 2/2/2015 | $462.83 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1007662 | 1/23/2015 | $446.14 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1007373 | 1/23/2015 | $70.26 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1004003 | 1/16/2015 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1003460 | 1/15/2015 | $493.36 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1002704 | 1/14/2015 | $371.05 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1002407 | 1/4/2015 | $101.18 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1001330 | 1/12/2015 | $413.34 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1001021 | 1/12/2015 | $407.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI0999864 | 1/9/2015 | $549.60 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI0999714 | 1/9/2015 | $1,130.96 |
| The Standard Register Company | The Standard Register Company | 1096522 | $138.96 | 2/12/2015 | CSI0994422 | 12/23/2014 | $141.80 |
| The Standard Register Company | The Standard Register Company | 1099124 | $6,705.43 | 3/2/2015 | CSI1008759 | 1/27/2015 | $740.00 |
| **Totals:** | **18 transfer(s),** | **$49,173.75** | | | | | |