

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **MR Label, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086425 | $1,602.73 | 12/31/2014 | 54880 | 11/12/2014 | $50.85 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 53719 | 8/22/2014 | $320.01 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55097 | 11/21/2014 | $80.64 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55096 | 11/21/2014 | $80.64 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55091 | 11/21/2014 | $336.73 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55085 | 11/21/2014 | $326.11 |
| The Standard Register Company | The Standard Register Company | 1088126 | $508.08 | 2/6/2015 | 55025 | 11/18/2014 | $545.43 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54998 | 11/15/2014 | $594.15 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54966 | 11/14/2014 | $372.46 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54951 | 11/14/2014 | $457.10 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54950 | 11/14/2014 | $28.61 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54918 | 11/13/2014 | $343.20 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54914 | 11/13/2014 | $237.55 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54905 | 11/13/2014 | $165.00 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55110 | 11/21/2014 | $3,002.36 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54616 | 10/23/2014 | $244.36 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54080 | 9/18/2014 | $562.47 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54137 | 9/23/2014 | $235.45 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54190 | 9/29/2014 | $304.70 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54552 | 10/20/2014 | $965.60 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54570 | 10/22/2014 | $418.03 |
| The Standard Register Company | The Standard Register Company | 1087451 | $2,405.58 | 12/31/2014 | 54590 | 10/22/2014 | $379.71 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54592 | 10/22/2014 | $317.19 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086425 | $1,602.73 | 12/31/2014 | 54887 | 11/12/2014 | $1,663.32 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54639 | 10/27/2014 | $594.15 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54640 | 10/27/2014 | $996.84 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54656 | 10/27/2014 | $186.34 |
| The Standard Register Company | The Standard Register Company | 1085407 | $413.01 | 12/22/2014 | 54791 | 11/8/2014 | $251.85 |
| The Standard Register Company | The Standard Register Company | 1085407 | $413.01 | 12/22/2014 | 54792 | 11/8/2014 | $192.25 |
| The Standard Register Company | The Standard Register Company | 1090447 | $1,800.53 | 1/14/2015 | 55146 | 11/30/2014 | $282.05 |
| The Standard Register Company | The Standard Register Company | 1082240 | $1,528.04 | 12/15/2014 | 54591 | 10/22/2014 | $328.96 |
| The Standard Register Company | The Standard Register Company | 1093243 | $344.46 | 2/6/2015 | 55317 | 12/9/2014 | $367.80 |
| The Standard Register Company | The Standard Register Company | 1096139 | $3,887.95 | 2/10/2015 | 55503 | 12/22/2014 | $2,329.30 |
| The Standard Register Company | The Standard Register Company | 1096139 | $3,887.95 | 2/10/2015 | 55502 | 12/22/2014 | $1,844.18 |
| The Standard Register Company | The Standard Register Company | 1095794 | $3,767.68 | 2/10/2015 | 55487 | 12/19/2014 | $12.48 |
| The Standard Register Company | The Standard Register Company | 1095794 | $3,767.68 | 2/10/2015 | 55486 | 12/19/2014 | $4,037.85 |
| The Standard Register Company | The Standard Register Company | 1095339 | $402.48 | 2/10/2015 | 55460 | 12/18/2014 | $218.79 |
| The Standard Register Company | The Standard Register Company | 1095339 | $402.48 | 2/10/2015 | 55459 | 12/18/2014 | $212.74 |
| The Standard Register Company | The Standard Register Company | 1094851 | $1,122.99 | 2/10/2015 | 55417 | 12/16/2014 | $284.62 |
| The Standard Register Company | The Standard Register Company | 1094851 | $1,122.99 | 2/10/2015 | 55400 | 12/16/2014 | $274.78 |
| The Standard Register Company | The Standard Register Company | 1094851 | $1,122.99 | 2/10/2015 | 55399 | 12/16/2014 | $646.56 |
| The Standard Register Company | The Standard Register Company | 1094503 | $365.70 | 2/10/2015 | 55384 | 12/15/2014 | $171.00 |
| The Standard Register Company | The Standard Register Company | 1094503 | $365.70 | 2/10/2015 | 55363 | 12/15/2014 | $221.34 |
| The Standard Register Company | The Standard Register Company | 1094079 | $1,887.94 | 2/6/2015 | 55359 | 12/12/2014 | $894.03 |
| The Standard Register Company | The Standard Register Company | 1094079 | $1,887.94 | 2/6/2015 | 55355 | 12/12/2014 | $452.89 |
| The Standard Register Company | The Standard Register Company | 1088744 | $3,641.91 | 1/6/2015 | 55098 | 11/21/2014 | $80.64 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55302 | 12/8/2014 | $264.60 |
| The Standard Register Company | The Standard Register Company | 1090447 | $1,800.53 | 1/14/2015 | 55154 | 11/30/2014 | $922.96 |
| The Standard Register Company | The Standard Register Company | 1090447 | $1,800.53 | 1/14/2015 | 55174 | 11/30/2014 | $729.21 |
| The Standard Register Company | The Standard Register Company | 1091138 | $6,140.10 | 1/23/2015 | 55194 | 12/2/2014 | $6,592.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092044 | $288.22 | 1/28/2015 | 55209 | 12/4/2014 | $161.65 |
| The Standard Register Company | The Standard Register Company | 1092044 | $288.22 | 1/28/2015 | 55235 | 12/4/2014 | $147.07 |
| The Standard Register Company | The Standard Register Company | 1094079 | $1,887.94 | 2/6/2015 | 55350 | 12/12/2014 | $456.10 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55301 | 12/8/2014 | $271.08 |
| The Standard Register Company | The Standard Register Company | 1094079 | $1,887.94 | 2/6/2015 | 55339 | 12/11/2014 | $221.43 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55303 | 12/8/2014 | $271.08 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55304 | 12/8/2014 | $265.68 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55305 | 12/8/2014 | $265.68 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55306 | 12/8/2014 | $264.60 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55307 | 12/8/2014 | $281.36 |
| The Standard Register Company | The Standard Register Company | 1096824 | $745.62 | 2/23/2015 | 55330 | 12/10/2014 | $800.84 |
| The Standard Register Company | The Standard Register Company | 1092821 | $2,385.55 | 2/2/2015 | 55295 | 12/8/2014 | $676.59 |

**Totals: 18 transfer(s), $33,238.57**