

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **National Color Graphics, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094085 | $637.42 | 2/3/2015 | 73552 | 12/11/2014 | $290.40 |
| The Standard Register Company | The Standard Register Company | 1089390 | $134.36 | 1/6/2015 | 73483 | 11/25/2014 | $143.22 |
| The Standard Register Company | The Standard Register Company | 1089853 | $8,304.96 | 1/12/2015 | 73501AL | 11/26/2014 | $100.62 |
| The Standard Register Company | The Standard Register Company | 1089853 | $8,304.96 | 1/12/2015 | 73502MB2 | 11/26/2014 | $383.65 |
| The Standard Register Company | The Standard Register Company | 1089853 | $8,304.96 | 1/12/2015 | 73503MSC | 11/26/2014 | $7,988.91 |
| The Standard Register Company | The Standard Register Company | 1089853 | $8,304.96 | 1/12/2015 | 73553 | 11/26/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1090789 | $84.39 | 1/21/2015 | 73518 | 12/1/2014 | $90.75 |
| The Standard Register Company | The Standard Register Company | 1092047 | $1,025.52 | 1/27/2015 | 73555 | 12/4/2014 | $1,089.56 |
| The Standard Register Company | The Standard Register Company | 1083642 | $1,540.74 | 12/12/2014 | 73389 | 10/31/2014 | $1,635.35 |
| The Standard Register Company | The Standard Register Company | 1092383 | $741.48 | 1/27/2015 | 73556 | 12/6/2014 | $132.00 |
| The Standard Register Company | The Standard Register Company | 1088128 | $782.11 | 1/6/2015 | 73430 | 11/18/2014 | $227.41 |
| The Standard Register Company | The Standard Register Company | 1094085 | $637.42 | 2/3/2015 | 73623 | 12/12/2014 | $395.00 |
| The Standard Register Company | The Standard Register Company | 1094506 | $530.17 | 2/9/2015 | 73626 | 12/15/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1094506 | $530.17 | 2/9/2015 | 73627 | 12/15/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1094506 | $530.17 | 2/9/2015 | 73628 | 12/15/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1094506 | $530.17 | 2/9/2015 | 73701MB1 | 12/15/2014 | $494.64 |
| The Standard Register Company | The Standard Register Company | 1094856 | $1,265.95 | 2/9/2015 | 73569 | 12/16/2014 | $202.35 |
| The Standard Register Company | The Standard Register Company | 1094856 | $1,265.95 | 2/9/2015 | 73570 | 12/16/2014 | $536.85 |
| The Standard Register Company | The Standard Register Company | 1094856 | $1,265.95 | 2/9/2015 | 73634 | 12/16/2014 | $615.00 |
| The Standard Register Company | The Standard Register Company | 1092383 | $741.48 | 1/27/2015 | 73468 | 12/5/2014 | $657.99 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73384 | 11/17/2014 | $918.90 |
| The Standard Register Company | The Standard Register Company | 1084153 | $720.05 | 12/19/2014 | 73369 | 11/3/2014 | $315.00 |
| The Standard Register Company | The Standard Register Company | 1084153 | $720.05 | 12/19/2014 | 73383 | 11/3/2014 | $458.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084631 | $757.76 | 12/19/2014 | 73345 | 11/5/2014 | $358.00 |
| The Standard Register Company | The Standard Register Company | 1084631 | $757.76 | 12/19/2014 | 73356 | 11/4/2014 | $264.00 |
| The Standard Register Company | The Standard Register Company | 1084631 | $757.76 | 12/19/2014 | 73409 | 11/5/2014 | $191.70 |
| The Standard Register Company | The Standard Register Company | 1085041 | $458.78 | 12/19/2014 | 73359 | 11/6/2014 | $492.38 |
| The Standard Register Company | The Standard Register Company | 1085409 | $1,139.69 | 12/24/2014 | 73403 | 11/7/2014 | $324.50 |
| The Standard Register Company | The Standard Register Company | 1085409 | $1,139.69 | 12/24/2014 | 73411 | 11/7/2014 | $886.91 |
| The Standard Register Company | The Standard Register Company | 1088749 | $748.65 | 1/6/2015 | 73458 | 11/21/2014 | $805.00 |
| The Standard Register Company | The Standard Register Company | 1086427 | $1,547.36 | 12/30/2014 | 73462 | 11/11/2014 | $1,357.20 |
| The Standard Register Company | The Standard Register Company | 1088128 | $782.11 | 1/6/2015 | 73492 | 11/19/2014 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73398 | 11/13/2014 | $209.00 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73433 | 11/13/2014 | $668.80 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73436 | 11/13/2014 | $296.68 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73455 | 11/14/2014 | $201.60 |
| The Standard Register Company | The Standard Register Company | 1087457 | $2,847.32 | 12/30/2014 | 73502MB1 | 11/14/2014 | $731.47 |
| The Standard Register Company | The Standard Register Company | 1088128 | $782.11 | 1/6/2015 | 73404 | 11/18/2014 | $228.00 |
| The Standard Register Company | The Standard Register Company | 1088128 | $782.11 | 1/6/2015 | 73429 | 11/18/2014 | $230.55 |
| The Standard Register Company | The Standard Register Company | 1096529 | $567.32 | 2/18/2015 | 73651 | 12/23/2014 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1086427 | $1,547.36 | 12/30/2014 | 73435 | 11/12/2014 | $294.04 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73823 | 1/29/2015 | $191.00 |
| The Standard Register Company | The Standard Register Company | 1095344 | $263.68 | 2/10/2015 | 73635 | 12/18/2014 | $281.85 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73773 | 1/23/2015 | $811.48 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73774 | 1/22/2015 | $133.38 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73777 | 1/16/2015 | $1,522.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73778 | 1/27/2015 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73781 | 2/2/2015 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73792 | 1/29/2015 | $244.60 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73793 | 1/28/2015 | $392.04 |

National Color Graphics, Inc. (SRCNAT002)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73759 | 1/16/2015 | $121.46 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73807 | 1/27/2015 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73749 | 1/15/2015 | $1,022.40 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73826 | 2/3/2015 | $1,035.83 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73830 | 1/28/2015 | $435.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73831 | 1/28/2015 | $513.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73832 | 1/28/2015 | $868.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73855 | 1/27/2015 | $108.60 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73901AL | 1/29/2015 | $711.62 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73902MB1 | 1/15/2015 | $80.12 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73902MB2 | 1/29/2015 | $1,070.11 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73799 | 1/27/2015 | $225.50 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73687 | 1/8/2015 | $625.06 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73903MSC | 1/30/2015 | $5,969.16 |
| The Standard Register Company | The Standard Register Company | 1096529 | $567.32 | 2/18/2015 | 73668 | 12/23/2014 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1096529 | $567.32 | 2/18/2015 | 73672 | 12/23/2014 | $308.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 71863 | 4/4/2014 | $464.96 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 72713 | 7/23/2014 | $405.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73642 | 1/27/2015 | $404.13 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73650 | 12/30/2014 | $150.24 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73652 | 1/6/2015 | $155.15 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73765 | 1/21/2015 | $231.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73671 | 12/30/2014 | $341.16 |
| The Standard Register Company | The Standard Register Company | 1096142 | $139.50 | 2/12/2015 | 73669 | 12/22/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73688 | 2/3/2015 | $606.99 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73701MB2 | 12/30/2014 | $490.41 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73702AL | 12/29/2014 | $187.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73703MSC | 12/30/2014 | $5,212.95 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73717 | 1/19/2015 | $64.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73730 | 1/20/2015 | $295.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73745 | 1/29/2015 | $768.80 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73748 | 1/21/2015 | $615.00 |
| The Standard Register Company | The Standard Register Company | 1100029 | $25,794.45 | 3/10/2015 | 73653 | 1/6/2015 | $150.15 |

**Totals:** **21 transfer(s),** **$50,031.66**