

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **New Jersey Business Forms Manufacturing Corporation**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095799 | $2,679.03 | 2/10/2015 | 176696 | 12/19/2014 | $1,007.60 |
| The Standard Register Company | The Standard Register Company | 1083650 | $2,374.49 | 12/12/2014 | 176314 | 10/31/2014 | $2,157.21 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177033 | 1/30/2015 | $652.05 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 176909 | 12/31/2014 | $1,052.59 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 176878 | 12/31/2014 | $1,194.23 |
| The Standard Register Company | The Standard Register Company | 1095799 | $2,679.03 | 2/10/2015 | 176718 | 12/19/2014 | $1,175.79 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177035 | 1/30/2015 | $1,714.65 |
| The Standard Register Company | The Standard Register Company | 1095799 | $2,679.03 | 2/10/2015 | 176715 | 12/19/2014 | $499.62 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177036 | 1/30/2015 | $265.65 |
| The Standard Register Company | The Standard Register Company | 1094514 | $869.65 | 2/6/2015 | 176733 | 12/15/2014 | $1,705.28 |
| The Standard Register Company | The Standard Register Company | 1094514 | $869.65 | 2/6/2015 | 176707 | 12/15/2014 | $979.83 |
| The Standard Register Company | The Standard Register Company | 1087471 | $1,153.43 | 12/30/2014 | 176436 | 11/13/2014 | $1,240.25 |
| The Standard Register Company | The Standard Register Company | 1085046 | $3,476.00 | 12/17/2014 | 176358 | 11/6/2014 | $3,580.50 |
| The Standard Register Company | The Standard Register Company | 1085046 | $3,476.00 | 12/17/2014 | 176276 | 11/6/2014 | $157.14 |
| The Standard Register Company | The Standard Register Company | 1083650 | $2,374.49 | 12/12/2014 | 176315 | 10/31/2014 | $396.00 |
| The Standard Register Company | The Standard Register Company | 1095799 | $2,679.03 | 2/10/2015 | 176716 | 12/19/2014 | $195.97 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177151 | 1/30/2015 | $2,708.64 |
| The Standard Register Company | The Standard Register Company | ACH:13476 | $14,619.73 | 1/16/2015 | 176714 | 12/19/2014 | $2,130.56 |
| The Standard Register Company | The Standard Register Company | ACH:13430 | $14,539.17 | 1/15/2015 | 176732 | 12/15/2014 | $14,539.17 |
| The Standard Register Company | The Standard Register Company | ACH:13015 | $2,277.42 | 12/24/2014 | 176146-02 | 10/29/2014 | $2,277.42 |
| The Standard Register Company | The Standard Register Company | ACH:12984 | $4,305.34 | 12/23/2014 | 176446 | 11/20/2014 | $4,305.34 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177157 | 1/30/2015 | $1,916.15 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177034 | 1/30/2015 | $652.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177152 | 1/30/2015 | $368.78 |
| The Standard Register Company | The Standard Register Company | ACH:13476 | $14,619.73 | 1/16/2015 | 176717 | 12/19/2014 | $12,489.17 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177150 | 1/30/2015 | $368.78 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177149 | 1/30/2015 | $348.54 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177148 | 1/30/2015 | $743.86 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177146 | 1/30/2015 | $1,863.18 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177144 | 1/30/2015 | $629.42 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177055 | 1/28/2015 | $3,784.18 |
| The Standard Register Company | The Standard Register Company | 1100033 | $17,679.79 | 3/10/2015 | 177153 | 1/30/2015 | $341.11 |

**Totals:** 10 transfer(s), $63,974.05