

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Office Depot, Inc.** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094100 | $3,130.67 | 2/3/2015 | 744985066 | 12/10/2014 | $27.56 |
| The Standard Register Company | The Standard Register Company | 1086443 | $358.80 | 12/30/2014 | 740288065 | 11/12/2014 | $358.80 |
| The Standard Register Company | The Standard Register Company | 1087481 | $1,687.91 | 1/2/2015 | 424659001 | 11/13/2014 | $134.68 |
| The Standard Register Company | The Standard Register Company | 1087481 | $1,687.91 | 1/2/2015 | 5017041 | 11/13/2014 | $1,553.23 |
| The Standard Register Company | The Standard Register Company | 1088148 | $442.00 | 1/2/2015 | 741090406 | 11/18/2014 | $442.00 |
| The Standard Register Company | The Standard Register Company | 1088767 | $5,204.02 | 1/5/2015 | 5032083 | 11/20/2014 | $5,208.01 |
| The Standard Register Company | The Standard Register Company | 1089859 | $2,159.12 | 1/8/2015 | 5045467 | 11/27/2014 | $2,159.12 |
| The Standard Register Company | The Standard Register Company | 1092055 | $3,972.05 | 1/26/2015 | 5081563 | 12/4/2014 | $3,972.05 |
| The Standard Register Company | The Standard Register Company | 1093378 | $384.50 | 2/4/2015 | 749875502 | 1/15/2015 | $215.92 |
| The Standard Register Company | The Standard Register Company | 1085049 | $3,675.47 | 12/16/2014 | 5005065 | 11/6/2014 | $3,675.47 |
| The Standard Register Company | The Standard Register Company | 1094100 | $3,130.67 | 2/3/2015 | 5093419 | 12/11/2014 | $4,033.01 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 747459455 | 12/30/2014 | $149.50 |
| The Standard Register Company | The Standard Register Company | 1094100 | $3,130.67 | 2/3/2015 | 745210241 | 12/11/2014 | $119.60 |
| The Standard Register Company | The Standard Register Company | 1095358 | $3,436.04 | 2/9/2015 | 5108144 | 12/18/2014 | $3,436.04 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 5121161 | 12/25/2014 | $608.29 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 5157330 | 1/1/2015 | $1,006.20 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 5169270 | 1/8/2015 | $4,548.24 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 5183991 | 1/15/2015 | $4,773.59 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 5197424 | 1/22/2015 | $2,483.83 |
| The Standard Register Company | The Standard Register Company | 1099670 | $14,059.79 | 3/10/2015 | 747133750 | 12/24/2014 | $712.80 |
| The Standard Register Company | The Standard Register Company | 1093378 | $384.50 | 2/4/2015 | 749875503 | 1/15/2015 | $168.58 |

Totals:    11 transfer(s),    $38,510.37