

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** Time's Up, Inc. dba Counterpoint and Digispec
**Bankruptcy Case:** SRC Liquidation Company
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087220 | $212.40 | 12/31/2014 | 314331 | 11/14/2014 | $212.40 |
| The Standard Register Company | The Standard Register Company | 1095198 | $14,895.67 | 2/10/2015 | 317310 | 12/17/2014 | $545.44 |
| The Standard Register Company | The Standard Register Company | 1095198 | $14,895.67 | 2/10/2015 | 317660 | 12/18/2014 | $13,810.05 |
| The Standard Register Company | The Standard Register Company | 1095686 | $288.83 | 2/10/2015 | 317585 | 12/19/2014 | $288.83 |
| The Standard Register Company | The Standard Register Company | 1096039 | $5,622.93 | 2/17/2015 | 317315 | 12/22/2014 | $540.43 |
| The Standard Register Company | The Standard Register Company | 1096039 | $5,622.93 | 2/17/2015 | 317581 | 12/22/2014 | $5,082.50 |
| The Standard Register Company | The Standard Register Company | 1096441 | $1,674.44 | 2/17/2015 | 317805 | 12/23/2014 | $1,674.44 |
| The Standard Register Company | The Standard Register Company | 1096912 | $15,185.52 | 2/23/2015 | 317282 | 12/30/2014 | $14,351.25 |
| The Standard Register Company | The Standard Register Company | 1096912 | $15,185.52 | 2/23/2015 | 317311 | 12/16/2014 | $540.18 |
| The Standard Register Company | The Standard Register Company | 1096912 | $15,185.52 | 2/23/2015 | 318053 | 12/29/2014 | $294.09 |
| The Standard Register Company | The Standard Register Company | 1096982 | $789.00 | 2/23/2015 | 316796 | 12/9/2014 | $150.83 |
| The Standard Register Company | The Standard Register Company | 1096982 | $789.00 | 2/23/2015 | 316976 | 12/16/2014 | $363.81 |
| The Standard Register Company | The Standard Register Company | 1096982 | $789.00 | 2/23/2015 | 317973 | 12/29/2014 | $274.36 |
| The Standard Register Company | The Standard Register Company | 1095198 | $14,895.67 | 2/10/2015 | 317308 | 12/17/2014 | $540.18 |
| The Standard Register Company | The Standard Register Company | 1086288 | $370.40 | 12/31/2014 | 314882 | 11/12/2014 | $370.40 |
| The Standard Register Company | The Standard Register Company | 1094766 | $191.80 | 2/10/2015 | 317141 | 12/16/2014 | $191.80 |
| The Standard Register Company | The Standard Register Company | 1088582 | $374.00 | 1/5/2015 | 315731 | 11/20/2014 | $213.10 |
| The Standard Register Company | The Standard Register Company | 1088582 | $374.00 | 1/5/2015 | 315733 | 11/20/2014 | $160.90 |
| The Standard Register Company | The Standard Register Company | 1089187 | $4,562.30 | 1/6/2015 | 314984 | 11/25/2014 | $4,316.00 |
| The Standard Register Company | The Standard Register Company | 1089187 | $4,562.30 | 1/6/2015 | 315992 | 11/25/2014 | $246.30 |
| The Standard Register Company | The Standard Register Company | 1089757 | $823.80 | 1/9/2015 | 315972 | 11/26/2014 | $823.80 |
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 315782 | 11/28/2014 | $447.04 |
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 315866 | 12/2/2014 | $1,486.97 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 316178 | 12/2/2014 | $1,577.64 |
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 316205 | 12/1/2014 | $844.99 |
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 316244 | 12/1/2014 | $3,763.50 |
| The Standard Register Company | The Standard Register Company | 1090162 | $11,501.64 | 1/14/2015 | 316605 | 11/28/2014 | $3,381.50 |
| The Standard Register Company | The Standard Register Company | 1093919 | $209.83 | 2/4/2015 | 316944 | 12/11/2014 | $209.83 |
| The Standard Register Company | The Standard Register Company | 1094394 | $446.66 | 2/9/2015 | 315778 | 12/15/2014 | $446.66 |
| The Standard Register Company | The Standard Register Company | 1084495 | $4,254.11 | 12/16/2014 | 313964 | 11/5/2014 | $4,254.11 |

**Totals:** 16 transfer(s), $61,403.33