

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Panther Solutions, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23028 | $375.66 | 2/10/2015 | 17727 | 12/18/2014 | $383.33 |
| The Standard Register Company | The Standard Register Company | 22780 | $5,052.48 | 1/30/2015 | 17493 | 12/8/2014 | $5,155.59 |
| The Standard Register Company | The Standard Register Company | 22415 | $1,562.30 | 1/22/2015 | 17493A | 12/8/2014 | $1,562.30 |
| The Standard Register Company | The Standard Register Company | 22381 | $1,183.88 | 1/20/2015 | 17638 | 12/1/2014 | $1,208.04 |
| The Standard Register Company | The Standard Register Company | 22297 | $1,436.00 | 1/14/2015 | 17384B | 11/7/2014 | $1,465.31 |
| The Standard Register Company | The Standard Register Company | 21979 | $791.84 | 1/5/2015 | 17516 | 11/19/2014 | $808.00 |
| The Standard Register Company | The Standard Register Company | 21795 | $5,339.77 | 12/31/2014 | 17399 | 11/17/2014 | $3,353.00 |
| The Standard Register Company | The Standard Register Company | 21795 | $5,339.77 | 12/31/2014 | 17244 | 11/17/2014 | $1,344.00 |
| The Standard Register Company | The Standard Register Company | 21795 | $5,339.77 | 12/31/2014 | 17170 | 11/13/2014 | $751.75 |
| The Standard Register Company | The Standard Register Company | 1096275 | $28,135.00 | 2/13/2015 | STR113014 | 12/3/2014 | $10,456.90 |
| The Standard Register Company | The Standard Register Company | 1096275 | $28,135.00 | 2/13/2015 | STR103114 | 11/10/2014 | $16,295.25 |
| The Standard Register Company | The Standard Register Company | 1096275 | $28,135.00 | 2/13/2015 | STR063014 | 7/2/2014 | $1,957.04 |
| The Standard Register Company | The Standard Register Company | 1088776 | $1,456.02 | 1/6/2015 | 17384A | 11/6/2014 | $1,627.50 |
| The Standard Register Company | The Standard Register Company | 1086028 | $2,646.30 | 12/30/2014 | 16524 | 8/7/2014 | $2,826.13 |

Totals:    10 transfer(s),    $47,979.25