

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Dayton Corrugated Packaging Corp.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091540 | $2,514.13 | 1/23/2015 | 166413 | 12/22/2014 | $2,703.36 |
| The Standard Register Company | The Standard Register Company | 1085325 | $41.15 | 12/19/2014 | 165920 | 11/26/2014 | $44.25 |
| The Standard Register Company | The Standard Register Company | 1087238 | $3,578.76 | 12/30/2014 | 165980 | 12/3/2014 | $1,066.51 |
| The Standard Register Company | The Standard Register Company | 1087238 | $3,578.76 | 12/30/2014 | 165981 | 12/3/2014 | $735.30 |
| The Standard Register Company | The Standard Register Company | 1087238 | $3,578.76 | 12/30/2014 | 165982 | 12/5/2014 | $1,563.85 |
| The Standard Register Company | The Standard Register Company | 1087238 | $3,578.76 | 12/30/2014 | 165983 | 12/5/2014 | $249.25 |
| The Standard Register Company | The Standard Register Company | 1087951 | $4,608.80 | 12/31/2014 | 166091 | 12/9/2014 | $4,409.51 |
| The Standard Register Company | The Standard Register Company | 1084954 | $6,072.75 | 12/16/2014 | 165884 | 11/26/2014 | $6,134.09 |
| The Standard Register Company | The Standard Register Company | 1090712 | $1,653.84 | 1/15/2015 | 166368 | 12/21/2014 | $1,670.55 |
| The Standard Register Company | The Standard Register Company | 1095689 | $6,922.48 | 2/9/2015 | 166663 | 1/9/2015 | $4,679.15 |
| The Standard Register Company | The Standard Register Company | 1092725 | $4,916.34 | 1/29/2015 | 166449 | 12/28/2014 | $5,038.20 |
| The Standard Register Company | The Standard Register Company | 1092725 | $4,916.34 | 1/29/2015 | 166450 | 12/28/2014 | $248.18 |
| The Standard Register Company | The Standard Register Company | 1094399 | $1,037.04 | 2/4/2015 | 165817 | 11/22/2014 | $1,115.10 |
| The Standard Register Company | The Standard Register Company | 1095689 | $6,922.48 | 2/9/2015 | 166600 | 1/8/2015 | $612.48 |
| The Standard Register Company | The Standard Register Company | 1095689 | $6,922.48 | 2/9/2015 | 166601 | 1/8/2015 | $692.40 |
| The Standard Register Company | The Standard Register Company | 1095689 | $6,922.48 | 2/9/2015 | 166602 | 1/8/2015 | $838.41 |
| The Standard Register Company | The Standard Register Company | 1095689 | $6,922.48 | 2/9/2015 | 166603 | 1/8/2015 | $169.95 |
| The Standard Register Company | The Standard Register Company | 1087951 | $4,608.80 | 12/31/2014 | 166092 | 12/9/2014 | $245.85 |

Totals:    9 transfer(s),    $31,345.29