

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Danny Deaton dba D & D Service & Design** | | | | | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | | | | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099064 | $9,553.50 | 3/6/2015 | 6388 | 1/23/2015 | $4,542.30 |
| The Standard Register Company | The Standard Register Company | 1099064 | $9,553.50 | 3/6/2015 | 6382 | 12/22/2014 | $5,011.20 |
| The Standard Register Company | The Standard Register Company | 1096812 | $3,965.44 | 2/17/2015 | 6386 | 1/16/2015 | $3,965.44 |
| The Standard Register Company | The Standard Register Company | 1096658 | $5,257.94 | 2/17/2015 | 6385 | 1/6/2015 | $5,257.94 |
| The Standard Register Company | The Standard Register Company | 1094248 | $4,438.24 | 2/4/2015 | 6381 | 12/17/2014 | $4,438.24 |
| The Standard Register Company | The Standard Register Company | 1091539 | $11,204.88 | 1/27/2015 | 6379 | 12/3/2014 | $11,204.88 |
| The Standard Register Company | The Standard Register Company | 1087948 | $19,262.18 | 1/5/2015 | 6378 | 11/19/2014 | $4,503.00 |
| The Standard Register Company | The Standard Register Company | 1087948 | $19,262.18 | 1/5/2015 | 6376 | 11/18/2014 | $14,759.18 |
| The Standard Register Company | The Standard Register Company | 1083967 | $17,739.47 | 12/15/2014 | 6373 | 11/2/2014 | $6,260.00 |
| The Standard Register Company | The Standard Register Company | 1083967 | $17,739.47 | 12/15/2014 | 6372 | 10/24/2014 | $2,632.80 |
| The Standard Register Company | The Standard Register Company | 1083967 | $17,739.47 | 12/15/2014 | 6371 | 10/16/2014 | $3,408.10 |
| The Standard Register Company | The Standard Register Company | 1083967 | $17,739.47 | 12/15/2014 | 6368 | 9/30/2014 | $2,469.51 |
| The Standard Register Company | The Standard Register Company | 1083967 | $17,739.47 | 12/15/2014 | 6365 | 9/22/2014 | $2,969.06 |

Totals:    7 transfer(s),    $71,421.65