

|  | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|

Defendant: **Par-One, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088162 | $2,733.60 | 1/6/2015 | 493109 | 11/12/2014 | $2,713.60 |
| The Standard Register Company | The Standard Register Company | 1093261 | $294.00 | 2/3/2015 | 493697 | 12/2/2014 | $294.00 |
| The Standard Register Company | The Standard Register Company | 1092844 | $1,584.36 | 1/30/2015 | 493819 | 12/1/2014 | $1,584.36 |
| The Standard Register Company | The Standard Register Company | 1091653 | $871.60 | 1/28/2015 | 493226 | 11/26/2014 | $871.60 |
| The Standard Register Company | The Standard Register Company | 1091150 | $360.00 | 1/21/2015 | 493681 | 11/25/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1090108 | $445.76 | 1/9/2015 | 493764 | 11/21/2014 | $445.76 |
| The Standard Register Company | The Standard Register Company | 1089868 | $2,224.60 | 1/9/2015 | 493648 | 11/19/2014 | $294.00 |
| The Standard Register Company | The Standard Register Company | 1083669 | $702.60 | 12/12/2014 | 493001 | 10/24/2014 | $702.60 |
| The Standard Register Company | The Standard Register Company | 1088162 | $2,733.60 | 1/6/2015 | 493539 | 11/12/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1094873 | $2,225.96 | 2/6/2015 | 494115 | 12/9/2014 | $1,549.60 |
| The Standard Register Company | The Standard Register Company | 1087497 | $20.00 | 12/31/2014 | 493477 | 11/7/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1086457 | $320.60 | 12/31/2014 | 493246 | 11/5/2014 | $320.60 |
| The Standard Register Company | The Standard Register Company | 1084656 | $23,274.50 | 12/16/2014 | 493229 | 10/29/2014 | $717.60 |
| The Standard Register Company | The Standard Register Company | 1084656 | $23,274.50 | 12/16/2014 | 493152 | 10/28/2014 | $18,300.00 |
| The Standard Register Company | The Standard Register Company | 1084656 | $23,274.50 | 12/16/2014 | 492803 | 10/28/2014 | $4,256.90 |
| The Standard Register Company | The Standard Register Company | 1084167 | $3,412.60 | 12/16/2014 | 492698 | 10/27/2014 | $3,412.60 |
| The Standard Register Company | The Standard Register Company | 1089868 | $2,224.60 | 1/9/2015 | 493603 | 11/19/2014 | $1,930.60 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494313 | 12/30/2014 | $1,285.60 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494694 | 1/9/2015 | $1,176.00 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494678 | 1/9/2015 | $900.00 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494648 | 1/9/2015 | $559.20 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494562 | 12/29/2014 | $666.00 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494551 | 12/29/2014 | $288.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494440 | 12/23/2014 | $95.00 |
| The Standard Register Company | The Standard Register Company | 1094113 | $240.00 | 2/3/2015 | 493929 | 12/5/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494336 | 12/18/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 1094873 | $2,225.96 | 2/6/2015 | 493854 | 12/9/2014 | $676.36 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494300 | 12/17/2014 | $2,341.60 |
| The Standard Register Company | The Standard Register Company | 1096547 | $585.18 | 2/13/2015 | 494186 | 12/16/2014 | $585.18 |
| The Standard Register Company | The Standard Register Company | 1096160 | $294.00 | 2/10/2015 | 493942 | 12/15/2014 | $294.00 |
| The Standard Register Company | The Standard Register Company | 1095372 | $5,854.60 | 2/10/2015 | 494133 | 12/10/2014 | $666.00 |
| The Standard Register Company | The Standard Register Company | 1095372 | $5,854.60 | 2/10/2015 | 494129 | 12/11/2014 | $5,073.10 |
| The Standard Register Company | The Standard Register Company | 1095372 | $5,854.60 | 2/10/2015 | 494045 | 12/11/2014 | $115.50 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494808 | 1/9/2015 | $3,555.00 |
| The Standard Register Company | The Standard Register Company | 1097075 | $11,718.40 | 2/24/2015 | 494427 | 12/19/2014 | $492.00 |

**Totals:**     18 transfer(s),     $57,162.36