

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Parrot Press, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009584 | $17,827.17 | 1/2/2015 | 38087 | 11/25/2014 | $3,726.00 |
| The Standard Register Company | The Standard Register Company | 7009584 | $17,827.17 | 1/2/2015 | 38086 | 11/25/2014 | $15,443.00 |
| The Standard Register Company | The Standard Register Company | 7009528 | $18,208.93 | 12/30/2014 | 38062 | 11/19/2014 | $19,579.50 |
| The Standard Register Company | The Standard Register Company | 7009481 | $2,086.92 | 12/29/2014 | 38038 | 11/18/2014 | $2,244.00 |
| The Standard Register Company | The Standard Register Company | 7009340 | $7,028.94 | 12/23/2014 | 37994 | 11/12/2014 | $4,470.00 |
| The Standard Register Company | The Standard Register Company | 7009340 | $7,028.94 | 12/23/2014 | 37993 | 11/12/2014 | $685.00 |
| The Standard Register Company | The Standard Register Company | 7009340 | $7,028.94 | 12/23/2014 | 37992 | 11/12/2014 | $534.00 |
| The Standard Register Company | The Standard Register Company | 7009340 | $7,028.94 | 12/23/2014 | 37991 | 11/11/2014 | $1,869.00 |

**Totals:** 4 transfer(s), $45,151.96