

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Partners Press, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090109 | $2,479.33 | 1/9/2015 | 18736 | 11/28/2014 | $565.31 |
| The Standard Register Company | The Standard Register Company | 1084658 | $7,152.18 | 12/16/2014 | 18672 | 11/4/2014 | $3,345.00 |
| The Standard Register Company | The Standard Register Company | 1084658 | $7,152.18 | 12/16/2014 | 18673 | 11/4/2014 | $1,295.19 |
| The Standard Register Company | The Standard Register Company | 1084658 | $7,152.18 | 12/16/2014 | 18674 | 11/4/2014 | $530.42 |
| The Standard Register Company | The Standard Register Company | 1084658 | $7,152.18 | 12/16/2014 | 18675 | 11/4/2014 | $413.37 |
| The Standard Register Company | The Standard Register Company | 1087498 | $22,041.74 | 12/30/2014 | 18698 | 11/15/2014 | $16,502.00 |
| The Standard Register Company | The Standard Register Company | 1087498 | $22,041.74 | 12/30/2014 | 18699 | 11/15/2014 | $7,198.80 |
| The Standard Register Company | The Standard Register Company | 1088779 | $2,959.95 | 1/5/2015 | 18706 | 11/20/2014 | $875.00 |
| The Standard Register Company | The Standard Register Company | 1088779 | $2,959.95 | 1/5/2015 | 18710 | 11/21/2014 | $2,307.75 |
| The Standard Register Company | The Standard Register Company | 1090109 | $2,479.33 | 1/9/2015 | 18730 | 11/28/2014 | $174.86 |
| The Standard Register Company | The Standard Register Company | 1084658 | $7,152.18 | 12/16/2014 | 18671 | 11/4/2014 | $2,051.60 |
| The Standard Register Company | The Standard Register Company | 1090109 | $2,479.33 | 1/9/2015 | 18735 | 11/28/2014 | $1,451.31 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18836 | 1/30/2015 | $2,589.20 |
| The Standard Register Company | The Standard Register Company | 1095373 | $3,084.81 | 2/11/2015 | 18767 | 12/17/2014 | $3,317.00 |
| The Standard Register Company | The Standard Register Company | 1096549 | $3,208.50 | 2/17/2015 | 18770 | 12/23/2014 | $3,450.00 |
| The Standard Register Company | The Standard Register Company | 1096826 | $1,590.54 | 2/23/2015 | 18804 | 1/13/2015 | $1,623.00 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 1095373UD | 12/17/2014 | $66.34 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18781 | 12/30/2014 | $829.78 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18813 | 1/17/2015 | $14,080.00 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18822 | 1/24/2015 | $6,600.00 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18823 | 1/24/2015 | $1,722.00 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18826 | 1/26/2015 | $2,187.50 |
| The Standard Register Company | The Standard Register Company | 1099858 | $28,276.73 | 3/9/2015 | 18835 | 1/29/2015 | $1,679.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090109 | $2,479.33 | 1/9/2015 | 18734 | 11/28/2014 | $413.37 |
| **Totals:** | | **8 transfer(s),** | **$70,793.78** | | | | |