

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Deluxe Financial Services, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089195 | $57,361.10 | 1/8/2015 | 11447242 | 10/31/2014 | $17,861.50 |
| The Standard Register Company | The Standard Register Company | 1089195 | $57,361.10 | 1/8/2015 | 10447242 | 10/31/2014 | $39,499.60 |
| **Totals:** | | 1 transfer(s), | $57,361.10 | | | | |

Deluxe Financial Services, LLC (SRCDEL013)  
Bankruptcy Case: SRC Liquidation Company  
May 9, 2016

Exhibit A

P. 1