

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Pat & Sam International, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010373 | $6,145.00 | 2/11/2015 | 201428071 | 11/17/2014 | $6,145.00 |
| The Standard Register Company | The Standard Register Company | 7010347 | $17,655.85 | 2/10/2015 | 201428065 | 11/13/2014 | $17,655.85 |
| The Standard Register Company | The Standard Register Company | 7010305 | $3,561.00 | 2/6/2015 | 201428073 | 12/30/2014 | $3,561.00 |
| The Standard Register Company | The Standard Register Company | 7010064 | $17,453.00 | 1/29/2015 | 201428068 | 12/10/2014 | $17,453.00 |
| The Standard Register Company | The Standard Register Company | 7009862 | $12,500.00 | 1/21/2015 | CKRQ011615 | 1/16/2015 | $12,500.00 |
| The Standard Register Company | The Standard Register Company | 7009769 | $8,625.00 | 1/13/2015 | 201428055A | 10/29/2014 | $8,625.00 |
| The Standard Register Company | The Standard Register Company | 7009610 | $3,159.00 | 1/2/2015 | 141224001 | 12/24/2014 | $3,159.00 |

Totals:   7 transfer(s),   $69,098.85