

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Design Type, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089762 | $419.95 | 1/14/2015 | 133596 | 11/26/2014 | $117.28 |
| The Standard Register Company | The Standard Register Company | 1087953 | $1,634.96 | 1/6/2015 | 133552 | 11/19/2014 | $1,582.20 |
| The Standard Register Company | The Standard Register Company | 1087953 | $1,634.96 | 1/6/2015 | 133555 | 11/19/2014 | $41.35 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133562 | 11/22/2014 | $874.18 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133586 | 11/22/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133588 | 11/22/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133592 | 11/22/2014 | $45.54 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133593 | 11/22/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133644 | 12/6/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1089196 | $116.25 | 1/7/2015 | 133589 | 11/24/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1087953 | $1,634.96 | 1/6/2015 | 133519 | 11/19/2014 | $41.35 |
| The Standard Register Company | The Standard Register Company | 1089762 | $419.95 | 1/14/2015 | 133600 | 11/26/2014 | $102.28 |
| The Standard Register Company | The Standard Register Company | 1089762 | $419.95 | 1/14/2015 | 133601 | 11/26/2014 | $224.89 |
| The Standard Register Company | The Standard Register Company | 1091544 | $277.43 | 1/28/2015 | 133461 | 11/9/2014 | $205.30 |
| The Standard Register Company | The Standard Register Company | 1091544 | $277.43 | 1/28/2015 | 133503 | 11/16/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1091544 | $277.43 | 1/28/2015 | 133645 | 12/3/2014 | $42.19 |
| The Standard Register Company | The Standard Register Company | 1091976 | $5,450.34 | 1/28/2015 | 133650 | 12/4/2014 | $5,856.34 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133449 | 10/30/2014 | $41.94 |
| The Standard Register Company | The Standard Register Company | 1083510 | $403.83 | 12/17/2014 | 133420 | 10/31/2014 | $99.94 |
| The Standard Register Company | The Standard Register Company | 1088595 | $1,449.01 | 1/6/2015 | 133604 | 11/22/2014 | $480.00 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133490 | 11/12/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1083510 | $403.83 | 12/17/2014 | 133438 | 10/31/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 1083510 | $403.83 | 12/17/2014 | 133445 | 10/31/2014 | $151.93 |

Design Type, Inc. (SRCDES002)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083510 | $403.83 | 12/17/2014 | 133452 | 10/31/2014 | $136.39 |
| The Standard Register Company | The Standard Register Company | 1084505 | $45.55 | 12/17/2014 | 133473 | 11/5/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1085326 | $292.95 | 12/24/2014 | 133467 | 11/7/2014 | $315.00 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133436 | 11/12/2014 | $91.00 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133465 | 11/12/2014 | $101.18 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133466 | 11/12/2014 | $795.79 |
| The Standard Register Company | The Standard Register Company | 1087953 | $1,634.96 | 1/6/2015 | 133525 | 11/19/2014 | $44.70 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133474 | 11/12/2014 | $314.26 |
| The Standard Register Company | The Standard Register Company | 1087953 | $1,634.96 | 1/6/2015 | 133522 | 11/19/2014 | $41.35 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133493 | 11/12/2014 | $170.78 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133464 | 11/17/2014 | $670.26 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133500 | 11/17/2014 | $850.69 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133504 | 11/16/2014 | $44.70 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133516 | 11/17/2014 | $187.89 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133518 | 11/17/2014 | $105.54 |
| The Standard Register Company | The Standard Register Company | 1087242 | $1,880.36 | 12/31/2014 | 133561 | 11/17/2014 | $147.28 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133648 | 12/6/2014 | $202.70 |
| The Standard Register Company | The Standard Register Company | 1086298 | $1,651.33 | 12/31/2014 | 133470 | 11/12/2014 | $193.54 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133845 | 1/14/2015 | $142.13 |
| The Standard Register Company | The Standard Register Company | 1096754 | $196.77 | 2/23/2015 | 133747 | 1/12/2015 | $103.55 |
| The Standard Register Company | The Standard Register Company | 1096754 | $196.77 | 2/23/2015 | 133821 | 1/12/2015 | $48.31 |
| The Standard Register Company | The Standard Register Company | 1096754 | $196.77 | 2/23/2015 | 133825 | 1/12/2015 | $48.31 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133587A | 11/19/2014 | $1,842.00 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133629 | 11/26/2014 | $3,294.00 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133674 | 12/5/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133761 | 1/14/2015 | $615.50 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133556 | 12/6/2014 | $99.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133824 | 1/14/2015 | $41.31 |
| The Standard Register Company | The Standard Register Company | 1095918 | $10,541.08 | 2/13/2015 | 133782 | 1/6/2015 | $147.28 |
| The Standard Register Company | The Standard Register Company | 1097135 | $249.51 | 2/26/2015 | 133669 | 11/26/2014 | $212.20 |
| The Standard Register Company | The Standard Register Company | 1097135 | $249.51 | 2/26/2015 | 133813 | 1/8/2015 | $46.06 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133671 | 1/19/2015 | $764.73 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133832 | 1/19/2015 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133833 | 1/19/2015 | $99.89 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133850 | 1/19/2015 | $75.25 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133853 | 1/19/2015 | $96.06 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133855 | 1/19/2015 | $267.17 |
| The Standard Register Company | The Standard Register Company | 1096916 | $5,765.68 | 2/26/2015 | 133784 | 12/31/2014 | $99.89 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133723 | 12/26/2014 | $415.12 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133664 | 12/6/2014 | $100.85 |
| The Standard Register Company | The Standard Register Company | 1092280 | $691.66 | 1/29/2015 | 133683 | 12/6/2014 | $132.71 |
| The Standard Register Company | The Standard Register Company | 1093932 | $783.31 | 2/4/2015 | 133441 | 12/11/2014 | $836.86 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133693 | 12/26/2014 | $99.89 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133699 | 12/18/2014 | $493.66 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133704 | 12/18/2014 | $48.35 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133707 | 12/18/2014 | $68.10 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133720 | 12/26/2014 | $135.12 |
| The Standard Register Company | The Standard Register Company | 1096303 | $954.97 | 2/19/2015 | 133793 | 1/9/2015 | $974.13 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133722 | 12/18/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 1095918 | $10,541.08 | 2/13/2015 | 133802 | 1/6/2015 | $222.96 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133736 | 12/26/2014 | $188.51 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133737 | 12/18/2014 | $41.31 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133749 | 12/26/2014 | $79.10 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133753 | 12/26/2014 | $41.31 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133756 | 12/26/2014 | $43.31 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133771 | 12/31/2014 | $232.34 |
| The Standard Register Company | The Standard Register Company | 1095918 | $10,541.08 | 2/13/2015 | 133778 | 1/6/2015 | $10,382.14 |
| The Standard Register Company | The Standard Register Company | 1097238 | $1,538.72 | 2/26/2015 | 133874 | 1/19/2015 | $220.10 |
| The Standard Register Company | The Standard Register Company | 1094940 | $2,079.67 | 2/11/2015 | 133721 | 12/26/2014 | $144.86 |

**Totals:** 20 transfer(s), $36,423.33