| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Patriot Label, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23138 | $1,451.34 | 2/11/2015 | 116175 | 1/15/2015 | $1,451.34 |
| The Standard Register Company | The Standard Register Company | 22338 | $4,504.55 | 1/21/2015 | 116164 | 12/23/2014 | $2,947.06 |
| The Standard Register Company | The Standard Register Company | 22338 | $4,504.55 | 1/21/2015 | 116163 | 12/22/2014 | $1,557.49 |
| The Standard Register Company | The Standard Register Company | 22184 | $349.66 | 1/21/2015 | 116160 | 12/17/2014 | $349.66 |
| The Standard Register Company | The Standard Register Company | 21948 | $9,016.00 | 1/6/2015 | 116157 | 12/8/2014 | $9,016.00 |
| The Standard Register Company | The Standard Register Company | 21639 | $1,279.49 | 1/6/2015 | 116149 | 12/2/2014 | $1,279.49 |
| The Standard Register Company | The Standard Register Company | 21449 | $18,933.60 | 1/6/2015 | 116148 | 11/26/2014 | $18,933.60 |
| The Standard Register Company | The Standard Register Company | 21409 | $559.33 | 1/6/2015 | 116146 | 11/24/2014 | $559.33 |
| The Standard Register Company | The Standard Register Company | 20983 | $481.57 | 1/6/2015 | 116145 | 11/13/2014 | $481.57 |
| The Standard Register Company | The Standard Register Company | 20879 | $1,127.00 | 1/6/2015 | 116142 | 11/10/2014 | $1,127.00 |

**Totals:**    **9 transfer(s),    $37,702.54**