

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Diligent Board Member Services**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091242 | $36,240.00 | 1/23/2015 | 18738 | 11/26/2014 | $36,240.00 |
| **Totals:** | | **1 transfer(s),** | **$36,240.00** | | | | |