

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| | |
|---|---|
| Defendant: | **Ebix, Inc. dba Ebix Consulting fka PB Systems, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099173 | $25,387.20 | 3/10/2015 | 11847 | 1/5/2015 | $25,387.20 |
| The Standard Register Company | The Standard Register Company | 1093263 | $21,801.60 | 2/4/2015 | 11792 | 12/9/2014 | $21,801.60 |
| The Standard Register Company | The Standard Register Company | 1086032 | $26,294.40 | 1/6/2015 | 11702 | 11/3/2014 | $26,294.40 |

| Totals: | 3 transfer(s), | $73,483.20 |
|---|---|---|