

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Performance Office Papers, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090461 | $2,189.06 | 1/13/2015 | 33965500 | 12/10/2014 | $641.48 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33794500 | 10/28/2014 | $6.89 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33794600 | 10/28/2014 | $43.73 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33794700 | 10/28/2014 | $81.11 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33819300 | 11/3/2014 | $12.26 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33842300 | 11/10/2014 | $1,652.48 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33873200 | 11/10/2014 | $1,225.60 |
| The Standard Register Company | The Standard Register Company | 1083918 | $10.22 | 12/15/2014 | 33925400UD | 12/1/2014 | $10.22 |
| The Standard Register Company | The Standard Register Company | 1088783 | $5,536.05 | 1/5/2015 | 1083674UD | 11/10/2014 | $28.78 |
| The Standard Register Company | The Standard Register Company | 1088783 | $5,536.05 | 1/5/2015 | 33920400 | 12/2/2014 | $8,875.00 |
| The Standard Register Company | The Standard Register Company | 1089425 | $111.50 | 1/6/2015 | 33926400 | 12/3/2014 | $109.38 |
| The Standard Register Company | The Standard Register Company | 1083674 | $2,573.84 | 12/12/2014 | 33784000 | 10/24/2014 | $12.26 |
| The Standard Register Company | The Standard Register Company | 1090461 | $2,189.06 | 1/13/2015 | 33712400 | 10/9/2014 | $1,652.48 |
| The Standard Register Company | The Standard Register Company | 23567 | $5,391.87 | 3/9/2015 | 339949 | 1/15/2015 | $5,391.87 |
| The Standard Register Company | The Standard Register Company | 1091657 | $2,307.57 | 1/27/2015 | 33934800 | 12/3/2014 | $2,772.40 |
| The Standard Register Company | The Standard Register Company | 1094531 | $11,018.94 | 2/6/2015 | 34018300 | 12/23/2014 | $10,278.80 |
| The Standard Register Company | The Standard Register Company | 1094531 | $11,018.94 | 2/6/2015 | 34018400 | 12/23/2014 | $2,671.94 |
| The Standard Register Company | The Standard Register Company | 1095816 | $101.75 | 2/10/2015 | 34037800 | 12/31/2014 | $112.08 |
| The Standard Register Company | The Standard Register Company | 1096162 | $1,029.50 | 2/10/2015 | 33992300 | 12/16/2014 | $1,225.60 |
| The Standard Register Company | The Standard Register Company | 1096551 | $120.33 | 2/17/2015 | 34035700 | 1/2/2015 | $138.50 |
| The Standard Register Company | The Standard Register Company | 1097370 | $3,653.69 | 2/24/2015 | 33868800 | 11/17/2014 | $198.64 |
| The Standard Register Company | The Standard Register Company | 1097370 | $3,653.69 | 2/24/2015 | 34053200 | 1/6/2015 | $1,652.48 |
| The Standard Register Company | The Standard Register Company | 1097370 | $3,653.69 | 2/24/2015 | 34075700 | 1/12/2015 | $1,225.60 |

Performance Office Papers, Inc. (SRCPER006)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097370 | $3,653.69 | 2/24/2015 | 34090600 | 1/14/2015 | $1,241.50 |
| The Standard Register Company | The Standard Register Company | 22118 | $3,594.56 | 1/6/2015 | 338659 | 12/3/2014 | $3,629.00 |
| The Standard Register Company | The Standard Register Company | 1089425 | $111.50 | 1/6/2015 | 33957000 | 12/5/2014 | $14.82 |

**Totals:** 13 transfer(s), $37,638.88