

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Safety & Security Solutions, LLC dba PLE Group**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096313 | $24,570.00 | 2/10/2015 | 19684 | 1/31/2015 | $7,840.00 |
| The Standard Register Company | The Standard Register Company | 1096313 | $24,570.00 | 2/10/2015 | 19683 | 1/31/2015 | $9,340.00 |
| The Standard Register Company | The Standard Register Company | 1096313 | $24,570.00 | 2/10/2015 | 19595 | 12/3/2014 | $7,390.00 |
| The Standard Register Company | The Standard Register Company | 1090905 | $6,180.00 | 1/20/2015 | 19634 | 12/22/2014 | $6,180.00 |

**Totals:** 2 transfer(s), $30,750.00