

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Print On Spot**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145689 | 11/14/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145617 | 11/18/2014 | $193.41 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145656 | 11/14/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145658 | 11/14/2014 | $64.48 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145664 | 11/14/2014 | $61.84 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145674 | 11/14/2014 | $61.84 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145644 | 11/14/2014 | $25.72 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145688 | 11/14/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145643 | 11/14/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145690 | 11/14/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145691 | 11/14/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145729 | 11/14/2014 | $28.87 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145730 | 11/14/2014 | $24.05 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145545 | 11/18/2014 | $842.00 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145584 | 11/25/2014 | $287.27 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145682 | 11/14/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145630 | 11/12/2014 | $32.16 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145608 | 11/12/2014 | $108.69 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145616 | 11/12/2014 | $60.85 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145624 | 11/12/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145625 | 11/12/2014 | $39.75 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145626 | 11/12/2014 | $51.40 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145655 | 11/14/2014 | $119.78 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145628 | 11/12/2014 | $32.16 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145623 | 11/18/2014 | $53.11 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145638 | 11/12/2014 | $54.51 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145640 | 11/12/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145641 | 11/12/2014 | $53.11 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145654 | 11/12/2014 | $31.48 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145715 | 11/12/2014 | $138.70 |
| The Standard Register Company | The Standard Register Company | 1087525 | $608.94 | 12/31/2014 | 145642 | 11/14/2014 | $80.87 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145627 | 11/12/2014 | $32.16 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145781 | 11/21/2014 | $49.61 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145614 | 11/18/2014 | $425.55 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145763 | 11/21/2014 | $84.68 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145764 | 11/21/2014 | $27.90 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145773 | 11/21/2014 | $27.90 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145774 | 11/21/2014 | $50.22 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145753 | 11/21/2014 | $212.14 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145780 | 11/21/2014 | $47.23 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145752 | 11/21/2014 | $108.69 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145783 | 11/21/2014 | $27.90 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145789 | 11/21/2014 | $257.55 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145792 | 11/21/2014 | $166.00 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145793 | 11/21/2014 | $317.05 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145795 | 11/21/2014 | $36.67 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145077 | 10/31/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145776 | 11/21/2014 | $27.90 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145713 | 11/18/2014 | $624.51 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145633 | 11/18/2014 | $716.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145634 | 11/18/2014 | $1,406.22 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145665 | 11/18/2014 | $58.65 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145668 | 11/18/2014 | $52.66 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145685 | 11/18/2014 | $41.93 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145754 | 11/21/2014 | $85.88 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145711 | 11/18/2014 | $272.51 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145604 | 11/12/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145719 | 11/18/2014 | $81.19 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145732 | 11/18/2014 | $39.75 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145739 | 11/18/2014 | $173.47 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145620 | 11/21/2014 | $1,546.72 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145733 | 11/21/2014 | $36.92 |
| The Standard Register Company | The Standard Register Company | 1088799 | $2,954.38 | 1/5/2015 | 145734 | 11/21/2014 | $103.07 |
| The Standard Register Company | The Standard Register Company | 1088174 | $4,989.03 | 1/5/2015 | 145699 | 11/18/2014 | $353.57 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145488 | 11/7/2014 | $125.16 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145607 | 11/12/2014 | $31.48 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145469 | 11/7/2014 | $54.99 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145471 | 11/7/2014 | $66.08 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145482 | 11/7/2014 | $43.06 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145483 | 11/7/2014 | $53.64 |
| The Standard Register Company | The Standard Register Company | 1083921 | $46.50 | 12/16/2014 | 144859 | 10/29/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145486 | 11/7/2014 | $41.93 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145551 | 10/31/2014 | $433.10 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145490 | 11/7/2014 | $99.17 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145491 | 11/7/2014 | $172.41 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145507 | 11/7/2014 | $224.81 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145510 | 11/7/2014 | $48.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145511 | 11/7/2014 | $191.88 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145512 | 11/7/2014 | $43.72 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145484 | 11/7/2014 | $57.23 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145475 | 10/31/2014 | $32.16 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145431 | 10/31/2014 | $195.00 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145439 | 10/31/2014 | $367.90 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145452 | 10/31/2014 | $40.42 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145462 | 10/31/2014 | $63.56 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145467 | 10/31/2014 | $32.15 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145463 | 11/7/2014 | $54.77 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145474 | 10/31/2014 | $22.46 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145518 | 11/7/2014 | $35.96 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145481 | 10/31/2014 | $40.59 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145485 | 10/31/2014 | $63.13 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145489 | 10/31/2014 | $38.66 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145492 | 10/31/2014 | $36.35 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145505 | 10/31/2014 | $38.32 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145506 | 10/31/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1083684 | $1,413.93 | 12/12/2014 | 145468 | 10/31/2014 | $25.73 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145594 | 11/12/2014 | $43.26 |
| The Standard Register Company | The Standard Register Company | 1086044 | $324.85 | 12/31/2014 | 145524 | 11/10/2014 | $41.93 |
| The Standard Register Company | The Standard Register Company | 1086044 | $324.85 | 12/31/2014 | 145531 | 11/10/2014 | $139.17 |
| The Standard Register Company | The Standard Register Company | 1086044 | $324.85 | 12/31/2014 | 145557 | 11/10/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1086044 | $324.85 | 12/31/2014 | 145558 | 11/10/2014 | $31.31 |
| The Standard Register Company | The Standard Register Company | 1086044 | $324.85 | 12/31/2014 | 145593 | 11/10/2014 | $91.77 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145513 | 11/7/2014 | $41.06 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145566 | 11/12/2014 | $54.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145575 | 11/7/2014 | $402.20 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145595 | 11/12/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145596 | 11/12/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145599 | 11/12/2014 | $43.62 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145602 | 11/12/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145603 | 11/12/2014 | $43.80 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145666 | 11/25/2014 | $52.27 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145533 | 11/12/2014 | $57.27 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145561 | 11/7/2014 | $38.56 |
| The Standard Register Company | The Standard Register Company | 1086474 | $1,875.36 | 12/31/2014 | 145606 | 11/12/2014 | $785.52 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145519 | 11/7/2014 | $41.04 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145537 | 11/7/2014 | $224.92 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145540 | 11/7/2014 | $114.08 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145544 | 11/7/2014 | $250.07 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145553 | 11/7/2014 | $215.60 |
| The Standard Register Company | The Standard Register Company | 1085599 | $123.90 | 12/23/2014 | 145520 | 11/7/2014 | $131.44 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145560 | 11/7/2014 | $29.85 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145586 | 11/7/2014 | $812.10 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145562 | 11/7/2014 | $34.80 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145563 | 11/7/2014 | $543.19 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145567 | 11/7/2014 | $28.78 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145569 | 11/7/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145570 | 11/7/2014 | $28.87 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145517 | 11/7/2014 | $44.83 |
| The Standard Register Company | The Standard Register Company | 1085445 | $3,967.57 | 12/23/2014 | 145559 | 11/7/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146060 | 12/15/2014 | $138.57 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146073 | 12/15/2014 | $18.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146051 | 12/15/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146054 | 12/15/2014 | $32.12 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146055 | 12/15/2014 | $32.12 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146056 | 12/15/2014 | $32.12 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146047 | 12/15/2014 | $174.20 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146059 | 12/15/2014 | $44.97 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146039 | 12/15/2014 | $31.27 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146061 | 12/15/2014 | $43.23 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146062 | 12/15/2014 | $42.90 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146063 | 12/15/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146064 | 12/15/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146065 | 12/15/2014 | $43.42 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145526 | 11/25/2014 | $335.93 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146057 | 12/15/2014 | $55.29 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 145984 | 12/15/2014 | $52.17 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 145989 | 12/10/2014 | $200.27 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 145999 | 12/10/2014 | $43.42 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 146014 | 12/10/2014 | $32.45 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 146050 | 12/10/2014 | $51.40 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 146052 | 12/10/2014 | $116.96 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146048 | 12/15/2014 | $47.89 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 145982 | 12/15/2014 | $54.38 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146087 | 12/15/2014 | $28.94 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 145985 | 12/15/2014 | $52.17 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 145993 | 12/15/2014 | $52.62 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146015 | 12/15/2014 | $84.56 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146018 | 12/15/2014 | $941.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146023 | 12/15/2014 | $680.00 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146038 | 12/15/2014 | $12.29 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 145912 | 12/15/2014 | $79.25 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146179 | 12/22/2014 | $27.84 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146066 | 12/15/2014 | $52.17 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146180 | 12/19/2014 | $43.03 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146094 | 12/22/2014 | $52.07 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146128 | 12/22/2014 | $27.58 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146147 | 12/22/2014 | $33.47 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146176 | 12/19/2014 | $108.39 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146175 | 12/22/2014 | $247.30 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146148 | 12/19/2014 | $52.27 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146181 | 12/22/2014 | $39.75 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146185 | 12/22/2014 | $79.49 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146188 | 12/22/2014 | $31.45 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146193 | 12/22/2014 | $59.28 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146199 | 12/22/2014 | $189.39 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146209 | 12/22/2014 | $125.93 |
| The Standard Register Company | The Standard Register Company | 1096171 | $940.21 | 2/10/2015 | 146174 | 12/22/2014 | $86.90 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146100 | 12/17/2014 | $33.01 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146096 | 12/15/2014 | $39.75 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146098 | 12/15/2014 | $43.42 |
| The Standard Register Company | The Standard Register Company | 1094546 | $2,855.70 | 2/9/2015 | 146099 | 12/15/2014 | $27.84 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146077 | 12/17/2014 | $36.90 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146078 | 12/17/2014 | $76.78 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146177 | 12/19/2014 | $181.17 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146095 | 12/17/2014 | $174.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145992 | 12/9/2014 | $103.58 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146120 | 12/17/2014 | $54.75 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146081 | 12/19/2014 | $51.27 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146092 | 12/19/2014 | $40.02 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146121 | 12/19/2014 | $429.17 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146123 | 12/19/2014 | $77.15 |
| The Standard Register Company | The Standard Register Company | 1095832 | $969.63 | 2/10/2015 | 146145 | 12/19/2014 | $52.17 |
| The Standard Register Company | The Standard Register Company | 1095384 | $377.49 | 2/10/2015 | 146080 | 12/17/2014 | $25.69 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145870 | 11/28/2014 | $42.73 |
| The Standard Register Company | The Standard Register Company | 1093645 | $509.85 | 2/4/2015 | 144891 | 11/10/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145814 | 11/28/2014 | $69.05 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145819 | 11/28/2014 | $154.69 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145820 | 11/28/2014 | $131.89 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145827 | 11/28/2014 | $385.29 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145799 | 11/28/2014 | $182.98 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145867 | 11/28/2014 | $71.75 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145857 | 11/25/2014 | $42.94 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145872 | 11/28/2014 | $39.75 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145873 | 11/28/2014 | $343.77 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145886 | 11/28/2014 | $28.87 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145895 | 11/28/2014 | $29.10 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145931 | 11/28/2014 | $18.93 |
| The Standard Register Company | The Standard Register Company | 1091666 | $592.25 | 1/27/2015 | 145775 | 11/24/2014 | $75.89 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145864 | 11/28/2014 | $32.16 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145791 | 11/25/2014 | $270.28 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145735 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145736 | 11/25/2014 | $52.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145737 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145738 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145756 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1090117 | $1,469.88 | 1/12/2015 | 145813 | 11/28/2014 | $39.76 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145779 | 11/24/2014 | $41.28 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145871 | 12/9/2014 | $41.28 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145794 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145815 | 11/25/2014 | $52.21 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145816 | 11/25/2014 | $108.67 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145822 | 11/24/2014 | $63.13 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145825 | 11/24/2014 | $42.94 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145826 | 11/24/2014 | $1,730.00 |
| The Standard Register Company | The Standard Register Company | 1089439 | $3,837.03 | 1/6/2015 | 145777 | 11/25/2014 | $765.98 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145972 | 12/9/2014 | $355.63 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145953 | 12/9/2014 | $28.87 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145954 | 12/9/2014 | $28.87 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145955 | 12/9/2014 | $12.29 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145965 | 12/9/2014 | $27.84 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145966 | 12/9/2014 | $30.11 |
| The Standard Register Company | The Standard Register Company | 1091666 | $592.25 | 1/27/2015 | 145862 | 11/24/2014 | $558.50 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145971 | 12/9/2014 | $43.46 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145938 | 12/9/2014 | $428.34 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145975 | 12/9/2014 | $156.31 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145976 | 12/9/2014 | $57.27 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145977 | 12/9/2014 | $33.78 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145979 | 12/9/2014 | $29.79 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145986 | 12/9/2014 | $84.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096556 | $178.02 | 2/17/2015 | 145266 | 10/17/2014 | $185.09 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145969 | 12/9/2014 | $43.23 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145910 | 12/9/2014 | $109.51 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145997 | 12/9/2014 | $126.26 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145883 | 12/9/2014 | $31.45 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145884 | 12/9/2014 | $276.57 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145885 | 12/9/2014 | $52.27 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145887 | 12/9/2014 | $195.45 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145896 | 12/9/2014 | $126.26 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145948 | 12/9/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145909 | 12/9/2014 | $42.94 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145947 | 12/9/2014 | $33.47 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145914 | 12/9/2014 | $105.26 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145919 | 12/9/2014 | $34.12 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145932 | 12/9/2014 | $41.75 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145933 | 12/9/2014 | $39.89 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145934 | 12/9/2014 | $38.52 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145866 | 12/9/2014 | $249.25 |
| The Standard Register Company | The Standard Register Company | 1093277 | $3,062.23 | 2/4/2015 | 145899 | 12/9/2014 | $216.25 |

**Totals:** 19 transfer(s), $31,096.75