

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Ennis, Inc. dba PrintGraphics Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| **Debtor Transferor(s)** | **Debtor(s) Incurring Antecedent Debt** | **Check Number** | **Check Amt** | **Clear Date** | **Invoice Number** | **Invoice Date** | **Invoice Amt** |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22572 | $31,702.58 | 1/27/2015 | 45826275 | 12/19/2014 | $31,702.58 |
| **Totals:** | **1 transfer(s),** | **$31,702.58** | | | | | |