

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The Little Printing Company dba Quality Forms** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975213 | 12/10/2014 | $322.63 |
| The Standard Register Company | The Standard Register Company | 1084180 | $1,666.47 | 12/15/2014 | 974672 | 11/3/2014 | $420.13 |
| The Standard Register Company | The Standard Register Company | 1088817 | $770.78 | 1/2/2015 | 974985 | 11/20/2014 | $289.22 |
| The Standard Register Company | The Standard Register Company | 1088817 | $770.78 | 1/2/2015 | 974986 | 11/21/2014 | $205.41 |
| The Standard Register Company | The Standard Register Company | 1089459 | $1,044.69 | 1/7/2015 | 975038 | 11/25/2014 | $354.16 |
| The Standard Register Company | The Standard Register Company | 1089459 | $1,044.69 | 1/7/2015 | 975052 | 11/25/2014 | $460.66 |
| The Standard Register Company | The Standard Register Company | 1089459 | $1,044.69 | 1/7/2015 | 975099 | 11/25/2014 | $303.27 |
| The Standard Register Company | The Standard Register Company | 1090823 | $563.53 | 1/20/2015 | 975060 | 12/1/2014 | $605.95 |
| The Standard Register Company | The Standard Register Company | 1091335 | $224.25 | 1/22/2015 | 974829 | 11/12/2014 | $224.25 |
| The Standard Register Company | The Standard Register Company | 1092074 | $291.77 | 1/27/2015 | 975121 | 12/4/2014 | $322.63 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 974987 | 12/5/2014 | $149.56 |
| The Standard Register Company | The Standard Register Company | 1088183 | $1,362.97 | 1/2/2015 | 974980 | 11/19/2014 | $611.41 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975212 | 12/10/2014 | $1,045.59 |
| The Standard Register Company | The Standard Register Company | 1088183 | $1,362.97 | 1/2/2015 | 974979 | 11/19/2014 | $126.09 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975232 | 12/11/2014 | $626.24 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975233 | 12/9/2014 | $329.15 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975246 | 12/12/2014 | $129.16 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975263 | 12/11/2014 | $354.78 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975281 | 12/15/2014 | $305.46 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975284 | 12/16/2014 | $388.44 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975291 | 12/15/2014 | $289.35 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975317 | 12/17/2014 | $215.19 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975329 | 12/17/2014 | $409.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975332 | 12/18/2014 | $296.06 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975338 | 12/18/2014 | $262.97 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975150 | 12/5/2014 | $270.49 |
| The Standard Register Company | The Standard Register Company | 1086490 | $628.39 | 12/26/2014 | 974854 | 11/11/2014 | $97.84 |
| The Standard Register Company | The Standard Register Company | 1084180 | $1,666.47 | 12/15/2014 | 974697 | 11/3/2014 | $420.13 |
| The Standard Register Company | The Standard Register Company | 1084180 | $1,666.47 | 12/15/2014 | 974709 | 11/3/2014 | $627.09 |
| The Standard Register Company | The Standard Register Company | 1084180 | $1,666.47 | 12/15/2014 | 974734 | 11/3/2014 | $317.54 |
| The Standard Register Company | The Standard Register Company | 1084677 | $873.62 | 12/15/2014 | 974685 | 11/4/2014 | $94.33 |
| The Standard Register Company | The Standard Register Company | 1084677 | $873.62 | 12/15/2014 | 974696 | 11/4/2014 | $212.18 |
| The Standard Register Company | The Standard Register Company | 1084677 | $873.62 | 12/15/2014 | 974710 | 11/5/2014 | $321.52 |
| The Standard Register Company | The Standard Register Company | 1084677 | $873.62 | 12/15/2014 | 974714 | 11/5/2014 | $305.90 |
| The Standard Register Company | The Standard Register Company | 1085453 | $1,413.51 | 12/22/2014 | 974531 | 11/7/2014 | $1,144.45 |
| The Standard Register Company | The Standard Register Company | 1085453 | $1,413.51 | 12/22/2014 | 974766 | 11/7/2014 | $367.27 |
| The Standard Register Company | The Standard Register Company | 1086059 | $1,218.16 | 12/26/2014 | 974792 | 11/10/2014 | $219.52 |
| The Standard Register Company | The Standard Register Company | 1088817 | $770.78 | 1/2/2015 | 974843 | 11/21/2014 | $329.49 |
| The Standard Register Company | The Standard Register Company | 1086059 | $1,218.16 | 12/26/2014 | 974852 | 11/10/2014 | $635.95 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975343 | 12/19/2014 | $397.77 |
| The Standard Register Company | The Standard Register Company | 1086490 | $628.39 | 12/26/2014 | 974864 | 11/11/2014 | $289.46 |
| The Standard Register Company | The Standard Register Company | 1086490 | $628.39 | 12/26/2014 | 974865 | 11/11/2014 | $286.30 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974873 | 11/14/2014 | $1,388.01 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974880 | 11/14/2014 | $286.86 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974890 | 11/17/2014 | $480.14 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974895 | 11/14/2014 | $172.58 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974896 | 11/14/2014 | $528.28 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974920 | 11/14/2014 | $377.83 |
| The Standard Register Company | The Standard Register Company | 1087545 | $3,746.56 | 12/31/2014 | 974934 | 11/17/2014 | $783.50 |
| The Standard Register Company | The Standard Register Company | 1088183 | $1,362.97 | 1/2/2015 | 974921 | 11/18/2014 | $325.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088183 | $1,362.97 | 1/2/2015 | 974928 | 11/18/2014 | $394.01 |
| The Standard Register Company | The Standard Register Company | 1086059 | $1,218.16 | 12/26/2014 | 974851 | 11/10/2014 | $445.84 |
| The Standard Register Company | The Standard Register Company | 1097490 | $971.71 | 2/27/2015 | 975681 | 1/23/2015 | $109.42 |
| The Standard Register Company | The Standard Register Company | 1097118 | $835.64 | 2/23/2015 | 975606 | 1/19/2015 | $316.09 |
| The Standard Register Company | The Standard Register Company | 1097118 | $835.64 | 2/23/2015 | 975615 | 1/19/2015 | $321.82 |
| The Standard Register Company | The Standard Register Company | 1097118 | $835.64 | 2/23/2015 | 975751 | 1/19/2015 | $255.86 |
| The Standard Register Company | The Standard Register Company | 1097225 | $854.71 | 2/25/2015 | 975607 | 1/20/2015 | $459.89 |
| The Standard Register Company | The Standard Register Company | 1097225 | $854.71 | 2/25/2015 | 975609 | 1/20/2015 | $455.64 |
| The Standard Register Company | The Standard Register Company | 1097348 | $1,432.19 | 2/25/2015 | 975752 | 1/21/2015 | $511.82 |
| The Standard Register Company | The Standard Register Company | 1097348 | $1,432.19 | 2/25/2015 | 975784 | 1/21/2015 | $298.46 |
| The Standard Register Company | The Standard Register Company | 1097348 | $1,432.19 | 2/25/2015 | 975785 | 1/21/2015 | $301.91 |
| The Standard Register Company | The Standard Register Company | 1097348 | $1,432.19 | 2/25/2015 | 975798 | 1/21/2015 | $420.28 |
| The Standard Register Company | The Standard Register Company | 1097490 | $971.71 | 2/27/2015 | 975467 | 12/31/2014 | $295.30 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975339 | 12/17/2014 | $1,019.89 |
| The Standard Register Company | The Standard Register Company | 1097490 | $971.71 | 2/27/2015 | 975501 | 12/31/2014 | $422.52 |
| The Standard Register Company | The Standard Register Company | 1096898 | $1,018.22 | 2/20/2015 | 975664 | 1/14/2015 | $238.62 |
| The Standard Register Company | The Standard Register Company | 1098867 | $1,018.39 | 3/4/2015 | 975816 | 1/26/2015 | $373.98 |
| The Standard Register Company | The Standard Register Company | 1098867 | $1,018.39 | 3/4/2015 | 975822 | 1/26/2015 | $385.80 |
| The Standard Register Company | The Standard Register Company | 1098867 | $1,018.39 | 3/4/2015 | 975823 | 1/26/2015 | $330.10 |
| The Standard Register Company | The Standard Register Company | 1098967 | $275.52 | 3/4/2015 | 975847 | 1/27/2015 | $294.70 |
| The Standard Register Company | The Standard Register Company | 1099142 | $626.20 | 3/4/2015 | 975851 | 1/28/2015 | $324.46 |
| The Standard Register Company | The Standard Register Company | 1099142 | $626.20 | 3/4/2015 | 975855 | 1/28/2015 | $344.63 |
| The Standard Register Company | The Standard Register Company | 1099300 | $687.43 | 3/6/2015 | 975874 | 1/29/2015 | $255.86 |
| The Standard Register Company | The Standard Register Company | 1099300 | $687.43 | 3/6/2015 | 975887 | 1/29/2015 | $290.23 |
| The Standard Register Company | The Standard Register Company | 1099300 | $687.43 | 3/6/2015 | 975921 | 1/30/2015 | $189.24 |
| The Standard Register Company | The Standard Register Company | 1099782 | $450.37 | 3/10/2015 | 975925 | 2/2/2015 | $159.84 |
| The Standard Register Company | The Standard Register Company | 1099782 | $450.37 | 3/10/2015 | 975969 | 2/2/2015 | $321.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097490 | $971.71 | 2/27/2015 | 975479 | 12/31/2014 | $212.10 |
| The Standard Register Company | The Standard Register Company | 1095541 | $1,719.63 | 2/11/2015 | 975544 | 1/6/2015 | $249.76 |
| The Standard Register Company | The Standard Register Company | 1099931 | $196.48 | 3/10/2015 | 975941 | 2/3/2015 | $211.27 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975344 | 12/19/2014 | $212.60 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975354 | 12/17/2014 | $656.05 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975393 | 12/23/2014 | $788.73 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975394 | 12/22/2014 | $302.27 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975403 | 12/23/2014 | $325.29 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975436 | 12/19/2014 | $322.21 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975437 | 12/19/2014 | $326.22 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975438 | 12/19/2014 | $374.68 |
| The Standard Register Company | The Standard Register Company | 1093404 | $586.63 | 2/4/2015 | 975449 | 12/30/2014 | $314.09 |
| The Standard Register Company | The Standard Register Company | 1093404 | $586.63 | 2/4/2015 | 975450 | 12/30/2014 | $314.38 |
| The Standard Register Company | The Standard Register Company | 1097025 | $672.96 | 2/20/2015 | 975682 | 1/16/2015 | $461.93 |
| The Standard Register Company | The Standard Register Company | 1095541 | $1,719.63 | 2/11/2015 | 975520 | 1/6/2015 | $292.11 |
| The Standard Register Company | The Standard Register Company | 1097025 | $672.96 | 2/20/2015 | 975665 | 1/15/2015 | $258.73 |
| The Standard Register Company | The Standard Register Company | 1095541 | $1,719.63 | 2/11/2015 | 975566 | 1/6/2015 | $694.10 |
| The Standard Register Company | The Standard Register Company | 1096253 | $261.20 | 2/11/2015 | 975552 | 1/7/2015 | $278.97 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975601 | 1/12/2015 | $559.58 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975602 | 1/12/2015 | $559.58 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975603 | 1/12/2015 | $559.58 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975608 | 1/12/2015 | $368.66 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975610 | 1/12/2015 | $286.73 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975611 | 1/12/2015 | $353.66 |
| The Standard Register Company | The Standard Register Company | 1096742 | $2,877.29 | 2/19/2015 | 975622 | 1/12/2015 | $388.17 |
| The Standard Register Company | The Standard Register Company | 1096898 | $1,018.22 | 2/20/2015 | 975649 | 1/14/2015 | $855.09 |
| The Standard Register Company | The Standard Register Company | 1092165 | $9,943.48 | 1/27/2015 | 975342 | 12/19/2014 | $323.81 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095541 | $1,719.63 | 2/11/2015 | 975504 | 1/6/2015 | $603.23 |

**Totals:** **29 transfer(s),** **$38,232.75**