

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **Rand Graphics, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095401 | $4,307.54 | 2/10/2015 | 40223A | 12/18/2014 | $1,750.89 |
| The Standard Register Company | The Standard Register Company | 1089888 | $6,605.18 | 1/12/2015 | 40154 | 11/26/2014 | $4,005.32 |
| The Standard Register Company | The Standard Register Company | 1090477 | $13,191.81 | 1/13/2015 | 181003 | 11/30/2014 | $14,184.74 |
| The Standard Register Company | The Standard Register Company | 1092868 | $10,876.99 | 2/2/2015 | 40155 | 12/8/2014 | $5,849.74 |
| The Standard Register Company | The Standard Register Company | 1092868 | $10,876.99 | 2/2/2015 | 40187 | 12/8/2014 | $5,783.77 |
| The Standard Register Company | The Standard Register Company | 1094145 | $11,447.17 | 2/3/2015 | 40216 | 12/11/2014 | $6,727.49 |
| The Standard Register Company | The Standard Register Company | 1094145 | $11,447.17 | 2/3/2015 | 40217 | 12/11/2014 | $5,552.40 |
| The Standard Register Company | The Standard Register Company | 1089888 | $6,605.18 | 1/12/2015 | 40153 | 11/26/2014 | $2,915.54 |
| The Standard Register Company | The Standard Register Company | 1095401 | $4,307.54 | 2/10/2015 | 116 | 12/18/2014 | $2,170.87 |
| The Standard Register Company | The Standard Register Company | 23029 | $133.32 | 2/10/2015 | 40223D | 12/18/2014 | $136.04 |
| The Standard Register Company | The Standard Register Company | 1095401 | $4,307.54 | 2/10/2015 | 40223B | 12/18/2014 | $710.00 |
| The Standard Register Company | The Standard Register Company | 1096187 | $302.81 | 2/10/2015 | 181363 | 12/22/2014 | $325.60 |
| The Standard Register Company | The Standard Register Company | 1096567 | $187.19 | 2/17/2015 | 181461 | 12/23/2014 | $201.28 |
| The Standard Register Company | The Standard Register Company | 21798 | $987.77 | 12/30/2014 | 40072 | 11/14/2014 | $940.80 |
| The Standard Register Company | The Standard Register Company | 21798 | $987.77 | 12/30/2014 | 40077 | 11/13/2014 | $64.00 |
| The Standard Register Company | The Standard Register Company | 22972 | $9,537.75 | 2/6/2015 | 40190 | 12/15/2014 | $7,416.79 |
| The Standard Register Company | The Standard Register Company | 22972 | $9,537.75 | 2/6/2015 | 40191 | 12/15/2014 | $2,299.01 |
| The Standard Register Company | The Standard Register Company | 1094564 | $2,342.67 | 2/6/2015 | 112 | 12/15/2014 | $2,519.00 |

Totals:   11 transfer(s),   $59,920.20