

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Raymond Leasing Corporation**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086497 | $8,890.58 | 12/30/2014 | RAYMONDAJ-DEC14-14 | 12/1/2014 | $5,810.91 |
| The Standard Register Company | The Standard Register Company | 1083925 | $1,030.70 | 12/15/2014 | RAYMONDAH-DEC14-14 | 12/1/2014 | $418.77 |
| The Standard Register Company | The Standard Register Company | 1089465 | $2,412.74 | 1/7/2015 | RAYMONDAL-DEC14-14 | 12/1/2014 | $513.79 |
| The Standard Register Company | The Standard Register Company | 1087555 | $4,913.47 | 12/31/2014 | RAYMONDAT-DEC14-14 | 12/1/2014 | $1,047.00 |
| The Standard Register Company | The Standard Register Company | 1087555 | $4,913.47 | 12/31/2014 | RAYMONDAS-DEC14-14 | 12/1/2014 | $2,176.18 |
| The Standard Register Company | The Standard Register Company | 1087555 | $4,913.47 | 12/31/2014 | RAYMONDAN-DEC14-14 | 12/1/2014 | $1,690.29 |
| The Standard Register Company | The Standard Register Company | 1086497 | $8,890.58 | 12/30/2014 | RAYMONDBG-DEC14-14 | 12/1/2014 | $1,427.74 |
| The Standard Register Company | The Standard Register Company | 1089465 | $2,412.74 | 1/7/2015 | RAYMONDAQ-DEC14-14 | 12/1/2014 | $1,389.08 |
| The Standard Register Company | The Standard Register Company | 1086497 | $8,890.58 | 12/30/2014 | RAYMONDAR-DEC14-14 | 12/1/2014 | $206.90 |
| The Standard Register Company | The Standard Register Company | 1090826 | $751.01 | 1/20/2015 | 3356919 | 8/21/2014 | $751.01 |
| The Standard Register Company | The Standard Register Company | 1085079 | $6,363.13 | 12/18/2014 | RAYMONDAV-DEC14-14 | 12/1/2014 | $471.12 |
| The Standard Register Company | The Standard Register Company | 1085079 | $6,363.13 | 12/18/2014 | RAYMONDAK-DEC14-14 | 12/1/2014 | $5,892.01 |
| The Standard Register Company | The Standard Register Company | 1084683 | $1,891.29 | 12/17/2014 | RAYMONDBE-DEC14-14 | 12/1/2014 | $538.74 |
| The Standard Register Company | The Standard Register Company | 1084683 | $1,891.29 | 12/17/2014 | RAYMONDBD-DEC14-14 | 12/1/2014 | $1,352.55 |
| The Standard Register Company | The Standard Register Company | 1084183 | $2,414.14 | 12/16/2014 | 3417179 | 11/6/2014 | $2,414.14 |
| The Standard Register Company | The Standard Register Company | 1083925 | $1,030.70 | 12/15/2014 | RAYMONDAI-DEC14-14 | 12/1/2014 | $611.93 |
| The Standard Register Company | The Standard Register Company | 1086497 | $8,890.58 | 12/30/2014 | RAYMONDBF-DEC14-14 | 12/1/2014 | $1,445.03 |
| The Standard Register Company | The Standard Register Company | 1092429 | $8,254.42 | 1/29/2015 | RAYMOND307986-JAN15-15 | 1/1/2015 | $538.74 |
| The Standard Register Company | The Standard Register Company | 1095403 | $3,223.18 | 2/10/2015 | RAYMOND307987-JAN15-15 | 1/1/2015 | $2,176.18 |
| The Standard Register Company | The Standard Register Company | 1095403 | $3,223.18 | 2/10/2015 | RAYMOND307981-JAN15-15 | 1/1/2015 | $1,047.00 |
| The Standard Register Company | The Standard Register Company | 1094148 | $10,580.87 | 2/5/2015 | RAYMOND307984-JAN15-15 | 1/1/2015 | $1,445.03 |
| The Standard Register Company | The Standard Register Company | 1094148 | $10,580.87 | 2/5/2015 | RAYMOND307983-JAN15-15 | 1/1/2015 | $1,427.74 |
| The Standard Register Company | The Standard Register Company | 1094148 | $10,580.87 | 2/5/2015 | RAYMOND239141-JAN15-15 | 1/1/2015 | $206.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094148 | $10,580.87 | 2/5/2015 | RAYMOND2178814-JAN15-15 | 1/1/2015 | $1,690.29 |
| The Standard Register Company | The Standard Register Company | 1089465 | $2,412.74 | 1/7/2015 | RAYMONDAM-DEC14-14 | 12/1/2014 | $509.87 |
| The Standard Register Company | The Standard Register Company | 1092559 | $193.70 | 2/2/2015 | CKRQ012615 | 1/26/2015 | $193.70 |
| The Standard Register Company | The Standard Register Company | 1096188 | $611.93 | 2/12/2015 | RAYMOND239147-JAN15-15 | 1/1/2015 | $611.93 |
| The Standard Register Company | The Standard Register Company | 1092429 | $8,254.42 | 1/29/2015 | RAYMOND307985-JAN15-15 | 1/1/2015 | $1,352.55 |
| The Standard Register Company | The Standard Register Company | 1092429 | $8,254.42 | 1/29/2015 | RAYMOND307982-JAN15-15 | 1/1/2015 | $471.12 |
| The Standard Register Company | The Standard Register Company | 1092429 | $8,254.42 | 1/29/2015 | RAYMOND239145-JAN15-15 | 1/1/2015 | $5,892.01 |
| The Standard Register Company | The Standard Register Company | 1092078 | $733.31 | 1/27/2015 | 3355222 | 8/19/2014 | $541.16 |
| The Standard Register Company | The Standard Register Company | 1092078 | $733.31 | 1/27/2015 | 3346601 | 7/31/2014 | $192.15 |
| The Standard Register Company | The Standard Register Company | 1091684 | $2,414.14 | 1/28/2015 | 3441190 | 12/9/2014 | $2,414.14 |
| The Standard Register Company | The Standard Register Company | 1094148 | $10,580.87 | 2/5/2015 | RAYMOND200304-JAN15-15 | 1/1/2015 | $5,810.91 |

Totals:    15 transfer(s),    $54,678.61