

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Raymond of New Jersey, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13166166 | 1/12/2015 | $57.46 |
| The Standard Register Company | The Standard Register Company | 1086498 | $535.00 | 12/30/2014 | 13155386 | 11/11/2014 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1087556 | $4,510.05 | 12/30/2014 | 13155929 | 11/13/2014 | $4,510.05 |
| The Standard Register Company | The Standard Register Company | 1091169 | $4,476.24 | 1/21/2015 | 13159006 | 12/2/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1091169 | $4,476.24 | 1/21/2015 | 90012748 | 12/2/2014 | $4,208.74 |
| The Standard Register Company | The Standard Register Company | 1092430 | $3,006.70 | 1/27/2015 | 13159898 | 12/5/2014 | $3,006.70 |
| The Standard Register Company | The Standard Register Company | 1094149 | $5,045.05 | 2/3/2015 | 13161075 | 12/11/2014 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1094149 | $5,045.05 | 2/3/2015 | 13161078 | 12/11/2014 | $4,510.05 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13164586 | 12/31/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13164589 | 12/31/2014 | $3,006.70 |
| The Standard Register Company | The Standard Register Company | 1084184 | $4,208.74 | 12/16/2014 | 90012284 | 11/3/2014 | $4,208.74 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13165775 | 1/8/2015 | $4,510.05 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13168465 | 1/22/2015 | $426.82 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13167098 | 1/15/2015 | $792.51 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13167114 | 1/15/2015 | $1,186.63 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 90013220 | 1/2/2015 | $4,208.74 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13154295 | 11/5/2014 | $267.50 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13154300 | 11/5/2014 | $3,006.70 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13168021 | 1/20/2015 | $103.30 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13168024 | 1/20/2015 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13168153 | 1/21/2015 | $1,123.50 |
| The Standard Register Company | The Standard Register Company | 1099089 | $5,120.42 | 3/2/2015 | 13168440 | 1/22/2015 | $96.30 |
| The Standard Register Company | The Standard Register Company | 1097078 | $14,564.59 | 2/24/2015 | 13165273 | 1/6/2015 | $535.00 |

Raymond of New Jersey, LLC (SRCRAY007)  
Bankruptcy Case: SRC Liquidation Company

**Totals:**     **8 transfer(s),**     **$41,466.79**