

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Reality Plastics, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8813 | 2/17/2015 | $5,900.00 |
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8809 | 2/9/2015 | $5,900.00 |
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8804 | 1/28/2015 | $5,900.00 |
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8800 | 1/20/2015 | $5,900.00 |
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8796 | 1/8/2015 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 7010808 | $28,910.00 | 3/11/2015 | 8794 | 1/5/2015 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 1096569 | $5,782.00 | 2/18/2015 | 8791 | 12/17/2014 | $5,900.00 |
| The Standard Register Company | The Standard Register Company | 1090120 | $2,891.00 | 1/13/2015 | 8782 | 12/8/2014 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 1088827 | $2,891.00 | 1/7/2015 | 8778 | 12/1/2014 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 1087557 | $2,891.00 | 1/7/2015 | 8776 | 11/24/2014 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 1086063 | $2,891.00 | 12/30/2014 | 8773 | 11/18/2014 | $2,950.00 |
| The Standard Register Company | The Standard Register Company | 1083927 | $5,782.00 | 12/16/2014 | 8770 | 11/11/2014 | $5,900.00 |

**Totals:** 7 transfer(s), $52,038.00