

| | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
|---|---|---|
| | St. Paul, MN 55121 | New York, NY 10036 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **NetGain Information Systems Company dba Recovery Site Logistics**

Bankruptcy Case: **SRC Liquidation Company**

Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010293 | $21,755.02 | 2/6/2015 | 468 | 1/1/2015 | $22,199.00 |
| The Standard Register Company | The Standard Register Company | 7010068 | $21,755.02 | 1/29/2015 | 451 | 12/1/2014 | $22,199.00 |

**Totals:    2 transfer(s),    $43,510.04**