

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **RedCraft Greetings Ltd.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088192 | $56,751.64 | 1/26/2015 | 014014B | 11/18/2014 | $17,009.39 |
| The Standard Register Company | The Standard Register Company | 1088192 | $56,751.64 | 1/26/2015 | 014013A | 11/18/2014 | $39,742.25 |
| **Totals:** | | **1 transfer(s),** | **$56,751.64** | | | | |