

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|
| Defendant: | **River City Wood Products, LLC; and Presidential Financial Corporation** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22577 | $8,321.90 | 1/27/2015 | 40369 | 12/22/2014 | $8,321.90 |
| The Standard Register Company | The Standard Register Company | 22346 | $8,417.50 | 1/16/2015 | 40267 | 12/12/2014 | $8,417.50 |
| The Standard Register Company | The Standard Register Company | 1099677 | $10,090.50 | 3/10/2015 | 41157 | 1/26/2015 | $10,090.50 |
| The Standard Register Company | The Standard Register Company | 1097166 | $7,484.30 | 2/24/2015 | 41011 | 1/19/2015 | $7,484.30 |
| **Totals:** | **4 transfer(s),** | **$34,314.20** | | | | | |