

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Safety-Kleen Systems, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21958 | $1,625.20 | 1/5/2015 | 65394993 | 12/3/2014 | $1,326.80 |
| The Standard Register Company | The Standard Register Company | 1091701 | $2,307.66 | 1/26/2015 | 65079884 | 10/24/2014 | $1,184.30 |
| The Standard Register Company | The Standard Register Company | 1091701 | $2,307.66 | 1/26/2015 | 65273574 | 11/12/2014 | $1,123.36 |
| The Standard Register Company | The Standard Register Company | 1093293 | $241.01 | 2/2/2015 | 65580899 | 12/9/2014 | $241.01 |
| The Standard Register Company | The Standard Register Company | 1093664 | $1,470.08 | 2/5/2015 | 65398268 | 12/10/2014 | $1,470.08 |
| The Standard Register Company | The Standard Register Company | 1095412 | $10,760.00 | 2/9/2015 | 65660566 | 12/18/2014 | $10,298.40 |
| The Standard Register Company | The Standard Register Company | 1095412 | $10,760.00 | 2/9/2015 | 65709206 | 12/18/2014 | $461.60 |
| The Standard Register Company | The Standard Register Company | 21104 | $129.02 | 12/12/2014 | 65350549 | 11/7/2014 | $129.02 |
| The Standard Register Company | The Standard Register Company | 21233 | $470.97 | 12/15/2014 | 64636510 | 8/20/2014 | $470.97 |
| The Standard Register Company | The Standard Register Company | 21234 | $1,942.59 | 12/17/2014 | 65207248 | 11/14/2014 | $1,617.62 |
| The Standard Register Company | The Standard Register Company | 21234 | $1,942.59 | 12/17/2014 | 65207249 | 11/14/2014 | $324.97 |
| The Standard Register Company | The Standard Register Company | 21475 | $1,303.55 | 12/26/2014 | 65269755 | 11/21/2014 | $1,086.90 |
| The Standard Register Company | The Standard Register Company | 1086071 | $545.48 | 12/29/2014 | 65205464 | 11/10/2014 | $545.48 |
| The Standard Register Company | The Standard Register Company | 21881 | $646.26 | 1/2/2015 | 65472242 | 11/24/2014 | $646.26 |
| The Standard Register Company | The Standard Register Company | 22889 | $343.47 | 2/5/2015 | 65640162 | 12/30/2014 | $343.47 |
| The Standard Register Company | The Standard Register Company | 21958 | $1,625.20 | 1/5/2015 | 65394994 | 12/3/2014 | $298.40 |
| The Standard Register Company | The Standard Register Company | 22075 | $141.36 | 1/7/2015 | 65386578 | 12/3/2014 | $141.36 |
| The Standard Register Company | The Standard Register Company | 22161 | $1,371.74 | 1/9/2015 | 65592170 | 12/5/2014 | $1,371.74 |
| The Standard Register Company | The Standard Register Company | 22189 | $2,437.87 | 1/12/2015 | 65347715 | 12/7/2014 | $2,437.87 |
| The Standard Register Company | The Standard Register Company | 22255 | $1,712.18 | 1/12/2015 | 65472241 | 12/9/2014 | $1,712.18 |
| The Standard Register Company | The Standard Register Company | 22256 | $343.49 | 1/12/2015 | 65386485 | 12/9/2014 | $343.49 |
| The Standard Register Company | The Standard Register Company | 22257 | $1,932.32 | 1/14/2015 | 65660561 | 12/12/2014 | $324.97 |
| The Standard Register Company | The Standard Register Company | 22257 | $1,932.32 | 1/14/2015 | 65660580 | 12/12/2014 | $1,607.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22286 | $150.54 | 1/13/2015 | 65650404 | 12/10/2014 | $150.54 |
| The Standard Register Company | The Standard Register Company | 22347 | $1,932.32 | 1/20/2015 | 65523561 | 12/19/2014 | $1,607.35 |
| The Standard Register Company | The Standard Register Company | 22347 | $1,932.32 | 1/20/2015 | 65523562 | 12/19/2014 | $324.97 |
| The Standard Register Company | The Standard Register Company | 22579 | $1,164.40 | 1/27/2015 | 65592169 | 12/18/2014 | $1,164.40 |
| The Standard Register Company | The Standard Register Company | 21475 | $1,303.55 | 12/26/2014 | 65269756 | 11/21/2014 | $216.65 |

**Totals:** **21 transfer(s),** **$32,971.51**