
**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **St. Joseph Print Group Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088204 | $1,220.10 | 1/8/2015 | 427032570 | 7/31/2014 | $186.80 |
| The Standard Register Company | The Standard Register Company | 1081972 | $6,558.59 | 12/15/2014 | 427032828 | 9/30/2014 | $1,692.68 |
| The Standard Register Company | The Standard Register Company | 1081972 | $6,558.59 | 12/15/2014 | 427032829 | 9/30/2014 | $417.48 |
| The Standard Register Company | The Standard Register Company | 1082963 | $21,463.99 | 12/15/2014 | 32002381 | 9/24/2014 | $17,097.12 |
| The Standard Register Company | The Standard Register Company | 1082963 | $21,463.99 | 12/15/2014 | 427032812 | 9/30/2014 | $4,366.87 |
| The Standard Register Company | The Standard Register Company | 1086073 | $361.89 | 1/8/2015 | 32002538 | 10/6/2014 | $361.89 |
| The Standard Register Company | The Standard Register Company | 1086510 | $5,368.82 | 1/8/2015 | 32002572 | 10/17/2014 | $1,621.90 |
| The Standard Register Company | The Standard Register Company | 1086510 | $5,368.82 | 1/8/2015 | 32002573 | 10/17/2014 | $985.41 |
| The Standard Register Company | The Standard Register Company | 1086510 | $5,368.82 | 1/8/2015 | 32002574 | 10/17/2014 | $2,566.67 |
| The Standard Register Company | The Standard Register Company | 1081972 | $6,558.59 | 12/15/2014 | 247546 | 9/30/2014 | $4,448.43 |
| The Standard Register Company | The Standard Register Company | 1088204 | $1,220.10 | 1/8/2015 | 32002617 | 10/23/2014 | $806.30 |
| The Standard Register Company | The Standard Register Company | 1090833 | $6,468.08 | 1/22/2015 | 32002537 | 10/6/2014 | $6,468.08 |
| The Standard Register Company | The Standard Register Company | 1088204 | $1,220.10 | 1/8/2015 | 427032571 | 7/31/2014 | $227.00 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 32002731 | 10/31/2014 | $550.27 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 32002732 | 10/31/2014 | $89.96 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 32002736 | 10/31/2014 | $1,212.84 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 32002740 | 10/31/2014 | $8,319.63 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 427032947 | 10/31/2014 | $4,167.49 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 427032965 | 10/31/2014 | $1,440.01 |
| The Standard Register Company | The Standard Register Company | 1089478 | $16,257.38 | 1/12/2015 | 427032966 | 10/31/2014 | $477.18 |
| The Standard Register Company | The Standard Register Company | 1086510 | $5,368.82 | 1/8/2015 | 32002575 | 10/17/2014 | $194.84 |

Totals:    7 transfer(s),    $57,698.85

St. Joseph Print Group Inc. (SRCSAI002)  
Bankruptcy Case: SRC Liquidation Company  
May 9, 2016

Exhibit A

P. 1