

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **St. Regis Crystal USA, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8214808 | 12/10/2014 | $170.21 |
| The Standard Register Company | The Standard Register Company | 1085089 | $10,185.24 | 12/19/2014 | 8208871 | 11/6/2014 | $10,185.24 |
| The Standard Register Company | The Standard Register Company | 1086511 | $236.55 | 12/30/2014 | 8209553 | 11/12/2014 | $141.75 |
| The Standard Register Company | The Standard Register Company | 1086511 | $236.55 | 12/30/2014 | 8209683 | 11/12/2014 | $94.80 |
| The Standard Register Company | The Standard Register Company | 1087578 | $495.89 | 1/2/2015 | 8209841 | 11/13/2014 | $174.81 |
| The Standard Register Company | The Standard Register Company | 1087578 | $495.89 | 1/2/2015 | 8209946 | 11/14/2014 | $11.20 |
| The Standard Register Company | The Standard Register Company | 1087578 | $495.89 | 1/2/2015 | 8209972 | 11/14/2014 | $309.88 |
| The Standard Register Company | The Standard Register Company | 1088205 | $934.00 | 1/5/2015 | 8210333 | 11/18/2014 | $201.15 |
| The Standard Register Company | The Standard Register Company | 1088205 | $934.00 | 1/5/2015 | 8210334 | 11/18/2014 | $70.92 |
| The Standard Register Company | The Standard Register Company | 1088205 | $934.00 | 1/5/2015 | 8210657 | 11/19/2014 | $424.30 |
| The Standard Register Company | The Standard Register Company | 1088205 | $934.00 | 1/5/2015 | 8210731 | 11/19/2014 | $261.93 |
| The Standard Register Company | The Standard Register Company | 1089479 | $60.55 | 1/7/2015 | 8211514 | 11/24/2014 | $60.55 |
| The Standard Register Company | The Standard Register Company | 1089897 | $56.37 | 1/12/2015 | 8211796 | 11/27/2014 | $56.37 |
| The Standard Register Company | The Standard Register Company | 1092878 | $272.06 | 2/3/2015 | 8213834 | 12/8/2014 | $81.22 |
| The Standard Register Company | The Standard Register Company | 1083708 | $488.82 | 12/15/2014 | 8207552 | 10/31/2014 | $488.82 |
| The Standard Register Company | The Standard Register Company | 1094161 | $932.24 | 2/5/2015 | 8214517 | 12/11/2014 | $334.22 |
| The Standard Register Company | The Standard Register Company | 1097378 | $3,230.21 | 2/26/2015 | 8217931 | 1/7/2015 | $2,156.84 |
| The Standard Register Company | The Standard Register Company | 1097378 | $3,230.21 | 2/26/2015 | 8217777 | 1/6/2015 | $78.66 |
| The Standard Register Company | The Standard Register Company | 1097378 | $3,230.21 | 2/26/2015 | 8217575 | 1/5/2015 | $255.15 |
| The Standard Register Company | The Standard Register Company | 1097378 | $3,230.21 | 2/26/2015 | 8217572 | 1/5/2015 | $568.22 |
| The Standard Register Company | The Standard Register Company | 1096193 | $12,475.61 | 2/12/2015 | 8216464 | 12/22/2014 | $12,475.61 |
| The Standard Register Company | The Standard Register Company | 1092878 | $272.06 | 2/3/2015 | 8214036 | 12/8/2014 | $107.26 |
| The Standard Register Company | The Standard Register Company | 1094161 | $932.24 | 2/5/2015 | 8214518 | 12/11/2014 | $131.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092878 | $272.06 | 2/3/2015 | 8214248 | 12/8/2014 | $83.58 |
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8215318 | 12/15/2014 | $157.60 |
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8215241 | 12/12/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8214955 | 12/11/2014 | $67.00 |
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8214948 | 12/11/2014 | $229.95 |
| The Standard Register Company | The Standard Register Company | 1093381 | $686.36 | 2/5/2015 | 8214930 | 12/11/2014 | $25.60 |
| The Standard Register Company | The Standard Register Company | 1097378 | $3,230.21 | 2/26/2015 | 8218564 | 1/12/2015 | $171.34 |
| The Standard Register Company | The Standard Register Company | 1094161 | $932.24 | 2/5/2015 | 8214519 | 12/11/2014 | $466.80 |

**Totals:** 12 transfer(s), $30,053.90