

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Mittera Wisconsin, LLC dba Service Commuications** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088850 | $63,084.18 | 1/5/2015 | 18191IN | 11/20/2014 | $63,084.18 |
| **Totals:** | **1 transfer(s),** | **$63,084.18** | | | | | |