ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Stenno Carbon Co.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092154 | $479.30 | 1/30/2015 | 49802 | 1/8/2015 | $453.55 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 1056506UD | 7/15/2014 | $22.32 |
| The Standard Register Company | The Standard Register Company | 1097444 | $168.30 | 3/4/2015 | 105270 | 2/6/2015 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1097337 | $189.62 | 2/24/2015 | 49965 | 2/5/2015 | $191.32 |
| The Standard Register Company | The Standard Register Company | 1097205 | $10,681.11 | 2/24/2015 | 49872 | 1/26/2015 | $10,789.00 |
| The Standard Register Company | The Standard Register Company | 1097043 | $280.51 | 2/25/2015 | 49939 | 2/2/2015 | $283.09 |
| The Standard Register Company | The Standard Register Company | 1097037 | $181.37 | 2/24/2015 | 49933 | 1/30/2015 | $183.07 |
| The Standard Register Company | The Standard Register Company | 1096689 | $446.52 | 2/18/2015 | 49911 | 1/22/2015 | $182.30 |
| The Standard Register Company | The Standard Register Company | 1097646 | $477.05 | 3/4/2015 | 49983 | 2/9/2015 | $235.37 |
| The Standard Register Company | The Standard Register Company | 1093386 | $189.95 | 2/4/2015 | 49829 | 1/13/2015 | $191.65 |
| The Standard Register Company | The Standard Register Company | 1099128 | $5,713.00 | 3/4/2015 | 105181 | 1/9/2015 | $601.34 |
| The Standard Register Company | The Standard Register Company | 1092154 | $479.30 | 1/30/2015 | 17583UD | 8/26/2014 | $22.71 |
| The Standard Register Company | The Standard Register Company | 1092154 | $479.30 | 1/30/2015 | 16616UD | 8/1/2014 | $7.07 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 49741 | 12/29/2014 | $257.10 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 1081979UD | 11/10/2014 | $12.50 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 1070997UD | 7/11/2014 | $18.42 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 1061485UD | 8/20/2014 | $15.55 |
| The Standard Register Company | The Standard Register Company | 1090931 | $343.86 | 1/21/2015 | 1058099UD | 7/22/2014 | $20.24 |
| The Standard Register Company | The Standard Register Company | 1096689 | $446.52 | 2/18/2015 | 49869 | 1/19/2015 | $268.73 |
| The Standard Register Company | The Standard Register Company | 22461 | $244.90 | 1/21/2015 | 49762 | 12/30/2014 | $244.90 |
| The Standard Register Company | The Standard Register Company | 22988 | $2,585.64 | 2/10/2015 | 49902 | 1/22/2015 | $634.23 |
| The Standard Register Company | The Standard Register Company | 22988 | $2,585.64 | 2/10/2015 | 49879 | 1/19/2015 | $1,668.85 |
| The Standard Register Company | The Standard Register Company | 22988 | $2,585.64 | 2/10/2015 | 49857 | 1/19/2015 | $282.56 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22943 | $4,946.32 | 2/4/2015 | 49840X | 1/14/2015 | $186.63 |
| The Standard Register Company | The Standard Register Company | 22943 | $4,946.32 | 2/4/2015 | 105157 | 12/31/2014 | $4,759.69 |
| The Standard Register Company | The Standard Register Company | 22891 | $387.90 | 2/4/2015 | 49846 | 1/15/2015 | $182.38 |
| The Standard Register Company | The Standard Register Company | 22891 | $387.90 | 2/4/2015 | 49832 | 1/12/2015 | $205.52 |
| The Standard Register Company | The Standard Register Company | 1097646 | $477.05 | 3/4/2015 | 49982 | 2/9/2015 | $246.49 |
| The Standard Register Company | The Standard Register Company | 22581 | $361.55 | 1/30/2015 | 49808 | 1/6/2015 | $361.55 |
| The Standard Register Company | The Standard Register Company | 23228 | $953.78 | 2/17/2015 | 105188 | 1/9/2015 | $953.78 |
| The Standard Register Company | The Standard Register Company | 22080 | $547.63 | 1/6/2015 | 49733 | 12/19/2014 | $181.99 |
| The Standard Register Company | The Standard Register Company | 22080 | $547.63 | 1/6/2015 | 49717 | 12/16/2014 | $365.64 |
| The Standard Register Company | The Standard Register Company | 21655 | $328.02 | 1/2/2015 | 105089 | 11/21/2014 | $328.02 |
| The Standard Register Company | The Standard Register Company | 21453 | $436.01 | 12/23/2014 | 49636 | 12/1/2014 | $255.42 |
| The Standard Register Company | The Standard Register Company | 21453 | $436.01 | 12/23/2014 | 49627 | 11/25/2014 | $180.59 |
| The Standard Register Company | The Standard Register Company | 1099128 | $5,713.00 | 3/4/2015 | 105254 | 2/3/2015 | $4,770.33 |
| The Standard Register Company | The Standard Register Company | 1099128 | $5,713.00 | 3/4/2015 | 105216 | 1/16/2015 | $394.00 |
| The Standard Register Company | The Standard Register Company | 22801 | $302.56 | 2/4/2015 | 104993 | 10/17/2014 | $302.56 |

**Totals:**    **21 transfer(s),**    **$30,244.90**