

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Sylvan Printing & Office Supply Co.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088890 | $4,067.33 | 1/5/2015 | 144529 | 11/21/2014 | $1,483.00 |
| The Standard Register Company | The Standard Register Company | 1092457 | $3,802.84 | 1/27/2015 | 144651 | 12/5/2014 | $4,062.62 |
| The Standard Register Company | The Standard Register Company | 1091810 | $2,002.63 | 1/26/2015 | 144971 | 1/16/2015 | $1,020.67 |
| The Standard Register Company | The Standard Register Company | 1091810 | $2,002.63 | 1/26/2015 | 144970 | 1/16/2015 | $981.96 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1088890UD | 11/21/2014 | $59.68 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1086545UD | 11/12/2014 | $83.85 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1084723UD | 11/5/2014 | $56.14 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1081770UD | 10/24/2014 | $83.33 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1078335UD | 10/9/2014 | $78.89 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1078335RB | 10/9/2014 | $23.50 |
| The Standard Register Company | The Standard Register Company | 1091187 | $421.40 | 1/21/2015 | 1076542UD | 10/3/2014 | $36.01 |
| The Standard Register Company | The Standard Register Company | 1089523 | $14.41 | 1/7/2015 | 144604 | 11/24/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1084723 | $2,847.08 | 12/22/2014 | 144304 | 11/5/2014 | $3,043.57 |
| The Standard Register Company | The Standard Register Company | 1088890 | $4,067.33 | 1/5/2015 | 144600 | 11/21/2014 | $918.26 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144797 | 12/17/2014 | $96.71 |
| The Standard Register Company | The Standard Register Company | 1088890 | $4,067.33 | 1/5/2015 | 144528 | 11/21/2014 | $1,680.58 |
| The Standard Register Company | The Standard Register Company | 1088890 | $4,067.33 | 1/5/2015 | 144527 | 11/20/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1088243 | $13.95 | 1/5/2015 | 144526 | 11/19/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1087627 | $13.95 | 12/31/2014 | 144524 | 11/13/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1086545 | $4,149.44 | 12/31/2014 | 144308 | 11/11/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1086545 | $4,149.44 | 12/31/2014 | 144306 | 11/12/2014 | $4,435.69 |
| The Standard Register Company | The Standard Register Company | 1086102 | $350.42 | 12/31/2014 | 144312 | 11/10/2014 | $115.50 |
| The Standard Register Company | The Standard Register Company | 1086102 | $350.42 | 12/31/2014 | 144311 | 11/10/2014 | $21.00 |

Sylvan Printing & Office Supply Co. (SRCSYL001)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016      Exhibit A      P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086102 | $350.42 | 12/31/2014 | 144310 | 11/10/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 1086102 | $350.42 | 12/31/2014 | 144309 | 11/10/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1086102 | $350.42 | 12/31/2014 | 144307 | 11/10/2014 | $186.15 |
| The Standard Register Company | The Standard Register Company | 1088890 | $4,067.33 | 1/5/2015 | 144602 | 11/21/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144813 | 1/2/2015 | $169.76 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 145052 | 1/22/2015 | $3,467.80 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 145050 | 1/19/2015 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144977 | 1/19/2015 | $94.00 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144975 | 1/14/2015 | $112.21 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144972 | 1/14/2015 | $379.00 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144969 | 1/15/2015 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144966 | 1/13/2015 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144965 | 1/12/2015 | $52.50 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144964 | 1/14/2015 | $5,273.59 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144962 | 1/7/2015 | $26.95 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144961 | 1/7/2015 | $79.00 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144659 | 12/18/2014 | $6,434.47 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144815 | 12/30/2014 | $1,107.86 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144796 | 12/17/2014 | $169.19 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144812 | 1/2/2015 | $97.43 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144808 | 1/2/2015 | $199.50 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144807 | 1/2/2015 | $4,728.57 |
| The Standard Register Company | The Standard Register Company | 1097173 | $1,366.12 | 2/23/2015 | 145226 | 2/16/2015 | $1,366.12 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144814 | 12/29/2014 | $165.27 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144809 | 12/29/2014 | $531.72 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144804 | 12/22/2014 | $132.50 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144803 | 12/19/2014 | $57.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144802 | 12/19/2014 | $235.10 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144800 | 12/18/2014 | $62.25 |
| The Standard Register Company | The Standard Register Company | 1093034 | $7,682.20 | 2/3/2015 | 144799 | 12/17/2014 | $175.00 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 145068 | 1/20/2015 | $45.28 |
| The Standard Register Company | The Standard Register Company | 1097454 | $15,289.08 | 3/2/2015 | 144816 | 1/2/2015 | $82.78 |

**Totals:**   13 transfer(s),   $42,020.85