

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** ComplyRight, Inc. dba TFP Data Systems  
**Bankruptcy Case:** SRC Liquidation Company  
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169347 | 12/8/2014 | $4.16 |
| The Standard Register Company | The Standard Register Company | 1092459 | $1,507.40 | 1/28/2015 | 7166987 | 12/5/2014 | $425.86 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169353 | 12/8/2014 | $64.91 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169352 | 12/8/2014 | $53.76 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169351 | 12/8/2014 | $3.58 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169350 | 12/8/2014 | $89.89 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169355 | 12/8/2014 | $18.92 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169348 | 12/8/2014 | $4.16 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169356 | 12/8/2014 | $12.55 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169346 | 12/8/2014 | $4.16 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169345 | 12/8/2014 | $123.23 |
| The Standard Register Company | The Standard Register Company | 1092459 | $1,507.40 | 1/28/2015 | 7168016 | 12/5/2014 | $352.44 |
| The Standard Register Company | The Standard Register Company | 1092459 | $1,507.40 | 1/28/2015 | 7167721 | 12/5/2014 | $410.16 |
| The Standard Register Company | The Standard Register Company | 1092459 | $1,507.40 | 1/28/2015 | 7166989 | 12/5/2014 | $47.74 |
| The Standard Register Company | The Standard Register Company | 1095446 | $1,509.19 | 2/11/2015 | 7190757 | 12/18/2014 | $941.75 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169349 | 12/8/2014 | $14.21 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172288 | 12/9/2014 | $11.58 |
| The Standard Register Company | The Standard Register Company | 1083748 | $919.21 | 12/15/2014 | 7123830 | 10/31/2014 | $945.24 |
| The Standard Register Company | The Standard Register Company | 1094195 | $2,024.72 | 2/5/2015 | 7180166 | 12/12/2014 | $670.80 |
| The Standard Register Company | The Standard Register Company | 1094195 | $2,024.72 | 2/5/2015 | 7177089 | 12/11/2014 | $832.80 |
| The Standard Register Company | The Standard Register Company | 1094195 | $2,024.72 | 2/5/2015 | 7177088 | 12/11/2014 | $733.94 |
| The Standard Register Company | The Standard Register Company | 1093680 | $143.23 | 2/5/2015 | 7175865 | 12/10/2014 | $71.94 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7169354 | 12/8/2014 | $119.43 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172986 | 12/9/2014 | $11.58 |
| The Standard Register Company | The Standard Register Company | 1092105 | $786.46 | 1/28/2015 | 7164734 | 12/4/2014 | $143.89 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172287 | 12/9/2014 | $159.28 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172286 | 12/9/2014 | $9.73 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172285 | 12/9/2014 | $12.55 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172284 | 12/9/2014 | $9.73 |
| The Standard Register Company | The Standard Register Company | 1093325 | $214.98 | 2/4/2015 | 7172283 | 12/9/2014 | $17.38 |
| The Standard Register Company | The Standard Register Company | 1092903 | $610.54 | 2/3/2015 | 7170659 | 12/8/2014 | $153.46 |
| The Standard Register Company | The Standard Register Company | 1093680 | $143.23 | 2/5/2015 | 7175864 | 12/10/2014 | $83.55 |
| The Standard Register Company | The Standard Register Company | 1085497 | $323.46 | 12/24/2014 | 7130597 | 11/7/2014 | $303.16 |
| The Standard Register Company | The Standard Register Company | 1092459 | $1,507.40 | 1/28/2015 | 7166988 | 12/5/2014 | $381.09 |
| The Standard Register Company | The Standard Register Company | 1087636 | $344.40 | 12/31/2014 | 7139983 | 11/14/2014 | $64.95 |
| The Standard Register Company | The Standard Register Company | 1086549 | $1,490.37 | 12/31/2014 | 7136085 | 11/12/2014 | $267.62 |
| The Standard Register Company | The Standard Register Company | 1086549 | $1,490.37 | 12/31/2014 | 7134751 | 11/11/2014 | $449.30 |
| The Standard Register Company | The Standard Register Company | 1086549 | $1,490.37 | 12/31/2014 | 7134034 | 11/11/2014 | $71.94 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7147080 | 11/20/2014 | $34.28 |
| The Standard Register Company | The Standard Register Company | 1086109 | $108.99 | 12/31/2014 | 7133253 | 11/10/2014 | $114.19 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7148544 | 11/21/2014 | $127.98 |
| The Standard Register Company | The Standard Register Company | 1085497 | $323.46 | 12/24/2014 | 7130596 | 11/7/2014 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1085114 | $132.87 | 12/17/2014 | 7129028 | 11/6/2014 | $143.28 |
| The Standard Register Company | The Standard Register Company | 1084729 | $1,362.76 | 12/19/2014 | 7127620 | 11/5/2014 | $1,279.39 |
| The Standard Register Company | The Standard Register Company | 1084729 | $1,362.76 | 12/19/2014 | 7127619 | 11/5/2014 | $183.98 |
| The Standard Register Company | The Standard Register Company | 1084729 | $1,362.76 | 12/19/2014 | 7126549 | 11/4/2014 | $26.83 |
| The Standard Register Company | The Standard Register Company | 1084204 | $76.05 | 12/17/2014 | 7125098 | 11/3/2014 | $81.25 |
| The Standard Register Company | The Standard Register Company | 1086549 | $1,490.37 | 12/31/2014 | 7134033 | 11/11/2014 | $841.45 |
| The Standard Register Company | The Standard Register Company | 1089529 | $851.03 | 1/7/2015 | 7001307 | 4/8/2014 | $379.40 |
| The Standard Register Company | The Standard Register Company | 1092105 | $786.46 | 1/28/2015 | 7164733 | 12/4/2014 | $698.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091738 | $500.46 | 1/28/2015 | 7110441 | 10/16/2014 | $546.42 |
| The Standard Register Company | The Standard Register Company | 1090859 | $117.10 | 1/26/2015 | 7158333 | 12/1/2014 | $124.91 |
| The Standard Register Company | The Standard Register Company | 1090142 | $677.68 | 1/14/2015 | 7155847 | 11/28/2014 | $746.32 |
| The Standard Register Company | The Standard Register Company | 1089923 | $21.29 | 1/14/2015 | 7154257 | 11/26/2014 | $22.39 |
| The Standard Register Company | The Standard Register Company | 1087636 | $344.40 | 12/31/2014 | 7141272 | 11/17/2014 | $304.92 |
| The Standard Register Company | The Standard Register Company | 1089529 | $851.03 | 1/7/2015 | 7151155 | 11/24/2014 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1095446 | $1,509.19 | 2/11/2015 | 7190758 | 12/18/2014 | $643.71 |
| The Standard Register Company | The Standard Register Company | 1088971 | $884.11 | 1/6/2015 | 7005563 | 4/11/2014 | $898.99 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7149534 | 11/21/2014 | $56.68 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7149301 | 11/21/2014 | $811.27 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7149300 | 11/21/2014 | $56.68 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7149299 | 11/21/2014 | $53.20 |
| The Standard Register Company | The Standard Register Company | 1088899 | $1,116.60 | 1/6/2015 | 7149298 | 11/21/2014 | $56.68 |
| The Standard Register Company | The Standard Register Company | 1089529 | $851.03 | 1/7/2015 | 7151651 | 11/24/2014 | $520.50 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7170431 | 12/8/2014 | $581.19 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2162015 | 2/16/2015 | $386.03 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7220715 | 1/6/2015 | $119.72 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7216695 | 1/5/2015 | $237.86 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7216694 | 1/5/2015 | $63.37 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7194222 | 12/19/2014 | $63.01 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7235204 | 1/12/2015 | $46.05 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7185580 | 12/16/2014 | $59.13 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7241543 | 1/13/2015 | $480.54 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7161813 | 12/3/2014 | $459.60 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 5387671 | 2/12/2015 | $65.53 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 5385182 | 2/11/2015 | $560.88 |
| The Standard Register Company | The Standard Register Company | 1097383 | $148.95 | 2/25/2015 | 7293743 | 2/4/2015 | $100.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097383 | $148.95 | 2/25/2015 | 7283671 | 1/28/2015 | $63.78 |
| The Standard Register Company | The Standard Register Company | 1095446 | $1,509.19 | 2/11/2015 | 7189150 | 12/17/2014 | $58.81 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7194221 | 12/19/2014 | $1,260.45 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7256512 | 1/19/2015 | $15.01 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7271906 | 1/23/2015 | $46.45 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7267559 | 1/22/2015 | $34.87 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7260800 | 1/20/2015 | $137.44 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7260799 | 1/20/2015 | $589.41 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7258481 | 1/19/2015 | $152.72 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7235203 | 1/12/2015 | $45.55 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7256513 | 1/19/2015 | $85.85 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2122015B | 2/12/2015 | $46.66 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7252665 | 1/16/2015 | $731.95 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7252664 | 1/16/2015 | $316.65 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7249609 | 1/15/2015 | $53.29 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7249035 | 1/15/2015 | $1,908.11 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7247677 | 1/15/2015 | $42.34 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7244993 | 1/14/2015 | $122.14 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7256514 | 1/19/2015 | $144.11 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7202680 | 12/26/2014 | $1,821.64 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2172015 | 2/17/2015 | $624.60 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7219238 | 1/6/2015 | $52.81 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7217160 | 1/5/2015 | $78.32 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7217159 | 1/5/2015 | $385.13 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7217158 | 1/5/2015 | $134.24 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7220668 | 1/6/2015 | $433.26 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7204596 | 12/29/2014 | $669.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7222441 | 1/7/2015 | $257.27 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7201055 | 12/24/2014 | $115.65 |
| The Standard Register Company | The Standard Register Company | 1096594 | $944.32 | 2/19/2015 | 7199455 | 12/23/2014 | $434.38 |
| The Standard Register Company | The Standard Register Company | 1096594 | $944.32 | 2/19/2015 | 7199454 | 12/23/2014 | $16.26 |
| The Standard Register Company | The Standard Register Company | 1096594 | $944.32 | 2/19/2015 | 7198926 | 12/23/2014 | $577.00 |
| The Standard Register Company | The Standard Register Company | 1096212 | $550.16 | 2/11/2015 | 7196543 | 12/22/2014 | $80.06 |
| The Standard Register Company | The Standard Register Company | 1096212 | $550.16 | 2/11/2015 | 7172289 | 12/9/2014 | $520.96 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7208465 | 12/31/2014 | $615.63 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7226677 | 1/8/2015 | $56.69 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2122015A | 2/12/2015 | $1,041.00 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2122015 | 2/12/2015 | $125.50 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2112015 | 2/11/2015 | $47.20 |
| The Standard Register Company | The Standard Register Company | 1097309 | $2,113.26 | 2/23/2015 | 2062015 | 2/6/2015 | $50.82 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7294097 | 2/4/2015 | $184.63 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7220205 | 1/6/2015 | $62.40 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7229813 | 1/9/2015 | $83.14 |
| The Standard Register Company | The Standard Register Company | 1097545 | $8,267.97 | 3/4/2015 | 7271907 | 1/23/2015 | $425.70 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7225661 | 1/8/2015 | $40.66 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7224112 | 1/7/2015 | $616.72 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7222445 | 1/7/2015 | $47.24 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7222444 | 1/7/2015 | $55.88 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7222443 | 1/7/2015 | $80.79 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7222442 | 1/7/2015 | $34.87 |
| The Standard Register Company | The Standard Register Company | 1096649 | $5,442.48 | 2/19/2015 | 7267560 | 1/22/2015 | $86.29 |

**Totals:**    28 transfer(s),    $33,190.04