

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Patented Acquisition Corporation dba Think Patented** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 57984 | 9/10/2014 | $280.89 |
| The Standard Register Company | The Standard Register Company | 1073230 | $1,130.84 | 1/9/2015 | 58176 | 9/22/2014 | $818.00 |
| The Standard Register Company | The Standard Register Company | 1094196 | $4,755.91 | 2/3/2015 | 60192 | 12/11/2014 | $4,903.00 |
| The Standard Register Company | The Standard Register Company | 1094604 | $2,297.93 | 2/5/2015 | 60363 | 12/13/2014 | $2,369.00 |
| The Standard Register Company | The Standard Register Company | 1094910 | $34.97 | 2/5/2015 | 1073230UD | 9/22/2014 | $34.97 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 1094604UD | 12/13/2014 | $71.07 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 57760 | 8/30/2014 | $2,561.17 |
| The Standard Register Company | The Standard Register Company | 1073230 | $1,130.84 | 1/9/2015 | 58171 | 9/22/2014 | $347.81 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 57762 | 8/30/2014 | $732.00 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60686 | 12/31/2014 | $14,274.63 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 58329 | 9/26/2014 | $10,700.56 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 59371 | 10/31/2014 | $1,716.81 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60575 | 12/31/2014 | $13,289.00 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60682 | 12/31/2014 | $2,401.05 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60683 | 12/31/2014 | $1,972.32 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60684 | 12/31/2014 | $2,281.03 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 60685 | 12/31/2014 | $626.17 |
| The Standard Register Company | The Standard Register Company | 1099098 | $49,807.10 | 3/3/2015 | 57761 | 8/30/2014 | $414.95 |

Totals:     5 transfer(s),     $58,026.75