ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Tobay Printing Co., Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24639 | 12/17/2014 | $527.50 |
| The Standard Register Company | The Standard Register Company | 1090145 | $3,859.88 | 1/12/2015 | 24591 | 11/28/2014 | $4,141.00 |
| The Standard Register Company | The Standard Register Company | 1092908 | $7,072.09 | 2/3/2015 | 24605 | 12/8/2014 | $7,564.89 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24634 | 12/17/2014 | $797.98 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24635 | 12/17/2014 | $489.00 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24636 | 12/17/2014 | $512.50 |
| The Standard Register Company | The Standard Register Company | 1083753 | $1,971.01 | 12/15/2014 | 24536 | 10/31/2014 | $2,080.98 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24638 | 12/17/2014 | $856.50 |
| The Standard Register Company | The Standard Register Company | 1097524 | $4,848.24 | 3/2/2015 | 24709 | 12/31/2014 | $4,938.00 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24640 | 12/17/2014 | $565.00 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24641 | 12/17/2014 | $479.00 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24642 | 12/17/2014 | $522.50 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24643 | 12/17/2014 | $528.50 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24644 | 12/17/2014 | $1,817.05 |
| The Standard Register Company | The Standard Register Company | 1096597 | $9,667.90 | 2/17/2015 | 24673 | 12/23/2014 | $10,317.18 |
| The Standard Register Company | The Standard Register Company | 1095453 | $7,171.82 | 2/10/2015 | 24637 | 12/17/2014 | $538.50 |

**Totals:** **6 transfer(s),** **$34,590.94**