

| | | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Traction Sales and Marketing Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089542 | $20,900.00 | 1/21/2015 | 1002486USD | 10/31/2014 | $20,900.00 |
| The Standard Register Company | The Standard Register Company | 1081986 | $12,850.00 | 12/22/2014 | 1002445USD | 9/30/2014 | $12,850.00 |
| **Totals:** | | **2 transfer(s),** | **$33,750.00** | | | | |