

| | | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|---|

Defendant: **The Travelers Companies, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099873 | $5,038.00 | 3/9/2015 | 1795921 | 2/2/2015 | $1,125.00 |
| The Standard Register Company | The Standard Register Company | 1099873 | $5,038.00 | 3/9/2015 | 1795912 | 2/2/2015 | $3,913.00 |
| The Standard Register Company | The Standard Register Company | 1098943 | $8,551.00 | 3/2/2015 | 1789862 | 1/5/2015 | $8,551.00 |
| The Standard Register Company | The Standard Register Company | 1091811 | $2,335.00 | 1/26/2015 | 1789702 | 1/5/2015 | $2,335.00 |
| The Standard Register Company | The Standard Register Company | 1089544 | $10,888.00 | 1/5/2015 | 1783496 | 12/1/2014 | $10,888.00 |
| The Standard Register Company | The Standard Register Company | 1085120 | $12,148.00 | 12/16/2014 | 1778277 | 11/3/2014 | $12,148.00 |

Totals:     5 transfer(s),    $38,960.00