

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Vocalink, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140177 | 11/30/2014 | $364.97 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140243 | 11/30/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140129 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140135 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140140 | 11/30/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140141 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140146 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140148 | 11/30/2014 | $181.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140151 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140153 | 11/30/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140173 | 11/30/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140174 | 11/30/2014 | $378.29 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140126 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140176 | 11/30/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140125 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140182 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140197 | 11/30/2014 | $148.15 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140200 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140207 | 11/30/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140211 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140217 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140218 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140219 | 11/30/2014 | $467.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140220 | 11/30/2014 | $148.15 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140221 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140226 | 11/30/2014 | $153.94 |
| The Standard Register Company | The Standard Register Company | 1085130 | $8,299.47 | 12/16/2014 | 141491 | 11/6/2014 | $7,840.27 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140175 | 11/30/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140079 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1085130 | $8,299.47 | 12/16/2014 | 20140057 | 11/1/2014 | $1,083.89 |
| The Standard Register Company | The Standard Register Company | 1086571 | $348.75 | 12/26/2014 | 20140042 | 11/11/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1086571 | $348.75 | 12/26/2014 | 20140064 | 11/11/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1086571 | $348.75 | 12/26/2014 | 20140114 | 11/11/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1087683 | $595.08 | 12/30/2014 | 141261 | 8/27/2014 | $639.87 |
| The Standard Register Company | The Standard Register Company | 1088278 | $137.78 | 12/31/2014 | 20140163 | 11/18/2014 | $148.15 |
| The Standard Register Company | The Standard Register Company | 1088924 | $594.67 | 1/2/2015 | 20140103 | 11/21/2014 | $510.40 |
| The Standard Register Company | The Standard Register Company | 1088924 | $594.67 | 1/2/2015 | 20140107 | 11/11/2014 | $129.03 |
| The Standard Register Company | The Standard Register Company | 1088974 | $156.50 | 1/2/2015 | 141237 | 8/12/2014 | $156.50 |
| The Standard Register Company | The Standard Register Company | 1090324 | $340.69 | 1/12/2015 | 141548 | 9/30/2014 | $366.34 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140017 | 11/30/2014 | $211.14 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140127 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140040 | 11/30/2014 | $1,510.22 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140252 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140084 | 11/30/2014 | $129.03 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140090 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140095 | 11/30/2014 | $5,416.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140097 | 11/30/2014 | $767.25 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140106 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140109 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140110 | 11/30/2014 | $125.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140113 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140115 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140116 | 11/30/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140117 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140118 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140039 | 11/30/2014 | $1,456.55 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140321 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140237 | 11/30/2014 | $405.80 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140290 | 12/18/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140292 | 12/18/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140038 | 12/22/2014 | $688.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140293 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140300 | 12/22/2014 | $429.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140301 | 12/22/2014 | $275.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140303 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140304 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140310 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140311 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140286 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140313 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140285 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140323 | 12/22/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140249 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140269 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140276 | 12/23/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140314 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140332 | 12/23/2014 | $148.15 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140335 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140340 | 12/23/2014 | $852.23 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140342 | 12/23/2014 | $230.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140348 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140367 | 12/23/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140376 | 12/23/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1096227 | $2,252.46 | 2/10/2015 | 20140312 | 12/22/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140165 | 12/15/2014 | $4,102.74 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 20140254 | 11/30/2014 | $375.00 |
| The Standard Register Company | The Standard Register Company | 1090508 | $14,925.29 | 1/14/2015 | 2015 | 11/30/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1090873 | $1,606.52 | 1/15/2015 | 141327 | 8/27/2014 | $1,602.44 |
| The Standard Register Company | The Standard Register Company | 1090873 | $1,606.52 | 1/15/2015 | 20140086 | 11/11/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140048 | 11/11/2014 | $927.14 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140091 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140112A | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140122 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140122B | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140123 | 11/30/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1091760 | $1,538.81 | 1/23/2015 | 20140157 | 11/30/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140289 | 12/18/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140136 | 12/15/2014 | $412.50 |
| The Standard Register Company | The Standard Register Company | 1096621 | $2,292.81 | 2/12/2015 | 20140377 | 12/23/2014 | $205.00 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140228 | 12/15/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140230 | 12/15/2014 | $177.91 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140255 | 12/15/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140262 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140264 | 12/17/2014 | $156.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140265 | 12/17/2014 | $169.62 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140266 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140271 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140275 | 12/17/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140277 | 12/17/2014 | $534.60 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140281 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1095482 | $2,058.68 | 2/6/2015 | 20140282 | 12/17/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1094623 | $4,750.57 | 2/4/2015 | 20140037 | 12/15/2014 | $165.00 |

**Totals:** 14 transfer(s), $39,898.08