

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Duane Benik, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099069 | $11,569.30 | 3/5/2015 | 68 | 1/16/2015 | $4,992.06 |
| The Standard Register Company | The Standard Register Company | 1099069 | $11,569.30 | 3/5/2015 | 67 | 1/13/2015 | $6,577.24 |
| The Standard Register Company | The Standard Register Company | 1094252 | $4,981.73 | 2/6/2015 | 64 | 12/16/2014 | $4,981.73 |
| The Standard Register Company | The Standard Register Company | 1091799 | $10,055.80 | 1/29/2015 | 63 | 12/12/2014 | $10,055.80 |
| The Standard Register Company | The Standard Register Company | 1086305 | $22,260.94 | 12/31/2014 | 61 | 11/11/2014 | $11,555.86 |
| The Standard Register Company | The Standard Register Company | 1086305 | $22,260.94 | 12/31/2014 | 60 | 11/11/2014 | $10,705.08 |

**Totals:** 4 transfer(s), $48,867.77