

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Whitesell Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| | | 7010814 | $6,639.57 | 3/11/2015 | CD326263:12/30-12/31 | 1/2/2015 | $157.93 |
| | | 7010814 | $6,639.57 | 3/11/2015 | CD326263:12/1-12/29 | 1/2/2015 | $2,289.98 |
| | | 7010814 | $6,639.57 | 3/11/2015 | CD326262:12/30-12/31 | 1/2/2015 | $270.43 |
| | | 7010814 | $6,639.57 | 3/11/2015 | CD326262:12/1-12/29 | 1/2/2015 | $3,921.23 |
| The Standard Register Company | The Standard Register Company | 1090881 | $6,995.35 | 1/16/2015 | CD322624 | 12/1/2014 | $3,240.88 |
| The Standard Register Company | The Standard Register Company | 1090881 | $6,995.35 | 1/16/2015 | CD322623 | 12/1/2014 | $3,754.47 |
| The Standard Register Company | The Standard Register Company | 1086142 | $18,504.77 | 12/29/2014 | CD319045 | 11/3/2014 | $3,924.04 |
| The Standard Register Company | The Standard Register Company | 1086142 | $18,504.77 | 12/29/2014 | CD319044 | 11/3/2014 | $6,091.07 |
| The Standard Register Company | The Standard Register Company | 1086142 | $18,504.77 | 12/29/2014 | CD314736 | 10/1/2014 | $4,155.93 |
| The Standard Register Company | The Standard Register Company | 1086142 | $18,504.77 | 12/29/2014 | CD314735 | 10/1/2014 | $4,333.73 |

Totals:    3 transfer(s),    $32,139.69