

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |
|---|---|---|---|---|---|---|

| Defendant: | **Wilcon Corporation** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097086 | $10,562.45 | 2/20/2015 | 3548701 | 12/31/2014 | $1,744.31 |
| The Standard Register Company | The Standard Register Company | 1097086 | $10,562.45 | 2/20/2015 | 3547301 | 12/31/2014 | $4,136.94 |
| The Standard Register Company | The Standard Register Company | 1097086 | $10,562.45 | 2/20/2015 | 3545301 | 12/31/2014 | $93.81 |
| The Standard Register Company | The Standard Register Company | 1097086 | $10,562.45 | 2/20/2015 | 3545201 | 12/31/2014 | $2,628.91 |
| The Standard Register Company | The Standard Register Company | 1097086 | $10,562.45 | 2/20/2015 | 1547201 | 11/18/2014 | $1,958.48 |
| The Standard Register Company | The Standard Register Company | 1096231 | $1,850.40 | 2/10/2015 | 3547901 | 12/31/2014 | $695.40 |
| The Standard Register Company | The Standard Register Company | 1096231 | $1,850.40 | 2/10/2015 | 3545101 | 12/31/2014 | $1,155.00 |
| The Standard Register Company | The Standard Register Company | 1089578 | $20,938.34 | 1/6/2015 | 3540702 | 10/31/2014 | $1,733.62 |
| The Standard Register Company | The Standard Register Company | 1089578 | $20,938.34 | 1/6/2015 | 3540606 | 10/31/2014 | $11,822.24 |
| The Standard Register Company | The Standard Register Company | 1089578 | $20,938.34 | 1/6/2015 | 1546102 | 11/18/2014 | $7,382.48 |

| Totals: | 3 transfer(s), | $33,351.19 |
|---|---|---|