

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Zebra Technologies Corporation**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100636024 | 12/3/2014 | $45.57 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100649054 | 12/23/2014 | $38.18 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100639900 | 12/9/2014 | $314.15 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100639773 | 12/9/2014 | $646.24 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100639018 | 12/8/2014 | $63.78 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100638990 | 12/8/2014 | $478.99 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100638980 | 12/8/2014 | $2,700.00 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100640783 | 12/10/2014 | $38.18 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100636908 | 12/4/2014 | $222.06 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100640839 | 12/10/2014 | $1,620.00 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100635180 | 12/2/2014 | $90.87 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100635179 | 12/2/2014 | $688.54 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100635081 | 12/2/2014 | $83.74 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100635071 | 12/2/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100635024 | 12/2/2014 | $270.62 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100633869 | 12/1/2014 | $125.65 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100633768 | 12/1/2014 | $1,080.00 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100638844 | 12/8/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100644576 | 12/16/2014 | $170.16 |
| The Standard Register Company | The Standard Register Company | 7009160 | $1,357.67 | 12/12/2014 | 100618656 | 11/6/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100647277 | 12/19/2014 | $3,240.00 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100647231 | 12/19/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100647199 | 12/19/2014 | $540.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100647198 | 12/19/2014 | $182.50 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100646358 | 12/18/2014 | $362.29 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100639970 | 12/9/2014 | $333.87 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100645325 | 12/17/2014 | $239.05 |
| The Standard Register Company | The Standard Register Company | 7009642 | $636.75 | 1/5/2015 | 100632688 | 11/26/2014 | $38.21 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100644575 | 12/16/2014 | $1,350.00 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100644408 | 12/16/2014 | $270.62 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100644407 | 12/16/2014 | $1,350.00 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100644406 | 12/16/2014 | $173.88 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100642706 | 12/12/2014 | $270.62 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100642620 | 12/12/2014 | $182.50 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100641759 | 12/11/2014 | $166.67 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100646357 | 12/18/2014 | $181.14 |
| The Standard Register Company | The Standard Register Company | 7009421 | $1,233.84 | 12/26/2014 | 100623487 | 11/13/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626258 | 11/18/2014 | $528.84 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626257 | 11/18/2014 | $881.40 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626256 | 11/18/2014 | $881.39 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100604664 | 10/16/2014 | $270.66 |
| The Standard Register Company | The Standard Register Company | 7009421 | $1,233.84 | 12/26/2014 | 100624442 | 11/14/2014 | $265.29 |
| The Standard Register Company | The Standard Register Company | 7009421 | $1,233.84 | 12/26/2014 | 100624441 | 11/14/2014 | $156.70 |
| The Standard Register Company | The Standard Register Company | 7009750 | $9,695.80 | 1/13/2015 | 100633766 | 12/1/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7009421 | $1,233.84 | 12/26/2014 | 100624418 | 11/14/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626456 | 11/18/2014 | $63.82 |
| The Standard Register Company | The Standard Register Company | 7009354 | $188.59 | 12/23/2014 | 100622352 | 11/12/2014 | $125.72 |
| The Standard Register Company | The Standard Register Company | 7009354 | $188.59 | 12/23/2014 | 100621458 | 11/11/2014 | $62.87 |
| The Standard Register Company | The Standard Register Company | 7009302 | $129.46 | 12/22/2014 | 100620515 | 11/10/2014 | $38.21 |
| The Standard Register Company | The Standard Register Company | 7009302 | $129.46 | 12/22/2014 | 100620453 | 11/10/2014 | $91.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009217 | $810.00 | 12/16/2014 | 100619657 | 11/7/2014 | $810.00 |
| The Standard Register Company | The Standard Register Company | 7009160 | $1,357.67 | 12/12/2014 | 100618807 | 11/6/2014 | $273.07 |
| The Standard Register Company | The Standard Register Company | 7009160 | $1,357.67 | 12/12/2014 | 100618805 | 11/6/2014 | $409.60 |
| The Standard Register Company | The Standard Register Company | 7009421 | $1,233.84 | 12/26/2014 | 100624440 | 11/14/2014 | $45.60 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100628028 | 11/20/2014 | $38.21 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100649187 | 12/23/2014 | $50.95 |
| The Standard Register Company | The Standard Register Company | 7009600 | $1,560.65 | 1/2/2015 | 100631354 | 11/25/2014 | $675.00 |
| The Standard Register Company | The Standard Register Company | 7009600 | $1,560.65 | 1/2/2015 | 100630407 | 11/24/2014 | $83.50 |
| The Standard Register Company | The Standard Register Company | 7009600 | $1,560.65 | 1/2/2015 | 100630239 | 11/24/2014 | $802.15 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100629165 | 11/21/2014 | $166.73 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100629117 | 11/21/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100629115 | 11/21/2014 | $182.50 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626261 | 11/18/2014 | $467.54 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100628029 | 11/20/2014 | $540.00 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626264 | 11/18/2014 | $270.66 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100628000 | 11/20/2014 | $265.74 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100627999 | 11/20/2014 | $265.74 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100627341 | 11/19/2014 | $83.50 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626463 | 11/18/2014 | $333.99 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626462 | 11/18/2014 | $167.01 |
| The Standard Register Company | The Standard Register Company | 7009492 | $4,282.83 | 12/29/2014 | 100626461 | 11/18/2014 | $334.02 |
| The Standard Register Company | The Standard Register Company | 7009642 | $636.75 | 1/5/2015 | 100632798 | 11/26/2014 | $598.54 |
| The Standard Register Company | The Standard Register Company | 7009542 | $1,820.17 | 12/30/2014 | 100628976 | 11/21/2014 | $270.00 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100665947 | 1/23/2015 | $579.65 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100649016 | 12/23/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100668665 | 1/28/2015 | $178.67 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100668664 | 1/28/2015 | $268.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100667753 | 1/27/2015 | $270.78 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100666983 | 1/26/2015 | $682.67 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100666982 | 1/26/2015 | $63.94 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100668667 | 1/28/2015 | $446.67 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100665960 | 1/23/2015 | $312.15 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100668725 | 1/28/2015 | $222.26 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100665182 | 1/22/2015 | $171.57 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100664886 | 1/22/2015 | $259.25 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100663102 | 1/20/2015 | $270.78 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100663078 | 1/20/2015 | $147.24 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100662212 | 1/19/2015 | $950.40 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100662128 | 1/19/2015 | $333.35 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100662111 | 1/19/2015 | $712.80 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100666037 | 1/23/2015 | $831.60 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100671210 | 2/2/2015 | $90.87 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100674060 | 2/5/2015 | $45.86 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100674045 | 2/5/2015 | $276.38 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100674044 | 2/5/2015 | $38.47 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100674034 | 2/5/2015 | $1,408.04 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100672097 | 2/3/2015 | $38.47 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100672051 | 2/3/2015 | $712.80 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100668666 | 1/28/2015 | $178.67 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100672013 | 2/3/2015 | $1,188.00 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100661333 | 1/16/2015 | $74.47 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100671162 | 2/2/2015 | $74.47 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100671082 | 2/2/2015 | $45.57 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100671071 | 2/2/2015 | $880.69 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100671070 | 2/2/2015 | $182.50 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100670974 | 2/2/2015 | $557.34 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100670344 | 1/30/2015 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100669595 | 1/29/2015 | $712.80 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100672014 | 2/3/2015 | $475.20 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100652975 | 1/5/2015 | $1,188.00 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657043 | 1/9/2015 | $98.52 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100656917 | 1/9/2015 | $166.40 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100656010 | 1/8/2015 | $250.39 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100656009 | 1/8/2015 | $166.95 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100655006 | 1/7/2015 | $237.60 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100654150 | 1/6/2015 | $1,068.24 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100662110 | 1/19/2015 | $38.18 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100652978 | 1/5/2015 | $38.18 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657063 | 1/9/2015 | $40.77 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100652971 | 1/5/2015 | $880.69 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100651929 | 12/31/2014 | $502.84 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100651177 | 12/30/2014 | $166.68 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100651176 | 12/30/2014 | $333.34 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100650200 | 12/29/2014 | $1,581.12 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100650110 | 12/29/2014 | $880.69 |
| The Standard Register Company | The Standard Register Company | 7010192 | $12,693.05 | 2/3/2015 | 100649192 | 12/23/2014 | $269.61 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100653145 | 1/5/2015 | $63.94 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100659556 | 1/14/2015 | $880.69 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100675078 | 2/6/2015 | $335.04 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100661290 | 1/16/2015 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100661238 | 1/16/2015 | $880.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100660591 | 1/15/2015 | $273.75 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100660544 | 1/15/2015 | $464.23 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100660471 | 1/15/2015 | $91.25 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100660444 | 1/15/2015 | $181.15 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657061 | 1/9/2015 | $244.62 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100659590 | 1/14/2015 | $38.18 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657062 | 1/9/2015 | $356.86 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100658827 | 1/13/2015 | $163.34 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657810 | 1/12/2015 | $654.71 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657809 | 1/12/2015 | $475.20 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657749 | 1/12/2015 | $166.67 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657747 | 1/12/2015 | $104.05 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100657064 | 1/9/2015 | $63.94 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100662105 | 1/19/2015 | $45.57 |
| The Standard Register Company | The Standard Register Company | 7010757 | $22,054.41 | 3/9/2015 | 100659591 | 1/14/2015 | $270.78 |

**Totals:** **12 transfer(s),** **$56,463.22**