

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **J. Kemper Matt dba Dupli Envelope and Graphics** | | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614726 | 11/30/2014 | $65.40 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 614152 | 11/25/2014 | $261.56 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615422 | 11/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615421 | 11/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615420 | 11/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615405 | 11/30/2014 | $961.65 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615404 | 11/30/2014 | $2,681.00 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615274 | 11/30/2014 | $960.52 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615424 | 11/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614727 | 11/30/2014 | $81.95 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615434 | 11/30/2014 | $24.26 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614725 | 11/30/2014 | $37.26 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614724 | 11/30/2014 | $64.12 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614723 | 11/30/2014 | $36.50 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614722 | 11/30/2014 | $21.99 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614721 | 11/30/2014 | $30.39 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 614720 | 11/30/2014 | $21.99 |
| The Standard Register Company | The Standard Register Company | 1089775 | $285.02 | 1/9/2015 | 614622 | 11/26/2014 | $316.68 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 609859 | 10/31/2014 | $4,610.00 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615273 | 11/30/2014 | $1,391.84 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616340 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1093955 | $410.85 | 2/3/2015 | 616907 | 12/12/2014 | $56.72 |
| The Standard Register Company | The Standard Register Company | 1093955 | $410.85 | 2/3/2015 | 616906 | 12/12/2014 | $98.96 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093955 | $410.85 | 2/3/2015 | 616905 | 12/12/2014 | $18.75 |
| The Standard Register Company | The Standard Register Company | 1093955 | $410.85 | 2/3/2015 | 616904 | 12/12/2014 | $18.75 |
| The Standard Register Company | The Standard Register Company | 1093955 | $410.85 | 2/3/2015 | 616903 | 12/12/2014 | $254.70 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616344 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616343 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615423 | 11/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616341 | 12/10/2014 | $73.60 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 614151 | 11/25/2014 | $92.40 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616339 | 12/10/2014 | $159.20 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616338 | 12/10/2014 | $119.40 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616337 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616336 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1092733 | $228.01 | 2/2/2015 | 616076 | 12/8/2014 | $172.20 |
| The Standard Register Company | The Standard Register Company | 1092733 | $228.01 | 2/2/2015 | 615821 | 12/8/2014 | $23.20 |
| The Standard Register Company | The Standard Register Company | 1092733 | $228.01 | 2/2/2015 | 615820 | 12/8/2014 | $52.30 |
| The Standard Register Company | The Standard Register Company | 1090405 | $5,961.79 | 1/14/2015 | 615435 | 11/30/2014 | $24.26 |
| The Standard Register Company | The Standard Register Company | 1093544 | $531.90 | 2/3/2015 | 616342 | 12/10/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 611598 | 11/7/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 614324 | 11/25/2014 | $1,507.00 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612748 | 11/14/2014 | $119.40 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612747 | 11/14/2014 | $44.39 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612599 | 11/14/2014 | $23.10 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612389 | 11/13/2014 | $889.00 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612301 | 11/13/2014 | $347.60 |
| The Standard Register Company | The Standard Register Company | 1085147 | $597.21 | 12/16/2014 | 611721 | 11/10/2014 | $176.05 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612790 | 11/14/2014 | $77.09 |
| The Standard Register Company | The Standard Register Company | 1085147 | $597.21 | 12/16/2014 | 611719 | 11/10/2014 | $362.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612791 | 11/14/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 611597 | 11/7/2014 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610762 | 10/31/2014 | $265.06 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610672 | 10/31/2014 | $33.53 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610671 | 10/31/2014 | $21.99 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610670 | 10/31/2014 | $30.39 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610669 | 10/31/2014 | $22.79 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610427 | 10/31/2014 | $650.85 |
| The Standard Register Company | The Standard Register Company | 1083807 | $5,782.27 | 12/15/2014 | 610426 | 10/31/2014 | $144.40 |
| The Standard Register Company | The Standard Register Company | 1085147 | $597.21 | 12/16/2014 | 611720 | 11/10/2014 | $114.41 |
| The Standard Register Company | The Standard Register Company | 1088613 | $249.69 | 1/5/2015 | 613928 | 11/22/2014 | $200.43 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613966 | 11/24/2014 | $43.34 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613958 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613957 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613956 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613955 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613954 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613953 | 11/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612749 | 11/14/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1088613 | $249.69 | 1/5/2015 | 613929 | 11/22/2014 | $75.74 |
| The Standard Register Company | The Standard Register Company | 1095214 | $589.02 | 2/10/2015 | 617854 | 12/18/2014 | $535.54 |
| The Standard Register Company | The Standard Register Company | 1087968 | $2,497.33 | 1/5/2015 | 613378 | 11/19/2014 | $2,571.60 |
| The Standard Register Company | The Standard Register Company | 1087968 | $2,497.33 | 1/5/2015 | 613207 | 11/18/2014 | $79.10 |
| The Standard Register Company | The Standard Register Company | 1087968 | $2,497.33 | 1/5/2015 | 613206 | 11/18/2014 | $122.51 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612796 | 11/14/2014 | $23.24 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612795 | 11/14/2014 | $30.72 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612794 | 11/14/2014 | $21.99 |

J. Kemper Matt dba Dupli Envelope and Graphics (SRCDUP001)
Bankruptcy Case: SRC Liquidation Company

May 9, 2016                                    Exhibit A                                    P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612793 | 11/14/2014 | $59.36 |
| The Standard Register Company | The Standard Register Company | 1087271 | $1,120.65 | 12/30/2014 | 612792 | 11/14/2014 | $29.68 |
| The Standard Register Company | The Standard Register Company | 1089220 | $2,073.17 | 1/6/2015 | 613952 | 11/24/2014 | $159.20 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621025 | 1/15/2015 | $24.26 |
| The Standard Register Company | The Standard Register Company | 1094415 | $188.96 | 2/6/2015 | 617080 | 12/15/2014 | $206.52 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622238 | 1/23/2015 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622237 | 1/23/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622236 | 1/23/2015 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621943 | 1/21/2015 | $637.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621650 | 1/20/2015 | $300.08 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621399 | 1/19/2015 | $69.89 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622787 | 1/26/2015 | $99.98 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621058 | 1/15/2015 | $220.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622788 | 1/26/2015 | $93.53 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621024 | 1/15/2015 | $23.10 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620621 | 1/12/2015 | $397.02 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620449 | 1/9/2015 | $386.54 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620322 | 1/7/2015 | $140.20 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620321 | 1/7/2015 | $515.89 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620194 | 1/12/2015 | $20.11 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620193 | 1/12/2015 | $36.03 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620192 | 1/12/2015 | $20.11 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 621109 | 1/15/2015 | $271.82 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623041 | 1/28/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624378 | 1/31/2015 | $180.12 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624319 | 1/31/2015 | $46.25 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624318 | 1/31/2015 | $24.26 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624317 | 1/31/2015 | $82.06 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624064 | 1/31/2015 | $2,806.89 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623884 | 1/31/2015 | $790.59 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623883 | 1/31/2015 | $175.30 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622239 | 1/23/2015 | $73.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623042 | 1/28/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620188 | 1/9/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623040 | 1/28/2015 | $44.39 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623039 | 1/28/2015 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623038 | 1/28/2015 | $119.40 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623037 | 1/28/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623036 | 1/28/2015 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622840 | 1/26/2015 | $24.20 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622839 | 1/26/2015 | $73.78 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 622831 | 1/26/2015 | $33.48 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 623882 | 1/31/2015 | $200.55 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618368 | 12/22/2014 | $265.90 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618583 | 12/24/2014 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618582 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618581 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618580 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618579 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618554 | 12/24/2014 | $60.11 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 615608 | 11/30/2014 | $51.51 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620191 | 1/12/2015 | $145.38 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618383 | 12/22/2014 | $821.45 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618586 | 12/24/2014 | $39.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618069 | 12/22/2014 | $68.29 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618068 | 12/22/2014 | $37.21 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618067 | 12/22/2014 | $37.96 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618066 | 12/22/2014 | $33.49 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618065 | 12/22/2014 | $133.61 |
| The Standard Register Company | The Standard Register Company | 1096052 | $1,665.15 | 2/11/2015 | 618058 | 12/22/2014 | $411.08 |
| The Standard Register Company | The Standard Register Company | 1095214 | $589.02 | 2/10/2015 | 617855 | 12/18/2014 | $75.74 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 624379 | 1/31/2015 | $23.34 |
| The Standard Register Company | The Standard Register Company | 1096661 | $29.32 | 2/17/2015 | 612720 | 11/14/2014 | $29.32 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619246 | 12/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1095214 | $589.02 | 2/10/2015 | 617698 | 12/18/2014 | $36.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620187 | 1/9/2015 | $159.20 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620186 | 1/9/2015 | $119.40 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620185 | 1/9/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620184 | 1/9/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619725 | 12/30/2014 | $49.86 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619724 | 12/30/2014 | $30.35 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619723 | 12/30/2014 | $67.74 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618584 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619247 | 12/30/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618585 | 12/24/2014 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619058 | 12/30/2014 | $2,681.00 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618979 | 12/29/2014 | $173.58 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618591 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618590 | 12/24/2014 | $119.40 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618589 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618588 | 12/24/2014 | $119.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 618587 | 12/24/2014 | $39.80 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 620189 | 1/9/2015 | $79.60 |
| The Standard Register Company | The Standard Register Company | 1099986 | $12,070.23 | 3/10/2015 | 619709 | 12/30/2014 | $33.99 |
| **Totals:** | | 16 transfer(s), | $34,280.57 | | | | |