

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Earth Color, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22965 | $54,340.00 | 2/11/2015 | 618478 | 11/19/2014 | $54,340.00 |
| **Totals:** | **1 transfer(s),** | **$54,340.00** | | | | | |

Earth Color, LLC (SRCEAR002)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016                                    Exhibit A                                    P. 1