

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Eighth Floor Promotions, L.L.C.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532104 | 1/6/2015 | $1,569.39 |
| The Standard Register Company | The Standard Register Company | 1085338 | $1,206.51 | 12/23/2014 | 526162 | 11/7/2014 | $1,206.51 |
| The Standard Register Company | The Standard Register Company | 1085685 | $8,194.03 | 12/24/2014 | 526503 | 11/11/2014 | $1,137.33 |
| The Standard Register Company | The Standard Register Company | 1085685 | $8,194.03 | 12/24/2014 | 526958 | 11/14/2014 | $2,125.83 |
| The Standard Register Company | The Standard Register Company | 1085685 | $8,194.03 | 12/24/2014 | 527120 | 11/17/2014 | $1,788.32 |
| The Standard Register Company | The Standard Register Company | 1085685 | $8,194.03 | 12/24/2014 | 527121 | 11/17/2014 | $980.67 |
| The Standard Register Company | The Standard Register Company | 1085685 | $8,194.03 | 12/24/2014 | 527130 | 11/17/2014 | $2,161.88 |
| The Standard Register Company | The Standard Register Company | 1088618 | $1,283.85 | 1/6/2015 | 527694 | 11/20/2014 | $179.50 |
| The Standard Register Company | The Standard Register Company | 1088618 | $1,283.85 | 1/6/2015 | 527741 | 11/21/2014 | $1,104.35 |
| The Standard Register Company | The Standard Register Company | 1089223 | $2,106.47 | 1/7/2015 | 528202 | 11/25/2014 | $2,106.47 |
| The Standard Register Company | The Standard Register Company | 1091059 | $14,848.10 | 1/21/2015 | 528764 | 12/2/2014 | $7,919.20 |
| The Standard Register Company | The Standard Register Company | 1091059 | $14,848.10 | 1/21/2015 | 528765 | 12/2/2014 | $6,928.90 |
| The Standard Register Company | The Standard Register Company | 1083877 | $61.45 | 12/15/2014 | 523967 | 10/22/2014 | $61.45 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 531961 | 1/5/2015 | $1,409.80 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 535293 | 1/29/2015 | $793.20 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532155 | 1/7/2015 | $713.00 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532586 | 1/9/2015 | $189.70 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532600 | 1/9/2015 | $895.12 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532608 | 1/9/2015 | $2,167.92 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532619 | 1/9/2015 | $249.81 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532649 | 1/12/2015 | $3,794.78 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532696 | 1/12/2015 | $70.34 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532794 | 1/12/2015 | $101.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 532819 | 1/13/2015 | $5,469.25 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 533878 | 1/21/2015 | $929.20 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 534755 | 1/27/2015 | $8,458.31 |
| The Standard Register Company | The Standard Register Company | 1099268 | $26,990.88 | 3/10/2015 | 535049 | 1/28/2015 | $180.06 |
| The Standard Register Company | The Standard Register Company | 1095228 | $169.19 | 2/10/2015 | 530819 | 12/18/2014 | $169.19 |

**Totals:**   8 transfer(s),   $54,860.48