

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Envision Graphics, LLC dba Envision 3 LLC**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096918 | $1,477.11 | 2/18/2015 | CKRQ021315 | 2/13/2015 | $1,477.11 |
| The Standard Register Company | The Standard Register Company | 1095524 | $776.15 | 2/10/2015 | 16529 | 12/18/2014 | $817.00 |
| The Standard Register Company | The Standard Register Company | 1094783 | $11,682.01 | 2/10/2015 | 16492A | 12/16/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1094783 | $11,682.01 | 2/10/2015 | 16492 | 12/16/2014 | $11,371.94 |
| The Standard Register Company | The Standard Register Company | 1094783 | $11,682.01 | 2/10/2015 | 16491 | 12/16/2014 | $1,109.65 |
| The Standard Register Company | The Standard Register Company | 1094423 | $1,867.71 | 2/6/2015 | 16486 | 12/15/2014 | $2,008.30 |
| The Standard Register Company | The Standard Register Company | 1093170 | $1,220.73 | 2/3/2015 | 16373 | 12/9/2014 | $1,310.03 |
| The Standard Register Company | The Standard Register Company | 1090038 | $1,217.37 | 1/9/2015 | 16208 | 11/28/2014 | $1,309.00 |
| The Standard Register Company | The Standard Register Company | 1089227 | $2,664.55 | 1/6/2015 | 16185 | 11/25/2014 | $2,849.28 |
| The Standard Register Company | The Standard Register Company | 1087285 | $10,415.46 | 12/30/2014 | 16056 | 11/13/2014 | $7,040.20 |
| The Standard Register Company | The Standard Register Company | 1087285 | $10,415.46 | 12/30/2014 | 15854 | 10/30/2014 | $4,133.78 |
| The Standard Register Company | The Standard Register Company | 1085343 | $4,524.45 | 12/22/2014 | 16013 | 11/7/2014 | $4,865.00 |

**Totals:** 9 transfer(s), $35,845.54