

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Ennis, Inc. dba Falcon Business Forms Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59106 | 11/19/2014 | $159.92 |
| The Standard Register Company | The Standard Register Company | 1091989 | $203.11 | 2/17/2015 | 59172 | 12/4/2014 | $121.40 |
| The Standard Register Company | The Standard Register Company | 1091563 | $396.45 | 2/17/2015 | 39137 | 12/3/2014 | $426.30 |
| The Standard Register Company | The Standard Register Company | 1089785 | $171.77 | 1/12/2015 | 59141 | 11/26/2014 | $184.70 |
| The Standard Register Company | The Standard Register Company | 1089233 | $739.55 | 1/6/2015 | 59154 | 11/24/2014 | $54.00 |
| The Standard Register Company | The Standard Register Company | 1089233 | $739.55 | 1/6/2015 | 59153 | 11/24/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1089233 | $739.55 | 1/6/2015 | 59140 | 11/24/2014 | $95.50 |
| The Standard Register Company | The Standard Register Company | 1089233 | $739.55 | 1/6/2015 | 39131 | 11/24/2014 | $277.62 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59215 | 12/12/2014 | $233.88 |
| The Standard Register Company | The Standard Register Company | 1088632 | $210.45 | 1/5/2015 | 39017 | 11/20/2014 | $226.29 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39251 | 12/10/2014 | $964.50 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59105 | 11/19/2014 | $121.40 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59104 | 11/19/2014 | $168.56 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59103 | 11/19/2014 | $121.40 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59098 | 11/18/2014 | $149.00 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59096 | 11/19/2014 | $123.50 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59095 | 11/19/2014 | $86.50 |
| The Standard Register Company | The Standard Register Company | 1087985 | $2,481.48 | 1/5/2015 | 59047 | 11/19/2014 | $1,738.00 |
| The Standard Register Company | The Standard Register Company | 1089233 | $739.55 | 1/6/2015 | 39103 | 11/24/2014 | $332.10 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 39277 | 12/11/2014 | $46.50 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38608 | 10/31/2014 | $629.10 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59204 | 12/11/2014 | $121.40 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59203 | 12/11/2014 | $242.80 |

Ennis, Inc. dba Falcon Business Forms Inc. (SRCFAL001)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59202 | 12/11/2014 | $168.56 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59201 | 12/11/2014 | $239.88 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59200 | 12/11/2014 | $156.24 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59199 | 12/11/2014 | $72.50 |
| The Standard Register Company | The Standard Register Company | 1091989 | $203.11 | 2/17/2015 | 59173 | 12/4/2014 | $97.00 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 39281 | 12/11/2014 | $775.00 |
| The Standard Register Company | The Standard Register Company | 1092743 | $106.95 | 2/24/2015 | 59188 | 12/8/2014 | $115.00 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 39276 | 12/11/2014 | $69.75 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 39274A | 12/11/2014 | $294.60 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39282 | 12/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39280 | 12/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39279 | 12/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39278 | 12/10/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1093555 | $1,395.22 | 2/13/2015 | 39273A | 12/10/2014 | $404.00 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59091 | 11/17/2014 | $198.00 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59169 | 12/11/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38694 | 10/31/2014 | $44.25 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59100 | 11/17/2014 | $78.12 |
| The Standard Register Company | The Standard Register Company | 1084522 | $687.69 | 12/16/2014 | 59006 | 11/4/2014 | $79.96 |
| The Standard Register Company | The Standard Register Company | 1084522 | $687.69 | 12/16/2014 | 58972 | 11/4/2014 | $90.50 |
| The Standard Register Company | The Standard Register Company | 1084522 | $687.69 | 12/16/2014 | 38607 | 11/4/2014 | $228.00 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 58992 | 10/31/2014 | $81.56 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38698 | 10/31/2014 | $200.50 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38697 | 10/31/2014 | $157.05 |
| The Standard Register Company | The Standard Register Company | 1084522 | $687.69 | 12/16/2014 | 59024 | 11/4/2014 | $77.00 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38695 | 10/31/2014 | $42.48 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 38775 | 11/6/2014 | $161.40 |

Ennis, Inc. dba Falcon Business Forms Inc. (SRCFAL001)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016                                Exhibit A                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38693 | 10/31/2014 | $53.10 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38692 | 10/31/2014 | $28.32 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38691 | 10/31/2014 | $531.00 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38690 | 10/31/2014 | $70.80 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38689 | 10/31/2014 | $42.48 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38688 | 10/31/2014 | $53.10 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38687 | 10/31/2014 | $185.76 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38686 | 10/31/2014 | $260.00 |
| The Standard Register Company | The Standard Register Company | 1083535 | $2,945.28 | 12/12/2014 | 38696 | 10/31/2014 | $787.50 |
| The Standard Register Company | The Standard Register Company | 1085915 | $157.36 | 12/29/2014 | 59012 | 11/10/2014 | $169.20 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59216 | 12/12/2014 | $252.84 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59090 | 11/17/2014 | $270.00 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59089 | 11/13/2014 | $421.40 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59078 | 11/17/2014 | $127.50 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59077 | 11/17/2014 | $203.64 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59065 | 11/14/2014 | $739.20 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 38893 | 11/14/2014 | $168.72 |
| The Standard Register Company | The Standard Register Company | 1084522 | $687.69 | 12/16/2014 | 59011 | 11/4/2014 | $264.00 |
| The Standard Register Company | The Standard Register Company | 1086323 | $707.40 | 12/29/2014 | 38796 | 11/12/2014 | $376.25 |
| The Standard Register Company | The Standard Register Company | 1087293 | $2,163.66 | 1/2/2015 | 59099 | 11/17/2014 | $119.94 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59049 | 11/6/2014 | $60.70 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59034 | 11/6/2014 | $252.84 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59033 | 11/6/2014 | $319.84 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59028 | 11/6/2014 | $151.75 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59027 | 11/6/2014 | $121.40 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59026 | 11/6/2014 | $168.56 |
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 59025 | 11/6/2014 | $199.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084973 | $1,593.33 | 12/16/2014 | 38806 | 11/6/2014 | $276.90 |
| The Standard Register Company | The Standard Register Company | 1086323 | $707.40 | 12/29/2014 | 38872A | 11/12/2014 | $384.40 |
| The Standard Register Company | The Standard Register Company | 1096731 | $736.34 | 2/13/2015 | 4724801 | 2/4/2015 | $198.51 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4759189 | 2/11/2015 | $48.91 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4754951 | 2/9/2015 | $96.75 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4754942 | 2/9/2015 | $96.75 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4754937 | 2/9/2015 | $119.94 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4754934 | 2/9/2015 | $133.74 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4754315 | 2/10/2015 | $161.17 |
| The Standard Register Company | The Standard Register Company | 1096787 | $671.21 | 2/17/2015 | 4751060 | 2/10/2015 | $64.50 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59214 | 12/12/2014 | $77.50 |
| The Standard Register Company | The Standard Register Company | 1096731 | $736.34 | 2/13/2015 | 4738366 | 2/4/2015 | $425.35 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773193 | 2/20/2015 | $65.76 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 59363 | 1/7/2015 | $159.92 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 59329 | 1/8/2015 | $117.00 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 59328 | 1/8/2015 | $129.30 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 39598 | 1/8/2015 | $371.68 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 39556 | 1/7/2015 | $233.20 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 39555 | 1/7/2015 | $36.44 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 39554 | 1/7/2015 | $87.45 |
| The Standard Register Company | The Standard Register Company | 1096731 | $736.34 | 2/13/2015 | 4750642 | 2/5/2015 | $164.34 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773637 | 2/20/2015 | $129.00 |
| The Standard Register Company | The Standard Register Company | 1099286 | $2,098.91 | 3/4/2015 | 45901334 | 1/29/2015 | $246.90 |
| The Standard Register Company | The Standard Register Company | 1099135 | $150.10 | 3/4/2015 | 4781572 | 2/26/2015 | $161.40 |
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778530 | 2/25/2015 | $320.64 |
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778464 | 2/25/2015 | $714.35 |
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778391 | 2/25/2015 | $413.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778300 | 2/25/2015 | $222.90 |
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778196 | 2/25/2015 | $64.50 |
| The Standard Register Company | The Standard Register Company | 1096888 | $679.64 | 2/17/2015 | 4750938 | 2/11/2015 | $642.80 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773647 | 2/20/2015 | $129.00 |
| The Standard Register Company | The Standard Register Company | 1096888 | $679.64 | 2/17/2015 | 4763640 | 2/12/2015 | $88.00 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773628 | 2/20/2015 | $178.32 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773624 | 2/20/2015 | $159.92 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773617 | 2/20/2015 | $117.56 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773451 | 2/20/2015 | $219.11 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773447 | 2/20/2015 | $133.74 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773443 | 2/20/2015 | $319.84 |
| The Standard Register Company | The Standard Register Company | 1097479 | $1,405.44 | 2/26/2015 | 4773351 | 2/20/2015 | $59.00 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4742811 | 2/4/2015 | $1,523.10 |
| The Standard Register Company | The Standard Register Company | 1098957 | $1,678.18 | 3/4/2015 | 4778191 | 2/25/2015 | $64.50 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39549 | 12/30/2014 | $981.75 |
| The Standard Register Company | The Standard Register Company | 1096637 | $1,802.33 | 2/13/2015 | 39553 | 1/7/2015 | $803.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59250 | 12/19/2014 | $918.72 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59249 | 12/16/2014 | $344.40 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59213 | 12/18/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59212 | 12/18/2014 | $424.90 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59211 | 12/18/2014 | $255.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39552 | 12/30/2014 | $127.50 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59275 | 12/22/2014 | $89.16 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39550 | 12/30/2014 | $276.25 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59290 | 12/18/2014 | $181.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39448 | 12/18/2014 | $1,042.80 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39338 | 12/17/2014 | $215.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39331 | 12/23/2014 | $2,643.60 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39295 | 12/16/2014 | $300.90 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59246 | 12/12/2014 | $79.96 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59245 | 12/12/2014 | $89.16 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59218 | 12/12/2014 | $182.10 |
| The Standard Register Company | The Standard Register Company | 1093966 | $3,147.02 | 2/13/2015 | 59217 | 12/12/2014 | $156.24 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 39551 | 12/23/2014 | $85.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59341 | 12/31/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1099286 | $2,098.91 | 3/4/2015 | 45938858 | 2/18/2015 | $2,010.00 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4738697 | 2/4/2015 | $895.65 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4738616 | 2/4/2015 | $443.00 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4737581 | 2/4/2015 | $159.00 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4735468 | 2/4/2015 | $104.95 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4731624 | 2/4/2015 | $89.16 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4731623 | 2/4/2015 | $79.96 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59274 | 12/22/2014 | $64.50 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59342 | 12/31/2014 | $72.50 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 58645A | 2/4/2015 | $47.50 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59340 | 12/31/2014 | $89.16 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59325 | 12/24/2014 | $82.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59324 | 12/24/2014 | $97.50 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59316 | 12/30/2014 | $169.20 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59294 | 12/24/2014 | $149.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59293 | 12/24/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59292 | 12/24/2014 | $187.00 |
| The Standard Register Company | The Standard Register Company | 1094644 | $9,125.57 | 2/24/2015 | 59291 | 12/24/2014 | $189.00 |
| The Standard Register Company | The Standard Register Company | 1096244 | $3,189.65 | 2/10/2015 | 4729688 | 2/4/2015 | $73.02 |

**Totals:**     **25 transfer(s),**     **$38,644.09**