

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Clarke-Hook Corporation** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099990 | $1,518.35 | 3/11/2015 | CKRQ030215 | 3/2/2015 | $1,518.35 |
| The Standard Register Company | The Standard Register Company | 1098973 | $12,500.00 | 3/4/2015 | BOARD/CLARKE2015-FEB15-15 | 2/1/2015 | $12,500.00 |
| The Standard Register Company | The Standard Register Company | 1092519 | $12,500.00 | 2/2/2015 | BOARD/CLARKE2015-JAN15-15 | 1/1/2015 | $12,500.00 |
| The Standard Register Company | The Standard Register Company | 1090190 | $888.84 | 1/13/2015 | CKRQ122914 | 12/29/2014 | $888.84 |
| The Standard Register Company | The Standard Register Company | 1087727 | $12,500.00 | 1/2/2015 | BOARD/CLARKE-DEC14-14 | 12/1/2014 | $12,500.00 |
| **Totals:** | | **5 transfer(s),** | **$39,907.19** | | | | |