

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **ACCO Brands Corporation dba General Binding Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 313473 | 1/22/2015 | $585.00 |
| The Standard Register Company | The Standard Register Company | 21623 | $965.77 | 12/29/2014 | 2336098 | 11/21/2014 | $446.04 |
| The Standard Register Company | The Standard Register Company | 21623 | $965.77 | 12/29/2014 | 2335947 | 11/21/2014 | $141.53 |
| The Standard Register Company | The Standard Register Company | 21584 | $851.18 | 12/23/2014 | 2335072 | 11/19/2014 | $851.18 |
| The Standard Register Company | The Standard Register Company | 21397 | $8.76 | 12/19/2014 | 2332445 | 11/14/2014 | $8.76 |
| The Standard Register Company | The Standard Register Company | 21396 | $899.74 | 12/19/2014 | 2332704 | 11/14/2014 | $271.74 |
| The Standard Register Company | The Standard Register Company | 21396 | $899.74 | 12/19/2014 | 2332460 | 11/14/2014 | $628.00 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 304483 | 11/5/2014 | $351.00 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 2332072 | 11/12/2014 | $496.34 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 2331509 | 11/12/2014 | $29.76 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 2331371 | 11/12/2014 | $137.32 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 2331158 | 11/11/2014 | $290.18 |
| The Standard Register Company | The Standard Register Company | 21331 | $1,993.97 | 12/18/2014 | 2325422 | 10/30/2014 | $689.37 |
| The Standard Register Company | The Standard Register Company | 1087996 | $1,074.00 | 1/5/2015 | 2234646 | 5/8/2014 | $347.00 |
| The Standard Register Company | The Standard Register Company | 21086 | $1,072.76 | 12/12/2014 | 2328134 | 11/6/2014 | $179.08 |
| The Standard Register Company | The Standard Register Company | 21682 | $422.92 | 12/29/2014 | 2332287 | 11/13/2014 | $422.92 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2365261 | 1/22/2015 | $291.78 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2362585 | 1/16/2015 | $343.58 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2349777 | 12/16/2014 | $208.45 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2347998 | 12/11/2014 | $297.07 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2347732 | 12/11/2014 | $603.09 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2343613 | 12/4/2014 | $875.36 |
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2332954 | 11/14/2014 | $130.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099829 | $3,631.15 | 3/10/2015 | 2324030 | 10/29/2014 | $296.78 |
| The Standard Register Company | The Standard Register Company | 1095721 | $10,053.00 | 2/9/2015 | 309910 | 12/20/2014 | $10,053.00 |
| The Standard Register Company | The Standard Register Company | 1091801 | $271.22 | 1/26/2015 | 2298196 | 9/16/2014 | $271.22 |
| The Standard Register Company | The Standard Register Company | 1087996 | $1,074.00 | 1/5/2015 | 304373 | 11/4/2014 | $351.00 |
| The Standard Register Company | The Standard Register Company | 1087996 | $1,074.00 | 1/5/2015 | 2332706 | 11/14/2014 | $376.00 |
| The Standard Register Company | The Standard Register Company | 21086 | $1,072.76 | 12/12/2014 | 2328783 | 11/7/2014 | $893.68 |
| The Standard Register Company | The Standard Register Company | 22446 | $3,953.13 | 1/20/2015 | 2350048 | 12/16/2014 | $87.68 |
| The Standard Register Company | The Standard Register Company | 22981 | $735.69 | 2/6/2015 | 2364561 | 12/21/2014 | $734.06 |
| The Standard Register Company | The Standard Register Company | 22981 | $735.69 | 2/6/2015 | 2349636 | 12/16/2014 | $43.68 |
| The Standard Register Company | The Standard Register Company | 22967 | $716.68 | 2/6/2015 | 2243141 | 5/27/2014 | $278.68 |
| The Standard Register Company | The Standard Register Company | 22967 | $716.68 | 2/6/2015 | 2234045 | 5/7/2014 | $438.00 |
| The Standard Register Company | The Standard Register Company | 22966 | $1,492.62 | 2/6/2015 | 2347412 | 12/10/2014 | $1,492.62 |
| The Standard Register Company | The Standard Register Company | 22916 | $1,889.98 | 2/4/2015 | 2345556 | 12/5/2014 | $254.09 |
| The Standard Register Company | The Standard Register Company | 22916 | $1,889.98 | 2/4/2015 | 2345555 | 12/4/2014 | $1,635.89 |
| The Standard Register Company | The Standard Register Company | 22878 | $89.60 | 2/2/2015 | 2355284 | 12/30/2014 | $89.60 |
| The Standard Register Company | The Standard Register Company | 22877 | $889.92 | 2/3/2015 | 2355288 | 12/30/2014 | $172.81 |
| The Standard Register Company | The Standard Register Company | 22877 | $889.92 | 2/3/2015 | 2355134 | 12/30/2014 | $717.11 |
| The Standard Register Company | The Standard Register Company | 22561 | $301.18 | 1/26/2015 | 2352433 | 12/22/2014 | $301.18 |
| The Standard Register Company | The Standard Register Company | 22560 | $362.33 | 1/26/2015 | 2352252 | 12/22/2014 | $65.55 |
| The Standard Register Company | The Standard Register Company | 21623 | $965.77 | 12/29/2014 | 2336149 | 11/21/2014 | $378.20 |
| The Standard Register Company | The Standard Register Company | 22495 | $26.22 | 1/21/2015 | 2350890 | 12/17/2014 | $26.22 |
| The Standard Register Company | The Standard Register Company | 21624 | $204.16 | 12/29/2014 | 2335758 | 11/20/2014 | $204.16 |
| The Standard Register Company | The Standard Register Company | 22446 | $3,953.13 | 1/20/2015 | 2349666 | 12/16/2014 | $3,865.45 |
| The Standard Register Company | The Standard Register Company | 22405 | $2,910.42 | 1/20/2015 | 2349139 | 12/15/2014 | $581.85 |
| The Standard Register Company | The Standard Register Company | 22405 | $2,910.42 | 1/20/2015 | 2346741 | 12/9/2014 | $2,328.57 |
| The Standard Register Company | The Standard Register Company | 22278 | $49.17 | 1/13/2015 | 2347415 | 12/10/2014 | $49.17 |
| The Standard Register Company | The Standard Register Company | 22229 | $13.27 | 1/13/2015 | 2346387 | 12/8/2014 | $7.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22229 | $13.27 | 1/13/2015 | 2346386 | 12/8/2014 | $5.31 |
| The Standard Register Company | The Standard Register Company | 21933 | $369.42 | 1/5/2015 | 2348551 | 11/12/2014 | $312.00 |
| The Standard Register Company | The Standard Register Company | 21933 | $369.42 | 1/5/2015 | 2325376 | 11/29/2014 | $57.42 |
| The Standard Register Company | The Standard Register Company | 21852 | $501.68 | 12/30/2014 | 2338478 | 11/26/2014 | $501.68 |
| The Standard Register Company | The Standard Register Company | 21851 | $1,508.98 | 12/30/2014 | 2338472 | 11/26/2014 | $125.50 |
| The Standard Register Company | The Standard Register Company | 21851 | $1,508.98 | 12/30/2014 | 2337050 | 11/24/2014 | $1,076.58 |
| The Standard Register Company | The Standard Register Company | 21851 | $1,508.98 | 12/30/2014 | 2322585 | 11/26/2014 | $306.90 |
| The Standard Register Company | The Standard Register Company | 23203 | $1,403.81 | 2/13/2015 | 2352767 | 12/23/2014 | $1,403.81 |
| The Standard Register Company | The Standard Register Company | 22560 | $362.33 | 1/26/2015 | 2351487 | 12/19/2014 | $296.78 |

**Totals:** 29 transfer(s), $38,662.73