

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Genoa Business Forms, Inc.** | | | | | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | | | | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088647 | $1,461.96 | 1/5/2015 | 206867IN | 11/21/2014 | $1,041.01 |
| The Standard Register Company | The Standard Register Company | 1095724 | $811.42 | 2/10/2015 | 207451IN | 12/19/2014 | $291.13 |
| The Standard Register Company | The Standard Register Company | 1095724 | $811.42 | 2/10/2015 | 207450IN | 12/19/2014 | $116.45 |
| The Standard Register Company | The Standard Register Company | 1095724 | $811.42 | 2/10/2015 | 207449IN | 12/19/2014 | $454.16 |
| The Standard Register Company | The Standard Register Company | 1095248 | $799.12 | 2/9/2015 | 207419IN | 12/18/2014 | $213.24 |
| The Standard Register Company | The Standard Register Company | 1095248 | $799.12 | 2/9/2015 | 207418IN | 12/18/2014 | $640.76 |
| The Standard Register Company | The Standard Register Company | 1094794 | $680.08 | 2/10/2015 | 207352IN | 12/16/2014 | $361.41 |
| The Standard Register Company | The Standard Register Company | 1094794 | $680.08 | 2/10/2015 | 207351IN | 12/16/2014 | $368.07 |
| The Standard Register Company | The Standard Register Company | 1093186 | $770.52 | 2/2/2015 | 207192IN | 12/9/2014 | $825.08 |
| The Standard Register Company | The Standard Register Company | 1092755 | $692.09 | 1/30/2015 | 207172IN | 12/8/2014 | $96.05 |
| The Standard Register Company | The Standard Register Company | 1092755 | $692.09 | 1/30/2015 | 207171IN | 12/8/2014 | $647.28 |
| The Standard Register Company | The Standard Register Company | 1083551 | $1,640.28 | 12/12/2014 | 206369IN | 10/31/2014 | $1,758.01 |
| The Standard Register Company | The Standard Register Company | 1089256 | $448.16 | 1/6/2015 | 206931IN | 11/25/2014 | $479.63 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207555IN | 12/29/2014 | $270.43 |
| The Standard Register Company | The Standard Register Company | 1088647 | $1,461.96 | 1/5/2015 | 206842IN | 11/20/2014 | $522.97 |
| The Standard Register Company | The Standard Register Company | 1087998 | $851.69 | 1/2/2015 | 206776IN | 11/18/2014 | $913.82 |
| The Standard Register Company | The Standard Register Company | 1087319 | $481.54 | 12/30/2014 | 206653IN | 11/13/2014 | $515.07 |
| The Standard Register Company | The Standard Register Company | 1086340 | $504.34 | 12/29/2014 | 206624IN | 11/12/2014 | $539.33 |
| The Standard Register Company | The Standard Register Company | 1084983 | $972.71 | 12/16/2014 | 206484IN | 11/6/2014 | $1,018.53 |
| The Standard Register Company | The Standard Register Company | 1084545 | $6,809.48 | 12/16/2014 | 206544IN | 11/5/2014 | $905.55 |
| The Standard Register Company | The Standard Register Company | 1084545 | $6,809.48 | 12/16/2014 | 206543IN | 11/5/2014 | $378.10 |
| The Standard Register Company | The Standard Register Company | 1084545 | $6,809.48 | 12/16/2014 | 206472IN | 11/4/2014 | $813.77 |
| The Standard Register Company | The Standard Register Company | 1084545 | $6,809.48 | 12/16/2014 | 206449IN | 11/5/2014 | $4,610.30 |

Genoa Business Forms, Inc. (SRCGEN009)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084545 | $6,809.48 | 12/16/2014 | 206428IN | 11/4/2014 | $600.81 |
| The Standard Register Company | The Standard Register Company | 1090047 | $473.78 | 1/9/2015 | 207010IN | 11/28/2014 | $508.70 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208216IN | 1/27/2015 | $763.71 |
| The Standard Register Company | The Standard Register Company | ACH:13452 | $328.83 | 1/16/2015 | 207452IN | 12/19/2014 | $328.83 |
| The Standard Register Company | The Standard Register Company | ACH:13363 | $2,376.07 | 1/13/2015 | 207700IN | 12/31/2014 | $2,376.07 |
| The Standard Register Company | The Standard Register Company | ACH:13232 | $347.01 | 1/5/2015 | 206964in | 11/26/2014 | $354.09 |
| The Standard Register Company | The Standard Register Company | ACH:12736 | $323.44 | 12/12/2014 | 206565IN | 11/11/2014 | $323.44 |
| The Standard Register Company | The Standard Register Company | 23204 | $917.78 | 2/12/2015 | 207525IN | 12/26/2014 | $917.78 |
| The Standard Register Company | The Standard Register Company | 23127 | $2,577.73 | 2/10/2015 | 207796IN | 1/9/2015 | $698.75 |
| The Standard Register Company | The Standard Register Company | 23127 | $2,577.73 | 2/10/2015 | 207699IN | 1/6/2015 | $1,558.79 |
| The Standard Register Company | The Standard Register Company | 23127 | $2,577.73 | 2/10/2015 | 207674IN | 1/6/2015 | $320.19 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208341IN | 1/30/2015 | $1,461.33 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208340IN | 1/30/2015 | $1,448.76 |
| The Standard Register Company | The Standard Register Company | 1096469 | $658.48 | 2/17/2015 | 207501IN | 12/23/2014 | $708.04 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208315IN | 1/29/2015 | $956.00 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207127IN | 12/5/2014 | $1,727.99 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208127IN | 1/23/2015 | $173.06 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208126IN | 1/23/2015 | $452.06 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208091IN | 1/22/2015 | $482.79 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208090IN | 1/22/2015 | $471.08 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208040IN | 1/20/2015 | $660.29 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208039IN | 1/20/2015 | $278.28 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207940IN | 1/15/2015 | $294.57 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207770IN | 1/8/2015 | $695.93 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207769IN | 1/8/2015 | $1,018.18 |
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 207640IN | 12/31/2014 | $437.45 |
| The Standard Register Company | The Standard Register Company | ACH:13750 | $817.13 | 2/5/2015 | 207417IN | 12/18/2014 | $831.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099996 | $12,967.59 | 3/10/2015 | 208316IN | 1/29/2015 | $1,963.95 |
| **Totals:** | **23 transfer(s),** | **$38,711.23** | | | | | |