

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Gold Bond, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009626 | $2,962.93 | 1/5/2015 | 2711606 | 11/26/2014 | $58.92 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2715996 | 12/18/2014 | $315.05 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2715224 | 12/16/2014 | $209.84 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2715060 | 12/15/2014 | $159.98 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2714874 | 12/15/2014 | $621.64 |
| The Standard Register Company | The Standard Register Company | 7010091 | $1,119.56 | 1/30/2015 | 2714676 | 12/12/2014 | $939.56 |
| The Standard Register Company | The Standard Register Company | 7010091 | $1,119.56 | 1/30/2015 | 2714663 | 12/12/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 7010014 | $158.35 | 1/28/2015 | 2713866 | 12/9/2014 | $158.35 |
| The Standard Register Company | The Standard Register Company | 7009971 | $193.06 | 1/27/2015 | 2713563 | 12/8/2014 | $193.06 |
| The Standard Register Company | The Standard Register Company | 7009917 | $57.61 | 1/23/2015 | 2713093 | 12/5/2014 | $57.61 |
| The Standard Register Company | The Standard Register Company | 7009733 | $228.05 | 1/9/2015 | 2709612 | 11/17/2014 | $228.05 |
| The Standard Register Company | The Standard Register Company | 7009723 | $502.74 | 1/9/2015 | 2712060 | 11/30/2014 | $502.74 |
| The Standard Register Company | The Standard Register Company | 7009142 | $646.48 | 12/12/2014 | 2707086 | 11/6/2014 | $444.18 |
| The Standard Register Company | The Standard Register Company | 7009626 | $2,962.93 | 1/5/2015 | 2711608 | 11/26/2014 | $974.51 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2716372 | 12/19/2014 | $5,400.00 |
| The Standard Register Company | The Standard Register Company | 7009570 | $471.78 | 1/2/2015 | 2711512 | 11/25/2014 | $164.12 |
| The Standard Register Company | The Standard Register Company | 7009570 | $471.78 | 1/2/2015 | 2710949 | 11/24/2014 | $307.66 |
| The Standard Register Company | The Standard Register Company | 7009470 | $396.55 | 12/29/2014 | 2710348 | 11/19/2014 | $278.77 |
| The Standard Register Company | The Standard Register Company | 7009470 | $396.55 | 12/29/2014 | 2710103 | 11/18/2014 | $117.78 |
| The Standard Register Company | The Standard Register Company | 7009395 | $611.47 | 12/26/2014 | 2709503 | 11/17/2014 | $248.07 |
| The Standard Register Company | The Standard Register Company | 7009395 | $611.47 | 12/26/2014 | 2709380 | 11/14/2014 | $151.10 |
| The Standard Register Company | The Standard Register Company | 7009395 | $611.47 | 12/26/2014 | 2709185 | 11/13/2014 | $212.30 |
| The Standard Register Company | The Standard Register Company | 7009326 | $5,000.00 | 12/23/2014 | 2708548 | 11/12/2014 | $5,000.00 |

Gold Bond, Inc. (SRCGOL001)  
Bankruptcy Case: SRC Liquidation Company

May 9, 2016           Exhibit A           P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009195 | $695.45 | 12/16/2014 | 2707589 | 11/7/2014 | $253.50 |
| The Standard Register Company | The Standard Register Company | 7009195 | $695.45 | 12/16/2014 | 2707586 | 11/7/2014 | $284.11 |
| The Standard Register Company | The Standard Register Company | 7009195 | $695.45 | 12/16/2014 | 2707468 | 11/7/2014 | $157.84 |
| The Standard Register Company | The Standard Register Company | 7009142 | $646.48 | 12/12/2014 | 2707283 | 11/6/2014 | $202.30 |
| The Standard Register Company | The Standard Register Company | 7009626 | $2,962.93 | 1/5/2015 | 2711796 | 11/26/2014 | $1,929.50 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2718947 | 1/9/2015 | $122.21 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2724631 | 1/31/2015 | $1,206.31 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2724534 | 1/31/2015 | $147.41 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2724365 | 1/31/2015 | $103.08 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2723785 | 1/30/2015 | $172.07 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2722898 | 1/27/2015 | $115.69 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2722424 | 1/26/2015 | $506.39 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2721767 | 1/22/2015 | $457.43 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2721648 | 1/22/2015 | $419.10 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2721429 | 1/21/2015 | $128.70 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2720348 | 1/16/2015 | $312.59 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2720003 | 1/15/2015 | $276.60 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2719688 | 1/14/2015 | $432.50 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2716152 | 12/18/2014 | $158.35 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2719035 | 1/12/2015 | $251.58 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2716209 | 12/18/2014 | $1,411.50 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2718797 | 1/9/2015 | $309.90 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2718779 | 1/9/2015 | $309.90 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2718431 | 1/7/2015 | $269.59 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2717953 | 1/5/2015 | $146.01 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2717948 | 1/5/2015 | $225.65 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2717896 | 1/5/2015 | $602.65 |

Transfers During Preference Period

Gold Bond, Inc. (SRCGOL001)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2717887 | 1/5/2015 | $358.50 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | S203285 | 12/17/2014 | $34.77 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2717384 | 12/26/2014 | $181.50 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2717226 | 12/23/2014 | $320.45 |
| The Standard Register Company | The Standard Register Company | 7010161 | $9,373.82 | 2/2/2015 | 2716677 | 12/22/2014 | $560.74 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2724711 | 1/31/2015 | $227.32 |
| The Standard Register Company | The Standard Register Company | 7010723 | $7,744.61 | 3/5/2015 | 2719292 | 1/13/2015 | $643.43 |

**Totals:    15 transfer(s),    $30,162.46**