

| | 2600 Eagan Woods Dr, Suite 400 St. Paul, MN 55121 651-406-9665 | 151 West 46th Street, 4th Floor New York, NY 10036 212-267-7342 |
|---|---|---|

Defendant: **GRAPHIC MAILERS, INC.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40917 | 1/15/2015 | $495.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40700 | 1/8/2015 | $1,200.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40707 | 1/19/2015 | $195.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40720 | 1/9/2015 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40721 | 1/9/2015 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40792 | 1/12/2015 | $760.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40795 | 1/12/2015 | $47.44 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40812 | 1/13/2015 | $49.56 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40813 | 1/13/2015 | $52.36 |
| The Standard Register Company | The Standard Register Company | 1093994 | $3,167.58 | 2/5/2015 | 40229 | 12/12/2014 | $3,160.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40898 | 1/14/2015 | $40.04 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40677 | 1/7/2015 | $1,375.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40918 | 1/15/2015 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40919 | 1/15/2015 | $53.10 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40922 | 1/15/2015 | $875.76 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40984 | 1/16/2015 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 41038 | 1/19/2015 | $310.76 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38438 | 10/22/2014 | $550.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38457 | 10/23/2014 | $350.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38458 | 10/23/2014 | $248.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38474 | 10/24/2014 | $815.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40821 | 1/13/2015 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1096078 | $379.12 | 2/17/2015 | 40494 | 12/22/2014 | $234.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093994 | $3,167.58 | 2/5/2015 | 40230 | 12/12/2014 | $246.00 |
| The Standard Register Company | The Standard Register Company | 1094444 | $844.44 | 2/17/2015 | 40320 | 12/15/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1094444 | $844.44 | 2/17/2015 | 40321 | 12/15/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1094444 | $844.44 | 2/17/2015 | 40329 | 12/15/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1094444 | $844.44 | 2/17/2015 | 40330 | 12/15/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1095258 | $1,798.11 | 2/17/2015 | 40354 | 12/17/2014 | $365.00 |
| The Standard Register Company | The Standard Register Company | 1095258 | $1,798.11 | 2/17/2015 | 40392 | 12/17/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1095258 | $1,798.11 | 2/17/2015 | 40409 | 12/18/2014 | $1,285.36 |
| The Standard Register Company | The Standard Register Company | 1095258 | $1,798.11 | 2/17/2015 | 40425 | 12/18/2014 | $104.93 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40699 | 1/8/2015 | $105.26 |
| The Standard Register Company | The Standard Register Company | 1096078 | $379.12 | 2/17/2015 | 39113 | 11/12/2014 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40679 | 1/7/2015 | $2,906.99 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40544 | 12/29/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40595 | 12/31/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40599 | 12/31/2014 | $59.56 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40600 | 12/31/2014 | $58.21 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40601 | 12/31/2014 | $58.21 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40603 | 12/31/2014 | $724.85 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40606 | 12/31/2014 | $44.00 |
| The Standard Register Company | The Standard Register Company | 1097249 | $10,501.01 | 2/26/2015 | 40644 | 1/5/2015 | $235.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38486 | 10/24/2014 | $59.20 |
| The Standard Register Company | The Standard Register Company | 1095258 | $1,798.11 | 2/17/2015 | 40426 | 12/18/2014 | $106.02 |
| The Standard Register Company | The Standard Register Company | 1091079 | $232.94 | 1/26/2015 | 39577 | 12/2/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38484 | 10/24/2014 | $56.93 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39288 | 11/19/2014 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1088658 | $130.20 | 1/9/2015 | 39232 | 11/18/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1089263 | $2,410.00 | 1/9/2015 | 39376 | 11/24/2014 | $1,577.00 |

Transfers During Preference Period

Graphic Mailers, Inc. (SRCGRA013)
Bankruptcy Case: SRC Liquidation Company
May 9, 2016

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089263 | $2,410.00 | 1/9/2015 | 39440 | 11/24/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1089263 | $2,410.00 | 1/9/2015 | 39441 | 11/24/2014 | $248.00 |
| The Standard Register Company | The Standard Register Company | 1089263 | $2,410.00 | 1/9/2015 | 39444 | 11/24/2014 | $85.60 |
| The Standard Register Company | The Standard Register Company | 1089263 | $2,410.00 | 1/9/2015 | 39448 | 11/24/2014 | $460.00 |
| The Standard Register Company | The Standard Register Company | 1090739 | $593.34 | 1/26/2015 | 39538 | 12/1/2014 | $468.00 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39240 | 11/18/2014 | $235.00 |
| The Standard Register Company | The Standard Register Company | 1091079 | $232.94 | 1/26/2015 | 39569 | 12/2/2014 | $114.39 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39239 | 11/18/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1091580 | $106.95 | 1/30/2015 | 39594 | 12/3/2014 | $115.00 |
| The Standard Register Company | The Standard Register Company | 1092318 | $864.65 | 1/30/2015 | 35413 | 7/9/2014 | $331.19 |
| The Standard Register Company | The Standard Register Company | 1092318 | $864.65 | 1/30/2015 | 39756 | 12/5/2014 | $596.11 |
| The Standard Register Company | The Standard Register Company | 1092765 | $1,264.85 | 2/5/2015 | 39992 | 12/8/2014 | $58.02 |
| The Standard Register Company | The Standard Register Company | 1092765 | $1,264.85 | 2/5/2015 | 39994 | 12/8/2014 | $336.36 |
| The Standard Register Company | The Standard Register Company | 1092765 | $1,264.85 | 2/5/2015 | 40010 | 12/8/2014 | $671.63 |
| The Standard Register Company | The Standard Register Company | 1092765 | $1,264.85 | 2/5/2015 | 40011 | 12/8/2014 | $52.91 |
| The Standard Register Company | The Standard Register Company | 1092765 | $1,264.85 | 2/5/2015 | 40061 | 12/8/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1093571 | $651.93 | 2/5/2015 | 40078 | 12/10/2014 | $246.00 |
| The Standard Register Company | The Standard Register Company | 1090739 | $593.34 | 1/26/2015 | 39561 | 12/1/2014 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1085362 | $165.26 | 12/24/2014 | 38888 | 11/7/2014 | $58.79 |
| The Standard Register Company | The Standard Register Company | 1093571 | $651.93 | 2/5/2015 | 40079 | 12/10/2014 | $455.00 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38489 | 10/24/2014 | $69.68 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38491 | 10/24/2014 | $1,231.10 |
| The Standard Register Company | The Standard Register Company | 1082186 | $640.77 | 12/12/2014 | 38603 | 10/27/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 1082186 | $640.77 | 12/12/2014 | 38604 | 10/27/2014 | $455.00 |
| The Standard Register Company | The Standard Register Company | 1083123 | $2,581.78 | 12/12/2014 | 38677 | 10/30/2014 | $1,738.62 |
| The Standard Register Company | The Standard Register Company | 1083123 | $2,581.78 | 12/12/2014 | 38706 | 10/30/2014 | $977.50 |
| The Standard Register Company | The Standard Register Company | 1083123 | $2,581.78 | 12/12/2014 | 38711 | 10/30/2014 | $46.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084988 | $523.59 | 12/22/2014 | 38864 | 11/6/2014 | $248.00 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39241 | 11/18/2014 | $220.00 |
| The Standard Register Company | The Standard Register Company | 1085362 | $165.26 | 12/24/2014 | 38887 | 11/7/2014 | $57.96 |
| The Standard Register Company | The Standard Register Company | 1081438 | $3,195.04 | 12/22/2014 | 38485 | 10/24/2014 | $52.02 |
| The Standard Register Company | The Standard Register Company | 1085362 | $165.26 | 12/24/2014 | 38889 | 11/7/2014 | $57.96 |
| The Standard Register Company | The Standard Register Company | 1086349 | $579.01 | 12/31/2014 | 36743 | 8/21/2014 | $493.09 |
| The Standard Register Company | The Standard Register Company | 1086349 | $579.01 | 12/31/2014 | 38245 | 10/15/2014 | $64.81 |
| The Standard Register Company | The Standard Register Company | 1086349 | $579.01 | 12/31/2014 | 38974 | 11/11/2014 | $58.21 |
| The Standard Register Company | The Standard Register Company | 1087330 | $1,984.77 | 12/31/2014 | 39126 | 11/13/2014 | $1,447.88 |
| The Standard Register Company | The Standard Register Company | 1087330 | $1,984.77 | 12/31/2014 | 39128 | 11/13/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1087330 | $1,984.77 | 12/31/2014 | 39130 | 11/13/2014 | $531.29 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39226 | 11/18/2014 | $66.71 |
| The Standard Register Company | The Standard Register Company | 1088009 | $987.78 | 1/9/2015 | 39237 | 11/18/2014 | $134.45 |
| The Standard Register Company | The Standard Register Company | 1084988 | $523.59 | 12/22/2014 | 38865 | 11/6/2014 | $315.00 |

**Totals:    21 transfer(s),    $33,603.12**