

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Hannaford & Dumas, Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096477 | $26,170.60 | 3/4/2015 | 114268A | 12/23/2014 | $26,980.00 |
| The Standard Register Company | The Standard Register Company | 1095264 | $2,910.00 | 2/17/2015 | 114435 | 12/18/2014 | $3,000.00 |
| The Standard Register Company | The Standard Register Company | 1094001 | $8,870.65 | 2/5/2015 | 114637 | 12/11/2014 | $1,150.00 |
| The Standard Register Company | The Standard Register Company | 1094001 | $8,870.65 | 2/5/2015 | 114268B | 12/11/2014 | $7,995.00 |
| The Standard Register Company | The Standard Register Company | 1091583 | $1,665.45 | 1/30/2015 | 113913 | 11/13/2014 | $1,710.00 |
| The Standard Register Company | The Standard Register Company | 1090420 | $4,069.15 | 1/21/2015 | 114268 | 11/30/2014 | $4,195.00 |
| The Standard Register Company | The Standard Register Company | 1084992 | $771.15 | 12/17/2014 | 113986 | 11/6/2014 | $795.00 |
| The Standard Register Company | The Standard Register Company | 1083890 | $1,637.36 | 12/16/2014 | 112211 | 9/23/2014 | $1,688.00 |
| The Standard Register Company | The Standard Register Company | 1083559 | $2,148.55 | 12/16/2014 | 113902 | 10/31/2014 | $2,215.00 |

Totals:        8 transfer(s),        $48,242.91