

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Certon Technologies, Inc. dba Har Adhesive Technologies**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095265 | $5,081.69 | 2/11/2015 | L33607 | 12/18/2014 | $5,081.69 |
| The Standard Register Company | The Standard Register Company | 1094002 | $1,061.74 | 2/4/2015 | L33472 | 12/11/2014 | $1,061.74 |
| The Standard Register Company | The Standard Register Company | 1092322 | $90.13 | 1/28/2015 | L33356 | 12/5/2014 | $90.13 |
| The Standard Register Company | The Standard Register Company | 1092005 | $12,449.90 | 1/28/2015 | L33319 | 12/4/2014 | $12,449.90 |
| The Standard Register Company | The Standard Register Company | 1086354 | $6,465.87 | 12/30/2014 | L32892 | 11/11/2014 | $6,465.87 |
| The Standard Register Company | The Standard Register Company | 1085368 | $5,997.73 | 12/24/2014 | L32833 | 11/7/2014 | $5,997.73 |
| The Standard Register Company | The Standard Register Company | 1084993 | $4,372.81 | 12/17/2014 | OL32753 | 11/6/2014 | $89.72 |
| The Standard Register Company | The Standard Register Company | 1084993 | $4,372.81 | 12/17/2014 | L32228 | 10/8/2014 | $4,283.09 |

**Totals:** 7 transfer(s), $35,519.87