

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **H.B. Fuller Company**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13195 | $13,360.04 | 1/5/2015 | 900041792 | 11/6/2014 | $13,360.04 |
| The Standard Register Company | The Standard Register Company | ACH:12971 | $46,335.93 | 12/23/2014 | 900039830 | 10/28/2014 | $46,335.93 |
| **Totals:** | | 2 transfer(s), | $59,695.97 | | | | |