IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. 1545 |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTOR'S THIRTEENTH (13TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

PLEASE TAKE NOTICE that on May 12, 2016, SRC Liquidation, LLC *f/k/a* The Standard Register Company, the above-captioned reorganized debtor, by and through its undersigned counsel, has delivered to Chambers courtesy copies of the proofs of claim (the "**Claims**"), along with all of the attachments, that are going forward and are subject of *Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1*, filed on April 22, 2016 [Docket No. 1545].

PLEASE TAKE FURTHER NOTICE that the Claims have been duly noticed for hearing before The Honorable Brendan L. Shannon on **May 26, 2016 at 9:30 a.m. (Eastern Time)**. Copies of the Claims may be requested from the undersigned counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

53142421.1

| | |
|---|---|
| Dated: May 12, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br><br> *-and -*<br><br>Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 262-6700<br>Facsimile:  (212) 262-7402<br><br> *-and-*<br><br>**POLSINELLI PC**<br><br>/s/ *Justin K. Edelson*<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to SRC Liquidation, LLC* |

53142421.1                                                    2