IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Hearing Date: May 26, 2016 at 9:30 a.m. (ET)**<br>**Response Deadline: April 20, 2016 at 4:00 p.m. (ET)**<br><br>Re: Docket No. **1520** |

**CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

The undersigned hereby certifies as follows:

1. On April 4, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1520] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as April 20, 2016 at 4:00 p.m. (ET) (the "Response Deadline").

2. Prior to the Response Deadline, SRI received the Response [Docket No. 1533; Filed: 4/11/16] of Zebra Technologies [Claim Nos. 466 and 519] to the Objection. This matter remains scheduled for hearing on May 26, 2016 at 9:30 a.m. (ET). Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim Nos. 466 and 519.

3. Also prior to the Response Deadline, SRI received the Response [Docket No. 1542;

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Filed: 4/18/16] of Mayer Enterprises Inc., dba BCT Houston/Dallas [Claim No. 146] to the Objection. This matter remains scheduled for hearing on May 26, 2016 at 9:30 a.m. (ET). Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 146.

4. Also prior to the Response Deadline, SRI received the Objection [Docket No. 1548] of Enterprise Printing and Products Corp. [Claim No. 61] to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim. This matter remains scheduled for hearing on May 26, 2016 at 9:30 a.m. (ET). Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 61.

5. Also prior to the Response Deadline, SRI received an informal response from Sierra Liquidity Funds, LLC-Assignee & Att-In-Fact for Formax – Assignor ("Sierra") [Claim No. 1642]. After discussion between the parties, Sierra informed SRI in writing that it would not oppose the relief sought in the Objection.

6. The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon except for the responses noted in paragraphs 2, 3, and 4 of this Certification.

7. WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Dated: May 12, 2016  
        Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY, MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Telephone: (612) 632-3009
Facsimile: (612) 632-4019
Facsimile: (612) 632-4009
Email: phillip.bohl@gpmlaw.com
Email: abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*