# EXHIBIT 1
# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. **1520** |

**ORDER SUSTAINING STANDARD REGISTER INC.'s THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of *Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1520](the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The objection is SUSTAINED as set forth herein.

2. The claims listed on Exhibit A are disallowed in their entirety as claims entitled to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy Code for the reasons set forth on Exhibit A.

3. The Modified General Unsecured Amounts listed on Exhibit A shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4. The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

6. SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
Wilmington, DE

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

**Exhibit A**
**Drop Ship Claims**

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | A AND E THE GRAPHICS COMPLEX | 1314 | $ 9,749.99 | $ 11,372.77 | $0.00 | $11,372.77 | Goods shipped directly to customer |
| 2 | Alphabroder | 1776 | $51,124.95 | $108,632.55 | $0.00 | $108,632.55 | Goods shipped directly to customer |
| 3 | AMERICAN ACCENTS | 789 | $124.89 | $574.13 | $0.00 | $574.13 | Goods shipped directly to customer |
| 4 | AMERICAN GRAPHICS | 429 | $5,521.49 | $17,755.60 | $0.00 | $17,755.60 | Goods shipped directly to customer |
| 5 | AMT DATASOUTH CORP | 832 | $1,360.78 | $3,603.62 | $0.00 | $3,603.62 | Goods shipped directly to customer |
| 6 | Apex Business Systems | 1778 | $104.70 | $159,084.97 | $0.00 | $159,084.97 | Goods shipped directly to customer |
| 7 | ARTCO DBA STYLART | 1566 | $1,370.28 | $3,988.41 | $0.00 | $3,988.41 | Goods shipped directly to customer |
| 8 | BALL PRO INC | 978 | $105.50 | $1,121.54 | $0.00 | $1,121.54 | Goods shipped directly to customer |
| 9 | BCG CREATIONS | 835 | $716.79 | $2,152.04 | $0.00 | $2,152.04 | Goods shipped directly to customer |
| 10 | BCT | 599 | $958.50 | $958.50 | $0.00 | $958.50 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 11 | BCT 3038- UPLAND | 1163 | $869.00 | $3,569.99 | $0.00 | $3,569.99 | Goods shipped directly to customer |
| 12 | BCT Illinois | 51 | $14,165.60 | $14,165.60 | $0.00 | $14,165.60 | Goods shipped directly to customer |
| 13 | BCT Laguna Hills | 1433 | $1,943.00 | $7,111.88 | $0.00 | $7,111.88 | Goods shipped directly to customer |
| 14 | COLUMBUS PRODUCTIONS INC | 879 | $495.24 | $5,705.59 | $0.00 | $5,705.59 | Goods shipped directly to customer |
| 15 | Columbus Productions, Inc. | 122 | $495.24 | $5,210.35 | $0.00 | $5,210.35 | Goods shipped directly to customer |
| 16 | Consortium Companies | 95 | $1,002.16 | $1,322.16 | $0.00 | $1,322.16 | Goods shipped directly to customer |
| 17 | Crazy Scrubs, Inc DBA Scrub Authority | 522 | $11,030.33 | $24,625.34 | $0.00 | $24,625.34 | Goods shipped directly to customer |
| 18 | Dahlgren Enterprises, Inc dba Crystal D | 281 | $660.47 | $4,136.97 | $0.00 | $4,136.97 | Goods shipped directly to customer |
| 19 | DG3 North America Inc. | 1021 | $34,535.60 | $96,455.44 | $0.00 | $61,919.84 | Goods shipped directly to customer |
| 20 | DG3 North America Inc. | 1763 | $34,535.60 | $34,535.60 | $0.00 | $34,535.60 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 21 | DGI INVISUALS, LLC | 734 | $1,918.40 | $6,166.30 | $0.00 | $6,166.30 | Goods shipped directly to customer |
| 22 | DISTINCTIVE DESIGNS 21, INC | 774 | $547.00 | $547.00 | $0.00 | $547.00 | Goods shipped directly to customer |
| 23 | Earth Color Inc. | 316 | $4,586.00 | $536,286.43 | $0.00 | $536,286.43 | Goods shipped directly to customer |
| 24 | Elliot Barry Company | 590 | $9,596.50 | $9,596.50 | $0.00 | $9,596.50 | Goods shipped directly to customer |
| 25 | ESSENCE PRINTING, INC. | 417 | $15,890.00 | $51,898.83 | $0.00 | $51,898.83 | Goods shipped directly to customer |
| 26 | FORMAX | 1609 | $0.00 | $9,175.25 | $0.00 | $9,175.25 | Goods shipped directly to customer |
| 27 | Forms Manufacturers, an affiliate of Ennis, Inc. | 1733 | $1,571.01 | $1,571.01 | $0.00 | $1,571.01 | Goods shipped directly to customer |
| 28 | Fruitridge Printing | 332 | $3,544.00 | $12,060.77 | $0.00 | $15,604.77 | Goods shipped directly to customer |
| 29 | G2 GRAPHICS - JEFFREY S. ROSE | 31 | $13,880.00 | $13,880.00 | $0.00 | $13,880.00 | Goods shipped directly to customer |
| 30 | GARY PLASTIC PACKAGING | 668 | $61,004.26 | $69,967.28 | $0.00 | $69,967.28 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 31 | Gemini Computers, Inc. | 55 | $842.24 | $5,107.79 | $0.00 | $5,107.79 | Goods shipped directly to customer |
| 32 | General Marketing Solutions LLC | 404 | $94,015.01 | $151,654.11 | $0.00 | $151,654.11 | Goods shipped directly to customer |
| 33 | General Marketing Solutions LLC | 490 | $94,015.01 | $151,654.11 | $0.00 | $151,654.11 | Goods shipped directly to customer |
| 34 | GENOA BUSINESS FORMS INC | 767 | $0.00 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 35 | GENOA BUSINESS FORMS INC | 979 | $11,100.98 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 36 | GENOA BUSINESS FORMS INC | 1080 | $11,100.98 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 37 | Gill Studios, Inc. | 1011 | $1,844.06 | $6,123.56 | $0.00 | $6,123.56 | Goods shipped directly to customer |
| 38 | GLJ, Inc DBA Mid-Nite Snax | 213 | $4,562.57 | $4,562.57 | $0.00 | $4,562.57 | Goods shipped directly to customer |
| 39 | Greenhaven Printing, Inc. | 737 | $1,629.00 | $28,442.24 | $0.00 | $28,442.24 | Goods shipped directly to customer |
| 40 | GREENHAVEN PRINTING, INC. | 1313 | $1,629.00 | $35,053.24 | $0.00 | $35,053.24 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 41 | Howlan, Inc. | 764 | $1,644.06 | $1,644.06 | $0.00 | $1,644.06 | Goods shipped directly to customer |
| 42 | HPI | 648 | $4,393.97 | $20,778.80 | $0.00 | $20,778.80 | Goods shipped directly to customer |
| 43 | Infoseal, LLC | 222 | $5,504.00 | $9,072.57 | $0.00 | $9,072.57 | Goods shipped directly to customer |
| 44 | James T. Doyle & Associates, LLC | 744 | $100.00 | $4,616.19 | $0.00 | $4,616.19 | Goods shipped directly to customer |
| 45 | JDJ Enterprises DBA APEXGRAPHIX | 526 | $30,913.81 | $30,913.81 | $0.00 | $30,913.81 | Goods shipped directly to customer |
| 46 | Jet Mail Services, Inc. | 655 | $1,066.92 | $12,428.75 | $0.00 | $12,428.75 | Goods shipped directly to customer |
| 47 | L + H SIGNS, INC | 598 | $23,295.86 | $57,954.10 | $0.00 | $57,954.10 | Goods shipped directly to customer |
| 48 | Labels West Inc. | 569 | $1,996.91 | $6,763.03 | $0.00 | $6,763.03 | Goods shipped directly to customer |
| 49 | LAKELAND SUPPLY INC | 882 | $799.46 | $1,598.92 | $0.00 | $1,598.92 | Goods shipped directly to customer |
| 50 | Landway International Corp. | 858 | $241.93 | $487.26 | $0.00 | $487.26 | Goods shipped directly to customer |

| | Claimant Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 51 | MEGAFORM COMPUTER PRODUCTS INC | 1233 | $734.64 | $3,196.34 | $0.00 | $3,196.34 | Goods shipped directly to customer |
| 52 | MERIDIAN DISPLAY | 1061 | $27,045.99 | $28,115.99 | $0.00 | $28,115.99 | Goods shipped directly to customer |
| 53 | Midland Information Resources Company | 722 | $1,318.03 | $9,341.64 | $0.00 | $9,341.64 | Goods shipped directly to customer |
| 54 | Mountain Gear dba Tri-Mountain | 445 | $9,087.27 | $9,087.27 | $0.00 | $9,087.27 | Goods shipped directly to customer |
| 55 | Mutual Engraving Co. Inc. | 613 | $204.00 | $340.00 | $0.00 | $340.00 | Goods shipped directly to customer |
| 56 | Pacific Western Sales | 1022 | $768.93 | $3,650.76 | $0.00 | $3,650.76 | Goods shipped directly to customer |
| 57 | Pictures and More, Inc D/B/A PICTURES PLUS LTD | 225 | $338.00 | $2,617.00 | $0.00 | $2,617.00 | Goods shipped directly to customer |
| 58 | PUNCH PRODUCTS USA | 891 | $1,753.51 | $1,753.51 | $0.00 | $1,753.51 | Goods shipped directly to customer |
| 59 | Quick Tech Graphics | 4 | $1,716.23 | $44,641.65 | $0.00 | $44,641.65 | Goods shipped directly to customer |
| 60 | Remke Printing, Inc. | 212 | $8,992.25 | $9,892.49 | $0.00 | $9,892.49 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 61 | SAPPHIRE PRINTING GROUP INC | 753 | $44,552.00 | $44,552.00 | $0.00 | $44,552.00 | Goods shipped directly to customer |
| 62 | Sierra Liquidity Fund, LLC- Assignee & Att-In-Fact for Formax - Assignor | 1642 | $4,672.00 | $4,672.00 | $0.00 | $4,672.00 | Goods shipped directly to customer |
| 63 | SIGNCRAFT SCREENPRINT INC | 831 | $2,471.58 | $9,109.83 | $0.00 | $9,109.83 | Goods shipped directly to customer |
| 64 | TFP DATA SYSTEMS | 1770 | $1,121.45 | $4,969.96 | $0.00 | $4,969.96 | Goods shipped directly to customer |
| 65 | TKO Print Solutions d/b/a Think PRint | 557 | $4,590.57 | $8,279.60 | $0.00 | $8,279.60 | Goods shipped directly to customer |
| 66 | TRADENET PUBLISHING INC | 1333 | $19,750.00 | $21,066.80 | $0.00 | $21,066.80 | Goods shipped directly to customer |
| 67 | UNIVERSAL AUTO FRAMES | 783 | $3,481.40 | $3,481.40 | $0.00 | $3,481.40 | Goods shipped directly to customer |
| 68 | Versa-Tags, Inc. | 228 | $10,155.16 | $26,174.39 | $0.00 | $26,174.39 | Goods shipped directly to customer |
| 69 | Waters Industries Inc. dba PantherVision | 50 | $261.00 | $1,287.24 | $0.00 | $1,287.24 | Goods shipped directly to customer |
| 70 | Waters Industries Inc. dba PantherVision | 438 | $0.00 | $1,026.24 | $0.00 | $1,026.24 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 71 | WHIRLEY INDUSTRIES | 1237 | $1,390.29 | $1,390.29 | $0.00 | $1,390.29 | Goods shipped directly to customer |
| 72 | Williamson-Dickie MFG. CO. | 747 | $1,043.43 | $6,588.43 | $0.00 | $6,588.43 | Goods shipped directly to customer |