# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Hearing Date: May 26, 2016 at 9:30 a.m. (ET)**<br>**Response Deadline: April 20, 2016 at 4:00 p.m. (ET)**<br><br>Re: Docket No. **1520** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM FOR STANDARD REGISTER INC.'S THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1 FOR HEARING ON MAY 26, 2016 AT 9:30 A.M. (ET)

PLEASE TAKE NOTICE that on May 12, 2016, counsel for Standard Register Inc. caused to be delivered to Chambers copies of the Proofs of Claim, along with all attachments thereto, that are the subject of the hearing scheduled for May 26, 2016 at 9:30 a.m. (ET) relating to the following claims objection:

1. **Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1** [Filed: 4/4/16; Docket No. 1520]

Copies of said Proofs of Claim may be requested from the undersigned counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| Dated: May 12, 2016<br>Wilmington, DE | **WERB & SULLIVAN**<br><br>*/s/ Matthew P. Austria*<br>Matthew P. Austria (DE No. 4827)<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br>(For courier: 19801)<br>Telephone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br>E-mail:  maustria@werbsullivan.com<br><br>-and-<br><br>**GRAY, PLANT, MOOTY,**<br>**MOOTY & BENNET, P.A.**<br>Phillip Bohl (MN No. 139191)<br>Abigail McGibbon (MN No. 393263)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 632-3019<br>Telephone:  (612) 632-3009<br>Facsimile:  (612) 632-4019<br>Facsimile:  (612) 632-4009<br>Email:  phillip.bohl@gpmlaw.com<br>Email:  abigail.mcgibbon@gpmlaw.com<br><br>*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.* |