

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|---|

Defendant: **Compumail Corp.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13241 | $496.26 | 1/5/2015 | 42605 | 12/11/2014 | $506.39 |
| The Standard Register Company | The Standard Register Company | ACH:13051 | $14.48 | 12/29/2014 | 42381UED | 10/23/2014 | $3.75 |
| The Standard Register Company | The Standard Register Company | ACH:13051 | $14.48 | 12/29/2014 | 42377UED | 10/23/2014 | $10.73 |
| The Standard Register Company | The Standard Register Company | 7009838 | $71.64 | 1/21/2015 | 7009381UD | 4/10/2014 | $71.64 |
| The Standard Register Company | The Standard Register Company | 7009759 | $272.34 | 1/13/2015 | 42685 | 12/15/2014 | $276.84 |
| The Standard Register Company | The Standard Register Company | 7009689 | $100.03 | 1/8/2015 | 7009230UD | 9/12/2014 | $100.03 |
| The Standard Register Company | The Standard Register Company | 7009381 | $7,823.69 | 12/26/2014 | 42525 | 11/28/2014 | $1,669.41 |
| The Standard Register Company | The Standard Register Company | 7009381 | $7,823.69 | 12/26/2014 | 42182 | 9/30/2014 | $3,255.72 |
| The Standard Register Company | The Standard Register Company | 7009381 | $7,823.69 | 12/26/2014 | 41142 | 4/10/2014 | $2,970.20 |
| The Standard Register Company | The Standard Register Company | 7009230 | $5,652.61 | 12/17/2014 | 42528 | 11/24/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7009230 | $5,652.61 | 12/17/2014 | 42338 | 10/1/2014 | $147.04 |
| The Standard Register Company | The Standard Register Company | 7009230 | $5,652.61 | 12/17/2014 | 42317 | 9/26/2014 | $2,487.80 |
| The Standard Register Company | The Standard Register Company | 7009230 | $5,652.61 | 12/17/2014 | 42252 | 9/12/2014 | $393.00 |
| The Standard Register Company | The Standard Register Company | 7009230 | $5,652.61 | 12/17/2014 | 42226 | 9/12/2014 | $2,474.80 |
| The Standard Register Company | The Standard Register Company | 7009175 | $146.57 | 12/16/2014 | 7009034UD | 11/4/2014 | $146.57 |

Totals:    8 transfer(s),    $14,577.62