

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099823 | $4,918.28 | 3/11/2015 | 237003 | 1/16/2015 | $852.50 |
| The Standard Register Company | The Standard Register Company | 1099823 | $4,918.28 | 3/11/2015 | 236908 | 1/12/2015 | $4,065.78 |
| The Standard Register Company | The Standard Register Company | 1092739 | $1,001.00 | 2/3/2015 | 236049 | 12/8/2014 | $1,001.00 |
| The Standard Register Company | The Standard Register Company | 1091558 | $7,043.50 | 1/27/2015 | 235892 | 12/3/2014 | $7,043.50 |
| The Standard Register Company | The Standard Register Company | 1089229 | $542.59 | 1/6/2015 | 235789 | 11/25/2014 | $542.59 |
| The Standard Register Company | The Standard Register Company | 1084098 | $1,221.00 | 12/16/2014 | 235276 | 11/3/2014 | $1,221.00 |

**Totals:**   5 transfer(s),   $14,726.37

Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc. (CSRCERN01)
Bankruptcy Case: SRC Liquidation Company

May 11, 2016                                          Exhibit A                                          P. 1