

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **J.S. McCarthy Co., Inc. dba J.S. McCarthy Printers** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13173 | $2,746.94 | 12/31/2014 | 127292 | 11/21/2014 | $1,445.00 |
| The Standard Register Company | The Standard Register Company | ACH:13173 | $2,746.94 | 12/31/2014 | 127291 | 11/21/2014 | $1,358.00 |
| The Standard Register Company | The Standard Register Company | 7010669 | $3,583.70 | 3/3/2015 | CKRQ022715 | 2/27/2015 | $3,583.70 |
| The Standard Register Company | The Standard Register Company | 7010342 | $1,984.03 | 2/10/2015 | 128629 | 12/23/2014 | $2,133.88 |
| The Standard Register Company | The Standard Register Company | 7010176 | $112.90 | 2/3/2015 | 1075609RB | 10/4/2014 | $112.90 |
| The Standard Register Company | The Standard Register Company | 7010095 | $7,611.20 | 1/30/2015 | 128271 | 12/12/2014 | $7,988.70 |
| The Standard Register Company | The Standard Register Company | 7009974 | $2,864.40 | 1/27/2015 | 124528 | 9/12/2014 | $3,080.00 |
| The Standard Register Company | The Standard Register Company | 7009178 | $407.36 | 12/16/2014 | CKRQ121614 | 12/16/2014 | $407.36 |

**Totals:**    7 transfer(s),    $19,310.53