

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **McNaughton & Gunn, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22970 | $4,291.11 | 2/11/2015 | 506384 | 12/15/2014 | $4,373.05 |
| The Standard Register Company | The Standard Register Company | 21288 | $11,203.99 | 12/15/2014 | 505544 | 10/30/2014 | $11,409.70 |
| The Standard Register Company | The Standard Register Company | 1095783 | $767.26 | 2/9/2015 | 58050 | 12/19/2014 | $813.19 |
| The Standard Register Company | The Standard Register Company | 1095329 | $461.98 | 2/9/2015 | 58003 | 12/18/2014 | $495.49 |
| The Standard Register Company | The Standard Register Company | 1094498 | $1,204.09 | 2/4/2015 | 57869 | 12/15/2014 | $561.16 |
| The Standard Register Company | The Standard Register Company | 1094498 | $1,204.09 | 2/4/2015 | 57853 | 12/15/2014 | $358.23 |
| The Standard Register Company | The Standard Register Company | 1094498 | $1,204.09 | 2/4/2015 | 57852 | 12/15/2014 | $366.41 |
| The Standard Register Company | The Standard Register Company | 1091616 | $1,308.53 | 1/26/2015 | 57514 | 12/3/2014 | $393.79 |
| The Standard Register Company | The Standard Register Company | 1091616 | $1,308.53 | 1/26/2015 | 57513 | 12/3/2014 | $606.90 |
| The Standard Register Company | The Standard Register Company | 1091616 | $1,308.53 | 1/26/2015 | 57499 | 12/3/2014 | $393.79 |
| The Standard Register Company | The Standard Register Company | 1088112 | $718.83 | 12/31/2014 | 57203 | 11/19/2014 | $758.29 |
| The Standard Register Company | The Standard Register Company | 1087439 | $630.28 | 12/29/2014 | 57146 | 11/17/2014 | $670.60 |
| The Standard Register Company | The Standard Register Company | 1084619 | $457.71 | 12/15/2014 | 56816 | 11/4/2014 | $1,831.23 |

**Totals:** 9 transfer(s), $21,043.78