

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Price Chopper Medical Wristbands, Inc. dba Medical ID Solutions** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096518 | $86.32 | 2/18/2015 | 44568 | 12/23/2014 | $86.32 |
| The Standard Register Company | The Standard Register Company | 1095784 | $3,215.43 | 2/18/2015 | 44557 | 12/19/2014 | $291.31 |
| The Standard Register Company | The Standard Register Company | 1095784 | $3,215.43 | 2/18/2015 | 44521 | 12/19/2014 | $800.10 |
| The Standard Register Company | The Standard Register Company | 1095784 | $3,215.43 | 2/18/2015 | 44520 | 12/19/2014 | $1,062.01 |
| The Standard Register Company | The Standard Register Company | 1095784 | $3,215.43 | 2/18/2015 | 44519 | 12/19/2014 | $1,062.01 |
| The Standard Register Company | The Standard Register Company | 1094066 | $6,228.10 | 2/18/2015 | 44445 | 12/11/2014 | $800.10 |
| The Standard Register Company | The Standard Register Company | 1094066 | $6,228.10 | 2/18/2015 | 44369 | 12/12/2014 | $4,607.28 |
| The Standard Register Company | The Standard Register Company | 1094066 | $6,228.10 | 2/18/2015 | 44361 | 12/12/2014 | $138.00 |
| The Standard Register Company | The Standard Register Company | 1094066 | $6,228.10 | 2/18/2015 | 42630 | 7/16/2014 | $151.71 |
| The Standard Register Company | The Standard Register Company | 1094066 | $6,228.10 | 2/18/2015 | 42574 | 7/11/2014 | $531.01 |
| The Standard Register Company | The Standard Register Company | 1093615 | $138.00 | 2/18/2015 | 43645 | 10/6/2014 | $138.00 |
| The Standard Register Company | The Standard Register Company | 1092815 | $3,250.56 | 2/18/2015 | 42172 | 6/6/2014 | $1,195.56 |
| The Standard Register Company | The Standard Register Company | 1092815 | $3,250.56 | 2/18/2015 | 41686 | 4/30/2014 | $2,055.00 |

**Totals:** 5 transfer(s), $12,918.41