

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Central National-Gottesman Inc. dba Lindenmeyr Munroe**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23032 | $2,516.58 | 2/10/2015 | 92974290 | 1/5/2015 | $2,516.58 |
| The Standard Register Company | The Standard Register Company | 22450 | $162.78 | 1/20/2015 | 92939067 | 12/16/2014 | $162.78 |
| The Standard Register Company | The Standard Register Company | 22332 | $78.26 | 1/20/2015 | 92931644 | 12/12/2014 | $78.26 |
| The Standard Register Company | The Standard Register Company | 22052 | $4,581.86 | 1/6/2015 | 92942611 | 12/1/2014 | $1,970.10 |
| The Standard Register Company | The Standard Register Company | 22052 | $4,581.86 | 1/6/2015 | 92923542 | 12/1/2014 | $641.66 |
| The Standard Register Company | The Standard Register Company | 22052 | $4,581.86 | 1/6/2015 | 92899366 | 12/2/2014 | $1,970.10 |
| The Standard Register Company | The Standard Register Company | 21504 | $264.78 | 12/23/2014 | 92866122 | 11/18/2014 | $512.82 |
| The Standard Register Company | The Standard Register Company | 21504 | $264.78 | 12/23/2014 | 92850113 | 11/12/2014 | $1,970.10 |
| The Standard Register Company | The Standard Register Company | 1099771 | $1,272.05 | 3/10/2015 | 93077236 | 2/12/2015 | $1,272.05 |
| The Standard Register Company | The Standard Register Company | 1097441 | $2,781.41 | 3/2/2015 | 93058723 | 2/2/2015 | $1,990.00 |
| The Standard Register Company | The Standard Register Company | 1097441 | $2,781.41 | 3/2/2015 | 93048107 | 2/2/2015 | $819.50 |
| The Standard Register Company | The Standard Register Company | 1087424 | $1,107.74 | 12/31/2014 | 92855224RI | 11/13/2014 | $1,142.00 |
| The Standard Register Company | The Standard Register Company | 1084141 | $890.94 | 12/15/2014 | 92822975RI | 11/3/2014 | $918.50 |

Totals:    9 transfer(s),    $13,656.40