

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Louisville Gas and Electric Company**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097463 | $6,796.68 | 3/2/2015 | 30000FE15 | 2/4/2015 | $6,796.68 |
| The Standard Register Company | The Standard Register Company | 1091424 | $6,642.29 | 1/26/2015 | 30000JA15 | 1/6/2015 | $6,642.29 |
| The Standard Register Company | The Standard Register Company | 1085192 | $6,116.47 | 12/22/2014 | 30000DE14 | 12/5/2014 | $6,116.47 |
| **Totals:** | **3 transfer(s),** | **$19,555.44** | | | | | |