

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Pad and Publication Assembly Corporation dba LRP&P Graphics** | | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089369 | $22,326.76 | 1/12/2015 | 27908 | 11/25/2014 | $23,011.09 |
| **Totals:** | **1 transfer(s),** | **$22,326.76** | | | | | |

Pad and Publication Assembly Corporation dba LRP&P Graphics (SRCLRP001)  
Bankruptcy Case: SRC Liquidation Company  
May 11, 2016                                    Exhibit A                                    P. 1