

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Management Analysis & Utilization, Inc. dba MAU Workforce Solutions** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100021 | $3,628.80 | 3/10/2015 | 492150 | 2/3/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1100021 | $3,628.80 | 3/10/2015 | 491701 | 1/27/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1100021 | $3,628.80 | 3/10/2015 | 490857 | 1/12/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1100021 | $3,628.80 | 3/10/2015 | 490674 | 1/6/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 493102 | 2/17/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 492723 | 2/10/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 491472 | 1/20/2015 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 490253 | 12/29/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 488713 | 12/2/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1099662 | $5,443.20 | 3/10/2015 | 487708 | 11/11/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1090540 | $2,721.60 | 1/13/2015 | 489831 | 12/22/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1090540 | $2,721.60 | 1/13/2015 | 489699 | 12/16/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1090540 | $2,721.60 | 1/13/2015 | 489190 | 12/10/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1089374 | $907.20 | 1/6/2015 | 488454 | 11/25/2014 | $907.20 |
| The Standard Register Company | The Standard Register Company | 1088110 | $907.20 | 1/6/2015 | 488158 | 11/18/2014 | $907.20 |

**Totals:**    5 transfer(s),    $13,608.00