

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **TeleNations, Inc. dba Media Tree Plastic Works**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086413 | $8,081.90 | 1/6/2015 | 42954 | 11/12/2014 | $8,081.90 |
| The Standard Register Company | The Standard Register Company | 1085795 | $5,068.13 | 1/6/2015 | 43023 | 11/21/2014 | $5,068.13 |
| **Totals:** | | **2 transfer(s),** | **$13,150.03** | | | | |