

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Metro Flex, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36928 | 10/28/2014 | $998.40 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 37021 | 11/7/2014 | $1,142.40 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 37000 | 11/7/2014 | $266.76 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 36999 | 11/7/2014 | $800.28 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 36998 | 11/7/2014 | $533.52 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 36992 | 11/7/2014 | $556.20 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 36906B | 11/7/2014 | $521.40 |
| The Standard Register Company | The Standard Register Company | 1090098 | $1,727.92 | 1/8/2015 | 36985 | 11/3/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1090098 | $1,727.92 | 1/8/2015 | 36976 | 11/3/2014 | $338.82 |
| The Standard Register Company | The Standard Register Company | 1090098 | $1,727.92 | 1/8/2015 | 36906 | 11/3/2014 | $1,354.10 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36959 | 10/29/2014 | $124.80 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36958 | 10/29/2014 | $249.60 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36855 | 10/24/2014 | $2,216.62 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36929 | 10/28/2014 | $249.20 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 37032 | 11/7/2014 | $715.12 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36927 | 10/28/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36926 | 10/28/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36899 | 10/29/2014 | $795.60 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36898 | 10/29/2014 | $265.20 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36889 | 10/29/2014 | $306.00 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36888 | 10/29/2014 | $1,836.00 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36887 | 10/29/2014 | $530.40 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36886 | 10/29/2014 | $265.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36885 | 10/29/2014 | $1,060.80 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36881 | 10/24/2014 | $262.08 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36880 | 10/24/2014 | $262.08 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36860 | 10/20/2014 | $603.20 |
| The Standard Register Company | The Standard Register Company | 1085732 | $10,812.38 | 12/22/2014 | 36930 | 10/28/2014 | $499.20 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37130 | 12/4/2014 | $307.43 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37381 | 1/23/2015 | $282.24 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37254 | 12/29/2014 | $294.29 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37240 | 12/29/2014 | $55.75 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37231 | 12/29/2014 | $331.54 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37224 | 12/17/2014 | $87.91 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37213 | 12/16/2014 | $577.87 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37188 | 12/12/2014 | $350.63 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37181 | 12/12/2014 | $430.78 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37165 | 12/12/2014 | $611.52 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37158 | 12/8/2014 | $727.85 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37141 | 12/4/2014 | $493.90 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37140 | 12/4/2014 | $512.40 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 37022 | 11/7/2014 | $571.20 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37131 | 12/4/2014 | $293.45 |
| The Standard Register Company | The Standard Register Company | 1091134 | $5,392.48 | 1/20/2015 | 37023 | 11/7/2014 | $285.60 |
| The Standard Register Company | The Standard Register Company | 1095786 | $1,104.35 | 2/9/2015 | 37110 | 11/26/2014 | $156.00 |
| The Standard Register Company | The Standard Register Company | 1095786 | $1,104.35 | 2/9/2015 | 37108 | 11/26/2014 | $873.60 |
| The Standard Register Company | The Standard Register Company | 1095786 | $1,104.35 | 2/9/2015 | 37092 | 11/26/2014 | $74.75 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37053 | 11/12/2014 | $56.00 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37050 | 11/12/2014 | $266.76 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37049 | 11/12/2014 | $285.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37048 | 11/12/2014 | $1,142.40 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37047 | 11/12/2014 | $571.20 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37045 | 11/12/2014 | $448.84 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37044 | 11/10/2014 | $397.06 |
| The Standard Register Company | The Standard Register Company | 1092374 | $3,358.21 | 1/27/2015 | 37035 | 11/10/2014 | $190.35 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 37382 | 1/23/2015 | $282.24 |
| The Standard Register Company | The Standard Register Company | 1099664 | $6,170.22 | 3/10/2015 | 3713102 | 12/8/2014 | $1,275.06 |

**Totals:** 6 transfer(s),  $28,565.56