

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Starburst Printing & Graphics, Inc.** | | | | | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | | | | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090306 | $110.16 | 1/16/2015 | 55738 | 12/9/2014 | $61.20 |
| The Standard Register Company | The Standard Register Company | 1083937 | $550.08 | 12/18/2014 | 55484 | 11/4/2014 | $590.80 |
| The Standard Register Company | The Standard Register Company | 1083937 | $550.08 | 12/18/2014 | 55562 | 11/11/2014 | $20.40 |
| The Standard Register Company | The Standard Register Company | 1085485 | $611.64 | 12/23/2014 | 55546 | 11/18/2014 | $279.60 |
| The Standard Register Company | The Standard Register Company | 1085485 | $611.64 | 12/23/2014 | 55563 | 11/18/2014 | $400.00 |
| The Standard Register Company | The Standard Register Company | 1086084 | $953.10 | 12/31/2014 | 55448 | 11/20/2014 | $1,059.00 |
| The Standard Register Company | The Standard Register Company | 1087608 | $73.44 | 12/31/2014 | 55658 | 11/24/2014 | $40.80 |
| The Standard Register Company | The Standard Register Company | 1087608 | $73.44 | 12/31/2014 | 55684 | 11/24/2014 | $40.80 |
| The Standard Register Company | The Standard Register Company | 1083724 | $675.90 | 12/15/2014 | 55495 | 11/10/2014 | $751.00 |
| The Standard Register Company | The Standard Register Company | 1090306 | $110.16 | 1/16/2015 | 55737 | 12/9/2014 | $40.80 |
| The Standard Register Company | The Standard Register Company | 22781 | $2,255.40 | 2/5/2015 | 55720 | 12/18/2014 | $2,300.00 |
| The Standard Register Company | The Standard Register Company | 1090306 | $110.16 | 1/16/2015 | 55739 | 12/9/2014 | $20.40 |
| The Standard Register Company | The Standard Register Company | 1091183 | $449.16 | 1/26/2015 | 55728 | 12/4/2014 | $499.07 |
| The Standard Register Company | The Standard Register Company | 21801 | $5,891.98 | 12/31/2014 | 55332 | 11/24/2014 | $1,053.00 |
| The Standard Register Company | The Standard Register Company | 21801 | $5,891.98 | 12/31/2014 | 55534 | 11/24/2014 | $1,288.00 |
| The Standard Register Company | The Standard Register Company | 21801 | $5,891.98 | 12/31/2014 | 55561 | 11/24/2014 | $531.00 |
| The Standard Register Company | The Standard Register Company | 21801 | $5,891.98 | 12/31/2014 | 55574 | 11/24/2014 | $3,140.00 |
| The Standard Register Company | The Standard Register Company | 21993 | $594.52 | 1/6/2015 | 55666 | 12/1/2014 | $606.25 |
| The Standard Register Company | The Standard Register Company | 22733 | $896.70 | 1/30/2015 | 55681 | 12/15/2014 | $915.00 |
| The Standard Register Company | The Standard Register Company | 1089508 | $18.36 | 1/9/2015 | 55723 | 12/4/2014 | $20.40 |

Totals:    12 transfer(s),    $13,080.44