

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **TurnKey Solutions Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22704 | $1,751.75 | 1/27/2015 | 64292 | 12/3/2014 | $1,787.50 |
| The Standard Register Company | The Standard Register Company | 22119 | $1,823.01 | 1/7/2015 | 64228 | 11/21/2014 | $1,857.03 |
| The Standard Register Company | The Standard Register Company | 1096607 | $666.31 | 2/17/2015 | 298 | 1/7/2015 | $713.13 |
| The Standard Register Company | The Standard Register Company | 1095885 | $396.01 | 2/11/2015 | 64488 | 12/19/2014 | $423.31 |
| The Standard Register Company | The Standard Register Company | 1089547 | $10,400.89 | 1/7/2015 | 64084 | 10/31/2014 | $10,529.47 |
| The Standard Register Company | The Standard Register Company | 1086121 | $403.39 | 12/31/2014 | 64081 | 11/10/2014 | $430.69 |
| The Standard Register Company | The Standard Register Company | 1085123 | $116.25 | 12/17/2014 | 63518A | 11/3/2014 | $125.00 |

**Totals:** 7 transfer(s), $15,557.61