

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Milano Worldwide Corp.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009357 | $12,000.00 | 12/23/2014 | 927896A | 11/5/2014 | $12,000.00 |
| The Standard Register Company | The Standard Register Company | 7009167 | $12,729.25 | 12/12/2014 | 927923 | 11/26/2014 | $12,729.25 |
| **Totals:** | | **2 transfer(s),** | **$24,729.25** | | | | |

Milano Worldwide Corp. (SRCMIL001)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1