

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Abel Womack, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096344 | $5,023.99 | 2/18/2015 | V141211265 | 12/23/2014 | $686.74 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110405 | 11/11/2014 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110435 | 11/11/2014 | $1,142.57 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110439 | 11/11/2014 | $737.28 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110924 | 11/20/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110925 | 11/20/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110927 | 11/20/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141111008 | 11/21/2014 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1091858 | $73.07 | 1/29/2015 | 141210278 | 12/4/2014 | $73.07 |
| The Standard Register Company | The Standard Register Company | 1092167 | $415.40 | 1/30/2015 | 141210367 | 12/5/2014 | $415.40 |
| The Standard Register Company | The Standard Register Company | 1093724 | $1,660.01 | 2/5/2015 | V141210753 | 12/12/2014 | $1,266.14 |
| The Standard Register Company | The Standard Register Company | 1093724 | $1,660.01 | 2/5/2015 | V141210754 | 12/12/2014 | $393.87 |
| The Standard Register Company | The Standard Register Company | 1090611 | $2,431.85 | 1/20/2015 | 141110404 | 11/11/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1096344 | $5,023.99 | 2/18/2015 | V141211263 | 12/23/2014 | $761.24 |
| The Standard Register Company | The Standard Register Company | 1099148 | $787.99 | 3/3/2015 | 15100030 | 1/2/2015 | $787.99 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV140910901 | 9/18/2014 | $328.05 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV140910902 | 9/18/2014 | $469.51 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV140910903 | 9/18/2014 | $1,072.70 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV140910905 | 9/18/2014 | $135.57 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV141010616 | 10/13/2014 | $152.01 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV141010617 | 10/13/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1097053 | $2,518.07 | 2/24/2015 | AV141010863 | 10/16/2014 | $262.23 |
| The Standard Register Company | The Standard Register Company | 1097497 | $2,615.46 | 3/3/2015 | 140910904 | 9/18/2014 | $1,789.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097497 | $2,615.46 | 3/3/2015 | 141110978 | 11/20/2014 | $393.87 |
| The Standard Register Company | The Standard Register Company | 1097497 | $2,615.46 | 3/3/2015 | 141111006 | 11/21/2014 | $103.64 |
| The Standard Register Company | The Standard Register Company | 1097497 | $2,615.46 | 3/3/2015 | 141111039 | 11/21/2014 | $328.05 |
| The Standard Register Company | The Standard Register Company | 1096344 | $5,023.99 | 2/18/2015 | 141210756 | 12/12/2014 | $3,576.01 |

**Totals:**     8 transfer(s),     $15,525.84