

|  | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|

Defendant: **Monument KPG III, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1080964 | $15,192.00 | 3/10/2015 | CKRQ112514 | 11/25/2014 | $15,192.00 |
| Totals: | 1 transfer(s), | $15,192.00 | | | | | |

Monument KPG III, LLC (SRCMON100)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1