

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Muller Martini Corp.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23493 | $1,260.00 | 3/3/2015 | 1600281-00 | 12/31/2014 | $1,260.00 |
| The Standard Register Company | The Standard Register Company | 22148 | $658.00 | 1/12/2015 | 1595371-00 | 11/10/2014 | $540.00 |
| The Standard Register Company | The Standard Register Company | 22148 | $658.00 | 1/12/2015 | 1595354-00 | 11/10/2014 | $118.00 |
| The Standard Register Company | The Standard Register Company | 22059 | $2,513.86 | 1/7/2015 | 203228 | 11/6/2014 | $800.00 |
| The Standard Register Company | The Standard Register Company | 22059 | $2,513.86 | 1/7/2015 | 1595046-00 | 11/6/2014 | $1,220.40 |
| The Standard Register Company | The Standard Register Company | 22059 | $2,513.86 | 1/7/2015 | 1594954-00 | 11/6/2014 | $1,373.15 |
| The Standard Register Company | The Standard Register Company | 22059 | $2,513.86 | 1/7/2015 | 1594764-00 | 11/5/2014 | $5.90 |
| The Standard Register Company | The Standard Register Company | 22059 | $2,513.86 | 1/7/2015 | 1594762-01 | 11/5/2014 | $171.37 |
| The Standard Register Company | The Standard Register Company | 21472 | $439.60 | 12/22/2014 | 1592704-00 | 10/23/2014 | $439.60 |
| The Standard Register Company | The Standard Register Company | 1099667 | $11,347.13 | 3/10/2015 | 160069900 | 12/10/2014 | $930.57 |
| The Standard Register Company | The Standard Register Company | 1099667 | $11,347.13 | 3/10/2015 | 159970500 | 12/4/2014 | $1,042.96 |
| The Standard Register Company | The Standard Register Company | 1099667 | $11,347.13 | 3/10/2015 | 159932400 | 12/2/2014 | $203.60 |
| The Standard Register Company | The Standard Register Company | 1099667 | $11,347.13 | 3/10/2015 | 159476202 | 12/10/2014 | $9,170.00 |
| The Standard Register Company | The Standard Register Company | 1088745 | $1,390.93 | 1/5/2015 | 159321900 | 10/27/2014 | $1,390.93 |
| The Standard Register Company | The Standard Register Company | 1087452 | $91.32 | 12/30/2014 | 159154700 | 10/23/2014 | $91.32 |
| **Totals:** | | **7 transfer(s),** | **$17,700.84** | | | | |

Muller Martini Corp. (SRCMUL001)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1