

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Advantage Inc. dba Advantage Utah**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67083 | 12/30/2014 | $1,063.92 |
| The Standard Register Company | The Standard Register Company | 1088985 | $1,727.32 | 1/6/2015 | 66863 | 11/25/2014 | $435.60 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66375 | 9/29/2014 | $1,754.02 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66376 | 9/29/2014 | $1,351.91 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66377 | 9/29/2014 | $683.93 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66378 | 9/29/2014 | $1,025.42 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66379 | 9/29/2014 | $2,624.33 |
| The Standard Register Company | The Standard Register Company | 1088985 | $1,727.32 | 1/6/2015 | 66847 | 11/24/2014 | $1,421.73 |
| The Standard Register Company | The Standard Register Company | 1093730 | $454.42 | 2/4/2015 | 66966 | 12/12/2014 | $488.62 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67251 | 1/28/2015 | $254.00 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67084 | 12/30/2014 | $698.20 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67085 | 12/30/2014 | $1,168.80 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67121 | 12/30/2014 | $5,675.88 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67137 | 1/6/2015 | $59.54 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67248 | 1/23/2015 | $347.26 |
| The Standard Register Company | The Standard Register Company | 1099319 | $9,607.74 | 3/10/2015 | 67250 | 1/27/2015 | $1,063.32 |
| The Standard Register Company | The Standard Register Company | 1089651 | $8,029.98 | 1/12/2015 | 66862 | 11/26/2014 | $1,131.73 |

**Totals:** **4 transfer(s),** **$19,819.46**

Advantage Inc. dba Advantage Utah (SRCADV018)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1