

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **AgencyAxis LLC** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090615 | $14,225.00 | 1/22/2015 | 11329 | 12/1/2014 | $7,000.00 |
| The Standard Register Company | The Standard Register Company | 1090615 | $14,225.00 | 1/22/2015 | 11328 | 12/1/2014 | $7,225.00 |
| The Standard Register Company | The Standard Register Company | 1083995 | $7,000.00 | 1/7/2015 | 11319 | 11/3/2014 | $7,000.00 |
| The Standard Register Company | The Standard Register Company | 1083835 | $7,225.00 | 1/7/2015 | 11318 | 11/1/2014 | $7,225.00 |

**Totals:**     3 transfer(s),     $28,450.00