

|  | 2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665 | 151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342 |

Defendant: **AlphaGraphics, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095556 | $87.40 | 2/10/2015 | 51573 | 12/31/2014 | $90.10 |
| The Standard Register Company | The Standard Register Company | 1088997 | $409.76 | 1/6/2015 | 51253 | 12/4/2014 | $422.43 |
| The Standard Register Company | The Standard Register Company | 1088356 | $74.89 | 1/6/2015 | 51314 | 12/1/2014 | $77.21 |
| The Standard Register Company | The Standard Register Company | 1085821 | $12,292.15 | 12/30/2014 | 50973 | 10/31/2014 | $12,656.86 |

**Totals:** 4 transfer(s), $12,864.20