

**ask** LLP ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Nashua Corporation** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 402644 | 9/30/2014 | $86.06 |
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428874RI | 12/16/2014 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1086426 | $467.50 | 12/29/2014 | 409731 | 10/22/2014 | $167.56 |
| The Standard Register Company | The Standard Register Company | 1084630 | $1,013.17 | 12/15/2014 | 415283RI | 11/5/2014 | $1,082.76 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 410966RI | 10/27/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 410944 | 10/22/2014 | $43.87 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 410943 | 10/27/2014 | $42.01 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 410287RI | 10/23/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 410261RI | 10/23/2014 | $2,512.67 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 409731RI | 10/22/2014 | $167.56 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 408818RI | 10/20/2014 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 408817RI | 10/20/2014 | $25.14 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 408813RI | 10/20/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1086426 | $467.50 | 12/29/2014 | 417068RI | 11/11/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 402645 | 10/1/2014 | $72.43 |
| The Standard Register Company | The Standard Register Company | 1086426 | $467.50 | 12/29/2014 | 417069RI | 11/11/2014 | $167.56 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 399511 | 9/23/2014 | $85.88 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 399510 | 9/25/2014 | $5,666.09 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 398564 | 9/23/2014 | $75.29 |
| The Standard Register Company | The Standard Register Company | 1096527 | $377.32 | 2/17/2015 | 431286RI | 12/23/2014 | $405.72 |
| The Standard Register Company | The Standard Register Company | 1095342 | $75.97 | 2/10/2015 | 429220RI | 12/17/2014 | $14.65 |
| The Standard Register Company | The Standard Register Company | 1095342 | $75.97 | 2/10/2015 | 429216RI | 12/17/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1095342 | $75.97 | 2/10/2015 | 429215RI | 12/17/2014 | $25.14 |

Nashua Corporation (SRCNAS002)  
Bankruptcy Case: SRC Liquidation Company

May 11, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428898RI | 12/16/2014 | $1,056.89 |
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428897RI | 12/16/2014 | $2,362.46 |
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428896RI | 12/16/2014 | $683.87 |
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428894RI | 12/16/2014 | $5,258.51 |
| The Standard Register Company | The Standard Register Company | 1094854 | $8,831.51 | 2/9/2015 | 428879RI | 12/16/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1083911 | $3,992.53 | 12/15/2014 | 408806RI | 10/20/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1091628 | $2,465.48 | 1/26/2015 | 425127RI | 12/3/2014 | $1,345.47 |
| The Standard Register Company | The Standard Register Company | 1094504 | $245.89 | 2/9/2015 | 428452RI | 12/15/2014 | $136.16 |
| The Standard Register Company | The Standard Register Company | 1094083 | $194.79 | 2/4/2015 | 428017RI | 12/12/2014 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1094083 | $194.79 | 2/4/2015 | 428007RI | 12/12/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1093624 | $163.63 | 2/4/2015 | 427149RI | 12/10/2014 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1093624 | $163.63 | 2/4/2015 | 427148 | 12/10/2014 | $25.14 |
| The Standard Register Company | The Standard Register Company | 1093624 | $163.63 | 2/4/2015 | 427058 | 12/10/2014 | $25.14 |
| The Standard Register Company | The Standard Register Company | 1093624 | $163.63 | 2/4/2015 | 427055RI | 12/10/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1093245 | $716.47 | 2/2/2015 | 427714RI | 12/9/2014 | $39.31 |
| The Standard Register Company | The Standard Register Company | 1093245 | $716.47 | 2/2/2015 | 426626RI | 12/9/2014 | $730.00 |
| The Standard Register Company | The Standard Register Company | 1092824 | $119.74 | 2/2/2015 | 426411RI | 12/8/2014 | $25.14 |
| The Standard Register Company | The Standard Register Company | 1092824 | $119.74 | 2/2/2015 | 426410RI | 12/8/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1092824 | $119.74 | 2/2/2015 | 426409RI | 12/8/2014 | $22.66 |
| The Standard Register Company | The Standard Register Company | 1086426 | $467.50 | 12/29/2014 | 410287 | 10/23/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1091628 | $2,465.48 | 1/26/2015 | 426275RI | 12/3/2014 | $76.46 |
| The Standard Register Company | The Standard Register Company | 1094504 | $245.89 | 2/9/2015 | 428457RI | 12/15/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1091628 | $2,465.48 | 1/26/2015 | 421488RI | 11/24/2014 | $156.99 |
| The Standard Register Company | The Standard Register Company | 1091628 | $2,465.48 | 1/26/2015 | 412706 | 10/30/2014 | $1,235.52 |
| The Standard Register Company | The Standard Register Company | 1090788 | $77.91 | 1/20/2015 | 424009RI | 12/1/2014 | $83.78 |
| The Standard Register Company | The Standard Register Company | 1089852 | $77.38 | 1/9/2015 | 426191RI | 11/26/2014 | $81.72 |
| The Standard Register Company | The Standard Register Company | 1089389 | $256.46 | 1/6/2015 | 422606RI | 11/25/2014 | $41.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089389 | $256.46 | 1/6/2015 | 421527RI | 11/24/2014 | $125.67 |
| The Standard Register Company | The Standard Register Company | 1089389 | $256.46 | 1/6/2015 | 421392 | 11/24/2014 | $104.96 |
| The Standard Register Company | The Standard Register Company | 1088748 | $38.96 | 1/9/2015 | 420423RI | 11/20/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1088127 | $463.76 | 1/2/2015 | 420002RI | 11/19/2014 | $41.89 |
| The Standard Register Company | The Standard Register Company | 1088127 | $463.76 | 1/2/2015 | 419984RI | 11/19/2014 | $205.44 |
| The Standard Register Company | The Standard Register Company | 1088127 | $463.76 | 1/2/2015 | 419461RI | 11/18/2014 | $251.34 |
| The Standard Register Company | The Standard Register Company | 1087455 | $233.74 | 12/31/2014 | 418930RI | 11/17/2014 | $251.34 |
| The Standard Register Company | The Standard Register Company | 1092824 | $119.74 | 2/2/2015 | 426408RI | 12/8/2014 | $37.96 |

**Totals:** 18 transfer(s), $19,812.21