

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **American Graphics Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25539 | 11/21/2014 | $192.54 |
| The Standard Register Company | The Standard Register Company | 1083374 | $614.03 | 12/15/2014 | 25421 | 10/31/2014 | $338.52 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25552 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25551 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25550 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25549 | 11/21/2014 | $192.54 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25548 | 11/21/2014 | $192.54 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25547 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25546 | 11/21/2014 | $378.52 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25545 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25544 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25543 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25542 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1091866 | $482.48 | 2/2/2015 | 25608 | 12/4/2014 | $364.76 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25540 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1091866 | $482.48 | 2/2/2015 | 25609 | 12/4/2014 | $150.32 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25538 | 11/21/2014 | $192.54 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25537 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25536 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25535 | 11/21/2014 | $781.80 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25534 | 11/21/2014 | $781.80 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25533 | 11/21/2014 | $394.70 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25532 | 11/21/2014 | $394.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25531 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25530 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25529 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25528 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1083839 | $257.64 | 12/15/2014 | 24123 | 2/14/2014 | $262.63 |
| The Standard Register Company | The Standard Register Company | 1083374 | $614.03 | 12/15/2014 | 25443 | 10/31/2014 | $318.54 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25541 | 11/21/2014 | $189.26 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25667 | 12/19/2014 | $200.26 |
| The Standard Register Company | The Standard Register Company | 1096354 | $543.27 | 2/17/2015 | 25704 | 12/23/2014 | $300.95 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25686 | 12/19/2014 | $345.69 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25679 | 12/19/2014 | $192.21 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25678 | 12/19/2014 | $200.26 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25677 | 12/19/2014 | $200.26 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25676 | 12/19/2014 | $192.21 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25675 | 12/19/2014 | $192.21 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25674 | 12/19/2014 | $384.42 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25673 | 12/19/2014 | $384.42 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25672 | 12/19/2014 | $189.30 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25671 | 12/19/2014 | $385.28 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25670 | 12/19/2014 | $379.46 |
| The Standard Register Company | The Standard Register Company | 1088361 | $6,347.29 | 1/5/2015 | 25553 | 11/21/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25668 | 12/19/2014 | $195.46 |
| The Standard Register Company | The Standard Register Company | 1096354 | $543.27 | 2/17/2015 | 25717 | 12/23/2014 | $280.63 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25666 | 12/19/2014 | $197.35 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25665 | 12/19/2014 | $188.82 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25664 | 12/19/2014 | $188.82 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25663 | 12/19/2014 | $192.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25662 | 12/19/2014 | $192.21 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25661 | 12/19/2014 | $600.78 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25660 | 12/19/2014 | $400.52 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25659 | 12/19/2014 | $1,137.03 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25658 | 12/19/2014 | $246.89 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25657 | 12/19/2014 | $456.09 |
| The Standard Register Company | The Standard Register Company | 1093736 | $228.67 | 2/9/2015 | 25638 | 12/11/2014 | $245.88 |
| The Standard Register Company | The Standard Register Company | 1092171 | $961.92 | 2/2/2015 | 25624 | 12/5/2014 | $514.00 |
| The Standard Register Company | The Standard Register Company | 1092171 | $961.92 | 2/2/2015 | 25623 | 12/5/2014 | $514.00 |
| The Standard Register Company | The Standard Register Company | 1095561 | $6,961.34 | 2/17/2015 | 25669 | 12/19/2014 | $195.46 |

**Totals:** 8 transfer(s), $16,396.64