

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Neenah Paper, Inc. dba Neenah Paper Mills** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010632 | $4,980.36 | 3/2/2015 | 21752570 | 1/2/2015 | $5,082.00 |
| The Standard Register Company | The Standard Register Company | 7010554 | $8,564.97 | 2/25/2015 | 11138123 | 2/5/2015 | $8,739.77 |
| **Totals:** | | 2 transfer(s), | $13,545.33 | | | | |