

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Marvin Jacobs dba Ameritype**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 800 | 12/12/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 786 | 12/5/2014 | $72.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 787 | 12/5/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 788 | 12/5/2014 | $1,707.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 795 | 12/12/2014 | $188.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 796 | 12/12/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 797 | 12/12/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 821 | 12/27/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 799 | 12/12/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 783 | 12/5/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 801 | 12/12/2014 | $1,080.00 |
| The Standard Register Company | The Standard Register Company | 1091821 | $2,067.07 | 1/26/2015 | 816 | 12/19/2014 | $66.00 |
| The Standard Register Company | The Standard Register Company | 1091821 | $2,067.07 | 1/26/2015 | 817 | 12/19/2014 | $48.00 |
| The Standard Register Company | The Standard Register Company | 1091821 | $2,067.07 | 1/26/2015 | 818 | 12/19/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1091821 | $2,067.07 | 1/26/2015 | 819 | 12/19/2014 | $72.00 |
| The Standard Register Company | The Standard Register Company | 1085171 | $693.55 | 12/19/2014 | 746 | 11/14/2014 | $131.00 |
| The Standard Register Company | The Standard Register Company | 1090565 | $1,586.92 | 1/16/2015 | 798 | 12/12/2014 | $136.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 765 | 11/28/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1085171 | $693.55 | 12/19/2014 | 747 | 11/14/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 1085171 | $693.55 | 12/19/2014 | 748 | 11/14/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1085171 | $693.55 | 12/19/2014 | 749 | 11/14/2014 | $554.00 |
| The Standard Register Company | The Standard Register Company | 1085760 | $1,141.69 | 12/26/2014 | 758 | 11/21/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1085760 | $1,141.69 | 12/26/2014 | 759 | 11/21/2014 | $83.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085760 | $1,141.69 | 12/26/2014 | 760 | 11/21/2014 | $132.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 785 | 12/5/2014 | $243.00 |
| The Standard Register Company | The Standard Register Company | 1085760 | $1,141.69 | 12/26/2014 | 762 | 11/21/2014 | $781.00 |
| The Standard Register Company | The Standard Register Company | 1089627 | $2,481.26 | 1/12/2015 | 784 | 12/5/2014 | $262.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 766 | 11/28/2014 | $84.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 767 | 11/28/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 768 | 11/28/2014 | $204.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 769 | 11/28/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 770 | 11/28/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1087759 | $1,279.43 | 1/2/2015 | 771 | 11/28/2014 | $827.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 822 | 12/27/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1085760 | $1,141.69 | 12/26/2014 | 761 | 11/21/2014 | $157.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 866 | 1/23/2015 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 851 | 1/16/2015 | $131.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 852 | 1/16/2015 | $146.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 853 | 1/16/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 854 | 1/16/2015 | $573.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 862 | 1/23/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 863 | 1/23/2015 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1091821 | $2,067.07 | 1/26/2015 | 820 | 12/19/2014 | $1,921.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 865 | 1/23/2015 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 848 | 1/16/2015 | $161.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 867 | 1/23/2015 | $807.00 |
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 873 | 1/30/2015 | $198.00 |
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 874 | 1/30/2015 | $54.00 |
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 875 | 1/30/2015 | $158.00 |
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 876 | 1/30/2015 | $96.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 877 | 1/30/2015 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1097477 | $1,175.64 | 3/2/2015 | 864 | 1/23/2015 | $261.00 |
| The Standard Register Company | The Standard Register Company | 1094288 | $1,109.68 | 2/12/2015 | 831 | 1/2/2015 | $432.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 823 | 12/27/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 824 | 12/27/2014 | $72.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 825 | 12/27/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1092517 | $1,933.21 | 1/29/2015 | 826 | 12/27/2014 | $1,753.00 |
| The Standard Register Company | The Standard Register Company | 1094288 | $1,109.68 | 2/12/2015 | 827 | 1/2/2015 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1094288 | $1,109.68 | 2/12/2015 | 828 | 1/2/2015 | $616.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 850 | 1/16/2015 | $88.00 |
| The Standard Register Company | The Standard Register Company | 1094288 | $1,109.68 | 2/12/2015 | 830 | 1/2/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1097018 | $1,135.87 | 2/23/2015 | 849 | 1/16/2015 | $48.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 836 | 1/9/2015 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 837 | 1/9/2015 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 838 | 1/9/2015 | $127.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 839 | 1/9/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 840 | 1/9/2015 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1096285 | $1,197.95 | 2/18/2015 | 841 | 1/9/2015 | $844.00 |
| The Standard Register Company | The Standard Register Company | 1099285 | $1,834.27 | 3/10/2015 | 878 | 1/30/2015 | $1,349.00 |
| The Standard Register Company | The Standard Register Company | 1094288 | $1,109.68 | 2/12/2015 | 829 | 1/2/2015 | $12.00 |

**Totals:**   12 transfer(s),   $17,636.54