

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **Neerav Information Technology (India) Prive Limited Company** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 100907 | $19,589.60 | 12/23/2014 | 201454 | 11/30/2014 | $6,036.80 |
| The Standard Register Company | The Standard Register Company | 100907 | $19,589.60 | 12/23/2014 | 201453 | 10/31/2014 | $6,942.32 |
| The Standard Register Company | The Standard Register Company | 100907 | $19,589.60 | 12/23/2014 | 201452 | 9/30/2014 | $6,640.48 |

**Totals:**    1 transfer(s),    $19,589.60