

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Apollo Group, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095567 | $301.90 | 2/11/2015 | 286432IN | 12/19/2014 | $301.90 |
| The Standard Register Company | The Standard Register Company | 1094688 | $3,176.25 | 2/11/2015 | 285796IN | 12/16/2014 | $3,176.25 |
| The Standard Register Company | The Standard Register Company | 1089666 | $13,855.70 | 1/12/2015 | 284875IN | 11/26/2014 | $2,214.26 |
| The Standard Register Company | The Standard Register Company | 1089666 | $13,855.70 | 1/12/2015 | 284491IN | 11/26/2014 | $2,521.84 |
| The Standard Register Company | The Standard Register Company | 1089666 | $13,855.70 | 1/12/2015 | 284115IN | 11/26/2014 | $9,119.60 |
| The Standard Register Company | The Standard Register Company | 1085245 | $992.20 | 12/23/2014 | 283301IN | 11/7/2014 | $992.20 |

Totals:    4 transfer(s),    $18,326.05