

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Deana Endieveri dba Northeast Stitches & Ink** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085047 | $602.75 | 12/17/2014 | 97902 | 11/6/2014 | $540.00 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97991 | 11/13/2014 | $159.16 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97990A | 11/13/2014 | $3.60 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97990 | 11/13/2014 | $109.98 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97989 | 11/13/2014 | $229.40 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97988 | 11/13/2014 | $127.55 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97987 | 11/13/2014 | $107.28 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97986 | 11/13/2014 | $53.42 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97985 | 11/13/2014 | $1,265.87 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97700 | 10/28/2014 | $38.95 |
| The Standard Register Company | The Standard Register Company | 1085047 | $602.75 | 12/17/2014 | 97904 | 11/6/2014 | $62.75 |
| The Standard Register Company | The Standard Register Company | 1088143 | $472.89 | 1/6/2015 | 98075 | 11/19/2014 | $217.66 |
| The Standard Register Company | The Standard Register Company | 1084640 | $297.45 | 12/17/2014 | 97884 | 11/4/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1084640 | $297.45 | 12/17/2014 | 97871 | 11/5/2014 | $282.45 |
| The Standard Register Company | The Standard Register Company | 1084159 | $149.00 | 12/17/2014 | 96836 | 8/29/2014 | $149.00 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97888 | 10/31/2014 | $12.35 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97850 | 10/31/2014 | $439.58 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97842 | 10/31/2014 | $42.78 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97800 | 10/31/2014 | $198.77 |
| The Standard Register Company | The Standard Register Company | 1083654 | $935.96 | 12/15/2014 | 97798 | 10/31/2014 | $203.53 |
| The Standard Register Company | The Standard Register Company | 1087476 | $2,593.63 | 12/30/2014 | 97984 | 11/13/2014 | $537.37 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98250 | 12/5/2014 | $97.32 |
| The Standard Register Company | The Standard Register Company | 1096536 | $617.47 | 2/18/2015 | 98515 | 12/23/2014 | $302.85 |

Deana Endieveri dba Northeast Stitches & Ink (SRCNOR009)  
Bankruptcy Case: SRC Liquidation Company

May 11, 2016

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096536 | $617.47 | 2/18/2015 | 98495 | 12/23/2014 | $160.75 |
| The Standard Register Company | The Standard Register Company | 1096149 | $2,033.86 | 2/17/2015 | 98494 | 12/22/2014 | $1,878.25 |
| The Standard Register Company | The Standard Register Company | 1096149 | $2,033.86 | 2/17/2015 | 98469 | 12/22/2014 | $155.61 |
| The Standard Register Company | The Standard Register Company | 1095800 | $510.04 | 2/11/2015 | 98457 | 12/19/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1095800 | $510.04 | 2/11/2015 | 98456 | 12/19/2014 | $133.12 |
| The Standard Register Company | The Standard Register Company | 1095800 | $510.04 | 2/11/2015 | 98443 | 12/19/2014 | $316.92 |
| The Standard Register Company | The Standard Register Company | 1094095 | $1,739.52 | 2/11/2015 | 98383 | 12/12/2014 | $1,739.52 |
| The Standard Register Company | The Standard Register Company | 1088143 | $472.89 | 1/6/2015 | 98047 | 11/18/2014 | $92.99 |
| The Standard Register Company | The Standard Register Company | 1093251 | $680.63 | 2/5/2015 | 98337 | 12/9/2014 | $332.44 |
| The Standard Register Company | The Standard Register Company | 1088143 | $472.89 | 1/6/2015 | 98068 | 11/19/2014 | $162.24 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98249 | 12/5/2014 | $391.74 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98218 | 12/5/2014 | $866.51 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98195 | 12/5/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98194 | 12/5/2014 | $81.00 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98193 | 12/5/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1092389 | $1,507.07 | 1/28/2015 | 98192 | 12/5/2014 | $37.00 |
| The Standard Register Company | The Standard Register Company | 1089857 | $827.72 | 1/12/2015 | 98065 | 11/26/2014 | $827.72 |
| The Standard Register Company | The Standard Register Company | 1089402 | $302.40 | 1/6/2015 | 98102 | 11/25/2014 | $302.40 |
| The Standard Register Company | The Standard Register Company | 1096536 | $617.47 | 2/18/2015 | 98519 | 12/23/2014 | $153.87 |
| The Standard Register Company | The Standard Register Company | 1093251 | $680.63 | 2/5/2015 | 98339 | 12/9/2014 | $348.19 |

**Totals:** 14 transfer(s), $13,270.39

Deana Endieveri dba Northeast Stitches & Ink (SRCNOR009)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 2