

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Aspen Imaging, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090969 | $897.80 | 1/22/2015 | 37845 | 11/17/2014 | $897.80 |
| The Standard Register Company | The Standard Register Company | 1084849 | $2,187.41 | 12/16/2014 | 37191 | 10/22/2014 | $906.16 |
| The Standard Register Company | The Standard Register Company | 1084849 | $2,187.41 | 12/16/2014 | 37193 | 10/22/2014 | $626.95 |
| The Standard Register Company | The Standard Register Company | 1086174 | $2,682.33 | 12/30/2014 | 37312 | 10/28/2014 | $310.72 |
| The Standard Register Company | The Standard Register Company | 1086174 | $2,682.33 | 12/30/2014 | 37328 | 10/28/2014 | $723.72 |
| The Standard Register Company | The Standard Register Company | 1086174 | $2,682.33 | 12/30/2014 | 3734 | 10/28/2014 | $1,647.89 |
| The Standard Register Company | The Standard Register Company | 1086774 | $1,836.55 | 12/30/2014 | 37478 | 10/31/2014 | $478.10 |
| The Standard Register Company | The Standard Register Company | 1086774 | $1,836.55 | 12/30/2014 | 37542 | 10/31/2014 | $1,358.45 |
| The Standard Register Company | The Standard Register Company | 1084849 | $2,187.41 | 12/16/2014 | 37190 | 10/22/2014 | $654.30 |
| The Standard Register Company | The Standard Register Company | 1089671 | $1,801.18 | 1/12/2015 | 37758 | 11/12/2014 | $1,380.48 |
| The Standard Register Company | The Standard Register Company | 1096753 | $1,268.61 | 2/24/2015 | 17945 | 2/10/2015 | $1,268.61 |
| The Standard Register Company | The Standard Register Company | 1093752 | $2,327.92 | 2/5/2015 | 37988 | 11/26/2014 | $599.82 |
| The Standard Register Company | The Standard Register Company | 1093752 | $2,327.92 | 2/5/2015 | 37991 | 11/26/2014 | $911.70 |
| The Standard Register Company | The Standard Register Company | 1093752 | $2,327.92 | 2/5/2015 | 37992 | 11/26/2014 | $816.40 |
| The Standard Register Company | The Standard Register Company | 1094320 | $3,102.32 | 2/10/2015 | 36976 | 10/13/2014 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1094320 | $3,102.32 | 2/10/2015 | 37346 | 10/29/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1094320 | $3,102.32 | 2/10/2015 | 38051 | 11/30/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1094320 | $3,102.32 | 2/10/2015 | 38089 | 11/30/2014 | $2,695.32 |
| The Standard Register Company | The Standard Register Company | 1089671 | $1,801.18 | 1/12/2015 | 37747 | 11/12/2014 | $420.70 |

Totals:    8 transfer(s),    $16,104.12