

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Aspen Press Company, LC** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097593 | $8,481.43 | 3/3/2015 | 80932 | 1/20/2015 | $3,726.00 |
| The Standard Register Company | The Standard Register Company | 1097593 | $8,481.43 | 3/3/2015 | 80888 | 1/16/2015 | $909.02 |
| The Standard Register Company | The Standard Register Company | 1097593 | $8,481.43 | 3/3/2015 | 80883 | 1/13/2015 | $1,112.10 |
| The Standard Register Company | The Standard Register Company | 1097593 | $8,481.43 | 3/3/2015 | 80642 | 1/2/2015 | $1,334.97 |
| The Standard Register Company | The Standard Register Company | 1097593 | $8,481.43 | 3/3/2015 | 80611 | 12/30/2014 | $1,661.65 |
| The Standard Register Company | The Standard Register Company | 1095573 | $2,510.07 | 2/11/2015 | 80550 | 12/19/2014 | $862.51 |
| The Standard Register Company | The Standard Register Company | 1095573 | $2,510.07 | 2/11/2015 | 80549 | 12/19/2014 | $1,725.20 |
| The Standard Register Company | The Standard Register Company | 1093753 | $2,232.55 | 2/4/2015 | 80401 | 12/11/2014 | $2,301.60 |
| The Standard Register Company | The Standard Register Company | 1090627 | $354.75 | 1/21/2015 | 80160 | 12/1/2014 | $365.72 |
| The Standard Register Company | The Standard Register Company | 1089672 | $1,225.88 | 1/9/2015 | 80146 | 11/26/2014 | $1,263.79 |
| The Standard Register Company | The Standard Register Company | 1086175 | $284.74 | 12/29/2014 | 79993 | 11/12/2014 | $293.55 |
| The Standard Register Company | The Standard Register Company | 1084007 | $3,823.52 | 12/16/2014 | 79768 | 11/3/2014 | $766.26 |
| The Standard Register Company | The Standard Register Company | 1084007 | $3,823.52 | 12/16/2014 | 79767 | 11/3/2014 | $3,175.52 |
| The Standard Register Company | The Standard Register Company | 1083382 | $2,478.71 | 12/15/2014 | 79661 | 10/31/2014 | $837.00 |
| The Standard Register Company | The Standard Register Company | 1083382 | $2,478.71 | 12/15/2014 | 79631 | 10/31/2014 | $1,718.37 |

**Totals:** 8 transfer(s), $21,391.65