

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Kolder, Inc. dba Numo A. Kolder Co.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091144 | $1,454.32 | 1/21/2015 | 14120518 | 12/2/2014 | $1,036.18 |
| The Standard Register Company | The Standard Register Company | 1083913 | $257.99 | 12/15/2014 | 14110029 | 11/1/2014 | $257.99 |
| The Standard Register Company | The Standard Register Company | 1086018 | $2,478.06 | 12/29/2014 | 14104504 | 10/16/2014 | $1,848.72 |
| The Standard Register Company | The Standard Register Company | 1086018 | $2,478.06 | 12/29/2014 | 14111579 | 11/10/2014 | $316.20 |
| The Standard Register Company | The Standard Register Company | 1086018 | $2,478.06 | 12/29/2014 | 14111581 | 11/10/2014 | $313.14 |
| The Standard Register Company | The Standard Register Company | 1086440 | $3,176.58 | 12/30/2014 | 14112287 | 11/12/2014 | $3,176.58 |
| The Standard Register Company | The Standard Register Company | 1088764 | $1,492.34 | 1/5/2015 | 14112608 | 11/14/2014 | $98.25 |
| The Standard Register Company | The Standard Register Company | 1088764 | $1,492.34 | 1/5/2015 | 14113712 | 11/20/2014 | $118.14 |
| The Standard Register Company | The Standard Register Company | 1088764 | $1,492.34 | 1/5/2015 | 14113721 | 11/20/2014 | $487.56 |
| The Standard Register Company | The Standard Register Company | 1083657 | $1,130.14 | 12/12/2014 | 14107647 | 10/31/2014 | $1,130.14 |
| The Standard Register Company | The Standard Register Company | 1088764 | $1,492.34 | 1/5/2015 | 14113954 | 11/21/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1096151 | $1,121.44 | 2/12/2015 | 14124187 | 12/22/2014 | $1,121.44 |
| The Standard Register Company | The Standard Register Company | 1091144 | $1,454.32 | 1/21/2015 | 14120593 | 12/2/2014 | $418.14 |
| The Standard Register Company | The Standard Register Company | 1092054 | $427.26 | 1/27/2015 | 14120879 | 12/4/2014 | $427.26 |
| The Standard Register Company | The Standard Register Company | 1092829 | $380.12 | 2/2/2015 | 14121466 | 12/8/2014 | $380.12 |
| The Standard Register Company | The Standard Register Company | 1094097 | $607.14 | 2/5/2015 | 14122517 | 12/12/2014 | $607.14 |
| The Standard Register Company | The Standard Register Company | 1094517 | $231.65 | 2/6/2015 | 14107021 | 10/28/2014 | $228.56 |
| The Standard Register Company | The Standard Register Company | 1094517 | $231.65 | 2/6/2015 | 14122830 | 12/15/2014 | $0.91 |
| The Standard Register Company | The Standard Register Company | 1094517 | $231.65 | 2/6/2015 | 14122942 | 12/15/2014 | $2.18 |
| The Standard Register Company | The Standard Register Company | 1095802 | $134.72 | 2/11/2015 | 14123944 | 12/19/2014 | $134.72 |
| The Standard Register Company | The Standard Register Company | 1088764 | $1,492.34 | 1/5/2015 | 14113855 | 11/20/2014 | $1,089.11 |

**Totals:**     12 transfer(s),     $12,891.76