

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Atmos Energy Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096770 | $6,667.39 | 2/23/2015 | 30243FE15 | 2/6/2015 | $6,667.39 |
| The Standard Register Company | The Standard Register Company | 1094959 | $5,488.49 | 2/13/2015 | 30276JA15 | 1/27/2015 | $3,779.64 |
| The Standard Register Company | The Standard Register Company | 1094959 | $5,488.49 | 2/13/2015 | 30143JA15 | 1/28/2015 | $1,708.85 |
| The Standard Register Company | The Standard Register Company | 1091411 | $7,686.36 | 1/28/2015 | 30243JA15 | 1/8/2015 | $7,686.36 |
| The Standard Register Company | The Standard Register Company | 1090203 | $3,431.14 | 1/13/2015 | 302767DE14 | 12/29/2014 | $1,792.47 |
| The Standard Register Company | The Standard Register Company | 1090203 | $3,431.14 | 1/13/2015 | 301434DE14 | 12/29/2014 | $1,638.67 |
| The Standard Register Company | The Standard Register Company | 1084810 | $3,748.51 | 12/18/2014 | 30243DE14A | 12/11/2014 | $3,748.51 |

Totals:    5 transfer(s),    $27,021.89