

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **NuSign Supply, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094518 | $918.00 | 2/9/2015 | 79410 | 12/15/2014 | $918.00 |
| The Standard Register Company | The Standard Register Company | 1084642 | $1,486.99 | 12/17/2014 | 78045 | 11/5/2014 | $1,486.99 |
| The Standard Register Company | The Standard Register Company | 1086441 | $616.14 | 12/31/2014 | 78246 | 11/11/2014 | $616.14 |
| The Standard Register Company | The Standard Register Company | 1087478 | $2,048.97 | 12/31/2014 | 78346 | 11/13/2014 | $397.87 |
| The Standard Register Company | The Standard Register Company | 1087478 | $2,048.97 | 12/31/2014 | 78411 | 11/14/2014 | $169.34 |
| The Standard Register Company | The Standard Register Company | 1087478 | $2,048.97 | 12/31/2014 | 78475 | 11/17/2014 | $1,481.76 |
| The Standard Register Company | The Standard Register Company | 1088146 | $949.80 | 1/5/2015 | 78563 | 11/19/2014 | $949.80 |
| The Standard Register Company | The Standard Register Company | 1088765 | $431.46 | 1/5/2015 | 78615 | 11/20/2014 | $431.46 |
| The Standard Register Company | The Standard Register Company | 1091638 | $3,174.96 | 1/27/2015 | 78963 | 12/3/2014 | $1,948.08 |
| The Standard Register Company | The Standard Register Company | 1091638 | $3,174.96 | 1/27/2015 | 78978 | 12/3/2014 | $1,226.88 |
| The Standard Register Company | The Standard Register Company | 1092390 | $3,623.29 | 1/27/2015 | 79064 | 12/5/2014 | $523.69 |
| The Standard Register Company | The Standard Register Company | 1092390 | $3,623.29 | 1/27/2015 | 79072 | 12/5/2014 | $3,099.60 |
| The Standard Register Company | The Standard Register Company | 1083658 | $1,235.52 | 12/15/2014 | 77875 | 10/31/2014 | $1,235.52 |
| The Standard Register Company | The Standard Register Company | 1094098 | $1,220.27 | 2/4/2015 | 79274 | 12/11/2014 | $1,220.27 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80882 | 1/28/2015 | $887.76 |
| The Standard Register Company | The Standard Register Company | 1095803 | $1,925.33 | 2/11/2015 | 79625 | 12/19/2014 | $514.08 |
| The Standard Register Company | The Standard Register Company | 1095803 | $1,925.33 | 2/11/2015 | 79638 | 12/19/2014 | $1,411.25 |
| The Standard Register Company | The Standard Register Company | 1096152 | $843.26 | 2/11/2015 | 79697 | 12/22/2014 | $843.26 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 78338 | 11/13/2014 | $918.00 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 79760 | 12/29/2014 | $914.40 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 79970 | 1/5/2015 | $2,136.38 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80034 | 1/7/2015 | $1,589.76 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80268 | 1/13/2015 | $590.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80379 | 1/13/2015 | $918.00 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80521 | 1/20/2015 | $1,180.92 |
| The Standard Register Company | The Standard Register Company | 1099586 | $9,715.94 | 3/10/2015 | 80637 | 1/22/2015 | $580.61 |
| The Standard Register Company | The Standard Register Company | 1093253 | $355.04 | 2/4/2015 | 79168 | 12/9/2014 | $355.04 |

**Totals:** 14 transfer(s), $28,544.97