

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Bam Bams, LLC**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095520 | $4,015.60 | 2/11/2015 | 72922 | 12/22/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1095520 | $4,015.60 | 2/11/2015 | 72914 | 12/19/2014 | $1,392.60 |
| The Standard Register Company | The Standard Register Company | 1095520 | $4,015.60 | 2/11/2015 | 72106 | 12/17/2014 | $2,423.00 |
| The Standard Register Company | The Standard Register Company | 1094324 | $361.20 | 2/9/2015 | 73023 | 12/15/2014 | $361.20 |
| The Standard Register Company | The Standard Register Company | 1093758 | $9,922.90 | 2/4/2015 | 72893 | 12/11/2014 | $246.20 |
| The Standard Register Company | The Standard Register Company | 1093758 | $9,922.90 | 2/4/2015 | 72759 | 12/12/2014 | $9,676.70 |
| The Standard Register Company | The Standard Register Company | 1090368 | $162.00 | 1/14/2015 | 72745 | 11/30/2014 | $162.00 |
| The Standard Register Company | The Standard Register Company | 1090181 | $131.50 | 1/13/2015 | 72453 | 11/19/2014 | $131.50 |
| The Standard Register Company | The Standard Register Company | 1086181 | $1,302.50 | 1/6/2015 | 72197 | 11/11/2014 | $1,302.50 |
| The Standard Register Company | The Standard Register Company | 1084011 | $267.20 | 12/16/2014 | 72037 | 11/3/2014 | $267.20 |

Totals:    7 transfer(s),    $16,162.90