

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **BAW Plastics, Inc.**  
Bankruptcy Case: **SRC Liquidation Company**  
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095982 | $300.00 | 2/10/2015 | 632922 | 12/22/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1094702 | $11,210.30 | 2/6/2015 | 631578 | 12/16/2014 | $11,210.30 |
| The Standard Register Company | The Standard Register Company | 1094325 | $3,306.30 | 2/5/2015 | 632602 | 12/15/2014 | $329.00 |
| The Standard Register Company | The Standard Register Company | 1094325 | $3,306.30 | 2/5/2015 | 632601 | 12/15/2014 | $248.50 |
| The Standard Register Company | The Standard Register Company | 1094325 | $3,306.30 | 2/5/2015 | 631568 | 12/15/2014 | $2,728.80 |

Totals:     3 transfer(s),     $14,816.60