

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **ONE Gas, Inc. dba Oklahoma Natural Gas**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097465 | $4,919.00 | 3/4/2015 | 21123FE15A | 2/13/2015 | $385.94 |
| The Standard Register Company | The Standard Register Company | 1097465 | $4,919.00 | 3/4/2015 | 21123FE15 | 2/13/2015 | $1,273.48 |
| The Standard Register Company | The Standard Register Company | 1097465 | $4,919.00 | 3/4/2015 | 21023FE15A | 2/13/2015 | $2,064.32 |
| The Standard Register Company | The Standard Register Company | 1097465 | $4,919.00 | 3/4/2015 | 21023FE15 | 2/13/2015 | $1,195.26 |
| The Standard Register Company | The Standard Register Company | 1092553 | $7,875.11 | 2/9/2015 | 21123JA15A | 1/15/2015 | $676.13 |
| The Standard Register Company | The Standard Register Company | 1092553 | $7,875.11 | 2/9/2015 | 21123JA15 | 1/15/2015 | $1,875.71 |
| The Standard Register Company | The Standard Register Company | 1092553 | $7,875.11 | 2/9/2015 | 21023JA15A | 1/15/2015 | $3,542.87 |
| The Standard Register Company | The Standard Register Company | 1092553 | $7,875.11 | 2/9/2015 | 21023JA15 | 1/15/2015 | $1,780.40 |
| The Standard Register Company | The Standard Register Company | 1086632 | $5,336.70 | 12/31/2014 | 21123DE14A | 12/11/2014 | $1,184.08 |
| The Standard Register Company | The Standard Register Company | 1086632 | $5,336.70 | 12/31/2014 | 21123DE14 | 12/11/2014 | $236.77 |
| The Standard Register Company | The Standard Register Company | 1086632 | $5,336.70 | 12/31/2014 | 21023N014A | 11/1/2014 | $546.17 |
| The Standard Register Company | The Standard Register Company | 1086632 | $5,336.70 | 12/31/2014 | 21023DE14A | 12/11/2014 | $912.36 |
| The Standard Register Company | The Standard Register Company | 1086632 | $5,336.70 | 12/31/2014 | 21023DE14 | 12/11/2014 | $2,457.32 |

Totals:    3 transfer(s),    $18,130.81