

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Business Card Systems, Inc. dba BCT Loves Park** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469227 | 11/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 466375 | 9/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469355 | 11/12/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469354 | 11/12/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469353 | 11/12/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469352 | 11/12/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469348 | 11/12/2014 | $62.00 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 466364 | 9/26/2014 | $41.50 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469232 | 11/10/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469231 | 11/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469230 | 11/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1087720 | $241.00 | 12/31/2014 | 468145 | 10/24/2014 | $241.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469228 | 11/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 466652 | 10/1/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469226 | 11/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469225 | 11/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469224 | 11/10/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 468603 | 10/31/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 466416 | 9/26/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466378 | 9/26/2014 | $43.00 |
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466374 | 9/26/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466371 | 9/26/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466369 | 9/26/2014 | $31.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466368 | 9/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1085844 | $333.77 | 12/31/2014 | 469229 | 11/10/2014 | $41.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469632 | 11/18/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469824 | 11/20/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469811 | 11/20/2014 | $1,265.00 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469810 | 11/20/2014 | $299.00 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469806 | 11/20/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469805 | 11/20/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1088398 | $1,603.89 | 1/8/2015 | 469804 | 11/20/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469752 | 11/19/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469751 | 11/19/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469636 | 11/18/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469635 | 11/18/2014 | $59.00 |
| The Standard Register Company | The Standard Register Company | 1086193 | $270.66 | 12/31/2014 | 469356 | 11/12/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469633 | 11/18/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 469155 | 11/7/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469631 | 11/18/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469630 | 11/18/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469629 | 11/18/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469628 | 11/18/2014 | $95.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469626 | 11/18/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469625 | 11/18/2014 | $112.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469624 | 11/18/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 466655 | 10/1/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 466654 | 10/1/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 466653 | 10/1/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1087818 | $920.24 | 1/2/2015 | 469634 | 11/18/2014 | $43.00 |

Transfers During Preference Period

Business Card Systems, Inc. dba BCT Loves Park (SRCBCT007)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016                                    Exhibit A                                    P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467680 | 10/16/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1082053 | $79.81 | 12/12/2014 | 466373 | 9/26/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467794 | 10/17/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467793 | 10/17/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467792 | 10/17/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467688 | 10/16/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467687 | 10/16/2014 | $111.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467686 | 10/16/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467685 | 10/16/2014 | $54.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467684 | 10/16/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467683 | 10/16/2014 | $27.00 |
| The Standard Register Company | The Standard Register Company | 1085569 | $202.32 | 12/24/2014 | 466365 | 9/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467681 | 10/16/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1082440 | $62.80 | 12/12/2014 | 468364 | 10/29/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467679 | 10/16/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467678 | 10/16/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467677 | 10/16/2014 | $76.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467676 | 10/16/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467675 | 10/16/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467673 | 10/16/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467672 | 10/16/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467671 | 10/16/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467670 | 10/16/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467669 | 10/16/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1079615 | $931.27 | 12/12/2014 | 467682 | 10/16/2014 | $43.00 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468144 | 10/24/2014 | $312.00 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467160 | 10/7/2014 | $30.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 469154 | 11/7/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 469146 | 11/7/2014 | $63.50 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 466640 | 10/1/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 466415 | 9/26/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 466414 | 9/26/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468975 | 11/5/2014 | $39.00 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468876 | 11/4/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468874 | 11/4/2014 | $60.75 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468836 | 11/4/2014 | $57.55 |
| The Standard Register Company | The Standard Register Company | 1082053 | $79.81 | 12/12/2014 | 466379 | 9/26/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468834 | 11/4/2014 | $97.80 |
| The Standard Register Company | The Standard Register Company | 1082440 | $62.80 | 12/12/2014 | 468363 | 10/29/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1084019 | $153.77 | 12/17/2014 | 468657 | 11/3/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1084019 | $153.77 | 12/17/2014 | 468655 | 11/3/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1084019 | $153.77 | 12/17/2014 | 468650 | 11/3/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1084019 | $153.77 | 12/17/2014 | 468648 | 11/3/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1084019 | $153.77 | 12/17/2014 | 468645 | 11/3/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1083392 | $180.98 | 12/15/2014 | 468602 | 10/31/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1083392 | $180.98 | 12/15/2014 | 468590 | 10/31/2014 | $49.00 |
| The Standard Register Company | The Standard Register Company | 1083392 | $180.98 | 12/15/2014 | 468572 | 10/31/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1083392 | $180.98 | 12/15/2014 | 468571 | 10/31/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1083392 | $180.98 | 12/15/2014 | 468570 | 10/31/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1085256 | $344.21 | 12/24/2014 | 469156 | 11/7/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1084355 | $611.22 | 12/17/2014 | 468835 | 11/4/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 470785 | 12/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470883 | 12/11/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470882 | 12/11/2014 | $33.00 |

Transfers During Preference Period

Business Card Systems, Inc. dba BCT Loves Park (SRCBCT007)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016                                 Exhibit A                                 P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470881 | 12/11/2014 | $33.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470880 | 12/11/2014 | $33.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470865 | 12/11/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470861 | 12/11/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470860 | 12/11/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470859 | 12/11/2014 | $25.50 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 47084 | 12/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 47082 | 12/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 466748 | 10/2/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 470787 | 12/10/2014 | $43.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470886 | 12/11/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 470783 | 12/10/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1092183 | $73.74 | 1/29/2015 | 470582 | 12/5/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1092183 | $73.74 | 1/29/2015 | 470581 | 12/5/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 470548 | 12/4/2014 | $60.75 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 470532 | 12/4/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 467286 | 10/9/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 467285 | 10/9/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 467167 | 10/7/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 467166 | 10/7/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467158 | 10/7/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1093446 | $184.86 | 2/5/2015 | 47081 | 12/10/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1094329 | $185.39 | 2/9/2015 | 471031 | 12/15/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471352 | 12/23/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471351 | 12/23/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471350 | 12/23/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471349 | 12/23/2014 | $31.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471348 | 12/23/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471347 | 12/23/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471346 | 12/23/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471345 | 12/23/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471344 | 12/23/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471343 | 12/23/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470884 | 12/11/2014 | $54.00 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471341 | 12/23/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470885 | 12/11/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1094329 | $185.39 | 2/9/2015 | 471030 | 12/15/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1094329 | $185.39 | 2/9/2015 | 471028 | 12/15/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1094329 | $185.39 | 2/9/2015 | 471026 | 12/15/2014 | $32.00 |
| The Standard Register Company | The Standard Register Company | 1094329 | $185.39 | 2/9/2015 | 466750 | 10/2/2014 | $39.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470988 | 12/12/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470891 | 12/11/2014 | $43.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470890 | 12/11/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470889 | 12/11/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470888 | 12/11/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1093772 | $598.27 | 2/5/2015 | 470887 | 12/11/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 466747 | 10/2/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471342 | 12/23/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 470044 | 11/25/2014 | $172.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470082 | 11/26/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470081 | 11/26/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470080 | 11/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470079 | 11/26/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470078 | 11/26/2014 | $31.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470077 | 11/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470076 | 11/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470075 | 11/26/2014 | $43.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470074 | 11/26/2014 | $62.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470073 | 11/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 466749 | 10/2/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 470045 | 11/25/2014 | $66.00 |
| The Standard Register Company | The Standard Register Company | 1090182 | $30.00 | 1/15/2015 | 466381 | 9/26/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 470038 | 11/25/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 470037 | 11/25/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 469953 | 11/24/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 469952 | 11/24/2014 | $33.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 469710 | 11/19/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 469627 | 11/18/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467163 | 10/7/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467162 | 10/7/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467161 | 10/7/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1096376 | $442.50 | 2/18/2015 | 471381 | 12/23/2014 | $30.75 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470072 | 11/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470393 | 12/2/2014 | $36.25 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 466746 | 10/2/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1091885 | $465.90 | 1/29/2015 | 466745 | 10/2/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1091788 | $67.00 | 1/30/2015 | 467164 | 10/7/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1091788 | $67.00 | 1/30/2015 | 466650 | 10/1/2014 | $33.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 470427 | 12/3/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 467203 | 10/8/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 467202 | 10/8/2014 | $29.00 |

Business Card Systems, Inc. dba BCT Loves Park (SRCBCT007)

Bankruptcy Case: SRC Liquidation Company

May 11, 2016                                     Exhibit A                                     P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 466756 | 10/2/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 466755 | 10/2/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 466645 | 10/1/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470083 | 11/26/2014 | $51.50 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470394 | 12/2/2014 | $44.00 |
| The Standard Register Company | The Standard Register Company | 1089679 | $3,282.66 | 1/12/2015 | 470118 | 11/26/2014 | $3,080.00 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470392 | 12/2/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470391 | 12/2/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470390 | 12/2/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470339 | 12/2/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1090981 | $231.95 | 1/23/2015 | 470332 | 12/2/2014 | $38.75 |
| The Standard Register Company | The Standard Register Company | 1090633 | $230.43 | 1/20/2015 | 470262 | 12/1/2014 | $246.80 |
| The Standard Register Company | The Standard Register Company | 1090237 | $226.06 | 1/15/2015 | 468660 | 11/3/2014 | $159.00 |
| The Standard Register Company | The Standard Register Company | 1090237 | $226.06 | 1/15/2015 | 466380 | 9/26/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1090237 | $226.06 | 1/15/2015 | 466372 | 9/26/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1090237 | $226.06 | 1/15/2015 | 466366 | 9/26/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1089044 | $537.18 | 1/8/2015 | 467159 | 10/7/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1091470 | $239.87 | 1/29/2015 | 466644 | 10/1/2014 | $34.00 |

Totals:      27 transfer(s),      $12,731.75