

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Oldes de Puerto Rico Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094103 | $1,837.15 | 2/12/2015 | 101313 | 12/12/2014 | $1,837.15 |
| The Standard Register Company | The Standard Register Company | 1092835 | $2,657.08 | 2/12/2015 | 101396 | 12/8/2014 | $2,657.08 |
| The Standard Register Company | The Standard Register Company | 1089861 | $2,121.17 | 1/15/2015 | 101175 | 11/26/2014 | $2,121.17 |
| The Standard Register Company | The Standard Register Company | 1089408 | $3,294.42 | 1/16/2015 | 101163 | 11/25/2014 | $3,294.42 |
| The Standard Register Company | The Standard Register Company | 1088151 | $343.47 | 1/12/2015 | 101096 | 11/19/2014 | $343.47 |
| The Standard Register Company | The Standard Register Company | 1086447 | $2,842.67 | 12/31/2014 | 101028 | 11/12/2014 | $1,866.29 |
| The Standard Register Company | The Standard Register Company | 1086447 | $2,842.67 | 12/31/2014 | 101005 | 11/11/2014 | $976.38 |
| The Standard Register Company | The Standard Register Company | 1083660 | $193.26 | 12/18/2014 | 100926 | 10/31/2014 | $21.35 |
| The Standard Register Company | The Standard Register Company | 1083660 | $193.26 | 12/18/2014 | 100925 | 10/31/2014 | $171.91 |
| The Standard Register Company | The Standard Register Company | 1072553 | $3,665.29 | 12/18/2014 | 100482 | 9/18/2014 | $331.17 |
| The Standard Register Company | The Standard Register Company | 1072553 | $3,665.29 | 12/18/2014 | 100481 | 9/18/2014 | $3,334.12 |

**Totals:**   8 transfer(s),   $16,954.51