

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Reschcor, Inc. fdba Omega Plastics Corporation** | | | | | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | | | | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093379 | $12,531.53 | 2/2/2015 | 573997 | 1/23/2015 | $12,531.53 |
| **Totals:** | **1 transfer(s),** | **$12,531.53** | | | | | |

Reschcor, Inc. fdba Omega Plastics Corporation (SRCOME002)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1