

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

Defendant: **Peg-Master Business Forms, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1411323 | 1/10/2015 | $464.70 |
| The Standard Register Company | The Standard Register Company | 1085431 | $642.78 | 12/22/2014 | 1411123 | 11/18/2014 | $654.90 |
| The Standard Register Company | The Standard Register Company | 1087500 | $4,180.62 | 1/2/2015 | 1411193 | 11/24/2014 | $1,280.10 |
| The Standard Register Company | The Standard Register Company | 1087500 | $4,180.62 | 1/2/2015 | 1411205 | 11/24/2014 | $2,985.00 |
| The Standard Register Company | The Standard Register Company | 1090460 | $1,007.88 | 1/20/2015 | 1411206 | 11/25/2014 | $1,027.60 |
| The Standard Register Company | The Standard Register Company | 1091153 | $326.62 | 2/2/2015 | 1411254 | 12/12/2014 | $332.90 |
| The Standard Register Company | The Standard Register Company | 1093264 | $785.32 | 2/2/2015 | 1411276 | 12/19/2014 | $367.80 |
| The Standard Register Company | The Standard Register Company | 1093264 | $785.32 | 2/2/2015 | 1411298 | 12/19/2014 | $264.20 |
| The Standard Register Company | The Standard Register Company | 1083917 | $986.26 | 12/15/2014 | 1411062 | 10/20/2014 | $1,005.80 |
| The Standard Register Company | The Standard Register Company | 1095815 | $96.84 | 2/17/2015 | 1411342 | 12/31/2014 | $98.50 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1510028 | 1/20/2015 | $278.20 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1411328 | 1/20/2015 | $12,002.20 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1411338 | 1/30/2015 | $682.20 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 15-10005 | 1/10/2015 | $98.20 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 15-10078 | 1/30/2015 | $171.00 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 15-10096 | 1/30/2015 | $356.50 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1510003 | 1/30/2015 | $2,985.00 |
| The Standard Register Company | The Standard Register Company | 1099672 | $18,173.76 | 3/11/2015 | 1510022 | 1/30/2015 | $1,135.76 |
| The Standard Register Company | The Standard Register Company | 1093264 | $785.32 | 2/2/2015 | 1411309 | 12/19/2014 | $168.10 |

Totals:   8 transfer(s),   $26,200.08