

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Agfa Corporation dba Pitman Co.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23214 | $3,076.97 | 2/17/2015 | 4449840-00 | 1/2/2015 | $3,076.97 |
| The Standard Register Company | The Standard Register Company | 22416 | $1,429.98 | 1/21/2015 | 4448427-00 | 12/23/2014 | $1,429.98 |
| The Standard Register Company | The Standard Register Company | 21949 | $907.95 | 1/5/2015 | 4443844-00 | 12/9/2014 | $907.95 |
| The Standard Register Company | The Standard Register Company | 21869 | $6,037.08 | 12/31/2014 | 4442374-00 | 12/4/2014 | $5,870.67 |
| The Standard Register Company | The Standard Register Company | 21869 | $6,037.08 | 12/31/2014 | 4435714-00 | 12/4/2014 | $166.41 |
| The Standard Register Company | The Standard Register Company | 21343 | $1,416.03 | 12/17/2014 | 4426815-00 | 11/21/2014 | $1,416.03 |
| The Standard Register Company | The Standard Register Company | 21098 | $2,801.14 | 12/12/2014 | 4436175-00 | 11/17/2014 | $2,801.14 |
| The Standard Register Company | The Standard Register Company | 1083675 | $132.63 | 12/12/2014 | 443257900 | 11/10/2014 | $133.64 |

Totals:    7 transfer(s),    $15,801.78