

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Beacon Promotions, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086198 | $580.88 | 12/29/2014 | INV509362 | 11/12/2014 | $193.88 |
| The Standard Register Company | The Standard Register Company | 1093776 | $347.40 | 2/3/2015 | INV515830 | 12/12/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1093776 | $347.40 | 2/3/2015 | INV515441 | 12/11/2014 | $173.90 |
| The Standard Register Company | The Standard Register Company | 1093448 | $843.00 | 2/3/2015 | INV515130 | 12/10/2014 | $843.00 |
| The Standard Register Company | The Standard Register Company | 1092645 | $150.96 | 2/2/2015 | INV514525 | 12/8/2014 | $150.96 |
| The Standard Register Company | The Standard Register Company | 1092185 | $171.99 | 1/30/2015 | INV514426 | 12/5/2014 | $171.99 |
| The Standard Register Company | The Standard Register Company | 1090984 | $347.00 | 1/21/2015 | INV513592 | 12/2/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1090984 | $347.00 | 1/21/2015 | INV513591 | 12/2/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1089682 | $40.00 | 1/13/2015 | INV512654 | 11/26/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 1089048 | $80.20 | 1/6/2015 | INV511988 | 11/24/2014 | $80.20 |
| The Standard Register Company | The Standard Register Company | 1086798 | $1,887.03 | 12/30/2014 | INV510434 | 11/17/2014 | $346.83 |
| The Standard Register Company | The Standard Register Company | 1086798 | $1,887.03 | 12/30/2014 | INV509729 | 11/13/2014 | $145.20 |
| The Standard Register Company | The Standard Register Company | 1083006 | $437.60 | 12/24/2014 | INV506930 | 10/30/2014 | $437.60 |
| The Standard Register Company | The Standard Register Company | 1086198 | $580.88 | 12/29/2014 | INV509382 | 11/12/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1095992 | $311.62 | 2/10/2015 | INV517646 | 12/22/2014 | $311.62 |
| The Standard Register Company | The Standard Register Company | 1086198 | $580.88 | 12/29/2014 | INV509361 | 11/12/2014 | $213.50 |
| The Standard Register Company | The Standard Register Company | 1085847 | $1,064.24 | 12/29/2014 | INV508929 | 11/10/2014 | $502.24 |
| The Standard Register Company | The Standard Register Company | 1085847 | $1,064.24 | 12/29/2014 | INV508891 | 11/10/2014 | $562.00 |
| The Standard Register Company | The Standard Register Company | 1084358 | $173.50 | 12/16/2014 | INV507873 | 11/4/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507600 | 10/31/2014 | $198.00 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507599 | 10/31/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507597 | 10/31/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507596 | 10/31/2014 | $173.50 |

Beacon Promotions, Inc. (SRCBEA002)  
Bankruptcy Case: SRC Liquidation Company

May 11, 2016

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507576 | 10/31/2014 | $286.51 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507571 | 10/31/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1083395 | $1,475.95 | 12/12/2014 | INV507409 | 10/31/2014 | $297.44 |
| The Standard Register Company | The Standard Register Company | 1086798 | $1,887.03 | 12/30/2014 | INV508847 | 11/10/2014 | $1,395.00 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV519143 | 1/6/2015 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV522758 | 1/26/2015 | $201.00 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV522129 | 1/22/2015 | $658.35 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV521853 | 1/21/2015 | $86.78 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV511855 | 11/21/2014 | $5,818.64 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV510725 | 11/18/2014 | $348.60 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV521795 | 1/20/2015 | $223.64 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV521507 | 1/19/2015 | $352.33 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV521443 | 1/19/2015 | $301.74 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV521295 | 1/16/2015 | $602.00 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV520783 | 1/14/2015 | $897.70 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV520016 | 1/9/2015 | $864.00 |
| The Standard Register Company | The Standard Register Company | 1095047 | $750.50 | 2/10/2015 | INV516827 | 12/17/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV519144 | 1/6/2015 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1095047 | $750.50 | 2/10/2015 | INV517085 | 12/18/2014 | $577.00 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV519142 | 1/6/2015 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV518832 | 12/31/2014 | $3,496.86 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV518565 | 12/30/2014 | $154.92 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV518470 | 12/29/2014 | $413.66 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517904 | 12/23/2014 | $545.00 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517876 | 12/23/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517875 | 12/23/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517874 | 12/23/2014 | $173.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517873 | 12/23/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517872 | 12/23/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1096379 | $1,586.00 | 2/17/2015 | INV517868 | 12/23/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1099796 | $5,567.07 | 3/10/2015 | INV523787 | 1/30/2015 | $204.34 |
| The Standard Register Company | The Standard Register Company | 1097229 | $8,682.15 | 2/24/2015 | INV519956 | 1/9/2015 | $854.80 |

**Totals:** 18 transfer(s),  $24,497.09