

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Pegasus Logistics Group, Inc. dba PLG Logistics Group ULC**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095821 | $9,218.27 | 2/11/2015 | SYTZ00038629 | 12/29/2014 | $9,384.37 |
| The Standard Register Company | The Standard Register Company | 1085434 | $12,196.13 | 1/5/2015 | SYTZ00035476 | 11/17/2014 | $12,415.88 |
| **Totals:** | | **2 transfer(s),** | **$21,414.40** | | | | |