

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Blanks Printing & Imaging, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090369 | $12,869.00 | 1/16/2015 | 72530 | 11/30/2014 | $12,869.00 |
| **Totals:** | **1 transfer(s),** | **$12,869.00** | | | | | |

Blanks Printing & Imaging, Inc. (SRCBLA004)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1