| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **POP Displays USA, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087508 | $23,982.28 | 12/30/2014 | 42025633 | 11/17/2014 | $24,724.00 |
| The Standard Register Company | The Standard Register Company | 1085066 | $212.32 | 12/16/2014 | 42025329 | 11/6/2014 | $218.20 |

**Totals:** **2 transfer(s),** **$24,194.60**