

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Central Soft Water Services Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092712 | $536.79 | 1/30/2015 | 311144 | 12/8/2014 | $536.79 |
| The Standard Register Company | The Standard Register Company | 1087918 | $270.65 | 12/31/2014 | 310309 | 11/19/2014 | $270.65 |
| The Standard Register Company | The Standard Register Company | 1087201 | $13,166.00 | 12/30/2014 | 310165 | 11/13/2014 | $13,166.00 |
| **Totals:** | | **3 transfer(s),** | **$13,973.44** | | | | |