

| | | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|---|

Defendant: **Pratt Industries, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010257 | $2,729.52 | 2/5/2015 | 119047840 | 1/8/2015 | $2,752.59 |
| The Standard Register Company | The Standard Register Company | 7009979 | $5,680.84 | 1/27/2015 | 101271709 | 12/4/2014 | $5,823.49 |
| The Standard Register Company | The Standard Register Company | 22186 | $5,378.63 | 1/9/2015 | 117158247 | 12/22/2014 | $5,378.63 |
| **Totals:** | | **3 transfer(s),** | **$13,788.99** | | | | |