ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Chicago Mailing Tube Company**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095673 | $7,040.63 | 2/18/2015 | 149184 | 12/19/2014 | $938.00 |
| The Standard Register Company | The Standard Register Company | 1095673 | $7,040.63 | 2/18/2015 | 149183 | 12/19/2014 | $6,291.00 |
| The Standard Register Company | The Standard Register Company | 1088567 | $1,063.59 | 1/12/2015 | 148084 | 11/21/2014 | $1,091.95 |
| The Standard Register Company | The Standard Register Company | 1084945 | $5,821.65 | 12/22/2014 | 147430 | 11/6/2014 | $5,981.88 |

**Totals:** **3 transfer(s),   $13,925.87**