

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Cogensia, LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096433 | $10,000.00 | 2/17/2015 | STD006 | 12/23/2014 | $10,000.00 |
| The Standard Register Company | The Standard Register Company | 1084947 | $13,500.00 | 12/16/2014 | STD005 | 9/24/2014 | $13,500.00 |
| **Totals:** | | **2 transfer(s),** | **$23,500.00** | | | | |