

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Ennis, Inc. dba Print Xcel** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13801 | $1,379.41 | 2/6/2015 | 45884320 | 1/22/2015 | $1,379.41 |
| The Standard Register Company | The Standard Register Company | ACH:13773 | $2,817.58 | 2/6/2015 | 45842989 | 12/31/2014 | $2,817.58 |
| The Standard Register Company | The Standard Register Company | ACH:13531 | $1,904.27 | 1/21/2015 | 45837419 | 12/29/2014 | $1,904.27 |
| The Standard Register Company | The Standard Register Company | ACH:13475 | $2,594.60 | 1/16/2015 | 45832454 | 12/23/2014 | $1,077.88 |
| The Standard Register Company | The Standard Register Company | ACH:13475 | $2,594.60 | 1/16/2015 | 45832452 | 12/23/2014 | $1,516.72 |
| The Standard Register Company | The Standard Register Company | ACH:13414 | $2,817.66 | 1/14/2015 | 45839738 | 12/30/2014 | $2,817.66 |
| The Standard Register Company | The Standard Register Company | ACH:12913 | $980.45 | 12/19/2014 | 45792296 | 12/3/2014 | $980.45 |
| The Standard Register Company | The Standard Register Company | 23622 | $5,534.46 | 3/11/2015 | 45858183 | 1/9/2015 | $2,525.14 |
| The Standard Register Company | The Standard Register Company | 23622 | $5,534.46 | 3/11/2015 | 45851980 | 1/7/2015 | $3,009.32 |
| The Standard Register Company | The Standard Register Company | 23219 | $496.37 | 2/13/2015 | 45844798 | 1/2/2015 | $496.37 |

| Totals: | 8 transfer(s), | $18,524.80 |
|---|---|---|