

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Commerce Printing Services**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095193 | $10,620.00 | 2/10/2015 | 33865 | 12/18/2014 | $6,640.00 |
| The Standard Register Company | The Standard Register Company | 1095193 | $10,620.00 | 2/10/2015 | 33848 | 12/18/2014 | $3,980.00 |
| The Standard Register Company | The Standard Register Company | 1089752 | $3,980.00 | 1/13/2015 | 33678 | 11/26/2014 | $3,980.00 |
| The Standard Register Company | The Standard Register Company | 1084488 | $4,460.00 | 12/18/2014 | 33480 | 11/4/2014 | $4,460.00 |

**Totals:    3 transfer(s),    $19,060.00**