

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **TKO Print Solutions, Inc. dba ThinkPrint** | |
| Bankruptcy Case: | **SRC Liquidation Company** | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42653 | 11/25/2014 | $163.52 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42372 | 11/20/2014 | $33.33 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42895 | 11/26/2014 | $135.25 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42894 | 11/26/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42893 | 11/26/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42892 | 11/26/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42891 | 11/26/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42890 | 11/26/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42889 | 11/26/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42888 | 11/26/2014 | $104.00 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42884 | 11/26/2014 | $315.13 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42747 | 11/26/2014 | $51.00 |
| The Standard Register Company | The Standard Register Company | 1090861 | $102.30 | 1/22/2015 | 42985 | 12/1/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42659 | 11/25/2014 | $24.33 |
| The Standard Register Company | The Standard Register Company | 1090861 | $102.30 | 1/22/2015 | 42986 | 12/1/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42646 | 11/25/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42645 | 11/25/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42644 | 11/25/2014 | $24.96 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42564 | 11/24/2014 | $24.20 |
| The Standard Register Company | The Standard Register Company | 1089533 | $611.65 | 1/8/2015 | 42562 | 11/24/2014 | $384.36 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42461 | 11/21/2014 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42460 | 11/21/2014 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42458 | 11/21/2014 | $33.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42450 | 11/21/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42449 | 11/21/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42448 | 11/21/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43643 | 12/10/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42746 | 11/26/2014 | $59.96 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43292 | 12/4/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1083750 | $85.33 | 12/17/2014 | 38288 | 9/30/2014 | $24.20 |
| The Standard Register Company | The Standard Register Company | 1093327 | $57.77 | 2/6/2015 | 43525 | 12/9/2014 | $31.48 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43514 | 12/8/2014 | $24.94 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43458 | 12/8/2014 | $302.00 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43442 | 12/8/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43439 | 12/8/2014 | $25.20 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43436 | 12/8/2014 | $24.94 |
| The Standard Register Company | The Standard Register Company | 1092905 | $401.67 | 2/6/2015 | 43433 | 12/8/2014 | $23.65 |
| The Standard Register Company | The Standard Register Company | 1092460 | $797.49 | 2/2/2015 | 43302 | 12/5/2014 | $391.39 |
| The Standard Register Company | The Standard Register Company | 1092460 | $797.49 | 2/2/2015 | 43298 | 12/5/2014 | $402.58 |
| The Standard Register Company | The Standard Register Company | 1092460 | $797.49 | 2/2/2015 | 43284 | 12/5/2014 | $32.33 |
| The Standard Register Company | The Standard Register Company | 1089926 | $838.07 | 1/20/2015 | 42896 | 11/26/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43293 | 12/4/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42367 | 11/20/2014 | $23.70 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43291 | 12/4/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43290 | 12/4/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43209 | 12/4/2014 | $348.60 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43189 | 12/4/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 43188 | 12/4/2014 | $31.48 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 41646 | 11/11/2014 | $13.25 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 41645 | 11/11/2014 | $22.69 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 41079 | 11/4/2014 | $13.25 |
| The Standard Register Company | The Standard Register Company | 1092107 | $546.58 | 2/2/2015 | 41077 | 11/4/2014 | $22.69 |
| The Standard Register Company | The Standard Register Company | 1091739 | $149.73 | 1/28/2015 | 43186 | 12/3/2014 | $41.00 |
| The Standard Register Company | The Standard Register Company | 1091739 | $149.73 | 1/28/2015 | 43178 | 12/3/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1091190 | $129.83 | 1/27/2015 | 42977 | 12/2/2014 | $138.93 |
| The Standard Register Company | The Standard Register Company | 1092460 | $797.49 | 2/2/2015 | 43283 | 12/5/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 1085498 | $266.89 | 12/26/2014 | 41384 | 11/7/2014 | $37.40 |
| The Standard Register Company | The Standard Register Company | 1088903 | $197.49 | 1/12/2015 | 42447 | 11/21/2014 | $25.37 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41640 | 11/11/2014 | $78.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41639 | 11/11/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41637 | 11/11/2014 | $48.52 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41627 | 11/11/2014 | $24.33 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41626 | 11/11/2014 | $24.20 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41506 | 11/10/2014 | $31.52 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41502 | 11/10/2014 | $305.00 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41501 | 11/10/2014 | $25.24 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41500 | 11/10/2014 | $25.32 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41496 | 11/10/2014 | $14.25 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41642 | 11/11/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1085498 | $266.89 | 12/26/2014 | 41434 | 11/7/2014 | $167.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41643 | 11/11/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1085498 | $266.89 | 12/26/2014 | 41382 | 11/7/2014 | $78.20 |
| The Standard Register Company | The Standard Register Company | 1085115 | $218.70 | 12/22/2014 | 41341 | 11/6/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1085115 | $218.70 | 12/22/2014 | 41307 | 11/6/2014 | $31.52 |
| The Standard Register Company | The Standard Register Company | 1085115 | $218.70 | 12/22/2014 | 41304 | 11/6/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1085115 | $218.70 | 12/22/2014 | 41303 | 11/6/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 1084730 | $296.56 | 12/17/2014 | 41170 | 11/5/2014 | $23.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084730 | $296.56 | 12/17/2014 | 41169 | 11/5/2014 | $32.37 |
| The Standard Register Company | The Standard Register Company | 1084730 | $296.56 | 12/17/2014 | 41168 | 11/5/2014 | $31.52 |
| The Standard Register Company | The Standard Register Company | 1084730 | $296.56 | 12/17/2014 | 41103 | 11/4/2014 | $205.00 |
| The Standard Register Company | The Standard Register Company | 1084730 | $296.56 | 12/17/2014 | 41102 | 11/4/2014 | $24.97 |
| The Standard Register Company | The Standard Register Company | 1083750 | $85.33 | 12/17/2014 | 40973 | 10/31/2014 | $41.00 |
| The Standard Register Company | The Standard Register Company | 1083750 | $85.33 | 12/17/2014 | 40824 | 10/31/2014 | $25.24 |
| The Standard Register Company | The Standard Register Company | 1086112 | $397.13 | 1/2/2015 | 41495 | 11/10/2014 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41966 | 11/13/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1088252 | $159.96 | 1/8/2015 | 42370 | 11/19/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1088252 | $159.96 | 1/8/2015 | 42262 | 11/19/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1088252 | $159.96 | 1/8/2015 | 42261 | 11/19/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1088252 | $159.96 | 1/8/2015 | 42155 | 11/18/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 452053 | 11/17/2014 | $31.52 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 42058 | 11/17/2014 | $31.52 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 42054 | 11/17/2014 | $24.83 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41972 | 11/13/2014 | $182.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41971 | 11/13/2014 | $130.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41970 | 11/13/2014 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41969 | 11/13/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41641 | 11/11/2014 | $130.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41967 | 11/13/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43711 | 12/10/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41965 | 11/13/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41964 | 11/14/2014 | $382.43 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41871 | 11/13/2014 | $68.23 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41858 | 11/13/2014 | $28.30 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41819 | 11/12/2014 | $281.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41741 | 11/11/2014 | $286.25 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41740 | 11/11/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41739 | 11/11/2014 | $55.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41731 | 11/12/2014 | $376.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41727 | 11/11/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41726 | 11/11/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1086552 | $1,456.29 | 1/2/2015 | 41673 | 11/11/2014 | $34.34 |
| The Standard Register Company | The Standard Register Company | 1087642 | $990.58 | 1/2/2015 | 41968 | 11/13/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45634 | 1/13/2015 | $23.26 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45210 | 1/7/2015 | $262.16 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45958 | 1/15/2015 | $95.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45957 | 1/15/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45755 | 1/14/2015 | $39.05 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45740 | 1/14/2015 | $25.20 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45650 | 1/12/2015 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45649 | 1/12/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45648 | 1/12/2015 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45647 | 1/12/2015 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45646 | 1/12/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45645 | 1/12/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45974 | 1/16/2015 | $52.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45635 | 1/13/2015 | $13.25 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45975 | 1/16/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45627 | 1/13/2015 | $41.48 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45533 | 1/12/2015 | $28.97 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45532 | 1/12/2015 | $28.64 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45530 | 1/12/2015 | $53.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45522 | 1/12/2015 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45521 | 1/12/2015 | $25.05 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45520 | 1/12/2015 | $55.05 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45410 | 1/9/2015 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45408 | 1/9/2015 | $24.64 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45391 | 1/9/2015 | $107.38 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45212 | 1/7/2015 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1093327 | $57.77 | 2/6/2015 | 43627 | 12/9/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45644 | 1/12/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46336 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46707 | 1/26/2015 | $32.18 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46706 | 1/26/2015 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46705 | 1/26/2015 | $32.93 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46555 | 1/23/2015 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46554 | 1/23/2015 | $25.05 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46553 | 1/23/2015 | $24.64 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46545 | 1/23/2015 | $267.02 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46398 | 1/21/2015 | $198.50 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46344 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46343 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46341 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45970 | 1/16/2015 | $79.93 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46338 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45209 | 1/7/2015 | $28.64 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46335 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46333 | 1/20/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46332 | 1/20/2015 | $52.00 |

Transfers During Preference Period

TKO Print Solutions, Inc. dba ThinkPrint (CSRCTKO01)
Bankruptcy Case: SRC Liquidation Company
May 13, 2016                Exhibit A                P. 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46330 | 1/20/2015 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46305 | 1/20/2015 | $366.50 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46245 | 1/20/2015 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46210 | 1/20/2015 | $181.41 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46207 | 1/19/2015 | $161.50 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46133 | 1/19/2015 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46132 | 1/19/2015 | $56.40 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46120 | 1/19/2015 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45981 | 1/16/2015 | $28.97 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46339 | 1/20/2015 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1094605 | $633.86 | 2/12/2015 | 44004 | 12/15/2014 | $173.50 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45211 | 1/7/2015 | $53.77 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44437 | 12/19/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44320 | 12/19/2014 | $27.85 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44252 | 12/18/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44251 | 12/18/2014 | $20.00 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44127 | 12/17/2014 | $161.54 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44119 | 12/17/2014 | $224.48 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44118 | 12/17/2014 | $24.29 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44108 | 12/17/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1095448 | $463.59 | 2/12/2015 | 44106 | 12/17/2014 | $22.54 |
| The Standard Register Company | The Standard Register Company | 1094911 | $51.15 | 2/12/2015 | 44100 | 12/16/2014 | $39.00 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44439 | 12/19/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1094605 | $633.86 | 2/12/2015 | 44020 | 12/15/2014 | $81.00 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44440 | 12/19/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1094605 | $633.86 | 2/12/2015 | 43951 | 12/15/2014 | $40.56 |
| The Standard Register Company | The Standard Register Company | 1094605 | $633.86 | 2/12/2015 | 43944 | 12/15/2014 | $383.82 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43807 | 12/11/2014 | $166.85 |
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43805 | 12/11/2014 | $41.00 |
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43794 | 12/12/2014 | $51.00 |
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43793 | 12/12/2014 | $59.93 |
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43729 | 12/11/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1094198 | $597.48 | 2/12/2015 | 43727 | 12/11/2014 | $308.00 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43715 | 12/10/2014 | $140.85 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43714 | 12/10/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43713 | 12/10/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1093682 | $250.74 | 2/12/2015 | 43712 | 12/10/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1094911 | $51.15 | 2/12/2015 | 44099 | 12/16/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44774 | 12/24/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45123 | 1/6/2015 | $510.79 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45122 | 1/6/2015 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45121 | 1/6/2015 | $195.33 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45110 | 1/6/2015 | $355.57 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45109 | 1/6/2015 | $353.82 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45108 | 1/6/2015 | $228.02 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45042 | 1/2/2015 | $611.27 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 45005 | 1/2/2015 | $54.64 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44993 | 1/2/2015 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44900 | 12/31/2014 | $47.87 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44784 | 12/24/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44438 | 12/19/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44776 | 12/24/2014 | $26.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 46708 | 1/26/2015 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44679 | 12/24/2014 | $702.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44673 | 12/24/2014 | $348.26 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44670 | 12/24/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44669 | 12/24/2014 | $24.48 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44668 | 12/24/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 43285 | 12/5/2014 | $23.00 |
| The Standard Register Company | The Standard Register Company | 1096595 | $38.24 | 2/20/2015 | 44564 | 12/23/2014 | $16.00 |
| The Standard Register Company | The Standard Register Company | 1096595 | $38.24 | 2/20/2015 | 44563 | 12/23/2014 | $24.48 |
| The Standard Register Company | The Standard Register Company | 1096213 | $140.89 | 2/12/2015 | 44531 | 12/22/2014 | $47.00 |
| The Standard Register Company | The Standard Register Company | 1096213 | $140.89 | 2/12/2015 | 44529 | 12/22/2014 | $104.50 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44442 | 12/19/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1095875 | $279.53 | 2/12/2015 | 44441 | 12/19/2014 | $104.00 |
| The Standard Register Company | The Standard Register Company | 1098742 | $6,748.66 | 3/5/2015 | 44778 | 12/24/2014 | $52.00 |

**Totals:**    27 transfer(s),    $16,908.16