

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Consortium Companies, L.L.C.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096437 | $180.88 | 2/17/2015 | 1095681UD | 12/19/2014 | $158.68 |
| The Standard Register Company | The Standard Register Company | 1096437 | $180.88 | 2/17/2015 | 1091961UD | 12/4/2014 | $22.20 |
| The Standard Register Company | The Standard Register Company | 1095681 | $7,563.62 | 2/10/2015 | 79273 | 12/19/2014 | $8,119.00 |
| The Standard Register Company | The Standard Register Company | 1091961 | $1,099.50 | 1/27/2015 | 79121 | 12/4/2014 | $1,177.20 |
| The Standard Register Company | The Standard Register Company | 1089754 | $2,330.36 | 1/9/2015 | 79067 | 11/27/2014 | $1,329.00 |
| The Standard Register Company | The Standard Register Company | 1089754 | $2,330.36 | 1/9/2015 | 78855 | 11/27/2014 | $1,164.18 |
| The Standard Register Company | The Standard Register Company | 1084948 | $592.50 | 12/16/2014 | 78872 | 11/6/2014 | $634.50 |
| The Standard Register Company | The Standard Register Company | 1084490 | $1,213.59 | 12/16/2014 | 78799 | 11/4/2014 | $1,289.75 |
| The Standard Register Company | The Standard Register Company | 1083493 | $10,373.40 | 12/12/2014 | 78718 | 10/31/2014 | $11,135.00 |

**Totals:** 7 transfer(s), $23,353.85