

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

**Defendant:** **Crouch Industries Inc.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22274 | $635.00 | 1/13/2015 | 034727 | 11/15/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | 1099063 | $202.38 | 3/4/2015 | 034821 | 12/12/2014 | $202.38 |
| The Standard Register Company | The Standard Register Company | 20997 | $4,476.59 | 12/16/2014 | 034468 | 9/12/2014 | $575.00 |
| The Standard Register Company | The Standard Register Company | 20997 | $4,476.59 | 12/16/2014 | 034574 | 10/10/2014 | $2,750.00 |
| The Standard Register Company | The Standard Register Company | 20997 | $4,476.59 | 12/16/2014 | 034583 | 10/10/2014 | $917.59 |
| The Standard Register Company | The Standard Register Company | 20997 | $4,476.59 | 12/16/2014 | 034592 | 10/10/2014 | $234.00 |
| The Standard Register Company | The Standard Register Company | 21843 | $602.49 | 12/31/2014 | 034684 | 10/30/2014 | $400.89 |
| The Standard Register Company | The Standard Register Company | 1098919 | $2,242.62 | 3/4/2015 | 034699 | 11/8/2014 | $2,242.62 |
| The Standard Register Company | The Standard Register Company | 22274 | $635.00 | 1/13/2015 | 034718 | 11/15/2014 | $425.00 |
| The Standard Register Company | The Standard Register Company | 23196 | $747.60 | 2/25/2015 | 034780 | 11/28/2014 | $747.60 |
| The Standard Register Company | The Standard Register Company | 22438 | $2,836.58 | 1/27/2015 | 034742 | 11/21/2014 | $315.00 |
| The Standard Register Company | The Standard Register Company | 22438 | $2,836.58 | 1/27/2015 | 034743 | 11/21/2014 | $1,975.62 |
| The Standard Register Company | The Standard Register Company | 22438 | $2,836.58 | 1/27/2015 | 034751 | 11/21/2014 | $270.44 |
| The Standard Register Company | The Standard Register Company | 22438 | $2,836.58 | 1/27/2015 | 034754 | 11/21/2014 | $275.52 |
| The Standard Register Company | The Standard Register Company | 22871 | $7,055.01 | 2/4/2015 | 034741 | 11/21/2014 | $7,055.01 |
| The Standard Register Company | The Standard Register Company | 23085 | $167.05 | 2/25/2015 | 334767 | 11/26/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 23085 | $167.05 | 2/25/2015 | 334769 | 11/26/2014 | $92.05 |
| The Standard Register Company | The Standard Register Company | 21843 | $602.49 | 12/31/2014 | 034694 | 10/30/2014 | $201.60 |

**Totals:** 9 transfer(s), $18,965.32