

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **EBSCO Industries, Inc. dba Crown Products Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092721 | $421.04 | 2/2/2015 | 880508 | 12/8/2014 | $45.95 |
| The Standard Register Company | The Standard Register Company | 1083500 | $402.41 | 12/12/2014 | 873950 | 10/31/2014 | $161.01 |
| The Standard Register Company | The Standard Register Company | 1087223 | $5,311.80 | 12/30/2014 | 876788 | 11/17/2014 | $5,311.80 |
| The Standard Register Company | The Standard Register Company | 1088584 | $179.75 | 1/5/2015 | 877510 | 11/20/2014 | $179.75 |
| The Standard Register Company | The Standard Register Company | 1089188 | $366.00 | 1/6/2015 | 878081 | 11/24/2014 | $185.50 |
| The Standard Register Company | The Standard Register Company | 1089188 | $366.00 | 1/6/2015 | 878499 | 11/25/2014 | $180.50 |
| The Standard Register Company | The Standard Register Company | 1091042 | $178.50 | 1/21/2015 | 879173 | 12/2/2014 | $178.50 |
| The Standard Register Company | The Standard Register Company | 1091965 | $9,163.26 | 1/27/2015 | 879234 | 12/2/2014 | $860.72 |
| The Standard Register Company | The Standard Register Company | 1091965 | $9,163.26 | 1/27/2015 | 879889 | 12/4/2014 | $901.54 |
| The Standard Register Company | The Standard Register Company | 1083500 | $402.41 | 12/12/2014 | 873846 | 10/31/2014 | $241.40 |
| The Standard Register Company | The Standard Register Company | 1092273 | $172.88 | 1/29/2015 | 880249 | 12/5/2014 | $172.88 |
| The Standard Register Company | The Standard Register Company | 1096302 | $1,515.38 | 2/18/2015 | 884853 | 1/8/2015 | $168.19 |
| The Standard Register Company | The Standard Register Company | 1092721 | $421.04 | 2/2/2015 | 880509 | 12/8/2014 | $112.85 |
| The Standard Register Company | The Standard Register Company | 1092721 | $421.04 | 2/2/2015 | 880529 | 12/8/2014 | $262.24 |
| The Standard Register Company | The Standard Register Company | 1093531 | $2,542.17 | 2/4/2015 | 881041 | 12/10/2014 | $163.37 |
| The Standard Register Company | The Standard Register Company | 1093531 | $2,542.17 | 2/4/2015 | 881174 | 12/10/2014 | $2,378.80 |
| The Standard Register Company | The Standard Register Company | 1096302 | $1,515.38 | 2/18/2015 | 883617 | 12/29/2014 | $518.40 |
| The Standard Register Company | The Standard Register Company | 1096302 | $1,515.38 | 2/18/2015 | 883877 | 12/31/2014 | $1,673.00 |
| The Standard Register Company | The Standard Register Company | 1096302 | $1,515.38 | 2/18/2015 | 884687 | 1/7/2015 | $1,010.28 |
| The Standard Register Company | The Standard Register Company | 1096302 | $1,515.38 | 2/18/2015 | 884852 | 1/8/2015 | $200.19 |
| The Standard Register Company | The Standard Register Company | 1091965 | $9,163.26 | 1/27/2015 | 879986 | 12/4/2014 | $7,401.00 |

Totals:     10 transfer(s),     $20,253.19