

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Customformed Products, Inc.** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097608 | $4,621.94 | 2/27/2015 | 46752 | 11/5/2014 | $251.18 |
| The Standard Register Company | The Standard Register Company | 1097608 | $4,621.94 | 2/27/2015 | 46751 | 11/5/2014 | $4,370.76 |
| The Standard Register Company | The Standard Register Company | 1088589 | $8,730.00 | 1/2/2015 | 47054 | 12/2/2014 | $9,000.00 |
| The Standard Register Company | The Standard Register Company | 1088308 | $1,499.50 | 12/31/2014 | 47114 | 12/8/2014 | $1,540.00 |
| The Standard Register Company | The Standard Register Company | 1085320 | $17.65 | 12/19/2014 | 1083504UD | 9/12/2014 | $17.65 |

**Totals:** 4 transfer(s), $14,869.09