

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:           **The Delta Institute**
Bankruptcy Case:     **SRC Liquidation Company**
Preference Period:   **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085670 | $6,500.00 | 12/30/2014 | INV01009 | 11/30/2014 | $6,500.00 |
| The Standard Register Company | The Standard Register Company | 1083509 | $6,500.00 | 12/22/2014 | INV00980 | 10/31/2014 | $6,500.00 |

**Totals:**     **2 transfer(s),**     **$13,000.00**

The Delta Institute (SRCDEL011)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A