

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

| | |
|---|---|
| Defendant: | **Direct Data Corporation** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099967 | $312.00 | 3/10/2015 | 7360022715 | 2/27/2015 | $312.00 |
| The Standard Register Company | The Standard Register Company | 1099165 | $6,283.00 | 3/3/2015 | 7349022015 | 2/20/2015 | $6,283.00 |
| The Standard Register Company | The Standard Register Company | 1096451 | $2,414.19 | 2/19/2015 | 17245 | 12/23/2014 | $2,595.91 |
| The Standard Register Company | The Standard Register Company | 1096044 | $186.00 | 2/12/2015 | 17252 | 12/22/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1095919 | $276.08 | 2/9/2015 | 7320020415 | 2/4/2015 | $276.08 |
| The Standard Register Company | The Standard Register Company | 1093936 | $1,165.60 | 2/4/2015 | 17178 | 12/12/2014 | $1,360.25 |
| The Standard Register Company | The Standard Register Company | 1091797 | $253.00 | 1/27/2015 | 7284011615 | 1/16/2015 | $253.00 |
| The Standard Register Company | The Standard Register Company | 1091547 | $1,721.27 | 1/28/2015 | 17211 | 12/3/2014 | $1,842.69 |
| The Standard Register Company | The Standard Register Company | 1089766 | $1,658.37 | 1/9/2015 | 17202 | 11/26/2014 | $375.80 |
| The Standard Register Company | The Standard Register Company | 1089766 | $1,658.37 | 1/9/2015 | 17194 | 11/26/2014 | $1,444.43 |
| The Standard Register Company | The Standard Register Company | 1085721 | $2,330.00 | 12/23/2014 | 7245121514 | 12/15/2014 | $2,330.00 |
| The Standard Register Company | The Standard Register Company | 1084783 | $1,582.00 | 12/15/2014 | 7178121014 | 12/10/2014 | $1,582.00 |
| The Standard Register Company | The Standard Register Company | 1083513 | $718.32 | 12/15/2014 | 17131 | 10/31/2014 | $778.40 |

**Totals:** **12 transfer(s),** **$18,899.83**