

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **ParsonsKellogg LLC dba Driving Impressions** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096046 | $615.32 | 2/11/2015 | 125918 | 12/22/2014 | $615.32 |
| The Standard Register Company | The Standard Register Company | 1095695 | $1,369.32 | 2/11/2015 | 125744 | 12/19/2014 | $349.54 |
| The Standard Register Company | The Standard Register Company | 1095695 | $1,369.32 | 2/11/2015 | 125705 | 12/19/2014 | $1,019.78 |
| The Standard Register Company | The Standard Register Company | 1095208 | $1,795.63 | 2/11/2015 | 125617 | 12/18/2014 | $1,795.63 |
| The Standard Register Company | The Standard Register Company | 1093944 | $853.50 | 2/11/2015 | 125400 | 12/11/2014 | $169.51 |
| The Standard Register Company | The Standard Register Company | 1093944 | $853.50 | 2/11/2015 | 125399 | 12/11/2014 | $683.99 |
| The Standard Register Company | The Standard Register Company | 1093537 | $755.08 | 2/11/2015 | 125017 | 12/10/2014 | $755.08 |
| The Standard Register Company | The Standard Register Company | 1093161 | $363.43 | 2/11/2015 | 124733 | 12/9/2014 | $363.43 |
| The Standard Register Company | The Standard Register Company | 1090717 | $269.20 | 1/20/2015 | 124365 | 12/1/2014 | $269.20 |
| The Standard Register Company | The Standard Register Company | 1089208 | $3,018.51 | 1/8/2015 | 124116 | 11/25/2014 | $2,135.24 |
| The Standard Register Company | The Standard Register Company | 1089208 | $3,018.51 | 1/8/2015 | 123930 | 11/24/2014 | $883.27 |
| The Standard Register Company | The Standard Register Company | 1087962 | $5,194.50 | 1/6/2015 | 123879 | 11/19/2014 | $5,194.50 |
| The Standard Register Company | The Standard Register Company | 1085329 | $469.88 | 12/24/2014 | 122677 | 11/7/2014 | $469.88 |
| The Standard Register Company | The Standard Register Company | 1082161 | $597.00 | 12/16/2014 | 121920 | 10/27/2014 | $597.00 |

**Totals:**     **11 transfer(s),**    **$15,301.37**