

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Dale Worsham dba Eagle Embroidery & Monogramming**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13032 | 12/1/2014 | $9.75 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13059 | 12/17/2014 | $16.25 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13058 | 12/17/2014 | $398.75 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13057 | 12/17/2014 | $58.34 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13056 | 12/17/2014 | $84.73 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13055 | 12/17/2014 | $66.00 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13054 | 12/17/2014 | $64.75 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13053 | 12/17/2014 | $16.50 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13052 | 12/17/2014 | $30.98 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13051 | 12/17/2014 | $440.00 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13050 | 12/17/2014 | $82.35 |
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13036 | 12/1/2014 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13035 | 12/1/2014 | $8.25 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12955 | 11/5/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13033 | 12/1/2014 | $139.75 |
| The Standard Register Company | The Standard Register Company | 1095704 | $772.80 | 2/18/2015 | 13063 | 12/19/2014 | $197.86 |
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13031 | 12/1/2014 | $21.57 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12966 | 11/5/2014 | $35.81 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12965 | 11/5/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12964 | 11/5/2014 | $78.75 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12963 | 11/5/2014 | $24.75 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12962 | 11/5/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12961 | 11/5/2014 | $27.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12960 | 11/5/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12959 | 11/5/2014 | $58.50 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12958 | 11/5/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12957 | 11/5/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12881 | 10/24/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1090720 | $465.32 | 2/18/2015 | 13034 | 12/1/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12977 | 11/10/2014 | $146.06 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13000 | 11/19/2014 | $31.13 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12999 | 11/19/2014 | $16.56 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12998 | 11/19/2014 | $19.31 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12997 | 11/19/2014 | $20.11 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12996 | 11/19/2014 | $5.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12995 | 11/19/2014 | $3.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12994 | 11/19/2014 | $30.11 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12993 | 11/19/2014 | $16.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12983 | 11/10/2014 | $534.32 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12982 | 11/10/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12981 | 11/10/2014 | $24.61 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12980 | 11/10/2014 | $819.11 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13060 | 12/17/2014 | $382.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12978 | 11/10/2014 | $34.06 |
| The Standard Register Company | The Standard Register Company | 1095222 | $1,653.90 | 2/18/2015 | 13061 | 12/17/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12976 | 11/10/2014 | $168.44 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12975 | 11/10/2014 | $138.73 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12974 | 11/10/2014 | $117.90 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12973 | 11/10/2014 | $19.11 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12972 | 11/10/2014 | $19.11 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12971 | 11/10/2014 | $139.42 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12970 | 11/10/2014 | $412.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12969 | 11/10/2014 | $40.15 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 11994 | 12/8/2013 | $180.00 |
| The Standard Register Company | The Standard Register Company | 1095704 | $772.80 | 2/18/2015 | 13066 | 12/19/2014 | $247.50 |
| The Standard Register Company | The Standard Register Company | 1095704 | $772.80 | 2/18/2015 | 13065 | 12/19/2014 | $192.97 |
| The Standard Register Company | The Standard Register Company | 1095704 | $772.80 | 2/18/2015 | 13064 | 12/19/2014 | $134.47 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12951 | 10/27/2014 | $154.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 12979 | 11/10/2014 | $358.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12894 | 10/24/2014 | $136.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12908 | 10/24/2014 | $30.86 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12907 | 10/24/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12906 | 10/24/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12905 | 10/24/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12904 | 10/24/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12903 | 10/24/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12902 | 10/24/2014 | $31.59 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12901 | 10/24/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12900 | 10/24/2014 | $265.93 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12899 | 10/24/2014 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12898 | 10/24/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12897 | 10/24/2014 | $19.11 |
| The Standard Register Company | The Standard Register Company | 1084512 | $453.56 | 1/21/2015 | 12956 | 11/5/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12895 | 10/24/2014 | $42.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12911 | 10/24/2014 | $56.43 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12893 | 10/24/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12892 | 10/24/2014 | $48.33 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12891 | 10/24/2014 | $36.26 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12890 | 10/24/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12889 | 10/24/2014 | $27.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12888 | 10/24/2014 | $70.62 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12887 | 10/24/2014 | $28.11 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12886 | 10/24/2014 | $35.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12885 | 10/24/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12884 | 10/24/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12883 | 10/24/2014 | $13.75 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12882 | 10/24/2014 | $141.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12896 | 10/24/2014 | $27.56 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12936 | 10/27/2014 | $146.25 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12950 | 10/27/2014 | $82.50 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12949 | 10/27/2014 | $64.61 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12948 | 10/27/2014 | $19.31 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12947 | 10/27/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12946 | 10/27/2014 | $32.13 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12945 | 10/27/2014 | $45.88 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12944 | 10/27/2014 | $30.06 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12943 | 10/27/2014 | $22.25 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12942 | 10/27/2014 | $51.31 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12941 | 10/27/2014 | $20.11 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12940 | 10/27/2014 | $22.25 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12939 | 10/27/2014 | $28.55 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12909 | 10/24/2014 | $33.31 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12937 | 10/27/2014 | $31.13 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12910 | 10/24/2014 | $40.11 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12923 | 10/24/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12922 | 10/24/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12921 | 10/24/2014 | $210.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12920 | 10/24/2014 | $36.32 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12919 | 10/24/2014 | $48.09 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12918 | 10/24/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12917 | 10/24/2014 | $315.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12916 | 10/24/2014 | $6.50 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12915 | 10/24/2014 | $24.61 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12914 | 10/24/2014 | $30.31 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12913 | 10/24/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1081385 | $2,337.29 | 1/21/2015 | 12912 | 10/24/2014 | $21.31 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13003 | 11/19/2014 | $27.75 |
| The Standard Register Company | The Standard Register Company | 1082168 | $798.21 | 1/21/2015 | 12938 | 10/27/2014 | $27.56 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13121 | 1/17/2015 | $30.01 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13135 | 1/17/2015 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13134 | 1/17/2015 | $68.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13133 | 1/17/2015 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13132 | 1/17/2015 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13131 | 1/17/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13130 | 1/17/2015 | $121.10 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13129 | 1/17/2015 | $116.79 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13128 | 1/17/2015 | $201.44 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13127 | 1/17/2015 | $23.35 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13126 | 1/17/2015 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13125 | 1/17/2015 | $32.76 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13124 | 1/17/2015 | $56.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13001 | 11/19/2014 | $31.13 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13122 | 1/17/2015 | $27.26 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13138 | 1/17/2015 | $18.02 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13120 | 1/17/2015 | $33.05 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13119 | 1/17/2015 | $21.77 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13118 | 1/17/2015 | $20.97 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13117 | 1/17/2015 | $30.65 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13116 | 1/17/2015 | $48.78 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13115 | 1/17/2015 | $46.80 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13114 | 1/17/2015 | $129.45 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13113 | 1/17/2015 | $6.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13112 | 1/17/2015 | $194.33 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13111 | 1/17/2015 | $20.97 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13110 | 1/17/2015 | $32.76 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13109 | 1/17/2015 | $48.90 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13123 | 1/17/2015 | $6.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13155 | 1/25/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13171 | 1/29/2015 | $29.52 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13170 | 1/29/2015 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13169 | 1/29/2015 | $25.36 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13168 | 1/29/2015 | $109.30 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13167 | 1/29/2015 | $96.63 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13166 | 1/29/2015 | $18.32 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13165 | 1/29/2015 | $22.27 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13164 | 1/29/2015 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13163 | 1/29/2015 | $29.07 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13162 | 1/29/2015 | $56.03 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13161 | 1/29/2015 | $38.67 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13158 | 1/25/2015 | $154.78 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13136 | 1/17/2015 | $24.77 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13156 | 1/25/2015 | $26.42 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13137 | 1/17/2015 | $299.88 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13154 | 1/25/2015 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13153 | 1/25/2015 | $46.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13152 | 1/25/2015 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13151 | 1/25/2015 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13150 | 1/25/2015 | $124.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13149 | 1/25/2015 | $68.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13148 | 1/25/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13147 | 1/25/2015 | $138.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13146 | 1/25/2015 | $21.99 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13145 | 1/25/2015 | $46.77 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13144 | 1/25/2015 | $309.10 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13139 | 1/17/2015 | $25.02 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13106 | 1/17/2015 | $29.84 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13157 | 1/25/2015 | $29.22 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13016 | 11/19/2014 | $6.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13108 | 1/17/2015 | $59.52 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13029 | 11/19/2014 | $248.23 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13028 | 11/19/2014 | $164.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13027 | 11/19/2014 | $122.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13026 | 11/19/2014 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13025 | 11/19/2014 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13024 | 11/19/2014 | $11.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13023 | 11/19/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13022 | 11/19/2014 | $108.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13021 | 11/19/2014 | $43.87 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13020 | 11/19/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13019 | 11/19/2014 | $235.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13068 | 12/25/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13017 | 11/19/2014 | $9.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13069 | 12/25/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13015 | 11/19/2014 | $22.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13014 | 11/19/2014 | $31.30 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13013 | 11/19/2014 | $24.81 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13012 | 11/19/2014 | $28.81 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13011 | 11/19/2014 | $147.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13010 | 11/19/2014 | $241.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13009 | 11/19/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13008 | 11/19/2014 | $204.69 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13007 | 11/19/2014 | $35.26 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13006 | 11/19/2014 | $44.20 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13005 | 11/19/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13004 | 11/19/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13172 | 1/29/2015 | $27.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13018 | 11/19/2014 | $20.31 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13083 | 12/26/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13002 | 11/19/2014 | $828.73 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13105 | 1/17/2015 | $35.80 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13095 | 12/26/2014 | $18.02 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13094 | 12/26/2014 | $23.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13093 | 12/26/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13092 | 12/26/2014 | $10.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13091 | 12/26/2014 | $6.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13090 | 12/26/2014 | $33.09 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13089 | 12/26/2014 | $363.11 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13088 | 12/26/2014 | $18.31 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13087 | 12/26/2014 | $63.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13086 | 12/26/2014 | $33.32 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13067 | 12/25/2014 | $175.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13084 | 12/26/2014 | $2.75 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13107 | 1/17/2015 | $20.79 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13082 | 12/26/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13081 | 12/26/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13080 | 12/26/2014 | $75.79 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13079 | 12/25/2014 | $33.59 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13078 | 12/25/2014 | $131.06 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13077 | 12/25/2014 | $714.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13076 | 12/25/2014 | $204.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13075 | 12/25/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13074 | 12/25/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13073 | 12/25/2014 | $227.25 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13072 | 12/25/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13071 | 12/25/2014 | $98.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13070 | 12/25/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1099573 | $14,058.63 | 3/10/2015 | 13085 | 12/26/2014 | $660.00 |

**Totals:** 7 transfer(s), $20,539.71