

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **E. I. Du Pont De Nemours and Company** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23592 | $5,987.47 | 3/10/2015 | 7612983365 | 1/14/2015 | $5,987.47 |
| The Standard Register Company | The Standard Register Company | 22555 | $5,992.06 | 1/27/2015 | 7612978000 | 1/8/2015 | $5,992.06 |
| The Standard Register Company | The Standard Register Company | 21845 | $5,989.77 | 12/30/2014 | 7612955330 | 12/15/2014 | $5,989.77 |
| The Standard Register Company | The Standard Register Company | 21083 | $5,806.37 | 12/12/2014 | 7612924968 | 11/26/2014 | $5,806.37 |

**Totals:**    **4 transfer(s),    $23,775.67**