

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **ConsumerBase LLC dba Exact Data**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096061 | $23,930.87 | 2/11/2015 | 72128 | 12/22/2014 | $24,671.00 |
| The Standard Register Company | The Standard Register Company | 1086319 | $2,838.53 | 12/29/2014 | 71425 | 11/12/2014 | $2,926.32 |
| The Standard Register Company | The Standard Register Company | 1084969 | $1,394.86 | 12/16/2014 | 71424 | 11/6/2014 | $1,438.00 |
| Totals: | | 3 transfer(s), | $28,164.26 | | | | |