

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **FASTSIGNS International, Inc. dba FASTSIGNS Red Bank, NJ** | | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091800 | $16,270.42 | 1/29/2015 | MID10565 | 12/17/2014 | $16,270.42 |
| **Totals:** | **1 transfer(s),** | **$16,270.42** | | | | | |