

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Flint Group North America Corporation dba Flint Ink Corporation**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119817 | 2/6/2015 | $15.95 |
| The Standard Register Company | The Standard Register Company | 21085 | $717.92 | 12/12/2014 | 24076017 | 11/18/2014 | $92.80 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119593 | 1/26/2015 | $125.60 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119595 | 1/26/2015 | $642.00 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119631 | 1/27/2015 | $63.00 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119681 | 1/29/2015 | $43.70 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119706 | 1/30/2015 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119729 | 2/2/2015 | $84.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119735 | 2/3/2015 | $44.15 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119736 | 2/3/2015 | $94.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119753 | 2/3/2015 | $618.00 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119754 | 2/3/2015 | $501.55 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119810 | 2/6/2015 | $115.80 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119549 | 1/22/2015 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119816 | 2/6/2015 | $182.60 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119535 | 1/21/2015 | $164.50 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119861 | 2/10/2015 | $693.90 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119863 | 2/11/2015 | $79.50 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119880 | 2/12/2015 | $26.60 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119881 | 2/12/2015 | $408.60 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119900 | 2/12/2015 | $308.05 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119941 | 2/16/2015 | $286.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119975 | 2/18/2015 | $336.95 |

Flint Group North America Corporation dba Flint Ink Corporation (SRCFLI004)
Bankruptcy Case: SRC Liquidation Company

May 11, 2016                                     Exhibit A                                     P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119985 | 2/19/2015 | $167.25 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33120028 | 2/20/2015 | $493.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 50119933 | 1/28/2015 | $105.59 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 50120374 | 2/11/2015 | $125.60 |
| The Standard Register Company | The Standard Register Company | 21085 | $717.92 | 12/12/2014 | 24076010 | 11/18/2014 | $58.09 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 2000273825 | 11/18/2014 | $191.70 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119811 | 2/6/2015 | $64.35 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076506 | 2/9/2015 | $396.73 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 2000317069 | 1/30/2015 | $325.98 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 2000320252 | 2/4/2015 | $287.01 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 2000331014 | 2/18/2015 | $256.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 2000331213 | 2/21/2015 | $172.80 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076391 | 1/26/2015 | $32.76 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076401 | 1/27/2015 | $411.84 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076413 | 1/28/2015 | $265.46 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076430 | 1/29/2015 | $31.37 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076431 | 1/29/2015 | $329.27 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076474 | 2/4/2015 | $28.40 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076487 | 2/5/2015 | $171.18 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076488 | 2/5/2015 | $77.63 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119551 | 1/22/2015 | $423.95 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076496 | 2/6/2015 | $141.80 |
| The Standard Register Company | The Standard Register Company | 21085 | $717.92 | 12/12/2014 | 24076028 | 11/20/2014 | $414.33 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076519 | 2/10/2015 | $105.94 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076527 | 2/11/2015 | $502.38 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076528 | 2/11/2015 | $32.49 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076535 | 2/12/2015 | $131.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076550 | 2/16/2015 | $154.58 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076551 | 2/16/2015 | $169.90 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076552 | 2/16/2015 | $55.80 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076567 | 2/18/2015 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076581 | 2/20/2015 | $90.09 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 26218074 | 2/9/2015 | $161.20 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119486 | 1/19/2015 | $99.60 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119507 | 1/20/2015 | $304.80 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 33119518 | 1/21/2015 | $198.15 |
| The Standard Register Company | The Standard Register Company | 1099584 | $11,515.56 | 3/10/2015 | 24076489 | 2/5/2015 | $27.77 |
| The Standard Register Company | The Standard Register Company | 22319 | $206.11 | 1/16/2015 | 33119112 | 12/22/2014 | $25.24 |
| The Standard Register Company | The Standard Register Company | 21085 | $717.92 | 12/12/2014 | 24076015 | 11/19/2014 | $91.82 |
| The Standard Register Company | The Standard Register Company | 22035 | $787.20 | 1/5/2015 | 24076174 | 12/15/2014 | $90.80 |
| The Standard Register Company | The Standard Register Company | 22035 | $787.20 | 1/5/2015 | 24076227 | 12/23/2014 | $237.50 |
| The Standard Register Company | The Standard Register Company | 22035 | $787.20 | 1/5/2015 | 33118901 | 12/10/2014 | $40.59 |
| The Standard Register Company | The Standard Register Company | 22035 | $787.20 | 1/5/2015 | 33118924 | 12/11/2014 | $137.91 |
| The Standard Register Company | The Standard Register Company | 22141 | $498.31 | 1/9/2015 | 24076186 | 12/17/2014 | $151.34 |
| The Standard Register Company | The Standard Register Company | 22141 | $498.31 | 1/9/2015 | 24076208 | 12/18/2014 | $52.71 |
| The Standard Register Company | The Standard Register Company | 22141 | $498.31 | 1/9/2015 | 26217630 | 12/22/2014 | $45.57 |
| The Standard Register Company | The Standard Register Company | 22141 | $498.31 | 1/9/2015 | 33118991 | 12/16/2014 | $248.69 |
| The Standard Register Company | The Standard Register Company | 22226 | $440.59 | 1/12/2015 | 24076214 | 12/19/2014 | $69.46 |
| The Standard Register Company | The Standard Register Company | 22226 | $440.59 | 1/12/2015 | 33119043 | 12/18/2014 | $132.86 |
| The Standard Register Company | The Standard Register Company | 22226 | $440.59 | 1/12/2015 | 33119057 | 12/19/2014 | $114.39 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 33119022 | 12/17/2014 | $1,636.92 |
| The Standard Register Company | The Standard Register Company | 22319 | $206.11 | 1/16/2015 | 3311911 | 12/22/2014 | $180.87 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 33118859 | 12/8/2014 | $124.34 |
| The Standard Register Company | The Standard Register Company | 22404 | $89.81 | 1/20/2015 | 26217696 | 12/31/2014 | $89.81 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22558 | $415.31 | 1/26/2015 | 33119159 | 12/29/2014 | $415.31 |
| The Standard Register Company | The Standard Register Company | 22874 | $884.39 | 2/2/2015 | 24076294 | 1/9/2015 | $58.94 |
| The Standard Register Company | The Standard Register Company | 22874 | $884.39 | 2/2/2015 | 24076301 | 1/12/2015 | $100.42 |
| The Standard Register Company | The Standard Register Company | 22874 | $884.39 | 2/2/2015 | 24076302 | 1/12/2015 | $725.03 |
| The Standard Register Company | The Standard Register Company | 23090 | $1,342.27 | 2/9/2015 | 24076260 | 12/31/2014 | $69.23 |
| The Standard Register Company | The Standard Register Company | 23090 | $1,342.27 | 2/9/2015 | 33119210 | 12/31/2014 | $887.58 |
| The Standard Register Company | The Standard Register Company | 23090 | $1,342.27 | 2/9/2015 | 33119222 | 12/31/2014 | $385.46 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119393 | 1/14/2015 | $138.85 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119399 | 1/14/2015 | $188.59 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119407 | 1/14/2015 | $337.05 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119408 | 1/14/2015 | $27.32 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119444 | 1/16/2015 | $39.70 |
| The Standard Register Company | The Standard Register Company | 22226 | $440.59 | 1/12/2015 | 50119008 | 12/19/2014 | $123.88 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 33118796 | 12/4/2014 | $428.01 |
| The Standard Register Company | The Standard Register Company | 21085 | $717.92 | 12/12/2014 | 33118552 | 11/18/2014 | $60.88 |
| The Standard Register Company | The Standard Register Company | 21217 | $989.46 | 12/15/2014 | 33118608 | 11/20/2014 | $989.46 |
| The Standard Register Company | The Standard Register Company | 21328 | $657.58 | 12/15/2014 | 24076043 | 11/24/2014 | $360.14 |
| The Standard Register Company | The Standard Register Company | 21328 | $657.58 | 12/15/2014 | 24076044 | 11/24/2014 | $129.24 |
| The Standard Register Company | The Standard Register Company | 21328 | $657.58 | 12/15/2014 | 24076067 | 11/24/2014 | $168.20 |
| The Standard Register Company | The Standard Register Company | 21394 | $525.64 | 12/18/2014 | 24076085 | 11/26/2014 | $525.64 |
| The Standard Register Company | The Standard Register Company | 21439 | $117.07 | 12/22/2014 | 33118712 | 11/26/2014 | $117.07 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 24076097 | 12/2/2014 | $64.07 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 24076109 | 12/3/2014 | $51.37 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 24076113 | 12/4/2014 | $94.27 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 24076121 | 12/4/2014 | $610.56 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 24076122 | 12/4/2014 | $274.97 |
| The Standard Register Company | The Standard Register Company | 22035 | $787.20 | 1/5/2015 | 24076170 | 12/12/2014 | $280.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 33118737 | 12/1/2014 | $41.04 |
| The Standard Register Company | The Standard Register Company | 23124 | $792.69 | 2/9/2015 | 33119445 | 1/16/2015 | $61.18 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 33118797 | 12/4/2014 | $798.78 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 33118862 | 12/8/2014 | $420.25 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 33118867 | 12/8/2014 | $157.41 |
| The Standard Register Company | The Standard Register Company | 21681 | $2,027.22 | 12/29/2014 | 33118779 | 12/3/2014 | $896.05 |
| The Standard Register Company | The Standard Register Company | 21681 | $2,027.22 | 12/29/2014 | 33118784 | 12/3/2014 | $686.07 |
| The Standard Register Company | The Standard Register Company | 21681 | $2,027.22 | 12/29/2014 | 33118785 | 12/3/2014 | $445.10 |
| The Standard Register Company | The Standard Register Company | 21850 | $905.43 | 12/29/2014 | 24076195 | 12/17/2014 | $138.10 |
| The Standard Register Company | The Standard Register Company | 21850 | $905.43 | 12/29/2014 | 24076221 | 12/22/2014 | $172.26 |
| The Standard Register Company | The Standard Register Company | 21850 | $905.43 | 12/29/2014 | 24076222 | 12/22/2014 | $595.07 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 2000292878 | 12/15/2014 | $253.42 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 24076152 | 12/11/2014 | $45.17 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 26217578 | 12/17/2014 | $705.07 |
| The Standard Register Company | The Standard Register Company | 21931 | $2,787.79 | 1/2/2015 | 3311860 | 12/8/2014 | $22.87 |
| The Standard Register Company | The Standard Register Company | 21621 | $3,037.11 | 12/26/2014 | 26217463 | 12/9/2014 | $96.38 |

**Totals:** 19 transfer(s), $28,737.46