

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Frost Brown Todd LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090261 | $3,887.83 | 1/13/2015 | 10932733 | 12/5/2014 | $3,887.83 |
| The Standard Register Company | The Standard Register Company | 1085923 | $3,615.19 | 12/29/2014 | 10926413 | 11/6/2014 | $3,615.19 |
| The Standard Register Company | The Standard Register Company | 1085587 | $9,912.72 | 12/22/2014 | 10926796 | 11/7/2014 | $9,912.72 |
| **Totals:** | | **3 transfer(s),** | **$17,415.74** | | | | |