

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Caroline Tinaz dba Gate Embroidery New York aka Gate NY** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414478 | 11/10/2014 | $18.86 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414614 | 11/25/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414518 | 11/13/2014 | $72.42 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414514 | 11/13/2014 | $77.16 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414510 | 11/13/2014 | $22.68 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414507 | 11/13/2014 | $28.50 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414506 | 11/13/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414504 | 11/13/2014 | $31.68 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414494 | 11/13/2014 | $35.12 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414482 | 11/10/2014 | $48.22 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414521 | 11/13/2014 | $27.00 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414479 | 11/10/2014 | $18.92 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414524 | 11/13/2014 | $64.88 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414477 | 11/10/2014 | $36.75 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414475 | 11/10/2014 | $31.50 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414468 | 11/10/2014 | $264.37 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414466 | 11/10/2014 | $546.00 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414465 | 11/10/2014 | $86.15 |
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414463 | 11/10/2014 | $84.72 |
| The Standard Register Company | The Standard Register Company | 1085352 | $175.52 | 1/6/2015 | 414459 | 11/7/2014 | $101.52 |
| The Standard Register Company | The Standard Register Company | 1085352 | $175.52 | 1/6/2015 | 414455 | 11/7/2014 | $74.00 |
| The Standard Register Company | The Standard Register Company | 1084980 | $35.42 | 12/18/2014 | 414436 | 11/6/2014 | $16.92 |
| The Standard Register Company | The Standard Register Company | 1084980 | $35.42 | 12/18/2014 | 414435 | 11/6/2014 | $18.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085926 | $1,162.55 | 12/30/2014 | 414480 | 11/10/2014 | $27.06 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414573 | 11/24/2014 | $263.55 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414838 | 12/13/2014 | $17.29 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414605 | 11/25/2014 | $52.25 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414603 | 11/25/2014 | $4.50 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414598 | 11/24/2014 | $108.75 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414597 | 11/24/2014 | $27.18 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414596 | 11/24/2014 | $19.14 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414595 | 11/24/2014 | $182.72 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414594 | 11/24/2014 | $73.84 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414587 | 11/24/2014 | $35.52 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414519 | 11/13/2014 | $311.14 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414584 | 11/24/2014 | $665.59 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414424 | 11/5/2014 | $22.68 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414570 | 11/24/2014 | $38.68 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414569 | 11/24/2014 | $37.67 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414566 | 11/24/2014 | $19.44 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414557 | 11/24/2014 | $610.00 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414549 | 11/24/2014 | $18.60 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414544 | 11/24/2014 | $9.00 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414535 | 11/13/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414531 | 11/13/2014 | $9.50 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414526 | 11/13/2014 | $23.64 |
| The Standard Register Company | The Standard Register Company | 1087315 | $823.46 | 1/6/2015 | 414525 | 11/13/2014 | $110.24 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414586 | 11/24/2014 | $59.10 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414901 | 12/17/2014 | $207.20 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414345 | 10/30/2014 | $16.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414344 | 10/30/2014 | $31.13 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414343 | 10/30/2014 | $21.43 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414342 | 10/30/2014 | $16.93 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414341 | 10/30/2014 | $48.10 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414330 | 10/30/2014 | $45.32 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 1208148 | 10/30/2014 | $114.51 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414920 | 12/18/2014 | $18.18 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414919 | 12/18/2014 | $18.48 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414428 | 11/5/2014 | $9.50 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414916 | 12/18/2014 | $32.64 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414348 | 10/30/2014 | $22.68 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414900 | 12/17/2014 | $162.00 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414879 | 12/17/2014 | $342.64 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414878 | 12/17/2014 | $73.66 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414874 | 12/17/2014 | $14.25 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414870 | 12/17/2014 | $599.25 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414863 | 12/13/2014 | $26.64 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414852 | 12/13/2014 | $88.28 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414842 | 12/13/2014 | $4.50 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414841 | 12/13/2014 | $9.00 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414840 | 12/13/2014 | $9.00 |
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414917 | 12/18/2014 | $50.42 |
| The Standard Register Company | The Standard Register Company | 1083547 | $139.03 | 12/12/2014 | 4141225 | 10/31/2014 | $14.25 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414616 | 11/25/2014 | $57.26 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414419 | 11/5/2014 | $79.23 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414417 | 11/5/2014 | $81.88 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414409 | 11/5/2014 | $9.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414406 | 11/5/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414405 | 11/5/2014 | $85.50 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414403 | 11/5/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414400 | 11/5/2014 | $28.62 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414392 | 11/5/2014 | $48.75 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414391 | 11/5/2014 | $9.50 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414346 | 10/30/2014 | $21.43 |
| The Standard Register Company | The Standard Register Company | 1083547 | $139.03 | 12/12/2014 | 4141226 | 10/31/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414347 | 10/30/2014 | $41.10 |
| The Standard Register Company | The Standard Register Company | 1083547 | $139.03 | 12/12/2014 | 4141223 | 10/31/2014 | $59.39 |
| The Standard Register Company | The Standard Register Company | 1083547 | $139.03 | 12/12/2014 | 4141221 | 10/31/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1083547 | $139.03 | 12/12/2014 | 4141218 | 10/31/2014 | $41.64 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414374 | 10/30/2014 | $92.12 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414369 | 10/30/2014 | $88.62 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414367 | 10/30/2014 | $33.59 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414363 | 10/30/2014 | $230.73 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414362 | 10/30/2014 | $9.50 |
| The Standard Register Company | The Standard Register Company | 1083112 | $861.40 | 12/12/2014 | 414355 | 10/30/2014 | $27.28 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414425 | 11/5/2014 | $43.20 |
| The Standard Register Company | The Standard Register Company | 1084539 | $556.11 | 12/18/2014 | 414390 | 11/5/2014 | $114.00 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414801 | 12/10/2014 | $132.56 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414609 | 11/25/2014 | $1,505.00 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414837 | 12/13/2014 | $33.94 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414836 | 12/13/2014 | $70.43 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414829 | 12/13/2014 | $33.25 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414825 | 12/13/2014 | $20.44 |
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414824 | 12/13/2014 | $164.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094436 | $496.16 | 2/17/2015 | 414822 | 12/13/2014 | $18.63 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414806 | 12/10/2014 | $2,000.00 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414805 | 12/10/2014 | $258.75 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414929 | 12/23/2014 | $105.00 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414803 | 12/10/2014 | $213.96 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414932 | 12/23/2014 | $344.50 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414800 | 12/10/2014 | $240.25 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414796 | 12/10/2014 | $133.68 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414794 | 12/10/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414793 | 12/10/2014 | $20.17 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414787 | 12/10/2014 | $258.75 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414782 | 12/10/2014 | $27.18 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414780 | 12/10/2014 | $19.38 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414779 | 12/10/2014 | $16.93 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414778 | 12/10/2014 | $21.79 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414774 | 12/10/2014 | $18.43 |
| The Standard Register Company | The Standard Register Company | 1093564 | $3,526.33 | 2/17/2015 | 414804 | 12/10/2014 | $4.50 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414945 | 12/23/2014 | $28.26 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414963 | 12/23/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414960 | 12/23/2014 | $76.27 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414959 | 12/23/2014 | $46.98 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414958 | 12/23/2014 | $59.76 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414955 | 12/23/2014 | $133.46 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414953 | 12/23/2014 | $297.57 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414951 | 12/23/2014 | $36.42 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414950 | 12/23/2014 | $21.66 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414949 | 12/23/2014 | $59.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095245 | $1,536.90 | 2/17/2015 | 414921 | 12/18/2014 | $18.18 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414946 | 12/23/2014 | $49.56 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414750 | 12/8/2014 | $17.68 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414944 | 12/23/2014 | $62.62 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414943 | 12/23/2014 | $100.30 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414942 | 12/23/2014 | $20.65 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414941 | 12/23/2014 | $208.25 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414940 | 12/23/2014 | $105.00 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414939 | 12/23/2014 | $427.50 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414937 | 12/23/2014 | $193.60 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414936 | 12/23/2014 | $21.48 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414935 | 12/23/2014 | $18.38 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414933 | 12/23/2014 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414948 | 12/23/2014 | $52.96 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414641 | 12/2/2014 | $35.52 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414682 | 12/4/2014 | $16.88 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414681 | 12/4/2014 | $18.38 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414680 | 12/4/2014 | $4.50 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414679 | 12/4/2014 | $16.93 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414670 | 12/2/2014 | $9.00 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414658 | 12/2/2014 | $42.18 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414655 | 12/2/2014 | $145.59 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414653 | 12/2/2014 | $99.12 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414644 | 12/2/2014 | $19.48 |
| The Standard Register Company | The Standard Register Company | 1093182 | $76.26 | 2/17/2015 | 415079 | 1/16/2013 | $76.26 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414642 | 12/2/2014 | $21.32 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414687 | 12/4/2014 | $258.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414634 | 12/2/2014 | $1,177.57 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414631 | 12/2/2014 | $9.50 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414630 | 12/2/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414626 | 12/2/2014 | $325.23 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414624 | 11/25/2014 | $267.90 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414622 | 11/25/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414620 | 11/25/2014 | $10.50 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414619 | 11/25/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414618 | 11/25/2014 | $5.25 |
| The Standard Register Company | The Standard Register Company | 1089247 | $4,074.11 | 1/6/2015 | 414617 | 11/25/2014 | $17.68 |
| The Standard Register Company | The Standard Register Company | 1091069 | $1,907.86 | 2/2/2015 | 414643 | 12/2/2014 | $18.60 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414716 | 12/8/2014 | $90.37 |
| The Standard Register Company | The Standard Register Company | 1096467 | $2,706.54 | 3/2/2015 | 414964 | 12/23/2014 | $49.48 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414748 | 12/8/2014 | $18.18 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414747 | 12/8/2014 | $226.16 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414741 | 12/8/2014 | $69.52 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414740 | 12/8/2014 | $27.18 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414739 | 12/8/2014 | $37.64 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414738 | 12/8/2014 | $51.74 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414735 | 12/8/2014 | $54.74 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414734 | 12/8/2014 | $30.89 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414731 | 12/8/2014 | $41.94 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414683 | 12/4/2014 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414724 | 12/8/2014 | $340.00 |
| The Standard Register Company | The Standard Register Company | 1091998 | $490.19 | 2/17/2015 | 414684 | 12/4/2014 | $4.75 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414712 | 12/8/2014 | $17.29 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414711 | 12/8/2014 | $19.77 |

Caroline Tinaz dba Gate Embroidery New York aka Gate NY (SRCGAT003)
Bankruptcy Case: SRC Liquidation Company

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414710 | 12/8/2014 | $25.92 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414709 | 12/8/2014 | $18.24 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414708 | 12/8/2014 | $23.75 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414707 | 12/8/2014 | $34.45 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414705 | 12/8/2014 | $27.92 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414704 | 12/8/2014 | $38.48 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414702 | 12/8/2014 | $16.93 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414771 | 12/8/2014 | $1,671.38 |
| The Standard Register Company | The Standard Register Company | 1092754 | $2,958.23 | 2/17/2015 | 414729 | 12/8/2014 | $105.88 |

**Totals:** 16 transfer(s), $21,526.07