

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Gemini Computers, Inc. dba Gemini Computer Dot Com**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085931 | $8,529.36 | 1/12/2015 | 269291 | 10/16/2014 | $8,529.36 |
| The Standard Register Company | The Standard Register Company | 1085588 | $821.92 | 1/12/2015 | 269279 | 10/15/2014 | $821.92 |
| The Standard Register Company | The Standard Register Company | 1082182 | $3,258.88 | 12/15/2014 | 268825 | 10/2/2014 | $821.92 |
| The Standard Register Company | The Standard Register Company | 1082182 | $3,258.88 | 12/15/2014 | 268798 | 10/2/2014 | $1,218.48 |
| The Standard Register Company | The Standard Register Company | 1082182 | $3,258.88 | 12/15/2014 | 268796 | 10/2/2014 | $1,218.48 |
| The Standard Register Company | The Standard Register Company | 1081931 | $2,538.71 | 12/15/2014 | 268700 | 9/30/2014 | $821.92 |
| The Standard Register Company | The Standard Register Company | 1081931 | $2,538.71 | 12/15/2014 | 268699 | 9/30/2014 | $821.92 |
| The Standard Register Company | The Standard Register Company | 1081931 | $2,538.71 | 12/15/2014 | 268695 | 9/30/2014 | $894.87 |

Totals:    4 transfer(s),    $15,148.87