

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Tools 2 Market, LLC dba Printing & Publications** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099333 | $17,437.38 | 3/10/2015 | 17329 | 12/29/2014 | $192.55 |
| The Standard Register Company | The Standard Register Company | 1099333 | $17,437.38 | 3/10/2015 | 17328 | 12/29/2014 | $17,678.04 |
| The Standard Register Company | The Standard Register Company | 1089877 | $1,112.79 | 1/9/2015 | 17235 | 11/26/2014 | $1,143.90 |
| **Totals:** | | **2 transfer(s),** | **$18,550.17** | | | | |