

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

| | |
|---|---|
| Defendant: | **Georgia Power Company** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093016 | $5,591.95 | 2/3/2015 | 12775JA15 | 1/22/2015 | $33.20 |
| The Standard Register Company | The Standard Register Company | 1085536 | $2,097.86 | 12/23/2014 | 60399DE14 | 12/8/2014 | $772.71 |
| The Standard Register Company | The Standard Register Company | 1085536 | $2,097.86 | 12/23/2014 | 60819DE14 | 12/8/2014 | $1,325.15 |
| The Standard Register Company | The Standard Register Company | 1085650 | $852.23 | 12/23/2014 | 60189DE14 | 12/8/2014 | $739.47 |
| The Standard Register Company | The Standard Register Company | 1085650 | $852.23 | 12/23/2014 | 95636DE14 | 12/11/2014 | $112.76 |
| The Standard Register Company | The Standard Register Company | 1086628 | $5,126.31 | 12/30/2014 | 12775DE14 | 12/19/2014 | $32.98 |
| The Standard Register Company | The Standard Register Company | 1086628 | $5,126.31 | 12/30/2014 | 12985DE14 | 12/17/2014 | $23.85 |
| The Standard Register Company | The Standard Register Company | 1086628 | $5,126.31 | 12/30/2014 | 30984DE14 | 12/17/2014 | $5,069.48 |
| The Standard Register Company | The Standard Register Company | 1088331 | $120.89 | 1/5/2015 | 13195DE14 | 12/22/2014 | $120.89 |
| The Standard Register Company | The Standard Register Company | 1090554 | $670.86 | 1/15/2015 | 73835JA15 | 1/1/2015 | $670.86 |
| The Standard Register Company | The Standard Register Company | 1091254 | $1,802.34 | 1/23/2015 | 60399JA15 | 1/9/2015 | $624.30 |
| The Standard Register Company | The Standard Register Company | 1091254 | $1,802.34 | 1/23/2015 | 60819JA15 | 1/9/2015 | $1,178.04 |
| The Standard Register Company | The Standard Register Company | 1084283 | $683.68 | 12/16/2014 | 73835DE14 | 12/1/2014 | $683.68 |
| The Standard Register Company | The Standard Register Company | 1091419 | $774.86 | 1/27/2015 | 95636JA15 | 1/13/2015 | $123.75 |
| The Standard Register Company | The Standard Register Company | 1099251 | $157.37 | 3/10/2015 | 13195FE15 | 2/23/2015 | $124.06 |
| The Standard Register Company | The Standard Register Company | 1093016 | $5,591.95 | 2/3/2015 | 12985JA15 | 1/20/2015 | $24.34 |
| The Standard Register Company | The Standard Register Company | 1093016 | $5,591.95 | 2/3/2015 | 30984JA15 | 1/20/2015 | $5,534.41 |
| The Standard Register Company | The Standard Register Company | 1094273 | $123.15 | 2/9/2015 | 13195JA15 | 1/23/2015 | $123.15 |
| The Standard Register Company | The Standard Register Company | 1096328 | $633.56 | 2/17/2015 | 73835FE15 | 2/1/2015 | $633.56 |
| The Standard Register Company | The Standard Register Company | 1097048 | $1,854.54 | 2/24/2015 | 60399FE15 | 2/10/2015 | $813.24 |
| The Standard Register Company | The Standard Register Company | 1097048 | $1,854.54 | 2/24/2015 | 60819FE15 | 2/9/2015 | $1,041.30 |
| The Standard Register Company | The Standard Register Company | 1097182 | $731.41 | 2/24/2015 | 60189fe15 | 2/9/2015 | $731.41 |
| The Standard Register Company | The Standard Register Company | 1097460 | $108.80 | 3/2/2015 | 95636FE15 | 2/12/2015 | $108.80 |

Georgia Power Company (SRCGEO009)
Bankruptcy Case: SRC Liquidation Company

May 11, 2016                                        Exhibit A                                        P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099118 | $5,338.98 | 3/5/2015 | 12985FE15 | 2/18/2015 | $24.61 |
| The Standard Register Company | The Standard Register Company | 1099118 | $5,338.98 | 3/5/2015 | 30984FE15 | 2/18/2015 | $5,314.37 |
| The Standard Register Company | The Standard Register Company | 1099251 | $157.37 | 3/10/2015 | 12775FE15 | 2/20/2015 | $33.31 |
| The Standard Register Company | The Standard Register Company | 1091419 | $774.86 | 1/27/2015 | 60189JA15 | 1/9/2015 | $651.11 |

**Totals:**   16 transfer(s),   $26,668.79