

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Richard Soliz dba Print By the Minute**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010716 | $1,604.64 | 3/5/2015 | 61950 | 2/3/2015 | $1,689.10 |
| The Standard Register Company | The Standard Register Company | 7010561 | $2,212.61 | 2/25/2015 | 61900 | 1/26/2015 | $2,379.15 |
| The Standard Register Company | The Standard Register Company | 7010382 | $1,840.89 | 2/12/2015 | 61800 | 1/13/2015 | $1,979.45 |
| The Standard Register Company | The Standard Register Company | 7010081 | $983.28 | 1/30/2015 | 61793 | 12/31/2014 | $1,057.30 |
| The Standard Register Company | The Standard Register Company | 7009872 | $1,139.86 | 1/22/2015 | 61762 | 12/22/2014 | $1,225.65 |
| The Standard Register Company | The Standard Register Company | 7009815 | $2,399.86 | 1/15/2015 | 61739 | 12/16/2014 | $2,580.50 |
| The Standard Register Company | The Standard Register Company | 7009685 | $1,508.14 | 1/8/2015 | 61696 | 12/8/2014 | $1,621.65 |
| The Standard Register Company | The Standard Register Company | 7009367 | $5,583.00 | 12/26/2014 | 61655 | 11/26/2014 | $5,975.00 |
| The Standard Register Company | The Standard Register Company | 7009269 | $1,362.96 | 12/22/2014 | 61600A | 11/21/2014 | $24.15 |
| The Standard Register Company | The Standard Register Company | 7009269 | $1,362.96 | 12/22/2014 | 61600 | 11/21/2014 | $1,441.40 |

Totals:    9 transfer(s),    $18,635.24

Richard Soliz dba Print By the Minute (SRCPRI037)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1