

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Graphics Terminal, Inc.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093572 | $2,968.20 | 2/4/2015 | 18426 | 12/10/2014 | $1,350.00 |
| The Standard Register Company | The Standard Register Company | 1087332 | $142.95 | 1/7/2015 | 18322 | 11/17/2014 | $147.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 18337 | 11/18/2014 | $1,077.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 18338 | 11/18/2014 | $195.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 18339 | 11/18/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 18340 | 11/18/2014 | $600.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 39442 | 11/19/2014 | $2,665.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 39443 | 11/19/2014 | $615.00 |
| The Standard Register Company | The Standard Register Company | 1086351 | $97.00 | 12/26/2014 | 18281 | 11/11/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1092320 | $291.00 | 1/27/2015 | 17983 | 10/27/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1095733 | $2,410.45 | 2/9/2015 | 39471 | 12/21/2014 | $780.00 |
| The Standard Register Company | The Standard Register Company | 1093572 | $2,968.20 | 2/4/2015 | 18427 | 12/10/2014 | $475.00 |
| The Standard Register Company | The Standard Register Company | 1093572 | $2,968.20 | 2/4/2015 | 18428 | 12/10/2014 | $585.00 |
| The Standard Register Company | The Standard Register Company | 1093572 | $2,968.20 | 2/4/2015 | 18429 | 12/10/2014 | $650.00 |
| The Standard Register Company | The Standard Register Company | 1093996 | $1,299.80 | 2/4/2015 | 39458 | 12/12/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1093996 | $1,299.80 | 2/4/2015 | 39459 | 12/12/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1093996 | $1,299.80 | 2/4/2015 | 39468 | 12/12/2014 | $1,050.00 |
| The Standard Register Company | The Standard Register Company | 1095733 | $2,410.45 | 2/9/2015 | 39470 | 12/21/2014 | $1,705.00 |
| The Standard Register Company | The Standard Register Company | 1088010 | $8,077.19 | 12/31/2014 | 39444 | 11/19/2014 | $3,075.00 |

**Totals:** 7 transfer(s), $15,286.59