

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **JKM Trading Company dba Pro Towels Etc.**

Bankruptcy Case: **SRC Liquidation Company**

Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154515 | 12/10/2014 | $16.60 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154954 | 12/17/2014 | $3.01 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154989 | 12/18/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154987 | 12/18/2014 | $23.24 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154984 | 12/18/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154982 | 12/18/2014 | $29.88 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154980 | 12/18/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154978 | 12/18/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154977 | 12/18/2014 | $6.02 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159927 | 3/2/2015 | $8.89 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159914 | 3/2/2015 | $21.90 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159882 | 3/2/2015 | $10.80 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154996 | 12/18/2014 | $18.06 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159769 | 2/27/2015 | $105.40 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 154845 | 12/23/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154512 | 12/10/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154295 | 12/8/2014 | $1.66 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154294 | 12/8/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154292 | 12/8/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154291 | 12/8/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154289 | 12/8/2014 | $7.48 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154287 | 12/8/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1092860 | $75.59 | 1/30/2015 | 154199 | 12/8/2014 | $36.57 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154975 | 12/18/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154967 | 12/18/2014 | $26.56 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155957 | 12/31/2014 | $193.92 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159770 | 2/27/2015 | $5.30 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155307 | 12/29/2014 | $47.89 |
| The Standard Register Company | The Standard Register Company | 1083818 | $176.16 | 12/12/2014 | 150270 | 9/30/2014 | $176.16 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155780 | 12/24/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155779 | 12/24/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155778 | 12/24/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155777 | 12/24/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155776 | 12/24/2014 | $3.01 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155775 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155769 | 12/24/2014 | $3.01 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155768 | 12/24/2014 | $36.52 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155767 | 12/24/2014 | $57.19 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155766 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154995 | 12/18/2014 | $18.26 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155764 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154947 | 12/17/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 154971 | 1/12/2015 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 154959 | 12/31/2014 | $26.56 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155710 | 12/23/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155709 | 12/23/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155708 | 12/23/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155707 | 12/23/2014 | $1.66 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155706 | 12/23/2014 | $30.59 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 155705 | 12/23/2014 | $12.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 154994 | 12/23/2014 | $96.32 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 154990 | 12/23/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1096560 | $183.77 | 2/13/2015 | 154849 | 12/23/2014 | $11.62 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155765 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154532 | 12/10/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154957 | 12/18/2014 | $24.08 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154615 | 12/12/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154614 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154612 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154610 | 12/12/2014 | $3.01 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154609 | 12/12/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154607 | 12/12/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154605 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154541 | 12/10/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154540 | 12/10/2014 | $16.60 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154538 | 12/10/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154618 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154534 | 12/10/2014 | $11.62 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154619 | 12/12/2014 | $14.94 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154531 | 12/10/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154528 | 12/10/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154527 | 12/10/2014 | $8.30 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154525 | 12/10/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154523 | 12/10/2014 | $8.30 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154521 | 12/10/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154519 | 12/10/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154517 | 12/10/2014 | $4.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091672 | $14.94 | 1/26/2015 | 154282 | 12/3/2014 | $14.94 |
| The Standard Register Company | The Standard Register Company | 1089448 | $50.88 | 1/6/2015 | 153841 | 11/24/2014 | $50.88 |
| The Standard Register Company | The Standard Register Company | 1088804 | $164.70 | 1/5/2015 | 153657 | 11/19/2014 | $164.70 |
| The Standard Register Company | The Standard Register Company | 1093650 | $142.76 | 2/3/2015 | 154536 | 12/10/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154689 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154944 | 12/17/2014 | $129.43 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154943 | 12/17/2014 | $8.30 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154936 | 12/17/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154934 | 12/17/2014 | $3.01 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154933 | 12/17/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154931 | 12/17/2014 | $26.56 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154929 | 12/17/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154927 | 12/17/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154847 | 12/18/2014 | $72.24 |
| The Standard Register Company | The Standard Register Company | 1095391 | $440.11 | 2/9/2015 | 154843 | 12/18/2014 | $1.66 |
| The Standard Register Company | The Standard Register Company | 1094548 | $18.26 | 2/5/2015 | 154992 | 12/15/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154617 | 12/12/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1094548 | $18.26 | 2/5/2015 | 154941 | 12/15/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155962 | 12/31/2014 | $224.10 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154639 | 12/12/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154637 | 12/12/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154635 | 12/12/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154633 | 12/12/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154632 | 12/12/2014 | $21.58 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154630 | 12/12/2014 | $16.60 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154629 | 12/12/2014 | $27.09 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154627 | 12/12/2014 | $4.98 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154625 | 12/12/2014 | $1.66 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154622 | 12/12/2014 | $8.30 |
| The Standard Register Company | The Standard Register Company | 1094136 | $241.67 | 2/3/2015 | 154620 | 12/12/2014 | $57.19 |
| The Standard Register Company | The Standard Register Company | 1094548 | $18.26 | 2/5/2015 | 154986 | 12/15/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 152218 | 10/30/2014 | $414.75 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158516 | 2/10/2015 | $101.97 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154969 | 12/19/2014 | $13.28 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154968 | 12/19/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154965 | 12/19/2014 | $3.32 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154964 | 12/19/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154962 | 12/19/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154961 | 12/19/2014 | $21.58 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154956 | 12/19/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154955 | 12/19/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154949 | 12/19/2014 | $26.56 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154946 | 12/19/2014 | $31.54 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154997 | 12/19/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154925 | 12/19/2014 | $28.98 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155068 | 12/17/2014 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 152162 | 10/28/2014 | $93.14 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 159171 | 2/19/2015 | $597.60 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158878 | 2/20/2015 | $2,188.60 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158842 | 2/17/2015 | $7.14 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158797 | 2/13/2015 | $182.60 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158698 | 2/20/2015 | $95.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158697 | 2/20/2015 | $95.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158654 | 2/12/2015 | $157.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158653 | 2/12/2015 | $231.77 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158652 | 2/12/2015 | $40.17 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155954 | 12/31/2014 | $147.49 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154938 | 2/19/2015 | $9.66 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159167 | 2/19/2015 | $650.72 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159678 | 2/26/2015 | $31.54 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159675 | 2/26/2015 | $263.94 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159673 | 2/26/2015 | $393.42 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159672 | 2/26/2015 | $197.54 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159671 | 2/26/2015 | $192.56 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159670 | 2/26/2015 | $686.28 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159669 | 2/26/2015 | $74.06 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159668 | 2/26/2015 | $25.76 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159667 | 2/26/2015 | $77.25 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159666 | 2/26/2015 | $48.30 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159333 | 3/3/2015 | $149.70 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 154973 | 12/19/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159331 | 3/3/2015 | $564.25 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158515 | 2/10/2015 | $90.30 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159166 | 2/19/2015 | $415.38 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159165 | 2/19/2015 | $687.89 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159164 | 2/19/2015 | $61.18 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159163 | 2/19/2015 | $58.71 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159162 | 2/19/2015 | $110.40 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 158538 | 2/25/2015 | $61.48 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155774 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155773 | 12/24/2014 | $11.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155772 | 12/24/2014 | $6.64 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155771 | 12/24/2014 | $4.98 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 155770 | 12/24/2014 | $11.62 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159332 | 3/3/2015 | $132.60 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157047 | 1/19/2015 | $844.90 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158651 | 2/12/2015 | $23.92 |
| The Standard Register Company | The Standard Register Company | 1099273 | $303.34 | 3/6/2015 | 157676 | 1/28/2015 | $155.24 |
| The Standard Register Company | The Standard Register Company | 1099273 | $303.34 | 3/6/2015 | 157544 | 1/28/2015 | $81.88 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157195 | 1/20/2015 | $66.09 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157193 | 1/20/2015 | $116.20 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157192 | 1/20/2015 | $3.19 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157131 | 1/19/2015 | $312.40 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157062 | 1/19/2015 | $121.30 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157060 | 1/19/2015 | $325.12 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157059 | 1/19/2015 | $123.95 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157058 | 1/19/2015 | $79.26 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 156885 | 2/11/2015 | $57.12 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157049 | 1/19/2015 | $214.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157224 | 2/5/2015 | $126.04 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157024 | 1/16/2015 | $437.78 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157021 | 1/16/2015 | $124.50 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157019 | 1/16/2015 | $28.22 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157018 | 1/16/2015 | $34.86 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157016 | 1/16/2015 | $38.18 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157015 | 1/16/2015 | $192.64 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 156889 | 1/22/2015 | $202.30 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 156888 | 1/26/2015 | $571.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 156886 | 1/26/2015 | $285.60 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 156880 | 1/26/2015 | $57.75 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 155985 | 12/31/2014 | $9.96 |
| The Standard Register Company | The Standard Register Company | 1098954 | $5,106.49 | 3/5/2015 | 157055 | 1/26/2015 | $137.36 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158198 | 2/12/2015 | $95.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158514 | 2/10/2015 | $416.66 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158513 | 2/10/2015 | $131.14 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158512 | 2/10/2015 | $263.94 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158511 | 2/10/2015 | $205.84 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158510 | 2/10/2015 | $268.92 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158501 | 2/10/2015 | $478.80 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158500 | 2/10/2015 | $55.62 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158499 | 2/10/2015 | $38.64 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158498 | 2/10/2015 | $302.61 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158497 | 2/10/2015 | $95.79 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158496 | 2/10/2015 | $74.06 |
| The Standard Register Company | The Standard Register Company | 1099273 | $303.34 | 3/6/2015 | 157679 | 1/28/2015 | $66.22 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158434 | 2/20/2015 | $95.20 |
| The Standard Register Company | The Standard Register Company | 1100136 | $5,860.14 | 3/10/2015 | 159679 | 2/26/2015 | $24.08 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158060 | 2/4/2015 | $125.09 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158058 | 2/4/2015 | $147.49 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158057 | 2/4/2015 | $71.38 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158055 | 2/4/2015 | $123.99 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158053 | 2/4/2015 | $159.18 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158050 | 2/4/2015 | $228.70 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157980 | 2/3/2015 | $90.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157977 | 2/3/2015 | $39.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157975 | 2/3/2015 | $116.20 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157971 | 2/3/2015 | $71.07 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 157623 | 2/9/2015 | $2,638.17 |
| The Standard Register Company | The Standard Register Company | 1099577 | $10,378.03 | 3/5/2015 | 158495 | 2/10/2015 | $49.68 |

**Totals:** 14 transfer(s), $23,156.84