

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Foremost Graphics, L.L.C. fdba Greystone Print Solutions**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096475 | $1,099.26 | 2/17/2015 | 315337011B | 12/23/2014 | $591.00 |
| The Standard Register Company | The Standard Register Company | 1096475 | $1,099.26 | 2/17/2015 | 315337011A | 12/23/2014 | $591.00 |
| The Standard Register Company | The Standard Register Company | 1096080 | $5,751.82 | 2/10/2015 | 314289014 | 12/1/2014 | $1,529.00 |
| The Standard Register Company | The Standard Register Company | 1096080 | $5,751.82 | 2/10/2015 | 314289012 | 10/31/2014 | $7,645.00 |
| The Standard Register Company | The Standard Register Company | 1095734 | $288.16 | 2/10/2015 | 1079841RB | 9/23/2014 | $288.16 |
| The Standard Register Company | The Standard Register Company | 1093997 | $4,372.99 | 2/4/2015 | 315297011B | 12/12/2014 | $1,746.50 |
| The Standard Register Company | The Standard Register Company | 1093997 | $4,372.99 | 2/4/2015 | 315297011A | 12/12/2014 | $748.50 |
| The Standard Register Company | The Standard Register Company | 1093997 | $4,372.99 | 2/4/2015 | 315205011 | 12/11/2014 | $2,201.75 |
| The Standard Register Company | The Standard Register Company | 1092766 | $589.62 | 2/4/2015 | 314030011 | 10/6/2014 | $634.00 |
| The Standard Register Company | The Standard Register Company | 1089805 | $1,524.33 | 1/12/2015 | 315026011 | 11/26/2014 | $1,602.03 |
| The Standard Register Company | The Standard Register Company | 1085363 | $2,194.99 | 12/22/2014 | 313956011 | 10/7/2014 | $2,360.20 |
| The Standard Register Company | The Standard Register Company | 1083889 | $3,011.53 | 12/12/2014 | 313529015 | 11/1/2014 | $1,980.00 |
| The Standard Register Company | The Standard Register Company | 1083889 | $3,011.53 | 12/12/2014 | 313529013 | 11/1/2014 | $1,258.20 |

Totals:    8 transfer(s),    $18,832.70

Foremost Graphics, L.L.C. fdba Greystone Print Solutions (SRCGRE012)
Bankruptcy Case: SRC Liquidation Company