

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Hawks & Associates, Inc. dba Hawks Tag**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389758 | 12/30/2014 | $265.10 |
| The Standard Register Company | The Standard Register Company | 1096085 | $277.05 | 2/11/2015 | 389440 | 12/22/2014 | $90.38 |
| The Standard Register Company | The Standard Register Company | 1096480 | $3,300.96 | 2/17/2015 | 389501 | 12/23/2014 | $1,281.80 |
| The Standard Register Company | The Standard Register Company | 1096480 | $3,300.96 | 2/17/2015 | 389518 | 12/23/2014 | $1,841.80 |
| The Standard Register Company | The Standard Register Company | 1096480 | $3,300.96 | 2/17/2015 | 389546 | 12/23/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1096480 | $3,300.96 | 2/17/2015 | 389551 | 12/23/2014 | $159.97 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389618 | 12/24/2014 | $144.32 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389619 | 12/24/2014 | $128.63 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390256 | 1/9/2015 | $385.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389757 | 12/30/2014 | $493.15 |
| The Standard Register Company | The Standard Register Company | 1095740 | $423.13 | 2/11/2015 | 389338 | 12/19/2014 | $187.48 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389808 | 12/31/2014 | $280.11 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389868 | 1/2/2015 | $138.20 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389869 | 1/2/2015 | $138.20 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389979 | 1/6/2015 | $300.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389980 | 1/6/2015 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389981 | 1/6/2015 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1089807 | $1,603.86 | 1/12/2015 | 388102 | 11/26/2014 | $327.05 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 389756 | 12/30/2014 | $786.40 |
| The Standard Register Company | The Standard Register Company | 1094005 | $384.20 | 2/4/2015 | 388920 | 12/12/2014 | $306.52 |
| The Standard Register Company | The Standard Register Company | 1089807 | $1,603.86 | 1/12/2015 | 388107 | 11/26/2014 | $327.05 |
| The Standard Register Company | The Standard Register Company | 1089807 | $1,603.86 | 1/12/2015 | 388108 | 11/26/2014 | $327.05 |
| The Standard Register Company | The Standard Register Company | 1091584 | $1,469.95 | 1/26/2015 | 388325 | 12/3/2014 | $591.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091584 | $1,469.95 | 1/26/2015 | 388339 | 12/3/2014 | $433.14 |
| The Standard Register Company | The Standard Register Company | 1091584 | $1,469.95 | 1/26/2015 | 388346 | 12/3/2014 | $551.18 |
| The Standard Register Company | The Standard Register Company | 1092007 | $550.15 | 1/27/2015 | 388416 | 12/4/2014 | $303.14 |
| The Standard Register Company | The Standard Register Company | 1092007 | $550.15 | 1/27/2015 | 388438 | 12/4/2014 | $287.58 |
| The Standard Register Company | The Standard Register Company | 1096085 | $277.05 | 2/11/2015 | 389417 | 12/22/2014 | $206.58 |
| The Standard Register Company | The Standard Register Company | 1094005 | $384.20 | 2/4/2015 | 388832 | 12/11/2014 | $104.74 |
| The Standard Register Company | The Standard Register Company | 1095740 | $423.13 | 2/11/2015 | 389356 | 12/19/2014 | $127.50 |
| The Standard Register Company | The Standard Register Company | 1094450 | $2,717.56 | 2/6/2015 | 388952 | 12/15/2014 | $2,743.99 |
| The Standard Register Company | The Standard Register Company | 1094450 | $2,717.56 | 2/6/2015 | 388967 | 12/15/2014 | $172.73 |
| The Standard Register Company | The Standard Register Company | 1094805 | $111.18 | 2/9/2015 | 389040 | 12/16/2014 | $118.33 |
| The Standard Register Company | The Standard Register Company | 1095267 | $1,092.56 | 2/9/2015 | 389191 | 12/17/2014 | $136.72 |
| The Standard Register Company | The Standard Register Company | 1095267 | $1,092.56 | 2/9/2015 | 389213 | 12/18/2014 | $224.00 |
| The Standard Register Company | The Standard Register Company | 1095267 | $1,092.56 | 2/9/2015 | 389243 | 12/18/2014 | $808.61 |
| The Standard Register Company | The Standard Register Company | 1095740 | $423.13 | 2/11/2015 | 389297 | 12/19/2014 | $140.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390434 | 1/13/2015 | $205.00 |
| The Standard Register Company | The Standard Register Company | 1092772 | $251.55 | 2/2/2015 | 388577 | 12/8/2014 | $269.68 |
| The Standard Register Company | The Standard Register Company | 1088668 | $1,257.64 | 1/5/2015 | 387711 | 11/20/2014 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1084995 | $283.73 | 12/18/2014 | 386787 | 11/6/2014 | $302.84 |
| The Standard Register Company | The Standard Register Company | 1085945 | $2,326.20 | 12/31/2014 | 386988 | 11/10/2014 | $2,098.00 |
| The Standard Register Company | The Standard Register Company | 1085945 | $2,326.20 | 12/31/2014 | 386989 | 11/10/2014 | $397.49 |
| The Standard Register Company | The Standard Register Company | 1086357 | $222.20 | 12/31/2014 | 387152 | 11/12/2014 | $113.09 |
| The Standard Register Company | The Standard Register Company | 1086357 | $222.20 | 12/31/2014 | 387173 | 11/12/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1087346 | $83.78 | 12/31/2014 | 387405 | 11/17/2014 | $89.28 |
| The Standard Register Company | The Standard Register Company | 1088020 | $665.50 | 1/2/2015 | 387539 | 11/18/2014 | $225.43 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390073 | 1/7/2015 | $287.00 |
| The Standard Register Company | The Standard Register Company | 1088020 | $665.50 | 1/2/2015 | 387616 | 11/19/2014 | $234.51 |
| The Standard Register Company | The Standard Register Company | 1084113 | $852.39 | 12/15/2014 | 386440 | 11/3/2014 | $85.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088668 | $1,257.64 | 1/5/2015 | 387717 | 11/20/2014 | $1,104.76 |
| The Standard Register Company | The Standard Register Company | 1088668 | $1,257.64 | 1/5/2015 | 387802 | 11/21/2014 | $145.50 |
| The Standard Register Company | The Standard Register Company | 1089269 | $999.87 | 1/7/2015 | 387812 | 11/24/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1089269 | $999.87 | 1/7/2015 | 387870 | 11/24/2014 | $599.77 |
| The Standard Register Company | The Standard Register Company | 1089269 | $999.87 | 1/7/2015 | 387900 | 11/24/2014 | $108.28 |
| The Standard Register Company | The Standard Register Company | 1089269 | $999.87 | 1/7/2015 | 388016 | 11/25/2014 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1089807 | $1,603.86 | 1/12/2015 | 388040 | 11/26/2014 | $414.28 |
| The Standard Register Company | The Standard Register Company | 1088020 | $665.50 | 1/2/2015 | 387542 | 11/18/2014 | $253.04 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391161 | 1/23/2015 | $1,000.62 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390465 | 1/13/2015 | $160.49 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390644 | 1/15/2015 | $100.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390690 | 1/16/2015 | $393.16 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390735 | 1/19/2015 | $137.37 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390891 | 1/21/2015 | $235.00 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 390965 | 1/21/2015 | $886.44 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391042 | 1/22/2015 | $193.05 |
| The Standard Register Company | The Standard Register Company | 1084113 | $852.39 | 12/15/2014 | 386469 | 11/3/2014 | $589.66 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391117 | 1/23/2015 | $90.38 |
| The Standard Register Company | The Standard Register Company | 1084113 | $852.39 | 12/15/2014 | 386441 | 11/3/2014 | $238.92 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391208 | 1/26/2015 | $787.13 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391233 | 1/26/2015 | $651.25 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391320 | 1/27/2015 | $97.88 |
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391588 | 1/30/2015 | $418.02 |
| The Standard Register Company | The Standard Register Company | 1100000 | $110.89 | 3/10/2015 | 391731 | 2/3/2015 | $116.73 |
| The Standard Register Company | The Standard Register Company | 22856 | $302.89 | 2/4/2015 | 388713 | 12/10/2014 | $308.81 |
| The Standard Register Company | The Standard Register Company | 1083562 | $505.91 | 12/15/2014 | 386305 | 10/31/2014 | $543.75 |
| The Standard Register Company | The Standard Register Company | 1089807 | $1,603.86 | 1/12/2015 | 388101 | 11/26/2014 | $327.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099656 | $8,615.73 | 3/10/2015 | 391047 | 1/22/2015 | $74.82 |
| **Totals:** | | **23 transfer(s),** | **$28,408.88** | | | | |