

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Pro Tech Computer Supply, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1082818 | $2,161.41 | 12/12/2014 | 171767A | 10/28/2014 | $2,324.10 |
| The Standard Register Company | The Standard Register Company | 1082270 | $15,317.10 | 12/12/2014 | 171768 | 10/27/2014 | $16,470.00 |
| Totals: | 2 transfer(s), | $17,478.51 | | | | | |