

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Henkel Corporation**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22044 | $16,742.94 | 1/5/2015 | 9423273220 | 12/19/2014 | $16,742.94 |
| The Standard Register Company | The Standard Register Company | 21629 | $1,815.39 | 12/29/2014 | 9423223040 | 11/5/2014 | $1,815.39 |
| Totals: | | 2 transfer(s), | $18,558.33 | | | | |

Henkel Corporation (SRCHEN002)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1