

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **QuadriScan Inc.** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096182 | $2,663.93 | 2/18/2015 | 165386 | 11/25/2014 | $2,711.09 |
| The Standard Register Company | The Standard Register Company | 1087543 | $10,227.33 | 1/8/2015 | 164625 | 11/26/2014 | $10,336.45 |
| The Standard Register Company | The Standard Register Company | 1082821 | $5,067.54 | 12/15/2014 | 163445 | 11/7/2014 | $5,108.51 |
| **Totals:** | **3 transfer(s),** | **$17,958.80** | | | | | |