

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|---|

Defendant: **Quick Tech Graphics, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095400 | $1,549.36 | 2/9/2015 | 150578 | 12/18/2014 | $702.10 |
| The Standard Register Company | The Standard Register Company | 1086492 | $3,917.16 | 12/31/2014 | 150229 | 11/12/2014 | $4,212.00 |
| The Standard Register Company | The Standard Register Company | 1087548 | $5,731.85 | 12/31/2014 | 150080 | 11/14/2014 | $5,352.00 |
| The Standard Register Company | The Standard Register Company | 1087548 | $5,731.85 | 12/31/2014 | 150272 | 11/14/2014 | $800.18 |
| The Standard Register Company | The Standard Register Company | 1088184 | $624.42 | 1/5/2015 | 150284 | 11/19/2014 | $662.51 |
| The Standard Register Company | The Standard Register Company | 1089460 | $716.56 | 1/7/2015 | 150310 | 11/24/2014 | $766.29 |
| The Standard Register Company | The Standard Register Company | 1090824 | $49.13 | 1/20/2015 | 150284F | 12/1/2014 | $50.13 |
| The Standard Register Company | The Standard Register Company | 1091167 | $205.70 | 1/26/2015 | 150366 | 12/2/2014 | $219.83 |
| The Standard Register Company | The Standard Register Company | 1084678 | $597.48 | 12/17/2014 | 150165 | 11/5/2014 | $639.42 |
| The Standard Register Company | The Standard Register Company | 1093285 | $822.19 | 2/4/2015 | 150412 | 12/9/2014 | $884.07 |
| The Standard Register Company | The Standard Register Company | 23101 | $1,737.51 | 2/11/2015 | 150628 | 12/22/2014 | $451.34 |
| The Standard Register Company | The Standard Register Company | 1095400 | $1,549.36 | 2/9/2015 | 150588 | 12/18/2014 | $1,104.18 |
| The Standard Register Company | The Standard Register Company | 1096184 | $232.92 | 2/11/2015 | 150612 | 12/22/2014 | $250.45 |
| The Standard Register Company | The Standard Register Company | 21417 | $287.76 | 12/19/2014 | 150246 | 11/14/2014 | $287.76 |
| The Standard Register Company | The Standard Register Company | 21952 | $1,600.02 | 1/5/2015 | 150328 | 12/1/2014 | $629.42 |
| The Standard Register Company | The Standard Register Company | 21952 | $1,600.02 | 1/5/2015 | 150329 | 12/1/2014 | $970.60 |
| The Standard Register Company | The Standard Register Company | 22456 | $2,583.50 | 1/22/2015 | 150526 | 12/17/2014 | $2,583.50 |
| The Standard Register Company | The Standard Register Company | 23101 | $1,737.51 | 2/11/2015 | 150602 | 12/22/2014 | $574.40 |
| The Standard Register Company | The Standard Register Company | 23101 | $1,737.51 | 2/11/2015 | 150603 | 12/22/2014 | $711.77 |
| The Standard Register Company | The Standard Register Company | 1091680 | $719.45 | 1/26/2015 | 150386 | 11/26/2014 | $773.60 |

Totals:   15 transfer(s),   $21,375.01