

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **CenturyLink, Inc. fka Qwest**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21797 | $98.92 | 12/30/2014 | 4252510342141211 | 12/11/2014 | $98.92 |
| The Standard Register Company | The Standard Register Company | 21291 | $46.62 | 12/17/2014 | 6238460058141116 | 11/16/2014 | $46.62 |
| The Standard Register Company | The Standard Register Company | 22662 | $110.36 | 1/28/2015 | 3038614675150104 | 1/4/2015 | $110.36 |
| The Standard Register Company | The Standard Register Company | 22661 | $132.32 | 1/28/2015 | 2083214558141219 | 12/19/2014 | $132.32 |
| The Standard Register Company | The Standard Register Company | 22660 | $4,058.96 | 1/28/2015 | 60239046141227 | 12/27/2014 | $4,058.96 |
| The Standard Register Company | The Standard Register Company | 22659 | $46.62 | 1/28/2015 | 6238460058141216 | 12/16/2014 | $46.62 |
| The Standard Register Company | The Standard Register Company | 22070 | $154.20 | 1/7/2015 | 3037700417141213 | 12/13/2014 | $154.20 |
| The Standard Register Company | The Standard Register Company | 22664 | $93.98 | 1/28/2015 | 4809405590141225 | 12/25/2014 | $93.98 |
| The Standard Register Company | The Standard Register Company | 22068 | $105.75 | 1/7/2015 | 9287721243141213 | 12/13/2014 | $105.75 |
| The Standard Register Company | The Standard Register Company | 22665 | $188.13 | 1/28/2015 | 5032240145141220 | 12/20/2014 | $188.13 |
| The Standard Register Company | The Standard Register Company | 21564 | $110.18 | 12/24/2014 | 3038614675141204 | 12/4/2014 | $110.18 |
| The Standard Register Company | The Standard Register Company | 21563 | $4,099.16 | 12/23/2014 | 1322536124 | 11/27/2014 | $4,099.16 |
| The Standard Register Company | The Standard Register Company | 21295 | $202.01 | 12/17/2014 | 5053441955141119 | 11/19/2014 | $202.01 |
| The Standard Register Company | The Standard Register Company | 21294 | $94.05 | 12/17/2014 | 5032240145141120 | 11/20/2014 | $94.05 |
| The Standard Register Company | The Standard Register Company | 21293 | $93.98 | 12/17/2014 | 4809405590141125 | 11/25/2014 | $93.98 |
| The Standard Register Company | The Standard Register Company | 21292 | $132.32 | 12/17/2014 | 2083214558141119 | 11/19/2014 | $132.32 |
| The Standard Register Company | The Standard Register Company | 22069 | $48.50 | 1/7/2015 | 2538721219141213 | 12/13/2014 | $48.50 |
| The Standard Register Company | The Standard Register Company | 23067 | $132.39 | 2/11/2015 | 0832145858150119 | 1/19/2015 | $132.39 |
| The Standard Register Company | The Standard Register Company | 23539 | $99.05 | 3/4/2015 | 4252510342150211 | 2/11/2015 | $99.05 |
| The Standard Register Company | The Standard Register Company | 23538 | $154.41 | 3/4/2015 | 3307700417150213 | 2/13/2015 | $154.41 |
| The Standard Register Company | The Standard Register Company | 23537 | $48.55 | 3/4/2015 | 2538721219150213 | 2/13/2015 | $48.55 |
| The Standard Register Company | The Standard Register Company | 23536 | $105.87 | 3/4/2015 | 9287721243150213 | 2/13/2015 | $105.87 |
| The Standard Register Company | The Standard Register Company | 23418 | $110.34 | 2/25/2015 | 3038614675150204 | 2/4/2015 | $110.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23294 | $94.10 | 2/17/2015 | 4809405590150125 | 1/25/2015 | $94.10 |
| The Standard Register Company | The Standard Register Company | 22663 | $5.01 | 1/28/2015 | 4252510342150111 | 1/11/2015 | $5.01 |
| The Standard Register Company | The Standard Register Company | 23068 | $95.86 | 2/11/2015 | 5032240145150120 | 1/20/2015 | $95.86 |
| The Standard Register Company | The Standard Register Company | 23540 | $461.96 | 3/4/2015 | 6519940315150207 | 2/7/2015 | $461.96 |
| The Standard Register Company | The Standard Register Company | 23066 | $47.37 | 2/11/2015 | 6238460058150116 | 1/16/2015 | $47.37 |
| The Standard Register Company | The Standard Register Company | 22838 | $154.41 | 2/6/2015 | 3037700417150113 | 1/13/2015 | $154.41 |
| The Standard Register Company | The Standard Register Company | 22837 | $48.55 | 2/6/2015 | 2538721219150113 | 1/13/2015 | $48.55 |
| The Standard Register Company | The Standard Register Company | 22836 | $105.87 | 2/3/2015 | 9287721243150113 | 1/13/2015 | $105.87 |
| The Standard Register Company | The Standard Register Company | 22667 | $231.13 | 1/28/2015 | 6519940315150107 | 1/7/2015 | $231.13 |
| The Standard Register Company | The Standard Register Company | 22666 | $202.01 | 1/28/2015 | 5053441955141219 | 12/19/2014 | $202.01 |
| The Standard Register Company | The Standard Register Company | 23293 | $4,058.35 | 2/17/2015 | 1328812617 | 1/27/2015 | $4,058.35 |

**Totals:**    **34 transfer(s),**    **$15,971.29**