

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Enrique Rodriguez dba R & R Screen Printing**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15396 | 11/10/2014 | $153.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15125A | 11/7/2014 | $57.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14420A | 11/14/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 13881 | 11/14/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1088186 | $5,664.25 | 1/9/2015 | 15182 | 11/12/2014 | $17.00 |
| The Standard Register Company | The Standard Register Company | 1088186 | $5,664.25 | 1/9/2015 | 15118 | 11/12/2014 | $21.25 |
| The Standard Register Company | The Standard Register Company | 1088186 | $5,664.25 | 1/9/2015 | 15060 | 11/12/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 1088186 | $5,664.25 | 1/9/2015 | 14903 | 11/12/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14526A | 11/14/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15397 | 11/10/2014 | $57.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14688 | 11/13/2014 | $32.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15395 | 11/10/2014 | $16.95 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15185A | 11/7/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15181 | 11/10/2014 | $410.90 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15167A | 11/7/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15166 | 11/7/2014 | $444.45 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15165 | 11/7/2014 | $511.50 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 13921 | 10/30/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1088186 | $5,664.25 | 1/9/2015 | 14879 | 11/12/2014 | $5,578.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14821A | 11/14/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14880 | 11/14/2014 | $24.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14876 | 11/14/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14875 | 11/14/2014 | $24.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14852 | 11/13/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14844 | 11/14/2014 | $346.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14830 | 11/14/2014 | $25.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14827A | 11/13/2014 | $12.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14521 | 11/14/2014 | $35.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14824A | 11/13/2014 | $24.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15121 | 11/7/2014 | $52.80 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14813 | 11/14/2014 | $29.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14802 | 11/14/2014 | $32.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14799 | 11/14/2014 | $39.60 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14792A | 11/14/2014 | $23.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14748 | 11/14/2014 | $64.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14746 | 11/14/2014 | $31.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14690 | 11/13/2014 | $18.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14826A | 11/13/2014 | $24.25 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 15133A | 10/30/2014 | $5.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15139 | 11/7/2014 | $22.50 |
| The Standard Register Company | The Standard Register Company | 1086494 | $260.00 | 1/9/2015 | 14419A | 11/4/2014 | $23.25 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 15053A | 11/3/2014 | $17.75 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 15046A | 11/3/2014 | $25.25 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 14981A | 11/3/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 14904 | 11/3/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 14858 | 11/3/2014 | $32.50 |
| The Standard Register Company | The Standard Register Company | 1086494 | $260.00 | 1/9/2015 | 15015 | 11/4/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1085455 | $89.10 | 12/26/2014 | 14873 | 10/31/2014 | $89.10 |
| The Standard Register Company | The Standard Register Company | 1086494 | $260.00 | 1/9/2015 | 15041A | 11/4/2014 | $129.05 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 15132 | 10/30/2014 | $58.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 14928 | 10/30/2014 | $563.80 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 149050 | 10/30/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 14854 | 10/30/2014 | $25.20 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 14797 | 10/30/2014 | $24.25 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 14791 | 10/30/2014 | $25.25 |
| The Standard Register Company | The Standard Register Company | 1085076 | $768.45 | 12/16/2014 | 14494 | 10/30/2014 | $26.25 |
| The Standard Register Company | The Standard Register Company | 1086061 | $123.50 | 1/9/2015 | 14831 | 11/3/2014 | $17.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14814A | 11/7/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15105 | 11/7/2014 | $101.25 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15104 | 11/7/2014 | $257.60 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15092 | 11/7/2014 | $693.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15061 | 11/7/2014 | $2.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 15020A | 11/7/2014 | $17.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14980A | 11/7/2014 | $16.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14978A | 11/7/2014 | $20.25 |
| The Standard Register Company | The Standard Register Company | 1086494 | $260.00 | 1/9/2015 | 14822A | 11/4/2014 | $18.45 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14834 | 11/7/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14888 | 11/13/2014 | $14.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14747 | 11/7/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14694A | 11/7/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14531 | 11/10/2014 | $57.50 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14485A | 11/7/2014 | $76.60 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14297 | 11/10/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14017 | 11/7/2014 | $50.50 |
| The Standard Register Company | The Standard Register Company | 1086494 | $260.00 | 1/9/2015 | 15069 | 11/4/2014 | $59.25 |
| The Standard Register Company | The Standard Register Company | 1087552 | $3,166.80 | 1/9/2015 | 14925 | 11/7/2014 | $23.50 |
| The Standard Register Company | The Standard Register Company | 1092867 | $449.00 | 2/6/2015 | 14923 | 12/1/2014 | $400.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14881 | 11/14/2014 | $27.00 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15059 | 12/8/2014 | $40.75 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 15496 | 12/3/2014 | $91.25 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 15446 | 12/3/2014 | $7.95 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 15445 | 12/3/2014 | $255.55 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 15158 | 12/3/2014 | $42.00 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 15058 | 12/3/2014 | $5.00 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15554 | 12/8/2014 | $690.00 |
| The Standard Register Company | The Standard Register Company | 1092867 | $449.00 | 2/6/2015 | 15480 | 12/1/2014 | $49.00 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15557 | 12/8/2014 | $37.50 |
| The Standard Register Company | The Standard Register Company | 1091168 | $33.25 | 1/23/2015 | 14837A | 11/25/2014 | $33.25 |
| The Standard Register Company | The Standard Register Company | 1089887 | $1,319.60 | 1/14/2015 | 15463 | 11/19/2014 | $52.80 |
| The Standard Register Company | The Standard Register Company | 1089887 | $1,319.60 | 1/14/2015 | 15452 | 11/19/2014 | $1,133.25 |
| The Standard Register Company | The Standard Register Company | 1089887 | $1,319.60 | 1/14/2015 | 15183A | 11/19/2014 | $38.50 |
| The Standard Register Company | The Standard Register Company | 1089887 | $1,319.60 | 1/14/2015 | 14882 | 11/19/2014 | $23.75 |
| The Standard Register Company | The Standard Register Company | 1089887 | $1,319.60 | 1/14/2015 | 14542 | 11/19/2014 | $71.30 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15475 | 11/14/2014 | $37.25 |
| The Standard Register Company | The Standard Register Company | 1093654 | $423.00 | 2/6/2015 | 14853 | 12/3/2014 | $21.25 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15663 | 12/8/2014 | $167.70 |
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 15671 | 12/16/2014 | $134.17 |
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 15670 | 12/16/2014 | $1,571.65 |
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 15543 | 12/16/2014 | $311.30 |
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 14906 | 12/16/2014 | $55.80 |
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 14455A | 12/16/2014 | $48.10 |
| The Standard Register Company | The Standard Register Company | 1096186 | $104.25 | 2/19/2015 | 15677 | 12/15/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1096186 | $104.25 | 2/19/2015 | 15676 | 12/15/2014 | $32.75 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15494 | 12/8/2014 | $149.75 |

Transfers During Preference Period

Enrique Rodriguez dba R & R Screen Printing (SRCRAN002)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016                                   Exhibit A                                   P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096186 | $104.25 | 2/19/2015 | 15350A | 12/15/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15388 | 11/13/2014 | $32.50 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15617 | 12/8/2014 | $20.25 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15610 | 12/8/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15606 | 12/8/2014 | $34.75 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15605 | 12/8/2014 | $66.75 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15602 | 12/8/2014 | $219.95 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15567 | 12/8/2014 | $67.50 |
| The Standard Register Company | The Standard Register Company | 1094562 | $1,616.15 | 2/11/2015 | 15562 | 12/8/2014 | $94.50 |
| The Standard Register Company | The Standard Register Company | 1096186 | $104.25 | 2/19/2015 | 15621 | 12/15/2014 | $47.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15056 | 11/13/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15128 | 11/13/2014 | $69.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15127 | 11/13/2014 | $14.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15120 | 11/14/2014 | $33.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15119 | 11/14/2014 | $21.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15117 | 11/14/2014 | $21.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15116 | 11/14/2014 | $17.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15113 | 11/14/2014 | $14.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15426A | 11/14/2014 | $506.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15057 | 11/13/2014 | $17.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15138 | 11/14/2014 | $19.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15055 | 11/14/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15054 | 11/14/2014 | $15.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14979A | 11/14/2014 | $21.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14927 | 11/13/2014 | $19.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14926 | 11/13/2014 | $19.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14924 | 11/14/2014 | $18.75 |

Enrique Rodriguez dba R & R Screen Printing (SRCRAN002)

Bankruptcy Case: SRC Liquidation Company

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096566 | $2,255.19 | 2/24/2015 | 15674 | 12/16/2014 | $134.17 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15112 | 11/14/2014 | $20.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15161 | 11/13/2014 | $15.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 14886 | 11/14/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15386 | 11/13/2014 | $22.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15384 | 11/14/2014 | $23.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15383 | 11/14/2014 | $18.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15176 | 11/13/2014 | $15.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15175 | 11/14/2014 | $19.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15174 | 11/14/2014 | $13.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15131 | 11/13/2014 | $23.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15162 | 11/14/2014 | $90.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15136A | 11/13/2014 | $12.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15160 | 11/13/2014 | $19.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15159 | 11/13/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15144A | 11/14/2014 | $19.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15143 | 11/14/2014 | $29.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15142A | 11/14/2014 | $26.75 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15141A | 11/13/2014 | $15.50 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15140 | 11/13/2014 | $21.25 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15397A | 11/13/2014 | $126.00 |
| The Standard Register Company | The Standard Register Company | 1088824 | $2,498.85 | 1/9/2015 | 15163 | 11/14/2014 | $26.00 |

Totals:    14 transfer(s),    $18,771.39