

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **PacifiCorp. dba Rocky Mountain Power** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097049 | $7,179.67 | 2/26/2015 | 41619FE15 | 2/6/2015 | $7,179.67 |
| The Standard Register Company | The Standard Register Company | 1091269 | $6,150.87 | 1/22/2015 | 41619JA15 | 1/8/2015 | $6,150.87 |
| The Standard Register Company | The Standard Register Company | 1085541 | $6,045.81 | 12/23/2014 | 41619DE14 | 12/8/2014 | $6,045.81 |
| **Totals:** | | **3 transfer(s),** | **$19,376.35** | | | | |