

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Baycorr Packaging Inc. dba Heritage Paper**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090053 | $4,338.32 | 1/14/2015 | 180491 | 11/28/2014 | $968.00 |
| The Standard Register Company | The Standard Register Company | 1085947 | $336.28 | 12/31/2014 | 45653100 | 11/10/2014 | $346.68 |
| The Standard Register Company | The Standard Register Company | 1086359 | $336.28 | 12/31/2014 | 45668200 | 11/11/2014 | $346.68 |
| The Standard Register Company | The Standard Register Company | 1087350 | $2,311.20 | 12/31/2014 | 180121 | 11/17/2014 | $1,413.00 |
| The Standard Register Company | The Standard Register Company | 1087350 | $2,311.20 | 12/31/2014 | 180122 | 11/17/2014 | $623.00 |
| The Standard Register Company | The Standard Register Company | 1087350 | $2,311.20 | 12/31/2014 | 45697500 | 11/14/2014 | $346.68 |
| The Standard Register Company | The Standard Register Company | 1088670 | $819.65 | 1/7/2015 | 180234 | 11/20/2014 | $455.00 |
| The Standard Register Company | The Standard Register Company | 1084996 | $378.30 | 12/17/2014 | 179745 | 11/6/2014 | $390.00 |
| The Standard Register Company | The Standard Register Company | 1090053 | $4,338.32 | 1/14/2015 | 180490 | 11/28/2014 | $1,056.00 |
| The Standard Register Company | The Standard Register Company | 1096483 | $4,055.76 | 2/18/2015 | 181190 | 12/23/2014 | $4,181.20 |
| The Standard Register Company | The Standard Register Company | 1090053 | $4,338.32 | 1/14/2015 | 180492 | 11/28/2014 | $1,642.50 |
| The Standard Register Company | The Standard Register Company | 1090053 | $4,338.32 | 1/14/2015 | 180493 | 11/28/2014 | $806.00 |
| The Standard Register Company | The Standard Register Company | 1091587 | $1,256.39 | 1/29/2015 | 179865 | 11/10/2014 | $1,295.25 |
| The Standard Register Company | The Standard Register Company | 1092327 | $672.56 | 1/29/2015 | 45770000 | 12/5/2014 | $693.36 |
| The Standard Register Company | The Standard Register Company | 1093579 | $604.31 | 2/4/2015 | 180705 | 12/10/2014 | $623.00 |
| The Standard Register Company | The Standard Register Company | 1095268 | $756.60 | 2/11/2015 | 180974 | 12/17/2014 | $780.00 |
| The Standard Register Company | The Standard Register Company | 1088670 | $819.65 | 1/7/2015 | 180235 | 11/20/2014 | $390.00 |

**Totals:** 11 transfer(s),  $15,865.65