

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Hospital Forms & Systems Corporation** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13577 | $7,162.98 | 1/23/2015 | HFS#657210 | 12/4/2014 | $3,489.25 |
| The Standard Register Company | The Standard Register Company | ACH:13577 | $7,162.98 | 1/23/2015 | HFS #657213 | 12/4/2014 | $1,150.88 |
| The Standard Register Company | The Standard Register Company | ACH:13577 | $7,162.98 | 1/23/2015 | HFS #657163 | 12/4/2014 | $2,663.90 |
| The Standard Register Company | The Standard Register Company | ACH:13395 | $7,585.99 | 1/14/2015 | HFS#657134 | 12/1/2014 | $6,558.20 |
| The Standard Register Company | The Standard Register Company | ACH:13395 | $7,585.99 | 1/14/2015 | HFS#657130 | 12/1/2014 | $921.50 |
| The Standard Register Company | The Standard Register Company | ACH:13395 | $7,585.99 | 1/14/2015 | HFS#657111 | 12/1/2014 | $260.88 |

Totals:     2 transfer(s),     $14,748.97