

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Houston Photographic Laboratories, Inc. dba Houston Photo Imaging** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285871 | 11/18/2014 | $679.50 |
| The Standard Register Company | The Standard Register Company | 1083136 | $1,839.35 | 12/12/2014 | A285771 | 10/30/2014 | $628.50 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A285958 | 11/24/2014 | $828.00 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285964 | 11/18/2014 | $484.65 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285938 | 11/18/2014 | $109.90 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285937 | 11/18/2014 | $79.95 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285918 | 11/18/2014 | $144.85 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A285992 | 11/24/2014 | $149.80 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285872 | 11/18/2014 | $269.80 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A285994 | 11/24/2014 | $1,584.00 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285853 | 11/18/2014 | $224.85 |
| The Standard Register Company | The Standard Register Company | 1083568 | $871.13 | 12/16/2014 | A285856 | 10/31/2014 | $454.65 |
| The Standard Register Company | The Standard Register Company | 1083568 | $871.13 | 12/16/2014 | A285837 | 10/31/2014 | $442.50 |
| The Standard Register Company | The Standard Register Company | 1083136 | $1,839.35 | 12/12/2014 | A285880 | 10/30/2014 | $119.00 |
| The Standard Register Company | The Standard Register Company | 1083136 | $1,839.35 | 12/12/2014 | A285828 | 10/30/2014 | $234.75 |
| The Standard Register Company | The Standard Register Company | 1083136 | $1,839.35 | 12/12/2014 | A285810 | 10/30/2014 | $165.00 |
| The Standard Register Company | The Standard Register Company | 1083136 | $1,839.35 | 12/12/2014 | A285776 | 10/30/2014 | $744.35 |
| The Standard Register Company | The Standard Register Company | 1088033 | $2,046.80 | 1/6/2015 | A285886 | 11/18/2014 | $109.20 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286057 | 12/23/2014 | $354.75 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286228 | 12/23/2014 | $2,392.00 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286201 | 12/23/2014 | $129.95 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286186 | 12/23/2014 | $2,345.56 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286148 | 12/23/2014 | $429.60 |

Houston Photographic Laboratories, Inc. dba Houston Photo Imaging (SRCHOU002)
Bankruptcy Case: SRC Liquidation Company

May 11, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286089 | 12/23/2014 | $188.40 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286088 | 12/23/2014 | $149.80 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A285981 | 11/24/2014 | $3,163.65 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286069 | 12/23/2014 | $2,116.00 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286229 | 12/23/2014 | $129.95 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286046 | 12/23/2014 | $400.90 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A285508 | 9/24/2014 | $1,064.25 |
| The Standard Register Company | The Standard Register Company | 1096090 | $262.51 | 2/13/2015 | A286220 | 12/22/2014 | $269.70 |
| The Standard Register Company | The Standard Register Company | 1092329 | $1,147.13 | 2/2/2015 | A285880A | 11/18/2014 | $154.75 |
| The Standard Register Company | The Standard Register Company | 1092329 | $1,147.13 | 2/2/2015 | A285210 | 7/31/2014 | $1,026.00 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A286024 | 11/25/2014 | $329.70 |
| The Standard Register Company | The Standard Register Company | 1089275 | $6,683.03 | 1/8/2015 | A285997 | 11/24/2014 | $829.00 |
| The Standard Register Company | The Standard Register Company | 1096485 | $9,864.78 | 2/18/2015 | A286087 | 12/23/2014 | $448.00 |

**Totals:**   **7 transfer(s),**   **$22,714.73**