

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Hudson Energy Services LLC dba Hudson Energy Services Texas**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099042 | $9,872.44 | 3/5/2015 | 10036FE15 | 2/13/2015 | $9,872.44 |
| The Standard Register Company | The Standard Register Company | 1091421 | $9,782.84 | 1/28/2015 | 10036JA15 | 1/7/2015 | $9,782.84 |
| The Standard Register Company | The Standard Register Company | 1085191 | $9,281.47 | 12/19/2014 | 10036DE14 | 12/9/2014 | $9,281.47 |
| **Totals:** | **3 transfer(s),** | | **$28,936.75** | | | | |