

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **IFS Filing Systems LLC** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090423 | $42.45 | 1/14/2015 | 79716 | 11/5/2014 | $101.00 |
| The Standard Register Company | The Standard Register Company | 1091089 | $331.79 | 1/22/2015 | 80386 | 11/7/2014 | $97.35 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 78126 | 10/28/2014 | $33.47 |
| The Standard Register Company | The Standard Register Company | 1089280 | $1,457.66 | 1/7/2015 | 78486 | 10/29/2014 | $8.26 |
| The Standard Register Company | The Standard Register Company | 1089280 | $1,457.66 | 1/7/2015 | 78521 | 10/30/2014 | $1,115.29 |
| The Standard Register Company | The Standard Register Company | 1089280 | $1,457.66 | 1/7/2015 | 78751 | 10/30/2014 | $66.92 |
| The Standard Register Company | The Standard Register Company | 1089280 | $1,457.66 | 1/7/2015 | 78752 | 10/30/2014 | $16.73 |
| The Standard Register Company | The Standard Register Company | 1089280 | $1,457.66 | 1/7/2015 | 78828 | 10/31/2014 | $250.46 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 78124 | 10/28/2014 | $76.38 |
| The Standard Register Company | The Standard Register Company | 1090266 | $4.13 | 1/14/2015 | 79462 | 11/4/2014 | $4.13 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 77897 | 10/28/2014 | $938.00 |
| The Standard Register Company | The Standard Register Company | 1090754 | $522.17 | 1/20/2015 | 80010 | 11/6/2014 | $205.78 |
| The Standard Register Company | The Standard Register Company | 1090754 | $522.17 | 1/20/2015 | 80011 | 11/6/2014 | $97.35 |
| The Standard Register Company | The Standard Register Company | 1090754 | $522.17 | 1/20/2015 | 80012 | 11/6/2014 | $99.03 |
| The Standard Register Company | The Standard Register Company | 1090754 | $522.17 | 1/20/2015 | 80013 | 11/6/2014 | $120.01 |
| The Standard Register Company | The Standard Register Company | 1091089 | $331.79 | 1/22/2015 | 80050 | 11/7/2014 | $13.02 |
| The Standard Register Company | The Standard Register Company | 1091089 | $331.79 | 1/22/2015 | 80383 | 11/7/2014 | $103.90 |
| The Standard Register Company | The Standard Register Company | 1084123 | $1,462.82 | 12/15/2014 | 74334 | 10/9/2014 | $1,325.55 |
| The Standard Register Company | The Standard Register Company | 1090055 | $66.92 | 1/14/2015 | 79269 | 11/3/2014 | $66.92 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76479 | 10/20/2014 | $98.35 |
| The Standard Register Company | The Standard Register Company | 1084123 | $1,462.82 | 12/15/2014 | 74338 | 10/9/2014 | $137.27 |
| The Standard Register Company | The Standard Register Company | 1084566 | $50.50 | 12/17/2014 | 74850 | 10/10/2014 | $50.50 |
| The Standard Register Company | The Standard Register Company | 1085374 | $692.92 | 12/24/2014 | 75176 | 10/13/2014 | $69.18 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085374 | $692.92 | 12/24/2014 | 75177 | 10/13/2014 | $27.97 |
| The Standard Register Company | The Standard Register Company | 1085374 | $692.92 | 12/24/2014 | 75178 | 10/13/2014 | $72.49 |
| The Standard Register Company | The Standard Register Company | 1085374 | $692.92 | 12/24/2014 | 75179 | 10/13/2014 | $523.28 |
| The Standard Register Company | The Standard Register Company | 1085590 | $136.06 | 12/24/2014 | 75402 | 10/15/2014 | $136.06 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 78125 | 10/28/2014 | $33.46 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76478 | 10/20/2014 | $196.10 |
| The Standard Register Company | The Standard Register Company | 1091089 | $331.79 | 1/22/2015 | 80685 | 11/7/2014 | $16.52 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76480 | 10/20/2014 | $15.59 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76481 | 10/20/2014 | $15.59 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76482 | 10/20/2014 | $58.10 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 76747 | 10/21/2014 | $241.16 |
| The Standard Register Company | The Standard Register Company | 1087360 | $723.24 | 12/31/2014 | 77223 | 10/23/2014 | $98.35 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 77858 | 10/27/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088679 | $2,111.06 | 1/5/2015 | 77873 | 10/28/2014 | $1,015.90 |
| The Standard Register Company | The Standard Register Company | 1086367 | $491.10 | 12/29/2014 | 76049 | 10/17/2014 | $491.10 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83694 | 11/24/2014 | $18.54 |
| The Standard Register Company | The Standard Register Company | 1091089 | $331.79 | 1/22/2015 | 80384 | 11/7/2014 | $101.00 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82632 | 11/19/2014 | $205.78 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82633 | 11/19/2014 | $64.59 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82634 | 11/19/2014 | $99.96 |
| The Standard Register Company | The Standard Register Company | 1095277 | $34.70 | 2/11/2015 | 74539 | 10/9/2014 | $34.70 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83220 | 11/24/2014 | $1,868.93 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83691 | 11/24/2014 | $10.10 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82386 | 11/18/2014 | $33.47 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83693 | 11/24/2014 | $58.43 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82385 | 11/18/2014 | $29.55 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83695 | 11/24/2014 | $97.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83696 | 11/24/2014 | $12.43 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83733 | 11/25/2014 | $136.06 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 84095 | 11/26/2014 | $315.16 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 84138 | 11/26/2014 | $676.00 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 84447 | 11/26/2014 | $101.00 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 84448 | 11/26/2014 | $112.99 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 83692 | 11/24/2014 | $222.68 |
| The Standard Register Company | The Standard Register Company | 1094017 | $147.26 | 2/4/2015 | 82095 | 11/17/2014 | $55.14 |
| The Standard Register Company | The Standard Register Company | 1092331 | $15.98 | 1/27/2015 | 81140 | 11/12/2014 | $29.50 |
| The Standard Register Company | The Standard Register Company | 1092776 | $457.99 | 2/2/2015 | 81184 | 11/13/2014 | $183.55 |
| The Standard Register Company | The Standard Register Company | 1092776 | $457.99 | 2/2/2015 | 81444 | 11/13/2014 | $161.63 |
| The Standard Register Company | The Standard Register Company | 1092776 | $457.99 | 2/2/2015 | 81445 | 11/13/2014 | $112.81 |
| The Standard Register Company | The Standard Register Company | 1093199 | $614.77 | 2/4/2015 | 81493 | 11/14/2014 | $448.00 |
| The Standard Register Company | The Standard Register Company | 1093199 | $614.77 | 2/4/2015 | 81819 | 11/14/2014 | $17.99 |
| The Standard Register Company | The Standard Register Company | 1093199 | $614.77 | 2/4/2015 | 81820 | 11/14/2014 | $67.44 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82412 | 11/19/2014 | $1,386.60 |
| The Standard Register Company | The Standard Register Company | 1093199 | $614.77 | 2/4/2015 | 81822 | 11/14/2014 | $54.21 |
| The Standard Register Company | The Standard Register Company | 1095750 | $3,642.03 | 2/11/2015 | 84449 | 11/26/2014 | $12.36 |
| The Standard Register Company | The Standard Register Company | 1094017 | $147.26 | 2/4/2015 | 82096 | 11/17/2014 | $92.12 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82379 | 11/18/2014 | $298.31 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82380 | 11/18/2014 | $101.00 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82381 | 11/18/2014 | $163.84 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82382 | 11/18/2014 | $56.36 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82383 | 11/18/2014 | $16.52 |
| The Standard Register Company | The Standard Register Company | 1094456 | $2,646.13 | 2/6/2015 | 82384 | 11/18/2014 | $190.15 |
| The Standard Register Company | The Standard Register Company | 1093199 | $614.77 | 2/4/2015 | 81821 | 11/14/2014 | $27.13 |

Totals:     20 transfer(s),     $15,651.68