

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Roy W. Begley, Jr.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098977 | $4,583.33 | 3/5/2015 | BOARD/BEGLEY2015-FEB15-15 | 2/1/2015 | $4,583.33 |
| The Standard Register Company | The Standard Register Company | 1094656 | $3,000.00 | 2/10/2015 | CKRQ012815 | 1/28/2015 | $3,000.00 |
| The Standard Register Company | The Standard Register Company | 1092523 | $4,583.33 | 1/30/2015 | BOARD/BEGLEY2015-JAN15-15 | 1/1/2015 | $4,583.33 |
| The Standard Register Company | The Standard Register Company | 1088970 | $1,000.00 | 1/15/2015 | CKRQ122914A | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1088969 | $1,000.00 | 1/15/2015 | CKRQ122914 | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1087750 | $4,583.33 | 1/2/2015 | BOARD/BEGLEY-DEC14-14 | 12/1/2014 | $4,583.33 |
| The Standard Register Company | The Standard Register Company | 1087749 | $1,000.00 | 1/2/2015 | CKRQ122614 | 12/26/2014 | $1,000.00 |

**Totals:** 7 transfer(s), $19,749.99