

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Circle Graphics, Inc. fdba Imagic**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096095 | $581.87 | 2/10/2015 | 48700 | 11/25/2014 | $612.50 |
| The Standard Register Company | The Standard Register Company | 1095755 | $15,271.25 | 2/10/2015 | 48773 | 12/30/2014 | $16,075.00 |
| The Standard Register Company | The Standard Register Company | 1089298 | $1,140.00 | 1/8/2015 | 48526 | 10/30/2014 | $1,200.00 |
| The Standard Register Company | The Standard Register Company | 1083895 | $1,745.62 | 1/5/2015 | 48598 | 11/12/2014 | $1,837.50 |
| The Standard Register Company | The Standard Register Company | 1076888 | $2,149.37 | 1/5/2015 | 48459 | 10/16/2014 | $1,650.00 |
| The Standard Register Company | The Standard Register Company | 1076888 | $2,149.37 | 1/5/2015 | 48354 | 10/16/2014 | $612.50 |

Totals:    5 transfer(s),    $20,888.11