

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **InVue Security Products Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010341 | $337.95 | 2/10/2015 | WRKL995398 | 12/23/2014 | $39.20 |
| The Standard Register Company | The Standard Register Company | 7010341 | $337.95 | 2/10/2015 | WRKL995335 | 12/23/2014 | $298.75 |
| The Standard Register Company | The Standard Register Company | 7010213 | $1,148.95 | 2/4/2015 | WRKL992681 | 12/18/2014 | $298.00 |
| The Standard Register Company | The Standard Register Company | 7010213 | $1,148.95 | 2/4/2015 | WRKL992383 | 12/17/2014 | $850.95 |
| The Standard Register Company | The Standard Register Company | 7010016 | $910.50 | 1/28/2015 | WRKL990542 | 12/9/2014 | $183.50 |
| The Standard Register Company | The Standard Register Company | 7010016 | $910.50 | 1/28/2015 | WRKL990353 | 12/9/2014 | $727.00 |
| The Standard Register Company | The Standard Register Company | 7009887 | $285.00 | 1/22/2015 | WRKL988376 | 12/4/2014 | $285.00 |
| The Standard Register Company | The Standard Register Company | 7009843 | $680.00 | 1/21/2015 | WRKL988020 | 12/3/2014 | $300.00 |
| The Standard Register Company | The Standard Register Company | 7009843 | $680.00 | 1/21/2015 | WRKL987849 | 12/3/2014 | $380.00 |
| The Standard Register Company | The Standard Register Company | 7009474 | $10,088.75 | 12/29/2014 | WRKL980891 | 11/18/2014 | $10,088.75 |
| The Standard Register Company | The Standard Register Company | 7009328 | $150.00 | 12/23/2014 | WRKL976941 | 11/12/2014 | $150.00 |

**Totals:** 7 transfer(s), $13,601.15