

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Custom Deco, LLC dba Sabina**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097629 | $9,333.90 | 3/3/2015 | 872356 | 1/9/2015 | $492.36 |
| The Standard Register Company | The Standard Register Company | 1097629 | $9,333.90 | 3/3/2015 | 872137 | 1/7/2015 | $309.86 |
| The Standard Register Company | The Standard Register Company | 1097629 | $9,333.90 | 3/3/2015 | 871651 | 12/30/2014 | $7,910.26 |
| The Standard Register Company | The Standard Register Company | 1097629 | $9,333.90 | 3/3/2015 | 871561 | 12/30/2014 | $296.36 |
| The Standard Register Company | The Standard Register Company | 1097629 | $9,333.90 | 3/3/2015 | 871550 | 12/29/2014 | $325.06 |
| The Standard Register Company | The Standard Register Company | 1093662 | $887.21 | 2/5/2015 | 869500 | 12/10/2014 | $887.21 |
| The Standard Register Company | The Standard Register Company | 1093292 | $2,061.95 | 2/4/2015 | 869422 | 12/9/2014 | $844.17 |
| The Standard Register Company | The Standard Register Company | 1093292 | $2,061.95 | 2/4/2015 | 869420 | 12/9/2014 | $1,217.78 |
| The Standard Register Company | The Standard Register Company | 1092087 | $262.38 | 1/29/2015 | 868831 | 12/4/2014 | $262.38 |

**Totals:    4 transfer(s),    $12,545.44**