

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ironclad Performance Wear Corporation** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088072 | $21,600.00 | 1/6/2015 | INV0186341 | 11/18/2014 | $21,600.00 |
| **Totals:** | **1 transfer(s),** | **$21,600.00** | | | | | |

Ironclad Performance Wear Corporation (SRCIRO004)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1