

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Scott Lithographing Co., Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095415 | $876.82 | 2/10/2015 | 29162 | 12/17/2014 | $936.50 |
| The Standard Register Company | The Standard Register Company | 1094163 | $13,529.58 | 2/3/2015 | 29145 | 12/12/2014 | $14,496.00 |
| Totals: | | 2 transfer(s), | $14,406.40 | | | | |