| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Jet Mail Services, Inc. dba Jet Mail Inc.**

Bankruptcy Case: **SRC Liquidation Company**

Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010175 | $585.35 | 2/3/2015 | 48576 | 12/16/2014 | $610.85 |
| The Standard Register Company | The Standard Register Company | 7009199 | $1,323.26 | 12/16/2014 | 48126 | 11/7/2014 | $273.14 |
| The Standard Register Company | The Standard Register Company | 7009199 | $1,323.26 | 12/16/2014 | 48165 | 11/7/2014 | $874.25 |
| The Standard Register Company | The Standard Register Company | 7009329 | $166.16 | 12/23/2014 | 47959 | 11/12/2014 | $175.68 |
| The Standard Register Company | The Standard Register Company | 7009399 | $9,168.15 | 12/26/2014 | 48306 | 11/17/2014 | $9,858.22 |
| The Standard Register Company | The Standard Register Company | 7009574 | $4,037.38 | 1/2/2015 | 48321 | 11/25/2014 | $813.04 |
| The Standard Register Company | The Standard Register Company | 7009574 | $4,037.38 | 1/2/2015 | 48494 | 11/25/2014 | $972.49 |
| The Standard Register Company | The Standard Register Company | 7009574 | $4,037.38 | 1/2/2015 | 48498 | 11/25/2014 | $2,366.33 |
| The Standard Register Company | The Standard Register Company | 7009574 | $4,037.38 | 1/2/2015 | 48530 | 11/25/2014 | $176.84 |
| The Standard Register Company | The Standard Register Company | 7009199 | $1,323.26 | 12/16/2014 | 48053 | 11/7/2014 | $273.96 |
| The Standard Register Company | The Standard Register Company | 7009973 | $625.05 | 1/27/2015 | 47798 | 12/8/2014 | $672.10 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49721 | 1/30/2015 | $475.85 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 48570 | 1/26/2015 | $1,645.36 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 48733 | 12/31/2014 | $1,838.29 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 48858 | 12/31/2014 | $384.11 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49457 | 1/26/2015 | $2,059.80 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49480 | 1/22/2015 | $958.84 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49584 | 1/26/2015 | $660.05 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49590 | 1/26/2015 | $313.87 |
| The Standard Register Company | The Standard Register Company | 7010762 | $8,114.55 | 3/9/2015 | 49672 | 1/30/2015 | $173.30 |
| The Standard Register Company | The Standard Register Company | 7009955 | $4,630.00 | 1/26/2015 | 48765P | 1/21/2015 | $4,630.00 |

**Totals:** **8 transfer(s),** **$28,649.90**