

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** J. J. Keller & Associates, Inc.
**Bankruptcy Case:** SRC Liquidation Company
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085987 | $1,498.37 | 12/31/2014 | 9100398647 | 11/10/2014 | $1,375.77 |
| The Standard Register Company | The Standard Register Company | 1089617 | $3,338.14 | 1/8/2015 | 9100422000 | 11/26/2014 | $383.50 |
| The Standard Register Company | The Standard Register Company | 1089617 | $3,338.14 | 1/8/2015 | 9100421999 | 11/26/2014 | $335.36 |
| The Standard Register Company | The Standard Register Company | 1087402 | $568.73 | 12/31/2014 | 9100408174 | 11/17/2014 | $12.85 |
| The Standard Register Company | The Standard Register Company | 1087402 | $568.73 | 12/31/2014 | 9100406487 | 11/14/2014 | $62.88 |
| The Standard Register Company | The Standard Register Company | 1087402 | $568.73 | 12/31/2014 | 9100406486 | 11/14/2014 | $174.00 |
| The Standard Register Company | The Standard Register Company | 1087402 | $568.73 | 12/31/2014 | 9100404643 | 11/13/2014 | $319.00 |
| The Standard Register Company | The Standard Register Company | 1086389 | $1,430.88 | 12/31/2014 | 9100402717 | 11/12/2014 | $340.53 |
| The Standard Register Company | The Standard Register Company | 1086389 | $1,430.88 | 12/31/2014 | 9100402716 | 11/12/2014 | $456.67 |
| The Standard Register Company | The Standard Register Company | 1082221 | $136.80 | 12/12/2014 | 9100378693 | 10/27/2014 | $136.80 |
| The Standard Register Company | The Standard Register Company | 1085987 | $1,498.37 | 12/31/2014 | 910398606 | 11/10/2014 | $209.60 |
| The Standard Register Company | The Standard Register Company | 1089831 | $1,224.28 | 1/12/2015 | 9100422027 | 11/26/2014 | $1,224.28 |
| The Standard Register Company | The Standard Register Company | 1085390 | $366.86 | 12/29/2014 | 9100396730 | 11/7/2014 | $31.50 |
| The Standard Register Company | The Standard Register Company | 1085390 | $366.86 | 12/29/2014 | 9100396729 | 11/7/2014 | $335.36 |
| The Standard Register Company | The Standard Register Company | 1085023 | $27.11 | 12/19/2014 | 9100394848 | 11/6/2014 | $27.11 |
| The Standard Register Company | The Standard Register Company | 1084591 | $261.00 | 12/19/2014 | 9100392936 | 11/5/2014 | $21.75 |
| The Standard Register Company | The Standard Register Company | 1084591 | $261.00 | 12/19/2014 | 9100392935 | 11/5/2014 | $239.25 |
| The Standard Register Company | The Standard Register Company | 1083602 | $913.50 | 12/15/2014 | 9100386870 | 10/31/2014 | $435.00 |
| The Standard Register Company | The Standard Register Company | 1083602 | $913.50 | 12/15/2014 | 9100386869 | 10/31/2014 | $435.00 |
| The Standard Register Company | The Standard Register Company | 1083602 | $913.50 | 12/15/2014 | 9100386868 | 10/31/2014 | $43.50 |
| The Standard Register Company | The Standard Register Company | 1082720 | $714.00 | 12/12/2014 | 9100380470 | 10/28/2014 | $714.00 |
| The Standard Register Company | The Standard Register Company | 1086389 | $1,430.88 | 12/31/2014 | 9100400661 | 11/11/2014 | $633.68 |
| The Standard Register Company | The Standard Register Company | 1092795 | $438.95 | 2/4/2015 | 9100433983 | 12/8/2014 | $438.95 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096117 | $87.00 | 2/12/2015 | 9100452751 | 12/22/2014 | $87.00 |
| The Standard Register Company | The Standard Register Company | 1095295 | $2,704.45 | 2/11/2015 | 9100447508 | 12/17/2014 | $1,825.70 |
| The Standard Register Company | The Standard Register Company | 1095295 | $2,704.45 | 2/11/2015 | 9100447474 | 12/17/2014 | $261.00 |
| The Standard Register Company | The Standard Register Company | 1095295 | $2,704.45 | 2/11/2015 | 9100447473 | 12/17/2014 | $617.75 |
| The Standard Register Company | The Standard Register Company | 1094037 | $1,464.25 | 2/5/2015 | 9100441835 | 12/12/2014 | $8.58 |
| The Standard Register Company | The Standard Register Company | 1094037 | $1,464.25 | 2/5/2015 | 9100441811 | 12/12/2014 | $750.00 |
| The Standard Register Company | The Standard Register Company | 1094037 | $1,464.25 | 2/5/2015 | 9100441810 | 12/12/2014 | $335.36 |
| The Standard Register Company | The Standard Register Company | 1094037 | $1,464.25 | 2/5/2015 | 9100441809 | 12/12/2014 | $328.84 |
| The Standard Register Company | The Standard Register Company | 1094037 | $1,464.25 | 2/5/2015 | 9100440031 | 12/11/2014 | $41.47 |
| The Standard Register Company | The Standard Register Company | 1089617 | $3,338.14 | 1/8/2015 | 9100422001 | 11/26/2014 | $935.25 |
| The Standard Register Company | The Standard Register Company | 1093604 | $30.45 | 2/5/2015 | 9100438011 | 12/10/2014 | $8.70 |
| The Standard Register Company | The Standard Register Company | 1089617 | $3,338.14 | 1/8/2015 | 9100422002 | 11/26/2014 | $1,684.03 |
| The Standard Register Company | The Standard Register Company | 1090269 | $1,513.02 | 1/14/2015 | 9100322811 | 9/17/2014 | $43.50 |
| The Standard Register Company | The Standard Register Company | 1090269 | $1,513.02 | 1/14/2015 | 9100322810 | 9/17/2014 | $717.75 |
| The Standard Register Company | The Standard Register Company | 1090269 | $1,513.02 | 1/14/2015 | 9100322809 | 9/17/2014 | $369.75 |
| The Standard Register Company | The Standard Register Company | 1090269 | $1,513.02 | 1/14/2015 | 9100322808 | 9/17/2014 | $382.02 |
| The Standard Register Company | The Standard Register Company | 1089974 | $746.35 | 1/12/2015 | 9100431884 | 12/5/2014 | $322.35 |
| The Standard Register Company | The Standard Register Company | 1089974 | $746.35 | 1/12/2015 | 9100429824 | 12/4/2014 | $90.50 |
| The Standard Register Company | The Standard Register Company | 1089974 | $746.35 | 1/12/2015 | 9100429823 | 12/4/2014 | $108.75 |
| The Standard Register Company | The Standard Register Company | 1089974 | $746.35 | 1/12/2015 | 9100429822 | 12/4/2014 | $224.75 |
| The Standard Register Company | The Standard Register Company | 1096498 | $679.50 | 2/17/2015 | 9100454812 | 12/23/2014 | $679.50 |
| The Standard Register Company | The Standard Register Company | 1093604 | $30.45 | 2/5/2015 | 9100438012 | 12/10/2014 | $21.75 |

**Totals:** 19 transfer(s), $18,143.64