

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Shelton-Turnbull Printers, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095852 | $6,506.32 | 2/10/2015 | 313049 | 12/31/2014 | $4,532.11 |
| The Standard Register Company | The Standard Register Company | 1095852 | $6,506.32 | 2/10/2015 | 312918 | 12/31/2014 | $2,457.64 |
| The Standard Register Company | The Standard Register Company | 1094584 | $217.95 | 2/9/2015 | 310939 | 10/31/2014 | $233.36 |
| The Standard Register Company | The Standard Register Company | 1094173 | $5,002.74 | 2/3/2015 | 310940 | 10/31/2014 | $5,379.30 |
| The Standard Register Company | The Standard Register Company | 1090303 | $1,904.87 | 1/13/2015 | 311821 | 11/25/2014 | $1,315.48 |
| The Standard Register Company | The Standard Register Company | 1090303 | $1,904.87 | 1/13/2015 | 311682 | 11/21/2014 | $729.07 |
| The Standard Register Company | The Standard Register Company | 1088854 | $825.21 | 1/5/2015 | 311986 | 11/26/2014 | $881.18 |
| The Standard Register Company | The Standard Register Company | 1087589 | $4,669.65 | 12/30/2014 | 311987 | 11/26/2014 | $2,345.48 |
| The Standard Register Company | The Standard Register Company | 1087589 | $4,669.65 | 12/30/2014 | 311970 | 11/26/2014 | $1,399.87 |
| The Standard Register Company | The Standard Register Company | 1087589 | $4,669.65 | 12/30/2014 | 311969 | 11/26/2014 | $918.68 |
| The Standard Register Company | The Standard Register Company | 1087589 | $4,669.65 | 12/30/2014 | 311785 | 11/24/2014 | $345.82 |
| The Standard Register Company | The Standard Register Company | 1085604 | $980.33 | 12/23/2014 | 311658 | 11/19/2014 | $517.20 |
| The Standard Register Company | The Standard Register Company | 1085604 | $980.33 | 12/23/2014 | 311657 | 11/19/2014 | $534.46 |
| The Standard Register Company | The Standard Register Company | 1085476 | $3,461.38 | 12/23/2014 | 311544 | 11/17/2014 | $3,721.92 |

Totals:     8 transfer(s),     $23,568.45