

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **John Q. Sherman, II**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094649 | $3,000.00 | 2/4/2015 | CKRQ012815 | 1/28/2015 | $3,000.00 |
| The Standard Register Company | The Standard Register Company | 1092522 | $5,416.67 | 2/3/2015 | BOARD/SHERMAN2015-JAN15 | 1/1/2015 | $5,416.67 |
| The Standard Register Company | The Standard Register Company | 1090191 | $1,010.87 | 1/16/2015 | CKRQ122914B | 12/29/2014 | $1,010.87 |
| The Standard Register Company | The Standard Register Company | 1088967 | $1,000.00 | 1/16/2015 | CKRQ122914A | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1088966 | $1,000.00 | 1/16/2015 | CKRQ122914 | 12/29/2014 | $1,000.00 |
| The Standard Register Company | The Standard Register Company | 1087739 | $5,416.67 | 1/16/2015 | BOARD/SHERMANJ | 12/1/2014 | $5,416.67 |
| The Standard Register Company | The Standard Register Company | 1080319 | $1,250.02 | 12/19/2014 | BOARD/SHERMAN-NOV14-14 | 11/1/2014 | $1,250.02 |
| The Standard Register Company | The Standard Register Company | 1077087 | $225.63 | 12/22/2014 | CKRQ110614A | 11/6/2014 | $225.63 |
| The Standard Register Company | The Standard Register Company | 1077086 | $2,000.00 | 12/17/2014 | CKRQ110614 | 11/6/2014 | $2,000.00 |

**Totals:** 9 transfer(s), $20,319.86