

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Silver Fox Services, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092882 | $11,760.00 | 2/10/2015 | 20009 | 11/13/2014 | $11,760.00 |
| The Standard Register Company | The Standard Register Company | 1080846 | $10,360.00 | 12/22/2014 | 20007 | 9/25/2014 | $10,360.00 |
| **Totals:** | | **2 transfer(s),** | **$22,120.00** | | | | |