

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | |
|---|---|---|---|---|---|---|
| **Defendant:** | **Kobayashi Create Co., Ltd.** | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 100904 | $12,600.00 | 12/18/2014 | 1429KU01 | 10/28/2014 | $12,600.00 |
| **Totals:** | | **1 transfer(s),** | **$12,600.00** | | | | |