

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Henderson's Printing, Inc. dba Kunz**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099833 | $1,787.03 | 3/10/2015 | 40279 | 1/19/2015 | $1,877.78 |
| The Standard Register Company | The Standard Register Company | 1096126 | $1,360.33 | 2/10/2015 | 40297 | 12/22/2014 | $1,460.82 |
| The Standard Register Company | The Standard Register Company | 1095307 | $4,680.22 | 2/9/2015 | 40281 | 12/18/2014 | $5,032.50 |
| The Standard Register Company | The Standard Register Company | 1094832 | $2,512.54 | 2/9/2015 | 40282 | 12/16/2014 | $2,695.80 |
| The Standard Register Company | The Standard Register Company | 1092798 | $2,290.26 | 2/2/2015 | 43231 | 12/8/2014 | $2,447.14 |
| The Standard Register Company | The Standard Register Company | 1091117 | $720.65 | 1/23/2015 | 43232 | 12/2/2014 | $774.90 |
| The Standard Register Company | The Standard Register Company | 1087416 | $1,287.27 | 12/30/2014 | 44030 | 11/14/2014 | $1,381.77 |
| The Standard Register Company | The Standard Register Company | 1083620 | $3,961.80 | 12/15/2014 | 40248 | 10/31/2014 | $4,260.00 |

Totals:    8 transfer(s),    $18,600.10