

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Solimar Systems, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010413 | $8,634.82 | 2/16/2015 | 300580 | 12/5/2014 | $8,634.82 |
| The Standard Register Company | The Standard Register Company | 7010359 | $500.00 | 2/10/2015 | 26510 | 12/8/2014 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7009647 | $3,599.98 | 1/5/2015 | 26465 | 11/12/2014 | $3,599.98 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14741 | 10/29/2014 | $637.39 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14740 | 10/29/2014 | $1,320.90 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14739 | 10/29/2014 | $435.00 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14738 | 10/29/2014 | $1,091.15 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14737 | 10/29/2014 | $802.22 |
| The Standard Register Company | The Standard Register Company | 1089503 | $5,088.88 | 1/8/2015 | 14736 | 10/29/2014 | $802.22 |

Totals:    4 transfer(s),    $17,823.68