

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **WinCraft, Incorporated dba Larlu Display Tec**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099329 | $542.95 | 3/10/2015 | 308849 | 1/22/2015 | $542.95 |
| The Standard Register Company | The Standard Register Company | 1097510 | $2,860.00 | 3/2/2015 | 304966 | 1/15/2015 | $2,860.00 |
| The Standard Register Company | The Standard Register Company | 1097364 | $145.00 | 2/24/2015 | 299967 | 1/7/2015 | $145.00 |
| The Standard Register Company | The Standard Register Company | 1093374 | $1,112.00 | 2/5/2015 | 290918 | 12/15/2014 | $1,112.00 |
| The Standard Register Company | The Standard Register Company | 1090772 | $12.35 | 1/21/2015 | 244113 | 9/23/2014 | $12.35 |
| The Standard Register Company | The Standard Register Company | 1086605 | $23,266.31 | 12/30/2014 | 274020 | 11/13/2014 | $22,840.00 |
| The Standard Register Company | The Standard Register Company | 1086605 | $23,266.31 | 12/30/2014 | 271593 | 11/10/2014 | $98.74 |
| The Standard Register Company | The Standard Register Company | 1086605 | $23,266.31 | 12/30/2014 | 270814 | 11/7/2014 | $42.17 |
| The Standard Register Company | The Standard Register Company | 1086605 | $23,266.31 | 12/30/2014 | 270019 | 11/6/2014 | $285.40 |

**Totals:** 6 transfer(s), $27,938.61