

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Larsen Warehousing & Distribution, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084792 | $1,213.42 | 12/26/2014 | 366619 | 8/31/2014 | $1,213.42 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223836 | 8/31/2014 | $271.80 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223837 | 8/31/2014 | $360.18 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223838 | 8/31/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223839 | 8/31/2014 | $1,625.42 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223895 | 9/30/2014 | $243.42 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223896 | 9/30/2014 | $313.86 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223897 | 9/30/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 223898 | 9/30/2014 | $1,344.32 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366620 | 8/31/2014 | $379.84 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366621 | 8/31/2014 | $30.75 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366622 | 8/31/2014 | $3,217.41 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366680 | 9/30/2014 | $395.75 |
| The Standard Register Company | The Standard Register Company | 1082956 | $96.00 | 12/18/2014 | CKRQ120114 | 12/1/2014 | $96.00 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366689 | 9/30/2014 | $2,805.00 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 366823 | 11/30/2014 | $1,148.92 |
| The Standard Register Company | The Standard Register Company | 1085995 | $1,960.48 | 1/2/2015 | 223955 | 10/31/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1085995 | $1,960.48 | 1/2/2015 | 223956 | 10/31/2014 | $1,677.48 |
| The Standard Register Company | The Standard Register Company | 1085995 | $1,960.48 | 1/2/2015 | 366754 | 10/31/2014 | $367.00 |
| The Standard Register Company | The Standard Register Company | 1090332 | $4,514.59 | 1/23/2015 | 223953 | 10/31/2014 | $259.32 |
| The Standard Register Company | The Standard Register Company | 1090332 | $4,514.59 | 1/23/2015 | 223954 | 10/31/2014 | $267.70 |
| The Standard Register Company | The Standard Register Company | 1090332 | $4,514.59 | 1/23/2015 | 366755 | 10/31/2014 | $9.25 |
| The Standard Register Company | The Standard Register Company | 1090332 | $4,514.59 | 1/23/2015 | 366756 | 10/31/2014 | $3,978.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 224013 | 11/30/2014 | $250.56 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 224014 | 11/30/2014 | $255.52 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 224015 | 11/30/2014 | $12.00 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 224016 | 11/30/2014 | $1,584.40 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 366821 | 11/30/2014 | $1,153.65 |
| The Standard Register Company | The Standard Register Company | 1090438 | $4,649.70 | 1/23/2015 | 366822 | 11/30/2014 | $244.65 |
| The Standard Register Company | The Standard Register Company | 1083813 | $11,932.50 | 12/18/2014 | 366687 | 9/30/2014 | $920.75 |

**Totals:**    6 transfer(s),    $24,366.69