

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Black Hills Energy Arkansas Inc. fka SourceGas Arkansas, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093018 | $8,243.53 | 2/4/2015 | 21101JA15 | 1/14/2015 | $8,243.53 |
| The Standard Register Company | The Standard Register Company | 1086635 | $6,460.23 | 1/6/2015 | 21101DE14 | 12/11/2014 | $6,460.23 |
| Totals: | 2 transfer(s), | $14,703.76 | | | | | |

Black Hills Energy Arkansas Inc. fka SourceGas Arkansas, Inc. (SRCSOU002)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1