

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Steve's Pallets, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9132 | 1/16/2015 | $816.80 |
| The Standard Register Company | The Standard Register Company | 1078322 | $1,812.89 | 12/17/2014 | 9000 | 10/29/2014 | $1,831.20 |
| The Standard Register Company | The Standard Register Company | 1081752 | $531.40 | 12/17/2014 | 8987 | 10/23/2014 | $531.40 |
| The Standard Register Company | The Standard Register Company | 1084711 | $3,456.00 | 12/17/2014 | 9013 | 11/5/2014 | $3,456.00 |
| The Standard Register Company | The Standard Register Company | 1088225 | $840.00 | 1/16/2015 | 9040 | 11/19/2014 | $840.00 |
| The Standard Register Company | The Standard Register Company | 1088866 | $560.00 | 1/16/2015 | 9048 | 11/21/2014 | $560.00 |
| The Standard Register Company | The Standard Register Company | 1091724 | $2,056.00 | 1/27/2015 | 9065 | 12/3/2014 | $2,056.00 |
| The Standard Register Company | The Standard Register Company | 1075061 | $665.60 | 12/17/2014 | 8947 | 9/29/2014 | $665.60 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9131 | 1/15/2015 | $910.40 |
| The Standard Register Company | The Standard Register Company | 1100054 | $2,129.60 | 3/11/2015 | 8518 | 2/14/2014 | $933.20 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9133 | 1/16/2015 | $455.20 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9134 | 1/16/2015 | $276.50 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9149 | 1/23/2015 | $1,400.00 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9150 | 1/24/2015 | $805.60 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 9162 | 1/31/2015 | $1,400.00 |
| The Standard Register Company | The Standard Register Company | 1100054 | $2,129.60 | 3/11/2015 | 8332 | 11/1/2013 | $729.20 |
| The Standard Register Company | The Standard Register Company | 1100054 | $2,129.60 | 3/11/2015 | 8503 | 2/7/2015 | $467.20 |
| The Standard Register Company | The Standard Register Company | 1099870 | $6,613.30 | 3/11/2015 | 8167 | 9/4/2013 | $548.80 |

| Totals: | 9 transfer(s), | $18,664.79 |
|---|---|---|