

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Steward Printing & Advertising, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092449 | $1,883.27 | 2/6/2015 | 35857 | 12/5/2014 | $1,935.17 |
| The Standard Register Company | The Standard Register Company | 1092097 | $2,512.23 | 2/6/2015 | 35867 | 12/4/2014 | $2,589.93 |
| The Standard Register Company | The Standard Register Company | 1087611 | $937.79 | 1/6/2015 | 35373 | 7/9/2014 | $966.79 |
| The Standard Register Company | The Standard Register Company | 1086531 | $787.56 | 1/6/2015 | 35793 | 11/11/2014 | $425.29 |
| The Standard Register Company | The Standard Register Company | 1086531 | $787.56 | 1/6/2015 | 35789 | 11/11/2014 | $386.63 |
| The Standard Register Company | The Standard Register Company | 1083728 | $14,013.44 | 12/23/2014 | 35725 | 10/31/2014 | $14,396.70 |

**Totals:** 5 transfer(s), $20,134.29