

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Cindy Kearney dba Stitches Embroidery**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4237 | 12/10/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4391 | 1/18/2015 | $69.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4203 | 12/2/2014 | $15.25 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4207 | 12/5/2014 | $373.00 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4209 | 12/5/2014 | $164.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4212 | 12/5/2014 | $222.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4213 | 12/5/2014 | $599.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4217 | 12/5/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4218 | 12/5/2014 | $159.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4219 | 12/5/2014 | $94.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4223 | 12/8/2014 | $457.50 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4194 | 11/28/2014 | $11.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4225 | 12/8/2014 | $12.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4193 | 11/28/2014 | $359.90 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4238 | 12/10/2014 | $325.40 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4239 | 12/10/2014 | $85.40 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4240 | 12/10/2014 | $148.05 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4243 | 12/11/2014 | $856.20 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4257 | 12/19/2014 | $1,073.00 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4262 | 12/20/2014 | $76.25 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4263 | 12/20/2014 | $6.10 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4264 | 12/20/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4265 | 12/20/2014 | $18.30 |

Cindy Kearney dba Stitches Embroidery (SRCSTI003)
Bankruptcy Case: SRC Liquidation Company

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4266 | 12/20/2014 | $12.20 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4224 | 12/8/2014 | $92.10 |
| The Standard Register Company | The Standard Register Company | 1090548 | $97.05 | 1/15/2015 | 3989 | 9/24/2014 | $97.05 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4393 | 1/19/2015 | $1,402.85 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4394 | 1/19/2015 | $186.05 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4397 | 1/19/2015 | $9.15 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4398 | 1/19/2015 | $39.65 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4399 | 1/19/2015 | $193.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4568 | 2/9/2013 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1088867 | $255.75 | 1/15/2015 | 4129 | 11/6/2014 | $255.75 |
| The Standard Register Company | The Standard Register Company | 1089982 | $494.25 | 1/15/2015 | 4144 | 11/16/2014 | $24.40 |
| The Standard Register Company | The Standard Register Company | 1089982 | $494.25 | 1/15/2015 | 4146 | 11/16/2014 | $34.80 |
| The Standard Register Company | The Standard Register Company | 1089982 | $494.25 | 1/15/2015 | 4147 | 11/16/2014 | $371.25 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4195 | 11/28/2014 | $591.70 |
| The Standard Register Company | The Standard Register Company | 1089982 | $494.25 | 1/15/2015 | 4152 | 11/18/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4279 | 12/26/2014 | $674.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4105 | 11/28/2014 | $201.30 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4118 | 11/28/2014 | $173.85 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4179 | 11/25/2014 | $87.85 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4180 | 11/25/2014 | $228.75 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4181 | 11/25/2014 | $545.95 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4183 | 11/28/2014 | $117.80 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4186 | 11/28/2014 | $219.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4187 | 11/28/2014 | $1,029.50 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4188 | 11/28/2014 | $585.60 |
| The Standard Register Company | The Standard Register Company | 1092540 | $8,294.70 | 1/30/2015 | 4192 | 11/28/2014 | $530.70 |
| The Standard Register Company | The Standard Register Company | 1089982 | $494.25 | 1/15/2015 | 4151 | 11/18/2014 | $5.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4361 | 1/12/2015 | $24.40 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4305 | 12/26/2014 | $100.40 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4306 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4307 | 12/26/2014 | $860.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4191 | 11/28/2014 | $280.60 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4339 | 1/5/2015 | $51.00 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4340 | 1/6/2015 | $73.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4341 | 1/6/2015 | $9.15 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4342 | 1/6/2015 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4357 | 1/12/2015 | $24.40 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4358 | 1/12/2015 | $48.80 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4277 | 12/26/2014 | $12.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4360 | 1/12/2015 | $24.40 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4302 | 12/26/2014 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4362 | 1/12/2015 | $9.15 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4363 | 1/12/2015 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4364 | 1/12/2015 | $189.10 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4365 | 1/12/2015 | $30.50 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4366 | 1/12/2015 | $131.15 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4367 | 1/12/2015 | $15.25 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4385 | 1/18/2015 | $165.00 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4387 | 1/18/2015 | $1,473.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4388 | 1/18/2015 | $164.20 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4389 | 1/18/2015 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4359 | 1/12/2015 | $67.10 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4291 | 12/26/2014 | $67.10 |
| The Standard Register Company | The Standard Register Company | 1100057 | $4,186.69 | 3/10/2015 | 4390 | 1/18/2015 | $6.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4280 | 12/26/2014 | $9.15 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4281 | 12/26/2014 | $9.15 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4282 | 12/26/2014 | $94.55 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4283 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4284 | 12/26/2014 | $12.20 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4285 | 12/26/2014 | $12.20 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4286 | 12/26/2014 | $39.65 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4287 | 12/26/2014 | $24.40 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4288 | 12/26/2014 | $6.10 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4304 | 12/26/2014 | $94.60 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4290 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4303 | 12/26/2014 | $173.85 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4292 | 12/26/2014 | $206.25 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4293 | 12/26/2014 | $703.60 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4294 | 12/26/2014 | $104.40 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4295 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4296 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4297 | 12/26/2014 | $28.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4298 | 12/26/2014 | $134.80 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4299 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4300 | 12/26/2014 | $3.05 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4301 | 12/26/2014 | $6.10 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4278 | 12/26/2014 | $18.30 |
| The Standard Register Company | The Standard Register Company | 1097307 | $4,669.20 | 2/24/2015 | 4289 | 12/26/2014 | $6.10 |

**Totals:** 6 transfer(s), $17,997.64