

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |
|---|---|---|---|---|---|---|

Defendant: **Sungard Availability Services**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095948 | $4,386.00 | 2/9/2015 | 120130565 | 11/19/2014 | $4,386.00 |
| The Standard Register Company | The Standard Register Company | 1095867 | $4,386.00 | 2/9/2015 | 152526744 | 10/24/2014 | $4,386.00 |
| The Standard Register Company | The Standard Register Company | 1088230 | $4,809.00 | 1/2/2015 | 152529637 | 11/19/2014 | $4,809.00 |
| The Standard Register Company | The Standard Register Company | 1083735 | $4,809.00 | 12/12/2014 | 152528458 | 10/24/2014 | $4,809.00 |

**Totals:** 4 transfer(s), $18,390.00