

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Thomas M. Weissbrod** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089983 | $20,404.80 | 1/9/2015 | SRC0010 | 12/15/2014 | $14,040.00 |
| The Standard Register Company | The Standard Register Company | 1089983 | $20,404.80 | 1/9/2015 | SRC0009 | 12/9/2014 | $6,608.16 |
| The Standard Register Company | The Standard Register Company | 1089983 | $20,404.80 | 1/9/2015 | SRC0008 | 11/25/2014 | $5,747.04 |

**Totals:** 1 transfer(s), $20,404.80

Thomas M. Weissbrod (SRCTHO005)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016

Exhibit A

P. 1