

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **SwervePoint LLC**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091186 | $1,065.59 | 1/21/2015 | 231854 | 11/7/2014 | $1,065.59 |
| The Standard Register Company | The Standard Register Company | 1090139 | $1,554.35 | 1/12/2015 | 234183 | 11/3/2014 | $1,282.10 |
| The Standard Register Company | The Standard Register Company | 1090139 | $1,554.35 | 1/12/2015 | 234181 | 11/3/2014 | $272.25 |
| The Standard Register Company | The Standard Register Company | 1089522 | $2,828.18 | 1/6/2015 | 234184 | 10/30/2014 | $2,605.01 |
| The Standard Register Company | The Standard Register Company | 1089522 | $2,828.18 | 1/6/2015 | 231862 | 10/31/2014 | $223.17 |
| The Standard Register Company | The Standard Register Company | 1088889 | $2,382.69 | 1/6/2015 | 231587 | 10/27/2014 | $2,382.69 |
| The Standard Register Company | The Standard Register Company | 1088242 | $4,105.38 | 1/6/2015 | 231607 | 10/24/2014 | $4,105.38 |
| The Standard Register Company | The Standard Register Company | 1087626 | $1,028.84 | 12/30/2014 | 231316 | 10/23/2014 | $1,028.84 |
| The Standard Register Company | The Standard Register Company | 1084722 | $255.00 | 12/16/2014 | 227862 | 10/10/2014 | $255.00 |
| The Standard Register Company | The Standard Register Company | 1084201 | $222.50 | 12/16/2014 | 227859 | 10/9/2014 | $222.50 |

Totals:    8 transfer(s),    $13,442.53