

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Telemark Corporation dba Telemark Diversified Graphics**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094194 | $14,128.56 | 2/4/2015 | 98833 | 12/12/2014 | $15,192.00 |
| The Standard Register Company | The Standard Register Company | 1093323 | $707.09 | 2/4/2015 | 98719 | 12/9/2014 | $760.32 |
| The Standard Register Company | The Standard Register Company | 1090858 | $939.80 | 1/21/2015 | 98059 | 10/29/2014 | $1,007.39 |
| Totals: | 3 transfer(s), | $15,775.45 | | | | | |

Telemark Corporation dba Telemark Diversified Graphics (SRCTEL003)
Bankruptcy Case: SRC Liquidation Company
May 11, 2016                                                Exhibit A                                                P. 1