

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Teraco, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095445 | $6,482.08 | 2/11/2015 | 500649 | 12/11/2014 | $6,482.08 |
| The Standard Register Company | The Standard Register Company | 1084726 | $142.50 | 12/18/2014 | 499333 | 10/29/2014 | $142.50 |
| The Standard Register Company | The Standard Register Company | 1087635 | $1,287.69 | 12/31/2014 | 499631 | 11/7/2014 | $1,145.19 |
| The Standard Register Company | The Standard Register Company | 1087635 | $1,287.69 | 12/31/2014 | 499632 | 11/7/2014 | $142.50 |
| The Standard Register Company | The Standard Register Company | 1089922 | $250.00 | 1/9/2015 | 26649 | 11/20/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1089922 | $250.00 | 1/9/2015 | 26650 | 11/20/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1084203 | $2,812.41 | 12/15/2014 | 499221 | 10/27/2014 | $2,812.41 |
| The Standard Register Company | The Standard Register Company | 1090140 | $570.00 | 1/12/2015 | 500070 | 11/21/2014 | $142.50 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 501320 | 1/13/2015 | $142.50 |
| The Standard Register Company | The Standard Register Company | 1096210 | $2,962.70 | 2/11/2015 | 500723 | 12/15/2014 | $2,962.70 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 500825 | 12/18/2014 | $3,550.00 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 501160 | 1/7/2015 | $427.50 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 501241 | 1/9/2015 | $694.16 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 501242 | 1/9/2015 | $142.50 |
| The Standard Register Company | The Standard Register Company | 1097315 | $5,241.66 | 2/26/2015 | 501319 | 1/13/2015 | $285.00 |
| The Standard Register Company | The Standard Register Company | 1090140 | $570.00 | 1/12/2015 | 500069 | 11/21/2014 | $427.50 |

Totals:     8 transfer(s),     $19,749.04