

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** T-Formation Inc. of Tallahassee  
**Bankruptcy Case:** SRC Liquidation Company  
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192965 | 12/31/2014 | $25.33 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193013 | 12/31/2014 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193012 | 12/31/2014 | $33.94 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193011 | 12/31/2014 | $31.03 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193010 | 12/31/2014 | $37.40 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192996 | 1/6/2015 | $52.26 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192995 | 12/30/2014 | $934.47 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192994 | 12/30/2014 | $33.46 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192993 | 12/30/2014 | $27.16 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192992 | 12/30/2014 | $12.85 |
| The Standard Register Company | The Standard Register Company | 1083744 | $541.44 | 12/17/2014 | 191557 | 10/24/2014 | $541.44 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192966 | 12/30/2014 | $1,058.86 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193019 | 12/31/2014 | $29.89 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192958 | 12/31/2014 | $28.83 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192938 | 12/24/2014 | $1,781.50 |
| The Standard Register Company | The Standard Register Company | 1094191 | $61.00 | 2/9/2015 | 192673 | 12/5/2014 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1089920 | $715.98 | 1/13/2015 | 192277 | 11/19/2014 | $715.98 |
| The Standard Register Company | The Standard Register Company | 1088891 | $5,528.57 | 1/7/2015 | 192112 | 11/14/2014 | $1,241.62 |
| The Standard Register Company | The Standard Register Company | 1088891 | $5,528.57 | 1/7/2015 | 192106 | 11/14/2014 | $1,762.98 |
| The Standard Register Company | The Standard Register Company | 1088891 | $5,528.57 | 1/7/2015 | 192002 | 11/13/2014 | $849.84 |
| The Standard Register Company | The Standard Register Company | 1088891 | $5,528.57 | 1/7/2015 | 191988 | 11/13/2014 | $1,674.13 |
| The Standard Register Company | The Standard Register Company | 1088244 | $981.21 | 1/7/2015 | 192054 | 11/12/2014 | $981.21 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 192987 | 12/30/2014 | $21.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193031 | 12/30/2014 | $26.32 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193153 | 1/9/2015 | $766.96 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193053 | 1/6/2015 | $2,769.47 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193052 | 1/6/2015 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193051 | 1/6/2015 | $47.98 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193050 | 1/6/2015 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193049 | 1/6/2015 | $44.06 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193048 | 1/6/2015 | $41.52 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193035 | 1/6/2015 | $48.64 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193034 | 12/31/2014 | $8,218.93 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193016 | 12/31/2014 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193032 | 12/30/2014 | $774.96 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193017 | 12/31/2014 | $29.97 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193029 | 1/6/2015 | $1,974.97 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193028 | 1/6/2015 | $33.88 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193026 | 1/6/2015 | $34.64 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193025 | 12/30/2014 | $867.61 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193024 | 12/31/2014 | $35.24 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193023 | 12/31/2014 | $58.80 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193022 | 12/31/2014 | $30.31 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193021 | 12/31/2014 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193020 | 12/31/2014 | $32.05 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193260 | 1/16/2015 | $384.74 |
| The Standard Register Company | The Standard Register Company | 1098746 | $20,562.48 | 3/3/2015 | 193033 | 1/6/2015 | $48.96 |

**Totals:**    6 transfer(s),    $28,390.68