

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Travers Printing, Inc.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094614 | $1,356.32 | 2/9/2015 | 27799 | 12/24/2014 | $1,384.00 |
| The Standard Register Company | The Standard Register Company | 1085502 | $1,439.88 | 12/23/2014 | 27602 | 11/17/2014 | $1,461.98 |
| The Standard Register Company | The Standard Register Company | 1087660 | $1,504.30 | 12/30/2014 | 27628 | 11/24/2014 | $1,535.00 |
| The Standard Register Company | The Standard Register Company | 1088909 | $76.44 | 1/6/2015 | 2766 | 11/30/2014 | $78.00 |
| The Standard Register Company | The Standard Register Company | 1089933 | $494.90 | 1/13/2015 | 27689 | 12/6/2014 | $505.00 |
| The Standard Register Company | The Standard Register Company | 1091745 | $1,561.20 | 1/27/2015 | 27747 | 12/13/2014 | $1,590.00 |
| The Standard Register Company | The Standard Register Company | 1092912 | $583.10 | 2/4/2015 | 27603 | 11/17/2014 | $595.00 |
| The Standard Register Company | The Standard Register Company | 1093686 | $2,695.98 | 2/4/2015 | 27786 | 12/20/2014 | $934.00 |
| The Standard Register Company | The Standard Register Company | 1083944 | $891.80 | 12/16/2014 | 27549 | 11/7/2014 | $910.00 |
| The Standard Register Company | The Standard Register Company | 1093686 | $2,695.98 | 2/4/2015 | 27788 | 12/20/2014 | $647.00 |
| The Standard Register Company | The Standard Register Company | 22973 | $2,645.02 | 2/9/2015 | 27787 | 12/23/2014 | $1,765.00 |
| The Standard Register Company | The Standard Register Company | 1099102 | $1,293.60 | 3/4/2015 | 27856 | 1/13/2015 | $1,320.00 |
| The Standard Register Company | The Standard Register Company | 1100074 | $634.39 | 3/10/2015 | 27700 | 12/8/2014 | $646.55 |
| The Standard Register Company | The Standard Register Company | 21464 | $1,401.85 | 12/23/2014 | 27586 | 11/18/2014 | $758.00 |
| The Standard Register Company | The Standard Register Company | 21464 | $1,401.85 | 12/23/2014 | 27587 | 11/18/2014 | $671.53 |
| The Standard Register Company | The Standard Register Company | 22734 | $681.10 | 1/30/2015 | 27748 | 12/17/2014 | $470.00 |
| The Standard Register Company | The Standard Register Company | 22734 | $681.10 | 1/30/2015 | 27749 | 12/17/2014 | $225.00 |
| The Standard Register Company | The Standard Register Company | 22973 | $2,645.02 | 2/9/2015 | 27786-1 | 12/23/2014 | $934.00 |
| The Standard Register Company | The Standard Register Company | 1093686 | $2,695.98 | 2/4/2015 | 277862 | 12/20/2014 | $1,170.00 |

**Totals:** 14 transfer(s), $17,259.88