

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

|  |  |
|---|---|
| Defendant: | **Tyco Integrated Security LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094211 | $8,010.95 | 2/3/2015 | 10367120 | 12/11/2014 | $8,010.95 |
| The Standard Register Company | The Standard Register Company | 1092467 | $442.70 | 1/28/2015 | 23312900 | 12/6/2014 | $202.03 |
| The Standard Register Company | The Standard Register Company | 1092467 | $442.70 | 1/28/2015 | 23256461 | 12/6/2014 | $240.67 |
| The Standard Register Company | The Standard Register Company | 1090496 | $240.67 | 1/13/2015 | 23055507 | 11/8/2014 | $240.67 |
| The Standard Register Company | The Standard Register Company | 1090316 | $202.03 | 1/13/2015 | 23099639 | 11/8/2014 | $202.03 |
| The Standard Register Company | The Standard Register Company | 1085504 | $4,626.40 | 12/22/2014 | 23067875 | 11/8/2014 | $4,626.40 |

**Totals:** 5 transfer(s), $13,522.75