

| | | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

Defendant: **Vega Print, S.A. De C.V.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8779 | 11/13/2014 | $109.50 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8611 | 10/27/2014 | $356.40 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8634 | 10/28/2014 | $4,213.50 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8765 | 11/12/2014 | $308.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8766 | 11/12/2014 | $125.40 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8767 | 11/12/2014 | $65.25 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8768 | 11/12/2014 | $61.25 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8769 | 11/12/2014 | $245.70 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8770 | 11/12/2014 | $1,722.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8771 | 11/12/2014 | $500.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8772 | 11/12/2014 | $20.77 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8773 | 11/12/2014 | $128.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8774 | 11/12/2014 | $20.33 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8603 | 10/27/2014 | $4,923.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8776 | 11/12/2014 | $34.50 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8918 | 12/5/2014 | $4,368.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8802 | 11/14/2014 | $63.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8803 | 11/14/2014 | $426.60 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8804 | 11/14/2014 | $175.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8817 | 11/19/2014 | $53.44 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8818 | 11/19/2014 | $280.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8819 | 11/19/2014 | $1,950.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8845 | 11/25/2014 | $143.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8846 | 11/25/2014 | $356.40 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8882 | 11/28/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8883 | 11/28/2014 | $36.80 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8884 | 11/28/2014 | $5.69 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8885 | 11/28/2014 | $360.03 |
| The Standard Register Company | The Standard Register Company | 100924 | $21,120.06 | 1/14/2015 | 8775 | 11/12/2014 | $18.50 |

**Totals:** 1 transfer(s), $21,120.06