

| | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |
|---|---|---|---|---|---|---|

| Defendant: | **Victor Printing, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096614 | $11,692.78 | 2/19/2015 | 765313 | 12/23/2014 | $2,452.90 |
| The Standard Register Company | The Standard Register Company | 1096614 | $11,692.78 | 2/19/2015 | 765312 | 12/23/2014 | $10,704.69 |
| The Standard Register Company | The Standard Register Company | 1096614 | $11,692.78 | 2/19/2015 | 76531 | 12/23/2014 | $13,157.57 |
| The Standard Register Company | The Standard Register Company | 1094222 | $433.42 | 2/5/2015 | 76480 | 12/11/2014 | $451.62 |
| The Standard Register Company | The Standard Register Company | 1091758 | $730.05 | 1/28/2015 | 75435 | 6/30/2014 | $785.00 |
| The Standard Register Company | The Standard Register Company | 1089943 | $5,949.60 | 1/13/2015 | 76408 | 11/26/2014 | $6,376.25 |
| The Standard Register Company | The Standard Register Company | 1088922 | $1,784.05 | 1/7/2015 | 76370 | 11/21/2014 | $1,906.30 |
| The Standard Register Company | The Standard Register Company | 1087679 | $2,315.70 | 1/7/2015 | 76342 | 11/17/2014 | $2,490.00 |
| The Standard Register Company | The Standard Register Company | 1084220 | $110.01 | 12/19/2014 | 76275 | 11/3/2014 | $110.01 |
| The Standard Register Company | The Standard Register Company | 1083774 | $5,473.15 | 12/12/2014 | 76274 | 10/31/2014 | $640.00 |
| The Standard Register Company | The Standard Register Company | 1083774 | $5,473.15 | 12/12/2014 | 76273 | 10/31/2014 | $2,464.81 |
| The Standard Register Company | The Standard Register Company | 1083774 | $5,473.15 | 12/12/2014 | 76272 | 10/31/2014 | $1,285.00 |
| The Standard Register Company | The Standard Register Company | 1083774 | $5,473.15 | 12/12/2014 | 76271 | 10/31/2014 | $1,495.31 |

Totals:    8 transfer(s),    $28,488.76