

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **West Coast Paper Company**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8777181 | 11/5/2014 | $52.87 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8833103 | 12/16/2014 | $95.64 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8833102 | 12/16/2014 | $47.18 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8831125 | 12/15/2014 | $48.69 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8830442 | 12/15/2014 | $176.93 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8827090 | 12/11/2014 | $57.83 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8824883 | 12/10/2014 | $60.94 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8822657 | 12/9/2014 | $91.58 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8818452 | 12/5/2014 | $68.89 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8816278 | 12/4/2014 | $189.24 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8811617 | 12/2/2014 | $346.44 |
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8804120 | 11/24/2014 | $292.10 |
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8804119 | 11/24/2014 | $46.78 |
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8797927 | 11/19/2014 | $220.27 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8771350 | 11/3/2014 | $148.86 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8794464 | 11/18/2014 | $14.12 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8773522 | 11/4/2014 | $378.68 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8773523 | 11/4/2014 | $97.39 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8778123 | 11/6/2014 | $190.50 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8780517 | 11/7/2014 | $86.42 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8784113 | 11/11/2014 | $56.54 |
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8797926 | 11/19/2014 | $45.74 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8794463 | 11/18/2014 | $60.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8795619 | 11/7/2014 | $415.30 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8796646 | 11/19/2014 | $81.16 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8796647 | 11/19/2014 | $56.54 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8800979 | 11/21/2014 | $201.65 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8805183 | 11/25/2014 | $51.37 |
| The Standard Register Company | The Standard Register Company | 21239 | $1,450.25 | 12/15/2014 | 8774787 | 11/4/2014 | $377.19 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8848070 | 12/30/2014 | $45.94 |
| The Standard Register Company | The Standard Register Company | 21238 | $1,544.99 | 12/16/2014 | 8792330 | 11/17/2014 | $120.82 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8888298 | 1/29/2015 | $1,872.80 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8837461 | 12/18/2014 | $77.08 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8863043 | 1/12/2015 | $378.68 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8867238 | 1/14/2015 | $152.03 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8869403 | 1/15/2015 | $306.82 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8878644 | 1/22/2015 | $63.31 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8861196 | 1/9/2015 | $235.14 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8884271 | 1/27/2015 | $125.99 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8856942 | 1/7/2015 | $621.04 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8868488 | 1/14/2015 | $525.69 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8868489 | 1/14/2015 | $28.94 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8877770 | 1/21/2015 | $1,987.22 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8883354 | 1/16/2015 | $34.50 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8883355 | 1/26/2015 | $131.57 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8887442 | 1/25/2015 | $238.75 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8880578 | 1/23/2015 | $129.10 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8838564 | 12/18/2014 | $39.65 |
| The Standard Register Company | The Standard Register Company | 23260 | $4,349.99 | 2/17/2015 | 8889406 | 1/29/2015 | $1,403.32 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8849822 | 12/31/2014 | $235.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8810492 | 12/1/2014 | $415.30 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8812880 | 12/2/2014 | $377.19 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8815343 | 12/3/2014 | $96.03 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8861197 | 1/9/2015 | $64.35 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8823927 | 12/9/2014 | $14.48 |
| The Standard Register Company | The Standard Register Company | 22357 | $1,640.32 | 1/16/2015 | 8848069 | 12/20/2014 | $98.03 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8847173 | 12/29/2014 | $28.94 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8852021 | 12/30/2014 | $170.28 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8858261 | 12/29/2014 | $182.95 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8852818 | 1/5/2015 | $492.29 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8854751 | 1/6/2015 | $109.34 |
| The Standard Register Company | The Standard Register Company | 23259 | $4,756.98 | 2/19/2015 | 8856941 | 1/7/2015 | $358.12 |
| The Standard Register Company | The Standard Register Company | 22358 | $1,353.78 | 1/16/2015 | 8821632 | 12/8/2014 | $28.96 |

**Totals:** 6 transfer(s), $15,096.31