

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Winterhawk Graphics, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26514 | 11/30/2014 | $167.57 |
| The Standard Register Company | The Standard Register Company | 1093343 | $247.38 | 2/3/2015 | 26529 | 12/9/2014 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26491 | 11/18/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26492 | 11/18/2014 | $325.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26493 | 11/18/2014 | $333.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26494 | 11/18/2014 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26495 | 11/18/2014 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26496 | 11/18/2014 | $216.00 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26487 | 11/11/2014 | $325.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26513 | 11/30/2014 | $220.33 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26486 | 11/11/2014 | $92.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26515 | 11/30/2014 | $102.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26516 | 11/30/2014 | $347.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26517 | 11/30/2014 | $193.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26518 | 11/30/2014 | $605.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26519 | 11/30/2014 | $290.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26523 | 11/30/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1090525 | $2,546.43 | 1/14/2015 | 26527 | 11/30/2014 | $668.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26562 | 12/29/2014 | $1,086.20 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26497 | 11/18/2014 | $303.00 |
| The Standard Register Company | The Standard Register Company | 1083795 | $1,687.48 | 12/12/2014 | 26465 | 10/31/2014 | $760.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26563 | 12/29/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26564 | 12/29/2014 | $192.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26565 | 12/29/2014 | $290.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26571 | 12/29/2014 | $493.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26576 | 12/31/2014 | $663.19 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26577 | 12/31/2014 | $331.49 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26578 | 12/31/2014 | $270.00 |
| The Standard Register Company | The Standard Register Company | 1088294 | $1,822.80 | 1/7/2015 | 26490 | 11/18/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26585 | 1/6/2015 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1094931 | $489.18 | 2/11/2015 | 26536 | 12/16/2014 | $193.00 |
| The Standard Register Company | The Standard Register Company | 1083795 | $1,687.48 | 12/12/2014 | 26466 | 10/31/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 1083795 | $1,687.48 | 12/12/2014 | 26467 | 10/31/2014 | $192.00 |
| The Standard Register Company | The Standard Register Company | 1083795 | $1,687.48 | 12/12/2014 | 26474 | 10/31/2014 | $718.50 |
| The Standard Register Company | The Standard Register Company | 1084766 | $178.56 | 12/16/2014 | 26472 | 11/4/2014 | $192.00 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26482 | 11/11/2014 | $391.90 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26483 | 11/11/2014 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26484 | 11/11/2014 | $123.00 |
| The Standard Register Company | The Standard Register Company | 1086587 | $1,202.58 | 12/30/2014 | 26485 | 11/11/2014 | $192.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26584 | 1/6/2015 | $240.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26630 | 1/31/2015 | $186.00 |
| The Standard Register Company | The Standard Register Company | 1093343 | $247.38 | 2/3/2015 | 26528 | 12/9/2014 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26617 | 1/27/2015 | $123.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26618 | 1/27/2015 | $192.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26619 | 1/27/2015 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26620 | 1/27/2015 | $249.60 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26626 | 1/31/2015 | $257.65 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26627 | 1/31/2015 | $1,205.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26615 | 1/27/2015 | $640.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26629 | 1/31/2015 | $203.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26614 | 1/27/2015 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26631 | 1/31/2015 | $193.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26632 | 1/31/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26633 | 1/31/2015 | $251.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26634 | 1/31/2015 | $156.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26635 | 1/31/2015 | $251.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26636 | 1/31/2015 | $251.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26637 | 1/31/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26638 | 1/31/2015 | $123.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26628 | 1/31/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26598 | 1/21/2015 | $165.00 |
| The Standard Register Company | The Standard Register Company | 1094931 | $489.18 | 2/11/2015 | 26537 | 12/16/2014 | $333.00 |
| The Standard Register Company | The Standard Register Company | 1095903 | $477.09 | 2/11/2015 | 26551 | 12/19/2014 | $345.00 |
| The Standard Register Company | The Standard Register Company | 1095903 | $477.09 | 2/11/2015 | 26552 | 12/19/2014 | $168.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26560 | 12/29/2014 | $531.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26561 | 12/29/2014 | $1,099.16 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26586 | 1/6/2015 | $290.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26587 | 1/6/2015 | $155.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26616 | 1/27/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26597 | 1/13/2015 | $880.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26639 | 1/31/2015 | $414.89 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26599 | 1/21/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26600 | 1/21/2015 | $264.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26601 | 1/21/2015 | $605.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26602 | 1/21/2015 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26603 | 1/21/2015 | $264.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26611 | 1/27/2015 | $227.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26612 | 1/27/2015 | $227.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26613 | 1/27/2015 | $286.00 |
| The Standard Register Company | The Standard Register Company | 1100090 | $14,429.19 | 3/10/2015 | 26596 | 1/13/2015 | $156.00 |

**Totals:**     **9 transfer(s),**     **$23,080.69**