

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | |
|---|---|---|---|
| Defendant: | **World Media Group, Inc.** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1087712UD | 11/17/2014 | $9.42 |
| The Standard Register Company | The Standard Register Company | 1084769 | $6,343.89 | 12/16/2014 | 242557 | 11/4/2014 | $6,811.60 |
| The Standard Register Company | The Standard Register Company | 1085140 | $309.22 | 12/16/2014 | 242598 | 11/6/2014 | $332.50 |
| The Standard Register Company | The Standard Register Company | 1085526 | $1,684.95 | 12/22/2014 | 242202 | 10/22/2014 | $1,574.27 |
| The Standard Register Company | The Standard Register Company | 1085526 | $1,684.95 | 12/22/2014 | 242652 | 11/7/2014 | $231.50 |
| The Standard Register Company | The Standard Register Company | 1085612 | $1,072.32 | 12/22/2014 | 241806 | 10/8/2014 | $1,148.40 |
| The Standard Register Company | The Standard Register Company | 1087712 | $438.26 | 12/30/2014 | 242852 | 11/17/2014 | $471.24 |
| The Standard Register Company | The Standard Register Company | 1088296 | $989.98 | 1/2/2015 | 242913 | 11/19/2014 | $1,063.66 |
| The Standard Register Company | The Standard Register Company | 1088941 | $2,761.97 | 1/5/2015 | 242941 | 11/20/2014 | $357.14 |
| The Standard Register Company | The Standard Register Company | 1088941 | $2,761.97 | 1/5/2015 | 242997 | 11/21/2014 | $2,601.82 |
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1083797UD | 10/31/2014 | $45.01 |
| The Standard Register Company | The Standard Register Company | 1083797 | $2,092.92 | 12/12/2014 | 242487 | 10/31/2014 | $2,250.45 |
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1085612UD | 10/8/2014 | $21.74 |
| The Standard Register Company | The Standard Register Company | 1096684 | $3,872.80 | 2/13/2015 | 244075 | 1/8/2015 | $313.50 |
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1088296UD | 11/19/2014 | $21.05 |
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1088941UD | 11/20/2014 | $56.28 |
| The Standard Register Company | The Standard Register Company | 1091777 | $743.34 | 1/26/2015 | 242898 | 11/19/2014 | $796.24 |
| The Standard Register Company | The Standard Register Company | 1093345 | $2,387.31 | 2/2/2015 | 243383 | 12/9/2014 | $2,250.00 |
| The Standard Register Company | The Standard Register Company | 1093345 | $2,387.31 | 2/2/2015 | 243389 | 12/9/2014 | $317.00 |
| The Standard Register Company | The Standard Register Company | 1094239 | $139.31 | 2/3/2015 | 243457 | 12/12/2014 | $147.36 |
| The Standard Register Company | The Standard Register Company | 1094636 | $674.90 | 2/5/2015 | 243538 | 12/15/2014 | $725.70 |
| The Standard Register Company | The Standard Register Company | 1096234 | $818.81 | 2/10/2015 | 243761 | 12/22/2014 | $880.44 |
| The Standard Register Company | The Standard Register Company | 1096684 | $3,872.80 | 2/13/2015 | 243822 | 12/23/2014 | $2,268.53 |

World Media Group, Inc. (SRCWOR008)  
Bankruptcy Case: SRC Liquidation Company

May 11, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096684 | $3,872.80 | 2/13/2015 | 243954 | 12/31/2014 | $991.71 |
| The Standard Register Company | The Standard Register Company | 1096684 | $3,872.80 | 2/13/2015 | 244072 | 1/8/2015 | $299.06 |
| The Standard Register Company | The Standard Register Company | 1090526 | $188.02 | 1/13/2015 | 1085526UD | 10/22/2014 | $34.52 |

**Totals:**     15 transfer(s),     $24,518.00