**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **RE: Docket No. 1546** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTOR'S
FOURTEENTH (14TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The

Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby

certify as follows:

1.      On April 22, 2016, the Debtor filed the *Fourteenth (14th) Omnibus (Non-*

*Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy*

*Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 1546] (the "**Omnibus Objection**").

The response deadline for the Omnibus Objection was May 9, 2016.

2.      The Debtor received a formal objection from William F. Dineen ("**Mr.**

**Dineen**") [Docket No. 1707] and informal responses from Bindery & Specialties Pressworks Inc.

("**B&S Pressworks**"), William P. Lee ("**Mr. Lee**"), and Liberty Mutual Insurance Company

("**Liberty Mutual**," and together with Mr. Dineen, B&S Pressworks, and Mr. Lee, the

"**Responding Parties**").  No other responses or objections were received.

3.      The Debtor engaged in discussions with the Responding Parties.  With

respect to the claims of Mr. Dineen and B&S Pressworks, the Debtor agreed to withdraw its

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor
should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700
(Attn: Anthony R. Calascibetta).

objection without prejudice.   With respect to the claim of Mr. Lee, the Debtor agreed to withdraw its objection, and Claim No. 2565 filed by Mr. Lee shall be allowed solely as a non-priority general unsecured claim.   The Debtor has revised the form of order for the Omnibus Objection by removing the claims of Mr. Dineen, B&S Pressworks, and Mr. Lee.   The revised form of order is attached hereto as <u>Exhibit 1</u> (the "**Order**").

4.   Liberty Mutual was granted an extension of the objection deadline to May 13, 2016; however, Liberty Mutual failed to file a formal objection.   Therefore, the Debtor requests that Liberty Mutual's duplicative claims listed on <u>Exhibit C</u> to the Order be disallowed and expunged.

5.   Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated:  May 16, 2016                                    Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and* -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*