# **<u>EXHIBIT 1</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **Re: Docket No. 1546** |

**ORDER SUSTAINING DEBTOR'S FOURTEENTH (14TH) OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY
RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtor's Fourteenth (14th) Omnibus (Non-Substantive)*

*Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and*

*Local Rule 3007-1* (the "Objection")[1] and the Poirier Declaration; and this Court having found

that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the

Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and

the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this

Court having determined that the relief requested in the Objection is in the best interests of the

Debtors, their estates, their creditors and other parties in interest; and this Court having

determined that notice of the Objection was good and sufficient upon the particular

circumstances and that no other or further notice need be given; and upon the record herein; and

after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

      1.      The Objection is SUSTAINED as set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Objection.

2.      The Amended and Superseded Claims listed on <u>Exhibit A</u> are hereby disallowed in their entirety.

3.      The Late Filed Claims listed on <u>Exhibit B</u> are hereby disallowed in their entirety.

4.      The Duplicate Claims listed on <u>Exhibit C</u> are hereby disallowed in their entirety.

5.      The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      The Debtor shall retain and shall have the right to object in the future to any claim listed on <u>Exhibits A</u> and <u>C</u>, including with respect to the "Remaining Claims" listed thereon on any additional ground.

7.      The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

8.      The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

9.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____ ___, 2016

_____
Honorable Judge Brendan L. Shannon

# EXHIBIT A
**[Amended and Superseded Claims]**

| Amended Claims to be Disallowed | | | | Remaining Claim | | | | |
| NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 Thicklin Sr., Christopher E. | 5/14/2015 | 841 | 4,120.10 | Thicklin, Christopher | 5/27/2015 | 1099 | $4,120.10 | Amends claim no. 841 |

# EXHIBIT B
**[Late Claims]**

| | NAME | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | BAR DATE | CLAIM FILED DATE |
|---|---|---|---|---|---|---|
| 1 | Bartlett, Alex | 2492 | SRC Liquidation LLC | $ 5,000.00 | 7/8/2015 | 9/30/2015 |
| 2 | CALICO CAFE | 2403 | SRC Liquidation LLC | $ 672.70 | 7/8/2015 | 8/4/2015 |
| 3 | Chicago Glue Machine & Supply Co., Inc. | 2366 | SRC Liquidation LLC | $ 3,781.46 | 7/8/2015 | 7/13/2015 |
| 4 | DISNEY WORLDWIDE SERVICES | 2375 | SRC Liquidation LLC | $ 17,204.81 | 7/8/2015 | 7/27/2015 |
| 5 | LINKWELL HEALTH | 2372 | SRC Liquidation LLC | $ 11,237.33 | 7/8/2015 | 7/20/2015 |
| 6 | LPM Forklift Sales & Service, Inc. | 2572 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/5/2016 |
| 7 | LPM Forklift Sales & Service, Inc. | 2574 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/4/2016 |
| 8 | LPM Forklift Sales & Service, Inc. | 2582 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/5/2016 |
| 9 | Maximum Transportation, Inc | 2557 | SRC Liquidation LLC | $ 1,710.40 | 7/8/2015 | 12/28/2015 |
| 10 | Mojumder, Shah | 2599 | SRC Liquidation LLC | $ 3,895.00 | 7/8/2015 | 3/6/2016 |
| 11 | Monroe Optical, Inc dba Footwear Supply | 2489 | SRC Liquidation LLC | $ 6,212.00 | 7/8/2015 | 9/29/2015 |
| 12 | Panther Premium Logistics | 2571 | SRC Liquidation LLC | $ 981.70 | 7/8/2015 | 1/4/2016 |
| 13 | PENN AIR AND HYDRAULICS CORP | 2350 | SRC Liquidation LLC | $ 921.79 | 7/8/2015 | 7/13/2015 |
| 14 | Premier Courier Inc. DBA Premier Delivery Services | 2529 | SRC Liquidation LLC | $ 2,182.81 | 7/8/2015 | 11/12/2015 |
| 15 | RED WING BRANDS OF AMERICA INC | 2476 | SRC Liquidation LLC | $ 11,453.50 | 7/8/2015 | 9/8/2015 |
| 16 | Robert Half Technology | 2460 | SRC Liquidation LLC | $ 2,600.00 | 7/8/2015 | 8/25/2015 |
| 17 | Robert Half Technology | 2459 | SRC Liquidation LLC | $ 18,225.23 | 7/8/2015 | 8/25/2015 |

# EXHIBIT C
**[Duplicate Claims]**

| | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # TO SURVIVE | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Liberty Mutual Insurance Co. | 6/23/2015 | 1961 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 2 | Liberty Mutual Insurance Co. | 6/23/2015 | 1963 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 3 | Liberty Mutual Insurance Co. | 6/23/2015 | 1964 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 4 | Liberty Mutual Insurance Co. | 6/23/2015 | 1922 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 5 | Liberty Mutual Insurance Co. | 6/23/2015 | 1957 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 6 | Liberty Mutual Insurance Co. | 6/23/2015 | 1923 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 7 | Liberty Mutual Insurance Co. | 6/23/2015 | 1924 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 8 | Liberty Mutual Insurance Co. | 6/23/2015 | 1925 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 9 | Liberty Mutual Insurance Co. | 6/23/2015 | 1969 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 10 | Liberty Mutual Insurance Co. | 6/23/2015 | 1918 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | $2,344,260.00 | Duplicate of claim no. 1979 |
| 11 | Stockmal, Craig | 10/19/2015 | 2505 | 311,330.61 | Stockmal, Craig | 7/1/2015 | 2070 | $1,111,398.95 | Duplicate of claim no. 2070 |
| 12 | Stockmal, Craig | 10/19/2015 | 2507 | 632,959.94 | Stockmal, Craig | 7/1/2015 | 2070 | $1,111,398.95 | Duplicate of claim no. 2070 |
| 13 | W. W. Grainger | 6/29/2015 | 2015 | 251,457.62 | W. W. Grainger | 6/29/2015 | 2023 | $251,457.62 | Duplicate of claim no. 2023 |
| 14 | W. W. Grainger | 6/26/2015 | 2022 | 251,457.62 | W. W. Grainger | 6/29/2015 | 2023 | $251,457.62 | Duplicate of claim no. 2023 |