IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC – 5540 | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | Hearing Date: June 29, 2016 |
| | Response Deadline: May 20, 2016 |

**RESPONSE TO THE NOTICE OF DEBTOR'S FIFTEENTH (15TH) OMNIBUS OBJECTION TO CLAIMS PURSUSANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

**TO:**      (I) THE UST; (II) THE SECURED CREDITOR TRUST; (III) COUNSEL TO THE SECURED CREDITOR TRUST

**RESPONDENT:**  Little, James W., Claim No. 320, Priority Cliam: $5,468.71

      The disputed claim or any similar claim should not be disallowed or modified because the Debtors, knowingly purchased previous employer with the intent of filing bankruptcy at a later date. I believe in an effort to avoid fulfilling financial obligations to all parties involved. The outstanding supplemental severance pay based on length of service through 12/5/14; was earned and owed based on good faith that the company (Debtor) would honor their obligation to pay once work assignments were satisfied.

      Respondent has no responsive documents in its possession, custody, or control other than those that have already been produced to the UST.

Dated: May 14, 2016

Respectfully Submitted,

*James W Little*

James Wesley Little