# EXHIBIT A
**[No Liability Pension Claims]**

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|------|--------|------|---------|--------|--------|
| 1 | SPARKS, BARBARA | SRC Liquidation LLC | 6/3/2015 | 1366 | $73.80 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 2 | SPARKS, NORMA | SRC Liquidation LLC | 5/26/2015 | 1030 | | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 3 | STANYEK, EMERY | SRC Liquidation LLC | 6/5/2015 | 1499 | $1,210.15 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 4 | STEWART, ROBERT | SRC Liquidation LLC | 6/29/2015 | 2025 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 5 | STOLLER, HAROLD | SRC Liquidation LLC | 6/3/2015 | 1365 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 6 | SULLINS, JANEY | SRC Liquidation LLC | 6/8/2015 | 1705 | $86,748.72 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 7 | SULLINS, JANEY | SRC Liquidation LLC | 6/8/2015 | 1592 | $86,748.72 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 8 | SWISHER, CONNIE LOU | SRC Liquidation LLC | 6/10/2015 | 1786 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 9 | SWISHER, DENNIS L | SRC Liquidation LLC | 6/10/2015 | 1789 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 10 | The Bank of New York Mellon | SRC Liquidation LLC | 5/29/2015 | 1174 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 11 | THOME, KAREN | SRC Liquidation LLC | 6/8/2015 | 1653 | $16,105.20 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 12 | THOME, KAREN | SRC Liquidation LLC | 6/8/2015 | 1588 | $16,105.20 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | TITLEY, FRANCES | SRC Liquidation LLC | 6/5/2015 | 1492 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 14 | TOULON, GREGORY | SRC Liquidation LLC | 6/2/2015 | 1330 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 15 | TRUAX, GAY E. | SRC Liquidation LLC | 6/4/2015 | 1382 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 16 | VANDERWIERE, KIMBERLY | SRC Liquidation LLC | 5/25/2015 | 1003 | $73,678.80 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | VARBOUNKER, NINA | SRC Liquidation LLC | 6/8/2015 | | 1603 | $11,864.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 18 | WAGNER, KATHLEEN | SRC Liquidation LLC | 6/3/2015 | | 1369 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 19 | Wagner, Kyle E. | SRC Liquidation LLC | 7/6/2015 | | 2111 | $374,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 20 | Walker, James | SRC Liquidation LLC | 7/6/2015 | | 2145 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|------|--------|------|---------|--------|--------|
| 21 | WALKER, JOE | SRC Liquidation LLC | 6/8/2015 | 1620 | $13,905.36 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 22 | WALKER, MICHAEL W | SRC Liquidation LLC | 6/5/2015 | 1500 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 23 | WATERS, VIRGINIA | SRC Liquidation LLC | 6/11/2015 | 1824 | $18,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 24 | WENGRONOWITZ, STEVEN | SRC Liquidation LLC | 5/20/2015 | 908 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | WERMANN, JOHN | SRC Liquidation LLC | 7/2/2015 | | 2095 | $144,723.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 26 | White, Amy | SRC Liquidation LLC | 6/22/2015 | | 1990 | $390.57 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 27 | Widera, Barbara | SRC Liquidation LLC | 5/27/2015 | | 1192 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 28 | WILKE, KYLE | SRC Liquidation LLC | 6/9/2015 | | 1720 | $9,877.80 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|------|--------|------|---------|--------|--------|
| 29 | WILKIE, MARCELLA | SRC Liquidation LLC | 7/2/2015 | 2087 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 30 | WILKINSON, OPAL | SRC Liquidation LLC | 5/26/2015 | 1059 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 31 | WILLARD, CYNTHIA | SRC Liquidation LLC | 6/1/2015 | 1430 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 32 | WILLIAMS, CAROLINE | SRC Liquidation LLC | 5/26/2015 | 1040 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | WILLIS, WILLIAM | SRC Liquidation LLC | 6/29/2015 | 2038 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 34 | WINGERBERG, MARK | SRC Liquidation LLC | 5/27/2015 | 1100 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 35 | WINTERS, JOYCE | SRC Liquidation LLC | 6/15/2015 | 1866 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 36 | Wood Jr., Franklin | SRC Liquidation LLC | 6/2/2015 | 1301 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | WOODWARD, LISA | SRC Liquidation LLC | 5/20/2015 | | 970 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 38 | WRIGHT, OUBREY | SRC Liquidation LLC | 5/28/2015 | | 1146 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 39 | Yates, Jan | SRC Liquidation LLC | 7/6/2015 | | 2149 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 40 | ZEPP, ROWENA | SRC Liquidation LLC | 5/27/2015 | | 1122 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ZIEGELSKI, STEPHEN | SRC Liquidation LLC | 7/8/2015 | | 2284 | $26,629.78 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 42 | ZORB, JOANN | SRC Liquidation LLC | 6/9/2015 | | 1656 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 43 | ZORB, JOANN | SRC Liquidation LLC | 6/9/2015 | | 1607 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |