**Exhibit A**
**Drop Ship Claims**

| | Claimant Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | A AND E THE GRAPHICS COMPLEX | 1314 | $ 9,749.99 | $ 11,372.77 | $0.00 | $11,372.77 | Goods shipped directly to customer |
| 2 | Alphabroder | 1776 | $51,124.95 | $108,632.55 | $0.00 | $108,632.55 | Goods shipped directly to customer |
| 3 | AMERICAN ACCENTS | 789 | $124.89 | $574.13 | $0.00 | $574.13 | Goods shipped directly to customer |
| 4 | AMERICAN GRAPHICS | 429 | $5,521.49 | $17,755.60 | $0.00 | $17,755.60 | Goods shipped directly to customer |
| 5 | AMT DATASOUTH CORP | 832 | $1,360.78 | $3,603.62 | $0.00 | $3,603.62 | Goods shipped directly to customer |
| 6 | Apex Business Systems | 1778 | $104.70 | $159,084.97 | $0.00 | $159,084.97 | Goods shipped directly to customer |
| 7 | ARTCO DBA STYLART | 1566 | $1,370.28 | $3,988.41 | $0.00 | $3,988.41 | Goods shipped directly to customer |
| 8 | BALL PRO INC | 978 | $105.50 | $1,121.54 | $0.00 | $1,121.54 | Goods shipped directly to customer |
| 9 | BCG CREATIONS | 835 | $716.79 | $2,152.04 | $0.00 | $2,152.04 | Goods shipped directly to customer |
| 10 | BCT | 599 | $958.50 | $958.50 | $0.00 | $958.50 | Goods shipped directly to customer |

| | Claimant Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 11 | BCT 3038- UPLAND | 1163 | $869.00 | $3,569.99 | $0.00 | $3,569.99 | Goods shipped directly to customer |
| 12 | BCT Illinois | 51 | $14,165.60 | $14,165.60 | $0.00 | $14,165.60 | Goods shipped directly to customer |
| 13 | BCT Laguna Hills | 1433 | $1,943.00 | $7,111.88 | $0.00 | $7,111.88 | Goods shipped directly to customer |
| 14 | COLUMBUS PRODUCTIONS INC | 879 | $495.24 | $5,705.59 | $0.00 | $5,705.59 | Goods shipped directly to customer |
| 15 | Columbus Productions, Inc. | 122 | $495.24 | $5,210.35 | $0.00 | $5,210.35 | Goods shipped directly to customer |
| 16 | Consortium Companies | 95 | $1,002.16 | $1,322.16 | $0.00 | $1,322.16 | Goods shipped directly to customer |
| 17 | Crazy Scrubs, Inc DBA Scrub Authority | 522 | $11,030.33 | $24,625.34 | $0.00 | $24,625.34 | Goods shipped directly to customer |
| 18 | Dahlgren Enterprises, Inc dba Crystal D | 281 | $660.47 | $4,136.97 | $0.00 | $4,136.97 | Goods shipped directly to customer |
| 19 | DG3 North America Inc. | 1021 | $34,535.60 | $96,455.44 | $0.00 | $61,919.84 | Goods shipped directly to customer |
| 20 | DG3 North America Inc. | 1763 | $34,535.60 | $34,535.60 | $0.00 | $34,535.60 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount Subject to further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 21 | DGI INVISUALS, LLC | 734 | $1,918.40 | $6,166.30 | $0.00 | $6,166.30 | Goods shipped directly to customer |
| 22 | DISTINCTIVE DESIGNS 21, INC | 774 | $547.00 | $547.00 | $0.00 | $547.00 | Goods shipped directly to customer |
| 23 | Earth Color Inc. | 316 | $4,586.00 | $536,286.43 | $0.00 | $536,286.43 | Goods shipped directly to customer |
| 24 | Elliot Barry Company | 590 | $9,596.50 | $9,596.50 | $0.00 | $9,596.50 | Goods shipped directly to customer |
| 25 | ESSENCE PRINTING, INC. | 417 | $15,890.00 | $51,898.83 | $0.00 | $51,898.83 | Goods shipped directly to customer |
| 26 | FORMAX | 1609 | $0.00 | $9,175.25 | $0.00 | $9,175.25 | Goods shipped directly to customer |
| 27 | Forms Manufacturers, an affiliate of Ennis, Inc. | 1733 | $1,571.01 | $1,571.01 | $0.00 | $1,571.01 | Goods shipped directly to customer |
| 28 | Fruitridge Printing | 332 | $3,544.00 | $12,060.77 | $0.00 | $15,604.77 | Goods shipped directly to customer |
| 29 | G2 GRAPHICS - JEFFREY S. ROSE | 31 | $13,880.00 | $13,880.00 | $0.00 | $13,880.00 | Goods shipped directly to customer |
| 30 | GARY PLASTIC PACKAGING | 668 | $61,004.26 | $69,967.28 | $0.00 | $69,967.28 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount Subject to Hoyer Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 31 | Gemini Computers, Inc. | 55 | $842.24 | $5,107.79 | $0.00 | $5,107.79 | Goods shipped directly to customer |
| 32 | General Marketing Solutions LLC | 404 | $94,015.01 | $151,654.11 | $0.00 | $151,654.11 | Goods shipped directly to customer |
| 33 | General Marketing Solutions LLC | 490 | $94,015.01 | $151,654.11 | $0.00 | $151,654.11 | Goods shipped directly to customer |
| 34 | GENOA BUSINESS FORMS INC | 767 | $0.00 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 35 | GENOA BUSINESS FORMS INC | 979 | $11,100.98 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 36 | GENOA BUSINESS FORMS INC | 1080 | $11,100.98 | $35,014.91 | $0.00 | $35,014.91 | Goods shipped directly to customer |
| 37 | Gill Studios, Inc. | 1011 | $1,844.06 | $6,123.56 | $0.00 | $6,123.56 | Goods shipped directly to customer |
| 38 | GLJ, Inc DBA Mid-Nite Snax | 213 | $4,562.57 | $4,562.57 | $0.00 | $4,562.57 | Goods shipped directly to customer |
| 39 | Greenhaven Printing, Inc. | 737 | $1,629.00 | $28,442.24 | $0.00 | $28,442.24 | Goods shipped directly to customer |
| 40 | GREENHAVEN PRINTING, INC. | 1313 | $1,629.00 | $35,053.24 | $0.00 | $35,053.24 | Goods shipped directly to customer |

| | Claimant Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amounts | Modified 503(b)(9) Amount | Modified General Unsecured Amount Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 41 | Howlan, Inc. | 764 | $1,644.06 | $1,644.06 | $0.00 | $1,644.06 | Goods shipped directly to customer |
| 42 | HPI | 648 | $4,393.97 | $20,778.80 | $0.00 | $20,778.80 | Goods shipped directly to customer |
| 43 | Infoseal, LLC | 222 | $5,504.00 | $9,072.57 | $0.00 | $9,072.57 | Goods shipped directly to customer |
| 44 | James T. Doyle & Associates, LLC | 744 | $100.00 | $4,616.19 | $0.00 | $4,616.19 | Goods shipped directly to customer |
| 45 | JDJ Enterprises DBA APEXGRAPHIX | 526 | $30,913.81 | $30,913.81 | $0.00 | $30,913.81 | Goods shipped directly to customer |
| 46 | Jet Mail Services, Inc. | 655 | $1,066.92 | $12,428.75 | $0.00 | $12,428.75 | Goods shipped directly to customer |
| 47 | L + H SIGNS, INC | 598 | $23,295.86 | $57,954.10 | $0.00 | $57,954.10 | Goods shipped directly to customer |
| 48 | Labels West Inc. | 569 | $1,996.91 | $6,763.03 | $0.00 | $6,763.03 | Goods shipped directly to customer |
| 49 | LAKELAND SUPPLY INC | 882 | $799.46 | $1,598.92 | $0.00 | $1,598.92 | Goods shipped directly to customer |
| 50 | Landway International Corp. | 858 | $241.93 | $487.26 | $0.00 | $487.26 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount- Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 51 | MEGAFORM COMPUTER PRODUCTS INC | 1233 | $734.64 | $3,196.34 | $0.00 | $3,196.34 | Goods shipped directly to customer |
| 52 | MERIDIAN DISPLAY | 1061 | $27,045.99 | $28,115.99 | $0.00 | $28,115.99 | Goods shipped directly to customer |
| 53 | Midland Information Resources Company | 722 | $1,318.03 | $9,341.64 | $0.00 | $9,341.64 | Goods shipped directly to customer |
| 54 | Mountain Gear dba Tri-Mountain | 445 | $9,087.27 | $9,087.27 | $0.00 | $9,087.27 | Goods shipped directly to customer |
| 55 | Mutual Engraving Co. Inc. | 613 | $204.00 | $340.00 | $0.00 | $340.00 | Goods shipped directly to customer |
| 56 | Pacific Western Sales | 1022 | $768.93 | $3,650.76 | $0.00 | $3,650.76 | Goods shipped directly to customer |
| 57 | Pictures and More, Inc D/B/A PICTURES PLUS LTD | 225 | $338.00 | $2,617.00 | $0.00 | $2,617.00 | Goods shipped directly to customer |
| 58 | PUNCH PRODUCTS USA | 891 | $1,753.51 | $1,753.51 | $0.00 | $1,753.51 | Goods shipped directly to customer |
| 59 | Quick Tech Graphics | 4 | $1,716.23 | $44,641.65 | $0.00 | $44,641.65 | Goods shipped directly to customer |
| 60 | Remke Printing, Inc. | 212 | $8,992.25 | $9,892.49 | $0.00 | $9,892.49 | Goods shipped directly to customer |

| | Claimant Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 61 | SAPPHIRE PRINTING GROUP INC | 753 | $44,552.00 | $44,552.00 | $0.00 | $44,552.00 | Goods shipped directly to customer |
| 62 | Sierra Liquidity Fund, LLC- Assignee & Att-In-Fact for Formax - Assignor | 1642 | $4,672.00 | $4,672.00 | $0.00 | $4,672.00 | Goods shipped directly to customer |
| 63 | SIGNCRAFT SCREENPRINT INC | 831 | $2,471.58 | $9,109.83 | $0.00 | $9,109.83 | Goods shipped directly to customer |
| 64 | TFP DATA SYSTEMS | 1770 | $1,121.45 | $4,969.96 | $0.00 | $4,969.96 | Goods shipped directly to customer |
| 65 | TKO Print Solutions d/b/a Think PRint | 557 | $4,590.57 | $8,279.60 | $0.00 | $8,279.60 | Goods shipped directly to customer |
| 66 | TRADENET PUBLISHING INC | 1333 | $19,750.00 | $21,066.80 | $0.00 | $21,066.80 | Goods shipped directly to customer |
| 67 | UNIVERSAL AUTO FRAMES | 783 | $3,481.40 | $3,481.40 | $0.00 | $3,481.40 | Goods shipped directly to customer |
| 68 | Versa-Tags, Inc. | 228 | $10,155.16 | $26,174.39 | $0.00 | $26,174.39 | Goods shipped directly to customer |
| 69 | Waters Industries Inc. dba PantherVision | 50 | $261.00 | $1,287.24 | $0.00 | $1,287.24 | Goods shipped directly to customer |
| 70 | Waters Industries Inc. dba PantherVision | 438 | $0.00 | $1,026.24 | $0.00 | $1,026.24 | Goods shipped directly to customer |

| | Clamaint Name | Claim No. | 503(b)(9) claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 71 | WHIRLEY INDUSTRIES | 1237 | $1,390.29 | $1,390.29 | $0.00 | $1,390.29 | Goods shipped directly to customer |
| 72 | Williamson-Dickie MFG. CO. | 747 | $1,043.43 | $6,588.43 | $0.00 | $6,588.43 | Goods shipped directly to customer |