# EXHIBIT B
**[No Liability Unclaimed Property Claims]**

53120902.1

| # | | | | | |
|---|---|---|---|---|---|
| 1 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SRC Liquidation LLC | 6/1/2015 | 1270 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 2 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Mexico Holding Company | 6/1/2015 | 1216 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 3 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Technologies, Inc. | 6/1/2015 | 1218 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 4 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Holding Company | 6/1/2015 | 1220 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 5 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Technologies Canada ULC | 6/1/2015 | 1248 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 6 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation International, Inc. | 6/1/2015 | 1260 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 7 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register Holding, S. de R.L. de C.V. | 6/1/2015 | 1267 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 8 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | iMLiquidation, LLC | 6/1/2015 | 1268 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |
| 9 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register Servicios, S. de R.L. de C.V. | 6/1/2015 | 1271 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. $0.00 |

| # | Claimant | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 10 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation of Puerto Rico Inc. | 6/1/2015 | 1274 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 11 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register de Mexico, S. de R.L. de C.V. | 6/1/2015 | 1380 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 12 | NC DEPARTMENT OF STATE TREASURER - UNCLAIMED PROPERTY | SRC Liquidation LLC | 6/2/2015 | 1282 | $1,137.48 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not supported by the Debtors' books records. |
| 13 | OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | SRC Liquidation LLC | 5/26/2015 | 1027 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not supported by the Debtors' books and records. |
| 14 | STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | SRC Liquidation LLC | 7/9/2015 | 2344 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 15 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SRC Liquidation LLC | 7/23/2015 | 2378 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 16 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Mexico Holding Company | 7/23/2015 | 2374 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 17 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Holding Company | 7/23/2015 | 2379 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 18 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies Canada ULC | 7/23/2015 | 2386 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| # | Claimant | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 19 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation International, Inc. | 7/23/2015 | 2387 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 20 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Servicios, S. de R.L. de C.V. | 7/23/2015 | 2388 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 21 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation of Puerto Rico Inc. | 7/23/2015 | 2389 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 22 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register de Mexico, S. de R.L. de C.V. | 7/23/2015 | 2390 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 23 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | iMLiquidation, LLC | 7/23/2015 | 2391 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 24 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies, Inc. | 7/23/2015 | 2394 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 25 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Holding, S. de R.L. de C.V. | 7/23/2015 | 2392 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 26 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SRC Liquidation LLC | 7/23/2015 | 2378 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 27 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Mexico Holding Company | 7/23/2015 | 2374 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| | | | | |
|---|---|---|---|---|
| 28 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Holding Company | 7/23/2015 | 2379 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 29 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies Canada ULC | 7/23/2015 | 2386 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 30 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation International, Inc. | 7/23/2015 | 2387 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 31 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Servicios, S. de R.L. de C.V. | 7/23/2015 | 2388 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 32 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation of Puerto Rico Inc. | 7/23/2015 | 2389 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 33 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register de Mexico, S. de R.L. de C.V. | 7/23/2015 | 2390 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 34 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | iMLiquidation, LLC | 7/23/2015 | 2391 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 35 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies, Inc. | 7/23/2015 | 2394 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 36 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Holding, S. de R.L. de C.V. | 7/23/2015 | 2392 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | Treasurer of Virginia - Virginia Departemnt of the Treasury, Division of Unclaimed Property | SRC Liquidation LLC | 9/1/2015 | 2464 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |