**EXHIBIT C**
**[Other No Liability Claims]**

53120902.1

| # | Name | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 1 | Bigelow Roger | SRC Liquidation LLC | 7/2/2015 | 2105 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 2 | Cleaver Linda | SRC Liquidation LLC | 6/6/2015 | 1537 | $10,000.00 | Claim is for alleged 401(k) obligations. Claim is not suported by the Debtors' books and records. |
| 3 | Erikson Mark R. | SRC Liquidation LLC | 5/20/2015 | 1232 | $0.00 | Proof of claim fails to provide adequate information substantiating the claim. Claim is not reflected on the Debtors' books and records. Claim may be covered by insurance. |
| 4 | EVA K POSENER CUST JUDITH E POSENER U/NYUTMA | SRC Liquidation LLC | 6/19/2015 | 1993 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 5 | Healthcare Purchasing Alliance, LLC | SRC Liquidation LLC | 7/6/2015 | 2139 | $83,950.26 | Contract was assumed and assigned to purchaser of the Debtors' assets. No claim remains against the Debtors' estates. |
| 6 | Hershey Randy L. | SRC Liquidation LLC | 5/19/2015 | 877 | $0.00 | Proof of claim fails to provide adequate information substantiating the claim. Claim is not reflected on the Debtors' books and records. Claim may be covered by insurance. |
| 7 | Hillcrest Real Estate Development Company LLC | SRC Liquidation LLC | 6/4/2015 | 1425 | $48,815.48 | Lease was assumed and assigned to purchaser of the Debtors' assets. No claim remains against the Debtors' estates. |
| 8 | Lockett Anthony | SRC Liquidation LLC | 5/21/2015 | 911 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 9 | Manzanares Patricia D. | SRC Liquidation LLC | 6/10/2015 | 1819 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 10 | McKiernan Calvin | SRC Liquidation LLC | 6/8/2015 | 1654 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 11 | Miller Henry | SRC Liquidation LLC | 6/8/2015 | 1598 | $150,000.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 12 | Rives Manufacturing Inc. | SRC Liquidation LLC | 5/19/2015 | 876 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. Proof of claim asserts that claimant has no claim against the Debtors. |
| 13 | Sandusky Investments Ltd. dba Sycamore Group | SRC Liquidation LLC | 4/29/2015 | 758 | $13,401.09 | Contract was assumed and assigned to purchaser of the Debtors' assets. No claim remains against the Debtors' estates. |
| 14 | Smith Franklin J | SRC Liquidation LLC | 6/29/2015 | 2031 | $21,110.00 | Claim is for alleged 401(k) obligations. Claim is not suported by the Debtors' books and records. |
| 15 | Somers Kevin | SRC Liquidation LLC | 6/8/2015 | 1586 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 16 | Stonesifer David | SRC Liquidation LLC | 5/26/2015 | 1005 | $0.00 | Filing does not state a claim. Filing is an inquiry. No obligation to claimant is reflected on the Debtors' books and records. |

| | | | | |
|---|---|---|---|---|
| 17 | The Home Insurance Company In Liquidation | SRC Liquidation LLC | 3/27/2015 | 176 | $0.00 | Claim is for alleged insurance premiums. Proof of claim fails to substantiate any amounts due. Liability is not reflected on the Debtors books and records. |
| 18 | Zhong Fu Lu | SRC Liquidation LLC | 7/9/2015 | 2346 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |