# EXHIBIT A
**[Amended and Superseded Claims]**

53169492.1

| Amended Claims to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|
| 1 | Thicklin Sr., Christopher E. | 5/14/2015 | 841 | 4,120.10 | Thicklin, Christopher | 5/27/2015 | 1099 | $4,120.10 | Amends claim no. 841 |

Page 1