# EXHIBIT B
### [Late Claims]

53169492.1

| # | Name | | | | |
|---|---|---|---|---|---|
| 1 | Bartlett, Alex | 2492 | SRC Liquidation LLC | $ 5,000.00 | 7/8/2015 | 9/30/2015 |
| 2 | CALICO CAFE | 2403 | SRC Liquidation LLC | $ 672.70 | 7/8/2015 | 8/4/2015 |
| 3 | Chicago Glue Machine & Supply Co., Inc. | 2366 | SRC Liquidation LLC | $ 3,781.46 | 7/8/2015 | 7/13/2015 |
| 4 | DISNEY WORLDWIDE SERVICES | 2375 | SRC Liquidation LLC | $ 17,204.81 | 7/8/2015 | 7/27/2015 |
| 5 | LINKWELL HEALTH | 2372 | SRC Liquidation LLC | $ 11,237.33 | 7/8/2015 | 7/20/2015 |
| 6 | LPM Forklift Sales & Service, Inc. | 2572 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/5/2016 |
| 7 | LPM Forklift Sales & Service, Inc. | 2574 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/4/2016 |
| 8 | LPM Forklift Sales & Service, Inc. | 2582 | SRC Liquidation LLC | $ 1,328.51 | 7/8/2015 | 1/5/2016 |
| 9 | Maximum Transportation, Inc | 2557 | SRC Liquidation LLC | $ 1,710.40 | 7/8/2015 | 12/28/2015 |
| 10 | Mojumder, Shah | 2599 | SRC Liquidation LLC | $ 3,895.00 | 7/8/2015 | 3/6/2016 |
| 11 | Monroe Optical, Inc dba Footwear Supply | 2489 | SRC Liquidation LLC | $ 6,212.00 | 7/8/2015 | 9/29/2015 |
| 12 | Panther Premium Logistics | 2571 | SRC Liquidation LLC | $ 981.70 | 7/8/2015 | 1/4/2016 |
| 13 | PENN AIR AND HYDRAULICS CORP | 2350 | SRC Liquidation LLC | $ 921.79 | 7/8/2015 | 7/13/2015 |
| 14 | Premier Courier Inc. DBA Premier Delivery Services | 2529 | SRC Liquidation LLC | $ 2,182.81 | 7/8/2015 | 11/12/2015 |
| 15 | RED WING BRANDS OF AMERICA INC | 2476 | SRC Liquidation LLC | $ 11,453.50 | 7/8/2015 | 9/8/2015 |
| 16 | Robert Half Technology | 2460 | SRC Liquidation LLC | $ 2,600.00 | 7/8/2015 | 8/25/2015 |
| 17 | Robert Half Technology | 2459 | SRC Liquidation LLC | $ 18,225.23 | 7/8/2015 | 8/25/2015 |