# EXHIBIT C
**[Duplicate Claims]**

53169492.1

| | Duplicate Claim to be Disallowed | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|
| 1 | Liberty Mutual Insurance Co. | 6/23/2015 | 1961 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 2 | Liberty Mutual Insurance Co. | 6/23/2015 | 1963 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 3 | Liberty Mutual Insurance Co. | 6/23/2015 | 1964 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 4 | Liberty Mutual Insurance Co. | 6/23/2015 | 1922 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 5 | Liberty Mutual Insurance Co. | 6/23/2015 | 1957 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 6 | Liberty Mutual Insurance Co. | 6/23/2015 | 1923 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 7 | Liberty Mutual Insurance Co. | 6/23/2015 | 1924 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 8 | Liberty Mutual Insurance Co. | 6/23/2015 | 1925 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 9 | Liberty Mutual Insurance Co. | 6/23/2015 | 1969 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 10 | Liberty Mutual Insurance Co. | 6/23/2015 | 1918 | $2,344,260.00 | Liberty Mutual Insurance Co. | 6/23/2015 | 1979 | Duplicate of claim no. 1979 |
| 11 | Stockmal, Craig | 10/19/2015 | 2505 | 311,330.61 | Stockmal, Craig | 7/1/2015 | 2070 | Duplicate of claim no. 2070 |
| 12 | Stockmal, Craig | 10/19/2015 | 2507 | 632,959.94 | Stockmal, Craig | 7/1/2015 | 2070 | Duplicate of claim no. 2070 |
| 13 | W. W. Grainger | 6/29/2015 | 2015 | 251,457.62 | W. W. Grainger | 6/29/2015 | 2023 | Duplicate of claim no. 2023 |
| 14 | W. W. Grainger | 6/26/2015 | 2022 | 251,457.62 | W. W. Grainger | 6/29/2015 | 2023 | Duplicate of claim no. 2023 |