**EXHIBIT 1**
**DECLARATION OF LEIGH HART**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[5]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Hearing Date: June 29, 2016 at 10:30a.m. (ET)<br>Response Deadline: June 9, 2016 at 4:00 p.m. (ET) |

## DECLARATION OF LEIGH HART IN SUPPORT OF STANDARD REGISTER INC.'s FOUTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PRUSUANT TO SECTIONS 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Leigh Hart, pursuant to 28 U.S.C. § 1746, declare:

1.  I am the Vice President of Corporate Development for Taylor Corporation ("Taylor"), the objector in this proceeding. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 cases. I have read *Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (The "Objection"), and am directly, or by and through other personnel or representative of Taylor and its Designated Buyer Standard Register, Inc. (collectively, "SRI"), reasonably familiar with the information contained therein, the Proposed Order, and Exhibits A-D attached to the Proposed Order. I am authorized to execute this Declaration on behalf of SRI.

---

[5] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

2. The information contained in Exhibits A-D to the Proposed Order is true and correct to the best of my knowledge, information and belief.

3. SRI has determined, based upon a review of the claims register, that the Section 503(b)(9) Disputed Claims identified on Exhibits A-D to the Proposed Order are not entitled to administrative expense status. Accordingly, to prevent the claimants from receiving an unwarranted recovery, SRI seeks to disallow the Disputed Claims listed on Exhibits A-D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/24/2016

/s/ Leigh Hart
Leigh Hart