EXHIBIT 2
PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. ___** |

**ORDER SUSTAINING STANDARD REGISTER INC.'s FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of *Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The objection is SUSTAINED as set forth herein.

2.      The Disputed Claims listed on Exhibits A-D are disallowed in their entirety as claims entitled to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy Code.

3.      The Modified General Unsecured Amounts listed on Exhibits A-D shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4.      The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

6.      SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
        Wilmington, DE

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

## Exhibit A
### Late Filed Claims

| Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification | Date Filed |
|---|---|---|---|---|---|---|---|
| 1 I.D. Images, LLC | 2140 | $ 37,795.69 | $ 79,529.31 | 0 | $ 79,529.31 | Late | 7/6/2015 |
| 2 JBR INDUSTRIAL SERVICES LLC | 2013 | $ 197,730.00 | $ 197,730.00 | 0 | $ 197,730.00 | Late | 6/29/2015 |

**Exhibit B**
**Claims for Goods Delivered Outside of 20 Days**

| | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| 1 | Acme Press Inc. D/B/A/ California Lithograph | 1147 | $ 4,028.25 | $ 4,028.25 | | 0 $ 4,028.25 | Outside of 20 days |
| 2 | APPAREL GROUP LTD | 1044 | $ 4,146.56 | $ 4,146.56 | | 0 $ 4,146.56 | Outside of 20 days |
| 3 | IFM Group, LLC d/b/a Via for Travel | 616 | $ 24,177.90 | $ 48,730.80 | | 0  48,730.90 | Outside of 20 days and Drop Ship |
| 4 | Kirkwood Direct | 52 | $ 283,563.69 | $ 283,563.69 | | 0 $ 283,563.69 | Outside of 20 days, Drop Ship, Not Goods |
| 5 | Spiral Binding Co., Inc. | 1162 | $ 15,869.90 | $ 34,449.36 | | 0  34,449.36 | Outside of 20 days and Not goods |
| 6 | Wendling Printing Company | 787 | $ 3,123.00 | $ 3,123.00 | | 0  3,123.00 | Outside of 20 days |

<u>Exhibit C</u>
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | American Reprographics Co. | 1734 | $ 35,114.32 | $ 93,433.64 | 0 | 93,433.64 | Drop Ship |
| 2 | Bank-A-Count Corporation | 1707 | $ 6,159.73 | $ 6,159.73 | 0 | 6,159.73 | Drop Ship |
| 3 | Bullet Line, LLC | 1682 | $ 29,770.86 | 78.745.58 | 0 | 78,745.58 | Drop Ship |
| 4 | Classic Graphics, Inc. | 1976 | $ 34,052.70 | $ 34,052.70 | 0 | 34,052.70 | Drop Ship |
| 5 | Eastern Etching & Mfg. | 1712 | 2,414,60 | 3,989.22 | 0 | $ 3,989.22 | Drop Ship |
| 6 | IFM Group, LLC d/b/a Via for Travel | 616 | $ 24,177.90 | $ 48,730.80 | 0 | 48,730.90 | Drop Ship and Outside of 20 days |
| 7 | Imagemaker Graphics Corsaro & Associated Co., LPA | 223 | $ 71,151.94 | $ 71,151.94 | 0 | $ 71,151.94 | Drop Ship |
| 8 | Kirkwood Direct | 52 | $ 283,563.69 | $ 283,563.69 | 0 | $ 283,563.69 | Drop Ship, Not Goods, Outside of 20 days |
| 9 | Mastro Graphic Arts, Inc. | 502 | $ 50,729.87 | $ 100,096.15 | 0 | 100,096.15 | Drop Ship |
| 10 | Performance Label Co. | 293 | $ 188.80 | $ 349.75 | 0 | $ 349.75 | Drop Ship and Not Goods |
| 11 | Quality Incentive Company | 1182 | $ 3,887.73 | $ 20,331.82 | 0 | 20,331.82 | Drop Ship |
| 12 | Rotary Forms Press Inc. | 109 | $ 871.84 | $ 1,776.59 | 0 | $ 1,776.59 | Drop Ship and Not Goods |
| 13 | The Envelope Express (aka Victor Envelope Manufacturing | 1190 | $ 13,369.11 | $ 30,339.13 | 0 | 30,339.13 | Drop Ship |
| 14 | Tidewater Direct LLC | 577 | $ 36,719.72 | $ 88,988.69 | 0 | 88,988.69 | Drop Ship |

**Exhibit D**
**Claims Not for Goods**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | 5B's, Inc. | 261 | $ 105.00 | $ 14,163.47 | 0 | $ 14,163.47 | Not goods |
| 2 | ADK GROUP | 263 | $ 3,762.50 | $ 5,262.50 | 0 | $ 5,262.50 | Not goods |
| 3 | AMERICAN EXPEDITING | 1722 | $ 111.62 | $ 111.62 | 0 | $ 111.62 | Not goods |
| 4 | BRAEMAR MAILING SERVICE INC | 1251 | $ 171.10 | $ 2,254.90 | 0 | $ 2,254.90 | Not goods |
| 5 | Carter Brothers Technology Group, Inc. dba CBTech | 795 | $ 21,794.15 | $ 21,794.15 | 0 | $ 21,794.15 | Not goods |
| 6 | CHARLOTTE SAW/KNIFE CO | 1295 | $ 444.00 | $ 444.00 | 0 | $ 444.00 | Not goods |
| 7 | Compass Energy Gas Services, LLC | 1389 | $ 12,360.75 | $ 45,557.44 | 0 | $ 45,557.44 | Not goods |
| 8 | Constellation NewEnergy - Gas Division, LLC | 1394 | $ 8,940.76 | $ 19,264.34 | 0 | $ 19,264.34 | Not goods |
| 9 | COX ELECTRIC | 478 | $ 22,658.36 | $ 38,714.31 | 0 | $ 38,714.31 | Not goods |
| 10 | CRUZ JANITORIAL SERVICES | 125 | $ - | $ 3,540.00 | 0 | $ 3,540.00 | Not goods |
| 11 | D&D Service and Design DBA Danny Deaton | 105 | $ 23,979.48 | $ 54,769.14 | 0 | $ 54,769.14 | Not goods |
| 12 | Dayton Dragons Professional Baseball | 894 | $ 18,180.00 | $ 36,360.00 | 0 | $ 36,360.00 | Not goods |
| 13 | Diversified Textile Services LLC dba R3 Industrial | 759 | $ 4,306.03 | $ 22,573.48 | 0 | $ 22,573.48 | Not goods |
| 14 | Doculynx Inc | 128 | $ 6,000.00 | $ 6,000.00 | 0 | $ 6,000.00 | Not goods |
| 15 | Doculynx Inc | 244 | $ 5,593.60 | $ 11,187.20 | 0 | $ 11,187.20 | Not goods |
| 16 | DODGE COMMUNICATIONS INC | 625 | $ 1,064.52 | $ 1,064.52 | 0 | $ 1,064.52 | Not goods |
| 17 | Dominion East Ohio | 1758 | $ 3,389.46 | $ 15,552.50 | 0 | $ 15,552.50 | Not goods |
| 18 | Factor Systems INC d/b/a Billtrust | 852 | $ 124,908.14 | $ 124,908.14 | 0 | $ 124,908.14 | Not goods |
| 19 | FERREIRA, James | 1692 | $ 134,560.00 | $ 403,680.00 | 0 | $ 391,205.00 | Not goods |
| 20 | G & W Service Co LP | 1515 | $ 14,627.13 | $ 14,627.13 | 0 | $ 14,627.13 | Not goods |
| 21 | HB McClure Company | 254 | $ 1,579.77 | $ 16,164.65 | 0 | $ 16,164.65 | Not goods |
| 22 | Hillcrest Real Estate Development Company, LLC | 1425 | $ 48,815.48 | $ 97,630.96 | 0 | $ 48,815.48 | Not goods |
| 23 | Impresos Taino | 374 | $ 2,213.72 | $ 36,395.36 | 0 | $ 36,395.36 | Not goods |
| 24 | INTERLINK ONE INC | 1411 | $ 1,890.73 | $ 14,343.97 | 0 | $ 14,343.97 | Not goods |
| 25 | It's An Art Thing Inc. | 846 | $ 1,890.73 | $ 14,343.97 | 0 | $ 14,343.97 | Not goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 26 | J. P. Griffin, Inc. | 578 | $ 13,540.00 | $ 13,540.00 | | $ 13,540.00 | 0 | Not goods |
| 27 | JURA FILMS NORTH AMERICA LLC | 1459 | $ 5,616.26 | $ 5,616.26 | | $ 5,616.26 | 0 | Not goods |
| 28 | K & K AND ASSOCIATES INC | 1599 | $ 86,331.43 | $ 169,904.75 | | $ 169,904.75 | 0 | Not goods |
| 29 | KANAWHA SCALES & SYSTEMS INC | 772 | $ 576.00 | $ 576.00 | | $ 576.00 | 0 | Not goods |
| 30 | Kirkwood Direct | 52 | $ 283,563.69 | $ 283,563.69 | | $ 283,563.69 | 0 | Not Goods, Outside of 20 days, Drop Ship |
| 31 | Koester Electric, Inc | 246 | $ 4,120.00 | $ 4,120.00 | | $ 4,120.00 | 0 | Not goods |
| 32 | Kubiak Electric Co., Inc. | 676 | $ 16,519.37 | $ 16,519.37 | | $ 16,519.37 | 0 | Not goods |
| 33 | LACLEDE GAS CO | 1426 | $ 1,171.46 | $ 3,527.71 | | $ 3,527.71 | 0 | Not goods |
| 34 | Mail Advertising Bureau, Inc. | 703 | $ 5,353.92 | $ 5,353.92 | | $ 5,353.92 | 0 | Not goods |
| 35 | MEHTA, RAJENDRA | 1432 | $ 321,024.87 | $ 642,049.74 | | $ 642,049.74 | 0 | Not goods |
| 36 | New England Professional Systems Inc | 134 | $ 646.89 | $ 24,025.24 | | $ 24,025.24 | 0 | Not goods |
| 37 | ORKIN | 1047 | $ 1,242.00 | $ 1,242.00 | | $ 1,242.00 | 0 | Not goods |
| 38 | Pavyer Printing Machine Works | 285 | $ 1,120.44 | $ 1,120.44 | | $ 1,120.44 | 0 | Not goods |
| 39 | Performance Label Co. | 293 | $ 188.80 | $ 349.75 | | $ 349.75 | 0 | Not Goods and Drop Ship |
| 40 | PRESSTEK LLC | 1288 | $ 2,189.91 | $ 2,189.91 | | 2189.91 | 0 | Not goods |
| 41 | Rotary Forms Press Inc. | 109 | $ 871.84 | $ 1,776.59 | | $ 1,776.59 | 0 | Not Goods and Drop Ship |
| 42 | Royer Technologies, Inc | 24 | $ 5,949.00 | $ 9,333.00 | | $ 9,333.00 | 0 | Not goods |
| 43 | Sherman II, John Q | 1469 | $ 7,149.35 | $ 17,718.02 | | $ 7,149.35 | 0 | Not goods |
| 44 | SourceLink Carolina, LLC | 607 | $ 4,671.31 | $ 9,803.87 | | $ 9,803.87 | 0 | Not goods |
| 45 | Special Service Partners, Inc. | 1687 | $ 166.32 | $ 166.32 | | $ 166.32 | 0 | Not goods |
| 46 | Spiral Binding Co., Inc. | 1162 | $ 15,869.90 | $ 34,449.36 | | 34,449.36 | 0 | Not goods and Outside of 20 days |
| 47 | TRIANGLE SYSTEMS | 594 | $ 11,756.80 | $ 40,082.44 | | $ 40,082.44 | 0 | Not goods |
| 48 | Two Lumps of Sugar | 657 | $ 141.46 | $ 282.92 | | 141.46 | 0 | Not goods |
| 49 | Velocity Apparel Inc. / Matthew Provost | 456 | $ 874.00 | $ 1,496.93 | | $ 1,496.93 | 0 | Not goods |
| 50 | Verimed Healthcare Network, LLC | 219 | $ 10,010.00 | $ 33,500.00 | | $ 33,500.00 | 0 | Not goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 51 | Vocalink, Inc. | 731 | $ 4,919.26 | $ 42,114.27 | 0 | 44,114.27 | Not goods |