**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Kevin T. Curry, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Order Sustaining Debtor's Twelfth (12th) Omnibus (Substantive) Objection to Claims [Docket No. 1979]

- Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 1980]

- Order Sustaining Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims [Docket No. 1981]

- Order Sustaining Debtor's Fourteenth (14th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1982]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

- Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 1984]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the CareSource Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 3rd Omnibus Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 1980]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 12th Omnibus Service List attached hereto as **Exhibit D**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Order Sustaining Debtor's Twelfth (12th) Omnibus (Substantive) Objection to Claims [Docket No. 1979]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 13th Omnibus Service List attached hereto as **Exhibit E**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Order Sustaining Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims [Docket No. 1981]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 14th Omnibus Service List attached hereto as **Exhibit F**:

- Notice of Agenda of Matters Scheduled for Hearing of May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1978]

- Order Sustaining Debtor's Fourteenth (14th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1982]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 26, 2016 at 9:30 A.M. (ET) [Docket No. 1983]

On May 24, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the 4th Omnibus Service List attached hereto as **Exhibit G**:

- Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 1984]

Dated: May 27, 2016

Kevin T. Curry

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 27, 2016, by Kevin T. Curry, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**CHANEL C PAGAN**
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

SRF 8420

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via First Class Mail

| Description | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta | 111 Wood Avenue South | | Iselin | NJ | 08830-2700 |
| Counsel to the Creditor | Goldstein & McClintock LLLP | Attn: Thomas R. Fawkes, Esq.,Brian J. Jackiw | 208 South LaSalle Street | Suite 1750 | Chicago | IL | 60604 |
| Counsel to the Creditor | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | 1201 N. Orange Street | Suite 7380 | Wilmington | DE | 19801 |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney | 844 King Street | Suite 2207 | Wilmington | DE | 19801 |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II | Hercules Plaza, Suite 5100 | 1313 Market Street | Wilmington | DE | 19801 |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

**Exhibit B**

Exhibit B
CareSource Service List
Served via First Class Mail and Email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Bricker & Eckler LLP | Attn: David M. Whittaker | 100 South Third Street | | Columbus | OH | 43215 |
| Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 |

**Exhibit C**

Exhibit C
3rd Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| A AND E THE GRAPHICS COMPLEX | PO BOX 27286 | | | HOUSTON | TX | 77227 | |
| A AND E THE GRAPHICS COMPLEX | Thomas Printworks | F.K.A. A&E The Graphics Complex | PO Box 740967 | Dallas | TX | 75374-0967 | |
| A AND E THE GRAPHICS COMPLEX | Kim Noland | 600 N. Central Expwy. | | Richardson | TX | 75080-5316 | |
| Alphabroder | 6 Neshaminy Interplex, 6th Floor | | | Trevose | PA | 19053 | |
| AMERICAN ACCENTS | 390 ENTERPRISE DR. | | | NICHOLASVILLE | KY | 40356 | |
| AMERICAN GRAPHICS | 2210 COLLEGE DRIVE | | | LAKE HAVASU CITY | AZ | 86403 | |
| AMT DATASOUTH CORP | 803 CAMARILLO SPRINGS DR, STE D | | | CAMARILLO | CA | 93012 | |
| Apex Business Systems | 3451 Jupiter Court | | | Oxnard | CA | 93015 | |
| ARTCO DBA STYLART | Stylart | 1 Stationery Place | | Rexburg | ID | 83441 | |
| BALL PRO INC | 12985 PIONEER TRAIL | | | EDEN PRAIRIE | MN | 55347 | |
| BCG CREATIONS | 49 RICHARD MELOCHE | | | DOLLARD-DES-ORMEAUX | QC | H9A 2Y8 | Canada |
| BCT | Mark Lord | 800 Paloma DR # 240 | | Round Rock | TX | 78665 | |
| BCT 3038- UPLAND | 655 A STREET | | | UPLAND | CA | 91786 | |
| BCT Illinois | 11025 Raleigh Ct | | | Machesney Park | IL | 61115 | |
| BCT Laguna Hills | Attn: Joe Rachel | 23101 Terra Drive | | Laguna Hills | CA | 92653 | |
| COLUMBUS PRODUCTIONS INC | 4580 CARGO DR | | | COLUMBUS | GA | 31907 | |
| Columbus Productions, Inc. | Attn: Flo Sumner | 4580 Cargo Dr. | | Columbus | GA | 31907 | |
| Consortium Companies | 400 Raritan Center Parkway Ste E | | | Edison | NJ | 08837 | |
| Crazy Scrubs, Inc DBA Scrub Authority | Attn: Ron Sims | 10658 W Centennial RD #400 | | Littleton | CO | 80127 | |
| Dahlgren Enterprises, Inc dba Crystal D | 505 Atwater Circle | | | St. Paul | MN | 55103 | |
| DG3 North America Inc. | Brian Conti | 100 Burma Road | | Jersey City | NJ | 07305 | |
| DGI INVISUALS, LLC | 101 BILLERICA AVENUE | BLDG. 6 | | NORTH BILLERICA | MA | 01862 | |
| DISTINCTIVE DESIGNS 21, INC | 24835 E. LA PALMA AVE STE H | | | YORBA LINDA | CA | 92887 | |
| Earth Color Inc. | 249 Pomeroy Road | | | Parsippany | NJ | 07054 | |
| Elliot Barry Company | 94 Commerce St | | | Colorado Springs | CO | 80907 | |
| Enterprise Printing & Products, Corp | Attn: Vijay Malhotra | 150 Newport Avenue | | East Providence | RI | 02916 | |
| ESSENCE PRINTING, INC. | 270 OYSTER POINT BLVD. | | | SOUTH SAN FRANCISCO | CA | 94080 | |
| FORMAX | 1 EDUCATION WAY | | | DOVER | NH | 03820 | |
| Forms Manufacturers, an affiliate of Ennis, Inc. | Michael Magill | Ennis, Inc. | 2441 Presidential Pkwy. | Midlothian | TX | 76065 | |
| Fruitridge Printing | Attn: Mary Turner | 3258 Stockton Blvd. | | Sacramento | CA | 95820 | |
| G2 GRAPHICS - JEFFREY S. ROSE | 595 NH Route 10 | | | Orford | NH | 03777 | |
| GARY PLASTIC PACKAGING | GARY HELLINGER, CEO | 1340 VIELE AVE | | BRONX | NY | 10474 | |
| Gemini Computers, Inc. | 16608 Union Turnpike | | | Flushing | NY | 11366 | |
| General Marketing Solutions LLC | 7500 Golden Triangle Drive | | | Eden Prairie | MN | 55344 | |
| GENOA BUSINESS FORMS INC | PO Box 450 | | | SYCAMORE | IL | 60178 | |
| GENOA BUSINESS FORMS INC | 445 Park Avenue | | | SYCAMORE | IL | 60178-0450 | |
| GENOA BUSINESS FORMS INC | PO BOX 450 | 445 PARK AVE | | SYCAMORE | IL | 60178 | |
| Gill Studios, Inc. | PO Box 2909 | | | Shawnee Mission | KS | 66201 | |
| GLJ, Inc DBA Mid-Nite Snax | 999 South Oyster Bay Rd. BLDG 500 | | | Bethpage | NY | 11714 | |
| GREENHAVEN PRINTING, INC. | Jeffrey Hyer | 4575 Chatsworth Street North | | Shoreview | MN | 55126 | |
| Howlan, Inc. | 550 Northgate Parkway | | | WHEELING | IL | 60090 | |
| HPI | 5250 Gulfton St. | Ste. 3B | | Houston | TX | 77081 | |
| HPI | Houston PhotoImaging | PO Box 60453 | | Houston | TX | 77205-0453 | |
| Infoseal, LLC | David Yost | 1825 Blue Hills Circle, NE | | Roanoke | VA | 24012 | |
| James T. Doyle & Associates, LLC | 1822 Cassella Road | | | Schenectady | NY | 12303-2614 | |
| JDJ Enterprises DBA APEXGRAPHIX | 1415 GERVAIS ST | | | COLUMBIA | SC | 29201 | |
| Jet Mail Services, Inc. | 577 Main Street | | | Hudson | MA | 01749 | |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)

Exhibit C
3rd Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| L + H SIGNS, INC | ATTN: THOMAS BARBINE | 425 NORTH 3RD ST | | READING | PA | 19601 | |
| Labels West Inc. | 17629 - 130th Ave NE | | | Woodinville | WA | 98072-8716 | |
| LAKELAND SUPPLY INC | N8 W22380 JOHNSON DRIVE | | | WAUKESHA | WI | 53186 | |
| Landway International Corp. | 212 Littlefield Ave. | | | South San Francisco | CA | 94080 | |
| Mayer Enterprises Inc., dba BCT Houston/Dallas | BCT Houston/Dallas | Attn: Lisa Lamb | 5522 Mitchelldale | Houston | TX | 77092 | |
| MEGAFORM COMPUTER PRODUCTS INC | 850 INDUSTRIAL PARK DRIVE | | | VANDALIA | OH | 45377 | |
| MERIDIAN DISPLAY | 162 YORK AVE EAST | | | SAINT PAUL | MN | 55117 | |
| Midland Information Resources Company | 5440 Corporate Park Dr. | | | Davenport | IA | 52807 | |
| Mountain Gear dba Tri-Mountain | 4889 4th Street | | | Irwindale | CA | 91706 | |
| Mutual Engraving Co. Inc. | 511 Hempstead Ave. | | | W Hempstead | NY | 11552 | |
| Pacific Western Sales | Jane Ho | 2980 Enterprise St | | Brea | CA | 92821 | |
| Pictures and More, Inc D/B/A PICTURES PLUS LTD | 115 HYDE PARK BLVD | | | HOUSTON | TX | 77006 | |
| PUNCH PRODUCTS USA | 2131 FELVER COURT | | | RAHWAY | NJ | 07065 | |
| Quick Tech Graphics | Attn: Jamie Witt | 408 Sharts Rd | | Springboro | OH | 45066 | |
| Remke Printing, Inc. | 1678 South Wolf Road | | | Wheeling | IL | 60090 | |
| SAPPHIRE PRINTING GROUP INC | Dept # 1006 | PO BOX 29338 | | Phoenix | AZ | 85038-9338 | |
| SAPPHIRE PRINTING GROUP INC | 3800 N 38th Ave | | | PHOENIX | AZ | 85019 | |
| Sierra Liquidity Fund, LLC- Assignee & Att-In-Fact for Formax - Assignor | 19772 MacArthur Blvd #200 | | | Irvine | CA | 92612 | |
| SIGNCRAFT SCREENPRINT INC | 100 AJ HARLE DRIVE | | | GALENA | IL | 61036 | |
| TFP DATA SYSTEMS | 3451 JUPITER CT | | | OXNARD | CA | 93030-8957 | |
| TKO Print Solutions d/b/a Think PRint | 140 Park Central Blvd | | | Pompano Beach | FL | 33064 | |
| TRADENET PUBLISHING INC | PO BOX 158 | | | GARDNER | KS | 66030 | |
| TRADENET PUBLISHING INC | 1200 Energy Center Drive | | | Gardner | KS | 66030 | |
| UNIVERSAL AUTO FRAMES | 2110 EAST WINSTON RD | | | ANAHEIM | CA | 92806 | |
| Versa-Tags, Inc. | PO Box 730 | | | Cuba | MO | 65453 | |
| Waters Industries Inc. dba PantherVision | David Janky | 213 West Main Street | | West Dundee | IL | 60118 | |
| WHIRLEY INDUSTRIES | PO BOX 642576 | | | PITTSBURGH | PA | 15264-2576 | |
| Williamson-Dickie MFG. CO. | Attn: Jonathan Johnson | 509 W. Vickery Blvd. | | Fort Worth | TX | 76104 | |
| Zebra Technologies | 333 Corporate Woods Parkway | | | Vernon Hills | IL | 60061 | |
| Zebra Technologies | 6048 Eagle Way | | | Chicago | IL | 60678-1060 | |

**<u>Exhibit D</u>**

Exhibit D
12th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Amy White | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Barbara Widera | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CAROLINE WILLIAMS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CONNIE LOU SWISHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CYNTHIA WILLARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DENNIS L SWISHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Franklin Wood Jr. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| James Walker | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| James Walker | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jan Yates | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jan Yates | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOANN ZORB | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHN WERMANN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOYCE WINTERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KAREN THOME | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KATHLEEN WAGNER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KIMBERLY VANDERWIERE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Kyle E. Wagner | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KYLE WILKE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MARK WINGERBERG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MICHAEL W WALKER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| OUBREY WRIGHT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SPARKS, BARBARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SPARKS, NORMA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STANYEK, EMERY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STEVEN WENGRONOWITZ | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STEWART, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STEWART, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STOLLER, HAROLD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SULLINS, JANEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| The Bank of New York Mellon | Amy M. Tonti, Esq. | Reed Smith LLP | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 |
| The Bank of New York Mellon | Dean C. Schavolt - Managing Director, Asset Services | 500 Grant Street,  STE 1362 | | Pittsburgh | PA | 15258-0001 |
| THOME, KAREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TITLEY, FRANCES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TOULON, GREGORY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TRUAX, GAY E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| VARBOUNKER, NINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| VIRGINIA WATERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WALKER, JOE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILKIE, MARCELLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)

Exhibit D
12th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| WILKINSON, OPAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILLIS, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILLIS, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WOODWARD, LISA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ZEPP, ROWENA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ZIEGELSKI, STEPHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

**Exhibit E**

Exhibit E
13th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | 1401 West Capitol Avenue, Suite 325 | | | | Little Rock | AR | 72201 | |
| BUSH, EDWARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Cleaver, Linda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| EVA K POSENER CUST JUDITH E POSENER U/NYUTMA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTE | REDACTED |
| FRIEL, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HEALTHCARE PURCHASING ALLIANCE, LLC | Michael D. DeBaecke, Esquire | Alan M. Root, Esquire | Blank Rome LLP | 1201 N. Market Street, Suite 800 | Wilmington | DE | 19801 | |
| HEALTHCARE PURCHASING ALLIANCE, LLC | Stephanie K. Prewitt, Esquire | Managing Counsel | 8529 South Park Circle | Suite 250 | ORLANDO | FL | 32819 | |
| Henry Miller; Liberty-WC413A82651 | 1749 RALEIGH LANE | | | | HOFFMAN ESTATES | IL | 60169 | |
| Henry Miller; Liberty-WC413A82651 | 2340 S. Arlington Heights Rd. #500 | | | | Arlington Heights | IL | 60005 | |
| Hillcrest Real Estate Development Company, LLC | Attn: General Counsel | 1145 South Utica Avenue | Suite G-00 | | Tulsa | OK | 74104 | |
| Jeckering Sr., Joseph John | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jeckering Sr., Joseph John | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOOS, DUANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LOCKETT, ANTHONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LU, ZHONG FU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MARK R. ERIKSON;TRAVELERS-EYJ4579 AND TRAVELERS-EYJ4583 | PO BOX 1604 | | | | GLENDALE | CA | 91209 | |
| MCKIERNAN, CALVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MCKIERNAN, CALVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Medina, Paulina | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NC DEPARTMENT OF STATE TREASURER - UNCLAIMED PROPERTY | 325 NORTH SALISBURY STREET | | | | RALEIGH | NC | 27603-1385 | |
| Norwood, James R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 2300 N. Lincoln Blvd., Room 217 | | | | Oklahoma City | OK | 73105 | |
| OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 4545 NORTH LINCOLN, STE 106 | | | | OKLAHOMA | OK | 73105-3413 | |
| PATRICIA D. MANZANARES;TRAVELERS-B0J0730 | 5720 EAST AVENUE, APT.  123 | | | | LIVERMORE | CA | 94550 | |
| RANDY L. HERSHEY;TRAVELERS-A7X0020 | 11 BEECHWOOD DRIVE | | | | DILLSBURG | PA | 17019 | |
| RANDY L. HERSHEY;TRAVELERS-A7X0020 | Jennifer A. Kline, Esq. | Attorney | Katherman Briggs & Greenberg | 110 N. George St., 3rd Floor | York | PA | 17401 | |
| RIVES MANUFACTURING INC | 4000 RIVES EATON RD | PO BOX 98 | | | RIVES JUNCTION | MI | 49277-9650 | |
| ROGER BIGELOW;LIBERTY-WC390A25784 | 89 PRATT ROAD | | | | POWNAL | VT | 05261 | |
| ROGER BIGELOW;LIBERTY-WC390A25784 | Lon T. McClintock, Esq. | Attorney | McClintock Law Office, P.C. | 185 North Street | Bennington | VT | 05201 | |
| Sandusky Investments, Ltd. dba: Sycamore Group | Sycamore Group | 1429 Cranberry Rd | | | St. Henry | OH | 45883 | |
| SMITH, FRANKLIN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SMITH, FRANKLIN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SOMERS, KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 55 Elm Street, 5th Floor | | | | Hartfrod | CT | 06106 | |
| STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | Attny Liz Austin | Pullman & Comley, LLC | 800 Main Street, 8th Floor | | Bridgeport | CT | 06601-706 | |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY | UNCLAIMED PROPERTY ADMN | PO BOX 214 | | | TRENTON | NJ | 08625-0214 | |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | PO BOX 214 | | | | TRENTON | NJ | 08625-0214 | |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Property Admin | PO Box 214 | | | Trenton | NJ | 08625-0214 | |
| STONESIFER, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Texas Comptroller of Public Accounts | Office of the Attorney General | Collection Division - Bankruptcy Section | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Texas Comptroller of Public Accounts | Revenue Accounting Division | Attention: Bankruptcy | PO Box 13528 | | Austin | TX | 78711-3528 | |
| The Home Insurance Company in Liquidation | Attention: Karen Tisdell | 55 South Commercial Street | | | Manchester | NH | 03101 | |
| Treasurer of Virginia | Virginia Department of the Treasury | Division of Unclaimed Property | PO Box 2478 | | Richmond | VA | 23218 | |

**Exhibit F**

Exhibit F
14th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Bartlett, Alex | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bindery & Specialties Pressworks Inc. | ATTN: Mike Holtman | 351 W. Bigelow Ave. | | Plain City | OH | 43064 |
| CALICO CAFE | Mary A. Heinrichs | 116 WEST MAIN STREET | STE. 3 | COLDWATER | OH | 45828 |
| Chicago Glue Machine & Supply Co., Inc. | Euler Hermes North America Insurance Company | AGENT OF Chicago Glue Machine & Supply Co., | 800 Red Brook Boulevard | OWINGS MILLS | MD | 21117 |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DISNEY WORLDWIDE SERVICES | Attn: Corporate Credit and Collection | 500 South Buena Vista Street | | Burbank | CA | 91521-9750 |
| Lee, William P. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee, William P. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Liberty Mutual Insurance Co. | 175 Berkely St | | | Boston | MA | 02116 |
| Liberty Mutual Insurance Co. | Attn: Carrie Ayer | PO Box 1525, 100 Liberty Way | | Dover | NH | 03820 |
| Liberty Mutual Insurance Co. | Douglas R. Gooding, Esq. | Choate Hall & Stewart LLP | Two International Place | Boston | MA | 02110 |
| Liberty Mutual Insurance Co. | PO Box 2027 | | | Keene | NH | 03431-7027 |
| LINKWELL HEALTH | 1270 Broadway STE 606 | | | New York | NY | 10001 |
| LPM Forklift Sales & Service, Inc. | 7700 NW 39 Exprssway / James U White | | | Bethany | OK | 73008 |
| LPM FORKLIFT SALES & SERVICES, INC. | JAMES U WHITE | 7700 NW 39 EXPRESSWY | | BETHANY | OK | 73008 |
| Maximum Transportation, Inc | PO Box 577 | | | Elizabethtown | KY | 42702-0577 |
| Mojumder, Shah | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Monroe Optical, Inc dba Footwear Supply | 1751 N. Main St. | | | Franklin | IN | 46131 |
| Panther Premium Logistics | 84 Medina Road | | | Medina | OH | 44256 |
| PENN AIR AND HYDRAULICS CORP | PO BOX 22190 | | | YORK | PA | 17402-0193 |
| Premier Courier Inc. DBA Premier Delivery Services | 3687 Interchange Road | | | Columbus | OH | 43204 |
| RED WING BRANDS OF AMERICA INC | 314 Main St. | | | Red Wing | MN | 55066 |
| Robert Half Technology | Attn: Karen Lima | PO Box 5024 | | San Ramon | CA | 94583 |
| Stockmal, Craig | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Thicklin Sr., Christopher  E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Thicklin Sr., Christopher  E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| W.W. Grainger, Inc. | Attn: Special Collections Dept. | 7300 N. Melvina Ave. MWX22885446179 | | Niles | IL | 60714 |

**Exhibit G**

Exhibit G
4th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 5B's, Inc. | c/o Chris Nash CFO | PO BOX 520 | | Zanesville | OH | 43702-0520 |
| ACME PRESS INC DBA CALIFORNIA LITHOGRAPH | PO BOX 5698 | | | CONCORD | CA | 94524 |
| ADK GROUP | 141 W 2ND ST | UNIT 206 | | BOSTON | MA | 02127 |
| AMERICAN EXPEDITING | 801 N PRIMOS AVE | | | FOLCROFT | PA | 19032 |
| American Reprographics Co. | Robyn B. Sokol, Esq. | Ezra Brutzkus Gubner LLP | 21650 Oxnard Street, Suite 500 | Woodland Hills | CA | 91367 |
| APPAREL GROUP LTD | PO BOX 952135 | | | DALLAS | TX | 75395 |
| Bank-A-Count Corporation | Attn: Scott Blanke | PO Box 167 | 1666 Main Street | Rudolph | WI | 54475 |
| BRAEMAR MAILING SERVICE INC | 7379 WASHINGTON AVE. SOUTH | | | EDINA | MN | 55439-2417 |
| Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 |
| Carter Brothers Technology Group, Inc. dba CBTech | Attn: Jennifer Andes | 700 Taylor Rd. | Ste. 150 | Gahanna | OH | 43230 |
| CHARLOTTE SAW/KNIFE CO | 420 W PALMER ST | | | CHARLOTTE | NC | 28203 |
| Classic Graphics, Inc. | c/o Imagine! Print Solutions, Inc. | 1000 Valley Park Drive | | Minneapolis | MN | 55379 |
| Compass Energy Gas Services, LLC | Cameron Morrison | 100 Constellation Way Suite 600C | | Baltimore | MD | 21202 |
| Constellation NewEnergy - Gas Division, LLC | Cameron Morrison | 100 Constellation Way Suite 600C | | Baltimore | MD | 21202 |
| COX ELECTRIC | Lawrence T. Cox | 11611 E. OLD HILLSBOROUGH AVE | | SEFFNER | FL | 33584 |
| CRUZ JANITORIAL SERVICES | 617 CALIENTE AVE. | | | LIVERMORE | CA | 94550 |
| D&D Service and Design DBA Danny Deaton | PO Box 125 | | | Hamilton | OH | 45012 |
| Dayton Dragons Professional Baseball | Eric Deutsch, Dayton Dragons, Fifth Third Field | 220 North Patterson Blvd. | | Dayton | OH | 45402 |
| Diversified Textile Services LLC dba R3 Industrial | John Malik | 340 NE Washington Blvd. | | Bartlesville | OK | 74006 |
| Doculynx Inc | Attn: Kevin Gritters | 6041 S. Syracus Way Suite 306 | | Greenwood Villag | CO | 80111 |
| Doculynx Inc | 6041 S Syracuse Way Suite 306 | | | Greenwood Villag | CO | 80111 |
| DODGE COMMUNICATIONS INC | Attn: Jerold Cooper | 11675 RAINWATER DRIVE, SUITE 300 | | ALPHARETTA | GA | 30009 |
| Dominion East Ohio | Todd Atkinson, Esq. | Ulmer & Berne LLP | 1660 West 2nd St., Suite 1100 | Cleveland | OH | 44113 |
| EASTERN ETCHING & MFG. | Michael Cocco | 35 Lower Grape Street | | CHICOPEE | MA | 01013 |
| Factor Systems INC dba Billtrust | Attn: Elizabeth Geronld | 100 American Metro Blvd | Suite 150 | Hamilton | NJ | 08619-2319 |
| FERREIRA, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| G & W Service Co LP | 2503 Capitol Ave | | | Houston | TX | 77003 |
| HB McClure Company | Attn: Sara Kann | 600 S. 17th Street | | Harrisburg | PA | 17104 |
| Hillcrest Real Estate Development Company, LLC | Attn: General Counsel | 1145 South Utica Avenue | Suite G-00 | Tulsa | OK | 74104 |
| I.D. Images, LLC | Alan M. Root | Blank Rome LLP | 1201 Market Street Suite 800 | Wilmington | DE | 19801 |
| IFM Group, LLC dba Via for Travel | 280 OTT Street | | | Corona | CA | 92808 |
| Imagemaker Graphics | Corsaro & Associates Co., LPA | Scott R. Poe, Esq. | 28039 Clemens Road | Westlake | OH | 44145 |
| Impresos Taino | Att: Sr. Julio Serrano | PO Box 7041 | | Caguas | PR | 00726-7041 |
| INTERLINK ONE INC | 260-A Fordham Road Suite 100 | | | WILMINGTON | MA | 01887 |
| It's An Art Thing Inc. | Joseph Bronzino (president) | 4445 Mabny Ln | | Roswell | GA | 30075 |
| J. P. Griffin, Inc. | 604 North Gilchrist Avenue | | | Tampa | FL | 33606 |
| JBR INDUSTIRAL SERVICES LLC | PO BOX 277 | | | BROOKSVILLE | KY | 41004-0277 |
| JURA FILMS NORTH AMERICA LLC | 1401 CENTRE CIRCLE DRIVE | | | DOWNERS GROVE | IL | 60515 |
| K & K AND ASSOCIATES INC | First Class Presort | PO BOX 11084 | | CHARLOTTE | NC | 28220 |
| KANAWHA SCALES & SYSTEMS INC | c/o Heidi Keeton | PO BOX 569 | | POCA | WV | 25159 |
| Kirkwood Direct | 904 Main St | | | Wilmington | MA | 01887 |

Exhibit G
4th Omnibus Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Koester Electric, Inc | PO Box 125 | | | Coldwater | OH | 45828 |
| Kubiak Electric Co., Inc. | PO Box 515 | | | Windsor | NJ | 08561 |
| LACLEDE GAS CO | DRAWER 2 | | | SAINT LOUIS | MO | 63101-2389 |
| Mail Advertising Bureau, Inc. | 21319 68th Avenue S. | | | Kent | WA | 98032 |
| Mastro Graphic Arts, Inc. | 67 Deep Rock Road | | | Rochester | NY | 14624 |
| MEHTA, RAJENDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| New England Professional Systems Inc | Bill Miller | PO Box 6002 | | Holliston | MA | 01746 |
| ORKIN | 2170 PIEDMONT RD NE | | | ATLANTA | GA | 30324 |
| Pavyer Printing Machine Works | 3306 Washington Ave | | | St. Louis | MO | 63103 |
| Performance Label Co. | 311 E. 40th Street | | | Lubbock | TX | 79404 |
| PRESSTEK LLC | 55 EXECUTIVE Dr. | | | Hudson | NH | 03051 |
| Quality Incentive Company | 3962 Willow Lake Blvd | | | Memphis | TN | 38118 |
| Rotary Forms Press Inc. | 835 S. High Street | | | Hillsboro | OH | 45133 |
| Royer Technologies, Inc | Vicky Royer | 275 Hiawatha Trail | | Springboro | OH | 45066 |
| Sherman II, John  Q | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SourceLink Carolina, LLC | Attn: Dan Jackson | 1224 Poinsett Highway | | Greenville | SC | 29609-3630 |
| Special Service Partners, Inc. | Michael Magill | Ennis, Inc. | 2441 Presidential Pkwy. | Midlothian | TX | 76065 |
| Spiral Binding Co., Inc. | One Maltese Drive | | | Totowa | NJ | 07512 |
| The Envelope Express (aka Victor Envelope Manufacturing) | Mary Lynn Leland | 301 ARTHUR CT | | BENSENVILLE | IL | 60106 |
| TIDEWATER DIRECT LLC | ATTN: APRIL MACKENZIE | 300 TIDEWATER DRIVE | | CENTERVILLE | MD | 21617 |
| TRIANGLE SYSTEMS | 300 BILMAR DR., Suite 100 | | | PITTSBURGH | PA | 15205 |
| Two Lumps of Sugar | 606 Shale Gray Court | | | Cary | NC | 27519 |
| Velocity Apparel Inc. / Matthew Provost | 120 Tremont St. | | | Everett | MA | 02149 |
| Verimed Healthcare Network, LLC | 2426 Embassy Dr. | | | West Palm Beach | FL | 33401 |
| Vocalink, Inc. | 405 West First Street, Unit A | | | Dayton | OH | 45402 |
| Wendling Printing Company | 111 Beech Street | | | Newport | KY | 41071 |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)