# TODD COWAN
## Tax Commissioner



Jennifer Liersch
Tax Manager

8700 Hospital Drive
P.O. Box 1177
Douglasville, Ga. 30133

Tax (770) 920-7272, Tag (770) 949-2309
Fax (770) 920-7403

Linda Mobley
Deputy

June 1, 2016

U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

RE: Chapter 11 Case # 15-10541
     The Standard Register Company

On 8/25/2015 my office made a claim for property taxes on the above case in the amount of $7,177.41. This account was paid in full on 11/17/2015 by Standard Register Co, therefore we withdraw our claim.

Sincerely,

Jennifer Liersch
Tax Office Manager

www.douglastaxcommissioner.com

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Printed: 6/1/2016 14:58:16 | | | | **Official Tax Receipt** | | | Phone: (770) 920-7272 | |
| Register: 2  Clerk: TC | | | | **TODD COWAN** | | | Fax: (770) 920-7403 | |
| | | | | **Douglas County Tax Commissioner** | | | | |
| | | | | P.O. Box 1177 | | | | |
| | | | | Douglasville, GA 30133 | | | | |

| Trans No | Property ID/District Description | | Original Due | Interest & Penalty | Prev Paid | Amount Due | Amount Paid | Transaction Balance |
|---|---|---|---|---|---|---|---|---|
| 56253 | P68529 | / 01 | 7,177.41 | 0.00 | 0.00 | 7,177.41 | 7,177.41 | 0.00 |
| Year-Bill No | MEFF/INVENT/ | | | Fees | | | | |
| 2015 - 5007633 | | | | 0.00 | | | | |
| | FMV: $544,849.00 | | | | | | Paid Date | Current Due |
| | | | | | | | 11/17/2015 10:59:29 | 0.00 |
| Transactions: | 56253   - 56253 | Totals | 7,177.41 | 0.00 | 0.00 | 7,177.41 | 7,177.41 | 0.00 |

Paid By :

STANDARD REGISTER CO

STANDARD REGISTER CO
ATTN: TAX DEPARTMENT
P.O. BOX 1167
DAYTON, OH  45401

Check No   1137986
Charge Acct

| | |
|---|---|
| Cash Amt: | 0.00 |
| Check Amt: | 7,177.41 |
| Charge Amt: | 0.00 |
| Change Amt: | 0.00 |
| Refund Amt: | 0.00 |
| Overpay Amt: | 0.00 |