# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) ) ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) ) ) | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Stephen W. Spence, Esquire, formerly of the firm of Phillips, Goldman & Spence, P.A., now of the firm of Baird Mandalas Brockstedt, LLC, hereby requests that he be removed from the Court's ECF notification list and master mailing list and that no further notices, pleadings or other documents be served upon his firm on behalf of Raymond Leasing Corporation; Raymond Storage Concepts, Inc.; and Raymond of New Jersey, LLC in the above-captioned action.

BAIRD MANDALAS BROCKSTEDT, LLC

*/s/ Stephen W. Spence*
Stephen W. Spence, Esq. (#2033)
1413 Savannah Road, Suite 1
Lewes, DE   19958
(302) 645-2262
sws@bmbde.com

Dated: June 8, 2016

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.