IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SRC LIQUIDATION, LLC[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation LLC,<br>                             Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit A,<br>                           Defendants. | Adv. No.: See Exhibit A<br><br>**Obj. Deadline: June 23, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: July 27, 2016 at 10:00 a.m. (ET)** |

**NOTICE OF HEARING AND RESPONSE DATE FOR MOTION
AND DEFENDANT'S ELECTION AS TO PROCEDURES
<u>ORDER TRACK AND MEDIATOR LIST</u>**

**PLEASE TAKE NOTICE** that SRC Liquidation LLC, (the "<u>Plaintiff</u>") has filed *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation, LLC, Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* (the "<u>Procedures Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").[2]

<u>Your rights might be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).

    1.    The Procedures Motion requests that the Court enter separate procedure orders for adversary proceedings based on the total amount in controversy: (a) one for cases with

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).
[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Procedures Motion.

{BAY:02907745v1}

total amount in controversy less than or equal to $75,000.00; and (b) one for cases with total amount in controversy greater than $75,000.00.

    a.    All cases with total transfers **equal to or less than $75,000** are currently placed on Exhibit 1 to Exhibit B to the Procedures Motion, which provides that mediation occurs prior to discovery. Any Defendant currently listed on Exhibit 1 to Exhibit B to the Procedures Motion who wishes to be placed on Exhibit 2 to Exhibit C to the Procedures Motion, which provides for discovery prior to mediation, must fill out the enclosed balloting form and send to Plaintiff's co-counsel either (1) by scanning the ballot and emailing it to the email address listed on the balloting form or (2) by mailing the ballot to the address listed on the balloting form. **This ballot must be sent so as to be received by Plaintiff's counsel no later than 5 p.m. EDT on June 23, 2016.**

    b.    If a Defendant notifies the Plaintiff by this deadline, the Plaintiff will move the Defendant(s) in cases with total transfers equal to or less than $75,000 so requesting the change to Exhibit C to the Procedures Motion. **Should a Defendant not notify Plaintiff of its election to move to Exhibit C by the deadline, that Defendant is deemed to have waived its right to elect to change orders.**

2. The Procedures Motion also seeks to establish a procedure for the orderly mediation of adversary proceedings. Attached as Exhibit D to the Procedures Motion is a list of mediators who have agreed to the mediation fee schedule outlined in the Procedures Motion. Currently there are five (5) mediators on the mediator list. Any Defendant, regardless of total amount in controversy, who wishes to submit one additional mediator recommendation must fill out the enclosed balloting form and send it to Plaintiff's counsel either (i) by scanning the ballot and emailing it to the email address listed on the balloting form or (ii) by mailing the ballot to the address listed on the balloting form. This ballot must be sent so as to be **received by Plaintiff's counsel no later than 5 p.m. EDT on June 23, 2016.** Each adversary proceeding defendant may send **one** mediator recommendation. The mediator recommendation **must be** a mediator listed on the Register of Mediators and Arbitrators Pursuant to Rule 9019-4 of the Local Bankruptcy Rules for the District of

Delaware. The list of such mediators can be found at the following website: http://www.deb.uscourts.gov/Mediators/MediatorList.aspx. The Plaintiff will tally the submitted mediators and will add the top mediator with the most votes to the mediation panel, subject to the mediator accepting the same compensation scheme as the mediators previously selected. If the top mediator elects not to serve as a mediator, Plaintiff will contact the mediator with the next-highest number of votes.

3. **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Procedures Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served, so as to be received by the undersigned, by not later than **June 23, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline").

4. **PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Procedures Motion will be held before the Honorable Brendon L. Shannon, United States Bankruptcy Judge**,** at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **July 27, 2016 at 10:00 a.m. (ET)**. Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

5. **PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION IS NOT FILED, SERVED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE PROCEDURES MOTION WITHOUT FURTHER HEARING OR NOTICE.**

| | |
|---|---|
| Dated: June 9, 2016 | **BAYARD, P.A.** |

*/s/  Justin R. Alberto*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
　　　　gflasser@bayardlaw.com

　　　　-and-

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
　　　　gunderdahl@askllp.com
　　　　eneiger@askllp.com

*Counsel to SRC Liquidation LLC*