# Exhibit A

| Defendant Name | Adv. Number |
|---|---|
| A. Rifkin Co. | 16-50496 |
| Abel Womack, Inc. | 16-50788 |
| Above & Beyond Balloons, Inc. dba Above and Beyond Advertising | 16-50648 |
| ACCO Brands Corporation dba General Binding Corporation | 16-50752 |
| Acpo, Ltd. | 16-50649 |
| Active Electric Incorporated | 16-50650 |
| Admail West, Inc.d | 16-50519 |
| Advanced Industrial Services, Inc. | 16-50651 |
| Advantage Inc. dba Advantage Utah | 16-50793 |
| Advantage Innovations, Inc. | 16-50652 |
| Advantage Machinery Services, Inc. | 16-50791 |
| AgencyAxis LLC | 16-50795 |
| Agfa Corporation dba Pitman Co. | 16-50824 |
| Alen Security Locksmith Company, Inc. dba Alen Security Company Inc. | 16-50655 |
| Allstate Paper Box Co. | 16-50520 |
| AlphaGraphics, Inc. | 16-50796 |
| American Gourmet Group, LLC dba Gifted Expressions | 16-50868 |
| American Graphics Inc. | 16-50799 |
| American Reprographics Company, L.L.C. | 16-50522 |
| Anderson & Vreeland, Inc. | 16-50633 |
| Apex Business Systems Inc. | 16-50495 |
| Appvion, Inc. | 16-50525 |
| Ariba, Inc. | 16-50526 |
| Arlington Printing and Stationers, Inc. dba Apex Color | 16-50523 |
| Artwear Embroidery, Inc. | 16-50658 |
| Aspen Imaging, LLC | 16-50805 |
| Aspen Press Company, LC | 16-50806 |
| Associated Sales & Bag Company dba Associated Bag Company | 16-50661 |
| Atmos Energy Corporation | 16-50808 |
| Austell Natural Gas System aka Austell Gas System | 16-50662 |
| Aztex Enterprises Ld. dba AZX Sport | 16-50664 |
| BagMakers, Inc. | 16-50666 |
| Bam Bams, LLC | 16-50810 |
| BAW Plastics, Inc. | 16-50811 |
| Bay State Envelope, Inc. | 16-50528 |
| Baycorr Packaging Inc. dba Heritage Paper | 16-50882 |
| Bestforms, Inc. | 16-50497 |

| Defendant Name | Adv. Number |
|---|---|
| Bey-Berk International | 16-50828 |
| Bio Star Films, LLC dba Aargus Plastics | 16-50771 |
| Black Hills Energy Arkansas Inc. fka SourceGas Arkansas, Inc. | 16-50908 |
| Blanks Printing & Imaging, Inc. | 16-50829 |
| Borax Paper Products, Inc. | 16-50667 |
| Bradford & Bigelow, Inc. | 16-50533 |
| Brainstorm Logistics, LLC | 16-50668 |
| Broder Bros., Co. dba Alphabroder | 16-50521 |
| BSP Filing Solutions | 16-50672 |
| Buck Consultants, LLC | 16-50674 |
| Business Card Systems, Inc. dba BCT Loves Park | 16-50813 |
| Business Stationery, LLC fdba Business Stationery, Inc. | 16-50498 |
| Canterbury Press, LLC | 16-50675 |
| Caroline Tinaz dba Gate Embroidery New York aka Gate NY | 16-50862 |
| Carter Brothers Security Services, LLC | 16-50499 |
| Carter Brothers Technology Group, Inc. dba CB Tech | 16-50535 |
| Central Soft Water Services Inc. | 16-50832 |
| CenturyLink, Inc. fka Qwest | 16-50879 |
| Cenveo Corporation | 16-50500 |
| Cenveo Corporation dba Discount Labels | 16-50552 |
| Certon Technologies, Inc. dba Har Adhesive Technologies | 16-50757 |
| Chicago Glue Machine & Supply Co., Inc. | 16-50678 |
| Chicago Mailing Tube Company | 16-50834 |
| Cindy Kearney dba Stitches Embroidery | 16-50912 |
| Cintas Corporation | 16-50682 |
| Circle Graphics, Inc. fdba Imagic | 16-50889 |
| Citadel Specialty Products, Inc. | 16-50684 |
| Clarke-Hook Corporation | 16-50750 |
| Clear Image, Inc. | 16-50686 |
| Cogensia, LLC | 16-50835 |
| Cohber Press, Inc. | 16-50536 |
| Columbia Gas of Ohio, Inc. | 16-50688 |
| Commerce Printing Services | 16-50837 |
| ComplyRight, Inc. dba TFP Data Systems | 16-50733 |
| Compumail Corp. | 16-50772 |
| Concur Technologies, Inc. | 16-50541 |
| Conrad Industries, Inc. dba A-B Emblem | 16-50647 |
| Con-Real, LP | 16-50538 |

| Defendant Name | Adv. Number |
|---|---|
| Consortium Companies, L.L.C. | 16-50842 |
| Constellation NewEnergy, Inc. | 16-50691 |
| ConsumerBase LLC dba Exact Data | 16-50857 |
| Contingent Network Services, LLC | 16-50542 |
| Control Group Companies, LLC | 16-50693 |
| Copyright Clearance Center, Inc. | 16-50698 |
| Crouch Industries Inc. | 16-50845 |
| Custom Deco, LLC dba Sabina | 16-50891 |
| Custom Index Inc. | 16-50543 |
| Customformed Products, Inc. | 16-50848 |
| Customgraphix Printing Corporation | 16-50501 |
| D. & J. Printing, Inc. dba Bang Printing | 16-50634 |
| Dandon Enterprises Inc. dba Fastsigns - NJ | 16-50858 |
| Danny Deaton dba D & D Service & Design | 16-50704 |
| David Michael Kelker dba Mike Kelker Machine and Tool | 16-50692 |
| Dayton Mailing Services, Inc. | 16-50546 |
| Deana Endieveri dba Northeast Stitches & Ink | 16-50804 |
| Delphax Technologies Inc. | 16-50548 |
| Deluxe Financial Services, LLC | 16-50708 |
| Design Type, Inc. | 16-50710 |
| Developertown LLC | 16-50550 |
| Diligent Board Member Services | 16-50712 |
| Direct Data Corporation | 16-50852 |
| Diversified Labeling Solutions, Inc. | 16-50502 |
| DRC, Incorporated dba The Ink Well | 16-50599 |
| Duane Benik, LLC | 16-50740 |
| Dubow Textile, Inc. | 16-50741 |
| Dunnwell Packaging, L.L.C. | 16-50854 |
| Dupli-Systems, Inc. dba Imagemaker Graphics | 16-50596 |
| Dupli-Systems, Inc. dba Ohio Cut Sheet | 16-50557 |
| DXP Enterprises, Inc. | 16-50503 |
| Dynamit Technologies, LLC | 16-50559 |
| E. I. Du Pont De Nemours and Company | 16-50856 |
| Eagle Artistic Printing, Inc. dba Teamwell USA | 16-50919 |
| Earth Color, LLC | 16-50746 |
| Ebix, Inc. dba Ebix Consulting fka PB Systems, Inc. | 16-50713 |
| EBSCO Industries, Inc. dba Crown Products Inc. | 16-50846 |
| EBSCO Industries, Inc. dba Vulcan Information Packaging | 16-50614 |

| Defendant Name | Adv. Number |
|---|---|
| Eighth Floor Promotions, L.L.C. | 16-50747 |
| Ennis, Inc. dba Falcon Business Forms Inc. | 16-50749 |
| Ennis, Inc. dba Print Xcel | 16-50836 |
| Ennis, Inc. dba PrintGraphics Inc. | 16-50717 |
| Ennis, Inc. fdba Ennis Business Forms, Inc. | 16-50577 |
| Enrique Rodriguez dba R & R Screen Printing | 16-50880 |
| Enterprise Printing & Products Corporation | 16-50578 |
| Entrust Datacard Corporation fdba Datacard Corporation | 16-50544 |
| Envelope Solutions LLC | 16-50583 |
| Envision Graphics, LLC dba Envision 3 LLC | 16-50748 |
| Epsilon Data Management, LLC | 16-50584 |
| Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc. | 16-50773 |
| Fey Industries, Inc. dba Reflectix by Fey | 16-50636 |
| Fine Line Graphics Corp. | 16-50637 |
| First-Class Presort, Inc. | 16-50585 |
| Flagship Press, Inc. | 16-50505 |
| FLEXcon Company, Inc. | 16-50506 |
| Flint Group North America Corporation dba Flint Ink Corporation | 16-50859 |
| Foremost Graphics, L.L.C. fdba Greystone Print Solutions | 16-50871 |
| FormStore Incorporated | 16-50586 |
| Fruitridge Printing & Lithograph, Inc. | 16-50587 |
| Geehan Advisory Group, Inc. dba Geehan Group | 16-50751 |
| Gemini Computers, Inc. dba Gemini Computer Dot Com | 16-50863 |
| General Marketing Solutions, LLC | 16-50588 |
| General Office Industries, Inc. dba Atlas General Office Industries | 16-50527 |
| Genoa Business Forms, Inc. | 16-50753 |
| Georgia Power Company | 16-50866 |
| Gigantic Color Incorporated | 16-50589 |
| GLJ, Inc. dba Mid Nix Snax | 16-50689 |
| Globus Printing and Packaging Company, Inc. | 16-50590 |
| Graphic Mailers, Inc. | 16-50755 |
| Graphics Terminal, Inc. | 16-50869 |
| Grupo Grafico De Mexico S.A. de C.V. | 16-50591 |
| H.B. Fuller Company | 16-50758 |
| Hannaford & Dumas, Corporation | 16-50756 |
| Harland Clarke Corp. dba MICR Express | 16-50687 |
| Hawks & Associates, Inc. dba Hawks Tag | 16-50872 |

| Defendant Name | Adv. Number |
|---|---|
| Healthcare Information and Management Systems Society dba Himss | 16-50656 |
| Henderson's Printing, Inc. dba Kunz | 16-50903 |
| Henkel Corporation | 16-50875 |
| Highland Computer Forms, Inc. | 16-50654 |
| HireRight, LLC dba HireRight, Inc. | 16-50659 |
| HM Graphics Inc. | 16-50592 |
| Hopkins Printing, Inc. | 16-50663 |
| Hospital Forms & Systems Corporation | 16-50883 |
| Houston Photographic Laboratories, Inc. dba Houston Photo Imaging | 16-50884 |
| Hudson Energy Services LLC dba Hudson Energy Services Texas | 16-50885 |
| Ideon, LLC | 16-50594 |
| IFS Filing Systems LLC | 16-50886 |
| Illinois Tool Works Inc. dba Simco-Ion | 16-50902 |
| Impresos Taino | 16-50665 |
| Independent Printing Company, Inc. | 16-50597 |
| InfoSeal LLC | 16-50598 |
| InStream, LLC | 16-50669 |
| Inter-City Printing Company, Inc. dba Madison Street Press | 16-50610 |
| International Imaging Materials, Inc. dba IIMAK Inc. | 16-50595 |
| Interstate Gas Supply, Inc. dba DPL Energy Resources | 16-50555 |
| IntraLinks, Inc. | 16-50671 |
| InVue Security Products Inc. | 16-50890 |
| Ironclad Performance Wear Corporation | 16-50892 |
| IT Xcel Consulting, LLC dba XGS.IT | 16-50518 |
| J. Kemper Matt dba Dupli Envelope and Graphics | 16-50745 |
| J.S. McCarthy Co., Inc. dba J.S. McCarthy Printers | 16-50774 |
| JDS Graphics Inc. | 16-50507 |
| Jeff Lane dba PJ Printers | 16-50547 |
| Jet Mail Services, Inc. dba Jet Mail Inc. | 16-50894 |
| JKM Trading Company dba Pro Towels Etc. | 16-50870 |
| John Q. Sherman, II | 16-50898 |
| Kahny Printing, Inc. | 16-50508 |
| Kanzaki Specialty Papers Inc. | 16-50638 |
| Kaufman & Canoles, a Professional Corporation | 16-50602 |
| Kay Toledo Tag, Inc. | 16-50603 |
| KDM Signs, Inc. dba KDM P.O.P. Solutions Group | 16-50604 |
| Kirkwood Printing Company, LLC | 16-50605 |

| Defendant Name | Adv. Number |
|---|---|
| Knepper Press Corporation | 16-50606 |
| Kobayashi Create Co., Ltd. | 16-50901 |
| Kolder, Inc. dba Numo A. Kolder Co. | 16-50807 |
| L&S Label Printing Inc. | 16-50676 |
| L. R. Lipps Impressive Printing, Inc. dba Lipps Impressive Printing | 16-50677 |
| Label Products, Inc. | 16-50673 |
| Larsen Warehousing & Distribution, Inc. | 16-50907 |
| Lefavor Envelope Company | 16-50607 |
| Lightning Printing, Inc. dba Wallace Carlson | 16-50516 |
| LinkedIn Corporation | 16-50778 |
| Logomark, Inc. | 16-50608 |
| Louisville Gas and Electric Company | 16-50780 |
| Management Analysis & Utilization, Inc. dba MAU Workforce Solutions | 16-50782 |
| Manhattan Business Forms, LLC | 16-50679 |
| Marvin Jacobs dba Ameritype | 16-50801 |
| Mastro Graphic Arts, Inc. | 16-50524 |
| Media Printing Corporation | 16-50681 |
| MetaCommunications, Inc. | 16-50683 |
| MetLife, Inc. | 16-50532 |
| Metro Flex, Inc. | 16-50784 |
| Metropolitan Group Property and Casualty Insurance Company dba Metlife Group Property and Casualty | 16-50685 |
| Milano Worldwide Corp. | 16-50787 |
| Mitsubishi Imaging (MPM), Inc. dba Mitsubishi Imaging Inc. | 16-50640 |
| Mittera Wisconsin, LLC dba Service Communications | 16-50730 |
| Monument KPG III, LLC | 16-50790 |
| Morgan Adhesives Company, LLC dba MACtac | 16-50609 |
| MR Label, Inc. | 16-50695 |
| Muller Martini Corp. | 16-50792 |
| Nasdaq OMX Corporate Solutions, LLC | 16-50794 |
| Nashua Corporation | 16-50797 |
| National Color Graphics, Inc. | 16-50696 |
| Nationwide Envelope Specialists, Inc. | 16-50534 |
| Nazdar Company | 16-50641 |
| Neenah Paper, Inc. dba Neenah Paper Mills | 16-50800 |
| Neerav Information Technology (India) Prive Limited Company | 16-50802 |
| Neil Brothers Limited | 16-50697 |

| Defendant Name | Adv. Number |
|---|---|
| NetGain Information Systems Company dba Recovery Site Logistics | 16-50723 |
| New Jersey Business Forms Manufacturing Corporation | 16-50699 |
| Novitex Enterprise Solutions, Inc. | 16-50509 |
| NuSign Supply, Inc. | 16-50809 |
| Office Depot, Inc. | 16-50700 |
| Oldes de Puerto Rico Inc. | 16-50817 |
| Olmsted-Kirk Paper Company | 16-50642 |
| Optiv Security Inc. fka Accuvant Inc. | 16-50789 |
| Pacific Cascade Distribution, Inc. | 16-50537 |
| PacifiCorp. dba Rocky Mountain Power | 16-50881 |
| Packaging Corporation of America | 16-50539 |
| Pad and Publication Assembly Corporation dba LRP&P Graphics | 16-50781 |
| Panther Solutions, LLC | 16-50702 |
| Paper Systems Incorporated | 16-50540 |
| Par-One, Inc. | 16-50705 |
| Parrot Press, Inc. | 16-50706 |
| ParsonsKellogg LLC dba Driving Impressions | 16-50853 |
| Partners Press, Inc. | 16-50707 |
| Pat & Sam International, Inc. | 16-50709 |
| Patented Acquisition Corporation dba Think Patented | 16-50734 |
| Peerless Insurance Company | 16-50545 |
| Pegasus Logistics Group, Inc. dba PLG Logistics Group ULC | 16-50827 |
| Peg-Master Business Forms, Inc. | 16-50821 |
| Performance Office Papers, Inc. | 16-50714 |
| Perimeter Painting and Decorating Inc. | 16-50822 |
| Pitney Bowes Inc. dba Purchase Power | 16-50564 |
| Polymeric Converting, LLC | 16-50549 |
| POP Displays USA, LLC | 16-50831 |
| PPG Industries, Inc. | 16-50551 |
| Pratt Industries, Inc. | 16-50833 |
| Precision Graphics, Inc. dba Precision Graphics Center | 16-50553 |
| Prepac Designs, Inc. | 16-50554 |
| Price Chopper Medical Wristbands, Inc. dba Medical ID Solutions | 16-50776 |
| Print On Spot | 16-50716 |
| PrintEdd Products, L.L.C. dba PrintEdd Products Dallas | 16-50558 |
| Printing Solutions of Kansas, Inc. | 16-50560 |
| Print-O-Tape, Inc. | 16-50556 |
| Prism Color Corporation | 16-50643 |

| Defendant Name | Adv. Number |
|---|---|
| Privatizer Technologies LLC | 16-50561 |
| Pro Source, Inc. | 16-50562 |
| Pro Tech Computer Supply, Inc. | 16-50873 |
| Progressive Printers, Inc. | 16-50563 |
| QuadriScan Inc. | 16-50876 |
| Quick Tech Graphics, Inc. | 16-50877 |
| Quinn Flags, Inc. | 16-50565 |
| Raff Printing, Inc. | 16-50566 |
| Rand Graphics, Inc. | 16-50719 |
| Raymond Leasing Corporation | 16-50720 |
| Raymond of New Jersey, LLC | 16-50721 |
| Reality Plastics, Inc. | 16-50722 |
| RedCraft Greetings Ltd. | 16-50724 |
| Reg Oklahoma Acquisition, LLC dba SSI Technologies | 16-50620 |
| Repacorp, Inc. dba Repacorp Label Products | 16-50631 |
| Reschcor, Inc. fdba Omega Plastics Corporation | 16-50819 |
| Richard Eric McCarthey aka R. Eric McCarthey | 16-50568 |
| Richard Soliz dba Print By the Minute | 16-50867 |
| Rick Kistler aka Jon E. Kistler | 16-50900 |
| River City Wood Products, LLC; and Presidential Financial Corporation | 16-50725 |
| Roundtower Technologies, LLC fdba Roundtower Technologies, Inc. | 16-50570 |
| Roy W. Begley, Jr. | 16-50888 |
| Rustic Label, Inc. | 16-50571 |
| Safety & Security Solutions, LLC dba PLE Group | 16-50715 |
| Safety-Kleen Systems, Inc. | 16-50727 |
| Salesforce.com, Inc. | 16-50572 |
| San Mar Corporation | 16-50573 |
| Satori Software Inc. | 16-50574 |
| Schiele Graphics, Inc. | 16-50575 |
| Scott Lithographing Co., Inc. | 16-50893 |
| Select Design, Ltd. | 16-50576 |
| Sentinel Capital Partners, L.L.C. dba RotoMetrics | 16-50569 |
| Sexton Printing, Inc. | 16-50579 |
| Shapco Printing, Inc. | 16-50580 |
| Shelton-Turnbull Printers, Inc. | 16-50897 |
| Sign-Zone, Inc. dba Showdown Displays | 16-50582 |
| Silver Fox Services, Inc. | 16-50899 |

| Defendant Name | Adv. Number |
|---|---|
| Simon Printing Company | 16-50601 |
| Solimar Systems, Inc.. | 16-50904 |
| Special Service Partners Corporation | 16-50619 |
| Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing | 16-50510 |
| Spinnaker Coating, LLC fdba Spinnaker Coating Inc. | 16-50511 |
| St. Joseph Print Group Inc. | 16-50728 |
| St. Regis Crystal USA, Inc. | 16-50729 |
| Star Marketing International, Inc. dba Apollo Group Inc. | 16-50803 |
| Starburst Printing & Graphics, Inc. | 16-50785 |
| Stenno Carbon Co. | 16-50731 |
| Steve's Pallets, Inc. | 16-50910 |
| Steward Printing & Advertising, Inc. | 16-50911 |
| Stylecraft Printing Co. | 16-50512 |
| Sungard Availability Services | 16-50914 |
| SVM, LP | 16-50917 |
| Sweda Company, LLC | 16-50621 |
| SwervePoint LLC | 16-50918 |
| SYNNEX Corporation | 16-50622 |
| T & B Promos, LLC | 16-50623 |
| Tape & Label Graphic Systems, Inc. | 16-50513 |
| Technicote, Inc. | 16-50624 |
| Telemark Corporation dba Telemark Diversified Graphics | 16-50920 |
| TeleNations, Inc. dba Media Tree Plastic Works | 16-50783 |
| Teraco, Inc. | 16-50921 |
| T-Formation Inc. of Tallahassee | 16-50922 |
| The Advisory Board Company | 16-50653 |
| The Connecticut Light and Power Company | 16-50690 |
| The Delta Institute | 16-50850 |
| The Envelope Printery, Inc. | 16-50504 |
| The Little Printing Company dba Quality Forms | 16-50718 |
| The Magnet Group LLC dba Magnets 4 Media | 16-50611 |
| The Marietta Group LLC | 16-50612 |
| The Travelers Companies, Inc. | 16-50737 |
| Thermo-Graphic, LLC | 16-50625 |
| Thomas M. Weissbrod | 16-50916 |
| Thomson Reuters (Tax & Accounting) Inc. | 16-50923 |
| Thornel Associates, Inc. | 16-50626 |

| Defendant Name | Adv. Number |
|---|---|
| Time's Up, Inc. dba Counterpoint and Digispec | 16-50701 |
| TKO Print Solutions, Inc. dba ThinkPrint | 16-50840 |
| TLF Graphics, Inc. | 16-50627 |
| Tobay Printing Co., Inc. | 16-50735 |
| Tom Hodge dba Chicago Dye Works; and Facteon, LLC dba Facteon, Inc. | 16-50680 |
| Tools 2 Market, LLC dba Printing & Publications | 16-50864 |
| Traction Sales and Marketing Inc. | 16-50736 |
| Trade Printers, Inc. | 16-50514 |
| Travers Printing, Inc. | 16-50924 |
| TurnKey Solutions Corporation | 16-50786 |
| Turtle Ridge Media Group, Inc. | 16-50930 |
| Tyco Integrated Security LLC | 16-50931 |
| Uline, Inc. | 16-50628 |
| United Envelope, LLC | 16-50629 |
| Universal Manufacturing Company dba Universal Printing and Manufacturing Company | 16-50515 |
| UPM Raflatac, Inc. fdba Raflatac, Inc. | 16-50567 |
| Vana Solutions LLC | 16-50630 |
| vCom Solutions, Inc. | 16-50613 |
| Vega Print, S.A. De C.V. | 16-50932 |
| Verizon Communications Inc. fdba MCI WorldCom | 16-50529 |
| Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc. | 16-50581 |
| Victor Printing, Inc. | 16-50934 |
| Walton & Co., Inc. | 16-50645 |
| Ward-Kraft, Inc. | 16-50615 |
| Wausau Coated Products, Inc. | 16-50616 |
| West Coast Paper Company | 16-50935 |
| WestRock Company fka Rock Tenn Co. | 16-50644 |
| Whitesell Corporation | 16-50742 |
| Wilcon Corporation | 16-50743 |
| WinCraft, Incorporated dba Larlu Display Tec | 16-50905 |
| Winterhawk Graphics, Inc. | 16-50936 |
| Wise Business Forms, Incorporated | 16-50617 |
| World Media Group, Inc. | 16-50937 |
| Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics | 16-50517 |

| **Defendant Name** | **Adv. Number** |
|---|---|
| Xerox Corporation dba BenefitWallet | 16-50530 |
| Zanec, Inc. | 16-50618 |
| Zebra Technologies Corporation | 16-50744 |