# BALLOT FOR DEFENDANT'S ELECTION AS TO PROCEDURES ORDER TRACK AND MEDIATOR LIST

Please provide name and adversary proceeding number of the Defendant completing this ballot:

_____        _____
Defendant Name                                                                                              Adversary Proceeding Number

**Please note:** Ballot question 1 is **only** for Defendants with cases with total amount in controversy less than or equal to $75,000.00 **All Defendants may answer ballot question number 2.**

**BALLOT QUESTION 1**: If you are currently listed on Exhibit 1 to Exhibit B to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy less than or equal to $75,000.00), which order provides for mediation prior to discovery, and you elect instead to be moved to Exhibit 2 to Exhibit C to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy greater than $75,000.00), which provides for discovery prior to mediation, you may elect to be moved to the Exhibit C by checking the box below:

☐   By checking this box, Defendant hereby requests to be moved to Exhibit 2 to Exhibit C, the Procedures Order for cases with total amount in controversy greater than $75,000.00

**BALLOT QUESTION 2:** Each Defendant is eligible to submit one (1) vote for an additional mediator to be placed on Exhibit D. The mediator suggested **must be** listed on the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4. The Plaintiff will tally the submitted mediators and will add the top mediator with the most votes to the mediation panel, subject to the mediator accepting the same compensation scheme as the mediators previously selected. The list of mediators on the roster can be found at the following website: http://www.deb.uscourts.gov/Mediators/MediatorList.aspx.

**Mediator Vote**

_____            _____
Mediator Name                                                         Firm Name


**Please return Ballot to:**

**Via mail:**

ASK LLP
Attn: Laurie N.P. Miskowiec
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**Via Email:** lmiskowiec@askllp.com

**\*\*AS INDICATED IN THE NOTICE OF MOTION, DEFENDANTS WISHING TO FILL IN THIS BALLOT MUST DO SO ON OR BEFORE JUNE 23, 2016. LATE BALLOTS WILL NOT BE MOVED TO A DIFFERENT ORDER OR COUNTED FOR MEDIATOR VOTING\*\***

{BAY:02907829v1}