## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. |  |
| SRC Liquidation LLC, | |
| Plaintiff, | Adv. No.: See Exhibit A |
| v. | |
| Defendants Listed on Exhibit A, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I Gary D. Underdahl, Esquire, hereby certify that on June 9, 2016 a copy of *Plaintiff's Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By SRC Liquidation LLC, Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused to be served on the following via First Class Mail to the persons on the attached service list.

Dated: June 9, 2016                    **ASK LLP**

*/s/ Gary D. Underdahl*
Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
         gunderdahl@askllp.com
         eneiger@askllp.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

*-and-*

**BAYARD, P.A.**

Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
       gflasser@bayardlaw.com

*Counsel to SRC Liquidation LLC*

Thomas Gavin, Chief Executive Officer
**Anderson & Vreeland, Inc.**
15348 US Highway 127 Ew
Bryan, OH  43506

Rick Roddis, President
**Apex Business Systems Inc.**
3451 Jupiter Court
Oxnard, CA  93030

Paul Lantz, President
**A. Rifkin Co.**
1400 Sans Souci Parkway
Wilkes Barre, PA  18703

Edwin Caldie
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
(Counsel for **D. & J. Printing, Inc. dba
Bang Printing**)

Larry Webb, Esq.
Law Office of Larry Webb
484 Mobil Avenue, Suite 43
Camarillo, CA  93010
(Counsel for **Bestforms, Inc.**)

Lauren Newman, Esq.
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL  60603
(Counsel for **Bio Star Films, LLC dba
Aargus Plastics**)

Brad Wolf, President
**Business Stationery, LLC fdba Business
Stationery, Inc.**
4944 Commerce Parkway
Cleveland, OH  44128

John Carter, President
**Carter Brothers Security Services, LLC**
3015 R N Martin Street
Atlanta, GA  30344

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ  85014
(Counsel for **Cenveo Corporation**)

Dana G. Rickard, President
**Compumail Corp.**
298 Captain Lewis Drive
Southington, CT  06489

Michael McGrath, Esq.
Ravich, Meyer, Kirkman, McGrath &
Nauman
80 South 8th, 4545 IDS Center
Minneapolis, MN  55402
(Counsel for **Customgraphix Printing
Corporation**)

Robert V. Hakman, RegAgt/President
**Diversified Labeling Solutions, Inc.**
1285 Hamilton Parkway
Itasca, IL  60143

David R. Little, President
**DXP Enterprises, Inc.**
7272 Pinemont
Houston, TX  77040

Dan Iannotti, Esq.
Law Office of Dan Iannotti
1475 Club Drive
Bloomfield Hills, MI  48302
(Counsel for **The Envelope Printery, Inc.**)

Timothy Wilson, RegAgt/Principal
**Ernest Packaging dba Ernest Packaging
Solutions; and Bayou Packaging, Inc.**
5777 Smithway St.
Commerce, CA  90040

Mike Fey, Chief Executive Officer
**Fey Industries, Inc. dba Reflectix by Fey**
200 4th Ave. N.
Edgerton, MN  56128

Jennifer Maffett-Nickelm, Esq.
Thompson Hine LLP
10050 Innovation Drive Suite 400
Dayton, OH  45342
(Counsel for **Fine Line Graphics Corp.**)

Wayne F. Simmons, Jr., Esq.
Morris, Rossi & Hayes
32 Chestnut Street
Andover, MA  01810
(Counsel for **Flagship Press, Inc.**)

Edward Kosmowski, Esquire
Clark Hill Thorp Reed
824 N. Market street, Suite 710
Wilmington, DE  19801
(Counsel for **FLEXcon Company, Inc.**)

Kenneth Baum, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
25 Main Street
Hackensack, NJ  07602
(Counsel for **JDS Graphics Inc.**)

Richard Tardiff, President
**J.S. McCarthy Co., Inc. dba J.S. McCarthy
Printers**
15 Darin Drive
Augusta, ME  04330

Douglas Lutz, Esq.
Frost Brown Todd LLC
3300 Great American tower
Cincinnati, OH  45202
(Counsel for **Kahny Printing, Inc.**)

Stephen P. Hefner, President
**Kanzaki Specialty Papers Inc.**
20 Cummings Street
Ware, MA  01082

Joshua Sachs, Esq.
Henderson Sachs, P.A.
8240 Exchange Drive, Suite C6
Orlando, FL  32809
(Counsel for **Price Chopper Medical
Wristbands, Inc. dba Medical ID Solutions**)

Hiroyuki Hoshino, Chief Executive Officer
**Mitsubishi Imaging (MPM), Inc. dba
Mitsubishi Imaging Inc.**
555 Theodore Fremd Avenue, Suite B-300
Rye, NY  10580

Jeff Thrall, Chief Executive Officer
**Nazdar Company**
8501 Hedge Lane Terrace
Shawnee, KS  66227

William Chipman, Esquire
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE  19801
(Counsel for **Novitex Enterprise Solutions,
Inc.**)

Jay Ong, Esq.
Munsch Hardt Kopf & Harr PC
303 Colorado Street, Suite 2600
Austin, TX  78701
(Counsel for **Olmsted-Kirk Paper
Company**)

Damien Tancredi
Flaster/Greenberg P.C.
1201 North Orange Street Suite 301
Wilmington, DE  19801
(Counsel for **Prism Color Corporation**)

Robert McIntosh, RegAgt/Officer
**WestRock Company fka Rock Tenn Co.**
504 Thrasher St.
Norcross, GA  30071

Adam Lefebvre, RegAgt/President
**Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing**
6019 W. Howard Street
Niles, IL  60714

Patricia Friesinger
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH  45402
(Counsel for **Spinnaker Coating, LLC fdba Spinnaker Coating Inc.**)

Paul Nunez, RegAgt/President
**Starburst Printing & Graphics, Inc.**
300 Hopping Brook Road
Holliston, MA  02038

Richard Pesci, RegAgt/President
**Stylecraft Printing Co.**
8472 Ronda Drive
Canton, MI  48187

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(Counsel for **Tape & Label Graphic Systems, Inc.**)

John Laudadio, President
**TKO Print Solutions, Inc. dba ThinkPrint**
140 Park Central Boulevard South
Pompano Beach, FL  33064

Gary E. Stewart, President
**Trade Printers, Inc.**
2122 W. Shangri La Road
Phoenix, AZ  85029

Jim Sedlak, President
**TurnKey Solutions Corporation**
12001 Cary Circle
La Vista, NE  68128

Officer, Managing Agent, Or General Agent
**Universal Manufacturing Company dba Universal Printing and Manufacturing Company**
5450 Deramus
Kansas City, MO  64120

Steven Nosek, Esquire
Attorney At Law Steven B Nosek, P.A.
2855 Anthony Lane South, Suite 201
St. Anthony, MN  55418
(Counsel for **Lightning Printing, Inc. dba Wallace Carlson**)

John Hettle, President
**Walton & Co., Inc.**
1800 Industrial Highway
York, PA  17402

Daniel Adkison, President
**Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics**
18440 NE San Rafael
Portland, OR  97230

Lawrence Kotler, Esquire
Duane Morris LLP
1540 Broadway
New York, NY  10036
(Counsel for **IT Xcel Consulting, LLC dba XGS.IT**)

Bernard Conrad, RegAgt/President
**Conrad Industries, Inc. dba A-B Emblem**
291 Merriom Avenue
Weaverville, NC  28787

Michael G. Petinge, President
**Abel Womack, Inc.**
1 International Way
Lawrence, MA  01843

Michael Chaklos, Owner
**Above & Beyond Balloons, Inc. dba Above and Beyond Advertising**
2400 Pullman Street
Santa Ana, CA  92705

Mark Moedritzer, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
(Counsel for **Optiv Security Inc. fka Accuvant Inc.**)

Benjamin Heywood
Lyden Liebenthal & Chappell, Ltd.
5470 Main St. Suite 300
Sylvania, OH  43560
(Counsel for **Acpo, Ltd.**)

Jenny Holp, President
**Active Electric Incorporated**
1885 Southtown Boulevard
Dayton, OH  45439

Kathy Pescetti, President
**Admail West, Inc.d**
521 North 10th Street
Sacramento, CA  95811

Christopher Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
(Counsel for **Advanced Industrial Services, Inc.**)

Kelly Muller, President
**Advantage Innovations, Inc.**
110 Westfield Road, Suite 1
Knoxville, TN  37919

Ashley Rusher, Esq.
Blanco Tackabery Combs & Matamoros, P.A.
110 South Stratford Road, 5th Floor
Winston Salem, NC  27114
(Counsel for **Advantage Machinery Services, Inc.**)

Tom Ling, President
**Advantage Inc. dba Advantage Utah**
1600 N. Kraemer Boulevard
Anaheim, CA  92806

Julie Murphy, Esq.
Stradley Ronon Stevens & Young LLP
1000 N. West Street, Suite 1278
Wilmington, DE  19801
(Counsel for **The Advisory Board Company**)

Ronda Broughton, Principal
**AgencyAxis LLC**
567 Sutter Street
San Francisco, CA  94102

Mark Vincent, Esq.
Conrad & Vincent, Esqs.
977 Highway 33 W, Suite 101
Monroe Twp., NJ  08831
(Counsel for **Alen Security Locksmith Company, Inc. dba Alen Security Company Inc.**)

Lawrence Wertheim, Esq.
Wertheim & Geller, LLC
1405 Route 18 South, Suite 101
Old Bridge, NJ  08857
(Counsel for **Allstate Paper Box Co.**)

Dan Pantano, President
**Broder Bros., Co. dba Alphabroder**
6 Neshaminy Interplex, 6th Floor
Trevose, PA  19053

Aaron Grohs, President
**AlphaGraphics, Inc.**
215 S. State Street, #320
Salt Lake City, UT  84111

Kenneth Moyer, Esq.
Law Office of Kenneth E. Moyer, PLLC
1845 McCulloch Blvd., Suite A-10
Lake Havasu City, AZ  86403
(Counsel for **American Graphics Inc.**)

Robyn Sokol, Esq.
Brutzkus Gubner LLP
21681 Oxnard Street, Suite 500
Woodland Hills, CA  91367
(Counsel for **American Reprographics**
**Company, L.L.C.**)

Marvin Jacobs, Owner
**Marvin Jacobs dba Ameritype**
5929 Dorothy Drive
North Olmsted, OH  44070

Richard Ghelerter, RegAgt/President
**Arlington Printing and Stationers, Inc. dba**
**Apex Color**
200 N. Lee Street
Jacksonville, FL  32204

Officer, Managing Agent, Or General Agent
**Star Marketing International, Inc. dba**
**Apollo Group Inc.**
1650 W. Artesia Boulevard
Gardena, CA  90248

Kevin Gilligan, Chief Executive Officer
**Appvion, Inc.**
825 Wisconsin Avenue
Appleton, WI  54912

David McCormick, President
**Ariba, Inc.**
210 6th Avenue
Pittsburgh, PA  15222

Gerald Davis, Officer
**Artwear Embroidery, Inc.**
621 Indeneer Drive, Suite A
Kernersville, NC  27284

Sarah Schultz, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
(Counsel for **Aspen Imaging, LLC**)

Steven B. Evans, RegAgt/Officer
**Aspen Press Company, LC**
9423 South 670 West
Sandy, UT  84070

Herb Rubenstein, President
**Associated Sales & Bag Company dba**
**Associated Bag Company**
400 W. Boden Street
Milwaukee, WI  53207

Luis Marini, Esq.
O'Neill & Borges LLC
250 Avenue Munoz Rivera, Suite 800
San Juan, PR  00918
(Counsel for **General Office Industries, Inc.**
**dba Atlas General Office Industries**)

Joe Marshall, Esquire
Marshall Law
5001 Spring Valley Road Suite 400
Dallas, TX  75244
(Counsel for **Atmos Energy Corporation**)

Rob Register, Officer
**Austell Natural Gas System aka Austell**
**Gas System**
2838 Joe Jerkins Boulevard
Austell, GA  30168

Grant Gillard, President
**Aztex Enterprises Ld. dba AZX Sport**
925 Century Drive
Burlington, ON  L7L 5J8

Maribeth Sandford, President
**BagMakers, Inc.**
6606 S. Union Road
Union, IL  60180

William Warren, Officer
**Bam Bams, LLC**
4355 Ridgewood Center Drive
Woodbridge, VA  22192

James Slovonic, President
**BAW Plastics, Inc.**
2148 Century Drive
Jefferson Hills, PA  15025

David Luongo, President
**Bay State Envelope, Inc.**
440 Chauncy Street
Mansfield, MA  02048

Thomas G. McNeany, III, President
**Business Card Systems, Inc. dba BCT
Loves Park**
12306 Empire Street
Loves Park, IL  61111

Ursula Burns, President
**Xerox Corporation dba BenefitWallet**
45 Glover Avenue
Norwalk, CT  06850

KRIKOR MESHEFEJIAN, Esq
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd
Los Angeles, CA  90067
(Counsel for **Bey-Berk International**)

Thomas Leron Blanks, RegAgt/President
**Blanks Printing & Imaging, Inc.**
2343 North Beckley Avenue
Dallas, TX  75208

Marc Borak, Chief Executive Officer
**Borax Paper Products, Inc.**
1390 Spofford Avenue
Bronx, NY  10474

John D. Glligan, RegAgt/President
**Bradford & Bigelow, Inc.**
3 Perkins Way
Newburyport, MA  01950

Marc Farbstein, Principal
**Brainstorm Logistics, LLC**
19 Chaplin Road, Building B
Pine Brook, NJ  07058

Steve Frank, Chief Executive Officer
**BSP Filing Solutions**
123 Pilsudski Street
Kosciusko, MS  39090

Elizabeth Lohmeyer, Principal
**Buck Consultants, LLC**
485 Lexington Avenue, 10th Floor
New York, NY  10017

Gary Marsh, Esquire
Dentons US LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA  30308
(Counsel for **Canterbury Press, LLC**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(Counsel for **Carter Brothers Technology
Group, Inc. dba CB Tech**)

Officer, Managing Agent, Or General Agent
**Central Soft Water Services Inc.**
107 W. Main Street
Coldwater, OH  45828

Spiros Alikakos, Esq.
Skoubis Mantas LLC
1300 West Higgins Road, Suite 209
Park Ridge, IL  60068
(Counsel for **Chicago Glue Machine &
Supply Co., Inc.**)

Keith Shimon, RegAgt/President
**Chicago Mailing Tube Company**
400 N. Leavitt Street
Chicago, IL  60612

Tom Hodge, Owner
**Tom Hodge dba Chicago Dye Works; and
Facteon, LLC dba Facteon, Inc.**
18 North State Street
Elgin, IL  60123

James Phillip Holloman, President
**Cintas Corporation**
6800 Cintas Boulevard
Cincinnati, OH  45262

Ronald R. Garrison, RegAgt/President
**Citadel Specialty Products, Inc.**
657 Wolverine Drive, Suite 3
Aurora, IL  60504

Gregory Smith, RegAgt/President
**Clear Image, Inc.**
5611 N. 54th Avenue
Glendale, AZ  85301

Daniel Winter, Esq.
Law Offices of Daniel J. Winter
53 W. Jackson Boulevard, Suite 718
Chicago, IL  60604
(Counsel for **Cogensia, LLC**)

Eric C. Webber, President
**Cohber Press, Inc.**
1000 John Street
West Henrietta, NY  14692

Dan A. Creekmur, President
**Columbia Gas of Ohio, Inc.**
290 W. Nationwide Bouelvard
Columbus, OH  43215

Gil Caravantes, RegAgt/Officer
**Commerce Printing Services**
322 North 12th Street
Sacramento, CA  95811

Gerald B. Alley, President
**Con-Real, LP**
1900 Ballpark Way, Suite 110
Arlington, TX  76006

Elena Donio, President
**Concur Technologies, Inc.**
601 108th Avenue NE, Suite 1000
Bellevue, WA  98004

Gregory B. Butler, Officer
**The Connecticut Light and  Power Company**
107 Selden Street
Berlin, CT  06037

Lawrence Solomon, Officer
**Consortium Companies, L.L.C.**
400 Raritan Center Parkway
Edison, NJ  08837

Mark Huston, President
**Constellation NewEnergy, Inc.**
10 S. Dearborn Street, 49th Floor
Chicago, IL  60603

Reuel Ash, Esq.
Ulmer Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
(Counsel for **Contingent Network Services, LLC**)

Russell Burnside
Greenberg Dauber
One Gateway Center, Suite 600
Newark, NJ  07102
(Counsel for **Control Group Companies, LLC**)

Joseph Alen, President
**Copyright Clearance Center, Inc.**
222 Rosewood Drive
Danvers, MA  01923

Edwin Hamilton, RegAgt/President
**Time's Up, Inc. dba Counterpoint and Digispec**
5825 El Camino Road
Las Vegas, NV  89118

Brady Rife, Esq.
McNeely Stephenson
2150 Intelliplex Drive, Suite 100
Shelbyville, IN  46176
(Counsel for **Crouch Industries Inc.**)

Tim Collins, President
**EBSCO Industries, Inc. dba Crown Products Inc.**
5724 Highway 280 East
Birmingham, AL  35242

Paul Pochepan, Esq.
Hogan Willig
2410 North Forest Road, Suite 301
Amherst, NY  14068
(Counsel for **Custom Index Inc.**)

Mike Schindler, President
**Customformed Products, Inc.**
645 Precision Court
Miamisburg, OH  45342

David Galle, Esq.
Fox Rothschild LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN  55402
(Counsel for **Entrust Datacard Corporation fdba Datacard Corporation**)

R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Pl. 6th Fl.
Wilmington, DE  19899
(Counsel for **Dayton Mailing Services, Inc.**)

Patricia Downing, Esq.
Law Office of Patricia J. Downing, LLC
1244 Nilles Road, Suite 9
Fairfield, OH  45014
(Counsel for **Danny Deaton dba D & D Service & Design**)

Dieter Schilling, Chief Executive Officer
**Delphax Technologies Inc.**
6100 W. 110th Street
Bloomington, MN  55438

Bill Schleizer, President
**The Delta Institute**
35 East Wacker Drive, Suite 1200
Chicago, IL  60601

Anthony C. Scarfone, Officer
**Deluxe Financial Services, LLC**
3680 Victoria Street North
Shoreview, MN  55126

Sheryl McHugh, President
**Design Type, Inc.**
1670 Spectrum Drive
Lawrenceville, GA  30043

Michael Cloran, RegAgt/Officer
**Developertown LLC**
5255 Winthrop Avenue
Indianapolis, IN  46220

Brian Stafford, Chief Executive Officer
**Diligent Board Member Services**
1385 Broadway, 19th Floor
New York, NY  10018

Scott Hudson, RegAgt/Officer
**Direct Data Corporation**
5475 Fulton Industrial Bouelvard
Atlanta, GA  30336

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ  85014
(Counsel for **Cenveo Corporation dba Discount Labels**)

Kristi Doughty, Esquire
McCabe Weisberg & Conway, P.C.
1407 Foulk Road, Suite 102 Foulkstone Plaza
Wilmington, DE  19803
(Counsel for **Interstate Gas Supply, Inc. dba DPL Energy Resources**)

Tom Kellogg, Officer
**ParsonsKellogg LLC dba Driving Impressions**
1 Noyes Avenue, Building A
Rumford, RI  02916

Brian Kidwell, Esq.
Kidwell Law Office
4601 Excelsior Boulevard, Suite 500
St. Louis Park, MN  55416
(Counsel for **Duane Benik, LLC**)

Robert Dubow, Chief Executive Officer
**Dubow Textile, Inc.**
455 Lincoln Avenue NE
Saint Cloud, MN  56304

Kathy Dunn, Owner
**Dunnwell Packaging, L.L.C.**
590 Supreme Drive
Bensenville, IL  60106

J. Kemper Matt, Owner
**J. Kemper Matt dba Dupli Envelope and Graphics**
6761 Thompson Road North
Syracuse, NY  13211

Steve Beranek, Esq.
Corsaro & Associates
28039 Clemens Road
Westlake, OH  44145
(Counsel for **Dupli-Systems, Inc. dba Ohio Cut Sheet**)

Matt Dopkiss, Officer
**Dynamit Technologies, LLC**
274 Marconi Boulevard, Suite 300
Columbus, OH  43215

Robert Kashan, President
**Earth Color, LLC**
249 Pomeroy Road
Parsippany, NJ  07054

Leslie Heilman, Esq.
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
(Counsel for **E. I. Du Pont De Nemours and Company**)

Dave Willis, President
**Eighth Floor Promotions, L.L.C.**
One Visions Parkway
Celina, OH  45822

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Ennis, Inc. fdba Ennis Business Forms, Inc.**)

Russell D. Raskin, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI  02906
(Counsel for **Enterprise Printing & Products Corporation**)

Martin Tasch
Momkus McClusky, LLC
1001 Warrenville Road, Suite 500
Lisle, IL  60532
(Counsel for **Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc.**)

Vincent Calo, Esq.
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Avenue, Suite 1800
Cleveland, OH  44115
(Counsel for **Envelope Solutions LLC**)

Kevin Franz, President
**Envision Graphics, LLC dba Envision 3 LLC**
225 Madsen Drive
Bloomingdale, IL  60108

Eric Seitz
Akin Gump Strauss Hauer & Field, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
(Counsel for **Epsilon Data Management, LLC**)

Larry Organ, Chief Executive Officer
**ConsumerBase LLC dba Exact Data**
33 N. Dearborn Street, Suite 200
Chicago, IL  60602

Keith S. Walters, Chief Executive Officer
**Ennis, Inc. dba Falcon Business Forms Inc.**
2441 Presidential Parkway
Midlothian, TX  76065

Daniel Haber, Officer
**Dandon Enterprises Inc. dba Fastsigns - NJ**
476 Route 75
Red Bank, NJ  07701

J. Trevor Johnston, Esq
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC  28202
(Counsel for **First-Class Presort, Inc.**)

William B. Miller, President
**Flint Group North America Corporation
dba Flint Ink Corporation**
14909 N. Beck Road
Plymouth, MI  48170

Paul Edwards, RegAgt/President
**FormStore Incorporated**
1614 Headland Drive
Fenton, MO  63026

Edward C. Zigo, III, President
**Clarke-Hook Corporation**
14506 Lee Road, Suite E
Chantilly, VA  20151

Brya Keilson
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
(Local Counsel for **Fruitridge Printing &
Lithograph, Inc.**)

Steven Felderstein, Esq.
Felderstein, Fitzgerald, Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
(Counsel for **Fruitridge Printing &
Lithograph, Inc.**)

Caroline Tinaz, Owner
**Caroline Tinaz dba Gate Embroidery New
York aka Gate NY**
1121 Lincoln Ave., #F
Holbrook, NY  11741

Robert Hanseman, Esq.
Sebaly Shillito & Dyer, A Legal Pro. Assoc.
1900 Kettering Tower; 40 N. Main St.
Dayton, OH  45423
(Counsel for **Geehan Advisory Group, Inc.
dba Geehan Group**)

Iri Rozie, Chief Executive Officer
**Gemini Computers, Inc. dba Gemini
Computer Dot Com**
166-08 Union Turnpike
Flushing, NY 11366

Boris Elisman, President
**ACCO Brands Corporation dba General
Binding Corporation**
Four Corporate Drive
Lake Zurich, IL  60047

James Thomson, Officer
**General Marketing Solutions, LLC**
7500 Golden Triangle Drive
Eden Prairie, MN  55344

Phillip Paulson, RegAgt/President
**Genoa Business Forms, Inc.**
445 Park Avenue
Sycamore, IL  60178

Paul W. Bowers, Chief Executive Officer
**Georgia Power Company**
241 Ralph McGill Blvd. NE Bin #10090
Atlanta, GA  30308

Sheila Shectman, Chief Executive Officer
**American Gourmet Group, LLC dba**
**Gifted Expressions**
574 Hartford Turnpike Rd.
Shrewsbury, MA  01545

Counsel McCullen, Esq,
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA  30339
(Counsel for **Gigantic Color Incorporated**)

Mark Phillips, Esq.
Benesch, Friedlander, Coplan & Aronoff,
LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
(Counsel for **Globus Printing and**
**Packaging Company, Inc.**)

Rhonda W. Clarke, RegAgt/Officer
**Graphic Mailers, Inc.**
116 Landmark Dr.
Greensboro, NC  27409

Edmund Grant, Principal
**Graphics Terminal, Inc.**
136 N. Saint Claire St., #100
Dayton, OH  45402

Mark Oosting, RegAgt/President
**Foremost Graphics, L.L.C. fdba Greystone**
**Print Solutions**
2921 Wilson Drive Northwest
Grand Rapids, MI  49534

Officer, Managing Agent, Or General Agent
**Grupo Grafico De Mexico S.A. de C.V.**
Calle Acacias 410, Granjas, 31160
Chihuahua, Chih., Mexico
,

Stephen Bryer, President
**Hannaford & Dumas, Corporation**
26 Conn Street
Woburn, MA  01801

Joseph Cerino, President
**Certon Technologies, Inc. dba Har**
**Adhesive Technologies**
60 South Park Ave.
Bedford, OH  44146

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(Counsel for **Hawks & Associates, Inc. dba**
**Hawks Tag**)

James J. Owens, Chief Executive Officer
**H.B. Fuller Company**
1200 Willow Lake Bouelvard
St. Paul, MN  55110

Jerry Perkins, President
**Henkel Corporation**
One Henkel Way
Rocky Hill, CT  06067

John R. Tatun, RegAgt/Principal
**Baycorr Packaging Inc. dba Heritage**
**Paper**
6850 Brisa Street
Livermore, CA  94550

Dennis Manes, Officer
**Highland Computer Forms, Inc.**
1025 West Main Street
Hillsboro, OH  45133

H. Stephen Lieber, RegAgt/Officer
**Healthcare Information and Management**
**Systems Society dba Himss**
33 West Monroe St., Suite 1700
Chicago, IL  60603

John Fennelly, Chief Executive Officer
**HireRight, LLC dba HireRight, Inc.**
3349 Michelson Drive, Suite 150
Irvine, CA  92612

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **HM Graphics Inc.**)

Thomas Fawkes, Esquire
Goldstein & McClintock LLLP
208 South LasSAlle Street, Suite 1750
Chicago, IL  60604
(Counsel for **HM Graphics Inc.**)

Leon Friedberg, Esq.
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, OH  43215
(Counsel for **Hopkins Printing, Inc.**)

Michael Martin, President
**Hospital Forms & Systems Corporation**
8719 Diplomacy Row
Dallas, TX  75247

Steve Hogan, RegAgt/President
**Houston Photographic Laboratories, Inc.
dba Houston Photo Imaging**
5250 Gulfton St., #3B
Houston, TX  77081

Abe Grohman, President
**Hudson Energy Services LLC dba Hudson
Energy Services Texas**
4 Executive Boulevard, Suite 301
Airmont, NY  10901

William Tauriello, Esq.
Law Office of William G. Tauriello
63 Main Street, SUite 204
Flemington, NJ  08822
(Counsel for **Ideon, LLC**)

Paul Pochepan, Esq.
Hogan Willig
2410 North Forest Road, Suite 301
Amherst, NY  14068
(Counsel for **IFS Filing Systems LLC**)

Henry Baer, Esquire
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT  06901
(Counsel for **International Imaging
Materials, Inc. dba IIMAK Inc.**)

Steve Beranek, Esq.
Corsaro & Associates
28039 Clemens Road
Westlake, OH  44145
(Counsel for **Dupli-Systems, Inc. dba
Imagemaker Graphics**)

Michael Wildermuth, Esq.
Nevers, Palazzo, Packard, Wildermuth &
Wynner, PC
31248 Oak Crest Drive, Suite 100
Westlake Village, CA  91361
(Counsel for **Circle Graphics, Inc. fdba
Imagic**)

Officer, Managing Agent, Or General Agent
**Impresos Taino**
Road 172 L-8, Villaa Nueva
Caguas, PR  00725

Robert Charles, Esq.
Law Firm of Conway, Olejniczak & Jerry,
S.C.
231 S. Adams Street
Green Bay, WI  54305
(Counsel for **Independent Printing
Company, Inc.**)

David Harnett, Partner
**InfoSeal LLC**
1825 Blue Hills Circle
Roanoke, VA  24012

Erin Pfefferle, Esquire
Allen Kuehnle Stovall & Nueman LLP
17 South High Street, Suite 1220
Columbus, OH  43215
(Counsel for **DRC, Incorporated dba The
Ink Well**)

Mark Hinson, Officer
**InStream, LLC**
240 Great Circle Road, Suite 342
Nashville, TN  37228

Ronald Hovsepian, Chief Executive Officer
**IntraLinks, Inc.**
150 E. 42nd Street, 8th Floor
New York, NY  10017

James K. Sankey, RegAgt/Officer
**InVue Security Products Inc.**
15015 Lancaster Highway
Charlotte, NC  28277

Jeffrey Cordes, President
**Ironclad Performance Wear Corporation**
1920 Hutton Court, Suite 300
Farmers Branch, TX  75234

Joseph Costigan, President
**Jet Mail Services, Inc. dba Jet Mail Inc.**
577 Main Street
Hudson, MA  01749

Officer, Managing Agent, Or General Agent
**John Q. Sherman, II**
250 Glenridge Road
Dayton, OH  45429

Officer, Managing Agent, Or General Agent
**Rick Kistler aka Jon E. Kistler**
830 Lake Avenue
Saint Marys, OH  45885

William R. Van Buren, III, President
**Kaufman & Canoles, a Professional
Corporation**
150 West Main Street, Suite 2100
Norfolk, VA  23510

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Kay Toledo Tag, Inc.**)

Jason Stitt, Esq.
Keating, Muething & Klekamp PLL
One E. 4th St., Suite 1400
Cincinatti, OH  45202
(Counsel for **KDM Signs, Inc. dba KDM
P.O.P. Solutions Group**)

Louis DiFronzo, Jr., Esq.
Seyfarth Shaw LLP
Two Seaport Lane Suite 300
Boston, MA  02210
(Counsel for **Kirkwood Printing Company,
LLC**)

Jeffrey Medio, Esq.
Medio Law Firm
6 Hopkins Law Firm
Woodbury, NJ  08096
(Counsel for **Knepper Press Corporation**)

Tomonari Kobayashi, President
**Kobayashi Create Co., Ltd.**
115 Kitatakane, Ogakie-Cho, Kariya-Shi,
Aichi-Ken, Japan 448-8656
,

Thomas R. Henderson, President
**Henderson's Printing, Inc. dba Kunz**
813 Green Avenue
Altoona, PA  16602

Jesse Blanco, Esq.
Law Offices of Jesse Blanco
7406 Garden Grove
San Antonio, TX  78250
(Counsel for **Label Products, Inc.**)

Burkhard Geissler, Esq.
Geissler Law Office, P.C.
6845 Weaver Road, Suite 100
Rockford, IL  61114
(Counsel for **L&S Label Printing Inc.**)

Richard J. Pope, Chief Executive Officer
**WinCraft, Incorporated dba Larlu Display Tec**
1124 W. 5th St.
Winona, MN  55987

Larry Larsen, Officer
**Larsen Warehousing & Distribution, Inc.**
11685 E. 53rd Ave.
Denver, CO  80239

Jim Lafavor, RegAgt/President
**Lefavor Envelope Company**
2550 South 900 West
South Salt Lake, UT  84119

Jeff Weiner, Chief Executive Officer
**LinkedIn Corporation**
2029 Stierlin Ct.
Mountain View, CA  94043

Arita Bohannan, Esq.
Bohannan & Rogers
1201 Williams Boulevard
Kenner, LA  70062
(Counsel for **L. R. Lipps Impressive Printing, Inc. dba Lipps Impressive Printing**)

Matthew Brooks, Esq.
Troutman Sanders, LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308
(Counsel for **Logomark, Inc.**)

Sarah Abner, Esquire
Frost Brown Tood LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202
(Counsel for **Louisville Gas and Electric Company**)

Joan Buehler, RegAgt/President
**Pad and Publication Assembly Corporation dba LRP&P Graphics**
1165 Marlkress Rd., Suite M
Cherry Hill, NJ  08003

Lisa Gretchko, Esq.
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI  48067
(Counsel for **Morgan Adhesives Company, LLC dba MACtac**)

Jeff Curl, Esq.
JC Law Group PC
1900 S. Norfolk Street, Suite 350
San Mateo, CA  94403
(Counsel for **Inter-City Printing Company, Inc. dba Madison Street Press**)

Scott Potter, Officer
**The Magnet Group LLC dba Magnets 4 Media**
7 Chamber Drive
Washington, MO  63090

Nick Devito, Officer
**Manhattan Business Forms, LLC**
130 West 42nd Street, #706
New York, NY  10036

Eric Douthit, RegAgt/Officer
**The Marietta Group LLC**
2170 Hoover Road
Nashville, IN  47448

David Ross, Esq.
Ross & Gould-Ross
16 East Main Street, Suite 440
Rochester, NY  14614
(Counsel for **Mastro Graphic Arts, Inc.**)

Randall Hatcher, RegAgt/Officer
**Management Analysis & Utilization, Inc. dba MAU Workforce Solutions**
501 Greene Street
Augusta, GA  30901

Darrell Clark
Stinson Leonard Street
1775 Pennsylvania Ave. NW, Suite 800
Washington, DC  20006
(Counsel for **Verizon Communications Inc.
fdba MCI WorldCom**)

James H. Grubman, President
**Media Printing Corporation**
4300 N. Powerline Rd.
Pompano Beach, FL  33073

William Grassmyer, RegAgt/Officer
**TeleNations, Inc. dba Media Tree Plastic
Works**
77 East Halsey Road
Parsippany, NJ  07054

Bob Long, Chief Executive Officer
**MetaCommunications, Inc.**
201 East Washington Street, Suite 401
Iowa City, IA  52240

Steven A. Kandarian, Chief Executive Officer
**MetLife, Inc.**
1095 Avenue of the Americas
New York, NY  10036

Catherine Rein, President
**Metropolitan Group Property and
Casualty Insurance Company dba Metlife
Group Property and Casualty**
700 Quaker Ln.
Warwick, RI  02886

Scott Terry, Owner
**Metro Flex, Inc.**
3304 Encrete Lane
Dayton, OH  45439

Charles Dawson, Officer
**Harland Clarke Corp. dba MICR Express**
1021 Main Street, Suite 1150
Houston, TX  77002

Officer, Managing Agent, Or General Agent
**GLJ, Inc. dba Mid Nix Snax**
999 S. Oyster Bay Road, Building 500
Bethpage, NY  11714

David Michael Kelker, Owner
**David Michael Kelker dba Mike Kelker
Machine and Tool**
4905 W. State Route 571
West Milton, OH  45383

Adam Wasch, Esq.
Wasch Raines LLP
2500 N. Military Trail, Suite 465
Boca Raton, FL  33431
(Counsel for **Milano Worldwide Corp.**)

Officer, Managing Agent, Or General Agent
**Monument KPG III, LLC**
150 Monument Rd.
Bala Cynwyd, PA  19004

Patrick Meehan, President
**MR Label, Inc.**
5018 Gray Rd.
Cincinnati, OH  45232

Werner Naegeli, Chief Executive Officer
**Muller Martini Corp.**
40 Rabro Drive
Hauppauge, NY  11788

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE  19899
(Counsel for **Nasdaq OMX Corporate
Solutions, LLC**)

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ  85014
(Counsel for **Nashua Corporation**)

Jeffrey Hughes, RegAgt/President
**National Color Graphics, Inc.**
1755 Williamstown Road
Erial, NJ  08081

Michael Lieberman, Esq.
Lieberman, Gies & Cohen, PLLC
31313 Northwestern Hwy
Farmington Hills, MI  48334
(Counsel for **Nationwide Envelope
Specialists, Inc.**)

John O'Donnell, Chief Executive Officer
**Neenah Paper, Inc. dba Neenah Paper
Mills**
3460 Preston Ridge Road, Suite 600
Alpharetta, GA  30005

Ravinder Chitturi, Officer
**Neerav Information Technology (India)
Prive Limited Company**
105, Prim Rose, Serene County, L&T
Infocity, Gacchibowli INDIA
Hyderabad, Telangana,   500032

Shinel Bhagi, Officer
**Neil Brothers Limited**
91 Soho Hill, Hockley, Birmingham B19
1AY, UK
,

David Harnett, RegAgt/President
**New Jersey Business Forms Manufacturing
Corporation**
55 W. Sheffield Avenue
Englewood, NJ  07631

Deana Endieveri, Owner
**Deana Endieveri dba Northeast Stitches &
Ink**
95 Main Street
South Glens Falls, NY  12803

Charles Meyer, RegAgt/President
**Kolder, Inc. dba Numo A. Kolder Co.**
1601 North Closner
Edinburg, TX  78541

Benny Wantah, RegAgt/Owner
**NuSign Supply, Inc.**
1933 W. Mission Boulevard
Pomona, CA  91766

Roland Smith, Chief Executive Officer
**Office Depot, Inc.**
6600 North Military Trail
Boca Raton, FL  33496

Officer, Managing Agent, Or General Agent
**Oldes de Puerto Rico Inc.**
350 Calle D Urb Ind'l Minillas
Bayamon, PR  00959

Tom Reschly, President
**Reschcor, Inc. fdba Omega Plastics
Corporation**
2123 Blakesley Parkway
Bristol, IN  46507

Dale Shoemaker, RegAgt/President
**Pacific Cascade Distribution, Inc.**
5002 D Street NW, Suite 106
Auburn, WA  98001

Scott Blakeley, Esq.
Blakeley & Blakeley
18500 Von Karman Avenue, 5th Floor
Irvine, CA  92612
(Counsel for **Packaging Corporation of
America**)

Daryl Jackson, President
**Panther Solutions, LLC**
1001 Lee Road
Rochester, NY  14606

Stephen Watring, Esq.
Dunlevey, Mahan & Furry
110 North Main Street  STE 1000
Dayton, OH  45402
(Counsel for **Paper Systems Incorporated**)

Ronald Miller, RegAgt/President
**Par-One, Inc.**
3807 King Avenue
Cleveland, OH  44114

Anne Simerman, Esq.
Barrett & McNagny
215 E. Berry Street
Fort Wayne, IN 46801
(Counsel for **Parrot Press, Inc.**)

J. Scanlin, President
**Partners Press, Inc.**
98 Highland Avenue
Oaks, PA 19456

Philip Yiu, President
**Pat & Sam International, Inc.**
301 Oxford Valley Road, Suite 403B
Yardley, PA 19067

Robin Raina, President
**Ebix, Inc. dba Ebix Consulting fka PB
Systems, Inc.**
1 Ebix Way
Johns Creek, GA 30097

Linn Herron, Vice President
**Peerless Insurance Company**
175 Berkeley Street
Boston, MA 02116

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Peg-Master Business Forms,
Inc.**)

Russell Defauw, Chief Executive Officer
**Performance Office Papers, Inc.**
21565 Hamburg Avenue
Lakeville, MN 55044

Daniel Jones, Chief Executive Officer
**Perimeter Painting and Decorating Inc.**
200 Galleria Pkwy, Suite 80
Atlanta, GA 30339

Scott Zuber, Esquire
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
(Counsel for **Agfa Corporation dba Pitman
Co.**)

Beth Gaschen, Esq.
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
(Counsel for **Jeff Lane dba PJ Printers**)

Ira Thomsen
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH 45066
(Counsel for **Safety & Security Solutions,
LLC dba PLE Group**)

Kenneth C. Beam, RegAgt/President
**Pegasus Logistics Group, Inc. dba PLG
Logistics Group ULC**
306 Airline Drive, Suite 100
Coppell, TX 75019

Allison Carr
Bernstein-Burkley, P.C.
707 Grant St. Suite 2200
Pittsburgh, PA 15219
(Counsel for **Polymeric Converting, LLC**)

Ed Wohlwender, Chief Executive Officer
**POP Displays USA, LLC**
555 Tuckahoe Rd.
Yonkers, NY 10710

Mark Lindsay, Esq.
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
(Counsel for **PPG Industries, Inc.**)

Brian McPheely, Chief Executive Officer
**Pratt Industries, Inc.**
1800-C Sarasota Business Parkway
Conyers, GA 30013

Michael Harris, Esquire
Pagel, Davis & Hill, P.C
1415 Louisianna, 22nd Floor
Houstan, TX  77002
(Counsel for **Precision Graphics, Inc. dba
Precision Graphics Center**)

Manuel Mendez, Chief Executive Officer
**Prepac Designs, Inc.**
25 Abner Place
Yonkers, NY  10704

Carl Walliser, President
**Print-O-Tape, Inc.**
20665 Driftwood Court
Mundelein, IL  60060

Officer, Managing Agent, Or General Agent
**Print On Spot**
1835 MacArthur Boulevard NW
Atlanta, GA  30318

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Ennis, Inc. dba Print Xcel**)

Darrell Stracener, Officer
**PrintEdd Products, L.L.C. dba PrintEdd
Products Dallas**
2641 Forum Drive
Grand Prairie, TX  75052

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Ennis, Inc. dba PrintGraphics
Inc.**)

Jerome Elian, Principal
**Tools 2 Market, LLC dba Printing &
Publications**
1728 Foxwood Drive
Jamison, PA  18929

Richard Soliz, Owner
**Richard Soliz dba Print By the Minute**
3030 Tularosa Avenue
El Paso, TX  79903

Tracey Ohm, Esq.
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC  20006
(Counsel for **Printing Solutions of Kansas,
Inc.**)

Lyndel Anne Vargas, Esq.
Cavazos, Hendricks, Poirot & Smitham, P.C.
900 Jackson Street, Suite 570
Dallas, TX  75202
(Counsel for **Privatizer Technologies LLC**)

Danielle Embree, RegAgt/President
**Pro Source, Inc.**
109 W. Historic Columbia River Highway
Troutdale, OR  97060

Kevin A. Nord, President
**JKM Trading Company dba Pro Towels
Etc.**
565 Epsilon Dr.
Pittsburgh, PA  15238

Denis Blasius, Esq.
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH  45066
(Counsel for **Progressive Printers, Inc.**)

Scott Nicholson, President
**Pro Tech Computer Supply, Inc.**
122 Industrial Park Road
Sterling, CT  06377

Marc Lautenbach, President
**Pitney Bowes Inc. dba Purchase Power**
3001 Summer Street
Stamford, CT  06926

Roger Blanchette, Jr., President
**QuadriScan Inc.**
6600 Rue Saint-Urbain, Suite 102  CANADA
Montreal, QC  H2S 3G8

Nathaniel Funderburg, Esq.
McCulloch, Felger, Fite & Gutmann Co.,
LPA
123 Market Street
Piqua, OH  45356
(Counsel for **The Little Printing Company dba Quality Forms**)

Christopher Felker, President
**Quick Tech Graphics, Inc.**
408 Sharis Road
Springboro, OH  45066

Matt Quinn, President
**Quinn Flags, Inc.**
581 West Chestnut Street
Hanover, PA  17331

Glen F. Post, III, President
**CenturyLink, Inc. fka Qwest**
100 CenturyLink Drive
Lakeshore, LA  71203

Robert Garvin, Esq.
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA  15219
(Counsel for **Raff Printing, Inc.**)

Rebecca A. Norris, President
**UPM Raflatac, Inc. fdba Raflatac, Inc.**
55 Shuman Boulevard, Suite 400
Naperville, IL  60563

Enrique Rodriguez, Owner
**Enrique Rodriguez dba R & R Screen Printing**
10313 Market Street
Houston, TX  77029

Randy Vautravers, President
**Rand Graphics, Inc.**
500 S. Florence Street
Wichita, KS  67209

Edward Rompala, Chief Executive Officer
**Raymond Leasing Corporation**
20 South Canal Street
Greene, NY  13778

Clifford Sneyers, RegAgt/Officer
**Raymond of New Jersey, LLC**
1000 Brighton Street
Union, NJ  07083

C. Michael Kvistad, Esq.
Anderson Hunter Law Firm
2707 Colby Avenue, Suite #1001
Everett, WA  98206
(Counsel for **Reality Plastics, Inc.**)

Michael Minnich, Officer
**NetGain Information Systems Company dba Recovery Site Logistics**
220 Reynolds Avenue
Bellefontne, OH  43311

Anita Atwal, Esq.
Alexander Holburn Beaudin + Lang LLP
2700 - 700 West Georgia Street
Vancouver, BC  V7Y 1B8
(Counsel for **RedCraft Greetings Ltd.**)

Rick M. Heinl, RegAgt/President
**Repacorp, Inc. dba Repacorp Label Products**
31 Industry Park Court
Tipp City, OH  45371

Officer, Managing Agent, Or General Agent
**Richard Eric McCarthey aka R. Eric McCarthey**
2930 Willow Green Court
Roswell, GA  30076

Ryan Spicer, RegAgt/Owner
**River City Wood Products, LLC; and**
**Presidential Financial Corporation**
19885 Detroit Road, #200
Rocky River, OH  44116

Cindy Crane, President
**PacifiCorp. dba Rocky Mountain Power**
825 NE Multnomah, Suite 1800
Portland, OR  97232

David S. Lobel, Managing Partner
**Sentinel Capital Partners, L.L.C. dba**
**RotoMetrics**
330 Madison Avenue, 27th Floor
Manhattan, NY  10017

Stephen West, Officer
**Roundtower Technologies, LLC fdba**
**Roundtower Technologies, Inc.**
4555 Lake Forest Drive, Suite 220
Cincinnati, OH  45242

Officer, Managing Agent, Or General Agent
**Roy W. Begley, Jr.**
147 Beverly Place
Dayton, OH  45419

Steve Dagenhart, President
**Rustic Label, Inc.**
113 Railroad Avenue
Fort Mill, SC  29715

Donald Heroman, President
**Custom Deco, LLC dba Sabina**
1343 Miami Street
Toledo, OH  43605

Jerry Correll, President
**Safety-Kleen Systems, Inc.**
2600 North Central Expressway, Suite 400
Richardson, TX  75080

Pierre Ness, Vice President
**St. Joseph Print Group Inc.**
1165 Kenaston Street
Ottawa, ON  K1G 6S1

Richard Firkser, President
**St. Regis Crystal USA, Inc.**
271 Yorktech Drive
Markham, ON  L6G 1A6

Keith Block, President
**Salesforce.com, Inc.**
The Landmark @ One Market Street, Suite
300
San Francisco, CA  94105

Tereza Simonyan
Lane, Powell, Spears, Lubersky
1420 5th Avenue, Suite 4200 P.O. Box 91302
Seattle, WA  98111
(Counsel for **San Mar Corporation**)

Dale Garrett, President
**Satori Software Inc.**
1301 5th Avenue, Suite 2200
Seattle, WA  98101

Michelle Novick, Esq.
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL  60606
(Counsel for **Schiele Graphics, Inc.**)

Phillip Scott, RegAgt/Officer
**Scott Lithographing Co., Inc.**
1870 Tucker Industrial Rd.
Tucker, GA  30084

Afi Ahmadi, Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
Burlington, VT  05402
(Counsel for **Select Design, Ltd.**)

Kayla Britton, Esquire
Faegre baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN  46240
(Counsel for **Mittera Wisconsin, LLC dba**
**Service Communications**)

Steven Antolak, Esq.
Antolak & Ongeri
4124 Quebec Avenue North, Suite 308
Minnaepolis, MN  55427
(Counsel for **Sexton Printing, Inc.**)

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **Shapco Printing, Inc.**)

Thomas Fawkes, Esquire
Goldstein & McClintock LLLP
208 South LasSAlle Street, Suite 1750
Chicago, IL  60604
(Counsel for **Shapco Printing, Inc.**)

Howard Levine, Esq.
Sussman, Shank, LLP
1000 Southwest Broadway, Suite 1400
Portland, OR  97205
(Counsel for **Shelton-Turnbull Printers, Inc.**)

Kurt Anderson, Esquire
Kurt M. Anderson Attorney at Law
P.O. Box 15667
minneapolis, MN  55415
(Counsel for **Sign-Zone, Inc. dba Showdown Displays**)

Kathy S. Greene, President
**Silver Fox Services, Inc.**
155 Trent Shores Dr.
New Bern, NC  28562

David Doyle, Esquire
Shaw Fishman
321 N. Clark St., Suite 800
Chicago, IL  60654
(Counsel for **Illinois Tool Works Inc. dba Simco-Ion**)

Jeffrey Hirsch, Esq.
Schlanger, Silver, Barg & Paine LLP
109 North Post Oak Lane, Suite 300
Houston, TX  77024
(Counsel for **Simon Printing Company**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(Counsel for **Solimar Systems, Inc..**)

Linden R. Evans, President
**Black Hills Energy Arkansas Inc. fka SourceGas Arkansas, Inc.**
655 East Millsap Dr.
Fayetteville, AR  72703

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Special Service Partners Corporation**)

Ron E. Goade, Sr., RegAgt/Officer
**Reg Oklahoma Acquisition, LLC dba SSI Technologies**
1027 Waterwood Parkway
Edmond, OK  73034

Valerie Christianson, President
**Stenno Carbon Co.**
6600 N. St. Louis
Portland, OR  97203

Paul Refior, Esq.
Refior Law Office
347 North Buffalo Street
Warsaw, IN  46580
(Counsel for **Steve's Pallets, Inc.**)

Kevin Lee Steward, RegAgt/President
**Steward Printing & Advertising, Inc.**
10775 Sanden Drive
Dallas, TX  75238

Dean Falavolito, Esquire
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA  15219
(Counsel for **Cindy Kearney dba Stitches Embroidery**)

Andrew Stern, Chief Executive Officer
**Sungard Availability Services**
680 E. Swedesford Road
Wayne, PA  19087

Marshall Reavis, Chief Executive Officer
**SVM, LP**
3727 Ventura Drive
Arlington Heights, IL  60004

Jim Hagan, RegAgt/President
**Sweda Company, LLC**
475 E. Duarte Road
Monrovia, CA  91016

Kevin Phoenix, RegAgt/Officer
**SwervePoint LLC**
75 Sylvan Street, B-203
Danvers, MA  01923

Katie Deuben, Esquire
Synnex Corporation
39 Pelham Ridge Drive
Greenville, SC  29615
(Counsel for **SYNNEX Corporation**)

Jian Zhou, Officer
**T & B Promos, LLC**
2025 E. Beltline SE, Suite 408
Grand Rapids, MI  49546

Julia Leung, RegAgt/President
**Eagle Artistic Printing, Inc. dba Teamwell USA**
10277 Shireoaks Lane
Boca Raton, FL  33498

Edward Kosmowski, Esquire
Clark Hill Thorp Reed
824 N. Market street, Suite 710
Wilmington, DE  19801
(Counsel for **Technicote, Inc.**)

Thomas J. Thomasma, RegAgt/Officer
**Telemark Corporation dba Telemark Diversified Graphics**
411 McKee St.
Sturgis, MI  49091

Stephen McCartin, Esquire
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower 1601 Elm Street
Dallas, TX  75201
(Counsel for **Teraco, Inc.**)

Michael Bist, Esq.
Gardner, Bist, Bowden, Bush, Dee, LaVia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL  32308
(Counsel for **T-Formation Inc. of Tallahassee**)

Susan Drenning, Chief Executive Officer
**ComplyRight, Inc. dba TFP Data Systems**
1725 Roe Crest Drive
North Mankato, MN  56003

Katherine Mayer, esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE  19801
(Counsel for **Thermo-Graphic, LLC**)

Casey Cantrell Swartz, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
(Counsel for **Patented Acquisition Corporation dba Think Patented**)

Officer, Managing Agent, Or General Agent
**Thomas M. Weissbrod**
270 Monroe Concord Road
Troy, OH  45373

Brian Peccarelli, President
**Thomson Reuters (Tax & Accounting) Inc.**
2395 Midway Road
Carrollton, TX  75006

Anthony Wichhart, RegAgt/President
**Thornel Associates, Inc.**
1961 University Lane
Lisle, IL  60532

Kelly Griffith
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, NY  13202
(Counsel for **TLF Graphics, Inc.**)

Robert Rogers Sr., Chief Executive Officer
**Tobay Printing Co., Inc.**
1361 Marconi Blvd.
Copiague, NY  11726

Greg Malpass, Chief Executive Officer
**Traction Sales and Marketing Inc.**
2700 Production Way, Suite 500
Burnaby, BC  V5A 0C2

Jay S. Fishman, Chief Executive Officer
**The Travelers Companies, Inc.**
485 Lexington Avenue
New York, NY  10017

Ellen Courtemanche, RegAgt/President
**Travers Printing, Inc.**
32 Mission Street
Gardner, MA  01440

James Holzer, RegAgt/Officer
**Turtle Ridge Media Group, Inc.**
700 W. 190th St.
Gardena, CA  90248

Mark Vandover, President
**Tyco Integrated Security LLC**
4700 Exchange Court, Suite 300
Boca Raton, FL  33431

Elizabeth Uihlein, President
**Uline, Inc.**
12575 Uline Drive
Pleasant Prairie, WI  53158

Robert Fishbein, President
**United Envelope, LLC**
4890 Spring Grove Avenue
Cincinnati, OH  45232

Srujal K. Sheth, Officer
**Vana Solutions LLC**
4027 Colonel Gleen Highway, Suite 110
Beavercreek, OH  45431

Gary Storm, Chief Executive Officer
**vCom Solutions, Inc.**
12657 Alcosta Boulevard, Suite 418
San Ramon, CA  94583

Officer, Managing Agent, Or General Agent
**Vega Print, S.A. De C.V.**
12 De Octubre 2609, Adolfo Lopez Lopez
Mateos  MEXICO
Monterrey, N.L.,   64380

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(Counsel for **Victor Printing, Inc.**)

Derek Meek, Esq.
Burr & Forman LLP
420 North 20th Street, 3100 South Trust
Tower
Birmingham, AL  35203
(Counsel for **EBSCO Industries, Inc. dba
Vulcan Information Packaging**)

Stephen Dexter, Esq.
Lathrop & Gage LLP
950 17th Street, Suite 2400
Denver, CO  80202
(Counsel for **Ward-Kraft, Inc.**)

Benjamin T. Reif, RegAgt/President
**Wausau Coated Products, Inc.**
825 S. 77th Avenue
Wausau, WI  54402

Tom Groves, President
**West Coast Paper Company**
6703 S. 234th St., Suite 120
Kent, WA  98032

Neal Whitesell, President
**Whitesell Corporation**
2703 E. Avalon Avenue
Muscle Shoals, AL  35661

Patricia Friesinger, Esq.
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH  45402
(Counsel for **Wilcon Corporation**)

Glenn D. Solomon
Offit Kurman
8 Park Center Court Suite 200
Owing Mills, MD  21117
(Counsel for **Winterhawk Graphics, Inc.**)

Mark Duedall
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
Atlanta, GA  30309
(Counsel for **Wise Business Forms, Incorporated**)

Joseph A. Mellentine, RegAgt/President
**World Media Group, Inc.**
6737 E. 30th St.
Indianapolis, IN  46219

Ravi Seshagiri, President
**Zanec, Inc.**
860 Worcester Road, Suite 200
Framingham, MA  01702

Anders Gustafsson, President
**Zebra Technologies Corporation**
475 Half Day Road, Suite 500
Lincolnshire, IL  60069