## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the date stated below, a copy of the foregoing

**RESPONSE IN OPPOSITION BY IMAGEMAKER GRAPHICS TO STANDARD REGISTER INC.'S FOURTH (4TH) OMNIBUS OBJECTION TO SECTION 503(b)(9) CLAIMS** was served upon the parties referenced below via CM/ECF.

| | |
|---|---|
| Matthew P. Austria, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, DE  19899 | Phillip Bohl, Esquire<br>Abigail McGibbon, Esquire<br>Gray, Plant, Mooty, Mooty & Bennet, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402 |
| | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**<br><br>*/s/ Thomas D. Walsh*<br>Thomas D. Walsh (DE #3783)<br>Nemours Building<br>1007 North Orange Street, Suite 600<br>P.O. Box 8888<br>Wilmington, DE 19899<br>Tel: 302-552-4325; Fax: 302-552-4340<br>TDWalsh@mdwcg.com |
| Dated:  June 9, 2016 | *Counsel for ImageMaker Graphics* |

LEGAL/103094748.v1