IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

SRC Liquidation, LLC
        Debtor,

No. 15-10541 (BLS)

**REPLY TO DEBTOR'S FOURTH (4TH) OMNIBUS OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

SRC Liquidation, LLC
        Debtor,

No. 15-10541 (BLS)

**REPLY TO DEBTOR'S FOURTH (4TH) OMNIBUS OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

AND NOW comes CREDITOR Triangle Systems in response to "Debtor's Fourth (4th) Omnibus Objection to Section 503(B)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1".

1. Debtor objects to the Disputed Claims listed on Exhibit D to the proposed Order. Debtor's argument is that goods were not delivered to Debtor. This is misleading.

2. Goods were *indeed* delivered pursuant to Debtor's instructions. Whether Debtor ordered such goods delivered to its own premises or that of another does not constitute a failure to deliver such goods. The goods were delivered exactly where Debtor requested that they be delivered and at significant expense to the Creditor.

3. Debtor's attempt to state that it never received the goods underlying the debt incurred is misleading to the court. Debtor is well aware that it ordered such goods and instructed Creditor to deliver them at Debtor's sole direction.

4. Debtor's Objections should be dismissed.

/Frank Renda
Triangle Systems
300 Bilmar Dr #100
Pittsburgh, PA 15205
(412) 455-6558

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served by first-class mail, postage prepaid in accordance with the relevant rules on the following:

Matthew P. Austria, Esq.
300 Delaware Avenue, 13th Floor
PO BOX 25046
Wilmington, DE 19899

Phillip Bohl, Esq.
Gray, Plant, Mooty, Mooty and Bennet
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19899

June 9, 2016

Frank Renda
Triangle Systems
300 Bilmar Dr #100
Pittsburgh, PA 15205
(412) 455-6558