## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 23rd day of June 2016, I caused a true and correct copy of the foregoing **Objection of Stylecraft Printing Co. to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code** to be served upon the parties listed below in the manner indicated.

| *Via Hand Delivery* | *Via First Class Mail, Postage Pre-Paid* |
|---|---|
| Justin R. Alberto, Esq. | ASK LLP |
| Gregory J. Flasser, Esq. | Joseph L. Steinfeld, Jr., Esq. |
| Bayard, P.A. | Gary D. Underdahl, Esq. |
| 222 Delaware Avenue, Suite 900 | Edward E. Neiger, Esq. |
| Wilmington, DE 19899 | 2600 Eagan Woods Drive, Suite 400 |
|  | St. Paul, MN 55121 |

Under penalty of perjury, I declare the foregoing is true and correct.

/s/ R. Stephen McNeill
R. Stephen McNeill (DE Bar No. 5210)

1227211v.1