## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 23rd day of June 2016, I caused a true and correct copy of the foregoing **Objection of Morgan Adhesives Company, LLC d/b/a MACtac to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code** to be served upon the parties listed below in the manner indicated.

| *Via Hand Delivery* | *Via First Class Mail, Postage Pre-Paid* |
|---|---|
| Justin R. Alberto, Esq. | ASK LLP |
| Gregory J. Flasser, Esq. | Joseph L. Steinfeld, Jr., Esq. |
| Bayard, P.A. | Gary D. Underdahl, Esq. |
| 222 Delaware Avenue, Suite 900 | Edward E. Neiger, Esq. |
| Wilmington, DE 19899 | 2600 Eagan Woods Drive, Suite 400 |
| | St. Paul, MN 55121 |

Under penalty of perjury, I declare the foregoing is true and correct.

_R. Stephen McNeill_
R. Stephen McNeill (DE Bar No. 5210)

1227212v.1