## **CERTIFICATE OF SERVICE**

I, Maria Aprile Sawczuk, hereby certify that on June 23, 2016, I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service* to be served upon counsel listed below via first class mail, and electronically through the Court's CM/ECF System:

| | |
|---|---|
| Justin R. Alberto, Esq.<br>Gregory J. Flasser, Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Joseph L. Steinfeld, Jr., Esq.<br>Gary D. Underdahl, Esq.<br>Edward F. Neiger, Esq.<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN  55121 |

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)