**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

NOTICE IS HEREBY GIVEN that the undersigned hereby enters an appearance on behalf of BSP Filing Solutions (the "*Creditor*"), and pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, demands that all notices given or required to be given and all papers served or required to be served be directed to the following:

| | |
|---|---|
| Thomas R. Fawkes, Esq.<br>Brian J. Jackiw<br>Goldstein & McClintock LLLP<br>208 South LaSalle Street, Suite 1750<br>Chicago, Illinois 60604<br>Telephone: (312) 337-7700<br>Facsimile: (312) 277-2305 / 3315<br>Email: tomf@goldmclaw.com<br>         brianj@goldmclaw.com | Maria Aprile Sawczuk, Esq.<br>Goldstein & McClintock LLLP<br>1201 N. Orange Street, Suite 7380<br>Wilmington, Delaware 19801<br>Telephone: (302) 444-6710<br>Facsimile: (302) 444-6709<br>Email: marias@restructuringshop.com |

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by electronic or conventional mail, personal or express delivery, telephone, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of the Creditor.  Pursuant to Bankruptcy

Rule 3017, the foregoing request specifically includes any disclosure statement or plan of reorganization which may be filed in this case.

This notice is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right. This notice is not intended, nor shall it be deemed, to be a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter; nor is it a consent to or waiver of any right to a jury trial which might be available on any issue during the course of these proceedings, all of which rights are expressly reserved.

| | |
|---|---|
| Dated: June 23, 2016 | Goldstein & McClintock LLLP |
| | */s/ Maria Aprile Sawczuk* <br> Maria Aprile Sawczuk (No. 3320) <br> 1201 North Orange Street, Suite 7380 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 444-6710 <br> Facsimile: (302) 444-6709 <br> E-Mail: marias@restructuringshop.com |
| | *Attorneys for BSP Filing Solutions* |

4818-8363-4737, v. 1