# EXHIBIT A
### [Reclassified Benefits Claims]

53390233.1

| | | | | |
|---|---|---|---|---|
| 1 | Merica, Fred | 1418 | 6/4/2015 | Priority Claim: $12,475.00 (set by prior objection) General Unsecured Claim: $185,417.00 (set by prior objection) | General Unsecured Claim: $197,892.00 | Claim no. 1418 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 2 | Ferreira, James | 1692 | 6/9/2015 | Priority Claim: $12,475.00 (set by prior objection) 503(b)(9) Claim: $134,560.00 General Unsecured Claim: $256,645.00 (set by prior objection) | General Unsecured Claim: $134,560.00 | Claim no. 1692 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code and section 503(b)(9) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 3 | Greve, Gregory, J | 2289 | 7/8/2015 | Priority Claim: $4,153.11 (set by prior objection) General Unsecured Claim: $185,417.00 (set by prior objection) | General Unsecured Claim: $29,353.11 | Claim no. 2289 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and claimant received postpetition payments on account of benefits earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |