**EXHIBIT B**
**[Reclassified Supplemental Severance Claims]**

53390233.1

| | Name | | | | |
|---|---|---|---|---|---|
| 1 | Barton, Beth A. | 524 | 4/7/2015 | Prioirty Claim: $5,792.00 General Unsecured Claim: $5,792.00 | The Claim is for outstanding supplemental severence pay based on length of service through 12/26/14. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 2 | Bumgarner, Chad T. | 1619 | 6/8/2015 | Prioirty Claim: $12,090.00 General Unsecured Claim: $12,090.00 | The Claim is for outstanding supplemental severence pay based on length of service through 2/13/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Collins, Billie J. | 1211 | 5/26/2015 | Prioirty Claim: $8,430.50 | General Unsecured Claim: $8,430.50 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/29/15.  To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied.  Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 4 | Dowdle, Loretta | 650 | 4/15/2015 | Prioirty Claim: $6,556.00 | General Unsecured Claim: $6,556.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/16/15.  To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied.  Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 5 | Eifert, Brenda | 202 | 3/30/2015 | Prioirty Claim: $4,564.78 | Priorty Claim: $652.11<br>General Unsecured Claim: $3,912.67 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/27/15. Only $652.11 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $622.11 and the remainder of the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 6 | Feagin, Thomas L. | 595 | 4/21/2015 | Prioirty Claim: $452.80 | General Unsecured Claim: $452.80 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/29/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 7 | Freeman, Larry D. | 2008 | 6/26/2015 | Priority Claim: $1,577.60 | General Unsecured Claim: $1,577.60 | The Claim is for outstanding supplemental serverence pay based on length of service through 11/17/14. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 8 | Garbe, Sharon R. | 541 | 4/15/2015 | Prioirty Claim: $5,490.80 | Priority Claim: $1,568.80 General Unsecured Claim: $3,922.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/27/15. Only $1,568.80 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $1,568.80 and the remainder of the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| # | Name | Claim # | Date | Claim Amount | Reclassified Claim Amount and Classification | Reason for Modification |
|---|---|---|---|---|---|---|
| 9 | Hardin, Kelly T. | 1252 | 6/1/2015 | Prioirty Claim: $6,000.00 | General Unsecured Claim: $6,000.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 10 | Hartness, Ricky Alan | 252 | 3/31/2015 | Prioirty Claim: $7,403.90 | Prioirty Claim: $2,115.40 General Unsecured Claim: $5,288.50 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/27/15. Only $2,115.40 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $2,115.40 and the remainder of the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 11 | Hartsough, Arlene E | 886 | 5/18/2015 | Prioirty Claim: $12,475.00 General Unsecured Claim: $3,392.15 | General Unsecured Claim: $15,867.15 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 12 | Hooks, Odene M. | 419 | 4/14/2015 | Prioirty Claim: $12,475.00 General Unsecured Claim: $6,277.50 | General Unsecured Claim: $18,752.50 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/6/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Hucker, Steven A | 473 | 4/9/2015 | Priority Claim: $800.40 | General Unsecured Claim: $800.40 | The Claim is for outstanding supplemental serverence pay based on length of service concluding in 2014. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 14 | King, Terry S. | 514 | 4/6/2015 | Prioirty Claim: $3,209.60 | General Unsecured Claim: $3,209.60 | The Claim is for outstanding supplemental serverence pay based on length of service through 12/5/14. To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 15 | Landis, Harry F. | 327 | 4/3/2015 | Prioirty Claim: $7,634.68 | General Unsecured Claim: $7,634.68 | The Claim is for outstanding supplemental serverence pay based on length of service through 12/26/14. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 16 | Little, James W. | 320 | 4/2/2015 | Prioirty Claim: $5,468.71 | General Unsecured Claim: $5,468.71 | The Claim is for outstanding supplemental serverence pay based on length of service through 12/5/14. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Lopez, Ralph Anthony | 518 | 4/7/2015 | Priority Claim: $5,666.82 | General Unsecured Claim: $5,666.825.792.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 18 | Minton, Charles Keith | 426 | 4/13/2015 | Prioirty Claim: $12,475.00 General Unsecured Claim: $421.00 | Priority Claim: $1,612.00 General Unsecured Claim: $11,284.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/20/15. Only $1,612.00 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $1,612.00 and the remainder of the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 19 | Pham, Charles | 276 | 3/31/2015 | Prioirty Claim: $2,029.00 | General Unsecured Claim: $2,029.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 20 | Post, Todd J. | 555 | 4/22/2015 | Prioirty Claim: $12,475.00 General Unsecured Claim: $6,582.76 | Prioirty Claim: $2,382.22 General Unsecured Claim: $16,675.54 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/27/15. Only $2,382.22 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $2,382.22 and the remainder of the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 21 | Sale, Eddie J. | 192 | 3/30/2015 | Prioirty Claim: $4,732.80<br><br>General Unsecured Claim: $4,732.80 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 22 | Sinclair, Sharon L. | 1261 | 6/2/2015 | Prioirty Claim: $3,694.40<br><br>General Unsecured Claim: $3,694.40 | The Claim is for outstanding supplemental serverence pay based on length of service. To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 23 | Sprague, Lorie E. | 367 | 4/1/2015 | Priority Claim: $12,475.00<br>General Unsecured Claim: $4,482.00 | General Unsecured Claim: $16,957.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 24 | Summitt, Timothy R. | 1319 | 6/2/2015 | Prioirty Claim: $12,475.00 | General Unsecured Claim: $12,475.00 | The Claim is for outstanding supplemental serverence pay based on length of service. To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circumstances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Thicklin, Christopher | 1099 | 5/27/2015 | Prioirty Claim: $4,120.40 | General Unsecured Claim: $4,120.40 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/30/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 26 | Thornburg, Christopher | 828 | 5/12/2015 | Prioirty Claim: $3,162.72 | General Unsecured Claim: $3,162.720 | The Claim is for outstanding supplemental serverence pay based on length of service through 12/12/14. To the extent any obligations were earned during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | | |
|---|---|---|---|---|---|
| 27 | Wheeler, Tommy Sean | 309 | 4/1/2015 | Priority Claim: $11,545.60 | Priority Claim: $1,443.20<br>General Unsecured Claim: $10,102.40 | The Claim is for outstanding supplemental serverence pay based on length of service through 2/20/15. Only $1,443.20 was "earned" during the 180-day period prior to the Petition Date. Accordingly, the priority component is reduced to $1,443.20 and the remainder of the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |
| 28 | Woods, Philip T. | 451 | 4/13/2015 | Priority Claim: $5,468.71 | General Unsecured Claim: $5,468.71 | The Claim is for outstanding supplemental serverence pay based on length of service thorugh 1/5/15. To the extent any obligations were "earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |

| | | | | |
|---|---|---|---|---|
| 29 | Yawn, Jerry L. | 1187 | 5/28/2015 | Prioirty Claim: $10,960.00 | General Unsecured Claim: $10,960.00 | The Claim is for outstanding supplemental serverence pay based on length of service through 1/16/15. To the extent any obligations were" earned" during the 180-day period prior to the Petition Date, those obligations were satisfied. Thus, priority treatment of the Claim is not warranted under the circustances. Accordingly, the priority component is reclasified as a general unsecured claim in the amount set forth in the column labaled "Reclassified Claim Amount and Classification." |