# EXHIBIT C
## [Other No Liability Claims]

53390233.1

| | | | | | |
|---|---|---|---|---|---|
| 1 | Glosson Dorothy | SRC Liquidation LLC | 7/6/2015 | 2150 | $125,000.00 | The claim is for an annuity purchased by claimant from the Great American Insurance Company/Financial Resources. Claimant's request does not constitute a claim for which the Debtor is responsible for. |