## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Hearing Date: June 29, 2016 at 10:30 a.m. (ET)** <br> **Response Deadline: June 9, 2016 at 4:00 p.m. (ET)** <br><br> **Re: Docket No. <u>1984</u>** |

### CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

The undersigned hereby certifies as follows:

1.     On May 24, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1984] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as June 9, 2016 at 4:00 p.m. (ET) (the "Response Deadline")[2].

2.     Prior to the Response Deadline, SRI received the Response [Docket No. 1992; Filed: 6/9/16] of ImageMaker Graphics [Claim No. 223] to the Objection. This matter has been continued to the next omnibus hearing on July 27, 2016 at 10:00 a.m. Exhibit C to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 223.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]     The Response Deadline has been extended to July 15, 2016 at 4:00 p.m. (ET) as to JBR Industrial Services, LLC, and Kirkwood Direct.

3.      Also prior to the Response Deadline, SRI received the Response [Docket No. 1994; Filed: 6/14/16] of Triangle Systems [Claim No. 594] to the Objection. This matter has been continued to the next omnibus hearing on July 27, 2016 at 10:00 a.m. Exhibit A to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 594.

4.      Also prior to the Response Deadline, SRI received the Response [Docket No. 1998] of American Reprographics Co. [Claim No. 1734] to the Objection. This matter has been continued to the next omnibus hearing on July 27, 2016 at 10:00 a.m. Exhibit C to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 1734.

5.      Also prior to the Response Deadline, SRI received an informal response from JBR Industrial Services, LLC ("JBR") [Claim No. 2013] to the Objection. This matter has been continued to the next omnibus hearing on July 27, 2016 at 10:00 a.m. Exhibit A to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 2013. JBR's Response Deadline to the Objection has been extended to July 15, 2016.

6.      Also prior to the Response Deadline, SRI received an informal response from Kirkwood Direct ("Kirkwood") [Claim No. 52]. This matter has been continued to the next omnibus hearing on July 27, 2016 at 10:00 a.m. Exhibits B and C to the Proposed Form of Order attached hereto as Exhibit 1have been revised to remove Claim No. 52. Kirkwood's Response Deadline to the Objection has been extended to July 15, 2016.

7.      Also prior to the Response Deadline, SRI received an informal response from Constellation NewEnergy-Gas Division, LLC ("Constellation") [Claim No. 1394]. Upon further review of Claim No. 1394, SRI has agreed to withdraw the Objection as to Constellation. Exhibit D to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 1394.

8.      Also prior to the Response Deadline, SRI received an informal response from Dominion East Ohio ("Dominion") [Claim No. 1758]. Upon further review of Claim No. 1758, SRI has agreed to withdraw the Objection as to Dominion. Exhibit D to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 1758.

9.      Exhibit D to the Proposed Form of Order attached hereto as Exhibit 1has also been revised to remove the claim of Hillcrest Real Estate Development Company, LLC [Claim No. 1425] (the "Hillcrest Claim"). Upon further investigation, the Hillcrest Claim, including the asserted 503(b)(9) portion thereof, was expunged on May 24, 2016 pursuant to the *Order Sustaining Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1981].

10.     Exhibit D to the Proposed Form of Order attached hereto as Exhibit 1 has also been revised to remove the claim of James Ferreira [Claim No. 1692] (the "Ferreira Claim"]. Upon further investigation, the Ferreira Claim, including the asserted 503(b)(9) portion thereof, is subject to the *Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [D.I. 1557].

11.     The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon except for the responses noted in paragraphs two through eight of this Certification.

12.     WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Dated: June 27, 2016
Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:   (612) 632-4019
Facsimile:   (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated
Buyer Standard Register, Inc.*