# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| CARESOURCE<br><br>-and-<br><br>CARESOURCE MANAGEMENT GROUP CO.,<br><br>Plaintiffs,<br><br>v.<br><br>SRC LIQUIDATION COMPANY,<br>SR LIQUIDATION HOLDING COMPANY,<br>SR LIQUIDATION TECHNOLOGIES, INC.,<br>SR LIQUIDATION INTERNATIONAL, INC.,<br>iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC,<br><br>-and-<br><br>SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC,<br>SPCP GROUP III, LLC,<br>DLJ INVESTMENT PARTNERS, L.P.,<br>DLJ INVESTMENT PARTNERS II, L.P.,<br>DLJ IP II HOLDINGS, L.P.,<br>SPCP GROUP III LLC, SPF CDO I, LTD.,<br>SP WORKFLOW HOLDINGS, INC., | Adv. Proc. No. 15-51775 (BLS) |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

53469380.1

SILVER POINT CAPITAL FUND, L.P.

-and-

BANK OF AMERICA, N.A., as Agent and Lender, and WELLS FARGO BANK, N.A., as Lender,

        Defendants.

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2016 AT 10:30 A.M. (ET)**

\*\*\*THIS HEARING HAS BEEN CANCELLED AS THERE ARE NO MATTERS GOING FORWARD\*\*\*

**CONTINUED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline:    December 23, 2015 at 4:00 p.m. (extended to June 24, 2016 for certain parties)

    Related Document(s):

        a) Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

    Response(s) Received:    None at this time.

    Status:    This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m.

2. Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

    Objection Deadline:    December 24, 2015 at 4:00 p.m. (extended for certain parties)

    Related Document(s):    None at this time.

---

[2] **Amended items appear in bold.**

53469380.1

  Response(s) Received:  None at this time.

  Status:  This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m.

3. Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1468; Filed: 2/16/2016]

  Response Deadline:  March 1, 2016 at 4:00 p.m.

  Related Document(s):

   a) Notice of Submission of Proofs of Claim for Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1486; Filed: 3/2/2016]

   b) Order Sustaining Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection Section 503(b)(9) Claims [Docket No. 1502; Entered: 3/14/2016]

  Response(s) Received:

   a) Response of Specialty Print Communications to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/2016]

  Status:  This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m. with respect to the claim of Specialty Print Communications. This matter has been resolved with respect to all other claims.

4. Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1488; Filed: 3/3/2016]

  Response Deadline:  April 6, 2016 at 4:00 p.m.

  Related Document(s):

   a) Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1512; Filed: 3/30/2016]

      b)      Order Sustaining Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1534; Entered: 4/11/2016]

Response(s) Received:

      a)      Response by The New York State Department of Taxation and Finance in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims [Docket No. 1496; Filed: 3/7/2016]

      b)      Notice of Withdrawal of Document (Doc. #1515), Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims, and Notice of Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims (Doc. #1496) [Docket No. 1516; Filed: 4/1/2016]

      c)      Response by the Tennessee Department of Revenue to the Debtor's Eighth Omnibus Objection to Claims [Docket No. 1522; Filed: 4/6/2016]

Status:      This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m. with respect to the claim of the Tennessee Department of Revenue. This matter has been resolved with respect to all other claims.

5. Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1520; Filed: 4/4/2016]

Response Deadline:      April 20, 2016 at 4:00 p.m.

Related Document(s):

      a)      Notice of Submission of Proofs of Claim for Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1838; Filed: 5/12/2016]

      b)      Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1980; Entered: 5/24/2016]

53469380.1

Response(s) Received:

    a)     Response of Zebra Technologies to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1533; Filed: 4/11/2016]

    b)     Response of Mayer Enterprises, Inc., dba BCT Houston/Dallas to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1542; Filed: 4/18/2016]

    c)     Objection of Enterprise Printing & Products Corp. to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim [Docket No. 1548; Filed: 4/22/2016]

Status:     This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m. with respect to the claims of Zebra Technologies, Mayer Enterprises, Inc., dba BCT Houston/Dallas, and Enterprise Printing and Products Corp. An order has been entered with respect to all other claims. No hearing is necessary.

6.     Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1984; Filed: 5/24/2016]

Response Deadline:     June 9, 2016 at 4:00 p.m. (Extended to July 15, 2016 at 4:00 p.m. as to Kirkwood Direct and JBR Industrial Services, LLC, only)

Related Document(s):     None.

Response(s) Received:

    a)     ImageMaker Graphics' Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1992; Filed: 6/9/2016]

    b)     Triangle Systems' Reply to Debtor's Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1994; Filed: 6/14/2016]

53469380.1

      c)      American Reprographics Company's Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1998; Filed: 6/17/2016]

      d)      Informal Response from JBR Industrial Services, LLC

      e)      Informal Response from Kirkwood Direct

      f)      Informal Response from Constellation NewEnergy – Gas Division, LLC

      g)      Informal Response from Dominion East Ohio

Status: This matter has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m. with respect to the claims of ImageMaker Graphics, Triangle Systems, American Reprographics Co., JBR Industrial Services, LLC, and Kirkwood Direct. Standard Register, Inc. has agreed to withdraw the objection as to Constellation NewEnergy – Gas Division, LLC, and Dominion East Ohio. Standard Register, Inc. has independently determined that the objection should be withdrawn as to Bullet Line, LLC. This matter has been resolved with respect to all other claims. A revised proposed order will be submitted under certification of counsel. No hearing is necessary unless the Court directs otherwise.

7.    Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief [Adv. Proc. No. 15-51775; Docket No. 1; Filed: 10/30/2015]

Answer Deadline:        December 7, 2015 (extended to June 20, 2016)

Related Document(s):

      a)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 3; Filed: 11/5/2015]

      b)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 4; Filed: 11/5/2015]

      c)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 5; Filed: 11/5/2015]

      d)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 6; Filed: 11/5/2015]

      e)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 7; Filed: 11/5/2015]

f)  Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 8; Filed: 12/4/2015]

g)  Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 9; Filed: 12/7/2015]

h)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 10; Filed: 12/9/2015]

i)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 14; Entered: 1/4/2016]

j)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 17; Filed: 1/28/2016]

k)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 19; Entered: 1/29/2016]

l)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 21; Entered: 2/26/2016]

m)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 22; Filed: 3/9/2016]

n)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 26; Filed: 4/1/2016]

o)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 27; Entered: 4/1/2016]

p)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 32; Entered: 5/4/2016]

q)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 33; Filed: 5/5/2016]

r)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 38; Entered: 6/2/2016]

s)  Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 40; Entered: 6/21/2016]

t)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 41; Filed: 6/22/2016]

Response(s) Received:    None at this time.

53469380.1

Status: The pre-trial conference has been continued to the next omnibus hearing scheduled for July 27, 2016 at 10:00 a.m.

**MATTERS WITH CERTIFICATION OF COUNSEL OR CERTIFICATE OF NO OBJECTION**

8. Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1557; Filed: 5/3/2016]

   Response Deadline: May 20, 2016 at 4:00 p.m.

   Related Document(s):

   a) Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1996; Filed: 6/15/2016]

   b) Certification of Counsel Regarding Order Granting Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1997; Filed: 6/16/2016]

   **c) Order Sustaining Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2007; Entered: 6/27/2016]**

   Response(s) Received:

   a) Response of James W. Little to Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1977; Filed: 5/19/2016]

   Status: **An order has been entered. No hearing is necessary.**

9. Motion of SRC Liquidation, LLC for Order Extending Claim Objection Deadline [Docket No. 1990; Filed: 6/8/2016]

   Objection Deadline: June 22, 2016 at 4:00 p.m.

53469380.1

Related Document(s):

a) Certificate of No Objection Regarding Motion of SRC Liquidation, LLC for Order Extending Claim Objection Deadline [Docket No. 2005; Filed: 6/23/2016]

b) **Order Granting Motion of SRC Liquidation, LLC for Order Extending Claim Objection Deadline [Docket No. 2008; Entered: 6/27/2016]**

Response(s) Received:

a) Joinder of the SRC Secured Creditor Trust to the Motion of SRC Liquidation, LLC for Order Extending Claim Objection Deadline [Docket No. 1995; Filed: 6/14/2016]

Status: **An order has been entered.  No hearing is necessary.**

Dated: June **28**, 2016
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

 *-and -*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

9