**Exhibit A**
**Late Filed Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification | Date Filed |
|---|---|---|---|---|---|---|---|---|
| 1 | I.D. Images, LLC | 2140 | $ 37,795.69 | $ 79,529.31 | 0 | $ 79,529.31 | Late | 7/6/2015 |