**Exhibit B**
**Claims for Goods Delivered Outside of 20 Days**

| Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| 1 Acme Press Inc. D/B/A/ California Lithograph | 1147 | $ 4,028.25 | $ 4,028.25 | 0 | $ 4,028.25 | Outside of 20 days |
| 2 APPAREL GROUP LTD | 1044 | $ 4,146.56 | $ 4,146.56 | 0 | $ 4,146.56 | Outside of 20 days |
| 3 IFM Group, LLC d/b/a Via for Travel | 616 | $ 24,177.90 | $ 48,730.80 | 0 | $24,552.90 | Outside of 20 days and Drop Ship |
| 4 Spiral Binding Co., Inc. | 1162 | $ 15,869.90 | $ 34,449.36 | 0 | $34,449.36 | Outside of 20 days and Not goods |
| 5 Wendling Printing Company | 787 | $ 3,123.00 | $ 3,123.00 | 0 | $3,123.00 | Outside of 20 days |