<u>**Exhibit C**</u>
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | Bank-A-Count Corporation | 1707 | $ 6,159.73 | $ 6,159.73 | 0 | 6,159.73 | Drop Ship |
| 2 | Classic Graphics, Inc. | 1976 | $ 34,052.70 | $ 34,052.70 | 0 | 34,052.70 | Drop Ship |
| 3 | Eastern Etching & Mfg. | 1712 | 2,414.60 | 3,989.22 | 0 | $ 3,989.22 | Drop Ship |
| 4 | IFM Group, LLC d/b/a Via for Travel | 616 | $ 24,177.90 | $ 24,552.90 | 0 | 24,552.90 | Drop Ship and Outside of 20 days |
| 5 | Mastro Graphic Arts, Inc. | 502 | $ 50,729.87 | $ 100,096.15 | 0 | 100,096.15 | Drop Ship |
| 6 | Performance Label Co. | 293 | $ 188.80 | $ 349.75 | 0 | $ 349.75 | Drop Ship and Not Goods |
| 7 | Quality Incentive Company | 1182 | $ 3,887.73 | $ 20,331.82 | 0 | 20,331.82 | Drop Ship |
| 8 | Rotary Forms Press Inc. | 109 | $ 871.84 | $ 1,776.59 | 0 | $ 1,776.59 | Drop Ship and Not Goods |
| 9 | The Envelope Express (aka Victor Envelope Manufacturing | 1190 | $ 13,369.11 | $ 30,339.13 | 0 | 30,339.13 | Drop Ship |
| 10 | Tidewater Direct LLC | 577 | $ 36,719.72 | $ 88,988.69 | 0 | 88,988.69 | Drop Ship |