**Exhibit D**
**Claims Not for Goods**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | 5B's, Inc. | 261 | $ 105.00 | $ 14,058.47 | 0 | $ 14,058.47 | Not goods |
| 2 | ADK GROUP | 263 | $ 3,762.50 | $ 5,262.50 | 0 | $ 5,262.50 | Not goods |
| 3 | AMERICAN EXPEDITING | 1722 | $ 111.62 | $ 111.62 | 0 | $ 111.62 | Not goods |
| 4 | BRAEMAR MAILING SERVICE INC | 1251 | $ 171.10 | $ 2,254.90 | 0 | $ 2,254.90 | Not goods |
| 5 | Carter Brothers Technology Group, Inc. dba CBTech | 795 | $ 21,794.15 | $ 21,794.15 | 0 | $ 21,794.15 | Not goods |
| 6 | CHARLOTTE SAW/KNIFE CO | 1295 | $ 444.00 | $ 444.00 | 0 | $ 444.00 | Not goods |
| 7 | Compass Energy Gas Services, LLC | 1389 | $ 12,360.75 | $ 45,557.44 | 0 | $ 45,557.44 | Not goods |
| 8 | COX ELECTRIC | 478 | $ 22,658.36 | $ 38,714.31 | 0 | $ 38,714.31 | Not goods |
| 9 | CRUZ JANITORIAL SERVICES | 125 | $ - | $ 3,540.00 | 0 | $ 3,540.00 | Not goods |
| 10 | D&D Service and Design DBA Danny Deaton | 105 | $ 23,979.48 | $ 54,769.14 | 0 | $ 54,769.14 | Not goods |
| 11 | Dayton Dragons Professional Baseball | 894 | $ 18,180.00 | $ 18,180.00 | 0 | $ 18,180.00 | Not goods |
| 12 | Diversified Textile Services LLC dba R3 Industrial | 759 | $ 4,306.03 | $ 22,573.48 | 0 | $ 22,573.48 | Not goods |
| 13 | Doculynx Inc | 128 | $ 6,000.00 | $ 6,000.00 | 0 | $ 6,000.00 | Not goods |
| 14 | Doculynx Inc | 244 | $ 5,593.60 | $ 5,593.60 | 0 | $ 5,593.60 | Not goods |
| 15 | DODGE COMMUNICATIONS INC | 625 | $ 1,064.52 | $ 1,064.52 | 0 | $ 1,064.52 | Not goods |
| 16 | Factor Systems INC d/b/a Billtrust | 852 | $ 124,908.14 | $ 124,908.14 | 0 | $ 124,908.14 | Not goods |
| 17 | G & W Service Co LP | 1515 | $ 14,627.13 | $ 14,627.13 | 0 | $ 14,627.13 | Not goods |
| 18 | HB McClure Company | 254 | $ 1,579.77 | $ 14,584.88 | 0 | $ 14,584.88 | Not goods |
| 19 | Impresos Taino | 374 | $ 2,213.72 | $ 36,395.36 | 0 | $ 36,395.36 | Not goods |
| 20 | INTERLINK ONE INC | 1411 | $ 1,890.73 | $ 14,343.97 | 0 | $ 14,343.97 | Not goods |
| 21 | INTERLINK ONE INC | 846 | $ 1,890.73 | $ 14,343.97 | 0 | $ 14,343.97 | Not goods |
| 22 | J. P. Griffin, Inc. | 578 | $ 13,540.00 | $ 13,540.00 | 0 | $ 13,540.00 | Not goods |
| 23 | JURA FILMS NORTH AMERICA LLC | 1459 | $ 5,616.26 | $ 5,616.26 | 0 | $ 5,616.26 | Not goods |
| 24 | K & K AND ASSOCIATES INC | 1599 | $ 86,331.43 | $ 169,904.75 | 0 | $ 169,904.75 | Not goods |
| 25 | KANAWHA SCALES & SYSTEMS INC | 772 | $ 576.00 | $ 576.00 | 0 | $ 576.00 | Not goods |
| 26 | Koester Electric, Inc | 246 | $ 4,120.00 | $ 4,120.00 | 0 | $ 4,120.00 | Not goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 27 | Kubiak Electric Co., Inc. | 676 | $ 16,519.37 | $ 16,519.37 | | $ 16,519.37 | Not goods |
| 28 | LACLEDE GAS CO | 1426 | $ 1,171.46 | $ 3,527.71 | 0 | $ 3,527.71 | Not goods |
| 29 | Mail Advertising Bureau, Inc. | 703 | $ 5,353.92 | $ 5,353.92 | 0 | $ 5,353.92 | Not goods |
| 30 | MEHTA, RAJENDRA | 1432 | $ 321,024.87 | $ 321,024.87 | 0 | $ 321,024.87 | Not goods |
| 31 | New England Professional Systems Inc | 134 | $ 646.89 | $ 24,025.24 | 0 | $ 24,025.24 | Not goods |
| 32 | ORKIN | 1047 | $ 1,242.00 | $ 1,242.00 | 0 | $ 1,242.00 | Not goods |
| 33 | Payyer Printing Machine Works | 285 | $ 1,120.44 | $ 1,120.44 | 0 | $ 1,120.44 | Not goods |
| 34 | Performance Label Co. | 293 | $ 188.80 | $ 349.75 | 0 | $ 349.75 | Not Goods and Drop Ship |
| 35 | PRESSTEK LLC | 1288 | $ 2,189.91 | $ 2,189.91 | 0 | 2189.91 | Not goods |
| 36 | Rotary Forms Press Inc. | 109 | $ 871.84 | $ 1,776.59 | 0 | $ 1,776.59 | Not Goods and Drop Ship |
| 37 | Royer Technologies, Inc | 24 | $ 5,949.00 | $ 9,333.00 | 0 | $ 9,333.00 | Not goods |
| 38 | Sherman II, John Q | 1469 | $ 7,149.35 | $ 17,718.02 | 0 | $ 7,149.35 | Not goods |
| 39 | SourceLink Carolina, LLC | 607 | $ 4,671.31 | $ 9,803.87 | 0 | $ 9,803.87 | Not goods |
| 40 | Special Service Partners, Inc. | 1687 | $ 166.32 | $ 166.32 | 0 | $ 166.32 | Not goods |
| 41 | Spiral Binding Co., Inc. | 1162 | $ 15,869.90 | $ 34,449.36 | 0 | $ 34,449.36 | Not goods and Outside of 20 days |
| 42 | Two Lumps of Sugar | 657 | $ 141.46 | $ 282.92 | 0 | 141.46 | Not goods |
| 43 | Velocity Apparel Inc. / Matthew Provost | 456 | $ 874.00 | $ 1,496.93 | 0 | $ 1,496.93 | Not goods |
| 44 | Verimed Healthcare Network, LLC | 219 | $ 10,010.00 | $ 33,500.00 | 0 | $ 33,500.00 | Not goods |
| 45 | Vocalink, Inc. | 731 | $ 4,919.26 | $ 42,114.27 | 0 | $ 42,114.27 | Not goods |