

**ZEBRA**

Zebra Technologies Corporation
3 Overlook Point
Lincolnshire, IL 60069

p 847-634-6700
f  847-913-8766
zebra.com

June 24, 2016

United States Bankruptcy Court
 For the District of Delaware
Attention: Clerk of Court
824 Market ST N
3rd Floor
Wilmington, DE 19801

     In re: SRC Liquidation, LLC, Case 15-10541 (BLS)

Dear Sir or Madam:

Upon further consideration and discussion with Debtors' counsel, Zebra Technologies Corporation ("Zebra") hereby withdraws its Response (at Docket No. 1533) to *Standard Register, Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 50 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Third Omnibus Objection") and agrees to entry of the Order with regard to the modification of Zebra's Claims, Nos. 519 and 466, as proposed in the Third Omnibus Objection.

If you have any further questions, please do not hesitate to contact the undersigned at 847.793.6773.

Respectfully submitted,

*[signature]*

Todd A. Beck
Senior Director, Corporate Counsel