**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 28, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on June 29, 2016 at 10:30 a.m. (ET) (Adv. Proc. No. 15-51775, Docket No. 42) [Docket No. 2006]

- Order Sustaining Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims [Docket No. 2007]

- Order Granting Motion of SRC Liquidation, LLC for Order Extending Claim Objection Deadline [Docket No. 2008]

- Amended Notice of Agenda of Matters Scheduled for Hearing on June 29, 2016 at 10:30 a.m. (ET) (Adv. Proc. No. 15-51775, Docket No. 43) [Docket No. 2010]

On June 28, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Affected Claimants Service List attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Fifteenth (15th) Omnibus (Substantive) Objection to Claims [Docket No. 2007]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: July 1, 2016

Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 1, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

SRF 9144

## Exhibit A

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | Overnight Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | Overnight Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | Overnight Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | Overnight Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | Overnight Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | Overnight Mail |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served as set forth below

| Name | Address | City | State | Zip Code | Email | Method of Service |
|------|---------|------|-------|----------|-------|-------------------|
| Barton, Beth A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Bumgarner, Chad T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Collins, Billie J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Dowdle, Loretta | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Eifert, Brenda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Feagin, Thomas L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| FERREIRA, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Freeman, Larry D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Garbe, Sharon R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| GLOSSON, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| Greve, Gregory J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Hardin, Kelly T. | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| Hartness, Ricky Alan | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Hartsough, Arlene E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Hooks, Odene M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Hucker, Steven A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| King, Terry S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Landis, Harry F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Little, James W. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Lopez, Ralph Anthony | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Merica, Fred | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Minton, Charles Keith | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| PHAM, CHARLES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Post, Todd J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Sale, Eddie J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Sinclair, Sharon L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Sprague, Lorie E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Summitt, Timothy R. | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| Thicklin, Christopher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Thornburg, Christopher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)

Exhibit B
Affected Claimants Service List
Served as set forth below

| Name | Address | City | State | Zip Code | Email | Method of Service |
|------|---------|------|-------|----------|-------|-------------------|
| Wheeler, Tommy Sean | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Woods, Philip T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| Yawn, Jerry L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)