# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SRC LIQUIDATION, LLC<br><br>          Debtor.[1] | Chapter 11<br><br>Case No. 15-10541<br><br>**Related Docket No. 1991, 2000 & 2001** |
| SRC LIQUIDATION, LLC<br><br>          Plaintiff,<br><br>    v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO<br><br>          Defendant. | Adv. Proc. No. See Attached Exhibit A<br><br><br><br>**Hearing Date: July 27, 2016 at 10:00 a.m.**<br>**Obj. Deadline: June 23, 2016 at 4:00 p.m.[2]** |

## JOINDER OF CERTAIN DEFENDANTS TO THE OBJECTIONS OF MORGAN ADHESIVES COMPANY, LLC D/B/A MACTAC AND STYLECRAFT PRINTING CO. TO PLAINTIFF'S MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION LLC PURSUANT TO SECTIONS 502, 547 AND 550 OF THE BANKRUPTCY CODE

Special Service Partners, PrintGraphics Inc., PrintXcel, Kay Toledo Tag, Inc., Falcon Business Forms Inc., and Ennis Business Forms Inc. (collectively, the "Defendants"), by and through their undersigned attorneys, hereby join (the "Joinder") in the Objections [Docket Nos. 2000 & 2001] (the "Objections") of Stylecraft Printing Co. ("Stylecraft") and Morgan Adhesives Company, LLC d/b/a MACtac ("MACtac") to Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidating LLC

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540.
[2]     The Objection Deadline was extended by agreement of the parties to July 7, 2016.

("SRC") Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Docket No. 1991] (the "Procedures Motion"). In support of this Joinder, the Defendants respectfully state as follows:

1. Between May 5 and May 13, 2016, Adversary Proceedings, as set forth on Exhibit A attached hereto, were commenced against the Defendants by SRC. On June 9, 2016, SRC filed the Procedures Motion seeking to establish certain procedures to govern multiple avoidance adversary proceedings that SRC has commenced.

2. On June 23, 2016, MACtac and Stylecraft filed the Objections. The Defendants agree with the legal arguments set forth by MACtac and Stylecraft in the Objections. Accordingly, through this Joinder, the Defendants hereby join in the legal arguments raised in the Objections and expressly adopt, raise, and incorporate such arguments therein as if fully set forth herein. Through this Joinder, and for the reasons set forth in the Objections, the Defendants join the Objections in requesting that they be "carved out" of the proposed orders with respect to the Procedures Motion. In the alternative, the Defendants would join the Objections in seeking certain modifications to the proposed procedures.

3. The Defendants reserve the right to amend and supplement this Joinder and/or present additional arguments at any hearing on the Procedures Motion.

WHEREFORE, for the reasons set forth in the Objections and expressly adopted herein, as well as any additional arguments that the Defendants may raise either at or prior to any hearing with respect to the Procedures Motion, the Defendants respectfully request that the Court (i) carve the Defendants out of the proposed orders with respect to the Procedures Motion, or (ii) modify the proposed orders with respect to the Procedures Motion as set forth in the Objections and (iii) grant the Defendants such further relief as is just and appropriate under the circumstances.

| | |
|---|---|
| Dated: July 7, 2016 | **WOMBLE CARLYLE SANDRIDGE & RICE LLP** |

*/s/ Morgan L. Patterson*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Nicholas T. Verna (Del. Bar No. 6082)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 388-0934
Facsimile: (302) 661-7703
mdesgrosseilliers@wcsr.com
mpatterson@wcsr.com
nverna@wcsr.com

-and-

**BAKER BOTTS L.L.P.**
James R. Prince (admitted *pro hac vice*)
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-4928
jim.prince@bakerbotts.com

*Counsel to the Defendants*