## Exhibit A

Defendants

| Defendant | Case Number |
|---|---|
| Special Service Partners Corporation | 16-50619 |
| PrintGraphics Inc. | 16-50717 |
| PrintXcel | 16-50836 |
| Kay Toledo Tag Inc. | 16-50603 |
| Falcon Business Forms Inc. | 16-50749 |
| Ennis Business Forms Inc. | 16-50577 |