**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SRC Liquidation, LLC,[1]<br>                                                    Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC,<br>                                                    Plaintiff,<br>vs.<br>Peerless Insurance Company,<br>                                                    Defendant. | Adv. Pro. No. 16-50545 (BLS)<br><br><u>Hearing Date</u>: August 31, 2016 at 10:00 a.m.<br><u>Objection Deadline</u>: July 27, 2016 at 4:00 p.m. |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, on July 12, 2016, SRC Liquidation, LLC (the "<u>Plaintiff</u>"), filed the *Plaintiff's Motion for an Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **July 27, 2016 at 4:00 PM** (the "<u>Objection Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Brendan L. Shannon on **August 31, 2016 at 10:00 AM** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware. Only those objections that are timely filed and served so as to be received on or before the Objection Deadline will be considered by the Court.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE,**

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 12, 2016                              **BAYARD, P.A.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
           gflasser@bayardlaw.com

    -and-

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
           gunderdahl@askllp.com
           eneiger@askllp.com

*Counsel to SRC Liquidation, LLC*