## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| SRC Liquidation, LLC, | |
| Plaintiff, | |
| vs. | |
| Peerless Insurance Company, | Adv. Pro. No. 16-50545 (BLS) |
| Defendant. | |

### CERTIFICATE OF SERVICE

I Gary D. Underdahl, Esq., hereby certify that on July 12, 2016, a copy of *Plaintiff's Motion For An Order Approving Settlement Pursuant To Fed. R. Bankr. P. 9019* was caused to be served on each person on the attached service list via First Class mail.

Dated: July 12, 2016                    **ASK LLP**

*/s/ Gary D. Underdahl*
Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
E-mail: gunderdahl@askllp.com

-and-

Justin R. Alberto (No. 5126)
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
E-Mail: jalberto@bayardlaw.com

*Counsel to SRC Liquidation, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).
{BAY:02921208v1}

## <u>Service List</u>

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron Meisler
Christopher M. Dressel
155 N. Wacker Drive
Chicago, IL 60606

Office of the US Trustee
Attn: Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Lowenstein Sandler LLP
Attn: Sharon L. Levine
65 Livingston Avenue
Roseland, NJ 07068

Lowenstein Sandler LLP
Gerald C. Bender
1251 Avenue of the Americas
New York, NY 10020

Polsinelli PC
Christopher Ward
Justin Edelson
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801