# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                                    }    CASE NUMBER: 15-10541 (BLS)
                                                          }
                                                          }
SRC LIQUIDATION LLC                                       }
                                                          }
         DEBTOR.                                          }    CHAPTER 11

---

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM 4/1/2016 TO 6/30/2016

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____        Date: 7/15/2016

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.   732-243-7389

**Attorney's Address and Phone Number:**

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Tel.   973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total | Footnotes |
|---|---|---|---|
| 1. CASH (Beginning of Period) | $ 3,294,193.39 | $ 3,009,339.33 | |
| 2. INCOME or RECEIPTS during the Period | $ 631,775.63 | $ 1,651,284.17 | A |
| 3. DISBURSEMENTS | | | |
| a. Operating Expenses (Fees/Taxes): | | | |
| (i) U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 20,475.00 | |
| (ii) Federal Taxes | | | |
| (iii) State Taxes | 0.00 | 8,900.35 | |
| (iv) Other Taxes | 0 | 0.00 | |
| b. All Other Operating Expenses: | $ 191,815.06 | $ 901,969.19 | |
| c. Plan Payments: | | | |
| (i) Administrative Claims | $ | $ | |
| (ii) Priority Claims | 2,699.47 | 2,699.47 | |
| (iii) | | | |
| (iv) | | | |
| (v) | | | |
| (Attach additional pages as needed) | | | |
| Total Disbursements (Operating & Plan) | $ 199,389.53 | $ 934,044.01 | |
| 1. CASH (End of Period) | $ 3,726,579.49 | $ 3,726,579.49 | |

Footnotes:
A - 2nd Quarter adjustment included for additional 1st Quarter receipts.

**MONTHLY OPERATING REPORT -**                                                    **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
April 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $2,698,337.46 | $597,534.20 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -4,883.11 | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $2,693,454.35 | $597,534.20 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter  
May 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxx1367 | xxxxx1480 | xxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $2,976,227.78 | $585,673.14 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -3,227.27 | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $2,973,000.51 | $585,673.14 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

Prepare Reconciliation for each Month of the Quarter

**June 2016**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $3,141,444.61 | $586,178.51 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | (1,043.63) | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $3,140,400.98 | $586,178.51 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1357 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2021 | 3/24/2016 | Schumaker Loop & Kendrick LLP | Attorney Fees Jan 16 - Feb 16 | 6,133.63 | A |
| 2023 | 3/24/2016 | Von Wobeser Y Sierra, S.C. | Attorney Fees - Dec 2015 | 1,878.27 | A |
| 2024 | 4/25/2016 | Bruce C. Bindon | Priority Employee Claim | 1,000.00 | |
| 2025 | 4/25/2016 | Mississippi Dept of Revenue | Priority Tax Claim | 25.00 | |
| 2026 | 4/25/2016 | NYS Dept of Labor Unemployment Ins Div | Priority Tax Claim | 37.95 | |
| 2027 | 4/25/2016 | New Mexico Dept of Workforce Solutions | Priority Tax Claim | 505.37 | |
| 2028 | 4/25/2016 | Fayette County Public School | Priority Tax Claim | 592.89 | |
| 2029 | 4/25/2016 | State of NJ Division of Employer Accounts | Priority Tax Claim | 1,043.63 | |
| 2030 | 5/11/2016 | EisnerAmper LLP | Financial Advisory Fees Feb - March 2016 | 68,724.54 | |
| 2031 | 5/11/2016 | Intralinks Inc | Compliance Archive Service Fees - 2015 | 4,210.73 | |
| 2032 | 5/11/2016 | Lowenstein Sandler LLP | Attorney Fees - March 2016 | 55,424.99 | |
| 2033 | 5/11/2016 | McInnes Cooper | Attorney Fees - Jan 2016 Dissolution | 372.56 | |
| 2034 | 5/11/2016 | Parker Hudson Rainer & Dobbs LLP | Consultant (Cash Collateral Review) Fees - Dec 2015 | 2,454.50 | |
| 2035 | 5/11/2016 | Richards Layton & Finger PA | Attorney Fees - Dec 2015 | 1,080.56 | |
| 2036 | 5/11/2016 | Polsinelli PC | Attorney Fees - March 2016 | 14,131.41 | |
| 2037 | 5/11/2016 | Schumaker Loop & Kendrick LLP | Attorney Fees - March 2016 | 2,628.00 | |
| 2038 | 5/11/2016 | Thompson Hine LLP | Attorney Fees - Dec 2015 | 690.00 | |
| 2039 | 5/11/2016 | WilliamsMarston LLC | Consultant- Case Admin Fees - March 2016 | 29,650.00 | |
| 2040 | 5/17/2016 | DG Krause LLC | Accounting Fees - April 2016 | 6,500.00 | |
| 2041 | 6/10/2016 | US Trustee Payment Center | US Trustee Fees - 1st Qtr 2016 | 4,875.00 | |
| 2027R | 6/29/2016 | New Mexico Dept of Workforce Solutions | Priority Tax Claim VOIDED | -505.37 | B |
| | | | **CURRENT PERIOD TOTAL** | **$199,253.66** | |

CURRENT PERIOD TOTAL - # 1450    $135.87

CURRENT PERIOD DISB - ALL ACCTS    $199,389.53

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Footnotes:**
A - 2nd Quarter adjustment included for additional 1st Quarter disbursements.
B - Claim payment returned by creditor.

**MONTHLY OPERATING REPORT -**     **ATTACHMENT NO. 4**
**POST CONFIRMATION**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 5/2/2016 | Intuit Quickbooks Pro | Office Supplies | 135.87 |
|  |  |  | **CURRENT PERIOD TOTAL** | **$135.87** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.