# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SRC LIQUIDATION, LLC<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 15-10541<br><br>**Related Docket No. 2015** |
| SRC LIQUIDATION, LLC<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO<br><br>        Defendant. | Adv. Proc. No. See Attached Exhibit A<br><br><br><br>**Hearing Date: July 27, 2016 at 10:00 a.m.**<br>**Obj. Deadline: June 23, 2016 at 4:00 p.m.[2]** |

## NOTICE OF WITHDRAWAL REGARDING JOINDER OF CERTAIN DEFENDANTS TO THE OBJECTIONS OF MORGAN ADHESIVES COMPANY, LLC D/B/A MACTAC AND STYLECRAFT PRINTING CO. TO PLAINTIFF'S MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION LLC PURSUANT TO SECTIONS 502, 547 AND 550 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, Special Service Partners Corporation, PrintGraphics Inc., PrintXcel, Kay Toledo Tag, Inc., Falcon Business Forms Inc., and Ennis Business Forms Inc. (collectively, the "Defendants"), by and through their undersigned attorneys, have reached a resolution with the above-referenced plaintiff (the "Plaintiff") which is embodied in the *Stipulation Regarding Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation, LLC Pursuant to Section 502, 547, and 550 of the Bankruptcy Code by and between SRC Liquidation, LLC and Certain*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540.
[2]     The Objection Deadline was extended by agreement of the parties to July 7, 2016.

*Defendants*, to be filed with the Court. Accordingly, the Defendants hereby withdraw their *Joinder of Certain Defendants to the Objections of Morgan Adhesives Company, LLC d/b/a Mactac and Stylecraft Printing Co. to Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code* [Case No. 15-10541 Docket No. 2015].

Dated: July 19, 2016

**WOMBLE CARLYLE SANDRIDGE & RICE LLP**

*/s/ Morgan L. Patterson*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Nicholas T. Verna (Del. Bar No. 6082)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 388-0934
Facsimile: (302) 661-7703
mdesgrosseilliers@wcsr.com
mpatterson@wcsr.com
nverna@wcsr.com

-and-

**BAKER BOTTS L.L.P.**
James R. Prince (admitted *pro hac vice*)
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-4928
jim.prince@bakerbotts.com

*Counsel to the Defendants*