# CERTIFICATE OF SERVICE

I, Judith B. Wray, hereby certify that I am not less than 18 years of age and that on July 19, 2016, a true and correct copy of the Notice of Withdrawal Regarding Joinder of Certain Defendants to the Objections of Morgan Adhesives Company, LLC d/b/a Mactac and Stylecraft Printing Co. to Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code was electronically filed by CM/ECF and I caused copies to be served upon the following parties *via* the manner indicated below:

| **VIA FIRST CLASS MAIL:** | **VIA HAND DELIVERY:** |
|---|---|
| Joseph L. Steinfeld, Jr., Esq. | Justin R. Alberto, Esq. |
| Gary D. Underdahl, Esq. | Gregory J. Flasser, Esq. |
| Edward E. Neiger, Esq. | Bayard, P.A. |
| ASK LLP | 222 Delaware Avenue, Suite 900 |
| 2600 Eagan Woods Drive, Suite 400 | Wilmington, DE 19801 |
| St. Paul, MN 55121 | |

Under penalty of perjury, I declare the foregoing to be true and correct.

Dated: July 19, 2016

*/s/ Judith B. Wray*
Judith B. Wray