**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| SRC Liquidation LLC, | |
| Plaintiff, | |
| v. | |
| Defendants Listed on Exhibit A, | Adv. No.: See Exhibit A |
| Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING PLAINTIFF'S MOTION FOR
ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING
ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION LLC
PURSUANT TO SECTIONS 502, 547, AND 550 OF THE BANKRUPTCY CODE**

I, Justin R. Alberto, of Bayard, P.A., counsel for SRC Liquidation, LLC, (the

"Plaintiff") in the above-captioned adversary proceedings (the "Adversary Proceedings"),

hereby certify as follows:

1.      Between May 5 and May 13, 2016, Plaintiff initiated the Adversary

Proceedings by filing complaints against various defendants listed in Exhibit A (the

"Defendants") attached hereto.

2.      On June 9, 2016, Plaintiff filed the *Plaintiff's Motion for Orders*

*Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC*

*Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code* [D.I.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

1991] (the "Procedures Motion").[2] Attached to the Procedures Motion as Exhibit "B" was a proposed order governing cases with less than or equal to $75,000 in controversy (the "Original Proposed Small Case Order"). Attached to the Procedures Motion as Exhibit "C" was a proposed order governing cases with greater than $75,000 in controversy (the "Original Proposed Large Case Order"). Except as described below, the only objections received in response to the Procedures Motion have been resolved and/or withdrawn and the objection deadline has expired.

3.     Pursuant to the *Notice of Hearing and Response Date for Motion and Defendant's Election as to Procedures Order Track and Mediator List* [D.I. 1991-1] (the "Notice"), the Defendants originally listed on the Original Proposed Small Case Order were provided the opportunity to elect that they be moved to the Original Proposed Large Case Order. Similarly, the Defendants originally listed on the Original Proposed Large Case Order were provided the opportunity to elect that they be moved to the Original Proposed Small Case Order. Since filing the Procedures Motion, the Plaintiff received and granted each such request from certain Defendants. Other than certain Defendants electing to be moved from one order to the other, no substantive changes were made to the Proposed Procedures Orders themselves.

4.     Attached hereto as Exhibit B is a revised proposed order governing cases with less than or equal to $75,000 in controversy (the "Revised Proposed Small Case Order"). For the Court's convenience, a blackline comparing the Revised Proposed Small Case Order against the Original Proposed Small Case Order is attached hereto as Exhibit C.

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

5.      Attached hereto as Exhibit D is a revised proposed order governing cases with greater than $75,000 in controversy (the "Revised Proposed Large Case Order"). For the Court's convenience, a blackline comparing the Revised Proposed Large Case Order against the Original Proposed Large Case Order is attached hereto as Exhibit E.

6.      Also, pursuant to the Notice, Defendants were provided the opportunity to select an additional mediator for the mediation panel. A clean version of the mediator panel is attached hereto as Exhibit F and a blackline version is attached hereto as Exhibit G.

7.      On June 23, 2016, defendants, Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc. ("Victor") (Adv. No. 16-50581) and Thermo-Graphic, LLC ("Thermo") (Adv. No. 16-50625) filed their *Limited Objection to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Section 502, 547 and 550 of the Bankruptcy Code* [Adv. D.I. 5 and 6, respectively] (the "Limited Objection").

8.      Plaintiff, Victor and Thermo were able to resolve the Limited Objection and the Limited Objection was withdrawn in each adversary proceeding on June 29, 2016 [Adv. D.I. 6 and 7, respectively].

9.      On June 23, 2016 defendant Stylecraft Printing Co., ("Stylecraft") filed the *Objection of Stylecraft Printing Co. to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Section 502, 547 and 550 of the Bankruptcy Code* [D.I. 2000] (the "Stylecraft Objection").

10.    Plaintiff and Stylecraft are working to resolve the Stylecraft Objection and have agreed to remove Stylecraft from the Procedures Motion and will file a separate order under certification of counsel at a later date.   The Stylecraft Objection has not been withdrawn, but has been resolved by the removal of Stylecraft from the Procedures Motion.

11.    On June 23, 2016 defendant Morgan Adhesives Company, LLC dba MACtac   ("Morgan") filed the *Objection of Morgan Adhesives Company, LLC dba MACtac  to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Section 502, 547 and 550 of the Bankruptcy Code* [D.I. 2001] ("Morgan Objection").

12.    Plaintiff and Morgan are working to resolve the Morgan Objection and have agreed to remove Morgan from the Procedures Motion and will file a separate order under certification of counsel at a later date.  The Morgan Objection has not been withdrawn, but has been resolved by the removal of Morgan from the Procedures Motion.

13.    On July 7, 2016, various defendants (the "Ennis Defendants") filed their *Joinder of Certain Defendants to the Objections of Morgan Adhesive Company, LLC dba Mactac and Stylecraft Printing Co. to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Section 502, 547 and 550 of the Bankruptcy Code* [D.I. 2015] (the "Ennis Objection").

14.    Plaintiff and the Ennis Defendants have resolved the Ennis Objection and the Ennis Objection was withdrawn from the docket on July 19, 2016 [D.I. 2019]. Accordingly, there are no remaining active objections to the Procedures Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Revised Proposed Small Case Order and Revised Proposed Large Case Order attached hereto as Exhibits B and D, respectively.

Dated:  July 22, 2016
          Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
          gflasser@bayardlaw.com

-and-

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
          gunderdahl@askllp.com
          eneiger@askllp.com

*Counsel to SRC Liquidation LLC*