# **<u>Exhibit F</u>**

## Mediator List

1.  Ian Connor Bifferato, Esq.
    The Bifferato Firm
    1007 N. Orange Street, 4th Floor
    Wilmington, DE 19801

2.  Mark Conlan, Esq. **
    Gibbons P.C.
    One Gateway Center
    Newark, NJ 07102

3.  Eric Haber, Esq.
    Cooley LLP
    The Grace Building
    1114 Avenue of the Americas
    New York, NY 10036-7798

4.  Edward Schnitzer, Esq.
    Hahn and Hessen LLP
    488 Madison Avenue
    New York, NY 10022

5.  Claudia Z. Springer, Esq.**
    Reed Smith LLP
    Three Logan Square
    1717 Arch Street, Suite 3100
    Philadelphia, PA 19103

6.  Mark E. Felger
    Cozen O'Connor
    1201 N Market St #1001
    Wilmington, DE 19801

** Proposed mediators are in the process of completing their Application for Admission to Mediation or Voluntary Arbitration Register. Plaintiff will not assign any matters with said mediators until the application has been accepted or upon Defendant's request.