# Exhibit G

**Mediator List**

1. Ian Connor Bifferato, Esq.
   The Bifferato Firm
   1007 N. Orange Street, 4th Floor
   Wilmington, DE 19801

2. Mark Conlan, Esq.**
   Gibbons P.C.
   One Gateway Center
   Newark, NJ 07102

3. Eric Haber, Esq.
   Cooley LLP
   The Grace Building
   1114 Avenue of the Americas
   New York, NY 10036-7798

4. Edward Schnitzer, Esq.
   Hahn and Hessen LLP
   488 Madison Avenue
   New York, NY 10022

5. Claudia Z. Springer, Esq.**
   Reed Smith LLP
   Three Logan Square
   1717 Arch Street, Suite 3100
   Philadelphia, PA 19103

6. Mark E. Felger ~~TBD~~
   Cozen O'Connor
   1201 N Market St #1001
   ~~6.~~   Wilmington, DE 19801

3

\*\* Proposed mediators are in the process of completing their Application for Admission to Mediation or Voluntary Arbitration Register. Plaintiff will not assign any matters with said mediators until the application has been accepted or upon Defendant's request.

4