## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation LLC,<br>Plaintiff,<br>v.<br>Defendants Listed on Exhibit A,<br>Defendants. | Adv. No.: See Exhibit A |

### CERTIFICATE OF SERVICE

I Gary D. Underdahl, Esquire, hereby certify that on July 22, 2016 a copy of *Plaintiff's Certification of Counsel regarding Plaintiff's Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By SRC Liquidation LLC, Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused to be served on the following via First Class Mail to the persons on the attached service list.

Dated: July 22, 2016

**ASK LLP**

*/s/ Gary D. Underdahl*
Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
gunderdahl@askllp.com
eneiger@askllp.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

*-and-*

Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
        gflasser@bayardlaw.com

*Counsel to SRC Liquidation LLC*

# Exhibit "A"

| Defendant Name | Adv. Number |
|---|---|
| Abel Womack, Inc. | 16-50788 |
| Above & Beyond Balloons, Inc. dba Above and Beyond Advertising | 16-50648 |
| ACCO Brands Corporation dba General Binding Corporation | 16-50752 |
| Active Electric Incorporated | 16-50650 |
| Admail West, Inc. | 16-50519 |
| Advanced Industrial Services, Inc. | 16-50651 |
| Advantage Innovations, Inc. | 16-50652 |
| Advantage Machinery Services, Inc. | 16-50791 |
| AgencyAxis LLC | 16-50795 |
| Agfa Corporation dba Pitman Co. | 16-50824 |
| Alen Security Locksmith Company, Inc. dba Alen Security Company Inc. | 16-50655 |
| Allstate Paper Box Co. | 16-50520 |
| AlphaGraphics, Inc. | 16-50796 |
| American Gourmet Group, LLC dba Gifted Expressions | 16-50868 |
| American Reprographics Company, L.L.C. | 16-50522 |
| Anderson & Vreeland, Inc. | 16-50633 |
| Appvion, Inc. | 16-50525 |
| Ariba, Inc. | 16-50526 |
| Arlington Printing and Stationers, Inc. dba Apex Color | 16-50523 |
| Artwear Embroidery, Inc. | 16-50658 |
| Aspen Press Company, LC | 16-50806 |
| Austell Natural Gas System aka Austell Gas System | 16-50662 |
| Aztex Enterprises Ld. dba AZX Sport | 16-50664 |
| BagMakers, Inc. | 16-50666 |
| Bam Bams, LLC | 16-50810 |
| Bansal Enterprises, Inc. dba The Ink Well | 16-50599 |
| BAW Plastics, Inc. | 16-50811 |
| Bay State Envelope, Inc. | 16-50528 |
| Baycorr Packaging Inc. dba Heritage Paper | 16-50882 |
| Bestforms, Inc. | 16-50497 |
| Bey-Berk International | 16-50828 |
| Bio Star Films, LLC dba Aargus Plastics | 16-50771 |
| Blanks Printing & Imaging, Inc. | 16-50829 |
| Borax Paper Products, Inc. | 16-50667 |
| Bradford & Bigelow, Inc. | 16-50533 |
| Brainstorm Logistics, LLC | 16-50668 |
| Broder Bros., Co. dba Alphabroder | 16-50521 |
| BSP Filing Solutions | 16-50672 |

| Defendant Name | Adv. Number |
|---|---|
| Buck Consultants, LLC | 16-50674 |
| Business Card Systems, Inc. dba BCT Loves Park | 16-50813 |
| Business Stationery, LLC fdba Business Stationery, Inc. | 16-50498 |
| Canterbury Press, LLC | 16-50675 |
| Caroline Tinaz dba Gate Embroidery New York aka Gate NY | 16-50862 |
| Carter Brothers Security Services, LLC | 16-50499 |
| Carter Brothers Technology Group, Inc. dba CB Tech | 16-50535 |
| Central Soft Water Services Inc. | 16-50832 |
| CenturyLink, Inc. fka Qwest | 16-50879 |
| Cenveo Corporation | 16-50500 |
| Cenveo Corporation dba Discount Labels | 16-50552 |
| Certon Technologies, Inc. dba Har Adhesive Technologies | 16-50757 |
| Chicago Mailing Tube Company | 16-50834 |
| Cindy Kearney dba Stitches Embroidery | 16-50912 |
| Cintas Corporation | 16-50682 |
| Citadel Specialty Products, Inc. | 16-50684 |
| Clarke-Hook Corporation | 16-50750 |
| Clear Image, Inc. | 16-50686 |
| Cogensia, LLC | 16-50835 |
| Cohber Press, Inc. | 16-50536 |
| Columbia Gas of Ohio, Inc. | 16-50688 |
| Compumail Corp. | 16-50772 |
| Concur Technologies, Inc. | 16-50541 |
| Conrad Industries, Inc. dba A-B Emblem | 16-50647 |
| Con-Real, LP | 16-50538 |
| Consortium Companies, L.L.C. | 16-50842 |
| Constellation NewEnergy, Inc. | 16-50691 |
| ConsumerBase LLC dba Exact Data | 16-50857 |
| Contingent Network Services, LLC | 16-50542 |
| Custom Deco, LLC dba Sabina | 16-50891 |
| Custom Index Inc. | 16-50543 |
| Customformed Products, Inc. | 16-50848 |
| Customgraphix Printing Corporation | 16-50501 |
| D. & J. Printing, Inc. dba Bang Printing | 16-50634 |
| Dandon Enterprises Inc. dba Fastsigns - NJ | 16-50858 |
| Danny Deaton dba D & D Service & Design | 16-50704 |
| David Michael Kelker dba Mike Kelker Machine and Tool | 16-50692 |
| Dayton Mailing Services, Inc. | 16-50546 |

| Defendant Name | Adv. Number |
|---|---|
| Delphax Technologies Inc. | 16-50548 |
| Deluxe Financial Services, LLC | 16-50708 |
| Developertown LLC | 16-50550 |
| Diligent Board Member Services | 16-50712 |
| Direct Data Corporation | 16-50852 |
| Diversified Labeling Solutions, Inc. | 16-50502 |
| Dubow Textile, Inc. | 16-50741 |
| Dunnwell Packaging, L.L.C. | 16-50854 |
| Dupli-Systems, Inc. dba Imagemaker Graphics | 16-50596 |
| Dupli-Systems, Inc. dba Ohio Cut Sheet | 16-50557 |
| DXP Enterprises, Inc. | 16-50503 |
| E. I. Du Pont De Nemours and Company | 16-50856 |
| Eagle Artistic Printing, Inc. dba Teamwell USA | 16-50919 |
| Earth Color, LLC | 16-50746 |
| Ebix, Inc. dba Ebix Consulting fka PB Systems, Inc. | 16-50713 |
| EBSCO Industries, Inc. dba Crown Products Inc. | 16-50846 |
| EBSCO Industries, Inc. dba Vulcan Information Packaging | 16-50614 |
| Eighth Floor Promotions, L.L.C. | 16-50747. |
| Ennis, Inc. dba Falcon Business Forms Inc. | 16-50749 |
| Ennis, Inc. dba Print Xcel | 16-50836 |
| Ennis, Inc. dba PrintGraphics Inc. | 16-50717 |
| Ennis, Inc. fdba Ennis Business Forms, Inc. | 16-50577 |
| Enrique Rodriguez dba R & R Screen Printing | 16-50880 |
| Entrust Datacard Corporation fdba Datacard Corporation | 16-50544 |
| Envelope Solutions LLC | 16-50583 |
| Envision Graphics, LLC dba Envision 3 LLC | 16-50748 |
| Epsilon Data Management, LLC | 16-50584 |
| Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc. | 16-50773 |
| Fey Industries, Inc. dba Reflectix by Fey | 16-50636 |
| Flagship Press, Inc. | 16-50505 |
| FLEXcon Company, Inc. | 16-50506 |
| Flint Group North America Corporation dba Flint Ink Corporation | 16-50859 |
| Foremost Graphics, L.L.C. fdba Greystone Print Solutions | 16-50871 |
| FormStore Incorporated | 16-50586 |
| Fruitridge Printing & Lithograph, Inc. | 16-50587 |
| Geehan Advisory Group, Inc. dba Geehan Group | 16-50751 |
| General Marketing Solutions, LLC | 16-50588 |
| General Office Industries, Inc. dba Atlas General Office Industries | 16-50527 |

4

| Defendant Name | Adv. Number |
|---|---|
| Genoa Business Forms, Inc. | 16-50753 |
| Georgia Power Company | 16-50866 |
| Gigantic Color Incorporated | 16-50589 |
| GLJ, Inc. dba Mid Nix Snax | 16-50689 |
| Globus Printing and Packaging Company, Inc. | 16-50590 |
| Graphic Mailers, Inc. | 16-50755 |
| Graphics Terminal, Inc. | 16-50869 |
| Grupo Grafico De Mexico S.A. de C.V. | 16-50591 |
| Hannaford & Dumas, Corporation | 16-50756 |
| Harland Clarke Corp. dba MICR Express | 16-50687 |
| Hawks & Associates, Inc. dba Hawks Tag | 16-50872 |
| Healthcare Information and Management Systems Society dba Himss | 16-50656 |
| Henderson's Printing, Inc. dba Kunz | 16-50903 |
| Highland Computer Forms, Inc. | 16-50654 |
| HM Graphics Inc. | 16-50592 |
| Hopkins Printing, Inc. | 16-50663 |
| Houston Photographic Laboratories, Inc. dba Houston Photo Imaging | 16-50884 |
| Ideon, LLC | 16-50594 |
| IFS Filing Systems LLC | 16-50886 |
| Impresos Taino | 16-50665 |
| Independent Printing Company, Inc. | 16-50597 |
| InfoSeal LLC | 16-50598 |
| InStream, LLC | 16-50669 |
| Interstate Gas Supply, Inc. dba DPL Energy Resources | 16-50555 |
| IntraLinks, Inc. | 16-50671 |
| InVue Security Products Inc. | 16-50890 |
| Ironclad Performance Wear Corporation | 16-50892 |
| J. Kemper Matt dba Dupli Envelope and Graphics | 16-50745 |
| J.S. McCarthy Co., Inc. dba J.S. McCarthy Printers | 16-50774 |
| JDS Graphics Inc. | 16-50507 |
| Jeff Lane dba PJ Printers | 16-50547 |
| Jet Mail Services, Inc. dba Jet Mail Inc. | 16-50894 |
| JKM Trading Company dba Pro Towels Etc. | 16-50870 |
| Kanzaki Specialty Papers Inc. | 16-50638 |
| Kay Toledo Tag, Inc. | 16-50603 |
| Kirkwood Printing Company, LLC | 16-50605 |
| Knepper Press Corporation | 16-50606 |
| Kobayashi Create Co., Ltd. | 16-50901 |

| Defendant Name | Adv. Number |
|---|---|
| Kolder, Inc. dba Numo A. Kolder Co. | 16-50807 |
| L&S Label Printing Inc. | 16-50676 |
| Label Products, Inc. | 16-50673 |
| Larsen Warehousing & Distribution, Inc. | 16-50907 |
| Lefavor Envelope Company | 16-50607 |
| Lightning Printing, Inc. dba Wallace Carlson | 16-50516 |
| Magnet LLC dba Magnets 4 Media | 16-50611 |
| Management Analysis & Utilization, Inc. dba MAU Workforce Solutions | 16-50782 |
| Manhattan Business Forms, LLC | 16-50679 |
| Marvin Jacobs dba Ameritype | 16-50801 |
| Mastro Graphic Arts, Inc. | 16-50524 |
| Media Printing Corporation | 16-50681 |
| MetLife, Inc. | 16-50532 |
| Metro Flex, Inc. | 16-50784 |
| Metropolitan Group Property and Casualty Insurance Company dba Metlife Group Property and Casualty | 16-50685 |
| Milano Worldwide Corp. | 16-50787 |
| Mittera Wisconsin, LLC dba Service Communications | 16-50730 |
| Monument KPG III, LLC | 16-50790 |
| MR Label, Inc. | 16-50695 |
| Muller Martini Corp. | 16-50792 |
| Nashua Corporation | 16-50797 |
| National Color Graphics, Inc. | 16-50696 |
| Nationwide Envelope Specialists, Inc. | 16-50534 |
| Neerav Information Technology (India) Prive Limited Company | 16-50802 |
| NetGain Information Systems Company dba Recovery Site Logistics | 16-50723 |
| New Jersey Business Forms Manufacturing Corporation | 16-50699 |
| Novitex Enterprise Solutions, Inc. | 16-50509 |
| NuSign Supply, Inc. | 16-50809 |
| Office Depot, Inc. | 16-50700 |
| Oldes de Puerto Rico Inc. | 16-50817 |
| Pacific Cascade Distribution, Inc. | 16-50537 |
| Panther Solutions, LLC | 16-50702 |
| Paper Systems Incorporated | 16-50540 |
| Par-One, Inc. | 16-50705 |
| Parrot Press, Inc. | 16-50706 |
| Partners Press, Inc. | 16-50707 |
| Pat & Sam International, Inc. | 16-50709 |

| Defendant Name | Adv. Number |
|---|---|
| Patented Acquisition Corporation dba Think Patented | 16-50734 |
| Peerless Insurance Company | 16-50545 |
| Pegasus Logistics Group, Inc. dba PLG Logistics Group ULC | 16-50827 |
| Peg-Master Business Forms, Inc. | 16-50821 |
| Perimeter Painting and Decorating Inc. | 16-50822 |
| Pitney Bowes Inc. dba Purchase Power | 16-50564 |
| Polymeric Converting, LLC | 16-50549 |
| POP Displays USA, LLC | 16-50831 |
| PPG Industries, Inc. | 16-50551 |
| Pratt Industries, Inc. | 16-50833 |
| Prepac Designs, Inc. | 16-50554 |
| Price Chopper Medical Wristbands, Inc. dba Medical ID Solutions | 16-50776 |
| Print On Spot | 16-50716 |
| PrintEdd Products, L.L.C. dba PrintEdd Products Dallas | 16-50558 |
| Printing Solutions of Kansas, Inc. | 16-50560 |
| Print-O-Tape, Inc. | 16-50556 |
| Prism Color Corporation | 16-50643 |
| Privatizer Technologies LLC | 16-50561 |
| Pro Source, Inc. | 16-50562 |
| Pro Tech Computer Supply, Inc. | 16-50873 |
| Progressive Printers, Inc. | 16-50563 |
| QuadriScan Inc. | 16-50876 |
| Quinn Flags, Inc. | 16-50565 |
| Raff Printing, Inc. | 16-50566 |
| Rand Graphics, Inc. | 16-50719 |
| Raymond Leasing Corporation | 16-50720 |
| Raymond of New Jersey, LLC | 16-50721 |
| Reality Plastics, Inc. | 16-50722 |
| Reg Oklahoma Acquisition, LLC dba SSI Technologies | 16-50620 |
| Repacorp, Inc. dba Repacorp Label Products | 16-50631 |
| Richard Eric McCarthey aka R. Eric McCarthey | 16-50568 |
| Richard Soliz dba Print By the Minute | 16-50867 |
| Rick Kistler aka Jon E. Kistler | 16-50900 |
| Roundtower Technologies, LLC fdba Roundtower Technologies, Inc. | 16-50570 |
| Roy W. Begley, Jr. | 16-50888 |
| Rustic Label, Inc. | 16-50571 |
| Safety & Security Solutions, LLC dba PLE Group | 16-50715 |
| Safety-Kleen Systems, Inc. | 16-50727 |

| Defendant Name | Adv. Number |
|---|---|
| San Mar Corporation | 16-50573 |
| Satori Software Inc. | 16-50574 |
| Schiele Graphics, Inc. | 16-50575 |
| Scott Lithographing Co., Inc. | 16-50893 |
| Sentinel Capital Partners, L.L.C. dba RotoMetrics | 16-50569 |
| Sexton Printing, Inc. | 16-50579 |
| Shapco Printing, Inc. | 16-50580 |
| Silver Fox Services, Inc. | 16-50899 |
| Simon Printing Company | 16-50601 |
| Solimar Systems, Inc.. | 16-50904 |
| Special Service Partners Corporation | 16-50619 |
| Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing | 16-50510 |
| Spinnaker Coating, LLC fdba Spinnaker Coating Inc. | 16-50511 |
| St. Joseph Print Group Inc. | 16-50728 |
| Star Marketing International, Inc. dba Apollo Group Inc. | 16-50803 |
| Steve's Pallets, Inc. | 16-50910 |
| Steward Printing & Advertising, Inc. | 16-50911 |
| Sungard Availability Services | 16-50914 |
| Sweda Company, LLC | 16-50621 |
| SwervePoint LLC | 16-50918 |
| SYNNEX Corporation | 16-50622 |
| T & B Promos, LLC | 16-50623 |
| Tape & Label Graphic Systems, Inc. | 16-50513 |
| Technicote, Inc. | 16-50624 |
| Telemark Corporation dba Telemark Diversified Graphics | 16-50920 |
| T-Formation Inc. of Tallahassee | 16-50922 |
| The Advisory Board Company | 16-50653 |
| The Connecticut Light and  Power Company | 16-50690 |
| The Delta Institute | 16-50850 |
| The Envelope Printery, Inc. | 16-50504 |
| The Little Printing Company dba Quality Forms | 16-50718 |
| The Marietta Group LLC | 16-50612 |
| The Travelers Companies, Inc. | 16-50737 |
| Thermo-Graphic, LLC | 16-50625 |
| Thomson Reuters (Tax & Accounting) Inc. | 16-50923 |
| Thornel Associates, Inc. | 16-50626 |
| Time's Up, Inc. dba Counterpoint and Digispec | 16-50701 |

| Defendant Name | Adv. Number |
|---|---|
| TKO Print Solutions, Inc. dba ThinkPrint | 16-50840 |
| TLF Graphics, Inc. | 16-50627 |
| Tobay Printing Co., Inc. | 16-50735 |
| Tools 2 Market, LLC dba Printing & Publications | 16-50864 |
| Traction Sales and Marketing Inc. | 16-50736 |
| Trade Printers, Inc. | 16-50514 |
| Turtle Ridge Media Group, Inc. | 16-50930 |
| Tyco Integrated Security LLC | 16-50931 |
| United Envelope, LLC | 16-50629 |
| Universal Manufacturing Company dba Universal Printing and Manufacturing Company | 16-50515 |
| UPM Raflatac, Inc. fdba Raflatac, Inc. | 16-50567 |
| Vana Solutions LLC | 16-50630 |
| vCom Solutions, Inc. | 16-50613 |
| Vega Print, S.A. De C.V. | 16-50932 |
| Verizon Communications Inc. fdba MCI WorldCom | 16-50529 |
| Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc. | 16-50581 |
| Victor Printing, Inc. | 16-50934 |
| Walton & Co., Inc. | 16-50645 |
| Ward-Kraft, Inc. | 16-50615 |
| Wausau Coated Products, Inc. | 16-50616 |
| WestRock Company fka Rock Tenn Co. | 16-50644 |
| Whitesell Corporation | 16-50742 |
| Wilcon Corporation | 16-50743 |
| Wise Business Forms, Incorporated | 16-50617 |
| World Media Group, Inc. | 16-50937 |
| Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics | 16-50517 |
| Xerox Corporation dba BenefitWallet | 16-50530 |
| Zanec, Inc. | 16-50618 |
| Zebra Technologies Corporation | 16-50744 |

Daniel Hogan, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
(Counsel for **Anderson & Vreeland, Inc.**)

Edwin Caldie
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(Counsel for **D. & J. Printing, Inc. dba Bang Printing**)

Larry Webb, Esq.
Law Office of Larry Webb
484 Mobil Avenue, Suite 43
Camarillo, CA 93010
(Counsel for **Bestforms, Inc.**)

Lauren Newman, Esq.
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
(Counsel for **Bio Star Films, LLC dba Aargus Plastics**)

Will Tansey
Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.
4545 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
(Counsel for **Business Stationery, LLC fdba Business Stationery, Inc.**)

John Carter, President
**Carter Brothers Security Services, LLC**
3015 R N Martin Street
Atlanta, GA 30344

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ 85014
(Counsel for **Cenveo Corporation**)

Dana G. Rickard, President
**Compumail Corp.**
298 Captain Lewis Drive
Southington, CT 06489

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West STreet, Suite 1501
Wilmington, DE 19899
(Local Counsel for **Customgraphix Printing Corporation**)

Michael McGrath, Esq.
Ravich, Meyer, Kirkman, McGrath & Nauman
80 South 8th Street 4545 IDS Center
Minneapolis, MN 55402
(Counsel for **Customgraphix Printing Corporation**)

Thomas Christensen
Huck Bouma, P.C.
1755 S. Naperville Road, Suite 200
Wheaton, IL 60189
(Counsel for **Diversified Labeling Solutions, Inc.**)

Jason Brown
Gray Reed & McGraw
1601 Elm Street, Suite 4600
Dallas, TX 75201
(Counsel for **DXP Enterprises, Inc.**)

Glenn Solomon
Offit Kurman
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759
(Counsel for **The Envelope Printery, Inc.**)

Timothy Wilson, RegAgt/Principal
**Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc.**
5777 Smithway St.
Commerce, CA 90040

Michael Brandess, Esq.
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, IL  60602
(Counsel for **Fey Industries, Inc. dba Reflectix by Fey**)

Wayne F. Simmons, Jr., Esq.
Morris, Rossi & Hayes
32 Chestnut Street
Andover, MA  01810
(Counsel for **Flagship Press, Inc.**)

Edward Kosmowski, Esquire
Clark Hill PLC
824 N. Market street, Suite 710
Wilmington, DE  19801
(Local Counsel for **FLEXcon Company, Inc.**)

Pamela Leichtling, Esq.
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL  60601
(Counsel for **FLEXcon Company, Inc.**)

Kenneth Baum, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
25 Main Street
Hackensack, NJ  07602
(Counsel for **JDS Graphics Inc.**)

Richard Tardiff, President
**J.S. McCarthy Co., Inc. dba J.S. McCarthy Printers**
15 Darin Drive
Augusta, ME  04330

Stephen P. Hefner, President
**Kanzaki Specialty Papers Inc.**
20 Cummings Street
Ware, MA  01082

Joshua Sachs, Esq.
Henderson Sachs, P.A.
8240 Exchange Drive, Suite C6
Orlando, FL  32809
(Counsel for **Price Chopper Medical Wristbands, Inc. dba Medical ID Solutions**)

William Chipman, Esquire
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE  19801
(Counsel for **Novitex Enterprise Solutions, Inc.**)

Damien Tancredi
Flaster/Greenberg P.C.
1201 North Orange Street Suite 301
Wilmington, DE  19801
(Counsel for **Prism Color Corporation**)

Ted Hight, III, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA  30092
(Counsel for **WestRock Company fka Rock Tenn Co.**)

Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654
(Counsel for **Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing**)

Patricia Friesinger
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH  45402
(Counsel for **Spinnaker Coating, LLC fdba Spinnaker Coating Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Tape & Label Graphic
Systems, Inc.**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Tape & Label Graphic
Systems, Inc.**)

John Laudadio, President
**TKO Print Solutions, Inc. dba ThinkPrint**
140 Park Central Boulevard South
Pompano Beach, FL  33064

Gary E. Stewart, President
**Trade Printers, Inc.**
2122 W. Shangri La Road
Phoenix, AZ  85029

Officer, Managing Agent, Or General Agent
**Universal Manufacturing Company dba
Universal Printing and Manufacturing
Company**
5450 Deramus
Kansas City, MO  64120

Steven Nosek, Esquire
Attorney At Law Steven B Nosek, P.A.
2855 Anthony Lane South, Suite 201
St. Anthony, MN  55418
(Counsel for **Lightning Printing, Inc. dba
Wallace Carlson**)

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
(Local Counsel for **Walton & Co., Inc.**)

Roland Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY  10019
(Counsel for **Walton & Co., Inc.**)

J. Daniel Vorsteg
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD  21202
(Counsel for **Wright Business Forms, Inc.
dba Wright Enterprises Holding Co. and
Wright Business Graphics**)

Lawrence Kotler, Esquire
Duane Morris LLP
1540 Broadway
New York, NY  10036
(Counsel for **IT Xcel Consulting, LLC dba
XGS.IT**)

Edward Hay, Jr., Esquire
Pitts, Hay & Hugenschmidt, P.A.
137 Biltmore Avenue
Asheville, NC  28801
(Counsel for **Conrad Industries, Inc. dba
A-B Emblem**)

William Alleman, Jr.
Benesch Attorneys at Law
222 Delaware Avenue, Suite 801
Wilmingotn, DE  19801
(Counsel for **Abel Womack, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Above & Beyond
Balloons, Inc. dba Above and Beyond
Advertising**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Above & Beyond Balloons,
Inc. dba Above and Beyond Advertising**)

Jenny Holp, President
**Active Electric Incorporated**
1885 Southtown Boulevard
Dayton, OH  45439

Kathy Pescetti, President
**Admail West, Inc.**
521 North 10th Street
Sacramento, CA  95811

Christopher Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
(Counsel for **Advanced Industrial Services,
Inc.**)

Kelly Muller, President
**Advantage Innovations, Inc.**
110 Westfield Road, Suite 1
Knoxville, TN  37919

Ashley Rusher, Esq.
Blanco Tackabery Combs & Matamoros, P.A.
110 South Stratford Road, 5th Floor
Winston Salem, NC  27114
(Counsel for **Advantage Machinery
Services, Inc.**)

Julie Murphy, Esq.
Stradley Ronon Stevens & Young LLP
1000 N. West Street, Suite 1278
Wilmington, DE  19801
(Counsel for **The Advisory Board
Company**)

Ronda Broughton, Principal
**AgencyAxis LLC**
567 Sutter Street
San Francisco, CA  94102

David Finger, Esq.
Finger & Slanina, LLC
1201 N. Orange Street, 7th Floor
Wilmington, DE  19801
(Local Counsel for **Alen Security Locksmith
Company, Inc. dba Alen Security
Company Inc.**)

Mark Vincent, Esq.
Conrad & Vincent, Esqs.
977 Highway 33 W, Suite 101
Monroe Twp., NJ  08831
(Counsel for **Alen Security Locksmith
Company, Inc. dba Alen Security
Company Inc.**)

Lawrence Wertheim, Esq.
Wertheim & Geller, LLC
1405 Route 18 South, Suite 101
Old Bridge, NJ  08857
(Counsel for **Allstate Paper Box Co.**)

Dan Pantano, President
**Broder Bros., Co. dba Alphabroder**
6 Neshaminy Interplex, 6th Floor
Trevose, PA  19053

Aaron Grohs, President
**AlphaGraphics, Inc.**
215 S. State Street, #320
Salt Lake City, UT  84111

Robyn Sokol, Esq.
Brutzkus Gubner LLP
21681 Oxnard Street, Suite 500
Woodland Hills, CA  91367
(Counsel for **American Reprographics
Company, L.L.C.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Marvin Jacobs dba
Ameritype**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Marvin Jacobs dba
Ameritype)**

Richard Ghelerter, RegAgt/President
**Arlington Printing and Stationers, Inc. dba
Apex Color**
200 N. Lee Street
Jacksonville, FL  32204

Officer, Managing Agent, Or General Agent
**Star Marketing International, Inc. dba
Apollo Group Inc.**
1650 W. Artesia Boulevard
Gardena, CA  90248

Kevin Gilligan, Chief Executive Officer
**Appvion, Inc.**
825 Wisconsin Avenue
Appleton, WI  54912

Troupe Mickler
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899
(Local Counsel for **Ariba, Inc.)**

Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(Counsel for **Ariba, Inc.)**

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **Artwear Embroidery,
Inc.)**

Brian Jackiw
Goldstein & McClintock LLLP
208 South LaSalle Street, Suite 1750
Chicago, IL  60604
(Counsel for **Artwear Embroidery, Inc.)**

Steven B. Evans, RegAgt/Officer
**Aspen Press Company, LC**
9423 South 670 West
Sandy, UT  84070

Adam Finkel, Esquire
Weiss Berzowki LLP
700 North Water STreet, Suite 1400
Milwaukee, WI  53202
(Counsel for **Associated Sales & Bag
Company dba Associated Bag Company)**

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **General Office
Industries, Inc. dba Atlas General Office
Industries)**

Luis Marini, Esq.
O'Neill & Borges LLC
250 Avenue Munoz Rivera, Suite 800
San Juan, PR  00918
(Counsel for **General Office Industries, Inc.
dba Atlas General Office Industries)**

Joe Marshall, Esquire
Marshall Law
5001 Spring Valley Road Suite 400
Dallas, TX  75244
(Counsel for **Atmos Energy Corporation)**

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Austell Natural Gas
System aka Austell Gas System)**

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Austell Natural Gas System
aka Austell Gas System**)

Grant Gillard, President
**Aztex Enterprises Ld. dba AZX Sport**
925 Century Drive
Burlington, ON L7L 5J8

Maribeth Sandford, President
**BagMakers, Inc.**
6606 S. Union Road
Union, IL 60180

William Warren, Officer
**Bam Bams, LLC**
10498 Colonel Court, Suite 104
Manassas, VA 20110

Theodore Tacconelli, Esq.
Ferry, Joseph, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899
(Counsel for **BAW Plastics, Inc.**)

Jospeh Bodoff
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel for **Bay State Envelope, Inc.**)

Thomas G. McNeany, III, President
**Business Card Systems, Inc. dba BCT
Loves Park**
12306 Empire Street
Loves Park, IL 61111

Michelle Shriro
Singer & Levick
16200 Addison Road, Suite 140
Addison, TX 75001
(Counsel for **Xerox Corporation dba
BenefitWallet**)

KRIKOR MESHEFEJIAN, Esq
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd
Los Angeles, CA 90067
(Counsel for **Bey-Berk International**)

Mike Pipkin
Weinstein Radcliff Pipkin LLP
8350 N. Central Expressway, Suite 1550
Dallas, TX 75206
(Counsel for **Blanks Printing & Imaging,
Inc.**)

Todd Strassberg, Esq.
Strassberg & Strassberg, P.C.
7 West 36th Street, 16th Floor
New York, NY 10018
(Counsel for **Borax Paper Products, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **Bradford & Bigelow,
Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Bradford & Bigelow, Inc.**)

Marc Farbstein, Principal
**Brainstorm Logistics, LLC**
P.O. Box 2024
Pine Brook, NJ 07058

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE 19801
(Counsel for **BSP Filing Solutions**)

Michelle Shriro
Singer & Levick
16200 Addison Road, Suite 140
Addison, TX  75001
(Counsel for **Buck Consultants, LLC**)

Gary Marsh, Esquire
Dentons US LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA  30308
(Counsel for **Canterbury Press, LLC**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Carter Brothers
Technology Group, Inc. dba CB Tech**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Carter Brothers Technology
Group, Inc. dba CB Tech**)

Officer, Managing Agent, Or General Agent
**Central Soft Water Services Inc.**
107 W. Main Street
Coldwater, OH  45828

Marc Lichtman, Esq.
Lichtman Eisen Partners, Ltd.
222 North LaSalle Street, Suite 300
Chicago, IL  60601
(Counsel for **Chicago Mailing Tube
Company**)

Jason Stitt, Esq.
Keating, Muething & Klekamp PLL
One E. 4th St., Suite 1400
Cincinatti, OH  45202
(Counsel for **Cintas Corporation**)

Ronald R. Garrison, RegAgt/President
**Citadel Specialty Products, Inc.**
657 Wolverine Drive, Suite 3
Aurora, IL  60504

Kevin Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801
(Counsel for **Clear Image, Inc.**)

Daniel Winter, Esq.
Law Offices of Daniel J. Winter
53 W. Jackson Boulevard, Suite 718
Chicago, IL  60604
(Counsel for **Cogensia, LLC**)

Sara Temes
Bond, Schoeneck and King, PLLC
One Lincoln Center
Syracuse, NY  13202
(Counsel for **Cohber Press, Inc.**)

Reginal Sainvill
Reed Smith
225 5th Avenue
Pittsburgh, PA  15222
(Counsel for **Columbia Gas of Ohio, Inc.**)

Gil Caravantes, RegAgt/Officer
**Commerce Printing Services**
322 North 12th Street
Sacramento, CA  95811

Gerald B. Alley, President
**Con-Real, LP**
1900 Ballpark Way, Suite 110
Arlington, TX  76006

Jami Nimeroff, Esq.
Brown Stone Nimeroff LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801
(Counsel for **Concur Technologies, Inc.**)

Russell Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
(Counsel for **The Connecticut Light and Power Company**)

David Epstein
Post Polak Goodsell & Stauchler
425 Eagle Rock Avenue, Suite 200
Roseland, NJ 07068
(Counsel for **Consortium Companies, L.L.C.**)

Mark Huston, President
**Constellation NewEnergy, Inc.**
10 S. Dearborn Street, 49th Floor
Chicago, IL 60603

Reuel Ash, Esq.
Ulmer Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(Counsel for **Contingent Network Services, LLC**)

Edwin Hamilton, RegAgt/President
**Time's Up, Inc. dba Counterpoint and Digispec**
5825 El Camino Road
Las Vegas, NV 89118

Derek Meek, Esq.
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(Counsel for **EBSCO Industries, Inc. dba Crown Products Inc.**)

Paul Pochepan, Esq.
Hogan Willig
2410 North Forest Road, Suite 301
Amherst, NY 14068
(Counsel for **Custom Index Inc.**)

A.J. Webb, Esquire
Frost Brown Todd LLC
3300 Great American tower
Cincinnati, OH 45202
(Counsel for **Customformed Products, Inc.**)

John Bird
Fox Rothschild LLP
919 N. Market St. Ste. 300
Wilmington, DE 19801
(Local Counsel for **Entrust Datacard Corporation fdba Datacard Corporation**)

David Galle, Esq.
Fox Rothschild LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
(Counsel for **Entrust Datacard Corporation fdba Datacard Corporation**)

R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Pl. 6th Fl.
Wilmington, DE 19899
(Counsel for **Dayton Mailing Services, Inc.**)

Patricia Downing, Esq.
Law Office of Patricia J. Downing, LLC
1244 Nilles Road, Suite 9
Fairfield, OH 45014
(Counsel for **Danny Deaton dba D & D Service & Design**)

Dieter Schilling, Chief Executive Officer
**Delphax Technologies Inc.**
6100 W. 110th Street
Bloomington, MN 55438

Bill Schleizer, President
**The Delta Institute**
35 East Wacker Drive, Suite 1200
Chicago, IL 60601

Anthony C. Scarfone, Officer
**Deluxe Financial Services, LLC**
3680 Victoria Street North
Shoreview, MN 55126

Michael Cloran, RegAgt/Officer
**Developertown LLC**
5255 Winthrop Avenue
Indianapolis, IN  46220

Rachel Gillen, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
One Speedwell Avenue
Morristown, NJ  07962
(Counsel for **Diligent Board Member
Services**)

Scott Hudson, RegAgt/Officer
**Direct Data Corporation**
5475 Fulton Industrial Bouelvard
Atlanta, GA  30336

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ  85014
(Counsel for **Cenveo Corporation dba
Discount Labels**)

Kristi Doughty, Esquire
McCabe Weisberg & Conway, P.C.
1407 Foulk Road, Suite 102 Foulkstone Plaza
Wilmington, DE  19803
(Counsel for **Interstate Gas Supply, Inc.
dba DPL Energy Resources**)

Matthew Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19899
(Counsel for **Dubow Textile, Inc.**)

Kathy Dunn, Owner
**Dunnwell Packaging, L.L.C.**
590 Supreme Drive
Bensenville, IL  60106

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **J. Kemper Matt dba Dupli
Envelope and Graphics**)

Steve Beranek, Esq.
Corsaro & Associates
28039 Clemens Road
Westlake, OH  44145
(Counsel for **Dupli-Systems, Inc. dba Ohio
Cut Sheet**)

Jill Bienstock
Cole Schotz P.C.
25 Main Street
Hackensack, NJ  07601
(Counsel for **Earth Color, LLC**)

Leslie Heilman, Esq.
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
(Counsel for **E. I. Du Pont De Nemours and
Company**)

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **Eighth Floor
Promotions, L.L.C.**)

Thomas Fawkes, Esquire
Goldstein & McClintock LLLP
208 South LasSAlle Street, Suite 1750
Chicago, IL  60604
(Counsel for **Eighth Floor Promotions,
L.L.C.**)

Nicholas Verna
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
(Local Counsel for **Ennis, Inc. fdba Ennis
Business Forms, Inc.**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(Counsel for **Ennis, Inc. fdba Ennis Business Forms, Inc.**)

Katharine Mayer, Esq.
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(Local Counsel for **Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc.**)

Martin Tasch
Momkus McClusky, LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532
(Counsel for **Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc.**)

Vincent Calo, Esq.
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
(Counsel for **Envelope Solutions LLC**)

Kevin Franz, President
**Envision Graphics, LLC dba Envision 3 LLC**
225 Madsen Drive
Bloomingdale, IL 60108

Eric Seitz
Akin Gump Strauss Hauer & Field, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
(Counsel for **Epsilon Data Management, LLC**)

Evan Voboril
Evan T. Voboril Attorney at Law
33 North Dearborn Street, Suite 200
Chicago, IL 60602
(Counsel for **ConsumerBase LLC dba Exact Data**)

Morgan Patterson, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Local Counsel for **Ennis, Inc. dba Falcon Business Forms Inc.**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(Counsel for **Ennis, Inc. dba Falcon Business Forms Inc.**)

Daniel Haber, Officer
**Dandon Enterprises Inc. dba Fastsigns - NJ**
476 Route 75
Red Bank, NJ 07701

Edward Fitzgerald
Holland & Knight LLP
200 South Orange Ave. Suite 2600
Orlando, FL 32801
(Counsel for **Flint Group North America Corporation dba Flint Ink Corporation**)

Steven Edwards
Edwards & Associates
1600 Headland Drive
St. Louis, MO 63026
(Counsel for **FormStore Incorporated**)

Edward C. Zigo, III, President
**Clarke-Hook Corporation**
14506 Lee Road, Suite E
Chantilly, VA 20151

Brya Keilson
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
(Local Counsel for **Fruitridge Printing & Lithograph, Inc.**)

Steven Felderstein, Esq.
Felderstein, Fitzgerald, Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
(Counsel for **Fruitridge Printing & Lithograph, Inc.**)

Caroline Tinaz, Owner
**Caroline Tinaz dba Gate Embroidery New York aka Gate NY**
1121 Lincoln Ave., #F
Holbrook, NY  11741

Robert Hanseman, Esq.
Sebaly Shillito & Dyer, A Legal Pro. Assoc.
1900 Kettering Tower; 40 N. Main St.
Dayton, OH  45423
(Counsel for **Geehan Advisory Group, Inc. dba Geehan Group**)

Paula Jacobi
Barnes & Thornburg LLP
One North Wacker Drive Suite 4400
Chicago, IL  60606
(Counsel for **ACCO Brands Corporation dba General Binding Corporation**)

James Thomson, Officer
**General Marketing Solutions, LLC**
7500 Golden Triangle Drive
Eden Prairie, MN  55344

Phillip Paulson, RegAgt/President
**Genoa Business Forms, Inc.**
445 Park Avenue
Sycamore, IL  60178

Courtney McCormick, Associat
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, FL  32202
(Counsel for **Georgia Power Company**)

Gregory Schmidt, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA  01144
(Counsel for **American Gourmet Group, LLC dba Gifted Expressions**)

Mike Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
(Local Counsel for **Gigantic Color Incorporated**)

Counsel McCullen, Esq,
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA  30339
(Counsel for **Gigantic Color Incorporated**)

Mark Phillips, Esq.
Benesch, Friedlander, Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
(Counsel for **Globus Printing and Packaging Company, Inc.**)

Rhonda W. Clarke, RegAgt/Officer
**Graphic Mailers, Inc.**
116 Landmark Dr.
Greensboro, NC  27409

Gary Froelich
Froelich Law Office
2310 Far Hills Ave. #1812
Dayton, OH  45419
(Counsel for **Graphics Terminal, Inc.**)

Mark Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
(Local Counsel for **Foremost Graphics,
L.L.C. fdba Greystone Print Solutions**)

Terry Zabel
Rhoades McKee PC
55 Campau Avenue, N.W., Suite 300
Grand Rapids, MI  49503
(Counsel for **Foremost Graphics, L.L.C.
fdba Greystone Print Solutions**)

Officer, Managing Agent, Or General Agent
**Grupo Grafico De Mexico S.A. de C.V.**
Calle Acacias 410, Granjas, 31160
Chihuahua, Chih., Mexico
,

Tara Lattomus, Esq.
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE  19801
(Counsel for **Hannaford & Dumas,
Corporation**)

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
(Local Counsel for **Certon Technologies,
Inc. dba Har Adhesive Technologies**)

Roland Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY  10019
(Counsel for **Certon Technologies, Inc. dba
Har Adhesive Technologies**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Hawks & Associates, Inc.
dba Hawks Tag**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Hawks & Associates, Inc. dba
Hawks Tag**)

Samuel Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI  53212
(Counsel for **H.B. Fuller Company**)

Jerry Perkins, President
**Henkel Corporation**
One Henkel Way
Rocky Hill, CT  06067

John R. Tatun, RegAgt/Principal
**Baycorr Packaging Inc. dba Heritage
Paper**
6850 Brisa Street
Livermore, CA  94550

Dennis Manes, Officer
**Highland Computer Forms, Inc.**
1025 West Main Street
Hillsboro, OH  45133

H. Stephen Lieber, RegAgt/Officer
**Healthcare Information and Management
Systems Society dba Himss**
33 West Monroe St., Suite 1700
Chicago, IL  60603

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **HM Graphics Inc.**)

Brian Jackiw
Goldstein & McClintock LLLP
208 South LaSalle Street, Suite 1750
Chicago, IL  60604
(Counsel for **HM Graphics Inc.**)

Leon Friedberg, Esq.
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, OH 43215
(Counsel for **Hopkins Printing, Inc.**)

Steve Hogan, RegAgt/President
**Houston Photographic Laboratories, Inc.**
**dba Houston Photo Imaging**
5250 Gulfton St., #3B
Houston, TX 77081

David Zdunkewicz, Esq.
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
(Counsel for **Hudson Energy Services LLC**
**dba Hudson Energy Services Texas**)

William Tauriello, Esq.
Law Office of William G. Tauriello
63 Main Street, SUite 204
Flemington, NJ 08822
(Counsel for **Ideon, LLC**)

Paul Pochepan, Esq.
Hogan Willig
2410 North Forest Road, Suite 301
Amherst, NY 14068
(Counsel for **IFS Filing Systems LLC**)

Steve Beranek, Esq.
Corsaro & Associates
28039 Clemens Road
Westlake, OH 44145
(Counsel for **Dupli-Systems, Inc. dba**
**Imagemaker Graphics**)

Officer, Managing Agent, Or General Agent
**Impresos Taino**
Road 172 L-8, Villaa Nueva
Caguas, PR 00725

Robert Charles, Esq.
Law Firm of Conway, Olejniczak & Jerry,
S.C.
231 S. Adams Street
Green Bay, WI 54305
(Counsel for **Independent Printing**
**Company, Inc.**)

David Harnett, Partner
**InfoSeal LLC**
1825 Blue Hills Circle
Roanoke, VA 24012

Christopher Simon, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
(Local Counsel for **Bansal Enterprises, Inc.**
**dba The Ink Well**)

Rachel Smick, Esq.
Joseph A. Kacyon & Associates
2745 Nesbitt Avenue
Akron, OH 44319
(Counsel for **Bansal Enterprises, Inc. dba**
**The Ink Well**)

Mark Hinson, Officer
**InStream, LLC**
240 Great Circle Road, Suite 342
Nashville, TN 37228

Kizzy Jarashow
Goodwin Procter LLP
620 Eighth AVenue
New York, NY 10018
(Counsel for **IntraLinks, Inc.**)

James K. Sankey, RegAgt/Officer
**InVue Security Products Inc.**
15015 Lancaster Highway
Charlotte, NC 28277

Scott Alderton
Stubs Alderton & Markiles, LLP
15260 Ventura Boulevard, 20th Fl
Sherman Oaks, CA  91403
(Counsel for **Ironclad Performance Wear Corporation**)

Garvan McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
(Counsel for **Jet Mail Services, Inc. dba Jet Mail Inc.**)

Officer, Managing Agent, Or General Agent
**Rick Kistler aka Jon E. Kistler**
830 Lake Avenue
Saint Marys, OH  45885

Nicholas Verna
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
(Local Counsel for **Kay Toledo Tag, Inc.**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Kay Toledo Tag, Inc.**)

Louis DiFronzo, Jr., Esq.
Seyfarth Shaw LLP
Two Seaport Lane Suite 300
Boston, MA  02210
(Counsel for **Kirkwood Printing Company, LLC**)

Jeffrey Medio, Esq.
Medio Law Firm
6 Hopkins Law Firm
Woodbury, NJ  08096
(Counsel for **Knepper Press Corporation**)

Tomonari Kobayashi, President
**Kobayashi Create Co., Ltd.**
115 Kitatakane, Ogakie-Cho, Kariya-Shi,
Aichi-Ken, Japan 448-8656
,

Thomas R. Henderson, President
**Henderson's Printing, Inc. dba Kunz**
813 Green Avenue
Altoona, PA  16602

Anna Sankaran
Greenberg Traurig LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002
(Counsel for **Label Products, Inc.**)

Burkhard Geissler, Esq.
Geissler Law Office, P.C.
6845 Weaver Road, Suite 100
Rockford, IL  61114
(Counsel for **L&S Label Printing Inc.**)

Larry Larsen, Officer
**Larsen Warehousing & Distribution, Inc.**
11685 E. 53rd Ave.
Denver, CO  80239

Zachary Shields, Esq.
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133
(Counsel for **Lefavor Envelope Company**)

Richard Schlaifer, Esquire
Earp Cohn P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ  08034
(Counsel for **Pad and Publication Assembly Corporation dba LRP&P Graphics**)

David Warfield, Esq.
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
Saint Louis, MO  63101
(Counsel for **Magnet LLC dba Magnets 4 Media**)

Michael Kwiatkowski
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY  11530
(Counsel for **Manhattan Business Forms, LLC**)

Eric Douthit, RegAgt/Officer
**The Marietta Group LLC**
2170 Hoover Road
Nashville, IN  47448

David Ross, Esq.
Ross & Gould-Ross
16 East Main Street, Suite 440
Rochester, NY  14614
(Counsel for **Mastro Graphic Arts, Inc.**)

Randall Hatcher, RegAgt/Officer
**Management Analysis & Utilization, Inc. dba MAU Workforce Solutions**
501 Greene Street
Augusta, GA  30901

Darrell Clark
Stinson Leonard Street
1775 Pennsylvania Ave. NW, Suite 800
Washington, DC  20006
(Counsel for **Verizon Communications Inc. fdba MCI WorldCom**)

James H. Grubman, President
**Media Printing Corporation**
4300 N. Powerline Rd.
Pompano Beach, FL  33073

Wesley Huisinga, Esq.
SHuttleworth & Ingersoll PLC
115 3rd St. SE, Suite 500
Cedar Rapids, IA  52401
(Counsel for **MetaCommunications, Inc.**)

Matthew Rifino
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE  19801
(Counsel for **MetLife, Inc.**)

Matthew Rifino
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE  19801
(Counsel for **Metropolitan Group Property and Casualty Insurance Company dba Metlife Group Property and Casualty**)

Scott Terry, Owner
**Metro Flex, Inc.**
3304 Encrete Lane
Dayton, OH  45439

Ronald Spinner, Esq.
Miller Canfield
150 West Jefferson, Suite 2500
Detroit, MI  48226
(Counsel for **Harland Clarke Corp. dba MICR Express**)

Officer, Managing Agent, Or General Agent
**GLJ, Inc. dba Mid Nix Snax**
999 S. Oyster Bay Road, Building 500
Bethpage, NY  11714

David Michael Kelker, Owner
**David Michael Kelker dba Mike Kelker Machine and Tool**
4905 W. State Route 571
West Milton, OH  45383

Adam Wasch, Esq.
Wasch Raines LLP
2500 N. Military Trail, Suite 465
Boca Raton, FL 33431
(Counsel for **Milano Worldwide Corp.**)

Dana Plon, Esquire
Sirlin, Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
(Counsel for **Monument KPG III, LLC**)

Rayford Adams, Esq.
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
(Counsel for **MR Label, Inc.**)

Werner Naegeli, Chief Executive Officer
**Muller Martini Corp.**
456 Wheeler Road
Hauppauge, NY 11788

Andrew Harnisch, Esq.
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, AZ 85014
(Counsel for **Nashua Corporation**)

David Klauder, Esq.
Biellie & Klauder, LLC
1204 North King Street
Wilmington, DE 19801
(Counsel for **National Color Graphics, Inc.**)

Michael Lieberman, Esq.
Lieberman, Gies & Cohen, PLLC
31313 Northwestern Hwy
Farmington Hills, MI 48334
(Counsel for **Nationwide Envelope
Specialists, Inc.**)

Ravinder Chitturi, Officer
**Neerav Information Technology (India)
Prive Limited Company**
105, Prim Rose, Serene County, L&T
Infocity, Gacchibowli INDIA
Hyderabad, Telangana, 500032

David Harnett, RegAgt/President
**New Jersey Business Forms Manufacturing
Corporation**
55 W. Sheffield Avenue
Englewood, NJ 07631

Susan Hersh, Esq.
Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251
(Counsel for **Kolder, Inc. dba Numo A.
Kolder Co.**)

Robert Pacheco
Law Offices of Pacheco & Pacheco
161 Commerce Way
Walnut, CA 91789
(Counsel for **NuSign Supply, Inc.**)

Roland Smith, Chief Executive Officer
**Office Depot, Inc.**
6600 North Military Trail
Boca Raton, FL 33496

Officer, Managing Agent, Or General Agent
**Oldes de Puerto Rico Inc.**
350 Calle D Urb Ind'l Minillas
Bayamon, PR 00959

Brian Budsberg
Budsberg Law Group, PLLC
PO Box 1489
Olympia, WA 98507
(Counsel for **Pacific Cascade Distribution,
Inc.**)

Daryl Jackson, President
**Panther Solutions, LLC**
1001 Lee Road
Rochester, NY 14606

Stephen Watring, Esq.
Dunlevey, Mahan & Furry
110 North Main Street  STE 1000
Dayton, OH  45402
(Counsel for **Paper Systems Incorporated**)

Ronald Miller, RegAgt/President
**Par-One, Inc.**
3807 King Avenue
Cleveland, OH  44114

Anne Simerman, Esq.
Barrett & McNagny
215 E. Berry Street
Fort Wayne, IN  46801
(Counsel for **Parrot Press, Inc.**)

J. Scanlin, President
**Partners Press, Inc.**
98 Highland Avenue
Oaks, PA  19456

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Pat & Sam International, Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Pat & Sam International, Inc.**)

Robin Raina, President
**Ebix, Inc. dba Ebix Consulting fka PB Systems, Inc.**
1 Ebix Way
Johns Creek, GA  30097

Linn Herron, Vice President
**Peerless Insurance Company**
175 Berkeley Street
Boston, MA  02116

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Peg-Master Business Forms, Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Peg-Master Business Forms, Inc.**)

Daniel Jones, Chief Executive Officer
**Perimeter Painting and Decorating Inc.**
200 Galleria Pkwy, Suite 80
Atlanta, GA  30339

Scott Zuber, Esquire
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ  07052
(Counsel for **Agfa Corporation dba Pitman Co.**)

Beth Gaschen, Esq.
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626
(Counsel for **Jeff Lane dba PJ Printers**)

Ira Thomsen
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH  45066
(Counsel for **Safety & Security Solutions, LLC dba PLE Group**)

Kenneth C. Beam, RegAgt/President
**Pegasus Logistics Group, Inc. dba PLG Logistics Group ULC**
306 Airline Drive, Suite 100
Coppell, TX  75019

Allison Carr
Bernstein-Burkley, P.C.
707 Grant St. Suite 2200
Pittsburgh, PA  15219
(Counsel for **Polymeric Converting, LLC**)

Ed Wohlwender, Chief Executive Officer
**POP Displays USA, LLC**
555 Tuckahoe Rd.
Yonkers, NY  10710

Mark Lindsay, Esq.
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA  15222
(Counsel for **PPG Industries, Inc.**)

David Conaway, Esq.
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC  28280
(Counsel for **Pratt Industries, Inc.**)

Barton Weston, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road, Suite 600
Great Neck, NY  11021
(Counsel for **Prepac Designs, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Print-O-Tape, Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Print-O-Tape, Inc.**)

Jack O'Connor
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, IL  60602
(Counsel for **Print On Spot**)

Morgan Patterson, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
(Local Counsel for **Ennis, Inc. dba Print Xcel**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Ennis, Inc. dba Print Xcel**)

Darrell Stracener, Officer
**PrintEdd Products, L.L.C. dba PrintEdd Products Dallas**
2641 Forum Drive
Grand Prairie, TX  75052

Morgan Patterson, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
(Local Counsel for **Ennis, Inc. dba PrintGraphics Inc.**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Ennis, Inc. dba PrintGraphics Inc.**)

Jerome Elian, Principal
**Tools 2 Market, LLC dba Printing & Publications**
1728 Foxwood Drive
Jamison, PA  18929

Richard Soliz, Owner
**Richard Soliz dba Print By the Minute**
3030 Tularosa Avenue
El Paso, TX  79903

Tracey Ohm, Esq.
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
(Counsel for **Printing Solutions of Kansas, Inc.**)

Lyndel Anne Vargas, Esq.
Cavazos, Hendricks, Poirot & Smitham, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
(Counsel for **Privatizer Technologies LLC**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **Pro Source, Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Pro Source, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **JKM Trading Company dba Pro Towels Etc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **JKM Trading Company dba Pro Towels Etc.**)

Denis Blasius, Esq.
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH 45066
(Counsel for **Progressive Printers, Inc.**)

Scott Nicholson, President
**Pro Tech Computer Supply, Inc.**
P.O. Box 67
Sterling, CT 06377

Marc Lautenbach, President
**Pitney Bowes Inc. dba Purchase Power**
3001 Summer Street
Stamford, CT 06926

Roger Blanchette, Jr., President
**QuadriScan Inc.**
6600 Rue Saint-Urbain, Suite 102 CANADA
Montreal, QC H2S 3G8

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **The Little Printing Company dba Quality Forms**)

Nathaniel Funderburg, Esq.
McCulloch, Felger, Fite & Gutmann Co., LPA
123 Market Street
Piqua, OH 45356
(Counsel for **The Little Printing Company dba Quality Forms**)

Thomas Macauley
Macauley LLC
300 Delaware Ave. Suite 760
Wilmington, DE 19801
(Counsel for **Quinn Flags, Inc.**)

Mitchell Katz, Esq.
CenturyLink Law Department
1801 California Street, Suite 900
Denver, CO 80202
(Counsel for **CenturyLink, Inc. fka Qwest**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **Raff Printing, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Raff Printing, Inc.**)

Rebecca A. Norris, President
**UPM Raflatac, Inc. fdba Raflatac, Inc.**
55 Shuman Boulevard, Suite 400
Naperville, IL  60563

J. Randle Henderson, Esq.
Attorney at Law
16506 F. M. 529, Suite 115-107
Houston, TX  77095
(Counsel for **Enrique Rodriguez dba R & R Screen Printing**)

Thomas Gilman
Hinkle Law Firm LLC
301 North Main Street, Suite 2000
Wichita, KS  67202
(Counsel for **Rand Graphics, Inc.**)

William Alleman, Jr.
Benesch Attorneys at Law
222 Delaware Avenue, Suite 801
Wilmingotn, DE  19801
(Counsel for **Raymond Leasing Corporation**)

William Alleman, Jr.
Benesch Attorneys at Law
222 Delaware Avenue, Suite 801
Wilmingotn, DE  19801
(Counsel for **Raymond of New Jersey, LLC**)

C. Michael Kvistad, Esq.
Anderson Hunter Law Firm
2707 Colby Avenue, Suite #1001
Everett, WA  98206
(Counsel for **Reality Plastics, Inc.**)

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
(Local Counsel for **NetGain Information Systems Company dba Recovery Site Logistics**)

Roland Gary Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY  10019
(Counsel for **NetGain Information Systems Company dba Recovery Site Logistics**)

Rick M. Heinl, RegAgt/President
**Repacorp, Inc. dba Repacorp Label Products**
31 Industry Park Court
Tipp City, OH  45371

Bruce McCullough, Esq.
Bodell Bove, LLC
1225 North King St., Ste. 1000; P.O. Box 397
Wilmington, DE  19899
(Counsel for **Richard Eric McCarthey aka R. Eric McCarthey**)

Susan Ehlers, Esq.
Armstrong Teasdale LLP
7700 Forsyth Blvd Suite 1800
Saint Louis, MO  63105
(Counsel for **Sentinel Capital Partners, L.L.C. dba RotoMetrics**)

Stephen West, Officer
**Roundtower Technologies, LLC fdba Roundtower Technologies, Inc.**
4555 Lake Forest Drive, Suite 220
Cincinnati, OH  45242

Jason Stitt, Esq.
Keating, Muething & Klekamp PLL
One E. 4th St., Suite 1400
Cincinatti, OH  45202
(Counsel for **Roy W. Begley, Jr.**)

JOhn Freeman
Halford, Niemiec & Freeman LLP
238 Rockmont Drive
Fort Mill, SC  29708
(Counsel for **Rustic Label, Inc.**)

Donald Heroman, President
**Custom Deco, LLC dba Sabina**
1343 Miami Street
Toledo, OH  43605

Jerry Correll, President
**Safety-Kleen Systems, Inc.**
2600 North Central Expressway, Suite 400
Richardson, TX  75080

Pierre Ness, Vice President
**St. Joseph Print Group Inc.**
1165 Kenaston Street
Ottawa, ON  K1G 6S1

Tereza Simonyan
Lane, Powell, Spears, Lubersky
1420 5th Avenue, Suite 4200 P.O. Box 91302
Seattle, WA  98111
(Counsel for **San Mar Corporation**)

Marie Dooley
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103
(Counsel for **Satori Software Inc.**)

Elihu Allinson III, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801
(Local Counsel for **Schiele Graphics, Inc.**)

Michelle Novick, Esq.
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL  60606
(Counsel for **Schiele Graphics, Inc.**)

Lee Hart
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA  30363
(Counsel for **Scott Lithographing Co., Inc.**)

Kayla Britton, Esquire
Faegre baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN  46240
(Counsel for **Mittera Wisconsin, LLC dba
Service Communications**)

Steven Antolak, Esq.
Antolak & Ongeri
4124 Quebec Avenue North, Suite 308
Minnaepolis, MN  55427
(Counsel for **Sexton Printing, Inc.**)

Maria Aprile Sawczuk, Esq.
Goldstein & McClintock LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801
(Local Counsel for **Shapco Printing, Inc.**)

Brian Jackiw, Esquire
Goldstein & McClintock LLLP
208 South LaSalle Street, Suite 1750
Chicago, IL  60604
(Counsel for **Shapco Printing, Inc.**)

Paul Fanning, Esq.
Ward and Smith, P.A.
120 West Fire Tower Road
Winterville, NC  28590
(Counsel for **Silver Fox Services, Inc.**)

Jeffrey Hirsch, Esq.
Schlanger, Silver, Barg & Paine LLP
109 North Post Oak Lane, Suite 300
Houston, TX  77024
(Counsel for **Simon Printing Company**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Local Counsel for **Solimar Systems, Inc..**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Counsel for **Solimar Systems, Inc..**)

Nicholas Verna
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
(Local Counsel for **Special Service Partners
Corporation**)

Patrick Tatum, Esq.
Baker, Botts, L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(Counsel for **Special Service Partners
Corporation**)

Tara Lattomus, Esq.
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE  19801
(Counsel for **Reg Oklahoma Acquisition,
LLC dba SSI Technologies**)

Paul Refior, Esq.
Refior Law Office
347 North Buffalo Street
Warsaw, IN  46580
(Counsel for **Steve's Pallets, Inc.**)

Kevin Lee Steward, RegAgt/President
**Steward Printing & Advertising, Inc.**
10775 Sanden Drive
Dallas, TX  75238

Dean Falavolito, Esquire
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA  15219
(Counsel for **Cindy Kearney dba Stitches
Embroidery**)

James Timko
Shutts & Bowen, LLP
300 South Orange Ave., Suite 1000
Orlando, FL  32801
(Counsel for **Sungard Availability Services**)

Michael Joyce, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801
(Local Counsel for **Sweda Company, LLC**)

Clement Cheng, Esquire
NEWHOPE LAW, PC
4522 Katella Avenue #200
Los Alamitos, CA  90720
(Counsel for **Sweda Company, LLC**)

Kevin Phoenix, RegAgt/Officer
**SwervePoint LLC**
75 Sylvan Street, B-203
Danvers, MA  01923

Katie Deuben, Esquire
Synnex Corporation
39 Pelham Ridge Drive
Greenville, SC  29615
(Counsel for **SYNNEX Corporation**)

Jian Zhou, Officer
**T & B Promos, LLC**
2025 E. Beltline SE, Suite 408
Grand Rapids, MI  49546

Robert Gusrae, Esquire
Law Office of Robert A Gusrae
5881 Town Bay Dr., # 926
Boca Raton, FL  33486
(Counsel for **Eagle Artistic Printing, Inc.
dba Teamwell USA**)

Edward Kosmowski, Esquire
Clark Hill PLC
824 N. Market street, Suite 710
Wilmington, DE 19801
(Local Counsel for **Technicote, Inc.**)

Pamela Leichtling, Esq.
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
(Counsel for **Technicote, Inc.**)

Thomas J. Thomasma, RegAgt/Officer
**Telemark Corporation dba Telemark Diversified Graphics**
411 McKee St.
Sturgis, MI 49091

Michael Bist, Esq.
Gardner, Bist, Bowden, Bush, Dee, LaVia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
(Counsel for **T-Formation Inc. of Tallahassee**)

Katherine Mayer, esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
(Counsel for **Thermo-Graphic, LLC**)

Casey Cantrell Swartz, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(Counsel for **Patented Acquisition Corporation dba Think Patented**)

Sarah Doerr, Esq.
Moss & Barnett, P.A.
4800 Wells Fargo Center; 90 South 7th Street
Minneapolis, MN 55402
(Counsel for **Thomson Reuters (Tax & Accounting) Inc.**)

Anthony Wichhart, RegAgt/President
**Thornel Associates, Inc.**
1961 University Lane
Lisle, IL 60532

Kelly Griffith
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, NY 13202
(Counsel for **TLF Graphics, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **Tobay Printing Co., Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Tobay Printing Co., Inc.**)

Greg Malpass, Chief Executive Officer
**Traction Sales and Marketing Inc.**
2700 Production Way, Suite 500
Burnaby, BC V5A 0C2

Joshua Cohen
Day Pitney LLP
One Audubon Street, 6th Floor
New Haven, CT 06511
(Counsel for **The Travelers Companies, Inc.**)

James Holzer, RegAgt/Officer
**Turtle Ridge Media Group, Inc.**
700 W. 190th St.
Gardena, CA 90248

Sally Edison, Esq.
Spilman Thomas & Battle PLLC
One Oxford Centre, Suite 3400
Pittsburgh, PA 15219
(Counsel for **Tyco Integrated Security LLC**)

Dennis Lewandowski, Esq.
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23514
(Counsel for **United Envelope, LLC**)

Officer, Managing Agent, Or General Agent
**Vana Solutions LLC**
4027 Colonel Glenn Highway, Suite 110
Beavercreek, OH 45431

Gary Storm, Chief Executive Officer
**vCom Solutions, Inc.**
12657 Alcosta Boulevard, Suite 418
San Ramon, CA 94583

Officer, Managing Agent, Or General Agent
**Vega Print, S.A. De C.V.**
12 De Octubre 2609, Adolfo Lopez Lopez
Mateos MEXICO
Monterrey, N.L., 64380

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Local Counsel for **Victor Printing, Inc.**)

Gregory Hauswirth
Leech Tishman Fuscaldo & Lampl, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel for **Victor Printing, Inc.**)

Derek Meek, Esq.
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(Counsel for **EBSCO Industries, Inc. dba Vulcan Information Packaging**)

Stephen Dexter, Esq.
Lathrop & Gage LLP
950 17th Street, Suite 2400
Denver, CO 80202
(Counsel for **Ward-Kraft, Inc.**)

Benjamin T. Reif, RegAgt/President
**Wausau Coated Products, Inc.**
825 S. 77th Avenue
Wausau, WI 54402

Roland Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY 10019
(Counsel for **Whitesell Corporation**)

Patricia Friesinger, Esq.
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH 45402
(Counsel for **Wilcon Corporation**)

Mark Duedall
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
Atlanta, GA 30309
(Counsel for **Wise Business Forms, Incorporated**)

Joseph A. Mellentine, RegAgt/President
**World Media Group, Inc.**
6737 E. 30th St.
Indianapolis, IN 46219

Ravi Seshagiri, President
**Zanec, Inc.**
860 Worcester Road, Suite 200
Framingham, MA 01702

Eric Monzo, Esq.
Morris James LLP
PO Box 2306, 500 Delaware Ave Suite 1500
Wilmington, DE 19899
(Counsel for **Zebra Technologies Corporation**)