# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| CARESOURCE<br><br>-and-<br><br>CARESOURCE MANAGEMENT GROUP CO.,<br><br>Plaintiffs,<br><br>v.<br><br>SRC LIQUIDATION COMPANY,<br>SR LIQUIDATION HOLDING COMPANY,<br>SR LIQUIDATION TECHNOLOGIES, INC.,<br>SR LIQUIDATION INTERNATIONAL, INC.,<br>iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC,<br><br>-and-<br><br>SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC,<br>SPCP GROUP III, LLC,<br>DLJ INVESTMENT PARTNERS, L.P.,<br>DLJ INVESTMENT PARTNERS II, L.P.,<br>DLJ IP II HOLDINGS, L.P.,<br>SPCP GROUP III LLC, SPF CDO I, LTD.,<br>SP WORKFLOW HOLDINGS, INC., | Adv. Proc. No. 15-51775 (BLS) |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| |
|---|
| SILVER POINT CAPITAL FUND, L.P. |
| -and- |
| BANK OF AMERICA, N.A., as Agent and Lender, and WELLS FARGO BANK, N.A., as Lender, |
|       Defendants. |
| SRC LIQUIDATION LLC, |
|       Plaintiff, |
| v. |
| DEFENDANTS LISTED ON EXHIBIT A, |
|       Defendants. |

Adv. Proc. Nos.: See **Exhibit A**

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 27, 2016 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline:    December 23, 2015 at 4:00 p.m. (extended for certain parties)

    Related Document(s):

        a)   Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

    Response(s) Received:   None at this time.

    Status:    This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m.

53670189.3

2.     Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

    Objection Deadline:     December 24, 2015 at 4:00 p.m. (extended for certain parties)

    Related Document(s):     None at this time.

    Response(s) Received:     None at this time.

    Status:     This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m.

3.     Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1468; Filed: 2/16/2016]

    Response Deadline:     March 1, 2016 at 4:00 p.m.

    Related Document(s):

    a)     Notice of Submission of Proofs of Claim for Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1486; Filed: 3/2/2016]

    b)     Order Sustaining Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection Section 503(b)(9) Claims [Docket No. 1502; Entered: 3/14/2016]

    Response(s) Received:

    a)     Response of Specialty Print Communications to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/2016]

    Status:     This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m. with respect to the claim of Specialty Print Communications. This matter has been resolved with respect to all other claims.

53670189.3

4.     Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1488; Filed: 3/3/2016]

    Response Deadline:    April 6, 2016 at 4:00 p.m.

    Related Document(s):

    a)     Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1512; Filed: 3/30/2016]

    b)     Order Sustaining Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1534; Entered: 4/11/2016]

    Response(s) Received:

    a)     Response by The New York State Department of Taxation and Finance in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims [Docket No. 1496; Filed: 3/7/2016]

    b)     Notice of Withdrawal of Document (Doc. #1515), Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims, and Notice of Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims (Doc. #1496) [Docket No. 1516; Filed: 4/1/2016]

    c)     Response by the Tennessee Department of Revenue to the Debtor's Eighth Omnibus Objection to Claims [Docket No. 1522; Filed: 4/6/2016]

    Status:    This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m. with respect to the claim of the Tennessee Department of Revenue. This matter has been resolved with respect to all other claims.

5.     Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1520; Filed: 4/4/2016]

    Response Deadline:    April 20, 2016 at 4:00 p.m.

<u>Related Document(s)</u>:

    a)    Notice of Submission of Proofs of Claim for Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1838; Filed: 5/12/2016]

    b)    Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1980; Entered: 5/24/2016]

<u>Response(s) Received</u>:

    a)    Response of Zebra Technologies to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1533; Filed: 4/11/2016]

    b)    Response of Mayer Enterprises, Inc., dba BCT Houston/Dallas to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1542; Filed: 4/18/2016]

    c)    Objection of Enterprise Printing & Products Corp. to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim [Docket No. 1548; Filed: 4/22/2016]

    d)    Withdrawal of Zebra Technologies' Response to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2012; Filed 6/28/16]

<u>Status</u>:    This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m. with respect to the claims of Mayer Enterprises, Inc., dba BCT Houston/Dallas, and Enterprise Printing and Products Corp. Zebra Technologies has withdrawn its Response to the Objection and agreed to entry of the proposed order. A Certification of Counsel with proposed order will be filed reflecting same. An order has been entered with respect to all other claims.

53670189.3

6.    Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1984; Filed: 5/24/2016]

    Response Deadline:    June 9, 2016 at 4:00 p.m. (Extended to July 15, 2016 at 4:00 p.m. as to Kirkwood Direct and JBR Industrial Services, LLC, only)

    Related Document(s):

    a)    Order Sustaining Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2011; Entered: 6/28/2016]

    Response(s) Received:

    a)    ImageMaker Graphics' Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1992; Filed: 6/9/2016]

    b)    Triangle Systems' Reply to Debtor's Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1994; Filed: 6/14/2016]

    c)    American Reprographics Company's Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1998; Filed: 6/17/2016]

    d)    Kirkwood Direct's Response in Opposition to Standard Register, Inc.'s Fourth Omnibus Objection to Section 503(b)(9) Claims [Docket No. 2017; Filed: 7/15/2016]

    e)    Informal Response from JBR Industrial Services, LLC

    Status:    This matter has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m. with respect to the claims of ImageMaker Graphics, Triangle Systems, American Reprographics Co., JBR Industrial Services, LLC, and Kirkwood Direct. This matter has been resolved with respect to all other claims.

7.    Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief [Adv. Proc. No. 15-51775; Docket No. 1; Filed: 10/30/2015]

      Answer Deadline:    December 7, 2015 (extended to July 28, 2016 for Bank of America, N.A., Wells Fargo Bank, N.A., SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V.; extended to July 25, 2016 for Silver Point Capital Fund, L.P., SPCP Group, LLC, SPCP Group III, LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP Workflow Holdings, Inc.)

      Related Document(s):

        a)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 3; Filed: 11/5/2015]

        b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 4; Filed: 11/5/2015]

        c)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 5; Filed: 11/5/2015]

        d)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 6; Filed: 11/5/2015]

        e)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 7; Filed: 11/5/2015]

        f)    Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 8; Filed: 12/4/2015]

        g)    Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 9; Filed: 12/7/2015]

        h)    Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 10; Filed: 12/9/2015]

        i)    Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 14; Entered: 1/4/2016]

53670189.3

j) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 17; Filed: 1/28/2016]

k) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 19; Entered: 1/29/2016]

l) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 21; Entered: 2/26/2016]

m) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 22; Filed: 3/9/2016]

n) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 26; Filed: 4/1/2016]

o) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 27; Entered: 4/1/2016]

p) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 32; Entered: 5/4/2016]

q) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 33; Filed: 5/5/2016]

r) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 38; Entered: 6/2/2016]

s) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 40; Entered: 6/21/2016]

t) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 41; Filed: 6/22/2016]

u) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 45; Filed: 7/20/2016]

v) Stipulation for Extension of Time for Defendants Silver Point Capital Fund, L.P., SPCP Group, LLC, SPCP Group III, LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP Workflow Holdings, Inc. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 46; Filed: 7/20/2016]

53670189.3

    w)     Stipulation for Extension of Time for Defendants SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 47; Filed: 7/20/2016]

    Response(s) Received:     None at this time.

    Status:     The pre-trial conference has been continued to the next omnibus hearing scheduled for August 31, 2016 at 10:00 a.m.

8. Pretrial Conferences in adversary proceedings listed on the attached **Exhibit B**

    Objection Deadline:     N/A

    Related Document(s):     N/A

    Response(s) Received:     N/A

    Status:     The pretrial conferences will not go forward as Plaintiff's Scheduling Motion (agenda matter no. 9) eliminates the need for pretrial conferences.

**MATTER WITH CERTIFICATION OF COUNSEL**

9. Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Bankr. Docket No. 1991; Filed: 6/9/2016]

    Objection Deadline:     June 23, 2016 at 4:00 p.m.

    Related Document(s):

    a)     Certification of Counsel Regarding Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Bankr. Docket No. 2021; Filed: 7/22/2016]

    b)     Certification of Counsel Regarding Scheduling Order [Adv. Proc. No. 16-50512; Adv. Docket No. 6; Filed: 7/22/2016]

    c)     Certification of Counsel Regarding Scheduling Order [Adv. Proc. No. 16-50609; Adv. Docket No. 7; Filed: 7/22/2016]

53670189.3

Response(s) Received:

a) Objection of Stylecraft Printing Co. to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Adv. Proc. No. 16-50512; Adv. Docket No. 5; Bankr. Docket No. 2000; Filed: 6/23/2016]

b) Objection of Morgan Adhesives Company, LLC d/b/a MACtac to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Adv. Proc. No. 16-50609; Adv. Docket No. 6; Filed: 6/23/2016]

c) Limited Objection of Victor Envelope Manufacturing Corporation d/b/a The Envelope Express, Inc. and Thermo-Graphic, LLC to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Adv. Proc. No. 16-50581; Docket No. 5; Adv. Proc. No. 16-50625; Docket No. 6; Bankr. Docket No. 2001; Filed: 6/23/2016]

d) Notice of Withdrawal of Limited Objection of Victor Envelope Manufacturing Corporation d/b/a The Envelope Express, Inc. and Thermo-Graphic, LLC to Plaintiff's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Adv. Proc. No. 16-50581; Docket No. 6; Adv. Proc. No. 16-50625; Docket No. 7; Filed: 6/29/2016]

e) Joinder of Certain Defendants to the Objections of Morgan Adhesives Company, LLC d/b/a Mactac and Stylecraft Printing Co. to Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Bankr. Docket No. 2015; Filed: 7/7/2016]

f) Notice of Withdrawal Regarding Joinder of Certain Defendants to the Objections of Morgan Adhesives Company, LLC d/b/a Mactac and Stylecraft Printing Co. to Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Bankr. Docket No. 2019; Filed: 7/19/2016]

53670189.3

<u>Status</u>: Consensual revised orders have been filed under certifications of counsel resolving the objections by Stylecraft Printing Co. and Morgan Adhesives Company, LLC d/b/a MACtac. Revised proposed forms of order have been filed under certification of counsel with respect to all other defendants. No hearing is necessary unless the Court directs otherwise.

Dated: July 25, 2016　　　　　　　　Respectfully submitted,
　　　　Wilmington, Delaware

| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Wojciech F. Jung, Esq.<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br><br>*-and-*<br><br>**POLSINELLI PC**<br><br>/s/ *Justin K. Edelson*<br>Christopher A. Ward (No. 3877)<br>Justin K. Edelson (No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>Email: cward@polsinelli.com<br>　　　　jedelson@polsinelli.com | **ASK LLP**<br>Joseph L. Steinfeld, Jr.<br>Gary D. Underdahl<br>Edward E. Neiger<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>Telephone: (651) 406-9665<br>Email: jsteinfeld@askllp.com<br>　　　　gunderdahl@askllp.com<br>　　　　eneiger@askllp.com<br><br>*-and-*<br><br>**BAYARD, P.A.**<br><br>/s/ *Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Gregory J. Flasser (No. 6154)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: jalberto@bayardlaw.com<br>　　　　gflasser@bayardlaw.com |

*Counsel to SRC Liquidation, LLC*

53670189.3