# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| | |
| CARESOURCE | |
| -and- | |
| CARESOURCE MANAGEMENT GROUP CO., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 15-51775 (BLS) |
| SRC LIQUIDATION COMPANY, SR LIQUIDATION HOLDING COMPANY, SR LIQUIDATION TECHNOLOGIES, INC., SR LIQUIDATION INTERNATIONAL, INC., iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC, | |
| -and- | |
| SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC, SPCP GROUP III, LLC, DLJ INVESTMENT PARTNERS, L.P., DLJ INVESTMENT PARTNERS II, L.P., DLJ IP II HOLDINGS, L.P., SPCP GROUP III LLC, SPF CDO I, LTD., SP WORKFLOW HOLDINGS, INC., | |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. <br><br> -and- <br><br> BANK OF AMERICA, N.A., as Agent and Lender, and WELLS FARGO BANK, N.A., as Lender, <br><br>              Defendants. <br> SRC LIQUIDATION LLC, <br>              Plaintiff, <br><br> v. <br><br> DEFEDANTS LISTED ON EXHIBIT A, <br><br>              Defendants. | Adv. Proc. Nos.: See **Exhibit A** |

## AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On July 25, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B**, 2) via First Class Mail and Email on the CareSource Service List attached hereto as **Exhibit C**, and 3) via First Class Mail on the Affected Parties Service List attached here to **Exhibit D**:

- Notice of Agenda of Matters Scheduled for Hearing on July 27, 2016 at 10:00 a.m. (ET) [Docket No. 2023; Adv. Proc. No. 15-51775, Docket No. 49]

Dated: July 27, 2016

                                                                                  Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 27, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

SRF 9769

# **Exhibit A**

Case 15-10541-BLS    Doc 2027    Filed 07/27/16    Page 3 of 17

| Defendant Name | Adv. Number |
|---|---|
| Abel Womack, Inc. | 16-50788 |
| Above & Beyond Balloons, Inc. dba Above and Beyond Advertising | 16-50648 |
| ACCO Brands Corporation dba General Binding Corporation | 16-50752 |
| Active Electric Incorporated | 16-50650 |
| Admail West, Inc. | 16-50519 |
| Advanced Industrial Services, Inc. | 16-50651 |
| Advantage Innovations, Inc. | 16-50652 |
| Advantage Machinery Services, Inc. | 16-50791 |
| AgencyAxis LLC | 16-50795 |
| Agfa Corporation dba Pitman Co. | 16-50824 |
| Alen Security Locksmith Company, Inc. dba Alen Security Company Inc. | 16-50655 |
| Allstate Paper Box Co. | 16-50520 |
| AlphaGraphics, Inc. | 16-50796 |
| American Gourmet Group, LLC dba Gifted Expressions | 16-50868 |
| American Reprographics Company, L.L.C. | 16-50522 |
| Anderson & Vreeland, Inc. | 16-50633 |
| Appvion, Inc. | 16-50525 |
| Ariba, Inc. | 16-50526 |
| Arlington Printing and Stationers, Inc. dba Apex Color | 16-50523 |
| Artwear Embroidery, Inc. | 16-50658 |
| Aspen Press Company, LC | 16-50806 |
| Austell Natural Gas System aka Austell Gas System | 16-50662 |
| Aztex Enterprises Ld. dba AZX Sport | 16-50664 |
| BagMakers, Inc. | 16-50666 |
| Bam Bams, LLC | 16-50810 |
| Bansal Enterprises, Inc. dba The Ink Well | 16-50599 |
| BAW Plastics, Inc. | 16-50811 |
| Bay State Envelope, Inc. | 16-50528 |
| Baycorr Packaging Inc. dba Heritage Paper | 16-50882 |
| Bestforms, Inc. | 16-50497 |
| Bey-Berk International | 16-50828 |
| Bio Star Films, LLC dba Aargus Plastics | 16-50771 |
| Blanks Printing & Imaging, Inc. | 16-50829 |
| Borax Paper Products, Inc. | 16-50667 |
| Bradford & Bigelow, Inc. | 16-50533 |
| Brainstorm Logistics, LLC | 16-50668 |
| Broder Bros., Co. dba Alphabroder | 16-50521 |
| BSP Filing Solutions | 16-50672 |

| Defendant Name | Adv. Number |
|---|---|
| Buck Consultants, LLC | 16-50674 |
| Business Card Systems, Inc. dba BCT Loves Park | 16-50813 |
| Business Stationery, LLC fdba Business Stationery, Inc. | 16-50498 |
| Canterbury Press, LLC | 16-50675 |
| Caroline Tinaz dba Gate Embroidery New York aka Gate NY | 16-50862 |
| Carter Brothers Security Services, LLC | 16-50499 |
| Carter Brothers Technology Group, Inc. dba CB Tech | 16-50535 |
| Central Soft Water Services Inc. | 16-50832 |
| CenturyLink, Inc. fka Qwest | 16-50879 |
| Cenveo Corporation | 16-50500 |
| Cenveo Corporation dba Discount Labels | 16-50552 |
| Certon Technologies, Inc. dba Har Adhesive Technologies | 16-50757 |
| Chicago Mailing Tube Company | 16-50834 |
| Cindy Kearney dba Stitches Embroidery | 16-50912 |
| Cintas Corporation | 16-50682 |
| Citadel Specialty Products, Inc. | 16-50684 |
| Clarke-Hook Corporation | 16-50750 |
| Clear Image, Inc. | 16-50686 |
| Cogensia, LLC | 16-50835 |
| Cohber Press, Inc. | 16-50536 |
| Columbia Gas of Ohio, Inc. | 16-50688 |
| Compumail Corp. | 16-50772 |
| Concur Technologies, Inc. | 16-50541 |
| Conrad Industries, Inc. dba A-B Emblem | 16-50647 |
| Con-Real, LP | 16-50538 |
| Consortium Companies, L.L.C. | 16-50842 |
| Constellation NewEnergy, Inc. | 16-50691 |
| ConsumerBase LLC dba Exact Data | 16-50857 |
| Contingent Network Services, LLC | 16-50542 |
| Custom Deco, LLC dba Sabina | 16-50891 |
| Custom Index Inc. | 16-50543 |
| Customformed Products, Inc. | 16-50848 |
| Customgraphix Printing Corporation | 16-50501 |
| D. & J. Printing, Inc. dba Bang Printing | 16-50634 |
| Dandon Enterprises Inc. dba Fastsigns - NJ | 16-50858 |
| Danny Deaton dba D & D Service & Design | 16-50704 |
| David Michael Kelker dba Mike Kelker Machine and Tool | 16-50692 |
| Dayton Mailing Services, Inc. | 16-50546 |

| Defendant Name | Adv. Number |
|---|---|
| Delphax Technologies Inc. | 16-50548 |
| Deluxe Financial Services, LLC | 16-50708 |
| Developertown LLC | 16-50550 |
| Diligent Board Member Services | 16-50712 |
| Direct Data Corporation | 16-50852 |
| Diversified Labeling Solutions, Inc. | 16-50502 |
| Dubow Textile, Inc. | 16-50741 |
| Dunnwell Packaging, L.L.C. | 16-50854 |
| Dupli-Systems, Inc. dba Imagemaker Graphics | 16-50596 |
| Dupli-Systems, Inc. dba Ohio Cut Sheet | 16-50557 |
| DXP Enterprises, Inc. | 16-50503 |
| E. I. Du Pont De Nemours and Company | 16-50856 |
| Eagle Artistic Printing, Inc. dba Teamwell USA | 16-50919 |
| Earth Color, LLC | 16-50746 |
| Ebix, Inc. dba Ebix Consulting fka PB Systems, Inc. | 16-50713 |
| EBSCO Industries, Inc. dba Crown Products Inc. | 16-50846 |
| EBSCO Industries, Inc. dba Vulcan Information Packaging | 16-50614 |
| Eighth Floor Promotions, L.L.C. | 16-50747. |
| Ennis, Inc. dba Falcon Business Forms Inc. | 16-50749 |
| Ennis, Inc. dba Print Xcel | 16-50836 |
| Ennis, Inc. dba PrintGraphics Inc. | 16-50717 |
| Ennis, Inc. fdba Ennis Business Forms, Inc. | 16-50577 |
| Enrique Rodriguez dba R & R Screen Printing | 16-50880 |
| Entrust Datacard Corporation fdba Datacard Corporation | 16-50544 |
| Envelope Solutions LLC | 16-50583 |
| Envision Graphics, LLC dba Envision 3 LLC | 16-50748 |
| Epsilon Data Management, LLC | 16-50584 |
| Ernest Packaging dba Ernest Packaging Solutions; and Bayou Packaging, Inc. | 16-50773 |
| Fey Industries, Inc. dba Reflectix by Fey | 16-50636 |
| Flagship Press, Inc. | 16-50505 |
| FLEXcon Company, Inc. | 16-50506 |
| Flint Group North America Corporation dba Flint Ink Corporation | 16-50859 |
| Foremost Graphics, L.L.C. fdba Greystone Print Solutions | 16-50871 |
| FormStore Incorporated | 16-50586 |
| Fruitridge Printing & Lithograph, Inc. | 16-50587 |
| Geehan Advisory Group, Inc. dba Geehan Group | 16-50751 |
| General Marketing Solutions, LLC | 16-50588 |
| General Office Industries, Inc. dba Atlas General Office Industries | 16-50527 |

| Defendant Name | Adv. Number |
| --- | --- |
| Genoa Business Forms, Inc. | 16-50753 |
| Georgia Power Company | 16-50866 |
| Gigantic Color Incorporated | 16-50589 |
| GLJ, Inc. dba Mid Nix Snax | 16-50689 |
| Globus Printing and Packaging Company, Inc. | 16-50590 |
| Graphic Mailers, Inc. | 16-50755 |
| Graphics Terminal, Inc. | 16-50869 |
| Grupo Grafico De Mexico S.A. de C.V. | 16-50591 |
| Hannaford & Dumas, Corporation | 16-50756 |
| Harland Clarke Corp. dba MICR Express | 16-50687 |
| Hawks & Associates, Inc. dba Hawks Tag | 16-50872 |
| Healthcare Information and Management Systems Society dba Himss | 16-50656 |
| Henderson's Printing, Inc. dba Kunz | 16-50903 |
| Highland Computer Forms, Inc. | 16-50654 |
| HM Graphics Inc. | 16-50592 |
| Hopkins Printing, Inc. | 16-50663 |
| Houston Photographic Laboratories, Inc. dba Houston Photo Imaging | 16-50884 |
| Ideon, LLC | 16-50594 |
| IFS Filing Systems LLC | 16-50886 |
| Impresos Taino | 16-50665 |
| Independent Printing Company, Inc. | 16-50597 |
| InfoSeal LLC | 16-50598 |
| InStream, LLC | 16-50669 |
| Interstate Gas Supply, Inc. dba DPL Energy Resources | 16-50555 |
| IntraLinks, Inc. | 16-50671 |
| InVue Security Products Inc. | 16-50890 |
| Ironclad Performance Wear Corporation | 16-50892 |
| J. Kemper Matt dba Dupli Envelope and Graphics | 16-50745 |
| J.S. McCarthy Co., Inc. dba J.S. McCarthy Printers | 16-50774 |
| JDS Graphics Inc. | 16-50507 |
| Jeff Lane dba PJ Printers | 16-50547 |
| Jet Mail Services, Inc. dba Jet Mail Inc. | 16-50894 |
| JKM Trading Company dba Pro Towels Etc. | 16-50870 |
| Kanzaki Specialty Papers Inc. | 16-50638 |
| Kay Toledo Tag, Inc. | 16-50603 |
| Kirkwood Printing Company, LLC | 16-50605 |
| Knepper Press Corporation | 16-50606 |
| Kobayashi Create Co., Ltd. | 16-50901 |

| Defendant Name | Adv. Number |
|---|---|
| Kolder, Inc. dba Numo A. Kolder Co. | 16-50807 |
| L&S Label Printing Inc. | 16-50676 |
| Label Products, Inc. | 16-50673 |
| Larsen Warehousing & Distribution, Inc. | 16-50907 |
| Lefavor Envelope Company | 16-50607 |
| Lightning Printing, Inc. dba Wallace Carlson | 16-50516 |
| Magnet LLC dba Magnets 4 Media | 16-50611 |
| Management Analysis & Utilization, Inc. dba MAU Workforce Solutions | 16-50782 |
| Manhattan Business Forms, LLC | 16-50679 |
| Marvin Jacobs dba Ameritype | 16-50801 |
| Mastro Graphic Arts, Inc. | 16-50524 |
| Media Printing Corporation | 16-50681 |
| MetLife, Inc. | 16-50532 |
| Metro Flex, Inc. | 16-50784 |
| Metropolitan Group Property and Casualty Insurance Company dba Metlife Group Property and Casualty | 16-50685 |
| Milano Worldwide Corp. | 16-50787 |
| Mittera Wisconsin, LLC dba Service Communications | 16-50730 |
| Monument KPG III, LLC | 16-50790 |
| Morgan Adhesives Company, LLC dba MACtac | 16-50609 |
| MR Label, Inc. | 16-50695 |
| Muller Martini Corp. | 16-50792 |
| Nashua Corporation | 16-50797 |
| National Color Graphics, Inc. | 16-50696 |
| Nationwide Envelope Specialists, Inc. | 16-50534 |
| Neerav Information Technology (India) Prive Limited Company | 16-50802 |
| NetGain Information Systems Company dba Recovery Site Logistics | 16-50723 |
| New Jersey Business Forms Manufacturing Corporation | 16-50699 |
| Novitex Enterprise Solutions, Inc. | 16-50509 |
| NuSign Supply, Inc. | 16-50809 |
| Office Depot, Inc. | 16-50700 |
| Oldes de Puerto Rico Inc. | 16-50817 |
| Pacific Cascade Distribution, Inc. | 16-50537 |
| Panther Solutions, LLC | 16-50702 |
| Paper Systems Incorporated | 16-50540 |
| Par-One, Inc. | 16-50705 |
| Parrot Press, Inc. | 16-50706 |
| Partners Press, Inc. | 16-50707 |

| Defendant Name | Adv. Number |
|---|---|
| Pat & Sam International, Inc. | 16-50709 |
| Patented Acquisition Corporation dba Think Patented | 16-50734 |
| Peerless Insurance Company | 16-50545 |
| Pegasus Logistics Group, Inc. dba PLG Logistics Group ULC | 16-50827 |
| Peg-Master Business Forms, Inc. | 16-50821 |
| Perimeter Painting and Decorating Inc. | 16-50822 |
| Pitney Bowes Inc. dba Purchase Power | 16-50564 |
| Polymeric Converting, LLC | 16-50549 |
| POP Displays USA, LLC | 16-50831 |
| PPG Industries, Inc. | 16-50551 |
| Pratt Industries, Inc. | 16-50833 |
| Prepac Designs, Inc. | 16-50554 |
| Price Chopper Medical Wristbands, Inc. dba Medical ID Solutions | 16-50776 |
| Print On Spot | 16-50716 |
| PrintEdd Products, L.L.C. dba PrintEdd Products Dallas | 16-50558 |
| Printing Solutions of Kansas, Inc. | 16-50560 |
| Print-O-Tape, Inc. | 16-50556 |
| Prism Color Corporation | 16-50643 |
| Privatizer Technologies LLC | 16-50561 |
| Pro Source, Inc. | 16-50562 |
| Pro Tech Computer Supply, Inc. | 16-50873 |
| Progressive Printers, Inc. | 16-50563 |
| QuadriScan Inc. | 16-50876 |
| Quinn Flags, Inc. | 16-50565 |
| Raff Printing, Inc. | 16-50566 |
| Rand Graphics, Inc. | 16-50719 |
| Raymond Leasing Corporation | 16-50720 |
| Raymond of New Jersey, LLC | 16-50721 |
| Reality Plastics, Inc. | 16-50722 |
| Reg Oklahoma Acquisition, LLC dba SSI Technologies | 16-50620 |
| Repacorp, Inc. dba Repacorp Label Products | 16-50631 |
| Richard Eric McCarthey aka R. Eric McCarthey | 16-50568 |
| Richard Soliz dba Print By the Minute | 16-50867 |
| Rick Kistler aka Jon E. Kistler | 16-50900 |
| Roundtower Technologies, LLC fdba Roundtower Technologies, Inc. | 16-50570 |
| Roy W. Begley, Jr. | 16-50888 |
| Rustic Label, Inc. | 16-50571 |
| Safety & Security Solutions, LLC dba PLE Group | 16-50715 |

| Defendant Name | Adv. Number |
|---|---|
| Safety-Kleen Systems, Inc. | 16-50727 |
| San Mar Corporation | 16-50573 |
| Satori Software Inc. | 16-50574 |
| Schiele Graphics, Inc. | 16-50575 |
| Scott Lithographing Co., Inc. | 16-50893 |
| Sentinel Capital Partners, L.L.C. dba RotoMetrics | 16-50569 |
| Sexton Printing, Inc. | 16-50579 |
| Shapco Printing, Inc. | 16-50580 |
| Silver Fox Services, Inc. | 16-50899 |
| Simon Printing Company | 16-50601 |
| Solimar Systems, Inc.. | 16-50904 |
| Special Service Partners Corporation | 16-50619 |
| Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing | 16-50510 |
| Spinnaker Coating, LLC fdba Spinnaker Coating Inc. | 16-50511 |
| St. Joseph Print Group Inc. | 16-50728 |
| Star Marketing International, Inc. dba Apollo Group Inc. | 16-50803 |
| Steve's Pallets, Inc. | 16-50910 |
| Steward Printing & Advertising, Inc. | 16-50911 |
| Stylecraft Printing Co. | 16-50512 |
| Sungard Availability Services | 16-50914 |
| Sweda Company, LLC | 16-50621 |
| SwervePoint LLC | 16-50918 |
| SYNNEX Corporation | 16-50622 |
| T & B Promos, LLC | 16-50623 |
| Tape & Label Graphic Systems, Inc. | 16-50513 |
| Technicote, Inc. | 16-50624 |
| Telemark Corporation dba Telemark Diversified Graphics | 16-50920 |
| T-Formation Inc. of Tallahassee | 16-50922 |
| The Advisory Board Company | 16-50653 |
| The Connecticut Light and Power Company | 16-50690 |
| The Delta Institute | 16-50850 |
| The Envelope Printery, Inc. | 16-50504 |
| The Little Printing Company dba Quality Forms | 16-50718 |
| The Marietta Group LLC | 16-50612 |
| The Travelers Companies, Inc. | 16-50737 |
| Thermo-Graphic, LLC | 16-50625 |
| Thomson Reuters (Tax & Accounting) Inc. | 16-50923 |

| Defendant Name | Adv. Number |
|---|---|
| Thornel Associates, Inc. | 16-50626 |
| Time's Up, Inc. dba Counterpoint and Digispec | 16-50701 |
| TKO Print Solutions, Inc. dba ThinkPrint | 16-50840 |
| TLF Graphics, Inc. | 16-50627 |
| Tobay Printing Co., Inc. | 16-50735 |
| Tools 2 Market, LLC dba Printing & Publications | 16-50864 |
| Traction Sales and Marketing Inc. | 16-50736 |
| Trade Printers, Inc. | 16-50514 |
| Turtle Ridge Media Group, Inc. | 16-50930 |
| Tyco Integrated Security LLC | 16-50931 |
| United Envelope, LLC | 16-50629 |
| Universal Manufacturing Company dba Universal Printing and Manufacturing Company | 16-50515 |
| UPM Raflatac, Inc. fdba Raflatac, Inc. | 16-50567 |
| Vana Solutions LLC | 16-50630 |
| vCom Solutions, Inc. | 16-50613 |
| Vega Print, S.A. De C.V. | 16-50932 |
| Verizon Communications Inc. fdba MCI WorldCom | 16-50529 |
| Victor Envelope Manufacturing Corporation dba The Envelope Express, Inc. | 16-50581 |
| Victor Printing, Inc. | 16-50934 |
| Walton & Co., Inc. | 16-50645 |
| Ward-Kraft, Inc. | 16-50615 |
| Wausau Coated Products, Inc. | 16-50616 |
| WestRock Company fka Rock Tenn Co. | 16-50644 |
| Whitesell Corporation | 16-50742 |
| Wilcon Corporation | 16-50743 |
| Wise Business Forms, Incorporated | 16-50617 |
| World Media Group, Inc. | 16-50937 |
| Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics | 16-50517 |
| Xerox Corporation dba BenefitWallet | 16-50530 |
| Zanec, Inc. | 16-50618 |
| Zebra Technologies Corporation | 16-50744 |

**Exhibit B**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit C**

## Exhibit C

CareSource Service List
Served via First Class Mail and Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker<br>100 South Third Street<br>Columbus OH 43215 | dwhittaker@bricker.com |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com |

**<u>Exhibit D</u>**

Exhibit D
Affected Parties Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| American Reprographics Co. | Robyn B. Sokol, Esq. | Counsel for American Reprographics Co. | Ezra Brutzkus Gubner LLP | 21650 Oxnard Street, Suite 500 | Woodland Hills | CA | 91367 |
| Enterprise Printing & Products, Corp | Attn: Vijay Malhotra | 150 Newport Avenue | | | East Providence | RI | 02916 |
| Imagemaker Graphics | Corsaro & Associates Co., LPA | Scott R. Poe, Esq. | 28039 Clemens Road | | Westlake | OH | 44145 |
| JBR INDUSTIRAL SERVICES LLC | PO BOX 277 | | | | BROOKSVILLE | KY | 41004-0277 |
| Kirkwood Direct | 904 Main St | | | | Wilmington | MA | 01887 |
| Mayer Enterprises Inc., dba BCT Houston/Dallas | BCT Houston/Dallas | Attn: Lisa Lamb | 5522 Mitchelldale | | Houston | TX | 77092 |
| New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 |
| Specialty Print Communications | Attn: Adam Lefebvre | 6019 W. Howard St | | | Niles | IL | 60714 |
| Tennessee Department of Revenue | Debbie D. McAlister - Account Tech 1 | 500 Deaderick St. | | | Nashville | TN | 37242-9718 |
| Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| TRIANGLE SYSTEMS | 300 BILMAR DR., Suite 100 | | | | PITTSBURGH | PA | 15205 |
| Zebra Technologies | 333 Corporate Woods Parkway | | | | Vernon Hills | IL | 60061 |
| Zebra Technologies | 6048 Eagle Way | | | | Chicago | IL | 60678-1060 |

In re SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Page 1 of 1