**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SRC Liquidation, LLC,[1]<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Related Docket No. 2016** |
| SRC Liquidation, LLC,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Peerless Insurance Company,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 16-50545 (BLS)<br><br>**Related Docket No. 5** |

**CERTIFICATE OF NO OBJECTION REGARDING PLAINTIFF'S MOTION
FOR AN ORDER APPROVING SETTLEMENT
<u>PURSUANT TO FED. R. BANKR. P. 9019</u>**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Plaintiff's Motion for an Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019** [D.I. 2016; Adv. D.I. 5] (the "<u>Motion</u>"), filed on July 12, 2016.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion objections to the Motion were to be filed and served no later than July 27, 2016 at 4:00 p.m.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

It is hereby respectfully requested that an order approving the Motion be entered at the Court's earliest convenience.

Dated: July 28, 2016

**BAYARD, P.A.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
         gflasser@bayardlaw.com

-and-

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
         gunderdahl@askllp.com
         eneiger@askllp.com

*Counsel to SRC Liquidation, LLC*