IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

    Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to Kirkwood Direct, LLC, and on the 15th day of July, 2016, she caused a copy of KIRKWOOD DIRECT'S RESPONSE IN OPPOSITION TO STANDARD REGISTER, INC.'S FOURTH OMNIBUS OBJECTION TO SECTION 503(B)(9) CLAIMS (Docket No. 2017) to be served upon the following parties in the manner indicated.

**VIA HAND DELIVERY**
WERB & SULLIVAN
Matthew P. Austria
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**
GRAY, PLANT, MOOTY, MOOTY & BENNET, P.A.
Phillip Bohl
Abigail McGibbon
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

*/s/ Kristin McCloskey*
Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 1st day of August, 2016.

_____
Notary Public

WILLIAM E. CHIPMAN, JR.
Attorney at Law
Notary Public - State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).