**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC, *et al.*,³<br>　　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>**Hearing Date: August 31, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 16, 2016 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION**

TO:　(A) THE UST; (B) COUNSEL TO SILVER POINT; (C) ALL KNOWN PARTIES TO THE ACTIONS OR THEIR COUNSEL, IF KNOWN; AND (D) ALL ENTITIES THAT HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

　　　　PLEASE TAKE NOTICE that SRC Liquidation, LLC has filed the attached **SRC Liquidation, LLC's Motion for Entry of an Order Extending the Period Within Which SRC Liquidation, LLC May Remove Actions Pursuant to 28 U.S.C. § 1452** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

　　　　PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion must be filed on or before **August 16, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to SRC Liquidation, LLC so as to be received on or before the Objection Deadline.

　　　　PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 31, 2016 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

---

³ The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

53903334.1

-2-

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: August 2, 2016
      Wilmington, Delaware

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

53903334.1