# EXHIBIT A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC, *et al.*,[1]<br>　　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. \_\_\_\_ |

**ORDER EXTENDING THE PERIOD WITHIN WHICH SRC LIQUIDATION, LLC**
**MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "Motion")[2] of SRC Liquidation, LLC for entry of an order, pursuant to Bankruptcy Rules 9006 and 9027, extending the period within which SRC Liquidation, LLC may remove the Actions pursuant to 28 U.S.C. § 1452 through and including January 30, 2017; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of SRC Liquidation, LLC, its creditors and stakeholders; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the Motion having been withdrawn or overruled on the merits, as applicable; and

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

53903334.1

-2-

upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The time period provided by Bankruptcy Rule 9027 within which SRC Liquidation, LLC may file notices of removal of claims and causes of action is hereby enlarged and extended through and including January 30, 2017 (the "<u>Removal Deadline</u>").

3. This Order shall be without prejudice to (a) the right of SRC Liquidation, LLC to seek further extensions of the Removal Deadline and (b) any position SRC Liquidation, LLC may take regarding whether section 362 of the Bankruptcy Code applies to stay any Action.

4. SRC Liquidation, LLC is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:_____
       Wilmington, Delaware

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

53903334.1