IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-10541<br><br>**Related Docket No. 1991 & 2024** |
| SRC LIQUIDATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO<br><br>Defendant. | Adv. Proc. No. See Attached Exhibit A |

**CERTIFICATION OF COUNSEL REGARDING PLAINTIFF'S MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION, LLC PURSUANT TO SECTION 502, 547, AND 550 OF THE BANKRUPTCY CODE BY AND BETWEEN SRC LIQUIDATION, LLC AND CERTAIN DEFENDANTS**

The undersigned certifies as follows:

1. Between May 5 and May 13, 2016, the above-captioned adversary proceedings (the "Adversary Proceedings"), as set forth on Exhibit A attached hereto, were commenced against the Special Service Partners Corporation, PrintGraphics Inc., PrintXcel, Kay Toledo Tag, Inc., Falcon Business Forms Inc., and Ennis Business Forms Inc. (collectively, the "Defendants") by SRC Liquidation, LLC ("SRC," together with the Defendants, the "Parties").

2. On June 9, 2016, SRC filed *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

*Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code* [Docket No. 1991] (the "Procedures Motion"). The Procedures Motion was granted on July 25, 2016 [Docket No. 2024 & 2025] (the "Procedures Orders"). The Procedures Orders set forth a discovery and mediation schedule for (i) adversary proceedings with claims less than or equal to $75,000 (the "Less Than $75,000 Procedures") and (ii) adversary proceedings with claims greater than $75,000 (the "Greater Than $75,000 Procedures").

3. The Parties have discussed and agreed that each of the Adversary Proceedings will be governed by the Less Than $75,000 Procedures regardless of the amount of the claims in each proceeding and that certain of the deadlines contained in the Less Than $75,000 Procedures should be modified, extended and/or added, as applicable, with respect to the Adversary Proceedings.

6. Accordingly, the Parties entered into the *Stipulation Regarding Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation, LLC Pursuant to Section 502, 547, and 550 of the Bankruptcy Code by and Between SRC Liquidation, LLC and Certain Defendants* (the "Stipulation").

7. The undersigned respectfully submits that the Court may consider and enter the Proposed Order attached hereto as Exhibit 1 approving the Stipulation, attached thereto as Exhibit A, at the Court's earliest convenience, without further notice or hearing.

**[Signature on the following page.]**

Dated: August 2, 2016  
Wilmington, Delaware

WOMBLE CARLYLE SANDRIDGE  
& RICE, LLP

/s/ Morgan L. Patterson  
Mark L. Desgrosseilliers (Del. Bar No. 4083)  
Morgan L. Patterson (Del. Bar No. 5388)  
WOMBLE CARLYLE SANDRIDGE  
   & RICE, LLP  
222 Delaware Avenue, Suite 1501  
Wilmington, DE 19801  
Telephone: (302)252-4359  
Facsimile: (302) 661-7703  
MDesgrosseilliers@wcsr.com  
MPatterson@wcsr.com

– and –

James R. Prince (admitted pro hac vice)  
BAKER BOTTS L.L.P.  
2001 Ross Avenue  
Dallas, Texas 75201  
Telephone: (214) 953-6500  
Facsimile: (214) 661-4928  
jim.prince@bakerbotts.com

Counsel to the Defendants

## EXHIBIT A

### Defendants

| Defendant | Case Number |
|---|---|
| Special Service Partners Corporation | 16-50619 |
| PrintGraphics Inc. | 16-50717 |
| PrintXcel | 16-50836 |
| Kay Toledo Tag Inc. | 16-50603 |
| Falcon Business Forms Inc. | 16-50749 |
| Ennis Business Forms Inc. | 16-50577 |