IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Related Docket No. 1991, 2024 & 2025** |
| SRC LIQUIDATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO<br><br>Defendant. | Adv. Proc. No. See Attached Exhibit A |

**ORDER APPROVING THE STIPULATION REGARDING PLAINTIFF'S MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION, LLC PURSUANT TO SECTION 502, 547, AND 550 OF THE BANKRUPTCY CODE BY AND BETWEEN SRC LIQUIDATION, LLC AND CERTAIN DEFENDANTS**

The parties to the attached stipulation (the "Stipulation") between SRC Liquidation, LLC ("SRC" or "Plaintiff") and Special Service Partners Corporation, PrintGraphics Inc., PrintXcel, Kay Toledo Tag, Inc., Falcon Business Forms Inc., and Ennis Business Forms Inc. (collectively, the "Defendants") having agreed and stipulated that certain terms and/or deadlines applicable to the above-captioned adversary proceedings shall be revised and/or extended; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Stipulation attached hereto as <u>Exhibit 1</u> is approved.

2. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this order.

3. Notwithstanding any Bankruptcy Rule to the contrary, this order shall take effect immediately upon signature.

Dated: August 3, 2016

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

2