# Exhibit 1

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-10541<br><br>**Related Docket No. 1991** |
| SRC LIQUIDATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO<br><br>Defendant. | Adv. Proc. No. See Attached Exhibit A |

### STIPULATION REGARDING PLAINTIFF'S MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY SRC LIQUIDATION, LLC PURSUANT TO SECTION 502, 547, AND 550 OF THE BANKRUPTCY CODE BY AND BETWEEN SRC LIQUIDATION, LLC AND CERTAIN DEFENDANTS

SRC Liquidation, LLC ("SRC" or "Plaintiff") and Special Service Partners Corporation, PrintGraphics Inc., PrintXcel, Kay Toledo Tag, Inc., Falcon Business Forms Inc., and Ennis Business Forms Inc. (collectively, the "Defendants" together with SRC, the "Parties"), the Parties to the above-captioned adversary proceedings (the "Adversary Proceedings") filed in the United States Bankruptcy Court for the District of Delaware (the "Court"), stipulate and agree as follows:

1. Between May 5 and May 13, 2016, Adversary Proceedings, as set forth on Exhibit A attached hereto, were commenced against the Defendants by SRC.

2. On June 9, 2016, SRC filed *Plaintiff's Motion for Orders Establishing*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

*Streamlined Procedures Governing Adversary Proceedings Brought by SRC Liquidation, LLC Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code* [Docket No. 1991] (the "Procedures Motion"). The Procedures Motion seeks to establish, among other things, a discovery and mediation schedule for the Adversary Proceedings. The Procedures Motion seeks entry of two proposed orders. The proposed orders set forth a discovery and mediation schedule for (i) adversary proceedings with claims less than or equal to $75,000 (the "Less Than $75,000 Procedures") and (ii) adversary proceedings with claims greater than $75,000 (the "Greater Than $75,000 Procedures").

3. The Parties have discussed and agreed that each of the Adversary Proceedings will be governed by the Less Than $75,000 Procedures regardless of the amount of the claims in each proceeding.

4. Further, each of the Adversary Proceedings shall be mediated in one mediation session (the "Mediation").

5. The Parties have further agreed that certain deadlines (the "Deadlines") contained in the Less Than $75,000 Procedures should be modified, extended and/or added, as applicable, with respect to the Adversary Proceedings. The Parties agree that the following Deadlines (the "Amended Discovery Deadlines") shall govern in these Adversary Proceedings:

   a. The Mediation shall be completed by October 17, 2016;

   b. If the Adversary Proceedings are not settled or resolved, all written interrogatories, document requests and requests for admission, if any, must be served upon the adverse party no later than October 31, 2016;

   c. The parties to the Adversary Proceeding shall have through and including January 30, 2017, to complete non-expert fact discovery, including depositions of fact witnesses;

   d. Disclosures and reports of the Parties' case-in-chief experts, if any, shall be made to the adverse party on or before March 2, 2017;

   e. Disclosures and reports of the Parties' rebuttal experts, if any, shall be made to the adverse party on or before March 17, 2017;

   f. All expert discovery, including expert witness depositions, shall be concluded on or before April 14, 2017; and

   g. All dispositive motions shall be filed and served by on or before May 1, 2017.

6. For the avoidance of doubt, with the exception of the above referenced Amended Discovery Deadlines, the remainder of the terms of the Less Than $75,000 Procedures shall govern the Adversary Proceedings.

7. The Parties agree that this Stipulation may not be varied in its terms by an oral agreement, representation, or otherwise, except by an instrument in writing of subsequent date hereof executed by each of the Parties.

8. Notwithstanding any prior order of the Bankruptcy Court or any of the applicable rules of procedure, this Stipulation shall become effective immediately upon execution.

9. This Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors, assigns, and affiliates, and all other entities and individual persons seeking to claim and/or defend through the rights of the Parties.

10. This Stipulation has been negotiated at arms' length between persons knowledgeable in the matters set forth herein. Accordingly, any rule of law that would require interpretation of any ambiguities in this Stipulation against the party that has drafted it does not apply, and is hereby expressly waived by each party. The provisions of this Stipulation shall be interpreted in a reasonable manner to effect the intentions of the Parties hereto.

11. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Stipulation.

Dated: August 2, 2016
       Wilmington, Delaware

<u>/s/ Justin R. Alberto</u>
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
        gflasser@bayardlaw.com

– and –

Gary D. Underdahl
ASK, LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3857
Facsimile: (651) 406-9676
E-mail: gunderdahl@askllp.com

*Counsel to SRC Liquidation LLC*

<u>/s/ Morgan L. Patterson</u>
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
WOMBLE CARLYLE SANDRIDGE
   & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302)252-4359
Facsimile: (302) 661-7703
MDesgrosseilliers@wcsr.com
MPatterson@wcsr.com

– and –

James R. Prince (admitted pro hac vice)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-4928
<u>jim.prince@bakerbotts.com</u>

*Counsel to the Defendants*

## Exhibit A

Defendants

| Defendant | Case Number |
|---|---|
| Special Service Partners Corporation | 16-50619 |
| PrintGraphics Inc. | 16-50717 |
| PrintXcel | 16-50836 |
| Kay Toledo Tag Inc. | 16-50603 |
| Falcon Business Forms Inc. | 16-50749 |
| Ennis Business Forms Inc. | 16-50577 |