UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtors. | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Montgomery, McCracken, Walker & Rhoads, LLP and Lane Powell PC hereby appear as counsel for SanMar Corporation ("SanMar"), a party in interest herein under 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above-captioned case. Pursuant to 11 U.S.C. §§ 102(1) and 342, and Rules 2002 and 9007 of the Bankruptcy Rules, undersigned counsel hereby requests copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon:

Davis Lee Wright
**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
1105 N. Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail: dwright@mmwr.com

- and -

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 11 Word Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

4145131v1

Gregory Fox, Esquire
James B. Zack, Esquire
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
E-mail:FoxG@lanepowell.com
ZackJ@lanepowell.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements, schedules, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by United States, overnight or electronic mail, hand delivery, telephone, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that SanMar intends that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) SanMar's right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) SanMar's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) SanMar's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) SanMar's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which SanMar is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over SanMar, all of which rights, claims, actions, defense, setoffs, and recoupments SanMar expressly reserves.

Dated: Wilmington, Delaware
       August 3, 2016

                        Respectfully submitted,

                        **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

                        */s/ Davis Lee Wright*
                        Davis Lee Wright (DE Bar No. 4324)
                        1105 North Market Street, 15th Floor
                        Wilmington, DE  19801
                        Telephone: (302) 504-7800
                        Facsimile: (302) 504 -7820
                        E-mail:    dwright@mmwr.com

                        - and -

                        Gregory Fox, Esquire
                        James B. Zack, Esquire
                        **LANE POWELL PC**
                        1420 Fifth Avenue, Suite 4200
                        P.O. Box 91302
                        Seattle, WA 98111-9402
                        Telephone: (206) 223-7000
                        Facsimile: (206) 223-7107
                        E-mail:    FoxG@lanepowell.com
                                           ZackJ@lanepowell.com

                        *Counsel to SanMar Corporation*