## CERTIFICATE OF SERVICE

I, Davis Lee Wright, hereby certify that on August 3, 2016, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon counsel listed below via first class mail, and electronically through the Court's CM/ECF System:

| | |
|---|---|
| Justin R. Alberto, Esq. | Joseph L. Steinfeld, Jr., Esq. |
| Gregory J. Flasser, Esq. | Gary D. Underdahl, Esq. |
| BAYARD, P.A. | Edward F. Neiger, Esq. |
| 222 Delaware Avenue, Suite 900 | ASK LLP |
| Wilmington, DE 19801 | 2600 Eagan Woods Drive, Suite 400 |
| | St. Paul, MN 55121 |

                                           */s/ Davis Lee Wright*
                                           Davis Lee Wright (No. 4324)