<u>**EXHIBIT 2**</u>
**PROPOSED ORDER**

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. ___** |

**ORDER SUSTAINING STANDARD REGISTER INC.'s FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND <u>LOCAL RULE 3007-1</u>**

Upon consideration of *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The objection is SUSTAINED as set forth herein.

2.      The Disputed Claims listed on Exhibits A-C are disallowed in their entirety as claims entitled to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy Code.

3.      The Modified General Unsecured Amounts listed on Exhibits A-C shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4.      The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

6.      SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
        Wilmington, DE                          _____
                                                Brendan L. Shannon
                                                Chief United States Bankruptcy Judge

<u>Exhibit A</u>
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN LITHO INC | 2365 | 93,774.93 | 137,140.68 | 5,306.56 | 131,834.12 | Drop Ship |
| 2 | APEX COLOR | 1512 | 80,089.09 | 196,179.24 | 66,605.18 | 129,574.06 | Drop Ship |
| 3 | BAG MAKERS INC | 1693 | 10,627.96 | 35,697.99 | 4,056.08 | 31,641.91 | Drop Ship |
| 4 | BCT BETHEL PARK | 198 | 37,443.36 | 90,518.56 | 377.15 | 90,141.41 | Drop Ship |
| 5 | BLUESTAR INC | 1715 | 57,212.77 | 197,040.09 | 21,507.61 | $175,532.48 | Drop Ship |
| 6 | BRADFORD AND BIGELOW INC | 748 | 47,417.58 | 148,741.94 | 2,451.04 | 146,290.90 | Drop Ship |
| 7 | BULLET LINE INC | 1682 | 29,770.86 | 78,745.58 | 8,262.69 | 70,482.89 | Drop Ship |
| 8 | CENVEO | 1766 | 249,381.24 | 249,381.24 | 97,621.34 | 151,759.92 | Drop Ship |
| 9 | COHBER PRESS | 2310 | 71,738.45 | 277,894.41 | 46,297.26 | $231,597.15 | Drop ship |
| 10 | CUSTOM INDEX INC | 1944 | 28,728.14 | 119,594.83 | 3,093.19 | 116,501.64 | Drop Ship |
| 11 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Drop Ship |
| 12 | DIVERSIFIED LABELING SOLUTIONS INC | 627 | 33,552.09 | 33,883.33 | 13,051.36 | 20,831.97 | Drop Ship |
| 13 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Drop Ship |
| 14 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Drop Ship |
| 15 | DUPLI ENVELOPE & GRAPHICS INC | 749 | 15,155.84 | 35,469.29 | 1,652.37 | 33,816.92 | Drop Ship |
| 16 | FLAGSHIP PRESS | 903 | 21,598.06 | 114,442.71 | 1,955.10 | 112,487.61 | Drop ship |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 17 | FOREMOST COMMUNICATIONS | 270 | 12,159.51 | 12,159.51 | 1,753.92 | 10,405.59 | Drop ship |
| 18 | HAWKS TAG | 1473 | 18,852.85 | 26,514.34 | 5,999.38 | 20,514.96 | Drop ship |
| 19 | HIGHLAND COMPUTER FORMS INC | 1400 | 13,802.05 | 21,138.72 | 1,684.71 | 19,454.01 | Drop ship |
| 20 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Drop Ship |
| 21 | KAHNY PRINTING, INC | 297 | 46,936.27 | 182,008.65 | 851.19 | 181,157.46 | Drop Ship |
| 22 | LEEDSWORLD, INC. | 1683 | 73,288.83 | 153,500.59 | 0 | 153,500.59 | Drop ship |
| 23 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Drop ship |
| 24 | PAPERCONE CORP | 1531 | 1,862 | 62,767.06 | 294.25 | 62,472.81 | Drop ship |
| 25 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Drop ship |
| 26 | QUALITY FORMS | 603 | 7,616.65 | 15,404.74 | 1,096.65 | 14,308.09 | Drop ship |
| 27 | RAFF PRINTING INC | 1626 | 233,804.49 | 394,804.49 | 68,160.47 | $326,644.02 | Drop ship |
| 28 | REYNOLDS AND REYNOLDS CO | 1478 | 26,358.72 | 164,043.61 | 23,506.78 | 126,509.65 | Drop ship |
| 29 | SANMAR CORP | 1550 | 173,160.24 | 484,879.28 | 0.00 | 484,879.28 | Drop ship |
| 30 | SEMCO USA | 951 | 9,893.14 | 60,597.78 | 5983.98 | 54,613.80 | Drop ship |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 31 | TAPE AND LABEL GRAPHIC SYSTEMS INC | 1012 | 74,280.74 | 181,116.74 | 13,305.93 | 167,810.81 | Drop ship |
| 32 | VANTAGE CUSTOM CLASSICS | 917 | 4,904.95 | 26,201.94 | 223.94 | 25,978.00 | Drop ship |
| 33 | WARD KRAFT INC | 229 | 14,147.45 | 107,311.45 | 10,332.44 | 96,979.01 | Drop ship |
| 34 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Drop Ship |
| 35 | WISE BUSINESS FORMS | 1345 | 27,550.00 | 66,550.00 | 11,913.26 | 54,636.74 | Drop ship |

<u>Exhibit B</u>
Claims Not for Goods

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AAKRON RULE CORP | 1636 | 13,294.17 | 13,294.17 | 532 | 12,762.17 | Not for Goods |
| 2 | AMERICAN LITHO INC | 2365 | 93,774.93 | 137,140.68 | 5,306.56 | 131,834.12 | Not for Goods |
| 3 | APEX COLOR | 1512 | 80,089.09 | 196,179.24 | 66,605.18 | 129,574.06 | Not for Goods |
| 4 | BAG MAKERS INC | 1693 | 10,627.96 | 35,697.99 | 4,056.08 | 31,641.91 | Not for Goods |
| 5 | BCT BETHEL PARK | 198 | 37,443.36 | 90,518.56 | 377.15 | 90,141.41 | Not for Goods |
| 6 | BLUESTAR INC | 1715 | 57,212.77 | 197,040.09 | 21,507.61 | $175,532.48 | Not for Goods |
| 7 | BRADFORD AND BIGELOW INC | 748 | 47,417.58 | 148,741.94 | 2,451.04 | 146,290.90 | Not for Goods |
| 8 | BULLET LINE INC | 1682 | 29,770.86 | 78,745.58 | 8,262.69 | 70,482.89 | Not for Goods |
| 9 | CANTERBURY PRESS LLC | 286 | 35,789.10 | 35,789.10 | 6,693.00 | 29,096.10 | Not for Goods |
| 10 | CENVEO | 1766 | 249,381.24 | 249,381.24 | 97,621.34 | 151,759.92 | Not for Goods |
| 11 | COHBER PRESS | 1738, 2318, 2310 | 71,738.45 | 277,894.41 | 46,297.26 | $231,597.15 | Not for Goods |
| 12 | CUSTOM INDEX INC | 1944 | 28,728.14 | 119,594.83 | 3,093.19 | 116,501.64 | Not for Goods |
| 13 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Not for Goods |
| 14 | DIVERSIFIED INNOVATIVE PRODUCTS CO., INC. DBA DIP COMPANY | 520 | 523.06 | 1,374.28 | 440.00 | 934.28 | Not for Goods |
| 15 | DIVERSIFIED LABELING SOLUTIONS INC | 627 | 33,552.09 | 33,883.33 | 13,051.36 | 20,831.97 | Not for Goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 16 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Not for Goods |
| 17 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Not for Goods |
| 18 | DUPLI ENVELOPE & GRAPHICS INC | 749 | 15,155.84 | 35,469.29 | 1,652.37 | 33,816.92 | Not for Goods |
| 19 | FLAGSHIP PRESS | 903 | 21,598.06 | 114,442.71 | 1,955.10 | 112,487.61 | Not for Goods |
| 20 | FOREMOST COMMUNICATIONS | 270 | 12,159.51 | 12,159.51 | 1,753.92 | 10,405.59 | Not for Goods |
| 21 | HAWKS TAG | 1473 | 18,852.85 | 26,514.34 | 5,999.38 | 20,514.96 | Not for Goods |
| 22 | HIGHLAND COMPUTER FORMS INC | 1400 | 13,802.05 | 21,138.72 | 1,684.71 | 19,454.01 | Not for Goods |
| 23 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Not for Goods |
| 24 | KAHNY PRINTING, INC | 297 | 46,936.27 | 182,008.65 | 851.19 | 181,157.46 | Not for Goods |
| 25 | LEEDSWORLD, INC. | 1683 | 73,288.83 | 153,500.59 | 0 | 153,500.59 | Not for Goods |
| 26 | MILLCRAFT PAPER CO | 848 | 20,713.44 | 20,713.44 | 9,360.55 | 11,352.89 | Not for Goods |
| 27 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Not for Goods |
| 28 | PAPERCONE CORP | 1531 | 1,862 | 62,767.06 | 294.25 | 62,472.81 | Not for Goods |
| 29 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Not for Goods |
| 30 | QUALITY FORMS | 603 | 7,616.65 | 15,404.74 | 1,096.65 | 14,308.09 | Not for Goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 31 | RAFF PRINTING INC | 1626 | 233,467.70 | 394,804.49 | 68,160.47 | $326,644.02 | Not for Goods |
| 32 | REYNOLDS AND REYNOLDS CO | 1478 | 26,358.72 | 164,043.61 | 23,506.78 | 126,509.65 | Not for Goods |
| 33 | RICHARDSON SEATING CORP | 733 | 4,288.13 | 18,624.26 | 2,050.00 | 16,574.26 | Not for Goods |
| 34 | SANMAR CORP | 1550 | 173,160.24 | 484,879.28 | 0.00 | 484,879.28 | Not for Goods |
| 35 | SEMCO USA | 951 | 9,893.14 | 60,597.78 | 5983.98 | 54,613.80 | Not for Goods |
| 36 | SUPER WEB DIGITAL INC | 856 | 4,686.24 | 4,686.24 | 245.35 | 4,440.89 | Not for Goods |
| 37 | TAPE AND LABEL GRAPHIC SYSTEMS INC | 1012 | 74,280.74 | 181,116.74 | 13,305.93 | 167,810.81 | Not for Goods |
| 38 | VANTAGE CUSTOM CLASSICS | 917 | 4,904.95 | 26,201.94 | 223.94 | 25,978.00 | Not for Goods |
| 39 | WARD KRAFT INC | 229 | 14,147.45 | 107,311.45 | 10,332.44 | 96,979.01 | Not for Goods |
| 40 | WEB GRAPHICS | 1571 | 1,105.24 | 1,105.24 | 202.88 | 902.36 | Not for Goods |
| 41 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Not for Goods |
| 42 | WISE BUSINESS FORMS | 1345 | 27,550.00 | 66,550.00 | 11,913.26 | 54,636.74 | Not for Goods |

## Exhibit C
**Claim Received Outside of 20 Days**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AAKRON RULE CORP | 1636 | 13,294.17 | 13,294.17 | 532 | 12,762.17 | Outside of 20 days |
| 2 | BLUESTAR INC | 1715 | 57,212.77 | 197,040.09 | 21,507.61 | $175,532.48 | Outside of 20 days |
| 3 | BRADFORD AND BIGELOW INC | 748 | 47,417.58 | 148,741.94 | 2,451.04 | 146,290.90 | Outside of 20 days |
| 4 | CANTERBURY PRESS LLC | 286 | 35,789.10 | 35,789.10 | 6,693.00 | 29,096.10 | Outside of 20 days |
| 5 | CENVEO | 1766 | 249,381.24 | 249,381.24 | 97,621.34 | 151,759.92 | Outside of 20 Days |
| 6 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Outside of 20 days |
| 7 | DUCUPLEX INC | 427 | 28,131,99 | 65,482.45 | 9,181.41 | 56,301.04 | Outside of 20 days |
| 8 | DUNBROOKE APPAREL CORP | 237 | | | | | |
| 9 | DUPLI ENVELOPE & GRAPHICS INC | 749 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Outside of 20 days |
| 10 | IFS Filing Systems, LLC | | 15,155.84 | 35,469.29 | 1,652.37 | 33,816.92 | Outside of 20 days |
| 11 | KAHNY PRINTING, INC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Outside of 20 days |
| 12 | MILLCRAFT PAPER CO | 297 | 46,936.27 | 182,008.65 | 851.19 | 181,157.46 | Outside of 20 days |
| | | 848 | 20,713.44 | 20,713.44 | 9,360.55 | 11,352.89 | Outside of 20 days |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 13 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Outside of 20 days |
| 14 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Outside of 20 days |
| 15 | QUALITY FORMS | 603 | 7,616.65 | 15,404.74 | 1,096.65 | 14,308.09 | Outside of 20 days |
| 16 | RAFF PRINTING INC | 1626 | 233,467.70 | 394,804.49 | 68,160.47 | $326,644.02 | Outside of 20 days |
| 17 | SUPER WEB DIGITAL INC | 856 | 4,686.24 | 4,686.24 | 245.35 | 4,440.89 | Outside of 20 days |
| 18 | TAPE AND LABEL GRAPHIC SYSTEMS INC | 1012 | 74,280.74 | 181,116.74 | 13,305.93 | 167,810.81 | Outside of 20 Days |
| 19 | WARD KRAFT INC | 229 | 14,147.45 | 107,311.45 | 10,332.44 | 96,979.01 | Outside of 20 Days |
| 20 | WEB GRAPHICS | 1571 | 1,105.24 | 1,105.24 | 202.88 | 902.36 | Outside of 20 days |
| 21 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Outside of 20 days |