IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BY AND BETWEEN THE DEBTORS AND FACTORY MUTUAL INSURANCE COMPANY REGARDING INSURANCE CLAIM**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation LLC, hereby certify as follows:

1. SRC Liquidation, LLC f/k/a SRC Liquidation Company f/k/a The Standard Register Company ("**SRC**"), the debtor and debtor in possession in the above-captioned case (the "**Debtor**"), and Factory Mutual Insurance Company ("**FM Global**," and together with the Debtor, the "**Parties**") have entered into a *Stipulation By and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim* (the "**Stipulation**").

2. Attached hereto as Exhibit A is a proposed form of order (the "**Order**") approving the Stipulation. A copy of the Stipulation is attached to the Order as Exhibit 1.

3. Accordingly, the Parties respectfully request that the Court enter the Order approving the Stipulation at its earliest convenience.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

54044099.1

Dated: August 9, 2016                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation LLC*