# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| | RE: Docket No. 2038 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND FACTORY MUTUAL INSURANCE COMPANY REGARDING INSURANCE CLAIM

SRC Liquidation, LLC f/k/a SRC Liquidation Company f/k/a The Standard Register Company ("**SRC**") and Factory Mutual Insurance Company ("**FM Global**"), by and through their respective counsel, having agreed to the entry of this order pursuant to the Stipulation attached hereto as Exhibit 1, and the Court being otherwise fuly informed in the premises:

IT IS HEREBY ORDERED THAT:

1. SRC's entry into the Stipulation attached hereto as Exhibit 1 is hereby APPROVED.

2. SRC is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and Stipulation.

3. The Court retains jurisdiction over any and all matters arising from or releated to the Stipulation and the implementation or interpretation of this Order.

Dated: August 9, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

54044241.1