IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Objection Deadline: September 8, 2016 at 4:00 (pm) (ET)<br>Hearing Date: September 28, 2016 at 10:30 (am) (ET) |

## NOTICE OF THE SRC SECURED CREDITOR TRUST'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO RECLASSIFY CERTAIN CLAIMS

To: (i) the UST; (ii) counsel to the Debtors; (iii) the holders of the Disputed Claims; (iv) counsel to SRI; and (v) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that the SRC Secured Creditor Trust, by and through its undersigned counsel has filed the *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the relief requested in the Objection must be filed on or before **September 8, 2016 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, any party submitting a Response (each, a "Respondent") must serve a copy of its Response upon the undersigned counsel to the SRC Secured Creditor Trust so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

a) A caption setting forth the name of the Court, the above-referenced case number and the title of the Objection to which the Response is directed;

b) The name of the Respondent and a description of the basis for the amount and classification asserted in the disputed claim, if applicable;

c) A concise statement setting forth the reasons why the particular disputed claim or any similar claims should not be disallowed or modified for the reasons set forth in the Objection, including but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection at the Hearing; and

d) All documentation or other evidence upon which the Respondent will rely in

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

opposing the Objection at the Hearing;

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTION WILL BE HELD ON <u>September 28, 2016 AT 10:30 a.m. (ET)</u> BEFORE THE HONORABLE BRENDAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND THE SRC SECURED CREDITOR TRUST WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDER SUSTAINING THE OBJECTION.

**PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTION SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR THE SRC SECURED CREDITOR TRUST; CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTION.

Dated: August 16, 2016
       Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*