# EXHIBIT A

#40164001 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Related Docket No _____ |

## ORDER GRANTING SRC SECURED CREDITOR TRUST'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO RECLASSIFY CERTAIN CLAIMS

Upon consideration of the *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection To Reclassify Certain Claims* (the "Objection")[2] and the Poirier Declaration and Hanger Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended standing Order; and this Court having found that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

    1.      The Objection is GRANTED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

#40164001 v2

2. Each of the Disputed Claims shall be and hereby is disallowed as a secured claim and is reclassified as set forth on **Exhibit 1** attached hetero.

3. Pursuant to Local Rule 3007-1(f), nothing in this Order shall be construed to prejudice the rights of the Liquidating SRC, the GUC Trustee, SRI, or any other party in interest to object to any Disputed Claim on any other ground, including further objection to classification or amount asserted.

4. The objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

#40164001 v2

# Exhibit 1

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Applied Mechanical Systems, Inc.<br>c/o Benjamin, Yocum & Heather, LLC<br>300 Pike Street, Suite 500<br>Cincinnati, OH 45202<br>pmoneill@byhlaw.com | 1902 | $124,962.24 | Secured: $124,962.24 | General Unsecured: $124,962.24 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Canon Financial Services Inc.<br>c/o Fleischer, Fleischer & Suglia<br>Four Greentree Centre,<br>601 Route 73 North<br>Suite 305<br>Marlton, NJ 08053 | 702 | $1,577,503.90 | Secured: $892,728.08<br>General Unsecured: $684,775.82 | General Unsecured: 1,577,503.90 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Crown Credit Company<br>c/o Robert G. Hanseman<br>Sebaly Shillito + Dyer LPA<br>19 Kettering Tower<br>Dayton, OH 45423<br>Rhanseman@ssdlaw.com | 2040 | $15,765.30 | Secured: $11,700<br>General Unsecured: $4,065.30 | General Unsecured: $15,765.30 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Gelco Corpration dba GE Fleet Services<br>Attn: Keith Bergquist, Bankruptcy/Litigation Mgr.<br>GE Fleet Services<br>3 Capital Dr.<br>Eden Prairie, MN 55344<br>keithbergquist@ge.com | 1444 | $66,590.53 | Secured: $66,590.53 | General Unsecured: $66,590.53 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Hyperlogistics Group, Inc.<br>9301 Intermodal Court North<br>Columbus, OH 43217<br>Attn: Geogrey Manack<br>mikemess@hyperlog.com | 1622 | $1,526.92 | Secured: $1,526.92 | General Unsecured: $1,526.92 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>1 Federal Street, 7th Floor<br>Boston, MA 02110<br>Joseph.Corrigan@IronMountain.com | 2126 | $30,626.24 | Secured: $6,743<br>General Unsecured: $23,883.24 | General Unsecured: $30,626.24 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| LRP&P Graphics<br>c/o Richard M. Schlaifer, Esq.<br>Earp Cohn, P.C.<br>20 Brace Rd., 4th Floor<br>Cherry Hill, NJ 08034<br>rschlaifer@earpcohn.com; vbromleyearpcohn.com | 2184 | $20,310.63 | Secured: $16,036.19<br>General Unsecured: $4,274.44 | General Unsecured: $20,310.63 | As more fully set forth in the objection, there is no property against which claim can be secured. |

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Morgan Adhesives Company, LLC d/b/a MACtac<br>c/o Lisa S. Gretchko<br>Howard & Howard Attorneys PLLC<br>450 West Fourth Street<br>Royal Oak, MI 48067<br>lsg@h2law.com<br>-and-<br>Morgan Adhesives Company, LLC d/b/a MACtac<br>c/o Etta R. Mayers<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, De 19899-0951<br>emayers@potteranderson.com | 1936 | $314,299.01 | § 503(b)(9): $310,163.36<br>Secured: $4,135.65, plus contingent and unliquidated amounts | § 503(b)(9): $310,163.36<br>General Unsecured: $4,135.65 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Pat & Sam International Inc.<br>Attn: Philip Yiu, President<br>301 Oxford Valley Road<br>Suite 403B<br>Yardley, PA 19067<br>philip@patsaminternational.com | 65 | $18,645.00 | Secured: $18,645.00 | General Unsecured: $18,645.00 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| PS Business Parks<br>c/o Shawn B. Rediger<br>Williams Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>srediger@williamkastner.com | 1082 | $35,428.68 | Secured: $8,259<br>General Unsecured: $27,169.68 | General Unsecured: $35,428.68 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Raymond Storage Concepts, Inc.<br>c/o Stephen W. Spence, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>sws@pgslaw.com | 2017 | $92,530.00 | Secured: $92,530.00 | General Unsecured: $92,530.00 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Seesun Specialtising Int'l Inc.<br>Attn: Amy Shih<br>240 Clary Ave<br>San Gabriel, CA 91776<br>customerservice@seesun.com | 588 | $206.38 | Secured: $206.38 | General Unsecured: $206.38 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| The Reynolds and Reynolds Company<br>c/o Thompson Hine LLP<br>Attn: Jonathan S. Hawkins, Esq.<br>10050 Innovation Drive, Suite 400<br>Miamisburg, OH 45342<br>jonathan.hawkins@thompsonhine.com | 1478 | $137,684.89 | § 503(b)(9): $26,358.72<br>Secured: $14,027.18<br>General Unsecured: $97,298.99 | § 503(b)(9): $26,358.72<br>General Unsecured: $111,326.17 | As more fully set forth in the objection, there is no property against which claim can be secured. |

4030295 6v2

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| W.W. Grainger, Inc.<br>Attn: Special Collections Dept.<br>7300 N. Melvina Ave. MWX22885446179<br>Niles, IL 60714<br>Cynthia.Deutschman@grainger.com | 2023 | $251,209.26 | § 503(b)(9): $37,746.56<br>Secured: $105,205.45[1]<br>General Unsecured:$146,207.17 | § 503(b)(9): satisfied<br>General Unsecured: $213,708.89 | As more fully set forth in the objection, there is no property against which claim can be secured. |

[1] Secured amount asserted inclusive of § 503(b)(9) amount asserted

40302956v2