# EXHIBIT B

#39974996 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## DECLARATION OF PAUL POIRIER IN SUPPORT OF THE RELIEF REQUESTED BY THE SRC SECURED CREDITOR TRUST IN THE SRC SECURED CREDITOR TRUST'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO RECLASSIFY CERTAIN CLAIMS

I, Paul Poirier, pursuant to 28 U.S.C. § 1746, declare:

1. I am a director at WilliamsMartson LLC, engaged by SRC Liquidation LLC ("Liquidating SRC"), the above-captioned debtor, post-effective date of the Plan.

2. Under Section 3.9 of the Plan, the Liquidating SRC succeeded to the Debtors' books and records relating to the conduct of the Debtors' business prior to the Effective Date.

3. I have read the *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection To Reclassify Certain Claims* (the "Objection").[2] I have made reasonable efforts given the present circumstance to research the Debtors' books and records and believe that each of Disputed Claims is a claim that incorrectly asserts a secured claim and that the relief requested in the Objection is appropriate.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

4. Specifically, during the course of the chapter 11 cases, the Debtors' property was sold free and clear, with the proceeds subject to the liens of the Holders of Allowed Class III Second Lien Secured Claims, which claims, upon information and belief, will not be paid in full. Accordingly, upon information and belief, there is no property against which any of the Disputed Claims are secured.

5. The relief sought in the Objection is without prejudice to the rights of the Liquidating SRC, the GUC Trustee, SRI or any other party in interest to object to any Disputed Claim on any other ground once reclassified.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated August 16, 2016

_____
Paul Poirier

-2-

#39974996 v1