# EXHIBIT C

#39974996 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC LIQUIDATION, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) |

**DECLARATION OF TERESA HANGER IN SUPPORT OF SRC SECURED CREDITOR TRUST'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION <u>TO RECLASSIFY CERTAIN CLAIMS</u>**

I, Teresa Hanger, pursuant to 28 U.S.C. § 1746, declare:

1. I am a member of Clingman & Hanger Management Associates, LLC, which maintains its principal office at 880 Technology Park Drive, Glen Allen, VA 23059. Clingman & Hanger Management Associates, LLC is the SRC Secured Creditor Trust Advisor in these chapter 11 cases. I submit this declaration (this "<u>Declaration</u>") in support of the *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection To Reclassify Certain Claims* (the "<u>Objection</u>").[2]

2. The SRC Secured Creditor Trust was created, and the SRC Secured Creditor Trustee and SRC Secured Creditor Trust Advisor appointed, pursuant to the Plan Documents on the Effective Date. Under the Plan, the SRC Secured Creditor Trust has exclusive authority to object to the Disputed Claims.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

#39974996 v1

3. Under the terms of the Plan, the Liquidating SRC succeeded to the Debtors' books and records relating to the conduct of the Debtors' business prior to the Effective Date.

4. I have reviewed the Objection and the Poirier Declaration and believe that the relief requested in the Objection is appropriate.

5. The relief sought in the Objection is without prejudice to the rights of the Liquidating SRC, the GUC Trustee, SRI or any other party in interest to object to any Disputed Claim on any other ground once reclassified.

Dated  8-16-16

*Teresa Hanger* (signature)
Teresa Hanger

#39974996 v1