## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 16th day of August, 2016, I did cause copies of the foregoing *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims* [including notice thereof and Exhibits A, B and C thereto] to be served upon the parties set forth on the attached service list(s) by first class mail, postage pre-paid.

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#40435473 v1

Office of the United States Trustee
Attn: Mark Kenney
844 King St., Ste. 2207
Wilmington, DE 19801

Gray Plant Moody
Attn: Phillip W. Bohl
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Werb & Sullivan
Attn: Matthew P. Austria
300 Delaware Avenue
Suite 1300
Wilmington, DE 19801

Polsinelli PC
Attn: Christopher A. Ward, Justin K. Edelson
& Shanti M. Katona
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Lowenstein Sandler LLP
Attn: Kenneth A. Rosen & Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ 07068-0000

Lowenstein Sandler LLP
Attn: Gerald C. Bender
1251 Avenue of the Americas
New York, NY 10020

Applied Mechanical Systems, Inc.
c/o Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, OH 45202

Canon Financial Services Inc.
c/o Fleischer, Fleischer & Suglia
Four Greentree Centre,
601 Route 73 North
Suite 305
Marlton, NJ 08053

Crown Credit Company
c/o Robert G. Hanseman
Sebaly Shillito + Dyer LPA
19 Kettering Tower
Dayton, OH 45423

Gelco Corpration dba GE Fleet Services
Attn: Keith Bergquist, Bankruptcy/Litigation Mgr.
GE Fleet Services
3 Capital Dr.
Eden Prairie, MN 55344

Hyperlogistics Group, Inc.
Attn: Geoggrey Manack
9301 Intermodal Court North
Columbus, OH 43217

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
1 Federal Street, 7th Floor
Boston, MA 02110

LRP&P Graphics
c/o Richard M. Schlaifer, Esq.
Earp Cohn, P.C.
20 Brace Rd., 4th Floor
Cherry Hill, NJ 08034

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Lisa S. Gretchko
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI 48067

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Etta R. Mayers
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, De 19899-0951

Pat & Sam International Inc.
Attn: Philip Yiu, President
301 Oxford Valley Road
Suite 403B
Yardley, PA 19067

PS Business Parks
c/o Shawn B. Rediger
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Raymond Storage Concepts, Inc.
c/o Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Seesun Specialtising Int'l Inc.
Attn: Amy Shih
240 Clary Ave
San Gabriel, CA 91776

The Reynolds and Reynolds Company
c/o Thompson Hine LLP
Attn: Jonathan S. Hawkins, Esq.
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342

W.W. Grainger, Inc.
Attn: Special Collections Dept.
7300 N. Melvina Ave. MWX22885446179
Niles, IL 60714