**Exhibit A**

**COPY**

B 10 Modified (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

List the name and case number of the Debtor against which you assert a claim below (List only one Debtor per claim form.)

| The Standard Register Company | 15-10541 |
|---|---|

Note: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after commencement of the case. A request for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Richardson Seating Corporation**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606

Claim Number 733
Initials TSC

**Court Claim Number:**
(If known)

Filed on

Telephone number (312) 258-5500    email jeaton@schiffhardin.com

Name and address where payment should be sent (if different from above):
Richardson Seating Corporation
Attn: Ira Lichtenstein
2545 W. Arthington Street
Chicago, IL 60612

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number (312) 829-4040    email IBL@richardsonseating.com

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

**1. Amount of Claim as of Date Case Filed:** $ 18,624.26

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods sold
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
Describe:
Value of Property: $_____    Annual Interest Rate_____% ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$ 4,288.13    (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, or security agreements. (See instruction #8 and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9)
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ira Lichtenstein
Title: Sec/Tres
Company: Richardson Seating
Address and telephone number (if different from notice address above):
2545 W Arthington St
Chicago IL 60612
Telephone number 312 829 4040    Email ira@richardsonseating.com

(Signature)    (Date) 4/14/2015

**Priority categories (right column):**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority:
$ 4,288.13

* Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**COURT USE ONLY**

RECEIVED
MAY 01 2015
PRIME CLERK LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Standard Registry Company | ) | Case No. 15-10541 |
| | ) | |
| Debtor. | ) | Hon. Brendan L. Shannon |

## RIDER TO PROOF OF CLAIM FILED BY RICHARDSON SEATING CORPORATION

Richardson Seating Corporation ("**Richardson**") hereby submits this Rider in support of its Proof of Claim filed against Debtor The Standard Register Company (the "Debtor"). Prior to the Petition Date, the Debtor ordered and Richardson shipped the goods described on the invoices attached hereto as **Exhibit A**. The total unpaid amount for those goods is **$18,624.26**.

Of that amount, the Debtor received **$4,288.13** of the goods described on **Exhibit A** in the ordinary course of business within 20 days prior to the commencement of the Debtor's bankruptcy case (the "**20-Day Goods**"). By filing this proof of claim, Richardson does not waive, but rather expressly reserves the right to seek treatment of that portion of its claim relating to the 20-Day Goods pursuant to 11 U.S.C §§ 503(b)(9) & 507(a)(2).



**RICHARDSON SEATING CORPORATION**

Institutional and Commercial Seating Products
2545 W. Arthington Street    Chicago, Illinois 60612
(800)522-1883    (312)829-4040    FAX: (312)829-8337
www.richardsonseating.com

# INVOICE

**INVOICE NUMBER** 0240615-IN

**SOLD TO:**

WORKFLOWONE
PO BOX 3933
DAYTON, OH  45401

**SHIP TO:**

STANDARD REGISTER INC.
DISTRIBUTION CENTER
3125 LEWIS CENTER WAY
ATTN: PA101715
GROVE CITY, OH  43123

| INV. DATE | OUR FACTORY # | CUST. P. O. | SALESPERSON | SHIPPED VIA LANDSTAR B/L 21660-220301 | | TERMS |
|---|---|---|---|---|---|---|
| | | | | TRACKING NUMBER | | |
| 01/28/2015 | 0220301 | PA101715 | LASI | 32538094 | | NET 30 DAYS |

| QUANTITY | MODEL NO. | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|
| 150 | EATONSIDESTOOL | 1950-B EATON SIDE LOGO STOOL SEAT - SOLID BLACK SIDEBAND BACKGROUND - BLUE SIDEBAND IMPRINT - EATON WHITE 1/CTN - SET-UP | 41.00 | 6,150.00 |
| 15 | EATONSIDESEAT | 1950-B NEW EATON LOGO SEAT SEAT TOP - SOLID BLACK SIDEBAND BACKGROUND - BLUE SIDEBAND IMPRINT - EATON WHITE SEATS - PACK 3  SEATS/CTN 9 CARTONS PER SKID PALLETIZE AND WRAP SPECIAL LABELS REQUIRED PACKING LIST REQUIRED MUST CONTACT FEDEX SUPPLY-866-328-6649 FOR SHIPPING INSTRUCTIONS ORDER REVISED 1-6-15 | 28.00 | 420.00 |

Net Invoice:     6,570.00

**Invoice Total In U.S. Dollars:**     **6,570.00**

**INVOICE INVOICE**

<u>EXHIBIT A</u>

# PURCHASE ORDER

**Standard Register**
ADVANCING YOUR REPUTATION

SEND PROOFS, ALL SAMPLES, DUPLICATE INVOICES, DUPLICATE SHIPPING PAPERS AND ARTWORK.

**IMPORTANT**
To assure payment send original invoice & original shipping papers.

*Accounts Payable
WorkflowOne
P.O. Box 3933
Dayton, OH 45401-3933

| OFFICE JOB NUMBER | BR. | NUMBER |
|---|---|---|
| | PA | 101715 |

BOTH OF THESE MUST APPEAR ON ALL SHIPPING PAPERS

CUSTOMER PO: Merchandising

OFFICE USE ONLY ➡

| | IN HANDS DATE | ART ENCL | COMP. | REP | NUMBER |
|---|---|---|---|---|---|
| | 01.20.14 | | | O'Donnell | 94340 |

| VENDOR | VENDOR # | ORDER DATE | OUR JOB # | | | PLEASE SEND |
|---|---|---|---|---|---|---|
| RICHARDSON SEATING | | 12.19.14 | | | | |

PHONE:        FAX:

| QUOTE DATE | QUOTE # | NEW | MFG PREV JOB OR INV # | | | |
|---|---|---|---|---|---|---|

| | QTY | ITEM NUMBER | SIZE | PTS | DESCRIPTION (80 CHAR MAX) | UNIT | COST |
|---|---|---|---|---|---|---|---|
| 1 | 150 | PP08503069E | | | Stool with Eaton Logo | E | $41.00 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| | | | | | **Repeat of PA101380** | | |
| 2 | 15 | PP08502001E | | | Replacement Stool Tops with Eaton Logo | E | $28.000 |
| 4 | | | | | Repeat of PO# PA100411 | | |
| 1 | | | | | | | |
| 2 | | | | | | | |

**COMBINED ORDER INSTRUCTIONS: RUN & SHIP WITH ORDER NUMBERS(S)**

STARTING NUMBER

**SHIP TO:**

| NAME | Standard Register Inc, Distribution Center | | NAME | |
|---|---|---|---|---|
| ATTN: | PA101715 | | ATTN: | |
| ADDRESS | 3125 Lewis Center Way | | ADDRESS | |
| | | | | |
| CITY, ST ZIP | Grove City, OH 43123 | | CITY, ST ZIP | |
| COUNTRY | USA | RELEASE #: | COUNTRY | RELEASE #: |
| SHIP VIA: | UPS | SHIP QTY: 165 | SHIP VIA: | SHIP QTY: |

**IMPORTANT:** Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice.

BOTH OF THESE NUMBERS MUST APPEAR ON B/L

Signature

SPECIAL INSTRUCTIONS:    SARAH.RILEY@STANDARDREGISTER.COM

**SHIP VIA UPS ACCT # 6XX547**

On new orders or orders with substantial changes, a separate specification sheet may be attached to this order.

PAYMENT TERMS 3% 30 N 60 *unless you have a signed contract on file.



**RICHARDSON SEATING CORPORATION**

Institutional and Commercial Seating Products
2545 W. Arthington Street    Chicago, Illinois 60612
(800)522-1883    (312)829-4040    FAX: (312)829-8337
www.richardsonseating.com

# INVOICE

**INVOICE NUMBER** 0241119-IN

**SOLD TO:**

STANDARD REGISTER
PO BOX 3933
DAYTON, OH  45401

**SHIP TO:**

STANDARD REGISTER
RECEIVING - PO#NY325665
1255 TERMINUS DR.
LITHIA SPRINGS, GA  30122

| INV. DATE 02/06/2015 | OUR FACTORY # 0219078 | CUST. P.O. NY325665 | SALESPERSON LASI | SHIPPED VIA ROADRUNNER B/L 21690-219078 TRACKING NUMBER 330683756 | TERMS NET 30 DAYS |
|---|---|---|---|---|---|

| QUANTITY | MODEL NO. | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | WORKFLOWONE-12 | 1950-S POOLIFE STL. "R" FRAME - CHROME SEAT BACKGROUND - WHITE SEAT IMPRINT - PANTONE 300C DARK BLUE, PUR CYAN SIDEBAND - ALL PURE CYAN 1/CTN - KD | 41.00 | 4,100.00 |
| 50 | WORKFLOWONE-17 | 1950-S BAQUACIL LOGOSTL. FRAME - CHROME SEAT BACKGROUND - WHITE SEAT IMPRINT - 4 COLOR PROCESS SIDEBAND 2757C - DARK BLUE 1/CTN - KD | 41.00 | 2,050.00 |
| 20 | WORKFLOWONE-16 | 1950-S BAQUA SPA LOGO STL. FRAME - CHROME SEAT BACKGROUND - WHITE SEAT IMPRINT - 2757C DARK BLUE, COOL GRAY 6, 2757CVC LAVENDER SIDEBAND - REFLEX BLUE 1/CTN - KD CHECK WITH CUSTOMER FOR SHIPPING ***** MUST TAKE PHOTOS OF ALL STOOLS AND SEND TO STEVE PRIOR TO SHIPPING***** | 41.00 | 820.00 |

Net Invoice: 6,970.00
Freight: 796.13

**Invoice Total In U.S. Dollars:** 7,766.13

**INVOICE INVOICE**

# PURCHASE ORDER

**Standard Register**
ADVANCING YOUR REPUTATION

ASI # 333647

Standard Register
Address
City, State, Zip Code
Contact name and phone#
Email address

Send all invoices to:
Accounts Payable
Standard Register
P.O. Box 3933
Dayton, Ohio 45401-3933

SEND PROOFS, ALL SAMPLES, DUPLICATE INVOICES, DUPLICATE SHIPPING PAPERS AND ARTWORK.

SEND ALL INVOICES TO THIS ADDRESS

| PURCHASE ORDER NUMBER | | BR | NUMBER |
|---|---|---|---|
| | | | NY325665 |

BOTH P'S MUST APPEAR IN ALL SHIPPING PAPERS

CUSTOMER PURCHASE ORDER NUMBER
4501305665

**VENDOR**

Phone:

Richardson Seating corp

FAX:

| ORDER DATE | SHIP DATE | IN HANDS/EVENT DATE | REP | NUMBER |
|---|---|---|---|---|
| 12/11/2014 | asap | asap | GARRETT | |

| QUOTE DATE | QUOTE # | NEW | OUR JOB I.D | Spec Sample | Pre-production Proof |
|---|---|---|---|---|---|
| IF APPLICABLE | IF APPLICABLE | | | | PDF required |

| QTY | Vendor Item # | SIZE | Color | MFG PREV JOB OR INV #<br>IF APPLICABLE | WFO Item # | DESCRIPTION (60 CHAR MAX) | ART | Proof<br>PDF | UNIT | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | | | | | | Stool with custom white and Blule Seat & Poolife Logo same as NY357602 | see below | | E | $41.00 |
| 50 | | | | | | Baquacil Logo Stool with Blure Trim around edge | | | E | $41.00 |
| 20 | | | | | | Baqua Spa Logoed Stool with Blue Trim around edge | | | E | $41.00 |
| | | | | | | PDF PROOFS TO steven.burton@standardregister.com | | | | |
| | | | | | | PLEASE NOTE THE WAREHOUSE ADDRESS IS NEW | | | | |

**SHIP TO: For Preproduction Samples**

| | |
|---|---|
| NAME | IF APPLICABLE |
| ATTN: | IF APPLICABLE |
| ADDRESS | IF APPLICABLE |
| CITY, ST ZIP | IF APPLICABLE |
| COUNTRY | |
| SHIP VIA: | SHIP QTY: |

**SHIP TO: For Production Order**

| | |
|---|---|
| NAME | STANDARD REGISTER |
| ATTN: | RECEIVING - PO #NY325665 |
| ADDRESS | 1255 TERMINUS DR. |
| CITY, ST ZIP | LITHIA SPRINGS, GA 30122 |
| COUNTRY | |
| SHIP VIA: | BEST METHOD |

| PMS COLOR if applicable | |
|---|---|
| Location if applicable | |
| Size if applicable | |
| Application if applicable | |

IMPORTANT:
Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice.

Artwork Preview Above

Steve Burton
Signature

**SPECIAL INSTRUCTIONS:**

QUESTIONS - CONTACT STEVE BURTON 212-844-7155 or steven.burton@standardregister.com

1
2
3
4
5
6

All shipments must be clearly marked with Standard Register Purchase Order Number - Item number - Quantity and Description



**RICHARDSON SEATING
CORPORATION**

Institutional and Commercial Seating Products
2545 W. Arthington Street    Chicago, Illinois 60612
(800)522-1883    (312)829-4040    FAX: (312)829-8337
www.richardsonseating.com

# INVOICE

**INVOICE NUMBER** 0242267-IN

**SOLD TO:**

STANDARD REGISTER
PO BOX 3933
DAYTON, OH  45401

**SHIP TO:**

STANDARD REGISTER
ATTN: PO# BS003594
700 PATROL ROAD
JEFFERSONVILLE, IN  47130

| INV. DATE 02/24/2015 | OUR FACTORY # 0222852 | CUST. P. O. BS003594 | SALESPERSON LASI | SHIPPED VIA ROADRUNNER B/L 21756-222852 TRACKING NUMBER 329533848 | TERMS NET 30 DAYS |
|---|---|---|---|---|---|

| QUANTITY | MODEL NO. | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|
| 50 | WORKFLOWONE-05 | 1950-S BOSCH LOGOSTL FRAME - CHROME SEAT BACKGROUND - BLUE SEAT IMPRINT - PMS 988C SILVER, PMS 485 RED SIDEBAND - BLUE 1 PER SPECIAL KD CARTON PALLETIZE AND WRAP EACH BOX MUST HAVE INSTRUCTIONS AND HARDWARE EACH CARTON ,UST BE CLEARLY MARKED WITH WFO PART #BC-9084 AND PO#BS003594 MUST CHECK FOR SHIPPING INSTRUCTION | 41.00 | 2,050.00 |

Net Invoice:  2,050.00
Freight:  224.40

**Invoice Total In U.S. Dollars:**  2,274.40

**INVOICE INVOICE**

# Standard Register
ADVANCING YOUR REPUTATION

Send all invoices to:
Accounts Payable
WorkflowOne
P.O. Box 3933
Dayton, Ohio 45401-3933
ISERIESBILLINGGROUP@WORKFLOWONE.COM

## PURCHASE ORDER

**SEND / EMAIL ALL INVOICES TO THIS ADDRESS.**

| | |
|---|---|
| **PURCHASE ORDER NUMBER** | |
| | BR. |
| | **BS003594** |
| | **NUMBER** |

| ORDER DATE | SHIP DATE | SALES REP |
|---|---|---|
| 2/12/2015 | 3/5/2015 | L. Simi |

**Phone:** (312)829-4040

Richardson Seating

**FAX:**

| | QTY | SR Item # | Vendor Item # | SIZE | Color | DESCRIPTION (30 CHAR MAX) | UNIT | COST |
|---|---|---|---|---|---|---|---|---|
| 1 | 50 | BC-9064 | 1950 | | Blue | Bosch Counter Stools | EA | $41.00 |
| 2 | | | | | | Repeat Order, refer to PO# BS002718 | | |
| 3 | | | | | | Screen print: 2 color Bosch logo on seat of stool | | |
| 4 | | | | | | Pms 877C and PMS 485 Red | | |
| 5 | | | | | | | | |
| 6 | | | | | | Please ship indidiual cartons unassembled with | | |
| 7 | | | | | | instructions and hardware. | | |
| 8 | | | | | | | | |

**SHIP TO:**

| | |
|---|---|
| NAME | Standard Register |
| ATTN: | Attn: PO# BS003594 |
| ADDRESS | 700 Patrol Road |
| | |
| CITY, ST ZIP | Jeffersonville, IN 47130 |
| COUNTRY | |
| SHIP VIA: | QTY: |

**SHIP TO:**

| | |
|---|---|
| NAME | |
| ATTN: | |
| ADDRESS | |
| | |
| CITY, ST ZIP | |
| COUNTRY | |
| SHIP VIA: | QTY: |

**IMPORTANT:**
Failure to ship via
our specified
carrier may result
in deduction of
shipping charges
from your invoice.

**SPECIAL INSTRUCTIONS:**

| | |
|---|---|
| 1 | Charge back freight |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | ALL CARTONS MUST BE CLEARLY MARKED WITH PO # AND STANDARD REGISTER ITEM #'S |

| For Questions, please contact: | Ron Strum | Phone #: | (630)784-6964 | Email: rstrum@standardregister.com |
|---|---|---|---|---|

If you can not meet any of the above requirements, or pricing above does not match please notify us immediately.



**RICHARDSON SEATING
CORPORATION**

Institutional and Commercial Seating Products
2545 W. Arthington Street    Chicago, Illinois 60612
(800)522-1883    (312)829-4040    FAX: (312)829-8337
www.richardsonseating.com

# INVOICE

**INVOICE NUMBER** 0243192-IN

**SOLD TO:**

STANDARD REGISTER
PO BOX 3933
DAYTON, OH 45401

**SHIP TO:**

STANDARD REGISTER
RECEIVING - PO #NY325680
1255 TERMINUS DR.
SUITE 400
LITHIA SPRINGS, GA 30122

| INV. DATE | OUR FACTORY # | CUST. P. O. | SALESPERSON | SHIPPED VIA ROADRUNNER B/L 21830-222435 TRACKING NUMBER 329713796 | TERMS |
|---|---|---|---|---|---|
| 03/11/2015 | 0222435 | NY325680 | LASI | | NET 30 DAYS |

| QUANTITY | MODEL NO. | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|
| 25 | WORKFLOWONE-15 | 1950-S GLB POOL&SPA STL. FRAME - CHROME SEAT BACKGROUND - WHITE SEAT IMPRINT - YELLOW 115C, PMS 300 BLUE SIDEBAND - PMS 300 BLUE | 70.00 | 1,750.00 |
| 1 | DIGITAL | DIGITAL SET-UP CHARGE SHIP 1/CTN SPECIAL KD CONTACT CUSTOMER FOR SHIPPING INSTRUCTIONS | 50.00 | 50.00 |

| | |
|---|---|
| Net Invoice: | 1,800.00 |
| Freight: | 213.73 |
| **Invoice Total In U.S. Dollars:** | **2,013.73** |

**INVOICE INVOICE**

# PURCHASE ORDER

**Standard Register**
ADVANCING YOUR REPUTATION

ASI # 3333647

Standard Register
Address
City, State, Zip Code
Contact name and phone/
Email address

Send all invoices to:
Accounts Payable
Standard Register
P.O. Box 3933
Dayton, Ohio 45401-3933

SEND PROOFS, ALL SAMPLES, DUPLICATE INVOICES, DUPLICATE SHIPPING PAPERS AND ARTWORK.

BOTH #'S MUST APPEAR ON ALL SHIPPING PAPERS

SEND ALL INVOICES TO THIS ADDRESS

PURCHASE ORDER NUMBER: **NY325680**

CUSTOMER PURCHASE ORDER NUMBER: 4501329935

| | | |
|---|---|---|
| **VENDOR** | ORDER DATE | SHIP DATE | IN HANDS/EVENT DATE | REP | Spec Sample | Pre-production Proof |
| Richardson Seating corp | 2/4/2015 | asap | asap | GARRETT | | |

Phone:
FAX:

| QUOTE DATE | QUOTE # | NEW | MFG PREV JOB OR INV # | OUR JOB #/DATE | ART | Proof | Spec Sample | Pre-production Proof |
|---|---|---|---|---|---|---|---|---|
| IF APPLICABLE | IF APPLICABLE | IF APPLICABLE | IF APPLICABLE | Previous PO NY357602 | see below | PDF | n/a | n/a required |

| QTY | WFO Item # | Vendor Item # | SIZE | Color | DESCRIPTION (30 CHAR MAX) | UNIT | COST |
|---|---|---|---|---|---|---|---|
| 25 | STOOL-GLB | | | | Stool with custom white and Blue Seat & GLB Logo. | E | $70.00 |
| 1 | | | | | SET UP CHARGE? Repeat order | E | $50.00 |
| | | | | | Reference Previous PO #NY357602 | | |
| | | | | | Customer wants to know if the band can match PMS 300 blue from logo | | |
| | | | | | PDF PROOF TO steven.burton@standardregister.com | | |

SHIP TO: For
Preproduction
Samples

| | |
|---|---|
| NAME | IF APPLICABLE |
| ATTN: | IF APPLICABLE |
| ADDRESS | IF APPLICABLE |
| CITY, ST ZIP | IF APPLICABLE |
| COUNTRY | |
| SHIP VIA: | |

PMS COLOR if applicable
Location if applicable
Size if applicable
Application if applicable

SHIP QTY:

**IMPORTANT:**
Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice.

Artwork Preview Above

*Steve Burton*
Signature

**Production Order**
**SHIP TO: For**

| | |
|---|---|
| NAME | STANDARD REGISTER |
| ATTN: | RECEIVING - PO #NY325680 |
| ADDRESS | 1255 TERMINUS DR. |
| | SUITE 400 |
| CITY, ST ZIP | LITHIA SPRINGS, GA 30122 |
| COUNTRY | |
| SHIP VIA: | BEST METHOD |

**SPECIAL INSTRUCTIONS:**
QUESTIONS - CONTACT STEVE BURTON 212-844-7155 or steven.burton@standardregister.com

1
2
3
4
5
6

All shipments must be clearly marked with Standard Register Purchase Order Number- Item number - Quantity and Description