**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>**SRC LIQUIDATION LLC,**[1]<br>               **Debtor.** | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>Objection Deadline: September 9, 2016 at 4:00 p.m. (ET) |

**FIFTH NOTICE OF SATISFACTION OF CLAIMS**

      SRC Liquidation LLC hereby files this notice (the "Notice") identifying claims filed against the above-captioned debtor and its affiliates (collectively the "Debtors") that have been satisfied in full (the "Fully Satisfied Claims"). The Fully Satisfied Claims are set forth on Exhibit A attached hereto. In support of this Notice, SRC Liquidation LLC respectfully represents as follows:

**JURISDICTION AND VENUE**

      1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, SRC Liquidation LLC consents to entry of a final order by the Court in connection with this Notice to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**30954/2**
**08/23/2016** 46157185**.**1

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007.

## BACKGROUND

### A. General Background

3. On March 12, 2015 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). No request for a trustee or examiner has been made in these chapter 11 cases (collectively, the "Chapter 11 Cases").

4. On March 24, 2015, the Office of the United States Trustee for the District of Delaware appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On November 11, 2015, the Debtors filed the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [D.I. No. 1286] (as confirmed, the "Plan"), which was confirmed on November 19, 2015. *See* Docket No. 1331.

6. The effective date of the Plan occurred on December 18, 2015. *See* Docket No. 1412. Pursuant to the Plan, among other things, SRC Liquidation Company was converted to SRC Liquidation, LLC in accordance with Ohio law. *See* Plan, § 2.3.3.

7. Information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases, can be found in the *Declaration of Kevin M. Carmody in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* [D.I. No. 2].

### B. Proofs of Claim

8. On March 13, 2015, the Court entered an order [Docket No. 54] appointing Prime Clerk LLC ("Prime Clerk") as claims and noticing agent in these Chapter 11 Cases. Among other things, Prime Clerk is authorized to (a) receive, maintain, and record and otherwise

administer the proofs of claim filed in these Chapter 11 Cases and (b) maintain the Debtors' official claims and distribution register (the "Claims Register").

9. On May 12, 2015, each of the Debtors filed with the Court their respective *Schedules Of Assets And Liabilities And Statements Of Financial Affairs* [D.I. Nos. 475-496], and certain amendment filed on July 22, 2015 [D.I. No. 863] (collectively, the "Schedules"). The Claims Register includes all claims listed by the Debtors on the Schedules, as well as all claims filed by individual creditors pursuant to applicable orders entered in the Chapter 11 Cases. The Claims Registered may be accessed by logging into: https://cases.primeclerk.com/standardregister/Home-ClaimInfo

## CLAIMS SATISFIED AFTER THE PETITION DATE

10. SRC Liquidation LLC has reviewed the Debtors' books and records and has determined that the Fully Satisfied Claims listed on Exhibit A have been satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts. Accordingly, SRC Liquidation LLC intends to have Prime Clerk designate on the Claims Register that the Fully Satisfied Claims listed on Exhibit A have been previously satisfied by (a) the Debtors pursuant to the *Order (i) Authorizing the Payment of Sales, Use, Franchise, Income, and Similar Taxes and Fees, and (ii) Authorizing Banks to Receive, Process, and Honor Checks Issued and Electronic Payment Requests Related Thereto* [D.I. No. 53], (b) *Final Order Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers and Freight Carriers* [D.I. No. 262], (c) *Order Authorizing Debtors to Establish Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code* [D.I. No. 690], (d) Taylor Corporation ("Taylor") pursuant to that certain asset purchase agreement entered into by and between the Debtors and Taylor dated as of June 19, 2015 [D.I. No. 698], or (e) pursuant to the Plan.

11. Out of an abundance of caution, SRC Liquidation LLC is serving this Notice on all parties holding Fully Satisfied Claims and providing such parties with an opportunity to object to the SRC Liquidation LLC's position that such claims have been satisfied in full, as shown on Exhibit A.

12. Any party disputing SRC Liquidation LLC's position with respect to the claims identified in this Notice must file a written response with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and serve such response on counsel to SRC Liquidation LLC, Lowenstein Sandler LLP, Attn: Wojciech F. Jung, 65 Livingston Avenue, Roseland, NJ 07068, on or before **September 9, 2016 at 4:00 p.m. (ET)**. SRC Liquidation LLC will then make every effort to review the Fully Satisfied Claim with the claimant to determine whether any obligation remains outstanding and owing to such claimant. In the event that the parties are unable to reach a resolution, SRC Liquidation LLC will request that the Court schedule a hearing on the matter.

## RESERVATION OF RIGHTS

13. SRC Liquidation LLC expressly reserves the right to amend, modify or supplement this Notice, and reserve their rights to file additional objections to any claims in these Chapter 11 Cases, including, without limitation, objections as to the amounts asserted in each of the Fully Satisfied Claims, or any other claims (filed or unfiled) against the Debtors' estates.

Dated: August 23, 2016                                     Respectfully Submitted,

| **LOWENSTEIN SANDLER LLP**<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973)-597-2500<br>Facsimile:  (973) 597-2400<br>wjung@lowenstein.com<br><br>*Counsel to SRC Liquidation LLC* | **POLSINELLI PC**<br><br>/s/      *Justin K. Edelson*<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com |
|---|---|

**EXHIBIT A**

| Fully Satisfied Claims | Claim/Schedule Number | Filed Date | Current Claim Amount |
|---|---|---|---|
| 3delta Systems Inc. | 113504* | | $2,716.00 |
| ADK Group | 263* | 3/31/15 | $5,262.50 |
| Adobe Systems Incorporated | 2007* | 6/26/15 | $87,551.67 |
| Allied Printing Services | 113631* | | $5,948.94 |
| Aurora Courier Express | 113739* | | $301.15 |
| Bergelt Transport Inc. | 113801* | | $1,305.52 |
| BNSF Logistics LLC | 113830* | | $18,127.54 |
| Cates, Brad | 2219** | 7/8/15 | $9,385.23 |
| City of Carrollton | 2528 | 11/16/15 | $13,841.20 |
| Corepoint Health, LLC | 360* | 4/7/15 | $4,930.96 |
| Cypress Fairbanks Independent School District | 2577 | 1/5/16 | $15,423.44 |
| Dallas County | 2527 | 11/16/15 | $5,397.24 |
| Dayton Freight Lines Inc. | 114169* | | $16,069.14 |
| Dineen, William F. | 2482** | 9/14/15 | $11,633.07 |
| Dynamex Operations East | 880* | 5/18/15 | $9,7272.86 |
| Eifert, Brenda | 202** | 3/30/15 | $652.11 |
| Garbe, Sharon R. | 541** | 4/15/15 | $1,568.80 |
| Harris County *et al* | 2579 | 1/5/16 | $14,399.73 |
| Hartness, Ricky Alan | 252** | 3/31/15 | $2,115.40 |
| Instream, LLC | 349* | 4/2/15 | $101,023.85 |
| IT Xcel Consulting LLC | 114775* | | $180,318.11 |
| King, John G. | 2308** | 7/8/15 | $1,773.24 |
| Klenke, Joseph L. | 2279** | 7/8/15 | $3,726.74 |
| Knaub, Marlin R. | 489** | 4/7/15 | $8,143.32 |
| Minton, Charles Keith | 426** | 4/13/15 | $1,612.00 |
| Minuteman Press Southwest | 94* | 3/23/15 | $35,763.72 |
| Moder, Jeffery | 2309** | 7/8/15 | $4,644.85 |
| Nexstra Inc. | 115178* | | $144,368.83 |
| Pacific Courier | 115264* | | $785.35 |
| Poly Pak Industries Inc. | 115362* | | $98,548.68 |
| Post, Todd J. | 555** | 4/22/15 | $2,382.22 |
| Premier Ims Inc. | 115384* | | $39,778.83 |
| Reilly, Amy L. | 2205** | 7/8/15 | $5,556.11 |
| Rush Transportation & Logis | 115586* | | $34,899.64 |
| Saint Joseph Communications | 115600* | | $7,526.14 |
| Signature Printing, Inc. | 154* | 3/25/15 | $13,441.00 |
| Sowar, Gerald D. | 2208** | 7/7/15 | $3,230.04 |
| Spire | 115743* | | $52,691.66 |
| Starburst Printing and Graphics, Inc. | 189* | 3/25/15 | $11,747.15 |
| Swervepoint LLC | 115817* | | $19,436.32 |
| Travers Printing, Inc. | 234* | 3/26/15 | $26,936.95 |
| Washington County Tax Collector | 2517 | 10/26/15 | $63,499.07 |
| Wheeler, Tommy Sean | 309** | 4/1/15 | $1,443.20 |

\*      Paid pursuant to critical vendor order or other order of the Court
\*\*     Reflects priority portion of claim only

A-1