IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On August 23, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the 5th Notice of Satisfaction Service List attached hereto as **Exhibit B**:

- Fifth Notice of Satisfaction of Claims [Docket No. 2048]

Dated: August 26, 2016

/s/ Rafael Stitt
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 26, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 10397

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Claims Agent | Prime Clerk LLC | Attn:  David Malo<br>830 3rd Ave., FL. 9<br>New York NY 10022 | serviceqa@primeclerk.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

In re SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Exhibit B
5th Notice of Satisfaction Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 3DELTA SYSTEMS INC | 14151 NEWBROOK DRIVE | STE. 200 | | | CHANTILLY | VA | 20151 | | | First Class Mail |
| ADK GROUP | 141 W 2ND ST | UNIT 206 | | | BOSTON | MA | 02127 | | Dtatar@theadkgroup.com | First Class Mail and Email |
| ADOBE SYSTEMS INCORPORATED | Attention: A. Greenwood MS AIG | 345 PARK AVENUE | | | SAN JOSE | CA | 95110-4789 | | agreenwo@adobe.com | First Class Mail and Email |
| ALLIED PRINTING SERVICES | PO BOX 34 | | | | BRATTLEBORO | VT | 05302-0034 | | | First Class Mail |
| AURORA COURIER EXPRESS | 11673 E OUTER SPRINGER LOOP RD | | | | PALMER | AK | 99645 | | | First Class Mail |
| BERGELT TRANSPORT INC | 11015 KENWOOD RD | | | | CINCINNATI | OH | 45242 | | | First Class Mail |
| BNSF LOGISTICS LLC | 75 REMITTANCE DR | SUITE 1748 | | | CHICAGO | IL | 60675 | | | First Class Mail |
| Cates, Brad | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| City of Carrollton | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Corepoint Health, LLC | c/o Charlotte Keating | 3010 Gaylord Parkway #320 | | | Frisco | TX | 75034 | | accounting@corepointhealth.com | First Class Mail and Email |
| Cypress Fairbanks Independent School District | 10494 Jones Road, RM 106 | | | | Houston | TX | 77065 | | Houston_Bankruptcy@lgbs.com | First Class Mail and Email |
| Cypress Fairbanks Independent School District | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | | Houston | TX | 77253 | | Houston_Bankruptcy@lgbs.com | First Class Mail and Email |
| Dallas County | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| DAYTON FREIGHT LINES INC | P O BOX 340 | | | | DAYTON | OH | 45377 | | | First Class Mail |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| Dynamex and Affiliates | 5429 LBJ Freeway, Suite 900 | | | | Dallas | TX | 75240 | | andy.winters@dynamex.com; beverly.elledge@dynamex.com | First Class Mail and Email |
| Eifert, Brenda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Garbe, Sharon R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Harris County et al | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | | Houston | TX | 77253 | | Houston_Bankruptcy@lgbs.com | First Class Mail and Email |
| Harris County et al | PO Box 3547 | | | | Houston | TX | 77253 | | Houston_Bankruptcy@lgbs.com | First Class Mail and Email |
| Hartness, Ricky Alan | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Instream, LLC | William Owens | 240 Great Circle Road, Suite 342 | | | Nashville | TN | 37228 | | bowens@instreamllc.com | First Class Mail and Email |
| IT XCEL CONSULTING LLC | 7112 OFFICE PARK DRIVE | | | | WEST CHESTER | OH | 45069 | | | First Class Mail |
| King, John G. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Klenke, Joseph L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Knaub, Marlin R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Minton, Charles Keith | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Minuteman Press Southwest | Att: Terry Abouabsi | 9000 Southwest Freeway, Suite 100 | | | Houston | TX | 77074 | | terry@minutemansw.com | First Class Mail and Email |
| Moder, Jeffery | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Moder, Jeffery | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| NEXSTRA INC | 103 TOWN AND COUNTRY DR | STE M | | | DANVILLE | CA | 94526 | | | First Class Mail |
| PACIFIC COURIER | P O BOX 17865 | | | | HONOLULU | HI | 96817 | | | First Class Mail |
| POLY PAK INDUSTRIES INC | 125 SPAGNOLI RD | | | | MELVILLE | NY | 11747 | | | First Class Mail |
| Post, Todd J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| PremierIMS, Inc. | 11101 Ella Blvd | | | | Houston | TX | 77067 | | geno@mailplex.com | First Class Mail and Email |
| Reilly, Amy L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| RUSH TRANSPORTATION & LOGIS | 2388 Arbor Blvd | | | | Dayton | OH | 45439 | | | First Class Mail |
| RUSH TRANSPORTATION & LOGIS | P O BOX 2810 | | | | DAYTON | OH | 45401 | | | First Class Mail |
| SAINT JOSEPH COMMUNICATIONS | SAINT JOSEPH PRINT GROUP INC | 1165 KENASTON STREET | PO BOX 9809 STN T | | OTTAWA | ON | K1G 6S1 | CANADA | | First Class Mail |
| Signature Printing, Inc. | Ana Matafome | 5 Almeida Ave | | | East Providence | RI | 02914 | | amatafome@signatureprinters.com | First Class Mail and Email |
| Sowar, Gerard D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| SPIRE | PO BOX 845543 | | | | BOSTON | MA | 02284-5543 | | | First Class Mail |
| Starburst Printing and Graphics, Inc. | Attn: Jason Grondin | 300 Hopping Brook Rd | | | Holliston | MA | 01746 | | jgrondin@starburstprinting.com | First Class Mail and Email |
| Starburst Printing and Graphics, Inc. | c/o Gazis and Associates | 619 Hazard Avenue | | | Enfield | CT | 06082 | | jgrondin@startburstprinting.com | First Class Mail and Email |
| SWERVEPOINT LLC | 75 SYLVAN STREET | B-203 | | | DANVERS | MA | 01923 | | | First Class Mail |
| Travers Printing, Inc. | Marcia Oliveto | 32 Mission St. | | | Gardner | MA | 01440-0279 | | ellen@traversprinting.com; marcia@traversprinting.com | First Class Mail and Email |
| Washington County Tax Collector | 280 N. College Ave., Ste. 202 | | | | Fayetteville | AR | 72701 | | szega@co.washington.ar.us | First Class Mail and Email |
| Wheeler, Tommy Sean | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |