UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**SRC LIQUIDATION LLC,**[1]<br>        **Debtor.** | **Chapter 11**<br>**Case No. 15-10541 (BLS)**<br><br>**Objection Deadline: September 12, 2016 at 4:00 p.m. (ET)** |

## SIXTH NOTICE OF SATISFACTION OF CLAIMS

SRC Liquidation LLC hereby files this notice (the "Notice") identifying claims filed against the above-captioned debtor and its affiliates (collectively the "Debtors") that have been satisfied in full (the "Satisfied Claims"). The Satisfied Claims are set forth on Exhibit A attached hereto. In support of this Notice, SRC Liquidation LLC respectfully represents as follows:

### JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, SRC Liquidation, LLC consents to entry of a final order by the Court in connection with this Notice to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**30954/2**
**08/26/2016** 45767936**.**2

## BACKGROUND

A.  **General Background**

3.  On March 12, 2015 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). No request for a trustee or examiner has been made in these chapter 11 cases (collectively, the "Chapter 11 Cases").

4.  On March 24, 2015, the Office of the United States Trustee for the District of Delaware appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.  On November 11, 2015, the Debtors filed the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [D.I. No. 1286] (as confirmed, the "Plan"), which was confirmed on November 19, 2015. *See* Docket No. 1331.

6.  The effective date of the Plan occurred on December 18, 2015. *See* Docket No. 1412. Pursuant to the Plan, among other things, SRC Liquidation Company was converted to SRC Liquidation, LLC in accordance with Ohio law. *See* Plan, § 2.3.3.

7.  Information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases, can be found in the *Declaration of Kevin M. Carmody in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* [D.I. No. 2].

B.  **Proofs of Claim**

8.  On March 13, 2015, the Court entered an order [Docket No. 54] appointing Prime Clerk LLC ("Prime Clerk") as claims and noticing agent in these Chapter 11 Cases. Among other things, Prime Clerk is authorized to (a) receive, maintain, and record and otherwise administer the proofs of claim filed in these Chapter 11 Cases and (b) maintain the Debtors' official claims and distribution register (the "Claims Register").

9.  On May 12, 2015, each of the Debtors filed with the Court their respective *Schedules Of Assets And Liabilities And Statements Of Financial Affairs* [D.I. Nos. 475-496],

and certain amendment filed on July 22, 2015 [D.I. No. 863] (collectively, the "Schedules"). The Claims Register includes all claims listed by the Debtors on the Schedules, as well as all claims filed by individual creditors pursuant to applicable orders entered in the Chapter 11 Cases. The Claims Registered may be accessed by logging into: https://cases.primeclerk.com/standardregister/Home-ClaimInfo

### CLAIMS SATISFIED AFTER THE PETITION DATE

10. SRC Liquidation LLC has reviewed the Debtors' books and records and has determined that the Satisfied Claims listed on Exhibit A have been satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts. Accordingly, SRC Liquidation LLC intends to have Prime Clerk designate on the Claims Register that the Satisfied Claims listed on Exhibit A have been previously satisfied by (a) Taylor Corporation or its designee (collectively, "Taylor") pursuant to that certain asset purchase agreement entered into by and between the Debtors and Taylor dated as of June 19, 2015 [D.I. No. 698], or (b) Taylor pursuant to that certain *Notice Regarding Designation As Post-Closing Transferred Contract And Assumption And Assignment Thereof* filed in the Chapter 11 Cases between October 17, 2015 and October 29, 2015 [D.I. Nos.: 1201, 1228, and 1237].

11. Pursuant to section 365(b)(1)(A) of the Bankruptcy Code, an assumption and assignment of a contract or lease requires the cure of all outstanding defaults. Similarly, pursuant to section 365(k) of the Bankruptcy Code, the Debtors/assignors are relieved from all obligations occurring post assumption and assignment. Given that the obligations listed on Exhibit A relate to contracts/leases that have been assumed and assigned to Taylor, the Debtors and the estate have no outstanding obligations thereunder and counterparties to the assumed contract/leases are barred from pursuing contract related claims against the Debtors or their estates. See Sale Order [D.I. No. 698], ¶ 40. See also Sale Order, ¶¶25, 26, 29, 32, 35, 38, and 39.

12. Out of an abundance of caution, SRC Liquidation LLC is serving this Notice on all parties holding Satisfied Claims and providing such parties with an opportunity to object to the SRC Liquidation LLC's position that such claims have been satisfied in full, as shown on <u>Exhibit A</u>.

13. Any party disputing SRC Liquidation LLC's position with respect to the claims identified in this Notice must file a written response with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and serve such response on counsel to SRC Liquidation LLC, Lowenstein Sandler LLP, Attn: Wojciech F. Jung, 65 Livingston Avenue, Roseland, NJ 07068, on or before **September 12, 2016 at 4:00 p.m. (ET)**. SRC Liquidation LLC will then make every effort to review the Satisfied Claim with the claimant to determine whether any obligation remains outstanding and owing to such claimant. In the event that the parties are unable to reach a resolution, SRC Liquidation LLC will request that the Court schedule a hearing on the matter.

## **RESERVATION OF RIGHTS**

14. SRC Liquidation LLC expressly reserves the right to amend, modify or supplement this Notice, and reserve their rights to file additional objections to any claims in these Chapter 11 Cases, including, without limitation, objections as to the amounts asserted in each of the Satisfied Claims, or any other claims (filed or unfiled) against the Debtors' estates.

Dated: August 26, 2016

Respectfully Submitted,

| **LOWENSTEIN SANDLER LLP**<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973)-597-2500<br>Facsimile: (973) 597-2400<br>wjung@lowenstein.com<br><br>*Counsel to SRC Liquidation LLC* | **POLSINELLI PC**<br><br>/s/     *Justin K. Edelson*<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com |

**EXHIBIT A**

| Satisfied Claims | Claim/Schedule Number | Filed Date | Current Claim Amount | Docket Number |
|---|---|---|---|---|
| Advertising Specialty Institute | 1825 | 6/10/2015 | $22,192.20 | 1201 |
| American Litho, Inc. | Claim 2365 / Schedule 113614 | 7/16/2015 | $137,140.68 | 1201 |
| AT&T Corp | 2164 | 7/7/2015 | $3,015.88 | 1201 |
| Axway, Inc. | Claim 509 / Schedule 113747 | 4/6/2015 | $5,025.34 | 1201 |
| Broadcast Music, Inc. ("BMI") | 1235 | 5/19/2015 | $2,912.12 | 1201 |
| CASS | 1839 | 6/12/2015 | $3,549.24 | 1201 |
| CDW, LLC | Claim 337 / Schedule 113934 | 3/26/2015 | $611,817.17 | 1201 |
| Corepoint Health, LLC | Claim 360 / Schedule 114090 | 4/7/2015 | $4,930.96 | 1201 |
| Crown Credit Company | 2040 | 6/30/2015 | $15,765.30 | 1201 |
| Data Group Ltd | Claim 1458 / Schedule 114150 | 6/5/2015 | $7,954.28 | 1228 |
| DigitaltoPrint | Claim 203 / Schedule 114205 | 3/30/2015 | $35,176.92 | 1201 |
| Electronics for Imaging, Inc. | Claim 2301 / Schedule 114304 | 7/8/2015 | $20,211.01 | 1201 |
| EMC Corporation | Claim 1056 / Schedule 114311 | 5/27/2015 | $3,754.89 | 1201 |
| EQUEST LLC | 746 | 4/30/2015 | $12,000.00 | 1201 |
| Forsythe Solutions Group, Inc. | Claim 1987 / Schedule 114456 | 6/22/2015 | $50,650.50 | 1201 |
| Instream, LLC | Claim 349 / Schedule 114750 | 4/2/2015 | $101,023.85 | 1201 |
| Lancet Software Development, Inc. | Claim 1485 / Schedule 114906 | 6/5/2015 | $3,360.00 | 1201 |
| MailFinance | Claim 1546 / Schedule 114984 | 6/5/2015 | $4,937.29 | 1201 |
| NEWLINE NOOSH, Inc | Claim 393 / Schedule 115174 | 4/14/2015 | $112,855.00 | 1228 |
| Oracle America, Inc ("Oracle") | Claim 1950 / Schedule 115240 | 6/25/2015 | $7,253.20 | 1201 |
| ProLogis | Claim 2231 / Schedule 115439 | 7/8/2015 | $422,863.60 | 1137 |
| Ryder Truck Rental, Inc. | Claim 990 / Schedule 115591 | 5/19/2015 | $3,383.12 | 1201 |
| Salar Inc. | Claim 784 / Schedule 115602 | 4/27/2015 | $9,838.78 | 1201 |
| Seebridge Media LLC | Claim 1532 / Schedule 115635 | 6/5/2015 | $390,847.74 | 1228 |
| SHI INTERNATIONAL CORP | 1876 | 6/16/2015 | $29,145.74 | 1201 |
| SOFTWARE AG USA, INC. | Claim 1332 / Schedule 115701 | 6/3/2015 | $62,930.00 | 1228 |
| Sogeti USA LLC | Claim 653 / Schedule 115703 | 4/15/2015 | $213,914.30 | 1228 |
| Underwriters Laboratories Inc. | Claim 926 / Schedule 115965 | 5/4/2015 | $11,302.61 | 1201 |
| United Mail, LLC | Claim 1253 / Schedule 115977 | 5/29/2015 | $32,978.54 | 1201 |
| Verizon Communications | 973 | 5/20/2015 | $200,204.94 | 1201 |
| Yeck Brothers Company | Claim 439 / Schedule 116151 | 4/7/2015 | $5,092.82 | 1228 |
| ZANEC INC | Claim 448 / Schedule 116154 | 4/13/2015 | $184,912.00 | 1228 |