## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

CARESOURCE

-and-

CARESOURCE MANAGEMENT GROUP CO.,

      Plaintiffs,

v.

SRC LIQUIDATION COMPANY,
SR LIQUIDATION HOLDING COMPANY,
SR LIQUIDATION TECHNOLOGIES, INC.,
SR LIQUIDATION INTERNATIONAL, INC.,
iMLIQUIDATION, LLC, SR LIQUIDATION OF
PUERTO RICO INC., SR LIQUIDATION
MEXICO HOLDING COMPANY, STANDARD
REGISTER HOLDING, S. DE R.L. DE C.V.,
STANDARD REGISTER DE MEXICO, S. DE R.L.
DE C.V., STANDARD REGISTER SERVICIOS, S.
DE R.L. DE C.V., SR LIQUIDATION
TECHNOLOGIES CANADA ULC,

-and-

SILVER POINT FINANCE, LLC, as Agent and
Collateral Agent, SPCP GROUP, LLC,
SPCP GROUP III, LLC,
DLJ INVESTMENT PARTNERS, L.P.,
DLJ INVESTMENT PARTNERS II, L.P.,
DLJ IP II HOLDINGS, L.P.,
SPCP GROUP III LLC, SPF CDO I, LTD.,
SP WORKFLOW HOLDINGS, INC.,

Adv. Proc. No. 15-51775 (BLS)

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SILVER POINT CAPITAL FUND, L.P.

-and-

BANK OF AMERICA, N.A., as Agent and Lender,
and WELLS FARGO BANK, N.A., as Lender,

      Defendants.
_____

SRC LIQUIDATION, LLC,

      Plaintiff,

v.

PEERLESS INSURANCE COMPANY,        Adv. Proc. No. 16-50545 (BLS)
AGENCYAXIS, LLC,                Adv. Proc. No. 16-50795 (BLS)
BAM BAMS, LLC,                 Adv. Proc. No. 16-50810 (BLS)

      Defendants.

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 31, 2016 AT 10:00 A.M. (ET)

## CONTINUED/RESOLVED MATTERS

1.     Motion for Allowance and Payment of Administrative Expense Claim of Business Card
Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the
Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

     Objection Deadline:         December 23, 2015 at 4:00 p.m. (extended for certain
                                parties)

     Related Document(s):

         a)      Notice of Hearing on Motion for Allowance and Payment of
               Administrative Expense Claim of Business Card Service, Inc. Pursuant to
               the Order Authorizing the Sale of Substantially all of the Debtors' Assets
               [Docket No. 1375; Filed: 12/7/2015]

     Response(s) Received:      None at this time.

     Status:           This matter has been continued to the next omnibus hearing scheduled for
              September 28, 2016 at 10:30 a.m.

54573389.2

2.      Motion of IWAG Group III for Allowance and Payment of Administrative Expense
        Claim [Docket No. 1384; Filed: 12/10/2015]

        Objection Deadline:          December 24, 2015 at 4:00 p.m.  (extended for certain
                                     parties)

        Related Document(s):         None at this time.

        Response(s) Received:        None at this time.

        Status:      This matter has been continued to the next omnibus hearing scheduled for
                     September 28, 2016 at 10:30 a.m.

3.      Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section
        503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule
        3007 and Local Rule 3007-1 [Docket No. 1468; Filed: 2/16/2016]

        Response Deadline:           March 1, 2016 at 4:00 p.m.

        Related Document(s):

                a)      Notice of Submission of Proofs of Claim for Standard Register Inc.'s
                        Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9)
                        Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule
                        3007 and Local Rule 3007-1 [Docket No. 1486; Filed: 3/2/2016]

                b)      Order Sustaining Standard Register Inc.'s Second (2nd) Omnibus
                        (Substantive) Objection Section 503(b)(9) Claims [Docket No. 1502;
                        Entered: 3/14/2016]

        Response(s) Received:

                a)      Response of Specialty Print Communications to Standard Register Inc.'s
                        Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9)
                        Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule
                        3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/2016]

        Status:      This matter has been continued to the next omnibus hearing scheduled for
                     September 28, 2016 at 10:30 a.m. with respect to the claim of Specialty
                     Print Communications.  This matter has been resolved with respect to all
                     other claims.

4.      Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section
        502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No.
        1488; Filed: 3/3/2016]

Response Deadline:             April 6, 2016 at 4:00 p.m.

Related Document(s):

a)      Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1512; Filed: 3/30/2016]

b)      Order Sustaining Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1534; Entered: 4/11/2016]

Response(s) Received:

a)      Response by The New York State Department of Taxation and Finance in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims [Docket No. 1496; Filed: 3/7/2016]

b)      Notice of Withdrawal of Document (Doc. #1515), Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims, and Notice of Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims (Doc. #1496) [Docket No. 1516; Filed: 4/1/2016]

c)      Response by the Tennessee Department of Revenue to the Debtor's Eighth Omnibus Objection to Claims [Docket No. 1522; Filed: 4/6/2016]

Status:      This matter has been continued to the next omnibus hearing scheduled for September 28, 2016 at 10:30 a.m. with respect to the claim of the Tennessee Department of Revenue.  This matter has been resolved with respect to all other claims.

5.      Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1520; Filed: 4/4/2016]

Response Deadline:             April 20, 2016 at 4:00 p.m.

Related Document(s):

a)      Notice of Submission of Proofs of Claim for Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1838; Filed: 5/12/2016]

54573389.2

      b)      Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1980; Entered: 5/24/2016]

Response(s) Received:

      a)      Response of Zebra Technologies to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1533; Filed: 4/11/2016]

      b)      Response of Mayer Enterprises, Inc., dba BCT Houston/Dallas to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1542; Filed: 4/18/2016]

      c)      Objection of Enterprise Printing & Products Corp. to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim [Docket No. 1548; Filed: 4/22/2016]

      d)      Withdrawal of Zebra Technologies' Response to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2012; Filed 6/28/16]

Status:      This matter has been resolved with respect to the claims of Mayer Enterprises, Inc., dba BCT Houston/Dallas, and Enterprise Printing and Products Corp.  Counsel will file a notice of withdrawal in regards to these claims.  Zebra Technologies has withdrawn its Response to the Objection and agreed to entry of the proposed order. A Certification of Counsel with proposed order will be filed reflecting same. An order has been entered with respect to all other claims.

6.      Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1984; Filed: 5/24/2016]

Response Deadline:      June 9, 2016 at 4:00 p.m.  (Extended to July 15, 2016 at 4:00 p.m. as to Kirkwood Direct and JBR Industrial Services, LLC, only)

54573389.2

Related Document(s):

    a)    Order Sustaining Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2011; Entered: 6/28/2016]

Response(s) Received:

    a)    ImageMaker Graphics' Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1992; Filed: 6/9/2016]

    b)    Triangle Systems' Reply to Debtor's Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1994; Filed: 6/14/2016]

    c)    American Reprographics Company's Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1998; Filed: 6/17/2016]

    d)    Kirkwood Direct's Response in Opposition to Standard Register, Inc.'s Fourth Omnibus Objection to Section 503(b)(9) Claims [Docket No. 2017; Filed: 7/15/2016]

    e)    Informal Response from JBR Industrial Services, LLC

Status:    This matter has been continued to the next omnibus hearing scheduled for September 28, 2016 at 10:30 a.m. with respect to the claims of JBR Industrial Services, LLC, and Kirkwood Direct. This matter has been resolved with respect to all other claims. Counsel will file a notice of withdrawal with respect to the resolved claims.

7.    Pre-Trial Conferences in Adversary Proceeding Nos. 16-50795 and 16-50810

Related Document(s):

    a)    Order Establishing Streamlined Procedures Governing Adversary Proceeding With Total in Controversy Less Than or Equal to $75,000.00 Brought by SRC Liquidation LLC Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code [Bankr. Docket No. 2024; 16-50795 Adv. Docket No. 17; 16-50810 Adv. Docket No. 7; Entered: 7/25/2016]

Status:    Pursuant to the Procedures Order, the pre-trial conference is cancelled.

54573389.2

8.      Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief
        [Adv. Proc. No. 15-51775; Docket No. 1; Filed: 10/30/2015]

     Answer Deadline:                      December 7, 2015 (extended to August 31, 2016 for Bank
                                      of America, N.A., and Wells Fargo Bank, N.A.; extended
                                      to August 11, 2016 for SRC Liquidation Company, SR
                                      Liquidation Holding Company, SR Liquidation
                                      Technologies, Inc., SR Liquidation International, Inc.,
                                      iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc.,
                                      SR Liquidation Mexico Holding Company, Standard
                                      Register Holding, S. de R.L. de C.V., SR Liquidation
                                      Technologies Canada ULC, Standard Register Servicios, S.
                                      de R.L. de C.V., and Standard Register de Mxico, S. de
                                      R.L. de C.V.; extended to July 25, 2016 for Silver Point
                                      Capital Fund, L.P., SPCP Group, LLC, SPCP Group III,
                                      LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP
                                      Workflow Holdings, Inc.)

     Related Document(s):

        a)      Summons and Notice of Pretrial Conference in an Adversary Proceeding
                [Adv. Proc. No. 15-51775; Docket No. 3; Filed: 11/5/2015]

        b)      Summons and Notice of Pretrial Conference in an Adversary Proceeding
                [Adv. Proc. No. 15-51775; Docket No. 4; Filed: 11/5/2015]

        c)      Summons and Notice of Pretrial Conference in an Adversary Proceeding
                [Adv. Proc. No. 15-51775; Docket No. 5; Filed: 11/5/2015]

        d)      Summons and Notice of Pretrial Conference in an Adversary Proceeding
                [Adv. Proc. No. 15-51775; Docket No. 6; Filed: 11/5/2015]

        e)      Summons and Notice of Pretrial Conference in an Adversary Proceeding
                [Adv. Proc. No. 15-51775; Docket No. 7; Filed: 11/5/2015]

        f)      Stipulation for Extension of Time for Defendants to Respond to the
                Complaint [Adv. Proc. No. 15-51775; Docket No. 8; Filed: 12/4/2015]

        g)      Stipulation for Extension of Time for Defendants to Respond to the
                Complaint [Adv. Proc. No. 15-51775; Docket No. 9; Filed: 12/7/2015]

        h)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775;
                Docket No. 10; Filed: 12/9/2015]

        i)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket
                No. 14; Entered: 1/4/2016]

j)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 17; Filed: 1/28/2016]

k)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 19; Entered: 1/29/2016]

l)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 21; Entered: 2/26/2016]

m)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 22; Filed: 3/9/2016]

n)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 26; Filed: 4/1/2016]

o)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 27; Entered: 4/1/2016]

p)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 32; Entered: 5/4/2016]

q)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 33; Filed: 5/5/2016]

r)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 38; Entered: 6/2/2016]

s)      Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 40; Entered: 6/21/2016]

t)      Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 41; Filed: 6/22/2016]

u)      Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 45; Filed: 7/20/2016]

v)      Stipulation for Extension of Time for Defendants Silver Point Capital Fund, L.P., SPCP Group, LLC, SPCP Group III, LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP Workflow Holdings, Inc. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 46; Filed: 7/20/2016]

54573389.2

w)  Stipulation for Extension of Time for Defendants SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 47; Filed: 7/20/2016]

x)  Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 48; Filed: 7/22/2016]

y)  Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 54; Filed: 7/28/2016]

z)  Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 56; Filed: 8/3/2016]

aa)  Stipulation for Extension of Time for Defendants SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 57; Filed: 8/4/2016]

bb)  Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 58; Filed: 8/10/2016]

cc)  Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 61; Filed: 8/18/2016]

Response(s) Received:

a)  Silver Point Defendants' Motion to Dismiss the Complaint [Adv. Proc. No. 15-51775; Docket No. 52; Filed: 7/27/2016]

b)  Memorandum of Law in Support of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 53; Filed: 7/27/2016]

c)  DLJ Defendants' Motion to Dismiss and Joinder to The Silver Point Defendants' Motion to Dismiss the Adversary Complaint [Adv. Proc. No. 15-51775; Docket No. 55; Filed: 8/2/2016]

d)  SRC Defendants' Joinder in and Adaptation of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 59; Filed: 8/11/2016]

e)  Response of CareSource and CareSource Management Group Co. in Opposition to (I) Silver Point Defendants' Motion to Dismiss the Complaint, (II) DLJ Defendants' Motion to Dismiss and Joinder to the Silver Point Defendants' Motion to Dismiss the Adversary Complaint and (III) SRC Defendants' Joinder in and Adaptation of Silver Point Defendants' Motion to Dismiss the Complaint [Adv. Proc. No. 15-51775; Docket No. 60; Filed: 8/17/2016]

f)  Reply Memorandum of Law in Support of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 62; Filed: 8/24/2016]

Status:  The pre-trial conference has been continued to the next omnibus hearing scheduled for September 28, 2016 at 10:30 a.m.

## MATTERS WITH CERTIFICATE OF NO OBJECTION

9.  Plaintiff's Motion for an Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 2016; Filed: 7/12/2016]

Objection Deadline:        July 27, 2016 at 4:00 p.m.

Related Document(s):

a)  Certificate of No Objection Regarding Plaintiff's Motion for an Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 2028; Filed: 7/28/2016]

b)  Proposed Order

Response(s) Received:        None.

Status:  A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

10.  SRC Liquidation, LLC's Motion for Entry of an Order Extending the Period Within Which SRC Liquidation, LLC May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 2030; Filed: 8/2/2016]

54573389.2

Objection Deadline:         August 16, 2016 at 4:00 p.m.

Related Document(s):

      a)      Certificate of No Objection Regarding SRC Liquidation, LLC's Motion for Entry of an Order Extending the Period Within   Which SRC Liquidation, LLC May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 2045; Filed: 8/17/2016]

      b)      Proposed Order

Response(s) Received:       None.

Status:       A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

Dated: August 29, 2016          Respectfully submitted,
      Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  *-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

  *-and-*

**POLSINELLI PC**

*/s/ Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

54573389.2