# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SRC Liquidation, LLC,[1]<br>            Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Related D.I.: 2016 |
| SRC Liquidation, LLC,<br>            Plaintiff,<br>vs.<br>Peerless Insurance Company,<br>            Defendant. | Adv. Pro. No. 16-50545 (BLS)<br><br>Related D.I.: 5 |

## ORDER APPROVING PLAINTIFF'S MOTION FOR AN ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiff's Motion for an Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 (the "Motion");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

{BAY:02921212v1}

1. The Motion is **GRANTED**;

2. The settlement of the Adversary Proceeding is approved; and

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: Aug. 29, 2016
Wilmington, Delaware

The Honorable Brendon L. Shannon
Chief United States Bankruptcy Judge