## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC (“***Prime Clerk***”), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On August 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the 6th Notice of Satisfaction Service List attached hereto as **Exhibit B**:

- Sixth Notice of Satisfaction of Claims [Docket No. 2050]

Dated: August 31, 2016

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 31, 2016, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 |  | First Class Mail |

## **Exhibit B**

Exhibit B
6th Notice of Satisfaction Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Advertising Specialty Institute | 4800 Street Road | | | Trevose | PA | 19053-6698 | | customerservice@asicentral.com | First Class Mail & Email |
| American Litho, Inc. | Attn: Kevin R. Krantz, Esq. | 401 Huehl Road, Suite 2A | | Northbrook | IL | 60062 | | kkrantz.counsel@gmail.com | First Class Mail & Email |
| American Litho, Inc. | Shannon L. Deeby | Clark Hill PLC | 151 S. Old Woodward Ave, Suite 200 | Birmingham | MI | 48009 | | sdeeby@clarkhill.com | First Class Mail & Email |
| AT&T Corp | c/o AT&T Services, Inc | Karen A. Cavagnaro - Lead Paralegal | One AT&T Way, Room 3A104 | Bedminster | NJ | 07921 | | km1426@att.com | First Class Mail & Email |
| Axway, Inc. | Attn: Renee Dirksen | 6811 S. Mayo Blvd. | | Phoenix | AZ | 85054 | | rdirksen@axway.com | First Class Mail & Email |
| Axway, Inc. | Dept. 0469 | PO Box 120469 | | Dallas | TX | 75312-0469 | | rdirksen@axway.com | First Class Mail & Email |
| Broadcast Music, Inc. ("BMI") | 10 Music Square East | | | Nashville | TN | 37203 | | glcollect@bmi.com | First Class Mail & Email |
| CASS | 12444 Powerscourt Drive | Suite 550 | | St. Louis | MO | 63131 | | | First Class Mail |
| CDW, LLC | Attn: Vida Krug | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | | Vida.krug@cdw.com | First Class Mail & Email |
| Corepoint Health, LLC | c/o Charlotte Keating | 3010 Gaylord Parkway #320 | | Frisco | TX | 75034 | | accounting@corepointhealth.com | First Class Mail & Email |
| Crown Credit Company | Robert G. Hanseman | Sebaly Shillito + Dyer LPA | 1900 Kettering Tower | Dayton | OH | 45423 | | rhanseman@ssdlaw.com | First Class Mail & Email |
| Data Group Ltd | 9195 Torbram Road | | | Brompton | ON | L6S6He | Canada | gpagnotta@datagroup.ca | First Class Mail & Email |
| DigitaltoPrint | 230 Park Avenue, 10th floor | | | NEW YORK | NY | 10169 | | glenn.lombino@digitaltoprint.com | First Class Mail & Email |
| Electronics for Imaging, Inc. | Anna Lee, Esq | 6750 Dumbarton Circle | | Freemont | CA | 94555 | | Anna.Lee@efi.com | First Class Mail & Email |
| Electronics for Imaging, Inc. | David H.Wander, Esq | Davidoff Hutcher & Citron LLP | 605 Third Avenue | New York | NY | 10158 | | dhw@dhclegal.com | First Class Mail & Email |
| EMC Corporation | c/o Receivable Management Services ("RMS") | PO Box 5126 | | Timonium | MD | 21094 | | Phyllis.Hayes@IQor.com | First Class Mail & Email |
| EQUEST LLC | 2010 CROW CANYON PLACE | STE. 100-10016 | | SAN RAMON | CA | 94583 | | rosario.angeles@equest.com | First Class Mail & Email |
| Forsythe Solutions Group, Inc. | Attn: Legal Department | 7770 Frontage Road | | Skokie | IL | 60077 | | mhunt@forsythe.com | First Class Mail & Email |
| Forsythe Solutions Group, Inc. | PO BOX 809024 | | | Chicago | IL | 60680-9024 | | | First Class Mail |
| Instream, LLC | William Owens | 240 Great Circle Road, Suite 342 | | Nashville | TN | 37228 | | bowens@instreamllc.com | First Class Mail & Email |
| Lancet Software Development, Inc. | Attn: CFO | 11982 Portland Avenue | | Burnsville | MN | 55337 | | ktarr@lancetsoftware.com | First Class Mail & Email |
| MailFinance | 478 Wheelers Farms Rd | | | Milford | CT | 06451 | | | First Class Mail |
| NEWLINE NOOSH, Inc | 625 Ellis Street, Suite #300 | Attn: Yossi David | | MOUNTAIN VIEW | CA | 94043 | | yossi@noosh.com | First Class Mail & Email |
| Oracle America, Inc ("Oracle") | Shawn M. Christianson, Esq. | Buchalter Nemer PC | 55 Second St., 17th Floor | San Francisco | CA | 94105 | | schristianson@buchalter.com | First Class Mail & Email |
| ProLogis | 3765 Interchange Road | | | Columbus | OH | 43204 | | | First Class Mail |

Exhibit B
6th Notice of Satisfaction Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | Method of Service |
|------|-----------|-----------|-----------|------|-------|-------------|---------|-------|-------------------|
| ProLogis | Andrea S. Hartley, Esq. | Attorney and Authorized Agent for Prologis Akerman LLP | 1 Southeast Third Avenue, 25th Floor | Miami | FL | 33131 | | andrea.hartley@akerman.com | First Class Mail & Email |
| Ryder Truck Rental, Inc. | Attn: Jennifer Morris | 6000 Windward Parkway | | ALPHARETTA | GA | 30005 | | jmartine@ryder.com; ksauntry@ryder.com | First Class Mail & Email |
| Salar Inc. | 1840 York Rd, Ste. K-M | | | Timonium | MD | 21093 | | dschiller@salarinc.com | First Class Mail & Email |
| Seebridge Media LLC | 707 West Rd. | | | Houston | TX | 77038 | | mclark@seebridgemedia.com | First Class Mail & Email |
| SHI INTERNATIONAL CORP | 290 DAVIDSON AVE | | | SOMERSET | NJ | 08873 | | christopher_marrone@shi.com | First Class Mail & Email |
| SOFTWARE AG USA, INC. | 11700 PLAZA AMERICA DRIVE | | | RESTON | VA | 20190 | | Stan.Smith@softwareag.com | First Class Mail & Email |
| Sogeti USA LLC | 10100 Innovation Drive Suite 200 | | | Dayton | OH | 45342 | | laurent.corbier@us.sogeti.com; matt.huber@us.sogeti.com | First Class Mail & Email |
| Underwriters Laboratories Inc. | c/o Legal Department | 333 Pfingsten Road | | Northbrook | IL | 60062-2096 | | susan.McNicholas@ul.com | First Class Mail & Email |
| United Mail, LLC | Attn: General Counsel | 4410 Bishop Lane | | Louisville | KY | 40218 | | diane@united-mail.com | First Class Mail & Email |
| Verizon Communications | Tia C. Rock | 899 Heathrow Park Lane | | Lake Mary | FL | 32746 | | | First Class Mail |
| Verizon Communications | Verizon Bankruptcy | 22001 Loudoun County Parkway | Suite E1-3-115 | Ashburn | VA | 20147 | | esgbankruptcy@verizonwireless.com | First Class Mail & Email |
| Yeck Brothers Company | Attn: Robert Yeck | 2222 Arbor Blvd | | Dayton | OH | 45439 | | byeck@yeck.com | First Class Mail & Email |
| ZANEC INC | 875 Old Roswell Road Suite E400 | | | Roswell | GA | 30076 | | ravan.bdddv@zanec.com | First Class Mail & Email |
| ZANEC INC | Srinivasan Sridnaran | 67 Spring St | | Edison | NJ | 08820 | | sricpa@outlook.com | First Class Mail & Email |