## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Kevin T. Curry, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On August 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A**; and 2) via First Class Mail and Email on the Adversary Parties Service List attached hereto as **Exhibit B**:

- Amended Notice of Agenda of Matters Scheduled for Hearing on August 31, 2016 at 10:00 a.m.  [Docket No. 2054; Adv. Pro. No. 15-51775, Docket No. 68]

On August 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Extending Period Within Which SRC Liquidation, LLC May Remove Actions [Docket No. 2052]

Dated: August 31, 2016

_____
Kevin T. Curry

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 31, 2016, by Kevin T. Curry, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Claims Agent | Prime Clerk LLC | Attn:  David Malo<br>830 3rd Ave., FL. 9<br>New York NY 10022 | serviceqa@primeclerk.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 |  | First Class Mail |

**Exhibit B**

Exhibit B

Adversary Parties Service List
Served via First Class Mail and Email

| Name | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|
| Bricker & Eckler LLP | Attn: David M. Whittaker | 100 South Third Street | | Columbus | OH | 43215 | dwhittaker@bricker.com |
| Cross & Simon, LLC | Attn: Kevin Scott Mann, Christopher Page Simon | 1105 N. Market Street | Suite 901 | Wilmington | DE | 19899-1380 | kmann@crosslaw.com, csimon@crosslaw.com |
| Polsinelli PC | Attn: Justin K. Edelson | 222 Delaware Ave | Suite 1101 | Wilmington | DE | 19899 | jedelson@polsinelli.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jason M. Liberi | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899 | jason.liberi@skadden.com |