## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 2nd day of September, 2016, I caused the foregoing **Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)** to be served upon the following parties in the manner indicated:

**Hand Delivery**

Matthew P. Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19899

**First Class Mail, Postage Prepaid**

Phillip Bohl, Esq.
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)