# CERTIFICATE OF SERVICE

I, Davis Lee Wright, hereby certify that on September 2, 2016, I caused a true and correct copy of the foregoing *Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* to be served upon counsel listed below in the manner indicated and electronically through the Court's CM/ECF System:

| | |
|---|---|
| Matthew P. Austria, Esq.<br>WERB & SULLIVAN<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br><br>(by Hand Delivery) | Phillip Bohl, Esq.<br>Abigail McGibbon, Esq.<br>GRAY, PLANT, MOOTY,<br>    MOOTY & BENNET, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br><br>(by First-Class Mail) |

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 4324)