UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC Liquidation, LLC,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

    Susan M. Ambrose, being duly affirmed according to law, deposes and says that she is employed by the law firm of Clark Hill PLC, Counsel to American Litho, Inc., in the above-captioned case, and that on the 2nd day of September, 2016, she caused copies of the following pleading to be served as indicated to those parties on the attached service list:

- **American Litho, Inc.'s Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 2060]**

Dated: September 6, 2016

                                  _/s/ Susan M. Ambrose_
                                  Susan M. Ambrose

AFFIRMED TO AND SUBSCRIBED before me this 6 day of September, 2016.

_____
Notary Public

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ  08830-2700 (Attn: Anthonly R. Calascibetta).

204968074

**Via Hand Delivery**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899
*Counsel to Taylor Corporation and its Designed Buyer Standard Register, Inc.*

**Via U.S. First Class Mail**
Phillip Bohl
Abigail McGivvon
Gray, Plant, Mooty, Mooty & Bennet, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
*Counsel to Taylor Corporation and its Designed Buyer Standard Register, Inc*

**Via Hand Delivery**
Justin R. Alberto
Gregory Joseph Flasser
Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel to Debtor*

**Via U.S. First Class Mail**
Kendra K Bader
Kara E Casteel
Ask LLP
2600 Eagan Woods Dr
Suite 400
St Paul, MN 55121
*Counsel to Debtor*

**Via Hand Delivery**
Justin K. Edelson
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
*Counsel to Debtor*

**Via U.S. First Class Mail**
Alex Govze
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
ASK Financial, LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**Via U.S. First Class Mail**
Wojciech F. Jung
Sharon L. Levine
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

**Via U.S. First Class Mail**
Brigette G. McGrath
ASK LLP
151 W. 46th Street
4th Floor
New York, NY 10036

**Via Hand Delivery**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Duncan E. Barber
Bieging Shapiro & Barber LLP
4582 South Ulster St. Parkway
Suite 1650
Denver, CO 80237
*Claims Agent*

**Via U.S. First Class Mail**
Andrew D. Behlmann
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
*Creditors Committee*

**Via U.S. First Class Mail**
Gerald C. Bender
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*Creditors Committee*

**Via Hand Delivery**
Shanti M. Katona
Sharon L. Levine
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
*Creditors Committee*

**Via U.S. First Class Mail**
Kenneth A. Rosen
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
*Creditors Committee*