UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: SRC Liquidation, LLC

Case No. 15-10541 (BLS)

## HAWKS TAG'S RESPONSE TO STANDARD REGISTER INC.'S FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS

Hawks Tag (Hawks) opposes the objection of Standard Register, Inc. (SRI) to Hawks' 503(b)(9) claim. SRI seeks to reclassify a large portion of the claim to general unsecured status. Hawks has fulfilled all requirements for a valid 503(b)(9) claim so there is no basis to reclassify the claim.

SRI uses Hawks as a sub-contractor to supply printed products for SRI. Those products are often shipped directly to SRI's customer using a carrier that SRI requires Hawks to use. The shipments are labeled to appear as if they are originating from SRI. This sort of "drop-ship" arrangement is customary in the printing industry.

SRI claims that Hawks does not qualify for a 503(b)(9) administrative claim because the goods were drop-shipped and therefore not received by the debtor. In this scenario custody of the goods changes from Hawks to SRI when SRI's selected carrier picks up the goods from Hawks. This results in SRI having received the goods.

Further, there is ambiguity over whether physical receipt of goods by a debtor is even required at all. Rather, the plain language of the statue can be read to require only the *value* of the goods to be received by the debtor. Section 503(b)(9) provides that:

> (b) After notice and a hearing, there shall be allowed administrative expenses…including –

(9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under [title 11] in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

The value of the goods was certainly received by SRI. An opportunity was created for SRI to collect payment from their customer.

For the reasons stated above, Hawks requests that SRI's Fifth Omnibus Objection to the 503(b)(9) claim of Hawks be denied and that the full claim remain unmodified.

*David Hawks* (signature)

David Hawks
Hawks Tag
1029 Seabrook Way
Cincinnati, OH 45245
Phone: (513) 752-4311
Fax: (513) 752-3875
Email: dave@hawkstag.com