B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re SRC Liquidation, LLC                ,          Case No. 15-10541 (BLS)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kathy S. Greene | Silver Fox Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Kathy S. Greene
155 Trent Shores Dr.
New Bern, NC 28562

Phone: (252) 633-4813
Last Four Digits of Acct #: _____

Court Claim # (if known): 859
Amount of Claim: $12,760.00
Date Claim Filed: 05/15/2015
Amended Amount of Claim: $7,100.00     Amended Court Claim# 2615
Date Amended Claim Filed: 08/22/2016

Phone: (252) 633-4813
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_          Date: 9/6/16
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.