# EXHIBIT A

# EXHIBIT 2

## CALCULATION OF § 506(B)(9) CLAIM

| Invoice # | Inv. date | Due date | Amount | Open | | |
|---|---|---|---|---|---|---|
| 1015147 | 3/3/15 | 5/2/15 | 21087.55 | $16,473.58 | Partial applied | $4,613.97 |
| 214603 | 3/3/15 | 5/2/15 | 87494 | $87,494.00 | | |
| 215330 | 3/4/15 | 5/3/15 | 6.86 | $6.86 | | |
| 215334 | 3/4/15 | 5/3/15 | 13.72 | $13.72 | | |
| 215294 | 3/4/15 | 5/3/15 | 17.76 | $17.76 | | |
| 215309 | 3/4/15 | 5/3/15 | 19.33 | $19.33 | | |
| 215293 | 3/4/15 | 5/3/15 | 24.24 | $24.24 | | |
| 215318 | 3/4/15 | 5/3/15 | 27.57 | $27.57 | | |
| 215298 | 3/4/15 | 5/3/15 | 28.67 | $28.67 | | |
| 215308 | 3/4/15 | 5/3/15 | 37.01 | $37.01 | | |
| 215722 | 3/4/15 | 5/3/15 | 47.65 | $47.65 | | |
| 215502 | 3/4/15 | 5/3/15 | 48.92 | $48.92 | | |
| 215291 | 3/4/15 | 5/3/15 | 54.7 | $54.70 | | |
| 215666 | 3/4/15 | 5/3/15 | 65.92 | $65.92 | | |
| 215271 | 3/4/15 | 5/3/15 | 66.28 | $66.28 | | |
| 215319 | 3/4/15 | 5/3/15 | 71.7 | $71.70 | | |
| 215310 | 3/4/15 | 5/3/15 | 75.68 | $75.68 | | |
| 215313 | 3/4/15 | 5/3/15 | 76.02 | $76.02 | | |
| 215311 | 3/4/15 | 5/3/15 | 83.48 | $83.48 | | |
| 215724 | 3/4/15 | 5/3/15 | 93.73 | $93.73 | | |
| 215818 | 3/4/15 | 5/3/15 | 94.4 | $94.40 | | |
| 215499 | 3/4/15 | 5/3/15 | 97.14 | $97.14 | | |
| 215266 | 3/4/15 | 5/3/15 | 97.25 | $97.25 | | |
| 215327 | 3/4/15 | 5/3/15 | 99.97 | $99.97 | | |
| 215269 | 3/4/15 | 5/3/15 | 113.78 | $113.78 | | |
| 215336 | 3/4/15 | 5/3/15 | 127.9 | $127.90 | | |
| 215265 | 3/4/15 | 5/3/15 | 169.29 | $169.29 | | |
| 215329 | 3/4/15 | 5/3/15 | 190.34 | $190.34 | | |
| 215619 | 3/4/15 | 5/3/15 | 2831.92 | $2,831.92 | | |
| 215450 | 3/4/15 | 5/3/15 | 4734.21 | $4,734.21 | | |
| 215611 | 3/4/15 | 5/3/15 | 4793.58 | $4,793.58 | | |
| 216096 | 3/5/15 | 5/4/15 | 33.89 | $33.89 | | |
| 3496783 | 3/5/15 | 5/4/15 | 60.13 | $60.13 | | |
| 216021 | 3/5/15 | 5/4/15 | 79.15 | $79.15 | | |
| 216197 | 3/5/15 | 5/4/15 | 169.56 | $169.56 | | |
| 215955 | 3/5/15 | 5/4/15 | 234.87 | $234.87 | | |
| 3034292 | 3/5/15 | 5/4/15 | 1890.78 | $1,890.78 | | |
| 3034609 | 3/6/15 | 5/5/15 | 52.14 | $52.14 | | |
| 3034611 | 3/6/15 | 5/5/15 | 131.73 | $131.73 | | |
| 3034610 | 3/6/15 | 5/5/15 | 5060.99 | $5,060.99 | | |
| 217361 | 3/9/15 | 5/8/15 | 124.18 | $124.18 | | |

$197,209.17
Shipped to
SR

| | | | | |
|---|---|---|---|---|
| 3035215 | 3/9/15 | 5/8/15 | 146.84 | $146.84 |
| 217600 | 3/9/15 | 5/8/15 | 193.97 | $193.97 |
| 217610 | 3/9/15 | 5/8/15 | 193.97 | $193.97 |
| 3035214 | 3/9/15 | 5/8/15 | 263.68 | $263.68 |
| 3035216 | 3/9/15 | 5/8/15 | 395.52 | $395.52 |
| 3035213 | 3/9/15 | 5/8/15 | 640.28 | $640.28 |
| 3035212 | 3/9/15 | 5/8/15 | 1054.72 | $1,054.72 |
| 217607 | 3/9/15 | 5/8/15 | 1863.27 | $1,863.27 |
| 217604 | 3/9/15 | 5/8/15 | 2658.63 | $2,658.63 |
| 217659 | 3/9/15 | 5/8/15 | 89197.9 | $89,197.90 |
| 221848-1503 | 3/10/15 | 4/9/15 | | $56.59 |
| 218309 | 3/10/15 | 5/9/15 | 62.8 | $62.80 |
| 218302 | 3/10/15 | 5/9/15 | 65.61 | $65.61 |
| 218306 | 3/10/15 | 5/9/15 | 65.61 | $65.61 |
| 455039 | 3/10/15 | 5/9/15 | 83.78 | $83.78 |
| 221847-1503 | 3/10/15 | 4/9/15 | | $125.00 |
| 218489 | 3/10/15 | 5/9/15 | 254.34 | $254.34 |
| 218482 | 3/10/15 | 5/9/15 | 593.46 | $593.46 |
| 221863-1503 | 3/10/15 | 4/9/15 | | $1,316.25 |
| 218487 | 3/10/15 | 5/9/15 | 2358.58 | $2,358.58 |
| 218485 | 3/10/15 | 5/9/15 | 2458.62 | $2,458.62 |
| 222716-1503 | 3/11/15 | 4/10/15 | | $3.42 |
| 2239343-1503 | 3/11/15 | 4/10/15 | | $13.36 |
| 455493 | 3/11/15 | 5/10/15 | 23.32 | $23.32 |
| 219447 | 3/11/15 | 5/10/15 | 23.6 | $23.60 |
| 219482 | 3/11/15 | 5/10/15 | 24.63 | $24.63 |
| 455533 | 3/11/15 | 5/10/15 | 41.89 | $41.89 |
| 219445 | 3/11/15 | 5/10/15 | 47.2 | $47.20 |
| 219446 | 3/11/15 | 5/10/15 | 47.2 | $47.20 |
| 219448 | 3/11/15 | 5/10/15 | 47.2 | $47.20 |
| 219499 | 3/11/15 | 5/10/15 | 47.2 | $47.20 |
| 219515 | 3/11/15 | 5/10/15 | 47.2 | $47.20 |
| 219456 | 3/11/15 | 5/10/15 | 49.25 | $49.25 |
| 219458 | 3/11/15 | 5/10/15 | 49.25 | $49.25 |
| 219469 | 3/11/15 | 5/10/15 | 49.25 | $49.25 |
| 219513 | 3/11/15 | 5/10/15 | 49.25 | $49.25 |
| 222508-1503 | 3/11/15 | 4/10/15 | | $61.16 |
| 219303 | 3/11/15 | 5/10/15 | 65.12 | $65.12 |
| 219467 | 3/11/15 | 5/10/15 | 70.8 | $70.80 |
| 219457 | 3/11/15 | 5/10/15 | 73.88 | $73.88 |
| 219471 | 3/11/15 | 5/10/15 | 73.88 | $73.88 |
| 219476 | 3/11/15 | 5/10/15 | 73.88 | $73.88 |
| 455491 | 3/11/15 | 5/10/15 | 83.78 | $83.78 |
| 455496 | 3/11/15 | 5/10/15 | 83.78 | $83.78 |
| 219449 | 3/11/15 | 5/10/15 | 94.4 | $94.40 |

| | | | | |
|---|---|---|---|---|
| 219518 | 3/11/15 | 5/10/15 | 94.4 | $94.40 |
| 219464 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219479 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219486 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219493 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219494 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219512 | 3/11/15 | 5/10/15 | 98.5 | $98.50 |
| 219455 | 3/11/15 | 5/10/15 | 118 | $118.00 |
| 219364 | 3/11/15 | 5/10/15 | 123.13 | $123.13 |
| 219490 | 3/11/15 | 5/10/15 | 123.13 | $123.13 |
| 219491 | 3/11/15 | 5/10/15 | 123.13 | $123.13 |
| 219496 | 3/11/15 | 5/10/15 | 123.13 | $123.13 |
| 219386 | 3/11/15 | 5/10/15 | 147.75 | $147.75 |
| 219492 | 3/11/15 | 5/10/15 | 147.75 | $147.75 |
| 219501 | 3/11/15 | 5/10/15 | 147.75 | $147.75 |
| 222443-1503 | 3/11/15 | 4/10/15 | | $149.71 |
| 455492 | 3/11/15 | 5/10/15 | 167.56 | $167.56 |
| 219451 | 3/11/15 | 5/10/15 | 188.8 | $188.80 |
| 219454 | 3/11/15 | 5/10/15 | 197 | $197.00 |
| 219484 | 3/11/15 | 5/10/15 | 197 | $197.00 |
| 219495 | 3/11/15 | 5/10/15 | 197 | $197.00 |
| 219384 | 3/11/15 | 5/10/15 | 236 | $236.00 |
| 219450 | 3/11/15 | 5/10/15 | 236 | $236.00 |
| 219452 | 3/11/15 | 5/10/15 | 236 | $236.00 |
| 219444 | 3/11/15 | 5/10/15 | 246.25 | $246.25 |
| 219453 | 3/11/15 | 5/10/15 | 246.25 | $246.25 |
| 219460 | 3/11/15 | 5/10/15 | 246.25 | $246.25 |
| 219461 | 3/11/15 | 5/10/15 | 295.5 | $295.50 |
| 219360 | 3/11/15 | 5/10/15 | 354 | $354.00 |
| 219497 | 3/11/15 | 5/10/15 | 369.38 | $369.38 |
| 219503 | 3/11/15 | 5/10/15 | 369.38 | $369.38 |
| 219604 | 3/11/15 | 5/10/15 | 434.19 | $434.19 |
| 219459 | 3/11/15 | 5/10/15 | 492.5 | $492.50 |
| 222447-1503 | 3/11/15 | 4/10/15 | | $549.93 |
| 219500 | 3/11/15 | 5/10/15 | 615.63 | $615.63 |
| 222499-1503 | 3/11/15 | 4/10/15 | | $662.30 |
| 219488 | 3/11/15 | 5/10/15 | 738.75 | $738.75 |
| 219602 | 3/11/15 | 5/10/15 | 1285 | $1,285.00 |
| 219603 | 3/11/15 | 5/10/15 | 2474.5 | $2,474.50 |
| 455993 | 3/12/15 | 5/11/15 | 18.04 | $18.04 |
| 220588 | 3/12/15 | 5/11/15 | 27.94 | $27.94 |
| 220373 | 3/12/15 | 5/11/15 | 44.88 | $44.88 |
| 220382 | 3/12/15 | 5/11/15 | 81.98 | $81.98 |
| 219971 | 3/12/15 | 5/11/15 | 98.5 | $98.50 |
| 219928 | 3/12/15 | 5/11/15 | 123.13 | $123.13 |
| 220479 | 3/12/15 | 5/11/15 | 178.98 | $178.98 |

| | | | | |
|---|---|---|---|---|
| 220386 | 3/12/15 | 5/11/15 | 292.1 | $292.10 |
| 220364 | 3/12/15 | 5/11/15 | 320.53 | $320.53 |
| 220344 | 3/12/15 | 5/11/15 | 785.85 | $785.85 |
| 220357 | 3/12/15 | 5/11/15 | 1151.62 | $1,151.62 |
| 131396 | 3/5/15 | 5/4/15 | 2026.3 | 2026.3 |
| | | | **TOTAL** | **$ 249,381.24** |



CENVEO
COMMERCIAL ENVELOPE PRODUCTS
1325 HIGHLANDS RIDGE ROAD
SMYRNA, GA 30082
770-779-0100

DATE: 3/03/15
ACCOUNT NUMBER: 16110

INVOICE NO. 111 - 214603

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 802035
CHICAGO, IL 60680-2035

SOLD TO:
STANDARD REGISTER-DAYTON (SRUS
PO BOX 1167
DAYTON OH 45401-116

SHIP TO:
NUMBER: 1361346 WHSE: C22
SR NE DISTRIBUTION CENTER
7 COSTCO DR
MONROE TOWNSHIP NJ 088311129

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | SOUTHWICK, STEPHEN | 9972215 | 310230085 | CHROBINSON |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 712893-00 | 3/02/15 | 246033 | | | X | DEST |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 5000000 | 51 | 3-1/2X6-1/2 #7 COIN 24#WW,ROLL ROLL LITHO,376 GREEN FACE,361 GREEN&5535 FACE,BACK; 1-1/4 STRT FLP, RNDED CORNER, LATEX 500/BX, 2500/CTN; SHIP BY 2/27 PRE PAID & CHARGE-NO TAX, NO SAIA GID: 248479_ENV-12-0414; 2OF2 ORDER | 16.72 M | 83600.00 |
| 2 | | 52 | FREIGHT AND HANDLING | | 3894.00 |
| | 5000000 | ORDERED | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/02/15, DISCOUNT IS 1,672.00 AMOUNT DUE 85,822.00

*** PDF COPY ***
** B **

TOTAL DUE 87494.00



CENVEO
COMMERCIAL ENVELOPE PRODUCTS
202 EASTGATE DRIVE
DANVILLE, IL 618329358
800-551-3268

DATE: 3/05/15
ACCOUNT NUMBER: 10884

INVOICE NO. 111 - 215955

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 802035
CHICAGO, IL 60680-2035

SOLD TO:
STANDARD REGISTER
600 ALBANY STREET
DAYTON OH 45417

SHIP TO:
WORKFLOWONE OKLAHOMA CITY
306 N. MERIDIAN STE A
OKLAHOMA CITY OK 73107

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | O'CONNELL, MICHAEL | M1904 | 370170550 | UPS |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 201661-00 | 3/04/15 | 397537 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | 9001380 | 10 EXEC REG 24 WHITE WOVE | 213.3500 CT | 213.35 |
| 2 | | 52 | FREIGHT AND HANDLING | | 21.52 |
| | | | VID # 1004699 | | |
| | | | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/04/15, DISCOUNT IS .00 AMOUNT DUE 234.87

*** PDF COPY ***

** B **

TOTAL DUE 234.87



CENVEO
COMMERCIAL ENVELOPE PRODUCTS
6520 S.190TH ST.SUITE 100
KENT, WA 980322169
800-347-6989

INVOICE NO. 111 - 220373

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 31001-1187
PASADENA, CA 91110-1187

DATE: 3/12/15    ACCOUNT NUMBER: 10884

SOLD TO:
STANDARD REGISTER
600 ALBANY STREET
DAYTON OH 45417

SHIP TO:
STANDARD REGISTER BSC
ONTARIO
425 S. ROCKFELLER AVE.
ONTARIO CA 91761

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | O'CONNELL, MICHAEL | M1907 | 050712390 | FED EX |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 723526-00 | 3/10/15 | 250820 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1000 | 51 | 10 REG EXEC DC 24# WHITE WOVE<br>FORM: 012-#10R<br>ENV-#10 REGULAR<br>JET 1C OUT<br>IMPRINT ON 9001407<br>KNKR | 33.89 M | 33.89 |
| 2 | | 52 | FREIGHT AND HANDLING<br><br>VID # 1004699 | | 10.99 |
| | 1000 | ORDERED | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/11/15, DISCOUNT IS .68 AMOUNT DUE 44.20

*** PDF COPY ***

** B **

TOTAL DUE 44.88

CENVEO
COMMERCIAL ENVELOPE PRODUCTS
91-280 HANUA STREET
KAPOLEI, HI 96707
808-682-3055

DATE: 3/09/15
ACCOUNT NUMBER: 14132

INVOICE NO. 111 - 217604

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 31001-1187
PASADENA, CA 91110-1187

SOLD TO:
STANDARD REGISTER
SUB CONTRACTING
600 ALBANY STREET
DAYTON OH 45417

SHIP TO:
STANDARD REGISTER
91-489C KOMOHANA STREET
KAPOLEI HI 96707

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | MORIOKA, BRAD | 2408818 | 120030009 | CTRK |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 202355-00 | 3/06/15 | 245413 | | | X | DEST |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 30000 | 715870 | 10-1/2 SPL WDW OSDS BF IT 24WW<br>FORM: EN-130-9 BOH | 78.95 M | 2368.50 |
| 2 | | 52 | FREIGHT AND HANDLING | 9.23 M | 276.90 |
| | | | INVOICE TAX AMOUNT | | 13.23 |

IF PAID BY 4/08/15, DISCOUNT IS 47.37 AMOUNT DUE 2,611.26

*** PDF COPY ***

** C **

TOTAL DUE 2658.63



CENVEO
COMMERCIAL ENVELOPE PRODUCTS
91-280 HANUA STREET
KAPOLEI, HI 96707
808-682-3055

DATE: 3/09/15 ACCOUNT NUMBER: 14132

INVOICE NO. 111 - 217607

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 31001-1187
PASADENA, CA 91110-1187

SOLD TO:
STANDARD REGISTER
SUB CONTRACTING
600 ALBANY STREET
DAYTON OH 45417

SHIP TO:
STANDARD REGISTER
91-489C KOMOHANA STREET
KAPOLEI HI 96707

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | MORIOKA, BRAD | 2690459 | 120030009 | CTRK |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 719543-00 | 3/06/15 | | | | X | DEST |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 50000 | 51 | 10 REGULAR 24# SPLIT GUM<br>1C1S PMS 293<br>FORM#EN-15-3 PO RDN CC-219-371047<br>FOR:BANK OF HAWAII PO 2900<br>**MUST DUE DATE**<br>PULL FROM 30711 | 28.89 M | 1444.50 |
| 2 | | 52 | FREIGHT AND HANDLING | 8.19 M | 409.50 |
| | 50000 | ORDERED | INVOICE TAX AMOUNT | | 9.27 |

IF PAID BY 4/08/15, DISCOUNT IS 28.89 AMOUNT DUE 1,834.38

*** PDF COPY ***

** C **

TOTAL DUE 1863.27

CENVEO-LOS ANGELES
COMMERCIAL ENVELOPE PRODUCTS
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY, CA 91746
626-369-4921

INVOICE NO. 111 - 215611

CENVEO-LOS ANGELES
COMMERCIAL ENV PRODUCTS
P.O. BOX 31001-1187
PASADENA, CA 91110-1187

DATE: 3/04/15 ACCOUNT NUMBER: 15839

SOLD TO:
STANDARD REGISTER-SACRAMENTO
3885 SEAPORT BOULEVARD SUITE 4
WEST SACRAMENTO CA 95691

SHIP TO:
STANDARD REGISTER-SACRAMENTO
3885 SEAPORT BOULEVARD SUITE 4
PO# 205514
WEST SACRAMENTO CA 95691

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | SOUTHWICK, STEPHEN | 205514 | 051136190 | ODFL |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 203284-00 | 3/02/15 | 246378 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 240000 | 711174 | 4-1/8 X 9-1/2 OSSS 24WW<br>FORM# 9024<br>PO# 205514 # 9024<br>SHIP WITH 203286 | 18.50 M | 4440.00 |
| 2 | | 52 | FREIGHT AND HANDLING | | 353.58 |
| | | | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/03/15, DISCOUNT IS 88.80 AMOUNT DUE 4,704.78

TOTAL DUE 4793.58

*** PDF COPY ***
** B **

CENVEO-LOS ANGELES
COMMERCIAL ENVELOPE PRODUCTS
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY, CA 91746
626-369-4921

DATE: 3/04/15
ACCOUNT NUMBER: 15839

INVOICE NO. 111 - 215619

CENVEO-LOS ANGELES
COMMERCIAL ENV PRODUCTS
P.O. BOX 31001-1187
PASADENA, CA 91110-1187

SOLD TO:
STANDARD REGISTER-SACRAMENTO
3885 SEAPORT BOULEVARD SUITE 4
WEST SACRAMENTO CA 95691

SHIP TO:
STANDARD REGISTER-SACRAMENTO
3885 SEAPORT BOULEVARD SUITE 4
PO# 204866
WEST SACRAMENTO CA 95691

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | SOUTHWICK, STEPHEN | 204866 | 051136190 | ODFL |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 203286-00 | 3/02/15 | 246379 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 150000 | 706038 | 3-7/8 X 8-7/8 OSSS 24# WW<br>#9022<br>PO# 204866 #9022<br>SHIP WITH 203284 | 17.55 M | 2632.50 |
| 2 | | 52 | FREIGHT AND HANDLING | | 199.42 |
| | | | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/03/15, DISCOUNT IS 52.65 AMOUNT DUE 2,779.27

*** PDF COPY ***
** B **

TOTAL DUE 2831.92

CENVEO
COMMERCIAL ENVELOPE PRODUCTS
1325 HIGHLANDS RIDGE ROAD
SMYRNA, GA 30082
770-779-0100

INVOICE NO. 111 - 215450

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 802035
CHICAGO, IL 60680-2035

DATE: 3/04/15 ACCOUNT NUMBER: 15841

SOLD TO:
STANDARD REGISTER-CARROLLTON
2908 COMMODORE DRIVE
CARROLLTON TX 75007

SHIP TO:
STANDARD REGISTER-CARROLLTON
2908 COMMODORE DR
FRANK BOLLIG
CARROLLTON TX 75007

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | SOUTHWICK, STEPHEN | 206315 | 440850480 | FEDEX PRIO |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 203578-00 | 3/03/15 | 246804 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 250000 | 66815 | 10 24WW OSSSDblPCB 1-1/4X4-1/4 L1/2B2-5/16 & 1-1/4x4-1/4L1/2 SHIP 3/03 PP&C PO 206315, 250,000 | 17.40 M | 4350.00 |
| 2 | | 52 | FREIGHT AND HANDLING | | 384.21 |
| | | | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/03/15, DISCOUNT IS 87.00 AMOUNT DUE 4,647.21

*** PDF COPY ***

** B **

TOTAL DUE ▶ 4734.21

CENVEO
COMMERCIAL ENVELOPE PRODUCTS
1325 HIGHLANDS RIDGE ROAD
SMYRNA, GA 30082
770-779-0100

DATE: 3/09/15
ACCOUNT NUMBER: 16110

INVOICE NO. 111 - 217659

CENVEO
COMMERCIAL ENV PRODUCTS
P.O. BOX 802035
CHICAGO, IL 60680-2035

SOLD TO:
STANDARD REGISTER-DAYTON (SRUS
PO BOX 1167
DAYTON OH 45401-116

SHIP TO:
NUMBER: 1361346 WHSE: C22
SR NE DISTRIBUTION CENTER
7 COSTCO DR
MONROE TOWNSHIP NJ 088311129

| TERMS | SALESPERSON | CUSTOMER ORDER NO | | SHIPPED VIA |
|---|---|---|---|---|
| 2% 30 NET 60 | SOUTHWICK, STEPHEN | 9982568 | 310230085 | CHROBINSON |

| REFERENCE NUMBER | DATE SHIPPED | B/L NO. | COL | PREPAID | PPD/CHG | F.O.B. |
|---|---|---|---|---|---|---|
| 712368-00 | 3/06/15 | 248670 | | | X | ORIGIN |

| ITEM | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 5100000 * | 51 | 3-1/2X6-1/2 #7 COIN 24#WW,ROLL<br>* Actual Qty Shipped = 5807500<br>ROLL LITHO,376 GREEN FACE,361<br>GREEN & 5535 FACE, BACK;<br>1-1/4 STRT FLP, RNDED CORNER, LATEX<br>500/BX, 2500/CTN; SHIP BY 3/06 PRE-<br>PAID & CHARGE-NO TAX, NO SAIA<br>GID: 248479_ENV-12-0414; 1OF2 ORDER | 16.72 M | 85272.00 |
| 2 | | 52 | FREIGHT AND HANDLING | | 3925.90 |
| | 5000000 | ORDERED | INVOICE TAX AMOUNT | | .00 |

IF PAID BY 4/08/15, DISCOUNT IS 1,705.44 AMOUNT DUE 87,492.46

TOTAL DUE 89197.90

*** PDF COPY ***

** B **

DISCOUNT LABELS, LLC
P.O. Box 709
4115 Profit Court
New Albany, IN 47150-0709

**INVOICE #** 221863-1503
Account # : 45417 STA00
Order Number : M1502691313000
PS Customer # : 85507

DATE 3/10/15
PAGE 1
PRINT - 9999

**SOLD TO:**

STANDARD REGISTER CORP HQ
600 ALBANY STREET

DAYTON, OH 45417

**SHIPPED TO:**

WFO BSC GROVE CITY
STANDARD REGISTER
3125 LEWIS CENTRE WAY
PO#6581700
GROVE CITY, OH 43123

| P.O. NUMBER / CUST. P.O. NUMBER | QUANTITY | PRODUCT DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2725043 / M6581700 | 40,000 | 2HR DAILY PARKING 3.1 - 4 CSTM CN NC | 22.89/1000 | 915.64 |

FIRST LINE/COPY: UNIV. HOSPITALS CASE MEDICAL CENTER
Start Num 600001 End Num 640000
FORM #: 803213
One Ink Used Was PMS 283
Alternate freight account billed.

| | |
|---|---|
| Singles | 0.00 |
| SHRINK WRAP | 200.00 |
| PMS INK | 37.00 |
| Tint Charge | 80.00 |
| SHIP & HANDLING | 58.61 |
| 1/16 liner ech side | 25.00 |

NUMBER OF CARTONS 2
WEIGHT OF CARTONS 46 LBS 12.0 OUNCES
UPS GROUND TRACKING #: 1Z4415130317796599
UPS GROUND TRACKING #: 1Z4415130317796606

**TERMS:** **NET 30.** Balances not paid within 30 days from invoice date will accrue a service charge of 2% per month. Any questions? Call a Customer Service Representative, 1-800-995-9500 or **FAX 1-800-995-9600**
F.O.B. New Albany, Indiana

**Total Current Charges** 1,316.25
**Tax** 0.00
**TOTAL DUE THIS INVOICE** 1,316.25

**Thank You for Your Order.**

---

## PAYMENTS ONLY

**Please send all artwork, orders and correspondence to the address at the top of the invoice.**

**Return Stub**

Mail payment to:

DISCOUNT LABELS, LLC
PO Box 644276
Pittsburgh, PA 15264-4276

Account Number: 45417 STA00
Customer Name : STANDARD REGISTER
Invoice Number: 221863-1503
Invoice Date : 03/10/15
PS Customer # : 85507

**TOTAL DUE THIS INVOICE:** 1,316.25
Payment due date: 4/10/15
Amount Enclosed:

Submit your next catalog order at www.discountlabels.com for Flat Rate $6.95 S&H. You must choose Flat Rate service to qualify. Contiguous US only.



Tel 800-228-7074
Fax 800-344-9456
www.lancerlabel.com

# INVOICE

DUE DATE
05/10/15

Customer # 064182
Invoice Date 03/11/2015
Invoice # 2239343-1503
Job/Reorder # 0000518366000

Bill To:

WORKFLOW ONE
*
PO BOX 3933
DAYTON OH 45401

Ship To:

STANDARD REGISTER-ST LOUIS
WAREHS 0826
3159 RODERT TRL S STE A
EARTH CITY MO 63045

| Customer P.O. # | Frt. | Carrier | Terms | Ship Date |
|---|---|---|---|---|
| M1902 | PPD | 03UPS RED | 2%/30/NET 60 | 03/11/15 |

| Ordered | Shipped | Item # | Description | Price | Extended |
|---|---|---|---|---|---|
| 2500 | 2500 | SCRADX | SCREEN PRINTED PRODUCT | 0.2500 | 625.00 |
| 1 | 1 | . M | COLOR MATCH /COLOR | 40.0000 | 40.00 |
| | | | Shipping/Handling | | 3.00 |

****** COMMENTS ******

001 TOTAL CHLORINE REAGENT DISPENSER
SIZ 1 X 2.156 SPC DIE CUT
STK .010 CLEAR LEXAN W/PERM ADH
INK PMS 347, BARRIER WHITE
QTY SHIP EXACT QTY
R/O J#496492
3/11 SHIP UPS RED (NDA) ON ACT AT5529 PER EMAIL
FROM SHANNON PETERSON HMB
Next Day Air 1Z6325570175385077 LBS 3.5
A minimum handling charge of $3 has been added.

If Payment Received By 04/10/15 Pay This Amount 0000654.70

# OF PKGS: 0 TOTAL WT: 0
To remain compliant with state and local sales tax laws please fax updated

Total Current Charges
Tax
TOTAL DUE
THIS INVOICE
Thank You for Your Order.

---

*Please note new remit to address*

**Return Stub**

Mail payment to:

CustomerName
Customer #
Invoice Date
Invoice #
Job/Reorder #

**TOTAL DUE THIS INVOICE:**

Payment due date:

Amount Enclosed:



Tel 800-228-7074
Fax 800-344-9456
www.lancerlabel.com

# INVOICE

Customer # 064182
Invoice Date 03/11/2015
Invoice # 2239343-1503
Job/Reorder # 0000518366000

DUE DATE
05/10/15

**Bill To:**

WORKFLOW ONE
*
PO BOX 3933
DAYTON OH 45401

**Ship To:**

STANDARD REGISTER-ST LOUIS
WAREHS 0826
3159 RODERT TRL S STE A
EARTH CITY MO 63045

| Customer P.O. # | Frt. | Carrier | Terms | Ship Date |
|---|---|---|---|---|
| M1902 | PPD | 03UPS RED | 2%/30/NET 60 | 03/11/15 |

| Ordered | Shipped | Item # | Description | Price | Extended |
|---|---|---|---|---|---|

resale certificates to 800-995-9600. Please include PS customer #.

| | |
|---|---|
| **Total Current Charges** | 668.00 |
| **Tax** | 0.00 |
| **TOTAL DUE THIS INVOICE** | 668.00 |

**Thank You for Your Order.**

---

*Please note new remit to address*

**Return Stub**

Mail payment to:

Lancer Label
PO Box 644276
Pittsburgh, PA 15264-4276

IMAGE IS EVERYTHING!

CustomerName WORKFLOW ONE
Customer # 064182
Invoice Date 03/11/2015
Invoice # 2239343-1503
Job/Reorder # 0000518366000

**TOTAL DUE THIS INVOICE:** 668.00

Payment due date: 05/10/15

Amount Enclosed:

open
$13.36

Nashua Corporation
Specialty Paper Products Division
59A Daniel Webster Hwy.
Merrimack, NH 03054

NASHUA

FEDERAL I.D. NO. 02-0170100. A CORPORATION

PLEASE MAKE PAYMENT FROM THIS INVOICE

Order # 370940

NASHUA CORPORATION
LOCKBOX# 773961
3961 SOLUTIONS CENTER
CHICAGO IL 60677-3009

PLEASE REMIT TO THE ABOVE ADDRESS

Page: 1

SOLD TO:
STANDARD REGISTER
600 ALBANY STREET
DAYTON OH 45401

SHIP TO:
STANDARD REGISTER/GOSHEN
1302 EISENHOWER DRIVE NO.
GOSHEN IN 46526

| CUSTOMER NO. | AREA CODE |
|---|---|
| 46526 | 300 |

| CUSTOMER NO. | AREA CODE |
|---|---|
| 2000 | 300 |

| DIV. | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | CITY | COUNTY | STATE |
|---|---|---|---|---|---|---|
| G | 131396 | 3/05/15 | 2%/30, NET 60 | DAYTON | | OH |

PURCHASE ORDER NUMBER: 01401489

CONTRACT NUMBER:

SALESMAN: POLLY BEAIRD

| DATE REQUESTED | |
|---|---|
| 3/04/15 | 24B Rep# 501 |

| SHIPPED VIA (ATTACH MANIFEST TO ALL SHIPMENTS) | TYPE | TOTAL PIECES | WEIGHT | DATE ORDERED | DATE SHIPPED |
|---|---|---|---|---|---|
| OLD DOMIN | | | | 2/26/15 | 3/04/15 |

| PART OR COMP. | B.O. ORDER NO. | F.O.B. POINT | FRT. TERMS |
|---|---|---|---|
| COMP | | MERRIMACK | G2 |

| ITEM | INVENTORY NO. | DESCRIPTION | ORDERED | SHIPPED | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 12505 | NT10138 THRM TICK 10 3/4" | 40.00 | 40.00 | MF | 42.70 | 1708.00 |
| | | 5 ROLLS @ 158# = 790# | | | | | |
| | | STENCIL PO# 01401489 L=8,000' | | | | | |
| | | STENCIL IT# 950003-10.75 | | | | | |
| 5 | 12589 | NT10138 THRM TICK 4 3/4" | 8.00 | 8.00 | MF | 18.87 | 150.96 |
| | | 1 ROLL @.70# | | | | | |
| | | STENCIL PO# 01401489 L=8,000' | | | | | |

SALES CREDIT

REMARKS
INVOICE CONTINUED ON NEXT PAGE

| MERCH. AMOUNT | |
|---|---|
| TRANS. CHARGES | |
| TAX % | |
| TOTAL | |

MASTER FILE COPY

Nashua Corporation
Specialty Paper Products Division
59A Daniel Webster Hwy.
Merrimack, NH 03054

NASHUA

FEDERAL I.D. NO. 02-0170100. A CORPORATION

PLEASE MAKE PAYMENT FROM THIS INVOICE

Order # 370940

NASHUA CORPORATION
LOCKBOX# 773961
3961 SOLUTIONS CENTER
CHICAGO IL 60677-3009

PLEASE REMIT TO THE ABOVE ADDRESS

Page: 2

SOLD TO:
STANDARD REGISTER
600 ALBANY STREET
DAYTON OH 45401

SHIP TO:
STANDARD REGISTER/GOSHEN
1302 EISENHOWER DRIVE NO.
GOSHEN IN 46526

| CUSTOMER NO. | 46526 | AREA CODE | 300 |
|---|---|---|---|

| CUSTOMER NO. | 2000 | AREA CODE | 300 |
|---|---|---|---|

| DIV. | INVOICE NO. | INVOICE DATE | PAYMENT TERMS | CITY | COUNTY | STATE |
|---|---|---|---|---|---|---|
| G | 131396 | 3/05/15 | 2%/30, NET 60 | DAYTON | | OH |

| PURCHASE ORDER NUMBER | CONTRACT NUMBER | SALESMAN |
|---|---|---|
| 01401489 | | POLLY BEAIRD |

| DATE REQUESTED | 24B |
|---|---|
| 3/04/15 | Rep# 501 |

| SHIPPED VIA (ATTACH MANIFEST TO ALL SHIPMENTS) | TYPE | TOTAL PIECES | WEIGHT | DATE ORDERED | DATE SHIPPED |
|---|---|---|---|---|---|
| OLD DOMIN | | | | 2/26/15 | 3/04/15 |

| PART OR COMP. | B.O. ORDER NO. | F.O.B. POINT | FRT. TERMS |
|---|---|---|---|
| COMP | | MERRIMACK | G2 |

| ITEM | INVENTORY NO. | DESCRIPTION | ORDERED | SHIPPED | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | STENCIL IT# 950003-04.7500 | | | | | |

SALES CREDIT

REMARKS

PROMPT PAY DISCOUNT NOT
ALLOWED WITH CREDITCARD PYMT

MASTER FILE COPY

| | |
|---|---|
| MERCH.AMOUNT | 1858.96 |
| TRANS.CHARGES | 167.34 |
| TAX % | .00 |
| TOTAL | 2026.30 |