UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  
SRC LIQUIDATION LLC

Chapter 11  
Case No. 15-10541 (BLS)

Debtor.

Objection Deadline: September 12, 2016 at 4:00 p.m. (ET)

FILED  
2016 SEP -8  AM 9: 29  
CLERK  
US BANKRUPTCY COURT  
DISTRICT OF DELAWARE

## OBJECTION BY UNITED MAIL, INC.

Pursuant to the "Sixth Notice of Satisfaction of Claims" issued by Lowenstein Sandler LLP United Mail, LLC states as follows:

(1) The claim of United Mail, LLC is not "satisfied" and this creditor objects to characterization of its debit as "satisfied."

(2) Debtor SRC was served with certified mail notice dated November 18, 2015 that its attempt to deem a partial payment as full payment. Such characterizations are false. See "Exhibit A attached and green card receipt copy "Exhibit B."

(3) United Mail, LLC request full payment, objects to treatment as "satisfied" and request a hearing on this objection.

Diane Moore  
VP/Controller  
United Mail, LLC  
4410 Bishop Lane  
Louisville, KY 40218  
(502) 485-1400 ext. 215



4410 Bishop Lane, Louisville, KY 40218
502-485-1400 PH  502-451-7574 FX
www.united-mail.com

Attn: Accounts Payable Department
Standard Register
600 Albany Street
Dayton Oh 45417-3405

November 18, 2015

RE: Check 1134684

To Whom It May Concern:

I'm sending this letter concerning check 1134684 that was for payment of invoices that are part of your bankruptcy. The endorsement on back of check I put "Deposit under protest, not full payment". Enclosed is copy of front and back of check we deposited along with copy of statements on how check was applied.

Please don't hesitate to contact me if you have questions.

Sincerely,

*Diane Moore*

Diane Moore
VP/Controller
Encls.

"Exhibit A"

| | | | | | |
|---|---|---|---|---|---|
| 710208 | | | | | |
| 710725 | | | | | |
| 710753 | | | | | |
| 727197 | | | | | |
| R218053 | | | | 0.00 | |
| T70348 | 24-DEC-14 | | 105.00 | 0.00 | 105.00 |
| T71020 | 30-JAN-15 | UNITED MAIL LLC | 2,761.43 | 0.00 | 2,761.43 |
| T71022 | 30-JAN-15 | UNITED MAIL LLC | 167.56 | 0.00 | 167.56 |
| T71025 | 30-JAN-15 | UNITED MAIL LLC | 537.12 | 0.00 | 537.12 |
| | | | 676.37 | 0.00 | 676.37 |

**REMITTANCE ADVICE DETACH AND RETAIN**    VOID AFTER 120 DAYS    P.O. BOX 2245 DAYTON

Total: 17,075.82    .00    17,075.82



Standard Register — Bank of America

Exactly: Seventeen Thousand Seventy-Five Dollars And 82 Cents

PAY TO THE ORDER OF: UNITED MAIL LLC
3410 BISHOP LANE
LOUISVILLE KY 40218

⑈011346841⑈ ⑆0611127881⑆ 3359885541⑈

"Exhibit A"
(over)



2015110390002945000030002

- Micro-Printing - "MP"
- Check Security Screen
- Artificial Watermark

Listed below are the security features provided on this document. Absence of these features may indicate alteration/duplication. If these features are absent, DO NOT CASH.

- Small type on back under endorsement area appears blurred if copied or scanned.
- The words "Original Document" appear on the back of this check.
- Hold check at an angle to view Original Document logo on back.

ENDORSE HERE

x Deposit under protest, not full payment.
Diane Moore
VP Controller

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Attn: Accounts Payable Department<br>Standard Register<br>600 Albany Street<br>Dayton OH 45417-3405<br><br>"EXHIBIT B" | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>[USPS DAYTON NOV 23 2015 stamp]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0004 6394 1097 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-15 |