FILED

2016 SEP -8  AM 9:28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC | Case No. 15-10541 (BLS) |
| Debtor. | Objection Deadline: September 12, 2016 at 4:00 p.m. (ET) |

## AMENDED OBJECTION BY UNITED MAIL, LLC.

Pursuant to the "Sixth Notice of Satisfaction of Claims" issued by Lowenstein Sandler LLP United Mail, LLC states as follows:

(1) The claim of United Mail, LLC is not "satisfied" and this creditor objects to characterization of its debit as "satisfied."

(2) Debtor SRC was served with certified mail notice dated November 18, 2015 that its attempt to deem a partial payment as full payment. Such characterizations are false. See "Exhibit A attached and green card receipt copy "Exhibit B."

(3) United Mail, LLC request full payment, objects to treatment as "satisfied" and request a hearing on this objection.

Diane Moore
VP/Controller
United Mail, LLC
4410 Bishop Lane
Louisville, KY 40218
(502) 485-1400 ext. 215



4410 Bishop Lane, Louisville, KY 40218
502-485-1400 PH  502-451-7574 FX
www.united-mail.com

Attn: Accounts Payable Department
Standard Register
600 Albany Street
Dayton Oh 45417-3405

November 18, 2015

RE: Check 1134684

To Whom It May Concern:

I'm sending this letter concerning check 1134684 that was for payment of invoices that are part of your bankruptcy. The endorsement on back of check I put "Deposit under protest, not full payment". Enclosed is copy of front and back of check we deposited along with copy of statements on how check was applied.

Please don't hesitate to contact me if you have questions.

Sincerely,

Diane Moore
VP/Controller
Encls.

"Exhibit A"





⑈0113468⑈" ⦂061112788⦂ 3359885541⑈"

"Exhibit A"



ENDORSE HERE

x Deposit under protest,
Not full payment.
Diane Moore
VP Controller

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

2015110390002945000030000002

"Exhibit A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Accounts Payable Department
Standard Register
600 Albany Street
Dayton Oh 45417-3405

"EXHIBIT B"

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_[USPS Dayton postmark: NOV 23 2015]_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 6394 1097

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15