# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No.: 15-10541-BLS |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, David A. Felice, hereby certify that on this 9th day of September, 2016, I caused a true and correct copy of the Cenveo Corporation's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 and Certificate of Service to be served upon addressees listed below in the manner indicated:

**Via First-Class Mail**

Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Wojciech F. Jung
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

Gary D. Underdahl
ASK Financial, LLP
2600 Eagon Woods Drive
Suite 400
St. Paul, MN  55121

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Duncan E. Barber
Bieging Shapiro & Barber LLP
4582 South Ulster St. Parkway
Suite 1650
Denver, CO  80237

Benjamin Joseph Steele
Prime Clerk LLC
830 3rd Avenue
9th Floor
New York, NY  10022

Dated:  September 9, 2016
Wilmington, Delaware

                                            */s/ David A. Felice*
                                            David A. Felice (#4090)