**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SRC Liquidation, LLC,[1] | ) Case No. 15-10541 (BLS) |
| | ) |
| Debtor. | ) Objection Deadline: September 12, 2016 at 4:00 p.m. (ET) |
| | ) |
| | ) **Ref. D.I. No. 2050** |

**AMERICAN LITHO, INC.'S RESPONSE TO SRC LIQUIDATION LLC'S**
**SIXTH (6TH) NOTICE OF SATISFACTION OF CLAIMS**

American Litho, Inc. ("American Litho"), by and through its undersigned counsel, hereby submits this response (the "Response") to the *Sixth (6th) Notice of Satisfaction of Claims* [D.I. 2050] (the "Notice") filed by SRC Liquidation LLC ("SRC"). By way of this Response, American Litho opposes the allegations set forth in the Response relating to status of its Claim (as defined herein) as satisfied. In support of this Response, American Litho respectfully represents as follows:

1. American Litho timely filed its proof of claim having claim number 2365 in the claims register (the "Claim"). The Claim as filed asserted an unsecured claim in the total amount of $137,140.68 of which American Litho asserted an entitlement to administrative priority under Section 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code") in the amount of $93,774.93.

2. As set forth in American Litho's response [D.I. 2060] (the "Claim Objection Response") to *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [D.I. 2036] (the "Claim Objection"), American Litho does not oppose a

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ  08830-2700 (Attn: Anthonly R. Calascibetta).

204965952.2 46488.186181

modification to its Claim that reduces the portion entitled to administrative priority treatment under § 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code") from $93,774.93 to $5,306.56, and increases the general unsecured portion from $43,365.75 to $131,834.12.

3. The Notice alleges, however, that SRC has reviewed the books and records of the above-captioned debtor (the "Debtor") and has determined that American Litho's Claim has been "satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts." *See* Notice, p. 3.

4. American Litho denies the allegations that its Claim has been satisfied in its entirety, as it has received no payment on account of such Claim since the Petition Date, and further asserts that the Claim arose from transactions with the Debtor that occurred outside the scope of the contracts that were assumed and assigned to Taylor Corporation.

5. Pursuant to paragraph 13 of the Notice, this Response satisfies the requirement for disputing SRC's position with respect to American Litho's Claim. The Response shall be served on counsel to SRC with the expectation that such counsel will make every effort to review the Claim with American Litho to determine whether any obligation remains outstanding and owing to American Litho.

Dated: September 12, 2016
Wilmington, Delaware

CLARK HILL PLC

*/s/ Edward J. Kosmowski*
Edward J. Kosmowski, Esquire (No. 3849)
824 N. Market Street; Suite 710
Wilmington, DE 19801
302-250-4750 (Phone)
302-421-9439 (Fax)
ekosmowski@clarkhill.com
*Counsel to American Litho, Inc.*