UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC Liquidation, LLC,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Susan M. Ambrose, being duly affirmed according to law, deposes and says that she is employed by the law firm of Clark Hill PLC, Counsel to American Litho, Inc., in the above-captioned case, and that on the 12th day of September, 2016, she caused copies of the following pleading to be served as indicated to those parties on the attached service list:

- American Litho, Inc.'s Response to Standard Register Inc.'s Sixth (6th) Notice of Satifaction of Claims [D.I. 2070]

Dated: September 13, 2016

_____
Susan M. Ambrose

AFFIRMED TO AND SUBSCRIBED before me this 13 day of September, 2016.

_____
Notary Public

[Notary Seal: JEFFREY A. LOW, COMMISSION EXPIRES October 27, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthonly R. Calascibetta).

204994842

SRC Liquidation LLC
Lowenstein Sandler LLP
Attn: Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ 07068

POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801