**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Related Docket No. 2043** |

**CERTIFICATE OF NO OBJECTION REGARDING
SRC SECURED CREDITOR TRUST'S FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION TO RECLASSIFY CERTAIN CLAIMS**

The undersigned hereby certifies that he has received no formal or informal objection or response to the *SRC Secured Creditor Trust's First Omnibus (Substantive) Objection To Reclassify Certain Claims* [Docket No. 2043] (the "Objection") filed by the undersigned on August 16, 2016. The undersigned further certifies that he has reviewed the docket in this case and that no objection or response to the Objection appears thereon. The notice attached to the Objection established a deadline of September 8, 2016 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Objection.

As more fully set forth therein, through the Objection the SRC Secured Creditor Trust seeks to reclassify each "Disputed Claim" as an unsecured claim in the full amount asserted, without prejudice to the rights of any other party to further object to the reclassified claim. Pursuant to the Objection, the SRC Secured Creditor Trust seeks to reclassify, among other claims, Claim No. 2040 filed by Crown Credit Company (the "Crown Credit Claim") as a general unsecured in the full asserted amount of the Crown Credit Claim. Subsequent to the filing of the Objection, SRC Liquidation LLC filed the Sixth Notice of Satisfaction of Claims

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

(the "Notice"), pursuant to which the Crown Credit Claim was noted as having been previously satisfied in full by payment made after the Petition Date and that no amounts are owed on the claim.  The Crown Credit Claim therefore has been marked on the claims register as satisfied in full.  Crown Credit Company did not respond to the Notice.  Accordingly, the proposed form of order attached hereto states a proposed modified status for the Crown Credit Claim as $0.00 to ensure consistency with the Notice and the claims register maintained in this case.

No other changes have been made to the proposed form of order as filed with the Objection.  Accordingly, it is respectfully requested that the Court enter the proposed form of order attached as **Exhibit A** hereto at its earliest convenience.

Dated:  September 13, 2016
      Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

**CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 13th day of September, 2016, I caused the foregoing Certificate of No Objection Regarding SRC Secured Creditor Trust's First Omnibus (Substantive) Objection To Reclassify Certain Claims to be served upon the persons listed on the attached service list via U.S. first-class mail, postage fully pre-paid.

/s/ John H,. Schanne, II
John H. Schanne, II (DE No. 5260)

#40762652 v3

Office of the United States Trustee
Attn: Mark Kenney
844 King St., Ste. 2207
Wilmington, DE 19801

Gray Plant Moody
Attn: Phillip W. Bohl
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Werb & Sullivan
Attn: Matthew P. Austria
300 Delaware Avenue
Suite 1300
Wilmington, DE 19801

Polsinelli PC
Attn: Christopher A. Ward, Justin K. Edelson
& Shanti M. Katona
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Lowenstein Sandler LLP
Attn: Kenneth A. Rosen & Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ 07068-0000

Lowenstein Sandler LLP
Attn: Gerald C. Bender
1251 Avenue of the Americas
New York, NY 10020

Applied Mechanical Systems, Inc.
c/o Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, OH 45202

Canon Financial Services Inc.
c/o Fleischer, Fleischer & Suglia
Four Greentree Centre,
601 Route 73 North
Suite 305
Marlton, NJ 08053

Crown Credit Company
c/o Robert G. Hanseman
Sebaly Shillito + Dyer LPA
19 Kettering Tower
Dayton, OH 45423

Gelco Corpration dba GE Fleet Services
Attn: Keith Bergquist, Bankruptcy/Litigation Mgr.
GE Fleet Services
3 Capital Dr.
Eden Prairie, MN 55344

Hyperlogistics Group, Inc.
Attn: Geoggrey Manack
9301 Intermodal Court North
Columbus, OH 43217

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
1 Federal Street, 7th Floor
Boston, MA 02110

LRP&P Graphics
c/o Richard M. Schlaifer, Esq.
Earp Cohn, P.C.
20 Brace Rd., 4th Floor
Cherry Hill, NJ 08034

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Lisa S. Gretchko
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI 48067

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Etta R. Mayers
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, De 19899-0951

Pat & Sam International Inc.
Attn: Philip Yiu, President
301 Oxford Valley Road
Suite 403B
Yardley, PA 19067

PS Business Parks
c/o Shawn B. Rediger
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Raymond Storage Concepts, Inc.
c/o Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Seesun Specialtising Int'l Inc.
Attn: Amy Shih
240 Clary Ave
San Gabriel, CA 91776

The Reynolds and Reynolds Company
c/o Thompson Hine LLP
Attn: Jonathan S. Hawkins, Esq.
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342

W.W. Grainger, Inc.
Attn: Special Collections Dept.
7300 N. Melvina Ave. MWX22885446179
Niles, IL 60714

Alston & Bird LLP
Attn: David A. Wender & Jonathan T. Edwards
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Arnstein & Lehr LLP
Attn: Kevin H. Morse
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606

Baker Botts LLP
Attn: James Prince & Meggie S. Gilstrap
2001 Ross Ave.
Dallas, TX 75201-2980

Barnes & Thornburg LLP
Attn: David M. Powlen, Esq. & Kevin G. Collins, Esq.
1000 N. West Street
Suite 1500
Wilmington, DE 19801

Bell Nunnally & Martin LLP
Attn: Heather H. Jobe, Esq.
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab & Thomas M. Gaa
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Blakeley LLP
Attn: Scott E. Blakeley
2 Park Plaza
Suite 400
Irvine, CA 92614

Arapahoe County Attorney
Attn: Benjamin Swartzendruber, Esq.
5334 S. Prince Street
Littleton, CO 80166

Ashby & Geddes, PA
Attn: Ricardo Palacio
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Bank of America, NA
Attn: James S. Rankin Jr., Parker, Hudson & Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Bayard, PA
Attn: Scott D. Cousins, Esquire
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab & Kenneth T. Law
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Bilzin Sumberg Baena Price & Axelrod, LLP
Attn: Jeffrey I. Snyder
1450 Brickell Avenue
23rd Floor
Miami, FL 33131

Blank Rome LLP
Attn: Alan M. Root
1201 Market Street
Suite 800
Wilmington, DE 19801

Blank Rome LLP
Attn: John E. Lucian
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Bricker & Eckler LLP
Attn: David M. Whittaker
100 South Third Street
Columbus, OH  43215

Bryan Cave LLP
Attn: Robert J. Miller & Justin A. Sabin
Two North Central Avenue
Suite 2200
Phoenix, AZ  85004-4406

Carlton Fields Jorden Burt, PA
Attn: John J. Lamoureux
4221 West Boy Scout Boulevard, 10th Floor
P.O. Box 3239
Tampa, FL  33601-3239

Clark Hill PLC
Attn: Edward J. Kosmowski
824 N. Market Street
Suite 710
Wilmington, DE  19801

Clark Hill PLC
Attn: Shannon L. Deeby
151 South Old Woodward Avenue
Suite 200
Birmingham, MI  48009

Cole Schotz, PC
Attn: Patrick J. Reilley
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

BMC Group, Inc
Attn: T. Feil
300 Continental Boulevard
#570
El Segundo, CA  90245

Bryan Cave LLP
Attn: Michelle McMahon
1290 Avenue of the Americas
New York, NY  10104-3300

Buchalter Nemer, A Professional Corporation
Attn: Shawn M. Christianson, Esq.
55 Second Street
17th Floor
San Francisco, CA  94105-3493

Ciardi Ciardi & Astin
Attn: Daniel K. Astin, John D. McLaughlin, Jr &
Joseph J. McMahon, Jr.
1204 N. King Street
Wilmington, DE  19801

Clark Hill PLC
Attn: Scott N. Schreiber
150 N. Michigan Avenue
Suite 2700
Chicago, IL  60601

Cole Schotz, PC
Attn: Michael D. Warner
301 Commerce Street
Ste. 1700
Fort Worth, TX  76102

Commonwealth of Pennsylvania, Department of
Revenue Office of the Attorney General
Attn: Kathleen G. Kane & Carol E. Momjian
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street
Suite 901
Wilmington, DE 19801

Darling Milligan Horowitz, PC
Attn: Brian D. Milligan, Esq.
1331 17th Street
Suite 800
Denver, CO 80202

Delaware Attorney General
Attn: Bankruptcy Dept.
Carvel State Office Bldg.
820 N French St., 6th Fl.
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French St.
Wilmington, DE 19801

Delaware Secretary of State
Attn: Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
Attn: Bankruptcy Dept.
820 Silver Lake Blvd.
Ste. 100
Dover, DE 19904

Dentons
Attn: Arthur H. Ruegger
1221 Avenue of the Americas
New York, NY 10020

Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Duane Morris LLP
Attn: Jarret P. Hitchings
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Duane Morris LLP
Attn: Jeffrey W. Spear
1540 Broadway
New York, NY 10036

Earp Cohn, PC
Attn: Richard M. Schlaifer
20 Brace Road
4th Floor
Cherry Hill, NJ 08034-0000

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin, NJ 08830-2700

Environmental Protection Agency
Attn: Bankruptcy Dept.
1650 Arch Street
Philadelphia, PA 19103-2029

Ezra Brutzkus Gubner LLP
Attn: Robyn B. Sokol, Esq.
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

FishmanJackson
Attn: Mark H. Ralston, Esquire
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, TX 75240

Fleischer, Fleischer & Suglia
Attn: Nicola G. Suglia & Allison L. Domowitch
601 Route 73 North
Four Greentree Centre, Suite 305
Marlton, NJ 08053

Foley & Lardner LLP
Attn: Joanne Lee
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313

Friedlander Misler, PLLC
Attn: Robert E. Greenburg, Thomas F. Murphy &
Lindsay A. Thompson
5335 Wisconsin Avenue, NW
Suite 600
Washington, DC  20015

Georgia Pacific Corp
Attn: Emily O. Valladares
133 Peachtree Street, NE
Atlanta, GA  30303

Gibbons PC
Attn: Natasha M. Songonuga
1000 N. West Street
Suite 1200
Wilmington, DE  19801-1058

Goldberg, Kamin & Garvin, LLP
Attn: Robert J. Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219-6101

Iannotti & Associates PLC
Attn: Daniel V. Iannotti
1475 Club Drive
Bloomfield Hills, MI  48302

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market St.
Mail Stop 5 Q30 133
Philadelphia, PA  19104-5016

Law Offices of Robert E. Luna PC
Attn: George C. Scherer
4411 N. Central Expressway
Dallas, TX  75205

Frantz Ward LLP
Attn: Timothy J. Richards & John F. Kostelnik
200 Public Square
Suite 3000
Cleveland, OH  44114

Gary Becker
666 Barclay Lane
Broomall, PA  19008

Gibbons PC
Attn: Mark B. Conlan
One Gateway Center
Newark, NJ  07102-5310

Golan & Christie LLP
Attn: Barbara L. Yong & Caren A. Lederer
70 W. Madison Street
Suite 1500
Chicago, IL  60602

Graydon Head & Ritchey LLP
Attn: J. Michael Debbeler
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
One Federal Street
Boston, MA  02110

LeClairRyan
Attn: Andrew L. Cole
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Magnozzi & Kye, LLP
Attn: Amish R. Doshi, Esq.
23 Green Street
Suite 302
Huntington, NY 11743

McCreary, Veselka, Bragg & Allen, PC
Attn: Lee Gordon
P.O. Box 1269
Round Rock, TX 78680

McKinsey Recovery & Transformation Services U.S.,
LLC
Attn: Kevin Carmody and Mark W. Hojnacki
55 East 52nd Street
New York, NY 10055

Michael Bazley
PO Box 20
Tracy, CA 95378-0600

Missouri Department of Revenue
Attn: Sheryl L. Moreau
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Neal, Gerber & Eisenberg LLP
Attn: Nicholas M. Miller & Alexis M. Dominguez
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Prime Clerk LLC
Attn: David M. Smith
830 3rd Ave., FL. 9
New York, NY 10022

Mark Platt
5048 James Hill Road
Kettering, OH 45429

McGrane LLP
Attn: Gavin McGrane
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111

Meyer, Suozzi, English & Klein, PC
Attn: Edward J. LoBello
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018-0822

Minkin & Harnisch PLLC
Attn: Ethan B. Minkin & Andrew A. Harnisch
6515 N. 12th Street
Suite B
Phoenix, AZ 85014

Morris James LLP
Attn: Jeffrey R. Waxman
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

Neale & Newman, LLP
Attn: Brian K. Asberry
1949 E. Sunshine, Suite 1-130
P.O. Box 10327
Springfield, MO 65808

New York State Department of Taxation and Finance
Attn: Robert L. Cook, District Tax Attorney, Office of Counsel
340 East Main St.
Rochester, NY  14604

Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania
Attn: Linda Mitten
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA  17121

Parker, Hudson, Rainer & Dobbs LLP
Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr. & Joshua J. Lewis
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA  30303

Pension Benefit Guaranty Corporation
Attn: Courtney L. Morgan
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005-4026

Ravich Meyer Kirkman McGrath Nauman & Tansey, PA
Attn: Michael F. McGrath
4545 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Reed Smith LLP
Attn: Robert P. Simons, Esq.
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222

Richard S. Price, II
1235 N. Harbor Blvd.
Suite 200
Fullerton, CA  92832-1349

Oklahoma County Treasurer
Attn: Gretchen Crawford - Assistant District Attorney
320 Robert S. Kerr
Room 505
Oklahoma City, OK  73102

Parker Ibrahim & Berg LLC
Attn: Joseph H. Lemkin
270 Davidson Avenue
Somerset, NJ  08873-0000

PBGC
Attn: Jack Butler
1200 K Street NW
Washington, DC  20005-4026

Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan & Etta R. Mayers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951

Reed Smith LLP
Attn: J. Cory Falgowski
1201 N. Market Street
Suite 1500
Wilmington, DE  19801

Reinhart Boerner Van Deuren
Attn: Katherine M. O'Malley & Michael D. Jankowski
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI  53201-2965

Richards, Layton & Finger, PA
Attn: Mark D. Collins & Tyler D. Semmelman
One Rodney Square
920 North King Street
Wilmington, DE  19801

Riddell Williams PS
Attn Joseph E. Shickich, Jr. & Travis D. Dailey, Esq.
1001 - 4th Avenue
Suite 4500
Seattle, WA  98154

Securities & Exchange Commission
Attn:  Secretary of the Treasury
100 F St., NE
Washington, DC  20549

Securities & Exchange Commission - Philadelphia
Office
Attn:  Bankruptcy Dept.
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, PA  19103

Silver Point Finance, LLC
Attn:  Ron Meisler & Chris Dressel c/o Skadden Arps
155 N. Wacker Drive
Chicago, IL  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Ron E. Meisler, Carl T. Tullson & Christopher M.
Dresel
155 North Wacker Drive
Suite 2700
Chicago, IL  60606-1720

Synchrony Bank
Attn:  Recovery Management Systems Corporation
25 SE 2nd Avenue
Suite 1120
Miami, FL  33131-1605

The Flesh Company
Attn:  Gerard Winterbottom
2118 59th St.
St Louis, MO  63110

The Standard Register
600 Albany Street
Dayton, OH  45417

Saul Ewing LLP
Attn:  Teresa K.D. Currier
222 Delaware Avenue
Suite 1200
Wilmington, DE  19899

Securities & Exchange Commission - NY Office
Attn:  Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Ste. 400
New York, NY  10281-1022

Sheldon S. Toll
29580 Northwestern Hwy.
Ste. 100
Southfield, MI  48034

Singer & Levick, PC
Attn:  Michelle E. Shriro
16200 Addison Road
Suite 1400
Addison, TX  75001

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Texas Comptroller of Public Accounts
Attn:  Jay W. Hurst - Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX  78711-2548

The Rosner Law Group LLC
Attn:  Frederick B. Rosner & Jula B. Klein
824 Market Street
Suite 810
Wilmington, DE  19801

Thompson Hine LLP
Attn:  Jonathan S. Hawkins
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH  45342-4934

Timothy Webb
4906 E. Desert Fairways Dr.
Paradise Valley, AZ  85253


US Attorney for Delaware
Attn:  Charles Oberly c/o Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE  19899-2046


Venable LLP
Attn:  Jamie L. Edmonson
1201 North Market Street
Suite 1400
Wilmington, DE  19801


Womble Carlyle Sandridge & Rice, LLP
Attn:  Mark L. Desgrosseilliers & Morgan L. Patterson
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801


TN Dept of Revenue
Attn:  TN Attorney General's Office, Bankruptcy
Division
P.O. Box 20207
Nashville, TN  37202-0207


Venable LLP
Attn:  Hamid R. Rafatjoo
2049 Century Park East
Suite 2100
Los Angeles, CA  90067


Veritiv Corporation
Attn:  James Salvadori
850 N. Arlington Heights Rd.
Itasca, IL  60143