# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC Liquidation, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> **Hearing Date: September 28, 2016 at 10:30 a.m. (ET)** <br> **Response Deadline: September 2, 2016 at 4:00 p.m. (ET)** <br><br> Re: Docket No. **2036** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM FOR STANDARD REGISTER INC.'S FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1 FOR HEARING ON SEPTEMBER 28, 2016 AT 10:30 A.M. (ET)

PLEASE TAKE NOTICE that on September 14, 2016, counsel for Standard Register Inc. caused to be delivered to Chambers copies of the Proofs of Claim, along with all attachments thereto, that are the subject of the hearing scheduled for September 28, 2016 at 10:30 a.m. (ET) relating to the following claims objection:

1. **Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1** [Filed: 8/8/16; Docket No. 2036]

Copies of said Proofs of Claim may be requested from the undersigned counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| Dated: September 14, 2016<br>Wilmington, DE | **WERB & SULLIVAN**<br><br>*/s/ Matthew P. Austria*<br>Matthew P. Austria (DE No. 4827)<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br>(For courier: 19801)<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>E-mail: maustria@werbsullivan.com<br><br>-and-<br><br>**GRAY, PLANT, MOOTY,**<br>**MOOTY & BENNET, P.A.**<br>Phillip Bohl (MN No. 139191)<br>Abigail McGibbon (MN No. 393263)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 632-3019<br>Telephone: (612) 632-3009<br>Facsimile: (612) 632-4019<br>Facsimile: (612) 632-4009<br>Email: phillip.bohl@gpmlaw.com<br>Email: abigail.mcgibbon@gpmlaw.com<br><br>*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.* |