# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Objection Deadline: September 8, 2016 at 4:00 (pm) (ET)**<br>**Hearing Date: September 28, 2016 at 10:30 (am) (ET)**<br><br>**Related Docket Nos.: 2043, 2072** |

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO RECLASSIFY CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that on September 14, 2016, the SRC Secured Creditor Trust delivered to the United States Bankruptcy Court for the District of Delaware copies of the proofs of claim (the "Proofs of Claim") identified in Exhibit "A-1" of the **First Omnibus (Substantive) Objection to Reclassify Certain Claims** [Docket No. 2043; Filed August 16, 2016].

PLEASE TAKE FURTHER NOTICE that copies of the proofs of claim can be requested from the undersigned counsel for the SRC Secured Creditor Trust.

| | |
|---|---|
| Dated: September 14, 2016<br>       Wilmington, DE | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David M. Fournier (DE No. 2812)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>*Counsel to the SRC Secured Creditor Trust* |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#40769666 v1