IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SRC Liquidation, LLC, | ) | Chapter 11 |
|     Debtor, | ) | |
| | ) | Case No. 15-10541 (BLS) |
| | ) | |
| SRC Liquidation, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dunnwell Packaging, LLC, | ) | |
|     Defendant. | ) | |

**ANSWER TO COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 and 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502**

NOW COMES the Defendant, Dunnwell Packaging, LLC, by and through their attorney, Gary J. Fernandez & Associates, Ltd., and as their Answer to Complaint to Avoid and Recover Transfers, states as follows:

1. The Defendant admits the allegations of paragraph 1.
2. The Defendant admits the allegations of paragraph 2.
3. The Defendant admits the allegations of paragraph 3.
4. The Defendant admits the allegations of paragraph 4.
5. The Defendant admits the allegations of paragraph 5.
6. The Defendant admits the allegations of paragraph 6.
7. The Defendant admits the allegations of paragraph 7.
8. The Defendant admits the allegations of paragraph 8.
9. The Defendant admits the allegations of paragraph 9.
10. The Defendant admits the allegations of paragraph 10.
11. The Defendant admits the allegations of paragraph 11.

12. The Defendant admits the allegations of paragraph 12.

13. The Defendant admits the allegations of paragraph 13.

14. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 14.

15. The Defendant admits the allegations of paragraph 15.

16. The Defendant admits the allegations of paragraph 16.

17. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 14.

18. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 18.

19. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 19.

20. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 20.

21. The Defendant admits the Debtor was a client and paid for goods and services on a cash on delivery basis. All business transactions made with debtor through the course of business were cash on delivery.

22. The Defendant admits the allegations of paragraph 22 and further states that all deliveries have been made on a cash on delivery basis. All business transactions made with debtor through the course of business were cash on delivery.

23. The Defendant admits the allegations of paragraph 23.

24. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 24.

25. The Defendant admits that payments were made for goods and services rendered and further states that all deliveries have been made on a cash on delivery basis. All business transactions made with debtor through the course of business were cash on delivery.

26. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 26.

27. The Defendant admits the allegations of paragraph 27.

28. The Defendant restates their answers to paragraphs 1 through 27 as their answer to paragraph 28.

29. The Defendant admits the allegations of paragraph 29.

30. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 30.

31. The Defendant denies the allegations of paragraph 31 as all transactions were a cash on delivery basis. The debtor paid for the goods and services at the time of delivery, not following delivery.

32. The Defendant denies the allegations of paragraph 32.

33. The Defendant denies the allegations of paragraph 33.

34. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 34.

35. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 35.

36. The Defendant has insufficient knowledge to admit or deny the allegations of paragraph 36.

37. The Defendant admits the allegations of paragraph 37.

38. The Defendant denies the allegations of paragraph 38.

39. The Defendant restates their answers to paragraphs 1 through 38 as their answer to paragraph 39.

40. The Defendant denies the allegations of paragraph 40.

41. The Defendant denies the allegations of paragraph 41.

42. The Defendant denies the allegations of paragraph 42.

43. The Defendant denies the allegations of paragraph 43.

_/s/ Gary J. Fernandez_
Gary J. Fernandez

Gary J. Fernandez
Gary J. Fernandez & Associates, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, Illinois 60137
(630) 953-1340
Atty. No. 3127103