IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>SRC Liquidation, LLC, )<br>            Debtor, )<br>)<br>_____ ) | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC, )<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>Dunnwell Packaging, LLC, )<br>            Defendant. ) | |

### CERTIFICATE OF SERVICE

On September 15, 2016, the Answer to Complaint to Avoid and Recover Transfers was sent via first class mail to each of the persons listed below:

Joseph L. Steinfeld, Jr.
ASK, LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121

Brigette G. McGrath
ASK, LLP
151 West 46th Street, 4th Floor
New York, New York 10036

Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

_____
Gary J. Fernandez

Gary J. Fernandez
Gary J. Fernandez & Associates, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, Illinois 60137
(630) 953-1340
Atty. No. 3127103