**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                Chapter  11

Case No.  15 - 10541  (BLS)

Debtor:  SRC Liquidation, LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Steven L. Diller, Esq.

to represent  Rick Kistler aka Jon E. Kistler

in this action.

/s/ Amy D. Brown

Firm Name: Margolis Edelstein
Address: 300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Phone: (302) 888-1112

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Northern District of Ohio  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Steven L. Diller

Firm Name: Diller & Rice, LLC
Address: 124 E. Main Street
Van Wert, Ohio 45891
Phone: (419) 238-5025

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.