**UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE**

In Re:                         Chapter __11__

                              Case No. __15__-__10541__ (__BLS__)

Debtor: __SRC Liquidation, LLC__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Eric R. Neuman, Esq.__ _____

to represent __Rick Kistler aka Jon E. Kistler__ _____

in this action.

                              /s/ Amy D. Brown

                              Firm Name: Margolis Edelstein
                              Address: 300 Delaware Avenue, Suite 800
                                               Wilmington, DE 19801
                              Phone: (302) 888-1112

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Northern District of Ohio__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                              /s/ Eric R. Neuman

                              Firm Name: Diller & Rice, LLC
                              Address: 1105-1107 Adams Street
                                                 Toledo, Ohio 43624
                              Phone: (419) 724-9047

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.