IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SRC Liquidation, LLC, | ) | Chapter 11 |
|     Debtor, | ) | |
| | ) | Case No. 15-10541 (BLS) |
| | ) | |
| SRC Liquidation, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dunnwell Packaging, LLC, | ) | |
|     Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF DOCUMENT FOR DOCKET NUMBER 2075

TO:   Joseph L. Steinfeld, Jr.               Justin R. Alberto
        ASK, LLP                                         222 Delaware Avenue, Suite 900
        2600 Eagan Woods Drive, Suite 400    Wilmington, Delaware 19899
        St. Paul, Minnesota 55121

        Brigette G. McGrath
        ASK, LLP
        151 West 46th Street, 4th Floor
        New York, New York 10036

PLEASE TAX NOTICE that the Defendant, Dunnwell Packaging, LLC, by and through their attorney, Gary J. Fernandez & Associates, Ltd., files this Notice of Withdrawal of Document for Docket Number 2075 to remove their Answer to Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 in case number 15-10541 (BLS).

                                                                                                      Gary J. Fernandez

Gary J. Fernandez
Gary J. Fernandez & Associates, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, Illinois 60137
(630) 953-1340
Atty. No. 3127103