# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Dori B. Goldstein depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused the Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: September 20, 2016

Dori B. Goldstein

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 20, 2016, by Dori. B. Goldstein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 20__

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**EXHIBIT A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2064 | Silver Fox Services, Inc.<br>155 Trent Shore Drive<br>New Bern, NC 28562 | Kathy S. Greene<br>Attn: General Counsel<br>155 Trent Shores Drive<br>New Bern, NC 28562 | September 20, 2016 |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)                              Page 1 of 1