| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Applied Mechanical Systems, Inc. c/o Benjamin, Yocum & Heather, LLC 300 Pike Street, Suite 500 Cincinnati, OH 45202 pmoneill@byhlaw.com | 1902 | $124,962.24 | Secured: $124,962.24 | General Unsecured: $124,962.24 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Canon Financial Services Inc. c/o Fleischer, Fleischer & Suglia Four Greentree Centre, 601 Route 73 North Suite 305 Marlton, NJ 08053 | 702 | $1,577,503.90 | Secured: $892,728.08 General Unsecured: $684,775.82 | General Unsecured: 1,577,503.90 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Crown Credit Company c/o Robert G. Hanseman Sebaly Shillito + Dyer LPA 19 Kettering Tower Dayton, OH 45423 Rhanseman@ssdlaw.com | 2040 | $15,765.30 | Secured: $11,700 General Unsecured: $4,065.30 | General Unsecured: $0.00 | As more fully set forth in the objection, there is no property against which claim can be secured. As set forth in the *Notice of Satisfaction of Claims Filed by SRC Liquidation, LLC* (D.I. 2050) the claim has been satisfied in full by payments made after the Petition Date and no further distributions are required on account of the claim. |
| Gelco Corpration dba GE Fleet Services Attn: Keith Bergquist, Bankruptcy/Litigation Mgr GE Fleet Services 3 Capital Dr. Eden Prairie, MN 55344 keithbergquist@ge.com | 1444 | $66,590.53 | Secured: $66,590.53 | General Unsecured: $66,590.53 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Hyperlogistics Group, Inc. 9301 Intermodal Court North Columbus, OH 43217 Attn: Geoggrey Manack mikemess@hyperlog.com | 1622 | $1,526.92 | Secured: $1,526.92 | General Unsecured: $1,526.92 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Iron Mountain Information Management, LLC Attn: Joseph Corrigan 1 Federal Street, 7th Floor Boston, MA 02110 Joseph.Corrigan@IronMountain.com | 2126 | $30,626.24 | Secured: $6,743 General Unsecured: $23,883.24 | General Unsecured: $30,626.24 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| LRP&P Graphics c/o Richard M. Schlaifer, Esq. Earp Cohn, P.C. 20 Brace Rd., 4th Floor Cherry Hill, NJ 08034 rschlaifer@earpcohn.com; vbromleyearpcohn.com | 2184 | $20,310.63 | Secured: $16,036.19 General Unsecured: $4,274.44 | General Unsecured: $20,310.63 | As more fully set forth in the objection, there is no property against which claim can be secured. |

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Morgan Adhesives Company, LLC d/b/a MACtac<br>c/o Lisa S. Gretchko<br>Howard & Howard Attorneys PLLC<br>450 West Fourth Street<br>Royal Oak, MI 48067<br>lsg@h2law.com<br>-and-<br>Morgan Adhesives Company, LLC d/b/a MACtac<br>c/o Etta R. Mayers<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, De 19899-0951<br>emayers@potteranderson.com | 1936 | $314,299.01 | § 503(b)(9): $310,163.36<br>Secured: $4,135.65, plus contingent and unliquidated amounts | § 503(b)(9): $310,163.36<br>General Unsecured: $4,135.65 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Pat & Sam International Inc.<br>Attn: Philip Yiu, President<br>301 Oxford Valley Road<br>Suite 403B<br>Yardley, PA 19067<br>philip@patsaminternational.com | 65 | $18,645.00 | Secured: $18,645.00 | General Unsecured: $18,645.00 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| PS Business Parks<br>c/o Shawn B. Rediger<br>Williams Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>srediger@williamkastner.com | 1082 | $35,428.68 | Secured: $8,259<br>General Unsecured: $27,169.68 | General Unsecured: $35,428.68 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Raymond Storage Concepts, Inc.<br>c/o Stephen W. Spence, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>sws@pgslaw.com | 2017 | $92,530.00 | Secured: $92,530.00 | General Unsecured: $92,530.00 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| Seesun Specialtising Int'l Inc.<br>Attn: Amy Shih<br>240 Clary Ave<br>San Gabriel, CA 91776<br>customerservice@seesun.com | 588 | $206.38 | Secured: $206.38 | General Unsecured: $206.38 | As more fully set forth in the objection, there is no property against which claim can be secured. |
| The Reynolds and Reynolds Company<br>c/o Thompson Hine LLP<br>Attn: Jonathan S. Hawkins, Esq.<br>10050 Innovation Drive, Suite 400<br>Miamisburg, OH 45342<br>jonathan.hawkins@thompsonhine.com | 1478 | $137,684.89 | § 503(b)(9): $26,358.72<br>Secured: $14,027.18<br>General Unsecured: $97,298.99 | § 503(b)(9): $26,358.72<br>General Unsecured: $111,326.17 | As more fully set forth in the objection, there is no property against which claim can be secured. |

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| W.W. Grainger, Inc.<br>Attn: Special Collections Dept.<br>7300 N. Melvina Ave. MWX22885446179<br>Niles, IL 60714<br>Cynthia Deutschman@grainger.com | 2023 | $251,209.26 | § 503(b)(9): $37,746.56<br>Secured: $105,205.45[1]<br>General Unsecured:$146,207.17 | § 503(b)(9): satisfied<br>General Unsecured: $213,708.89 | As more fully set forth in the objection, there is no property against which claim can be secured. |

[1] Secured amount asserted inclusive of § 503(b)(9) amount asserted