UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                         Chapter **11**

Case No. **15**-**10541** (**BLS**)

Debtor: **SRC Liquidation, LLC**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Steven L. Diller, Esq.**
to represent **Rick Kistler aka Jon E. Kistler**
in this action.

/s/ Amy D. Brown

Firm Name: Margolis Edelstein
Address: 300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Phone: (302) 888-1112

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Northern District of Ohio** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Steven L. Diller

Firm Name: Diller & Rice, LLC
Address: 124 E. Main Street
Van Wert, Ohio 45891
Phone: (419) 238-5025

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 23rd, 2016
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE