**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Related to Docket No. 2083** |

**CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 22nd day of September, 2016, I did cause copies of the foregoing *Order Granting SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims* to be served upon the parties set forth on the attached service list(s) by first class mail, postage pre-paid.

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Applied Mechanical Systems, Inc.
c/o Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, OH 45202

Canon Financial Services Inc.
c/o Fleischer, Fleischer & Suglia
Four Greentree Centre,
601 Route 73 North
Suite 305
Marlton, NJ 08053

Crown Credit Company
c/o Robert G. Hanseman
Sebaly Shillito + Dyer LPA
19  Kettering Tower
Dayton, OH 45423

Gelco Corpration dba GE Fleet Services
Attn: Keith Bergquist, Bankruptcy/Litigation Mgr.
GE Fleet Services
3 Capital Dr.
Eden Prairie, MN 55344

Hyperlogistics Group, Inc.
Attn: Geoggrey Manack
9301 Intermodal Court North
Columbus, OH 43217

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
1 Federal Street, 7th Floor
Boston, MA 02110

LRP&P Graphics
c/o Richard M. Schlaifer, Esq.
Earp Cohn, P.C.
20 Brace Rd., 4th Floor
Cherry Hill, NJ 08034

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Lisa S. Gretchko
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI 48067

Morgan Adhesives Company, LLC d/b/a MACtac
c/o Etta R. Mayers
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, De 19899-0951

Pat & Sam International Inc.
Attn: Philip Yiu, President
301 Oxford Valley Road
Suite 403B
Yardley, PA 19067

PS Business Parks
c/o Shawn B. Rediger
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Raymond Storage Concepts, Inc.
c/o Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Seesun Specialtising Int'l Inc.
Attn: Amy Shih
240 Clary Ave
San Gabriel, CA 91776

The Reynolds and Reynolds Company
c/o Thompson Hine LLP
Attn: Jonathan S. Hawkins, Esq.
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342

W.W. Grainger, Inc.
Attn: Special Collections Dept.
7300 N. Melvina Ave. MWX22885446179
Niles, IL 60714

Alston & Bird LLP
Attn: David A. Wender & Jonathan T. Edwards
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Arapahoe County Attorney
Attn: Benjamin Swartzendruber, Esq.
5334 S. Prince Street
Littleton, CO 80166

Arnstein & Lehr LLP
Attn: Kevin H. Morse
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606

Ashby & Geddes, PA
Attn: Ricardo Palacio
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Baker Botts LLP
Attn: James Prince & Meggie S. Gilstrap
2001 Ross Ave.
Dallas, TX 75201-2980

Bank of America, NA
Attn: James S. Rankin Jr., Parker, Hudson & Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Barnes & Thornburg LLP
Attn: David M. Powlen, Esq. & Kevin G. Collins, Esq.
1000 N. West Street
Suite 1500
Wilmington, DE 19801

Bayard, PA
Attn: Scott D. Cousins, Esquire
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Bell Nunnally & Martin LLP
Attn: Heather H. Jobe, Esq.
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab & Kenneth T. Law
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab & Thomas M. Gaa
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Bilzin Sumberg Baena Price & Axelrod, LLP
Attn: Jeffrey I. Snyder
1450 Brickell Avenue
23rd Floor
Miami, FL  33131

Blakeley LLP
Attn: Scott E. Blakeley
2 Park Plaza
Suite 400
Irvine, CA  92614

Blank Rome LLP
Attn: Alan M. Root
1201 Market Street
Suite 800
Wilmington, DE  19801

Blank Rome LLP
Attn: John E. Lucian
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

BMC Group, Inc
Attn: T. Feil
300 Continental Boulevard
#570
El Segundo, CA  90245

Bricker & Eckler LLP
Attn: David M. Whittaker
100 South Third Street
Columbus, OH  43215

Bryan Cave LLP
Attn: Michelle McMahon
1290 Avenue of the Americas
New York, NY  10104-3300

Bryan Cave LLP
Attn: Robert J. Miller & Justin A. Sabin
Two North Central Avenue
Suite 2200
Phoenix, AZ  85004-4406

Buchalter Nemer, A Professional Corporation
Attn: Shawn M. Christianson, Esq.
55 Second Street
17th Floor
San Francisco, CA  94105-3493

Carlton Fields Jorden Burt, PA
Attn: John J. Lamoureux
4221 West Boy Scout Boulevard, 10th Floor
P.O. Box 3239
Tampa, FL  33601-3239

Ciardi Ciardi & Astin
Attn: Daniel K. Astin, John D. McLaughlin, Jr &
Joseph J. McMahon, Jr.
1204 N. King Street
Wilmington, DE  19801

Clark Hill PLC
Attn: Edward J. Kosmowski
824 N. Market Street
Suite 710
Wilmington, DE  19801

Clark Hill PLC
Attn: Scott N. Schreiber
150 N. Michigan Avenue
Suite 2700
Chicago, IL  60601

Clark Hill PLC
Attn: Shannon L. Deeby
151 South Old Woodward Avenue
Suite 200
Birmingham, MI  48009

Cole Schotz, PC
Attn: Michael D. Warner
301 Commerce Street
Ste. 1700
Fort Worth, TX  76102

Cole Schotz, PC
Attn: Patrick J. Reilley
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Commonwealth of Pennsylvania, Department of
Revenue Office of the Attorney General
Attn: Kathleen G. Kane & Carol E. Momjian
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street
Suite 901
Wilmington, DE  19801

Darling Milligan Horowitz, PC
Attn: Brian D. Milligan, Esq.
1331 17th Street
Suite 800
Denver, CO  80202

Delaware Attorney General
Attn:  Bankruptcy Dept.
Carvel State Office Bldg.
820 N French St., 6th Fl.
Wilmington, DE  19801

Delaware Division of Revenue
Attn:  Zillah Frampton
820 N. French St.
Wilmington, DE  19801

Delaware Secretary of State
Attn:  Corporations Franchise Tax
P.O. Box 898
Dover, DE  19903

Delaware State Treasury
Attn:  Bankruptcy Dept.
820 Silver Lake Blvd.
Ste. 100
Dover, DE  19904

Dentons
Attn:  Arthur H. Ruegger
1221 Avenue of the Americas
New York, NY  10020

Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH  45202

Duane Morris LLP
Attn:  Jarret P. Hitchings
222 Delaware Avenue
Suite 1600
Wilmington, DE  19801

Duane Morris LLP
Attn:  Jeffrey W. Spear
1540 Broadway
New York, NY  10036

Earp Cohn, PC
Attn:  Richard M. Schlaifer
20 Brace Road
4th Floor
Cherry Hill, NJ  08034-0000

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin, NJ  08830-2700

Environmental Protection Agency
Attn:  Bankruptcy Dept.
1650 Arch Street
Philadelphia, PA  19103-2029

Ezra Brutzkus Gubner LLP
Attn:  Robyn B. Sokol, Esq.
21650 Oxnard Street
Suite 500
Woodland Hills, CA  91367

FishmanJackson
Attn:  Mark H. Ralston, Esquire
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, TX  75240

Fleischer, Fleischer & Suglia
Attn:  Nicola G. Suglia & Allison L. Domowitch
601 Route 73 North
Four Greentree Centre, Suite 305
Marlton, NJ  08053

Foley & Lardner LLP
Attn:  Joanne Lee
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313

Frantz Ward LLP
Attn:  Timothy J. Richards & John F. Kostelnik
200 Public Square
Suite 3000
Cleveland, OH  44114

Friedlander Misler, PLLC
Attn:  Robert E. Greenburg, Thomas F. Murphy & Lindsay A. Thompson
5335 Wisconsin Avenue, NW
Suite 600
Washington, DC  20015

Gary Becker
666 Barclay Lane
Broomall, PA  19008

Georgia Pacific Corp
Attn:  Emily O. Valladares
133 Peachtree Street, NE
Atlanta, GA  30303

Gibbons PC
Attn:  Mark B. Conlan
One Gateway Center
Newark, NJ  07102-5310

Gibbons PC
Attn:  Natasha M. Songonuga
1000 N. West Street
Suite 1200
Wilmington, DE  19801-1058

Golan & Christie LLP
Attn:  Barbara L. Yong & Caren A. Lederer
70 W. Madison Street
Suite 1500
Chicago, IL  60602

Goldberg, Kamin & Garvin, LLP
Attn:  Robert J. Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219-6101

Gray Plant Moody
Attn:  Phillip W. Bohl
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Graydon Head & Ritchey LLP
Attn:  J. Michael Debbeler
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Iannotti & Associates PLC
Attn:  Daniel V. Iannotti
1475 Club Drive
Bloomfield Hills, MI  48302

Internal Revenue Service
Attn:  Centralized Insolvency Operation
2970 Market St.
Mail Stop 5 Q30 133
Philadelphia, PA  19104-5016

Internal Revenue Service
Attn:  Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Iron Mountain Information Management, LLC
Attn:  Joseph Corrigan
One Federal Street
Boston, MA  02110

Law Offices of Robert E. Luna PC
Attn:  George C. Scherer
4411 N. Central Expressway
Dallas, TX  75205

LeClairRyan
Attn: Andrew L. Cole
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Lowenstein Sandler LLP
Attn: Gerald C. Bender
1251 Avenue of the Americas
New York, NY 10020

Lowenstein Sandler LLP
Attn: Kenneth A. Rosen & Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ 07068-0000

Prime Clerk LLC
Attn: David M. Smith
830 3rd Ave., FL. 9
New York, NY 10022

Magnozzi & Kye, LLP
Attn: Amish R. Doshi, Esq.
23 Green Street
Suite 302
Huntington, NY 11743

Mark Platt
5048 James Hill Road
Kettering, OH 45429

McCreary, Veselka, Bragg & Allen, PC
Attn: Lee Gordon
P.O. Box 1269
Round Rock, TX 78680

McGrane LLP
Attn: Gavin McGrane
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111

McKinsey Recovery & Transformation Services U.S., LLC
Attn: Kevin Carmody and Mark W. Hojnacki
55 East 52nd Street
New York, NY  10055

Meyer, Suozzi, English & Klein, PC
Attn: Edward J. LoBello
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018-0822

Michael Bazley
PO Box 20
Tracy, CA  95378-0600

Minkin & Harnisch PLLC
Attn: Ethan B. Minkin & Andrew A. Harnisch
6515 N. 12th Street
Suite B
Phoenix, AZ  85014

Missouri Department of Revenue
Attn: Sheryl L. Moreau
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Morris James LLP
Attn: Jeffrey R. Waxman
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494

Neal, Gerber & Eisenberg LLP
Attn: Nicholas M. Miller & Alexis M. Dominguez
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801

Neale & Newman, LLP
Attn: Brian K. Asberry
1949 E. Sunshine, Suite 1-130
P.O. Box 10327
Springfield, MO  65808

New York State Department of Taxation and Finance
Attn: Robert L. Cook, District Tax Attorney, Office of Counsel
340 East Main St.
Rochester, NY  14604

Office of the United States Trustee
Attn: Mark Kenney
844 King St., Ste. 2207
Wilmington, DE  19801

Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania
Attn:  Linda Mitten
Collections Support Unit
651 Boas Street, Room 700
Harrisburg, PA  17121

Oklahoma County Treasurer
Attn:  Gretchen Crawford - Assistant District Attorney
320 Robert S. Kerr
Room 505
Oklahoma City, OK  73102

Parker Ibrahim & Berg LLC
Attn:  Joseph H. Lemkin
270 Davidson Avenue
Somerset, NJ  08873-0000

Parker, Hudson, Rainer & Dobbs LLP
Attn:  C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr. & Joshua J. Lewis
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA  30303

PBGC
Attn:  Jack Butler
1200 K Street NW
Washington, DC  20005-4026

Pension Benefit Guaranty Corporation
Attn:  Courtney L. Morgan
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005-4026

Polsinelli PC
Attn:  Christopher A. Ward, Justin K. Edelson & Shanti M. Katona
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Potter Anderson & Corroon LLP
Attn:  Jeremy W. Ryan & Etta R. Mayers
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951

Ravich Meyer Kirkman McGrath Nauman & Tansey, PA
Attn: Michael F. McGrath
4545 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Reed Smith LLP
Attn: J. Cory Falgowski
1201 N. Market Street
Suite 1500
Wilmington, DE  19801

Reed Smith LLP
Attn: Robert P. Simons, Esq.
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222

Reinhart Boerner Van Deuren
Attn: Katherine M. O'Malley & Michael D. Jankowski
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI  53201-2965

Richard S. Price, II
1235 N. Harbor Blvd.
Suite 200
Fullerton, CA  92832-1349

Richards, Layton & Finger, PA
Attn: Mark D. Collins & Tyler D. Semmelman
One Rodney Square
920 North King Street
Wilmington, DE  19801

Riddell Williams PS
Attn Joseph E. Shickich, Jr. & Travis D. Dailey, Esq.
1001 - 4th Avenue
Suite 4500
Seattle, WA  98154

Saul Ewing LLP
Attn: Teresa K.D. Currier
222 Delaware Avenue
Suite 1200
Wilmington, DE  19899

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F St., NE
Washington, DC  20549

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Ste. 400
New York, NY  10281-1022

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept.
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103

Sheldon S. Toll
29580 Northwestern Hwy.
Ste. 100
Southfield, MI 48034

Silver Point Finance, LLC
Attn: Ron Meisler & Chris Dressel c/o Skadden Arps
155 N. Wacker Drive
Chicago, IL 60606

Singer & Levick, PC
Attn: Michelle E. Shriro
16200 Addison Road
Suite 1400
Addison, TX 75001

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron E. Meisler, Carl T. Tullson & Christopher M. Dresel
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Synchrony Bank
Attn: Recovery Management Systems Corporation
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131-1605

Texas Comptroller of Public Accounts
Attn: Jay W. Hurst - Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

The Flesh Company
Attn: Gerard Winterbottom
2118 59th St.
St Louis, MO 63110

The Rosner Law Group LLC
Attn: Frederick B. Rosner & Jula B. Klein
824 Market Street
Suite 810
Wilmington, DE 19801

The Standard Register
600 Albany Street
Dayton, OH  45417

Thompson Hine LLP
Attn:  Jonathan S. Hawkins
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH  45342-4934

Timothy Webb
4906 E. Desert Fairways Dr.
Paradise Valley, AZ  85253

TN Dept of Revenue
Attn:  TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

US Attorney for Delaware
Attn:  Charles Oberly c/o Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE  19899-2046

Venable LLP
Attn:  Hamid R. Rafatjoo
2049 Century Park East
Suite 2100
Los Angeles, CA  90067

Venable LLP
Attn:  Jamie L. Edmonson
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Veritiv Corporation
Attn:  James Salvadori
850 N. Arlington Heights Rd.
Itasca, IL  60143

Werb & Sullivan
Attn:  Matthew P. Austria
300 Delaware Avenue
Suite 1300
Wilmington, DE  19801

Womble Carlyle Sandridge & Rice, LLP
Attn:  Mark L. Desgrosseilliers & Morgan L. Patterson
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801