# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| CARESOURCE<br><br>-and-<br><br>CARESOURCE MANAGEMENT GROUP CO.,<br><br>Plaintiffs,<br><br>v.<br><br>SRC LIQUIDATION COMPANY,<br>SR LIQUIDATION HOLDING COMPANY,<br>SR LIQUIDATION TECHNOLOGIES, INC.,<br>SR LIQUIDATION INTERNATIONAL, INC.,<br>iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC,<br><br>-and-<br><br>SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC,<br>SPCP GROUP III, LLC,<br>DLJ INVESTMENT PARTNERS, L.P.,<br>DLJ INVESTMENT PARTNERS II, L.P.,<br>DLJ IP II HOLDINGS, L.P.,<br>SPCP GROUP III LLC, SPF CDO I, LTD.,<br>SP WORKFLOW HOLDINGS, INC., | Adv. Proc. No. 15-51775 (BLS) |

---

[1]  The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

54810752.3

SILVER POINT CAPITAL FUND, L.P.

-and-

BANK OF AMERICA, N.A., as Agent and Lender, and WELLS FARGO BANK, N.A., as Lender,

      Defendants.

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 28, 2016 AT 10:30 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED/RESOLVED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

   Objection Deadline:    December 23, 2015 at 4:00 p.m. (extended for certain parties)

   Related Document(s):

       a) Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

   Response(s) Received:    None at this time.

   Status:    This matter has been continued to the next omnibus hearing scheduled for November 2, 2016 at 10:00 a.m.

2. Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

   Objection Deadline:    December 24, 2015 at 4:00 p.m. (extended for certain parties)

   Related Document(s):    None at this time.

   Response(s) Received:    None at this time.

Status: This matter has been continued to the next omnibus hearing scheduled for November 2, 2016 at 10:00 a.m.

3. Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1468; Filed: 2/16/2016]

   Response Deadline: March 1, 2016 at 4:00 p.m.

   Related Document(s):

   a) Notice of Submission of Proofs of Claim for Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1486; Filed: 3/2/2016]

   b) Order Sustaining Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection Section 503(b)(9) Claims [Docket No. 1502; Entered: 3/14/2016]

   Response(s) Received:

   a) Response of Specialty Print Communications to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/2016]

   Status: This matter has been resolved with respect to the claim of Specialty Print Communications. Counsel will file a notice of withdrawal in regard to this claim. This matter has been resolved with respect to all other claims.

4. Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1488; Filed: 3/3/2016]

   Response Deadline: April 6, 2016 at 4:00 p.m.

   Related Document(s):

   a) Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1512; Filed: 3/30/2016]

    b)    Order Sustaining Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1534; Entered: 4/11/2016]

Response(s) Received:

    a)    Response by The New York State Department of Taxation and Finance in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims [Docket No. 1496; Filed: 3/7/2016]

    b)    Notice of Withdrawal of Document (Doc. #1515), Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims, and Notice of Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims (Doc. #1496) [Docket No. 1516; Filed: 4/1/2016]

    c)    Response by the Tennessee Department of Revenue to the Debtor's Eighth Omnibus Objection to Claims [Docket No. 1522; Filed: 4/6/2016]

Status:    This matter has been continued to the next omnibus hearing scheduled for November 2, 2016 at 10:00 a.m. with respect to the claim of the Tennessee Department of Revenue.  This matter has been resolved with respect to all other claims.

5.    Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1520; Filed: 4/4/2016]

Response Deadline:    April 20, 2016 at 4:00 p.m.

Related Document(s):

    a)    Notice of Submission of Proofs of Claim for Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1838; Filed: 5/12/2016]

    b)    Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1980; Entered: 5/24/2016]

Response(s) Received:

    a)    Response of Zebra Technologies to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to

<div style="margin-left: 2em;">

Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1533; Filed: 4/11/2016]

b) Response of Mayer Enterprises, Inc., dba BCT Houston/Dallas to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1542; Filed: 4/18/2016]

c) Objection of Enterprise Printing & Products Corp. to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim [Docket No. 1548; Filed: 4/22/2016]

d) Withdrawal of Zebra Technologies' Response to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2012; Filed 6/28/16]

</div>

Status: This matter has been resolved with respect to the claims of Mayer Enterprises, Inc., dba BCT Houston/Dallas, and Enterprise Printing and Products Corp. Counsel will file a notice of withdrawal in regards to these claims. Zebra Technologies has withdrawn its Response to the Objection and agreed to entry of the proposed order. A Certification of Counsel with proposed order will be filed reflecting same. An order has been entered with respect to all other claims.

6. Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1984; Filed: 5/24/2016]

Response Deadline: June 9, 2016 at 4:00 p.m. (Extended to July 15, 2016 at 4:00 p.m. as to Kirkwood Direct and JBR Industrial Services, LLC, only)

Related Document(s):

a) Order Sustaining Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2011; Entered: 6/28/2016]

Response(s) Received:

a) ImageMaker Graphics' Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1992; Filed: 6/9/2016]

    b)    Triangle Systems' Reply to Debtor's Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1994; Filed: 6/14/2016]

    c)    American Reprographics Company's Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1998; Filed: 6/17/2016]

    d)    Kirkwood Direct's Response in Opposition to Standard Register, Inc.'s Fourth Omnibus Objection to Section 503(b)(9) Claims [Docket No. 2017; Filed: 7/15/2016]

    e)    Informal Response from JBR Industrial Services, LLC

Status: This matter has been continued to the next omnibus hearing scheduled for November 2, 2016 at 10:00 a.m. with respect to the claims of JBR Industrial Services, LLC, and Kirkwood Direct. This matter has been resolved with respect to all other claims. Counsel will file a notice of withdrawal with respect to the resolved claims.

7. Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief [Adv. Proc. No. 15-51775; Docket No. 1; Filed: 10/30/2015]

Answer Deadline: December 7, 2015 (extended to October 4, 2016 for Bank of America, N.A., and Wells Fargo Bank, N.A.; extended to August 11, 2016 for SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V.; extended to July 25, 2016 for Silver Point Capital Fund, L.P., SPCP Group, LLC, SPCP Group III, LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP Workflow Holdings, Inc.)

Related Document(s):

    a)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 3; Filed: 11/5/2015]

    b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 4; Filed: 11/5/2015]

c)   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 5; Filed: 11/5/2015]

d)   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 6; Filed: 11/5/2015]

e)   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 7; Filed: 11/5/2015]

f)   Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 8; Filed: 12/4/2015]

g)   Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 9; Filed: 12/7/2015]

h)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 10; Filed: 12/9/2015]

i)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 14; Entered: 1/4/2016]

j)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 17; Filed: 1/28/2016]

k)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 19; Entered: 1/29/2016]

l)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 21; Entered: 2/26/2016]

m)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 22; Filed: 3/9/2016]

n)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 26; Filed: 4/1/2016]

o)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 27; Entered: 4/1/2016]

p)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 32; Entered: 5/4/2016]

q)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 33; Filed: 5/5/2016]

r)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 38; Entered: 6/2/2016]

s)   Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 40; Entered: 6/21/2016]

t)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 41; Filed: 6/22/2016]

u)   Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 45; Filed: 7/20/2016]

v)   Stipulation for Extension of Time for Defendants Silver Point Capital Fund, L.P., SPCP Group, LLC, SPCP Group III, LLC, SPF CDO I, Ltd., Silver Point Finance, LLC, and SP Workflow Holdings, Inc. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 46; Filed: 7/20/2016]

w)   Stipulation for Extension of Time for Defendants SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de C.V., and Standard Register de Mxico, S. de R.L. de C.V. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 47; Filed: 7/20/2016]

x)   Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 48; Filed: 7/22/2016]

y)   Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 54; Filed: 7/28/2016]

z)   Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 56; Filed: 8/3/2016]

aa)  Stipulation for Extension of Time for Defendants SRC Liquidation Company, SR Liquidation Holding Company, SR Liquidation Technologies, Inc., SR Liquidation International, Inc., iMLiquidation, LLC, SR Liquidation of Puerto Rico Inc., SR Liquidation Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., SR Liquidation Technologies Canada ULC, Standard Register Servicios, S. de R.L. de

        C.V., and Standard Register de Mxico, S. de R.L. de C.V. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 57; Filed: 8/4/2016]

bb) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 58; Filed: 8/10/2016]

cc) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 61; Filed: 8/18/2016]

dd) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 66; Filed: 8/29/2016]

ee) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 67; Filed: 8/29/2016]

ff) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 72; Filed: 9/12/2016]

gg) Stipulation for Extension of Time for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 73; Filed: 9/21/2016]

hh) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 74; Filed: 9/23/2016]

Response(s) Received:

a) Silver Point Defendants' Motion to Dismiss the Complaint [Adv. Proc. No. 15-51775; Docket No. 52; Filed: 7/27/2016]

b) Memorandum of Law in Support of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 53; Filed: 7/27/2016]

c) DLJ Defendants' Motion to Dismiss and Joinder to The Silver Point Defendants' Motion to Dismiss the Adversary Complaint [Adv. Proc. No. 15-51775; Docket No. 55; Filed: 8/2/2016]

d) SRC Defendants' Joinder in and Adaptation of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 59; Filed: 8/11/2016]

  e) Response of CareSource and CareSource Management Group Co. in Opposition to (I) Silver Point Defendants' Motion to Dismiss the Complaint, (II) DLJ Defendants' Motion to Dismiss and Joinder to the Silver Point Defendants' Motion to Dismiss the Adversary Complaint and (III) SRC Defendants' Joinder in and Adaptation of Silver Point Defendants' Motion to Dismiss the Complaint [Adv. Proc. No. 15-51775; Docket No. 60; Filed: 8/17/2016]

  f) Reply Memorandum of Law in Support of Silver Point Defendants' Motion to Dismiss Complaint [Adv. Proc. No. 15-51775; Docket No. 62; Filed: 8/24/2016]

  g) DLJ Defendants' Joinder to The Silver Point Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss the Adversary Complaint [Adv. Proc. No. 15-51775; Docket No. 63; Filed: 8/26/2016]

 Status: The pre-trial conference has been continued to a date to be determined.

8. Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

 Objection Deadline: September 2, 2016 at 4:00 p.m. (extended for certain parties)

 Related Document(s):

  a) Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

  b) Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

 Response(s) Received:

  a) Richardson Seating Corporation's Opposition to Standard Register Inc.'s Objection to Section 503(b)(9) Claims [Docket No. 2047; Filed: 8/22/2016]

54810752.3

b) Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2059; Filed 9/02/16]

c) American Litho, Inc.'s Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2060; Filed: 9/2/2016]

d) Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

e) Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016

f) Cenveo Corporation's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1  [Docket No. 2066; Filed: 9/08/16]

g) Informal Response of Ward Kraft Inc.

h) Informal Response of Leedsworld, Inc.

i) Informal Response of Bullet Line Inc.

j) Informal Response of Bluestar Inc.

k) Informal Response of BCT Bethel Park

l) Informal Response of Bradford & Bigelow Inc.

m) Informal Response of Dupli Envelope & Graphics Inc.

n) Informal Response of Raff Printing Inc.

o) Informal Response of Quality Forms

p) Informal Response of Tape and Label Graphic Systems Inc.

q) Informal Response of Kahny Printing, Inc.

54810752.3

    Status:    This matter has been resolved with respect to the claims of Kahny Printing, Inc., Richardson Seating Corporation, and American Litho, Inc. Counsel will file a notice of withdrawal in regard to these claims. This matter has been continued to the next omnibus hearing scheduled for November 2, 2016 at 10:00 a.m. with respect to the claims of all other parties that submitted a formal or informal response. A revised form of order will be filed under certification of counsel with respect to all non-responding claimants. No hearing is necessary unless the Court directs otherwise.

9. SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims [Docket No. 2043; Filed: 8/16/2016]

    Response Deadline:    September 9, 2016 at 4:00 p.m.

    Related Document(s):

        a) Certificate of No Objection Regarding SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims [Docket No. 2072; Filed: 9/13/2016]

        b) Notice of Submission of Copies of Proofs of Claim for First Omnibus (Substantive) Objection to Reclassify Certain Claims [Docket No. 2074; Filed: 9/14/2016]

        c) Order Granting SRC Secured Creditor Trust's First Omnibus (Substantive) Objection to Reclassify Certain Claims [Docket No. 2083; Entered: 9/21/2016]

    Response(s) Received:    None.

    Status:    An order has been entered. No hearing is necessary.

10. Sixth Notice of Satisfaction of Claims [Docket No. 2050; Filed: 8/26/2016]

    Objection Deadline:    September 12, 2016 at 4:00 p.m.

    Related Document(s):    None.

    Response(s) Received:

        a) Objection by United Mail, Inc. [Docket No. 2067; Filed: 9/8/2016]

        b) Amended Objection by United Mail, Inc. [Docket No. 2068; Filed: 9/8/2016]

    c)    American Litho, Inc.'s Response to SRC Liquidation LLC's Sixth (6th) Notice of Satisfaction of Claims [Docket No. 2070; Filed: 9/12/2016]

<u>Status</u>:    This matter has been withdrawn with respect to United Mail, Inc. and American Litho, Inc. No hearing is necessary.

Dated: September 26, 2016
       Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*

54810752.3