IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | |
| SRC LIQUIDATION, LLC, | * | (CHAPTER 11) |
|     Debtor | * | CASE NO. 15-10541 (BLS) |
| * * * * * * * * * * * | * | |
| | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * *

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Frank E. Noyes, II, a member in good standing of the bar of the State of Delaware, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and Local Rule 9010-1, moves the admission *pro hac vice* of Glenn D. Solomon (the "Admittee") of the law firm of Offit Kurman, P.A., 8171 Maple Lawn Boulevard, Suite 200, Maple Lawn, Maryland 20759, to represent The Envelope Printery, Inc. in the above-captioned case, including Adversary Number 16-50504.

The Admittee is a member in good standing of the bars of the State of Maryland and the United States District Court for the District of Maryland.

Date:  September 28, 2016

                                                                         /s/ Frank E. Noyes, II
                                                                         Frank E. Noyes, II, Esquire (No. 3988)
                                                                          Offit Kurman, P.A.
                                                                          10 Penn Center
                                                                          1801 Market Street, Suite 2300
                                                                          Philadelphia, Pennsylvania 19103
                                                                          Telephone:  (267) 338-3100
                                                                          Facsimile:  (267) 338-1335
                                                                          Email:  fnoyes@offitkurman.com

                                                                          Attorneys for The Envelope Printery, Inc.

## CERTIFICATION OF GLENN D. SOLOMON

Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions recited above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation for, these cases as provided in Local Rule 83.6 of the United States District Court for the District of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Glenn D. Solomon
Glenn D. Solomon
Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, Maryland 20759
Telephone: (443) 738-1522
Facsimile: (301) 575-0335
Email: gsolomon@offitkurman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

_____
Brendan L. Shannon
United States Bankruptcy Judge
Wilmington, Delaware

4815-2968-2489, v. 1