# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. **2036** |

### CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

The undersigned hereby certifies as follows:

1. On August 8, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2036] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as September 2, 2016 at 4:00 p.m. (ET) (the "Response Deadline") and was extended for various parties that submitted formal and informal responses (as to each, the "Applicable Response Deadline").

2. Prior to the Applicable Response Deadline, SRI received the following formal and informal responses to the Objection:

   a. Richardson Seating Corporation's Opposition to Standard Register Inc.'s Objection to Section 503(b)(9) Claims [Docket No. 2047; Filed: 8/22/2016]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

b. Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2059; Filed 9/02/16]

c. American Litho, Inc.'s Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2060; Filed: 9/2/2016]

d. Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

e. Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016

f. Cenveo Corporation's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1  [Docket No. 2066; Filed: 9/08/16]

g. Informal Response of Ward Kraft Inc.

h. Informal Response of Leedsworld, Inc.

i. Informal Response of Bullet Line Inc.

j. Informal Response of Bluestar Inc.

k. Informal Response of BCT Bethel Park

l. Informal Response of Bradford & Bigelow Inc.

m. Informal Response of Dupli Envelope & Graphics Inc.

n. Informal Response of Raff Printing Inc.

o. Informal Response of Quality Forms

p. Informal Response of Tape and Label Graphic Systems Inc.

q. Informal Response of Kahny Printing, Inc.

3. This matter has been resolved with respect to the Response of Richard Seating Corporation [Claim No. 733] and a Notice of Withdrawal of the Objection as to Claim No. 733 will be filed. Exhibit B to the Proposed Form of Order attached hereto as Exhibit 1 has been revised to remove Claim No. 733.

4. This matter has also been resolved with respect to the Response of American Litho, Inc. [Claim No. 2365] with SRI agreeing to modify the language in paragraph 2 of the Proposed Form of Order to clarify that the American Litho, Inc.'s asserted Section 503(b)(9) claim is not being disallowed in its entirety. The revised Proposed Form of Order attached hereto as Exhibit 1 states that "[t]he Modified 503(b)(9) Amounts listed on Exhibits A-C shall be deemed the allowed Section 503(b)(9) amounts for each respective Disputed Claim." This language replaces the original language in paragraph 2 of the Proposed Form of Order stating that the Disputed Claims listed on Exhibits A-C were being disallowed in their entirety as claims entitled to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy Code. American Litho, Inc., through its counsel, has expressed approval of the revised Proposed Form of Order attached hereto as Exhibit 1 in resolution of its Response to the Objection.

5. This matter has also been resolved with respect to the informal Response of Kahny Printing, Inc. [Claim No. 297] and a Notice of Withdrawal of the Objection as to Claim No. 297 will be filed. Exhibits A, B, and C to the Proposed Form of Order attached hereto as Exhibit 1 have been revised to remove Claim No. 297.

6. The hearing on the Objection has been continued to the next omnibus hearing on November 2, 2016 at 10:00 a.m. with respect to the claims of all other parties referenced in

paragraph 2(a)-(q) above that submitted a formal or informal response to the Objection (the "Responding Parties"). Exhibits A through C to the attached Proposed Form of Order have been revised to remove reference to the claims of the Responding Parties.

7. The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon except for the responses noted in paragraph 2(a)-(q) of this Certification.

8. WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Dated: September 29, 2016　　　　**WERB & SULLIVAN**
Wilmington, DE

　　　　　　　　　　　　　　　　*/s/ Matthew P. Austria*
　　　　　　　　　　　　　　　　Matthew P. Austria (DE No. 4827)
　　　　　　　　　　　　　　　　300 Delaware Avenue, 13th Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　(For courier: 19801)
　　　　　　　　　　　　　　　　Telephone: (302) 652-1100
　　　　　　　　　　　　　　　　Facsimile: (302) 652-1111
　　　　　　　　　　　　　　　　E-mail: maustria@werbsullivan.com
　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　**GRAY, PLANT, MOOTY,**
　　　　　　　　　　　　　　　　**MOOTY & BENNET, P.A.**
　　　　　　　　　　　　　　　　Phillip Bohl (MN No. 139191)
　　　　　　　　　　　　　　　　Abigail McGibbon (MN No. 393263)
　　　　　　　　　　　　　　　　500 IDS Center
　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　Telephone: (612) 632-3019
　　　　　　　　　　　　　　　　Facsimile: (612) 632-4019
　　　　　　　　　　　　　　　　Email: phillip.bohl@gpmlaw.com
　　　　　　　　　　　　　　　　Email: abigail.mcgibbon@gpmlaw.com

　　　　　　　　　　　　　　　　*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*