## EXHIBIT 1
### PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 2036** |

### ORDER SUSTAINING STANDARD REGISTER INC.'s FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") [D.I. 2036] and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The objection is SUSTAINED as set forth herein.

2.      The Modified 503(b)(9) Amounts listed on Exhibits A-C shall be deemed the allowed Section 503(b)(9) amount for each respective Disputed Claim.

3.      The Modified General Unsecured Amounts listed on Exhibits A-C shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4.      The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

6.      SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated: _____, 2016
       Wilmington, DE                          _____
                                               Brendan L. Shannon
                                               Chief United States Bankruptcy Judge

## Exhibit A
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN LITHO INC | 2365 | 93,774.93 | 137,140.68 | 5,306.56 | 131,834.12 | Drop Ship |
| 2 | APEX COLOR | 1512 | 80,089.09 | 196,179.24 | 66,605.18 | 129,574.06 | Drop Ship |
| 3 | BAG MAKERS INC | 1693 | 10,627.96 | 35,697.99 | 4,056.08 | 31,641.91 | Drop Ship |
| 4 | CUSTOM INDEX INC | 1944 | 28,728.14 | 119,594.83 | 3,093.19 | 116,501.64 | Drop Ship |
| 5 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Drop Ship |
| 6 | DIVERSIFIED LABELING SOLUTIONS INC | 627 | 33,552.09 | 33,883.33 | 13,051.36 | 20,831.97 | Drop Ship |
| 7 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Drop Ship |
| 8 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Drop Ship |
| 9 | FLAGSHIP PRESS | 903 | 21,598.06 | 114,442.71 | 1,955.10 | 112,487.61 | Drop ship |
| 10 | FOREMOST COMMUNICATIONS | 270 | 12,159.51 | 12,159.51 | 1,753.92 | 10,405.59 | Drop ship |
| 11 | HIGHLAND COMPUTER FORMS INC | 1400 | 13,802.05 | 21,138.72 | 1,684.71 | 19,454.01 | Drop ship |
| 12 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Drop Ship |
| 13 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Drop ship |
| 14 | PAPERCONE CORP | | 1,862 | 62,767.06 | 294.25 | 62,472.81 | Drop ship |
| 15 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Drop ship |
| 16 | REYNOLDS AND REYNOLDS CO | 1478 | 26,358.72 | 164,043.61 | 23,506.78 | 114,178.11 | Drop ship |
| 17 | SEMCO USA | 951 | 9,893.14 | 60,597.78 | 5983.98 | 54,613.80 | Drop ship |
| 18 | VANTAGE CUSTOM CLASSICS | 917 | 4,904.95 | 26,201.94 | 223.94 | 25,978.00 | Drop ship |
| 19 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Drop Ship |
| 20 | WISE BUSINESS FORMS | 1345 | 27,550.00 | 66,550.00 | 11,913.26 | 54,636.74 | Drop ship |

## Exhibit B
**Claims Not for Goods**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AAKRON RULE CORP | 1636 | 13,294.17 | 13,294.17 | 532 | 12,762.17 | Not for Goods |
| 2 | AMERICAN LITHO INC | 2365 | 93,774.93 | 137,140.68 | 5,306.56 | 131,834.12 | Not for Goods |
| 3 | APEX COLOR | 1512 | 80,089.09 | 196,179.24 | 66,605.18 | 129,574.06 | Not for Goods |
| 4 | BAG MAKERS INC | 1693 | 10,627.96 | 35,697.99 | 4,056.08 | 31,641.91 | Not for Goods |
| 5 | CANTERBURY PRESS LLC | 286 | 35,789.10 | 35,789.10 | 6,693.00 | 29,096.10 | Not for Goods |
| 6 | CUSTOM INDEX INC | 1944 | 28,728.14 | 119,594.83 | 3,093.19 | 116,501.64 | Not for Goods |
| 7 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Not for Goods |
| 8 | DIVERSIFIED INNOVATIVE PRODUCTS CO., INC. DBA DIP COMPANY | 520 | 523.06 | 1,374.28 | 440.00 | 934.28 | Not for Goods |
| 9 | DIVERSIFIED LABELING SOLUTIONS INC | 627 | 33,552.09 | 33,883.33 | 13,051.36 | 20,831.97 | Not for Goods |
| 10 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Not for Goods |
| 11 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Not for Goods |
| 12 | FLAGSHIP PRESS | 903 | 21,598.06 | 114,442.71 | 1,955.10 | 112,487.61 | Not for Goods |
| 13 | FOREMOST COMMUNICATIONS | 270 | 12,159.51 | 12,159.51 | 1,753.92 | 10,405.59 | Not for Goods |
| 14 | HIGHLAND COMPUTER FORMS INC | 1400 | 13,802.05 | 21,138.72 | 1,684.71 | 19,454.01 | Not for Goods |

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 15 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Not for Goods |
| 16 | MILLCRAFT PAPER CO | 848 | 20,713.44 | 20,713.44 | 9,360.55 | 11,352.89 | Not for Goods |
| 17 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Not for Goods |
| 18 | PAPERCONE CORP | 1531 | 1,862 | 62,767.06 | 294.25 | 62,472.81 | Not for Goods |
| 19 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Not for Goods |
| 20 | REYNOLDS AND REYNOLDS CO | 1478 | 26,358.72 | 164,043.61 | 23,506.78 | 114,178.11 | Not for Goods |
| 21 | SEMCO USA | 951 | 9,893.14 | 60,597.78 | 5983.98 | 54,613.80 | Not for Goods |
| 22 | SUPER WEB DIGITAL, INC | 856 | 4,686.24 | 4,686.24 | 245.35 | 4,440.89 | Not for Goods |
| 23 | VANTAGE CUSTOM CLASSICS | 917 | 4,904.95 | 26,201.94 | 223.94 | 25,978.00 | Not for Goods |
| 24 | WEB GRAPHICS | 1571 | 1,105.24 | 1,105.24 | 202.88 | 902.36 | Not for Goods |
| 25 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Not for Goods |
| 26 | WISE BUSINESS FORMS | 1345 | 27,550.00 | 66,550.00 | 11,913.26 | 54,636.74 | Not for Goods |

<u>Exhibit C</u>
**Claim Received Outside of 20 Days**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AAKRON RULE CORP | 1636 | 13,294.17 | 13,294.17 | 532 | 12,762.17 | Outside of 20 days |
| 2 | CANTERBURY PRESS LLC | 286 | 35,789.10 | 35,789.10 | 6,693.00 | 29,096.10 | Outside of 20 days |
| 3 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Outside of 20 days |
| 4 | DUCUPLEX INC | 427 | 28,131,99 | 65,482.45 | 9,181.41 | 56,301.04 | Outside of 20 days |
| 5 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Outside of 20 days |
| 6 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Outside of 20 days |
| 7 | MILLCRAFT PAPER CO | 848 | 20,713.44 | 20,713.44 | 9,360.55 | 11,352.89 | Outside of 20 days |
| 8 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Outside of 20 days |
| 9 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Outside of 20 days |
| 10 | SUPER WEB DIGITAL INC | 856 | 4,686.24 | 4,686.24 | 245.35 | 4,440.89 | Outside of 20 days |
| 11 | WEB GRAPHICS | 1571 | 1,105.24 | 1,105.24 | 202.88 | 902.36 | Outside of 20 days |
| 12 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Outside of 20 days |