## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2089] [Docket No. 75, Adv. Pro. 15-51775]

- Seventh Notice of Satisfaction of Claims [Docket No. 2090]

On September 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fifth Omnibus Claimants Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2089] [Docket No. 75, Adv. Pro. 15-51775]

On September 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit C**:

- Seventh Notice of Satisfaction of Claims [Docket No. 2090]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: September 29, 2016

_Rafael Stitt_ (signature)

Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 29, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 11136

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B
Fifth Omnibus Claimants Service List
Served as set forth below

| Name | Address1 | Address2 | Address3 | City | State | PostalCode | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| AAKRON RULE CORP | PO BOX 418 | | | Akron | NY | 14001 | | First Class Mail |
| American Litho, Inc. | Attn: Kevin R. Krantz, Esq. | 401 Huehl Road, Suite 2A | | Northbrook | IL | 60062 | kkrantz.counsel@gmail.com | First Class Mail and Email |
| American Litho, Inc. | Shannon L. Deeby | Clark Hill PLC | 151 S. Old Woodward Ave, Suite 200 | Birmingham | MI | 48009 | sdeeby@clarkhill.com | First Class Mail and Email |
| Arlington Printing and Stationers, Inc., doing business as Apex Color | c/o Robert A. Heekin, Jr., Esq. | Thames Markey & Heekin, P.A. | 50 North Laura Street, Suite 1600 | Jacksonville | FL | 32207 | rah@tmhlaw.net | First Class Mail and Email |
| Bag Makers, Inc. | 6606 S. Union Rd. | | | Union | IL | 60180 | scott@bagmakersinc.com | First Class Mail and Email |
| BCT - Business Cards Tomorrow - Bethel Park | Attn: Paul Meinert | PO Box 667 | 5309 Enterprise Blvd | Bethel Park | PA | 15102 | paul@bctpgh.com | First Class Mail and Email |
| Bradford & Bigelow, Inc. | 3 Perkins way | | | Newburyport | MA | 01950 | cfrederico@bradford-bigelow.com | First Class Mail and Email |
| Bullet Line, LLC | Accounts Receivable and Credit Manager | Attn: Altovise Langston | 6301 East 10th Avenue, Suite 110 | Hialeah | FL | 33013 | | First Class Mail |
| Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | | First Class Mail |
| CANTERBURY PRESS LLC | 120 INTERSTATE N PKWY E STE 200 | | | Atlanta | GA | 30339 | allan@canterburypress.net; rhondaw@canterburypress.net | First Class Mail and Email |
| Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch | 6515 N. 12th Street, Suite B | Phoenix | AZ | 85014 | andy@mhlawaz.com; ethan@mhlawaz.com | First Class Mail and Email |
| Cohber Press, Inc. | c/o Bond, Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq. | One Lincoln Center | Syracuse | NY | 13202 | stemes@bsk.com | First Class Mail and Email |
| CUSTOM INDEX INC | 1130 MILITARY ROAD | | | Buffalo | NY | 14217 | ppochepan@hoganwillig.com | First Class Mail and Email |
| CUSTOM INDEX INC | Paul M. Pochepan | HoganWillig | 2410 N. Forest Road, Suite 301 | Getzville | NY | 14068 | | First Class Mail |
| Design Type Inc. | Paul M. Pochepan | Attorney for Creditor HoganWillig | 2410 N. Forest Road, Suite 301 | Getzville | NY | 14068 | ppochepan@hoganwillig.com | First Class Mail and Email |
| Diversified Innovative Products Co., Inc. (DBA DIP Company) | 1670 Spectrum Dr. | | | Lawrenceville | GA | 30043 | sheryl@designtype.com | First Class Mail and Email |
| Diversified Labeling Solutions, Inc. | DIP Company | 1775 GUNNISON AVENUE | | Delta | CO | 81416 | ccrawford@dipworldwide.com | First Class Mail and Email |
| DOCUPLEX | c/o Nancy Grisanzio | 1285 Hamilton Parkway | | Itasca | IL | 60143 | ngrisanzio@teamdls.com | First Class Mail and Email |
| Dunbrooke Apparel Corp. | 4200 Little Blue Parkway-Suite 500 | | | Independence | MO | 64057 | cmccarthy@dunbrooke.com | First Class Mail and Email |
| Dunbrooke Apparel Corp. | Jim Hudson | 630 N. Pennsylvania Ave. | | Wichita | KS | 67214 | jhudson@docuplex.com | First Class Mail and Email |
| Dupli Envelope and Graphics, Inc. | PO Box 71462 | | | Chicago | IL | 60694-1462 | | First Class Mail |
| FLAGSHIP PRESS INC | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | Syracuse | NY | 13202 | nsmith@mackenziehughes.com | First Class Mail and Email |
| Foremost Graphics, LLC | 150 FLAGSHIP DR | | | North Andover | MA | 01845 | | First Class Mail and Email |
| HAWKS TAG | PO BOX 541207 | | | Cincinnati | OH | 45254 | dave@hawkstag.com | First Class Mail and Email |
| HAWKS TAG | Terry L. Zabel - Rhoades McKee PC | 55 Campau Avenue, N.W., Suite 300 | | Grand Rapids | MI | 49503 | tlzabel@rhoadesmckee.com | First Class Mail and Email |
| HIGHLAND COMPUTER FORMS | David Hawks | 1029 Seabreak Way | | Cincinnati | OH | 45245 | | First Class Mail |
| HIGHLAND COMPUTER FORMS | PO BOX 145400 | | | Cincinnati | OH | 45250-5400 | rsmith@hcf.com | First Class Mail and Email |
| IFS FILING SYSTEMS LLC | 1130 MILITARY RD | | | BUFFALO | NY | 14217 | | First Class Mail |
| IFS FILING SYSTEMS LLC | Robert D. Wilson | President | 1025 W. Main Street | Hillsboro | OH | 45133 | | First Class Mail |
| Kahny Printing, Inc | Paul M. Pochepan, Attorney for Creditor | HoganWillig | 2410 N. Forest Road, Suite 301 | Getzville | NY | 14068 | | First Class Mail |
| Leedsworld, Inc. | Attn: Linda Reilly | 4766 River Road | | Cincinnati | OH | 45233 | linda@kahny.com | First Class Mail and Email |
| Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | | First Class Mail |
| MillCraft | c/o Eric McMahon, Credit Manager | Polyconcept North America | 400 Hunt Valley Road | New Kensington | PA | 15068 | | First Class Mail |
| Nationwide Envelope Specialists, Inc. | Attn: Sonia Sawyer-Petrous | 6800 Grant Avenue | | Cleveland | OH | 44105 | sonia@millcraft.com | First Class Mail and Email |
| PAPERCONE CORPORATION | c/o Kotz Sangster Wysocki P.C. | Thomas J. Vitale (P74083) | 400 Renaissance Center, Ste. 3400 | Detroit | MI | 48243 | tvitale@kotzsangster.com | First Class Mail and Email |
| Par One, Inc. | 3200 FERN VALLEY ROAD | | | Louisville | KY | 40213 | pam_johansen@papercone.com | First Class Mail and Email |
| QUALITY FORMS | 3807 King Ave | | | Cleveland | OH | 44114 | sylvia@par-one.com | First Class Mail and Email |
| RAFF PRINTING INC | 4317 WEST US ROUTE 36 | PO BOX 1176 | | PIQUA | OH | 45356 | | First Class Mail |
| RAFF PRINTING INC | PO BOX 42365 | | | Pittsburgh | PA | 15203 | | First Class Mail |
| Richardson Seating Corporation | c/o Schiff Hardin LLP | Attn: Jeffrey D. Eaton | 233 S. Wacker Dr., Suite 6600 | Chicago | IL | 60606 | jeaton@schiffhardin.com | First Class Mail and Email |
| Richardson Seating Corporation | Robert J. Saurin | Attorney Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 | robertg@kgattorneys.com | First Class Mail and Email |
| SANMAR CORPORATION | Attn: Ira Lichtenstein | 2545 W. Arthington Street | | Chicago | IL | 60612 | IBL@richardsonseating.com | First Class Mail and Email |
| Semco USA | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | Issaquah | WA | 98029 | chrisb@sanmar.com; danasteffens@sanmar.com | First Class Mail and Email |
| Semco USA | c/o Politan Law, LLC | Mark J. Politan, Esq. | 88 East Main Street, #502 | Mendham | NJ | 07945 | mpolitan@politanlaw.com | First Class Mail and Email |
| SUPER WEB DIGITAL INC | PO Box 2040 | | | W. Caldwell | NJ | 07007-2040 | | First Class Mail |
| Tape & Label Graphic Systems, Inc. | 97 LAMAR STREET | | | West Babylon | NY | 11704 | jgarbarino@superwebdigital.com | First Class Mail and Email |
| The Reynolds and Reynolds Company | 442 W. Fullerton Ave. | | | Elmhurst | IL | 60126 | rdanosky@tigraphic.com | First Class Mail and Email |
| United Radio Incorporated - d/b/a BlueStar | c/o Thompson Hine LLP | Attn: Jonathan S. Hawkins, Esq. | 10050 Innovation Drive, Suite 400 | Miamisburg | OH | 45342 | jonathan.hawkins@thompsonhine.com | First Class Mail and Email |
| VANTAGE CUSTOM CLASSICS | c/o Jeffrey S. Rosenstiel, Esq. | GRAYDON HEAD & RITCHEY LLP | 2400 Chamber Center Drive, Suite 300 | Fort Mitchell | KY | 41017 | jrosenstiel@graydon.com | First Class Mail and Email |
| Ward/Kraft Inc. | 100 VANTAGE DR | PO BOX 60 | | AVENEL | NJ | 07001 | gaild@vantageapparel.com | First Class Mail and Email |
| WEB GRAPHICS | 2401 Cooper St | | | Fort Scott | KS | 66701 | cfarmer@wardkraft.com | First Class Mail and Email |
| Western States Envelope and Label Co. | PO BOX 267 | | | Hageman | NY | 12086 | dmandrews@taylorcorp.com; mrunkowski@taylorcorp.com | First Class Mail and Email |
| Wise Business Forms, Inc. | c/o Kohner, Mann & Kailas, S.C. | 4650 North Port Washington Road | | Milwaukee | WI | 53212 | kmksc@kmksc.com; Swisotzkey@kmksc.com | First Class Mail and Email |
| Wise Business Forms, Inc. | Mark Wells, Controller | 555 MacFarland 400 Drive | | Alpharetta | GA | 30004 | mwells@wbf.com | First Class Mail and Email |
| World Media Group, Inc | Mark Duedall, Esq. | Bryan Cave LLP | 1201 West Peachtree Street, 14th Floor | Atlanta | GA | 30309 | mark.duedall@bryancave.com | First Class Mail and Email |
| | 6737 E. 30th Street | | | Indianapolis | IN | 46219 | Accounting@worldmediaGroup.com | First Class Mail and Email |

In re SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C
Affected Claimants Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Email | Method of Service |
|------|-----------|-----------|-----------|------|-------|----------|-------|-------------------|
| Appleone Employment Services | 327 West Broadway | | | Glendale | CA | 91204 | | First Class Mail |
| Arrow Exterminators | 2695 Leeshire Road, Suite 200 | | | Tucker | GA | 30084 | negacommercial@arrowexterminators.com | First Class Mail and Email |
| BLUE CROSS BLUE SHIELD OF SC | I 20 ALPINE ROAD | MAIL CODE AX234 | ATTN: CRAIG CHILDS | COLUMBIA | SC | 29219 | | First Class Mail |
| CARDINAL HEALTH | 7000 CARDINAL PLACE | | | DUBLIN | OH | 43017 | | First Class Mail |
| Carrier Corporation | Attn: Amy Hatch | Bldg TR-S | PO Box 4808 | Syracuse | NY | 13221 | amy.hatch@carrier.utc.com | First Class Mail and Email |
| Carrier Corporation | One Carrier Place | | | Farmington | CT | 06034-4018 | | First Class Mail |
| City of Dayton | 101 W THIRD ST | | | DAYTON | OH | 45402 | | First Class Mail |
| City Of Dayton | Attn: Finance | 101 W THIRD ST | | DAYTON | OH | 45402 | james.delay@daytonohio.gov | First Class Mail and Email |
| City Of Dayton | PO Box 632094 | | | Cincinnati | OH | 45263 | | First Class Mail |
| City of Dayton | PO Box 740575 | | | Cincinnati | OH | 45263 | james.delay@daytonohio.gov | First Class Mail and Email |
| Dayton Power and Light Company | 1065 Woodman Drive | | | Dayton | OH | 45432 | fran.davidson@dplinc.com | First Class Mail and Email |
| FIFTH THIRD BANK | PO BOX 740523 | | | CINCINNATI | OH | 45274-0523 | | First Class Mail |
| HEIDELBERG U S A | 1000 GUTENBERG DRIVE | | | KENNESAW | GA | 30144-7028 | pat.colihan@heidelberg.com | First Class Mail and Email |
| LEGACY | 6 PAUWELS DRIVE | | | WASHINGTON | MO | 63090 | dave@legacyemb.com | First Class Mail and Email |
| PacifiCorp dba Rocky Mountain Power & Pacific Power | PO Box 25308 | | | SALT LAKE CITY | UT | 84125 | | First Class Mail |
| PARTNERS HEALTHCARE SYSTEM INC | 529 MAIN ST STE 510 | | | CHARLESTOWN | MA | 02129 | | First Class Mail |
| PRIME ADVANTAGE CORPORATION | 625 N Michigan Ave  Suite 1200 | | | CHICAGO | IL | 60611-2192 | trice@primeadvantage.com | First Class Mail and Email |
| SCHNEIDER ELECTRIC BLDG AMERICAS INC | PO BOX 841868 | | | DALLAS | TX | 75284-1868 | | First Class Mail |