**Exhibit A**
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN LITHO INC | 2365 | 93,774.93 | 137,140.68 | 5,306.56 | 131,834.12 | Drop Ship |
| 2 | APEX COLOR | 1512 | 80,089.09 | 196,179.24 | 66,605.18 | 129,574.06 | Drop Ship |
| 3 | BAG MAKERS INC | 1693 | 10,627.96 | 35,697.99 | 4,056.08 | 31,641.91 | Drop Ship |
| 4 | CUSTOM INDEX INC | 1944 | 28,728.14 | 119,594.83 | 3,093.19 | 116,501.64 | Drop Ship |
| 5 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Drop Ship |
| 6 | DIVERSIFIED LABELING SOLUTIONS INC | 627 | 33,552.09 | 33,883.33 | 13,051.36 | 20,831.97 | Drop Ship |
| 7 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Drop Ship |
| 8 | DUNBROOKE APPAREL CORP | 237 | | | | | Drop Ship |
| 9 | FLAGSHIP PRESS | 903 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Drop Ship |
| 10 | FOREMOST COMMUNICATIONS | 270 | 21,598.06 | 114,442.71 | 1,955.10 | 112,487.61 | Drop ship |
| 11 | HIGHLAND COMPUTER FORMS INC | 1400 | 12,159.51 | 12,159.51 | 1,753.92 | 10,405.59 | Drop ship |
| 12 | IFS Filing Systems, LLC | 1941 | 13,802.05 | 21,138.72 | 1,684.71 | 19,454.01 | Drop ship |
| 13 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Drop Ship |
| 14 | PAPERCONE CORP | | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Drop ship |
| 15 | PAR ONE | 143 | 1,862 | 62,767.06 | 294.25 | 62,472.81 | Drop ship |
| 16 | REYNOLDS AND REYNOLDS CO | 1478 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Drop ship |
| 17 | SEMCO USA | 951 | 26,358.72 | 164,043.61 | 23,506.78 | 114,178.11 | Drop ship |
| 18 | VANTAGE CUSTOM CLASSICS | 917 | 9,893.14 | 60,597.78 | 5983.98 | 54,613.80 | Drop ship |
| 19 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 4,904.95 | 26,201.94 | 223.94 | 25,978.00 | Drop ship |
| 20 | WISE BUSINESS FORMS | 1345 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Drop Ship |
| | | | 27,550.00 | 66,550.00 | 11,913.26 | 54,636.74 | Drop ship |