## Exhibit C
### Claim Received Outside of 20 Days

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | AAKRON RULE CORP | 1636 | 13,294.17 | 13,294.17 | 532 | 12,762.17 | Outside of 20 days |
| 2 | CANTERBURY PRESS LLC | 286 | 35,789.10 | 35,789.10 | 6,693.00 | 29,096.10 | Outside of 20 days |
| 3 | DESIGN TYPE INC | 87 | 10,630.56 | 26,825.55 | 1,247.82 | 25,577.73 | Outside of 20 days |
| 4 | DUCUPLEX INC | 427 | 28,131.99 | 65,482.45 | 9,181.41 | 56,301.04 | Outside of 20 days |
| 5 | DUNBROOKE APPAREL CORP | 237 | 7,159.48 | 19,737.47 | 239.60 | 19,497.87 | Outside of 20 days |
| 6 | IFS Filing Systems, LLC | 1941 | 25,831.61 | 58,482.76 | 1,640.00 | 56,842.76 | Outside of 20 days |
| 7 | MILLCRAFT PAPER CO | 848 | 20,713.44 | 20,713.44 | 9,360.55 | 11,352.89 | Outside of 20 days |
| 8 | NATIONWIDE ENVELOPE SPECIALISTS INC | 1509 | 44,573.40 | 65,761.58 | 19,326.95 | 46,434.63 | Outside of 20 days |
| 9 | PAR ONE | 143 | 78,719 | 78,719.23 | 4,391.68 | 74,327.55 | Outside of 20 days |
| 10 | SUPER WEB DIGITAL INC | 856 | 4,686.24 | 4,686.24 | 245.35 | 4,440.89 | Outside of 20 days |
| 11 | WEB GRAPHICS | 1571 | 1,105.24 | 1,105.24 | 202.88 | 902.36 | Outside of 20 days |
| 12 | WESTERN STATES ENVELOPE AND LABEL CO | 1409 | 17,291.03 | 67,065.11 | 6,231.33 | 60,833.78 | Outside of 20 days |