IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SRC LIQUIDATION COMPANY, *et al.*, | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related to Docket No. 1384** |

## NOTICE OF WITHDRAWAL OF MOTION OF IWAG GROUP III FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that on December 10, 2015, IWAG Group III[1] ("IWAG"), through its undersigned counsel, filed its *Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim* ("Motion") [Docket No. 1384].

PLEASE TAKE FURTHER NOTICE that, IWAG hereby withdraws with prejudice the Motion pursuant to a settlement with the above-captioned debtors.

Dated: October 3, 2016

MANION GAYNOR & MANNING LLP

Marc J. Phillips (No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
Email: mphillips@mgmlaw.com

-and-

---

[1] The members of IWAG III (the Industrial Waste Area Generator Group III) are: The Boeing Company, PACCAR Inc, Daimler Trucks North America LLC, PCC Structurals, Inc., Goodrich Corporation, on behalf of Kalama Specialty Chemicals, Inc., Weyerhaeuser, Crown Cork & Seal Company, Inc., 3M, Georgia-Pacific LLC, Simpson Timber Company, The Standard Register Company, Akzo Nobel Canada Inc. (n/k/a PPG Architectural Coatings Canada Inc.), Pharmacia Corporation, Intalco Aluminum Corporation, and Union Oil Company of California, a California Corporation.

DYKEMA COX SMITH
Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron M. Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Email: jfine@dykema.com
       aashmore@dykema.com
       akaufman@dykema.com

*Counsel for IWAG Group III*