# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:  } CASE NUMBER: 15-10541 (BLS)

**SRC LIQUIDATION LLC**

DEBTOR.  } CHAPTER 11

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD

FROM  7/1/2016  TO  9/30/2016

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____  Date: 10/20/2016

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.   732-243-7389

**Attorney's Address and Phone Number:**

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Tel.   973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total | Footnotes |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 3,726,579.49 | $ 3,009,339.33 | |
| 2. | **INCOME or RECEIPTS during the Period** | $ 1,686,954.69 | $ 3,338,238.86 | A |
| 3. | **DISBURSEMENTS** | | | |
| | a. **Operating Expenses (Fees/Taxes):** | | | |
| | (i) U.S. Trustee Quarterly Fees | $ 0.00 | $ 20,475.00 | |
| | (ii) Federal Taxes | 25,354.36 | 25,354.36 | |
| | (iii) State Taxes | 7,955.08 | 16,855.43 | |
| | (iv) Other Taxes | 200.00 | 200.00 | |
| | b. **All Other Operating Expenses:** | $ 377,004.09 | $ 1,278,973.28 | |
| | c. **Plan Payments:** | | | |
| | (i) Administrative Claims | $ | $ | |
| | (ii) Priority Claims | 34,857.81 | 37,557.28 | |
| | (iii) | | | |
| | (iv) | | | |
| | (v) | | | |
| | (Attach additional pages as needed) | | | |
| | **Total Disbursements (Operating & Plan)** | $ 445,371.34 | $ 1,379,415.35 | |
| 1. | **CASH (End of Period)** | $ 4,968,162.84 | $ 4,968,162.84 | |

**Footnotes:**
A - 2nd Quarter adjustment included for additional 1st Quarter receipts.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
July 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $3,417,419.94 | $586,178.51 | $0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | (1,043.63) | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $3,416,376.31 | $586,178.51 | $0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

| MONTHLY OPERATING REPORT - POST CONFIRMATION | | | | ATTACHMENT NO. 3 |
|---|---|---|---|---|

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
August 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $3,996,403.32 | $531,003.88 | $0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | (1,062.78) | (8,476.46) | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $3,995,340.54 | $522,527.42 | $0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
September 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $4,448,419.06 | $526,228.22 | $0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | (2,783.63) | (3,700.80) | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,445,635.43 | $522,527.42 | $0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**                     **ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2042 | 8/3/2016 | David M. Deptula, JC, CPA | Independent Contractor - February to May 2016 | 2,000.00 | |
| 2043 | 8/3/2016 | DG Krause LLC | Accounting Fees - May 2016 | 675.00 | |
| 2044 | 8/3/2016 | EisnerAmper I | Financial Advisory Fees April - June 2016 | 58,043.18 | |
| 2045 | 8/3/2016 | Lowenstein Sandler LLP | Attorney Fees - April - June 2016 | 154,721.33 | |
| 2046 | 8/3/2016 | Polsinelli PC | Attorney Fees - April - June 2016 | 37,927.48 | |
| 2047 | 8/3/2016 | Prime Clerk LLC | Professional Fees - May 2016 | 12,545.71 | |
| 2048 | 8/3/2016 | RSM Puerto Rico | Professional Fees - March 2016 | 416.00 | |
| 2049 | 8/3/2016 | Schumaker Loop & Kendrick LLP | Attorney Fees - May - June 2016 | 5,256.70 | |
| 2050 | 8/3/2016 | WilliamsMarston LLC | Consultant- Case Admin Fees - April - June 2016 | 29,575.50 | |
| 2051 | 8/12/2016 | Prime Clerk LLC | Professional Fees - June - July 2016 | 75,843.19 | |
| 2052 | 8/29/2016 | Commissioner of Revenue Services | State Tax Payments - CT | 19.15 | |
| 2053 | 9/12/2016 | Alabama Dept of Revenue | State Tax Payments - AL | 110.00 | |
| 2054 | 9/12/2016 | Franchise Tax Board | State Tax Payments - CA | 800.00 | |
| 2055 | 9/12/2016 | Idaho State Tax Comission | State Tax Payments - ID | 30.00 | |
| 2056 | 9/12/2016 | Lexington-Fayette Urban County Govt. | State Tax Payments - KY | 100.00 | |
| 2057 | 9/12/2016 | New Mexico Taxation and Revenue Dept. | State Tax Payments - NM | 50.00 | |
| 2058 | 9/12/2016 | New York State Corporation Tax | State Tax Payments - NY | 188.00 | |
| 2059 | 9/12/2016 | Oklahoma Tax Commission | State Tax Payments - OK | 590.00 | |
| 2060 | 9/12/2016 | PA Dept. of Revenue | State Tax Payments - PA | 789.00 | |
| 2061 | 9/12/2016 | City of Portland | City Tax Payments - OR | 200.00 | |
| 2062 | 9/12/2016 | Oregon Dept. Of Revenue | State Tax Payments - OR | 1,540.00 | |
| 2063 | 9/12/2016 | Vermont Department of Taxes | State Tax Payments - VT | 300.00 | |
| | | | **CURRENT PERIOD TOTAL** | **$381,720.24** | |

CURRENT PERIOD TOTAL - # 1480     $63,651.10

**CURRENT PERIOD DISB - ALL ACCTS     $445,371.34**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**  **ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 6000 | 8/19/2016 | Amy L. Reilly | Priority Employee Claims | 3,405.36 |
| 6001 | 8/19/2016 | Bradley R. Cates | Priority Employee Claims | 5,693.46 |
| 6002 | 8/19/2016 | Brenda S. Eifert | Priority Employee Claims | 414.38 |
| 6003 | 8/19/2016 | Charles K. Minton | Priority Employee Claims | 943.03 |
| 6004 | 8/19/2016 | Gerard D. Sowar | Priority Employee Claims | 1,996.87 |
| 6005 | 8/19/2016 | Jeffrey L. Moder | Priority Employee Claims | 2,717.24 |
| 6006 | 8/19/2016 | John G. King | Priority Employee Claims | 1,034.69 |
| 6007 | 8/19/2016 | Joseph Klenke | Priority Employee Claims | 2,299.39 |
| 6008 | 8/19/2016 | Marlin R. Knaub | Priority Employee Claims | 4,990.22 |
| 6009 | 8/19/2016 | Ricky A. Hartness | Priority Employee Claims | 1,237.52 |
| 6010 | 8/19/2016 | Sharon R. Garbe | Priority Employee Claims | 983.56 |
| 6011 | 8/19/2016 | Todd J. Post | Priority Employee Claims | 1,393.60 |
| 6012 | 8/19/2016 | Tommy S. Wheeler | Priority Employee Claims | 844.26 |
| 6013 | 8/19/2016 | William F. Dineen | Priority Employee Claims | 6,904.23 |
| 6014 | 8/23/2016 | N.C Dept of Revenue (VOID) |  | 0.00 |
| 6015 | 8/23/2016 | NYS Employment Contributions & Taxes | Employer WH - NYS | 1,640.96 |
| 6016 | 8/23/2016 | Ohio Treasurer of State | Employer WH - Ohio | 727.58 |
| 6017 | 8/23/2016 | United States Treasury | Federal Taxes - 941 PWC's | 25,056.13 |
| 6018 | 8/23/2016 | N.C Dept of Revenue | Employer WH - NC | 714.00 |
| 6019 | 8/23/2016 | United States Treasury | Federal Taxes - 940 PWC's | 298.23 |
| EFT082316 | 8/23/2016 | Etides | Employer WH - PA | 250.00 |
| EFT082316A | 8/23/2016 | Georgia Dept. Of Revenue | State Tax Payments - GA | 106.39 |
|  |  |  | **CURRENT PERIOD TOTAL** | **$63,651.10** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.