**UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE**

In Re:                          Chapter __11__

Case No. __15__ - __10541__ (__BLS__)

Debtor: __SRC Liquidation, LLC__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Glenn D. Solomon of the law firm of Offit Kurman, P.A., 8171 Maple Lawn Boulevard, Suite 200, Maple Lawn, Maryland 20759__ to represent __The Envelope Printery, Inc. (in the above captioned case, including Adversary Number 16-50504)__ in this action.

/s/ Frank E. Noyes, II

Firm Name: Offit Kurman, P.A.

Address: 1801 Market Street, Suite 2300
Philadelphia, PA 19103

Phone: (267) 338-3100

Email: fnoyes@offitkurman.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __the State of Maryland__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Glenn D. Solomon

Firm Name: Offit Kurman, P.A.

Address: 8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759

Phone: (443) 738-1522

Email: gsolomon@offitkurman.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 24th, 2016
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Local Form 105