IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  15-10541 (BLS) |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**December 1, 2016 at 10:00 a.m. (Eastern Time)**

**January 11, 2017 at 10:00 a.m. (Eastern Time)**

**February 8, 2017 at 10:00 a.m. (Eastern Time)**

**Dated: October 31st, 2016**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

55109634.1