**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br>         Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 2, 2016 AT 10:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED/RESOLVED MATTERS**

1.  Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline:      December 23, 2015 at 4:00 p.m. (extended for certain parties)

    Related Document(s):

    a)  Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

    Response(s) Received:     None at this time.

    Status:      This matter has been continued to the next omnibus hearing scheduled for December 1, 2016 at 10:00 a.m.

2.  Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

55102108.1

    Objection Deadline:    December 24, 2015 at 4:00 p.m.  (extended for certain parties)

    Related Document(s):

        a)    Notice of Withdrawal of Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 2096; Filed: 10/3/2016]

    Response(s) Received:    None.

    Status:    This matter has been withdrawn.

3. Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1468; Filed: 2/16/2016]

    Response Deadline:    March 1, 2016 at 4:00 p.m.

    Related Document(s):

        a)    Notice of Submission of Proofs of Claim for Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1486; Filed: 3/2/2016]

        b)    Order Sustaining Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection Section 503(b)(9) Claims [Docket No. 1502; Entered: 3/14/2016]

    Response(s) Received:

        a)    Response of Specialty Print Communications to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/2016]

    Status:    Counsel will file a notice of withdrawal with respect to the claim of Specialty Print Communications.  This matter has been resolved with respect to all other claims.

4. Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1488; Filed: 3/3/2016]

    Response Deadline:    April 6, 2016 at 4:00 p.m.

Related Document(s):

    a)    Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1512; Filed: 3/30/2016]

    b)    Order Sustaining Debtor's Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1534; Entered: 4/11/2016]

Response(s) Received:

    a)    Response by The New York State Department of Taxation and Finance in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims [Docket No. 1496; Filed: 3/7/2016]

    b)    Notice of Withdrawal of Document (Doc. #1515), Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims, and Notice of Withdrawal of Response in Opposition to Debtor's Eighth (8th) Omnibus Objection to Claims (Doc. #1496) [Docket No. 1516; Filed: 4/1/2016]

    c)    Response by the Tennessee Department of Revenue to the Debtor's Eighth Omnibus Objection to Claims [Docket No. 1522; Filed: 4/6/2016]

Status:    This matter has been continued to the next omnibus hearing scheduled for December 1, 2016 at 10:00 a.m. with respect to the claim of the Tennessee Department of Revenue. This matter has been resolved with respect to all other claims.

5.    Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1520; Filed: 4/4/2016]

Response Deadline:    April 20, 2016 at 4:00 p.m.

Related Document(s):

    a)    Notice of Submission of Proofs of Claim for Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1838; Filed: 5/12/2016]

      b)     Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1980; Entered: 5/24/2016]

Response(s) Received:

      a)     Response of Zebra Technologies to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1533; Filed: 4/11/2016]

      b)     Response of Mayer Enterprises, Inc., dba BCT Houston/Dallas to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1542; Filed: 4/18/2016]

      c)     Objection of Enterprise Printing & Products Corp. to Standard Register's Third Omnibus Objection to Section 503(b)(9) Claim [Docket No. 1548; Filed: 4/22/2016]

      d)     Withdrawal of Zebra Technologies' Response to Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2012; Filed 6/28/16]

Status:     Counsel will file a notice of withdrawal with respect to the claims of Mayer Enterprises, Inc., dba BCT Houston/Dallas, and Enterprise Printing and Products Corp. A Certification of Counsel with proposed order will be filed reflecting same. An order has been entered with respect to all other claims.

6.     Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1984; Filed: 5/24/2016]

Response Deadline:     June 9, 2016 at 4:00 p.m. (Extended to July 15, 2016 at 4:00 p.m. as to Kirkwood Direct and JBR Industrial Services, LLC, only)

4

Related Document(s):

    a)    Order Sustaining Standard Register Inc.'s Fourth (4th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2011; Entered: 6/28/2016]

Response(s) Received:

    a)    ImageMaker Graphics' Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1992; Filed: 6/9/2016]

    b)    Triangle Systems' Reply to Debtor's Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1994; Filed: 6/14/2016]

    c)    American Reprographics Company's Response in Opposition to Standard Register Inc.'s Fourth (4th) Omnibus Objection to Section 503(b)(9) Claims [Docket No. 1998; Filed: 6/17/2016]

    d)    Kirkwood Direct's Response in Opposition to Standard Register, Inc.'s Fourth Omnibus Objection to Section 503(b)(9) Claims [Docket No. 2017; Filed: 7/15/2016]

    e)    Informal Response from JBR Industrial Services, LLC

Status:    This matter has been continued to the next omnibus hearing scheduled for December 1, 2016 at 10:00 a.m. with respect to the claim of Kirkwood Direct. This matter has been resolved with respect to all other claims. Counsel will file a notice of withdrawal with respect to the resolved claims.

8.    Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

    Objection Deadline:    September 2, 2016 at 4:00 p.m. (extended for certain parties)

Related Document(s):

    a)    Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

    b)    Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

    c)    Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

Response(s) Received:

    a)    Richardson Seating Corporation's Opposition to Standard Register Inc.'s Objection to Section 503(b)(9) Claims [Docket No. 2047; Filed: 8/22/2016]

    b)    Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2059; Filed 9/02/16]

    c)    American Litho, Inc.'s Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2060; Filed: 9/2/2016]

    d)    Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

    e)    Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016

    f)    Cenveo Corporation's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2066; Filed: 9/08/16]

  g)  Informal Response of Ward Kraft Inc.

  h)  Informal Response of Leedsworld, Inc.

  i)  Informal Response of Bullet Line Inc.

  j)  Informal Response of Bluestar Inc.

  k)  Informal Response of BCT Bethel Park

  l)  Informal Response of Bradford & Bigelow Inc.

  m)  Informal Response of Dupli Envelope & Graphics Inc.

  n)  Informal Response of Raff Printing Inc.

  o)  Informal Response of Quality Forms

  p)  Informal Response of Tape and Label Graphic Systems Inc.

  q)  Informal Response of Kahny Printing, Inc.

<u>Status</u>:  Counsel will file a notice of withdrawal with respect to the claims of Kahny Printing, Inc., Richardson Seating Corporation, Cenveo Corporation, BTC Bethel Park, and American Litho, Inc. An order has been entered with respect to all non-responding claimants. This matter has been continued to the next omnibus hearing scheduled for December 1, 2016 at 10:00 a.m. with respect to the claims of all other parties that submitted a formal or informal response.

Dated: October 31, 2016    Respectfully submitted,
Wilmington, Delaware

        **LOWENSTEIN SANDLER LLP**
        Kenneth A. Rosen, Esq.
        Wojciech F. Jung, Esq.
        Andrew Behlmann, Esq.
        65 Livingston Avenue
        Roseland, NJ  07068
        Telephone:  (973) 597-2500
        Facsimile:  (973) 597-2400

        *-and-*

55102108.1

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*