## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtor's Sixteenth (16th) Omnibus (Substantive) Objection to Claims [Docket No. 2106]

- Standard Register Inc.'s Sixth (6th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2107]

On November 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 16th Omnibus Objection Claimants Service List attached hereto as **Exhibit B**:

- Debtor's Sixteenth (16th) Omnibus (Substantive) Objection to Claims [Docket No. 2106]

On November 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 6th Omnibus Objection Claimants Service List attached hereto as **Exhibit C**:

- Standard Register Inc.'s Sixth (6th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2107]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: November 3, 2016

_Rafael Stitt_
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 3, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Paul Pullo_

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 11868

### Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B

16th Omnibus Objection Claimants Service List

Served as set forth below

| Name | Address1 | Address2 | City | State | Zip Code | Email | Method of Service |
|------|----------|----------|------|-------|----------|-------|-------------------|
| BALLARD CLEANING | 200 PALMETTO APTS | APT.# 33A | DARLINGTON | SC | 29532 | | First Class Mail |
| Canon Solutions America, Inc. | Attn: L Peterick | 5600 Broken Sound Blvd. | Boca Raton | FL | 33487 | LPeterick@csa.canon.com | First Class Mail and Email |
| PETERKA, DONALD | 7121 Beaver Falls Way | | Elk Grove | CA | 95758 | dabearswin@surewest.net | First Class Mail and Email |
| Richardson, Donald D | 25847 Angela Dr. Lot #2 | | Magnolia | TX | 77353 | | First Class Mail |
| Richardson, Donald D | Rt. 2 Box 4400 | | Gatesville | TX | 76597 | | First Class Mail |

**<u>Exhibit C</u>**

Exhibit C
6th Omnibus Objection Claimants Service List
Serve as set forth below

| Name | Address 1 | Address 2 | City | State | Zip Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| FASTENAL COMPANY | 2001 THEURER BLVD | | WINONA | MN | 55987 | jmilek@fastenal.com | First Class Mail and Email |
| GARY PLASTIC PACKAGING | GARY HELLINGER, CEO | 1340 VIELE AVE | BRONX | NY | 10474 | GARY@GARYLINE.COM | First Class Mail and Email |
| Omni Apparel Inc. | Rob Staudinger | 13500 15th St. | Grandview | MO | 64133 | accounting@omniapparelinc.com | First Class Mail and Email |
| RAY PRESS CORP | 380 RIVERCHASE PARKWAY E | | BIRMINGHAM | AL | 35244 | lmeadows@raypress.com | First Class Mail and Email |