**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Thermo-Graphic, LLC<br><br>　　　　　　　Defendant. | Adv. Pro. No. 16-50625 (BLS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX**

　　　　PLEASE TAKE NOTICE that McCarter & English LLP hereby withdraws its appearance as counsel for counsel for Thermo-Graphic, LLC, ("Thermo-Graphic") in the above-captioned bankruptcy case and in the above referenced adversary proceeding. McCarter & English LLP also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

　　　　The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic noticing matrix for the above-captioned bankruptcy case.

| | |
|---|---|
| Dated:　November 21, 2016<br>　　　　　Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>/s/ *Matthew J. Rifino*<br>Matthew J. Rifino (DE# 4749)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>mrifino@mccarter.com<br>*Counsel for Thermo-Graphic, LLC* |

ME1 23745526v.1