## CERTIFICATE OF SERVICE

I, Matthew J. Rifino, hereby certify that on November 21, 2016, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Notice of Appearance* to be served upon the below listed Counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

                                                      */s/ Matthew J. Rifino*
                                                      Matthew J. Rifino (DE# 4749)

| | |
|---|---|
| Kendra K Bader<br>Ask LLP<br>2600 Eagan Woods Dr<br>Suite 400<br>St Paul, MN 55121 | Justin K. Edelson<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801 |
| Gregory Joseph Flasser<br>Bayard, P.A.<br>222 Delaware Avenue<br>Ste 900<br>Wilmington, DE 19899 | Wojciech F. Jung<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Benjamin Joseph Steele<br>Prime Clerk LLC<br>830 3rd Avenue<br>9th Floor<br>New York, NY 10022 |