IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. **1520** |

**CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

The undersigned hereby certifies as follows:

1. On April 4, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1520] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as April 20, 2016 at 4:00 p.m. (ET) (the "Response Deadline").

2. Prior to the Response Deadline, SRI received responses from multiple parties including the Response [Docket No. 1533; Filed: 4/11/16] of Zebra Technologies [Claim Nos. 466 and 519] to the Objection (the "Response of Zebra"). The Objection was originally scheduled for hearing on May 26, 2016 at 9:30 a.m. (ET), but was continued as to the Zebra Technologies Claims and certain other claims.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

3. On May 24, 2016 the Court entered the *Order Sustaining Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1980] with respect to all claims subject to the Objection for which no response was received.

4. On June 24, 2016, Zebra sent a letter to the Court withdrawing its Response to the Objection and agreeing to entry of the Order modifying Zebra's Claims as proposed in the Objection [Docket No. 2012; Filed: June 26, 2016].

5. A Proposed Form of Order is attached hereto as Exhibit 1 modifying Zebra's Claims as originally proposed in the Objection.

6. WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Dated: November 29, 2016  
        Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*  
Matthew P. Austria (DE No. 4827)  
300 Delaware Avenue, 13th Floor  
P.O. Box 25046  
Wilmington, Delaware 19899  
(For courier: 19801)  
Telephone: (302) 652-1100  
Facsimile: (302) 652-1111  
E-mail: maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Telephone: (612) 632-3009
Facsimile: (612) 632-4019
Facsimile: (612) 632-4009
Email: phillip.bohl@gpmlaw.com
Email: abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*