<u>**EXHIBIT 1**</u>
**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. 1520** |

### ORDER SUSTAINING STANDARD REGISTER INC.'s THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND LOCAL RULE 3007-1 WITH <u>REGARD TO ZEBRA TECHNLOGIES CLAIM NOS. 466 AND 519</u>

Upon consideration of *Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Objection is SUSTAINED as to claim nos. 466 and 519 of Zebra

Technologies (the "Zebra Technologies Claims").

2.     The Zebra Technologies Claims are disallowed in their entirety as claims entitled

to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy

Code for the reasons set forth on Exhibit A.

3.     The Modified General Unsecured Amounts listed on Exhibit A shall be deemed

allowed as general unsecured claims subject to further objection as provided in Section 502(a) of

the Bankruptcy Code.

4.     The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed

in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule

9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this

Order pending appeal by any of the claims subject to this Order shall only apply to the contested

matter that involves such claimant and shall not act to stay the applicability and/or finality of this

Order with respect to the other contested matters covered hereby.

5.     SRI shall retain and shall have the right to object in the future to any claim listed

on Exhibit A on any additional ground.

6.     SRI is authorized and empowered to take all steps necessary and appropriate to

carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7.     This Court shall retain jurisdiction over all affected parties with respect to any

matters, claims or rights arising from or related to the implementation and interpretation of this

Order.

Dated: _____, 2016
        Wilmington, DE                          _____
                                                Brendan L. Shannon
                                                Chief United States Bankruptcy Judge

<u>Exhibit A</u>
**Drop Ship Claims**

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | Zebra Technologies | 466 | $16,052.60 | $27,950.96 | $0.00 | $27,950.96 | Goods shipped directly to customer |
| 2 | Zebra Technologies | 519 | $16,052.60 | $27,950.96 | $0.00 | $27,950.96 | Goods shipped directly to customer |