# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. **2107** |

### CERTIFICATE OF NO OBJECTION REGARDING STANDARD REGISTER INC.'S SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other response to *Standard Register Inc.'s Sixth (6th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 2107] (the "Objection") filed on November 1, 2016.

The undersigned further certifies after reviewing the Court's docket in this case that no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Objection, responses to the Objection were to be filed and served no later than November 16, 2016 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| Dated: November 29, 2016<br>Wilmington, DE | **WERB & SULLIVAN**<br><br>*/s/ Matthew P. Austria*<br>Matthew P. Austria (DE No. 4827)<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br>(For courier: 19801)<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>E-mail: maustria@werbsullivan.com<br><br>-and-<br><br>**GRAY, PLANT, MOOTY,**<br>**MOOTY & BENNET, P.A.**<br>Phillip Bohl (MN No. 139191)<br>Abigail McGibbon (MN No. 393263)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 632-3019<br>Telephone: (612) 632-3009<br>Facsimile: (612) 632-4019<br>Facsimile: (612) 632-4009<br>Email: phillip.bohl@gpmlaw.com<br>Email: abigail.mcgibbon@gpmlaw.com<br><br>*Counsel to Taylor Corporation and its Designated*<br>*Buyer Standard Register, Inc.* |