# EXHIBIT A
[Reclassified Claims]

55158000.2

| | NAME | CLAIM NO. | DATE FILED | CURRENT CLAIM AMOUNT AND CLASSIFICATION | RECLASSIFIED CLAIM AMOUNT AND CLASSIFICATION | REASON FOR RECLASSIFICATION |
|---|---|---|---|---|---|---|
| 1 | BALLARD CLEANING | 1006 | 5/26/2015 | Priority Claim: Unstated | General Unsecured Claim: $0.00 | Claim no. 1006 has been asserted as a priority claim with no amount stated, and designated as a priority claim arising under section 507(a)(4) of the Bankruptcy Code. Because claimant was not an employee of the Debtors, is not an individual, and the claim does not set forth any amounts due, the claim should be reclassified to a general unsecured claim in the amount of $0.00 as set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 2 | Canon Solutions America, Inc. | 545 | 4/7/2015 | Secured: "to be determined" General Unsecured Claim: $1,096,500.00 | General Unsecured Claim: $1,096,500.00 | There is no property against which the claim can be secured. |
| 3 | PETERKA, DONALD | 326 | 4/3/2015 | Priority Claim: $7,500.00 Section 503(b) Claim: $10,122.74 | General Unsecured Claim: $10,122.74 | Claim no. 326 has been asserted, in part, as a priority claim arising under section 507(a)(4) and as an administrative claim under section 503(b)(9) of the Bankruptcy Code. Because claimant was not an employee of the Debtors and the alleged debt does not constitute wages or similar obligations, and becuse the claim relates to services and not goods provided, it is not entitled to priority or administrative status. Accordingly, the priority and administrative component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |