**EXHIBIT B**
**[No Liability Claims]**

55158000.2

| NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 1 Richardson, Donald D | SRC Liquidation LLC | 7/7/2015 | 2358 | $1,872.20 | Claimant purports to be a former employee of the Debtors and asserts a claim for unpaid wages incurred between 1/5/15 and 2/6/15. The Debtors have no records to substantiate the Claimant's claim, or his employment with the Debtors. As such, the claim should be disallowed. |