**Exhibit A**
**Drop Ship Claims**

| | Clamaint Name | Claim No. | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Unsecured Amount - Subject to Further Objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | Zebra Technologies | 466 | $16,052.60 | $27,950.96 | $0.00 | $27,950.96 | Goods shipped directly to customer |
| 2 | Zebra Technologies | 519 | $16,052.60 | $27,950.96 | $0.00 | $27,950.96 | Goods shipped directly to customer |