**Exhibit A**
**Late Filed Claims**

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount |
|---|---|---|---|---|---|---|
| 1. | Fastenal Company | 2576 | $1,291.18 | 6/9/2015 | 1/8/2016 | $0 |
| 2. | Omni Apparel, Inc. | 2602 | $4,368.17 | 6/9/2015 | 3/28/2016 | $0 |