**Exhibit B**
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1. | Gary Plastic Packaging | 1991 | $41,339.26 | $50,302.28 | $0.00 | $50,302.28 | Goods Shipped Directly to Customer |
| 2. | Ray Press Corp. | 1386 | $56,721.35 | $96,463.01 | $1,872.00 | $94,591.01 | Goods Shipped Directly to Customer |