**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Sweda Company, LLC<br><br>        Defendant. | Adv. Proc. No. 16-50621 (BLS) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Cross & Simon hereby withdraws as counsel to Sweda Company, LLC in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Michael J. Joyce and the law firm of O'Kelly Ernst, LLC, hereby enter their appearance as counsel to Sweda Company, LLC.

Undersigned counsel hereby requests service of any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, and request that the names and addresses of the undersigned counsel be added to all mailing matrices in this case. Service may be made and directed as follows:

        Michael J. Joyce, Esquire
        O'KELLY & ERNST, LLC
        901 N. Market Street, 10th Floor
        Wilmington, DE  19801
        Telephone:     (302) 778-4000
        Facsimile:     (302) 295-2873
        mjoyce@oelegal.com

Dated: December 9, 2016

        /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
O'KELLY & ERNST, LLC
901 N. Market Street, 10th Floor
Telephone:	(302) 778-4000
Facsimile:	(302) 295-2873
E-mail:	mjoyce@oelegal.com

*Counsel for Sweda Company, LLC*