**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Hearing Date: January 11, 2017 at 10:00 a.m. (ET)<br>Objection Deadline: December 23, 2016 at 4:00 p.m. (ET)<br>Related Docket No. 2127 |

**JOINDER OF THE SRC SECURED CREDITOR TRUST TO THE MOTION OF**
**SRC LIQUIDATION, LLC FOR ORDER FURTHER EXTENDING**
**CLAIM OBJECTION DEADLINE**

The SRC Secured Creditor Trust, by and through its undersigned counsel, hereby files this joinder to the Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline (the "Motion")[1] (D.I. 2127).  Pursuant to the Motion, the Debtors request that the Claim Objection Deadline be extended for all parties that are bound by the Claim Objection Deadline under the Confirmation Order and the Plan.  The SRC Secured Creditor Trust hereby joins in the relief requested in the Motion and specifically requests that the Claim Objection Deadline be extended at it relates to the SRC Secured Creditor Trust.

| | |
|---|---|
| Dated:  December 15, 2016<br>       Wilmington, DE | Respectfully submitted,<br>PEPPER HAMILTON LLP<br><br>/s/  John H. Schanne, II<br>David M. Fournier (DE No. 2812)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE   19899-1709<br>(302) 777-6500<br><br>*Counsel to the SRC Secured Creditor Trust* |

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

#42088125 v1