**CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 15th day of December, 2016, I caused the foregoing **Joinder of the SRC Secured Creditor Trust to the Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline** to be served upon the following parties via first-class mail, postage prepaid:

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

  /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#42089943 v1