IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] <br> Debtor. | Case No. 15-10541 (BLS) |
| SRC LIQUIDATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Grupo Grafico De Mexico S.A. de C.V.; <br> Aztex Enterprises Ld. Dba AZX Sport; <br> Traction Sales and Marketing Inc.; <br> Kobayashi Create Co., Ltd.; <br> Neerav Information Technology (India) Prive Limited Company; <br> QuadriScan Inc., <br><br> Defendants. | <br><br><br><br><br><br> Adv. No. 16-50591 <br> Adv. No. 16-50664 <br> Adv. No. 16-50736 <br> Adv. No. 16-50901 <br> Adv. No. 16-50802 <br><br> Adv. No. 16-50876 |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 11, 2017 AT 10:00 A.M. (ET)

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED/RESOLVED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline:    December 23, 2015 at 4:00 p.m. (extended for certain parties)

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Related Document(s):

    a)     Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

Response(s) Received:     None at this time.

Status:     This matter has been continued to the next omnibus hearing scheduled for February 8, 2017 at 10:00 a.m.

2. Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

Objection Deadline:     September 2, 2016 at 4:00 p.m. (extended for certain parties)

Related Document(s):

    a)     Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

    b)     Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

    c)     Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

    d)     Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 11/23/2016]

    e)     Second Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2121; Filed: 11/29/2016]

Response(s) Received:

    a)     Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2059; Filed 9/02/16]

    b)     Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

    c)     Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016

    d)     Informal Response of Leedsworld, Inc.

    e)     Informal Response of Bullet Line Inc.

    f)     Informal Response of Bluestar Inc.

    g)     Informal Response of Bradford & Bigelow Inc.

    h)     Informal Response of Dupli Envelope & Graphics Inc.

    i)     Informal Response of Raff Printing Inc.

    j)     Informal Response of Quality Forms

    k)     Informal Response of Tape and Label Graphic Systems Inc.

Status:     Standard Register, Inc. will file a Notice of Withdrawal as it relates to Bluestar, Inc. and Cohber Press, Inc. This matter has been continued to the next omnibus hearing scheduled for February 8, 2017 at 10:00 a.m. with respect to all other responding claimants listed above. This matter is resolved with respect to all other claims.

3.     Motion of SRC Liquidation, LLC for Order Further Extending the Claim Objection Deadline [Docket No. 2127; Filed: 12/9/2016]

    Objection Deadline:     December 23, 2016 at 4:00 p.m.

55669652.2

Related Document(s):

a) Certificate of No Objection Regarding Motion of SRC Liquidation, LLC for Order Further Extending the Claim Objection Deadline [Docket No. 2133; Filed: 12/28/2016]

b) Order Granting Motion of SRC Liquidation, LLC for an Order Further Extending the Claim Objection Deadline [Docket No. 2134; Entered: 12/29/2016]

Response(s) Received:

a) Joinder of the SRC Secured Creditor Trust to the Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2131; Filed: 12/15/2016]

Status: An order has been entered. No hearing is necessary.

4. Pretrial Conferences in the above-captioned adversary proceedings

Related Document(s):

a) Order Granting Plaintiff's Ex-Parte Motion for an Order (I) Authorizing But Not Directing Plaintiff to Employ APS International as Its Agent to Serve Certain Complaints and Summonses Upon the Defendants in Certain Adversary Proceedings, (II) Finding that the Deadline to Serve the Complaints and Summonses Does Not Apply to the Adversary Proceedings or, Alternatively, Extending the Deadline for Service of the Complaints and Summonses, (III) Setting a Deadline for Each of the Defendants to File an Answer or Otherwise Respond to the Complaint and (IV) Scheduling the Initial Pretrial Conference for Each of the Adversary Proceedings ("**Foreign Service Order**")

Status: Pursuant to the Foreign Service Order entered in these adversary proceedings the pretrial conferences have been adjourned to a date and time to be determined.

[signature page follows]

4

55669652.2

| | |
|---|---|
| Dated: January 9, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Wojciech F. Jung, Esq.<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br><br> -and-<br><br>**POLSINELLI PC**<br><br>/s/ *Justin K. Edelson*<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br><br>*Counsel to SRC Liquidation, LLC* |

55669652.2