# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 4, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the 17th Omnibus Objection Affected Claimants Service List attached hereto as **Exhibit B**:

- Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims [Docket No. 2136]

Dated: January 6, 2017

/s/ Rafael Stitt
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 6, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 13154

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

In re SRC Liquidation, LLC, *et al.*
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Exhibit B
17th Omnibus Objection Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 1392514 | Hewlett-Packard Company | 13207 Collections Center Drive | | | | Chicago | IL | 60693 | | First Class Mail |
| 1392484 | Hewlett-Packard Company | Attn: Credit & Collections | Mailstop 060400 | 11445 Compaq Center Dr., W | | Houston | TX | 77070 | ken.higman@hp.com | First Class Mail and Email |
| 1392480 | Hewlett-Packard Company | Attn: Finance Dept | 2580 S. Decker Lake Blvd. Suite 200 | | | Salt Lake City | UT | 84119 | | First Class Mail |
| 1392514 | Hewlett-Packard Company | Attn: Ken Higman | 12610 Park Plaza Dr. | | | Cerritos | CA | 90703 | ken.higman@hp.com | First Class Mail and Email |
| 1392044 | Hewlett-Packard Company | PO Box 1011149 | | | | Atlanta | GA | 30392-1149 | ken.higman@hp.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | Attn: Bernice L. Barber | 200 Connell Drive, Suite 5000 | | | BERKELEY HEIGHTS | NJ | 07922 | bernice.l.barber@hp.com | First Class Mail and Email |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | PO Box 402582 | | | | Atlanta | GA | 30384-2582 | bernice.l.barber@hp.com | First Class Mail and Email |
| 1735414 | Indigo America, Inc. | c/o Michael D. Warner, Esq. | Cole Schotz P.C. | 301 Commerce Street, Suite 1700 | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 1392465 | Indigo America, Inc., a wholly owned subsidiary of Hewlett-Packard Company | Hewlett-Packard Company / Indigo | Attn: Credit & Collections | Mail stop 060400 | 11445 Compaq Center Dr., w. | Houston | TX | 77070 | ken.higman@hp.com | First Class Mail and Email |
| 1392465 | Indigo America, Inc., a wholly owned subsidiary of Hewlett-Packard Company | PO Box 415573 | | | | Boston | MA | 02241 | ken.higman@hp.com | First Class Mail and Email |

In re SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Page 1 of 1