**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION LLC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS OF UNITED PARCEL SERVICE, INC.

**PLEASE TAKE NOTICE** that as of August 15, 2016, the mailing address for United Parcel Service, Inc., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has changed to:

>Lawrence M. Schwab, Esq.
>Kenneth T. Law, Esq.
>**Bialson, Bergen & Schwab**
>**633 Menlo Avenue, Suite 100**
>**Menlo Park, CA 94025**
>
>Former Address
>Lawrence M. Schwab, Esq.
>Kenneth T. Law, Esq.
>Bialson, Bergen & Schwab
>2600 El Camino Real, Suite 300
>Palo Alto, CA 94036

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

Dated:  January 9, 2017                                   Respectfully submitted,

                                                                              BIALSON, BERGEN & SCHWAB,
                                                                              A Professional Corporation

                                                                              /s/ Kenneth T. Law                              _

                                                                              Kenneth T. Law, Esq. [Cal. Bar # 111779]
                                                                              633 Menlo Ave., Suite 100
                                                                              Menlo Park, CA 94025
                                                                              Telephone: (650) 857-9500

Fax:  (650) 494-2738
E-mail: Klaw@bbslaw.com

*Attorneys for Creditor United Parcel Service, Inc.*