**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION LLC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 15-10541 (BLS)<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS OF UPS SUPPLLY CHAIN SOLUTIONS, INC.

**PLEASE TAKE NOTICE** that as of August 15, 2016, the mailing address for UPS Supply Chain Solutions, Inc., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has changed to:

>Lawrence M. Schwab, Esq.
>Kenneth T. Law, Esq.
>**Bialson, Bergen & Schwab**
>**633 Menlo Avenue, Suite 100**
>**Menlo Park, CA 94025**

>Former Address
>Lawrence M. Schwab, Esq.
>Kenneth T. Law, Esq.
>Bialson, Bergen & Schwab
>2600 El Camino Real, Suite 300
>Palo Alto, CA 94036

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

Dated: January 9, 2017    Respectfully submitted,

BIALSON, BERGEN & SCHWAB,
A Professional Corporation

/s/ Kenneth T. Law

Kenneth T. Law, Esq. [Cal. Bar # 111779]
633 Menlo Ave., Suite 100
Menlo Park, CA 94025
Telephone: (650) 857-9500

Fax:  (650) 494-2738
E-mail: Klaw@bbslaw.com

*Attorneys for Creditor UPS Supply Chain Solutions, Inc.*