## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

| | |
|---|---|
| SRC LIQUIDATION, LLC, | |
| Plaintiff, | |
| v. | |
| Grupo Grafico De Mexico S.A. de C.V.; | Adv. No. 16-50591 |
| Aztex Enterprises Ld. Dba AZX Sport; | Adv. No. 16-50664 |
| Traction Sales and Marketing Inc.; | Adv. No. 16-50736 |
| Kobayashi Create Co., Ltd.; | Adv. No. 16-50901 |
| Neerav Information Technology (India) | Adv. No. 16-50802 |
| Prive Limited Company; | |
| QuadriScan Inc., | Adv. No. 16-50876 |
| Defendants. | |

### AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 9, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Agenda Respondents Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on January 10, 2017 at 10:00 a.m. (ET) [Case No. 15-10541, Docket No. 2137, Adv. Proc. 16-50591, Docket No. 14, Adv. Proc. 16-50644, Docket No. 12, Adv. Proc 16-50736, Docket No. 13; Adv. Proc 16-50901, Docket No. 13, Adv. Proc. 16-50802, Docket No. 13, Adv. Proc. 16-50876, Docket No. 14]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the   Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: January 12, 2017

Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 12, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 13236

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B
Agenda Respondents Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-----------|-----------|------|-------|-----|-------|-------------------|
| Bond Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq., Olga F. Peshko, Esq., | One Lincoln Center | | | Syracuse | NY | 13202 | stemes@bsk.com | First Class Mail and Email |
| Bradford & Bigelow Inc. | Attn: President or General Counsel | 3 Perkins Way | | | Newburyport | MA | 01950 | | First Class Mail |
| Goldberg, Kamin & Garvin, LLP | Attn: Robert J. Garvin, Esquire | 1806 Frick Building | 437 Grant Street | | Pittsburgh | PA | 15219-6101 | | First Class Mail |
| Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | | Cincinatti | OH | 45202-3157 | | First Class Mail |
| Hawks Tag | Attn: David Hawks | 1029 Seabrook Way | | | Cincinatti | OH | 45245 | dave@hawkstag.com | First Class Mail and Email |
| Lane Powell PC | Attn: Gregory Fox, Esq., James. B Zack, Esq. | 1420 Fifth Avenue | Suite 4200 | P.O. Box 91302 | Seattle | WA | 98111-9402 | FoxG@lanepowell.com; ZackJ@lanepowell.com | First Class Mail and Email |
| Marshall Dennehey Warner Coleman & Goggin | Attn: Thomas D. Walsh, Esq. | Nemours Building | 1007 North Orange Street, Suite 600 | P.O. Box 8888 | Wilmington | DE | 19899 | | First Class Mail |
| Montgomery, McCracken, Walker & Rhoads, | Attn: Davis Lee Wright | 1105 North Market Street | 15th Floor | | Wilmington | DE | 19801 | dwright@mmwr.com | First Class Mail and Email |
| Morris James LLP | Attn: Jeffrey R. Waxman | 500 Delaware Avenue | Suite 1500 | | Wilmington | DE | 19801-1494 | | First Class Mail |
| Pepper Hamilton LLP | Attn: Evelyn J. Meltzer | 1313 North Market Street | Suite 5100 | P.O. Box 1709 | Wilmington | DE | 19899-1709 | | First Class Mail |
| Quality Forms | Attn: President or General Counsel | 4317 West US Route 36 | PO Box 1176 | | Piqua | OH | 45356 | | First Class Mail |
| Quality Forms & Printing | Attn: President or General Counsel | 3071 Autumn Ct | | | Winter Park | FL | 32792-1738 | | First Class Mail |
| SANMAR CORPORATION | Attn: Chris Barton | 22833 SE Black Nugget Road | Suite 130 | | Issaquah | WA | 98029 | chrisb@sanmar.com, danasteffens@sanmar.com | Email |
| Tape & Label Graphic Systems, Inc | Attn: Steve Danosky | 442 W. Fullerton Ave. | | | Elmhurst | IL | 60126 | | First Class Mail |
| Tape & Label Graphic Systems, Inc. | Attn: President or General Counsel | 442 W. Fullerton Ave. | | | Elmhurst | IL | 60126 | | First Class Mail |
| Tape and Label Graphic Systems Inc. | Attn: President or General Counsel | PO Box 92170 | | | Elk Grove Vill | IL | 60009 | | First Class Mail |