## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )   Case No. 15-10541 (BLS) |
| | ) |
| SRC Liquidation LLC *et al.*, | )   Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF LODGING OF PROPOSED SETTLEMENT AGREEMENT

Plaintiff, the United States of America, by and through the undersigned attorneys, respectfully lodges with the Court the accompanying proposed Settlement Agreement ("Settlement Agreement"), attached hereto as Exhibit 1, between the United States, as Plaintiff, and SRC Liquidation LLC ("SRC"), together with ten affiliated debtors[1] (collectively "Debtors"). The Settlement Agreement, if approved, will fully resolve the proof of claim filed against SRC, which was docketed as Claim Nos. 2474 and 2479 (duplicate), contending that SRC is liable under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601-9675, for response costs incurred and to be incurred by the United States at the Valleycrest Landfill Superfund Site (a/k/a/ North Sanitary Landfill) in the City of Dayton, Montgomery, Ohio.

---

[1]    The ten affiliated debtors include (1) SR Liquidation Holding Company f/k/a Standard Register Holding Company, (2) SR Liquidation Technologies, Inc. f/k/a Standard Register Technologies, Inc., (3) SR Liquidation International, Inc. f/k/a Standard Register International, Inc., (4) iMLiquidation, LLC f/k/a iMedConsent, LLC, (5) SR Liquidation of Puerto Rico Inc. f/k/a Standard Register of Puerto Rico Inc., (6) SR Liquidation Mexico Holding Company f/k/a Standard Register Mexico Holding Company, (7) SR Liquidation Technologies Canada ULC f/k/a Standard Register Technologies Canada ULC, (8) Standard Register Holding, S. de R.L. de C.V., (9) Standard Register de México, S. de R.L. de C.V, and (10) Standard Register Servicios, S. de R.L. de C.V..

At this time, the United States is <u>not</u> requesting any action by the Court on the proposed Settlement Agreement. Instead, the proposed Settlement Agreement should remain lodged with the Court while the United States provides an opportunity for public comment.

The Department of Justice will publish in the Federal Register a notice that the proposed Settlement Agreement with the Debtors has been lodged with the Court. The notice will solicit public comment for a period of 30 days. After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations that indicate that the proposed settlement is inappropriate, inadequate, or improper, and advise the Court whether the United States requests that the Settlement Agreement be entered.

The United States respectfully requests that the Court await, before considering whether to approve and enter the proposed Settlement Agreement as an order of this Court, a subsequent submission by the United States regarding any comments received during the public comment period and the United States' position regarding entry of the proposed Settlement Agreement.

Dated:  January 19, 2017

Respectfully submitted,

FOR THE UNITED STATES:

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

s/  Joseph W.C. Warren
JOSEPH W.C. WARREN
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 616-1303

CHARLES M. OBERLY, III
United States Attorney for the
District of Delaware

ELLEN SLIGHTS
Assistant U.S. Attorney
U.S. Attorney Office
District of Delaware
1007 Orange Street, Suite 700
Wilmington, DE  19801

OF COUNSEL

NICOLE WOOD-CHI
Assistant Regional Counsel,
U.S. Environmental Protection Agency
Region 5
77 West Jackson Blvd.
Chicago, IL 60604

## CERTIFICATE OF SERVICE

I, Joseph Warren, the undersigned attorney, hereby certify that on January 19, 2017, I caused a copy of United States' Notice of Lodging of Proposed Settlement Agreement to be filed via the Court's ECF system and served upon the parties registered to receive ECF notice.

S/   *Joseph Warren*
Joseph Warren