# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 15-10541 (BLS) |
| | } | |
| SRC LIQUIDATION LLC | } | |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

**FROM** 10/1/2016 **TO** 12/31/2016

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _[signature]_       Date: 1/19/2017

Anthony R. Calascibetta
*Print Name*
Authorized Representative
*Title*

**Debtor's Address and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.   732-243-7389

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Attorney's Address and Phone Number:**

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Tel.   973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total | Footnotes |
|---|---|---:|---:|:---:|
| 1. | **CASH (Beginning of Period)** | $ 4,968,162.84 | $ 3,009,339.33 | |
| 2. | **INCOME or RECEIPTS during the Period** | $ 980,221.00 | $ 4,318,459.86 | A |
| 3. | **DISBURSEMENTS** | | | |
| a. | Operating Expenses (Fees/Taxes): | | | |
| | (i) U.S. Trustee Quarterly Fees | $ 4,249.77 | $ 24,724.77 | |
| | (ii) Federal Taxes | | 25,354.36 | |
| | (iii) State Taxes | 4,639.00 | 21,494.43 | |
| | (iv) Other Taxes | | 200.00 | |
| b. | All Other Operating Expenses: | $ 452,882.49 | $ 1,731,855.77 | |
| c. | Plan Payments: | | | |
| | (i) Administrative Claims | $ | $ | |
| | (ii) Priority Claims | 188,848.29 | 226,405.57 | |
| | (iii) | | | |
| | (iv) | | | |
| | (v) | | | |
| | (Attach additional pages as needed) | | | |
| | **Total Disbursements (Operating & Plan)** | $ 650,619.55 | $ 2,030,034.90 | |
| 1. | **CASH (End of Period)** | $ 5,297,764.29 | $ 5,297,764.29 | |

**Footnotes:**
A - 2nd Quarter adjustment included for additional 1st Quarter receipts.

MONTHLY OPERATING REPORT - 
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
October 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $4,803,319.43 | $525,244.66 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -10,132.40 | -2,717.24 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,793,187.03 | $522,527.42 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

| MONTHLY OPERATING REPORT - POST CONFIRMATION | | | | ATTACHMENT NO. 3 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
November 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $4,744,088.13 | $425,069.84 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -6,067.63 | -2,717.24 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,738,020.50 | $422,352.60 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                                                                         **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
December 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $4,970,152.80 | $425,069.84 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -6,067.63 | -91,390.71 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,964,085.17 | $333,679.13 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2064 | 10/10/2016 | Kentucky State Treasury | Taxes - City/State | 4,639.00 | |
| 2065 | 10/19/2016 | Office of the US Trustee - VOID | | 0.00 | |
| 2066 | 10/26/2016 | Office of the US Trustee | Quarterly Fees 3rd Qtr | 4,249.77 | |
| Wire | 10/31/2016 | Poslsinelli PC | Professional Fees | 21,648.95 | |
| 2067 | 11/14/2016 | DG Krause LLC | Accounting Fees - Final Invoice | 2,325.00 | |
| 2068 | 11/14/2016 | EisnerAmper LLP | Financial Advosory Fees July - September 2016 | 148,909.32 | |
| 2069 | 11/14/2016 | Lowenstein Sandler | Attorney Fees - July - Oct 2016 | 175,489.08 | |
| 2070 | 11/14/2016 | Prime Clerk LLC | Professional Fees | 87,564.14 | |
| 2071 | 11/14/2016 | RSM Puerto Rico | Professional Fees | 572.00 | |
| 2072 | 11/14/2016 | Schumaker Loop & Kendrick LLP | Attorney Fees - September 2016 | 4,824.00 | |
| 2073 | 11/14/2016 | WilliamMarston LLC | Consultant- Case Admin Fees - August 2016 | 11,550.00 | |
| | | | CURRENT PERIOD TOTAL | $461,771.26 | |

CURRENT PERIOD TOTAL - # 1480  $188,848.29

**CURRENT PERIOD DISB - ALL ACCTS  $650,619.55**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Footnotes:**
A - 2nd Quarter adjustment included for additional 1st Quarter disbursements.
B - Claim payment returned by creditor.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 6020 | 11/9/2016 | Indiana Finance Authority | Priority Tax Claim | 100,000.00 |
| 4995162 | 11/25/2016 | Intuit Quickbooks Pro | Office supplies - reorder of checks | 174.82 |
| 6022 | 12/12/2016 | Cindy Adams | Priorty Employee Claims | 237.67 |
| 6023 | 12/12/2016 | Beverly Allen | Priorty Employee Claims | 237.67 |
| 6024 | 12/12/2016 | Lisa Allmandinger | Priorty Employee Claims | 237.67 |
| 6025 | 12/12/2016 | Christina Alvey | Priorty Employee Claims | 237.67 |
| 6026 | 12/12/2016 | Terry Alvey | Priorty Employee Claims | 237.67 |
| 6027 | 12/12/2016 | Darlene Anderson | Priorty Employee Claims | 237.67 |
| 6028 | 12/12/2016 | Lisa Armfield | Priorty Employee Claims | 237.67 |
| 6029 | 12/12/2016 | Ryan Asher | Priorty Employee Claims | 108.47 |
| 6030 | 12/12/2016 | Ryan Clark Asher | Priorty Employee Claims | 129.20 |
| 6031 | 12/12/2016 | Timmy D. Atcher | Priorty Employee Claims | 237.67 |
| 6032 | 12/12/2016 | William Attard | Priorty Employee Claims | 237.67 |
| 6033 | 12/12/2016 | Arlene R Avers | Priorty Employee Claims | 260.75 |
| 6034 | 12/12/2016 | John, Backs | Priorty Employee Claims | 124.62 |
| 6035 | 12/12/2016 | Jay E. Baer | Priorty Employee Claims | 237.67 |
| 6036 | 12/12/2016 | Rachael Baker | Priorty Employee Claims | 16.15 |
| 6037 | 12/12/2016 | Terry L. Baldwin | Priorty Employee Claims | 452.34 |
| 6038 | 12/12/2016 | Jared Ball | Priorty Employee Claims | 237.67 |
| 6039 | 12/12/2016 | Sandra Banks | Priorty Employee Claims | 237.67 |
| 6040 | 12/12/2016 | James R. Barenberg | Priorty Employee Claims | 131.34 |
| 6041 | 12/12/2016 | Randy Barksdale | Priorty Employee Claims | 244.60 |
| 6042 | 12/12/2016 | Charles R. Barles | Priorty Employee Claims | 237.67 |
| 6043 | 12/12/2016 | Richard A. Barnes | Priorty Employee Claims | 237.67 |
| 6044 | 12/12/2016 | Michael Barrett | Priorty Employee Claims | 237.67 |
| 6045 | 12/12/2016 | Theresa Lynn Basden | Priorty Employee Claims | 161.50 |
| 6046 | 12/12/2016 | Dianna D. Basham | Priorty Employee Claims | 244.60 |
| 6047 | 12/12/2016 | Rhonda S. Bennett | Priorty Employee Claims | 452.34 |
| 6048 | 12/12/2016 | Terry A. Beougher | Priorty Employee Claims | 237.67 |
| 6049 | 12/12/2016 | Herbert J. Berkshire Jr. | Priorty Employee Claims | 237.67 |
| 6050 | 12/12/2016 | Dorothy M Bessette | Priorty Employee Claims | 16.15 |
| 6051 | 12/12/2016 | Theodore K. Billet | Priorty Employee Claims | 237.67 |
| 6052 | 12/12/2016 | Kathy L. Binder | Priorty Employee Claims | 237.67 |
| 6053 | 12/12/2016 | Bethany Ellen Bird | Priorty Employee Claims | 64.60 |
| 6054 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6055 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6056 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6057 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6058 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6059 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6060 | 12/12/2016 | Karen M. Black | Priorty Employee Claims | 260.75 |
| 6061 | 12/12/2016 | Larry R. Blackford | Priorty Employee Claims | 237.67 |
| 6062 | 12/12/2016 | Alicia M. Blair | Priorty Employee Claims | 237.67 |
| 6063 | 12/12/2016 | Kristen Bohacs | Priorty Employee Claims | 129.20 |
| 6064 | 12/12/2016 | Roberta Bonnett | Priorty Employee Claims | 129.20 |
| 6065 | 12/12/2016 | Steven W Booher | Priorty Employee Claims | 452.34 |
| 6066 | 12/12/2016 | Jeanine K. Boswell | Priorty Employee Claims | 237.67 |
| 6067 | 12/12/2016 | Jennifer L. Bradley | Priorty Employee Claims | 452.34 |
| 6068 | 12/12/2016 | James R. Braley | Priorty Employee Claims | 237.67 |
| 6069 | 12/12/2016 | Joseph C. Brandon | Priorty Employee Claims | 237.67 |
| 6070 | 12/12/2016 | Anthony S Brandt | Priorty Employee Claims | 237.67 |
| 6071 | 12/12/2016 | Jonathan e Bricker | Priorty Employee Claims | 237.67 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| | | | | |
|---|---|---|---|---|
| 6072 | 12/12/2016 | Christopher Brinson | Priorty Employee Claims | 237.67 |
| 6073 | 12/12/2016 | Eric J. Brockell | Priorty Employee Claims | 244.60 |
| 6074 | 12/12/2016 | Susan E. Broderick | Priorty Employee Claims | 237.67 |
| 6075 | 12/12/2016 | Kathleen M. Brogan | Priorty Employee Claims | 129.20 |
| 6076 | 12/12/2016 | Jeremiah J Brooks | Priorty Employee Claims | 237.67 |
| 6077 | 12/12/2016 | Michael Brosnahan | Priorty Employee Claims | 237.67 |
| 6078 | 12/12/2016 | Eric S. Brown | Priorty Employee Claims | 237.67 |
| 6079 | 12/12/2016 | Carol Bruggeman | Priorty Employee Claims | 237.67 |
| 6080 | 12/12/2016 | Frank Bryson | Priorty Employee Claims | 237.67 |
| 6081 | 12/12/2016 | Richard D. Bullard | Priorty Employee Claims | 237.67 |
| 6082 | 12/12/2016 | Mark L. Bundy | Priorty Employee Claims | 96.90 |
| 6083 | 12/12/2016 | Cheryl Bunker | Priorty Employee Claims | 221.52 |
| 6084 | 12/12/2016 | Matthew Bunker | Priorty Employee Claims | 156.92 |
| 6085 | 12/12/2016 | Krista M Burch | Priorty Employee Claims | 237.67 |
| 6086 | 12/12/2016 | Trishena Burtch | Priorty Employee Claims | 237.67 |
| 6087 | 12/12/2016 | Peggy L Burton | Priorty Employee Claims | 193.86 |
| 6088 | 12/12/2016 | Daniel J Bush | Priorty Employee Claims | 452.34 |
| 6089 | 12/12/2016 | Joyce R Butucel | Priorty Employee Claims | 8.08 |
| 6090 | 12/12/2016 | Jane C Byer | Priorty Employee Claims | 237.67 |
| 6091 | 12/12/2016 | Donald P Cabra | Priorty Employee Claims | 237.67 |
| 6092 | 12/12/2016 | Gregory R Calhoun | Priorty Employee Claims | 452.34 |
| 6093 | 12/12/2016 | Norma L Campbell | Priorty Employee Claims | 237.67 |
| 6094 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6095 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6096 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6097 | 12/12/2016 | Susan H. Campbell | Priorty Employee Claims | 260.75 |
| 6098 | 12/12/2016 | Albert Campion | Priorty Employee Claims | 283.83 |
| 6099 | 12/12/2016 | Robert Carlile | Priorty Employee Claims | 260.75 |
| 6100 | 12/12/2016 | Bruce Carter | Priorty Employee Claims | 237.67 |
| 6101 | 12/12/2016 | Susan Cassel | Priorty Employee Claims | 498.50 |
| 6102 | 12/12/2016 | Vicki L Cassidy | Priorty Employee Claims | 323.10 |
| 6103 | 12/12/2016 | Francis E. Cecil | Priorty Employee Claims | 129.20 |
| 6104 | 12/12/2016 | Frealin Michael Chapman | Priorty Employee Claims | 129.20 |
| 6105 | 12/12/2016 | Christopher Alan Chappell | Priorty Employee Claims | 129.20 |
| 6106 | 12/12/2016 | Sonja F Charrier | Priorty Employee Claims | 237.67 |
| 6107 | 12/12/2016 | Nancy Chism | Priorty Employee Claims | 237.67 |
| 6108 | 12/12/2016 | Douglas W Chrispyn | Priorty Employee Claims | 237.67 |
| 6109 | 12/12/2016 | Mindy Claggett | Priorty Employee Claims | 129.20 |
| 6110 | 12/12/2016 | Robert E. Clapp | Priorty Employee Claims | 237.67 |
| 6111 | 12/12/2016 | David E. Clapper | Priorty Employee Claims | 129.20 |
| 6112 | 12/12/2016 | Shawn M. Clements | Priorty Employee Claims | 237.67 |
| 6113 | 12/12/2016 | William F. Click | Priorty Employee Claims | 452.34 |
| 6114 | 12/12/2016 | Branden Ray Coffey | Priorty Employee Claims | 129.20 |
| 6115 | 12/12/2016 | Robert P. Combs | Priorty Employee Claims | 168.43 |
| 6116 | 12/12/2016 | Christen L. Cook | Priorty Employee Claims | 237.67 |
| 6117 | 12/12/2016 | Joshua D. Dailey | Priorty Employee Claims | 237.67 |
| 6118 | 12/12/2016 | Barbara J Daniels | Priorty Employee Claims | 108.47 |
| 6119 | 12/12/2016 | Denise A Danziesen | Priorty Employee Claims | 137.28 |
| 6120 | 12/12/2016 | Keith A Daugherty | Priorty Employee Claims | 260.75 |
| 6121 | 12/12/2016 | Michael R. Davenport | Priorty Employee Claims | 237.67 |
| 6122 | 12/12/2016 | Linda A David | Priorty Employee Claims | 452.34 |
| 6123 | 12/12/2016 | Ray E. Davis | Priorty Employee Claims | 237.67 |
| 6124 | 12/12/2016 | Jeri L Dawson | Priorty Employee Claims | 32.30 |
| 6125 | 12/12/2016 | Lisa V DeHerrera | Priorty Employee Claims | 92.32 |
| 6126 | 12/12/2016 | Christina G. Delgado | Priorty Employee Claims | 237.67 |
| 6127 | 12/12/2016 | Marney C. Dempsey | Priorty Employee Claims | 237.67 |
| 6128 | 12/12/2016 | Bonnie S Denler | Priorty Employee Claims | 237.67 |
| 6129 | 12/12/2016 | Dawn Devine | Priorty Employee Claims | 366.95 |
| 6130 | 12/12/2016 | Peter Devine | Priorty Employee Claims | 237.67 |
| 6131 | 12/12/2016 | Greogry A. Dillander | Priorty Employee Claims | 260.75 |
| 6132 | 12/12/2016 | Tyler d. Dixon | Priorty Employee Claims | 145.35 |
| 6133 | 12/12/2016 | Roger L Dospil | Priorty Employee Claims | 129.20 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| | | | | |
|---|---|---|---|---:|
| 6134 | 12/12/2016 | Heidi Downey | Priorty Employee Claims | 46.16 |
| 6135 | 12/12/2016 | Pamela Duncan | Priorty Employee Claims | 237.67 |
| 6136 | 12/12/2016 | Barry Dunklebarger | Priorty Employee Claims | 237.67 |
| 6137 | 12/12/2016 | Kathryn A Dupre' | Priorty Employee Claims | 129.20 |
| 6138 | 12/12/2016 | Brett A Eckert | Priorty Employee Claims | 366.95 |
| 6139 | 12/12/2016 | James R Eckman | Priorty Employee Claims | 173.07 |
| 6140 | 12/12/2016 | Kelly Eckman | Priorty Employee Claims | 92.32 |
| 6141 | 12/12/2016 | Jeanne L Elliott | Priorty Employee Claims | 260.75 |
| 6142 | 12/12/2016 | Burton P Epstein | Priorty Employee Claims | 237.67 |
| 6143 | 12/12/2016 | Stacey D. Faulk | Priorty Employee Claims | 260.75 |
| 6144 | 12/12/2016 | Karrin Ferguson | Priorty Employee Claims | 237.67 |
| 6145 | 12/12/2016 | Liliena L Filimoeatu | Priorty Employee Claims | 237.67 |
| 6146 | 12/12/2016 | Sandra Fiorelli | Priorty Employee Claims | 260.75 |
| 6147 | 12/12/2016 | Marcia F. Fitzgerald | Priorty Employee Claims | 237.67 |
| 6148 | 12/12/2016 | Lillian D Flatt | Priorty Employee Claims | 237.67 |
| 6149 | 12/12/2016 | Marsha A Fletcher | Priorty Employee Claims | 237.67 |
| 6150 | 12/12/2016 | Kimberly D. Flora | Priorty Employee Claims | 237.67 |
| 6151 | 12/12/2016 | Victor Fong | Priorty Employee Claims | 237.67 |
| 6152 | 12/12/2016 | Edwin Charles Fors | Priorty Employee Claims | 129.20 |
| 6153 | 12/12/2016 | Melissa A. Fort | Priorty Employee Claims | 32.30 |
| 6154 | 12/12/2016 | Terry L. Foster | Priorty Employee Claims | 129.20 |
| 6155 | 12/12/2016 | Lori E. Fraley | Priorty Employee Claims | 129.20 |
| 6156 | 12/12/2016 | Jim L. Freeman | Priorty Employee Claims | 237.67 |
| 6157 | 12/12/2016 | Kathleen M. Freeman | Priorty Employee Claims | 237.67 |
| 6158 | 12/12/2016 | William E. freeman | Priorty Employee Claims | 318.47 |
| 6159 | 12/12/2016 | Elizabeth Freimanis | Priorty Employee Claims | 129.20 |
| 6160 | 12/12/2016 | Mary E. Frohnauer | Priorty Employee Claims | 237.67 |
| 6161 | 12/12/2016 | Jennifer L. Gardner | Priorty Employee Claims | 237.67 |
| 6162 | 12/12/2016 | Gary R. Gatney | Priorty Employee Claims | 323.06 |
| 6163 | 12/12/2016 | Kayla M Germann | Priorty Employee Claims | 237.67 |
| 6164 | 12/12/2016 | Christopher Gerstner | Priorty Employee Claims | 23.08 |
| 6165 | 12/12/2016 | Jeffrey Gibbs | Priorty Employee Claims | 23.08 |
| 6166 | 12/12/2016 | Melissa Gibson | Priorty Employee Claims | 207.72 |
| 6167 | 12/12/2016 | Sherrie L. Gilbert | Priorty Employee Claims | 129.20 |
| 6168 | 12/12/2016 | Tamara M. Gilbert | Priorty Employee Claims | 129.20 |
| 6169 | 12/12/2016 | Carol Giolitto | Priorty Employee Claims | 115.40 |
| 6170 | 12/12/2016 | Sheila R Gjurecech | Priorty Employee Claims | 237.67 |
| 6171 | 12/12/2016 | Dennis L. Goff | Priorty Employee Claims | 161.55 |
| 6172 | 12/12/2016 | Michael L Goodspeed | Priorty Employee Claims | 323.06 |
| 6173 | 12/12/2016 | Jill S Goodwin | Priorty Employee Claims | 237.67 |
| 6174 | 12/12/2016 | Shelly M Gorman | Priorty Employee Claims | 129.20 |
| 6175 | 12/12/2016 | Richard C Green | Priorty Employee Claims | 237.67 |
| 6176 | 12/12/2016 | Robert M Green | Priorty Employee Claims | 244.60 |
| 6177 | 12/12/2016 | Sandra H Grieshop | Priorty Employee Claims | 237.67 |
| 6178 | 12/12/2016 | Melvin K Griffin | Priorty Employee Claims | 452.34 |
| 6179 | 12/12/2016 | Tara L Griffin | Priorty Employee Claims | 108.47 |
| 6180 | 12/12/2016 | Terry L. Gross | Priorty Employee Claims | 237.67 |
| 6181 | 12/12/2016 | William F Gruesbeck | Priorty Employee Claims | 173.07 |
| 6182 | 12/12/2016 | Michael C Guess | Priorty Employee Claims | 237.67 |
| 6183 | 12/12/2016 | Thomas A Gutman | Priorty Employee Claims | 8.08 |
| 6184 | 12/12/2016 | Jodi L Hadley | Priorty Employee Claims | 260.75 |
| 6185 | 12/12/2016 | Tara M Hall | Priorty Employee Claims | 129.20 |
| 6186 | 12/12/2016 | James J Hallman | Priorty Employee Claims | 452.34 |
| 6187 | 12/12/2016 | Linda D Hammond | Priorty Employee Claims | 237.67 |
| 6188 | 12/12/2016 | Deckard Hammonds | Priorty Employee Claims | 95.71 |
| 6189 | 12/12/2016 | Mike W Harding | Priorty Employee Claims | 237.67 |
| 6190 | 12/12/2016 | Carolyn F Hare | Priorty Employee Claims | 290.78 |
| 6191 | 12/12/2016 | Linda M Harner | Priorty Employee Claims | 237.67 |
| 6192 | 12/12/2016 | Richard A Harris | Priorty Employee Claims | 237.67 |
| 6193 | 12/12/2016 | Katherine J Hassink | Priorty Employee Claims | 237.67 |
| 6194 | 12/12/2016 | Sonya Havens | Priorty Employee Claims | 237.67 |
| 6195 | 12/12/2016 | Timothy M Hedrich | Priorty Employee Claims | 237.67 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| # | Date | Name | Type | Amount |
|---|---|---|---|---|
| 6196 | 12/12/2016 | Brian J Heeran | Priorty Employee Claims | 237.67 |
| 6197 | 12/12/2016 | Ann L Helton | Priorty Employee Claims | 237.67 |
| 6198 | 12/12/2016 | Billie J Henderson | Priorty Employee Claims | 237.67 |
| 6199 | 12/12/2016 | Darlene M Henz | Priorty Employee Claims | 260.75 |
| 6200 | 12/12/2016 | Tim Herron | Priorty Employee Claims | 129.20 |
| 6201 | 12/12/2016 | Joan M Hess | Priorty Employee Claims | 260.75 |
| 6202 | 12/12/2016 | Tonia R Higgins | Priorty Employee Claims | 237.67 |
| 6203 | 12/12/2016 | Demetria Hill | Priorty Employee Claims | 131.55 |
| 6204 | 12/12/2016 | Warren L Hill | Priorty Employee Claims | 237.67 |
| 6205 | 12/12/2016 | Erin Hillard | Priorty Employee Claims | 237.67 |
| 6206 | 12/12/2016 | Juliann Hillquist | Priorty Employee Claims | 237.67 |
| 6207 | 12/12/2016 | Travis Hobbs | Priorty Employee Claims | 69.24 |
| 6208 | 12/12/2016 | Kaye D Hoke | Priorty Employee Claims | 129.20 |
| 6209 | 12/12/2016 | Rosemary K Holston | Priorty Employee Claims | 237.67 |
| 6210 | 12/12/2016 | Susan A Homan | Priorty Employee Claims | 237.67 |
| 6211 | 12/12/2016 | Kevin D Hone | Priorty Employee Claims | 237.67 |
| 6212 | 12/12/2016 | Carey E Hope | Priorty Employee Claims | 129.20 |
| 6213 | 12/12/2016 | Sandra M Horning | Priorty Employee Claims | 129.20 |
| 6214 | 12/12/2016 | Margaret L Hourvitz | Priorty Employee Claims | 237.67 |
| 6215 | 12/12/2016 | Angela Howard | Priorty Employee Claims | 129.20 |
| 6216 | 12/12/2016 | Randy A Howard | Priorty Employee Claims | 452.34 |
| 6217 | 12/12/2016 | Kristy L Hubbard | Priorty Employee Claims | 237.67 |
| 6218 | 12/12/2016 | Steven A Hucker | Priorty Employee Claims | 193.86 |
| 6219 | 12/12/2016 | Tresa L Hulsey | Priorty Employee Claims | 237.67 |
| 6220 | 12/12/2016 | Valerie B Hutton | Priorty Employee Claims | 8.08 |
| 6221 | 12/12/2016 | Paul A Jackson | Priorty Employee Claims | 237.67 |
| 6222 | 12/12/2016 | William R Jackson | Priorty Employee Claims | 129.20 |
| 6223 | 12/12/2016 | Gwendolyn J James | Priorty Employee Claims | 237.67 |
| 6224 | 12/12/2016 | Christopher L Jauch | Priorty Employee Claims | 32.30 |
| 6225 | 12/12/2016 | Susan Jones Rutherford | Priorty Employee Claims | 452.34 |
| 6226 | 12/12/2016 | David M Jones | Priorty Employee Claims | 214.59 |
| 6227 | 12/12/2016 | Debra J Jones | Priorty Employee Claims | 260.75 |
| 6228 | 12/12/2016 | Rick G Jones | Priorty Employee Claims | 237.67 |
| 6229 | 12/12/2016 | Mary M Jordan | Priorty Employee Claims | 260.75 |
| 6230 | 12/12/2016 | Jeffrey A Jurek | Priorty Employee Claims | 46.16 |
| 6231 | 12/12/2016 | Traci L Jurek | Priorty Employee Claims | 96.90 |
| 6232 | 12/12/2016 | Jonathan M Keeton | Priorty Employee Claims | 92.32 |
| 6233 | 12/12/2016 | Susan D. Keller | Priorty Employee Claims | 237.67 |
| 6234 | 12/12/2016 | Angela M Kemper | Priorty Employee Claims | 129.20 |
| 6235 | 12/12/2016 | Billy C Key | Priorty Employee Claims | 237.67 |
| 6236 | 12/12/2016 | Justin Kleespie | Priorty Employee Claims | 80.75 |
| 6237 | 12/12/2016 | Nicole Knapps | Priorty Employee Claims | 237.67 |
| 6238 | 12/12/2016 | Ryan Knight | Priorty Employee Claims | 237.67 |
| 6239 | 12/12/2016 | Timothy E Knoll | Priorty Employee Claims | 237.67 |
| 6240 | 12/12/2016 | Ronald L Kohn | Priorty Employee Claims | 237.67 |
| 6241 | 12/12/2016 | David S Kreiger | Priorty Employee Claims | 237.67 |
| 6242 | 12/12/2016 | Lauren H Krivich | Priorty Employee Claims | 237.67 |
| 6243 | 12/12/2016 | Dave A Kuipers | Priorty Employee Claims | 32.30 |
| 6244 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6245 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6246 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6247 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6248 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6249 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6250 | 12/12/2016 | Barbara Kyte | Priorty Employee Claims | 80.75 |
| 6251 | 12/12/2016 | George D Lahey | Priorty Employee Claims | 237.67 |
| 6252 | 12/12/2016 | Douglas C Lamb | Priorty Employee Claims | 237.67 |
| 6253 | 12/12/2016 | Cynthia M Lauth | Priorty Employee Claims | 129.20 |
| 6254 | 12/12/2016 | Windy Lawrence | Priorty Employee Claims | 32.30 |
| 6255 | 12/12/2016 | Darryl B Lecato | Priorty Employee Claims | 237.67 |
| 6256 | 12/12/2016 | Trevor J Leemaster | Priorty Employee Claims | 8.08 |
| 6257 | 12/12/2016 | Barry E Legette | Priorty Employee Claims | 237.67 |

MONTHLY OPERATING REPORT -  ATTACHMENT NO. 4
POST CONFIRMATION

| # | Date | Name | Type | Amount |
|---|---|---|---|---|
| 6258 | 12/12/2016 | Joey A Lewis | Priorty Employee Claims | 237.67 |
| 6259 | 12/12/2016 | Devin L Ley | Priorty Employee Claims | 237.67 |
| 6260 | 12/12/2016 | Daniel T Light | Priorty Employee Claims | 237.67 |
| 6261 | 12/12/2016 | Patricia A Link | Priorty Employee Claims | 237.67 |
| 6262 | 12/12/2016 | Brenda D Lofton | Priorty Employee Claims | 237.67 |
| 6263 | 12/12/2016 | Terra L. Logan | Priorty Employee Claims | 237.67 |
| 6264 | 12/12/2016 | Benny H Lovelady | Priorty Employee Claims | 129.20 |
| 6265 | 12/12/2016 | Sayann M Lovell | Priorty Employee Claims | 237.67 |
| 6266 | 12/12/2016 | Cynthia K Luebke | Priorty Employee Claims | 237.67 |
| 6267 | 12/12/2016 | Dwayne T Lyle | Priorty Employee Claims | 237.67 |
| 6268 | 12/12/2016 | Andrew Malanowski | Priorty Employee Claims | 237.67 |
| 6269 | 12/12/2016 | Kelly P Mallory | Priorty Employee Claims | 237.67 |
| 6270 | 12/12/2016 | Robert T Manley | Priorty Employee Claims | 237.67 |
| 6271 | 12/12/2016 | Erik James Marchand | Priorty Employee Claims | 88.83 |
| 6272 | 12/12/2016 | Heather D Marcus | Priorty Employee Claims | 108.47 |
| 6273 | 12/12/2016 | Jaqueline Ann Martin | Priorty Employee Claims | 129.20 |
| 6274 | 12/12/2016 | Robert J Martin | Priorty Employee Claims | 237.67 |
| 6275 | 12/12/2016 | Kathy L Matney | Priorty Employee Claims | 237.67 |
| 6276 | 12/12/2016 | Angela F Maxwell | Priorty Employee Claims | 452.34 |
| 6277 | 12/12/2016 | Gayla D Maye | Priorty Employee Claims | 237.67 |
| 6278 | 12/12/2016 | Kelley Mays | Priorty Employee Claims | 207.72 |
| 6279 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6280 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6281 | 12/12/2016 | Lance McCoy | Priorty Employee Claims | 229.60 |
| 6282 | 12/12/2016 | Michael McDermott | Priorty Employee Claims | 237.67 |
| 6283 | 12/12/2016 | Jennifer L McFall | Priorty Employee Claims | 237.67 |
| 6284 | 12/12/2016 | Shellie McGuire | Priorty Employee Claims | 191.51 |
| 6285 | 12/12/2016 | Salli A McNally | Priorty Employee Claims | 237.67 |
| 6286 | 12/12/2016 | Nancy A Menchhofer | Priorty Employee Claims | 269.97 |
| 6287 | 12/12/2016 | Robert P Michaels | Priorty Employee Claims | 80.75 |
| 6288 | 12/12/2016 | Pamela Militello | Priorty Employee Claims | 237.67 |
| 6289 | 12/12/2016 | Carol M Miller | Priorty Employee Claims | 237.67 |
| 6290 | 12/12/2016 | George Miller | Priorty Employee Claims | 452.34 |
| 6291 | 12/12/2016 | Jennifer I Miller | Priorty Employee Claims | 129.20 |
| 6292 | 12/12/2016 | Michele R Miller | Priorty Employee Claims | 237.67 |
| 6293 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6294 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6295 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6296 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6297 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6298 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6299 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6300 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6301 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6302 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6303 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6304 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6305 | 12/12/2016 | Alice E Mills | Priorty Employee Claims | 129.20 |
| 6306 | 12/12/2016 | Mark V Mitsoullis | Priorty Employee Claims | 237.67 |
| 6307 | 12/12/2016 | Lavern Moeller | Priorty Employee Claims | 108.47 |
| 6308 | 12/12/2016 | Archie Moore | Priorty Employee Claims | 237.67 |
| 6309 | 12/12/2016 | Julie A Moore | Priorty Employee Claims | 237.67 |
| 6310 | 12/12/2016 | Jeffrey A Moran | Priorty Employee Claims | 452.34 |
| 6311 | 12/12/2016 | Kenneth D Morehead | Priorty Employee Claims | 452.34 |
| 6312 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6313 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6314 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6315 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6316 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6317 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6318 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6319 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6320 | 12/12/2016 | Christopher S Moreno | Priorty Employee Claims | 237.67 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| | | | | |
|---|---|---|---|---|
| 6321 | 12/12/2016 | Harold W Morgan | Priorty Employee Claims | 237.67 |
| 6322 | 12/12/2016 | Rebecca L Morgan | Priorty Employee Claims | 221.52 |
| 6323 | 12/12/2016 | George A Morrison | Priorty Employee Claims | 237.67 |
| 6324 | 12/12/2016 | Donna Multerer | Priorty Employee Claims | 129.20 |
| 6325 | 12/12/2016 | Kelly G Mundy | Priorty Employee Claims | 237.67 |
| 6326 | 12/12/2016 | Thien V Nguyen | Priorty Employee Claims | 237.67 |
| 6327 | 12/12/2016 | Amber D Nicholson | Priorty Employee Claims | 108.47 |
| 6328 | 12/12/2016 | Jason E Nicodemus | Priorty Employee Claims | 237.67 |
| 6329 | 12/12/2016 | Karen E Noble | Priorty Employee Claims | 366.95 |
| 6330 | 12/12/2016 | Willian D Oates | Priorty Employee Claims | 32.30 |
| 6331 | 12/12/2016 | Cindy I Obednikovski | Priorty Employee Claims | 237.67 |
| 6332 | 12/12/2016 | Felipe L Ornelas | Priorty Employee Claims | 237.67 |
| 6333 | 12/12/2016 | James Osborne | Priorty Employee Claims | 129.20 |
| 6334 | 12/12/2016 | Tamera L Ott | Priorty Employee Claims | 237.67 |
| 6335 | 12/12/2016 | Camille Palladino | Priorty Employee Claims | 237.67 |
| 6336 | 12/12/2016 | Steven C Palmer | Priorty Employee Claims | 237.67 |
| 6337 | 12/12/2016 | Sherry Parker | Priorty Employee Claims | 260.75 |
| 6338 | 12/12/2016 | Wade Patterson | Priorty Employee Claims | 156.92 |
| 6339 | 12/12/2016 | Sarah Peacock | Priorty Employee Claims | 237.67 |
| 6340 | 12/12/2016 | Kathleen K Perez | Priorty Employee Claims | 237.67 |
| 6341 | 12/12/2016 | Nicole K Perkins | Priorty Employee Claims | 129.20 |
| 6342 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6343 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6344 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6345 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6346 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6347 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6348 | 12/12/2016 | Rachel D Perry | Priorty Employee Claims | 129.20 |
| 6349 | 12/12/2016 | Sherri L Perry | Priorty Employee Claims | 129.20 |
| 6350 | 12/12/2016 | Patricia A Pietrzak | Priorty Employee Claims | 260.75 |
| 6351 | 12/12/2016 | Leo D Pike | Priorty Employee Claims | 237.67 |
| 6352 | 12/12/2016 | Richard V Pike | Priorty Employee Claims | 237.67 |
| 6353 | 12/12/2016 | Paul D Pinkerton | Priorty Employee Claims | 452.34 |
| 6354 | 12/12/2016 | Michael A Pipenger | Priorty Employee Claims | 237.67 |
| 6355 | 12/12/2016 | Dianna Podolak | Priorty Employee Claims | 237.67 |
| 6356 | 12/12/2016 | Paul E Post | Priorty Employee Claims | 32.30 |
| 6357 | 12/12/2016 | Tina M Potts | Priorty Employee Claims | 237.67 |
| 6358 | 12/12/2016 | Lisa Lynn Powell | Priorty Employee Claims | 129.20 |
| 6359 | 12/12/2016 | Jessie L Pridemore | Priorty Employee Claims | 129.20 |
| 6360 | 12/12/2016 | Richard A Prindle | Priorty Employee Claims | 237.67 |
| 6361 | 12/12/2016 | Shane E Provence | Priorty Employee Claims | 237.67 |
| 6362 | 12/12/2016 | Randy Pullen | Priorty Employee Claims | 452.34 |
| 6363 | 12/12/2016 | Christopher M Ramos | Priorty Employee Claims | 237.67 |
| 6364 | 12/12/2016 | Benny Reed | Priorty Employee Claims | 237.67 |
| 6365 | 12/12/2016 | Susan Reif | Priorty Employee Claims | 221.52 |
| 6366 | 12/12/2016 | Katherine Richendollar | Priorty Employee Claims | 244.60 |
| 6367 | 12/12/2016 | Denese D Roberson | Priorty Employee Claims | 452.34 |
| 6368 | 12/12/2016 | Connie Robinholt | Priorty Employee Claims | 237.67 |
| 6369 | 12/12/2016 | Matthew h Rogers | Priorty Employee Claims | 237.67 |
| 6370 | 12/12/2016 | Marcene Romano | Priorty Employee Claims | 237.67 |
| 6371 | 12/12/2016 | Gregory A Rooks | Priorty Employee Claims | 237.67 |
| 6372 | 12/12/2016 | Erica M Rose | Priorty Employee Claims | 129.20 |
| 6373 | 12/12/2016 | Michael A Rose | Priorty Employee Claims | 237.67 |
| 6374 | 12/12/2016 | Nancy Roy | Priorty Employee Claims | 129.20 |
| 6375 | 12/12/2016 | Jason L Rummel | Priorty Employee Claims | 237.67 |
| 6376 | 12/12/2016 | Michael E Rupp | Priorty Employee Claims | 237.67 |
| 6377 | 12/12/2016 | Kathy J Rutter | Priorty Employee Claims | 16.15 |
| 6378 | 12/12/2016 | Kimberly D Ryan | Priorty Employee Claims | 191.51 |
| 6379 | 12/12/2016 | Bart Samford | Priorty Employee Claims | 237.67 |
| 6380 | 12/12/2016 | Melissa M Savoy | Priorty Employee Claims | 237.67 |
| 6381 | 12/12/2016 | Emily J Scearce | Priorty Employee Claims | 237.67 |
| 6382 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6383 | 12/12/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6384 | 12/12/2016 | Aimee Schellenberg | Priorty Employee Claims | 80.75 |
| 6386 | 12/12/2016 | Steven D Scherr | Priorty Employee Claims | 260.75 |

**MONTHLY OPERATING REPORT -**  **ATTACHMENT NO. 4**
**POST CONFIRMATION**

| | | | | |
|---|---|---|---|---|
| 6387 | 12/12/2016 | Collin Schmidt | Priorty Employee Claims | 245.75 |
| 6388 | 12/12/2016 | Dianne L Schmidt | Priorty Employee Claims | 129.20 |
| 6389 | 12/12/2016 | Richard A Schraitle | Priorty Employee Claims | 237.67 |
| 6390 | 12/12/2016 | Lori Schroeder | Priorty Employee Claims | 237.67 |
| 6391 | 12/12/2016 | Pamela S Severns | Priorty Employee Claims | 237.67 |
| 6392 | 12/12/2016 | Ronald D Shankel | Priorty Employee Claims | 237.67 |
| 6393 | 12/12/2016 | Martha A Shannon | Priorty Employee Claims | 245.75 |
| 6394 | 12/12/2016 | Helen E Shedd | Priorty Employee Claims | 237.67 |
| 6395 | 12/12/2016 | James A Sheline | Priorty Employee Claims | 237.67 |
| 6396 | 12/12/2016 | Brandon Shouse | Priorty Employee Claims | 92.32 |
| 6397 | 12/12/2016 | Robert S Sloan | Priorty Employee Claims | 258.48 |
| 6398 | 12/12/2016 | Leslie B Slusser | Priorty Employee Claims | 237.67 |
| 6399 | 12/12/2016 | Kelly R Smirl | Priorty Employee Claims | 452.34 |
| 6400 | 12/12/2016 | Ronda K Smith-Allen | Priorty Employee Claims | 237.67 |
| 6401 | 12/12/2016 | Kristi Smith-McClellon | Priorty Employee Claims | 237.67 |
| 6402 | 12/12/2016 | Joseph D Smith | Priorty Employee Claims | 216.94 |
| 6403 | 12/12/2016 | Gary D Smith | Priorty Employee Claims | 64.60 |
| 6404 | 12/12/2016 | John Smith | Priorty Employee Claims | 237.67 |
| 6405 | 12/12/2016 | Linda D Smith | Priorty Employee Claims | 237.67 |
| 6406 | 12/12/2016 | Pamela D Smith | Priorty Employee Claims | 129.20 |
| 6047 | 12/13/2016 | Roger Smith | Priorty Employee Claims | 237.67 |
| 6408 | 12/13/2016 | Stephen D Smith | Priorty Employee Claims | 62.31 |
| 6409 | 12/13/2016 | Stephen David Smith | Priorty Employee Claims | 129.20 |
| 6410 | 12/13/2016 | Brinda Snively | Priorty Employee Claims | 92.32 |
| 6411 | 12/13/2016 | Kimberly K Snook | Priorty Employee Claims | 237.67 |
| 6412 | 12/13/2016 | George Sollberger | Priorty Employee Claims | 237.67 |
| 6413 | 12/13/2016 | Ronald D Sosbe | Priorty Employee Claims | 237.67 |
| 6414 | 12/13/2016 | Gerard D Sowar | Priorty Employee Claims | 237.67 |
| 6415 | 12/13/2016 | Paul Robert Spalding | Priorty Employee Claims | 129.20 |
| 6416 | 12/13/2016 | Gary D Spangler | Priorty Employee Claims | 237.67 |
| 6417 | 12/13/2016 | Mark A Spilker | Priorty Employee Claims | 237.67 |
| 6418 | 12/13/2016 | Denise Stachura | Priorty Employee Claims | 129.20 |
| 6419 | 12/13/2016 | Brian L. Steadman | Priorty Employee Claims | 323.06 |
| 6420 | 12/13/2016 | William T Stogner | Priorty Employee Claims | 129.20 |
| 6421 | 12/13/2016 | Jeffrey R Stong | Priorty Employee Claims | 260.75 |
| 6422 | 12/13/2016 | Sarah Stout | Priorty Employee Claims | 108.47 |
| 6423 | 12/13/2016 | Joshua D Strickler | Priorty Employee Claims | 237.67 |
| 6424 | 12/13/2016 | Tracy A Stults | Priorty Employee Claims | 237.67 |
| 6425 | 12/13/2016 | Matthew P Tarlano | Priorty Employee Claims | 237.67 |
| 6426 | 12/13/2016 | Kelley Taylor | Priorty Employee Claims | 237.67 |
| 6427 | 12/13/2016 | Thomas L Terpening | Priorty Employee Claims | 237.67 |
| 6428 | 12/13/2016 | Mark Theodoras | Priorty Employee Claims | 23.08 |
| 6429 | 12/13/2016 | Richard E Thomas | Priorty Employee Claims | 237.67 |
| 6430 | 12/13/2016 | France L Thompson | Priorty Employee Claims | 108.47 |
| 6431 | 12/13/2016 | Danny R Toon | Priorty Employee Claims | 253.83 |
| 6432 | 12/13/2016 | Sandie Traister | Priorty Employee Claims | 260.75 |
| 6433 | 12/13/2016 | Mark T Travers | Priorty Employee Claims | 237.67 |
| 6434 | 12/13/2016 | Jeffrey K Triplett | Priorty Employee Claims | 191.51 |
| 6435 | 12/13/2016 | Diana L Tullio | Priorty Employee Claims | 237.67 |
| 6436 | 12/13/2016 | James Van Ostenbridge | Priorty Employee Claims | 237.67 |
| 6437 | 12/13/2016 | Preston Foxe VanDerMeiren | Priorty Employee Claims | 129.20 |
| 6438 | 12/13/2016 | Carole Vardakas | Priorty Employee Claims | 237.67 |
| 6439 | 12/13/2016 | Cecil C Vaught | Priorty Employee Claims | 108.47 |
| 6440 | 12/13/2016 | Bryce C Waggoner | Priorty Employee Claims | 237.67 |
| 6441 | 12/13/2016 | Sabrina Wakefield | Priorty Employee Claims | 237.67 |
| 6442 | 12/13/2016 | Barbara Warner | Priorty Employee Claims | 237.67 |
| 6443 | 12/13/2016 | Troy A Warner | Priorty Employee Claims | 237.67 |
| 6444 | 12/13/2016 | Kenneth E Warren Jr | Priorty Employee Claims | 366.95 |
| 6445 | 12/13/2016 | Michael T Watson | Priorty Employee Claims | 237.67 |
| 6446 | 12/13/2016 | Betty Wentz | Priorty Employee Claims | 260.75 |
| 6447 | 12/13/2016 | Jessica Wenz | Priorty Employee Claims | 237.67 |
| 6448 | 12/13/2016 | Anthony J Werling | Priorty Employee Claims | 237.67 |
| 6449 | 12/13/2016 | Gregory B West | Priorty Employee Claims | 237.67 |
| 6450 | 12/13/2016 | April L Wethington | Priorty Employee Claims | 237.67 |

**MONTHLY OPERATING REPORT -**                                                **ATTACHMENT NO. 4**
**POST CONFIRMATION**

| | | | | |
|---|---|---|---|---:|
| 6451 | 12/13/2016 | Bradley D Wetzel | Priorty Employee Claims | 452.34 |
| 6452 | 12/13/2016 | Richard L Whitaker | Priorty Employee Claims | 452.34 |
| 6453 | 12/13/2016 | James White | Priorty Employee Claims | 129.20 |
| 6454 | 12/13/2016 | Kyle F Wiegert | Priorty Employee Claims | 197.30 |
| 6455 | 12/13/2016 | Esther M Williams | Priorty Employee Claims | 237.67 |
| 6456 | 12/13/2016 | Jeffrey Anthony Williams | Priorty Employee Claims | 16.15 |
| 6457 | 12/13/2016 | Lori Williams | Priorty Employee Claims | 237.67 |
| 6458 | 12/13/2016 | Tony Williams | Priorty Employee Claims | 237.67 |
| 6459 | 12/13/2016 | Dan R Wilson | Priorty Employee Claims | 237.67 |
| 6460 | 12/13/2016 | Kevin L Wilson | Priorty Employee Claims | 237.67 |
| 6461 | 12/13/2016 | Nicole Wilson | Priorty Employee Claims | 260.75 |
| 6462 | 12/13/2016 | Phillip I Wilson | Priorty Employee Claims | 205.37 |
| 6463 | 12/13/2016 | Trisha M Wilson | Priorty Employee Claims | 237.67 |
| 6464 | 12/13/2016 | James I Winton | Priorty Employee Claims | 260.75 |
| 6465 | 12/13/2016 | Ronald E Wise | Priorty Employee Claims | 237.67 |
| 6466 | 12/13/2016 | William N Witte | Priorty Employee Claims | 237.67 |
| 6467 | 12/13/2016 | David Eugene Wolf | Priorty Employee Claims | 16.15 |
| 6468 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6469 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6470 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6471 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6472 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6473 | 12/13/2016 | VOID | Priorty Employee Claims | 0.00 |
| 6474 | 12/13/2016 | Jennifer Wood | Priorty Employee Claims | 452.34 |
| 6475 | 12/13/2016 | Anthony Deal Woodson | Priorty Employee Claims | 129.20 |
| 6476 | 12/13/2016 | Anissa Ruppe Woodward | Priorty Employee Claims | 8.08 |
| 6477 | 12/13/2016 | Stephen J Wuokko | Priorty Employee Claims | 237.67 |
| 6478 | 12/13/2016 | Beth Yaney | Priorty Employee Claims | 108.47 |
| 6479 | 12/13/2016 | Janice A Yoder | Priorty Employee Claims | 237.67 |
| 6480 | 12/13/2016 | Thomas L Young | Priorty Employee Claims | 406.18 |
| 6481 | 12/13/2016 | Amber J Ziegenthaler | Priorty Employee Claims | 96.90 |
| 6482 | 12/13/2016 | Chad E Zizelman | Priorty Employee Claims | 237.67 |
| 6483 | 12/13/2016 | Michael J McCoy | Priorty Employee Claims | 237.67 |
| | | | **CURRENT PERIOD TOTAL** | **$188,848.29** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.