IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. 2136 |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTOR'S SEVENTEENTH (17TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

PLEASE TAKE NOTICE that on January 25, 2017, SRC Liquidation, LLC *f/k/a* The Standard Register Company, the above-captioned reorganized debtor, by and through its undersigned counsel, has delivered to Chambers courtesy copies of the proofs of claim (the "**Claims**"), along with all of the attachments, that are going forward and are subject of *Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1*, filed on January 4, 2017 [Docket No. 2136].

PLEASE TAKE FURTHER NOTICE that the Claims have been duly noticed for hearing before The Honorable Brendan L. Shannon on **February 8, 2017 at 10:00 a.m. (Eastern Time)**. Copies of the Claims may be requested from the undersigned counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

55844276.1

Dated: January 25, 2017
      Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

55844276.1

2