**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

*AMENDED* **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 8, 2017 AT 10:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED/RESOLVED MATTERS**

1.    Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

      Objection Deadline:        December 23, 2015 at 4:00 p.m. (extended for certain parties)

      Related Document(s):

          a)    Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

      Response(s) Received:      None at this time.

      Status:      This matter has been resolved, movant will file a withdrawal of the Motion.

2.    Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

55984179.1

Response Deadline:   September 2, 2016 at 4:00 p.m. (By agreement of the parties, the response deadline for Bradford & Bigelow Inc., Dupli Envelope & Graphics Inc., Hawk's Tag, Raff Printing Inc., Quality Forms, and Tape and Label Graphic Systems Inc. has been extended to February 22, 2017. Standard Register Inc.'s reply deadline has been extended to March 1, 2017)

Related Document(s):

a)  Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

b)  Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

c)  Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

d)  Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 11/23/2016]

e)  Second Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2121; Filed: 11/29/2016]

Response(s) Received:

a)  Reply of Cohber Press, Inc. to Standard Register Inc.'s Fifth Omnibus (Substantive) Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2059; Filed 9/02/16]

b)  Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

55984179.1

    c)       Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016]

    d)       Informal Response of Leedsworld, Inc.

    e)       Informal Response of Bullet Line Inc.

    f)       Informal Response of Bluestar Inc.

    g)       Informal Response of Bradford & Bigelow Inc.

    h)       Informal Response of Dupli Envelope & Graphics Inc.

    i)       Informal Response of Raff Printing Inc.

    j)       Informal Response of Quality Forms

    k)       Informal Response of Tape and Label Graphic Systems Inc.

**Status:**    Standard Register, Inc. will file a Notice of Withdrawal as it relates to Bluestar, Inc. and Cohber Press, Inc.  This matter has been continued to the next omnibus hearing scheduled for March 8, 2017 at 10:30 a.m. with respect to all other responding claimants listed above.  This matter is resolved with respect to all other claims.

3.    Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2136; Filed: 1/4/2017]

**Response Deadline:**    January 20, 2017 at 4:00 p.m. (extended to February 14, 2017 for Hewlett-Packard Company)

**Related Document(s):**

    a)       Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2149; Filed: 1/25/2017]

**Response(s) Received:**

    a)       Informal Response of Hewlett-Packard Company

**Status:**    This matter has been continued to the next omnibus hearing scheduled for March 8, 2017 at 10:30 a.m.

Dated: February 6, 2017
      Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

 *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

55984179.1