IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Affected Parties Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on February 8, 2017 at 10:00 a.m. (ET) [Docket No. 2152]

- Amended Notice of Agenda of Matters Scheduled for Hearing on February 8, 2017 at 10:00 a.m. (ET) [Docket No. 2153]

Dated: February 9, 2017

/s/ Rafael Stitt
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 9, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Herbert Baer

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 13873

**Exhibit A**

Case 15-10541-BLS    Doc 2157    Filed 02/09/17    Page 2 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 |  | First Class Mail |

**Exhibit B**

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 979550 | Bradford & Bigelow, Inc. | 3 Perkins Way | | | | Newburyport | MA | 01950 | cfrederico@bradford-bigelow.com | First Class Mail and Email |
| 1368730 | Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | First Class Mail |
| 1368730 | Bullet Line, LLC | Accounts Receivable and Credit Manager | Attn: Altovise Langston | 6301 East 10th Avenue, Suite 110 | | Hialeah | FL | 33013 | | First Class Mail |
| 1411245 | Cohber Press, Inc. | c/o Bond, Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq. | One Lincoln Center | | Syracuse | NY | 13202 | stemes@bsk.com | First Class Mail and Email |
| 1321708 | Dupli Envelope and Graphics, Inc. | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | | Syracuse | NY | 13202 | nsmith@mackenziehughes.com | First Class Mail and Email |
| 905584 | HAWKS TAG | PO BOX 541207 | | | | CINCINNATI | OH | 45254 | dave@hawkstag.com | First Class Mail and Email |
| 905584 | HAWKS TAG | David Hawks | 1029 Seabreak Way | | | Cincinnati | OH | 45245 | dave@hawkstag.com | First Class Mail and Email |
| 1368733 | Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | First Class Mail |
| 1368733 | Leedsworld, Inc. | c/o Eric McMahon, Credit Manager | Polyconcept North America | 400 Hunt Valley Road | | New Kensington | PA | 15068 | | First Class Mail |
| 915007 | QUALITY FORMS | 4317 WEST US ROUTE 36 | PO BOX 1176 | | | PIQUA | OH | 45356 | | First Class Mail |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 | robertg@kgattorneys.com | First Class Mail and Email |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 | robertg@kgattorneys.com | First Class Mail and Email |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 | chrisb@sanmar.com | First Class Mail and Email |
| 1358882 | Tape & Label Graphic Systems, Inc. | 442 W. Fullerton Ave. | | | | Elmhurst | IL | 60126 | mdanosky@tlgraphic.com | First Class Mail and Email |
| 1368904 | United Radio Incorporated - d/b/a BlueStar | c/o Jeffrey S. Rosenstiel, Esq. | GRAYDON HEAD & RITCHEY LLP | 2400 Chamber Center Drive, Suite 300 | | Fort Mitchell | KY | 41017 | jrosenstiel@graydon.com | First Class Mail and Email |
| 1392514 | Hewlett-Packard Company | 13207 Collections Center Drive | | | | Chicago | IL | 60693 | ken.higman@hp.com | First Class Mail and Email |
| 1392484 | Hewlett-Packard Company | Attn: Credit & Collections | Mailstop 060400 | 11445 Compaq Center Dr., W | | Houston | TX | 77070 | ken.higman@hp.com | First Class Mail and Email |
| 1392480 | Hewlett-Packard Company | Attn: Finance Dept | 2580 S. Decker Lake Blvd. Suite 200 | | | Salt Lake City | UT | 84119 | ken.higman@hp.com | First Class Mail and Email |
| 1392514 | Hewlett-Packard Company | Attn: Ken Higman | 12610 Park Plaza Dr. | | | Cerritos | CA | 90703 | ken.higman@hp.com | First Class Mail and Email |
| 1392044 | Hewlett-Packard Company | PO Box 1011149 | | | | Atlanta | GA | 30392-1149 | ken.higman@hp.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | Attn: Bernice L. Barber | 200 Connell Drive, Suite 5000 | | | BERKELEY HEIGHTS | NJ | 07922 | bernice.l.barber@hp.com | First Class Mail and Email |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | PO Box 402582 | | | | Atlanta | GA | 30384-2582 | bernice.l.barber@hp.com | First Class Mail and Email |