IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and 2) via First Class Mail on the Litigation Service List attached hereto as **Exhibit B**:

- Order Extending the Period within which SRC Liquidation, LLC may Remove Actions [Docket No. 2156]

Dated: February 15, 2017

/s/ Rafael Stitt
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 15, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 13989

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 |  | First Class Mail |

In re SRC Liquidation, LLC,
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Exhibit B
Litigation Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 1325061 | AFFINITY EXPRESS INC | 2250 POINT BLVD STE 150 | | | | ELGIN | IL | 60123-7882 |
| 931600 | Affinity Express, Inc. | Shustak & Partners | 401 West "A" Street | Suite 2330 | | San Diego | CA | 92101 |
| 1392042 | Alan D. Halperin as liquidating trustee of the FBI Wind Down Liquidating Trust | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 934053 | Benjamin McClendon | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 931608 | Chaotic Moon LLC | Fritz, Gilstrap, Fitzpatrick | 98 San Jacinto BLVD | Suite 2000 | | Austin | TX | 78701 |
| 934064 | Deborah Gelinas | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3110009 | Envision Graphics, LLC dba Envision - 3, LLC | Envision Graphics, LLC | Gary Franz | 225 Madsen Dr. | | Bloomingdale | IL | 60108 |
| 1327849 | GELINAS, DEBORAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1416595 | Long, Thomas Brandt | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 932602 | Lynden Keala, Jaxcine Guzon, Sharon Brown-Henry, American Business Forms, Inc. dba American Solutions for Business | Pauahi Tower | 1003 Bishop Street | Suite 1500 | | Honolulu | HI | 96813 |
| 934073 | Lynne Shillinglaw | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 931851 | Norma Duttera | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3054680 | Peerless Insurance Company | Douglas R. Gooding | Choate, Hall & Stewart LLP | Two International Place | | Boston | MA | 02110 |
| 932891 | Phoenix Licensing LLC et al | K&L Gates LLP | 1717 Main Street | Suite 2800 | | Dallas | TX | 75201 |
| 3109941 | PPG Industries, Inc. | Mark A. Lindsay, Esq. | Babst, Calland, Clements and Zomnir, P.C. | Two Gateway Center, 6th Floor | | Pittsburgh | PA | 15222 |
| 932721 | Richard Goodwin and Rebecca Goodwin | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |