# **<u>EXHIBIT A</u>**

B 10 (Modified Official Form 10) (4/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below (**Check only one Debtor per claim form**):

- ☒ The Standard Register Company (Case No. 15-10541)
- ☐ Standard Register Holding Company (Case No. 15-10542)
- ☐ Standard Register Technologies, Inc. (Case No. 15-10543)
- ☐ Standard Register International, Inc. (Case No. 15-10544)
- ☐ iMedconsent, LLC (Case No. 15-10540)
- ☐ Standard Register of Puerto Rico Inc. (Case No. 15-10545)
- ☐ Standard Register Mexico Holding Company (Case No. 15-10546)
- ☐ Standard Register Holding, S. de R.L. de C.V. (Case No. 15-10547)
- ☐ Standard Register de Mexico, S. de R.L. de C.V. (Case No. 15-10548)
- ☐ Standard Register Servicios, S. de R.L. de C.V. (Case No. 15-10549)
- ☐ Standard Register Technologies Canada ULC (Case No. 15-10550)

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file requests for payment of an administrative expense according to 11 U.S.C. § 503.*

**COURT USE ONLY**

Name of Creditor (the person or other entity to whom the debtor owes money or property):
International Imaging Materials, Inc.

Name and address where notices should be sent:
Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901

Telephone number: 203-325-5000    email: hbaer@fdh.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
    (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
Same as above

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $ 57,164.80

If all or part of the claim is **secured**, complete **item 4**. If all or part of the claim is entitled to **priority**, complete **item 5**.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods sold
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___ | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

- ☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).
- ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)( 2 ).

**Amount entitled to priority:**
$ 57,164.80

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

B 10 (Modified Official Form 10) (4/13)  2

| | |
|---|---|
| **6. Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.<br><br>$ 57,164.80                                                    (See instruction #6) | |
| **7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7) | |
| **8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, or security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | |

**9. Signature:** (See instruction #9)

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Joseph Perna
Title:  Chief Financial Officer
Company:  International Imaging Materials, Inc.
Address and telephone number (if different from notice address above):
310 Commerce Drive
Amherst, NY 14228

Signature: *Joseph Perna*
Joseph Perna (Jun 9, 2015)
(Signature)                                                 (Date)
Email:  Joseph_Perna@IIMAK.com

Telephone number: 716-691-6333      email: Joseph_Perna@IIMAK.com

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attach Supporting Documentation (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):



IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

B 10 (Modified Official Form 10) (4/13)    3

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Check this box if you have a claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. (See DEFINITIONS, below.)

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.

In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, please enclose a stamped self-addressed envelope and a copy of this proof of claim. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/standardregister.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:

**The Standard Register Company**
**Claims Processing Center**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 9th Floor**
**New York, NY 10022**

**Standard Register Claim Info**

| **5039b)(9)** | | **Document No.** | **Doc. Date** | **Total** |
|---|---|---|---|---|
| 503(b)(9) | WorkflowOne | 1775534 | 2/20/2015 | 532.11 |
| 503(b)(9) | WORKFLOWONE | 1775519 | 2/20/2015 | 444.96 |
| 503(b)(9) | WORKFLOWONE | 1775520 | 2/20/2015 | 464.64 |
| 503(b)(9) | WORKFLOWONE | 1775526 | 2/20/2015 | 257.05 |
| 503(b)(9) | WORKFLOWONE | 1775527 | 2/20/2015 | 973.44 |
| 503(b)(9) | WORKFLOWONE | 1775533 | 2/20/2015 | 486.72 |
| 503(b)(9) | WORKFLOWONE | 1775550 | 2/20/2015 | 377.28 |
| 503(b)(9) | WORKFLOWONE | 1775553 | 2/20/2015 | 520.32 |
| 503(b)(9) | WORKFLOWONE | 1775563 | 2/20/2015 | 167.77 |
| 503(b)(9) | WORKFLOWONE | 1775651 | 2/20/2015 | 266.52 |
| 503(b)(9) | WORKFLOWONE | 1775787 | 2/20/2015 | 302.88 |
| 503(b)(9) | WORKFLOWONE | 1775823 | 2/23/2015 | 648.96 |
| 503(b)(9) | WORKFLOWONE | 1775919 | 2/23/2015 | 486.72 |
| 503(b)(9) | WORKFLOWONE | 1775928 | 2/23/2015 | 627.84 |
| 503(b)(9) | WORKFLOWONE | 1775937 | 2/23/2015 | 154.01 |
| 503(b)(9) | WORKFLOWONE | 1776017 | 2/23/2015 | 157.20 |
| 503(b)(9) | WORKFLOWONE | 1776044 | 2/23/2015 | 3,823.20 |
| 503(b)(9) | WORKFLOWONE | 1776047 | 2/23/2015 | 2,138.40 |
| 503(b)(9) | WORKFLOWONE | 1776291 | 2/24/2015 | 305.73 |
| 503(b)(9) | WORKFLOWONE | 1776333 | 2/24/2015 | 418.56 |
| 503(b)(9) | WORKFLOWONE | 1776342 | 2/24/2015 | 54.12 |
| 503(b)(9) | WORKFLOWONE | 1776537 | 2/25/2015 | 129.84 |
| 503(b)(9) | WORKFLOWONE | 1776602 | 2/25/2015 | 313.92 |
| 503(b)(9) | WORKFLOWONE | 1776881 | 2/26/2015 | 162.24 |
| 503(b)(9) | WORKFLOWONE | 1777050 | 2/26/2015 | 121.68 |
| 503(b)(9) | WORKFLOWONE | 1777235 | 2/27/2015 | 169.44 |
| 503(b)(9) | WORKFLOWONE | 1777761 | 3/2/2015 | 216.48 |
| 503(b)(9) | WORKFLOWONE | 1777814 | 3/2/2015 | 486.72 |
| 503(b)(9) | WORKFLOWONE | 1777848 | 3/2/2015 | 101.40 |
| 503(b)(9) | WORKFLOWONE | 1777849 | 3/2/2015 | 243.36 |
| 503(b)(9) | WORKFLOWONE | 1778035 | 3/3/2015 | 1,046.40 |
| 503(b)(9) | WORKFLOWONE | 1778058 | 3/3/2015 | 418.56 |
| 503(b)(9) | WORKFLOWONE | 1778202 | 3/3/2015 | 79.62 |
| 503(b)(9) | WORKFLOWONE | 1778346 | 3/4/2015 | 3,338.40 |
| 503(b)(9) | WORKFLOWONE | 1778391 | 3/4/2015 | 313.92 |
| 503(b)(9) | WORKFLOWONE | 1778402 | 3/4/2015 | 301.84 |
| 503(b)(9) | WORKFLOWONE | 1778566 | 3/5/2015 | 941.76 |
| 503(b)(9) | WORKFLOWONE | 1778935 | 3/5/2015 | 162.24 |
| 503(b)(9) | WORKFLOWONE | 1778959 | 3/6/2015 | 1,252.80 |
| 503(b)(9) | WORKFLOWONE | 1779009 | 3/6/2015 | 43.80 |
| 503(b)(9) | WORKFLOWONE | 1779144 | 3/6/2015 | 2,127.60 |
| 503(b)(9) | WORKFLOWONE | 1779200 | 3/6/2015 | 161.99 |
| 503(b)(9) | WORKFLOWONE | 1779230 | 3/9/2015 | 162.24 |
| 503(b)(9) | WORKFLOWONE | 1779293 | 3/9/2015 | 264.72 |
| 503(b)(9) | WORKFLOWONE | 1779492 | 3/9/2015 | 40.56 |
| 503(b)(9) | WORKFLOWONE | 1779494 | 3/9/2015 | 341.90 |
| 503(b)(9) | WORKFLOWONE | 1779587 | 3/10/2015 | 529.20 |
| 503(b)(9) | WORKFLOWONE | 1779712 | 3/10/2015 | 627.84 |
| 503(b)(9) | WORKFLOWONE | 1779873 | 3/11/2015 | 2,120.40 |

| | | | | |
|---|---|---|---|---|
| 503(b)(9) | WORKFLOWONE | 1779874 | 3/11/2015 | **1,912.08** |
| 503(b)(9) | WORKFLOWONE | 1779875 | 3/11/2015 | **2,007.60** |
| 503(b)(9) | WORKFLOWONE | 1780070 | 3/11/2015 | **313.92** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775524 | 2/20/2015 | **1,164.45** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775529 | 2/20/2015 | **108.24** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775532 | 2/20/2015 | **2,882.52** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775689 | 2/20/2015 | **134.71** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775694 | 2/20/2015 | **486.72** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775736 | 2/20/2015 | **602.84** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775886 | 2/23/2015 | **82.12** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775944 | 2/23/2015 | **197.28** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775954 | 2/23/2015 | **131.28** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1775987 | 2/23/2015 | **178.60** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776185 | 2/24/2015 | **46.02** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776245 | 2/24/2015 | **351.62** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776324 | 2/24/2015 | **108.24** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776381 | 2/24/2015 | **681.97** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776429 | 2/24/2015 | **186.03** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776433 | 2/24/2015 | **142.44** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776456 | 2/24/2015 | **40.56** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776599 | 2/25/2015 | **179.04** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776698 | 2/25/2015 | **837.12** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1776791 | 2/25/2015 | **15.72** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777048 | 2/26/2015 | **1,297.92** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777158 | 2/27/2015 | **62.88** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777248 | 2/27/2015 | **269.42** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777255 | 2/27/2015 | **335.92** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777270 | 2/27/2015 | **268.80** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777388 | 2/27/2015 | **136.49** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777408 | 2/27/2015 | **269.90** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777637 | 3/2/2015 | **103.20** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777646 | 3/2/2015 | **431.92** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777693 | 3/2/2015 | **1,021.20** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1777907 | 3/2/2015 | **129.84** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778037 | 3/3/2015 | **369.80** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778056 | 3/3/2015 | **146.84** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778199 | 3/3/2015 | **125.33** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778243 | 3/4/2015 | **73.68** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778299 | 3/4/2015 | **95.88** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778318 | 3/4/2015 | **138.27** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778406 | 3/4/2015 | **876.48** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778572 | 3/4/2015 | **125.99** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778555 | 3/5/2015 | **31.44** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778673 | 3/5/2015 | **399.26** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778771 | 3/5/2015 | **218.98** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778773 | 3/5/2015 | **142.44** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778914 | 3/5/2015 | **134.38** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1778958 | 3/6/2015 | **351.88** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779073 | 3/6/2015 | **581.84** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779128 | 3/6/2015 | **414.72** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779209 | 3/6/2015 | **636.48** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779294 | 3/9/2015 | **1,171.38** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779335 | 3/9/2015 | **1,164.08** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779485 | 3/9/2015 | **112.56** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779489 | 3/9/2015 | **1,297.92** |

| | | | | |
|---|---|---|---|---|
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779573 | 3/9/2015 | **367.84** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779590 | 3/10/2015 | **30.06** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779591 | 3/10/2015 | **268.80** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779877 | 3/11/2015 | **31.44** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1779991 | 3/11/2015 | **268.80** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1780050 | 3/11/2015 | **73.68** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1780069 | 3/11/2015 | **151.92** |
| 503(b)(9) | WORKFLOW SOLUTIONS LLC | 1780277 | 3/11/2015 | **414.72** |

**Total Claim**                                                                                          **$57,164.80**

# Electronic Proof of Claim

Adobe Document Cloud Document History

June 09, 2015

| | |
|---|---|
| Created: | June 09, 2015 |
| By: | Prime Clerk (epoc@primeclerk.com) |
| Status: | SIGNED |
| Transaction ID: | XZFPEBG5W7E6L2L |

## "Electronic Proof of Claim" History

- Widget created by Prime Clerk (epoc@primeclerk.com)
  June 09, 2015 - 1:46 PM EDT

- Widget filled in by Joseph Perna (Joseph_Perna@IIMAK.com)
  June 09, 2015 - 2:04 PM EDT - IP address: 63.209.178.11

- Joseph Perna (Joseph_Perna@IIMAK.com) uploaded the following supporting documents:
  - Attachment
  June 09, 2015 - 2:04 PM EDT

- User email address provided through API
  June 09, 2015 - 2:04 PM EDT - IP address: 63.209.178.11

- Signed document emailed to Joseph Perna (Joseph_Perna@IIMAK.com) and Prime Clerk (epoc@primeclerk.com)
  June 09, 2015 - 2:04 PM EDT



Prime Clerk  Powered by Adobe EchoSign