**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, certify that on February 21, 2017, I caused a true and correct copy of *International Imaging Materials, Inc.'s Preliminary Response in Opposition to Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims* to be served via CM/ECF electronic notification system and via United States First Class Mail, postage pre-paid on the parties that appear below:

Matthew P. Austria, Esq.
**WERB & SULLIVAN**
300 Delaware Avenue, 13th Floor
Wilmington, Delaware 19801

Phillip Bohl, Esq.
Abigail McGibbon, Esq.
**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)

Dated: February 21, 2017