**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION
<u>PROPOUNDED BY SANMAR CORPORATION</u>**

Pursuant to the provisions of Fed. R. Civ. P. 26, 33, 34 and 36, Fed. Bankr. Rules 7026, 7033, 7034, 7036, and 9014, and Del. Bankr. L.R. 7026-2(b), Creditor SanMar Corporation, by and though its undersigned counsel, hereby provides notice to the Court that it has served its *First Set of Interrogatories, Requests for Production, and Requests for Admission Propounded by SanMar Corporation* upon counsel for SRC Liquidation, LLC via electronic mail and first-class mail.

Dated: Wilmington, Delaware
　　　　February 23, 2017

　　　　　　　　　　　　　　　　　　　　　 */s/ Davis Lee Wright*
　　　　　　　　　　　　　　　　　　　　　Davis Lee Wright (DE I.D. # 4324)
　　　　　　　　　　　　　　　　　　　　　MONTGOMERY, McCRACKEN, WALKER &
　　　　　　　　　　　　　　　　　　　　　RHOADS, LLP
　　　　　　　　　　　　　　　　　　　　　1105 North Market Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 504-7800
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 504-7820
　　　　　　　　　　　　　　　　　　　　　dwright@mmwr.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to SanMar Corporation*

## **CERTIFICATE OF SERVICE**

I, Davis Lee Wright, hereby certify that on December 19, 2016, I caused a true and correct copy of the foregoing *Notice of Service of First Set of Interrogatories, Requests for Production, and Requests for Admission Propounded by SanMar Corporation* to be served upon counsel listed below via electronic mail, first class mail, and electronically through the Court's CM/ECF System:

Matthew P. Austria, Esq.  
WERB & SULLIVAN  
300 Delaware Avenue, 13th Floor  
P.O. Box 25046  
Wilmington, Delaware 19899  
maustria@werbsullivan.com

Phillip Bohl, Esq.  
Abigail McGibbon, Esq.  
GRAY, PLANT, MOOTY,  
    MOOTY & BENNET, P.A.  
500 IDS Center  
80 South Eighth Street  
Minneapolis, Minnesota 55402  
philip.bohl@gpmlaw.com  
abigail.mcgibbon@gpmlaw.com

    */s/ Davis Lee Wright*  
    Davis Lee Wright (No. 4324)