# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1] | Chapter 11<br>Case No. 15-10541-BLS<br>(Jointly Administered)<br>**Related Docket Nos: 1347** |

### NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF BUSINESS CARD SERVICE, INC. PURSUANT TO THE ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that, with the consent of its counsel of record, the *Motion For Allowance And Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially All of The Debtors' Assets* (the "Motion") [D.I. 1347] filed by Business Card Service, Inc. ("BCSI") on November 25, 2015 is hereby withdrawn.

The Motion was originally scheduled to be heard on January 13, 2016 at 11:00 a.m. and was identified as being resolved on the *Notice of Agenda of Matters Scheduled for Hearing on February 8, 2017 at 10:00 a.m. (ET)* [D.I. 2152].

[*Signature page follows*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: February 24, 2017
       Wilmington, Delaware

Respectfully submitted,

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
Wilmington, Delaware 19801
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*