**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**POST-CONFIRMATION STATUS REPORT OF THE GUC TRUST**

    EisnerAmper LLP, in its capacity as trustee (the "GUC Trustee") of the SRC GUC Trust (the "GUC Trust"), hereby submits its second status report (the "Report") pursuant to section 8.1 of the *Standard Register Company General Unsecured Creditors' GUC Trust Agreement* (the "GUC Trust Agreement") executed in connection with the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [D.I. 1286] (the "Plan") confirmed by the Court by order dated November 19, 2015 [D.I. 1331]. As and for this Report, the GUC Trustee respectfully states as follows:

**PLAN CONFIRMATION AND EFFECTIVE DATE**

    1.    The Effective Date of the Plan occurred on December 18, 2015. See D.I. 1412.

    2.    This is the second Report filed by the GUC Trustee, covering the period from January 1, 2016 through December 31, 2016, inclusive (the "Reporting Period").

**FINANCIAL DISCLOSURE FOR CALENDAR YEAR 2016**

    3.    Pursuant to the Plan and other agreements entered into prior to confirmation of the Plan, the GUC Trust collected $0.00 during the Reporting Period for distribution pursuant to the terms of the GUC Trust Agreement.

    4.    The GUC Trust earned $4,892.12 in interest income during the Reporting Period.

    5.    The GUC Trust paid $339,966.88 in expenses during the Reporting Period, including professional fees and insurance premiums, incurred by the GUC Trustee in connection with the activities and administration of the GUC Trust.

56857864.1

6. The GUC Trust distributed $4,840,544.58 to the beneficiaries of the GUC Trust during the Reporting Period.

7. The GUC Trust held $239,313.52 in cash and cash equivalents as of the end of the Reporting Period.

8. As of the end of the Reporting Period, the GUC Trustee was a plaintiff in a D&O litigation pending in this Court under Case No. 15-50771-BLS (Bankr. D. Del.), and is the appellant in a related appeal, Case No. 1:16-cv-00119-LPS (D. Del.).

## CONCLUSION

Further updates will be provided in accordance with the GUC Trust Agreement.

Dated: March 1, 2017                    Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Counsel to the GUC Trustee*

**POLSINELLI PC**

/s/  Justin K. Edelson
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Delaware Counsel to the GUC Trustee*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).