IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>RE: Docket No. 2136 |

**CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING IN PART DEBTOR'S SEVENTEENTH (17TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

　　　　1.　　On January 4, 2017, the Debtor filed the *Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 2136] (the "**Omnibus Objection**"). The response deadline for the Omnibus Objection was January 20, 2017.

　　　　2.　　The Debtor received an informal response from Hewlett-Packard Company ("**HP**")[2]. No other responses or objections were received.

　　　　3.　　The Debtor engaged in discussions with HP, and HP agrees with the proposed treatment of the claims as set forth on the attached agreed-upon form of order (the "**Order**").

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] The Omnibus Objection objected to claims filed by Hewlett-Packard Company, Hewlett-Packard Financial Services Company, and Indigo America, Inc., a wholly-owned subsidiary of Hewlett-Packard Company. The informal response addressed the claims of all three related entities.

57205714.1

4.      The Order sustaining, in part, the Omnibus Objection is attached hereto as Exhibit 1.

5.      Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated: March 3, 2017                                            Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973-597-2500)
Facsimile: (973) 597-2400

-and-

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

57205714.1