**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 8, 2017 AT 10:30 A.M. (ET)**

**\*\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\*\***

**CONTINUED MATTER**

1. Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

    Response Deadline: September 2, 2016 at 4:00 p.m. (By agreement of the parties, the response deadline for Bradford & Bigelow Inc., Dupli Envelope & Graphics Inc., Hawk's Tag, Raff Printing Inc., Quality Forms, and Tape and Label Graphic Systems Inc. has been extended to February 22, 2017. Standard Register Inc.'s reply deadline has been extended to March 1, 2017)

    Related Document(s):

    a) Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

    b) Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] **Amended items appear in bold.**

and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

c) Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

d) Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 11/23/2016]

e) Second Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2121; Filed: 11/29/2016]

f) Third Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2161; Filed: 2/15/2017]

Response(s) Received:

a) Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

b) Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016]

c) Informal Response of Leedsworld, Inc.

d) Informal Response of Bullet Line Inc.

e) Informal Response of Bradford & Bigelow Inc.

f) Informal Response of Dupli Envelope & Graphics Inc.

g) Informal Response of Raff Printing Inc.

h) Informal Response of Quality Forms

        i)        Informal Response of Tape and Label Graphic Systems Inc.

Status:    This matter has been continued to the next omnibus hearing scheduled for April 12, 2017 at 10:00 a.m. with respect to all other responding claimants listed above. This matter is resolved with respect to all other claims.

## MATTERS WITH CERTIFICATION OF COUNSEL

2. Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2136; Filed: 1/4/2017]

   Response Deadline:    January 20, 2017 at 4:00 p.m. (extended to February 14, 2017 for Hewlett-Packard Company)

   Related Document(s):

       a)    Notice of Submission of Copies of Proofs of Claim Regarding Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2149; Filed: 1/25/2017]

       b)    Certification of Counsel Regarding Order Sustaining in Part Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2167; Filed: 3/3/2017]

   Response(s) Received:

       a)    Informal Response of Hewlett-Packard Company

   Status:    **Chambers has advised that the order will be entered. No hearing is necessary.**

3. Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2154; Filed: 2/6/2017]

   Response Deadline:    February 21, 2017 at 4:00 p.m.

   Related Document(s):

       a)    Certification of Counsel of Counsel Regarding Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2168; Filed 3/3/2017]

Response(s) Received:

    a)    International Imaging Materials, Inc.'s Preliminary Response in Opposition to Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2162; Filed: 2/21/2017]

Status:    This matter has been continued to the next omnibus hearing scheduled for April 12, 2017 at 10:00 a.m. with respect to International Imaging Materials, Inc. **Chambers has advised that the order will be entered. No hearing is necessary.**

Dated: March 6, 2017  
       Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**  
Kenneth A. Rosen, Esq.  
Wojciech F. Jung, Esq.  
Andrew Behlmann, Esq.  
65 Livingston Avenue  
Roseland, NJ 07068  
Telephone: (973) 597-2500  
Facsimile: (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*  
Christopher A. Ward (DE Bar No. 3877)  
Justin K. Edelson (DE Bar No. 5002)  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*

57523248.1