**Exhibit A**
**Late Filed Claims**

|    | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount |
|----|------------------|---------|--------------------------|--------------------|----------------------------|---------------------------|
| 1. | JBR Industrial Services | 2013 | 197,730.00 | 6/9/2015 | 6/29/2015 | $0 |

**Exhibit B**
**Drop Ship Claims**

| | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1. | Classic Graphics, Inc. | 1933 | $34,052.70 | $239,956.76 | $0 | $239,956.76 | Goods Shipped Directly to Customer |

**Exhibit C**
**Claims Not For Goods**

|    | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|----|---------------|--------------|--------------------------|----------------------|---------------------------|-----------------------------------|-------------------------|
| 1. | JBR Industrial Services | 2013 | $197,730.00 | $197,730.00 | $0 | $197,730.00 | Portion of Claim is not for goods |
| 2. | Classic Graphics, Inc. | 1933 | $34,052.70 | $239,956.76 | $0 | $239,956.76 | Portion of Claim is not for goods |

**Exhibit D**
**Goods Delivered Outside of 20 Days**

|    | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|----|---------------|--------------|--------------------------|----------------------|---------------------------|-----------------------------------|-------------------------|
| 1. | Classic Graphics, Inc. | 1933 | $34,052.70 | $239,956.76 | $0 | $239,956.76 | Goods Delivered Outside of 20 Days |