**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC,[1]<br>　　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>Objection Deadline: March 27, 2017 at 4:00 p.m. (ET) |

## EIGHTH NOTICE OF SATISFACTION OF CLAIMS

SRC Liquidation, LLC hereby files this notice (the "Notice") identifying priority and administrative claims filed against the above-captioned debtor and its affiliates (collectively the "Debtors") that have been satisfied in full (the "Fully Satisfied Claims"). The Fully Satisfied Claims are set forth on Exhibit A attached hereto. In support of this Notice, SRC Liquidation, LLC respectfully represents as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (the "Amended Standing Order"). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, SRC Liquidation, LLC consents to entry of a final order by the Court in connection with this Notice to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

57517848.1

2.Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rule 3007.

## BACKGROUND

A.**General Background**

3.On March 12, 2015 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). No request for a trustee or examiner has been made in these chapter 11 cases (collectively, the "Chapter 11 Cases").

4.On November 11, 2015, the Debtors filed the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [Docket No. 1286] (as confirmed, the "Plan"), which was confirmed on November 19, 2015. *See* Docket No. 1331.

5.The effective date of the Plan occurred on December 18, 2015. *See* Docket No. 1412. Pursuant to the Plan, among other things, SRC Liquidation Company was converted to SRC Liquidation, LLC in accordance with Ohio law. *See* Plan, § 2.3.3.

6.Information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases, can be found in the *Declaration of Kevin M. Carmody in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* [Docket No. 2].

B.**Proofs of Claim and Bar Dates**

7.On March 13, 2015, the Court entered an order [Docket No. 54] appointing Prime Clerk LLC ("Prime Clerk") as claims and noticing agent in these Chapter 11 Cases. Among other things, Prime Clerk is authorized to (a) receive, maintain, and record and otherwise administer the proofs of claim filed in these Chapter 11 Cases and (b) maintain the Debtors' official claims and distribution register (the "Claims Register").

## CLAIMS SATISFIED AFTER THE PETITION DATE

8. SRC Liquidation, LLC has reviewed the Debtors' books and records and has determined that the Fully Satisfied Claims listed on Exhibit A have been satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts. Accordingly, SRC Liquidation, LLC intends to have Prime Clerk designate on the Claims Register that the Fully Satisfied Claims listed on Exhibit A have been previously satisfied.

9. Out of an abundance of caution, SRC Liquidation, LLC is serving this Notice on all parties holding Fully Satisfied Claims and providing such parties with an opportunity to object to the SRC Liquidation, LLC's position that such claims have been satisfied in full, as shown on Exhibit A.

10. Any party disputing SRC Liquidation, LLC's position with respect to the claims identified in this Notice must file a written response with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and serve such response on counsel to SRC Liquidation, LLC, Lowenstein Sandler LLP, Attn: Wojciech F. Jung, 65 Livingston Avenue, Roseland, NJ 07068, on or before **March 27, 2017 at 4:00 p.m. (ET)**. SRC Liquidation, LLC will then make every effort to review the Fully Satisfied Claim with the claimant to determine whether any obligation remains outstanding and owing to such claimant. In the event that the parties are unable to reach a resolution, SRC Liquidation, LLC will request that the Court schedule a hearing on the matter.

## RESERVATION OF RIGHTS

11. SRC Liquidation, LLC expressly reserves the right to amend, modify or supplement this Notice, and reserve their rights to file additional objections to any claims in these Chapter 11 Cases, including, without limitation, objections as to the amounts asserted in each of the Fully Satisfied Claims, or any other claims (filed or unfiled) against the Debtors' estates.

57517848.1

-4-

Dated: March 6, 2017
       Wilmington, Delaware

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation LLC*

57517848.1

# EXHIBIT A

## [Fully Satisfied Priority/Administrative Claims]

| Fully Satisfied Claims | Claim Number | Priority/Administrative Claim Amount |
|---|---|---|
| Graphic Communications Conference / International Brotherhood of Teamsters Local No. 197M. | 2560 | $31,941.50 |
| Graphic Communications Union Local 594S | 2559 | $70,179.47 |
| Hardy, Jeff | 2586 | $2,823.48 |
| U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan  Employee Benefits Security Administration | 2553 | $87,725.18 |
| United Parcel Service, Inc. | 2542 | $616.31 |