## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On March 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on March 8, 2017 at 10:30 a.m. (ET) [Docket No. 2169] (the "***Hearing Agenda***")

- Amended Notice of Agenda of Matters Scheduled for Hearing on March 8, 2017 at 10:30 a.m. (ET) [Docket No. 2170] (the "***Amended Hearing Agenda***")

- Order Sustaining Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2171] (the "***7th Omnibus Objection Order***")

- Order Sustaining in Part Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims [Docket No. 2172] (the "***17th Omnibus Objection Order***")

- Eighth Notice of Satisfaction of Claims [Docket No. 2173] (the "***Notice of Satisfaction***")

On March 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the Hearing Agenda, Amended Hearing Agenda, and 7th Omnibus Objection Order to be served by the method set forth on the 7th Omnibus Objection Affected Claimants Service List attached hereto as **Exhibit B**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

On March 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the Hearing Agenda, Amended Hearing Agenda, and 17th Omnibus Objection Order to be served by the method set forth on the 17th Omnibus Objection Affected Claimants Service List attached hereto as **Exhibit C**.

On March 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Satisfaction to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit D**.

Dated: March 8, 2017

Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 8, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: 

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 14448

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B

7th Omnibus Objection Affected Claimants Service List

Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 1368639 | Classic Graphics, Inc. | 8335 Classic Drive | | | Charlotte | NC | 28262 | BobU@knowclassic.com | First Class Mail and Email |
| 1368639 | Classic Graphics, Inc. | c/o Imagine! Print Solutions, Inc. | 1000 Valley Park Drive | | Minneapolis | MN | 55379 | edeutsch@imagineps.com | First Class Mail and Email |
| 1368885 | International Imaging Materials, Inc. | Henry P. Baer, Jr., Esq. | Finn Dixon & Herling LLP | 177 Broad Street | Stamford | CT | 06901 | hbaer@fdh.com | First Class Mail and Email |
| 1368885 | International Imaging Materials, Inc. | Joseph Perna | Chief Financial Officer | 310 Commerce Drive | Amherst | NY | 14228 | Joseph_Perna@IIMAK.com | First Class Mail and Email |
| 908388 | JBR INDUSTIRAL SERVICES LLC | 616 James M. Buckley Place | | | Maysville | KY | 41056 | | First Class Mail |
| 908388 | JBR INDUSTIRAL SERVICES LLC | PO BOX 277 | | | BROOKSVILLE | KY | 41004-0277 | dianeh@jbrindustrialservices.com | First Class Mail and Email |

**<u>Exhibit C</u>**

Exhibit C
17th Omnibus Objection Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email | Method of Service |
|-------|------|-----------|-----------|-----------|-----------|------|-------|-------------|-------|-------------------|
| 1392514 | Hewlett-Packard Company | 13207 Collections Center Drive | | | | Chicago | IL | 60693 | | First Class Mail |
| 1392484 | Hewlett-Packard Company | Attn: Credit & Collections | Mailstop 060400 | 11445 Compaq Center Dr., W | | Houston | TX | 77070 | ken.higman@hp.com | First Class Mail and Email |
| 1392480 | Hewlett-Packard Company | Attn: Finance Dept | 2580 S. Decker Lake Blvd. Suite 200 | | | Salt Lake City | UT | 84119 | | First Class Mail |
| 1392514 | Hewlett-Packard Company | Attn: Ken Higman | 12610 Park Plaza Dr. | | | Cerritos | CA | 90703 | ken.higman@hp.com | First Class Mail and Email |
| 1392044 | Hewlett-Packard Company | PO Box 1011149 | | | | Atlanta | GA | 30392-1149 | ken.higman@hp.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | Attn: Bernice L. Barber | 200 Connell Drive, Suite 5000 | | | BERKELEY HEIGHTS | NJ | 07922 | bernice.l.barber@hp.com | First Class Mail and Email |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | PO Box 402582 | | | | Atlanta | GA | 30384-2582 | bernice.l.barber@hp.com | First Class Mail and Email |
| 1735414 | Indigo America, Inc. | c/o Michael D. Warner, Esq. | Cole Schotz P.C. | 301 Commerce Street, Suite 1700 | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 1392465 | Indigo America, Inc., a wholly owned subsidiary of Hewlett-Packard Company | Hewlett-Packard Company / Indigo | Attn: Credit & Collections | Mail stop 060400 | 11445 Compaq Center Dr., w. | Houston | TX | 77070 | ken.higman@hp.com | First Class Mail and Email |
| 1392465 | Indigo America, Inc., a wholly owned subsidiary of Hewlett-Packard Company | PO Box 415573 | | | | Boston | MA | 02241 | ken.higman@hp.com | First Class Mail and Email |

**Exhibit D**

Exhibit D
Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 1318978 | United Parcel Service, Inc. | Lawrence Schwab/Kenneth Law | Bialson, Bergen & Schwab, a Professional Corp. | 633 Menlo Avenue, Suite 100 | Menlo Park | CA | 94025 | Klaw@bbslaw.com | First Class Mail and Email |
| 1735432 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | Employee Benefits Security Administration | 1885 Dixie Highway, Suite 210 | | Fort Wright | KY | 41011 | | First Class Mail |
| 1735432 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | The Standard Register Company | 600 Albany Street | | Dayton | OH | 45417 | | First Class Mail |
| 1328287 | Hardy, Jeff | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1785002 | Graphic Communications Conference / International Brotherhood of Teamsters Local No. 197M | c/o David R. Hock | Cohen, Weiss and Simon LLP | 330 West 42nd Street, 25th Floor | New York | NY | 10036 | dhock@cwsny.com | First Class Mail and Email |
| 1784994 | Graphic Communications Union Local 594S | c/o David R. Hock | Cohen, Weiss and Simon LLP | 330 West 42nd Street, 25th Floor | New York | NY | 10036 | dhock@cwsny.com | First Class Mail and Email |