IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                          :   Chapter 11
                                                :
SRC Liquidation, LLC,                           :   CASE NO. 15-10541 (BLS)
                                                :
                    Debtors.                    :
                                                :
------------------------------------------------X

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Finn Dixon & Herling LLP**, counsel to International Imaging Materials, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim numbers 1737 and 2125, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901

**New Address**
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901

By:    /s/ Henry P. Baer, Jr.
Title: Counsel to International Imaging Materials, Inc.
Date:  March 21, 2017