UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC,[1]<br>Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br>D.I. 2145 |

## JOINT CERTIFICATION OF COUNSEL REQUESTING APPROVAL OF SETTLEMENT AGREEMENT

I, Justin K. Edelson, of Polsinelli PC, counsel for SRC Liquidation, LLC f/k/a The Standard Register Company ("SRC"), and Joseph W.C. Warren, counsel for the United States, hereby jointly certify as follows:

1. On January 19, 2017, counsel for the United States of America (the "United States") filed the *Notice of Lodging of Proposed Settlement Agreement* [D.I. 2145], attaching as an exhibit a settlement agreement between the United States and SRC (the "Settlement Agreement") [D.I. 2145 Ex. 1], a fully executed copy of which is annexed to the proposed order as **Exhibit 1**, resolving certain claims filed by the United States against SRC [Claim Nos. 2474, 2479].

2. Pursuant to the Settlement Agreement, the United States published a notice in the Federal Register seeking public comment on the Settlement Agreement for a period of thirty days. The United States received no comments on the Settlement Agreement during the public comment period.

3. The confirmed *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications)* (the "Plan") [D.I. 1331

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Ex. A] provides that SRC and/or the liquidating trustee of the liquidating trust created pursuant to the Plan "have the exclusive authority to compromise, resolve, and Allow" claims against SRC without further order of the Court, subject to certain exclusions not relevant here, and that any settlement agreement entered into by SRC with respect to allowance of a particular claim "shall be conclusive evidence and a final determination of the Allowance of such Claim." See Plan, Art. 4.2.

4. Pursuant to Article 4.2 of the Plan, SRC has authority to enter into the Settlement Agreement without court approval. However, in an abundance of caution, the Settlement Agreement contemplates that at the conclusion of the public comment period (which has occurred), the United States will seek approval of the Settlement Agreement by the Bankruptcy Court. See Settlement Agreement, ¶ 17. Accordingly, by this Joint Certification of Counsel, the United States and SRC respectfully request that the Court enter an order, substantially in the form annexed hereto as **Exhibit A**, approving the Settlement Agreement.

Dated: March 27, 2017
       Wilmington, Delaware

Respectfully Submitted,

                     **LOWENSTEIN SANDLER LLP**
                     Kenneth A. Rosen, Esq.
                     Wojciech F. Jung, Esq.
                     65 Livingston Avenue
                     Roseland, NJ  07068
                     Telephone:  (973-597-2500
                     Facsimile:  (973) 597-2400

                     *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

THOMAS A. MARIANI, JR.
Section Chief
U.S. Department of Justice
Environmental Enforcement Section
Environment and Natural Resource Division

/s/ *Joseph W.C. Warren*
JOSEPH W.C. WARREN
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
D.C. Bar No. 452913
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 616-1303
Email: Joseph.Warren@usdoj.gov

DAVID C. WEISS
Acting United States Attorney for the
District of Delaware

ELLEN SLIGHTS
Assistant U.S. Attorney
U.S. Attorney Office
District of Delaware
1007 Orange Street, Suite 700
Wilmington, DE 19801

Of Counsel:
Nicole Wood-Chi
Associate Regional Counsel
U.S. Environmental Protection Agency, Region 5