UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[2] | Case No. 15-10541 (BLS) |
| Debtor. | RE: Docket No. 2181 |

### ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND DEBTORS RELATING TO THE NORTH SANITARY LANDFILL SUPERFUND SITE

SRC Liquidation, LLC f/k/a The Standard Register Company ("SRC") and the United States, by and through their respective counsel, having agreed to the entry of this order pursuant to the *Settlement Agreement Between The United States And Debtors Relating To The North Sanitary Landfill Superfund* Site (the "Stipulation"), annexed hereto as Exhibit 1, and the Court being otherwise fully informed in the premises;

IT IS HEREBY ORDERED THAT:

1. SRC's entry, and the Stipulation attached hereto as Exhibit 1, are each hereby APPROVED.

2. SRC is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and Stipulation.

3. The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: March 28, 2017
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

---

[2] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).