# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Hearing Date: April 12, 2017 at 10:00 a.m. (ET)**<br>**Response Deadline: February 21, 2017 at 4:00 p.m. (ET)**<br><br>Re: Docket No. **2154** |

### NOTICE OF SUBMISSION OF PROOF OF CLAIM REGARDING STANDARD REGISTER INC.'S SEVENTH (7th) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1 FOR HEARING ON APRIL 12, 2017 AT 10:00 A.M. (ET)

PLEASE TAKE NOTICE that on March 29, 2017, the undersigned counsel for Standard Register Inc. caused to be delivered to Chambers a copy of the Proof of Claim, along with all attachments thereto, that is the subject of the hearing scheduled for April 12, 2017 at 10:00 a.m. (ET) relating to the following claims objection:

1. **Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1** [Filed: 2/6/17; Docket No. 2154]

Copies of said Proof of Claim may be requested from the undersigned counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| Dated:  March 29, 2017<br>        Wilmington, DE | **WERB & SULLIVAN**<br><br>*/s/ Matthew P. Austria*<br>Matthew P. Austria (DE No. 4827)<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br>(For courier: 19801)<br>Telephone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br>E-mail:  maustria@werbsullivan.com<br><br>-and-<br><br>**GRAY, PLANT, MOOTY,**<br>**MOOTY & BENNET, P.A.**<br>Phillip Bohl (MN No. 139191)<br>Abigail McGibbon (MN No. 393263)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 632-3019<br>Telephone:  (612) 632-3009<br>Facsimile:   (612) 632-4019<br>Facsimile:   (612) 632-4009<br>Email:  phillip.bohl@gpmlaw.com<br>Email:  abigail.mcgibbon@gpmlaw.com<br><br>*Counsel to Taylor Corporation and its Designated*<br>*Buyer Standard Register, Inc.* |