**Exhibit 1**
**DECLARATION OF LEIGH HART**

Case 15-10541-BLS    Doc 2188-1    Filed 04/10/17    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[5]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### DECLARATION OF LEIGH HART IN SUPPORT OF STANDARD REGISTER INC.'S EIGHTH (8TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

I, Leigh Hart, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Vice President of Corporate Development for Taylor Corporation ("Taylor"), the objector in this proceeding. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 cases. I have read *Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (The "Objection"), and am directly, or by and through other personnel or representative of Taylor and its Designated Buyer Standard Register, Inc. (collectively, "SRI"), reasonably familiar with the information contained therein, the Proposed Order, and Exhibits A-C attached to the Proposed Order. I am authorized to execute this Declaration on behalf of SRI.

---

[5] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

2.  The information contained in Exhibits A-C to the Proposed Order is true and correct to the best of my knowledge, information and belief.

3.  SRI has determined, based upon a review of the claims register, that the Disputed Claims identified on Exhibit A to the Proposed Order were filed after the applicable Administrative Expense Deadline. Accordingly, to prevent the claimants from receiving an unwarranted recovery, SRI seeks to disallow the Disputed Claims listed on Exhibit A.

4.  SRI has determined, based upon a review of the claims register, that the Disputed Claims identified on Exhibits B to the Proposed Order are not entitled to administrative expense status. Services related to the Disputed Claims identified on Exhibit B were rendered prior to the Petition Date. Accordingly, to prevent the claimants from receiving an unwarranted recovery, SRI seeks to modify the amounts of the Disputed Claims listed on Exhibits B.

5.  SRI has determined, based upon a review of the claims register, that the Disputed Claims identified on Exhibit C were paid in full by SRI. Accordingly, to prevent the claimants from receiving an unwarranted recovery, SRI seeks to have the Disputed Claims identified on Exhibit C marked as satisfied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2017

_____
Leigh Hart