## EXHIBIT 2
### PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. ___** |

## ORDER SUSTAINING STANDARD REGISTER INC.'S EIGHTH (8TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of *Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

      1.      The objection is SUSTAINED as set forth herein.

2.      The Disputed Claims listed on Exhibit A are disallowed in their entirety as claims entitled to administrative expense priority of distribution under the Bankruptcy Code because each such proof of claim was not timely asserted.

3.      The Disputed Claims listed on Exhibits B are disallowed in their entirety as claims entitled to administrative expense priority under the Bankruptcy Code because each such claim related to services that were render prior to the Petition Date.  The Modified General Unsecured Amounts listed on Exhibits B shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4.      The Disputed Claims listed on Exhibit C have been satisfied in their entirety.

5.      Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

7.      SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2017
      Wilmington, DE

                                      _____
                                      Brendan L. Shannon
                                      Chief United States Bankruptcy Judge

**Exhibit A**
**Late Asserted Claims**

| Name of Claimant | Claim # | Administrative Priority Claimed Amount | Date Rejection Notice Delivered | Deadline to Assert Administrative Claim | Date Claim Asserted | Modified Administrative Claim |
|---|---|---|---|---|---|---|
| 1. Hewlett-Packard Financial Services Company | 2587 | $14,925.93 | 11/6/2015 | 12/6/2015 | 1/18/2016 | $0 |
| 2. Waste Management, Inc. | 2588 | $179,107.79 | 11/6/2015 | 12/6/2015 | 1/19/2016 | $0 |

## Exhibit B
**Claims for Prepetition Services**

| Name of Claimant | Claim # | Administrative Priority Claimed Amount | Modified Administrative Claim |
|---|---|---|---|
| 1. GCCFC 2005-GG5 Terminus Industrial Limited Partnership | 2518 | $113,317.30 | $0 |

## Exhibit C
**Satisfied Claims**

| | Name of Claimant | Claim # | Administrative Priority Claimed Amount | Dates Payment was Delivered | Address Where Payments Were Sent | Modified Admin. Claim |
|---|---|---|---|---|---|---|
| 1. | 55 Broadway Associates LLC and EAR 55 Broadyway LLC | 2510 | $28,450.26 | 3/26/2015 4/27/2015 5/26/2015 6/25/2015 9/21/2015 7/27/2017 8/25/2015 | Harbor Group Management 55 Broadway Suite 205 New York, NY 10006 | $0 |