# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 4/11/2017
Case: 15−10541−BLS     Form ID: ntcBK     Total: 16

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Gary D. Underdahl | gunderdahl@askfinancial.com |
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | Joseph L. Steinfeld, Jr. | jsteinfeld@askllp.com |
| aty | Justin K. Edelson | jedelson@polsinelli.com |
| aty | Justin R. Alberto | jalberto@bayardlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Sharon L. Levine | slevine@lowenstein.com |
| aty | Wojciech F. Jung | wjung@lowenstein.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | SRC Liquidation, LLC | 600 Albany Street | Dayton, OH 45417 |
| aty | Alex Govze | ASK Financial, LLP | 2600 Eagan Woods Drive, Suite 400 | St. Paul, MN 55121 |
| aty | Brigette G. McGrath | ASK LLP | 151 W. 46th Street | 4th Floor | New York, NY 10036 |
| aty | Kara E Casteel | ASK Financial LLP | 2600 Eagan Woods Drive, Suite 400 | St.Paul, MN 55121 |
| aty | Kendra K Bader | Ask LLP | 2600 Eagan Woods Dr | Suite 400 | St Paul, MN 55121 |

TOTAL: 5