# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
SRC Liquidation, LLC
600 Albany Street
Dayton, OH 45417
 **EIN:** 31–0455440
Standard Register
Industramark
WorkflowOne, LLC
ParthForward
SMARTworks

**Chapter:** 11

*Case No*.: 15–10541–BLS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 4/6/2017 was filed on 4/11/2017 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/2/2017 .

If a request for redaction is filed, the redacted transcript is due 5/12/2017 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/10/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 4/11/17

(ntc)

```
                           United States Bankruptcy Court
                                District of Delaware

In re:                                                      Case No. 15-10541-BLS
SRC Liquidation, LLC                                        Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0311-1      User: Brandon        Page 1 of 1       Date Rcvd: Apr 11, 2017
                          Form ID: ntcBK       Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +SRC Liquidation, LLC,   600 Albany Street,   Dayton, OH 45417-3405
aty            +Alex Govze,   ASK Financial, LLP,   2600 Eagan Woods Drive, Suite 400,
                 St. Paul, MN 55121-1169
aty            +Brigette G. McGrath,   ASK LLP,   151 W. 46th Street,   4th Floor,   New York, NY 10036-8512
aty            +Kara E Casteel,   ASK Financial LLP,   2600 Eagan Woods Drive, Suite 400,
                 St.Paul, MN 55121-1169
aty            +Kendra K Bader,   Ask LLP,   2600 Eagan Woods Dr,   Suite 400,   St Paul, MN 55121-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```