# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 15-10541 (BLS) |
| | } | |
| SRC LIQUIDATION LLC | } | |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD**

FROM  1/1/2017  TO  3/31/2017

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____   Date: 4/26/2017

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address
and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.  732-243-7389

**Attorney's Address
and Phone Number:**

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Tel.  973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | SRC Liquidation LLC |
|---|---|
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 5,297,764.29 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 407,939.74 | $ 4,726,399.60 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 29,599.77 |
| | (ii) Federal Taxes | | 25,354.36 |
| | (iii) State Taxes | 771.47 | 22,265.90 |
| | (iv) Other Taxes | | 200.00 |
| b. | All Other Operating Expenses: | $ 352,887.16 | $ 2,084,742.93 |
| c. | Plan Payments: | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Priority Claims | 111,025.51 | 337,431.08 |
| | (iii) | | |
| | (iv) | | |
| | (v) General Unsecured Claims - SRC Liq to be Reimb (Attach additional pages as needed) | 18,982.07 | 18,982.07 |
| | **Total Disbursements (Operating & Plan)** | $ 488,541.21 | $ 2,518,576.11 |
| 1. | **CASH (End of Period)** | $ 5,217,162.82 | $ 5,217,162.82 |

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter  
January 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $5,004,753.26 | $351,668.58 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -11,666.98 | -18,525.01 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,993,086.28 | $333,143.57 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
### February 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $4,899,011.62 | $346,934.68 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -74,914.58 | -13,791.11 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $4,824,097.04 | $333,143.57 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                               **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
March 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $5,014,734.91 | $219,461.58 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -1,243.63 | -15,790.04 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,013,491.28 | $203,671.54 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2064 | 10/10/2016 | Kentucky State Treasury | Taxes - City/State | 4,639.00 | |
| 2065 | 10/19/2016 | Office of the US Trustee - VOID | | 0.00 | |
| 2066 | 10/26/2016 | Office of the US Trustee | Quarterly Fees 3rd Qtr | 4,249.77 | |
| Wire | 10/31/2016 | Poslsinelli PC | Professional Fees | 21,648.95 | |
| 2067 | 11/14/2016 | DG Krause LLC | Accounting Fees - Final Invoice | 2,325.00 | |
| 2068 | 11/14/2016 | EisnerAmper LLP | Financial Advosory Fees July - September 2016 | 148,909.32 | |
| 2069 | 11/14/2016 | Lowenstein Sandler | Attorney Fees - July - Oct 2016 | 175,489.08 | |
| 2070 | 11/14/2016 | Prime Clerk LLC | Professional Fees | 87,564.14 | |
| 2071 | 11/14/2016 | RSM Puerto Rico | Professional Fees | 572.00 | |
| 2072 | 11/14/2016 | Schumaker Loop & Kendrick LLP | Attorney Fees - September 2016 | 4,824.00 | |
| 2073 | 11/14/2016 | WilliamMarston LLC | Consultant- Case Admin Fees - August 2016 | 11,550.00 | |
| | | | **CURRENT PERIOD TOTAL** | **$461,771.26** | |

CURRENT PERIOD TOTAL - # 1480  $129,472.03

**CURRENT PERIOD DISB - ALL ACCTS  $591,243.29**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Footnotes:**
A - 2nd Quarter adjustment included for additional 1st Quarter disbursements.
B - Claim payment returned by creditor.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 10042 | 3/1/2017 | Alan W Goad | GUC Union Wage Claim | 85.80 |
| 10178 | 3/2/2017 | Alan W Goad | Priority Union Wage Claim | 1,400.96 |
| 10095 | 3/1/2017 | Amy L Reilly | GUC Union Wage Claim | 68.33 |
| 10055 | 3/1/2017 | Anita L Henley | GUC Union Wage Claim | 95.86 |
| 10191 | 3/2/2017 | Anita L Henley | Priority Union Wage Claim | 309.78 |
| 10054 | 3/1/2017 | Ann L Helton | GUC Union Wage Claim | 100.69 |
| 10190 | 3/2/2017 | Ann L Helton | Priority Union Wage Claim | 325.32 |
| 10026 | 3/1/2017 | Barry D Dunklebarger Jr | Priority Union Wage Claim | 0.37 |
| 10164 | 3/2/2017 | Barry D Dunklebarger Jr | GUC Union Wage Claim | 0.13 |
| 10045 | 3/1/2017 | Bernard N Grim | GUC Union Wage Claim | 132.11 |
| 10181 | 3/2/2017 | Bernard N Grim | Priority Union Wage Claim | 426.11 |
| 10135 | 3/1/2017 | Billy W Williams | GUC Union Wage Claim | 48.28 |
| 10263 | 3/2/2017 | Billy W Williams | Priority Union Wage Claim | 788.30 |
| 10118 | 3/1/2017 | Blake Stough | Priority Union Wage Claim | 0.37 |
| 10247 | 3/2/2017 | Blake Stough | GUC Union Wage Claim | 0.13 |
| 10108 | 3/1/2017 | Bobbie R Smith | GUC Union Wage Claim | 78.51 |
| 10238 | 3/2/2017 | Bobbie R Smith | Priority Union Wage Claim | 1,281.87 |
| 10031 | 3/1/2017 | Bonnie L Ellis | GUC Union Wage Claim | 53.10 |
| 10168 | 3/2/2017 | Bonnie L Ellis | Priority Union Wage Claim | 867.13 |
| 10094 | 3/1/2017 | Bonnie L Rehmeyer | GUC Union Wage Claim | 95.86 |
| 10226 | 3/2/2017 | Bonnie L Rehmeyer | Priority Union Wage Claim | 309.78 |
| 10131 | 3/1/2017 | Bradley D Wetzel | GUC Union Wage Claim | 68.84 |
| 10260 | 3/2/2017 | Bradley D Wetzel | Priority Union Wage Claim | 1,124.07 |
| 10012 | 3/1/2017 | Bradley R Bohot | GUC Union Wage Claim | 62.75 |
| 10151 | 3/2/2017 | Bradley R Bohot | Priority Union Wage Claim | 1,024.46 |
| 10020 | 3/1/2017 | Bradley R Cates | GUC Union Wage Claim | 1,208.33 |
| 10051 | 3/1/2017 | Brenda L Haught | GUC Union Wage Claim | 61.89 |
| 10187 | 3/2/2017 | Brenda L Haught | Priority Union Wage Claim | 1,010.50 |
| 10029 | 3/1/2017 | Brenda S Eifert | GUC Union Wage Claim | 22.24 |
| 10027 | 3/1/2017 | Brett A Eckert | GUC Union Wage Claim | 51.87 |
| 10165 | 3/2/2017 | Brett A Eckert | Priority Union Wage Claim | 168.66 |
| 10072 | 3/1/2017 | Brian E Laird | GUC Union Wage Claim | 120.96 |
| 10206 | 3/2/2017 | Brian E Laird | Priority Union Wage Claim | 390.36 |
| 10116 | 3/1/2017 | Brian L Steadman | GUC Union Wage Claim | 130.20 |
| 10245 | 3/2/2017 | Brian L Steadman | Priority Union Wage Claim | 420.00 |
| 10048 | 3/1/2017 | Brian R Guise | GUC Union Wage Claim | 105.49 |
| 10184 | 3/2/2017 | Brian R Guise | Priority Union Wage Claim | 340.68 |
| 10125 | 3/1/2017 | Bryan S Wagner | GUC Union Wage Claim | 103.71 |
| 10254 | 3/2/2017 | Bryan S Wagner | Priority Union Wage Claim | 335.02 |
| 10123 | 3/1/2017 | Cecil C Vaught | GUC Union Wage Claim | 82.09 |
| 10252 | 3/2/2017 | Cecil C Vaught | Priority Union Wage Claim | 1,340.10 |
| 10039 | 3/1/2017 | Charles E Giertz | GUC Union Wage Claim | 26.07 |
| 10175 | 3/2/2017 | Charles E Giertz | Priority Union Wage Claim | 425.68 |
| 10082 | 3/1/2017 | Charles K Minton | GUC Union Wage Claim | 67.11 |
| 10022 | 3/1/2017 | Chris L Collins Sr. | GUC Union Wage Claim | 40.56 |
| 10160 | 3/2/2017 | Chris L Collins Sr. | Priority Union Wage Claim | 662.16 |
| 10000 | 3/1/2017 | Cynthia Albright | GUC Union Wage Claim | 90.39 |
| 10139 | 3/2/2017 | Cynthia Albright | Priority Union Wage Claim | 292.21 |
| 10084 | 3/1/2017 | Dana M Napier | GUC Union Wage Claim | 63.26 |

**MONTHLY OPERATING REPORT -**                                                                             **ATTACHMENT NO. 4**
**POST CONFIRMATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10217 | 3/2/2017 | Dana M Napier | Priority Union Wage Claim | | | 1,032.66 |
| 10032 | 3/1/2017 | Dane A Enterline | Priority Union Wage Claim | | | 0.41 |
| 10169 | 3/2/2017 | Dane A Enterline | GUC Union Wage Claim | | | 0.26 |
| 10057 | 3/1/2017 | Daniel E Hoelscher | GUC Union Wage Claim | | | 40.56 |
| 10193 | 3/2/2017 | Daniel E Hoelscher | Priority Union Wage Claim | | | 662.16 |
| 10040 | 3/1/2017 | Daniel J Giertz | GUC Union Wage Claim | | | 39.58 |
| 10176 | 3/2/2017 | Daniel J Giertz | Priority Union Wage Claim | | | 646.40 |
| 10036 | 3/1/2017 | David A Fulton | GUC Union Wage Claim | | | 113.32 |
| 10173 | 3/2/2017 | David A Fulton | Priority Union Wage Claim | | | 365.82 |
| 10107 | 3/1/2017 | David B Sipe | Priority Union Wage Claim | | | 0.43 |
| 10237 | 3/2/2017 | David B Sipe | GUC Union Wage Claim | | | 0.30 |
| 10137 | 3/1/2017 | David E Wolf | GUC Union Wage Claim | | | 9.65 |
| 10265 | 3/2/2017 | David E Wolf | Priority Union Wage Claim | | | 157.67 |
| 10010 | 3/1/2017 | David J Beyer | GUC Union Wage Claim | | | 55.36 |
| 10149 | 3/2/2017 | David J Beyer | Priority Union Wage Claim | | | 903.88 |
| 10058 | 3/1/2017 | David J Humberd | GUC Union Wage Claim | | | 89.96 |
| 10194 | 3/2/2017 | David J Humberd | Priority Union Wage Claim | | | 290.81 |
| 10126 | 3/1/2017 | David K Wallace | GUC Union Wage Claim | | | 48.28 |
| 10255 | 3/2/2017 | David K Wallace | Priority Union Wage Claim | | | 788.30 |
| 10132 | 3/1/2017 | David S Weyant | Priority Union Wage Claim | | | 0.37 |
| 10261 | 3/2/2017 | David S Weyant | GUC Union Wage Claim | | | 0.13 |
| 10037 | 3/1/2017 | Debbie L Gable | GUC Union Wage Claim | | | 63.77 |
| 10174 | 3/2/2017 | Debbie L Gable | Priority Union Wage Claim | | | 206.79 |
| 10061 | 3/1/2017 | Debra J Jones | GUC Union Wage Claim | | | 62.27 |
| 10197 | 3/2/2017 | Debra J Jones | Priority Union Wage Claim | | | 1,016.52 |
| 10033 | 3/1/2017 | Donald R Fake Jr | GUC Union Wage Claim | | | 105.49 |
| 10170 | 3/2/2017 | Donald R Fake Jr | Priority Union Wage Claim | | | 340.68 |
| 10007 | 3/1/2017 | Earl W Beeks | GUC Union Wage Claim | | | 79.19 |
| 10146 | 3/2/2017 | Earl W Beeks | Priority Union Wage Claim | | | 1,292.79 |
| 10100 | 3/1/2017 | Evan L Schulze | GUC Union Wage Claim | | | 57.45 |
| 10231 | 3/2/2017 | Evan L Schulze | Priority Union Wage Claim | | | 938.07 |
| 10115 | 3/1/2017 | Gary D Spangler | Priority Union Wage Claim | | | 0.37 |
| 10244 | 3/2/2017 | Gary D Spangler | GUC Union Wage Claim | | | 0.13 |
| 10052 | 3/1/2017 | Gary L Heikes | GUC Union Wage Claim | | | 132.11 |
| 10188 | 3/2/2017 | Gary L Heikes | Priority Union Wage Claim | | | 426.11 |
| 10086 | 3/1/2017 | Gary L Ogden II | GUC Union Wage Claim | | | 36.69 |
| 10219 | 3/2/2017 | Gary L Ogden II | Priority Union Wage Claim | | | 599.10 |
| 10064 | 3/1/2017 | George Kann III | GUC Union Wage Claim | | | 121.27 |
| 10200 | 3/2/2017 | George Kann III | Priority Union Wage Claim | | | 391.36 |
| 10074 | 3/1/2017 | George C Leinberger | Priority Union Wage Claim | | | 0.37 |
| 10208 | 3/2/2017 | George C Leinberger | GUC Union Wage Claim | | | 0.13 |
| 10117 | 3/1/2017 | George E Stein | GUC Union Wage Claim | | | 89.96 |
| 10246 | 3/2/2017 | George E Stein | Priority Union Wage Claim | | | 290.81 |
| 10113 | 3/1/2017 | George M Sollberger | GUC Union Wage Claim | | | 99.46 |
| 10243 | 3/2/2017 | George M Sollberger | Priority Union Wage Claim | | | 321.34 |
| 10081 | 3/1/2017 | Gerald E McMaster | Priority Union Wage Claim | | | 0.37 |
| 10215 | 3/2/2017 | Gerald E McMaster | GUC Union Wage Claim | | | 0.13 |
| 10114 | 3/1/2017 | Gerard D Sowar | GUC Union Wage Claim | | | 1,029.61 |
| 10092 | 3/1/2017 | Greg E Puchalsky | GUC Union Wage Claim | | | 120.96 |
| 10224 | 3/2/2017 | Greg E Puchalsky | Priority Union Wage Claim | | | 390.36 |
| 10009 | 3/1/2017 | Heather M Beveridge | Priority Union Wage Claim | | | 0.37 |
| 10148 | 3/2/2017 | Heather M Beveridge | GUC Union Wage Claim | | | 0.13 |
| 10008 | 3/1/2017 | Herbert J Berkshire Jr | GUC Union Wage Claim | | | 56.72 |
| 10147 | 3/2/2017 | Herbert J Berkshire Jr | Priority Union Wage Claim | | | 925.95 |
| 10053 | 3/1/2017 | Jack A Heiland | Priority Union Wage Claim | | | 0.37 |
| 10189 | 3/2/2017 | Jack A Heiland | GUC Union Wage Claim | | | 0.13 |
| 10101 | 3/1/2017 | Jack D Scroggins | GUC Union Wage Claim | | | 55.64 |
| 10232 | 3/2/2017 | Jack D Scroggins | Priority Union Wage Claim | | | 908.25 |
| 10078 | 3/1/2017 | Jackie L Mabry | GUC Union Wage Claim | | | 72.43 |
| 10212 | 3/2/2017 | Jackie L Mabry | Priority Union Wage Claim | | | 1,182.43 |
| 10109 | 3/1/2017 | Jacob W Smith | GUC Union Wage Claim | | | 39.58 |
| 10239 | 3/2/2017 | Jacob W Smith | Priority Union Wage Claim | | | 646.40 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 10096 | 3/1/2017 | James A Rohrbaugh | GUC Union Wage Claim | | | 0.06 |
| 10227 | 3/2/2017 | James A Rohrbaugh | Priority Union Wage Claim | | | 2.40 |
| 10134 | 3/1/2017 | James C Wiley | GUC Union Wage Claim | | | 96.81 |
| 10262 | 3/2/2017 | James C Wiley | Priority Union Wage Claim | | | 312.90 |
| 10016 | 3/1/2017 | James L Bupp | GUC Union Wage Claim | | | 121.58 |
| 10155 | 3/2/2017 | James L Bupp | Priority Union Wage Claim | | | 392.35 |
| 10005 | 3/1/2017 | James R Barenberg | GUC Union Wage Claim | | | 9.65 |
| 10144 | 3/2/2017 | James R Barenberg | Priority Union Wage Claim | | | 157.67 |
| 10028 | 3/1/2017 | James R Eckman | GUC Union Wage Claim | | | 0.28 |
| 10166 | 3/2/2017 | James R Eckman | Priority Union Wage Claim | | | 0.93 |
| 10046 | 3/1/2017 | James T Groscost Jr | GUC Union Wage Claim | | | 90.39 |
| 10182 | 3/2/2017 | James T Groscost Jr | Priority Union Wage Claim | | | 292.21 |
| 10130 | 3/1/2017 | Jared L West | GUC Union Wage Claim | | | 48.28 |
| 10259 | 3/2/2017 | Jared L West | Priority Union Wage Claim | | | 788.30 |
| 10004 | 3/1/2017 | Jay E Baer | GUC Union Wage Claim | | | 105.49 |
| 10143 | 3/2/2017 | Jay E Baer | Priority Union Wage Claim | | | 340.68 |
| 10185 | 3/2/2017 | Jeff Hardy | Priority Union Wage Claim | | | 1,816.91 |
| 10062 | 3/1/2017 | Jeffrey C Jones | GUC Union Wage Claim | | | 113.32 |
| 10198 | 3/2/2017 | Jeffrey C Jones | Priority Union Wage Claim | | | 365.82 |
| 10019 | 3/1/2017 | Jeffrey D Cannon | Priority Union Wage Claim | | | 0.37 |
| 10158 | 3/2/2017 | Jeffrey D Cannon | GUC Union Wage Claim | | | 0.13 |
| 10124 | 3/1/2017 | Jimmy C Vaught | GUC Union Wage Claim | | | 87.63 |
| 10253 | 3/2/2017 | Jimmy C Vaught | Priority Union Wage Claim | | | 1,430.55 |
| 10075 | 3/1/2017 | Joey A Lewis | GUC Union Wage Claim | | | 79.66 |
| 10209 | 3/2/2017 | Joey A Lewis | Priority Union Wage Claim | | | 1,300.68 |
| 10073 | 3/1/2017 | John A Lecrone III | GUC Union Wage Claim | | | 19.02 |
| 10207 | 3/2/2017 | John A Lecrone III | Priority Union Wage Claim | | | 63.20 |
| 10079 | 3/1/2017 | John E Maddux III | GUC Union Wage Claim | | | 127.44 |
| 10213 | 3/2/2017 | John E Maddux III | Priority Union Wage Claim | | | 411.14 |
| 10069 | 3/1/2017 | John G King | GUC Union Wage Claim | | | 100.26 |
| 10066 | 3/1/2017 | John H Keeney | GUC Union Wage Claim | | | 122.27 |
| 10202 | 3/2/2017 | John H Keeney | Priority Union Wage Claim | | | 394.50 |
| 10122 | 3/1/2017 | John H Updegraff Jr | GUC Union Wage Claim | | | 95.86 |
| 10251 | 3/2/2017 | John H Updegraff Jr | Priority Union Wage Claim | | | 309.78 |
| 10104 | 3/1/2017 | John W Shepherd | GUC Union Wage Claim | | | 53.73 |
| 10235 | 3/2/2017 | John W Shepherd | Priority Union Wage Claim | | | 877.22 |
| 10136 | 3/1/2017 | John W Wise | Priority Union Wage Claim | | | 0.46 |
| 10264 | 3/2/2017 | John W Wise | GUC Union Wage Claim | | | 0.40 |
| 10070 | 3/1/2017 | Joseph Klenke | GUC Union Wage Claim | | | 72.30 |
| 10110 | 3/1/2017 | June E Smith | GUC Union Wage Claim | | | 108.08 |
| 10240 | 3/2/2017 | June E Smith | Priority Union Wage Claim | | | 348.98 |
| 10059 | 3/1/2017 | Katherine R Hunnicutt | GUC Union Wage Claim | | | 68.41 |
| 10195 | 3/2/2017 | Katherine R Hunnicutt | Priority Union Wage Claim | | | 1,116.95 |
| 10006 | 3/1/2017 | Keith E Barshinger | GUC Union Wage Claim | | | 105.49 |
| 10145 | 3/2/2017 | Keith E Barshinger | Priority Union Wage Claim | | | 340.68 |
| 10017 | 3/1/2017 | Keith L Burke | GUC Union Wage Claim | | | 113.32 |
| 10156 | 3/2/2017 | Keith L Burke | Priority Union Wage Claim | | | 365.82 |
| 10071 | 3/1/2017 | Kendra L Knaub | GUC Union Wage Claim | | | 72.46 |
| 10205 | 3/2/2017 | Kendra L Knaub | Priority Union Wage Claim | | | 234.69 |
| 10128 | 3/1/2017 | Kenneth E Warren Jr | GUC Union Wage Claim | | | 49.17 |
| 10257 | 3/2/2017 | Kenneth E Warren Jr | Priority Union Wage Claim | | | 160.00 |
| 10098 | 3/1/2017 | Larry W Roton | GUC Union Wage Claim | | | 52.14 |
| 10229 | 3/2/2017 | Larry W Roton | Priority Union Wage Claim | | | 851.35 |
| 10043 | 3/1/2017 | Lucas N Goodling | GUC Union Wage Claim | | | 48.47 |
| 10179 | 3/2/2017 | Lucas N Goodling | Priority Union Wage Claim | | | 157.74 |
| 10111 | 3/1/2017 | Lynn L Smith | GUC Union Wage Claim | | | 106.49 |
| 10241 | 3/2/2017 | Lynn L Smith | Priority Union Wage Claim | | | 341.68 |
| 10013 | 3/1/2017 | Lynne A Boyd | GUC Union Wage Claim | | | 116.67 |
| 10152 | 3/2/2017 | Lynne A Boyd | Priority Union Wage Claim | | | 376.56 |
| 10105 | 3/1/2017 | Lynne S Shillinglaw | GUC Union Wage Claim | | | 18.30 |
| 10127 | 3/1/2017 | Marcel A Waltimyer | GUC Union Wage Claim | | | 122.27 |
| 10256 | 3/2/2017 | Marcel A Waltimyer | Priority Union Wage Claim | | | 394.50 |

**MONTHLY OPERATING REPORT -**                                                                                                                             **ATTACHMENT NO. 4**
**POST CONFIRMATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10077 | 3/1/2017 | Mark A Loughran | GUC Union Wage Claim | | | 80.36 |
| 10211 | 3/2/2017 | Mark A Loughran | Priority Union Wage Claim | | | 260.06 |
| 10067 | 3/1/2017 | Mark L Keller | GUC Union Wage Claim | | | 132.11 |
| 10203 | 3/2/2017 | Mark L Keller | Priority Union Wage Claim | | | 426.11 |
| 10120 | 3/1/2017 | Martin J Straubel | GUC Union Wage Claim | | | 132.11 |
| 10249 | 3/2/2017 | Martin J Straubel | Priority Union Wage Claim | | | 426.11 |
| 10065 | 3/1/2017 | Meade T Kauffman | GUC Union Wage Claim | | | 0.28 |
| 10201 | 3/2/2017 | Meade T Kauffman | Priority Union Wage Claim | | | 0.93 |
| 10121 | 3/1/2017 | Meldon R Thompson | GUC Union Wage Claim | | | 74.35 |
| 10250 | 3/2/2017 | Meldon R Thompson | Priority Union Wage Claim | | | 1,213.97 |
| 10014 | 3/1/2017 | Michael A Boyer | GUC Union Wage Claim | | | 120.96 |
| 10153 | 3/2/2017 | Michael A Boyer | Priority Union Wage Claim | | | 390.36 |
| 10097 | 3/1/2017 | Michael A Ross | GUC Union Wage Claim | | | 43.10 |
| 10228 | 3/2/2017 | Michael A Ross | Priority Union Wage Claim | | | 703.75 |
| 10030 | 3/1/2017 | Michael C Elfner | GUC Union Wage Claim | | | 0.69 |
| 10167 | 3/2/2017 | Michael C Elfner | Priority Union Wage Claim | | | 1.15 |
| 10085 | 3/1/2017 | Michael E Noel | GUC Union Wage Claim | | | 120.96 |
| 10218 | 3/2/2017 | Michael E Noel | Priority Union Wage Claim | | | 390.36 |
| 10090 | 3/1/2017 | Michael R Pressel | GUC Union Wage Claim | | | 130.25 |
| 10222 | 3/2/2017 | Michael R Pressel | Priority Union Wage Claim | | | 420.13 |
| 10068 | 3/1/2017 | Michael T Kelley | GUC Union Wage Claim | | | 17.52 |
| 10204 | 3/2/2017 | Michael T Kelley | Priority Union Wage Claim | | | 58.43 |
| 10129 | 3/1/2017 | Michael T Watson | GUC Union Wage Claim | | | 105.49 |
| 10258 | 3/2/2017 | Michael T Watson | Priority Union Wage Claim | | | 340.68 |
| 10023 | 3/1/2017 | Micheal A Conaway | GUC Union Wage Claim | | | 105.49 |
| 10161 | 3/2/2017 | Micheal A Conaway | Priority Union Wage Claim | | | 340.68 |
| 10083 | 3/1/2017 | Modesto Morales | Priority Union Wage Claim | | | 0.33 |
| 10216 | 3/2/2017 | Modesto Morales | GUC Union Wage Claim | | | 0.02 |
| 10021 | 3/1/2017 | Nancy L Chism | GUC Union Wage Claim | | | 53.10 |
| 10159 | 3/2/2017 | Nancy L Chism | Priority Union Wage Claim | | | 867.13 |
| 10106 | 3/1/2017 | Palmer E Shoff Jr. | GUC Union Wage Claim | | | 24.20 |
| 10236 | 3/2/2017 | Palmer E Shoff Jr. | Priority Union Wage Claim | | | 79.85 |
| 10102 | 3/1/2017 | Randall L Seifert | GUC Union Wage Claim | | | 102.38 |
| 10233 | 3/2/2017 | Randall L Seifert | Priority Union Wage Claim | | | 330.71 |
| 10063 | 3/1/2017 | Rick G Jones | GUC Union Wage Claim | | | 50.21 |
| 10199 | 3/2/2017 | Rick G Jones | Priority Union Wage Claim | | | 819.82 |
| 10050 | 3/1/2017 | Ricky A. Hartness | GUC Union Wage Claim | | | 30.85 |
| 10093 | 3/1/2017 | Rob C Reed | GUC Union Wage Claim | | | 100.69 |
| 10225 | 3/2/2017 | Rob C Reed | Priority Union Wage Claim | | | 325.32 |
| 10015 | 3/1/2017 | Robert D Bryant | GUC Union Wage Claim | | | 43.46 |
| 10154 | 3/2/2017 | Robert D Bryant | Priority Union Wage Claim | | | 709.46 |
| 10087 | 3/1/2017 | Robert E Peterson | GUC Union Wage Claim | | | 105.49 |
| 10220 | 3/2/2017 | Robert E Peterson | Priority Union Wage Claim | | | 340.68 |
| 10080 | 3/1/2017 | Robert J Martin | GUC Union Wage Claim | | | 120.96 |
| 10214 | 3/2/2017 | Robert J Martin | Priority Union Wage Claim | | | 390.36 |
| 10001 | 3/1/2017 | Robert L Altland Jr | GUC Union Wage Claim | | | 105.49 |
| 10140 | 3/2/2017 | Robert L Altland Jr | Priority Union Wage Claim | | | 340.68 |
| 10044 | 3/1/2017 | Robert M Green | GUC Union Wage Claim | | | 17.36 |
| 10180 | 3/2/2017 | Robert M Green | Priority Union Wage Claim | | | 57.88 |
| 10099 | 3/1/2017 | Robin L Royer | GUC Union Wage Claim | | | 122.27 |
| 10230 | 3/2/2017 | Robin L Royer | Priority Union Wage Claim | | | 394.50 |
| 10002 | 3/1/2017 | Rodger D Altland | GUC Union Wage Claim | | | 90.39 |
| 10141 | 3/2/2017 | Rodger D Altland | Priority Union Wage Claim | | | 292.21 |
| 10091 | 3/1/2017 | Shane E Provence | GUC Union Wage Claim | | | 48.28 |
| 10223 | 3/2/2017 | Shane E Provence | Priority Union Wage Claim | | | 788.30 |
| 10038 | 3/1/2017 | Sharon R Garbe | GUC Union Wage Claim | | | 22.28 |
| 10060 | 3/1/2017 | Shawn D Johnson | GUC Union Wage Claim | | | 30.91 |
| 10196 | 3/2/2017 | Shawn D Johnson | Priority Union Wage Claim | | | 504.50 |
| 10041 | 3/1/2017 | Sherrie L Gilbert | GUC Union Wage Claim | | | 66.14 |
| 10177 | 3/2/2017 | Sherrie L Gilbert | Priority Union Wage Claim | | | 1,079.68 |
| 10112 | 3/1/2017 | Stephen G Snyder | GUC Union Wage Claim | | | 76.47 |
| 10242 | 3/2/2017 | Stephen G Snyder | Priority Union Wage Claim | | | 247.64 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**    **ATTACHMENT NO. 4**

| | | | | | | |
|---|---|---|---|---|---|---:|
| 10076 | 3/1/2017 | Steve R Long | GUC Union Wage Claim | | | 83.05 |
| 10210 | 3/2/2017 | Steve R Long | Priority Union Wage Claim | | | 1,355.86 |
| 10034 | 3/1/2017 | Steven D Fauth | GUC Union Wage Claim | | | 121.27 |
| 10171 | 3/2/2017 | Steven D Fauth | Priority Union Wage Claim | | | 391.36 |
| 10035 | 3/1/2017 | Steven D Fitzgerald | GUC Union Wage Claim | | | 63.91 |
| 10172 | 3/2/2017 | Steven D Fitzgerald | Priority Union Wage Claim | | | 1,043.57 |
| 10024 | 3/1/2017 | Terry L Crone | GUC Union Wage Claim | | | 48.34 |
| 10162 | 3/2/2017 | Terry L Crone | Priority Union Wage Claim | | | 157.34 |
| 10025 | 3/1/2017 | Terry L Davis | GUC Union Wage Claim | | | 80.53 |
| 10163 | 3/2/2017 | Terry L Davis | Priority Union Wage Claim | | | 1,314.73 |
| 10047 | 3/1/2017 | Terry L Gross | GUC Union Wage Claim | | | 97.59 |
| 10183 | 3/2/2017 | Terry L Gross | Priority Union Wage Claim | | | 315.41 |
| 10049 | 3/1/2017 | Terry L Harriman | GUC Union Wage Claim | | | 79.19 |
| 10186 | 3/2/2017 | Terry L Harriman | Priority Union Wage Claim | | | 1,292.79 |
| 10011 | 3/1/2017 | Theodore K Billet | GUC Union Wage Claim | | | 132.11 |
| 10150 | 3/2/2017 | Theodore K Billet | Priority Union Wage Claim | | | 426.11 |
| 10018 | 3/1/2017 | Timothy S Byrd | GUC Union Wage Claim | | | 58.95 |
| 10157 | 3/2/2017 | Timothy S Byrd | Priority Union Wage Claim | | | 962.39 |
| 10089 | 3/1/2017 | Tina M Potts | GUC Union Wage Claim | | | 65.79 |
| 10221 | 3/2/2017 | Tina M Potts | Priority Union Wage Claim | | | 213.31 |
| 10088 | 3/1/2017 | Todd J Post | GUC Union Wage Claim | | | 98.61 |
| 10103 | 3/1/2017 | Tommy O Shackelford | GUC Union Wage Claim | | | 71.89 |
| 10234 | 3/2/2017 | Tommy O Shackelford | Priority Union Wage Claim | | | 1,173.87 |
| 10133 | 3/1/2017 | Tommy S Wheeler | GUC Union Wage Claim | | | 59.77 |
| 10119 | 3/1/2017 | Wanda J Stough | GUC Union Wage Claim | | | 0.74 |
| 10248 | 3/2/2017 | Wanda J Stough | Priority Union Wage Claim | | | 4.61 |
| 10056 | 3/1/2017 | Warren L Hill | GUC Union Wage Claim | | | 65.95 |
| 10192 | 3/2/2017 | Warren L Hill | Priority Union Wage Claim | | | 1,076.67 |
| 10003 | 3/1/2017 | William Attard | GUC Union Wage Claim | | | 49.09 |
| 10142 | 3/2/2017 | William Attard | Priority Union Wage Claim | | | 159.74 |
| 10138 | 3/1/2017 | William Wyar | GUC Union Wage Claim | | | 0.28 |
| 10266 | 3/2/2017 | William Wyar | Priority Union Wage Claim | | | 0.93 |
| WIRE | 3/8/2017 | Internal Revenue Service | Wage Claim - SS, Medicare - Priority | | | 45,440.97 |
| WIRE | 3/8/2017 | Internal Revenue Service | Wage Claim - SS, Medicare - GUC | | | 8,219.25 |
| ADJ | | | Adjustment to GUC Claim Total | | | -699.90 |
| ADJ | | | Adjustment to Priority Claim Total | | | 699.90 |
| | | | | | CURRENT PERIOD TOTAL | $129,472.03 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**NOTES:**

The Union Wage Claims were paid out of the SRC Liquidation bank account. SRC GUC Trust subsequently transferred the Total GUC Wage Distribution of $18,982.07 to SRC Liquidation to cover the GUC portion that was paid by SRC Liquidation.

The Adjustment noted above is to reconcile the GUC and Priority portions of the Union Wage Claim in order to reflect the correct amount that is to be funded by SRC GUC Trust to SRC Liquidation for the GUC portion.