**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. **2188** |

**CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S EIGHTH (8TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

The undersigned hereby certifies as follows:

1.      On April 10, 2017, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2188] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as April 24, 2017 at 4:00 p.m. (ET) (the "Response Deadline").

2.      Prior to the Response Deadline, SRI received the following responses to the Objection:

    a.      Response by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2192; Filed: 4/24/2017]

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

      b.      Informal Response of Hewlett-Packard Financial Services Company

      c.      Informal Response of Waste Management, Inc.

      3.      The hearing on the Objection has been continued to the next omnibus hearing on June 14, 2017 at 9:30 a.m. with respect to the claims asserted by GCCFC 2005-GG5 Terminus Industrial Limited Partnership, Hewlett-Packard Financial Services Company, and Waste Management, Inc. The Exhibits to the attached Proposed Form of Order have been revised to remove reference to the claims of GCCFC 2005-GG5 Terminus Industrial Limited Partnership, Hewlett-Packard Financial Services Company, and Waste Management, Inc.

      4.      The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon except for the response noted in paragraph 2(a) of this Certification.

      5.      WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

[Signature page follows]

Dated: May 8, 2017
Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
Wilmington, Delaware 19801
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Facsimile:  (612) 632-4019
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated*
*Buyer Standard Register, Inc.*