**Exhibit A**
**Satisfied Claims**

|    | Name of Claimant | Claim # | Administrative Priority Claimed Amount | Dates Payment was Delivered | Address Where Payments Were Sent | Modified Admin. Claim |
|----|------------------|---------|----------------------------------------|-----------------------------|----------------------------------|------------------------|
| 1. | 55 Broadway Associates LLC and EAR 55 Broadway LLC | 2510 | $28,450.26 | 3/26/2015 4/27/2015 5/26/2015 6/25/2015 9/21/2015 7/27/2017 8/25/2015 | Harbor Group Management 55 Broadway Suite 205 New York, NY 10006 | $0 |