## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No.  15-10541 (BLS) |
| Debtor. | |

## NOTICE OF FILING OF STIPULATION BY AND BETWEEN FBI WIND DOWN, INC. LIQUIDATING TRUSTEE AND SRC LIQUIDATION LLC RESOLVING CLAIMS

PLEASE TAKE NOTICE THAT the above-captioned debtor and debtor in possession (the "**Debtor**") hereby files the *Stipulation By and Between FBI Wind Down, Inc. Liquidating Trustee and SRC Liquidation LLC Resolving Claims* attached hereto as Exhibit A.

Dated: May 10, 2017                Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*-and -*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn:  Anthony R. Calascibetta).

# **<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), *et al.*, | : Case No. 13-12329 (CSS) |
| Debtors. [1] | : (Jointly Administered) |
| | : |

### STIPULATION BY AND BETWEEN THE
### FBI WIND DOWN, INC. LIQUIDATING TRUSTEE AND
### SRC LIQUIDATION LLC RESOLVING CLAIMS

This stipulation (the "Stipulation") is made and entered into by and between Alan D. Halperin, Esq., as the Liquidating Trustee (the "FBI Liquidating Trustee") of the FBI Wind Down, Inc. Liquidating Trust (the "FBI Liquidating Trust"), and SRC Liquidation LLC (f/k/a The Standard Register Company) ("SRC" and, together with the FBI Liquidating Trust, the "Parties").

### RECITALS

**WHEREAS**, on September 9, 2013 (the "FBI Petition Date"), the above captioned Debtors (collectively, the "FBI Debtors") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**WHEREAS**, following the FBI Petition Date, SRC filed, *inter alia*, nineteen (19) proofs of claim, each of which asserts a general unsecured claim in the amount of $803,834.67 against

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc. (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

one of the FBI Debtors, and such claims were assigned numbers 3218, 3219, 3224, 3225, 3226, 3227, 3228, 3229, 3230, 3231, 3232, 3233, 3234, 3235, 3236, 3237, 3238, 3239, and 3240 (together with any other claims filed by or scheduled on behalf of the SRC Debtors (as defined below) in the FBI Debtors' bankruptcy cases, the "SRC Claims").

**WHEREAS**, on July 14, 2014, the Bankruptcy Court entered an order confirming the FBI Debtors' *Second Amended Joint Plan of Liquidation of FBI Wind Down, Inc. and Its Subsidiaries under Chapter 11 of the Bankruptcy Code* (as amended, the "FBI Plan") [FBI Docket No. 1840].

**WHEREAS**, on August 1, 2014, the FBI Plan became effective, the FBI Liquidating Trust was established, and the FBI Liquidating Trustee was appointed to, among other things, (a) determine which claims should be allowed, (b) file, withdraw, or litigate to judgment objections to claims or equity interests, and (c) settle or compromise any disputed claims.

**WHEREAS**, on March 12, 2015 (the "SRC Petition Date"), SRC and ten affiliated debtors (collectively, the "SRC Debtors") commenced voluntary cases under chapter 11 of the Bankruptcy Code with the Bankruptcy Court under lead case no. 15-10541.

**WHEREAS**, following the SRC Petition Date, the FBI Liquidating Trustee filed against SRC a general unsecured claim in the amount of $54,746.08, representing payments made by the Broyhill Debtors (as defined in the FBI Plan) to SRC within 90 days prior to the FBI Petition Date, which claim was assigned number 1995 (the "FBI Liquidating Trust Claim").

**WHEREAS**, on November 19, 2015, the Bankruptcy Court entered an order confirming the SRC Debtors' *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidating Company and its Affiliates (with Technical Modifications)* (the "SRC Plan") [SRC Docket No. 1331].

2

**WHEREAS**, on December 18, 2015, the SRC Plan became effective.

**WHEREAS**, on or about January 3, 2017, the FBI Liquidating Trust received a distribution from the SRC Debtors' bankruptcy estates in the amount of $528.57, thereby reducing the amount of the FBI Liquidating Trust Claim to $54,217.57.

**WHEREAS**, the FBI Liquidating Trustee and SRC have engaged in good faith and arm's-length negotiations and have agreed to resolve the SRC Claims and the FBI Liquidating Trust Claim as set forth herein.

**NOW THEREFORE, THE PARTIES, INTENDING TO BE BOUND, HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1.      This Stipulation shall be effective upon execution by the FBI Liquidating Trustee and SRC without further order of the Bankruptcy Court, and each FBI Liquidating Trustee and SRC represents his/its authority to be bound by this Stipulation without further approval of the Bankruptcy Court.

2.      SRC Claims no. 3219, 3226, 3233, 3236, 3239, and 3240 (collectively, the "Allowed SRC Claims") each shall be (i) reduced in amount and (ii) allowed as a general unsecured claim against the respective FBI Debtor in the following amounts:

| Claim No. | FBI Debtor | Allowed General Unsecured Claim Amount |
|---|---|---|
| 3219 | TR Wind Down, Inc. (f/k/a Thomasville Retail, Inc.) | $1,888.87 |
| 3226 | BFI Wind Down, Inc. (f/k/a Broyhill Furniture Industries, Inc.) | $133,352.15 |
| 3233 | HFI Wind Down, Inc. (HDM Furniture Industries, Inc.) | $171,347.66 |
| 3236 | LFI Wind Down, Inc. (f/k/a Lane Furniture Industries, Inc.) | $113,936.25 |
| 3239 | MSFI Wind Down, Inc. (f/k/a Maitland-Smith Furniture Industries, Inc.) | 35,099.99 |
| 3240 | TFI Wind Down, Inc. (f/k/a Thomasville Furniture Industries, Inc.) | $299,262.08 |

3

3.       SRC shall be entitled to receive the applicable *pro rata* distribution on account of each Allowed SRC Claim in accordance with the terms of the FBI Plan.

4.       Except for the Allowed SRC Claims as set forth in paragraph 2 above, all other claims filed by or scheduled on behalf of any of the SRC Debtors, including, without limitation, SRC Claims no. 3218, 3224, 3225, 3227, 3228, 3229, 3230, 3231, 3232, 3234, 3235, 3237, and 3238 (collectively, the "Disallowed SRC Claims"), are each hereby disallowed and expunged in their entirety, and SRC hereby waives and releases any right to receive any distribution on account of such Disallowed SRC Claims from the FBI Liquidating Trust or the FBI Debtors' estates.

5.       SRC represents and warrants that (i) SRC owns the SRC Claims, (ii) SRC has not assigned, transferred, conveyed, or in any way encumbered any such SRC Claims, and (iii) no other party is entitled to assert any rights with respect to, or to receive payment on account of, any of the SRC Claims.

6.       Allowed SRC Claim no. 3226, as set forth in paragraph 2 above, is net of the unpaid balance of the FBI Liquidating Trust Claim.  Except as provided in this Stipulation, the FBI Liquidating Trustee, on behalf of himself, the FBI Liquidating Trust, the FBI Debtors and their estates, hereby waives and releases any right to receive any further distributions from the SRC Debtors or their estates on account of the FBI Liquidating Trust Claim, and the FBI Liquidating Trust Claim (Claim 1995) may be expunged from SRC's bankruptcy case without further notice or order of the Bankruptcy Court in the cases of either the FBI Debtors or the SRC Debtors.  The FBI Liquidating Trustee represents and warrants that (i) the FBI Liquidating Trust owns the FBI Liquidating Trust Claim, (ii) the FBI Liquidating Trust has not assigned, transferred, conveyed, or in any way encumbered the FBI Liquidating Trust Claim, and (iii) no

4

other party is entitled to assert any rights with respect to, or to receive payment on account of, the FBI Liquidating Trust Claim.

7.      Notwithstanding anything in the contrary set forth on the Allowed SRC Claims, all distributions on account of the Allowed SRC Claims shall be made payable to SRC Liquidation LLC and transmitted to c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

8.      This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior agreements and understandings, both written and oral, thereof.

9.      The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

10.      This Stipulation may not be amended or modified except by a writing signed by both Parties through counsel.

11.      This Stipulation shall be governed by and construed in accordance with the Bankruptcy Code and the laws of the State of Delaware, without regard to the conflict of laws principles thereof.  This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors, assignees, agents, attorneys and representatives.  The Bankruptcy Court shall retain exclusive jurisdiction over any and all disputes arising out of or otherwise relating to this Stipulation.

12.      The Parties acknowledge that this Stipulation is the joint work product of all of the Parties and that, accordingly, in the event of ambiguities in this Stipulation, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation.

143903.01600/105645153v.3

13.    This Stipulation may be executed in counterparts, any of which may be transmitted by email or facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

Dated:  May 8, 2017

**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Tel: 212.478.7200


_/s/ Mark S. Indelicato_
Mark S. Indelicato, Esq.

_Counsel to the Alan D. Halperin, Esq.,_
_Liquidating Trustee of the_
_FBI Wind Down, Inc. Liquidating Trust_

Dated:  May 8, 2017

**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500


_/s/ Wojciech F. Jung_
Wojciech F. Jung, Esq.

_Counsel to SRC Liquidation, LLC_

6