# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On May 8, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Hewlett-Packard Company, Attn: Finance Dept, 2 Pennsylvania Plaza #8, New York, NY, 10121, (MML ID: 1392480):

- Order Sustaining in Part Debtor's Seventeenth (17th) Omnibus (Substantive) Objection to Claims [Docket No. 2172]

Dated: May 11, 2017

/s/ Christine Porter
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 11, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 15868