**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On May 8, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Eighth Omnibus Objection Affected Claimants Service List attached hereto as **Exhibit B**:

- Certification of Counsel Regarding Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims [Docket No. 2196]

- Notice of Agenda of Matters Scheduled for Hearing on May 10, 2017 at 11:00 A.M. (ET) [Docket No. 2197]

- Order Sustaining Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims [Docket No. 2198]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 10, 2017 at 11:00 A.M. (ET) [Docket No. 2199]

On May 8, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Affected Parties Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing on May 10, 2017 at 11:00 A.M. (ET) [Docket No. 2197]

- Amended Notice of Agenda of Matters Scheduled for Hearing on May 10, 2017 at 11:00 A.M. (ET) [Docket No. 2199]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: May 11, 2017

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 11, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

SRF 15876

**Exhibit A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B
Eighth Omnibus Objection Affected Claimants Service List
Served via First Class Mail and Email

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|---|---|
| 1673977 | 55 Broadway Associates LLC and EAR 55 Broadway LLC | c/o Platte, Klarsfeld, Levine & Lachtman, LLP | 10 East 40th Street | 46th Floor | | New York | NY | 10016 | jklarsfeld@plattelaw.com |
| 1673977 | 55 Broadway Associates LLC and EAR 55 Broadway LLC | Judith Farrell | General Manager | Harbor Group Management Company | 55 Broadway Suite 205 | New York | NY | 10006 | jfarrell@harborg.com |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 | jsnyder@bilzin.com |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | Brett Birkeland, Asset Manager | LNR Property, LLC | 1601 Washington Ave, Suite 700 | | Miami Beach | FL | 33139 | bbirkeland@lnrproperty.com |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com |
| 929789 | Waste Management, Inc. | Att: Jacquolyn E. Hatfield-Mills | Sr. Bankruptcy Paralegal | 1001 Fannin Street, Suite. 4000 | | Houston | TX | 77002 | jmills@wm.com |
| 929789 | Waste Management, Inc. | Rachel Mersky, Attorney | Monzack Mersky McLaughlin and Browder, PA | 1201 N. Orange Street, Suite 400 | | Wilmington | De | 19801 | mersky@monlaw.com |

**Exhibit C**

Exhibit C
Affected Parties Service List
Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 979550 | Bradford & Bigelow, Inc. | 3 Perkins way | | | | Newburyport | MA | 01950 |
| 1368730 | Bullet Line, LLC | Accounts Receivable and Credit Manager | Attn: Altovise Langston | 6301 East 10th Avenue, Suite 110 | | Hialeah | FL | 33013 |
| 1368730 | Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 |
| 1321708 | Dupli Envelope and Graphics, Inc. | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | | Syracuse | NY | 13202 |
| 905584 | HAWKS TAG | David Hawks | 1029 Seabreak Way | | | Cincinnati | OH | 45245 |
| 905584 | HAWKS TAG | PO BOX 541207 | | | | CINCINNATI | OH | 45254 |
| 1368885 | International Imaging Materials, Inc. | Henry P. Baer, Jr., Esq. | Finn Dixon & Herling LLP | 177 Broad Street | | Stamford | CT | 06901 |
| 1368885 | International Imaging Materials, Inc. | Joseph Perna | Chief Financial Officer | 310 Commerce Drive | | Amherst | NY | 14228 |
| 1368733 | Leedsworld, Inc. | c/o Eric McMahon, Credit Manager | Polyconcept North America | 400 Hunt Valley Road | | New Kensington | PA | 15068 |
| 1368733 | Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 |
| 915007 | QUALITY FORMS | 4317 WEST US ROUTE 36 | PO BOX 1176 | | | PIQUA | OH | 45356 |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 |
| 1358882 | Tape & Label Graphic Systems, Inc. | 442 W. Fullerton Ave. | | | | Elmhurst | IL | 60126 |