# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 2201** |

## *AMENDED* CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to SRC Liquidation, LLC, hereby certify that I obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: May 15, 2017

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

 *-and -*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn:  Anthony R. Calascibetta).

58648932.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**July 12, 2017 at 10:00 a.m. (Eastern Time)**

**August 9, 2017 at 10:00 a.m. (Eastern Time)**

**September 13, 2017 at 10:00 a.m. (Eastern Time)**

58648932.1