IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On May 15, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Ninth Omnibus Affected Claimants Service List attached hereto as **Exhibit B**:

- Standard Register Inc.'s Ninth (9th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2206]

Dated: May 18, 2017

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 18, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 16024

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Exhibit B
Ninth Omnibus Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | 927 Tony Lama St | | | El Paso | TX | 79915-1339 | | First Class Mail |
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | Brian Jansson | Vice President - Finance | 251 Authority Drive | Fitchburg | MA | 01420 | brianjansson@boutwellowens.com | First Class Mail and Email |
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | c/o Mark W. Powers, Bowditch & Dewey, LLP | 311 Main Street | PO Box 15156 | Worcester | MA | 01615-0156 | mpowers@bowditch.com | First Class Mail and Email |
| 1368699 | Packaging Corporation of America | 1955 West Field Court | | | Lake Forest | IL | 60045 | | First Class Mail |
| 1368699 | Packaging Corporation of America | David M. Grogan | Shumaker, Loop & Kendrick, LLP | 101 South Tryon Street, Suite 2200 | Charlotte | NC | 28280 | dgrogan@slk-law.com | First Class Mail and Email |