**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Objection Deadline: June 1, 2017 at 4:00 p.m. (ET)**<br>**Hearing Date:  June 14, 2017 at 9:30 a.m. (ET)** |

**NOTICE OF SRC SECURED CREDITOR TRUST'S MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN SRC SECURED CREDITOR TRUST AND LIBERTY MUTUAL INSURANCE COMPANY RESOLVING CLAIMS**

        PLEASE TAKE NOTICE that on May 18, 2017, the SRC Secured Creditor Trust filed the *SRC Secured Creditor Trust's Motion for Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and Liberty Mutual Insurance Company Resolving Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

        PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before June 1, 2017 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned counsel to the SRC Secured Creditor Trust.

        PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion and any objections is scheduled to be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

-2-

Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **June 14, 2017 at 9:30 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 18, 2017
      Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*