## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 18th day of May, 2017, I did cause copies of *SRC Secured Creditor Trust's Motion for Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and Liberty Mutual Insurance Company Resolving Claims* (the "Motion") to be served upon the parties set forth on the attached service list by first class mail, postage pre-paid.

I further certify that on the 18th day of May, 2017, I did cause a copy of the Motion to be served on the following by first class mail, postage pre-paid:

> Liberty Mutual Insurance Company
> c/o Jonathan D. Marshall, Esq.
> Choate, Hall & Stewart LLP
> Two International Place
> Boston, MA 02110

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#43989649 v1

In re SRC Liquidation, LLC, *et al.*
Core/2002 Service List
Case No. 15-10541 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta | 111 Wood Avenue South | | Iselin | NJ | 08830-2700 | | 732-243-7389 | 732-951-2700 | anthony.calascibetta@eisneramper.com |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk | 1201 North Orange Street | Suite 7380 | Wilmington | DE | 19801 | | 302-444-6710 | 302-444-6709 | marias@restructuringshop.com |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw | 208 South LaSalle Street | Suite 1750 | Chicago | IL | 60604 | | 312-337-7700 | 312-277-2305; 312-277-3315 | tomf@goldmclaw.com brianj@goldmclaw.com |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq. | 1420 Fifth Avenue, Suite 4200 | P.O. Box 91302 | Seattle | WA | 98111-9402 | | 206-223-7000 | 206-223-7107 | FoxG@lanepowell.com, ZackJ@lanepowell.com |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973597-2400 | wjung@lowenstein.com abehlmann@lowenstein.com |
| Debtors Restructuring Advisors | McKinsey Recovery & Transformation Services U.S., LLC | Attn: Kevin Carmody and Mark W. Hojnacki | 55 East 52nd Street | | New York | NY | 10055 | | 212-446-7000 | 212-446-8575 | |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright | 1105 N. Market Street | 15th Floor | Wilmington | DE | 19801 | | 302-504-7800 | 302-504-7820 | dwright@mmwr.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney | 844 King St., Ste. 2207 | | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | mark.kenney@usdoj.gov |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II | Hercules Plaza, Suite 5100 | 1313 Market Street | Wilmington | DE | 19801 | | 302-777-6565 | 302-421-8390 | fournierd@pepperlaw.com schannej@pepperlaw.com |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com jedelson@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: David Malo | 830 3rd Ave., FL. 9 | | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | serviceqa@primeclerk.com |
| Debtors | The Standard Register | | 600 Albany Street | | Dayton | OH | 45417 | | | | |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | | | | |