**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Related Docket No. 2209** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**SRC SECURED CREDITOR TRUST'S MOTION FOR ENTRY OF AN ORDER**
**APPROVING STIPULATION BETWEEN SRC SECURED CREDITOR TRUST**
**AND LIBERTY MUTUAL INSURANCE COMPANY RESOLVING CLAIMS**

The undersigned hereby certifies that he has received no formal or informal objection or response to the **SRC Secured Creditor Trust's Motion for Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and Liberty Mutual Insurance Company Resolving Claims** [Docket No. 2209] (the "Motion"), filed and served by the undersigned on May 18, 2017.  The undersigned further certifies that he has reviewed the docket in these cases and that no response to the Motion appears thereon.  The notice filed with the Motion established a deadline of June 1, 2017 at 4:00 p.m. (Eastern Time) for filing and service of responses to the Motion.  Accordingly, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto as **Exhibit 1.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

-1-

#44166103 v1

-2-

Dated: June 2, 2017
      Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*