# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. 2036 |

**CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS OF BULLET LINE, LLC, AND LEEDWORLD, INC. PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

The undersigned hereby certifies as follows:

1. On August 8, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2036] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as September 2, 2016 (ET) (the "Response Deadline").

2. Prior to the Response Deadline, the undersigned counsel received responses to the Objection from various parties including informal responses from Bullet Line, LLC ("Bullet Line") and Leedsworld, Inc. ("Leedsworld").

3. Bullet Line had timely filed proof of claim no. 1682 in the total amount of $78,745.58 including an asserted Section 503(b)(9) claim in the amount of $29,770.86.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

4. Leedsworld had timely filed proof of claim no. 1683 in the total amount of $153,500.59 including an asserted Section 503(b)(9) claim in the amount of $73,288.83.

5. On September 30, 2016, the Court entered an Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094] (the "Order"). As set forth in the *Certification of Counsel Regarding Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* filed on September 29, 2016 [Docket No. 2092], the hearing on the Objection was continued with respect to the claims of certain parties, including Bullet Line and Leedsworld, that had submitted formal or informal responses to the Objection and said parties' claims were omitted from the Order.

6. Subsequently, upon review of additional information provided by Bullet Line and Leedsworld to SRI, the asserted Section 503(b)(9) claims of Bullet Line and Leedsworld have been resolved pursuant to the settlement agreements attached hereto as Exhibits "A" and "B" (respectively, the "Bullet Line Settlement Agreement" and the "Leedsworld Settlement Agreement").

7. Pursuant to Section 1 of the Bullet Line Settlement Agreement, subject to Court approval, Bullet Line shall be the holder of a timely and properly filed Section 503(b)(9) claim in the amount of $10,552.26. Further, pursuant to Section 2 of the Bullet Line Settlement Agreement, subject to Court approval, Bullet Line shall hold an allowed general unsecured claim in the amount of $68,189.32.

8. The Debtors have authority regarding the disposition of the general unsecured portion of Bullet Line's LLC's Proof of Claim No. 1682 and have provided written consent in the

Settlement Agreement attached hereto as Exhibit A to the deemed allowance of a general unsecured claim in the amount of $68,189.32 (the "Allowed General Unsecured Claim") with a waiver of any objections to the Allowed General Unsecured Claim.

9. Pursuant to Section 1 of the Leedsworld Settlement Agreement, subject to Court approval, the Claimant shall be the holder of a timely and properly filed Section 503(b)(9) claim in the amount of $29,605.96. Further, pursuant to Section 2 of the Leedsworld Settlement Agreement, subject to Court approval, the Claimant shall hold an allowed general unsecured claim in the amount of $123,894.63.

10. The Debtors have authority regarding the disposition of the general unsecured portion of Leedsworld's Proof of Claim No. 1683 and have provided written consent in the Settlement Agreement attached hereto as Exhibit B to the deemed allowance of a general unsecured claim in the amount of $123,894.63 (the "Allowed General Unsecured Claim") with a waiver of any objections to the Allowed General Unsecured Claim.

11. A proposed form of Order is attached hereto as Exhibit "C" allowing the Section 503(b)(9) Claims and General Unsecured Claims of Bullet Line and Leedsword as set forth herein.

12. WHEREFORE, it is respectfully requested that the Order attached hereto as Exhibit "C" be entered at the earliest convenience of the Court.

[Signature page follows]

Dated:  June 6, 2017
        Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated
Buyer Standard Register, Inc.*