# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 2036** |

**ORDER ALLOWING SECTION 503(b)(9) CLAIMS AND GENERAL UNSECURED CLAIMS OF BULLET LINE, LLC, AND LEEDSWORLD, INC.**

Upon consideration of *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2036] (the "Objection") and the *Certification of Counsel Regarding Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims of Bullet Line, LLC, and Leedsworld, Inc. Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1*; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Bullet Line, LLC ("Bullet Line") is deemed to be the holder of a timely and properly filed Section 503(b)(9) claim in the amount of $10,552.26 and a General Unsecured Claim in the amount of $68,189.32. Bullet Line's Section 503(b)(9) claim shall be paid within five (5) business days of entry of this Order and treatment of Bullet Line's General Unsecured Claim shall be pursuant to the *Confirmed Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates*.

2. Leedsworld, Inc. ("Leedsworld") is deemed to be the holder of a timely and properly filed Section 503(b)(9) claim in the amount of $29,605.96 and a General Unsecured Claim in the amount of $123,894.63. Leedsworld's Section 503(b)(9) claim shall be paid within five (5) business days of entry of this Order and treatment of Leedsworld's General Unsecured Claim shall be pursuant to the *Confirmed Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates.*

3. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated: _____, 2017
       Wilmington, DE

                                            Brendan L. Shannon
                                            Chief United States Bankruptcy Judge