**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**CERTIFICATE OF SERVICE**

I, Matthew P. Austria, hereby certify that on the 9th day of June, 2017, I caused a true and correct copy of the foregoing *Reply of Standard Register, Inc. to International Imaging Materials, Inc.'s Preliminary Response in Opposition to Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section (503(b)(9) Claims* to be served on the following parties in the manner indicated as well as on any parties receiving service through the Electronic Case Filing (ECF) system via electronic mail in the above-captioned case:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Henry P. Baer, Jr., Esq.<br>Finn Dixon & Herling LLP<br>Six Landmark Square<br>Stamford, CT 06901<br>Email:hbaer@fdh.com |

Date: June 9, 2017

**WERB & SULLIVAN**

/s/ Matthew P. Austria
Matthew P. Austria (No. 4827)