IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC Liquidation, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> Re: Docket No. **2188** |

### NOTICE OF PARTIAL WITHDRAWAL OF STANDARD REGISTER INC.'S EIGHTH (8th) OMNIBUS (SUBSTANTIVE) OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that Taylor Corporation and its Designated Buyer, Standard Register, Inc. (collectively, "SRI"), hereby withdraw, in part, *Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2188] ("SRI's Eighth Omnibus Objection") with respect to proof of claim number 2588 filed by Waste Management, Inc.

This withdrawal does not affect any other claims included in SRI's Eighth Omnibus Objection.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: June 9, 2017

        **WERB & SULLIVAN**

        */s/ Matthew P. Austria*
        Matthew P. Austria (DE No. 4827)
        300 Delaware Avenue, 13th Floor
        P.O. Box 25046
        Wilmington, Delaware 19899
        (For courier: 19801)
        Telephone:  (302) 652-1100
        Facsimile:  (302) 652-1111
        E-mail:  maustria@werbsullivan.com
        -and-

        **GRAY, PLANT, MOOTY,**
        **MOOTY & BENNET, P.A.**
        Phillip Bohl (MN No. 139191)
        Abigail McGibbon (MN No. 393263)
        500 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402
        Telephone:  (612) 632-3019
        Telephone:  (612) 632-3009
        Facsimile:   (612) 632-4019
        Facsimile:   (612) 632-4009
        Email:  phillip.bohl@gpmlaw.com
        Email:  abigail.mcgibbon@gpmlaw.com

        *Counsel to Taylor Corporation and its Designated*
        *Buyer Standard Register, Inc.*