## Exhibit A
**Drop Ship Claims**

|    | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|----|---|---|---|---|---|---|---|
| 1. | Guynes Packaging and Printing Company of Texas, LLC | 1676 | $20,023.53 | $48,745.21 | $5,512.32 | $43,223.89 | Goods Shipped Directly to Customer |