**Exhibit B**
**Claims Not For Goods**

|   | Claimant Name | Claim Number | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1. | Packaging Corporation of America | 1698 | $109,670.66 | $139,149.78 | $108,560.60 | $30,589.18 | Portion of Claim is not for goods |