**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 14, 2017 AT 9:00 A.M. (ET)**

**\*\*PLEASE NOTE THAT THE HEARING TIME HAS CHANGED TO 9:00 A.M.\*\***

**CONTINUED/RESOLVED MATTERS**

1.   Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2188; Filed: 4/10/2017]

Response Deadline:          April 24, 2017 at 4:00 p.m.

Related Document(s):

a)   Order Sustaining Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1  [Docket No. 2198; Entered: 5/8/2017]

b)   Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2216; Entered: 6/9/2017]

Response(s) Received:

a)   Response by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2192; Filed: 4/24/2017]

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]   **Amended items appear in bold.**

       b)       Informal Comments from Hewlett-Packard Financial Services Company

       c)       Informal Comments from Waste Management, Inc.

Status:      This matter has been continued to the next omnibus hearing scheduled for July 12, 2017 at 10:00 a.m. with respect to Hewlett-Packard Financial Services Company and GCCFC 2005-GG5 Terminus Industrial Limited Partnership. This matter has been withdrawn with respect to Waste Management, Inc. An order has been entered with respect to 55 Broadway Associates LLC and EAR 55 Broadway LLC. No hearing is necessary at this time.

2.      SRC Secured Creditor Trust's Motion for Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and Liberty Mutual Insurance Company Resolving Claims [Docket No. 2209; Filed: 5/18/2017]

Response Deadline:      June 1, 2017 at 4:00 p.m.

Related Document(s):

       a)       Order Approving Stipulation Between SRC Secured Creditor Trust and Liberty Mutual Insurance Company Resoling Claims [Docket No. 2212; Entered: 6/5/2017]

Response(s) Received:      None.

Status:      An order has been entered. No hearing is necessary.

**MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL**

3.      Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

Response Deadline:      September 2, 2016 at 4:00 p.m. (By agreement of the parties, the response deadline for Bradford & Bigelow Inc., Dupli Envelope & Graphics Inc., Hawk's Tag, Raff Printing Inc., Quality Forms, and Tape and Label Graphic Systems Inc. has been extended to February 22, 2017. Standard Register Inc.'s reply deadline has been extended to March 1, 2017)

2

Related Document(s):

a)   Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

b)   Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

c)   Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

d)   Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 11/23/2016]

e)   Second Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2121; Filed: 11/29/2016]

f)   Third Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2161; Filed: 2/15/2017]

g)   Certification of Counsel Regarding Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2213; Filed: 6/6/2017]

h)   **Order Allowing Section 503(b)(9) Claims and general Unsecure Claims of Bullet Line, LLC, and Leedsworld, Inc. [Docket No. 2220; Entered: 6/13/2017]**

3

Response(s) Received:

a)     Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

b)     Hawks Tag's Response to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2063; Filed 9/06/2016]

c)     Informal Response of Leedsworld, Inc.

d)     Informal Response of Bullet Line Inc.

e)     Informal Response of Bradford & Bigelow Inc.

f)     Informal Response of Dupli Envelope & Graphics Inc.

g)     Informal Response of Raff Printing Inc.

h)     Informal Response of Quality Forms

i)     Informal Response of Tape and Label Graphic Systems Inc.

Status:     This matter has been continued to the next omnibus hearing scheduled for July 12, 2017 at 10:00 a.m. with respect to Bradford & Bigelow Inc., Dupli Envelope & Graphics Inc., Hawk's Tag, Quality Forms, Tape and Label Graphic Systems Inc., Raff Printing, Inc., and SanMar Corporation. **An order has been entered with respect to Bullet Line Inc. and Leedsworld, Inc.** This matter is resolved with respect to all other claims.

4.     Standard Register, Inc.'s Ninth (9th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2206; Filed: 5/15/2017]

Response Deadline:     May 30, 2017 at 4:00 p.m.

Related Document(s):

a)     Certificate of No Objection Regarding Standard Register Inc.'s Ninth (9th) Omnibus Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2217; Filed: 6/9/2017]

59125473.1

       **b)**      **Order Sustaining Standard Register, Inc.'s Ninth (9th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2219; Entered: 6/13/2017]**

Response(s) Received:      None.

Status:      **An order has been entered.  No hearing is necessary.**

## MATTER GOING FORWARD

5.      Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2154; Filed: 2/6/2017]

Response Deadline:      February 21, 2017 at 4:00 p.m.

Related Document(s):

      a)      Order Sustaining Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2171; Entered: 3/6/2017]

      b)      Notice of Submission of Proof of Claim Regarding Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on April 12, 2017 at 10:00 a.m. [Docket No. 2184; Filed: 3/29/2017]

Response(s) Received:

      a)      International Imaging Materials, Inc.'s Preliminary Response in Opposition to Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2162; Filed: 2/21/2017]

      b)      Reply of Standard Register, Inc. to International Imaging Materials, Inc.'s Preliminary Response in Opposition to Standard Register, Inc.'s Seventh (7th) Omnibus (Substantive) Objection to 503(b)(9) Claims [Docket No. 2215; Filed: 6/9/2017]

Status:      This matter will go forward with respect to International Imaging Materials, Inc. This matter is resolved with respect to all other claims.

59125473.1

Dated: June 13, 2017
     Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

59125473.1