### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC[1]<br>              Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>**Hearing Date: July 12, 2017 at 10:00 a.m. (ET)**<br>**Objection Deadline:  June 28, 2017 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that SRC Liquidation, LLC has filed the *Motion of SRC Liquidation, LLC for an Order Further Extending the Claim Objection Deadline* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed on or before **June 28, 2017 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection upon the undersigned counsel for SRC Liquidation, LLC. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July 12, 2017 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

2

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 14, 2017
       Wilmington, Delaware

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

2

58820349.1