**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| GENERAL WIRELESS OPERATIONS : | |
| INC. DBA RADIOSHACK et al.,[1] : | Case No. 17-10506 (BLS) |
| Debtors. : | |
| : | (Jointly Administered) |
| : | |
| : | **Related Docket No.: 205, 428, 535** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
AUTHORIZING (I) THE SALE OF CERTAIN OF THE DEBTORS'
NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO LEASE
TERMINATION AGREEMENTS; AND (II) GRANTING RELATED RELIEF**

I, Michael J. Custer, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify as follows regarding the *Order Authorizing (I) the Sale of Certain of the Debtors' Nonresidential Real Property Leases Pursuant to Lease Termination Agreements; and (II) Granting Related Relief* (the "Order") attached hereto as **Exhibit A**:

1. On March 20, 2017, the Debtors filed the *Debtors' Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Certain Related Relief* (the "Lease Sale Motion"), seeking, *inter alia,* the approval of procedures (the "Lease Sale Bid Procedures") for the sale of certain of the Debtors' lease assets (the "Lease Sale").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

#44315957 v1

-2-

2. On April 10, 2017, the Court entered the *Order (I) Approving Bid and Sale Procedures with Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief* [Docket No. 428], approving the Lease Sale Bid Procedures.

3. On April 24, 2017, the Court held a hearing on the Lease Sale Motion (the "Lease Sale Hearing"), at which time the Court entered the *Order Authorizing the (I) Sale of Certain of the Debtors' Nonresidential Real Property Leases Pursuant to Lease Termination Agreements; and (II) Granting Related Relief* (the "LTA Sale Order") [Docket No. 535].

4. At the Lease Sale Hearing, the Debtors advised the Court that, in addition to the Lease Termination Agreements being approved pursuant to the LTA Sale Order, the Debtors were in the process of negotiating additional lease termination agreements. The Debtors therefore requested, and the Court granted, permission to submit any additional lease termination agreements, once finalized, for the Court's approval under certification of counsel, following consultation with counsel to the Official Committee of Unsecured Creditors (the "Committee").

5. The Debtors have finalized the additional lease termination agreement attached to the Order as Exhibit A (the "**Additional LTA**"), and have consulted with the Committee regarding its terms. The Committee has consented to the Debtors seeking entry of the Order approving the Additional LTA.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of Order attached hereto as **Exhibit A,** approving the Debtors' entry into the Additional LTA.

#44315957 v1

| | |
|---|---|
| Dated: June 14, 2017<br>Wilmington, Delaware | **PEPPER HAMILTON LLP**<br><br>*/s/ Michael J. Custer*<br>David M. Fournier (DE 2812)<br>Michael J. Custer (DE 4843)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Tel:  (302) 777-6500<br>Fax:  (302) 421-8390<br>Email: fournierd@pepperlaw.com<br>         custerm@pepperlaw.com<br><br>-and-<br><br>**JONES DAY**<br>Scott J. Greenberg (admitted *pro hac vice)*<br>250 Vesey Street<br>New York, NY  10281-1047<br>Tel:  (212) 326-3939<br>Fax: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br><br>Mark A. Cody (admitted *pro hac vice*)<br>77 West Wacker<br>Chicago, IL  60601-1692<br>Tel:  (312) 782-3939<br>Fax: (312) 782-8585<br>Email: macody@jonesday.com<br><br>*Attorneys for Debtors and Debtors-in-Possession* |

-3-