## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 13, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth (1) on the Core/2002 Service List attached hereto as **Exhibit A**, (2) on the Affected Claimants Service List attached hereto as **Exhibit B**, and via First Class Mail, Fax, and Email on the Respondents Service List attached hereto as **Exhibit C**:

- Amended Notice of Agenda of Matters Scheduled for Hearing on June 14, 2017 at 9:00 a.m. (ET) [Docket No. 2221]

Dated: June 14, 2017

_Christine Porter_
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 14, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B
Affected Claimants Service List
Served as set forth below

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | FAX | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1368730 | Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | | | First Class Mail |
| 1368730 | Bullet Line, LLC | Accounts Receivable and Credit Manager | Attn: Altovise Langston | 6301 East 10th Avenue, Suite 110 | Hialeah | FL | 33013 | | | First Class Mail |
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | c/o Mark W. Powers, Bowditch & Dewey, LLP | 311 Main Street | PO Box 15156 | Worcester | MA | 01615-0156 | mpowers@bowditch.com | | First Class Mail and Email |
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | Brian Jansson | Vice President - Finance | 251 Authority Drive | Fitchburg | MA | 01420 | brianjansson@boutwellowens.com | | First Class Mail and Email |
| 1368691 | Guynes Packaging and Printing Company of Texas, LLC | 927 Tony Lama St | | | El Paso | TX | 79915-1339 | | | First Class Mail |
| 1368885 | International Imaging Materials, Inc. | c/o Finn Dixon & Herling LLP | Attn: Henry P. Baer, Jr., Esq. | Six Landmark Square | Stamford | CT | 06901 | hbaer@fdh.com | 203-325-5001 | First Class Mail, Fax and Email |
| 1368885 | International Imaging Materials, Inc. | Joseph Perna | Chief Financial Officer | 310 Commerce Drive | Amherst | NY | 14228 | Joseph_Perna@IIMAK.com | | First Class Mail and Email |
| 1368733 | Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | | | First Class Mail |
| 1368733 | Leedsworld, Inc. | c/o Eric McMahon, Credit Manager | Polyconcept North America | 400 Hunt Valley Road | New Kensington | PA | 15068 | | | First Class Mail |
| 1368699 | Packaging Corporation of America | David M. Grogan | Shumaker, Loop & Kendrick, LLP | 101 South Tryon Street, Suite 2200 | Charlotte | NC | 28280 | dgrogan@slk-law.com | | First Class Mail and Email |
| 1368699 | Packaging Corporation of America | 1955 West Field Court | | | Lake Forest | IL | 60045 | | | First Class Mail |

**<u>Exhibit C</u>**

Exhibit C
Respondents Service List
Served via First Class Mail, Fax, and Email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|
| Bilzin Sumberg Baena Price & Axelrod LLP | Attn: Jeffrey I. Snyder | 1450 Brickell Avenue, 23rd Floor | | Miami | FL | 33131 | jsnyder@bilzin.com | 305-351-2234 |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Evan W. Rassman | 1201 North Orange Street, Suite 300 | | Wilmington | DE | 19801 | mbusenkell@gsbblaw.com; erassman@gsbblaw.com | 302-425-5814 |
| Gray, Plant, Mooty, Mooty & Bennet, P.A. | Attn: Phillip Bohl, Abigail McGibbon | 500 IDS Center | 80 South Eighth Street | Minneapolis | MN | 55402 | phillip.bohl@gpmlaw.com; abigail.mcgibbon@gpml | 612-632-4019; 612-632-4009 |
| Hawks Tag | Attn: David Hawks | 1029 Seabrook Way | | Cincinnati | OH | 45245 | dave@hawkstag.com | 513-752-3875 |
| Werb & Sullivan | Attn: Matthew P. Austria | 300 Delaware Avenue, 13th Floor | P.O. Box 25046 | Wilmington | DE | 19899 | maustria@werbsullivan.com | 302-652-1111 |