**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtors. | Related Docket No. 2223 |

## NOTICE OF WITHDRAWAL OF PLEADING

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the **Joinder of the SRC Secured Creditor Trust to the Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline** [Docket No. 2223] filed in the above-captioned matter on June 14, 2017.  The incorrect document was inadvertently uploaded.

Dated:  June 15, 2017
        Wilmington, DE

Respectfully submitted,
PEPPER HAMILTON LLP

/s/  John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

#44228282 v1