**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | CHAPTER 11 |
| SRC LIQUIDATION, LLC, | ) ) ) | Case No. 15-10541 (BLS) |
| Debtor. | ) ) | Docket Ref. No. 2154 |

**SECOND ORDER SUSTAINING STANDARD REGISTER INC.'S SEVENTH (7th) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of *Standard Register Inc.'s Seventh (7th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need to be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Objection is SUSTAINED for the reasons stated in the accompanying Opinion; and it is further

**ORDERED,** that IIMAK holds an allowed priority claim under section 503(b)(9) in the amount of $2,096.27 and an allowed general unsecured claim in the amount of $46,318.16.

By the Court:

Dated: July 13, 2017

Brendan Linehan Shannon
Chief United States Bankruptcy Judge