# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 15-10541 (BLS) |
| | } | |
| | } | |
| SRC LIQUIDATION LLC | } | |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD

FROM    4/1/2017    TO    6/30/2017

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _[signature: Anthony R. Calascibetta]_      Date: 7/24/17

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.   732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.   973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | SRC Liquidation LLC |
|---|---|
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 5,217,162.82 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 708,234.61 | $ 5,434,634.21 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 34,474.77 |
| (ii) | Federal Taxes | 1,487.10 | 26,841.46 |
| (iii) | State Taxes | 5,650.41 | 27,916.31 |
| (iv) | Other Taxes | 920.00 | 1,120.00 |
| b. | All Other Operating Expenses: | $ 0.00 | $ 2,084,742.93 |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | | 337,431.08 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims - SRC Liq to be Reimb (Attach additional pages as needed) | 412,631.93 | 431,614.00 |
| | **Total Disbursements (Operating & Plan)** | $ 425,564.44 | $ 2,944,140.55 |
| 1. | **CASH (End of Period)** | $ 5,499,832.99 | $ 5,499,832.99 |

| MONTHLY OPERATING REPORT - POST CONFIRMATION | | | | ATTACHMENT NO. 3 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
April 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $5,267,312.39 | $215,489.07 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -19,818.63 | -17,309.75 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,247,493.76 | $198,179.32 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
May 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $5,270,148.92 | $208,009.38 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -97,234.70 | -10,915.79 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,172,914.22 | $197,093.59 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter  
June 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $5,307,299.48 | $207,273.29 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -4,560.08 | -10,179.70 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,302,739.40 | $197,093.59 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2093 | 4/25/2017 | U.S. Trustee | U.S. Trustee Quarterly Fees - 1st Qtr 2017 | 4,875.00 | |
| 2094 | 5/16/2017 | SmallBiz Outsource LLC | Accounting | 12,780.00 | |
| 2095 | 5/16/2017 | Taylor Corporation | Misc. Tax - Puerto Rico | 920.00 | |
| 2097 | 5/25/2017 | EisnerAmper LLP | Professional Fees | 105,377.64 | |
| 2098 | 5/25/2017 | Lowenstein Sandler, LLP | Professional Fees | 39,817.65 | |
| 2099 | 5/25/2017 | Polsinelli PC | Professional Fees | 14,685.33 | |
| 2100 | 5/30/2017 | Prime Clerk LLC | Professional Fees | 31,957.89 | |
| 2101 | 5/30/2017 | WILLIAMSMARSTON LLC | Professional Fees | 5,293.75 | |
| 2105 | 6/23/2017 | Taylor Corporation | Professional Fees | 3,316.45 | |
| JE | 4/7/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 101,001.30 | |
| JE | 5/5/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 42,537.80 | |
| JE | 6/7/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 56,423.68 | |
| | | | CURRENT PERIOD TOTAL | $418,986.49 | |

CURRENT PERIOD TOTAL - # 1480    $6,577.95

**CURRENT PERIOD DISB - ALL ACCTS    $425,564.44**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**                                                   **ATTACHMENT NO. 4**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 6487 | 4/24/2017 | PA UC Fund | State Tax Payments - PA | 1,570.38 |
| 6488 | 4/24/2017 | Arkansas Department of WorkForce Servic | Employer- WH-AR | 2,457.76 |
| 6489 | 4/24/2017 | Georgia Department of Labor | Employer WH - GA | 4.54 |
| 6490 | 4/24/2017 | NC Department of Commerce | Employer WH - NC | 4.49 |
| 6491 | 4/24/2017 | Ohio Dept. of Job & Family Services | Employer WH - Ohio | 111.17 |
| 6492 | 4/24/2017 | PA Department of Revenue | State Tax Payments - PA | 1,425.84 |
| 6493 | 4/24/2017 | Tennessee Dept of Labor & Workforce Dev | Employer - WH - TN | 76.23 |
| 6494 | 4/28/2017 | United States Treasury | Payroll Taxes - 2015 Final Wage | 743.55 |
| ACH | 5/1/2017 | United States Treasury | Payroll Taxes - 2015 Final Wage | 743.55 |
| | | | | |
| JE | 6/30/2017 | Reconciling Adjustment | Adjustment to reconcile Cash Account relating to Wage Claims | -559.56 |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $6,577.95 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.