SIGN-IN SHEET

Case Name: SRC Liquidation, LLC.

Courtroom No.1: Judge Shannon

Case No.: 15-10541

Date: June 14, 2017

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Mike Busenkell | Gellert Scali Busenkell & Brown | IEMAK |
| Matthew Austria | Werb & Sullivan | Shepherd Register, Inc. |
| Justin Falgowski | Polsinelli | SRC Liquidation |
| Hank Beer | Kim Dixon | IEMAK |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Brendan L. Shannon

Calendar Date: 06/14/2017

Calendar Time: 09:00 AM ET

#1

*Amended Calendar  Jun 14 2017  5:20AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|-----------|--------|-----------|-----------|-----------|-------------|
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 8407825 | Abigail M. McGibbon | (612) 632-3009 ext. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Bidder, Standard Register Inc. / LISTEN ONLY |