IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.  15-10541 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

      I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to SRC Liquidation, LLC, hereby certify that I obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: August 9, 2017          Respectfully submitted,

                                   **LOWENSTEIN SANDLER LLP**
                                   Kenneth A. Rosen, Esq.
                                   Wojciech F. Jung, Esq.
                                   Andrew Behlmann, Esq.
                                   65 Livingston Avenue
                                   Roseland, NJ  07068
                                   Telephone:  (973) 597-2500
                                   Facsimile:  (973) 597-2400

                                     *-and -*

                                   **POLSINELLI PC**

                                   /s/ *Justin K. Edelson*
                                   Christopher A. Ward (DE Bar No. 3877)
                                   Justin K. Edelson (DE Bar No. 5002)
                                   222 Delaware Avenue, Suite 1101
                                   Wilmington, DE 19801
                                   Telephone:  (302) 252-0920
                                   Facsimile:  (302) 252-0921

                                   *Counsel to SRC Liquidation, LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn:  Anthony R. Calascibetta).

59948427.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**October 12, 2017 at 10:00 a.m. (Eastern Time)**

**November 14, 2017 at 11:00 a.m. (Eastern Time)**

**December 14, 2017 at 10:00 a.m. (Eastern Time)**

59948427.1