IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**October 12, 2017 at 10:00 a.m. (Eastern Time)**

**November 14, 2017 at 11:00 a.m. (Eastern Time)**

**December 14, 2017 at 10:00 a.m. (Eastern Time)**

**Dated: August 9th, 2017**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

59948427.1