IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On August 7, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A**; and (2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on August 9, 2017 at 10:00 a.m. (ET) (Hearing Cancelled) [Docket No. 2243]

Dated: August 10, 2017

/s/ Rafael Stitt
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 10, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 18042

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 979550 | Bradford & Bigelow, Inc. | 3 Perkins way | | | | Newburyport | MA | 01950 | cfrederico@bradford-bigelow.com | First Class Mail and Email |
| 1321708 | Dupli Envelope and Graphics, Inc. | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | | Syracuse | NY | 13202 | nsmith@mackenziehughes.com | First Class Mail and Email |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 | jsnyder@bilzin.com | First Class Mail and Email |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | Brett Birkeland, Asset Manager | LNR Property, LLC | 1601 Washington Ave, Suite 700 | | Miami Beach | FL | 33139 | bbirkeland@lnrproperty.com | First Class Mail and Email |
| 905584 | HAWKS TAG | PO BOX 541207 | | | | CINCINNATI | OH | 45254 | dave@hawkstag.com | First Class Mail and Email |
| 905584 | HAWKS TAG | David Hawks | 1029 Seabreak Way | | | Cincinnati | OH | 45245 | | First Class Mail |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 915007 | QUALITY FORMS | 4317 WEST US ROUTE 36 | PO BOX 1176 | | | PIQUA | OH | 45356 | | First Class Mail |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 | | First Class Mail |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 | robertg@kgattorneys.com | First Class Mail and Email |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 | chrisb@sanmar.com; danasteffens@sanmar.com | First Class Mail and Email |
| 1358882 | Tape & Label Graphic Systems, Inc. | 442 W. Fullerton Ave. | | | | Elmhurst | IL | 60126 | mdanosky@tlgraphic.com | First Class Mail and Email |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)
Page 1 of 1