THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. **2036** |

**FOURTH NOTICE OF PARTIAL WITHDRAWAL OF STANDARD REGISTER INC.'S FIFTH (5th) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

PLEASE TAKE NOTICE that Taylor Corporation and its Designated Buyer, Standard Register, Inc. (collectively, "SRI"), hereby withdraw, in part, *Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2036] ("SRI's Fifth Omnibus Objection") with respect to the following proofs of claim:

1. Bradford & Bigelow, Inc.; Claim No. 748
2. Dupli Envelope & Graphics, Inc. ; Claim No. 749
3. Hawk's Tag; Claim No. 1473
4. Tape and Label Graphic Systems Inc.; Claim No. 1012
5. Quality Forms; Claim No. 603

This withdrawal does not affect any other claims included in SRI's Fifth Omnibus Objection.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: September 1, 2017          **WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Telephone: (612) 632-3009
Facsimile: (612) 632-4019
Facsimile: (612) 632-4009
Email: phillip.bohl@gpmlaw.com
Email: abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*