# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. <u>2188</u> |

## SECOND NOTICE OF PARTIAL WITHDRAWAL OF STANDARD REGISTER INC.'S EIGHTH (8th) OMNIBUS (SUBSTANTIVE) OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that Taylor Corporation and its Designated Buyer, Standard Register, Inc. (collectively, "SRI"), hereby withdraw, in part, *Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 2188] ("SRI's Eighth Omnibus Objection") with respect to proof of claim number 2587 filed by Hewlett-Packard Financial Services Company.

This withdrawal does not affect any other claims included in SRI's Eighth Omnibus Objection.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: September 1, 2017

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Telephone: (612) 632-3009
Facsimile: (612) 632-4019
Facsimile: (612) 632-4009
Email: phillip.bohl@gpmlaw.com
Email: abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated
Buyer Standard Register, Inc.*