## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. |  |

### AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC (“***Prime Clerk***”), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 11, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A**; and (2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on September 13, 2017 at 10:00 a.m. (ET) (Hearing Cancelled) [Docket No. 2252]

Dated: September 14, 2017

_____
Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 14, 2017, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20___

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served as set forth below

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 1673977 | 55 Broadway Associates LLC and EAR 55 Broadway LLC | c/o Platte, Klarsfeld, Levine & Lachtman, LLP | 10 East 40th Street | 46th Floor | | New York | NY | 10016 | jklarsfeld@plattelaw.com | First Class Mail and Email |
| 1673977 | 55 Broadway Associates LLC and EAR 55 Broadway LLC | Judith Farrell | General Manager | Harbor Group Management Company | 55 Broadway Suite 205 | New York | NY | 10006 | jfarrell@harborg.com | First Class Mail and Email |
| 1368781 | American Litho, Inc. | Attn: Kevin R. Krantz, Esq. | 401 Huehl Road, Suite 2A | | | Northbrook | IL | 60062 | kkrantz.counsel@gmail.com | First Class Mail and Email |
| 1368781 | American Litho, Inc. | Shannon L. Deeby | Clark Hill PLC | 151 S. Old Woodward Ave, Suite 200 | | Birmingham | MI | 48009 | sdeeby@clarkhill.com | First Class Mail and Email |
| 973216 | BCT - Business Cards Tomorrow - Bethel Park | Attn: Paul Meinert | PO Box 667 | 5309 Enterprise Blvd | | Bethel Park | PA | 15102 | paul@bctpgh.com | First Class Mail and Email |
| 979550 | Bradford & Bigelow, Inc. | 3 Perkins way | | | | Newburyport | MA | 01950 | cfrederico@bradford-bigelow.com | First Class Mail and Email |
| 1411245 | Cohber Press, Inc. | c/o Bond, Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq. | One Lincoln Center | | Syracuse | NY | 13202 | stemes@bsk.com | First Class Mail and Email |
| 1321708 | Dupli Envelope and Graphics, Inc. | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | | Syracuse | NY | 13202 | nsmith@mackenziehughes.com | First Class Mail and Email |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 | jsnyder@bilzin.com | First Class Mail and Email |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | Brett Birkeland, Asset Manager | LNR Property, LLC | 1601 Washington Ave, Suite 700 | | Miami Beach | FL | 33139 | bbirkeland@lnrproperty.com | First Class Mail and Email |
| 905584 | HAWKS TAG | PO BOX 541207 | | | | CINCINNATI | OH | 45254 | dave@hawkstag.com | First Class Mail and Email |
| 1843013 | Hewlett-Packard Financial Services Company | c/o Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street, 17th Floor | | Fort Worth | TX | 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| 979793 | Kahny Printing, Inc | Attn: Linda Reilly | 4766 River Road | | | Cincinnati | OH | 45233 | linda@kahny.com | First Class Mail and Email |
| 1368733 | Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | First Class Mail |
| 1368733 | Leedsworld, Inc. | c/o Eric McMahon, Credit Manager | Polyconcept North America | 400 Hunt Valley Road | | New Kensington | PA | 15068 | | First Class Mail |
| 945475 | Par One, Inc. | 3807 King Ave | | | | Cleveland | OH | 44114 | sylvia@par-one.com | First Class Mail and Email |
| 915007 | QUALITY FORMS | 4317 WEST US ROUTE 36 | PO BOX 1176 | | | PIQUA | OH | 45356 | | First Class Mail |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 | robertg@kgattorneys.com | First Class Mail and Email |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 | | First Class Mail |
| 1321604 | Richardson Seating Corporation | c/o Schiff Hardin LLP | Attn: Jeffrey D. Eaton | 233 S. Wacker Dr., Suite 6600 | | Chicago | IL | 60606 | jeaton@schiffhardin.com | First Class Mail and Email |
| 1321604 | Richardson Seating Corporation | Attn: Ira Lichtenstein | 2545 W. Arthington Street | | | Chicago | IL | 60612 | IBL@richardsonseating.com | First Class Mail and Email |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 | chrisb@sanmar.com, danasteffens@sanmar.com | First Class Mail and Email |
| 1358882 | Tape & Label Graphic Systems, Inc. | 442 W. Fullerton Ave. | | | | Elmhurst | IL | 60126 | mdanosky@tlgraphic.com | First Class Mail and Email |
| 1843001 | Tennessee Department of Revenue | Debbie D. McAlister - Account Tech 1 | 500 Deaderick St. | | | Nashville | TN | 37242-9718 | deborah.mcalister@tn.gov | First Class Mail and Email |
| 1843001 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | First Class Mail |
| 1368904 | United Radio Incorporated - d/b/a BlueStar | c/o Jeffrey S. Rosenstiel, Esq. | GRAYDON HEAD & RITCHEY LLP | 2400 Chamber Center Drive, Suite 300 | | Fort Mitchell | KY | 41017 | jrosenstiel@graydon.com | First Class Mail and Email |
| 975165 | Ward/Kraft Inc. | 2401 Cooper St | | | | Fort Scott | KS | 66701 | cfarmer@wardkraft.com | First Class Mail and Email |
| 929789 | Waste Management, Inc. | Att: Jacquolyn E. Hatfield-Mills | Sr. Bankruptcy Paralegal | 1001 Fannin Street, Suite. 4000 | | Houston | TX | 77002 | jmills@wm.com | First Class Mail and Email |

Exhibit B
Affected Claimants Service List
Served as set forth below

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 929789 | Waste Management, Inc. | Rachel Mersky, Attorney | Monzack Mersky McLaughlin and Browder, PA | 1201 N. Orange Street, Suite 400 | | Wilmington | De | 19801 | mersky@monlaw.com | First Class Mail and Email |