IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 12, 2017 AT 10:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED**
**AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED/RESOLVED MATTERS**

1. Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 8/8/2016]

    Response Deadline: September 2, 2016 at 4:00 p.m. (By agreement of the parties, the response deadline for Bradford & Bigelow Inc., Dupli Envelope & Graphics Inc., Hawk's Tag, Raff Printing Inc., Quality Forms, and Tape and Label Graphic Systems Inc. was extended to February 22, 2017. Standard Register Inc.'s reply deadline was extended to March 1, 2017)

    Related Document(s):

    a) Amended Notice of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2041; Filed: 8/11/2016]

    b) Notice of Submission of Proofs of Claim for Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 for Hearing on September 28, 2016 at 10:30 a.m. (ET) [Docket No. 2073; Filed: 9/14/2016]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

60668938.1

c) Order Sustaining Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2094; Entered: 9/30/2016]

d) Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2036; Filed: 11/23/2016]

e) Second Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2121; Filed: 11/29/2016]

f) Third Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2161; Filed: 2/15/2017]

g) Certification of Counsel Regarding Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2213; Filed: 6/6/2017]

h) Order Allowing Section 503(b)(9) Claims and general Unsecure Claims of Bullet Line, LLC, and Leedsworld, Inc. [Docket No. 2220; Entered: 6/13/2017]

i) Fourth Notice of Partial Withdrawal of Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2248; Filed: 9/1/2017]

Response(s) Received:

a) Response of SanMar Corporation to Standard Register Inc.'s Fifth (5th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2061; Filed: 9/2/2016]

b) Informal Response of Raff Printing Inc.

|     |     |     |
| --- | --- | --- |
|     | Status: | This matter has been continued to the next omnibus hearing scheduled for November 14, 2017 at 11:00 a.m. with respect to SanMar Corporation. This matter is settled in principle pending execution of settlement agreement with respect to Raff Printing, Inc.  This matter is resolved with respect to all other claims.  No hearing is necessary at this time. |

2. Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2188; Filed: 4/10/2017]

   Response Deadline:  April 24, 2017 at 4:00 p.m.

   Related Document(s):

   a) Order Sustaining Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1  [Docket No. 2198; Entered: 5/8/2017]

   b) Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2216; Entered: 6/9/2017]

   c) Second Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2249; Entered: 9/1/2017]

   Response(s) Received:

   a) Response by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2192; Filed: 4/24/2017]

   Status: This matter is settled in principle pending execution of settlement agreement with respect to GCCFC 2005-GG5 Terminus Industrial Limited Partnership.  This matter has been resolved with respect to all other claims.  No hearing is necessary at this time.

60668938.1

Dated: October 9, 2017
      Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

 -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*

60668938.1