**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 9, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on (1) the Core Email Service List attached hereto as **Exhibit A** and (2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- (Hearing Cancelled) Notice of Agenda of Matters Scheduled for Hearing on October 12, 2017 at 10:00 a.m. (ET) [Docket No. 2256]

On October 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) the Core/2002 Service List attached hereto as **Exhibit C**; and (2) the Affected Claimants Service List attached hereto as **Exhibit D**:

- (Hearing Cancelled) Notice of Agenda of Matters Scheduled for Hearing on October 12, 2017 at 10:00 a.m. (ET) [Docket No. 2256]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: October 12, 2017

_____

Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 12, 2017, by Christian Rivera,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20___

2                                                                                          SRF 19446

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br><br>brianj@goldmclaw.com |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served via Email

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Email |
|---|---|---|---|---|---|---|---|---|---|
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 | jsnyder@bilzin.com |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | Brett Birkeland, Asset Manager | LNR Property, LLC | 1601 Washington Ave, Suite 700 | | Miami Beach | FL | 33139 | bbirkeland@lnrproperty.com |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 | robertg@kgattorneys.com |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 | chrisb@sanmar.com, danasteffens@sanmar.com |

**<u>Exhibit C</u>**

Exhibit C
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 |

Exhibit C
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 |

**<u>Exhibit D</u>**

Exhibit D

Affected Claimants Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | Brett Birkeland, Asset Manager | LNR Property, LLC | 1601 Washington Ave, Suite 700 | | Miami Beach | FL | 33139 |
| 1324880 | RAFF PRINTING INC | Robert J. Saurin | Attorney | Goldberg, Komin + Garvin | 437 Grant St. Suite 1806 Frick Bldg | Pittsburgh | PA | 15219 |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 |