IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Hearing Date: November 14, 2017 at 11:00 a.m. (ET)<br>Response Deadline: October 27, 2017 at 4:00 p.m. (ET) |

**NOTICE OF MOTION OF THE SRC SECURED CREDITOR TRUST
FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE TRUST**

PLEASE TAKE NOTICE that on October 13, 2017, the SRC Secured Creditor Trust filed the *Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before October 27, 2017 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned counsel to the SRC Secured Creditor Trust.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion and any objections is scheduled to be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#46002375 v1

-2-

Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **November 14, 2017 at 11:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 13, 2017<br>Wilmington, DE | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David M. Fournier (DE No. 2812)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>*Counsel to the SRC Secured Creditor Trust* |