-3-

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 13th day of October, 2017, I did cause a copy of the *Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust* to be served upon the parties set forth on the attached service list by first class mail, postage pre-paid.

/s/ John H. Schanne, II  
John H. Schanne, II (DE No. 5260)

#46002375 v1

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin, NJ  08830-2700

Goldstein & McClinton LLLP
Attn: Marie Aprile Sawczuk
1201 North Orange Street, Suite 7380
Wilmington, DE 19801

Goldstein & McClinton LLLP
Attn:  Thomas R. Fawskes & Brian J. Jackiw
208 South LaSalle Street, Suite 1750
Chicago, IL 60604

Lane Powell PC
Attn:  Gregory Fox & James B. Zack
1420 Fifth Street, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402

Lowenstein Sandler LLP
Attn:  Andrew Behlmann & Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ  07068-0000

McKinsey Recovery & Transformation Services U.S., LLC
Attn: Kevin Carmody & Mark W. Hojnacki
55 East 52nd Street
New York, NY 10055

Montgomery, McCracken, Walker & Rhodes, LLP
Attn: Davis Lee Wright
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Office of the United States Trustee
Attn:  Mark Kenney
844 King St., Ste. 2207
Wilmington, DE  19801

Polsinelli PC
Attn:  Christopher A. Ward & Justin K. Edelson
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Prime Clerk LLC
Attn:  David Malo
830 3rd Ave., FL. 9
New York, NY  10022

The Standard Register
600 Albany Street
Dayton, OH  45417

Wilmington Trust Company
Attn: Institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

#46000533 v1