# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the new address of Bayard, P.A., ("Bayard"), is 600 N. King Street, Suite 400, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that Bayard's mailing address remains, P.O. Box 25130, Wilmington, DE 19899.

Dated: October 17, 2017  
       Wilmington, Delaware

BAYARD, P.A

/s/ *Justin R. Alberto*

Justin R. Alberto (No. 5126)  
Gregory J. Flasser (No. 6154)  
600 N. King Street, Suite 400  
Wilmington, DE 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
E-mail: jalberto@bayardlaw.com  
       gflasser@bayardlaw.com

*Counsel to SRC Liquidation, LLC*

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.