**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SRC LIQUIDATION, LLC,[1] <br><br>      Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> **Related Docket Nos. 2262, 2265** |

**CERTIFICATE OF SERVICE**

  I, John H. Schanne, II, hereby certify that on the 31st day of October, 2017, I served or caused to be served the following pleadings upon the parties listed on the attached service list via first-class mail, postage prepaid:

- **Certificate of No Objection Regarding Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust (Docket No. 2262), and**

- **Order Extending the Term of the SRC Secured Creditor Trust (Docket No. 2265)**

Dated: October 31, 2017
   Wilmington, DE

               Respectfully submitted,

               PEPPER HAMILTON LLP

               /s/ John H. Schanne, II
               David M. Fournier (DE No. 2812)
               John H. Schanne, II (DE No. 5260)
               Hercules Plaza, Suite 5100
               1313 N. Market Street
               P.O. Box 1709
               Wilmington, DE  19899-1709
               (302) 777-6500

               *Counsel to the SRC Secured Creditor Trust*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#46208847 v1

| | |
|---|---|
| EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin, NJ  08830-2700 | Goldstein & McClinton LLLP<br>Attn: Marie Aprile Sawczuk<br>1201 North Orange Street, Suite 7380<br>Wilmington, DE 19801 |
| Goldstein & McClinton LLLP<br>Attn:  Thomas R. Fawskes & Brian J. Jackiw<br>208 South LaSalle Street, Suite 1750<br>Chicago, IL 60604 | Lane Powell PC<br>Attn:  Gregory Fox & James B. Zack<br>1420 Fifth Street, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402 |
| Lowenstein Sandler LLP<br>Attn:  Andrew Behlmann & Wojciech F. Jung<br>65 Livingston Avenue<br>Roseland, NJ  07068-0000 | McKinsey Recovery & Transformation Services U.S., LLC<br>Attn: Kevin Carmody & Mark W. Hojnacki<br>55 East 52nd Street<br>New York, NY 10055 |
| Montgomery, McCracken, Walker & Rhodes, LLP<br>Attn: Davis Lee Wright<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Office of the United States Trustee<br>Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington, DE  19801 |

Polsinelli PC
Attn: Christopher A. Ward & Justin K. Edelson
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Prime Clerk LLC
Attn: David Malo
830 3rd Ave., FL. 9
New York, NY 10022

The Standard Register
600 Albany Street
Dayton, OH 45417

Wilmington Trust Company
Attn: Institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

#46000533 v1