# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                          }          CASE NUMBER:  15-10541 (BLS)
                                                }
                                                }
    SRC LIQUIDATION LLC                      }
                                                }
    DEBTOR.                                  }          CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM      7/1/2017    TO    9/30/2017

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____          Date: _____11/01/2017_____

Anthony R. Calascibetta
Print Name

Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address
and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.    732-243-7389

**Attorney's Address
and Phone Number:**

Lowenstein Sandler LLP
**One Lowenstein Drive**
Roseland, NJ 07068

Tel.      973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| Estimated Date of Filing the Application for Final Decree: _____ |

MONTHLY OPERATING REPORT -                                    ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | **SRC Liquidation LLC** |
| Case Number: | **15-10541 (BLS)** |
| Date of Plan Confirmation: November 19, 2015 | |
| Plan Effective Date: December 18, 2015 | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 5,499,832.99 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 1,257,142.82 | $ 6,691,777.03 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 39,349.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 0.00 | 27,916.31 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 838,578.27 | $ 2,923,321.20 A |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | | 337,431.08 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims -SRC Liq to be Reimb (Attach additional pages as needed) | -224,631.93 | 206,982.07 A |
| | **Total Disbursements (Operating & Plan)** | $ 618,821.34 | $ 3,562,961.89 |
| 1. | **CASH (End of Period)** | $ 6,138,154.47 | $ 6,138,154.47 |

**Footnotes:**
**A** - Reclass of Other Operating Expenses totaling $412,631.93 inadvertently booked on the 2017 Second Quarterly Report
   as General Unsecured Claims is included in the total Current Period expenses. Actual Current Period Operating Expenses = $425,386.78.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
July 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. Balance per Bank Statement | $5,827,775.42 | $207,270.03 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -6,118.63 | -10,736.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,821,656.79 | $196,534.03 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
August 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $5,842,819.06 | $207,270.03 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks | -1,243.63 | -10,736.00 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $5,841,575.43 | $196,534.03 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
Sept 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. Balance per Bank Statement | $5,942,864.07 | $207,270.03 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -1,243.63 | -10,736.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $5,941,620.44 | $196,534.03 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2106 | 7/24/2017 | U.S. Trustee | U.S. Trustee Quarterly Fees - 1st Qtr 2017 | 4,875.00 | |
| 2107 | 8/8/2017 | EisnerAmper LLP | Professional Fees | 32,927.22 | |
| 2108 | 8/8/2017 | Lowenstein Sandler, LLP | Professional Fees | 17,245.39 | |
| 2109 | 8/8/2017 | Polsinelli PC | Professional Fees | 14,253.00 | |
| 2110 | 8/8/2017 | Prime Clerk LLC | Professional Fees | 20,905.52 | |
| | | | | | |
| Wire | 8/9/2017 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust | 188,000.00 | |
| | | | | | |
| JE | 7/7/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 201,625.28 | |
| JE | 8/8/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 103,975.38 | |
| JE | 9/11/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 34,454.99 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $618,261.78 | |

CURRENT PERIOD TOTAL - # 1480     $559.56

**CURRENT PERIOD DISB - ALL ACCTS     $618,821.34**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| JE | 7/31/2017 | Reconciling Adjustment | Adjustment to reconcile cash relating to wage claims | 559.56 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $559.56 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

12:28 PM

08/09/17

## SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 07/31/2017

|  | Jul 31, 17 |
|---|---|
| Beginning Balance | 5,307,299.48 |
| Cleared Transactions | |
| Checks and Payments - 1 item | -3,316.45 |
| Deposits and Credits - 1 item | 523,792.39 |
| Total Cleared Transactions | 520,475.94 |
| Cleared Balance | 5,827,775.42 |
| Uncleared Transactions | |
| Checks and Payments - 3 items | -6,118.63 |
| Total Uncleared Transactions | -6,118.63 |
| Register Balance as of 07/31/2017 | 5,821,656.79 |
| New Transactions | |
| Checks and Payments - 4 items | -85,331.13 |
| Total New Transactions | -85,331.13 |
| Ending Balance | 5,736,325.66 |

12:28 PM

08/09/17

# SRC Liquidation LLC
# Reconciliation Detail
## 1367 SIGNATURE OPERATING, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,307,299.48 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 06/23/2017 | 2105 | Taylor Corporation | X | -3,316.45 | -3,316.45 |
| Total Checks and Payments | | | | | -3,316.45 | -3,316.45 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 07/07/2017 | 65 | | X | 523,792.39 | 523,792.39 |
| Total Deposits and Credits | | | | | 523,792.39 | 523,792.39 |
| Total Cleared Transactions | | | | | 520,475.94 | 520,475.94 |
| **Cleared Balance** | | | | | 520,475.94 | 5,827,775.42 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Check | 07/24/2017 | 2106 | U.S. Trustee | | -4,875.00 | -6,118.63 |
| Total Checks and Payments | | | | | -6,118.63 | -6,118.63 |
| Total Uncleared Transactions | | | | | -6,118.63 | -6,118.63 |
| **Register Balance as of 07/31/2017** | | | | | 514,357.31 | 5,821,656.79 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 08/08/2017 | 2107 | EisnerAmper LLP | | -32,927.22 | -32,927.22 |
| Bill Pmt -Check | 08/08/2017 | 2110 | Prime Clerk LLC | | -20,905.52 | -53,832.74 |
| Bill Pmt -Check | 08/08/2017 | 2108 | Lowenstein Sandler... | | -17,245.39 | -71,078.13 |
| Bill Pmt -Check | 08/08/2017 | 2109 | Polsinelli PC | | -14,253.00 | -85,331.13 |
| Total Checks and Payments | | | | | -85,331.13 | -85,331.13 |
| Total New Transactions | | | | | -85,331.13 | -85,331.13 |
| **Ending Balance** | | | | | 429,026.18 | 5,736,325.66 |

*Signature* | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From July    01, 2017
To  July    31, 2017
Page 1 of 3

00004358  MSIGDDA0801  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ███████ 1367        1

EFFECTIVE AUGUST 1, 2017, WE HAVE REVISED SIGNATURE BANK'S PERSONAL AND
BUSINESS BANK ACCOUNT AGREEMENTS AND DISCLOSURE BOOKLETS. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███ 1367    MONOGRAM CHECKING | | 5,307,299.48 | 5,827,775.42 |
| RELATIONSHIP    TOTAL | | | 5,827,775.42 |

00004358-013074-0001-0003-MSIGDDA08011717/4630-0b-



 SIGNATURE BANK

0004358-0133075-0002-0003-MSIGDDA0B011717174630-09-L

Statement Period
From July    01, 2017
To   July    31, 2017
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ████1367        1

MONOGRAM CHECKING        ████1367

Summary

| | |
|---|---|
| Previous Balance as of July    01, 2017 | 5,307,299.48 |
| 1 Credits | 523,792.39 |
| 1 Debits | 3,316.45 |
| Ending Balance as of    July    31, 2017 | 5,827,775.42 |

Deposits and Other Credits                                                            523,792.39
Jul 07   INCOMING WIRE
         REF#  20170707B6B7261F00152607071638FT01
         FROM: ESTATE OF                          ABA:    122000496
         BANK:

Checks by Serial Number
Jul 24        2105              3,316.45

Daily Balances
Jun 30        5,307,299.48              Jul 24        5,827,775.42
Jul 07        5,831,091.87

Rates for this statement period - Overdraft
Jul 01, 2017   14.000000 %



# Signature | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From July    01, 2017
To  July    31, 2017
Page 1 of 3

00004358  MSIGDDA0801  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████1367    1

EFFECTIVE AUGUST 1, 2017, WE HAVE REVISED SIGNATURE BANK'S PERSONAL AND
BUSINESS BANK ACCOUNT AGREEMENTS AND DISCLOSURE BOOKLETS. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1367    MONOGRAM CHECKING | | 5,307,299.48 | 5,827,775.42 |
| RELATIONSHIP    TOTAL | | | 5,827,775.42 |



 SIGNATURE BANK

Statement Period
From July    01, 2017
To   July    31, 2017
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017



Primary Account: ███ 1367        1

MONOGRAM CHECKING          ███ 1367

Summary

    Previous Balance as of July     01, 2017                                    5,307,299.48
        1 Credits                                                                 523,792.39
        1 Debits                                                                    3,316.45
    Ending Balance as of    July    31, 2017                                    5,827,775.42

Deposits and Other Credits                                                        523,792.39
    Jul 07   INCOMING WIRE
             REF#  20170707B6B7261F00152607071638FT01
             FROM: ESTATE OF                          ABA:  122000496
             BANK:

Checks by Serial Number
    Jul 24     2105              3,316.45

Daily Balances
    Jun 30     5,307,299.48              Jul 24     5,827,775.42
    Jul 07     5,831,091.87

Rates for this statement period - Overdraft
Jul 01, 2017   14.000000 %

4:09 PM
09/12/17

# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 08/31/2017

|  | Aug 31, 17 |
|---|---|
| **Beginning Balance** | 5,827,775.42 |
| **Cleared Transactions** | |
| Checks and Payments - 6 items | -278,206.13 |
| Deposits and Credits - 1 item | 293,249.77 |
| **Total Cleared Transactions** | 15,043.64 |
| **Cleared Balance** | 5,842,819.06 |
| **Uncleared Transactions** | |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 08/31/2017** | 5,841,575.43 |
| **Ending Balance** | 5,841,575.43 |

4:09 PM

09/12/17

# SRC Liquidation LLC
# Reconciliation Detail
## 1367 SIGNATURE OPERATING, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,827,775.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 07/24/2017 | 2106 | U.S. Trustee | X | -4,875.00 | -4,875.00 |
| Bill Pmt -Check | 08/08/2017 | 2107 | EisnerAmper LLP | X | -32,927.22 | -37,802.22 |
| Bill Pmt -Check | 08/08/2017 | 2110 | Prime Clerk LLC | X | -20,905.52 | -58,707.74 |
| Bill Pmt -Check | 08/08/2017 | 2108 | Lowenstein Sandler... | X | -17,245.39 | -75,953.13 |
| Bill Pmt -Check | 08/08/2017 | 2109 | Polsinelli PC | X | -14,253.00 | -90,206.13 |
| General Journal | 08/09/2017 | 68 | | X | -188,000.00 | -278,206.13 |
| Total Checks and Payments | | | | | -278,206.13 | -278,206.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 08/08/2017 | 69 | | X | 293,249.77 | 293,249.77 |
| Total Deposits and Credits | | | | | 293,249.77 | 293,249.77 |
| Total Cleared Transactions | | | | | 15,043.64 | 15,043.64 |
| Cleared Balance | | | | | 15,043.64 | 5,842,819.06 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 08/31/2017 | | | | | 13,800.01 | 5,841,575.43 |
| **Ending Balance** | | | | | **13,800.01** | **5,841,575.43** |

Page 1

*Signature* | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From August   01, 2017
To   August   31, 2017
Page 1 of 5

00004104  MSIGDDA0903  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ ▌367        5

```
IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY" SECTION FOR THE IDENTITY THEFT BROCHURE.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 1367   MONOGRAM CHECKING | | 5,827,775.42 | 5,842,819.06 |
| RELATIONSHIP | TOTAL | | 5,842,819.06 |



 SIGNATURE BANK

Statement Period
From August  01, 2017
To  August  31, 2017
Page 2 of 5

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███1367      5

MONOGRAM CHECKING        ███1367

Summary

| | |
|---|---|
| Previous Balance as of August   01, 2017 | 5,827,775.42 |
| 1 Credits | 293,249.77 |
| 6 Debits | 278,206.13 |
| Ending Balance as of   August   31, 2017 | 5,842,819.06 |

Deposits and Other Credits
Aug 08   INCOMING WIRE                                             293,249.77
         REF#  20170808B6B7261F00100608081511FT03
         FROM: ESTATE OF                        ABA:   122000496
         BANK:

Withdrawals and Other Debits
Aug 09   TRANSFER DR                                               188,000.00
         TRANSFER TO:     XXXX158542

Checks by Serial Number
| Aug 04 | 2106 | 4,875.00 | Aug 14 | 2109 | 14,253.00 |
| Aug 11 | 2107 | 32,927.22 | Aug 15 | 2110 | 20,905.52 |
| Aug 15 | 2108 | 17,245.39 | | | |

Daily Balances
| Jul 31 | 5,827,775.42 | Aug 11 | 5,895,222.97 |
| Aug 04 | 5,822,900.42 | Aug 14 | 5,880,969.97 |
| Aug 08 | 6,116,150.19 | Aug 15 | 5,842,819.06 |
| Aug 09 | 5,928,150.19 | | |

0000104-0132313-0002-0005-MSIGDDA090317175609-09-L

 SIGNATURE BANK

Statement Period
From August   01, 2017
To   August   31, 2017
Page 3 of 5

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ▓▓▓1367      5

Rates for this statement period - Overdraft
Aug 01, 2017    14.000000 %

0000410-L-0132313-0003-0005-MSIGDDA09031717560909-L

1:32 PM
10/04/17

# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 09/30/2017

|  | Sep 30, 17 |
|---|---|
| **Beginning Balance** | 5,842,819.06 |
| Cleared Transactions | |
| Deposits and Credits - 1 item | 100,045.01 |
| **Total Cleared Transactions** | 100,045.01 |
| **Cleared Balance** | 5,942,864.07 |
| Uncleared Transactions | |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 09/30/2017** | 5,941,620.44 |
| **Ending Balance** | 5,941,620.44 |

1:32 PM

10/04/17

## SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 09/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,842,819.06 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 09/11/2017 | 73 | | X | 100,045.01 | 100,045.01 |
| Total Deposits and Credits | | | | | 100,045.01 | 100,045.01 |
| Total Cleared Transactions | | | | | 100,045.01 | 100,045.01 |
| Cleared Balance | | | | | 100,045.01 | 5,942,864.07 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 09/30/2017 | | | | | 98,801.38 | 5,941,620.44 |
| **Ending Balance** | | | | | 98,801.38 | 5,941,620.44 |

## SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From September 01, 2017
To   September 30, 2017
Page 1 of 2

00005241  MSIGDDA0930 05 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ▮▮▮▮1367        0

IMPORTANT ADVISORY REGARDING ON-LINE/EMAIL FRAUD! LAW ENFORCEMENT SOURCES
REPORT THAT ATTEMPTS TO DIVERT FUNDS TRANSFERS TO FRAUDULENT DESTINATIONS
ARE ON THE RISE.  USE EXTREME CAUTION IF YOU RECEIVE A REQUEST TO CHANGE
BENEFICIARY INFORMATION FOR A ROUTINE PAYMENT, AND VERIFY ITS AUTHENTICITY
WITH YOUR KNOWN RECIPIENT VIA A PHONE CALL TO YOUR KNOWN RECIPIENT AT A
KNOWN NUMBER.  FOR MORE INFORMATION AND ADDITIONAL STEPS YOU CAN TAKE TO
AVOID CYBER CRIME, VISIT THE FBI'S INTERNET CRIME COMPLAINT CENTER WEBSITE
AT WWW.IC3.GOV.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮1367    MONOGRAM CHECKING | | 5,842,819.06 | 5,942,864.07 |
| RELATIONSHIP | TOTAL | | 5,942,864.07 |

0005241-0070482-0001-0002-MSIGDDA093017095227-05-L



 SIGNATURE BANK

Statement Period
From September 01, 2017
To September 30, 2017
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ████1367        0

MONOGRAM CHECKING        ████1367

Summary
                                                          5,842,819.06
Previous Balance as of September 01, 2017                   100,045.01
        1 Credits
Ending Balance as of    September 30, 2017                5,942,864.07

Deposits and Other Credits                                  100,045.01
Sep 11    INCOMING WIRE
          REF# 20170911B6B7261F00109909111552FT03
          FROM: ESTATE OF                    ABA:   122000496
          BANK:

Daily Balances
Aug 31        5,842,819.06          Sep 11    5,942,864.07

Rates for this statement period - Overdraft
Sep 01, 2017   14.000000 %



SRC Liquidation LLC - New Co
Filing Date: 06/19/2015
Case No. 15-15041
Tax ID#: 81-0867787
Bank Reconciliation - July 2017 - Journal Entry for Wage Claims

Account Ending 1480

| | | |
|---|---|---|
| **Beginning Bank Balance** | $ | 207,273.29 |
| | | |
| **Cleared Transactions** | | |
| Union Claims - Individuals | | 0.00 |
| Union Claim - Taxes | | 0.00 |
| Tobacco Claim - Individuals | | 3.26 |
| **Total Cleared Checks** | | **3.26** |
| | | |
| **Uncleared Checks** | | |
| Union Claims - Individuals | | 556.30 |
| Union Claims - Taxes | | 0.00 |
| Tobacco Claim - Individuals | | 10,179.70 |
| **Total Uncleared Checks** | | 10,736.00 |
| | | |
| **Ending Bank Balance** | $ | 196,534.03 |

| | | |
|---|---|---|
| **Beginning Book Balance** | $ | 196,534.03 |
| | | |
| **Union Transactions not Posted to Quickbooks** | | |
| Union Claims - Individuals | | 0.00 |
| Union Claim - Tax Wire to IRS | | 0.00 |
| **Total Union Transactions not Posted to Quickbooks** | | **0.00** |
| | | |
| **Cleared Checks** | | |
| Union Claims - Taxes | | 0.00 |
| | | |
| **Total Cleared Checks** | | **0.00** |
| **Uncleared Checks** | | |
| Union Claims - Taxes | | 0.00 |
| | | |
| **Total Uncleared Checks** | | **0.00** |
| | | |
| **Ending Book Balance** | $ | 196,534.03 |

Notes:

4:47 PM

08/09/17

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 07/31/2017

|  | Jul 31, 17 |
|---|---|
| Beginning Balance | 207,273.29 |
| Cleared Transactions | |
| Checks and Payments - 1 Item | -3.26 |
| Total Cleared Transactions | -3.26 |
| Cleared Balance | 207,270.03 |
| Uncleared Transactions | |
| Checks and Payments - 41 Items | -10,736.00 |
| Total Uncleared Transactions | -10,736.00 |
| Register Balance as of 07/31/2017 | 196,534.03 |
| Ending Balance | 196,534.03 |

4:47 PM

08/09/17

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 207,273.29 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 07/31/2017 | 67 | | X | -3.26 | -3.26 |
| Total Checks and Payments | | | | | -3.26 | -3.26 |
| Total Cleared Transactions | | | | | -3.26 | -3.26 |
| **Cleared Balance** | | | | | -3.26 | 207,270.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Bill Pmt -Check | 08/19/2016 | 6005 | Jeffrey L. Moder | | -2,717.24 | -2,717.24 |
| Bill Pmt -Check | 12/12/2016 | 6399 | Smirl, Kelly R | | -452.34 | -3,169.58 |
| Bill Pmt -Check | 12/12/2016 | 6088 | Bush, Daniel J | | -452.34 | -3,621.92 |
| Bill Pmt -Check | 12/12/2016 | 6386 | Scherr, Steven D | | -260.75 | -3,882.67 |
| Bill Pmt -Check | 12/12/2016 | 6323 | Morrison III, George... | | -237.67 | -4,120.34 |
| Bill Pmt -Check | 12/12/2016 | 6038 | Ball, Jared | | -237.67 | -4,358.01 |
| Bill Pmt -Check | 12/12/2016 | 6223 | James, Gwendolyn J | | -237.67 | -4,595.68 |
| Bill Pmt -Check | 12/12/2016 | 6205 | Hillard, Erin | | -237.67 | -4,833.35 |
| Bill Pmt -Check | 12/12/2016 | 6202 | Higgins, Tonia R | | -237.67 | -5,071.02 |
| Bill Pmt -Check | 12/12/2016 | 6368 | Robinholt, Connie L | | -237.67 | -5,308.69 |
| Bill Pmt -Check | 12/12/2016 | 6194 | Havens, Sonya | | -237.67 | -5,546.36 |
| Bill Pmt -Check | 12/12/2016 | 6241 | Kreiger, David S | | -237.67 | -5,784.03 |
| Bill Pmt -Check | 12/12/2016 | 6370 | Romano, Marcene | | -237.67 | -6,021.70 |
| Bill Pmt -Check | 12/12/2016 | 6145 | Filimoeatu, Liliena L | | -237.67 | -6,259.37 |
| Bill Pmt -Check | 12/12/2016 | 6392 | Shankel, Ronald D | | -237.67 | -6,497.04 |
| Bill Pmt -Check | 12/12/2016 | 6135 | Duncan, Pamela J | | -237.67 | -6,734.71 |
| Bill Pmt -Check | 12/12/2016 | 6163 | Germann, Kayla M | | -237.67 | -6,972.38 |
| Bill Pmt -Check | 12/12/2016 | 6281 | McCoy, Lance | | -229.60 | -7,201.98 |
| Bill Pmt -Check | 12/12/2016 | 6378 | Ryan, Kimberly D | | -191.51 | -7,393.49 |
| Bill Pmt -Check | 12/12/2016 | 6139 | Eckman, James R | | -173.07 | -7,566.56 |
| Bill Pmt -Check | 12/12/2016 | 6171 | Goff, Dennis L | | -161.55 | -7,728.11 |
| Bill Pmt -Check | 12/12/2016 | 6119 | Danzeisen, Denise A | | -137.28 | -7,865.39 |
| Bill Pmt -Check | 12/12/2016 | 6167 | Gilbert, Sherrie L | | -129.20 | -7,994.59 |
| Bill Pmt -Check | 12/12/2016 | 6185 | Hall, Tara M | | -129.20 | -8,123.79 |
| Bill Pmt -Check | 12/12/2016 | 6104 | Chapman, Frealin ... | | -129.20 | -8,252.99 |
| Bill Pmt -Check | 12/12/2016 | 6291 | Miller, Jennifer L | | -129.20 | -8,382.19 |
| Bill Pmt -Check | 12/12/2016 | 6105 | Chappell, Christoph... | | -129.20 | -8,511.39 |
| Bill Pmt -Check | 12/12/2016 | 6272 | Marcus, Heather D | | -108.47 | -8,619.86 |
| Bill Pmt -Check | 12/12/2016 | 6188 | Hammonds-Deckar... | | -95.71 | -8,715.57 |
| Bill Pmt -Check | 12/12/2016 | 6250 | Kyte, Barbara | | -80.75 | -8,796.32 |
| Bill Pmt -Check | 12/12/2016 | 6053 | Bird, Bethany Ellen | | -64.60 | -8,860.92 |
| Bill Pmt -Check | 12/12/2016 | 6050 | Bessette, Dorothy M | | -16.15 | -8,877.07 |
| Bill Pmt -Check | 12/12/2016 | 6377 | Rutter, Kathy J | | -16.15 | -8,893.22 |
| Bill Pmt -Check | 12/12/2016 | 6036 | Baker, Rachael | | -16.15 | -8,909.37 |
| Bill Pmt -Check | 12/12/2016 | 6183 | Gutman, Thomas A | | -8.08 | -8,917.45 |
| Bill Pmt -Check | 12/13/2016 | 6474 | Wood, Jennifer | | -452.34 | -9,369.79 |
| Bill Pmt -Check | 12/13/2016 | 6441 | Wakefield, Sabrina | | -237.67 | -9,607.46 |
| Bill Pmt -Check | 12/13/2016 | 6438 | Vardakas, Carole A | | -237.67 | -9,845.13 |
| Bill Pmt -Check | 12/13/2016 | 6466 | Wittie II, William N | | -237.67 | -10,082.80 |
| Bill Pmt -Check | 12/13/2016 | 6481 | Ziegenthaler, Ambe... | | -96.90 | -10,179.70 |
| General Journal | 07/31/2017 | 66 | | | -556.30 | -10,736.00 |
| Total Checks and Payments | | | | | -10,736.00 | -10,736.00 |
| Total Uncleared Transactions | | | | | -10,736.00 | -10,736.00 |
| Register Balance as of 07/31/2017 | | | | | -10,739.26 | 196,534.03 |
| **Ending Balance** | | | | | **-10,739.26** | **196,534.03** |

 SIGNATURE BANK

Statement Period
From July    01, 2017
To   July    31, 2017
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ▆▆▆▆ 1480    3

MONOGRAM CHECKING    ▆▆▆ 1480

Summary

| | | |
|---|---|---|
| Previous Balance as of July 01, 2017 | | 207,273.29 |
| 3 Debits | | 3.26 |
| Ending Balance as of July 31, 2017 | | 207,270.03 |

Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| Jul 18 | 10136 | .46 | Jul 18 | 10264 * | .40 |
| Jul 24 | 10227 * | 2.40 | | | |

* Indicates break in check sequence

Daily Balances

| | | | | |
|---|---|---|---|---|
| Jun 30 | 207,273.29 | | Jul 24 | 207,270.03 |
| Jul 18 | 207,272.43 | | | |

Rates for this statement period - Overdraft
Jul 01, 2017    14.000000 %



# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

00004359  MSIGDDA0801  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

**See Back for Important Information**

Primary Account: ███████1480        3

EFFECTIVE AUGUST 1, 2017, WE HAVE REVISED SIGNATURE BANK'S PERSONAL AND
BUSINESS BANK ACCOUNT AGREEMENTS AND DISCLOSURE BOOKLETS. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████1480    MONOGRAM CHECKING | | 207,273.29 | 207,270.03 |
| RELATIONSHIP | TOTAL | | 207,270.03 |

00004359-0133077-0001-0003-MSIGDDA0801717174530-09-L



9:41 AM

09/08/17

## SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 08/31/2017

|  | Aug 31, 17 |
|---|---|
| **Beginning Balance** | 207,270.03 |
| **Cleared Balance** | 207,270.03 |
| Uncleared Transactions | |
| Checks and Payments - 41 items | -10,736.00 |
| **Total Uncleared Transactions** | -10,736.00 |
| **Register Balance as of 08/31/2017** | 196,534.03 |
| **Ending Balance** | 196,534.03 |

9:41 AM

09/08/17

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 08/31/2017

|  | Aug 31, 17 |
| --- | --- |
| Beginning Balance | 207,270.03 |
| Cleared Balance | 207,270.03 |
| Uncleared Transactions |  |
| Checks and Payments - 41 items | -10,736.00 |
| Total Uncleared Transactions | -10,736.00 |
| Register Balance as of 08/31/2017 | 196,534.03 |
| Ending Balance | 196,534.03 |

9:41 AM

09/08/17

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 207,270.03 |
| Cleared Balance | | | | | | 207,270.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Bill Pmt -Check | 08/19/2016 | 6005 | Jeffrey L. Moder | | -2,717.24 | -2,717.24 |
| Bill Pmt -Check | 12/12/2016 | 6088 | Bush, Daniel J | | -452.34 | -3,169.58 |
| Bill Pmt -Check | 12/12/2016 | 6399 | Smirl, Kelly R | | -452.34 | -3,621.92 |
| Bill Pmt -Check | 12/12/2016 | 6386 | Scherr, Steven D | | -260.75 | -3,882.67 |
| Bill Pmt -Check | 12/12/2016 | 6323 | Morrison III, George... | | -237.67 | -4,120.34 |
| Bill Pmt -Check | 12/12/2016 | 6223 | James, Gwendolyn J | | -237.67 | -4,358.01 |
| Bill Pmt -Check | 12/12/2016 | 6241 | Kreiger, David S | | -237.67 | -4,595.68 |
| Bill Pmt -Check | 12/12/2016 | 6205 | Hillard, Erin | | -237.67 | -4,833.35 |
| Bill Pmt -Check | 12/12/2016 | 6202 | Higgins, Tonia R | | -237.67 | -5,071.02 |
| Bill Pmt -Check | 12/12/2016 | 6194 | Havens, Sonya | | -237.67 | -5,308.69 |
| Bill Pmt -Check | 12/12/2016 | 6145 | Filimoeatu, Liliena L | | -237.67 | -5,546.36 |
| Bill Pmt -Check | 12/12/2016 | 6163 | Germann, Kayla M | | -237.67 | -5,784.03 |
| Bill Pmt -Check | 12/12/2016 | 6135 | Duncan, Pamela J | | -237.67 | -6,021.70 |
| Bill Pmt -Check | 12/12/2016 | 6038 | Ball, Jared | | -237.67 | -6,259.37 |
| Bill Pmt -Check | 12/12/2016 | 6368 | Robinholt, Connie L | | -237.67 | -6,497.04 |
| Bill Pmt -Check | 12/12/2016 | 6370 | Romano, Marcene | | -237.67 | -6,734.71 |
| Bill Pmt -Check | 12/12/2016 | 6392 | Shankel, Ronald D | | -237.67 | -6,972.38 |
| Bill Pmt -Check | 12/12/2016 | 6281 | McCoy, Lance | | -229.60 | -7,201.98 |
| Bill Pmt -Check | 12/12/2016 | 6378 | Ryan, Kimberly D | | -191.51 | -7,393.49 |
| Bill Pmt -Check | 12/12/2016 | 6139 | Eckman, James R | | -173.07 | -7,566.56 |
| Bill Pmt -Check | 12/12/2016 | 6171 | Goff, Dennis L | | -161.55 | -7,728.11 |
| Bill Pmt -Check | 12/12/2016 | 6119 | Danzeisen, Denise A | | -137.28 | -7,865.39 |
| Bill Pmt -Check | 12/12/2016 | 6105 | Chappell, Christoph... | | -129.20 | -7,994.59 |
| Bill Pmt -Check | 12/12/2016 | 6104 | Chapman, Frealin ... | | -129.20 | -8,123.79 |
| Bill Pmt -Check | 12/12/2016 | 6185 | Hall, Tara M | | -129.20 | -8,252.99 |
| Bill Pmt -Check | 12/12/2016 | 6291 | Miller, Jennifer L | | -129.20 | -8,382.19 |
| Bill Pmt -Check | 12/12/2016 | 6167 | Gilbert, Sherrie L | | -129.20 | -8,511.39 |
| Bill Pmt -Check | 12/12/2016 | 6272 | Marcus, Heather D | | -108.47 | -8,619.86 |
| Bill Pmt -Check | 12/12/2016 | 6188 | Hammonds-Deckar... | | -95.71 | -8,715.57 |
| Bill Pmt -Check | 12/12/2016 | 6250 | Kyte, Barbara | | -80.75 | -8,796.32 |
| Bill Pmt -Check | 12/12/2016 | 6053 | Bird, Bethany Ellen | | -64.60 | -8,860.92 |
| Bill Pmt -Check | 12/12/2016 | 6036 | Baker, Rachael | | -16.15 | -8,877.07 |
| Bill Pmt -Check | 12/12/2016 | 6050 | Bessette, Dorothy M | | -16.15 | -8,893.22 |
| Bill Pmt -Check | 12/12/2016 | 6377 | Rutter, Kathy J | | -16.15 | -8,909.37 |
| Bill Pmt -Check | 12/12/2016 | 6183 | Gutman, Thomas A | | -8.08 | -8,917.45 |
| Bill Pmt -Check | 12/13/2016 | 6474 | Wood, Jennifer | | -452.34 | -9,369.79 |
| Bill Pmt -Check | 12/13/2016 | 6441 | Wakefield, Sabrina | | -237.67 | -9,607.46 |
| Bill Pmt -Check | 12/13/2016 | 6438 | Vardakas, Carole A | | -237.67 | -9,845.13 |
| Bill Pmt -Check | 12/13/2016 | 6466 | Wittie II, William N | | -237.67 | -10,082.80 |

9:41 AM

09/08/17

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 12/13/2016 | 6481 | Ziegenthaler, Ambe... | | -96.90 | -10,179.70 |
| General Journal | 07/31/2017 | 66 | | | -556.30 | -10,736.00 |
| Total Checks and Payments | | | | | -10,736.00 | -10,736.00 |
| Total Uncleared Transactions | | | | | -10,736.00 | -10,736.00 |
| Register Balance as of 08/31/2017 | | | | | -10,736.00 | 196,534.03 |
| **Ending Balance** | | | | | **-10,736.00** | **196,534.03** |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From August  01, 2017**
**To  August  31, 2017**
**Page 1 of 2**

00005650  MSIGDDA0903  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ▮1480        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY" SECTION FOR THE IDENTITY THEFT BROCHURE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮1480      MONOGRAM CHECKING | | 207,270.03 | 207,270.03 |
| RELATIONSHIP        TOTAL | | | 207,270.03 |



## SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ██████ 1480          0

MONOGRAM CHECKING          ██████ 1480

Summary

Previous Balance as of August    01, 2017                                        207,270.03

There was no deposit activity during this statement period

Ending Balance as of    August    31, 2017                                       207,270.03

Rates for this statement period - Overdraft
Aug 01, 2017    14.000000 %



# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 09/30/2017

|  | Sep 30, 17 |
|---|---|
| **Beginning Balance** | 207,270.03 |
| **Cleared Balance** | 207,270.03 |
| **Uncleared Transactions** |  |
| **Checks and Payments - 41 items** | -10,736.00 |
| **Total Uncleared Transactions** | -10,736.00 |
| **Register Balance as of 09/30/2017** | 196,534.03 |
| **Ending Balance** | 196,534.03 |

**SRC Liquidation LLC**
**Reconciliation Detail**
1480 OPERATING 2, Period Ending 09/30/2017

1:34 PM
10/04/17

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 207,270.03 |
| Cleared Balance | | | | | | 207,270.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Bill Pmt -Check | 08/19/2016 | 6005 | Jeffrey L. Moder | | -2,717.24 | -2,717.24 |
| Bill Pmt -Check | 12/12/2016 | 6399 | Smirl, Kelly R | | -452.34 | -3,169.58 |
| Bill Pmt -Check | 12/12/2016 | 6088 | Bush, Daniel J | | -452.34 | -3,621.92 |
| Bill Pmt -Check | 12/12/2016 | 6386 | Scherr, Steven D | | -260.75 | -3,882.67 |
| Bill Pmt -Check | 12/12/2016 | 6323 | Morrison III, George... | | -237.67 | -4,120.34 |
| Bill Pmt -Check | 12/12/2016 | 6241 | Kreiger, David S | | -237.67 | -4,358.01 |
| Bill Pmt -Check | 12/12/2016 | 6038 | Ball, Jared | | -237.67 | -4,595.68 |
| Bill Pmt -Check | 12/12/2016 | 6223 | James, Gwendolyn J | | -237.67 | -4,833.35 |
| Bill Pmt -Check | 12/12/2016 | 6205 | Hillard, Erin | | -237.67 | -5,071.02 |
| Bill Pmt -Check | 12/12/2016 | 6202 | Higgins, Tonia R | | -237.67 | -5,308.69 |
| Bill Pmt -Check | 12/12/2016 | 6368 | Robinholt, Connie L | | -237.67 | -5,546.36 |
| Bill Pmt -Check | 12/12/2016 | 6194 | Havens, Sonya | | -237.67 | -5,784.03 |
| Bill Pmt -Check | 12/12/2016 | 6370 | Romano, Marcene | | -237.67 | -6,021.70 |
| Bill Pmt -Check | 12/12/2016 | 6145 | Filimoeatu, Liliena L | | -237.67 | -6,259.37 |
| Bill Pmt -Check | 12/12/2016 | 6392 | Shankel, Ronald D | | -237.67 | -6,497.04 |
| Bill Pmt -Check | 12/12/2016 | 6135 | Duncan, Pamela J | | -237.67 | -6,734.71 |
| Bill Pmt -Check | 12/12/2016 | 6163 | Germann, Kayla M | | -237.67 | -6,972.38 |
| Bill Pmt -Check | 12/12/2016 | 6281 | McCoy, Lance | | -229.60 | -7,201.98 |
| Bill Pmt -Check | 12/12/2016 | 6378 | Ryan, Kimberly D | | -191.51 | -7,393.49 |
| Bill Pmt -Check | 12/12/2016 | 6139 | Eckman, James R | | -173.07 | -7,566.56 |
| Bill Pmt -Check | 12/12/2016 | 6171 | Goff, Dennis L | | -161.55 | -7,728.11 |
| Bill Pmt -Check | 12/12/2016 | 6119 | Danzeisen, Denise A | | -137.28 | -7,865.39 |
| Bill Pmt -Check | 12/12/2016 | 6167 | Gilbert, Sherrie L | | -129.20 | -7,994.59 |
| Bill Pmt -Check | 12/12/2016 | 6185 | Hall, Tara M | | -129.20 | -8,123.79 |
| Bill Pmt -Check | 12/12/2016 | 6104 | Chapman, Frealin ... | | -129.20 | -8,252.99 |
| Bill Pmt -Check | 12/12/2016 | 6291 | Miller, Jennifer L | | -129.20 | -8,382.19 |
| Bill Pmt -Check | 12/12/2016 | 6105 | Chappell, Christoph... | | -129.20 | -8,511.39 |
| Bill Pmt -Check | 12/12/2016 | 6272 | Marcus, Heather D | | -108.47 | -8,619.86 |
| Bill Pmt -Check | 12/12/2016 | 6188 | Hammonds-Deckar... | | -95.71 | -8,715.57 |
| Bill Pmt -Check | 12/12/2016 | 6250 | Kyte, Barbara | | -80.75 | -8,796.32 |
| Bill Pmt -Check | 12/12/2016 | 6053 | Bird, Bethany Ellen | | -64.60 | -8,860.92 |
| Bill Pmt -Check | 12/12/2016 | 6050 | Bessette, Dorothy M | | -16.15 | -8,877.07 |
| Bill Pmt -Check | 12/12/2016 | 6377 | Rutter, Kathy J | | -16.15 | -8,893.22 |
| Bill Pmt -Check | 12/12/2016 | 6036 | Baker, Rachael | | -16.15 | -8,909.37 |
| Bill Pmt -Check | 12/12/2016 | 6183 | Gutman, Thomas A | | -8.08 | -8,917.45 |
| Bill Pmt -Check | 12/13/2016 | 6474 | Wood, Jennifer | | -452.34 | -9,369.79 |
| Bill Pmt -Check | 12/13/2016 | 6441 | Wakefield, Sabrina | | -237.67 | -9,607.46 |
| Bill Pmt -Check | 12/13/2016 | 6438 | Vardakas, Carole A | | -237.67 | -9,845.13 |
| Bill Pmt -Check | 12/13/2016 | 6466 | Wittie II, William N | | -237.67 | -10,082.80 |
| Bill Pmt -Check | 12/13/2016 | 6481 | Ziegenthaler, Ambe... | | -96.90 | -10,179.70 |
| General Journal | 07/31/2017 | 66 | | | -556.30 | -10,736.00 |
| Total Checks and Payments | | | | | -10,736.00 | -10,736.00 |
| Total Uncleared Transactions | | | | | -10,736.00 | -10,736.00 |
| Register Balance as of 09/30/2017 | | | | | -10,736.00 | 196,534.03 |
| **Ending Balance** | | | | | **-10,736.00** | **196,534.03** |

 SIGNATURE BANK

Statement Period
From September 01, 2017
To   September 30, 2017
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:    ████ 480    0

MONOGRAM CHECKING    ████ 480

Summary

| | |
|---|---|
| Previous Balance as of September 01, 2017 | 207,270.03 |
| There was no deposit activity during this statement period | |
| Ending Balance as of   September 30, 2017 | 207,270.03 |

Rates for this statement period - Overdraft
Sep 01, 2017   14.000000 %

00005248-0070497-0002-0002-MSIGDDA093017095227-0~

