**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Hearing Date: December 14, 2017 at 10:00 a.m. (ET)**<br>**Response Deadline: December 7, 2017 at 4:00 p.m. (ET)** |

**NOTICE OF STANDARD REGISTER INC.'s TENTH (10TH) OMNIBUS
(SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND
<u>LOCAL RULE 3007-1</u>**

To:    (I) THE UST; (II) COUNSEL TO THE LIQUIDATING DEBTOR; (III) THE
HOLDERS OF THE SECTION 503(b)(9) DISPUTED CLAIMS; AND (VI) ALL
PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUESTED
FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that Taylor Corporation and its Designated Buyer Standard
Register, Inc. (collectively, "SRI") have filed the attached *Standard Register Inc.'s Tenth (10th)
Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the
Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the
relief requested in the Objection must be filed on or before **December 7, 2017 at 4:00 p.m. (ET)**
(the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware,
824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, any party
submitting a Response (each, a "Respondent") must serve a copy of its Response upon the
undersigned counsel to SRI so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum,
the following:
        a)  A caption setting forth the name of the Court, the above-referenced case number
        and the title of the Objection to which the Response is directed;
        b)  The name of the Respondent and a description of the basis for the amount and
        classification asserted in the disputed claim, if applicable;

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor
should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn:
Anthony R. Calascibetta).

c)  A concise statement setting forth the reasons why the particular disputed claim or any similar claims should not be disallowed or modified for the reasons set forth in the Objection, including but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection at the Hearing; and

d)  All documentation or other evidence upon which the Respondent will rely in opposing the Objection at the Hearing;

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTION WILL BE HELD ON **December 14, 2017 AT 10:00 a.m. (ET)** BEFORE THE HONORABLE BRENDAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND SRI WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDER SUSTAINING THE OBJECTION.

**PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTION SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR SRI; CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTION.

Dated:    November 14, 2017           **WERB & SULLIVAN**
          Wilmington, DE

                                      */s/ Matthew P. Austria*
                                      Matthew P. Austria (DE No. 4827)
                                      300 Delaware Avenue, 13th Floor
                                      P.O. Box 25046
                                      Wilmington, Delaware 19899
                                      (For courier: 19801)
                                      Telephone:  (302) 652-1100
                                      Facsimile:  (302) 652-1111
                                      E-mail:  maustria@werbsullivan.com

                                      -and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated*
*Buyer Standard Register, Inc*

.