IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 14, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A** and (2) via First Class Mail and Email on Allen Group SMC CO, (MMLID #889679), 60 Readington Road, Branchburg, NJ 08876 [sjohnson@arnamarketing.com]:

- Standard Register Inc.'s Tenth (10th) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 2270]

Dated: November 17, 2017

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 17, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 23

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 20330

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Debtors | The Standard Register | 600 Albany Street<br>Dayton OH 45417 | | First Class Mail |