UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| SRC Liquidation, LLC, et al. | ) ) ) | Case No. 15-10541-BLS |
| Debtors. | ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that I, Michelle McMahon, hereby withdraw my appearance as counsel Bank Of America, N.A. as a result of my resignation from Bryan Cave LLP and acceptance of a position with Cullen and Dykman LLP effective November 20, 2017.  Please remove me from all 2002 and ecf notice lists.

Respectfully,

/s/Michelle McMahon
CULLEN AND DYKMAN LLP
Michelle McMahon (No. 3900)
44 Wall St.
New York, New York 10005
Telephone: 212-510-2296
Facsimile: 212-742-1219
Email: mmcmahon@cullenanddykman.com