IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Werb & Sullivan hereby withdraws as counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc. (together, "Taylor") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Austria Shrum LLC hereby substitutes its appearance as counsel to Taylor in the above-captioned case. Gray Plant Mooty shall also remain as counsel to Taylor.

**PLEASE TAKE FURTHER NOTICE** the below attorneys demand, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in the above captioned cases be given to and served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

| | |
|---|---|
| Matthew P. Austria<br>Austria Shrum LLC<br>1201 N. Orange Street, Suite 502<br>Wilmington, Delaware 19801<br>Telephone: (302) 521-5197<br>Facsimile: (302) 543-6386<br>Email: maustria@austriashrum.com | Phillip W. Bohl<br>Abigail McGibbon<br>Gray Plant Mooty<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3019<br>Facsimile: (612) 632-4019 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Email: Phillip.Bohl@gpmlaw.com
Email: Abigail.McGibbon@gpmlaw.com

Dated: December 12, 2017
     Wilmington, DE                  **AUSTRIA SHRUM LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
1201 N. Orange Street, Suite 502
Wilmington, Delaware 19801
Telephone:  (302) 521-5197
Facsimile:  (302) 543-6386
E-mail:  maustria@austriashrum.com

-and-

**GRAY, PLANT, MOOTY, MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*