**Exhibit A**
**Late Filed Claims**

|    | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Bar Date | Date Claim Filed | Modified 503(b)(9) Claim |
|----|------------------|---------|--------------------------|----------|------------------|--------------------------|
| 1. | Allen Group      | 2641    | $1,358.38                | 6/9/2015 | 6/29/2017        | $0                       |