# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br>     Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 2282** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF SRC LIQUIDATION, LLC FOR ORDER FURTHER EXTENDING CLAIM OBJECTION DEADLINE

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline* [Docket No. 2282] (the "**Motion**") filed on December 14, 2017. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than December 28, 2017 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

61494471.1

| | |
|---|---|
| Dated: January 2, 2018<br>Wilmington, Delaware | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Wojciech F. Jung, Esq.<br>Andrew Behlmann, Esq.<br>One Lowenstein Drive<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br><br> *-and-*<br><br>**POLSINELLI PC**<br><br>/s/ *Justin K. Edelson*<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to SRC Liquidation, LLC* |