# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                          }          CASE NUMBER: 15-10541 (BLS)
                                                }
                                                }
    SRC LIQUIDATION LLC                     }
                                                }
    DEBTOR.                                 }          CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM ___10/1/2017___ TO ___12/31/2017___

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _Anthony R. Calascibetta_          Date: _1/1/2018_

_Anthony R. Calascibetta_
Print Name
_Authorized Representative_
Title

_Wojciech F. Jung, Esq._
Attorney for SRC Liqudiation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.  732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.  973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

## \* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| **TYPE of POLICY** | **and** | **CARRIER** | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: _____**

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | **SRC Liquidation LLC** |
| **Case Number:** | **15-10541 (BLS)** |
| **Date of Plan Confirmation: November 19, 2015** | |
| **Plan Effective Date: December 18, 2015** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 6,138,154.47 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 289,214.07 | $ 6,980,991.10 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 44,224.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 2,479.71 B | 30,396.02 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 208,286.19 | $ 3,131,607.39 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | -3,274.32 A | 334,156.76 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims | 4,467,909.78 C | 4,674,891.85 D |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 4,680,276.36 | $ 8,243,238.25 |
| 1. | **CASH (End of Period)** | $ 1,747,092.18 | $ 1,747,092.18 |

**Footnotes:**

**A** - Credit is related to voided checks for claimants who moved and no forwarding address could be determined and/or claimant is deceased.
The voided claim payments for these individuals will go back into the Trust.

**B** - The tax payment reflected on this line is related to the payroll taxes paid to the State of Arkansas for the Tobacco claim.

**C** - This amount reflects monies that were transferred from SRC Liquidation to the SRC GUC Trust for distribution.

**D** - This amount reflects monies that were transferred from SRC Liquidation to the SRC GUC Trust for distribution, as well as,
General Unsecured Distributions for Union Claims.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**October 2017**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| **Account Number:** | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| **Purpose of Account (Operating/Payroll/Tax)** | OPERATING | OPERATING | OPERATING | |
| **Type of Account (e.g. checking)** | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  **Balance per Bank Statement** | $5,940,751.33 | $207,270.03 | 0.00 | |
| 2.  **ADD**:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT**:  Outstanding Checks | -1,243.63 | -10,736.00 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | $5,939,507.70 | $196,534.03 | 0.00 | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
### November 2017

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. **Balance per Bank Statement** | $5,992,811.77 | $202,087.08 | 0.00 | |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. **SUBTRACT**: Outstanding Checks | -1,243.63 | -570.30 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $5,991,568.14 | $201,516.78 | 0.00 | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
**December 2017**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| **Account Number:** | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| **Purpose of Account (Operating/Payroll/Tax)** | OPERATING | OPERATING | OPERATING | |
| **Type of Account (e.g. checking)** | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  **Balance per Bank Statement** | $1,551,007.17 | $199,945.73 | 0.00 | |
| 2.  **ADD**:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT**:  Outstanding Checks | -1,243.63 | -2,617.09 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | $1,549,763.54 | $197,328.64 | 0.00 | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2111 | 10/12/2017 | EisnerAmper LLP | Professional Fees | 31,457.53 | |
| 2112 | 10/12/2017 | Lowenstein Sandler, LLP | Professional Fees | 13,260.90 | |
| 2113 | 10/12/2017 | Polsinelli PC | Professional Fees | 14,351.10 | |
| 2114 | 10/12/2017 | Prime Clerk LLC | Professional Fees | 27,271.01 | |
| 2115 | 10/12/2017 | U.S. Trustee | U.S. Trustee Quarterly Fees - 3rd Qtr 2017 | 4,875.00 | |
| 2116 | 12/22/2017 | EisnerAmper LLP | Professional Fees | 16,287.00 | |
| 2117 | 12/22/2017 | Lowenstein Sandler, LLP | Professional Fees | 17,720.30 | |
| 2118 | 12/22/2017 | Polsinelli PC | Professional Fees | 10,175.70 | |
| 2119 | 12/22/2017 | Prime Clerk LLC | Professional Fees | 19,912.16 | |
| | | | | | |
| Wire | 12/19/2017 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 1,167,502.98 | |
| Wire | 12/22/2017 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Signature# 8550 | 3,300,406.80 | |
| | | | | | |
| JE | 10/10/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 27,397.20 | |
| JE | 11/7/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 17,439.56 | |
| JE | 12/8/2017 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 13,013.73 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $4,681,070.97 | |

CURRENT PERIOD TOTAL - # 1480          ($794.61)

**CURRENT PERIOD DISB - ALL ACCTS  $4,680,276.36**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 6495 | 11/2/2017 | City of Dayton | Payroll taxes related to wage claims | 102.93 |
| 6496 | 11/2/2017 | Department of Finance & Administration | Payroll taxes related to wage claims | 2,234.35 |
| 6497 | 11/2/2017 | GA Department of Revenue | Payroll taxes related to wage claims | 4.90 |
| 6498 | 11/2/2017 | NC Department of Revenue | Payroll taxes related to wage claims | 14.00 |
| 6499 | 11/2/2017 | Ohio Department of Taxation | Payroll taxes related to wage claims | 123.53 |
| | | | | |
| 6500-6527 | 11/30/2017 | Reissued Priority Wage Claims | Tobacco claim checks reissued since initial checks did not clear | 8,326.84 |
| 91R - 130R | 12/4/2017 | Voided Checks | Tobacco claim checks voided for reissuance or cancellation (moved no forwarding address) | -10,179.70 |
| Various Cks | 12/29/2017 | Voided Checks | Tobacco claim checks voided for reissuance or cancellation (moved no forwarding address) | -1,421.46 |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | -$794.61 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From October 01, 2017
To October 31, 2017
Page 1 of 5

00004321  MSIGDDA1101  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ████1367       5

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY" SECTION FOR THE IDENTITY THEFT BROCHURE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████1367    MONOGRAM CHECKING | | 5,942,864.07 | 5,940,751.33 |
| RELATIONSHIP | TOTAL | | 5,940,751.33 |



# SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███ 1367     5

MONOGRAM CHECKING       ███ 1367

## Summary

| | |
|---|---:|
| Previous Balance as of October   01, 2017 | 5,942,864.07 |
| 1 Credits | 89,102.80 |
| 5 Debits | 91,215.54 |
| Ending Balance as of   October   31, 2017 | 5,940,751.33 |

## Deposits and Other Credits

| | | |
|---|---|---:|
| Oct 10 | INCOMING WIRE | 89,102.80 |
| | REF# 20171010B6B7261F00146910101355FT03 | |
| | FROM: ESTATE OF          ABA:  122000496 | |
| | BANK: | |

## Checks by Serial Number

| | | | | | |
|---|---|---:|---|---|---:|
| Oct 16 | 2111 | 31,457.53 | Oct 24 | 2114 | 27,271.01 |
| Oct 17 | 2112 | 13,260.90 | Oct 23 | 2115 | 4,875.00 |
| Oct 16 | 2113 | 14,351.10 | | | |

## Daily Balances

| | | | | |
|---|---:|---|---|---:|
| Sep 30 | 5,942,864.07 | | Oct 17 | 5,972,897.34 |
| Oct 10 | 6,031,966.87 | | Oct 23 | 5,968,022.34 |
| Oct 16 | 5,986,158.24 | | Oct 24 | 5,940,751.33 |



# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From November 01, 2017
To November 30, 2017
Page 1 of 2

00004692 MSIGDDA1201 05 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ████ 1367        0

IMPORTANT ADVISORY REGARDING ON-LINE/EMAIL FRAUD! LAW ENFORCEMENT SOURCES
REPORT THAT ATTEMPTS TO DIVERT FUNDS TRANSFERS TO FRAUDULENT DESTINATIONS
ARE ON THE RISE. USE EXTREME CAUTION IF YOU RECEIVE A REQUEST TO CHANGE
BENEFICIARY INFORMATION FOR A ROUTINE PAYMENT, AND VERIFY ITS AUTHENTICITY
WITH YOUR KNOWN RECIPIENT VIA A PHONE CALL TO YOUR KNOWN RECIPIENT AT A
KNOWN NUMBER. FOR MORE INFORMATION AND ADDITIONAL STEPS YOU CAN TAKE TO
AVOID CYBER CRIME, VISIT THE FBI'S INTERNET CRIME COMPLAINT CENTER WEBSITE
AT WWW.IC3.GOV.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████ 1367  MONOGRAM CHECKING | | 5,940,751.33 | 5,992,811.77 |
| RELATIONSHIP  TOTAL | | | 5,992,811.77 |

00004692-0069384-0001-0002-MSIGDDA1201171133027-05-L



# SIGNATURE BANK

Statement Period
From November 01, 2017
To  November 30, 2017
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███ 1367    0

MONOGRAM CHECKING    ███ 1367

Summary

| | |
|---|---|
| Previous Balance as of November  01, 2017 | 5,940,751.33 |
| 1 Credits | 52,060.44 |
| Ending Balance as of   November  30, 2017 | 5,992,811.77 |

Deposits and Other Credits
Nov 07   INCOMING WIRE                                                      52,060.44
         REF#  20171107B6B7261F00114311071526FT03
         FROM: ESTATE OF                          ABA:   122000496
         BANK:

Daily Balances
  Oct 31      5,940,751.33              Nov 07      5,992,811.77

Rates for this statement period - Overdraft
Nov 01, 2017   14.000000 %

00004692-0069385-0002-0002-MSIGDDA120117133027-05-





**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December  01, 2017
To    December  31, 2017
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                          9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                        See Back for Important Information

Primary Account:  ▮▮▮1367          4

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮1367   MONOGRAM CHECKING | | 5,992,811.77 | 1,551,007.17 |
| RELATIONSHIP   TOTAL | | | 1,551,007.17 |

 SIGNATURE BANK

Statement Period
From December  01, 2017
To    December  31, 2017
Page     2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                      See Back for Important Information

Primary Account: ████ 1367          4

MONOGRAM CHECKING          ████ 1367

Summary

| | |
|---|---|
| Previous Balance as of December  01, 2017 | 5,992,811.77 |
| 4 Credits | 90,200.34 |
| 6 Debits | 4,532,004.94 |
| Ending Balance as of   December  31, 2017 | 1,551,007.17 |

Deposits and Other Credits
| | | | |
|---|---|---|---|
| Dec 01 | DEPOSIT | ref# | 1,875.45 |
| Dec 06 | DEPOSIT | ref# | 49,029.15 |
| Dec 08 | INCOMING WIRE | | 38,986.27 |
| | REF#  20171208B6B7261F00152612081633FT01 | | |
| | FROM: ESTATE OF | ABA:  122000496 | |
| | BANK: | | |
| Dec 12 | DEPOSIT | ref# | 309.47 |

Withdrawals and Other Debits
| | | | |
|---|---|---|---|
| Dec 19 | OUTGOING WIRE XFER | | 1,167,502.98 |
| | REF#  20171219B6B7261F001802 | | |
| | TO:   STANDARD REGISTER CO GUC TRUST | ABA:  122237159 | |
| | BANK: RABO BMS | ACCT# 5015523966 | |
| Dec 22 | TRANSFER DR    TRANSFER DR  0 | | 3,300,406.80 |
| | TRANSFER TO:    XXXX158550 | | |

Checks by Serial Number
| | | | | | |
|---|---|---|---|---|---|
| Dec 26 | 2116 | 16,287.00 | Dec 28 | 2118 | 10,175.70 |
| Dec 28 | 2117 | 17,720.30 | Dec 28 | 2119 | 19,912.16 |

 **SIGNATURE BANK**

Statement Period
From December  01, 2017
To   December  31, 2017
Page     3 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                            See Back for Important Information

                                       Primary Account:  ████ 367          4

Daily Balances
| Nov 30 | 5,992,811.77 | Dec 19 | 4,915,509.13 |
|--------|--------------|--------|--------------|
| Dec 01 | 5,994,687.22 | Dec 22 | 1,615,102.33 |
| Dec 06 | 6,043,716.37 | Dec 26 | 1,598,815.33 |
| Dec 08 | 6,082,702.64 | Dec 28 | 1,551,007.17 |
| Dec 12 | 6,083,012.11 | | |

Rates for this statement period - Overdraft
Dec 14, 2017   14.250000 %
Dec 01, 2017   14.000000 %

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From October  01, 2017
To   October  31, 2017
Page 1 of 2

00004722 MSIGDDA1101 05 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ████480    0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY" SECTION FOR THE IDENTITY THEFT BROCHURE.

| Signature Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | | |
| ████.480 | MONOGRAM CHECKING | | 207,270.03 | 207,270.03 |
| | **RELATIONSHIP** | **TOTAL** | | 207,270.03 |



Signature | **SIGNATURE BANK**

**Statement Period**
From October  01, 2017
To   October  31, 2017
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ████1480      0

MONOGRAM CHECKING      ████ 1480

Summary

| | |
|---|---|
| Previous Balance as of October   01, 2017 | 207,270.03 |
| There was no deposit activity during this statement period | |
| Ending Balance as of   October   31, 2017 | 207,270.03 |

Rates for this statement period - Overdraft
Oct 01, 2017   14.000000 %





# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From November 01, 2017**
**To  November 30, 2017**
**Page 1 of 4**

00000005 MSIGDDA1201 10 000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ▮▮▮1480    5

IMPORTANT ADVISORY REGARDING ON-LINE/EMAIL FRAUD! LAW ENFORCEMENT SOURCES
REPORT THAT ATTEMPTS TO DIVERT FUNDS TRANSFERS TO FRAUDULENT DESTINATIONS
ARE ON THE RISE.  USE EXTREME CAUTION IF YOU RECEIVE A REQUEST TO CHANGE
BENEFICIARY INFORMATION FOR A ROUTINE PAYMENT, AND VERIFY ITS AUTHENTICITY
WITH YOUR KNOWN RECIPIENT VIA A PHONE CALL TO YOUR KNOWN RECIPIENT AT A
KNOWN NUMBER.  FOR MORE INFORMATION AND ADDITIONAL STEPS YOU CAN TAKE TO
AVOID CYBER CRIME, VISIT THE FBI'S INTERNET CRIME COMPLAINT CENTER WEBSITE
AT WWW.IC3.GOV.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮1480    MONOGRAM CHECKING | | 207,270.03 | 202,087.08 |
| RELATIONSHIP | TOTAL | | 202,087.08 |



0000005-0135014-0001-0004-MSIGDDA12011713302T-10-L

 SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:     ██████1480      5

MONOGRAM CHECKING          ██████1480

Summary

| | | |
|---|---|---|
| Previous Balance as of November  01, 2017 | | 207,270.03 |
| 5 Debits | | 5,182.95 |
| Ending Balance as of    November  30, 2017 | | 202,087.08 |

Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| Nov 06 | 6495 | 102.93 | Nov 08 | 6499 * | 123.53 |
| Nov 09 | 6496 | 2,234.35 | Nov 21 | 6500 | 2,717.24 |
| Nov 09 | 6497 | 4.90 | | | |

* Indicates break in check sequence

Daily Balances

| | | | | |
|---|---|---|---|---|
| Oct 31 | 207,270.03 | | Nov 09 | 204,804.32 |
| Nov 06 | 207,167.10 | | Nov 21 | 202,087.08 |
| Nov 08 | 207,043.57 | | | |

Rates for this statement period - Overdraft
Nov 01, 2017   14.000000 %

0000005-0135015-0002-0004-MSIGDDA120117133027-1u~



 SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December  01, 2017
To    December  31, 2017
Page     1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                     See Back for Important Information

Primary Account: ████1480        11

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL.  IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████480 | MONOGRAM CHECKING | 202,087.08 | 199,945.73 |
| RELATIONSHIP | TOTAL | | 199,945.73 |

 | **SIGNATURE BANK**

Statement Period
From December  01, 2017
To    December  31, 2017
Page    2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

See Back for Important Information

Primary Account: ▆▆▆1480        11

MONOGRAM CHECKING              ▆▆▆1480

## Summary

| | | |
|---|---|---|
| Previous Balance as of December  01, 2017 | | 202,087.08 |
| 11 Debits | | 2,141.35 |
| Ending Balance as of    December  31, 2017 | | 199,945.73 |

## Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Dec 12 | 6503 | 16.15 | Dec 15 | 6517 * | 229.60 |
| Dec 21 | 6505 * | 129.20 | Dec 26 | 6523 * | 452.34 |
| Dec 19 | 6510 * | 237.67 | Dec 27 | 6524 | 237.67 |
| Dec 18 | 6511 | 129.20 | Dec 22 | 6526 * | 96.90 |
| Dec 12 | 6514 * | 237.67 | Dec 12 | 6527 | 137.28 |
| Dec 12 | 6515 | 237.67 | | | |

* Indicates break in check sequence

## Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Nov 30 | 202,087.08 | Dec 21 | 200,732.64 |
| Dec 12 | 201,458.31 | Dec 22 | 200,635.74 |
| Dec 15 | 201,228.71 | Dec 26 | 200,183.40 |
| Dec 18 | 201,099.51 | Dec 27 | 199,945.73 |
| Dec 19 | 200,861.84 | | |

 **SIGNATURE BANK**

Statement Period
From December  01, 2017
To   December  31, 2017
Page     3 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

See Back for Important Information

Primary Account:    ████1480        11

Rates for this statement period - Overdraft
Dec 14, 2017   14.250000 %
Dec 01, 2017   14.000000 %