# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) Jointly Administered |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF NOTICE OF COMMENCEMENT OF LIEN ACTION PURSUANT TO O.C.G.A. § 44-14-361.1

**PLEASE TAKE NOTICE** that Raymond Storage Concepts, Inc. ("Lien Claimant"),

herby withdraws the Notice of Commencement of Lien Action Pursuant to O.C.G.A. § 44-14-

362.1 (D.I. No. 775) filed on July 6, 2015 without prejudice.

Dated: January 17, 2018
Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com

*Counsel for Raymond Storage Concepts, Inc.*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

10756355 v1