**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SRC Liquidation, LLC, | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that David R. Hock, Esquire's, formerly of Cohen, Weiss and Simon LLP, appearance is hereby withdrawn as counsel for Graphic Communications Conference / International Brotherhood of Teamsters Local 197-M and Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council 9 and Richard M. Seltzer of Cohen Weiss and Simon LLP hereby enters his appearance on behalf of Graphic Communications Conference / International Brotherhood of Teamsters Local 197-M and Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council 9.

Susan E. Kaufman, Esquire shall remain as Delaware counsel for Graphic Communications Conference / International Brotherhood of Teamsters Local 197-M and Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council 9.

COHEN, WEISS AND SIMON LLP

*/s/ Richard M. Seltzer*
Richard M. Seltzer, Esq.
900 Third Avenue, 21st Floor
New York, NY  10036
Telephone:     (212) 356-0219
Facsimile:     (212) 695-5436
Email: rseltzer@cwsny.com


and


LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel to Graphic Communications Conference / International Brotherhood of Teamsters Local 197-M and Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council 9

Dated: January 23, 2018