## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 22, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and via Fax and Email on Bilzin Sumberg Baena Price & Axelrod LLP, Attention: Jeffery I. Snyder [305-374-7593; jsnyder@bilzin.com]:

- Notice of Agenda of Matters Scheduled for Hearing on January 24, 2018 at 10:30 a.m. (ET) [Docket No. 2282] (Hearing Cancelled)

Dated: January 25, 2018

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 25, 2018, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Taylor Corporation | Austria Shrum LLC | Attn: Matthew P. Austria 1201 N. Orange Street, Suite 502 Wilmington DE 19801 | 302-543-6386 | maustria@austriashrum.com | First Class Mail, Fax and Email |
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta 111 Wood Avenue South Iselin NJ 08830-2700 | 732-951-2700 | anthony.calascibetta@eisneramper.com | First Class Mail, Fax and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk 1201 North Orange Street Suite 7380 Wilmington DE 19801 | 302-444-6709 | marias@restructuringshop.com | First Class Mail, Fax and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw 208 South LaSalle Street Suite 1750 Chicago IL 60604 | 312-277-2305; 312-277-3315 | tomf@goldmclaw.com brianj@goldmclaw.com | First Class Mail, Fax and Email |
| Counsel for Taylor Corporation | Gray Plant Moody | Attn: Phillip W. Bohl, Abigail McGibbon 500 IDS Center 80 South Eighth Street Minneapolis MN 55402 | 612-632-4019 | phillip.bohl@gpmlaw.com abigail.mcgibbon@gpmlaw.com | First Class Mail, Fax and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq. 1420 Fifth Avenue, Suite 4200 P.O. Box 91302 Seattle  WA 98111-9402 | 206-223-7107 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail, Fax and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann 65 Livingston Avenue Roseland NJ 07068 | 973597-2400 | wjung@lowenstein.com abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright 1105 N. Market Street 15th Floor Wilmington  DE 19801 | 302-504-7820 | dwright@mmwr.com | First Class Mail, Fax and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney 844 King St., Ste. 2207 Wilmington DE 19801 | 302-573-6497 | mark.kenney@usdoj.gov | First Class Mail, Fax and Email |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II Hercules Plaza, Suite 5100 1313 Market Street Wilmington DE 19801 | 302-421-8390 | fournierd@pepperlaw.com schannej@pepperlaw.com | First Class Mail, Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson 222 Delaware Avenue Suite 1101 Wilmington DE 19801 | 302-252-0921 | cward@polsinelli.com jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services Rodney Square North 1100 North Market Street Wilmington DE 19890 | | | First Class Mail |