## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 28, 2018 AT 10:00 A.M. (ET)

## **THIS HEARING HAS BEEN CANCELLED
## AS THERE ARE NO MATTERS GOING FORWARD**

## CONTINUED/RESOLVED MATTER

1.      Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2188; Filed: 4/10/2017]

Response Deadline:          April 24, 2017 at 4:00 p.m.

Related Document(s):

   a)      Order Sustaining Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2198; Entered: 5/8/2017]

   b)      Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2216; Entered: 6/9/2017]

   c)      Second Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2249; Entered: 9/1/2017]

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Response(s) Received:

a)    Response by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2192; Filed: 4/24/2017]

Status:    This matter is settled in principle pending execution of a settlement agreement with respect to GCCFC 2005-GG5 Terminus Industrial Limited Partnership.  This matter has been resolved with respect to all other claims.  No hearing is necessary at this time.

Dated: February 26, 2018          Respectfully submitted,
       Wilmington, Delaware

                                  **LOWENSTEIN SANDLER LLP**
                                  Kenneth A. Rosen, Esq.
                                  Wojciech F. Jung, Esq.
                                  Andrew Behlmann, Esq.
                                  One Lowenstein Drive
                                  Roseland, NJ  07068
                                  Telephone:  (973) 597-2500
                                  Facsimile:  (973) 597-2400

                                    -and-

                                  **POLSINELLI PC**

                                  /s/ *Justin K. Edelson*
                                  Christopher A. Ward (DE Bar No. 3877)
                                  Justin K. Edelson (DE Bar No. 5002)
                                  222 Delaware Avenue, Suite 1101
                                  Wilmington, DE 19801
                                  Telephone:  (302) 252-0920
                                  Facsimile:  (302) 252-0921

                                  *Counsel to SRC Liquidation, LLC*

62492299.1