# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>   Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### THIRD POST-CONFIRMATION STATUS REPORT OF THE GUC TRUST

EisnerAmper LLP, in its capacity as trustee (the "GUC Trustee") of the SRC GUC Trust (the "GUC Trust"), hereby submits its third status report (the "Report") pursuant to section 8.1 of the *Standard Register Company General Unsecured Creditors' GUC Trust Agreement* (the "GUC Trust Agreement") executed in connection with the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [D.I. 1286] (the "Plan") confirmed by the Court by order dated November 19, 2015 [D.I. 1331]. As and for this Report, the GUC Trustee respectfully states as follows:

### PLAN CONFIRMATION AND EFFECTIVE DATE

1. The Effective Date of the Plan occurred on December 18, 2015. See D.I. 1412.

2. This is the third Report filed by the GUC Trustee, covering the period from January 1, 2017 through December 31, 2017, inclusive (the "Period").

### FINANCIAL DISCLOSURE FOR CALENDAR YEAR 2016

3. Pursuant to the Plan and other agreements entered into prior and subsequent to confirmation of the Plan, the GUC Trust collected $4,655,909.78 and received $18,982.06 relating to the general unsecured portion of wage claims paid by SRC Liquidation LLC on behalf of the GUC Trust during the Period for distribution pursuant to the terms of the GUC Trust Agreement.

4. The GUC Trust earned $33.47 in interest income during the Period.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

03/01/2018 **49818431**.2

5. The GUC Trust paid $193,302.97 in expenses during the Period, including professional fees and insurance premiums, incurred by the GUC Trustee in connection with the activities and administration of the GUC Trust.

6. The GUC Trust distributed $4,577,449.36, including $18,982.06 in wage claims paid on behalf of the SRC Liquidation LLC, to the beneficiaries of the GUC Trust during the Period.

7. The GUC Trust held $147,259.46 in cash and cash equivalents as of the end of the Period.

8. As of the end of the Period, the GUC Trustee was the appellant in a D&O litigation pending before the United States Court of Appeals for the Third Circuit Court, Case No. 17-3614 (3rd Cir.), stemming from prior decisions of the United States District Court for the District of Delaware, Case No. 1:16-cv-00119-LPS, 2017 WL 5501488 (D. Del. Nov. 16, 2017), and the United States Bankruptcy Court for the District of Delaware, Case No. 15-50771-BLS, 2016 WL 3440555 (Bankr. D. Del. Mar. 7, 2016).

## CONCLUSION

Further updates will be provided in accordance with the GUC Trust Agreement.

Dated: March 1, 2018                                    Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973) 597-2500

*Counsel to the GUC Trustee*

**POLSINELLI PC**

/s/ Justin K. Edelson
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920

*Delaware Counsel to the GUC Trustee*