IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Arlington Printing and Stationers, Inc. dba Apex Color,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 16-50523 |

**STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE BRENDAN L. SHANNON**

Pursuant to the Court's February 27, 2018 Notice and Order of Request for Status Report, Plaintiff files the attached status report providing a status of the above referenced Adversary Action.

Dated:   March 20, 2018                    **BAYARD, P.A.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Justin R. Alberto*
　　　　　　　　　　　　　　　　　　　　　Justin R. Alberto (No. 5126)
　　　　　　　　　　　　　　　　　　　　　Gregory J. Flasser (No. 6154)
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 655-5000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-6395
　　　　　　　　　　　　　　　　　　　　　Email: jalberto@bayardlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　gflasser@bayardlaw.com

　　　　　　　　　　　　　　　　　　　　　-and-

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.

-1-

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Edward E. Neiger
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota   55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
          gunderdahl@askllp.com
          eneiger@askllp.com

*Counsel to SRC Liquidation, LLC*

# STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

* None

## S<small>TATUS</small> "C"
## C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> S<small>ERVICE IS</small> C<small>OMPLETE</small>, N<small>O</small> A<small>NSWERS HAVE BEEN</small> F<small>ILED</small>.  T<small>HUS</small>, P<small>LAINTIFF</small> R<small>EQUESTING</small> D<small>EFAULT</small> J<small>UDGMENTS</small>:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Arlington Printing and Stationers, Inc. dba Apex Color | 16-50523 | Defendant recently paid the first of three payments pursuant to the settlement agreement. |

* 1 Adversary Proceeding

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "H"
### CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None