IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  15-10541 (BLS) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**May 2, 2018 at 11:00 a.m. (Eastern Time)**

**June 6, 2018 at 10:00 a.m. (Eastern Time)**

**July 18, 2018 at 10:30 a.m. (Eastern Time)**

**Dated: March 23rd, 2018**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

62806948.1