# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Claim No. 2518** |
| _____/ | |

## NOTICE BY GCCFC 2005-GG5 TERMINUS INDUSTRIAL LIMITED PARTNERSHIP OF WITHDRAWAL OF CLAIM NO. 2518 SOLELY WITH RESPECT TO ADMINISTRATIVE CLAIM

GCCFC 2005-GG5 Terminus Industrial Limited Partnership ("GCCFC"), by and through undersigned counsel, hereby notices the withdrawal of claim no. 2518 (the "Claim") solely to the extent it asserts an administrative claim in the amount of $113,317.30.  By the Claim, GCCFC also asserts a general unsecured claim in the amount of $549,979.44, which is not withdrawn by this notice.

Dated:  March 23, 2018

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for GCCFC 2005-GG5 Terminus Industrial Limited Partnership*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2234

By:   /s/ Jeffrey I. Snyder
        Jeffrey I. Snyder
        Florida Bar No. 021281
        jsnyder@bilzin.com