IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON MARCH 28, 2018 AT 9:30 A.M. (ET)

**THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD**

**CONTINUED/RESOLVED MATTER**

1.  Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2188; Filed: 4/10/2017]

    Response Deadline:    April 24, 2017 at 4:00 p.m.

    Related Document(s):

    a)  Order Sustaining Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 2198; Entered: 5/8/2017]

    b)  Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2216; Entered: 6/9/2017]

    c)  Second Notice of Partial Withdrawal of Standard Register Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2249; Entered: 9/1/2017]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

62974788.1

Response(s) Received:

    a)    Response by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Standard Register, Inc.'s Eighth (8th) Omnibus (Substantive) Objection to Administrative Expense Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 2192; Filed: 4/24/2017]

    b)    Notice by GCCFC 2005-GG5 Terminus Industrial Limited Partnership of Withdrawal of Claim No. 2518 Solely with Respect to Administrative Claim [Docket No. 2306; Filed: 3/23/2018]

Status:    The claim of GCCFC 2005-GG5 Terminus Industrial Limited Partnership has been withdrawn. This matter has been resolved with respect to all other claims. No hearing is necessary.

Dated: March 26, 2018
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*