# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          }          CASE NUMBER:  15-10541 (BLS)
                                                }
                                                }
SRC LIQUIDATION LLC                             }
                                                }
DEBTOR.                                         }          CHAPTER 11

---

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM          1/1/2018          TO          3/31/2018

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____          Date:  4/18/2018

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.     732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.      973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| Estimated Date of Filing the Application for Final Decree: _____ |

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -                                    ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | **SRC Liquidation LLC** |
| Case Number: | **15-10541 (BLS)** |
| Date of Plan Confirmation: November 19, 2015 | |
| Plan Effective Date: December 18, 2015 | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,747,092.18 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 43,399.15 | $ 7,024,390.25 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 10,400.00 | $ 54,624.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 556.66 | 30,952.68 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | All Other Operating Expenses: | $ 74,632.49 | $ 3,206,239.88 |
| c. | Plan Payments: | $ | $ |
| (i) | Administrative Claims | | |
| (ii) | Priority Claims | 558.22 | 334,714.98 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims (Attach additional pages as needed) | 205,314.10 | 4,880,205.95 |
| | **Total Disbursements (Operating & Plan)** | $ 291,461.47 | $ 8,534,699.72 |
| 1. | **CASH (End of Period)** | $ 1,499,029.86 | $ 1,499,029.86 |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
January 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  **Balance per Bank Statement** | $1,529,371.05 | $199,708.06 | 0.00 | |
| 2.  **ADD:** Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT:** Outstanding Checks | -1,243.63 | -2,379.42 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | $1,528,127.42 | $197,328.64 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
February 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. Balance per Bank Statement | $1,516,833.55 | $199,708.06 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | -1,243.63 | -2,379.42 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $1,515,589.92 | $197,328.64 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
March 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. **Balance per Bank Statement** | $1,304,400.94 | $198,389.57 | 0.00 | |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. **SUBTRACT**: Outstanding Checks | -1,243.63 | -2,517.02 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $1,303,157.31 | $195,872.55 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2120 | 1/19/2018 | U.S. Trustee | U.S. Trustee Quarterly Fees - 4th Qtr 2017 | 10,400.00 | |
| 2121 | 3/12/2018 | DFVCP | Additional Program Application Penalty | 1,250.00 | |
| 2122 | 3/15/2018 | EisnerAmper LLP | Professional Fees | 17,431.00 | |
| 2123 | 3/15/2018 | Lowenstein Sandler, LLP | Professional Fees | 26,440.98 | |
| 2124 | 3/15/2018 | Polsinelli PC | Professional Fees | 5,201.65 | |
| 2125 | 3/15/2018 | Prime Clerk LLC | Professional Fees | 17,695.56 | |
| 2126 | 3/22/2018 | Dinsmore and Shohl. LLP | Professional Fees | 2,785.87 | |
| | | | | | |
| | | | | | |
| Wire | 1/17/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 25,000.00 | |
| Wire | 2/20/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 20,000.00 | |
| Wire | 3/14/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 110,000.00 | |
| Wire | 3/22/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 50,000.00 | |
| | | | | | |
| | | | | | |
| JE | 1/5/2018 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 1,262.82 | |
| JE | 2/7/2018 | ASK, LLP | Professional Fees from Preference Recoveries - Net of Pmt received | 2,537.50 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $290,005.38 | |

CURRENT PERIOD TOTAL - # 1480        $1,456.09

**CURRENT PERIOD DISB - ALL ACCTS    $291,461.47**

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 6528 | 3/7/2018 | Robert E. Peterson | Re-issuance of 2017 wage claim payment | 446.17 |
| 6529 | 3/12/2018 | Lynn L. Smith | Union Distribution | 672.32 |
| 6530 | 3/28/2018 | GA Department of Revenue | Interest and Penalties on Withholding Payroll Tax | 27.11 |
| 6531 | 3/28/2018 | TN Department of Revenue | City and State Business Tax Returns for periods ending 12/31/2014 and 12/312015 | 556.66 |
| | | | | |
| 10087 | 3/1/2017 | Robert E. Peterson | Void Uncleared wage claim payment | -105.49 |
| 10220 | 3/2/2017 | Robert E. Peterson | Void Uncleared wage claim payment | -340.68 |
| | | | CURRENT PERIOD TOTAL | $1,456.09 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

11:42 AM

02/22/18

# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 01/31/2018

|  | Jan 31, 18 |
|---|---|
| **Beginning Balance** | 1,551,007.17 |
| **Cleared Transactions** | |
| Checks and Payments - 2 Items | -35,400.00 |
| Deposits and Credits - 2 Items | 13,763.88 |
| **Total Cleared Transactions** | -21,636.12 |
| **Cleared Balance** | 1,529,371.05 |
| **Uncleared Transactions** | |
| Checks and Payments - 2 Items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 01/31/2018** | 1,528,127.42 |
| **Ending Balance** | 1,528,127.42 |

11:42 AM
02/22/18

# SRC Liquidation LLC
# Reconciliation Detail
## 1367 SIGNATURE OPERATING, Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,551,007.17 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Transfer | 01/17/2018 | | | X | -25,000.00 | -25,000.00 |
| Bill Pmt -Check | 01/19/2018 | 2120 | U.S. Trustee | X | -10,400.00 | -35,400.00 |
| Total Checks and Payments | | | | | -35,400.00 | -35,400.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 01/04/2018 | | | X | 10,026.70 | 10,026.70 |
| General Journal | 01/05/2018 | 156 | ASK LLP | X | 3,737.18 | 13,763.88 |
| Total Deposits and Credits | | | | | 13,763.88 | 13,763.88 |
| Total Cleared Transactions | | | | | -21,636.12 | -21,636.12 |
| **Cleared Balance** | | | | | -21,636.12 | 1,529,371.05 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 01/31/2018 | | | | | -22,879.75 | 1,528,127.42 |
| **Ending Balance** | | | | | **-22,879.75** | **1,528,127.42** |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From January  01, 2018
To   January   31, 2018
Page 1 of 4

00004463  MSIGDDA0201  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ 1367          1

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 1367     MONOGRAM CHECKING | | 1,551,007.17 | 1,529,371.05 |
| RELATIONSHIP     TOTAL | | | 1,529,371.05 |



 **SIGNATURE BANK**

**Statement Period**
From January  01, 2018
To   January  31, 2018
Page 2 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: ▓▓▓▓1367        1

MONOGRAM CHECKING            ▓▓▓▓1367

Summary

| | |
|---|---:|
| Previous Balance as of January   01, 2018 | 1,551,007.17 |
| 2 Credits | 13,763.88 |
| 2 Debits | 35,400.00 |
| Ending Balance as of    January   31, 2018 | 1,529,371.05 |

Deposits and Other Credits
Jan 04   DEPOSIT        ref#                                          10,026.70
Jan 05   INCOMING WIRE                                                 3,737.18
         REF#  20180105B6B7261F00134801051511FT01
         FROM: ESTATE OF                       ABA:   122000496
         BANK:

Withdrawals and Other Debits
Jan 17   TRANSFER DR     TRANSFER DR  0                               25,000.00
         TRANSFER TO:      XXXX158542

Checks by Serial Number
Jan 25    2120            10,400.00

Daily Balances
| Dec 31 | 1,551,007.17 | Jan 17 | 1,539,771.05 |
| Jan 04 | 1,561,033.87 | Jan 25 | 1,529,371.05 |
| Jan 05 | 1,564,771.05 | | |



 **SIGNATURE BANK**

Statement Period
From January  01, 2018
To   January  31, 2018
Page 3 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:            1367        1

Rates for this statement period - Overdraft
Jan 01, 2018   14.250000 %

12:02 PM

03/13/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 02/28/2018

|  | Feb 28, 18 |
|---|---|
| **Beginning Balance** | 1,529,371.05 |
| **Cleared Transactions** | |
| Checks and Payments - 1 Item | -20,000.00 |
| Deposits and Credits - 1 Item | 7,462.50 |
| **Total Cleared Transactions** | -12,537.50 |
| **Cleared Balance** | 1,516,833.55 |
| **Uncleared Transactions** | |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 02/28/2018** | 1,515,589.92 |
| **New Transactions** | |
| Checks and Payments - 1 item | -1,250.00 |
| **Total New Transactions** | -1,250.00 |
| **Ending Balance** | 1,514,339.92 |

12:02 PM

03/13/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 02/28/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,529,371.05 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Transfer | 02/20/2018 | | | X | -20,000.00 | -20,000.00 |
| Total Checks and Payments | | | | | -20,000.00 | -20,000.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/07/2018 | | | X | 7,462.50 | 7,462.50 |
| Total Deposits and Credits | | | | | 7,462.50 | 7,462.50 |
| Total Cleared Transactions | | | | | -12,537.50 | -12,537.50 |
| Cleared Balance | | | | | -12,537.50 | 1,516,833.55 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 02/28/2018 | | | | | -13,781.13 | 1,515,589.92 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | 2121 | DFVCP | | -1,250.00 | -1,250.00 |
| Total Checks and Payments | | | | | -1,250.00 | -1,250.00 |
| Total New Transactions | | | | | -1,250.00 | -1,250.00 |
| **Ending Balance** | | | | | **-15,031.13** | **1,514,339.92** |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From February 01, 2018
To  February 28, 2018
Page 1 of 2

00003838  MSIGDDA0301  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ 1367      0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1367     MONOGRAM CHECKING | | 1,529,371.05 | 1,516,833.55 |
| RELATIONSHIP | TOTAL | | 1,516,833.55 |



## SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

0000838-0067677-0002-0002-MSIGDDA0301181359534-05--

Primary Account:  ████1367     0

MONOGRAM CHECKING          ████1367

**Summary**

| | |
|---|---:|
| Previous Balance as of February  01, 2018 | 1,529,371.05 |
| 1 Credits | 7,462.50 |
| 1 Debits | 20,000.00 |
| Ending Balance as of   February  28, 2018 | 1,516,833.55 |

**Deposits and Other Credits**
Feb 07   INCOMING WIRE                                                    7,462.50
        REF# 20180207B6B7261F00088602071351FT01
        FROM: ESTATE OF                        ABA:   122000496
        BANK:

**Withdrawals and Other Debits**
Feb 20   TRANSFER DR      TRANSFER DR  0                                 20,000.00
        TRANSFER TO:      XXXX159542

**Daily Balances**
Jan 31      1,529,371.05            Feb 20      1,516,833.55
Feb 07      1,536,833.55

Rates for this statement period - Overdraft
Feb 01, 2018   14.250000 %



1:34 PM

04/05/18

# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 03/31/2018

|  | Mar 31, 18 |
|---|---|
| **Beginning Balance** | 1,516,833.55 |
| Cleared Transactions |  |
| Checks and Payments - 8 items | -230,805.06 |
| Deposits and Credits - 1 item | 18,372.45 |
| **Total Cleared Transactions** | -212,432.61 |
| **Cleared Balance** | 1,304,400.94 |
| Uncleared Transactions |  |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 03/31/2018** | 1,303,157.31 |
| **Ending Balance** | 1,303,157.31 |

1:34 PM
04/05/18

# SRC Liquidation LLC
# Reconciliation Detail
## 1367 SIGNATURE OPERATING, Period Ending 03/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,516,833.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 Items** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | 2121 | DFVCP | X | -1,250.00 | -1,250.00 |
| Transfer | 03/14/2018 | | | X | -110,000.00 | -111,250.00 |
| Bill Pmt -Check | 03/15/2018 | 2123 | Lowenstein Sandler... | X | -26,440.98 | -137,690.98 |
| Bill Pmt -Check | 03/15/2018 | 2125 | Prime Clerk LLC | X | -17,695.56 | -155,386.54 |
| Bill Pmt -Check | 03/15/2018 | 2122 | EisnerAmper LLP | X | -17,431.00 | -172,817.54 |
| Bill Pmt -Check | 03/15/2018 | 2124 | Polsinelli PC | X | -5,201.65 | -178,019.19 |
| Transfer | 03/22/2018 | | | X | -50,000.00 | -228,019.19 |
| Bill Pmt -Check | 03/22/2018 | 2126 | Dinsmore and Shoh... | X | -2,785.87 | -230,805.06 |
| Total Checks and Payments | | | | | -230,805.06 | -230,805.06 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 03/22/2018 | | | X | 18,372.45 | 18,372.45 |
| Total Deposits and Credits | | | | | 18,372.45 | 18,372.45 |
| Total Cleared Transactions | | | | | -212,432.61 | -212,432.61 |
| Cleared Balance | | | | | -212,432.61 | 1,304,400.94 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 03/31/2018 | | | | | -213,676.24 | 1,303,157.31 |
| **Ending Balance** | | | | | **-213,676.24** | **1,303,157.31** |

 SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

00004612  MSIGDDA0331  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**Statement Period**
From March   01, 2018
To  March   31, 2018
Page 1 of 5

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

Primary Account: ███████ 1367      6

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 1367     MONOGRAM CHECKING | | 1,516,833.55 | 1,304,400.94 |
| RELATIONSHIP          TOTAL | | | 1,304,400.94 |

00004612-0133835-0001-0005-MSIGDDA033118132219-0-.

 SIGNATURE BANK

Statement Period
From March    01, 2018
To   March    31, 2018
Page 2 of 5

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:     1367        6

MONOGRAM CHECKING        1367

Summary

| | | |
|---|---|---|
| Previous Balance as of March     01, 2018 | | 1,516,833.55 |
| 1 Credits | | 18,372.45 |
| 8 Debits | | 230,805.06 |
| Ending Balance as of   March    31, 2018 | | 1,304,400.94 |

Deposits and Other Credits                                                18,372.45
Mar 22   DEPOSIT          ref#

Withdrawals and Other Debits                                            110,000.00
Mar 14   TRANSFER DR       TRANSFER DR  0
         TRANSFER TO:      XXXX158542
Mar 22   TRANSFER DR       TRANSFER DR  0                                50,000.00
         TRANSFER TO:      XXXX158542

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Mar 20 | 2121 | 1,250.00 | Mar 21 | 2124 | 5,201.65 |
| Mar 16 | 2122 | 17,431.00 | Mar 23 | 2125 | 17,695.56 |
| Mar 20 | 2123 | 26,440.98 | Mar 29 | 2126 | 2,785.87 |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 28 | 1,516,833.55 | Mar 21 | 1,356,509.92 |
| Mar 14 | 1,406,833.55 | Mar 22 | 1,324,882.37 |
| Mar 16 | 1,389,402.55 | Mar 23 | 1,307,186.81 |
| Mar 20 | 1,361,711.57 | Mar 29 | 1,304,400.94 |

00004612-0133836-0002-0005-MSIGDDA033118132219-09-L



**SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page 3 of 5

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███ 1367      6

```
Rates for this statement period - Overdraft
Mar 22, 2018   14.500000 %
Mar 01, 2018   14.250000 %
```

11:44 AM
02/22/18

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 01/31/2018

|  | Jan 31, 18 |
|---|---|
| **Beginning Balance** | 199,945.73 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -237.67 |
| Deposits and Credits - 6 items | 0.00 |
| **Total Cleared Transactions** | -237.67 |
| **Cleared Balance** | **199,708.06** |
| **Uncleared Transactions** | |
| Checks and Payments - 10 items | -2,379.42 |
| **Total Uncleared Transactions** | -2,379.42 |
| **Register Balance as of 01/31/2018** | **197,328.64** |
| **Ending Balance** | 197,328.64 |

11:44 AM

02/22/18

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 199,945.73 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 12/04/2017 | 6516 | Kreiger, David S | X | -237.67 | -237.67 |
| Total Checks and Payments | | | | | -237.67 | -237.67 |
| | | | | | | |
| **Deposits and Credits - 6 items** | | | | | | |
| Bill Pmt -Check | 12/04/2017 | 6508 | Eckman, James R | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6518 | Miller, Jennifer L | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6521 | Ryan, Kimberly D | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6520 | Romano, Marcene | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6504 | Bush, Daniel J | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6507 | Duncan, Pamela J | X | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| | | | | | | |
| Total Cleared Transactions | | | | | -237.67 | -237.67 |
| | | | | | | |
| Cleared Balance | | | | | -237.67 | 199,708.06 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| General Journal | 07/31/2017 | 66 | | | -556.30 | -556.30 |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -570.30 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -1,022.64 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -1,283.39 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,521.06 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -1,758.73 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,996.40 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -2,234.07 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -2,363.27 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -2,379.42 |
| Total Checks and Payments | | | | | -2,379.42 | -2,379.42 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -2,379.42 | -2,379.42 |
| | | | | | | |
| Register Balance as of 01/31/2018 | | | | | -2,617.09 | 197,328.64 |
| | | | | | | |
| **Ending Balance** | | | | | -2,617.09 | 197,328.64 |

**SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

Statement Period
From January  01, 2018
To   January  31, 2018
Page 1 of 3

00004464  MSIGDDA0201  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ██████1480     1

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1480    MONOGRAM CHECKING | | 199,945.73 | 199,708.06 |
| RELATIONSHIP | TOTAL | | 199,708.06 |



10:44 AM
03/13/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 02/28/2018

|  | Feb 28, 18 |
|---|---|
| **Beginning Balance** | 199,708.06 |
| **Cleared Balance** | 199,708.06 |
| **Uncleared Transactions** |  |
| Checks and Payments - 10 items | -2,379.42 |
| **Total Uncleared Transactions** | -2,379.42 |
| **Register Balance as of 02/28/2018** | 197,328.64 |
| **New Transactions** |  |
| Checks and Payments - 2 items | -1,318.49 |
| Deposits and Credits - 1 item | 0.00 |
| **Total New Transactions** | -1,318.49 |
| **Ending Balance** | 196,010.15 |

10:44 AM

03/13/18

# SRC Liquidation LLC
# Reconciliation Detail
## 1480 OPERATING 2, Period Ending 02/28/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 199,708.06 |
| Cleared Balance | | | | | | 199,708.06 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| General Journal | 07/31/2017 | 66 | | | -556.30 | -556.30 |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -570.30 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -1,022.64 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -1,283.39 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -1,521.06 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,758.73 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,996.40 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -2,234.07 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -2,363.27 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -2,379.42 |
| Total Checks and Payments | | | | | -2,379.42 | -2,379.42 |
| Total Uncleared Transactions | | | | | -2,379.42 | -2,379.42 |
| Register Balance as of 02/28/2018 | | | | | -2,379.42 | 197,328.64 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Bill Pmt -Check | 03/07/2018 | 6528 | Peterson, Robert E. | | -446.17 | -446.17 |
| Bill Pmt -Check | 03/12/2018 | 6529 | Smith, Lynn L. | | -872.32 | -1,318.49 |
| Total Checks and Payments | | | | | -1,318.49 | -1,318.49 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total New Transactions | | | | | -1,318.49 | -1,318.49 |
| **Ending Balance** | | | | | **-3,697.91** | **196,010.15** |



## SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From February 01, 2018
To February 28, 2018
Page 1 of 2

00003845 MSIGDDA0301 05 000000000 8 161
**SRC LIQUIDATION LLC**
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

Primary Account ███ 1480    0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███1480    MONOGRAM CHECKING | | 199,708.06 | 199,708.06 |
| RELATIONSHIP    TOTAL | | | 199,708.06 |

0003845-0067690-0001-0002-MSIGDDA0301181135934-05-L



## SIGNATURE BANK

Statement Period
From February 01, 2018
To  February 28, 2018
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:  ▮▮▮▮1480          0

MONOGRAM CHECKING            ▮▮▮▮1480

Summary

Previous Balance as of February  01, 2018                                    199,708.06

There was no deposit activity during this statement period

Ending Balance as of    February  28, 2018                                   199,708.06

Rates for this statement period - Overdraft
Feb 01, 2018    14.250000 %

4:47 PM
04/12/18

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 03/31/2018

|  | Mar 31, 18 |
|---|---|
| **Beginning Balance** | 199,708.06 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -1,874.79 |
| Deposits and Credits - 1 item | 556.30 |
| **Total Cleared Transactions** | -1,318.49 |
| **Cleared Balance** | 198,389.57 |
| **Uncleared Transactions** | |
| Checks and Payments - 12 Items | -2,517.02 |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | -2,517.02 |
| **Register Balance as of 03/31/2018** | 195,872.55 |
| **Ending Balance** | 195,872.55 |

4:47 PM

04/12/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 03/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 199,708.06 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 07/31/2017 | 66 | | X | -556.30 | -556.30 |
| Bill Pmt -Check | 03/07/2018 | 6528 | Peterson, Robert E. | X | -446.17 | -1,002.47 |
| Bill Pmt -Check | 03/12/2018 | 6529 | Smith, Lynn L. | X | -872.32 | -1,874.79 |
| Total Checks and Payments | | | | | -1,874.79 | -1,874.79 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 157 | | X | 556.30 | 556.30 |
| Total Deposits and Credits | | | | | 556.30 | 556.30 |
| Total Cleared Transactions | | | | | -1,318.49 | -1,318.49 |
| **Cleared Balance** | | | | | -1,318.49 | 198,389.57 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,440.10 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -1,677.77 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,806.97 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -1,823.12 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,933.25 |
| Bill Pmt -Check | 03/26/2018 | 6530 | Georgia Departmen... | | -27.11 | -1,960.36 |
| Bill Pmt -Check | 03/28/2018 | 6531 | Tennessee Depart... | | -556.66 | -2,517.02 |
| Total Checks and Payments | | | | | -2,517.02 | -2,517.02 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -2,517.02 | -2,517.02 |
| Register Balance as of 03/31/2018 | | | | | -3,835.51 | 195,872.55 |
| **Ending Balance** | | | | | **-3,835.51** | **195,872.55** |

**SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From March    01, 2018
To   March    31, 2018
Page 1 of 3

00004613 MSIGDDA0331 09 000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ 480      2

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████1480   MONOGRAM CHECKING | | 199,708.06 | 198,389.57 |
| RELATIONSHIP   TOTAL | | | 198,389.57 |



 **SIGNATURE BANK**

**Statement Period**
From March    01, 2018
To   March   31, 2018
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: ▮▮▮▮480    2

MONOGRAM CHECKING          ▮▮▮1480

Summary

| | | |
|---|---|---|
| Previous Balance as of March    01, 2018 | | 199,708.06 |
| 2 Debits | | 1,318.49 |
| Ending Balance as of    March    31, 2018 | | 198,389.57 |

Checks by Serial Number

| Mar 20 | 6528 | 446.17 | Mar 16 | 6529 | 872.32 |
|---|---|---|---|---|---|

Daily Balances

| Feb 28 | 199,708.06 | | | |
|---|---|---|---|---|
| Mar 16 | 198,835.74 | Mar 20 | 198,389.57 | |

Rates for this statement period - Overdraft
Mar 22, 2018    14.500000 %
Mar 01, 2018    14.250000 %

0000461-0133839-0002-0003-MSIGDDA0331181322I9-0-

