# **EXHIBIT 1**

**DECLARATION OF ANTHONY R. CALASCIBETTA**

63927436.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC,[1]<br>　　　　　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS) |

**DECLARATION OF ANTHONY R. CALASCIBETTA IN SUPPORT OF DEBTOR'S EIGHTEENTH (18TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Anthony R. Calascibetta, pursuant to 28 U.S.C. § 1746, declare:

1. I am a partner with EisnerAmper LLP, the trustee (the "GUC Trustee") of the trust established pursuant to the terms of that certain *Standard Register Company General Unsecured Creditors' GUC Trust Agreement*, dated as of July 31, 2015. I am a representative of the GUC Trustee and authorized pursuant to the Plan[2] and Confirmation Order to act on behalf of the Debtor and to effectuate the terms of the Plan.

2. I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection"), and I am familiar with the information contained therein, in the Proposed Order, and in Exhibit A attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtor.

---

[1]　The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection (defined below).

63927436.1

3. The information contained in Exhibit A to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the Disputed Claims identified on Exhibit A to the Proposed Order and determined that they were filed after the applicable Bar Date. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtor seeks to disallow the Late Filed Claims listed on Exhibit A to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 1, 2018

/s/ Anthony R. Calascibetta
Anthony R. Calascibetta