**EXHIBIT 2**

**PROPOSED ORDER**

63927436.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC,<br><div align="center">Debtor.</div> | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. __ |

**ORDER SUSTAINING DEBTOR'S EIGHTEENTH (18TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection")[1] and the Calascibetta Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is SUSTAINED as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

-2-

2. The Late Filed Claims listed on <u>Exhibit A</u> hereto are hereby disallowed in their entirety.

3. The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is fully reserved and shall not be prejudiced in any way by the filing of the Objection.

5. The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

6. This Order shall be immediately enforceable and effective upon its entry.

7. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____ \_\_\_, 2018

_____
Honorable Judge Brendan L. Shannon
Chief United States Bankruptcy Judge

63927436.1

-3-

## EXHIBIT A

### [Late Claims]

|   | NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | DEBTOR | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Lindsay, Joanna N | 3/30/2017 | 2635 | $0.00 | SRC Liquidation, LLC | Claim was filed after the General Bar Date of July 8, 2015. *See* Objection, pp. 5-7. |
| 2 | Rhodes, James W. | 6/9/2017 | 2640 | $0.00 | SRC Liquidation, LLC | Claim was filed after the General Bar Date of July 8, 2015. *See* Objection, pp. 5-7. |

63927436.1