**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : <br> : <br> SRC Liquidation, LLC, : <br> : <br> Debtor. : <br> : <br> : | Case No. 15-10541 (BLS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of L. John Bird, Esquire and Marie C. Dooley, Esquire of Fox Rothschild LLP as counsel for Satori Software Inc. in the above matter, including electronic noticing and mailing lists.

PLEASE ENTER the appearance of Seth A. Niederman, Esquire, of Fox Rothschild LLP as counsel for Satori Software Inc. in the above matter, including electronic noticing and mailing lists.

Dated:   June 20, 2018

**FOX ROTHSCHILD LLP**

By:   */s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

*Counsel to Satori Software Inc.*