## EXHIBIT A

### [Late Claims]

| | NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | DEBTOR | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Lindsay, Joanna N | 3/30/2017 | 2635 | $0.00 | SRC Liquidation, LLC | Claim was filed after the General Bar Date of July 8, 2015. *See* Objection, pp. 5-7. |
| 2 | Rhodes, James W. | 6/9/2017 | 2640 | $0.00 | SRC Liquidation, LLC | Claim was filed after the General Bar Date of July 8, 2015. *See* Objection, pp. 5-7. |

-3-

63927436.1