# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 18, 2018 AT 10:30 A.M. (ET)

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

## RESOLVED MATTERS

1. Debtor's Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2318; Filed: 6/4/2018]

    Objection Deadline:     July 9, 2018 at 4:00 p.m.

    Related Document(s):

    a) Certificate of No Objection Regarding Debtor's Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2330; Filed: 7/10/2018]

    b) Order Sustaining Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2331; Entered: 7/11/2018]

    Response(s) Received:     None.

    Status:     An order has been entered. No hearing is necessary.

2. Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2321; Filed: 6/14/2018]

    Objection Deadline:     July 2, 2018 at 4:00 p.m.

    Related Document(s):

    a) Certificate of No Objection Regarding Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2327; Filed: 7/5/2018]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

64470917.1

b) Order Granting Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2329; Entered: 7/9/2018]

Response(s) Received:   None.

Status:   An order has been entered. No hearing is necessary.

Dated: July 12, 2018
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

 -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*