**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. |  |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On July 12, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**:

- Order Scheduling Omnibus Hearing Dates [Docket No. 2323]

- Order Granting Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2329]

- Order Sustaining Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 2331]

- Notice of Agenda of Matters Scheduled for Hearing on July 18, 2018 at 10:30 a.m. (ET) [Docket No. 2332]

On July 12, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Eighteenth Omnibus Claimants Service List attached hereto as **<u>Exhibit B</u>**:

- Order Sustaining Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 2331]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: July 17, 2018

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 17, 2018, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20___

SRF 26192

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Taylor Corporation | Austria Shrum LLC | Attn: Matthew P. Austria<br>1201 N. Orange Street, Suite 502<br>Wilmington DE 19801 | maustria@austriashrum.com | First Class Mail and Email |
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Satori Software Inc. | Fox Rothschild LLP | Attn: Seth A. Niederman<br>919 North Market Street, Suite 300<br>Wilmington DE 19801 | sniederman@foxrothschild.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel for Taylor Corporation | Gray Plant Moody | Attn:  Phillip W. Bohl, Abigail McGibbon<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | phillip.bohl@gpmlaw.com<br>abigail.mcgibbon@gpmlaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington  DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

## Exhibit B
### Eighteenth Omnibus Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 3769768 | Lindsay, Joanna N | 10526 N Grove Road | Sycamore | IL | 60178 | joanna.n.lindsay@adient.com | First Class Mail and Email |
| 4266707 | Rhodes, James W. | 2760 Culbertson Street | Paris | TX | 75460 | | First Class Mail |