# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: }

} CASE NUMBER:  15-10541 (BLS)

}

SRC LIQUIDATION LLC }

}

DEBTOR. } CHAPTER 11

---

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM  4/1/2018  TO  6/30/2018

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _Anthony R. Calascibetta_

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Date: _7/16/18_

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address
and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.    732-243-7389

**Attorney's Address
and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.    973-597-2500

Note:  The original Post Confirmation Quarterly Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:    http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| Estimated Date of Filing the Application for Final Decree: _____ |

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: November 19, 2015 | |
| Plan Effective Date: December 18, 2015 | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,499,029.86 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 17,229.09 | $ 7,041,619.34 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 1,950.00 | $ 56,574.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 0.00 | 30,952.68 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 92,018.70 | $ 3,298,258.58 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | 0.00 | 334,714.98 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims | 285,000.00 A | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 378,968.70 | $ 8,913,668.42 |
| 1. | **CASH (End of Period)** | $ 1,137,290.25 | $ 1,137,290.25 |

**Footnotes:**
A - This amount reflects monies that were transferred from SRC Liquidation to the SRC GUC Trust for payment of Professional Fees
related to the GUC Trust.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
**April 2018**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $1,296,151.82 | $197,805.80 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks | -1,243.63 | -1,933.25 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $1,294,908.19 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
#### May 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $944,782.18 | $197,805.80 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks | -1,243.63 | -1,933.25 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $943,538.55 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -                                                                    ATTACHMENT NO. 3
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
June 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $943,738.55 | $197,805.80 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT: Outstanding Checks | -2,320.85 | -1,933.25 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $941,417.70 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -                                                    ATTACHMENT NO. 4
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---:|---|
| 2127 | 4/5/2018 | Taylor Corporation | Tax Refund - Various States | 19,939.48 | Footnotes |
| 2128 | 4/19/2018 | U.S. Trustee | U.S. Trustee Fees for 1st Qtr 2018 | 1,950.00 | |
| 2129 | 5/2/2018 | EisnerAmper LLP | Professional Fees | 25,982.48 | |
| 2130 | 5/2/2018 | Lowenstein Sandler, LLP | Professional Fees | 13,545.21 | |
| 2131 | 5/2/2018 | Polsinelli PC | Professional Fees | 13,025.25 | |
| 2132 | 5/2/2018 | Prime Clerk LLC | Professional Fees | 17,205.43 | |
| 2133 | 6/12/2018 | State of NJ Division of Taxation | Reissued check for 4/25/2016 stale dated check; for Priority Tax Claim | 1,043.63 | |
| 2134 | 6/12/2018 | City of Portland | Reissued check for 9/12/2016 stale dated check; was for 2015  tax | 200.00 | |
| 2135 | 6/27/2018 | Dinsmore and Shohl. LLP | Professional Fees | 2,320.85 | |
| | | | | | |
| Wire | 5/2/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 285,000.00 | |
| | | | | | |
| | | | | | |
| JE | 6/12/2016 | State of NJ Division of Taxation | Reversal of 4/25/2016 check reissued in June 2018 | -1,043.63 | |
| JE | 6/12/2016 | City of Portland | Reversal of 9/12/2016 check reissued in June 2018 | -200.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CURRENT PERIOD TOTAL | $378,968.70 |

|  | CURRENT PERIOD TOTAL - # 1480 | $0.00 |
|---|---|---:|

|  | CURRENT PERIOD DISB - ALL ACCTS | $378,968.70 |
|---|---|---:|

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

1:32 PM
05/10/18

## SRC Liquidation LLC
## Reconciliation Summary
1367 SIGNATURE OPERATING, Period Ending 04/30/2018

|  | Apr 30, 18 |
| --- | --- |
| **Beginning Balance** | 1,304,400.94 |
| Cleared Transactions |  |
| Checks and Payments - 2 items | -21,889.48 |
| Deposits and Credits - 1 item | 13,640.36 |
| **Total Cleared Transactions** | -8,249.12 |
| **Cleared Balance** | 1,296,151.82 |
| Uncleared Transactions |  |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 04/30/2018** | 1,294,908.19 |
| New Transactions |  |
| Checks and Payments - 5 items | -354,758.37 |
| **Total New Transactions** | -354,758.37 |
| **Ending Balance** | 940,149.82 |

a. Calletti
5/11/18

1:32 PM

05/10/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 04/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,304,400.94 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/05/2018 | 2127 | Taylor Corporation | X | -19,939.48 | -19,939.48 |
| Bill Pmt -Check | 04/19/2018 | 2128 | U.S. Trustee | X | -1,950.00 | -21,889.48 |
| Total Checks and Payments | | | | | -21,889.48 | -21,889.48 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/06/2018 | | | X | 13,640.36 | 13,640.36 |
| Total Deposits and Credits | | | | | 13,640.36 | 13,640.36 |
| Total Cleared Transactions | | | | | -8,249.12 | -8,249.12 |
| **Cleared Balance** | | | | | -8,249.12 | 1,296,151.82 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| **Register Balance as of 04/30/2018** | | | | | -9,492.75 | 1,294,908.19 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Transfer | 05/02/2018 | | | | -285,000.00 | -285,000.00 |
| Bill Pmt -Check | 05/02/2018 | 2129 | EisnerAmper LLP | | -25,982.48 | -310,982.48 |
| Bill Pmt -Check | 05/02/2018 | 2132 | Prime Clerk LLC | | -17,205.43 | -328,187.91 |
| Bill Pmt -Check | 05/02/2018 | 2130 | Lowenstein Sandler... | | -13,545.21 | -341,733.12 |
| Bill Pmt -Check | 05/02/2018 | 2131 | Polsinelli PC | | -13,025.25 | -354,758.37 |
| Total Checks and Payments | | | | | -354,758.37 | -354,758.37 |
| Total New Transactions | | | | | -354,758.37 | -354,758.37 |
| **Ending Balance** | | | | | -364,251.12 | 940,149.82 |

## SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From April   01, 2018
To   April   30, 2018
Page 1 of 3

00004589 MSIGDDA0501 09 000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account:        1367        2

| Signature Relationship Summary | | Opening bal. | Closing bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1367       MONOGRAM CHECKING | | 1,304,400.94 | 1,296,151.82 |
| RELATIONSHIP | TOTAL | | 1,296,151.82 |



**SIGNATURE BANK**

Statement Period
From April   01, 2018
To   April   30, 2018
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:  1367       2

MONOGRAM CHECKING       1367

Summary

| | | |
|---|---|---|
| Previous Balance as of April    01, 2018 | | 1,304,400.94 |
| 1 Credits | | 13,640.36 |
| 2 Debits | | 21,889.48 |
| Ending Balance as of    April    30, 2018 | | 1,296,151.82 |

Deposits and Other Credits                                    13,640.36
Apr 06   INCOMING WIRE
         REF#  20180406B6B7261F00101904061429FT01
         FROM: ESTATE OF                 ABA:   122000496
         BANK:

Checks by Serial Number
Apr 19     2127        19,939.48    Apr 26    2128       1,950.00

Daily Balances
Mar 31     1,304,400.94              Apr 19    1,298,101.82
Apr 06     1,318,041.30              Apr 26    1,296,151.82

Rates for this statement period - Overdraft
Apr 01, 2018   14.500000 %

00004589-0133769-0002-0003-MSIGDDA050118124637-0--



1:36 PM

05/10/18

## SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 04/30/2018

|  | Apr 30, 18 |
|---|---|
| Beginning Balance | 198,389.57 |
| Cleared Transactions |  |
| Checks and Payments - 2 Items | -583.77 |
| Total Cleared Transactions | -583.77 |
| Cleared Balance | 197,805.80 |
| Uncleared Transactions |  |
| Checks and Payments - 10 Items | -1,933.25 |
| Deposits and Credits - 1 Item | 0.00 |
| Total Uncleared Transactions | -1,933.25 |
| Register Balance as of 04/30/2018 | 195,872.55 |
| Ending Balance | 195,872.55 |

1:36 PM

05/10/18

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 04/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 198,389.57 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Bill Pmt -Check | 03/26/2018 | 6530 | Georgia Departmen... | X | -27.11 | -27.11 |
| Bill Pmt -Check | 03/28/2018 | 6531 | Tennessee Depart... | X | -556.66 | -583.77 |
| Total Checks and Payments | | | | | -583.77 | -583.77 |
| Total Cleared Transactions | | | | | -583.77 | -583.77 |
| Cleared Balance | | | | | -583.77 | 197,805.80 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 Items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,440.10 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -1,677.77 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,806.97 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -1,823.12 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,933.25 |
| Total Checks and Payments | | | | | -1,933.25 | -1,933.25 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,933.25 | -1,933.25 |
| Register Balance as of 04/30/2018 | | | | | -2,517.02 | 195,872.55 |
| **Ending Balance** | | | | | -2,517.02 | 195,872.55 |

**SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

00004590  MSIGDDA0501  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ▇▇▇ 1480    2

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇ 1480     MONOGRAM CHECKING | | 198,389.57 | 197,905.60 |
| RELATIONSHIP | TOTAL | | 197,905.60 |

00004590-0133771-0001-0003-MSIGDDA0501181246637-0-L



 **SIGNATURE BANK**

Statement Period
From April    01, 2018
To  April    30, 2018
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:          1480        2

MONOGRAM CHECKING          1480

Summary

| | | |
|---|---|---|
| Previous Balance as of April   01, 2018 | | 198,389.57 |
| 2 Debits | | 583.77 |
| Ending Balance as of   April   30, 2018 | | 197,805.80 |

Checks by Serial Number
| | | | | | |
|---|---|---|---|---|---|
| Apr 05 | 6530 | 27.11 | Apr 06 | 6531 | 556.66 |

Daily Balances
| | | | |
|---|---|---|---|
| Mar 31 | 198,389.57 | | |
| Apr 05 | 198,362.46 | Apr 06 | 197,805.80 |

Rates for this statement period - Overdraft
Apr 01, 2018   14.500000 %

n0004500-0133772-0002-0003-MSIGD7A050118174637-08-I



10:00 AM

06/08/18

# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---|
| Beginning Balance | 1,296,151.82 |
| Cleared Transactions |  |
| Checks and Payments - 5 items | -354,758.37 |
| Deposits and Credits - 2 items | 3,388.73 |
| **Total Cleared Transactions** | -351,369.64 |
| **Cleared Balance** | **944,782.18** |
| Uncleared Transactions |  |
| Checks and Payments - 2 items | -1,243.63 |
| **Total Uncleared Transactions** | -1,243.63 |
| **Register Balance as of 05/31/2018** | **943,538.55** |
| **Ending Balance** | **943,538.55** |

6/12/18

10:00 AM

06/08/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 05/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,296,151.82 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Transfer | 05/02/2018 | | | X | -285,000.00 | -285,000.00 |
| Bill Pmt -Check | 05/02/2018 | 2129 | EisnerAmper LLP | X | -25,982.48 | -310,982.48 |
| Bill Pmt -Check | 05/02/2018 | 2132 | Prime Clerk LLC | X | -17,205.43 | -328,187.91 |
| Bill Pmt -Check | 05/02/2018 | 2130 | Lowenstein Sandler... | X | -13,545.21 | -341,733.12 |
| Bill Pmt -Check | 05/02/2018 | 2131 | Polsinelli PC | X | -13,025.25 | -354,758.37 |
| Total Checks and Payments | | | | | -354,758.37 | -354,758.37 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 05/08/2018 | | | X | 0.00 | 0.00 |
| Deposit | 05/08/2018 | | | X | 3,388.73 | 3,388.73 |
| Total Deposits and Credits | | | | | 3,388.73 | 3,388.73 |
| Total Cleared Transactions | | | | | -351,369.64 | -351,369.64 |
| **Cleared Balance** | | | | | -351,369.64 | 944,782.18 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | | -1,043.63 | -1,043.63 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | | -200.00 | -1,243.63 |
| Total Checks and Payments | | | | | -1,243.63 | -1,243.63 |
| Total Uncleared Transactions | | | | | -1,243.63 | -1,243.63 |
| Register Balance as of 05/31/2018 | | | | | -352,613.27 | 943,538.55 |
| **Ending Balance** | | | | | -352,613.27 | 943,538.55 |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From May    01, 2018
To   May    31, 2018
Page 1 of 4

00004603  MSIGDDA0601  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08630-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ███ 1367     4

| Signature Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | | |
| ███ 1367 | MONOGRAM CHECKING | | 1,296,151.82 | 944,782.18 |
| | RELATIONSHIP | TOTAL | | 944,782.18 |



 SIGNATURE BANK

0000A603-0133809-0002-0004-MSIGDDA060118150857-A- -

Statement Period
From May   01, 2018
To  May    31, 2018
Page 2 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:        1367       4

MONOGRAM CHECKING        1367

Summary

| | | |
|---|---|---|
| Previous Balance as of May | 01, 2018 | 1,296,151.82 |
| 1 Credits | | 3,388.73 |
| 5 Debits | | 354,758.37 |
| Ending Balance as of   May | 31, 2018 | 944,782.18 |

Deposits and Other Credits
May 08   INCOMING WIRE                                                   3,388.73
         REF#  20180508B6B7261F00143505081633FT03
         FROM: ESTATE OF                          ABA:  122000496
         BANK:

Withdrawals and Other Debits
May 02   TRANSFER DR    TRANSFER DR  0                                  285,000.00
         TRANSFER TO:     XXXX158542

Checks by Serial Number

| May 04 | 2129 | 25,982.48 | May 07 | 2131 | 13,025.25 |
|---|---|---|---|---|---|
| May 08 | 2130 | 13,545.21 | May 15 | 2132 | 17,205.43 |

Daily Balances

| Apr 30 | 1,296,151.82 | | May 07 | 972,144.09 |
|---|---|---|---|---|
| May 02 | 1,011,151.82 | | May 08 | 961,987.61 |
| May 04 | 985,169.34 | | May 15 | 944,782.18 |



*Signature*  |  **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May      31, 2018
Page 3 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:          367          4

Rates for this statement period - Overdraft
May 01, 2018    14.500000 %

10:12 AM
06/08/18

### SRC Liquidation LLC
### Reconciliation Summary
#### 1480 OPERATING 2, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---|
| Beginning Balance | 197,805.80 |
| Cleared Balance | 197,805.80 |
|   Uncleared Transactions |  |
|     Checks and Payments - 10 Items | -1,933.25 |
|     Deposits and Credits - 1 item | 0.00 |
|   Total Uncleared Transactions | -1,933.25 |
| Register Balance as of 05/31/2018 | 195,872.55 |
| Ending Balance | 195,872.55 |

a. [signature]
6/12/18

10:12 AM

06/08/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 05/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,805.80 |
| Cleared Balance | | | | | | 197,805.80 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,440.10 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,677.77 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,806.97 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -1,823.12 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,933.25 |
| Total Checks and Payments | | | | | -1,933.25 | -1,933.25 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,933.25 | -1,933.25 |
| Register Balance as of 05/31/2018 | | | | | -1,933.25 | 195,872.55 |
| **Ending Balance** | | | | | -1,933.25 | 195,872.55 |

*Signature*  |  **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

00002061  MSIGDDA0601  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

Statement Period
From May    01, 2018
To  May    31, 2018
Page 1 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ▮▮▮480    0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮1480   MONOGRAM CHECKING | | 197,805.80 | 197,805.80 |
| RELATIONSHIP | TOTAL | | 197,805.80 |



10:39 AM

07/13/18

# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 06/30/2018

|  | Jun 30, 18 |
|---|---|
| **Beginning Balance** | 944,782.18 |
| Cleared Transactions |  |
| Checks and Payments - 4 items | -2,487.26 |
| Deposits and Credits - 6 items | 1,443.63 |
| Total Cleared Transactions | -1,043.63 |
| **Cleared Balance** | **943,738.55** |
| Uncleared Transactions |  |
| Checks and Payments - 1 item | -2,320.85 |
| Total Uncleared Transactions | -2,320.85 |
| **Register Balance as of 06/30/2018** | **941,417.70** |
| **Ending Balance** | 941,417.70 |

10:39 AM

07/13/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 944,782.18 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| General Journal | 04/25/2016 | 163 | State of NJ Division... | X | -1,043.63 | -1,043.63 |
| General Journal | 09/12/2016 | 164 | City of Portland | X | -200.00 | -1,243.63 |
| Check | 06/12/2018 | 2133 | State of NJ Division... | X | -1,043.63 | -2,287.26 |
| General Journal | 06/12/2018 | 165 | City of Portland | X | -200.00 | -2,487.26 |
| Total Checks and Payments | | | | | -2,487.26 | -2,487.26 |
| **Deposits and Credits - 6 items** | | | | | | |
| Check | 04/25/2016 | 2029 | State of NJ Division... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 09/12/2016 | 2061 | City of Portland | X | 0.00 | 0.00 |
| Bill Pmt -Check | 06/12/2018 | 2134 | City of Portland | X | 0.00 | 0.00 |
| General Journal | 06/12/2018 | 164R | City of Portland | X | 200.00 | 200.00 |
| General Journal | 06/12/2018 | 163R | State of NJ Division... | X | 1,043.63 | 1,243.63 |
| General Journal | 06/29/2018 | 165R | City of Portland | X | 200.00 | 1,443.63 |
| Total Deposits and Credits | | | | | 1,443.63 | 1,443.63 |
| Total Cleared Transactions | | | | | -1,043.63 | -1,043.63 |
| Cleared Balance | | | | | -1,043.63 | 943,738.55 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 06/27/2018 | 2135 | Dinsmore and Shoh... | | -2,320.85 | -2,320.85 |
| Total Checks and Payments | | | | | -2,320.85 | -2,320.85 |
| Total Uncleared Transactions | | | | | -2,320.85 | -2,320.85 |
| Register Balance as of 06/30/2018 | | | | | -3,364.48 | 941,417.70 |
| **Ending Balance** | | | | | **-3,364.48** | **941,417.70** |

*Signature*    SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From June    01, 2018
To  June    30, 2018
Page 1 of 3

00004970  MSIGDDA0630  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ 1367        1

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 1367    MONOGRAM CHECKING | | 944,782.18 | 943,738.55 |
| RELATIONSHIP | TOTAL | | 943,738.55 |



 SIGNATURE BANK

Statement Period
From June    01, 2018
To   June    30, 2018
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███ 1367        1

MONOGRAM CHECKING        ███ 1367

Summary

| | | |
|---|---|---|
| Previous Balance as of June    01, 2018 | | 944,782.18 |
| 1 Debits | | 1,043.63 |
| Ending Balance as of    June    30, 2018 | | 943,738.55 |

Checks by Serial Number
Jun 26      2133        1,043.63

Daily Balances
May 31        944,782.18        Jun 26        943,738.55

Rates for this statement period - Overdraft
Jun 14, 2018    14.750000 %
Jun 01, 2018    14.500000 %



10:37 AM

07/13/18

# SRC Liquidation LLC
# Reconciliation Summary
## 1480 OPERATING 2, Period Ending 06/30/2018

|  | Jun 30, 18 |
|---|---|
| **Beginning Balance** | 197,805.80 |
| **Cleared Balance** | 197,805.80 |
| **Uncleared Transactions** | |
| **Checks and Payments - 10 items** | -1,933.25 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -1,933.25 |
| **Register Balance as of 06/30/2018** | 195,872.55 |
| **Ending Balance** | 195,872.55 |

10:37 AM

07/13/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,805.80 |
| Cleared Balance | | | | | | 197,805.80 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | | -237.67 | -1,440.10 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,677.77 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,806.97 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | | -16.15 | -1,823.12 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,933.25 |
| Total Checks and Payments | | | | | -1,933.25 | -1,933.25 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,933.25 | -1,933.25 |
| Register Balance as of 06/30/2018 | | | | | -1,933.25 | 195,872.55 |
| **Ending Balance** | | | | | **-1,933.25** | **195,872.55** |

*Signature* | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From June    01, 2018
To   June    30, 2018
Page 1 of 2

00001629  MSIGDDA0630  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ▇▇▇1480        0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇1480    MONOGRAM CHECKING | | 197,805.80 | 197,805.80 |
| RELATIONSHIP | TOTAL | | 197,805.80 |



*Signature* | **SIGNATURE BANK**

Statement Period
From June    01, 2018
To   June    30, 2018
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: █████ 480          0

MONOGRAM CHECKING           1480

Summary

Previous Balance as of June      01, 2018                                      197,805.80

There was no deposit activity during this statement period

Ending Balance as of   June      30, 2018                                      197,805.80

Rates for this statement period - Overdraft
Jun 14, 2018    14.750000 %
Jun 01, 2018    14.500000 %

