**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On July 31, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Goldstein & McClinton LLLP, Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw, 111 W. Washington St., STE. 1221, Chicago, IL, 60602-3482:

- Order Scheduling Omnibus Hearing Dates [Docket No. 2323]

- Order Granting Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2329]

- Order Sustaining Debtor's Eighteenth (18th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 2331]

- Notice of Agenda of Matters Scheduled for Hearing on July 18, 2018 at 10:30 a.m. (ET) [Docket No. 2332]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: August 3, 2018

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 3, 2018, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__

SRF 26574