**EXHIBIT 1**
**DECLARATION OF ANTHONY CALASCIBETTA**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**DECLARATION OF ANTHONY CALASCIBETTA IN SUPPORT OF DEBTOR'S NINETEENTH (19th) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Anthony Calascibetta, pursuant to 28 U.S.C. § 1746, declare:

1.  I am a member and representative of EisnerAmper ("Liquidating Trustee"), a liquidating trustee appointed in these Chapter 11 cases, post effective date of the Plan. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtor's Nineteenth (19th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtor, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtor.

2.  The information contained on Exhibit A, Exhibit B, Exhibit C, Exhibit D and Exhibit E to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

3. The Disputed Claim identified on <u>Exhibit A</u> to the Proposed Order that the Debtor proposes be reclassified as a "General Unsecured Claim" do not specify a basis for treatment as an administrative claim under the Bankruptcy Code. The Reclassified Claim contains no information or documentation supporting administrative claim status and the Debtors' books and records reflect that such claim is not entitled to administrative claim status.

4. The Disputed Claim identified on <u>Exhibit B</u> to the Proposed Order that the Debtor proposes be modified was listed in an incorrect amount on Exhibit A to the Second Omnibus Order. Additionally, the Debtors' books and records reflect that such claim should be reduced to the modified claim amount.

5. The Disputed Claims identified on <u>Exhibit C</u> to the Proposed Order either (a) assert obligations for which the Debtors are not responsible for; or (b) assert a claim or obligation that is not supported by the Debtors' books and records.

6. The Disputed Claims identified on <u>Exhibit D</u> to the Proposed Order either (a) assert obligations for which the Debtors are not responsible for, (b) assert a claim or obligation that is not supported by the Debtors' books and records; (or) asset a claim that is contingent or unliquidated.

7. The Disputed Claim identified on <u>Exhibit E</u> to the Proposed Order asserts a claim that has already been satisfied or will be satisfied by the proceeds of the Debtors' insurance policies or otherwise.

8. I have reviewed the Disputed Claims and all supporting information and documentation provided therewith, made reasonable efforts given the present circumstance to research the claim on the debtors' books and records and believe that, unless otherwise set forth

herein or on the exhibits, such documentation does not provide *prima facie* evidence of the validity and amount of the claim.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 10, 2018                               */s/ Anthony Calascibetta*
                                                           Anthony Calascibetta