**EXHIBIT 2**
**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **Re: Docket No. __** |

**ORDER SUSTAINING DEBTOR'S NINETEENTH (19th) OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection")[2] and the Calascibetta Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1.      The Objection is SUSTAINED as set forth herein.

2.      The Disputed Claim identified on the attached Exhibit A is hereby reclassified in the manner set forth in Exhibit A according to the classification designated in the column titled "Modified Reclassification Status" for the respective Disputed Claims.  Pursuant to Local Rule 3007-1(f), nothing in this Order shall be construed to prejudice the rights of the Debtors, or any other party in interest, to object to the Disputed Claim listed on Exhibit A (as reclassified) on any other grounds, including further objection to classification or amount asserted.

3.      The Disputed Claim identified on the attached Exhibit B is hereby modified in the manner set forth in Exhibit B according to the modification designated in the column titled "Modified Claim Amount" for the respective Disputed Claims.  Pursuant to Local Rule 3007-1(f), nothing in this Order shall be construed to prejudice the rights of the Debtors, or any other party in interest, to object to the Disputed Claim listed on Exhibit B (as modified) on any other grounds, including further objection to classification or amount asserted.

4.      Each Disputed Claim identified on the attached Exhibit C, Exhibit D and Exhibit E is hereby disallowed in its entirety.

5.      The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d),

510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

7.      The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions, and provisions of this Order.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated:  _____ ___, 2018

_____
Honorable Judge Brendan L. Shannon
United States Bankruptcy Judge

# EXHIBIT A

### [Reclassified Claim]

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| ACCO Brands USA LLC | 2115 | 503(b)(9) Claim: $7,018.87<br>Administrative Claim: $35,682.26<br>General Unsecured Claim: $43,194.00 | 503(b)(9) Claim: $7,018.87[1]<br>General Unsecured Claim: $59,051.71 | Claimant does not provide any basis for asserting that its claim is entitled to administrative status beyond the asserted 503(b)(9) Claim.  The asserted claim is only partially entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code, if at all, and the balance of the claim is a general unsecured claim. |

---

[1] Section 503(b)(9) amount has been satisfied.

# EXHIBIT B

### [Modified Claim]

| Name of Claimant | Claim No. | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ACCO Brands USA LLC | 2115 | 503(b)(9) Claim: $7,018.87<br>Administrative Claim: $35,682.26<br>General Unsecured Claim: $43,194.00 | 503(b)(9) Claim: $7,018.87[1]<br>General Unsecured Claim: $59,051.71 | Claim was listed in an incorrect amount on Exhibit A to the Second Omnibus Order.  The Debtors' books and records reflect that such claim should be reduced to the modified claim amount. |

---

[1] Section 503(b)(9) amount has been satisfied.

# EXHIBIT C

**[No Liability Claims]**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| CareSource Management Group Co. | 2249 | $ 973,271.98 | Printing Error Claim:  There is no support for this Claim in the Debtors' books and records.  The attached documentation only summarizes the alleged amounts owed; it does not allege facts sufficient to support a claim.  Insufficient documentation attached to the proof of claim to establish the validity of the claim. <br><br> Incentive Claim:  There is no support for this Claim in the Debtors' books and records.  The attached documentation only summarizes the alleged amounts owed; it does not allege facts sufficient to support a claim.  Insufficient documentation attached to the proof of claim to establish the validity of the claim. <br><br> Savings Guarantee Claim:  There is no support for this Claim in the Debtors' books and records. The attached documentation only summarizes the alleged amounts owed; it does not allege facts sufficient to support a claim.  Insufficient documentation attached to the proof of claim to establish the validity of the claim.  Claimant alleges that the Claim is post-petition. |

# EXHIBIT D

**[Contingent/Unliquidated Claims]**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| CareSource Management Group Co. | 2249 | $ 973,271.98 | <u>Printing Error Claim</u>:  Claim asserts obligations for which the Debtors are not responsible, that are not supported by the Debtors' books and records, and are contingent and/or unliquidated.<br><br><u>Savings Guarantee Claim</u>:  Claim asserts obligations for which the Debtors are not responsible, that are not supported by the Debtors' books and records, and are contingent and/or unliquidated. |

# EXHIBIT E

**[Satisfied Claims]**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| CareSource Management Group Co. | 2249 | $ 750,000 | Printing Error Claim portion of Claim No. 2249, to the extent it exists, is or will be satisfied by insurance proceeds litigated in the CareSource Adversary Proceeding or otherwise. |