IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On August 20, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and via First Class Mail on the Unresolved Claimants Service List attached hereto as **Exhibit B**:

- Motion of the Debtor for an Order Terminating the Engagement of Prime Clerk, LLC as Claims and Noticing Agent [Docket No. 2340]

Dated: August 23, 2018

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 23, 2018, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 20

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 27046

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Taylor Corporation | Austria Shrum LLC | Attn: Matthew P. Austria<br>1201 N. Orange Street, Suite 502<br>Wilmington DE 19801 | maustria@austriashrum.com | First Class Mail and Email |
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Satori Software Inc. | Fox Rothschild LLP | Attn: Seth A. Niederman<br>919 North Market Street, Suite 300<br>Wilmington DE 19801 | sniederman@foxrothschild.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 | marias@restructuringshop.com | First Class Mail and Email |
| Counsel to HM Graphics, Inc.; Counsel to Shapco Printing, Inc.; Counsel to BSP Filing Solutions; Counsel to Eighth Floor Promotions, LLC; Counsel to Artwear Embroidery, Inc. | Goldstein & McClinton LLLP | Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | First Class Mail and Email |
| Counsel for Taylor Corporation | Gray Plant Moody | Attn: Phillip W. Bohl, Abigail McGibbon<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | phillip.bohl@gpmlaw.com<br>abigail.mcgibbon@gpmlaw.com | First Class Mail and Email |
| Counsel to SanMar Corporation | Lane Powell PC | Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle WA 98111-9402 | FoxG@lanepowell.com, ZackJ@lanepowell.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to SanMar Corporation | Montgomery, McCracken, Walker & Rhodes, LLP | Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington DE 19801 | dwright@mmwr.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Counsel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |

In re: SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B
Unresolved Claimants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1673977 | 55 Broadway Associates LLC and EAR 55 Broadway LLC | c/o Platte, Klarsfeld, Levine & Lachtman, LLP | 10 East 40th Street | 46th Floor | | New York | NY | 10016 |
| 1368781 | American Litho, Inc. | Attn: Kevin R. Krantz, Esq. | 401 Huehl Road, Suite 2A | | | Northbrook | IL | 60062 |
| 1368988 | American Reprographics Co. | Robyn B. Sokol, Esq. | Counsel for American Reprographics Co. | Ezra Brutzkus Gubner LLP | 21650 Oxnard Street, Suite 500 | Woodland Hills | CA | 91367 |
| 973216 | BCT - Business Cards Tomorrow - Bethel Park | Attn: Paul Meinert | PO Box 667 | 5309 Enterprise Blvd | | Bethel Park | PA | 15102 |
| 1735445 | Bindery & Specialties Pressworks Inc. | ATTN: Mike Holtman | 351 W. Bigelow Ave. | | | Plain City | OH | 43064 |
| 979550 | Bradford & Bigelow, Inc. | 3 Perkins way | | | | Newburyport | MA | 01950 |
| 1368730 | Bullet Line, LLC | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 |
| 894964 | CareSource Management Group Co. | Attn. Mark Chilson, Exec. VP & Gen. Counsel | 230 N Main Street | | | Dayton | OH | 45402 |
| 1411245 | Cohber Press, Inc. | c/o Bond, Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq. | One Lincoln Center | | Syracuse | NY | 13202 |
| 1366820 | Constellation NewEnergy - Gas Division, LLC | Cameron Morrison | 100 Constellation Way Suite 600C | | | Baltimore | MD | 21202 |
| 1369080 | Dominion East Ohio | Todd Atkinson, Esq. | Ulmer & Berne LLP | 1660 West 2nd St., Suite 1100 | | Cleveland | OH | 44113 |
| 1321708 | Dupli Envelope and Graphics, Inc. | Neil J. Smith, Esq. | Mackenzie Hughes LLP | 101 South Salina St., Suite 600 | | Syracuse | NY | 13202 |
| 935425 | Enterprise Printing & Products, Corp | Attn: Vijay Malhotra | 150 Newport Avenue | | | East Providence | RI | 02916 |
| 1327496 | FERREIRA, James | 39 Van Ness Rd | | | | Belmont | MA | 02478 |
| 1678681 | GCCFC 2005-GG5 Terminus Industrial Limited Partnership | c/o Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, Suite 2300 | | | Miami | FL | 33131 |
| 1363479 | Harmony Press, Inc. | Mark E. Wagner | P.O. Box 158 | | | Bremen | IN | 46506 |
| 905584 | HAWKS TAG | PO BOX 541207 | | | | CINCINNATI | OH | 45254 |
| 1323411 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | Attn: Bernice L. Barber | 200 Connell Drive, Suite 5000 | | | BERKELEY HEIGHTS | NJ | 07922 |
| 1405642 | Icon FL Tampa Industrial Owner Pool 5 GA/FL LLC | GLP US Management LLC | Attn: Neil Klein, EVP & General Counsel | Two N. Riverside Plaza | Ste 2350 | Chicago | IL | 60606 |
| 1368885 | International Imaging Materials, Inc. | c/o Finn Dixon & Herling LLP | Attn: Henry P. Baer, Jr., Esq. | Six Landmark Square | | Stamford | CT | 06901 |
| 908388 | JBR INDUSTRIAL SERVICES LLC | PO BOX 277 | | | | BROOKSVILLE | KY | 41004-0277 |
| 979793 | Kahny Printing, Inc | Attn: Linda Reilly | 4766 River Road | | | Cincinnati | OH | 45233 |
| 935049 | Kirkwood Direct | 904 Main St | | | | Wilmington | MA | 01887 |
| 1784959 | Lee, William P. | c/o Mark B. Conlan, Esq. | Gibbons P.C. | One Gateway Center | | Newark | NJ | 07102 |
| 1368733 | Leedsworld, Inc. | Jeffrey R. Waxman, Esquire | Morris James LLP | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 |
| 943643 | Mayer Enterprises Inc., dba BCT Houston/Dallas | BCT Houston/Dallas | Attn: Lisa Lamb | 5522 Mitchelldale | | Houston | TX | 77092 |
| 945475 | Par One, Inc. | 3807 King Ave | | | | Cleveland | OH | 44114 |
| 915007 | QUALITY FORMS | 4317 WEST US ROUTE 36 | PO BOX 1176 | | | PIQUA | OH | 45356 |
| 1324880 | RAFF PRINTING INC | PO BOX 42365 | | | | PITTSBURGH | PA | 15203 |
| 1321604 | Richardson Seating Corporation | c/o Schiff Hardin LLP | Attn: Jeffrey D. Eaton | 233 S. Wacker Dr., Suite 6600 | | Chicago | IL | 60606 |
| 1367895 | SANMAR CORPORATION | 22833 SE BLACK NUGGET ROAD | SUITE 130 | | | ISSAQUAH | WA | 98029 |
| 1321478 | Specialty Print Communications | Attn: Adam Lefebvre | 6019 W. Howard St | | | Niles | IL | 60714 |
| 1358882 | Tape & Label Graphic Systems, Inc. | 442 W. Fullerton Ave. | | | | Elmhurst | IL | 60126 |
| 927404 | TRIANGLE SYSTEMS | 300 BILMAR DR., Suite 100 | | | | PITTSBURGH | PA | 15205 |
| 1368904 | United Radio Incorporated - d/b/a BlueStar | c/o Jeffrey S. Rosenstiel, Esq. | GRAYDON HEAD & RITCHEY LLP | 2400 Chamber Center Drive, Suite 300 | | Fort Mitchell | KY | 41017 |
| 975165 | Ward/Kraft Inc. | 2401 Cooper St | | | | Fort Scott | KS | 66701 |
| 1399050 | Xerox Corporation | 1303 Ridgeview Drive - 450 | | | | Lewisville | TX | 75057 |
| 1271535 | Zebra Technologies | 333 Corporate Woods Parkway | | | | Vernon Hills | IL | 60061 |

In re: SRC Liquidation, LLC, et al.
Case No. 15-10541 (BLS)

Page 1 of 1