## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **RE:  Docket No. 2337** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING DEBTOR'S NINETEENTH (19th) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

1.      On August 10, 2018, the Debtor filed the *Nineteenth (19th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 2337] (the "**Omnibus Objection**").   The response deadline for the Omnibus Objection was August 31, 2018.

2.      The Debtor received an informal response from CareSource Management Group Co. ("**CareSource**").  No other responses or objections were received.

3.      The Debtor engaged in discussions with CareSource, and CareSource agrees with the proposed treatment of its claim (Claim No. 2249) as set forth on the attached agreed-upon form of order (the "**Order**").

4.      The Order sustaining the Omnibus Objection is attached hereto as Exhibit 1.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

65042807.1

5.    Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated:  September 5, 2018

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*