# EXHIBIT A

[Reclassified Claim]

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| ACCO Brands USA LLC | 2115 | 503(b)(9) Claim: $7,018.87<br>Administrative Claim: $35,682.26<br>General Unsecured Claim: $43,194.00 | 503(b)(9) Claim: $7,018.87[1]<br>General Unsecured Claim: $59,051.71 | Claimant does not provide any basis for asserting that its claim is entitled to administrative status beyond the asserted 503(b)(9) Claim. The asserted claim is only partially entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code, if at all, and the balance of the claim is a general unsecured claim. |

---

[1] Section 503(b)(9) amount has been satisfied.

65035149.2