# EXHIBIT B

[Modified Claim]

| Name of Claimant | Claim No. | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ACCO Brands USA LLC | 2115 | 503(b)(9) Claim: $7,018.87<br>Administrative Claim: $35,682.26<br>General Unsecured Claim: $43,194.00 | 503(b)(9) Claim: $7,018.87[1]<br>General Unsecured Claim: $59,051.71 | Claim was listed in an incorrect amount on Exhibit A to the Second Omnibus Order. The Debtors' books and records reflect that such claim should be reduced to the modified claim amount. |

---

[1] Section 503(b)(9) amount has been satisfied.

65035149.2