# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. **698**<br><br>Hearing Date: September 26, 2018 at 10:30 a.m. (ET)<br>Objection Deadline: September 19, 2108 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:   ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on September 5, 2018, Taylor Corporation, by and through its undersigned counsel, filed the attached *Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order and Injunction* with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, and served upon and received by the following counsel on or before **September 19, 2018 at 4:00 p.m. (ET) (the "Objection Deadline")**:

| | | |
|---|---|---|
| Matthew P. Austria<br>Austria Shrum LLC<br>1201 N. Orange Street<br>Suite 502<br>Wilmington, Delaware 19801<br>maustria@austriashrum.com | Phillip Bohl<br>Gray, Plant Mooty, Mooty, & Bennet, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>phillip.bohl@gpmlaw.com | Craig A. Brandt<br>Snyder & Brandt, P.A.<br>Canadian Pacific Plaza, Suite 2550<br>120 South Sixth Street<br>Minneapolis, MN 55402<br>craig.brandt@snyderattorneys.com |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

A hearing on this matter will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware, 6th Floor, Courtroom No. 1, on **September 26, 2018 at 10:30 a.m. (ET) (the "Hearing Date").** Only those objections that are timely filed, served and received will be considered at the hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 5, 2018
Wilmington, DE

**AUSTRIA SHRUM LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
1201 N. Orange Street, Suite 502
Wilmington, Delaware 19801
Telephone: (302) 521-5197
Facsimile: (302) 543-6386
E-mail: maustria@austriashrum.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
Email: phillip.bohl@gpmlaw.com

-and-

**SNYDER & BRANDT, P.A.**
Craig A. Brandt
Canadian Pacific Plaza, Suite 2550
120 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-787-3105
Facsimile: 612-333-9116
Email: craig.brandt@snyderattorneys.com

*Counsel to Taylor Corporation*