UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC (*"Prime Clerk"*), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 31, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A** and 2) via first class mail on the Creditor Matrix Service List attached hereto as **Exhibit B**:

- Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 132] (the *"Notice of Commencement"*)

On March 31, 2015, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement to be served via overnight mail on the banks, brokers, dealer agents, nominees or their agents (collectively, the *"Nominees"*) listed on the service list attached hereto as **Exhibit C**. The Nominees were provided with instructions and sufficient quantities of the Notice of Commencement to distribute to the beneficial owners of the Debtors' public securities.

In addition to the hard copy service detailed above, on April 1, 2015, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement to be served via email on the Nominees and depositories listed on the service list attached hereto as **Exhibit D**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2226 2230

# EXHIBIT B

Dated: April 6, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 6, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified In New York County
My Commission Expires April 07, 2018

Case 15-10541-BLS   Doc 2344-3   Filed 09/05/18   Page 3 of 7

Case 15-10541-BLS   Doc 1977-2   Filed 04/06/15   Page 396 of 421
Exhibit B
Creditor Matrix Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Joseph S. McCormick | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| JOSEPH SINGER & TERESA SINGER JT TEN | 55 W 86TH ST | | | | NEW YORK | NY | 10024-3614 | |
| Joseph Stackhouse | 83 Hulme Street | | | | Mount Holly | NJ | 08060 | |
| JOSEPH T ODDO REALTY | 13890 ROUTE 30 | | | | NORTH HUNTINGDON | PA | 15642-1131 | |
| JOSEPH T ZURAD & FRANCES M ZURAD JT TEN | 2093 W STATE RD | | | | HASTINGS | MI | 49058-8559 | |
| Joseph T. Pfeiffer | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| JOSEPH TOMES AND SONS | 3510-12 A STREET | | | | PHILADELPHIA | PA | 19134-1003 | |
| JOSEPH W GRIFFIN DMD | PO BOX 456 | | | | DAMARISCOTTA | ME | 04543-0456 | |
| JOSEPH W HENDRICKSON | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joseph W. Benefiel | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joseph W. Holman | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSEPH'S HOSPITAL HEALTH CENTER | Kathryn Ruscitto | 301 Prospect Avenue | | | Syracuse | NY | 13203 | |
| JOSH BRODBECK | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Josh E. Kocevar | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSHEN PAPER & PACKAGING | 5808 GRANT AVE | | | | CUYAHOGA HEIGHTS | OH | 44105-5608 | |
| Joshua A. Agee | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua C. Geyer | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua D. Barr | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua D. Dailey | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua D. Strickler | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua G. Warren | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua J. Rogers | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua K. Malone | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua L. Clark | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua L. Eisman | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua L. Stricker | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joshua Loop | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSHUA M FREEMAN FOUNDATION | 31556 WINTERBERRY PKWY | | | | SELBYVILLE | DE | 19975-3707 | |
| Joshua R. Ishman | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSHUA RECOVERY MINISTRIES, INC. | 3902 PEPPER TREE COURT | | | | DAYTON | OH | 45424 | |
| Joshua T. Ream | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSHUA VIDAL FLORES SILVA | PO BOX 2307 | | | | LONGVIEW | TX | 75606-2307 | |
| Josquin J. Despres | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOSTENS | 148 EAST BROADWAY ST. | ATTN: JIM JANDRO | | | OWATONNA | MN | 55060 | |
| JOSTENS OF OWATONNA | C/O HJH CONSULTING GROUP INC | PO BOX 291468 | | | KERRVILLE | TX | 78029-1468 | |
| JOULES ANGSTROM | 148 E BROADWAY ST | | | | OWATONNA | MN | 55060-2402 | |
| JOULES ANGSTROM | 104 HERITAGE DR | | | | PATASKALA | OH | 43062-8042 | |
| JOULES ANGSTROM UV PRINTING INKS CORP | UV PRINTING INKS CORP | 104 HERITAGE DR | | | PATASKALA | OH | 43062 | |
| JOULES ANGSTROM UV PRINTING INKS | 104 HERITAGE DR | | | | PATASKALA | OH | 43062 | |
| JOURNEYMAN PRESS INC | 11 MALCOLM HOYT DRIVE | | | | NEWBURYPORT | MA | 01950 | |
| Joy B. Webb | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joy D. Morrison | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOY GLOBAL LONGVIEW OPERATIONS | PO BOX 2307 | | | | LONGVIEW | TX | 75606-2307 | |
| Joy J. Jeannott | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOY SHOTWELL | 6960 TRENTON FRANKLIN RD | | | | MIDDLETOWN | OH | 45042-1336 | |
| JOYCE A SNODDY | 679 CARSON DR | | | | LEBANON | OH | 45036-1384 | |
| Joyce Boseman | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOYCE BRADLEY BABIN | JOYCE BRADLEY BABIN TRUSTEE | 3411 MOMENTUM PL | | | CHICAGO | IL | 60689-5334 | |
| Joyce C. Cross | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce E. Knight | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce E. Lee | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce E. Pohl | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce F. Arnold | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce L. Patno | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOYCE LYON | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| JOYCE M KNOX | 2230 BAYBERRY CT | | | | YORK | PA | 17403-4876 | |
| JOYCE POHL | 2123 FULS RD | | | | FARMERSVILLE | OH | 45325-9285 | |
| JOYCE PRINTING INC | 16 RESEARCH DR | | | | WOODBRIDGE | CT | 06525-2355 | |
| Joyce R. Butucel | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |
| Joyce S. Adams | Redacted | Redacted | | | Redacted | Redacted | Redacted | Redacted |

In re The Standard Register Company, et al.
Case No. 15-10541 (BLS)

Page 395 of 838

Case 15-10541-BLS    Doc 2344-3    Filed 09/05/18    Page 4 of 7

Case 15-10541-BLS    Doc 1973-3    Filed 04/06/15    Page 332 of 418
Exhibit B
Creditor Matrix Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Timothy M. Vandermark | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy McElravy | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| TIMOTHY MCKENZIE | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Murphy | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy P. Arnold | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Pfistner | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| TIMOTHY R OVERTON | 630 LOLITA DR | | | | MURFREESBORO | TN | 37130-3217 | |
| Timothy R. Jones | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy R. Summitt | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Reese | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy S. Byrd | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy S. Catron | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Smiley | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Sommers | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| TIMOTHY T TRACEY | 1261 SE 1ST AVE | | | | POMPANO BEACH | FL | 33060-9202 | |
| Timothy T. Tromley | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy W. Morris | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy W. Scully | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy W. Yates | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Webb | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Timothy Webb | The Rosner Law Group | Attn: Frederick B. Rosner, Julia B. Klein | 824 Market Street | Suite 810 | Wilmington | DE | 19801 | |
| TIMPAC INC | 1600 ROLLINS RD | | | | BURLINGAME | CA | 94010 | |
| TIMPANOGOS REGIONAL HOSPITAL | 750 W 800 N | | | | OREM | UT | 84057-3660 | |
| TIMPANOGOS REGIONAL HOSPITAL | PO BOX 788 | | | | KAYSVILLE | UT | 84037-0788 | |
| Tina Hutchings | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| TINA JEWELL | RR 2 BOX 2486 | | | | BRISTOL | VT | 05443-9202 | |
| Tina M. Damron | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Tina M. Hetzer | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Tina M. Immel | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Tina M. Miller | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| Tina M. Potts | Redacted | Redacted | Redacted | | Redacted | Redacted | Redacted | Redacted |
| TINHAT CREATIVE LLC | 100 NORTH WASHINGTON STREET | | | | BOSTON | MA | 02114 | |
| TINNERMAN PALNUT INC | 2350 AUSTIN AVE #200 | | | | ROCHESTER | MI | 48309 | |
| TIP TOP CANNING COMPANY | 505 SOUTH 2ND STREET | | | | TIPP CITY | OH | 45371-1753 | |
| TIPP O CANOE FOOTBALL | 117 S FRANK ST | | | | TROY | OH | 45373-3751 | |
| TIPPAH COUNTY GROWERS INC | 3351 CR 301 | | | | TIPLERSVILLE | MS | 38674-9500 | |
| TIPPERARY TAVERN | 142 FLEETWOOD DR | | | | SAUNDERSTOWN | RI | 02874-3114 | |
| TIPTON COUNTY HEALTH DEPT | 101 E JEFFERSON ST | | | | TIPTON | IN | 46072-1940 | |
| TIPTON S STAT & GIFTS INC | 169 W YOSEMITE AVE | | | | MANTECA | CA | 95336-5601 | |
| TITAN DISTRIBUTION SERVICES | 5026 PENBROOK DRIVE | | | | FRANKLIN | TN | 37069 | |
| TITAN GAGE INC | PO BOX 489 | | | | WHITE HOUSE | TN | 37188-0489 | |
| TITAN MACHINERY | ATTN: ROGER BENTLEY | 1601 N HIGHWAY 83 | | | MCCOOK | NE | 69001-2183 | |
| TITAN PLASTICS INC | 1631 CORPORATE PL | | | | LA VERGNE | TN | 37086-3502 | |
| TITAN PROPANE | 500 MEIJER DRIVE STE 200 | | | | FLORENCE | KY | 41042-4881 | |
| TITLE GUARANTY ESCROW SVC INC | P O BOX 1678 | | | | HONOLULU | HI | 96806-1678 | |
| TITLE GUARANTY OF HAWAII | 235 QUEEN ST 4TH FL | | | | HONOLULU | HI | 96813 | |
| TITUS REGIONAL MEDICAL CENTER | 2001 N JEFFERSON AVE | | | | MOUNT PLEASANT | TX | 75455-2338 | |
| Titus Regional Medical Center | Attn: Christopher Rodriguez | 2001 N. Jefferson Avenue | | | Mount Pleasant | TX | 75455-2371 | |
| TITUSVILLE SUPPLY CO | 12225 GRESHAM RD | | | | TITUSVILLE | PA | 16354-3713 | |
| TIW CORP | 4801 GASMER DR | | | | HOUSTON | TX | 77035-6105 | |
| TJ SAMSON COMMUNITY HOSPITAL | 1301 N RACE ST | | | | GLASGOW | KY | 42141-3454 | |
| TJS LUBE STOP | 125 DIXIE DR STE A | | | | CLUTE | TX | 77531-5105 | |
| TJ'S OUTDOOR MAINTENANCE | PO BOX 1253 | | | | SKIPPACK | PA | 19474-1253 | |
| TJX COMPANIES INC | PO BOX 9133 | | | | FRAMINGHAM | MA | 01701-9133 | |
| TK CARWASH AND LUBE LLC | 8930 KENNEDY BLVD | | | | NORTH BERGEN | NJ | 07047-5301 | |
| TK CUPS INC | 750 CRAWFORD ST | | | | FITCHBURG | MA | 01420 | |
| TK GROUP INC | 1781 SOUTH BELL SCHOOL ROAD | | | | CHERRY VALLEY | IL | 61016 | |
| TK HOLDINGS | 9138 RANDOLPH ROAD NE | | | | MOSES LAKE | WA | 98837-9397 | |
| TK HOLDINGS | PO BOX 982146 | | | | EL PASO | TX | 79998-2146 | |
| TK HOLDINGS EAGLE PASS | 2276 N VETERANS BLVD | | | | EAGLE PASS | TX | 78852-4160 | |
| TK HOLDINGS INC MONTERREY SWL | 5823 NORTHGATE LN PMB 2025 | | | | LAREDO | TX | 78041-2698 | |

In re The Standard Register Company, et al.
Case No. 15-10541 (BLS)

Page 752 of 838

Case 15-10541-BLS    Doc 132    Filed 03/30/15    Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On March 12, 2015, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| iMedConsent, LLC (Dialog Medical) | 30 Perimeter Park Dr., Suite 200 Atlanta, GA 30341 | 15-10540 | 58-2556337 |
| The Standard Register Company (Standard Register; WorkflowOne, LLC; WorkflowOne; Wilmer; ParthForward; Expadata; Industramark; Stanfast; SMARTworks; CopyConcepts) | 600 Albany Street Dayton, OH 45417 | 15-10541 | 31-0455440 |
| Standard Register Holding Company | 600 Albany Street Dayton, OH 45417 | 15-10542 | 02-0623186 |
| Standard Register Technologies, Inc. | 600 Albany Street Dayton, OH 45417 | 15-10543 | 02-0623180 |
| Standard Register International, Inc. | 600 Albany Street Dayton, OH 45417 | 15-10544 | 22-3891861 |
| Standard Register of Puerto Rico, Inc. (WorkflowOne of Puerto Rico Inc.) | Metro Office Park 7 Calle 1, Suite 304 Guaynabo, PR 00968-1718 | 15-10545 | 27-5160578 |
| Standard Register Mexico Holding Company | 600 Albany Street Dayton, OH 45417 | 15-10546 | 20-4101624 |
| Standard Register Holding, S. de R.L. de C.V. | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634 Apodaca, Nuevo León, Mexico | 15-10547 | SRH 0620214 GR4 |
| Standard Register de Mexico, S. de R.L. de C.V. | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634 Apodaca, Nuevo León, Mexico | 15-10548 | SRM 060214 FN0 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16773541.1

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Standard Register Servicios, S. de R.L. de C.V. | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634 Apodaca, Nuevo León, Mexico | 15-10549 | SRS 0606214 3K5 |
| Standard Register Technologies Canada ULC | 1300-1969 Upper Water Street Purdy's Warf Tower II Halifax, Nova Scotia B3J 2V1 | 15-10550 | 86198 9663 RC001 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.** APRIL 21, 2015 AT 10:00 A.M. (ET), J. CALEB BOGGS FEDERAL BUILDING, 844 NORTH KING STREET, ROOM 2112, WILMINGTON, DELAWARE 19801.

**MEETING OF CREDITORS.** The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to the creditors.

**COMMENCEMENT OF CASES.** Petitions under chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the District of Delaware (the "Court") by each of the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are or will be available for inspection at the Office of the Clerk of the Court (the "Clerk's Office"). In addition, such documents may be available at www.deb.uscourts.gov or at http://cases.primeclerk.com/standardregister.

**DEADLINE TO FILE A PROOF OF CLAIM.** Notice of this deadline will be sent by and through a separate notice.

**THE DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS IS JUNE 22, 2015.**

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.** None appointed to date.

**PROPOSED COUNSEL FOR THE DEBTORS.**

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their businesses unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors or the Debtors' property should review section 362 of the Bankruptcy Code and may wish to seek legal advice. **The staff of the Clerk's Office is not permitted to give legal advice.**

**CLAIMS.** Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedules of creditors has the responsibility for determining that its claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proofs of claim forms will be provided to the Debtors' known creditors.** Proofs of claim forms are also available in the Clerk's Office of any bankruptcy court, from the Court's web site at www.deb.uscourts.gov and from the website of Prime Clerk LLC, the Court-appointed claims and noticing agent in these cases, at http://cases.primeclerk.com/standardregister.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debtors" listed on page 2 of this notice. The bankruptcy Clerk's Office must receive the complaint and any required filing fee by that deadline.

Dated: March 30, 2015    For the Court: /s/ *David D. Bird*
Clerk of the United States Bankruptcy Court
for the District of Delaware

01:16773541.1

3