## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC (*"Prime Clerk"*), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before April 20, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 1) Core/2002 Service List attached hereto as **Exhibit A**; 2) Cure Parties Service List attached hereto as **Exhibit B** and 3) Master Mailing List attached hereto as **Exhibit C**:

- Notice of Sale, Sale Procedures, Auction and Sale Hearing [Docket No. 295]

Dated: April 23, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 23, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified In Nassau County
My Commission Expires June 16, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2410

# EXHIBIT C

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| JOSTENS OF OWATONNA | 148 E BROADWAY ST | | | | OWATONNA | MN | 55060-2402 | |
| JOULES ANGSTROM | 104 HERITAGE DR | | | | PATASKALA | OH | 43062-8042 | |
| JOULES ANGSTROM | UV PRINTING INKS CORP | 104 HERITAGE DR | | | PATASKALA | OH | 43062 | |
| Joules Angstrom U.V. Printing Inks Corp. | Attn: Nancy Carlisle | 104 Heritage Dr. | | | Pataskala | OH | 43062 | |
| JOULES ANGSTROM UV PRINTING INKS | 104 HERITAGE DR | | | | PATASKALA | OH | 43062 | |
| JOURNEYMAN PRESS INC | 11 MALCOLM HOYT DRIVE | | | | NEWBURYPORT | MA | 01950 | |
| Joy B. Webb | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joy D. Morrison | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOY GLOBAL LONGVIEW OPERATIONS | PO BOX 2307 | | | | LONGVIEW | TX | 75606-2307 | |
| Joy J. Jeannott | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOY SHOTWELL | 6960 TRENTON FRANKLIN RD | | | | MIDDLETOWN | OH | 45042-1336 | |
| JOYCE A SNODDY | 679 CARSON DR | | | | LEBANON | OH | 45036-1384 | |
| Joyce Boseman | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOYCE BRADLEY BABIN | JOYCE BRADLEY BABIN TRUSTEE | 3411 MOMENTUM PL | | | CHICAGO | IL | 60689-5334 | |
| Joyce C. Cross | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce E. Knight | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce E. Lee | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce E. Pohl | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce F. Arnold | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce L. Patno | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOYCE LYON | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOYCE M KNOX | 2230 BAYBERRY CT | | | | YORK | PA | 17403-4875 | |
| JOYCE POHL | 2123 FULS RD | | | | FARMERSVILLE | OH | 45325-9285 | |
| JOYCE PRINTING INC | 16 RESEARCH DR | | | | WOODBRIDGE | CT | 06525-2355 | |
| Joyce R. Butucel | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce S. Adams | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JOYCE YARBROUGH | 347 MENASHE CT | | | | LONGWOOD | FL | 32779-5847 | |
| JOYNERS MECHANICAL | 533 BYRON STREET | STE. A | | | CHESAPEAKE | VA | 23320 | |
| JP GRAPHICS | 5132 S TURNER RD | | | | CANFIELD | OH | 44406 | |
| JP GRIFFIN INC | 604 N GILCHRIST AVE | | | | TAMPA | FL | 33606 | |
| JP LAMBORN CO | 3653 E WAWONA | | | | FRESNO | CA | 93725-9236 | |
| JP MORGAN CHASE BANK | 1111 POLARIS PKWY | | | | COLUMBUS | OH | 43240-2031 | |
| JP SULLIVAN & CO | PO BOX 449 | | | | AYER | MA | 01432-0449 | |
| JR SIMPLOT CO | 1201 N BROADWAY AVE | | | | OTHELLO | WA | 99344-9067 | |
| JR SIMPLOT CO | 624 SIMPLOT LOOP | | | | ABERDEEN | ID | 83210 | |
| JR SIMPLOT CO | PO BOX 8148 | | | | BOISE | ID | 83707-2148 | |
| JR SIMPLOT CO | PO BOX 8628 | | | | BOISE | ID | 83707-2628 | |
| JRM LICENSING LLC | PO BOX 330 | | | | MOORESVILLE | NC | 28115 | |
| JS BOSWELL MD MEDICAL CLINIC | 5701 N WEST AVE | | | | FRESNO | CA | 93711-2366 | |
| JS DATA FORMS | 380 METACOM AVE | | | | BRISTOL | RI | 02809-5152 | |
| JS EXPRESS INC | PO BOX 88 | | | | SAINT LOUIS | MO | 63166 | |
| JS GROUP INTERNATIONAL | 225 CHABANEL 10TH FLOOR | | | | MONTREAL | QC | H2N-2C9 | Canada |
| JS LINES | 4436 ALVIN | | | | SAGINAW | MI | 48603-3000 | |
| JS MCCARTHY | 15 DARIN DR | | | | AUGUSTA | ME | 04330-7815 | |
| JS MCCARTHY CO INC | 111 HOLMES ROAD | | | | NEWINGTON | CT | 06111 | |
| JS MCCARTHY PRINTERS | 111 HOLMES RD | | | | NEWINGTON | CT | 06111 | |
| JSH FARMS INC | 84186 HWY 37 | | | | HERMISTON | OR | 97838-6393 | |
| JSH PROPERTIES | 10655 NE 4TH ST STE 901 | | | | BELLEVUE | WA | 98004-5030 | |
| JSOURCE INC | 1825 DOLPHIN DR | | | | WAUKESHA | WI | 53186-1430 | |
| JSW | PO BOX 24946 | | | | ROCHESTER | NY | 14624-4946 | |
| JT ELECTRIC SERVICES LLC | 2945 BONNYBROOK CIRCLE | | | | ROCK HILL | SC | 29732 | |
| JT PROMOTIONS | 921 TRAMORE TRAIL | | | | MADISON | WI | 53717-2217 | |
| JTB INC | PO BOX 568 | | | | TILLAMOOK | OR | 97141-0568 | |
| JUAN ANGEL PEREZ AVILA | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JUAN ANTONIO ILLESCAS PERALTA | 718 ACEQUIA AGUA CHIQUITA | Lomas del valle | | | Ramos Arizpe | Saltillo | 25900 | Mexico |
| JUAN ANTONIO SEGURA GARCIA | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JUAN ENRIQUE SEGARRA PALMER | PO BOX 9023853 | | | | SAN JUAN | PR | 00902-3853 | |
| Juan Garcia | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JUAN GRAULAU | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
| JUAN GRAULAU | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |

In re The Standard Register Company, et al.
Case No. 15-10541 (BLS)

Page 400 of 846

Case 15-10541-BLS    Doc 352    Exhibit C    Filed 04/27/15    Page 813 of 900
Master Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| TIM LEGG | 2004 GATEWAY LN | | | | COLUMBIA | TN | 38401 | |
| Tim Little | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIM VAUGHAN PRINTING PLUS LLC | 19217 QUAIL RUN DR | | | | LITTLE ROCK | AR | 72210-6936 | |
| TIMBER RIDGE PLUMBING AND H | 1104 S 23RD ST | | | | BISMARCK | ND | 58504 | |
| TIMBERLINE OFFICE SUPPLY | 1074 SOUTH MAIN STREET | | | | CHESHIRE | CT | 06410-3444 | |
| TIMBERTECH LIMITED | WILMINGTON TIMBERTECH | 894 PRAIRIE RD | | | WILMINGTON | OH | 45177-8847 | |
| TIMCO RUBBER PROD INC | PO BOX 35135 | | | | CLEVELAND | OH | 44135-0135 | |
| TIMCO RUBBER PRODUCTS INC | 12300 SPRECHER AVE | | | | CLEVELAND | OH | 44135-5124 | |
| TIME CLOCK SALES AND SERVICE | 2950 AIRWAY AVE D-7 | | | | COSTA MESA | CA | 92626 | |
| TIME IS MONEY | PO BOX 525 | | | | ZELIENOPLE | PA | 16063 | |
| TIME PRODUCTS INTERNATIONAL | PO BOX 97260 | | | | CHICAGO | IL | 60690 | |
| TIME WARNER CABLE | 3140 W ARROWOOD RD | | | | CHARLOTTE | NC | 28273-0001 | |
| TIME WARNER CABLE | 4506 MARGARET WALLACE RD | | | | MATTHEWS | NC | 28105-3734 | |
| TIME WARNER CABLE | 7800 CRESCENT EXECUTIVE DR | | | | CHARLOTTE | NC | 28217-5502 | |
| TIME WARNER CABLE | One Time Warner Center | | | | NEW YORK | NY | 10019-8016 | |
| TIME WARNER CABLE | P O BOX 70872 | | | | CHARLOTTE | NC | 28272-0872 | |
| TIME WARNER CABLE | STE 17 | 7800 CRESCENT EXECUTIVE DR | | | CHARLOTTE | NC | 28217-0112 | |
| TIME WARNER CABLE | P O BOX 11824 | | | | NEWARK | NJ | 07101-8124 | |
| TIME WARNER CABLE | P O BOX 994 | | | | BUFFALO | NY | 14270-0994 | |
| Time Warner Cable Enterprises LLC | Attn: General Counsel | 60 Columbus Circle | | | New York | NY | 10023 | |
| TIME WARNER CABLE SWO DIVISION | P O BOX 1060 | | | | CAROL STREAM | IL | 60132-1060 | |
| TIMECLOCK PLUS | 3322 WEST LOOP 306 | | | | SAN ANTONIO | TX | 76904 | |
| TIMEPLANNER CALENDARS INC | PO BOX 536400 | | | | ATLANTA | GA | 30353-6400 | |
| TIMES MICROWAVE | 358 HALL AVE | | | | WALLINGFORD | CT | 06492-3574 | |
| TIMES PUBLISHING CO | PO BOX 120 | | | | WICHITA FALLS | TX | 76307-0120 | |
| TIMES PUBLISHING CO | TIMES SQ | | | | ERIE | PA | 16534-0001 | |
| Time's Up INC. dba Digispec Visstun CounterPoint | Colleen King | 6355 Sunset Corporate Drive | | | Las Vegas | NV | 89120 | |
| Time's Up Inc. dba Digispec, Visstun, CounterPoint | Colleen King | 6355 Sunset Corporate Drive | | | Las Vegas | NV | 89120 | |
| TIMESDAILY | 219 W TENNESSEE ST | | | | FLORENCE | AL | 35630 | |
| Timmy D. Atcher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy A. Stumph | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy A. Tatman | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy B. Comeans | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY BRONSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy D. McCombs | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy D. Withem | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY E CARLSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy E. Knoll | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY J BASS & JANET L BASS JT TEN | 416 RAINEY AVE | | | | | | | |
| TIMOTHY J D AVIGNON | 171 FISHER RD | | | | | | | |
| Timothy J. Kelly | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy J. McDonald | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy J. McKenzie | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy J. Ness | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY J. Patton | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy K. Neese | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy K. Revell | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY L MILLER | 2735 LA CRESTA DR | | | | BEAVERCREEK | OH | 45431-8766 | |
| TIMOTHY L SCHERTZER | 3924 BUCKINGHAM PARK | | | | JEFFERSON CTY | MO | 65109-6478 | |
| Timothy L Bolduc | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy L. Miller | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY M SHIELDS | 6809 STARDUST | | | | NORTH LAUDERDALE | FL | 33068-3725 | |
| Timothy M. Coughlin | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy M. Hedrich | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy M. O'Connor | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy M. Vandermark | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy McElravy | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TIMOTHY MCKENZIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy Murphy | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Timothy P. Arnold | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re The Standard Register Company, et al.
Case No. 15-10541 (BLS)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Sale Objection Deadline: June 1, 2015 at 4:00 p.m. (ET) (Stalking Horse); June 16, 2015 at 4:00 p.m. (ET) (Successful Bidder)** |
| | **Re: Docket Nos. 23 & 286** |

### NOTICE OF SALE, SALE PROCEDURES, AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On March 12, 2015, The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") their motion (the "Motion")[2] for entry of an order (the "Sale Procedures Order"), (a)(i) scheduling a hearing on approval of the proposed sale of all or substantially all of the Debtors' assets (the "Sale"), free and clear of all liens, claims and encumbrances, pursuant to that certain asset purchase agreement (the "Stalking Horse APA") entered into by and between the Debtors, as sellers, and a group led by an affiliate of Silver Point Capital, L.P. (the "Stalking Horse") (or if the Stalking Horse is not the Successful Bidder, then a modified purchase agreement (the "Purchase Agreement")), and the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Assumed Contracts") to the Stalking Horse (or if the Stalking Horse is not the Successful Bidder, then to the Successful Bidder); (ii) authorizing and approving certain proposed sale procedures (collectively, the "Sale Procedures") in connection with the Sale, certain proposed assumption and assignment procedures (collectively, the "Assumption and Assignment Procedures") for the Assumed Contracts, the Break-Up Fee, the Expense Reimbursement Amount, and the form and manner of notice thereof; and (iii) granting related relief; and (b) an order (the "Sale Order"), (i) authorizing and approving the Stalking Horse APA (or if the Stalking Horse is not the Successful Bidder, then a Purchase Agreement); (ii) authorizing and approving the Sale, free and clear of all liens, claims and encumbrances; (iii) authorizing and approving the assumption and assignment of the Assumed Contracts to the Stalking Horse (or if the Stalking Horse is not the Successful Bidder, then to the Successful Bidder); and (iv) granting related relief.

2.      On April 15, 2015, the Bankruptcy Court entered the Sale Procedures Order [Docket No. 286]. Pursuant to the Sale Procedures Order, in the event that the Debtors timely receive one or more Qualified Bids for the Transferred Assets other than the Stalking Horse's Qualified Bid, the Auction shall be held at the offices of co-counsel to the Debtors, Gibson, Dunn & Crutcher LLP, 200 Park Avenue,

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.  Any summary of the Sale Procedures and the Sale Procedures Order contained herein is qualified in its entirety by the actual terms and conditions thereof.  To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control.

01:16785579.3

New York, NY 10166, on June 15, 2015, beginning at 10:00 a.m. (ET). Only the Stalking Horse and all Qualified Bidders with Qualified Bids, as determined in accordance with the Sale Procedures, shall be entitled to make any subsequent bids at the Auction. A Qualified Bidder, other than the Stalking Horse and the Second Lien Bidders with respect to any credit bid for all or a portion of the obligations under the Prepetition Second Lien Credit Agreement, that desires to make a bid shall deliver a written or electronic copy of its bid to the parties identified in the Sale Procedures so as to be received on or before **June 11, 2015 at 4:00 p.m. (ET)** (the "Bid Deadline") and otherwise comply with the Sale Procedures. **FAILURE TO ABIDE BY THE SALE PROCEDURES MAY RESULT IN A BID FOR THE TRANSFERRED ASSETS TO NOT BE CONSIDERED.** Unless determined otherwise by the Debtors, after consultation with the Consultation Parties, a Bid delivered after the Bid Deadline shall not constitute a Qualified Bid. Any party interested in bidding on the Transferred Assets should contact Lazard Middle Market LLC, 600 Fifth Avenue, Suite 800, New York, New York 10020, Attn: Andrew Torgove.

3.	If no timely Qualified Bids other than the Stalking Horse's Qualified Bid are submitted on or before the Bid Deadline, the Debtors, after consultation with the Consultation Parties (as defined in the Sale Procedures) and counsel to the Official Committee of Unsecured Creditors (the "Committee"), shall not hold an Auction and shall request at the Sale Hearing that the Bankruptcy Court approve the Stalking Horse APA, and the transactions contemplated thereunder, and/or the sale of the Transferred Assets.

4.	The Successful Bid (or if no Qualified Bid other than that of the Stalking Horse is received, then the Stalking Horse APA) will be subject to Bankruptcy Court approval. The hearing (the "Sale Hearing") to approve the Sale to the Successful Bidder (or if no Qualified Bid other than that of the Stalking Horse is received, then to the Stalking Horse), free and clear of all liens, claims and encumbrances or to approve the sale of the Transferred Assets, shall take place on **June 17, 2015 at 10:00 a.m. (ET)**, before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801. The Debtors may, in their sole discretion and after consultation with the Consultation Parties, designate the Back-Up Bid (and the corresponding Back-Up Bidder) to purchase the Transferred Assets, without the need for further order of the Bankruptcy Court and without the need for further notice to any interested parties, in the event that the Successful Bidder does not close the Sale. The Sale Hearing may be adjourned or rescheduled without notice other than by announcement of the adjourned date at the Sale Hearing or notation on any applicable hearing agenda, provided that the Debtors first consult with the Consultation Parties.

5.	**Any objections to the Sale or the relief requested in connection with the Sale (a "Sale Objection") must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, together with proof of service, on or before 4:00 p.m. (ET) on June 1, 2015, with respect to the Sale to the Stalking Horse, and on or before 4:00 p.m. (ET) on June 16, 2015, with respect to the Sale to a Successful Bidder (the "Sale Objection Deadline"); and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon (i) co-counsel to the Debtors: Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Barbara Becker, Esq. and Michael A. Rosenthal, Esq.) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Michael R. Nestor, Esq.); (ii) counsel to the Official Committee of Unsecured Creditors: Lowenstein Sandler LLP, 1251 Avenue of the Americas New York, NY 10020 (Attn: Sharon L. Levine, Esq. and Wojciech F. Jung, Esq.); (iii) counsel the Stalking Horse: Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606 (Attn: Ron Meisler, Esq. and Christopher M. Dressel, Esq.); and (iv) counsel to the Pre-Petition ABL Agent and ABL DIP Agent: Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, Georgia 30303 (Attn: Edward Dobbs, Esq. and James S. Rankin, Jr., Esq., and Richard Layton & Finger, One Rodney Square, 920 North King Street,**

01:16785579.3

Wilmington, DE 19801 (Attn: Mark D. Collins, Esq.). **If a Sale Objection is not filed and served in accordance with the foregoing requirements, the objecting party shall be barred from objecting to the Sale and shall not be heard at the Sale Hearing, and the Bankruptcy Court may enter the Sale Order without further notice to such party.**

6.　　Copies of the Motion, the Sale Procedures, the Sale Procedures Order, and the Stalking Horse APA may be obtained by parties in interest free of charge on PrimeClerk's dedicated webpage related to these chapter 11 cases (cases.primeclerk.com/standardregister). Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated:　April 16, 2015
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ *Maris J. Kandestin*
　　　　　　　　　　　　　　　　　　Michael R. Nestor (No. 3526)
　　　　　　　　　　　　　　　　　　Kara Hammond Coyle (No. 4410)
　　　　　　　　　　　　　　　　　　Maris J. Kandestin (No. 5294)
　　　　　　　　　　　　　　　　　　Andrew L. Magaziner (No. 5426)
　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone:　　(302) 571-6600
　　　　　　　　　　　　　　　　　　Facsimile:　　(302) 571-1253
　　　　　　　　　　　　　　　　　　mnestor@ycst.com
　　　　　　　　　　　　　　　　　　kcoyle@ycst.com
　　　　　　　　　　　　　　　　　　mkandestin@ycst.com
　　　　　　　　　　　　　　　　　　amagaziner@ycst.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Michael A. Rosenthal (NY No. 4697561)
　　　　　　　　　　　　　　　　　　Robert A. Klyman (CA No. 142723)
　　　　　　　　　　　　　　　　　　Samuel A. Newman (CA No. 217042)
　　　　　　　　　　　　　　　　　　Jeremy L. Graves (CO No. 45522)
　　　　　　　　　　　　　　　　　　Sabina Jacobs (CA No. 274829)
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-1512
　　　　　　　　　　　　　　　　　　Telephone: (213) 229-7000
　　　　　　　　　　　　　　　　　　Facsimile: (213) 229-7520
　　　　　　　　　　　　　　　　　　mrosenthal@gibsondunn.com
　　　　　　　　　　　　　　　　　　rklyman@gibsondunn.com
　　　　　　　　　　　　　　　　　　snewman@gibsondunn.com
　　　　　　　　　　　　　　　　　　jgraves@gibsondunn.com
　　　　　　　　　　　　　　　　　　sjacobs@gibsondunn.com

　　　　　　　　　　　　　　　　　　*Counsel to the Debtors and Debtors in Possession*

3

01:16785579.3