IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joyce Arnold, et al., | Case No. 3:17 CV 1381 |
| Plaintiffs, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Taylor Corporation, | |
| Defendant. | |

This Court held a Record Hearing on August 7, 2018. Counsel present: Daniel Bryant and Matthew Bryant for Plaintiffs; Craig Brandt for Defendant. (Court Reporter: Angela Nixon)

Pending before this Court is Defendant's Motion for Judgment on the Pleadings (Doc. 32). Plaintiffs oppose (Doc. 33). Upon careful consideration of the briefs and oral argument, this Court denies the Motion, for the reasons stated on the record. See Transcript for details.

If Plaintiffs wish to file a Second Amended Complaint, they shall do so by **Monday, August 13, 2018**, and Defendant shall Answer by **Monday, August 27, 2018**.

Consistent with the Report of Parties (Doc. 19) and Case Management Conference Order (Doc. 20), this Court adopts the following case deadlines:

EXHIBIT D

Plaintiffs' Expert Disclosures
    Names                        **December 28, 2018**
    Reports                      **January 25, 2019**

Defendant's Expert Disclosures
    Names                        **February 22, 2019**
    Reports                      **March 29, 2019**

Discovery Cut-off
    Liability                     **April 30, 2019**
    Damages                   **April 30, 2019**

New Trial Month          **June 2019**

IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      August 8, 2018