# EXHIBIT E

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                   Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING THE MOTION OF TAYLOR CORPORATION,
PURSUANT TO 11 U.S.C. §§ 105 AND 363, TO ENFORCE THE COURT'S
JUNE 19, 2015, SALE ORDER AND INJUNCTION**

Upon the motion of Taylor Corporation, dated September 5, 2018 (the "Motion"), for entry of an order pursuant to Sections 105(a) and 363 of Title 11 of the United States Code (a) enforcing the Sale Order and Injunction entered by the Court on June 19, 2015 [Docket No. 698]; and (b) directing plaintiffs Tim and Joyce Arnold to cease and desist from pursuing claims against Taylor Corporation, as more fully set forth in the Motion; and due and proper notice of the Motion having been provided; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**THE COURT FINDS AND DETERMINES THAT:**

    1.    The Court has jurisdiction to consider the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and Paragraph 73 of the Sale Order and Injunction.

    2.    The relief requested in the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

3. Venue of the Motion before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The claims and causes of action asserted against Taylor Corporation in Plaintiffs' Lawsuit in the U.S. District Court for the Northern District of Ohio, Western Division, constitute Excluded Liabilities (as defined by the Taylor Corporation Asset Purchase Agreement), that were not assumed by Taylor Corporation under the Taylor Corporation Asset Purchase Agreement and were therefore released, enjoined and barred against Taylor Corporation by the Sale Order and Injunction.

**NOW, THEREFORE, IT IS HEREBY**

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that plaintiffs Tim and Joyce Arnold shall immediately cease and desist from (i) prosecuting the case styled *Tim & Joyce Arnold v. Taylor Corporation,* currently pending in the United States District Court for the Northern District of Ohio, Western Division (Case No. 3:17-cv-01381), against Taylor Corporation and (ii) asserting any additional claims against Taylor Corporation that relate to, arise from or concern the subject matter of the case styled *Tim & Joyce Arnold v. Taylor Corporation,* including, without limitation, the termination of Plaintiffs' employment with The Standard Register Company on July 15, 2015; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
Wilmington, Delaware

                                                                         The Honorable Brendan L. Shannon
                                                                         United States Bankruptcy Judge