IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**CERTIFICATE OF SERVICE**

I, Matthew P. Austria, hereby certify that on the 5th day of September, 2018, a true and correct copy of the foregoing: 1) *Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order and Injunction*; and 2) *Notice of Motion* were served upon the parties listed below in the manner indicated, and electronically on all parties requesting service via ECF notification:

**VIA FIRST CLASS MAIL**
Tim Arnold
Joyce Arnold
661 North Main Street
Celina, Ohio 45822
*Plaintiffs*

**VIA FIRST CLASS MAIL**
Daniel I. Bryant
Bryant Legal, LLC
1457 S. High St.
Columbus, Ohio 43207
*Counsel to Plaintiffs*

**VIA FIRST CLASS MAIL**
Matthew B. Bryant
Bryant Legal, LLC
3450 W. Central Avenue, Suite 370
Toledo, Ohio 43606
*Counsel for Plaintiffs*

**VIA FIRST CLASS MAIL**
Laren E. Knoll
The Knoll Law Firm, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
*Counsel to Plaintiffs*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

- 1 -

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| Christopher Ward | Wojciech F. Jung |
| Justin K. Edelson | Andrew Behlmann |
| Polsinelli PC | Lowenstein Sandler LLP |
| 222 Delaware Avenue | 65 Livingston Avenue |
| Suite 1101 | Roseland, NJ 07068 |
| Wilmington, DE 19801 | *Counsel to Debtors* |
| *Counsel to Debtors* | *Counsel to GUC Trust* |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| Anthony R. Calascibetta | David M. Fournier |
| EisnerAmper LLP | John Henry Schanne II |
| 111 Wood Avenue South | Pepper Hamilton LLP |
| Iselin, NJ 08830-2700 | Hercules Plaza, Suite 5100 |
| *GUC Trustee* | 1313 Market Street |
| | Wilmington, DE 19801 |
| | *Counsel to the Secured Creditor Trust* |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| Mark Kenney | Institutional Client Services |
| Office of the United States Trustee | Wilmington Trust Company |
| 844 King St., Ste. 2207 | Rodney Square North |
| Wilmington, DE 19801 | 1100 North Market Street |
| *United States Trustee District of Delaware* | Wilmington, DE 19890 |
| | *Secured Creditor Trust* |

Dated: September 5, 2018

**AUSTRIA SHRUM LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)