**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

ORIGINAL

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC,[1]<br>        Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>**RE: Docket No. 2340** |

**ORDER TERMINATING ENGAGEMENT OF PRIME CLERK, LLC
AS CLAIMS AND NOTICING AGENT**

Upon the motion (the "Motion")[2] of SRC Liquidation, LLC f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "Debtor"), for entry of an order terminating the engagement of Prime Clerk, LLC, as claims and noticing agent; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    Upon entry of this Order, Prime Clerk, LLC shall, to the extent it has not already done so, fully satisfy and comply with Local Rule 2002(f)(xii) by (a) forwarding to the Clerk an

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

64883560.1

electronic version of all imaged claims; (b) uploading the creditor mailing list into CM/ECF; (c) docketing a Final Claims Register; and (d) boxing and transporting all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docketing a completed SF-135 Form indicating the accession and location numbers of the archived claims.

3. The appointment of Prime Clerk, LLC as the notice and claims agent in the Debtors' bankruptcy cases shall be terminated as of the date of this Order, and Prime Clerk, LLC is released and discharged as claims and noticing agent in the Debtors' bankruptcy cases effective as of the date of this Order and shall bear no further responsibility in the Debtors' bankruptcy cases.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: September 10, 2018

_____
Honorable Judge Brendan L. Shannon
United States Bankruptcy Judge

64883560.1