# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nabeela Ahmad, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 13, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Goldstein & McClinton LLP, Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw, 111 W Washington St, Ste. 1221., Chicago, IL, 60602-3482:

- Debtor's Nineteenth (19th) Omnibus (Substantive) Objection to Claims [Docket No. 2337]

- Motion of the Debtor for an Order Terminating the Engagement of Prime Clerk, LLC as Claims and Noticing Agent [Docket No. 2340]

Dated: September 18, 2018

_____
Nabeela Ahmad

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 18, 2018, by Nabeela Ahmad, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 /22

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 27526