Claim Register
In re SRC Liquidation LLC, et al.
Case No. 15-10541

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Doculynx Inc<br>6041 S Syracuse Way Suite 306<br>Greenwood Village, CO 80111 | 244 | 3/31/2015 | SR Liquidation Holding Company | $11,593.60 | | | $0.00 | | $11,593.60 |
| Whitesell<br>c/o Bill Beck<br>2703 E. Avalon Ave.<br>Muscle Shoals, AL 35662 | 314 | 4/1/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| Business Wire, Inc.<br>101 California ST FL 20<br>San Francisco, CA 94111-5852 | 646 | 4/14/2015 | SR Liquidation Holding Company | $7,064.25 | | | | | $7,064.25 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 932 | 5/21/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 942 | 5/21/2015 | SR Liquidation Holding Company | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 950 | 5/21/2015 | SR Liquidation Holding Company | $0.00 | $0.00 | | | $0.00 | $0.00 |
| Thicklin, Christopher<br>15129 Oak St<br>Dolton, IL 60419 | 1099 | 5/27/2015 | SR Liquidation Holding Company | $4,120.10 | $0.00 | | | | $4,120.10 |
| ICAT LOGISTICS, INC.<br>Attn: Michele Voegele<br>6805 Douglas Legum Drive, 3rd Floor<br>Elkridge, MD 21075 | 1172 | 5/21/2015 | SR Liquidation Holding Company | $35,315.00 | | | | | $35,315.00 |
| AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY<br>1401 West Capitol Avenue, Suite 325<br>Little Rock, AR 72201 | 1220 | 6/1/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| GILDHAUS, WILLIAM<br>4908 Morning Edge Drive<br>Raleigh, NC 27613 | 1525 | 6/8/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| W. W. Grainger<br>Attn: Special Collections Dept<br>7300 N. Melvina Ave. MWX22885446179<br>Niles, IL 60714 | 1759 | 6/9/2015 | SR Liquidation Holding Company | $0.00 | | $0.00 | $0.00 | | $0.00 |
| Liberty Mutual Insurance Co.<br>Attn: Carrie Ayer<br>PO Box 1525, 100 Liberty Way<br>Dover, NH 03820 | 1961 | 6/23/2015 | SR Liquidation Holding Company | | | | $0.00 | | $0.00 |
| W.W. Grainger, Inc.<br>Attn: Special Collections Dept.<br>7300 N. Melvina Ave. MWX22885446179<br>Niles, IL 60714 | 2028 | 6/29/2015 | SR Liquidation Holding Company | $0.00 | | $0.00 | $0.00 | | $0.00 |
| DiNello, Anthony<br>c/o Silver Point Capital, L.P.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | 2216 | 7/8/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |

Claim Register
In re SRC Liquidation LLC, et al.
Case No. 15-10541

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Uline Shipping Supplies<br>PO Box 88741<br>Chicago , IL 60680-1741 | 2261 | 7/8/2015 | SR Liquidation Holding Company | $138,825.34 | | | | | $138,825.34 |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN<br>PO BOX 214<br>TRENTON, NJ 08625-0214 | 2379 | 7/23/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 2419 | 8/11/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 2420 | 8/11/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| PENSION BENEFIT GUARANTY CORPORATION<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005-4026 | 2433 | 8/11/2015 | SR Liquidation Holding Company | $0.00 | | | | | $0.00 |
| Waste Management, Inc.<br>Att: Jacquolyn E. Hatfield-Mills<br>Sr. Bankruptcy Paralegal<br>1001 Fannin Street, Suite. 4000<br>Houston, TX 77002 | 2588 | 1/19/2016 | SR Liquidation Holding Company | | | | | $0.00 | $0.00 |