IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Prime Clerk LLC hereby withdraws the Final Claims Register (Alphabetical). Filed by Prime Clerk. (Attachments: # 1 Final Claims Register (Numeric)) [Docket No. 2352].

Dated: September 28, 2018

Chanel C. Pagan
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).