IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

---

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of L. John Bird, Esquire, formerly of Fox Rothschild LLP, as counsel for New Jersey Business Forms Manufacturing Corporation, Entrust Datacard Corporation, InfoSeal LLC and Satori Software Inc. in the above matter, including electronic noticing.

Dated: October 3, 2018

                                          **FOX ROTHSCHILD LLP**

By:    */s/ Seth A. Niederman*
        Seth A. Niederman (DE No. 4588)
        919 N. Market Street, Suite 300
        Wilmington, DE 19801
        Telephone: (302) 654-7444
        Facsimile: (302) 656-8920
        sniederman@foxrothschild.com