# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                          }        **CASE NUMBER:  15-10541 (BLS)**

}

}

**SRC LIQUIDATION LLC**         }

}

        **DEBTOR.**              }        **CHAPTER 11**

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

**FROM**      7/1/2018     **TO**     9/30/2018

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _Anthony R. Calascibetta_            Date: _10/10/18_

Anthony R. **Calascibetta**
<br>Print Name

Authorized Representative
<br>Title

Wojciech F. Jung, Esq.
<br>Attorney for SRC Liquidation LLC

**Debtor's Address**
<br>**and Phone Number:**

C/O EisnerAmper LLP
<br>111 Wood Ave South
<br>Iselin, NJ, 08830
<br>ATTN: A. CALASCIBETTA
<br>Tel.     732-243-7389

**Attorney's Address**
<br>**and Phone Number:**

Lowenstein Sandler LLP
<br>One Lowenstein Drive
<br>Roseland, NJ 07068

Tel.       973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
<br>1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
<br>2) Initial Filing Requirements
<br>3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## * ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| Estimated Date of Filing the Application for Final Decree: _____ |

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,137,290.25 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 107,512.38 | $ 7,149,131.72 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 61,449.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 0.00 | 30,952.68 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 381,177.93 | $ 3,679,436.51 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | 0.00 | 334,714.98 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims | 0.00 | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 386,052.93 | $ 9,299,721.35 |
| 1. | **CASH (End of Period)** | $ 858,749.70 | $ 858,749.70 |

MONTHLY OPERATING REPORT -                                              ATTACHMENT NO. 3
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
### July 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $665,800.89 | $197,805.80 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks | 0.00 | -1,933.25 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $665,800.89 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
August 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $666,842.67 | $197,551.98 | 0.00 | |
| 2.  ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT: Outstanding Checks | 0.00 | -1,679.43 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $666,842.67 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information / Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter
September 2018

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  Balance per Bank Statement | $662,877.15 | $197,314.31 | 0.00 | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks | 0.00 | -1,441.76 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | $662,877.15 | $195,872.55 | 0.00 | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2136 | 7/16/2018 | Taylor Corporation | Tax Refunds - Various States | 79,627.57 | |
| 2137 | 7/17/2018 | U.S. Trustee | U.S. Trustee Fees for 2nd Qtr 2018 | 4,875.00 | |
| 2138 | 7/18/2018 | EisnerAmper LLP | Professional Fees | 21,253.00 | |
| 2139 | 7/18/2018 | Lowenstein Sandler, LLP | Professional Fees | 20,362.09 | |
| 2140 | 7/18/2018 | Polsinelli PC | Professional Fees | 10,333.80 | |
| 2141 | 7/18/2018 | Prime Clerk LLC | Professional Fees | 25,635.95 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Wire | 7/17/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 220,000.00 | |
| Wire | 9/19/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Rabobank | 3,965.52 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $386,052.93 | |

| | | |
|---|---|---|
| CURRENT PERIOD TOTAL - # 1480 | $0.00 |
| **CURRENT PERIOD DISB - ALL ACCTS** | **$386,052.93** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

# SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 07/31/2018

|  | Jul 31, 18 |
|---|---|
| **Beginning Balance** | 943,738.55 |
| **Cleared Transactions** | |
| Checks and Payments - 8 items | -384,408.26 |
| Deposits and Credits - 2 items | 106,470.60 |
| **Total Cleared Transactions** | -277,937.66 |
| **Cleared Balance** | **665,800.89** |
| **Register Balance as of 07/31/2018** | 665,800.89 |
| **Ending Balance** | 665,800.89 |

1:52 PM

08/13/18

## SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 943,738.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 06/27/2018 | 2135 | Dinsmore and Shoh... | X | -2,320.85 | -2,320.85 |
| Check | 07/16/2018 | 2136 | Taylor Corporation | X | -79,627.57 | -81,948.42 |
| Transfer | 07/17/2018 | | | X | -220,000.00 | -301,948.42 |
| Check | 07/17/2018 | 2137 | U.S. Trustee | X | -4,875.00 | -306,823.42 |
| Bill Pmt -Check | 07/18/2018 | 2141 | Prime Clerk LLC | X | -25,635.95 | -332,459.37 |
| Bill Pmt -Check | 07/18/2018 | 2138 | EisnerAmper LLP | X | -21,253.00 | -353,712.37 |
| Bill Pmt -Check | 07/18/2018 | 2139 | Lowenstein Sandler... | X | -20,362.09 | -374,074.46 |
| Bill Pmt -Check | 07/18/2018 | 2140 | Polsinelli PC | X | -10,333.80 | -384,408.26 |
| Total Checks and Payments | | | | | -384,408.26 | -384,408.26 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 07/05/2018 | | | X | 79,627.57 | 79,627.57 |
| Deposit | 07/06/2018 | | | X | 26,843.03 | 106,470.60 |
| Total Deposits and Credits | | | | | 106,470.60 | 106,470.60 |
| Total Cleared Transactions | | | | | -277,937.66 | -277,937.66 |
| Cleared Balance | | | | | -277,937.66 | 665,800.89 |
| Register Balance as of 07/31/2018 | | | | | -277,937.66 | 665,800.89 |
| **Ending Balance** | | | | | **-277,937.66** | **665,800.89** |

*Signature* | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From July     01, 2018
To    July    31, 2018
Page 1 of 5

00004639  MSIGDDA0801  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for **Important Information**

Primary Account:            1367            7

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
|    1367    MONOGRAM CHECKING | | 943,738.55 | 665,800.89 |
|    RELATIONSHIP | TOTAL | | 665,800.89 |



# Follow these steps to balance your check register.

**1**

**Update your checkbook register.**

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of deposit or credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure; review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017**.

We must hear from you within fourteen calendar days from the delivery of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## In Case of Errors or Questions About an Electronic Transfer Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

We calculate the finance charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Accounts as follows: we apply each day's periodic rate to that day's daily balance to get that day's finance charge. We do this for each day of the billing cycle. We then add together the finance charge we calculated for each day of the billing cycle to get the finance charge for the entire billing cycle. To determine the daily balance for each day of the billing cycle, we take the principal balance at the beginning of that day, add any new advances made that day, and subtract any principal payments made that day.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

rev. October 2010

 SIGNATURE BANK

Statement Period
From July    01, 2018
To  July    31, 2018
Page 2 of 5

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:        1367        7

MONOGRAM CHECKING            1367

Summary

| | | |
|---|---|---|
| Previous Balance as of July    01, 2018 | | 943,738.55 |
| 2 Credits | | 106,470.60 |
| 8 Debits | | 384,408.26 |
| Ending Balance as of    July    31, 2018 | | 665,800.89 |

Deposits and Other Credits
| | | | | |
|---|---|---|---|---|
| Jul 05 | DEPOSIT | ref# | | 79,627.57 |
| Jul 06 | INCOMING WIRE | | | 26,843.03 |
| | REF#  20180706B6B7261F00130107061510FT03 | | | |
| | FROM: ESTATE OF | ABA:  122000496 | | |
| | BANK: | | | |

Withdrawals and Other Debits
| | | | | |
|---|---|---|---|---|
| Jul 17 | TRANSFER DR | TRANSFER DR  0 | | 220,000.00 |
| | TRANSFER TO: | XXXX158542 | | |

Checks by Serial Number
| | | | | | | |
|---|---|---|---|---|---|---|
| Jul 03 | 2135 | 2,320.85 | Jul 23 | 2139 | | 20,362.09 |
| Jul 27 | 2136 | 79,627.57 | Jul 23 | 2140 | | 10,333.80 |
| Jul 24 | 2137 | 4,875.00 | Jul 31 | 2141 | | 25,635.95 |
| Jul 19 | 2138 | 21,253.00 | | | | |

Daily Balances
| | | | | |
|---|---|---|---|---|
| Jun 30 | 943,738.55 | | Jul 19 | 806,635.30 |
| Jul 03 | 941,417.70 | | Jul 23 | 775,939.41 |
| Jul 05 | 1,021,045.27 | | Jul 24 | 771,064.41 |
| Jul 06 | 1,047,888.30 | | Jul 27 | 691,436.84 |
| Jul 17 | 827,888.30 | | Jul 31 | 665,800.89 |



SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:      1367        7

Rates for this statement period - Overdraft
Jul 01, 2018   14.750000 %

SIGNATURE BANK

PAGE 4 OF 5



07/03/18    2135    2,320.85



07/24/18    2137    4,875.00



07/27/18    2136    79,627.57



07/19/18    2138    21,253.00

SIGNATURE BANK







07/23/18    2139    20,362.09

07/31/18    2141    25,635.95





07/23/18    2140    10,333.80

4:17 PM

09/24/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---|
| **Beginning Balance** | 665,800.89 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 item** | 1,041.78 |
| **Total Cleared Transactions** | 1,041.78 |
| **Cleared Balance** | **666,842.67** |
| **Register Balance as of 08/31/2018** | 666,842.67 |
| **Ending Balance** | 666,842.67 |

4:17 PM
09/24/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 08/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 665,800.89 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/03/2018 | | | X | 1,041.78 | 1,041.78 |
| Total Deposits and Credits | | | | | 1,041.78 | 1,041.78 |
| Total Cleared Transactions | | | | | 1,041.78 | 1,041.78 |
| Cleared Balance | | | | | 1,041.78 | 666,842.67 |
| Register Balance as of 08/31/2018 | | | | | 1,041.78 | 666,842.67 |
| **Ending Balance** | | | | | **1,041.78** | **666,842.67** |



# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From August   01, 2018
To   August   31, 2018
Page 1 of 2

00001325  MSIGDDA0901  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████ 1367          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
| --- | --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 1367     MONOGRAM CHECKING | | 665,800.89 | 666,842.67 |
| RELATIONSHIP | TOTAL | | 666,842.67 |

 SIGNATURE BANK

Statement Period
From August   01, 2018
To   August   31, 2018
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:        367        0

MONOGRAM CHECKING            1367

Summary

Previous Balance as of August    01, 2018                                665,800.89
      1 Credits                                                            1,041.78
Ending Balance as of    August    31, 2018                               666,842.67

Deposits and Other Credits
Aug 03  DEPOSIT          ref#                                             1,041.78

Daily Balances
Jul 31        665,800.89           Aug 03        666,842.67

Rates for this statement period - Overdraft
Aug 01, 2018   14.750000 %



4:13 PM
10/02/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 09/30/2018

|  | Sep 30, 18 |
|---|---|
| **Beginning Balance** | 666,842.67 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -3,965.52 |
| **Total Cleared Transactions** | -3,965.52 |
| **Cleared Balance** | **662,877.15** |
| **Register Balance as of 09/30/2018** | 662,877.15 |
| **New Transactions** | |
| Checks and Payments - 1 item | -1,144.00 |
| **Total New Transactions** | -1,144.00 |
| **Ending Balance** | **661,733.15** |

4:13 PM

10/02/18

# SRC Liquidation LLC
# Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 666,842.67 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Transfer | 09/19/2018 | | | X | -3,965.52 | -3,965.52 |
| Total Checks and Payments | | | | | -3,965.52 | -3,965.52 |
| Total Cleared Transactions | | | | | -3,965.52 | -3,965.52 |
| Cleared Balance | | | | | -3,965.52 | 662,877.15 |
| Register Balance as of 09/30/2018 | | | | | -3,965.52 | 662,877.15 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 10/02/2018 | 2142 | RSM Puerto Rico | | -1,144.00 | -1,144.00 |
| Total Checks and Payments | | | | | -1,144.00 | -1,144.00 |
| Total New Transactions | | | | | -1,144.00 | -1,144.00 |
| **Ending Balance** | | | | | **-5,109.52** | **661,733.15** |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2018
To   September 30, 2018
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                          See Back for Important Information

Primary Account:████████1367              0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1367    MONOGRAM CHECKING | | 666,842.67 | 662,877.15 |
| RELATIONSHIP    TOTAL | | | 662,877.15 |

*Signature* | SIGNATURE BANK

                                  PRIVATE CLIENT GROUP 161
                                  565 FIFTH AVENUE
                                  NEW YORK, NY 10017

          SRC LIQUIDATION LLC                    8-161
          C/O EISNER AMPER LLP
          ATTN: ANTHONY R CALASCIBELLA
          111 WOOD AVENUE SOUTH
          ISELIN, NJ  08830-2700                    See Back for Important Information


                                  Primary Account:██████1367           0


MONOGRAM CHECKING              ████1367


Summary

    Previous Balance as of September 01, 2018                          666,842.67
          1 Debits                                                       3,965.52
    Ending Balance as of    September 30, 2018                          662,877.15


Withdrawals and Other Debits
    Sep 19   OUTGOING WIRE XFER                                           3,965.52
             REF#   20180919B6B7261F000801
             TO:    STANDARD REGISTER CO GUC TRUST     ABA:     ████159
             BANK:  RABO BMS                           ACCT#████3966

Daily Balances
    Aug 31        666,842.67              Sep 19        662,877.15

Rates for this statement period - Overdraft
Sep 27, 2018   15.000000 %
Sep 01, 2018   14.750000 %

1:49 PM

08/13/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 07/31/2018

|  | Jul 31, 18 |
|---|---|
| **Beginning Balance** | 197,805.80 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -491.49 |
| Deposits and Credits - 6 items | 491.49 |
| **Total Cleared Transactions** | 0.00 |
| **Cleared Balance** | **197,805.80** |
| **Uncleared Transactions** | |
| Checks and Payments - 10 items | -1,933.25 |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | -1,933.25 |
| **Register Balance as of 07/31/2018** | **195,872.55** |
| **Ending Balance** | 195,872.55 |

1:49 PM
08/13/18

# SRC Liquidation LLC
# Reconciliation Detail
### 1480 OPERATING 2, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,805.80 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 07/30/2018 | 168R | Ball, Jared | X | -237.67 | -237.67 |
| General Journal | 07/30/2018 | 169R | Havens, Sonya | X | -237.67 | -475.34 |
| General Journal | 07/30/2018 | 167R | Baker, Rachael | X | -16.15 | -491.49 |
| Total Checks and Payments | | | | | -491.49 | -491.49 |
| **Deposits and Credits - 6 items** | | | | | | |
| Bill Pmt -Check | 12/04/2017 | 6502 | Ball, Jared | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6513 | Havens, Sonya | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6501 | Baker, Rachael | X | 0.00 | 0.00 |
| General Journal | 12/04/2017 | 167 | Baker, Rachael | X | 16.15 | 16.15 |
| General Journal | 12/04/2017 | 169 | Havens, Sonya | X | 237.67 | 253.82 |
| General Journal | 12/04/2017 | 168 | Ball, Jared | X | 237.67 | 491.49 |
| Total Deposits and Credits | | | | | 491.49 | 491.49 |
| Total Cleared Transactions | | | | | 0.00 | 0.00 |
| Cleared Balance | | | | | 0.00 | 197,805.80 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,331.63 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,441.76 |
| Bill Pmt -Check | 07/30/2018 | 6533 | Ball, Jared | | -237.67 | -1,679.43 |
| Bill Pmt -Check | 07/30/2018 | 6534 | Havens, Sonya | | -237.67 | -1,917.10 |
| Bill Pmt -Check | 07/30/2018 | 6532 | Baker, Rachael | | -16.15 | -1,933.25 |
| Total Checks and Payments | | | | | -1,933.25 | -1,933.25 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,933.25 | -1,933.25 |
| Register Balance as of 07/31/2018 | | | | | -1,933.25 | 195,872.55 |
| **Ending Balance** | | | | | **-1,933.25** | **195,872.55** |

SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From July      01, 2018
To  July      31, 2018
Page 1 of 2

00001710  MSIGDDA0801  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account:          1480        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1480     MONOGRAM CHECKING | | 197,805.80 | 197,805.80 |
| RELATIONSHIP    TOTAL | | | 197,805.80 |



*Signature* | SIGNATURE BANK

Statement Period
From July    01, 2018
To   July    31, 2018
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ████ 1480      0

MONOGRAM CHECKING      ████ ✗ 1480

Summary

Previous Balance as of July    01, 2018                          197,805.80
There was no deposit activity during this statement period
Ending Balance as of   July    31, 2018                          197,805.80

Rates for this statement period - Overdraft
Jul 01, 2018   14.750000 %



3:03 PM
09/24/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---|
| **Beginning Balance** | 197,805.80 |
| **Cleared Transactions** | |
| **Checks and Payments - 2 items** | -253.82 |
| **Total Cleared Transactions** | -253.82 |
| **Cleared Balance** | **197,551.98** |
| **Uncleared Transactions** | |
| **Checks and Payments - 8 items** | -1,679.43 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -1,679.43 |
| **Register Balance as of 08/31/2018** | **195,872.55** |
| **Ending Balance** | 195,872.55 |

3:03 PM

09/24/18

# SRC Liquidation LLC
# Reconciliation Detail
### 1480 OPERATING 2, Period Ending 08/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 197,805.80 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Bill Pmt -Check | 07/30/2018 | 6533 | Ball, Jared | X | -237.67 | -237.67 |
| Bill Pmt -Check | 07/30/2018 | 6532 | Baker, Rachael | X | -16.15 | -253.82 |
| Total Checks and Payments | | | | | -253.82 | -253.82 |
| Total Cleared Transactions | | | | | -253.82 | -253.82 |
| Cleared Balance | | | | | -253.82 | 197,551.98 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,331.63 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,441.76 |
| Bill Pmt -Check | 07/30/2018 | 6534 | Havens, Sonya | | -237.67 | -1,679.43 |
| Total Checks and Payments | | | | | -1,679.43 | -1,679.43 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,679.43 | -1,679.43 |
| Register Balance as of 08/31/2018 | | | | | -1,933.25 | 195,872.55 |
| **Ending Balance** | | | | | **-1,933.25** | **195,872.55** |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From August  01, 2018
To  August  31, 2018
Page 1 of 3

00004556  MSIGDDA0901  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: █████1480          2

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| █████1480    MONOGRAM CHECKING | | 197,805.80 | 197,551.98 |
| RELATIONSHIP | TOTAL | | 197,551.98 |



 SIGNATURE BANK

Statement Period
From August   01, 2018
To   August   31, 2018
Page 2 of 3

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account:         480        2

MONOGRAM CHECKING                    1480

Summary

Previous Balance as of August   01, 2018                          197,805.80
        2 Debits                                                     253.82
Ending Balance as of   August   31, 2018                          197,551.98

Checks by Serial Number
Aug 09      6532               16.15   Aug 10      6533          237.67

Daily Balances
Jul 31      197,805.80                  Aug 10    197,551.98
Aug 09      197,789.65

Rates for this statement period - Overdraft
Aug 01, 2018   14.750000 %



 SIGNATURE BANK

PAGE 3 OF 3






08/09/18    6532    16.15                    08/10/18    6533    237.67



4:16 PM
10/02/18

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 09/30/2018

|  | Sep 30, 18 |
|---|---|
| **Beginning Balance** | 197,551.98 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -237.67 |
| **Total Cleared Transactions** | -237.67 |
| **Cleared Balance** | **197,314.31** |
| **Uncleared Transactions** | |
| **Checks and Payments - 7 items** | -1,441.76 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -1,441.76 |
| **Register Balance as of 09/30/2018** | **195,872.55** |
| **Ending Balance** | 195,872.55 |

4:16 PM

10/02/18

# SRC Liquidation LLC
# Reconciliation Detail
### 1480 OPERATING 2, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,551.98 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 07/30/2018 | 6534 | Havens, Sonya | X | -237.67 | -237.67 |
| Total Checks and Payments | | | | | -237.67 | -237.67 |
| Total Cleared Transactions | | | | | -237.67 | -237.67 |
| Cleared Balance | | | | | -237.67 | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | | -14.00 | -14.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | | -452.34 | -466.34 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | | -260.75 | -727.09 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | | -237.67 | -964.76 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | | -237.67 | -1,202.43 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | | -129.20 | -1,331.63 |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -1,441.76 |
| Total Checks and Payments | | | | | -1,441.76 | -1,441.76 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,441.76 | -1,441.76 |
| Register Balance as of 09/30/2018 | | | | | -1,679.43 | 195,872.55 |
| **Ending Balance** | | | | | **-1,679.43** | **195,872.55** |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                              From September 01, 2018
                              To    September 30, 2018
                              Page     1 of     2

                              PRIVATE CLIENT GROUP 161
                              565 FIFTH AVENUE
                              NEW YORK, NY 10017
```

```
SRC LIQUIDATION LLC                    9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                      See Back for Important Information
```

```
                                  Primary Account:▮▮▮▮▮1480          1
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮1480    MONOGRAM CHECKING | | 197,551.98 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |

*Signature* | SIGNATURE BANK

```
                                              Statement Period
                                          From September 01, 2018
                                          To    September 30, 2018
                                          Page    2 of    2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


          SRC LIQUIDATION LLC                 9-161
          C/O EISNER AMPER LLP
          ATTN: ANTHONY R CALASCIBELLA
          111 WOOD AVENUE SOUTH
          ISELIN, NJ  08830-2700                  See Back for Important Information


                                       Primary Account:▇▇▇▇1480          1


MONOGRAM CHECKING              ▇▇▇▇1480


Summary

    Previous Balance as of September 01, 2018                          197,551.98
          1 Debits                                                        237.67
    Ending Balance as of    September 30, 2018                          197,314.31


Checks by Serial Number
   Sep 04      6534              237.67

Daily Balances
   Aug 31        197,551.98          Sep 04        197,314.31

Rates for this statement period - Overdraft
Sep 27, 2018   15.000000 %
Sep 01, 2018   14.750000 %
```