| **RECORDS TRANSMITTAL AND RECEIPT** | | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | | Page 1 |
|---|---|---|---|---|
| **1. TO** (Complete the address for the appropriate Records Center serving your area)<br>FRC - Philadelphia<br>Facility - 01<br>14700 TOWNSEND ROAD<br>PHILADELPHIA, PA, 19154 | | | **5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address) | |
| As shown in FPMR 101-11.410-1 ▶ | | | **Customer Reference Number: N/A**<br>U.S. Courts<br>578, United States Bankruptcy Courts<br><br>**U.S. BANKRUPTCY COURT**<br>**DISTRICT OF DELAWARE**<br>**824 N. MARKET STREET, 3RD FLOOR**<br>**WILMINGTON, DE 19801**<br><br>**PRIME CLERK LLC**<br>**830 THIRD AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10022** | |
| **2. AGENCY TRANSFER AUTHORIZATION** | TRANSFERRING AGENCY OFFICIAL(Signature and Title)<br>BONNIE ANEMONE | DATE<br>10/10/2018 | | |
| **3. AGENCY CONTACT** | TRANSFERRING AGENCY LIASION OFFICIAL<br>(Name,Office and Telephone No.)<br>BONNIE ANEMONE<br>U.S. Courts<br>Phone (302)252-2542 | | | |
| **4. RECORDS CENTER RECEIPT** | RECORDS RECEIVED BY (Signature and Title)<br>FRC - Philadelphia | DATE | | |

**6.**                                                  **RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2019 | 0006 | 26 | 26 | ^ UW - SRC LIQUIDATION, LLC CASE NO. 15-10541(BLS) ORIGINAL CLAIMS 1-2643 | No Restrictions | DC2/A15A | 01/01/2039 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date:<br>03/01/2015 | Security Classification:<br>Unclassified | Disposition Code: Temporary<br>Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date:<br>08/30/2017 | Security Level:<br>Std Records-Std Storage | Disposition Citation: DC2/A15A | | | |

PT-578-2019-0006                                   10-10-18

| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | PAGE 1 OF 2 |
|---|---|---|

| 1 TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)<br>Philadelphia Federal Records Center<br>14470 Townsend Road<br>Philadelphia, PA 19154 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)<br>U.S. Bankruptcy Court<br>District of Delaware<br>824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801<br><br>Prime Clerk LLC<br>830 Third Avenue, 3rd Floor<br>New York, NY 10022 |
|---|---|---|
| 2 AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)<br>**Bonnie Anemone, Operations Manager** | DATE<br>10/09/2018 |
| 3 AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)<br>U.S. Courts, 302-252-2542 | |
| 4 RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

Fold Line

### 6 RECORDS DATA

| ACCESSION NUMBER ||| VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 578 | 19 | 0006 | 26 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | UW-UW-SRC Liquidation, LLC<br>Case No. 15-10541(BLS)<br>Original Claims<br>1-87<br>88-147<br>148-227<br>228-315<br>316-413<br>414-502<br>503-585<br>586-677<br>678-765<br>766-920<br>921-1144<br>1145-1383<br>1384-1399<br>1400-1497<br>1498-1510 | n | N1-021-086-1, Item 15a | ~~11/2038~~<br><br>DC2/A15A<br><br>1/1/2039 | | | | |

| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | PAGE 2 OF 2 |
|---|---|---|

| 1 | TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)<br>Philadelphia Federal Records Center<br>14470 Townsend Road<br>Philadelphia, PA 19154 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)<br>U.S. Bankruptcy Court<br>District of Delaware<br>824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801<br><br>Prime Clerk LLC<br>830 Third Avenue,<br>3rd Floor<br>New York, NY 10022 |
|---|---|---|---|
| 2 | AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)<br>**Bonnie Anemone, Operations Manager** | DATE<br>10/09/2018 |
| 3 | AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)<br>U.S. Courts, 302-252-2542 | |
| 4 | RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

Fold Line ⬇

### 6    RECORDS DATA

| ACCESSION NUMBER ||| VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 578 | 19 | 0006 | | 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 1511-1599<br>1600-1684<br>1685-1774<br>1775-1779<br>1780-1799<br>1800-1901<br>1902-1999<br>2000-2143<br>2144-2363<br>2364-2570<br>2571-2643<br><br>Inclusive Start date:<br>03/01/2015<br><br>Inclusive End Date:<br>0830/2017 | n | N1-021-086-1, Item 15a<br><br>DC2/A15A | ~~11/2038~~<br><br>1/1/2039 | | | | |

## RECORDS BOX MANIFEST/FILE LIST

This form is required for records going to the Federal Records Centers (FRC) and/or to an off-site Files Storage location. Place the completed and consolidate form(s) in both the first and last box.

| Box Number | Item Number | Description of File, Folder, or Record | Date Range (1950-1960) |
|---|---|---|---|
| 1 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 2 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 3 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 4 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 5 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 6 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 7 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 8 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 9 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 10 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 11 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 12 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 13 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 14 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 15 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 16 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 17 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 18 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 19 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 20 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 21 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 22 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 23 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 24 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 25 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |
| 26 |  | Original Claims filed in Chapter 11 Case | 2015-2017 |