IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Craig A. Brandt an attorney with Snyder & Brandt, P.A., to represent Taylor Corporation in this action.

Date: October 5, 2018
Wilmington, Delaware

/s/ Matthew P. Austria
Matthew P. Austria (DE #4827)
Austria Shrum LLC
1201 N. Orange Street, Suite 502
Wilmington, DE 19801
Telephone: (302) 521-5197
Email: maustria@austriashrum.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: October 5, 2018

/s/ Craig A. Brandt
Craig A. Brandt
Snyder & Brandt, P.A.
Canadian Pacific Plaza
120 South Sixth Street, Suite 2550
Minneapolis, MN 55402
Telephone: (612) 787-3100
Email: craig.brandt@snyderattorneys.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 16th, 2018
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE