IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>                   Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON OCTOBER 24, 2018 AT 10:30 A.M. (ET)

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED MATTER**

1. Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order and Injunction [Docket No. 2344; Filed: 9/5/2018]

   Objection Deadline: September 19, 2018 at 4:00 p.m. [Tim and Joyce Arnold were granted an extension to respond until October 26, 2018]

   Related Document(s): None at this time.

   Response(s) Received: Informal comments from Tim and Joyce Arnold

   Status: This matter has been adjourned to November 14, 2018 at 10:30 a.m.

Dated: October 18, 2018
       Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

    *-and-*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

65718664.1

2

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*