**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| SRC LIQUIDATION LLC, | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtor. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that undersigned counsel, with the address and contact information listed below, should be substituted for Mark S. Kenney, Esq. as counsel of record for the United States Trustee for Region 3 in the above-captioned case, and should be added to all service lists, including the Court's electronic notification list, in the above-captioned case:

> Juliet Sarkessian, Esq.
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801
> Telephone: (302) 573-6491
> Email:  Juliet.M.Sarkessian@usdoj.gov

> Respectfully submitted,

> **ANDREW R. VARA
> ACTING UNITED STATES TRUSTEE
> Region 3**

Dated: October 24, 2018     **BY:**  */s/ Juliet Sarkessian*
                                                           Juliet Sarkessian, Esq.
                                                           Trial Attorney
                                                           Office of the United States Trustee
                                                           J. Caleb Boggs Federal Building
                                                           844 King Street, Suite 2207, Lockbox 35
                                                           Wilmington, DE 19801
                                                           (302) 573-6491
                                                           (302) 573-6497 (Fax)
                                                           Juliet.M.Sarkessian@usdoj.gov