UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On October 18, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/18/2018 | 2360 | HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. Filed by SRC Liquidation, LLC. Hearing scheduled for 10/24/2018 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Edelson, Justin) (Entered: 10/18/2018) |

x _____
**Gene Matthews**

Dated: October 26, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

# EXHIBIT A

Kendra K Bader
Ask LLP
2600 Eagan Woods Dr
Suite 400
St Paul, MN 55121

GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
Phillip Bohl
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

SNYDER & BRANDT, P.A.
Craig A. Brandt
Canadian Pacific Plaza, Suite 2550
120 South Sixth Street
Minneapolis, MN 55402

Matthew P. Austria
AUSTRIA SHRUM LLC
One Commerce Center
1201 N. Orange Street, Suite 502
Wilmington, DE 19801

Tim Arnold
Joyce Arnold
661 North Main Street
Celina, Ohio 45822

Daniel I. Bryant
Bryant Legal, LLC
1457 S. High St.
Columbus, Ohio 43207

Matthew B. Bryant
Bryant Legal, LLC
3450 W. Central Avenue, Suite 370
Toledo, Ohio 43606

Laren E. Knoll
The Knoll Law Firm, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017

Wojciech F. Jung
Andrew Behlmann
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Anthony R. Calascibetta
EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830-2700

David M. Fournier
John Henry Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

Mark Kenney
Office of the United States Trustee
844 King St., Ste. 2207
Wilmington, DE 19801

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Justin R. Alberto
Bayard, P.A.
600 North King Street
Suite 400
P.O. Box 25130
Wilmington, DE 19899