**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**CERTIFICATE OF SERVICE**

      I, Matthew P. Austria, hereby certify that on the 8th day of November, 2018, a true and correct copy of the foregoing *Reply of Taylor Corporation to Objection of Tim and Joyce Arnold to the Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order And Injunction* was served upon the parties listed below in the manner indicated, and electronically on all parties requesting service in this matter via ECF notification:

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|
| Tim Arnold<br>Joyce Arnold<br>661 North Main Street<br>Celina, Ohio 45822<br>*Plaintiffs* | Christopher D. Loizides<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Email: loizides@loizides.com<br>*Counsel to Tim and Joyce Arnold* |
| **VIA FIRST CLASS MAIL AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
| Matthew B. Bryant<br>Bryant Legal, LLC<br>3450 W. Central Avenue, Suite 370<br>Toledo, Ohio 43606<br>Email: Mbryant@BryantLegalLLC.com<br>*Counsel for Plaintiffs* | Laren E. Knoll<br>The Knoll Law Firm, LLC<br>7240 Muirfield Drive, Suite 120<br>Dublin, Ohio 43017<br>Email: lknoll@knolllaw.com<br>*Counsel to Plaintiffs* |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Christopher Ward<br>Justin K. Edelson<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br>*Counsel to Debtors* | **VIA FIRST CLASS MAIL**<br>Wojciech F. Jung<br>Andrew Behlmann<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>*Counsel to Debtors*<br>*Counsel to GUC Trust* |
| **VIA FIRST CLASS MAIL**<br>Anthony R. Calascibetta<br>EisnerAmper LLP<br>111 Wood Avenue South<br>Iselin,NJ 08830-2700<br>*GUC Trustee* | **VIA FIRST CLASS MAIL**<br>David M. Fournier<br>John Henry Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801<br>*Counsel to the Secured Creditor Trust* |
| **VIA FIRST CLASS MAIL**<br>Juliet Sarkessian, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King St., Ste. 2207, Lockbox 35<br>Wilmington, DE 19801<br>*United States Trustee District of Delaware* | **VIA FIRST CLASS MAIL**<br>Institutional Client Services<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890<br>*Secured Creditor Trust* |

**VIA FIRST CLASS MAIL AND EMAIL**
Daniel I. Bryant
Bryant Legal, LLC
1457 S. High St.
Columbus, Ohio 43207
Email: Dbryant@BryantLegalLLc.com
*Counsel to Plaintiffs*


Dated: November 8, 2018

                                **AUSTRIA SHRUM LLC**

                                */s/ Matthew P. Austria*
                                Matthew P. Austria (DE No. 4827)