## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTER SCHEDULED
### FOR HEARING ON NOVEMBER 14, 2018 AT 10:30 A.M. (ET)

### CONTESTED MATTER GOING FORWARD

1.      Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order and Injunction [Docket No. 2344; Filed: 9/5/2018]

Objection Deadline:            September 19, 2018 at 4:00 p.m. [Tim and Joyce Arnold were granted an extension to respond until October 29, 2018]

Related Document(s):            None at this time.

Response(s) Received:

a)      Objection of Tim and Joyce Arnold to the Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order and Injunction [Docket No. 2363; Filed: 10/29/2018]

b)      Reply of Taylor Corporation to Objection of Tim and Joyce Arnold to the Motion of Taylor Corporation Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce the Court's June 19, 2015 Sale Order And Injunction [Docket No. 2364; Filed: 11/8/2018]

Status:            This matter will go forward.

Dated: November 9, 2018            Respectfully submitted,
Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

*-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Counsel to SRC Liquidation, LLC*

66036347.1