IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>Re: Docket No. 2344 |

### ORDER

Upon consideration of the Motion to Enforce the Sale Order and Injunction filed by Taylor Corporation [Docket No. 2344] (the "Motion"); the Objection filed by Tim and Joyce Arnold [Docket No. 2363]; the Reply to the Objection [Docket No. 2364]; the Court having held a hearing on the matter on November 14, 2018; it is hereby

ORDERED, that the Motion is DENIED for reasons stated on the record.

Dated:   November 14, 2018
         Wilmington, Delaware

_____
Brendan Linehan Shannon
United States Bankruptcy Judge

1