# SIGN-IN SHEET

Courtroom No.1 - Judge Shannon

Date: November 14, 2018

Case Name: SRC Liquidation LLC.

Case No.: 15-10541

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Loizides | Loizides, P.A. | Timothy and Joyce Arnold |
| Matthew Austin | Austria Shrum LLC | Taylor Corporation |
| Craig Brandt | Austria Shrum LLC | Taylor Corporation |
| Josh Ellen | Polsinelli | SRC Liquidation |