# **EXHIBIT A**

# **Proposed Order**

#51263894 v1

-2-

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | **Re: D.I.** _____ |

## ORDER EXTENDING THE TERM OF THE SRC SECURED CREDITOR TRUST

UPON THE MOTION of the SRC Secured Creditor Trust (the "Secured Creditor Trust") for entry of an order extending the term of the Secured Creditor Trust (the "Motion"),[2] and the Court having considered the Motion and all related filings, and this Court possessing jurisdiction over this matter, and venue being proper, and notice of the Motion having been sufficient, and upon the record herein; and after due deliberation thereon; and the Court finding that a final distribution has not been made by the Secured Creditor Trust and that the Termination Date therefore has not yet occurred; and extension of the Termination Date being found necessary to facilitate and complete the recovery, liquidation and distribution of the Trust Assets; and that extension is therefore mandatory, and good and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

#51263894 v1

-3-

2. The Termination Date for the Secured Creditor Trust is hereby extended through and including December 31, 2019, without prejudice to the Trustee's right to seek further extensions of the Termination Date on behalf of the Secured Creditor Trust.

3. The Secured Creditor Trust is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____, 2019
      Wilmington, Delaware

                                              THE HONORABLE BRENDAN L. SHANNON
                                              UNITED STATES BANKRUPTCY JUDGE

**#51263894 v1**