# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, as counsel to the above-captioned SRC Secured Creditor Trust, certify that the below *Motion of The SRC Secured Creditor Trust for Entry of An Order Extending the Term of the Trust* was served by First Class Mail on the Master Service List, attached hereto as **Exhibit A**.

- *Motion of the SRC Secured Creditor Trust for Entry of An Order Extending the Term of the Trust*

Dated: December 18, 2018  **PEPPER HAMILTON LLP**
Wilmington, Delaware

*/s/ John H. Schanne, II*
John H. Schanne II (DE No. 5260)

#49324724 v1

# EXHIBIT A

| | |
|---|---|
| EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | Goldstein & McClinton LLLP<br>Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 |
| Goldstein & McClinton LLLP<br>Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | Lane Powell PC<br>Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle WA 98111-9402 |
| Lowenstein Sandler LLP<br>Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | McKinsey Recovery & Transformation Services U.S., LLC<br>Attn: Kevin Carmody and Mark W. Hojnacki<br>55 East 52nd Street<br>New York NY 10055 |
| Montgomery, McCracken, Walker & Rhodes, LLP<br>Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington DE 19801 | Office of the United States Trustee<br>Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 |
| Pepper Hamilton LLP<br>Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | Polsinelli PC<br>Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 |
| Prime Clerk LLC<br>Attn: David Malo<br>830 3rd Ave., FL. 9<br>New York NY 10022 | The Standard Register<br>600 Albany Street<br>Dayton OH 45417 |
| Wilmington Trust Company<br>Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 |