IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. 2374** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF SRC LIQUIDATION, LLC FOR AN ORDER FURTHER EXTENDING THE CLAIM OBJECTION DEADLINE**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *Motion of SRC Liquidation, LLC for an Order Further Extending the Claim Objection Deadline* [Docket No. 2374] (the "**Motion**") filed on December 13, 2018. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than December 27, 2018 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order filed with the Motion be entered at the earliest convenience of the Court.

*[signature page follows]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

66635996.1

Dated: December 28, 2018  Respectfully submitted,
       Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**

Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

 -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*