# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **Re: Docket No. 2374** |

## ORDER GRANTING MOTION OF SRC LIQUIDATION, LLC FOR ORDER FURTHER EXTENDING CLAIM OBJECTION DEADLINE

Upon the motion (the "Motion") of SRC Liquidation, LLC *f/k/a* The Standard Register Company for an order further extending the deadline by which parties may object to claims (the "Claim Objection Deadline")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other notice need be provided; and such relief being in the best interest of the Debtors, their estates, and creditors; and the Court having considered all papers submitted; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED** as set forth herein.

2. The Claim Objection Deadline, as set forth in the Plan and Confirmation Order, is hereby extended through and including June 14, 2019, without any prejudice to any request for a further extension.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Plan.

3. This Court shall retain jurisdiction over any matters related to, or arising from, the implementation of this Order.

Dated: January 3, 2019

_____
The Honorable Brendan Linehan Shannon
United States Bankruptcy Judge