# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                          }        CASE NUMBER:  15-10541 (BLS)
                                                }
                                                }
SRC LIQUIDATION LLC                             }
                                                }
DEBTOR.                                         }        CHAPTER 11

---

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM        ___10/1/2018___    TO    ___12/31/2018___

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____          Date: ___1/09/19___

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.    732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.        973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

## \* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to
the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | **SRC Liquidation LLC** |
| **Case Number:** | **15-10541 (BLS)** |
| **Date of Plan Confirmation: November 19, 2015** | |
| **Plan Effective Date: December 18, 2015** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | **Quarterly** | **Post Confirmation Total** |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 858,749.70 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 9,603.64 | $ 7,158,735.36 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 66,324.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 0.00 | 30,952.68 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 292,490.62 | $ 3,971,927.13 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | -1,331.63 | 333,383.35 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims | 0.00 | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 296,033.99 | $ 9,595,755.34 |
| 1. | **CASH (End of Period)** | $ 572,319.35 | $ 572,319.35 |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**October 2018**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| **Account Number:** | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| **Purpose of Account (Operating/Payroll/Tax)** | OPERATING | OPERATING | OPERATING | |
| **Type of Account (e.g. checking)** | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. **Balance per Bank Statement** | $374,813.28 | $197,314.31 | 0.00 | |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | -110.13 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $374,813.28 | $197,204.18 | 0.00 | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**November 2018**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. **Balance per Bank Statement** | $375,016.17 | $197,314.31 | 0.00 | |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | -110.13 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $375,016.17 | $197,204.18 | 0.00 | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**December 2018**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1.  **Balance per Bank Statement** | $375,115.17 | $197,314.31 | 0.00 | |
| 2.  **ADD**:  Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT**:  Outstanding Checks | 0.00 | -110.13 | 0.00 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | $375,115.17 | $197,204.18 | 0.00 | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information  Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2142 | | RSM Puerto Rico | Professional Fees | 1,144.00 | |
| 2143 | | EisnerAmper LLP | Professional Fees | 14,996.00 | |
| 2144 | | Lowenstein Sandler, LLP | Professional Fees | 38,831.70 | |
| 2145 | | Polsinelli PC | Professional Fees | 14,804.70 | |
| 2146 | | Prime Clerk LLC | Professional Fees | 21,350.35 | |
| 2147 | | U.S. Trustee | U.S. Trustee Fees for 3rd Qtr 2018 | 4,875.00 | |
| 2148 | | Prime Clerk LLC | Professional Fees | 6,363.87 | |
| | | | | | |
| | | | | | |
| | | | | | |
| Wire | 10/9/2018 | Transfer to SRC GUC Trust Bank | Transfer to SRC GUC Trust - Signature | 195,000.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $297,365.62 | |

| | |
|---|---|
| CURRENT PERIOD TOTAL - # 1480 | ($1,331.63) |

| | |
|---|---|
| **CURRENT PERIOD DISB - ALL ACCTS** | **$296,033.99** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10/8/2018 | Liliena L. Filimoeatu | Voided Stale Dated Check# 6509 dated 12/4/2017 | -237.67 |
| | 10/8/2018 | N.C. Department of Revenue | Voided Stale Dated Check# 6498 dated 11/2/2017 | -14.00 |
| | 10/8/2018 | Connie L. Robinholt | Voided Stale Dated Check# 6519 dated 12/4/2017 | -237.67 |
| | 10/8/2018 | Steven D. Scherr | Voided Stale Dated Check# 6522 dated 12/4/2017 | -260.75 |
| | 10/8/2018 | Jennifer Wood | Voided Stale Dated Check# 6525 dated 12/4/2017 | -452.34 |
| | 10/8/2018 | Tara M. Hall | Voided Stale Dated Check# 6512 dated 12/4/2017 | -129.20 |
| | | | | |
| | | | CURRENT PERIOD TOTAL | -$1,331.63 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**4:33 PM**

**11/08/18**

## SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 10/31/2018

|  | Oct 31, 18 |
|---|---|
| **Beginning Balance** | 662,877.15 |
| **Cleared Transactions** | |
| **Checks and Payments - 8 items** | -297,365.62 |
| **Deposits and Credits - 1 item** | 9,301.75 |
| **Total Cleared Transactions** | -288,063.87 |
| **Cleared Balance** | **374,813.28** |
| **Register Balance as of 10/31/2018** | 374,813.28 |
| **Ending Balance** | 374,813.28 |

4:33 PM

11/08/18

# SRC Liquidation LLC
# Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 662,877.15 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 10/02/2018 | 2142 | RSM Puerto Rico | X | -1,144.00 | -1,144.00 |
| Transfer | 10/09/2018 | | | X | -195,000.00 | -196,144.00 |
| Bill Pmt -Check | 10/10/2018 | 2144 | Lowenstein Sandler... | X | -38,831.70 | -234,975.70 |
| Bill Pmt -Check | 10/10/2018 | 2146 | Prime Clerk LLC | X | -21,350.35 | -256,326.05 |
| Bill Pmt -Check | 10/10/2018 | 2143 | EisnerAmper LLP | X | -14,996.00 | -271,322.05 |
| Bill Pmt -Check | 10/10/2018 | 2145 | Polsinelli PC | X | -14,804.70 | -286,126.75 |
| Bill Pmt -Check | 10/15/2018 | 2148 | Prime Clerk LLC | X | -6,363.87 | -292,490.62 |
| Bill Pmt -Check | 10/15/2018 | 2147 | U.S. Trustee | X | -4,875.00 | -297,365.62 |
| Total Checks and Payments | | | | | -297,365.62 | -297,365.62 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/04/2018 | | | X | 9,301.75 | 9,301.75 |
| Total Deposits and Credits | | | | | 9,301.75 | 9,301.75 |
| Total Cleared Transactions | | | | | -288,063.87 | -288,063.87 |
| Cleared Balance | | | | | -288,063.87 | 374,813.28 |
| Register Balance as of 10/31/2018 | | | | | -288,063.87 | 374,813.28 |
| **Ending Balance** | | | | | **-288,063.87** | **374,813.28** |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From October  01, 2018
To   October  31, 2018
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                 9-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                   See Back for Important Information

Primary Account: ████1367        7

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1367    MONOGRAM CHECKING | 662,877.15 | 374,813.28 |
| | | |
| RELATIONSHIP    TOTAL | | 374,813.28 |

*Signature* | SIGNATURE BANK

```
                                          Statement Period
                                          From October   01, 2018
                                          To   October  31, 2018
                                          Page    2 of    3

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
        SRC LIQUIDATION LLC                    9-161
        C/O EISNER AMPER LLP
        ATTN: ANTHONY R CALASCIBELLA
        111 WOOD AVENUE SOUTH
        ISELIN, NJ  08830-2700                      See Back for Important Information
```

Primary Account: ████1367        7

MONOGRAM CHECKING          ████1367

### Summary

| | |
|---|---:|
| Previous Balance as of October   01, 2018 | 662,877.15 |
| 1 Credits | 9,301.75 |
| 8 Debits | 297,365.62 |
| Ending Balance as of   October  31, 2018 | 374,813.28 |

### Deposits and Other Credits

| | | |
|---|---|---:|
| Oct 04 | INCOMING WIRE | 9,301.75 |
| | REF#  20181004B6B7261F00138010041455FT03 | |
| | FROM: ESTATE OF           ABA:  122000496 | |
| | BANK: | |

### Withdrawals and Other Debits

| | | | |
|---|---|---|---:|
| Oct 09 | TRANSFER DR     TRANSFER DR  0 | | 195,000.00 |
| | TRANSFER TO:     XXXX158542 | | |

### Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---:|---|---|---:|
| Oct 09 | 2142 | 1,144.00 | Oct 25 | 2146 | 21,350.35 |
| Oct 12 | 2143 | 14,996.00 | Oct 24 | 2147 | 4,875.00 |
| Oct 16 | 2144 | 38,831.70 | Oct 25 | 2148 | 6,363.87 |
| Oct 15 | 2145 | 14,804.70 | | | |

### Daily Balances

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Sep 30 | 662,877.15 | Oct 15 | 446,234.20 |
| Oct 04 | 672,178.90 | Oct 16 | 407,402.50 |
| Oct 09 | 476,034.90 | Oct 24 | 402,527.50 |
| Oct 12 | 461,038.90 | Oct 25 | 374,813.28 |

SIGNATURE BANK

```
                                              Statement  Period
                                       From October   01, 2018
                                       To   October   31, 2018
                                       Page     3 of      3

                                       PRIVATE CLIENT GROUP 161
                                       565 FIFTH AVENUE
                                       NEW YORK, NY 10017


        SRC LIQUIDATION LLC                  9-161
        C/O EISNER AMPER LLP
        ATTN: ANTHONY R CALASCIBELLA
        111 WOOD AVENUE SOUTH
        ISELIN, NJ  08830-2700                   See Back for Important Information


                                       Primary Account: ████1367        7


Rates for this statement period - Overdraft
Oct 01, 2018   15.000000 %
```

# SRC Liquidation LLC
# Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 374,813.28 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 item** | 202.89 |
| **Total Cleared Transactions** | 202.89 |
| **Cleared Balance** | **375,016.17** |
| **Register Balance as of 11/30/2018** | 375,016.17 |
| **New Transactions** | |
| **Deposits and Credits - 1 item** | 99.00 |
| **Total New Transactions** | 99.00 |
| **Ending Balance** | **375,115.17** |

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 374,813.28 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/13/2018 | | | X | 202.89 | 202.89 |
| Total Deposits and Credits | | | | | 202.89 | 202.89 |
| Total Cleared Transactions | | | | | 202.89 | 202.89 |
| **Cleared Balance** | | | | | 202.89 | 375,016.17 |
| Register Balance as of 11/30/2018 | | | | | 202.89 | 375,016.17 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/03/2018 | | | | 99.00 | 99.00 |
| Total Deposits and Credits | | | | | 99.00 | 99.00 |
| Total New Transactions | | | | | 99.00 | 99.00 |
| **Ending Balance** | | | | | **301.89** | **375,115.17** |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From November 01, 2018**
**To   November 30, 2018**
**Page 1 of 2**

00000622  MSIGDDA1201  05  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ███ 1367      **0**

EFFECTIVE DECEMBER 28, 2018, WE HAVE REVISED SIGNATURE BANK'S BUSINESS
BANK ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | | |
| ███1367 | MONOGRAM CHECKING | | 374,813.28 | 375,016.17 |
| | RELATIONSHIP | TOTAL | | 375,016.17 |



# SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: ████1367          0

```
MONOGRAM CHECKING              ████1367
```

### Summary

| | |
|---|---:|
| Previous Balance as of November  01, 2018 | 374,813.28 |
|      1 Credits | 202.89 |
| Ending Balance as of   November  30, 2018 | 375,016.17 |

### Deposits and Other Credits

| | | |
|---|---|---:|
| Nov 13  DEPOSIT | ref# | 202.89 |

### Daily Balances

| Oct 31 | 374,813.28 | Nov 13 | 375,016.17 |
|---|---|---|---|

Rates for this statement period - Overdraft
Nov 01, 2018   15.000000 %



# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 375,016.17 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 item** | 99.00 |
| **Total Cleared Transactions** | 99.00 |
| **Cleared Balance** | **375,115.17** |
| **Register Balance as of 12/31/2018** | 375,115.17 |
| **Ending Balance** | 375,115.17 |

# SRC Liquidation LLC
# Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 375,016.17 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/03/2018 | | | X | 99.00 | 99.00 |
| Total Deposits and Credits | | | | | 99.00 | 99.00 |
| Total Cleared Transactions | | | | | 99.00 | 99.00 |
| Cleared Balance | | | | | 99.00 | 375,115.17 |
| Register Balance as of 12/31/2018 | | | | | 99.00 | 375,115.17 |
| **Ending Balance** | | | | | **99.00** | **375,115.17** |



**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2018
To   December 31, 2018
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                      See Back for Important Information

Primary Account: ████1367        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████1367    MONOGRAM CHECKING | 375,016.17 | 375,115.17 |
| RELATIONSHIP        TOTAL | | 375,115.17 |

*Signature* | SIGNATURE BANK

Statement Period
From December  01, 2018
To   December  31, 2018
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                         See Back for Important Information


Primary Account: ████1367          0


MONOGRAM CHECKING          ████1367


## Summary

| | |
|---|---|
| Previous Balance as of December  01, 2018 | 375,016.17 |
| 1 Credits | 99.00 |
| Ending Balance as of    December  31, 2018 | 375,115.17 |

## Deposits and Other Credits

| | | |
|---|---|---|
| Dec 03 | DEPOSIT        ref# | 99.00 |

## Daily Balances

| | | | | |
|---|---|---|---|---|
| Nov 30 | 375,016.17 | | Dec 03 | 375,115.17 |

## Rates for this statement period - Overdraft

| | |
|---|---|
| Dec 20, 2018 | 15.250000 % |
| Dec 01, 2018 | 15.000000 % |

4:35 PM

11/08/18

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 10/31/2018

|  | Oct 31, 18 |
|---|---|
| **Beginning Balance** | 197,314.31 |
| **Cleared Transactions** | |
| **Checks and Payments - 6 items** | -1,331.63 |
| **Deposits and Credits - 12 items** | 1,331.63 |
| **Total Cleared Transactions** | 0.00 |
| **Cleared Balance** | **197,314.31** |
| **Uncleared Transactions** | |
| **Checks and Payments - 1 item** | -110.13 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| **Register Balance as of 10/31/2018** | **197,204.18** |
| **Ending Balance** | 197,204.18 |

4:35 PM

11/08/18

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| General Journal | 11/02/2017 | 171 | N.C. Department of ... | X | -14.00 | -14.00 |
| General Journal | 12/04/2017 | 174 | Wood, Jennifer | X | -452.34 | -466.34 |
| General Journal | 12/04/2017 | 173 | Scherr, Steven D | X | -260.75 | -727.09 |
| General Journal | 12/04/2017 | 170 | Filimoeatu, Liliena L | X | -237.67 | -964.76 |
| General Journal | 12/04/2017 | 172 | Robinholt, Connie L | X | -237.67 | -1,202.43 |
| General Journal | 12/04/2017 | 175 | Hall, Tara M | X | -129.20 | -1,331.63 |
| Total Checks and Payments | | | | | -1,331.63 | -1,331.63 |
| **Deposits and Credits - 12 items** | | | | | | |
| Bill Pmt -Check | 11/02/2017 | 6498 | N.C. Department of ... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6519 | Robinholt, Connie L | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6512 | Hall, Tara M | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6509 | Filimoeatu, Liliena L | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6522 | Scherr, Steven D | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/04/2017 | 6525 | Wood, Jennifer | X | 0.00 | 0.00 |
| General Journal | 10/08/2018 | 171R | N.C. Department of ... | X | 14.00 | 14.00 |
| General Journal | 10/08/2018 | 175R | Hall, Tara M | X | 129.20 | 143.20 |
| General Journal | 10/08/2018 | 170R | Filimoeatu, Liliena L | X | 237.67 | 380.87 |
| General Journal | 10/08/2018 | 172R | Robinholt, Connie L | X | 237.67 | 618.54 |
| General Journal | 10/08/2018 | 173R | Scherr, Steven D | X | 260.75 | 879.29 |
| General Journal | 10/08/2018 | 174R | Wood, Jennifer | X | 452.34 | 1,331.63 |
| Total Deposits and Credits | | | | | 1,331.63 | 1,331.63 |
| Total Cleared Transactions | | | | | 0.00 | 0.00 |
| Cleared Balance | | | | | 0.00 | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 10/31/2018 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From October   01, 2018
                                        To    October   31, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        SRC LIQUIDATION LLC                  8-161
        C/O EISNER AMPER LLP
        ATTN: ANTHONY R CALASCIBELLA
        111 WOOD AVENUE SOUTH
        ISELIN, NJ  08830-2700                       See Back for Important Information


                                        Primary Account:███████1480        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████1480      MONOGRAM CHECKING | 197,314.31 | 197,314.31 |
| | | |
| RELATIONSHIP      TOTAL | | 197,314.31 |

*Signature* SIGNATURE BANK

Statement Period
From October   01, 2018
To    October   31, 2018
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                      See Back for Important Information

Primary Account: ███1480        0

MONOGRAM CHECKING        ███1480

Summary

  Previous Balance as of October   01, 2018                           197,314.31

  There was no deposit activity during this statement period

  Ending Balance as of    October   31, 2018                          197,314.31

Rates for this statement period - Overdraft
Oct 01, 2018   15.000000 %

12:08 PM

01/07/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 197,314.31 |
| **Cleared Balance** | 197,314.31 |
| **Uncleared Transactions** | |
| **Checks and Payments - 1 item** | -110.13 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| **Register Balance as of 11/30/2018** | **197,204.18** |
| **Ending Balance** | 197,204.18 |

12:08 PM

01/07/19

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 11/30/2018 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |

 SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

Statement Period
From November 01, 2018
To November 30, 2018
Page 1 of 2

00000629 MSIGDDA1201 05 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ████480        0

EFFECTIVE DECEMBER 28, 2018, WE HAVE REVISED SIGNATURE BANK'S BUSINESS
BANK ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1480    MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP    TOTAL | | | 197,314.31 |



 SIGNATURE BANK

Statement Period
From November 01, 2018
To   November 30, 2018
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ██████1480        0

MONOGRAM CHECKING        ██████1480

Summary

Previous Balance as of November  01, 2018                                      197,314.31

There was no deposit activity during this statement period

Ending Balance as of    November  30, 2018                                     197,314.31

Rates for this statement period - Overdraft
Nov 01, 2018   15.000000 %



12:09 PM

01/07/19

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 197,314.31 |
| **Cleared Balance** | 197,314.31 |
| **Uncleared Transactions** |  |
| **Checks and Payments - 1 item** | -110.13 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| **Register Balance as of 12/31/2018** | **197,204.18** |
| **Ending Balance** | 197,204.18 |

# SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 12/31/2018 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2018
To   December 31, 2018
Page   1 of   2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                      8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                    See Back for Important Information

Primary Account: ▉▉▉1480        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▉▉1480    MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP    TOTAL | | | 197,314.31 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                         8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                          See Back for Important Information

Primary Account: ████1480          0

MONOGRAM CHECKING         ████1480

Summary

  Previous Balance as of December  01, 2018                              197,314.31

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2018                             197,314.31

Rates for this statement period - Overdraft
Dec 20, 2018   15.250000 %
Dec 01, 2018   15.000000 %