**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | Related Docket No. 2377 |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION OF THE SRC SECURED CREDITOR TRUST FOR ENTRY OF**
**AN ORDER EXTENDING THE TERM OF THE TRUST**

The undersigned hereby certifies that he has received no formal or informal objection or response to the **Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust** [Docket No. 2377] (the "Motion"), filed and served by the undersigned on December 18, 2018. The undersigned further certifies that he has reviewed the docket in these cases and that no response to the Motion appears thereon. The notice filed with the Motion established a deadline of January 8, 2019 at 4:00 p.m. (Eastern Time) for filing and service of responses to the Motion. Accordingly, the SRC Secured Creditor Trust respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#51499277 v1

-2-

| | |
|---|---|
| Dated:  January 9, 2019<br>　　　Wilmington, DE | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br><u>/s/ John H. Schanne, II</u>　　　　　　　<br>David M. Fournier (DE No. 2812)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE   19899-1709<br>(302) 777-6500<br><br>*Counsel to the SRC Secured Creditor Trust* |