# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Related Docket Nos. 2381 & 2382 |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 10th day of January, 2019, I did cause copies of the following documents to be served upon the parties set forth on the attached service list by first class mail, postage pre-paid:

- *Certificate Of No Objection Regarding the Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust* [Docket No. 2381]; and

- *Order Extending the Term of the SRC Secured Creditor Trust* [Docket No. 2382].

Dated:　January 10, 2019
　　　　　Wilmington, DE

　　　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ John H. Schanne, II
　　　　　　　　　　　　　　　　　　　　　　David M. Fournier (DE No. 2812)
　　　　　　　　　　　　　　　　　　　　　　John H. Schanne, II (DE No. 5260)
　　　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1709
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE　19899-1709
　　　　　　　　　　　　　　　　　　　　　　(302) 777-6500

　　　　　　　　　　　　　　　　　　　　　　*Counsel to the SRC Secured Creditor Trust*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#51502497 v1

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin, NJ  08830-2700

Goldstein & McClinton LLLP
Attn: Marie Aprile Sawczuk
1201 North Orange Street, Suite 7380
Wilmington, DE 19801

Goldstein & McClinton LLLP
Attn:  Thomas R. Fawskes & Brian J. Jackiw
208 South LaSalle Street, Suite 1750
Chicago, IL 60604

Lane Powell PC
Attn:  Gregory Fox & James B. Zack
1420 Fifth Street, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402

Lowenstein Sandler LLP
Attn:  Andrew Behlmann & Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ  07068-0000

McKinsey Recovery & Transformation Services U.S., LLC
Attn: Kevin Carmody & Mark W. Hojnacki
55 East 52nd Street
New York, NY 10055

Montgomery, McCracken, Walker & Rhodes, LLP
Attn: Davis Lee Wright
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Office of the United States Trustee
Attn:  Mark Kenney
844 King St., Ste. 2207
Wilmington, DE  19801

Polsinelli PC
Attn:  Christopher A. Ward & Justin K. Edelson
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Prime Clerk LLC
Attn:  David Malo
830 3rd Ave., FL. 9
New York, NY  10022

The Standard Register
600 Albany Street
Dayton, OH  45417

Wilmington Trust Company
Attn: Institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Loizides, P.A.
Christopher D. Loizides
1225 King Street
Suite 800
Wilmington, DE  19801