IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 16, 2019 AT 9:30 A.M. (ET)

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

**RESOLVED MATTERS**

1. Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2374; Filed: 12/13/2018]

   Objection Deadline:    December 27, 2018 at 4:00 p.m.

   Related Document(s):

   a) Certificate of No Objection Regarding Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2378; Filed: 12/28/2018]

   b) Order Granting Motion of SRC Liquidation, LLC for Order Further Extending Claim Objection Deadline [Docket No. 2379; Entered: 1/3/2019]

   Response(s) Received:    None.

   Status:    An order has been entered. No hearing is necessary.

2. Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust [Docket No. 2377; Filed: 12/18/2018]

   Objection Deadline:    January 8, 2019 at 4:00 p.m.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

66799506.1

<u>Related Document(s)</u>:

a) Certificate of No Objection Regarding Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust [Docket No. 2381; Filed: 12/28/2018]

b) Order Extending the Term of the SRC Secured Creditor Trust [Docket No. 2382; Entered: 1/10/2019]

<u>Response(s) Received</u>:   None.

<u>Status</u>:   An order has been entered.  No hearing is necessary.

Dated: January 11, 2019           Respectfully submitted,
Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

  -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*