# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## REQUEST FOR NO FUTURE NOTICES

Michael F. McGrath appeared in the above-captioned matter as one of the attorneys for Customgraphic Printing Corp., a creditor in this matter, and the undersigned now requests that he no longer receive notices or any papers served or filed in this matter, and that the undersigned be deleted from the mailing matrix.

Dated:  January 14, 2019

>RAVICH MEYER KIRKMAN McGRATH
>NAUMAN & TANSEY,
>A PROFESSIONAL ASSOCIATION
>Michael F. McGrath (MN I.D. 168610)
>150 South Fifth Street, Suite 3450
>Minneapolis, MN  55402
>(612) 332-8511 - Telephone
>(612) 332-8302 – Facsimile
>mfmcgrath@ravichmeyer.com
>
>*Attorney for Customgraphix Printing Corp.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.