UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies provided noticing services in the above-captioned case.

On January 11, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 01/03/2019 | 2379 | Order Granting Motion Of SRC Liquidation, LLC for Order further Extending Claim Objection Deadline (Related Doc # 2374) Order Signed on 1/3/2019. (LH) (Entered: 01/03/2019) |
| 01/11/2019 | 2384 | HEARING CANCELLED. Notice of Agenda of Matters not going forward. The following hearing has been cancelled. Filed by SRC Liquidation, LLC. Hearing scheduled for 1/16/2019 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Edelson, Justin) (Entered: 01/11/2019) |

x _____
**Gene Matthews**

Dated: January 17, 2019

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

# EXHIBIT A

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin NJ 08830-2700

Goldstein & McClinton LLLP
Attn: Maria Aprile Sawczuk
1201 North Orange Street
Suite 7380
Wilmington DE 19801

Goldstein & McClinton LLLP
Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw
208 South LaSalle Street
Suite 1750
Chicago IL 60604

Lane Powell PC
Attn: Gregory Fox, Esq, James B. Zack, Esq.
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle WA 98111-9402

Lowenstein Sandler LLP
Attn: Wojciech F. Jung, Esq. & Andrew Behlmann
65 Livingston Avenue
Roseland NJ 07068

McKinsey Recovery & Transformation Services U.S., LLC
Attn: Kevin Carmody and Mark W. Hojnacki
55 East 52nd Street
New York NY 10055

Montgomery, McCracken, Walker & Rhodes, LLP
Attn: Davis Lee Wright
1105 N. Market Street
15th Floor
Wilmington DE 19801

Office of the United States Trustee
Attn: Mark Kenney
844 King St., Ste. 2207
Wilmington DE 19801

Pepper Hamilton LLP
Attn: David M. Fournier & John Henry Schanne II
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington DE 19801

Polsinelli PC
Attn: Christopher A. Ward, Justin K. Edelson
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

Prime Clerk LLC
Attn: David Malo
830 3rd Ave., FL. 9
New York NY 10022

The Standard Register
600 Albany Street
Dayton OH 45417

Wilmington Trust Company
Attn: Institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington DE 19890

LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street
Suite 800
Wilmington DE 19801