# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**May 15, 2019 at 10:00 a.m. (Eastern Time)**

**June 18, 2019 at 10:30 a.m. (Eastern Time)**

**July 10, 2019 at 10:00 a.m. (Eastern Time)**

**Dated: March 5th, 2019**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

67592801.1