# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
SRC Liquidation, LLC,[1]                        :  Case No. 15-10541 (BLS)
                                                :
           Debtor.                     :
                                                :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for Mar-Bow Value Partners, LLC ("Mar-Bow") and request that all notices and other papers filed or served in the above-captioned case be served upon the following:

| | |
|---|---|
| Steven Rhodes, Esq.<br>STEVEN RHODES CONSULTING, LLC<br>1610 Arborview<br>Ann Arbor, Michigan 48103<br>Telephone:    (734) 646-7406<br>Facsimile:    (734) 665-6915<br>Email:    rhodessw@comcast.net | Sheldon S. Toll, Esq.<br>LAW OFFICES OF SHELDON S. TOLL, PLLC<br>29580 Northwest Highway, Suite 1000<br>Southfield, Michigan 48034<br>Telephone:    (248) 351-5480<br>Facsimile:    (248) 358-2740<br>Email:    sst@lawtoll.com |
| Sean O'Shea, Esq.<br>Michael Petrella, Esq.<br>Amanda Devereux, Esq.<br>CADWALADER, WICKERSHAM &<br>TAFT LLP<br>200 Liberty Street<br>New York, New York 10281<br>Telephone:    (212) 504-5700<br>Facsimile:    (212) 504-6666<br>Email:    sean.oshea@cwt.com<br>    michael.petrella@cwt.com<br>    amanda.devereux@cwt.com | Marc R. Abrams (No. 955)<br>Aaron H. Stulman (No. 5807)<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>Telephone:    (302) 353-4144<br>Facsimile:    (302) 661-7950<br>Email:    mabrams@wtplaw.com<br>    stulman@wtplaw.com |

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

10046376v2

Todd M. Brooks, Esq.
WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street, 15th Floor
Baltimore, Maryland 21202
Telephone:     (410) 347-9421
Facsimile:      (410) 234-2318
Email:            tbrooks@wtplaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Mar-Bow including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mar-Bow is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Mar-Bow expressly states otherwise, Mar-Bow does not consent to the entry of final orders or

10046376v2

judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: March 6, 2019
       Wilmington, Delaware

Respectfully submitted,

Steven Rhodes, Esq.
STEVEN RHODES CONSULTING, LLC
1610 Arborview
Ann Arbor, Michigan 48103
Telephone:   (734) 646-7406
Facsimile:   (734) 665-6915
Email:   rhodessw@comcast.net

  - and -

Sheldon S. Toll, Esq.
LAW OFFICES OF SHELDON S. TOLL, PLLC
29580 Northwest Highway
Suite 1000
Southfield, Michigan 48034
Telephone:   (248) 351-5480
Facsimile:   (248) 358-2740
Email:   sst@lawtoll.com

  - and -

Sean O'Shea, Esq.
Michael Petrella, Esq.
Amanda Devereux, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281
Telephone:   (212) 504-5700
Facsimile:   (212) 504-6666
Email:   sean.oshea@cwt.com
      michael.petrella@cwt.com
      amanda.devereux@cwt.com

*Lead Counsel for Mar-Bow Value Partners, LLC*

  - and -

10046376v2

        */s/ Marc R. Abrams*
        Marc R. Abrams (No. 955)
        Aaron H. Stulman (No. 5807)
        WHITEFORD, TAYLOR & PRESTON LLC
        The Renaissance Centre
        405 North King Street, Suite 500
        Wilmington, Delaware 19801
        Telephone:   (302) 357-3267
        Facsimile:    (302) 357-3270
        Email:        mabrams@wtplaw.com
                        astulman@wtplaw.com

*Local Counsel for Mar-Bow Value Partners, LLC*

10046376v2