## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION, LLC,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: May 15, 2019 at 10:00 a.m. (ET)** |
| | ) | **Obj. Deadline: March 20, 2019 at 4:00 p.m. (ET)** |
| | ) | **Re: Docket Nos. 257 & 823** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 6, 2019, Mar-Bow Value Partners, LLC, ("Mar-Bow") by and through its undersigned counsel, filed the *Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 20, 2019 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon at the Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on or before **May 15, 2019 at 10:00 a.m. (Eastern Time).**

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 6, 2019
       Wilmington, Delaware

Respectfully submitted,

Steven Rhodes, Esq.
STEVEN RHODES CONSULTING, LLC
1610 Arborview
Ann Arbor, Michigan 48103
Telephone:    (734) 646-7406
Facsimile:    (734) 665-6915
Email:    rhodessw@comcast.net

   - and -

Sheldon S. Toll, Esq.
LAW OFFICES OF SHELDON S. TOLL, PLLC
29580 Northwest Highway
Suite 1000
Southfield, Michigan 48034
Telephone:    (248) 351-5480
Facsimile:    (248) 358-2740
Email:    sst@lawtoll.com

   - and -

Sean O'Shea, Esq.
Michael Petrella, Esq.
Amanda Devereux, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281
Telephone:    (212) 504-5700
Facsimile:    (212) 504-6666
Email:    sean.oshea@cwt.com
             michael.petrella@cwt.com
             amanda.devereux@cwt.com

*Lead Counsel for Mar-Bow Value Partners, LLC*

2

- and -

*/s/ Marc R. Abrams*
Marc R. Abrams (No. 955)
Aaron H. Stulman (No. 5807)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:    (302) 357-3267
Facsimile:    (302) 357-3270
Email:    mabrams@wtplaw.com
        astulman@wtplaw.com

*Local Counsel for Mar-Bow Value Partners, LLC*