**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                                  :
                                                        :  Chapter 11
                                                        :
SRC Liquidation, LLC,[1]                                :  Case No. 15-10541 (BLS)
                                                        :
          Debtor.                                       :  Re: Docket Nos. 257, 823 & _____
                                                        :
---------------------------------------------------------------x

**ORDER APPROVING MOTION OF MAR-BOW VALUE PARTNERS, LLC, A CREDITOR, FOR RELIEF FROM ORDERS**
**UNDER BANKRUPTCY RULE 9024 AND CIVIL RULE 60(d)(3)**

Upon consideration of the *Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* (the "Motion")[2]; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and Fed. R. Bankr. P. 9024, and that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that venue is proper; notice of the Motion having been duly and properly served and that no further notice is necessary; after due deliberation and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in full.

2. The *Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (ii) Designate Kevin Carmody as Chief Restructuring Officer, Nunc Pro Tunc to the Petition Date* [Docket No. 257] is hereby vacated.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

10046366v1

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2019
      Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

10046366v1