# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :  Chapter 11
                                                    :
SRC Liquidation, LLC,                               :  Case No. 15-10541 (BLS)
                                                    :
                Debtor.                             :
                                                    :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael Petrella, Esq., to represent Mar-Bow Value Partners, LLC in the above-captioned case.

Dated: March 6, 2019          */s/ Marc R. Abrams*
                              Marc R. Abrams (No. 955)
                              WHITEFORD, TAYLOR & PRESTON LLC
                              The Renaissance Centre
                              405 North King Street, Suite 500
                              Wilmington, Delaware 19801
                              Telephone:    (302) 357-3267
                              Facsimile:    (302) 357-3270
                              Email:        mabrams@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

10047987v1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, am admitted to practice and in good standing with the United States Supreme Court, the United States Court of Appeals for the Second and Sixth Circuits, the United States District Courts for the Southern and Eastern Districts of New York and the Western District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 6, 2019                    */s/ Michael Petrella*
                                                        Michael Petrella, Esq.
                                                        CADWALADER, WICKERSHAM & TAFT LLP
                                                        200 Liberty Street
                                                        New York, NY 10281
                                                        Telephone:    (212) 504-6000
                                                        Facsimile:     (212) 504-6666
                                                        Email:           michael.petrella@cwt.com