# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
In re:                                                       :
                                                             : Chapter 11
                                                             :
SRC Liquidation, LLC,                                        : Case No. 15-10541 (BLS)
                                                             :
                    Debtor.                                  :
                                                             :
-------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Todd M. Brooks, Esq., to represent Mar-Bow Value Partners, LLC in the above-captioned case.

Dated: March 6, 2019          */s/ Aaron H. Stulman*
                              Aaron H. Stulman (No. 5807)
                              WHITEFORD, TAYLOR & PRESTON LLC
                              The Renaissance Centre
                              405 North King Street, Suite 500
                              Wilmington, Delaware 19801
                              Telephone:    (302) 357-3267
                              Facsimile:    (302) 357-3270
                              Email:        astulman@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

10046417v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 6, 2019

*/s/ Todd M. Brooks*
Todd M. Brooks, Esq.
WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street, 15th Floor
Baltimore, Maryland 21202
Telephone:   (410) 347-9421
Facsimile:   (410) 234-2318
Email:       tbrooks@wtplaw.com

10046417v1