UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies provided noticing services in the above-captioned case.

On March 7, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/05/2019 | 2390 | Order Scheduling Omnibus Hearings. All hearings will be held at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Omnibus Hearings scheduled for 5/15/2019 at 10:00 AM., 6/18/2019 at 10:30 AM., 7/10/2019 at 10:00 AM. Signed on 3/5/2019. (JMW) Modified on 3/6/2019 (JMW). (Entered: 03/05/2019) |
| 03/07/2019 | 2397 | HEARING CANCELLED. Notice of Agenda of Matters not going forward. The following hearing has been cancelled. Filed by SRC Liquidation, LLC. Hearing scheduled for 3/13/2019 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Edelson, Justin) (Entered: 03/07/2019) |

x _/s/ Gene Matthews_

**Gene Matthews**

Dated: March 8, 2019
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 8th day of March, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _/s/ Jacqueline Tully_

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES August 23, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | Goldstein & McClinton LLLP<br>Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 |
| Goldstein & McClinton LLLP<br>Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | Lane Powell PC<br>Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle WA 98111-9402 |
| Lowenstein Sandler LLP<br>Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | McKinsey Recovery & Transformation Services U.S., LLC<br>Attn: Kevin Carmody and Mark W. Hojnacki<br>55 East 52nd Street<br>New York NY 10055 |
| Montgomery, McCracken, Walker & Rhodes, LLP<br>Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington DE 19801 | Office of the United States Trustee<br>Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 |
| Pepper Hamilton LLP<br>Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | Polsinelli PC<br>Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 |
| Prime Clerk LLC<br>Attn: David Malo<br>830 3rd Ave., FL. 9<br>New York NY 10022 | The Standard Register<br>600 Albany Street<br>Dayton OH 45417 |
| Wilmington Trust Company<br>Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 |