# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :
                                                               :  Chapter 11
                                                               :
SRC Liquidation, LLC,                                          :  Case No. 15-10541 (BLS)
                                                               :
                      Debtor.                                  :
                                                               :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael Petrella, Esq., to represent Mar-Bow Value Partners, LLC in the above-captioned case.

Dated: March 6, 2019

*/s/ Marc R. Abrams*
Marc R. Abrams (No. 955)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 357-3267
Facsimile:    (302) 357-3270
Email:         mabrams@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 13th, 2019**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

10047987v1