IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
SRC Liquidation, LLC,                           :  Case No. 15-10541 (BLS)
                                                :
        Debtor.                                 :
                                                :
---------------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Steven Rhodes, Esq., to represent Mar-Bow Value Partners, LLC in the above-captioned case.

Dated: March 6, 2019

*/s/ Marc R. Abrams*
Marc R. Abrams (No. 955)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 357-3267
Facsimile:    (302) 357-3270
Email:         mabrams@wtplaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March 13th, 2019
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

10046417v1