**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
In re:                                    :
                                          :  Chapter 11
                                          :
SRC Liquidation, LLC,                     :  Case No. 15-10541 (BLS)
                                          :
          Debtor.                         :
                                          :
-----------------------------------------------------------------x
```

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Todd M. Brooks, Esq., to represent Mar-Bow Value Partners, LLC in the above-captioned case.

Dated: March 6, 2019

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 357-3267
Facsimile:   (302) 357-3270
Email:       astulman@wtplaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 13th, 2019
Wilmington, Delaware**

**BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE**

10046417v1