## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION, LLC,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey") hereby appears in the above-captioned case through its co-counsel Debevoise & Plimpton LLP, Selendy & Gay PLLC, and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in this case or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq.
Erica S. Weisgerber, Esq.
Elie J. Worenklein, Esq.
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

**SELENDY & GAY PLLC**
Faith Gay, Esq.
Maria Ginzburg, Esq.
David Flugman, Esq.
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com
Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

**ASHBY & GEDDES, P.A.**
William P. Bowden, Esq.
David F. Cook, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

{01429914;v1 }

Email: wbowden@ashbygeddes.com
Email: dcook@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that McKinsey intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which McKinsey is or may be entitled under agreements in law or in equity.

*[Signature Page to Follow]*

Dated:  March 18, 2019

**ASHBY & GEDDES, P.A.**

*/s/ David F. Cook*
William P. Bowden, Esq. (#2553)
David F. Cook (#6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashbygeddes.com
Email: dcook@ashbygeddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq.
Erica S. Weisgerber, Esq.
Elie J. Worenklein, Esq.
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

-and-

**SELENDY & GAY PLLC**
Faith Gay, Esq.
Maria Ginzburg, Esq.
David Flugman, Esq.
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com
Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

*Counsel to McKinsey Recovery & Transformation
Services U.S., LLC*