# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC LIQUIDATION, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> Related D.I. 2392 |

### NOTICE OF ADJUSTED DEADLINES FOR OPPOSITION AND REPLY BRIEFS WITH REGARD TO THE MOTION OF MAR-BOW VALUE PARTNERS, LLC, A CREDITOR, FOR RELIEF FROM ORDERS UNDER BANKRUPTCY RULE 9024 AND CIVIL RULE 60(d)(3)

**PLEASE TAKE NOTICE** that on March 6, 2019, Mar-Bow Value Partners, LLC ("Mar-Bow") filed the *Motion of Mar-Bow Value Partners, LLC, A Creditor, For Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2392] (the "Motion"). A hearing on the Motion is scheduled to be held on May 15, 2019 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that Mar-Bow and McKinsey Recovery and Transformation Services, USA, LLC ("McKinsey RTS") have agreed to modify the schedule by which McKinsey's papers in opposition to the Motion, and Mar-Bow's reply papers in support of the Motion, must be filed and served.

**PEASE TAKE FURTHER NOTICE** that with the consent of Mar-Bow, the deadline to file and serve a brief opposing the Motion (the "Opposing Brief"), and any supporting papers, has been extended through and including **April 11, 2019 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT** that the deadline by which Mar-Bow must file a Reply in further support of the Motion, and any supporting papers, has been rescheduled to and including **May 8, 2019 at 4:00 p.m. (ET)**.

{01430579;v1 }

**PLEASE TAKE FURTHER NOTICE** that the Hearing will commence on **May 15, 2019 at 10:00 a.m. (ET)**.

Dated: March 18, 2019
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ David F. Cook*
William P. Bowden (No. 2553)
David F. Cook (No. 6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashbygeddes.com
dcook@ashbygeddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq. (*pro hac vice application pending*)
Erica S. Weisgerber, Esq. (*pro hac vice application pending*)
Elie J. Worenklein, Esq. (*pro hac vice application pending*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

-and-

**SELENDY & GAY PLLC**
Faith E. Gay, Esq. (*pro hac vice application pending*)
Maria Ginzburg, Esq. (*pro hac vice application pending*)

David S. Flugman, Esq. (*pro hac vice application pending*)
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com
Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*