**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No.: 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

**DECLARATION OF MARIA GINZBURG IN SUPPORT OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC'S RESPONSE TO MAR-BOW VALUE PARTNERS, LLC'S MOTION FOR RELIEF FROM ORDERS UNDER BANKRUPTCY RULE 9024 AND CIVIL RULE 60(d)(3)**

I, Maria Ginzburg, hereby declare under penalty of perjury that:

1. I am a member of the New York bar and will seek admission *pro hac vice* before this Court for the purpose of this proceeding. I am a Partner with the law firm Selendy & Gay PLLC, attorneys for McKinsey Recovery & Transformation Services U.S., LLC ("RTS") in the above captioned proceeding. I submit this Declaration and the annexed exhibits on behalf of RTS in support of its Response to Mar-Bow Value Partners, LLC's Motion for Relief From Orders Under Bankruptcy Rule 9024 And Civil Rule 60(d)(3).

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition Transcript of Jay Alix, dated December 31, 2018, *In re Westmoreland Coal Co.*, No. 18-35672 (Bankr. S.D. Tex.).

3. Annexed hereto as Exhibit 2 is a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion To Dismiss The Complaint, *Jay Alix v. McKinsey*, 1:18-CV-04141 (S.D.N.Y. filed Nov. 28, 2018).

4. Annexed hereto as Exhibit 3 is a true and correct copy of Plaintiff's Surreply In Further Opposition To Defendants' Motion To Dismiss The Complaint, *Jay Alix v. McKinsey*, 1:18-CV-04141 (S.D.N.Y. filed Feb. 15, 2019).

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Notice of Transfer of Claim Other Than For Security, *In re SRC Liquidation LLC*, No. 15-10541 (Bankr. D. Del. filed April 21, 2016).

6. Annexed hereto as Exhibit 5 is a true and correct copy of AAA Flag & Banner Manufacturing Co.'s Proof of Claim, dated June 29, 2015.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Standard Register Company General Unsecured Creditors' GUC Trust Agreement, *In re SRC Liquidation Co.*, No. 15-10541 (Bankr. D. Del. filed Aug. 3, 2015).

8. Annexed hereto as Exhibit 7 is a true and correct copy of Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications), *In re SRC Liquidation Co.*, No. 15-10541 (Bankr. D. Del. filed Nov. 19, 2015).

9. Annexed hereto as Exhibit 8 is a true and correct copy of a Summary of Industry Affiliate Investment Disclosures Submitted by McKinsey RTS, *In re Westmoreland Coal Co.*, 18-35672 (Bankr. S.D. Tex. filed Apr. 3, 2019).

10. Annexed hereto as Exhibit 9 is a true and correct copy of the Deposition Transcript of Mark Hojnacki, dated December 31, 2018, *In re Westmoreland Coal Co.*, No. 18-35672 (Bankr. S.D. Tex.).

11. Annexed hereto as Exhibit 10 is a true and correct copy of the Declaration of Kevin McShea, *In re Altegrity, Inc.*, No. 15-10226 (Bankr. D. Del. filed Feb. 17, 2015).

12. Annexed hereto as Exhibit 11 is a true and correct copy of the Declaration of David C. Johnston, *In re Basic Energy Servs., Inc.*, No. 16-12320 (Bankr. D. Del. filed Oct. 28, 2016).

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Declaration of Casey Lipscomb, *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed Sep. 12, 2018).

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Supplemental Declaration of Casey Lipscomb, *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed Nov. 9, 2018).

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Declaration of Mark Hojnacki, *In re Westmoreland Coal Co.*, No. 18-35672 (Bankr. S.D. Tex. filed Nov. 8, 2018).

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Informative Motion Regarding Publication and Filing of Final Investigative Report – McKinsey & Company, Inc., *In re The Financial Oversight and Mgmt. Bd. For P.R.*, No. 17-BK-0328 (LTS) (Bankr. D.P.R. filed Feb. 18, 2019).

17. Annexed hereto as Exhibit 16 is a true and correct copy of the Declaration of Jon Garcia, *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed Nov. 9, 2018).

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Declaration of Selembe Chambers, *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed November 9, 2018).

19. Annexed hereto as Exhibit 18 is a true and correct copy of the Third Supplemental Declaration of Kevin Carmody, *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed May 19, 2016).

20. Annexed hereto as Exhibit 19 is a true and correct copy of the Declaration of Kevin Carmody In Respect To Recommendation Of United States Trustee Pursuant To Paragraph 'D' Of Order Dated July 15, 2016 [Docket #3055], *In re Alpha Natural Resources, Inc.*, No. 15-33896 (Bankr. E.D. Va. filed Aug. 5, 2016).

21. Annexed hereto as Exhibit 20 is a true and correct copy of the Transcript of Hearing, *In re Synergy Pharmaceuticals Inc.*, dated Feb. 6, 2019, No. 18-14010 (JLG) (S.D.N.Y. Bankr.).

22. Annexed hereto as Exhibit 21 is a true and correct copy of the Mediator's Notice To Court, *In re Westmoreland Coal Co.*, No. 18-35672 (S.D. Tex. filed Feb. 19, 2019).

23. Annexed hereto as Exhibit 22 is a true and correct copy of the Secured Creditor Trust Agreement, *In re SRC Liquidation Co.*, No. 15-10541 (Bankr. D. Del. filed Nov. 17, 2015).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2019

/s/ *Maria Ginzburg*
Maria Ginzburg

Faith E. Gay, *pro hac vice to be filed*
Maria Ginzburg, *pro hac vice to be filed*
David S. Flugman, *pro hac vice to be filed*
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
Email: fgay@selendygay.com
mginzburg@selendygay.com
dflugman@selendygay.com

M. Natasha Labovitz, *pro hac vice to be filed*
Erica Weisgerber, *pro hac vice to be filed*
Elie J. Worenklein, *pro hac vice to be filed*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
eweisgerber@debevoise.com
eworenklein@debevoise.com

William P. Bowden (No. 2553)
Michael D. DeBaecke (No. 3186)
David F. Cook (No. 6352)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: wbowden@ashbygeddes.com
mdebaecke@ashbygeddes.com
dcook@ashbygeddes.com

*Attorneys for McKinsey Recovery & Transformation Services U.S., LLC*