**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | **)** | Chapter 11 |
| | **)** | |
| SRC LIQUIDATION, LLC, | **)** | Case No. 15-10541 (BLS) |
| | **)** | |
| Debtor. | **)** | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Erica S. Weisgerber to represent McKinsey Recovery & Transformation Services U.S., LLC, in the above-captioned case, and any related proceeding.

Dated: April 15, 2019                                     **ASHBY & GEDDES, P.A.**

*/s/William P. Bowden*
William P. Bowden (#2553)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Email: eweisgerber@debevoise.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 16th, 2019**                                     **BRENDAN L. SHANNON**
**Wilmington, Delaware**                                         **UNITED STATES BANKRUPTCY JUDGE**

{01430194;v1 }