# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                          }          **CASE NUMBER:  15-10541 (BLS)**

         }

         }

    **SRC LIQUIDATION LLC**        }

         }

    **DEBTOR.**                 }          **CHAPTER 11**

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**      1/1/2019     **TO**     3/31/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _Anthony R. Calascibetta_               Date:   4/19/19

Anthony R. Calascibetta
Print Name

Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liquidation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.    732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.      973-597-2500

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.

1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## * ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.

| CONFIRMATION OF INSURANCE | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY and | CARRIER | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:** _____

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | SRC Liquidation LLC |
| **Case Number:** | 15-10541 (BLS) |
| **Date of Plan Confirmation:** November 19, 2015 | |
| **Plan Effective Date:** December 18, 2015 | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 572,319.35 | $ 3,009,339.33 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 7,075.83 | $ 7,165,811.19 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ 1,950.00 | $ 68,274.77 |
| | (ii) Federal Taxes | 0.00 | 26,841.46 |
| | (iii) State Taxes | 0.00 | 30,952.68 |
| | (iv) Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 44,879.02 (A) | $ 4,016,806.15 |
| c. | **Plan Payments:** | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Priority Claims | 0.00 | 333,383.35 |
| | (iii) | | |
| | (iv) | | |
| | (v) General Unsecured Claims | 0.00 | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 46,829.02 | $ 9,642,584.36 |
| 1. | **CASH (End of Period)** | $ 532,566.16 | $ 532,566.16 |

**Footnotes:**
**A -** This amount reflects monies that were transferred from SRC Liquidation to the SRC GUC Trust for payment of Professional Fees related to the GUC Trust.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconcilation for each Month of the Quarter
#### January 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | SIGNATURE BANK | SIGNATURE BANK | | |
| **Account Number:** | xxxxxx1367 | xxxxxx1480 | | |
| **Purpose of Account (Operating/Payroll/Tax)** | OPERATING | OPERATING | | |
| **Type of Account (e.g. checking)** | CHECKING | CHECKING | | |
| | | | | |
| 1. **Balance per Bank Statement** | $350,361.98 | $197,314.31 | | |
| 2. **ADD:** Deposits not credited | 0.00 | 0.00 | | |
| 3. **SUBTRACT:** Outstanding Checks | 0.00 | -110.13 | | |
| 4. Other Reconciling Items | 0.00 | 0.00 | | |
| 5. **Month End Balance** (Must Agree with Books) | $350,361.98 | $197,204.18 | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconcilation for each Month of the Quarter
#### February 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1. Balance per Bank Statement | $335,361.98 | $197,314.31 | | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | | |
| 3. SUBTRACT: Outstanding Checks | 0.00 | -110.13 | | |
| 4. Other Reconciling Items | 0.00 | 0.00 | | |
| 5. Month End Balance (Must Agree with Books) | $335,361.98 | $197,204.18 | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
#### March 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1.  Balance per Bank Statement | $335,361.98 | $197,314.31 | | |
| 2.  ADD: Deposits not credited | 0.00 | 0.00 | | |
| 3.  SUBTRACT: Outstanding Checks | 0.00 | -110.13 | | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | | |
| 5.  Month End Balance (Must Agree with Books) | $335,361.98 | $197,204.18 | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2149 | 1/22/2019 | US Trustee | Professional Fees | 1,950.00 | |
| 2151 | 1/23/2019 | Lowenstein Sandler, LLP | Professional Fees | 3,982.40 | |
| 2150 | 1/25/2019 | EisnerAmper LLP | Professional Fees | 8,230.00 | |
| 2152 | 1/28/2019 | Polsinelli PC | Professional Fees | 14,041.62 | |
| 2153 | 1/30/2019 | EisnerAmper LLP | Professional Fees | 3,625.00 | |
| transfer | 2/28/2019 | To 8542 - GUC | | 15,000.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $46,829.02 | |

| | |
|---|---|
| CURRENT PERIOD TOTAL - # 1480 | $0.00 |
| **CURRENT PERIOD DISB - ALL ACCTS** | **$46,829.02** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

10:27 AM

02/21/19

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 01/31/2019 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From January 01, 2019
To January 31, 2019
Page 1 of 2

00008149 MSIGDDA0201 04 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

Primary Account: ████████  0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████████  MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| **RELATIONSHIP** | **TOTAL** | | 197,314.31 |



 SIGNATURE BANK

**Statement Period**
From January  01, 2019
To   January  31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███████      0

MONOGRAM CHECKING        ███████

Summary

Previous Balance as of January   01, 2019                          197,314.31

There was no deposit activity during this statement period

Ending Balance as of   January  31, 2019                           197,314.31

Rates for this statement period - Overdraft
Jan 01, 2019   15.250000 %

0006149-0057299-0002-0002-MSIGDDA020119161435-0- -



5:29 PM
03/12/19

## SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 375,115.17 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 01/09/2019 | 2149 | U.S. Trustee | X | -1,950.00 | -1,950.00 |
| Bill Pmt -Check | 01/17/2019 | 2152 | Polsinelli PC | X | -14,041.62 | -15,991.62 |
| Bill Pmt -Check | 01/17/2019 | 2150 | EisnerAmper LLP | X | -8,230.00 | -24,221.62 |
| Bill Pmt -Check | 01/17/2019 | 2151 | Lowenstein Sandler... | X | -3,982.40 | -28,204.02 |
| Bill Pmt -Check | 01/28/2019 | 2153 | EisnerAmper LLP | X | -3,625.00 | -31,829.02 |
| Total Checks and Payments | | | | | -31,829.02 | -31,829.02 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 01/03/2019 | | | X | 7,075.83 | 7,075.83 |
| Total Deposits and Credits | | | | | 7,075.83 | 7,075.83 |
| Total Cleared Transactions | | | | | -24,753.19 | -24,753.19 |
| Cleared Balance | | | | | -24,753.19 | 350,361.98 |
| Register Balance as of 01/31/2019 | | | | | -24,753.19 | 350,361.98 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Transfer | 02/28/2019 | | | | -15,000.00 | -15,000.00 |
| Total Checks and Payments | | | | | -15,000.00 | -15,000.00 |
| Total New Transactions | | | | | -15,000.00 | -15,000.00 |
| **Ending Balance** | | | | | **-39,753.19** | **335,361.98** |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From January 01, 2019**
**To   January 31, 2019**
**Page 1 of 4**

00003656  MSIGDDA0201  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ███████     **5**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████████  MONOGRAM CHECKING | | 375,115.17 | 350,361.98 |
| **RELATIONSHIP**  TOTAL | | | 350,361.98 |

00003656-0130967-0001-0004-MSIGDDA0201916161435-0-



# Follow these steps to balance your check register.

00003656-0130567-0000-0004-MSIGDDA0201191614435-09-L

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **Update your checkbook register.** Please check to make sure you have entered all the transactions shown on the front of the statement. | In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off. | In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off. | To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement. |

**Section 2 table:**

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Section 3 table:**

| Check number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Section 4 table:**

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract **Total B** | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure; review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC, on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares you are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $100 share price in the future. Past performance is no guarantee of future results.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors of Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. December 2018 - 800147

 **SIGNATURE BANK**

Statement Period
From January  01, 2019
To  January  31, 2019
Page 2 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

0003856-0130968-0002-0004-MSIGDDA02011916143S-09-L

Primary Account: ████████    5

MONOGRAM CHECKING    ██████████

Summary

| | | |
|---|---|---|
| Previous Balance as of January | 01, 2019 | 375,115.17 |
| 1 Credits | | 7,075.83 |
| 5 Debits | | 31,829.02 |
| Ending Balance as of  January | 31, 2019 | 350,361.98 |

Deposits and Other Credits
Jan 03  DEPOSIT      ref#                                                7,075.83

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Jan 22 | 2149 | 1,950.00 | Jan 28 | 2152 | 14,041.62 |
| Jan 23 | 2150 | 8,230.00 | Jan 30 | 2153 | 3,625.00 |
| Jan 25 | 2151 | 3,982.40 | | | |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 31 | 375,115.17 | Jan 25 | 368,028.60 |
| Jan 03 | 382,191.00 | Jan 28 | 353,986.98 |
| Jan 22 | 380,241.00 | Jan 30 | 350,361.98 |
| Jan 23 | 372,011.00 | | |

Rates for this statement period - Overdraft
Jan 01, 2019   15.250000 %



00003656-0130968-0000-0004-MSIGDDA020119161435-09-L

8:21 AM
03/11/19

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| **Total Checks and Payments** | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Uncleared Transactions** | | | | | -110.13 | -110.13 |
| Register Balance as of 02/28/2019 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From February 01, 2019**
**To  February 28, 2019**
**Page 1 of 2**

00004426  MSIGDDA0301  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ███████       **0**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████  MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |

00004426-0053852-0001-0002-MSIGDDA03011911265&-04-L



 **SIGNATURE BANK**

Statement Period
From February 01, 2019
To  February 28, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ██████████            0

MONOGRAM CHECKING          ████████

Summary

Previous Balance as of February  01, 2019                                    197,314.31

There was no deposit activity during this statement period

Ending Balance as of    February  28, 2019                                   197,314.31

Rates for this statement period - Overdraft
Feb 01, 2019   15.250000 %



5:31 PM
03/12/19

# SRC Liquidation LLC
# Reconciliation Detail
## 1367 SIGNATURE OPERATING, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 350,361.98 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Transfer | 02/28/2019 | | | X | -15,000.00 | -15,000.00 |
| Total Checks and Payments | | | | | -15,000.00 | -15,000.00 |
| Total Cleared Transactions | | | | | -15,000.00 | -15,000.00 |
| Cleared Balance | | | | | -15,000.00 | 335,361.98 |
| Register Balance as of 02/28/2019 | | | | | -15,000.00 | 335,361.98 |
| **Ending Balance** | | | | | **-15,000.00** | **335,361.98** |

**SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From February 01, 2019**
**To   February 28, 2019**
**Page 1 of 2**

00004419  MSIGDDA0301  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ███                                    **0**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ███ MONOGRAM CHECKING | | 350,361.98 | 335,361.98 |
| RELATIONSHIP | TOTAL | | 335,361.98 |



 SIGNATURE BANK

Statement Period
From February 01, 2019
To   February 28, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

0004419-0053839-0002-0002-MSIGDDA03011911912668-J-r

**Primary Account:** ████████        0

MONOGRAM CHECKING         ██████

Summary

| | | |
|---|---|---|
| Previous Balance as of February 01, 2019 | | 350,361.98 |
| 1 Debits | | 15,000.00 |
| Ending Balance as of February 28, 2019 | | 335,361.98 |

Withdrawals and Other Debits
Feb 28   TRANSFER DR      TRANSFER DR  0                                    15,000.00
         TRANSFER TO:     XXXX1585█

Daily Balances
Jan 31        350,361.98              Feb 28      335,361.98

Rates for this statement period - Overdraft
Feb 01, 2019   15.250000 %



8:34 AM
04/16/19

# SRC Liquidation LLC
# Reconciliation Detail
## 1480 OPERATING 2, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 03/31/2019 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |

 **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From March    01, 2019**
**To    March    31, 2019**
**Page 1 of 2**

00003950  MSIGDDA0330  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ▇▇▇▇    **0**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇ MONOGRAM CHECKING | | 335,361.98 | 335,361.98 |
| RELATIONSHIP | TOTAL | | 335,361.98 |

00003950-0052900-0001-0002-MSIGDDA0330191154-04-L



 **SIGNATURE BANK**

Statement Period
From March    01, 2019
To   March    31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ▮▮▮▮▮▮    0

MONOGRAM CHECKING    ▮▮▮▮▮▮▮

Summary

Previous Balance as of March    01, 2019                335,361.98

There was no deposit activity during this statement period

Ending Balance as of    March    31, 2019              335,361.98

Rates for this statement period - Overdraft
Mar 01, 2019    15.250000 %



8:35 AM

04/16/19

# SRC Liquidation LLC
# Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 335,361.98 |
| Cleared Balance | | | | | | 335,361.98 |
| Register Balance as of 03/31/2019 | | | | | | 335,361.98 |
| **Ending Balance** | | | | | | **335,361.98** |

 **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

00003957 MSIGDDA0330 04 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**Statement Period**
**From March   01, 2019**
**To  March   31, 2019**
**Page 1 of 2**

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

**Primary Account:** ▮▮▮▮▮  **0**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |



00003957-0052914-0001-0002-MSIGDDA033019115440-04-L

 **SIGNATURE BANK**

Statement Period
From March    01, 2019
To  March    31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: █████████    0

MONOGRAM CHECKING        ██████████

Summary

Previous Balance as of March    01, 2019                                    197,314.31

There was no deposit activity during this statement period

Ending Balance as of    March    31, 2019                                   197,314.31

Rates for this statement period - Overdraft
Mar 01, 2019    15.250000 %

