# EXHIBIT 1

**McKinsey&Company**

About Us

# We help our clients make change h

At our Digital Capability Center in Aachen, Germany

We are a global management consulting firm that serves a broad mix of private, public and social sector institutions. We help our clients make significant and lasting

improvements to their performance and realize their most important goals. With nearly a century of experience, we've built a firm uniquely equipped to this task.

**BY THE NUMBERS**

with McKinsey offices

See our global locations →

worldwide

Meet Our People →

in management consulting

Read about our history →





## Reinvention: a short film →

We have a long history of helping our clients reinvent themselves. In this short film, we celebrate our clients' transformations—and...

## McKinsey today: an interactive →

*February 24, 2018* – We have changed more in the past five years than at any other time in our 90-year history. We've innovated our client service...



# Defined by our people

Our firm is designed to operate as one—a single global partnership united by a strong set of values, including a deep commitment to diversity.

We take a consistent approach to recruiting and skills development regardless of where our people are located, so that we can quickly deliver the right team, with the right experience and expertise, to every client, anywhere in the world.

Our consultants include medical doctors, engineers, designers, data scientists, business managers, civil servants, entrepreneurs, and research scientists. They join McKinsey for the opportunity to apply their talents to complex, important challenges.

## Kevin Sneader →

Kevin Sneader serves as the global managing partner of McKinsey & Company.

## Alumni →

Our alumni number more than 34,000 and work in virtually every business sector in 120 countries. Through formal events and informal networking, former McKinsey

consultants make and sustain professional relationships. This dynamic network is a lasting benefit of a McKinsey career.

## BLOG STORIES ABOUT OUR PEOPLE

Boosting the systems that fight cancer: Meet our oncology experts →

A Japanese partner working to feed the world →

Johanne Lavoie: Carving a path to leadership in the Canadian Rockies →

READ ALL OUR POSTS



# Powered by knowledge

Our work is founded on a rigorous understanding of every client's institutional context, sector dynamics, and macroeconomic environment. For this reason, we invest more than $600 million of our firm's resources annually in knowledge development, learning and capability building. We study markets, trends, and emerging best practices, in every industry and region, locally and globally. Our investment in knowledge also helps advance the practice of management. We publish our findings extensively, and we engage with leading thinkers on the most pressing issues facing our clients and society.

## *McKinsey Quarterly* →

Our flagship business publication, *McKinsey Quarterly,* has been defining and informing the senior-management agenda since 1964.

## McKinsey Global Institute →

Our mission is to help leaders in the commercial, public, and social sectors develop a deeper understanding of the evolution of the global economy and to provide a fact base to help decision making on critical issues.

## McKinsey Knowledge Network →

Read about our people, expertise, client work, and careers at the McKinsey Knowledge Network with locations in Chennai, Gurugram, San Jose, Shanghai, Waltham, and Wroclaw.



# Always innovating

Our clients' needs are constantly changing, so we continually seek new and better ways to serve them. To do this, we are bringing new talent into the firm, acquiring new companies, and developing new capabilities, for example, in design, analytics, and digital.

We serve clients at every level of their organization, whether as a trusted advisor to top management or as a hands-on coach for front line employees. We partner with clients to put recommendations into practice and work directly with them over the long-term, to help develop workforce skills, drive operational improvement, and apply new working methods.

No matter the challenge, we focus on delivering practical and enduring results, and equipping our clients to grow and lead.

## Solutions →

We are pioneering asset-based consulting. Our 85+ solutions combine advanced technology,

## McKinsey Analytics →

Learn how we work together with clients to build analytics-driven organizations and

## Digital McKinsey →

Learn how we help clients use digital to create value by reinventing the core of their business.

proprietary data, and deep subject-matter...

achieve better performance through data.

**RECENT COVERAGE**

## Media Center 

Visit our media center to find recent media coverage of McKinsey and contact details for our media relations team in your region.