# EXHIBIT 2

# #31 McKinsey & Company

| | |
|---|---|
| REVENUE | **$10B** |
| INDUSTRY | Business Services & Supplies |
| FOUNDED | 1926 |
| COUNTRY | United States |
| GLOBAL MANAGING PARTNER | Kevin Sneader |
| EMPLOYEES | 27,000 |
| FISCAL YEAR END | Dec 31, 2017 |
| SALES | $10B |
| HEADQUARTERS | New York, New York |

As of Oct 24, 2018

McKinsey & Company has been provided strategic advice to corporations and other organizations since 1926, when James O. McKinsey, a University of Chicago professor, opened a consulting office in Chicago. Marvin Bower joined the firm in 1933 and became the firm's head after McKinsey left to become chief of Marshall Field & Co. Bower established the firm's core principles and created the practice of management consulting. McKinsey opened its first international office in London in 1959, and has expanded steadily since. It now    Read More

## ON FORBES LISTS

| | |
|---|---|
| #31 | America's Largest Private Companies 2018 |
| #19 | Best Employers for New Grads 2018 |
| #239 | Best Employers for Women 2018 |
| #202 | America's Best Midsize Employers 2018 |
| | Best Management Consulting Firms 2018 |
| #175 | Best Employers for Diversity 2018 |

## NUMBERS

| | |
|---|---|
| REVENUE | **$10B** |
| REVENUE CHANGE | **13.6%** |

Sources: FactSet; Forbes.



**Licensing and Promotion Options**

Logo Licensing

Spreadsheets

Reprints

Custom Profile

## RELATED

    

**American Public Education**    **Timo Kuschma**    **Grand Canyon Education**    **Matt Watters**    WE

## MCKINSEY & COMPANY IN THE NEWS

**TECHNOLOGY** / **#CUTTINGEDGE**    6 months ago

### Think You Know How Disruptive Artificial Intelligence Is? Think Again

By Jason Bloomberg    5 min read    👁 10,553    ↩ 2,309

---

**INVESTING** / **#INNOVATION**    4 hours ago

### Slovak President Kiska 'Champions Innovation' In U.S. For Next 100 Years

By Roger Aitken    12 min read    👁 150    ↩ 6 



**INDUSTRY** / #CHANGETHEWORLD                                7 hours ago

### Want A Tesla Model S But Not Sure You Can Afford It? Just Subscribe For 3 Months

By Julie Walmsley   4 min read     👁 8,227   ↳ 77



**LEADERSHIP** / #OWNERSMANUAL                              a day ago

### 2018's Biggest Moments In AI (Artificial Intelligence)

By Tom Taulli   3 min read     👁 3,785   ↳ 414



**LEADERSHIP** / #ECONOMY                                    a day ago

### U.S. Population Growth Slowing: Business Impacts On Labor Supply And Product Demand

By Bill Conerly   2 min read     👁 669   ↳ 34



**BUSINESS** / #CHANGETHEWORLD                               2 days ago

### How Choose Love Made Charity Credible Again: Pop-Up Sales Storm Towards £1.5m, Doubling 2017 Total

By Katie Baron   6 min read     👁 1,276   ↳ 530



#FORBESBILLIONAIRES                                               2 days ago

### Forbes Billionaire's Portfolio: Happy Holidays!

By **Bryan Rich**   11 min read        👁 47



**MONEY** / **#POWERUP**                                          2 days ago

### Oil And Gas Sector Faces Massive Upheaval As Climate Rules Start To Bite

By **Mike Scott**     👁 2,056   ↪ 208



**LEADERSHIP** / **#GETTINGBUZZ**                                 2 days ago

### Top Six AI And Automation Trends For 2019

By **Daniel Newman**   4 min read        👁 1,029   ↪ 65



**CONSUMER** / **#SHOPTALK**                                      2 days ago

### Why Home Depot CEO Craig Menear Is The Retailer Of The Year

By **Walter Loeb**   2 min read        👁 8,461   ↪ 298



More Articles