# EXHIBIT 3

McKinsey&Company

**Our Offices**

# McKinsey has offices in 120+ cities in 60+ countries

Africa

Asia-Pacific

Central & South America

Europe & Middle East

North America