# EXHIBIT 4

**<u>Exhibit B</u>**

**Declaration of Kevin M. Carmody**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENON ENERGY, INC., *et al.*,[1] | ) | Case No. 17-33695 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF KEVIN M. CARMODY IN SUPPORT
## OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
## (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## MCKINSEY RESTRUCTURING & TRANSFORMATION SERVICES U.S., LLC
## AS RESTRUCTURING ADVISOR FOR THE DEBTORS *NUNC PRO TUNC*
## TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF

I, Kevin M. Carmody, under penalty of perjury, declare as follows:

1.      I am a Practice Leader in the professional services firm of McKinsey

Recovery & Transformation Services U.S., LLC ("McKinsey RTS US")[2] with an office at 55

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091).  The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

East 52nd Street, New York, NY 10055.  I am duly authorized to make this Declaration on behalf of McKinsey RTS US in support of the application (the "Application") of the Debtors in the above-captioned cases for entry of an order authorizing the employment and retention of McKinsey RTS US as restructuring advisor for the Debtors, *nunc pro tunc* to the Petition Date under the terms and conditions set forth in the Engagement Letter, attached as **Exhibit 1** to **Exhibit A** of the Application.  I submit this Declaration in accordance with section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a), 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

2.      Except as otherwise noted, the statements set forth herein are based on my employment position and diligence undertaken by me or by professionals working under my direction and, if called and sworn as a witness, I would testify competently thereto.

### Qualifications of McKinsey RTS

3.      McKinsey RTS, as used in this Declaration, includes (a) the directors, officers and employees of McKinsey RTS US and (b) certain consultants borrowed from affiliates of McKinsey RTS US for the purpose of serving the Debtors in these chapter 11 cases. McKinsey RTS is highly qualified to serve as the Debtors' restructuring advisor in these chapter 11 cases.

4.      Members of McKinsey RTS are employed by McKinsey Recovery & Transformation Services U.S., LLC and McKinsey & Company, Inc. United States.

---

[2]   All capitalized terms used but not defined herein shall have the meanings set forth in the Application or the Engagement Letter, as appropriate.

5.      McKinsey Recovery & Transformation Services U.S., LLC is a direct wholly-owned subsidiary of McKinsey & Company, Inc. United States which, in turn, is a direct wholly-owned subsidiary of McKinsey Holdings, Inc. which, in turn, is a direct wholly-owned subsidiary of McKinsey & Company, Inc.

6.      The Debtors seek to retain McKinsey RTS US as their restructuring advisor in connection with these chapter 11 cases based on the qualifications, skill, and expertise of (a) the directors, officers and employees of McKinsey RTS US and (b) certain consultants borrowed from affiliates of McKinsey RTS US for the purpose of serving the Debtors in these chapter 11 cases (together, "McKinsey RTS").  McKinsey RTS US is a global, full service turnaround advisory and crisis management firm that draws on unmatched industry and functional expertise to support companies through all aspects of recovery and transformation.  Its members have extensive experience in improving the operational performance of financially troubled companies.  McKinsey RTS  is deeply experienced in providing chapter 11 advisory services, which include contingency planning, interim management, cash flow and liquidity assessment, forecasting and management, analysis and/or development of business and strategic plans, development and implementation of creditor and/or supplier strategies, and development and implementation of operational and/or financial improvement or turnaround plans.  McKinsey RTS has been or is currently involved in numerous large and complex restructurings.

7.      In addition, McKinsey RTS utilizes the expertise of its Electric Power and Natural Gas ("EPNG") practice, which serves integrated electric utilities, independent power producers ("IPPs"), renewable players, new entrants and transmission, distribution, and natural gas players.  The practice has done 1,955 projects in the sector over the last five years.  Over this time, the practice has served 60% of the 40 largest players and utilities in the sector globally,

distributed across all geographies.  The EPNG practice helps clients shape leading growth strategies at a time of disruption in the industry, transform operational performance, achieve step-change in efficiency and build an agile organization and culture for the future.  The EPNG practice also has proprietary power market analysis tools, providing rigorous strategic insights into forward looking market demand by segment, region, market structure, and expected shifts in operating margins across the value chain.  The EPNG practice has helped clients drive significant cash improvement by driving best-practices in supply chain (contractor productivity, asset/MRO procurement), power plant improvements, lean corporate center, optimizing back-office G&A, and drive capital excellence and productivity across the enterprise.

        8.      The EPNG practice includes general consultants, dedicated practice consultants, and experts with relevant industry experience and academic backgrounds.  The practice is backed by dedicated research and information experts who provide insight into industry structure and dynamics, and ensure that teams have access to the latest approaches and analyses on financial, market, operational, organizational, and strategic matters for the consulting teams.  The combination of McKinsey RTS's and the EPNG practice's experience offers an extensive knowledge and expert base which will benefit the Debtors in these chapter 11 cases.

        9.      Given McKinsey RTS's substantial experience, prior to the filing of these chapter 11 cases, Kirkland & Ellis LLP, in its capacity as counsel to the Debtors, retained McKinsey RTS US to serve as the Debtors' advisor pursuant to an agreement dated October 24, 2016 (the "Original Agreement"), and an agreement between McKinsey RTS US and Debtor GenOn Energy, Inc., dated April 10, 2017 (the "April Agreement"), as amended on April 24, 2017 (the "First Amended Agreement") and May 22, 2017 (the "Second Amended Agreement," and together with the Original Agreement, April Agreement and First Amended Agreement, the

"Prepetition Agreement"), which engagement was principally for the purpose of providing services related to preparing a contingency plan with the Debtors that could be used in the event the Debtors and potentially certain of their direct and indirect subsidiaries determined to file for chapter 11 bankruptcy protection. The scope of the services provided under the Prepetition Agreement also included clean cost sheeting, analyzing the Debtors' organizational structure as a standalone entity, and supporting the Debtors with preparing their chapter 11 bankruptcy petitions and related first day pleadings, as well as evaluating cost out improvement potential across SG&A, commercial operations, and line management above the plant level.

10. As a result of the prepetition work performed on behalf of the Debtors by McKinsey RTS US and affiliates, McKinsey RTS is familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations, employee groups, cost structures, and related matters. Since McKinsey RTS US's initial engagement, McKinsey RTS personnel have worked closely with the Debtors' management and other professionals on numerous tasks related to shared services, cost reduction opportunities, and preparation for the filing of these chapter 11 cases. In addition, McKinsey RTS US supported management in contingency planning related to the filing and implementation of these chapter 11 cases. Moreover, as a result of the services provided under the Prepetition Agreement, McKinsey RTS US has substantial knowledge of the Debtors' and non-Debtor subsidiaries' operating assets. Consequently, the Debtors believe that McKinsey RTS has developed significant relevant experience and expertise regarding the Debtors and the circumstances of these chapter 11 cases and has the skills, qualifications, and expertise necessary to assist the Debtors with their restructuring efforts in an efficient and cost-effective manner.

## **Terms and Scope of Engagement**

11.     The parties have entered into the Engagement Letter, the terms of which will govern the Debtors' retention of McKinsey RTS US during these chapter 11 cases, except as explicitly set forth in any order granting the Application.  As contemplated by Section 10 of the Engagement Letter, McKinsey RTS US requests approval of the Engagement Letter *nunc pro tunc* to the Petition Date.  The Engagement Letter was negotiated between the Debtors and McKinsey RTS US at arm's length and in good faith, and reflects the parties' mutual agreement as to the substantial efforts that will be required during the course of this engagement.

12.     McKinsey RTS will perform a broad range of services during these chapter 11 cases, including, without limitation, the following:[3]

    a.    develop, monitor, and reforecast a short-term cash flow forecasting process and implement a cash management strategy;

    b.    provide strategic advice and develop relevant analyses to support the overall restructuring process;

    c.    in cooperation with the Debtors' officers, legal counsel, investment bankers and other engaged professionals and counsel, develop and prepare a chapter 11 plan of reorganization;

    d.    assist the Debtors in managing the chapter 11 bankruptcy process, including managing outside stakeholders and their professionals and assisting the Debtors in developing financial reports and other materials that are required to be filed with the bankruptcy court;

    e.    assist in development of supporting diligence materials and presentations for use in various stakeholder meetings, attend diligence sessions and working meetings with various stakeholders and constituents and provide ad hoc support to the management team;

    f.    assist with the evaluation of certain near term operational cost reduction and value enhancement opportunities (e.g., SG&A, fixed costs, and procurement);

---

[3]     Any references to, or descriptions of, the Engagement Letter herein are qualified by the express terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the descriptions provided herein.

g.      provide testimony and other litigation support as requested by the Debtors in connection with matters upon which McKinsey RTS US is providing services; and

h.      assist with all such other restructuring matters as may be requested by the Debtors and/or their boards of directors that fall within McKinsey RTS US's expertise and that are mutually agreed upon between the Parties.

13.     The services provided by McKinsey RTS are necessary to enable the Debtors to maximize the value of their estates. Specifically, McKinsey RTS is instrumental in helping the Debtors develop and execute strategies related to contingency planning involving the chapter 11 cases.

14.     McKinsey RTS's services will complement, and not duplicate, the services rendered by any other professionals retained in these chapter 11 cases. The Debtors and McKinsey RTS will use reasonable efforts to ensure that there is no duplication of services that McKinsey RTS is being retained to perform. To the extent that the Debtors request services other than those detailed in the Engagement Letter, the Debtors will seek further approval from the Court for a supplement to the retention and any related modifications to the Engagement Letter and such application shall set forth, in addition to the additional services to be performed, the additional fees sought to be paid.

## Fee and Expense Structure

15.     Subject to Court approval, the Debtors will compensate McKinsey RTS in accordance with the terms and conditions of the Engagement Letter, which provides a compensation structure (the "Fee and Expense Structure") as outlined below.

16.     <u>Hourly Rates</u>: McKinsey RTS's fees are to be based on the hours worked by McKinsey RTS personnel at the following hourly billing rates:

| Title of Professional | Hourly Rate |
| --- | --- |
| Practice Leader: | $980-$1,100 |

| Senior Vice President: | $720-$900 |
| Vice President: | $620-$720 |
| Senior Associate: | $515-$590 |
| Associate: | $410-$490 |
| Analyst: | $260-$360 |
| Paraprofessional: | $230-$260 |

Such rates and ranges will be subject to adjustment annually at such time as McKinsey RTS US adjusts its rates generally.

17.     At this time, it is not possible to estimate the number of professional hours that will be required to perform the services contemplated by the Engagement Letter. Accordingly, it is not possible to estimate the total compensation to be paid to McKinsey RTS under the Engagement Letter.

18.     <u>Expenses</u>:  The Debtors will reimburse McKinsey RTS for all reasonable and necessary out-of-pocket expenses incurred in connection with the engagement, such as, but not limited to, travel, consultants, case administrators, lodging, postage, and communications charges following McKinsey RTS's standard expense reporting.  As McKinsey RTS clients frequently request that McKinsey RTS restructuring advisors travel to their offices and work there for extended periods of time, McKinsey RTS developed its own official reimbursement policy with respect to its turnaround advisors' documentation of expenses (the "<u>RTS Reimbursement Policy</u>").  More specifically, McKinsey RTS professionals serving the Debtors will seek reimbursement for expenses over thirty-five dollars ($35.00) that (a) have been charged on a McKinsey RTS-provided corporate credit card or have a receipt and (b) have a receipt for lodging.  For amounts under thirty-five dollars ($35.00) McKinsey RTS will seek reimbursement when exact amounts are submitted in lieu of a receipt.  McKinsey RTS intends to maintain

detailed documentation of its professionals' actual and necessary costs and expenses in accordance with the RTS Reimbursement Policy.

19.      Consistent with the scope of services to be provided by McKinsey RTS under the Engagement Letter, the Debtors and McKinsey RTS negotiated and agreed upon the Fee and Expense Structure described above.   In addition, McKinsey RTS believes that the foregoing Fee and Expense Structure is reasonable and market-based and consistent with McKinsey RTS's normal and customary billing levels for comparably sized and complex cases, both in and out-of-court, involving the services to be provided to the Debtors by McKinsey RTS. To the best of my knowledge, the compensation arrangement reflected herein is consistent with, and typical of, arrangements entered into by other turnaround advisory firms rendering similar services for clients such as the Debtors.

20.      Pursuant to the Engagement Letter, McKinsey RTS received a total of $1.5 million as retainers (the "Retainers") in connection with its prepetition work.   McKinsey RTS has not drawn any amounts under the Retainers for services rendered and expenses incurred prior to the Petition Date.   A balance of $1.5 million remains on the Retainers.

21.      In the 90 days leading up to the Petition Date, McKinsey RTS received payments totaling $6,012,000.00 (including the Retainers) in the aggregate for services rendered and expenses incurred on behalf of the Debtors.   McKinsey RTS received no other payments from the Debtors during the 90 days immediately preceding the Petition Date.   As of the Petition Date, there are no outstanding prepetition amounts owed by the Debtors to McKinsey RTS.

22.      As of the Petition Date, McKinsey RTS holds a credit balance of $1.5 million (the aggregate amount of the Retainers), which McKinsey RTS intends to retain

until the end of these chapter 11 cases and apply to its final application for payment in these proceedings.

### Record Keeping

23.     McKinsey RTS intends to apply to this Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred and submit monthly fee statements with reasonable detail in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.

24.     Such applications will include time records setting forth, in reasonable detail, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.  McKinsey RTS will maintain and file contemporaneous time records in one-tenth hour (.1) increments. McKinsey RTS also will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the services as discussed above.

### Indemnification Provisions

25.     As part of the overall compensation payable to McKinsey RTS US under the terms of the Engagement Letter, the Debtors have agreed to certain indemnification and contribution provisions described in the Engagement Letter (the "Indemnification Provisions"). The Indemnification Provisions provide that the Debtors will indemnify, hold harmless, and defend McKinsey RTS US (including its past, present, and future affiliates) and each of their directors, officers, managers, shareholders, partners, members, employees, agents, representatives, advisors, and controlling persons (each, an "Indemnified Party," and collectively, the "Indemnified Parties") against liabilities arising out of (directly or indirectly) the Engagement Letter and/or McKinsey RTS US's retention by the Debtors in these chapter 11

10

cases, except for any liabilities judicially determined by a court of competent jurisdiction to have resulted from the willful misconduct or gross negligence of any of McKinsey RTS US or the other Indemnified Parties in connection with McKinsey RTS US's services provided under the Engagement Letter.  In addition, if indemnification or reimbursement obligations are held to be unavailable by any court (other than in circumstances where a court determines that liability is from the willful misconduct or gross negligence of the Indemnified Party), the Engagement Letter allocates contribution obligations based on the relative benefits and faults of McKinsey RTS US and the Debtors.  The Engagement Letter further sets forth that McKinsey RTS US's aggregate liability shall be no more than the amount of its fees actually received under the Engagement Letter.

### Disclosure Regarding McKinsey RTS'S Disinterestedness

26. In anticipation of its proposed retention, McKinsey RTS reviewed a list of potential parties in interest provided by the Debtors or their other professional advisors (the "Potential Parties in Interest")[4] attached hereto as Schedule 1, and conducted a global database search of the Potential Parties in Interest.

27. In anticipation of its proposed retention, McKinsey RTS emailed: (a) members of McKinsey RTS to determine the existence of any client service provided by McKinsey RTS US or affiliates within the last two years to the Potential Parties in Interest, (b) members of McKinsey RTS and partners at affiliates that provide consulting services to determine the existence of client services provided by employees within the last two years to any client that focused on a direct commercial relationship or transaction with the Debtors and (c) all

---

[4]   The list of Potential Parties in Interest is dated as of June 10, 2017 (with the exception of the category of Significant Vendors, which is dated as of June 16, 2017).

members of McKinsey RTS to request information on any relationships with the Debtors, the United States Trustee and the Bankruptcy Court, as well as equity ownership in the Debtors. In addition, McKinsey RTS searched its global client database, which covers clients of all its consulting affiliates, to determine the existence of any client service provided by McKinsey RTS US or affiliates within the last two years to Potential Parties in Interest. Based on its findings from this database search, McKinsey RTS made inquiry to the partners at its affiliates worldwide that provide consulting services, who are responsible for those clients appearing on the list of Potential Parties in Interest, as to whether any services McKinsey RTS or its affiliates provided over the past two years or are currently providing to such Potential Parties in Interest focused or focuses on a direct commercial relationship or transaction with the Debtors.

28.     Based upon responses to the above inquiries, McKinsey RTS included disclosures in this Declaration to the extent that (i) any member of McKinsey RTS currently provides consulting services, or in the past two years has provided consulting services, to any of the Potential Parties in Interest or (ii) any partner at its affiliates confirmed that consulting services have been provided by such affiliates, either currently or in the past two years, to Potential Parties in Interest on matters focused on a direct commercial relationship or transaction with the Debtors. In respect of (i) above, all consulting services provided by McKinsey RTS to Potential Parties in Interest are disclosed in paragraphs 31 through 57 below. In respect of (ii), and as set forth in paragraph 32 herein, one client service team of an affiliate of McKinsey RTS has provided in the past two years, or currently provides, services to Potential Parties in Interest on matters focused on a direct commercial relationship or transaction with the Debtors.

29.     Based on the searches described above, to the best of my knowledge and information, after reasonable inquiry, except as set forth herein, McKinsey RTS (a) does not

have any connection with the Debtors or their affiliates, their creditors, or any other Potential Parties in Interest in these cases, other than as set forth herein, (b) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, (c) does not hold or represent any interest adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, (d) is not and has not been a creditor, an equity security holder, or an insider of the Debtors, except that McKinsey RTS has previously rendered services to the Debtors for which it has been compensated, and (e) is not and has not been, within two years before the Petition Date, a director, officer or employee of the Debtors.

30.     Based upon the research described above, McKinsey RTS has ascertained that McKinsey RTS currently serves or in the past two years has served, either through McKinsey RTS or an affiliate thereof, the following Potential Parties in Interest, but unless indicated otherwise, on matters unrelated to the Debtors and their chapter 11 cases.  More specifically, to the best of my knowledge and belief:

31.     **Banks and Indenture Trustees**. To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the Banks and Indenture Trustees, or entities or individuals that are affiliates of such Banks and Indentures Trustees.

32.     **Contractual Counterparties.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the following Contractual Counterparties or entities or individuals that are affiliates of such Contractual Counterparties in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Contractual Counterparties' claims against the Debtors:  Alpha Natural Resources

13

Inc., Alpha Coal Sales Co., LLC, AT&T Wireless PCS of Cleveland LLC, BP Corporation North America Inc., informal creditors' group of an affiliate of Arch Coal Sales Company Inc., BP Energy Company, Cargill Incorporated Natural Gas Trading, affiliates of a confidential client, Contura Coal Sales, LLC, Pacific Gas & Electric Company, Chevron Natural Gas, Chevron USA, Inc., and Chevrontexaco Natural Gas.  An affiliate of McKinsey RTS currently serves or in the past two years has served, General Electric Company advising it on commercial opportunities relating to multiple customers including the Debtors.  There will be no sharing of information between the members of McKinsey RTS or its affiliates serving the Debtors and the affiliate serving General Electric Company.  A member of McKinsey RTS who does not serve the Debtors has a personal and past professional relationship with an executive of Calpine Energy Services, L.P.  As McKinsey RTS is serving the Debtors, members of McKinsey RTS currently serve, or in the past two years have served, various counterparties listed in this category that are affiliates of the Debtors.

33.      **Current D&Os.** To the best of my knowledge, no member of McKinsey RTS is related to or has a relationship (outside of service to the Debtors) with any of the individuals identified in this category.

34.      **Debtors-Subs-Affiliates.** As McKinsey RTS is serving the Debtors, members of McKinsey RTS currently serve, or in the past two years have served, various parties listed in this category that are affiliates of the Debtors.

35.      **DIP Lenders.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the DIP Lenders or entities or individuals that are affiliates of DIP Lenders.

36. **Former D&Os.** To the best of my knowledge, no member of McKinsey RTS is related to or has a relationship (outside of service to the Debtors) with any of the individuals identified in this category.

37. **Insurance Claimants.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the Insurance Claimants or entities or individuals that are affiliates of such Insurance Claimants.

38. **Insurers.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the Insurers or entities or individuals that are affiliates of such Insurers.

39. **Investment Bankers.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the Investment Bankers or entities or individuals that are affiliates of such Investment Bankers.

40. **Joint Venture Parties.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Joint Venture Parties or entities or individuals that are affiliates of such Joint Venture Parties.

41. **Landlords.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Landlords or entities or individuals that are affiliates of such Landlords.

42. **Largest Unsecured Creditors.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the following Largest Unsecured Creditors or entities or individuals that are affiliates of such Largest Unsecured Creditors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Largest Unsecured Creditors' claims against the Debtors:  Flowerserve Pump

15

Division, Contura Coal Sales LLC.  An affiliate of McKinsey RTS serves an affiliate of General Electric International, Inc. advising such affiliate on commercial opportunities relating to multiple customers including the Debtors.

43.      **Letters of Credit Beneficiaries.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Letters of Credit Beneficiaries or entities or individuals that are affiliates of such Letters of Credit Beneficiaries in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Letters of Credit Beneficiaries' claims against the Debtors: Pacific Gas & Electric Company.

44.      **Lienholders.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Lienholders or entities or individuals that are affiliates of such Lienholders in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Lienholders' claims against the Debtors: BP Corporation North America Inc., as Agent.

45.      **Litigation Parties.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Litigation Parties entities or individuals that are affiliates of such Litigation Parties.  A member of McKinsey RTS who does not serve the Debtors has a personal and past professional relationship with an executive of an affiliate of Calpine Corporation.

46.      **Noteholders.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Noteholders or entities or individuals that are affiliates of such Noteholders.

47. **NRG Affiliates.** As McKinsey RTS is serving the Debtors, members of McKinsey RTS currently serve, or in the past two years have served, various parties listed in this category that are affiliates of the Debtors.

48. **Professionals.** Members of McKinsey RTS were previously employed, in the past two years, by the following Professionals but on matters unrelated to the Debtors and the Debtors' chapter 11 cases: Houlihan Lokey, PWC.  A member of McKinsey RTS serves or in the past two years has served an informal creditors' group of an affiliate of Arch Coal Sales Company Inc.

49. **Gov. - Regulatory Agencies.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Gov. - Regulatory Agencies entities or individuals that are affiliates of such Gov. - Regulatory Agencies.

50. **Shippers.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Shippers or entities or individuals that are affiliates of such Shippers in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Shippers' claims against the Debtors: Alpha Coal Sales Company LLC, informal creditors' group of affiliates of Arch Coal Sales Company Inc., Contura Coal Sales LLC.

51. **Significant Customers.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Significant Customers or entities or individuals that are affiliates of such Significant Customers in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Customers' claims against the Debtors: BP Energy Company, Pacific Gas & Electric Company.

A member of McKinsey RTS who does not serve the Debtors has a personal and past professional relationship with an executive of an affiliate of Calpine Energy Solutions, LLC.  As McKinsey RTS is serving the Debtors, members of McKinsey RTS currently serve, or in the past two years have served, various parties listed in this category that are affiliates of the Debtors.

52.   **Significant Vendors.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Significant Vendors or entities or individuals that are affiliates of such Significant Vendors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Vendors' claims against the Debtors: Alpha Coal Sales Company LLC, informal creditors' group of affiliates of Arch Coal Sales Company Inc., Contura Coal Sales LLC, Pacific Gas & Electric Company.

53.   **Surety Bonds.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Surety Bonds entities or individuals that are affiliates of such Surety Bonds.

54.   **Taxing Authorities.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Taxing Authorities entities or individuals that are affiliates of such Taxing Authorities.

55.   **Unions.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the Unions entities or individuals that are affiliates of such Unions.

56.   **UST, Judges, Ct Contacts for Southern District of Texas.** To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by, any of the UST, Judges, Ct Contacts for Southern District of Texas

entities or individuals that are affiliates of such UST, Judges, Ct Contacts for Southern District of Texas.

57.  **Utilities.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS or an affiliate thereof, the following Utilities or entities or individuals that are affiliates of such Utilities in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Utilities' claims against the Debtors: AT&T, Nextel, PG&E. As McKinsey RTS is serving the Debtors, members of McKinsey RTS currently serve, or in the past two years have served, various parties listed in this category that are affiliates of the Debtors.

58.  In addition, McKinsey RTS and its affiliates serve clients across a broad range of industries, functions, and geographies, and, within industries, serve competitors and do so in a manner that protects the confidentiality of each client's information (including the confidentiality of the engagement itself). Thus, certain affiliates of McKinsey RTS may have in the past provided services for, may presently be providing services for, and may in the future provide services for entities that are determined to be creditors, lenders, shareholders, insurers, customers, competitors, vendors, or contract counterparties in each case of the Debtors or otherwise Potential Parties in Interest; however, to the best of my current knowledge, such services are unrelated to the Debtors and these chapter 11 cases unless explicitly stated otherwise herein, and specifically do not focus on direct commercial relationships or transactions between such companies and the Debtors. If any work for other clients of affiliates of McKinsey RTS specifically focused on or affected the Debtors, it is explicitly stated in this Declaration. Further, if McKinsey RTS becomes aware of any work for other clients of affiliates of McKinsey RTS

that specifically focuses on or affects the Debtors after the date of this Declaration, it will update the Court in a supplement to this Declaration.

59.     McKinsey RTS and its affiliates do, however, from time to time, provide overall strategic analysis and advice to companies that operate in the wholesale power generation sector in which the Debtors operate, which analysis and advice could include review and comment on publicly available information and strategic considerations with respect to the Debtors, as well as other companies.  McKinsey RTS and affiliates' service to other companies in the industry in which the Debtors operate may focus on the macro landscape of the industry but should have no direct effect on the Debtors given the nature of the market.  If any work for other clients of McKinsey RTS or its affiliates specifically focused on or affected the Debtors, it is explicitly stated in this Declaration.  Further, if McKinsey RTS becomes aware of any work for other clients that specifically focuses on or affects the Debtors after the date of this Declaration, it will update the Court in a supplement to this Declaration.

60.     As noted, McKinsey RTS and its affiliates have a long-standing policy of serving competing companies and do so in a manner that protects the confidentiality of each client's information.  In fact, McKinsey RTS's expertise which the Debtors desire to utilize for the purposes described herein derives from McKinsey RTS's and its affiliates' broad-based service in many different aspects of the industry and business sector in which the Debtors operate.

61.     McKinsey RTS completed the following steps in order to make the representations contained herein:

a.     McKinsey RTS made inquiry of all of its members, including consultants borrowed from affiliates for the purpose of serving the Debtors in these chapter 11 cases, as to whether they provided over the past two years or

20

are currently providing consulting services to any of the entities listed as Potential Parties in Interest.

b.      McKinsey RTS made inquiry to all partners at its affiliates worldwide that provide consulting services, about whether they provided over the past two years or are currently providing consulting services to entities that focus on a direct commercial relationship or transaction with the Debtors.

c.      McKinsey RTS made inquiry to the partners at its affiliates worldwide that provide consulting services, who are responsible for those clients appearing as Potential Parties in Interest, as to whether any services McKinsey RTS or its affiliates provided over the past two years or are currently providing to such Potential Parties in Interest focused or focuses on a direct commercial relationship or transaction with the Debtors.

d.      McKinsey RTS made inquiry of all employees at all of its affiliates world-wide, as to whether such member or a member of his/her immediate family is related to or employed by the Debtors, the United States Trustee and/or the Bankruptcy Court.

e.      Additionally, McKinsey RTS made inquiry of all employees at all of its affiliates worldwide, as to whether such member or a member of his/her immediate family owns equity securities of the Debtors.

f.      Finally, McKinsey RTS requested that partners of McKinsey RTS and its affiliates worldwide that provide consulting services immediately inform the office of the General Counsel, for the duration of McKinsey RTS's retention by the Debtors, if proposed support for any of their clients would focus on a direct commercial relationship with the Debtors.

Based upon responses to the above inquiries, McKinsey RTS included disclosures in this Declaration to the extent that (i) any member of McKinsey RTS currently provides consulting services, or in the past two years has provided consulting services, to any of the Potential Parties in Interest or (ii) any partner at its affiliates confirmed that consulting services have been provided by such affiliates, either currently or in the past two years, to Potential Parties in Interest on matters focused on a direct commercial relationship or transaction with the Debtors. In respect of (i) above, all consulting services provided by McKinsey RTS to Potential Parties in Interest are disclosed in paragraphs 31 through 57 herein.  In respect of (ii) above, except as stated in paragraph 32, no other partner of the affiliates of McKinsey RTS has provided in the

past two years, or currently provides, services to Potential Parties in Interest on matters focused on a direct commercial relationship or transaction with the Debtors.

62.     Based upon the responses to these inquiries, to the best of my knowledge and belief, no members of McKinsey RTS or its affiliates are or have immediate family members that are related to or employed by (A) the Debtors, (B) any judge or employee of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") or (C) any employee of the office of the United States Trustee (the "U.S. Trustee").  In addition, to the best of my knowledge and belief, no members of McKinsey RTS or their family members hold equity securities of the Debtors.[5]

63.     In addition, as part of its practice, McKinsey RTS and its affiliates provide support to clients on purchasing and supply management relating to direct and indirect materials and services, including in the wholesale power generation sector.  Generally, the services consist of fact-based analysis to understand the client's costs and who other potential vendors are, support in developing requests for proposal, and analysis of and advice relating to the responses from vendors.  McKinsey RTS and its affiliates do not directly contact or negotiate with vendors for their clients, except that McKinsey RTS may negotiate as agreed with its clients in certain circumstances.  While we do not believe that such support is adverse to the interests of the Debtors, out of an abundance of caution, McKinsey RTS will independently evaluate the request of any member of McKinsey RTS to provide purchasing and supply management support

---

[5]     In reviewing its records and the relationships of its professionals, McKinsey RTS did not seek information as to whether any member of McKinsey RTS or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain employees have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact McKinsey RTS's disinterestedness or otherwise give rise to a finding that McKinsey RTS holds or represents an interest adverse to the Debtors' estates.

relating to the wholesale power generation sector to any company for whom any of the Debtors are either an incumbent provider or a potential vendor, prior to confirming such support. Further, if McKinsey RTS becomes aware of any such work for other clients that specifically focused on or is adverse to the interests of the Debtors after the date of this Declaration, it will update the Court in a supplement to this Declaration.

64.     To the best of my knowledge and belief, (i) Alpha Natural Resources, Inc. (ii) GenOn Energy, Inc. (an affiliate of NRG Energy, Inc.), (iii) JPMorgan Chase, and (iv) a confidential client, clients of McKinsey RTS US who are identified as Potential Parties in Interest, each account for more than one (1%) percent of McKinsey RTS US's gross annual revenue as of May 2017.  In each case, McKinsey RTS's support to Alpha Natural Resources, Inc., JPMorgan Chase & Co., and confidential client is on matters unrelated to the Debtors and their chapter 11 cases.

65.     McKinsey RTS has adopted procedures to identify any potential support by McKinsey RTS that focuses on a direct commercial relationship or transaction with the Debtors, so that McKinsey RTS may either make disclosure of such potential engagement to the Bankruptcy Court or take other appropriate steps. If and when retained, McKinsey RTS will again communicate to all partners in McKinsey RTS and its affiliates directing them to notify the office of McKinsey's General Counsel of any such proposed client engagements.  In addition, McKinsey RTS will again communicate with all of its Members directing them to notify the office of McKinsey's General Counsel of proposed client engagements involving Potential Parties in Interest.

66.     Finally, as part of its diverse practice, McKinsey RTS and its affiliates are involved in numerous matters and transactions involving many different professionals, including

many of the professionals named as Potential Parties in Interest in these chapter 11 cases. Further, McKinsey RTS and its affiliates may have in the past been represented by, may currently be represented by, and may in the future be represented by attorneys, law firms, or financial advisors who are involved in these proceedings, including law firms and financial advisors representing the Debtors.  Specifically, McKinsey RTS and its affiliates have been represented, in the past two years, by the following professionals (or affiliates thereof) named as Potential Parties in Interest in other matters unrelated to the Debtors and these chapter 11 cases: Ropes & Gray LLP, K&L Gates LLP, and White & Case LLP.  Further, McKinsey RTS and its affiliates may in the past have served, may currently serve, and may in the future serve professionals in these cases on matters unrelated to these chapter 11 cases.  In addition, as noted above, McKinsey RTS and its affiliates in the past have worked with, or currently work with, many of the professionals named as Potential Parties in Interest, and likely will continue in the future to work with professionals involved in these cases, on matters unrelated to these chapter 11 cases.  Lastly, McKinsey RTS and its affiliates may have in the past contracted with, may currently contract with, and may in the future contract with certain service providers listed as Potential Parties in Interest for necessary business services.  McKinsey RTS does not have a specific agreement to refer or accept referrals from any professional in these chapter 11 cases. Further, McKinsey RTS does not receive a significant portion of its referrals from any professional retained in these chapter 11 cases. Based upon my current knowledge of the professionals involved, to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors herein in matters upon which McKinsey RTS is to be employed, and none are in connection with these chapter 11 cases.

67.     McKinsey RTS has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.

68.     Based upon the foregoing, I believe that McKinsey RTS does not hold an adverse interest to the Debtors' estates, and that McKinsey RTS is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

69.     McKinsey RTS reserves the right to supplement this Declaration in the event it becomes aware of any relationship or other information that requires disclosure. McKinsey RTS understands it has the obligation pursuant to Bankruptcy Rule 2014 to further supplement its declarations in the event it becomes aware of any relationship or other information that requires disclosure.

[*Remainder of page left intentionally blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 23, 2017
        Chicago, Illinois

                                              /s/   Kevin M. Carmody
                                              Kevin M. Carmody
                                              Practice Leader

**Schedule 1**

**SCHEDULE 1**
**List of Schedules**

| Schedule | Category |
| --- | --- |
| 1 (a) | Banks and Indenture Trustees |
| 1 (b) | Contractual Counterparties |
| 1 (c) | Current D&Os |
| 1 (d) | Debtors-Subs-Affiliates |
| 1 (e) | DIP Lenders |
| 1 (f) | Former D&Os |
| 1 (g) | Insurance Claimants |
| 1 (h) | Insurers |
| 1 (i) | Investment Bankers |
| 1 (j) | Joint Venture Parties |
| 1 (k) | Landlords |
| 1 (l) | Largest Unsecured Creditors |
| 1(m) | Letters of Credit Beneficiaries |
| 1 (n) | Lienholders |
| 1 (o) | Litigation Parties |
| 1 (p) | Noteholders |
| 1(q) | NRG Affiliates |
| 1 (r) | Professionals |
| 1 (s) | Gov. - Regulatory Agencies |
| 1 (t) | Shippers |
| 1 (u) | Significant Customers |
| 1(v) | Significant Vendors |
| 1 (w) | Surety Bonds |
| 1(x) | Taxing Authorities |
| 1 (y) | Unions |
| 1 (z) | UST, Judges, Ct Contacts for Southern District of Texas |
| 1 (aa) | Utilities |

**SCHEDULE 1 (a)**
**Banks and Indenture Trustees**

Bank of Tokyo-Mitsubishi
Bankers Trust Company
Blackrock
BNP Paribas
BNY Mellon
BNY Mellon Liquidity Direct
CITI Facility
Citibank NA Makati City Branch Phillipines
CITIBANK, N.A
Deutsche Bank
DEUTSCHE BANK AG, NEW YORK
BRANCH
Deutsche Bank Trust Company Americas
Goldman Sachs
International Bank of Commerce
JPMORGAN CHASE BANK, N.A.
JPMorgan Chase Facility
Natixis Facility
NATIXIS NEW YORK BRANCH
PSEG Resources Inc.
Renasant Bank
State Street Bank and Trust Company
U.S. Bank, National Association
Wells Fargo Bank, N.A.
Wilmington Savings Fund Society, FSB
Wilmington Trust Company

**SCHEDULE 1 (b)**
**Contractual Counterparties**

1000 MAIN LLC
4-COUNTY ELECTRIC POWER
ASSOCIATION
ABB INC
ABB POWER T&D COMPANY
ABN AMRO INC
ABN AMRO INCORPORATED
ABT LLC
ACE AMERICAN INSURANCE COMPANY
ACE EUROPEAN GROUP LIMITED
ACE INA INSURANCE COMPANY
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY
ACUREN INSPECTION INC
ADAMS ELECTRIC COOPERATIVE INC
ADVANCED VOICE AND DATA INC
AECOM TECHNICAL SERVICES, INC
AGTSERVICES INC
AIRGAS SPECIALTY PRODUCTS
AIRGAS USA LLC
AIRNOVA, INC
AIRPORT COMMISSIONERS OF DUKES
COUNTY
ALB INC
ALBERT D. DOYLES
ALDINE INDEPENDENT SCHOOL DISTRICT
ALERE TOXICOLOGY SERVICES, INC.
ALEXANDER & CLEAVER
ALGONQUIN GAS TRANSMISSION
COMPANY
ALGONQUIN GAS TRANSMISSION, LLC
ALICE W. SAUDER
ALLEGHENY ENERGY SUPPLY COMPANY,
LLC
ALLEGHENY VALLEY JOIN SEWAGE
AUTHORITY
ALPHA ANALYTICAL
Alpha Coal Sales Co., LLC
ALPHA NATURAL RESOURCES INC.

ALSTOM POWER INC
ALSTON & BIRD LLP
ALVERNA LONGYHORE
ALVIN E. ORWIG & BETTY A. ORWIG
AMEC ENVIRONMENT &
INFRASTRUCTURE, INC.
AMERICAN ELECTRICAL TESTING CO INC
American Energy Corporation
AMERICAN HOIST & MANLIFT INC
AMERICAN INTEGRATED SERVICES INC
AMERICAN REFRACTORY COMPANY LLC
AMERICAN TOWER CORPORATION
AMERICAN TOWER LP
AMERICAN TOWERS LLC
AMERICAN TRANSMISSION SYSTEM,
INCORPORATED
AMERICAN TRANSMISSION SYSTEMS LLC
AMERIKOHL MINING INC.
AMETEK SOLIDSTATE CONTROLS
AMOCO CORPORATION
AMOCO ENERGY TRADING CORP
AMVEST WEST VIRGINIA COAL LLC
AMY VAN ALLEN
ANNA E. SCHUB
ANNA S. LOCKE
AON RISK SERVICES OF TEXAS INC
ARCH COAL SALES COMPANY INC.
ARCH INSURANCE COMPANY
ARCHER CONTINGENT ENERGY RISK
ARDAGA & ASSOCIATES
ARGONAUT INSURANCE COMPANY
ARKLA ENERGY MARKETING COMPANY
ARTHUR ANDERSEN LLP
ASHLIN ENVIRONMENTAL AIR SERVICES
ASPEN AMERICAN INSURANCE COMPANY
AT&T WIRELESS PCS OF CLEVELAND LLC
ATLANTIC CITY ELECTRIC COMPANY
ATLAS COPCO COMPRESSORS INC

ATTORNEY GENERAL OF MARYLAND
ATTORNEY GENERAL OF MONTGOMERY
COUNTY, MARYLAND
AUBURN MANUFACTURING INC.
AULSON ROOFING INC
AVEN FIRE SYSTEMS INC
AVERY LEE
AVOGADRO ENVIRONMENTAL CORP
AZIMA DLI LLC
BABCOCK & BROWN LP
BABCOCK & WILCOX COMPANY, THE
BAKER BOTTS LLP
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
BALTIMORE GAS & ELECTRIC COMPANY
BALTIMORE TANK LINES INC.
BANC OF AMERICA SECURITIES LLC
BANC ONE CAPITAL MARKETS INC
BANK OF AMERICA SECURITIES LLC
BANK OF AMERICA, NA
BANK OF NEW YORK, THE
BANK ONE CAPITAL MARKETS INC
BANK ONE CORPORATION
BANK TRUST COMPANY
BANKERS COMMERCIAL CORPORATION
BANKERS TRUST COMPANY
BATCL-1987-III INC
BAY AREA AIR QUALITY MANAGEMENT
DISTRICT
BAY VALVE SERVICE & ENGINEERING
LLC
BAYERISCHE HYPO-UND VEREINSBANK
AG
BAYERISCHE HYPO-UND VEREINSBANK
AG NEW YORK BRANCH
BELL ATLANTIC TRICON LEASING CORP
BENTLY NEVADA INC
BENTLY NEVADA, INC
BERGDALE INSURANCE AGENCY INC.
BERKEL & CO. CONTRACTORS INC.
BERKLEY INSURANCE COMPANY
BERKLEY REGIONAL INSURANCE
COMPANY

BERKLEY SURETY GROUP LLC
BERLACK, ISRAELS & LIBERMAN LLP
BERTHA B. VAN ALLEN
BESSEMER AND LAKE ERIE RAILROAD
COMPANY
BETTY JANE EDWARDS BLACK
BG ENERGY MERCHANTS LLC
BINGHAM DANA LLP
BLOCK 139 LTD
BNP PARIBAS
BNP PARIBAS ENERGY TRADING CANADA
CORP (FKA FB ENERGY CANADA CORP)
BNP PARIBAS ENERGY TRADING GP (FKA
FORTIS ENERGY MARKETING & TRADING
GP)
BOARD OF PROPERTY ASSESSMENT
APPEALS AND REVIEW OF ALLEGHENY
COUNTY PENNSYLVANIA
BOROUGH OF CHESWICK
BOSTON GAS COMPANY DBA NATIONAL
GRID
BOWEN ENGINEERING CORPORATION
BP CORPORATION NORTH AMERICA INC
BP ENERGY COMPANY
BRACEWELL & GIULIANI LLP
BRADLEY E. ENGLAND
BRAND ENERGY & INFRASTRUCTURE
SERVICES INC.
BRAND ENERGY OF CALIFORNIA LLC
BRAND ENERGY SERVICES, LLC
BRAND ENERGY SOLUTIONS LLC; BRAND
ENERGY & INFRASTRUCTURE HOLDI
BRIAN S. ENGLAND
BRIDGE STREET FUND 1998, LP
BRIDGE STREET SPECIAL OPPORTUNITIES
FUND 2000, LP
BROCK SERVICES LLC
BROOKFIELD ENERGY MARKETING LP
BROOKLYN UNION GAS COMPANY, THE
(DBA NATIONAL GRID NY)
BRUCE C. PREDMORE
BURDOCK HILL FARMS LP
BUREAU OF TIDELANDS MANAGEMENT

BURNHAM INDUSTRIAL CONTRACTORS INC
BURNS & MCDONNELL ENGINEERING COMPANY INC
BVZ POWER PARTNERS-FRENCH CAMP
C L SMITH INDUSTRIAL COMPANY
CAA COMBUSTION SYSTEMS
CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
Calpine Energy Services, L.P.
CAMPBELL & WHITE
CANAL ELECTRIC COMPANY (FKA PLYMOUTH COUNTY ELECTRIC COMPANY)
CAPACITY MARKETS PARTNERS LLC
CAPE & VINEYARD ELECTRIC COMPANY
CAPITOL ENERGY VENTURES CORP
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI
CARGILL INCORPORATED NATURAL GAS TRADING
CARNERVILLE HOLDING CO, INC
CAROL A. HOFFMAN
CARSON CORPORATION
CASTEEL CORPORATION
Castleton Commodities Merchant Trading LP
CB&I ENVIRONMENTAL & INFRASTRUCTURE
CE CULM INC.
CENTERIOR ENERGY
CENTERPOINT ENERGY GAS RESOURCES CORP
CENTERPOINT ENERGY GAS RESOURCES CORP (FKA ENTEX GAS RESOURCES CORP)
CENTERPOINT ENERGY GAS SERVICES INC
CenterPoint Energy Services, Inc.
CENTURY DEVELOPMENT
CENTURY PROPERTY MANAGEMENT PARTNERSHIP LP
CFM VR TESCO LLC
CHADBOURNE & PARKE LLP
CHAIN LINK FENCE AND SUPPLY INC
CHALMERS & KUBECK INCORPORATED

CHARAH INC
CHARLES COUNTY TAX ASSESSOR
CHARLES EDWARD BOWLING
CHARLES P. VAN ALLEN
CHARLES W. (JR) LONGYHORE
CHASE SECURITIES INC
CHERYL MARIE PIERSON JOHNSON
CHESTER A. SNOVER
CHESWICK POWER STATION
CHEVRON NATURAL GAS
CHEVRON USA, INC.
CHEVRONTEXACO NATURAL GAS
CHICAGO TITLE
CHIEF CONEMAUGH POWER LLC
CHOCTAW COUNTY TRUST
CINTAR INC
CINTAS CORP NO. 2
CINTAS CORPORATION
CINTAS FIRST AID & SAFETY
CITIBANK, NA, AS COLLATERAL AGENT
CITICORP USA, INC.
CITIGROUP ENERGY INC.
CITY OF AVON LAKE
CITY OF AZUSA
CITY OF PITTSBURGH
CITY OF RIVERSIDE
CITY OF VERNON
CLARENCE H. VAN ALLEN
CLEAN HARBORS ENVIRONMENTAL SERVICE
CLEAN VENTURE, INC
CLEVELAND BROTHERS EQUIPMENT CO INC
CLEVELAND ELECTRIC ILLUMINATING COMPANY
CLOVE DEVELOPMENT CORPORATION
CNG TRANSMISSION CORPORATION
CoalSales and CoalTrade LLC
CoalSales LLC
COALSALES, INC.
CoalTrade LLC
COHEN, DAX & KOENIG, P.C.
COLONA TRANSFER LP

COLONIAL ENERGY INC
COLONIAL GAS COMPANY DBA
NATIONAL GRID
COLUMBIA GAS OF OHIO INC
COLUMBIA GAS TRANSMISSION
CORPORATION
COMANCHE TRAIL PILELINE LLC
Commerce Energy, Inc.
COMMERCIAL SETTLEMENTS INC
COMMONWEALTH EDISON COMPANY
COMMONWEALTH ELECTRIC COMPANY
COMMONWEALTH ELECTRIC COMPANY
(FKA NEW BEDFORD GAS AND EDISON
LIGHT COMPANY)
COMMONWEALTH ENERGY
CORPORATION
COMMONWEALTH LAND TITLE
INSURANCE COMPANY
COMMONWEALTH OF PENNSYLVANIA
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORTATION
COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION
COMMONWEALTH OF PENNSYLVANNIA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION BUREA OF WASTE
MANAGEMENT
COMPETITIVE POWER VENTURES, INC
COMPLIANCE OPPORTUNITIES GROUP
LLC
CON COAL
CONCORD ENERGY LLC
CONEMAUGH FUELS LLC
CONEMAUGH LESSOR GENCO LLC
CONEMAUGH POWER LLC
CONOCO INC
CONOCOPHILIPS COMPANY
CONSOL COAL
CONSOL OF KENTUCKY INC
Consol Pennsylvania Coal Company LLC
CONSOLIDATED COAL COMPANY

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.
CONSOLIDATED EDISON ENERGY INC.
CONSOLIDATION COAL COMPANY
CONSTEALLATION ENTERPRISES, INC
CONSTELLATION ENERGY COMMODITIES
GROUP INC.
CONSTELLATION POWER SOURCE
GENERATION, INC.
CONTINENTAL CASUALTY COMPANY
CONTRA COSTA ELECTRIC INC
CONTROL COMPONENTS INC
CONTURA COAL SALES LLC
CORAL ENERGY HOLDING LP (FKA
CORAL ENERGY LP)
CORAL ENERGY RESOURCES LP
CORAL POWER LLC
CORPORATION SERVICE COMPANY
CORPORATION TRUST COMPANY
COSUNDRA PRICE
COUNTY COMMISSIONERS OF DUKES
COUNTY
COUNTY OF ADAMS
COUNTY OF LAWRENCE
COUNTY OF ROCKLAND
COUNTY OF ROCKLAND INDUSTRIAL
DEVELOPMENT AGENCY
COVE POINT LNG LP
CPMP
CPV SHORE, LLC
CRE HOLDINGS INC
CRE PARTNERSHIP LP
CREDIT SUISSE ENERGY LLC
CREDIT SUISSE FIRST BOSTON
CORPORATION
CREDIT SUISSE SECURITIES (USA) LLC
CROWN PRODUCTS & SERVICES INC.
CSX TRANSPORTATION LLC
CSX TRANSPORTATION, INC.
CT CORPORATION SYSTEM
CURTIS THAXTER STEVENS BRODER &
MICOLEAU LLC
CUSHMAN & WAKEFIELD OF TEXAS INC
CYNTHIA I. TOOT

D. CLINTON SAUDER
Dames & Moore
DAN WHITE AND SON INC
DANIEL C. POWELL
DAVID ELLIS
DAYTON POWER AND LIGHT COMPANY, THE
DB ENERGY TRADING LLC
DCP MIDSTREAM MARKETING LLC
DEBRA K. LITTLE
DEER PARK INDEPENDENT SCHOOL DISTRICT
DELAWARE VALLEY MIDGET LEAGUE, INC.
DELMARVA POWER AND LIGHT COMPANY
DELOITTE & TOUCHE LLP
DEMATT INDUSTRIAL
Denise Kay Myers
DEPARTMENT OF THE ARMY
DEUTSCHE BANK AG
DEUTSCHE BANK SECURITIES, INC
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEWEY BALLANTINE LLP
DGC NEVADA DEVELOPMENT, INC
DIAMOND CAYMAN, INC
DIAMOND TECHNICAL SERVICES INC
DIAMOND TURF AND LADNSCAPE INC
Diann M. McCaskey
DICKERSON OL1 LLC
DICKERSON OL2 LLC
DICKERSON OL3 LLC
DICKERSON OL4 LLC
DIRECT ENERGY BUSINESS L.L.C.
Direct Energy Business Marketing, LLC
DISTRIGAS OF MASSACHUSETTS LLC
DIVISION OF AIR QUALITY
DLC CAPITALS
DOBLE ENGINEERING COMPANY
DOMINION COVE POINT LNG LP
DOMINION ENERGY GENERATION MARKETING INC

Dominion Energy Marketing, Inc.
DOMINION TRANSMISSION INC
DONNA M FRATIANNE
DONNIE CORK
DOROTHY ELLIOT
DOW COGBURN & FRIEDMAN
DPSW SAMSONDALE, LLC
DTE ENERGY TRADING INC.
DUFFIELD HAULING INC
DUKE ENERGY FIELD SERVICES LP
DUKES COUNTY IN THE COMMONWEALTH OF MASSACHUSETTS
DUQUESNE CONEMAUGH LLC
DUQUESNE KEYSTONE LLC
DUQUESNE LIGHT COMPANY
EAGLE ENERGY PARTNERS I L.P.
EARLENE ANDERSON CALMESE
EAST FAIRFIELD COAL CO.
EAST STROUDSBURG NATIONAL BANK
EASTERN NEW JERSEY POWER COMPANY
ECOLOGY AND ENVIRONMENT, INC.
EDF TRADING NORTH AMERICA LLC
EDF TRADING NORTH AMERICA LLC (FKA EAGLE ENERGY PARTNERS I LP)
EDISON MISSION ENERGY
EDITH M. KELLEY
EDNA A. SNOVER
EGAN HUB PARTNERS LP
EGAN HUB STORAGE LLC
EIF NEPTUNE, LLC
EIGHTY FOUR MINING COMPANY
E-J / FERREIRA
Eleanor Gilmore Kenny a/k/a Eleanor I. Kenny
ELENOR E. SHEPPERD
ELIZABETHTOWN GAS
EMARVICE PIERSON
EMPYREAN GROUP LLC, THE
EMS USA INC
ENERFAB POWER & INDUSTRIAL, INC.
ENERGY AMERICA LLC
ENERGY AMERICA LLC (FKA STRATEGIC ENERGY LLC)
ENERGY CORPORATION OF AMERICA

ENERGY INSURANCE MUTUAL LTD
ENERGY INVESTORS FUNDS
ENGINEERING/REMEDIATION RESOURCES GROUP INC
ENSERCO ENERGY INC
ENSERCO ENERGY LLC (FKA ENSERCO ENERGY INC)
ENTERGY MISSISSIPPI INC
ENTERGY SERVICES INC
ENTEX GAS RESOURCES CORP
ENVIROKINETICS, INC.
ENVIRONMENTAL RESOURCES MANAGEMENT
ENVIRONMENTAL SYSTEMS CORPORATION
EQUIPMENT & CONTROLS INC
EQUITABLE ENERGY, LLC
EQUITABLE GAS COMPANY LLC
ERIC HULL
ERIE INSURANCE EXCHANGE
ERM
ERM-WEST INC
ERNESTINE PIEZ OF NEW YORK
ESERVICES INC
ESERVICES LLC
ESTATE OF CYNTHIA I. TOOT
ETC MARKETING LTD DBA ENERGY TRANSFER COMPANY
ETC TEXAS PIPELINE, LTD
EVERSOURCE ENERGY
EVOQUA WATER TECHNOLOGIES LLC
EXELON CORPORATION
EXELON GENERATION COMPANY LLC
EXELON GENERATION COMPANY LLC (FKA CONSTELLATION ENERGY COMMODITIES GROUP INC)
EXPRESS SERVICES INC
FACTORY MUTUAL INSURANCE COMPANY
FANNON PETROLEUM SERVICES INC
FARMLAND RESERVE, INC.
FASTENAL
FE CAPITAL

FEDERAL ENERGY REGULATORY COMMISSION
FIDELITY NATIONAL TITLE INSURANCE COMPANY
FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK
FIDELITY NATIONAL TITLE INSURANCE CORPORATION
FIFTH THIRD BANK, TRADE SERVICES
FIRST AMERICAN TITLE INSURANCE COMPANY
FIRST CHICAGO LEASING CORPORATION
FIRST ECA MIDSTREAM LLC
FIRST ECA MISTREAM LLC
FIRSTENERGY CORP.
FIRSTENERGY TELECOM CORP
FIRSTENERY SERVICE COMPANY
FITCH IBCA DUFF & PHELPS
FLEET TRANSIT INC
FLORIDA GAS TRANSMISSION COMPANY
FLORIDA POWER CORPORATION
FLSMIDTH KREBS INC
FORKLIFT MOBILE INC
FORKLIFT MOBILE REPAIR CO INC
FORTIS BANK SA/NV
FORTIS ENERGY MARKETING & TRADING GP
FPL ENERGY POWER MARKETING INC.
FRANK A. SNOVER
FRANK V CALMESE
FRANKLIN MINERALS
FREDERICK J. SCHUB
Freepoint Commodities LLC
Freepoint Commodities Trading and Marketing LLC
FRENZELIT NORTH AMERICA INC
FRESH MEADOW POWER
FUCICH LLC
FUEL TECH INC
GAI CONSULTANTS INCORPORATED
GAP VAX INC
GARNERVILLE HOLDING COMPANY, INC
GAS UMLIMITED INC

GATX CORPORATION (ASSIGNOR
GREENBRIER LEASING COMPANY, LLC)
GDF SUEZ GAS NA LLC
GE BETZ INC
GE BETZ INC; GE WATER & PROCESS
TECHNOLOGIES
GE ENERGY CONTROL SOLUTIONS, INC
GE INFRASTRUCTURESENSING, INC
GE INSPECTION TECHNOLOGIES LP
GE INTERNATIONAL, INC.
GEHRLICKER SOLAR AMERICA
CORPORATION
GENCO
GENERAL ELECTRIC COMPANY
GENERAL ELECTRIC INTERNATIONAL,
INC.
GENON BOWLINE, LLC
GENON ENERGY INC.
GENON ENERGY MANAGEMENT LLC
GENON FLORIDA LP
GENON MID-ATLANTIC LLC
GENON NORTHEAST MANAGEMENT CO.
GENON POWER MIDWEST LP
GENON REMA, LLC
GEO TESTING EXPRESS
GEOCHEMICAL TESTING ENERGY
CENTER INC
GEORGE CORK, JR.
GEORGE E. WARREN CORPORATION
GEORGE R BROOME, JR
GERALD R. & BETTY JANE FORD
GETTYSBURG MUNICIPAL AUTHORITY
GLENCORE LTD.
GLENN H MOSHAM
GOLDMAN SACHS & CO
GOLDMAN SACHS BANK USA
GOLDMAN SACHS CREDIT PARTNERS, LP
GPU ENERGY
GPU ENERGY COMPANY
GPU GENERATION, INC.
GPU SERVICE, INC.
GRAYBAR ELECTRIC COMPANY INC
GRAYMONT PA INC

GS CAPITAL PARTNERS II GERMANY, CLP
GS CAPITAL PARTNERS II OFFSHORE, LP
GS CAPITAL PARTNERS II, LP
GS CAPITAL PARTNERS III GERMANY, CLP
GS CAPITAL PARTNERS III OFFSHORE, LP
GS CAPITAL PARTNERS III, LP
GUTMANN ENERGY INC
GUTTMAN OIL COMPANY
H&M COMPANY, INC.
HAAS GROUP INTERNATIONAL INC
HAAS GROUP INTERNATIONAL LLC
HABITAT RESTORATION, INC.
HAMON RESEARCH-COTTRELL, INC.
HANNAH E. PENIOAL
HANOVER ENGINEERING ASSOCIATES
INC
HARDESTY CONSTRUCTION
CORPORATION
HARRY A. WERNER, JR.
HART HIGH VOLTAGE APPARATUS
HARVEY (SR) MESSINGER
HAVERSTRAW TOWN PBA
HAYNES & BOONE LLP
HDR ENGINEERING, INC.
HELEN G. JENKENSON
HENRY PRATT COMPANY
HERBERT J. KELLEY
HERBERT, ROWLAND & GRUBIC, INC.
HERC RENTALS INC
HESS CORPORATION
HESSE ENERGY MARKETING LLC
HILDA F. VAN ALLEN
HILL BROTHERS CHEMICAL COMPANY
HISCOCK & BARCLAY, LLP
HOLT OF CALIFORNIA
HONEYWELL INDUSTRY SOLUTIONS
HONEYWELL PROCESS SOLUTIONS
Hopedale Mining LLC
HOUSTON 1000 MAIN LP
HOUSTON MAIN GP LLC
HOWARD C. LOCKE
HQ ENERGY SERVICES (US) INC

HUNTERSTOWN POWER PLANT COMPLEX
HUNTERSTOWN TRUST
HYDROVAC INDUSTRIAL SERVICES INC
ICAP ENERGY LLC
ICE FUTURES US INC
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
INDUSTRIAL ACTION SERVICES INC
INDUSTRIAL COMMERCIAL ELEVATOR
INDUSTRIAL DESIGN SOLUTIONS INC
INDUSTRIAL ENVIRONMENTAL INC
INDUSTRIAL SCIENTIFIC CORPORATION
INFINITE ENERGY INC
INGERSOLL RAND COMPANY
INLAND EMPIRE ENERGY CENTER LLC
INSURANCE COMPANY OF NORTH AMERICA
INTEGRA REALTY RESOURCES
INTEGRATED POWER SERVICES LLC
INTEGRYS ENERGY SERVICES INC.
INTERNAL REVENUE SERVICE CENTER
INTERSTATE ENERGY COMPANY
INVENSYS SYSTEMS INC
IRMA L ANDERSON
IS DEPARTMENT OF JUSTICE
ISADORE OLLAR
ISLAND TRANSPORTATION CORP.
ISO NEW ENGLAND INC
J. ARON & COMPANY
J. SUPOR & SON
J.P. Morgan Ventures Energy Corporation
JACOB E. RUTT
JAMES F. ELLIOT
JAMES W. HARDING
JAMIE L. LEHR
JAN C. PHILLIPS, P.E.
JANET L. REINHARDT
JERSEY CENTRAL POWER & LIGHT COMPANY
JESSE ANTHONY
JESSE ANTHONY & LINDA ANTHONY FORBUSH
JESSE L CALMESE, JR.

JEWELLE M. MCCULLOUGH
JODI L. SHICK
JOHN L. MACDONALD
John R. McCaskey
JOHNNY D ANDERSON
JOHNSON CONTROLS INC
JOINT REGIONAL SEWAGE BOARD
JOSEPH FORAN
JOYCE REYNOLDS
JP MORGAN VENTURES ENERGY CORPORATION
JPMORGAN
JPMORGAN CHASE BANK N.A.
JR ENGINEERING AND MACHINE CORPORATION
KAN AM 1000 MAIN CORPORATION
KAN AM 1000 MAIN LP
KAN AM GRUND
KAPITALANLAGEGESELLSCHAFT MBH
KAREN LYNNE POWELL
KARL HOPE
KATE MOWREY HOBBA FAMILY TRUST
KATHRYN M. WEAR
KATHY A. LEHR
KELLER CANYON LANDFILL COMPANY
KENNITH R. SCHICK
KERN RIVER GAS TRANSMISSION COMPANY
KEYSPAN GAS EAST CORPORATION (DBA NATIONAL GRID)
KEYSPAN GAS EAST CORPORATION DBA NATIONAL GRID
KEYSTONE COAL MINING CORPORATION
KEYSTONE LESSOR GENCO LLC
KEYSTONE POWER LLC
KEYSTONE STATION OWNERS
KEYSTONE-CONEMAUGH PROJECTS
KIEWIT ENGINEERING GROUP INC
Kiewit Power Constructors Co
KINDER MORGAN PIPELINES
KIRBY ELECTRIC SERVICE, INC.
KOHLTRAN, INC
KUPPER ASSOCIATES

KURT V. & CAROL A. HOFFMAN
LAMINAR ENERGY SERVICES INC
LASALLE BANK NATIONAL ASSOCIATION
LATHAM & WATKINS
LATROBE WINDOW CLEANING COMPANY INC
LAURENE K. HULL
LAW OFFICES WRIGHT & TALISMAN, PC
Lawrence County Sportsmen's Association
LAWYERS TITLE INSURANCE CORPORATION
LBS RELIABILITY SERVICES
LEASE INDENTURE TRUSTEE
LEBOEUF, LAMB, GREENE & MACRAE LP
LEHMAN BROTHERS HOLDINGS INC
LIBERTY MUTUAL INSURANCE COMPANY
LINDA FORBUSH
LINDA K PEARSON
LLOYD W. SHEPPERD
LOCAL UNION NO. 1245 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 1245 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AFL-CIO
LOCAL UNION NO. 1289 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 140 OF THE UTILITY WORKERS UNION OF AMERICA (AFFILIATED WITH AFL-CIO)
LOCAL UNION NO. 1900 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 29 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 369 OF THE UTILITY WORKERS UNION OF AMERICA (AFFILIATED WITH AFL-CIO)
LOCAL UNION NO. 459 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 47 OF THE INTERNATIONAL BROTHERHOOD OF

ELECTRICAL WORKERS (AFFILIATED WITH AFL-CIO)
LOCAL UNION NO. 503 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 66 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL UNION NO. 777 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (AFL-CIO)
LONESTAR NGL PIPELINE
LONG ISLAND LIGHTING COMPANY DBA LIPA
LORETTA DE MARRAIS
LORRAINE C. HOSEY
LOUIS DREYFUS ENERGY SERVICES LP
LUCILLE ANN MICALE
M. Jane McDowell
Macquarie Energy LLC
MAIN/LAMAR LLC
MAIN/LAMAR PARTNERSHIP LP
MARK C. & SHARON M. KELLER
MARKEN MECHANICAL SERVICES INC
MARSDEN SERVICES LLC
MARSDEN SERVICES LLC; ENCORE ONE LLC
MARSH USA INC
MARTHA'S VINEYARD AIRPORT COMMISSION
MARY A MCCOY
MARYLAND DEPARTMENT OF THE ENVIRONMENT
MARYLAND PUBLIC SERVICE COMMISSION
MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
MASSACHUSETTS DEPARTMENT OF TRANSPORTATION
MASSEY COAL SALES COMPANY INC
MAYER BROWN & PLATT
MBM FINANCIAL INTERESTS LP
MCCLYMONDS SUPPLY & TRANSIT CO. INC.
MCCORMICK TAYLOR INC

McDowell Farms
MCELROY COAL COMPANY
MCGRIFF SEIBELS AND WILLIAMS
MCGUIRE, WOODS, BATTLE & BOOTHE
LLP
MCMANIMON, SCOTLAND & BAUMANN,
LLC
MECHANICAL CONSTRUCTION CORP
Melvin Daniel Myers
MERRILL LYNCH COMMODITIES INC.
MERRITT CONSULTANTS LLC
MET ELECTRICAL TESTING COMPANY,
INC.
METROPOLITAN EDISON COMPANY D/B/A
GPU ENERGY
METROPOLITAN LIFE INSURANCE
COMPANY
METSO MINERALS INDUSTRIES INC
MICHAEL BAKER JR, INC
MIDCONTINENT INDEPENDENT SYSTEM
OPERATOR INC
MIDWEST ASH DISPOSAL, INC
MIDWEST GENERATION LLC
MIDWEST INDEPENDENT TRANSMISSION
SYSTEM OPERATOR INC
MIDWEST INDEPENDENT TRANSMISSION
SYSTEM OPERATOR, INC.
MIDWEST TOXICOLOGY SERVICES, INC.
MIECO Inc.
MIL TRAVIS 139 LLC
MILES HVAC INC
MILLENNIUM PIPELINE COMPANY, LLC
MINGO LOGAN COAL COMPANY
MINNOTTE CONTRACTING CORPORATION
MINNOTTE MANUFACTURING
CORPORATION
MIRANT BOWLINE LLC
MIRANT CANAL LLC
MIRANT CHALK POINT LLC
MIRANT DELTA LLC
MIRANT ENERGY TRADING LLC
MIRANT KENDALL LLC
MIRANT LOVETT LLC
MIRANT MID-ATLANTIC, LLC

MIRANT NY-GEN LLC
MIRANT POTRERO LLC
MISSISSIPPI LIME COMPANY
MITSUBISHI HITACHI POWER SYSTEMS
AM
MITSUBISHI INTERNATIONAL
CORPORATION
ML TRAVIS 139 LLC
MOJAVE PIPELINE COMPANY LLC
MOLLY MOWREY HOBBA FAMILY TRUST
MON RIVER TOWING INC.
MONITORING ANALYTICS, LLC
MONTAUP ELECTRIC COMPANY
MONTGOMERY COUNTY, MARYLAND
MONTOUR LLC
MOODY'S INVESTORS SERVICES INC
MORGAN STANLEY CAPITAL GROUP INC.
MORGAN STANLEY SENIOR FUNDING INC
MORGANTOWN OL1 LLC
MORGANTOWN OL2 LLC
MORGANTOWN OL3 LLC
MORGANTOWN OL4 LLC
MORGANTOWN OL5 LLC
MORGANTOWN OL6 LLC
MORGANTOWN OL7 LLC
MORRIS, JAMES, HITCHENS & WILLIAMS
LLP
MPR ASSOCIATES INC
MPW INDUSTRIAL WATER SERVICES INC
MULTI-AMP CORPORATION
MURRAY AMERICAN RIVER TOWING INC.
MYRA V.A. AMMERMAN
NAES POWER CONTRACTORS AB&C
DIVISION
NARRAGANSETTT ELECTRIC COMPANY,
THE (DBA NATIONAL GRID)
NATIONAL ENERGY & TRADE LP
NATIONAL FUEL GAS DISTRIBUTION
CORPORATION
NATIONAL FUEL RESOURCES INC
NATURAL GAS PIPELINE COMPANY OF
AMERICA LLC
NCSC FINANCING

NEPTUNE REGIONAL ELECTRICAL
TRANSMISSION SYSTEM LLC
NEPTUNE REGIONAL TRANSMISSION
SYSTEM LLC
NEPTUNE URBAN RENEWAL LLC
NEW CINGULAR WIRELESS PCS LLC DBA
AT&T MOBILITY SUCCESSOR TO AT&T
WIRELES PCS OF CLEVELAND LLC
NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION
NEW JERSEY NATURAL GAS COMPANY
NEW LINE NETWORKS LLC
NEW YORK INDEPENDENT SYSTEM
OPERATOR
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION
NEXAIR LLC
NEXTERA ENERGY POWER MARKETING
LLC
NEXTRA ENERGY POWER MARKETING
LLC
NEXUS GAS TRANSMISSION LLC
NICHOLAS J. MICAEL, JR. MICALE
NJ DEPARTMENT OF TREASURY
NJR ENERGY SERVICES COMPANY
Noble Americas Energy Solutions LLC
NOBLE AMERICAS GAS & POWER CORP.
NORAM ENERGY SERVICES, INC.
NORFOLK SOUTHERN RAILWAY
COMPANY
NORRIS BROTHERS CO INC
NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT
NRG CHALK POINT LLC
NRG CURTAILMENT SOLUTIONS INC (FKA
ENERGY CURTAILMENT SPECIALISTS
INC)
NRG ENERGY SERVICES LLC
NRG ENERGY, INC.
NRG MAINTENANCE SERVICES LLC
NRG NEWGEN LLC
NRG POWER MARKETING, LLC
NRG REMA LLC
NRG SOLAR DG LLC

NSTAR ELECTRIC COMPANY D/B/A
EVERSOURCE ENERGY
NSTAR GAS COMPANY
NYS DEPT. OF ENVIRONMENTAL
CONSERVATION
NYSDEC HEADQUARTERS
OAKLEYS PEST CONTROL
OFF THE HOOK
OHIO EDISON COMPANY
OLD NATIONAL INSURANCE
OMNIPOINT COMMUNICATIONS, INC
ONEX, INC
ORANGE AND ROCKLAND UTILITIES INC.
ORION POWER MIDWEST L.P.
ORION POWER OPERATING SERVICES
MIDWEST, INC.
OSCEOLA COUNTY
OWNERS OPERATOR
OXY PERMIAN GATHERING LLC
P. ADDISON HERBERT
P.G. & E. CO.
PA CONSULTING GROUP
PA DEPARTMENT OF ENVIORNMENTAL
PROTECTION BUREAU OF WATERWATS
ENGINEERING AND WETLANDS
PACIFIC EMPLOYERS INSURANCE
COMPANY
PACIFIC GAS AND ELECTRIC COMPANY
PACIFIC SUMMIT ENERGY LLC
PARIBAS
PASS THROUGH TRUSTEE
PATRICIA A. KALB
PATRICIA D. ENGLAND
Patricia M. Andrews
Patriot Coal Sales LLC
Paul L. Kenny
PEABODY COALSALES COMPANY
PEABODY COALSALES LLC
PEABODY COALTRADE LLC
PEARL E. SNOVER
PECO ENERGY COMPANY
PEERLESS MFG CO
PENN POWER

PENNEAST PIPELINE COMPANY, LLC
PENNSYLVANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
PENNSYLVANIA DEPT OF STATE
PENNSYLVANIA DEPT. OF
TRANSPORTATION
PENNSYLVANIA ELECTRIC COMPANY
PENNSYLVANIA EMERGENCY RESPONSE
COMMISSION
PENNSYLVANIA FISH AND BOAT
COMMISSION
PENNSYLVANIA FISH COMMISSION
PENNSYLVANIA POWER & LIGHT
COMPANY
PENNSYLVANIA POWER COMPANY
PENNSYLVANIA TURNPIKE COMMISSION
PENNSYLVANIA-AMERICAN WATER
PENNSYLVANIA POWER COMPANY
PENNSYLVANNIA ELECTRIC COMPANY
PEOPLE NATURAL GAS COMPANY, THE
(DBA DOMINION PEOPLES)
PEOPLES NATURAL GAS COMPANY LLC
PEOPLES NATURAL GAS COMPANY LLC -
EGC DIVISION
PEPCO PHI COMPANY
PEPPER HAMILTON LLP
PERFORMANCE CONTRACTING INC
PERFORMANCE MACHINING INC
PERFORMANCE MECHANICAL INC
PHB HAGLER BAILLY INC
PHILADELPHIA ELECTRIC COMPANY
PHILIPSBURG BOROUGH COUNCIL
PIC GROUP INC
PILOT POWER GROUP INC
PIPER MARBURY RUDNICK & WOLFE LLP
PITTSBURGH DES MOINES STEEL CO.
PIVOTAL UTILITY HOLDINGS, INC. DBA
ELIZABETHTOWN GAS
PJM INTERCONNECTION LLC
PLASTECH SERVICES INC
PM REALTY GROUP
POTOMAC ELECTRIC POWER COMPANY
POTRERO POWER DEVELOPMENT
MANAGEMENT, LLC

POWER AUTHORITY OF THE STATE OF
NEW YORK
POWER SERVICE ELECTRIC AND GAS
COMPANY
PP&L, INC
PPL ELECTRIC UTILITIES CORPORATION
PPL ENERGYPLUS LLC
PPL GAS UTILITIES CORPORATION (DBA
PPL UTILITIES)
PPL GENERATION LLC
PPL MONTOUR, LLC
PRESTON GATES ELLIS & ROUVELAS
MEEDS LLP
PROGRESS RAIL LEASING CORP
PSEG ENERGY RESOURCES & TRADE LLC
PSEG FOSSIL LLC
PSEG KEYSTONE GENERATION LLC
PSEG POWER FUELS LLC
PSEG RESOURCES INC
PSEG SHAWVILLE GENERATION LLC
PSEGR Conemaugh Generation LLC
PSEGR CONEMAUGH LLC
PSEGR KEYSTONE GENERATION, LLC
PSEGR KEYSTONE LLC
PSEGR PJM LLC
PSEGR RESOURCES INC
PSEGR SHAWVILLE GENERATION, LLC
PUBLIC SERVICE ELECTRIC & GAS
COMPANY
PUNXSUTAWNEY HUNTING CLUB
QUINTAIN RESOURCES, INC.
R & L DEVELOPMENT COMPANY
R. M. PACKER COMPANY INC.
R.J. CORMAN RAILROAD
COMPANY/PENNSYLVANIA LINES
RA Generation, LLC
RAMUEL R. SHULL
RANDALL B FRATIANNE
RANDALL S PEARSON
RAR ENGINEERING GROUP, INC.
RC213 LLC
RE RETAIL RECEIVABLES LLC
REEVES COUNTY LAND ASSOCIATES LLC

RELIANT ENERGY
RELIANT ENERGY CHOCTAW COUNTY LLC
RELIANT ENERGY ELECTRIC SOLUTIONS LLC
RELIANT ENERGY MARYLAND HOLDINGS LLC
RELIANT ENERGY MID-ATLANTIC POWER HOLDINGS LLC
RELIANT ENERGY MID-ATLANTIC POWER HOLDINGS, LLC
RELIANT ENERGY NEW JERSEY HOLDINGS LLC
RELIANT ENERGY NORTHEAST MANAGEMENT COMPANY
RELIANT ENERGY PORTLAND, LLC
RELIANT ENERGY SERVICES, INC.
RELIANT ENERGY SEWARD, LLC
RELIANT ENERGY WHOLESALE GENERATION LLC
REM HAULING INC
REMAX
REMAX OF GETTYSBURG
REPSOL ENERGY NORTH AMERICA CORPORATION
REPUBLIC SERVICES NATIONAL ACCOUNTS LLC
RESOURCE FUELS
RHINO ENERGY LLC
RICHARD FLICKINGER
RICHARD P. LAMBERT
RICHARD P. REINHARDT
ROCKIES EXPRESS PIPELINE LLC
Rockland Electric Company
ROSEMOUNT ANALYTICAL DIVISION
RRI ENERGY MID-ATLANTIC POWER HOLDINGS LLC
RRI ENERGY SERVICES INC
RRI ENERGY SERVICES LLC
RRI ENERGY WHOLESALE GENERATION LLC
RW BECK
RWE Supply & Trading GMBH
S&W CONSULTANTS
SAC WIRELESS

SAFECO INCURANCE COMPANY
SAFERACK CONSTRUCTION SERVICES LLC
SALOMON SMITH BARNEY INC
SAMSONDALE HAVERSTRAW EQUITIES LTD
SAMUEL E. SHULL
SANDRA M. MESSINGER
SARAH M. LEE
SARAH M. RUTT
SARGENT ELECTRIC COMPANY
SAYRE & FISHER BRICK COMPANY
SCHNEIDER ELECTRIC SYSTEMS USA INC (DBA INVENSYS SYSTEMS INC)
SCOPE SERVICES INC
SECURITIES AND EXCHANGE COMMISSION
SEFA GROUP INC, THE
SEMA OP1 LLC
SEMA OP2 LLC
SEMA OP3 LLC
SEMA OP3 LLC (OWNER PARTICIPANT)
SEMA OP4 LLC
SEMA OP5 LLC
SEMA OP6 LLC (OWNER PARTICIPANT)
SEMA OP7 LLC (OWNER PARTICIPANT)
SEMA OP8 LLC
SEMA OP9 LLC
SEMINOLE ELECTRIC COOPERATIVE INC
SEMPRA GAS & POWER MARKETING LLC
SEMPRA GAS & POWER MARKETING, LCC.
SEQUENT ENERGY MANAGEMENT LP
Seward Generation, LLC
SHAWVILLE LESSOR GENCO LLC
SHEARMAN & STERLING
SHELL ENERGY NORTH AMERICA (US) LP (FKA CORAL ENERGY HOLDING LP)
SHELL OIL COMPANY
SHIPMAN & GOODWIN LLP
SIDNEY COAL COMPANY
SIEMENS ENERGY INC
SIEMENS POWER GENERATION INC

SIEMENS WESTINGHOUSE POWER CORPORATION
SIMAKAS COMPANY INC
SITHE ENERGIES, INC.
SITHE NEW JERSEY HOLDINGS LLC
SITHE PENNSYLVANIA HOLDINGS LLC
SITHE PORTLAND, LLC
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SKANSKA USA CIVIL NORTHEAST INC
SOMERSET STEEL ERECTION COMPANY INC
SOUTH AMBOY REDEVELOPMENT AGENCY
SOUTH JERSEY RESOURCES GROUP LLC
Southern California Edison Company
SOUTHERN CALIFORNIA GAS COMPANY
SOUTHERN COMPANY ENERGY MARKETING L.P.
SOUTHERN ENERGY BOWLINE LLC
SOUTHERN ENERGY INC
SOUTHERN ENERGY MD ASH MANAGEMENT LLC
SOUTHERN ENERGY NEW ENGLAND, L.L.C.
SOUTHERN ENERGY PEAKER LLC
SOUTHERN ENERGY POTOMAC RIVER LLC
SOUTHERN MARYLAND ELECTRIC COOPERATIVE INC
SOUTHWEST ENERGY LP
SOUTHWESTERN ENERGY SERVICES COMPANY
SPICER ENERGY II LLC
SPRAGUE ENERGY CORP
Sprague Operating Resources LLC
SPRAGUE OPERATING RESOURCES LLC (FKA SPRAGUE ENERGY CORP)
SPRINT SPECTRUM REALTY COMPANY, LP.
SPRINTCOM INC
SPRINT-FLORIDA, INC.
STANDARD & POOR'S
STANDARD & POOR'S RATINGS SERVICES
STANLEY F. ENGLAND

STANTEC CONSULLTING SERVICES INC
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
STATE OF DELAWARE
STATE OF MARYLAND
STATE OF MARYLAND DEPT OF ASSESSMENTS & TAXATION
State of Maryland, Department of Environment
STATE OF MISSISSIPPI
STATE OF NEW JERSEY
STATE OF NJ - DEPT OF ENVIRONMENTAL PROJECTION
STATE OF OHIO
STATE STREET BANK AND TRUST COMPANY
STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, N.A.
STATOLL NATURAL GAS LLC
STEAG ENERGY SERVICES LLC
STEAG SCR-TECH INC
STEAM HEAT LLC
STEAMED CRAB PARTNERS LP
STEVENS ENGINEERS & CONSTRUCTORS
STEWART TITLE GUARANTY COMPANY
STONE STREET FUND 1998, LP
STONE STREET FUND 2000, LP
STRABAN TOWNSHIP
STRATEGIC ENERGY L.L.C.
SUNORA ENERGA CA LLC
SUNRISE DEVELOPMENT CO
SUNRISE POWER COMPANY, LLC
SURVIVIOR EXECUTOR U/W FRANK P. PIORY, DECEASED
SUSAN D. HERBERT
SUSAN E. WERNER
SWIDLER BERLIN SHEREFF FRIEDMAN
SWN Energy Services Company, LLC
SYLVESTER JOHNSON AND SYLVIA JOHNSON
SYNTHETIC MATERIALS LLC
TALLGRASS ENERGY PARTNERS
TALLGRASS INTERSTATE GAS TRANSMISSION LLC
TAMPA ELECTRIC COMPANY

TAYLOR TOWHNSHIP
TAYLOR TOWNSHIP MUNICIPAL
BUILDING
TEMS INC
TENASKA MARKETING VENTURES
TENNESSEE GAS PIPELINE COMPANY, LLC
TENNESSEE VALLEY AUTHORITY
TERRACE PROFESSIONAL BUILDING
TERRI J MOSHAM
TERRY L. LITTLE
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
TEXAS EASTERN TRANSMISSION
CORPORATION
TEXAS EASTERN TRANSMISSION, LP
TEXLA ENERGY MANAGEMENT INC
TEXLA ENERGY MANGEMENT INC
TEXON LP
THE BANK OF NEW YORK
THE BOROUGH OF CHESWICK
THE BOROUGH OF SPRINGDALE
THE BROOKLYN UNION GAS COMPANY
DBA NATIONAL GRID NY
THE CLEVELAND ELECTRIC
ILLUMINATING COMPANY
THE COUNTY COMMISSIONERS OF
CHARLES COUNTY, MARYLAND
THE COUNTY OF ADAMS
The County of Rockland
The County of Rockland Industrial Development
Agency
THE DEPOSITORY TRUST COMPANY
THE EMPYREAN GROUP LLC
THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES
THE GROUP AGAINST SMOG AND
POLLUTION
THE LSC CORPORATION
THE NARRAGANSETTT ELECTRIC
COMPANY DBA NATIONAL GRID
(NATIONAL GRID)
The North Rockland Central School District
THE OWNERS OF THE KEYSTONE POWER
PLANT

THE PEOPLES NATURAL GAS COMPANY
DBA DOMINION PEOPLES
THE POTOMAC EDISON COMPANY
THE SEFA GROUP, INC.
THE TOLEDO EDISON COMPANY
THE TOWNSHIP OF MIDDLE SMITHFIELD,
COUNTY OF MONROE AND STATE OF
PENNSYLVANIA
THE UNITED TELEPHONE COMPANY OF
PENNSYLVANIA
THE UTILITY WORKERS UNION OF
AMERICA AFFILIATED WITH AFL-CIO ON
BEHALF OF LOCAL NO. 270
The Village of Haverstraw
THE VILLAGE OF WEST HAVERSTRAW
THERMAL ECONOMY INC
THERMO ENVIORNMENTAL
INSTRUMENTS, INC
THERMO FISHER SCIENTIFIC
THIELLS-ROSEVILLE FIRE DISTRICT
THIELSCH ENGINEERING, INC.
THOMAS F. JENKENSON
THOMPSON & KNIGHT LLP
THYSSENKRUPP ELEVATOR CORP
TIOGA PIPE SUPPLY COMPANY INC
TJS COLA SALES, INC.
TJS MINING, INC.
TLC PROPERTIES INC
TOKYO ELECTRIC POWER COMPANY
INTERNATIONAL BV
TOLEDO EDISON COMPANY
TOWN OF HAVERSTRAW
TOWN OF HAVERSTRAW BOARD OF
ASSESSMENT REVIEW
TOWN OF SANDWICH, A
MASSACHUSETTS CORPORATION
TOWNSEND GAS & OIL INC
TOWNSHIP OF CUMRU
TOWNSHIP OF STRABAN
TOWNSHIP OF TAYLOR
TP AUTOMATION LLC
TRADITION SEF INC
TRAILBLAZER PIPELINE COMPANY LLC

TRANSNATION TITLE INSURANCE COMPANY
TRAVELS INSURANCE
TRAVIS/MAIN PARTNERS LP
TRC COMPANIES, INC
TREADWELL CORPORATION
TRIMONT REAL ESTATE ADVISORS
TRIUMVIRATE ENVIORNMENTAL, INC.
TROUTMAN SANDERS LLP
Twin Eagle Resource Management, LLC
U.S. BANK NATIONAL ASSOCIATION
UBS WARBURG LLC
UGI CENTRAL PENN GAS INC
UGI CORPORATION
UGI DEVELOPMENT COMPANY
UGI ENERGY SERVICES INC
UGI UTILITIES INC
UL S. HARDING
UNION BANK
UNION BANK OF CALIFORNIA
UNION PACIFIC RAILROAD COMPANY
UNIONBANCAL CORPORATION
UNITED CORPORATE SERVICES INC
UNITED REFINING COMPANY
UNITED STATES ARMY CORPS OF ENGINEERS
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION III
UNITED STATES OF AMERICA
UNITED STATES TRUST COMPANY OF NEW YORK
URS CORPORATION
URS ENERGY & CONSTRUCTION, INC.
US BANK NATIONAL ASSOCIATION
US ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION III
US SECURITIES ASSOCIATES INC
US WATER SERVICES
VALMET, INC.
VASTAR GAS MARKETING INC.
VEGETATION SOLUTIONS INC
VEOLIA ES TECHNICAL SOLUTIONS LLC

VERIZON
VERIZON CAPITAL CORP
VICTORIA INTERNATIONAL LTD
VILLAGE OF HAVERSTRAW
VILLAGE OF WEST HAVERSTRAW
VINSON & ELKINS LLP
VIRGINIA BROWNE OF NEW YORK
VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY
VIRGINIA ELECTRIC & POWER COMPANY (DBA VIRGINA POWER)
VIRGINIA M. HAUGH
VIRGINIA POWER ENERGY MARKETING INC
Virginia Power Energy Marketing, Inc.
VITOL INC
VMAC ENERGY I LLC
VMAC LLC
W. James A. McDowell
WACO INC
WASHINGTO DTDN GAS LIGHT COMPANY
WASHINGTON GAS ENERGY SERVICES INC
Washington Gas Light Company
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
WASTE MANAGEMENT
WASTE MANAGEMENT NATIONAL SERVICES INC
WAYNE M. CALMESE
WAYPOINT ANALYTICAL MISSISSIPPI INC; ARGUS ANALYTICAL LABORATORIES
WELCH AND RUSHE, INC
WELLS FARGO BANK NATIONAL ASSOCIATION
WESTCHESTER FIRE INSURANCE COMPANY
WESTDEUTSCHE LANDESBANK GIROZENTRALE, NEW YORK BRANCH
WESTERCHESTER FIRE INSURANCE COMPANY
WESTERN RESERVE WATER SYSTEMS INC
WEYERHAEUSER COMPANY
WGL Energy Services, Inc.

WHEELING & LAKE ERIE RAILWAY
COMPANY
WHITE & CASE LLP
WILLIAM C. MCCULLOUGH
WILLIAM C. VAN ALLEN
WILLIAM H.J. DE MARRAIS
WILLIAM R. HAUGH
WILLIAMS FIELD SERVICE COMPANY
(AGENT FOR WILLIAMS GAS PROCESSING
COMPANY)
WILLIAMS FIELD SERVICES COMPANY
LLC
WILMINGTON TRUST COMPANY
WILMINGTON TRUST FACILITY LESSEE
WINTHROP, STIMSON, PUTNAM &
ROBERTS
WOLF FARMS INC
WORLEYPARSONS RESOURCES &
ENERGY
WR CASTEEL
WRIGHT & TALISMAN, PC

**SCHEDULE 1 (c)**
**Current D&Os**

Andrew C. Kidd
Andrews, Kirkland B.
Beatty, Sean
Brace, Frederic F.
Callen, David
Chillemi, John
Churaman, Mahendra
Claybaugh, Donald
Curci, Brian Eric
Deaderick, Ryan
Forbes, J. Michael
Foster, Jonathan F.
Freed, Richard
Frotte, Gaetan
Fry, Deborah R.
Goldman, Neal P.
Herrmann, Mark
Holt, Christopher
Keane, Daniel
Kitano, Julia Ann
Koomar, Krisshna
Kranz, Bradley
Lagano, Judith
Locher, James V.
Mackey, Glen Edwin
Malcarney, Kevin P.
Mason, Richard
Masucci, Kevin M.
McCabe, Brian
McFarland, Mark A.
Mork, Kyle
Moser, Christopher S.
NRG California South GP LLC
NRG Florida GP, LLC
NRG Power Generation Assets LLC
NRG Power Midwest GP LLC
NRG Wholesale Generation GP LLC
Orion Power New York GP, Inc.
Orion Power New York LP, LLC
Pistner, Matthew
Polozola, Gordon
Reyes, Debbie
RRI Energy Channelview (Delaware) LLC

RRI Energy Channelview (Texas) LLC
Samsel, Matthew
Sawyer, Alan
Smith, Rachel
Sullivan, Ben
Sullivan, Fran
Vosburg, Jennifer
Wallace, Jennifer
Zahn, Dudley D

**SCHEDULE 1 (d)**
**Debtors-Subs-Affiliates**

Cheng Power Systems, Inc.
Conemaugh Fuels, LLC
GenOn Americas Generation, LLC
GenOn Americas Procurement, Inc.
GenOn Asset Management, LLC
GenOn Capital Inc.
GenOn Energy Holdings, Inc.
GenOn Energy Management, LLC
GenOn Energy Services, LLC
GenOn Energy, Inc.
GenOn Fund 2001 LLC
GenOn Key/Con Fuels, LLC
GenOn Mid-Atlantic Development, LLC
GenOn Mid-Atlantic, LLC
GenOn Northeast Management Company
GenOn Power Operating Services MidWest,
Inc.
GenOn REMA Services, Inc.
GenOn Special Procurement, Inc.
Hudson Valley Gas Corporation
Keystone Fuels, LLC
MC Asset Recovery, LLC
Mirant (Navotas II) Corporation
Mirant AP Investments Limited
Mirant Asia-Pacific Construction (Hong
Kong) Limited
Mirant Asia-Pacific Ventures, LLC
Mirant Intellectual Asset Management and
Marketing, LLC
Mirant International Investments, Inc.
Mirant Navotas Corporation
Mirant New York Services, LLC
Mirant Power Purchase, LLC
Mirant Trust I
Mirant Wrightsville Investments, Inc.
Mirant Wrightsville Management, Inc.
MNA Finance Corp.
NRG Americas, Inc.
NRG Bowline LLC
NRG California North LLC
NRG California South GP LLC
NRG California South LP
NRG Canal LLC

NRG Chalk Point LLC
NRG Clearfield Pipeline Company LLC
NRG Delta LLC
NRG ECA Pipeline LLC
NRG Florida GP, LLC
NRG Florida LP
NRG Gibbons Road LLC
NRG Lovett Development I LLC
NRG Lovett LLC
NRG MD Ash Management LLC
NRG New York LLC
NRG North America LLC
NRG Northeast Generation, Inc.
NRG Northeast Holdings, Inc.
NRG Piney Point LLC
NRG Potomac River LLC
NRG Potrero LLC
NRG Power Generation Assets LLC
NRG Power Generation LLC
NRG Power Midwest GP LLC
NRG Power Midwest LP
NRG REMA LLC
NRG Sabine (Delaware), Inc.
NRG Sabine (Texas), Inc.
NRG San Gabriel Power Generation LLC
NRG Tank Farm LLC
NRG Wholesale Generation GP LLC
NRG Wholesale Generation LP
NRG Willow Pass LLC
Orion Power New York GP, Inc.
Orion Power New York LP, LLC
Orion Power New York, LP
RRI Energy Broadband, Inc.
RRI Energy Channelview (Delaware) LLC
RRI Energy Channelview (Texas) LLC
RRI Energy Channelview LP
RRI Energy Communications, Inc.
RRI Energy Services Channelview, LLC
RRI Energy Services Desert Basin, LLC
RRI Energy Services, LLC
RRI Energy Solutions East, LLC
RRI Energy Trading Exchange, Inc.
RRI Energy Ventures, Inc.

**SCHEDULE 1 (e)**
**DIP Lenders**

Barclays Bank PLC
Citigroup Global Markets Inc.
CREDIT SUISSE SECURITIES (USA)
LLC

**SCHEDULE 1 (f)**
**Former D&Os**

Crane, David
Davis, William Lee
Dehne, Tanuja M.
Garcia, G. Gary
Gutierrez, Mauricio
Sotos, Christopher S.
Stark, Ronald B.
Williamson, Phil
Wittkamp, Lynne P.

**SCHEDULE 1 (g)**
**Insurance Claimants**


A C TEIXEIRA
A C TEIXEIRA
AARON ANAYA
AARON S DAVIS
AARON WILLARD
ADAM J CLEVENSTINE
ADAM M HANKINS
ADAM ROBERTSON
ADAMA MOSLEY
ADEN YOUNG
ADOLFO V MELCHOR
ADRIAN G PEYTON
AG RHEA
AHMAD SANATI
AL ADAM
ALAN HEUER
ALAN L FLYNN
ALAN P PECK
ALAN SCHNEIDER
ALAN W HERRERA
ALBERT DENNIS
ALBERT G RHEA
ALBERT J FISCHER
ALBERT PAGANO
ALBERT PLUCHINSKY
ALBERT PLUNCHINSKY
ALEX PEREZ
ALFRED A CELENTANO
ALFRED E MARTINEZ
ALFRED G VAN ALEN
ALISA HOOEY
ALLAN D WRIGHT
ALLEN HEUER
ALLEN J GILES
ALLEN M GILES
ALLENM GILES
ALLYN COOPER
ALTEMUS E JR BROWN
ANDREW F SMIETANA
ANDREW J CASELLA
ANGELICA MAGANA
ANGELLA TARABELLA

ANITA J VELA
ANN L WINDHEIM
ANN ROBBINS
ANNE L BENNETT
ANNIE L SHADE
ANTHONY C TARTALONE
ANTHONY COMUNALE
ANTHONY J MUNNA
ANTHONY STANLEY
ANTHONY W DONIA
ANTHONYE HIPP
ANTHONYJ GIANATASIO
ANTOINE HALL
ARNADA C HAYES
ART ROESCHER
ARTHUR E ROMERO
ARTHUR J ANDUHJAR
ARTHUR MCVEARRY
ARTHUR PATTERSON
ASHIS SENGUPTA
AVONMORE RAIL LOADING
BARBARAA MITCHELL
BARRY C WERKHEISER
BARRY L STUTZMAN
BARRY W BRODZINSKI
BEAU J ROBERTSON
BENEDICT AVENTURATO
BENEDICT F AVENTURATO
BENJAMIN BROWN
BENJAMIN J DUNMIRE
BERNARD HENRY
BETTY J FITHIAN
BILL WASHBURN
BIRAN YACHTIS
BLAINE A CLEMENS
BOB ECKERSON
BRADLEY JENKINS
BRADLEY M STEBBINS
BRADLEY PAYNE
BREE JANUHOWSKI
BRENDA FRAZER
BRETT HORVATH

BRIAN DYER
BRIAN F HOAR
BRIAN G STOCKS
BRIAN J GRANVILLE
BRIAN J KEARNEY
BRIAN L CALDWELL
BRIAN P NEWMAN
BRIAN PIEPER
BRIAN RHODES
BRIAN T SMALLEY
BRUCE A SPENCE
BRUCE J PLUMMER
BRUCE L LAZER
BRUCE SPENCE
BRYAN A GABEL
BRYAN E TROLL
BRYAN NIGHTLINGER
BRYANT A WILSON
BRYANT WILSON
CALEB AUSTIN
CALEB WILSON
CALVIN WEBSTER
CARL ANDERSON
CARL K KIRBY
CARL W BISS
CARLOS QUISISEM
CAROL A GARNER
CAROL STANLEY
CARRIE A LOPEZ
CARRIE LOPEZ
CHAD KRAUSE
CHARLES A TURNER
CHARLES B GIESLER
CHARLES B TRACEY
CHARLES BLAIR
CHARLES CALL
CHARLES COMINI
CHARLES D DE COURCEY
CHARLES DECOURCEY
CHARLES DONCHEZ
CHARLES E BRINK
CHARLES G SIEVERS
CHARLES L BISHOP
CHARLES MALASNIK JR
CHARLES S CALL
CHARLES SHYMANSKY
CHARLES STREETT

CHARLES T DEBOER
CHARLES T STOKES
CHARLES TEIXEIRA
CHARLES TURNER
CHARLES YOUNG
CHARLES ZITZELBERGER
CHAUNCEY SINGLETARY
CHERYL L PRIVEE
CHERYL PINKNEY
CHRIS D WINKELVOSS
CHRIS MULLIN
CHRISTIAN FOREST
CHRISTINA GONZALEZ
CHRISTINA R SMALL
CHRISTOPH D KERR
CHRISTOPH D MACK
CHRISTOPH FULLER
CHRISTOPH J MORALES
CHRISTOPH KRASZEWSKI
CHRISTOPH M NORTHCLIFFE
CHRISTOPH N JOHNSON
CHRISTOPH R RINOLDO
CHRISTOPH RUSSELL
CHRISTOPH UTTERBACK
CHRISTOPH YURASITS
CHRISTOPHER J MORALES
CHRISTOPHER LESLIE
CHRISTOPHER M CARROLL
CHRISTOPHER UPTON
CHRISTOPHER UTTERBACK
CLARENCE ALEXANDER
CLARENCE W MAXWELL
CLAY WILLIAMS
CLINTON WILKINSON
CONNIE B HEEFNER
CONNIE DUVAL
CORY ANDERSON
CORY T YOST
COURTNEY HARMS
CRAIGL MONTAGUE
CURTIS D KINZEY
CURTIS L JORDAN
CURTIS MADDEN
CYNTHIA IRVIN
CYNTHIA J IRVIN
D0MINICK ROBANO
DALE J CAHILL

DALE MCALLISTER
DALE R KING
DAMIAN J GEORGE
DAN GROBY
DAN RANDLES
DAN SANDERS
DAN WILKINSON
DANA MUSSER
DANA S MUSSER
DANIEL AKINS
DANIEL COSTA
DANIEL D CORNNELL
DANIEL DE
DANIEL DELEON
DANIEL DEMORANVILLE
DANIEL DOCKERY
DANIEL H COTLAR
DANIEL HARTMAN
DANIEL HERR
DANIEL J BISTOK
DANIEL J CAREY
DANIEL J CIRRUZZO
DANIEL J HERR
DANIEL KIM
DANIEL LUCAS
DANIEL LYNCH
DANIEL M LOPEZ
DANIEL M ZELENSKI
DANIEL NOCKET
DANIEL RASLEVICH
DANIEL RILEY
DANIEL W DEEMER
DANIEL W LEIGEY
DANNY BARKER
DANNY RANDLES
DARNELL SINCLAIR
DAROLD G DUNCAN
DARRELL HAUVER
DARREN A GALIPEAU
DARREN GALIPEAU
DARRYL K BALDWIN
DARYL THOMAS
DAVE ACETO
DAVE ANDERSON
DAVE HAMMOND
DAVE TOMB

DAVID A GLIDDEN
DAVID A GROSS
DAVID B DELLES
DAVID B WALLACE
DAVID BOARMAN
DAVID C MCCOLLEY
DAVID E ALLWINE
DAVID E BARNARD
DAVID E MARK
DAVID E RICHARDSON
DAVID FRISINO
DAVID FYOCK
DAVID GLIDDEN
DAVID H BAUMAN
DAVID H BUCKLER
DAVID HADIX
DAVID J BARRON
DAVID J CAIRNS
DAVID J RETTKE
DAVID JACKSON
DAVID K DODGSON
DAVID L HUMBERT
DAVID L MCCOLLEY
DAVID L SEIDEL
DAVID L VIARS
DAVID LOUGHRAN
DAVID LUCIO
DAVID M EASTHAM
DAVID MADDOX
DAVID MATIJEVICH
DAVID MCCLELLAN
DAVID MCCOLLEY
DAVID MILES
DAVID O WOHLEBER JR
DAVID P CHASE
DAVID POLITO
DAVID R HOFFMAN
DAVID R LOUGHRAN
DAVID R LUETHJE
DAVID RUCKER
DAVID SPITZER
DAVID W ANDERSON
DAVID W BAKER
DAVID W BLACK
DAVID W BUCKLER
DAVID WALTERS
DAVID WHITE

DAVIDJ BARRON
DAVIDJ LEMIEUX
DAVIDL CONDON
DAVIDV VERCH
DAWN SMITH
DAWNMARIE DANIEL
DEAN A DUNNING
DEAN L MAGEE
DEAN PASKOS
DEAN POSKOS
DEANNA MARTIN
DEBORAH GUINYARD-BURNS
DEBORAH N GUINYARD-BURNS
DEENA HILBERT
DELTHEA A STUTZMAN
DEMONA K DAVIS
DENISE R BELLE
DENISE W PARRAM
DENNIS DAVIS
DENNIS GRIFFITH
DENNIS H JONES
DENNIS J JOHNSON
DENNIS J ZACHOLL
DENNIS JONES
DENNIS L GRIFFITH
DENNIS LEEPERT
DENNIS M MCMELLEN
DENNIS THOMPSON
DENNIS TOPPER
DENNIS ZACHOLL
DERRICK BALDERSON
DEWEY AVERY
DIANE M ROCEK
DIANN W GROPP
DINA SANCHEZ-GONZAL
DION M EMBRY
DOLORES BARATT
DOMINIC W SANTELL
DON HARMAN
DON S HARMAN
DONALD COWARD
DONALD E COY
DONALD HARMAN
DONALD HARRISON
DONALD J HARTEIS
DONALD J HARTEIS JR
DONALD J HOOVER

DONALD K REARICK
DONALD M HIGGS
DONALD M HULL
DONALD P KURIGER
DONALD PREDKO
DONALD R BEBBE
DONALD R TEMCHACK
DONALD RIST
DONNA PIZZO
DONNIE MORROW
DOUG MILLER
DOUGLAS A PERRY
DOUGLAS E EMERY
DOUGLAS E GOLDEN
DOUGLAS E GRUBE
DOUGLAS HOLTON
DOUGLAS L MILLER
DOUGLAS M BERI
DOUGLAS REARICK
DUANE R JELEWSKI
DUANER KEIPER
DUC D AND DIEU D TU
DUSTIN P WHITE
DWAYNE BEAUCHAMP
DWAYNE HAMPTON
DWIGHT H GIBSON
EARL SECHRIST
ED CRUM
ED SENGSTACKEN
EDDIE WILLIAMS JR
EDWARD BLAZOSKY
EDWARD DOUGHERTY
EDWARD F MAYLE
EDWARD G JONES
EDWARD J SOKOLOWSKI
EDWARD MORRIS
EDWARD PUGLISI
EDWARD S MEDINA
EDWARD SOKOLOWSKI
EDWIN COSTA
EDWIN SENGSTACKEN
ELIAS GARCIA
ELIZABETH A GAMROD
EMI FOLSOM
EMILY NELSON
EMMANUEL E EPIE
ENRIQUE FLORES

ERIC GUARRASI
ERIC KRUG
ERIC M BARNES
ERIC SLETNER
ERIC T BEWLEY
ERICA E DIXSON
ERICA ROHRICH
ERIKA CRUZ
ERNEST CALDERON
ERNEST WOOD
ERNESTO A BONIFACIO JR
ETHEL M PARK
ETHEL PARK
ETHELM PARK
EUGENE DE SANTIS
EVETTE R GREEN
EVIN J ESPOSITO
FEEZLE CH
FRANCHETTA VEASEY
FRANCIS A GARDINER
FRANCIS A KALASOSKI
FRANCIS A MCCLOSKEY
FRANCIS C O'DONNELL
FRANCIS M LANCASTER
FRANK A CHAMBERS
FRANK BARBA
FRANK DRAHOS
FRANK MATTESI
FRANK PEFINE
FRANK WILLIS
FRANKA ROLLEY
FRED BOHNEWBERGER
FRED CASTELLUCCIO
FREDERICO VARELA
GAIL A LANDIS
GAILA R. DAVIS
GARRET L CARDWELL
GARRETT LAUBACH
GARRY N PATRICIO
GARY D SHAW
GARY HELTZEL
GARY J LUFF
GARY JANKOWSKI
GARY L BURKLEY
GARY L MARSHALL
GARY L PERMAN
GARY L TOY

GARY MARSHALL
GARY N KESSELAK
GARY T DREIZLER
GARY W SMITH
GENE C CULVER
GENE DAVIS
GENE H PAQUETTE
GENE-MICH GRANEY
GEOFFREY M HALEY
GEORGE A HIGGS
GEORGE A HIGGS SR
GEORGE A. SR. HIGGS
GEORGE ALLAN LEWIS
GEORGE BAUGHER
GEORGE CLARK
GEORGE D GREENWELL
GEORGE FITZGERALD
GEORGE GIDDIES
GEORGE GRYSZKIEWICZ
GEORGE HIGGS
GEORGE KOHLIEBER
GEORGE L SLANINA
GEORGE LEONARD
GEORGE LEWIS
GEORGE M GRYSZKIEWICZ
GEORGE STAUB
GEORGE STEWART
GEORGE T WALBORN
GEORGE V REX
GEORGE W BAUGHER
GEORGE W MARTIN
GERALD GUGGENBILLER
GERALD J BARKLEY
GERALD K SILVIS
GERALD POTHIER
GERALD SANDSTROM
GERALD T BROTHERS
GERARD F POTHIER
GERARD HYL
GERARD VELLA
GERRI HAYES
GERRY HAYES
GIL F LUGO
GLEN T. REISINGER
GLENN FRANK
GOAD LONNIE
GORDON PARKER

GRACIELA GUTIERREZ
GREG C. DEBRINO
GREG DEBRINO
GREG KOWALCZYK
GREGGORY E BELL
GREGORY A SHIREY
GREGORY BUCCI
GREGORY CVETNICH
GREGORY HENDRICKSON
GREGORY L MCHATTIE
GREGORY L OKONSKY
GREGORY LYN
GREGORY M GLOVA
GREGORY PERRINE
GREGORY POSCA
GREGORY W DOMSIC
GREGORYR SMEAL
GREGORYW DOMSIC
GROENDAL TODD
GUSTAVE A EHNES
GUY L WOLFGANG
GUYJ YOUNG
GWENDOLYN EDWARDS
GWENDOLYN T RICE
GWENDOLYN V HARDY
GWYNEVERE HODRICK
HANK KATZ
HAROLD CAPWELL
HAROLD PLATT JR
HAROLD W ROBERTS
HARRISON A HARDING
HARRY HOM
HARRY MONTGOMERY
HARVEY E WADE
HEATH CLARK
HECTOR L ROSARIO
HENRY FAUTEAUX
HENRY KATZ
HERMAN DICKERSON
Hertz
HOI F NG
HOLLY I BRETZKE
HOMERE LEWIS
HOWARD A RICHARDS
HOWARD E HOLDER
IMELDA G CONDADO
IRA L BURTON

IRA L BURTON JR.
JACK A BORGES
JACK C MORRIS
JACK S CIARLONE
JACK VLIET
JACKSON LUGO
JACOB YURKY
JACQUELIN B COPENHAVER
JACQUELIN JACKSON
JADA BAUSLEY
JAKE YURKY
JAMES A FERRETTI
JAMES A HILTY
JAMES A MARANGONI
JAMES A PETERS
JAMES A QUICK
JAMES ARCH
JAMES AYERS
JAMES B EDWARDS
JAMES B ROSCOE
JAMES BAUGH
JAMES BIGGS
JAMES BROWN
JAMES BUNTING
JAMES BURCH
JAMES C GIBSON
JAMES C PENNINGTON
JAMES CECIL
JAMES D BAUGH
JAMES D BEATTIE
JAMES DAVIES
JAMES E SAMUEL
JAMES EARP
JAMES F BIGGS
JAMES FERRETTI
JAMES GENCO
JAMES H BURCH JR
JAMES H OSMUN
JAMES HARSHMAN
JAMES K BROWN
JAMES L PIERCE
JAMES LE TOURNEAU
JAMES LEITNER
JAMES LIENHARD
JAMES M BURCH
JAMES M DRENNAN III
JAMES M HALL

JAMES M JOHNSON
JAMES M NEWTON
JAMES M PEED
JAMES M QUADE
JAMES M SCHULTZ
JAMES MARTINO
JAMES P ARCH
JAMES P VANCE
JAMES P. VANCE
JAMES PENNINGTON
JAMES R AYERS
JAMES R HATHAWAY
JAMES R SILK
JAMES R STEWART
JAMES REGO
JAMES REINHAGEN
JAMES ROSCOE
JAMES RUSSELL
JAMES S CORMANIK
JAMES S DEMBECK
JAMES SCHUMACHER
JAMES T WORDEN
JAMES TAYLOR
JAMES V MITCHELL
JAMES VANCE
JAMES W DEPOE
JAMES W DOBRZYN
JAMES WATSON
JAMES WILSON
JAMES YURATOVAC
JAMES ZUTOFT
JAMESA FERRETTI
JAMESA PETERS
JAMESBRINKLEY
JAMESG DUNSMORE
JAMIE L USZENSKI
JANE GRAVITT
JANE SAXON
JASON A MOWREY
JASON BARTLEBAUGH
JASON G PETERMAN
JASON S BRESSETT
JASON T STILES
JASON W BURBA
JEDD K DIETZ
JEFF GRAY
JEFF L DUFOUR

JEFFERY N DINGES
JEFFREY A WISE
JEFFREY B MILLER
JEFFREY BERKOWITZ
JEFFREY D WOODRING
JEFFREY E HARRIS
JEFFREY HARRIS
JEFFREY KONG
JEFFREY L REINSTADTLER
JEFFREY LAIRD
JEFFREY R HART
JEFFREY T CHARLES
JEFFREY THOMAS
JEFFREYL CARNEY
JENNIFER KING
JENNIFER L DIETHRICK
JENNIFER WOODS
JERALD E DANGANAN
JEREMY BRADY
JEROME D MORRIS
JEROME RYSZEK
JERRY BOND
JERRY C CATHELL
JERRY LESCALLEETT
JERRY W DAVIS
JESSE  J BELTON JR.
JESSE BELTON
JESSE J BELTONJR
JOAN H TAYLOR
JOE BEARD
JOE BIGGANS
JOE BUDNICK
JOE GASTON
JOE INGLIS
JOE MARSCHKE
JOEL L MILLER
JOEL MILLER
JOEL NEIDLINGER
JOHN A BRUMMER
JOHN A BUSSEY
JOHN A LEWIS
JOHN A MAUZER
JOHN A RATKOVEC
JOHN ANDERSON
JOHN BLAZAVICH JR
JOHN BROKAW
JOHN BYERS

| | |
|---|---|
| JOHN C HAWK | JOSEPH A AUSTIN |
| JOHN D BAUMAN | JOSEPH ALVERY |
| JOHN E BRANHAM | JOSEPH B ALVEY |
| JOHN E BRIGHAM | JOSEPH B JR BROSKEY |
| JOHN E HALDEMAN | JOSEPH BARANICK |
| JOHN FORT | JOSEPH BUNDA |
| JOHN G RIZZO | JOSEPH C SCHNEIDER |
| JOHN H PORTER | JOSEPH C SCRIPS |
| JOHN H RUMERY | JOSEPH CALL |
| JOHN I BUSHNELL | JOSEPH COLANTONIO |
| JOHN J RIZZARDI | JOSEPH D BERTOLINE |
| JOHN J WUNDERLICH | JOSEPH D DANNER |
| JOHN JACKSON | JOSEPH E JORDAN |
| JOHN KENNEDY | JOSEPH G LESTER |
| JOHN KENNY | JOSEPH GRAMBO |
| JOHN KINDT | JOSEPH H MORISETTE |
| JOHN KURHAN | JOSEPH INDERTURM |
| JOHN L BEST | JOSEPH J CONTI JR |
| JOHN LAGOMARSINO | JOSEPH JORDAN |
| JOHN LEWIS JR | JOSEPH LEWIS |
| JOHN M POZIVIAK | JOSEPH MORANO |
| JOHN MARK GOEKEN | JOSEPH P DI MARCO |
| JOHN MARTIN | JOSEPH P NYANKO |
| JOHN MOURE | JOSEPH R DULOVICH |
| JOHN NELSON | JOSEPH R LESKO JR |
| JOHN ORANGE | JOSEPH SANDY |
| JOHN R CROYLE | JOSEPH T KENNEDY |
| JOHN R NEWTON | JOSEPH THOMPSON |
| JOHN RANDALL | JOSEPH TORBOLI |
| JOHN REGO | JOSEPH W BARANICK |
| JOHN RODERICK | JOSEPH W RUSSELL |
| JOHN RUTIGLANO | JOSEPH WOLF |
| JOHN S BUBENKO JR | JOSEPH WOODLAND |
| JOHN S GROSS | JOSHUA BAIRD |
| JOHN T KULAS | JOSHUA M PONCHEL |
| JOHN W CALLAHAN | JR DAVID J LONG |
| JOHN W MALEK | JR MARK J KIRSCH |
| JOHN WEINHOFER | JUAN LOPEZ-PELAEZ |
| JOHNNY DELASALLE | JUBERT O BUQUING |
| JOLENE D GONZALEZ | JULIE BROCK |
| JONATHAN SWIFT | JUSTIN HUTCHINSON |
| JORDAN GERCHAK | KAM W TANG |
| JORDAN PARDEE | KARAN EAST |
| JOSE A RODRIGUEZ | KARIN KAPPUS |
| JOSE HERIALES | KARL BRENNEMAN |
| JOSE PARRA | KARL LATENDORF |
| JOSEHP BUCHINSKY JR | KATHERINE E HILL |

| | |
|---|---|
| KATHIE PRITCHARD | LARRY BIGOS |
| KATHYS GROSS | LARRY BUNK |
| KEITH JOLL | LARRY D FIPPS |
| KEITH MATTIE | LARRY D REXRODE |
| KEITH MOORE | LARRY FIPPS |
| KEITH R GARRETT | LARRY J HAHN |
| KEITH W WELCH | LARRY J MARSHALL |
| KEN MITCHELL | LARRY REXRODE |
| KEN SOUTHWORTH | LARRY ROLLINS |
| KENNETH A BAKER JR | LARRY RUBLEE |
| KENNETH C LASH | LARRY WILSON |
| KENNETH E SOUTHWORTH | LAURENCE PADILLA |
| KENNETH G GOLWAY | LAWRENCE D FRAWLEY |
| KENNETH GOLWAY | LAWRENCE J RUBLEE |
| KENNETH J MOORE | LAWRENCE K PORADA |
| KENNETH L WRIGHT | LAWRENCE PORADA |
| KENNETH M GRAY | LAWRENCE STORMER |
| KENNETH M SETLOCK | LEAH DELACRUZ |
| KENNETH R SHAW | LEE J FERGUSON JR |
| KENNETH RAAP | LEI A WHALEN |
| KENNETH RAGON JR | LEMUEL W. PARKER |
| KENNETH SOUTHWORTH | LEON SOMMERVILLE |
| KENNETH W BAKER | LEVY R GREEN |
| KENNETHR ROWAN | LEWIS C SMITH |
| KENNETHW HEMING | LEX B GOAD |
| KEVIN BLACK | LINDA GARZA |
| KEVIN BOHRER | LINDA L BECKER |
| KEVIN CRANE | LINDA T POORTEN |
| KEVIN J LAMPMAN | LINDELL MYERS |
| KEVIN LAM | LINDLEY L HUDSON |
| KEVIN M GLOVA | LIONEL WHITE |
| KEVIN NICHOLAS | LOIS A COOTS |
| KEVIN WAY | LONNIE D GOAD |
| KEVIN YOUNGMAN | LONNIE GOAD |
| KEVIN YUNGMAN | LONNIE M KOVALICK |
| KIMBERLY A STUTZMAN | LORENZO GONZALEZ |
| KIRK PEEL | LORI RAPPUCCI |
| KRISTI MOORE | LOUIS RAUCH |
| KRISTOFER D DAUGHERTY | LOUIS T NAGY |
| KURT D HERMAN | LOUISA KUMMER |
| KURT HARMEYER | LUIS MATA |
| KURT STITZER | LUIS TORRES |
| KURTIS LANGLEY | LUKE D NAGEL |
| KURTIS R LANGLEY | LUKE NEUTGENS |
| KWANG HONG | LYNDA M KEENER |
| L SHICK JR RICHARD | MAJORIER BYRD EVANS |
| LANCE J LALONDE | MALCOLM HATHAWAY |

MALINDA K HILLIARD
MALINDA WATSON
MANFRED DEBISZ
MARC T TINSMAN
MARC TINSMAN
MARCY G MURRAY
MARIAM CARLOS
MARIE STUYVESANT
MARIO FICENTISE
MARIO P FICENTISE
MARJORIE LYNCH
MARK A GLADFELTER
MARK A KNAPP
MARK A RIFE
MARK A WATHEN JR
MARK C MURPHY
MARK CATARIUS
MARK D REARICK
MARK D SWARTLEY
MARK DEBOE
MARK E BADTORFF
MARK E CATARIUS
MARK GARRISON
MARK GLADFELTER
MARK HAMMER
MARK HINCHCLIFFE
MARK HOPKINS
MARK HULL
MARK J WILLIAMS
MARK KLACZAK
MARK L CARNAHAN
MARK MAJEWSKI
MARK MULLICANE
MARK P KENNELLEY
MARK PASKO
MARK VENESKY
MARK W CHARLTON
MARLENE BAUGH
MARTIN HUFFMAN
MARTIN J HAMMER
MARTIN R. SMITH
MARTIN REDINGTON
MARTIN SMITH
MARTY REDINGTON
MARY ESTEVEZ
MATTHEW BAISLEY
MATTHEW M SNEBOLD

MATTHEW PRITCHARD
MATTHEW TRAVIS
MEDARDO VALILA
MELCHUR ORTIZ
MERLE BROWN
MERLE R BROWN
MERVIN WARD
MICCHAEL R SANTORO
MICHAEL ANTHONY FOWLER
MICHAEL B LANSER
MICHAEL BALUCH
MICHAEL BIRCHENOUGH
MICHAEL D MAINE
MICHAEL DANIEL
MICHAEL E DIEHL
MICHAEL E DOBO
MICHAEL ESPOSITO
MICHAEL F CAMPBELL
MICHAEL FOWLER
MICHAEL HUGH
MICHAEL J BELE
MICHAEL J EDWARDS
MICHAEL J RODKEY
MICHAEL JUSINO
MICHAEL K SOWERS
MICHAEL KELSEY
MICHAEL L FLICKINGER
MICHAEL L RICHARDSON
MICHAEL M WISOR
MICHAEL MOORE
MICHAEL MORRISSEY
MICHAEL P ABELL
MICHAEL P WAGNER
MICHAEL PALM
MICHAEL PRINDLE
MICHAEL RACHERBAUMER
MICHAEL REBELO
MICHAEL RIVERA
MICHAEL ROY
MICHAEL RULLO
MICHAEL S KUHN
MICHAEL S VIKSTROM
MICHAEL S WEAVER
MICHAEL SANTICHEN
MICHAEL T MURPHY
MICHAEL TREVATHAN
MICHAEL V TIHEY

MICHAEL W HURLEY
MICHAEL WELCH
MICHAEL WOYTOWISH
MICHAELE DOBO
MICHAELJ ULISKY
MICHEAL W COOKSEY
MIKE EASTON
MIKE GREGERSEN
MIKE KELSEY
MIKE W HURLEY
MIKE WOYTOWISH
MILLARD B JR HEAPHY
MILLARD E SHOEMAKER III
MILTON NEWMAN
MITCHELL H HILL
MITCHELL KARAICA
MYRON STEINWAND
NATARSHA N CARTER
NEAL MUHLY
NED GRIFFITH
NEDRA R HARRELL
NEIL PRUITT
NEIL RIDGWAY
NEIL W PRUITT
NICHOLAS JACKSON
NICHOLAS MORANO
NICHOLAS PETELLE
NICHOLAS SHAFFER
NICHOLAS W GRIGAS
NICK ULLOA
NOEL CINTRON
NYMAN H DERR
ODDIS A LITTLE
ORPHEE JEAN-CHARLES
OSCAR ORTIZ
OWEN DAY
PAMELA D PETRIE
PAT EDWARDS
PAT GRACH
PATRICIA COMELLA
PATRICIA E CRANGLE
PATRICIA M ELLIS
PATRICK A LUNDBERG
PATRICK GREAVEN
PATRICK H HOLMES
PATRICK J MCDONAGH
PATRICK J MCGOUGH

PATRICK KEARNEY
PATRICK MURPHY
PATRICKD SECHRIST
PAUL C ROLLEY
PAUL E LUDWIG
PAUL E SALIBA
PAUL E SALIVA
PAUL F STOCKDALE
PAUL G AGUILAR
PAUL HARVEY
PAUL J HERMANN JR
PAUL PAJAK
PAUL SWALES
PAUL T MORRIS
PAUL WELSH
PEGGYA HORNER
PERCY D MCGEE
PERLAY Y ANZURES
PETE CAVALIER
PETE KAKOS
PETER FRASER
PETER GEURDS
PETER J GEORGE
PETER JONES
PETER M WATSON
PETER MARTIN
PETERS CARPENTER
PHILLIP KAMP
PHILLIP LYON
PIERRE J STINFIL
PRESTON JOHNSON
PRICILLA INCH
RAINFORES SAUNDERS
RALPH AIMONE
RALPH DAY
RALPH E BLANCO
RALPH M CHAVEZ
RALPH WILLIAMSON TRUCKIN
RAMON C ALEJO
RANDY BURNETT
RANDY HESSOM
RANDY K BAIRD
RANDY MCKINNEY
RANDY TAYLOR
RAYMOND A VASQUEZ
RAYMOND ALLEN
RAYMOND B DUNN

RAYMOND C MILLER
RAYMOND HOFFMAN
RAYMOND J JACKSON
RAYMOND J TIMMES
RAYMOND MARSH
RAYMOND MEDINA
REGINALD MCKISSIC
RHODAG BURKETT
RICHARD B SPEARMAN
RICHARD C NOLL
RICHARD CURTIS
RICHARD D FREIDHOFF
RICHARD F KOLL JR
RICHARD GOLDEN JR
RICHARD J DAWSON
RICHARD J DREY JR
RICHARD J HUTZLER
RICHARD KESSLER
RICHARD LOCKHART
RICHARD M KESSLER
RICHARD MCDEVITT
RICHARD NEAL
RICHARD SPOONER
RICHARD T MAURER
RICHARD TRUCHANOWICZ
RICHARD VINCENT
RICHARD W BAUGHMAN
RICHARD WORK
RICHARDE BRADY
RICHARDJ HUTZLER
RICKY E HILTY
RICKY HUELSTER
RITA WALLACE
ROBERT A HOLDER
ROBERT AKINS
ROBERT ANDERSON
ROBERT B PETRUSHKA
ROBERT BARNETTE
ROBERT BUSHROD
ROBERT CLINE
ROBERT COLLINS
ROBERT D NIMMO
ROBERT DECKER
ROBERT DEENER
ROBERT E BOOTH
ROBERT E LEHBERGER
ROBERT F FROSCH

ROBERT F MACDONALD
ROBERT G CARDOSI
ROBERT G JAMIESON
ROBERT HUGG
ROBERT HUTCHINSON
ROBERT J HANLEY
ROBERT J HORVATH JR
ROBERT J SCHAFER
ROBERT J ZELENSKI
ROBERT K DAY
ROBERT KISNER
ROBERT L BARNETTE
ROBERT L CLEAR
ROBERT L CLINE JR
ROBERT L FORBES
ROBERT L HERNANDEZ
ROBERT L HUBLER
ROBERT L TURNER
ROBERT LARUE
ROBERT M LEVENSON
ROBERT M MILLS
ROBERT M TOBIAS
ROBERT MORALES
ROBERT P BURKLEY
ROBERT P SIMPSON
ROBERT PENNEY
ROBERT R HENRETTA
ROBERT S HANEY
ROBERT S SALTERN
ROBERT SEXTON
ROBERT SHANTIE
ROBERT SNELL JR
ROBERT STELL
ROBERT STORM
ROBERT SWIFT
ROBERT VELA JR
ROBERT W BEVERAGE
ROBERT WAGNER
ROBIN D KESSLER
ROD C JAMES
RODGER BARTHLOW
RODGER JENKINS
RODNEY A LANFRANKIE
RODNEY KING
RODNEY LEWIS
RODNEY VOS
ROGER BAILEY

ROGER JENKINS
ROLAND L MARTINS
ROLAND MARTINS
RONALD A STOMBAUGH
RONALD ALLER
RONALD AND SHIRLEY FRANCE
RONALD BUMPUS
RONALD CHEESMAN
RONALD E BRAVO
RONALD F HOLB
RONALD GRAHAM
RONALD J CHEESMAN
RONALD J MURPHY
RONALD J ROSCIOLI
RONALD L CHRISTIE
RONALD T GIDDENS
RONALD WHITE
RORY CLIETT
RORY Q CLIETT
ROSEMARY MARTONE
ROSIE C MENDEZ
ROVETTE R MCFARLAND
RUBEN ALVARADO
RUDY C GARDNER
RUSSEL REICHARD
RUSSELL A CARPENTIER
RUSSELL E KEEN
RUSSELL HOFFMAN
RUSSELL MCCLARIN
RYAN L CHEEK
RYAN WALK
SAM SAGUINDEL
SAMIR M ARIKAT
SAMRANG HAI
SAMRANG T HAI
SAMUEL CALDERONE
SAMUEL GIBSON
SAMUEL J DREW
SAMUEL J THOMPSON
SAMUEL L MORRIS
SANDRA K WHITE
SANDRA STRONG
SCOTT A DU PUY
SCOTT A DUPUY
SCOTT A NIGHTINGALE
SCOTT CROSS
SCOTT L SMITH

SCOTT L WEISEL
SCOTT M USZENSKI
SCOTT NIGHTINGALE
SCOTT RAYMOND
SCOTT W ROTHWELL
SEAN A MILLER
SEAN C PAUL-COOK
SEAN SANBORN
SERGIO H GIRON
SETH A HAAG
SHANNON C MONTEITH
SHANNON CASEBOLT
SHARIEFF A SHAHID
SHARIEFF SHAHID
SHARRON D WILKERSON
SHAWN JONES
SHAWN WOOD
SHELLY SHIELDS
SHELONDRA Y PEVAY
SHERRI HUCKS
SHERRI L HEIM
SHERRIE V DRYER
SHERRY D BOUTTE
SHIRLEY BERNHARD
SIDNEY WILKINSON
SONYA HAYNES-GLENN
SONYA L GLENN
SOTIRIOS BILITSIS
STACEY COOK
STACEY L WEBSTER
STANLEY L BLAND
STANLEY MELLOR
STANLEY W HENRY
STANLEYL BLAND
STATION SHAWVILLE
STELLA S BENJAMIN
STEPHAN J PAULJOHN
STEPHEN ARCHER
STEPHEN C SHONKWILER
STEPHEN CLARK
STEPHEN GAUTHIER
STEPHEN J FOPIANO
STEPHEN J GIOVINO
STEPHEN J GIVNEY
STEPHEN J WOJTKOWSKI
STEPHEN JARVIS
STEPHEN T RAINES

STEPHEN WARATUKE
STEPHEN WOJTKOWSKI
STEVE GARGER
STEVE MILLER
STEVE RIDGEWAY
STEVE SPENCER
STEVE W GARGER
STEVE W GARGER JR
STEVEN A MURPHY
STEVEN E BROCK
STEVEN L ALBERT
STEVEN LUCADANO
STEVEN M ESTEVEZ
STEVEN M HECK
STEVEN M KEELER
STEVEN RICHARDSON
STEVEN RIVERA
STEVEN W LOTT
STEWART P PHILLIPS
SUHA R AHMAD
SUSAN M NELMS
SUSAN MCAFOOSE
SUSANNE MAY
SUSIE S GARCIA
SUZANNE SMITH-WIGFALL
SUZETTE HAYES
SYLVIA L BRIGGS
SYLVIA L SHIVER
TAMIKA L DAVIS
TANGELITA PARSONS
TERESNITO VALILA
TERRY BOLYARD
TERRY H KERN
TERRY L NELSON
TERRY MACWELCH
TERRY VENINCASA
THELMA VALDEZ
THEODORE DWYER
THEODORE P WOYTON JR
THEODORE R NASH
THEODORE T JACKSON
THOMAS A BUTLER
THOMAS E ANDERSON
THOMAS E MACKEY
THOMAS G HENSEL
THOMAS HAMPTON
THOMAS J BOWDEN

THOMAS J BUCHANAN
THOMAS J CALINSKI
THOMAS J KELLY
THOMAS J KULIK
THOMAS J RISON
THOMAS KELLY
THOMAS L GRIFFITH
THOMAS M MARTIN
THOMAS M PETROVICH
THOMAS PAYNE
THOMAS R THOMAS
THOMAS R WILLIAMS
THOMAS ROHAN
THOMAS ROWLEY
THOMAS SOWA
THOMAS SPRING
THOMAS STONE
THOMAS W SPITZ
THOMAS ZHU
TIM HENDERSON
TIMM HIBBERT
TIMOTHY A MALEC
TIMOTHY CURRAN
TIMOTHY D CURRAN
TIMOTHY G HOLDER
TIMOTHY G HUMPHREYS
TIMOTHY HONEY
TIMOTHY J HIRSCH
TIMOTHY SILVIUS
TIMOTHY SR. GARDINER
TIMOTHY W KLARES
TODD A BRIGGS
TODD D GAIL
TODD DION
TODD L PHIPPS
TODD M SHIELDS
TRACI L LEOPARD
TRACY GREEN
TRAVIS J CAPPELLO
TREVIS A GEORGE
TYRONE MAXEY
UNKNOWN INJURED
VAL S SCHMAUS JR
VALARIE CLARK
VANESSA A RHODES
VAUGHN E EPISCOPO
VIC POLESEL

VICKI J FOWLER
VICKI SIMS
VICTOR J CARLESI
VICTOR P CAMILLERI
VINCENT A MALZ
VINCENT D COSTELLO
VINCENT M MONDILLO
VIRGILIO JOHN CIULLO
VITO QUAGLIETTA
WALTER CAMPBELL
WALTER COY
WALTER ULEWICZ
WAYNE CURTIS
WAYNE D GUNTHER
WAYNE DAVIS
WAYNE E MALLORY
WAYNE E MILLER
WAYNE FRASER
WAYNE HASTINGS
WAYNE K KOLLER
WAYNE LEE
WAYNE MOTTA
WAYNE P NETHERLAND
WAYNE R SPILMAN
WAYNED RICE
WESLEY ECKERT
WILLIAM A TURNER
WILLIAM BAKER
WILLIAM BENT
WILLIAM BOWMAN
WILLIAM C ATKINSON
WILLIAM C FLEMING
WILLIAM C HESS
WILLIAM C HESS JR
WILLIAM C WALSH JR
WILLIAM CARNS
WILLIAM D SPANGLER
WILLIAM DEBORAH OLIVER
WILLIAM E MILLER JR
WILLIAM F DONOVAN
WILLIAM F POWERS
WILLIAM GREEN
WILLIAM H SIGMUND
WILLIAM J BETHEA
WILLIAM J LOCKRIDGE
WILLIAM L PETERSON
WILLIAM LANZ

WILLIAM M WALCUTT
WILLIAM POWERS
WILLIAM PRUNER
WILLIAM R HELBLING
WILLIAM R MOUDY
WILLIAM R WASHBURN
WILLIAM RINCKHOFF
WILLIAM STUART
WILLIAM T MILLER
WILLIAM T NORMAN
WILLIAM VANBEERS
WILLIAM VANOVER
WILLIAM WASHBURN
WILLIAM WHITINGTON
WILLIAM ZUMBUM
WILLIAMA WILLIAMS
WILLIAMJ CONRAD
WILLIAMJ KINLEY
WILLIS T IZQUIERDO
WILMA S FOSTER
WILSON M BECKETT
XANG MOUA
YOLANDA GARCIA
ZHANG ZHU
ZULEMA A RICHARDS

**SCHEDULE 1 (h)**
**Insurers**

ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Global Markets #2488
AEGIS  (Associated Electric & Gas
Insurance Services Ltd)
AEGIS Consortium 9690
AEGIS US
Allianz Global Risks
Allied World Assurance Company Ltd
Allied World National Assurance Company
American Alternative Insurance Corporation
(MunichRe)
American International Reinsurance Co Ltd
(AIG)
Amlin
ARCH Insurance Co. (Europe) Ltd
Arch Insurance Company
Argenta Syndicate #2121
Argo International Syndicate #1200
Argo Re Ltd
Aspen Specialty Insurance Company
Atrium Syndicate #609
Axis Insurance Company
Beazley Insurance Company Inc
Berkley Insurance Company
Chubb Bermuda
Chubb Bermuda Insurance Ltd
CRC INSURANCE SERVICES
EIM  (Energy Insurance Mutual)
EIM COMPANY INC
EPIC (Energy Protection Insurance
Company)
Everest National Insurance Company
Federal Insurance Company (Chubb)
Freedom Specialty
General Security Indemnity Co. of AZ
Great Lakes Reinsurance (UK) PLC
Hardy Syndicate #382
Ironshore Specialty Insurance Company
JLT SPECIALTY BERMUDA
Lloyds of London

MCGRIFF, SEIBELS & WILLIAMS, INC.
Millennium Syndicate #9128
National Union Fire Insurance Company of
Pittsburgh, PA (AIG)
Navigators Insurance Company
PRICE FORBES & PARTNERS LTD.
Priority Underwriting
RSUI Indemnity Company
Starr Indemnity & Liability Company
Starr Tech
Starstone
Talbot Syndicate #1183
Travelers Casuality and Surety Company of
America
Travelers Syndicate #5000
US Speciality Insurance Company (HCC)
Westport Insurance Corporation (SwissRe)
XL Catlin (Bermuda) Ltd
XL Insurance America Inc.
XL Specialty Insurance Company
Zurich American Insurance Company

**SCHEDULE 1 (i)**
**Investment Bankers**


BarclayDamon
Ducera Partners LLC
Guggenheim Capital LLC
Rothschild & Co.

**SCHEDULE 1 (j)**
**Joint Venture Parties**


CE Culm Inc.
Constellation
Duquesne Conemaugh LLC
Energy Corporation of America
Exelon Generation Company, LLC
Keystone Power, LLC
PPL Generation, LLC
PSEG Power Fuels LLC
UGI Development Company

**SCHEDULE 1 (k)**
**Landlords**


BANKERS TRUST COMPANY
CONEMAUGH LESSOR GENCO LLC
DANIEL C. & KAREN LYNNE POWELL
DICKERSON OL1 LLC
DICKERSON OL1 LLC (OWNER
LESSOR)
DICKERSON OL2 LLC
DICKERSON OL2 LLC (F/B/O SEMA
OP6 LLC)
DICKERSON OL3 LLC
DICKERSON OL4 LLC
DICKERSON OL4 LLC (F/B/O SEMA
OP8 LLC)
ERIE INSURANCE EXCHANGE
HOUSTON 1000 MAIN LP
KAN AM 1000 MAIN CORPORATION
KAN AM 1000 MAIN LP
KAN AM GRUND
KAPITALANLAGEGESELLSCHAFT
MBH
KEYSTONE LESSOR GENCO LLC
MAIN/LAMAR PARTNERSHIP LP
METROPOLITAN LIFE INSURANCE
COMPANY
MORGANTOWN OL1 LLC
MORGANTOWN OL1 LLC F/B/O SEMA
OP1 LLC
MORGANTOWN OL2 LLC
MORGANTOWN OL3 LLC
MORGANTOWN OL4 LLC
MORGANTOWN OL5 LLC
MORGANTOWN OL6 LLC
MORGANTOWN OL7 LLC
PM REALTY GROUP
PSEGR CONEMAUGH GENERATION
LLC
PSEGR KEYSTONE GENERATION LLC
PSEGR SHAWVILLE GENERATION
LLC
PSEGR SHAWVILLE GENERATION,
LLC
SEMA OP1 LLC

SEMA OP2 LLC
SEMA OP3 LLC
SEMA OP4 LLC
SEMA OP5 LLC
SEMA OP6 LLC
SEMA OP7 LLC
SEMA OP8 LLC
SEMA OP9 LLC
SHAWVILLE LESSOR GENCO LLC
SHELL OIL COMPANY
STATE STREET BANK AND TRUST
COMPANY
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT N.A.
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT, N.A.
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT, NA
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT,
NATIONAL ASSOCIATION
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT,
NATIONAL ASSOCIATION, AS LEASE
INDENTURE TRUSTEE
STATE STREET BANK AND TRUST
COMPANY OF CT, N.A.
US BANK NATIONAL ASSOCIATION

**SCHEDULE 1 (l)**
**Largest Unsecured Creditors**

ABB INC
AC SCHULTES OF DELAWARE INC
ACUREN INSPECTION INC
AECOM TECHNICAL SERVICES INC
AGTSERVICES INC
ALLIED POWER GROUP
ALSTOM POWER INC
AMERICAN ELECTRICAL TESTING
CO.,INC
AMI SYSTEMS INC
ASA ANALYSIS & COMMUNICATION
INC
BATES WHITE LLC
BRAND ENERGY SERVICES LLC
BRAND ENERGY SOLUTIONS LLC
BROCK SERVICES LLC
BURNHAM INDUSTRIAL
CONTRACTORS INC
CASTEEL CORPORATION
CB&I ENVIRONMENTAL &
INFRASTRUCTURE
CD LYON CONSTRUCTION
INCORPORATED
CHALMERS & KUBECK INC
CHALMERS & KUBECK
INCORPORATED
CONSOL ENERGY SALES COMPANY
CONTRA COSTA ELECTRIC INC
CONTURA COAL SALES LLC
CSX TRANSPORTATION INC
DIAMOND TECHNICAL SERVICES INC
EMCOR SERVICES COMBUSTIONEER
CORP
ENVIRONMENTAL SYSTEMS
CORPORATION
EVERSOURCE ENERGY
FLOWSERVE PUMP DIVISION
FRESH MEADOW POWER LLC
GAP VAX INC
GAS UNLIMITED INC
GEII GE POWER AND WATER

GENERAL ELECTRIC
INTERNATIONAL INC
GEORGE E WARREN CORPORATION
HAAS GROUP INTERNATIONAL LLC
HACH COMPANY
HAYDEN BUILDING MAINTENANCE
HAYNES INTERNATIONAL INC
HAYWARD TYLER INC
HOWDEN NORTH AMERICA INC
Hudson Valley Gas Corp
HYDROCHEM LLC
INDUSTRIAL VALVE SALES AND
SERVICE
INTERNATIONAL CHIMNEY
CORPORATION
IRWIN INDUSTRIES INC
JOE BAUMGARDNER SAFETY
CONSULTING I
JOHN ZINK COMPANY LLC
K & E FABRICATING COMPANY INC
LUBRICATION ENGINEERS INC
MALARK LOGISTICS INC
MITSUBISHI ELECTRIC POWER
PRODUCTS
MPW INDUSTRIAL WATER SERVICES
INC
MRK III INC
OCS INDUSTRIES INC
PCM INDUSTRIAL SERVICES INC
PERFORMANCE CONTRACTING INC
PERFORMANCE MACHINING INC
PERRECA ELECTRIC COMPANY INC
PIC GROUP INC
PLASTECH SERVICES INC
POWER & COMBUSTION SERVICES
LLC
POWER & INDUSTRIAL AIR SYSTEMS
INC
PRO PUMP SERVICES LLC
RHINEHART RAILROAD
CONSTRUCTION INC
RHINO ENERGY LLC

RV INDUSTRIES INCORPORATED
SARGENT & LUNDY LLC
SARGENT ELECTRIC COMPANY
SCOPE SERVICES INC
SIEMENS ENERGY INC
SIMAKAS COMPANY INC
SKYTEC INC
SOMERSET STEEL ERECTION
COMPANY INC
SOUTHWELL INDUSTRIES
STANDARD ALLOYS INCORPORATED
STANTEC CONSULTING SERVICES
INC
STEAG ENERGY SERVICES LLC
STEVENS ENGINEERS &
CONSTRUCTORS IN
SYNTHETIC MATERIALS LLC
SYSTEM ONE
TEMS INC
THE BABCOCK & WILCOX COMPANY
THERMAL ENGINEERING
INTERNATIONAL
THERMO ENVIRONMENTAL
INSTRUMENTS
THIELSCH ENGINEERING INC
TRINITY INDUSTRIES LEASING
TURBINE REPAIR SERVICES LLC
TURBINEPROS LLC
UNION PACIFIC RAILROAD COMPANY
UNIVERSAL ACOUSTIC & EMISSION
URS CORPORATION
VALMET INC
VEOLIA ES TECHNICAL SOLUTIONS
LLC
WASHINGTON GAS LIGHT COMPANY
WASTE MANAGEMENT NATIONAL
SERVICES
WEIR SLURRY GROUP INC
WHEELING & LAKE ERIE RAILWAY
WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS SUCCESSOR
INDENTURE TRUSTEE
WILMINGTON TRUST COMPANY, AS
INDENTURE TRUSTEE
ZENON ENVIRONMENTAL
CORPORATION

**SCHEDULE 1 (m)**
**Letters of Credit Beneficiaries**


8301 PROFESSIONAL PLACE LLC AND
ITS SUCCESSORS BY OPERATION OF
LAW
Ace American Insurance Company
Algonquin Gas Transmission LP
California Department of Fish and Game
California Independent System Operator
Corporation
City of Anaheim
Columbia Gas Transmission Company LLC
Consol Pennsylvania Coal Company LLC
DBTCA as Collateral Agent
Deutsche Bank Trust Company
Dickerson OL 1  LLC c/o Wilmington Trust
Co
Dickerson OL 4  LLC c/o Wilmington Trust
Co
Dominion Cove Point LNG, LP
Dominion Transmission, Inc.
Entergy Mississippi, Inc.
Florida Gas Transmission Company
George E. Warren Corporation
Guttman Oil
ISO New England Inc.
Kern River Gas Transmission Company
Liberty Mutual Insurance Company
Maryland Department of Environment
Water Management
Maryland Department of the Environment
Metro East LLC
Natural Gas Pipeline Company of America
LLC
New Jersey Natural Gas Company
New York Independent System Operator,
Inc.
Orange and Rockland Utilities, Inc.
Orlando Utilities Commission
Pacific Gas and Electric Company
Penneast Pipeline Company, LLC

PENNSYLVANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
BUREAU OF WASTE MANAGEMENT
PJM Settlement, Inc.
Regional Water Quality Control
SOUTHERN CALIFORNIA EDISON
COMPANY
Southern California Gas Company
Southwest Power Pool, Inc.
Tennessee Valley Authority
Texas Eastern Transmission, LP
The Travelers Indemnity Company
US Bank National Association
Washington Gas Light Company

**SCHEDULE 1 (n)**
**Lienholders**

BP CORPORATION NORTH AMERICA
INC., AS AGENT
DELL FINANCIAL SERVICES, L.P.
DEUTSCHE BANK TRUST COMPANY
AMERICAS (F/K/A BANKERS TRUST
COMPANY), NOT IN ITS INDIVIDUAL
CAPACITY BUT AS LEASE
INDENTURE TRUSTEE
DICKERSON OL1 LLC
DICKERSON OL2 LLC
DICKERSON OL3 LLC
DICKERSON OL4 LLC
DIV OF EMPLOYER ACCO. UNITS,
STATE OF NEW JERSEY SECURED
PARTY
MIRANT NORTH AMERICA, INC.
MORGANTOWN OL1 LLC
MORGANTOWN OL3 LLC
MORGANTOWN OL4 LLC
MORGANTOWN OL5 LLC
MORGANTOWN OL6 LLC
MORGANTOWN OL7 LLC
RUDD EQUIPMENT COMPANY
U.S. BANK NATIONAL ASSOCIATION,
AS COLLATERAL TRUSTEE
U.S. BANK NATIONAL ASSOCIATION,
AS LEASE INDENTURE TRUSTEE
WILLIAMS POWER COMPANY, INC.
(P/K/A WILLIAMS ENERGY
MARKETING & TRADING COMPANY)

**SCHEDULE 1 (o)**
**Litigation Parties**

3M COMPANY
Abb, Inc.
Abul Shah
Adelyn Bray
Albert Glen Rhea
Alco Iron & Metal Co.
American Wind Energy Association
American Wind Energy Association, c/o
Arnold & Porter Kaye Scholer LLP
Anthony M Star (Director of Illinois Power
Agency)
Arandell Corp.
Art Lowery
Audrey Zibelman (Chair of the New York
Public Service Commission)
Australia and New Zealand Banking Group
Limited
AVON LAKE CITY SCHOOLS BOARD
OF EDUCATION
Barclays Bank, P.L.C.
Ben Salsgiver
Bennington Group West, Inc.,
Bennington Group, LLC
BNP Paribas
Brien J Sheahan
Calpine Corporation
Choctaw County, Mississippi
Chris Wiklevoss
Christian J. Feezle
CITIZENS COAL COUNCIL
Citizens Utility Board
Coalition for Competitive Electricity
Comanche Trail Pipeline, LLC
Commerzbank A.G.
Constellation Energy Nuclear Group, LLC
Credit Agricole Corporate and Investment
Bank, formerly known as Credit Lyonnais,
formerly known as Calyon
Daniel Shannon
Danske Bank
Darrell Redman

Dave Fyock
David Bray
Diane X Burman, Commissioner of the New
York Public Service Commission,
Donald Lutz
Dynegy Inc.
Eastern Generation, LLC
Ed Blazoksky
Electric Power Supply Associaton
Elevate Energy
Endurance American Specialty Insurance
Company, Plaintiff, vs. Bennington Group,
LLC, for itself and dba Bennington Group
West, Inc., a Delaware corporation, NRG
Delta, LLC, successor in interest to GenOn
Delta fka Mirant Delta, LLC, a Delaware
corporation, Abul Shah, an individual, and
Does 1 through 10, inclusive, Defendants
Environmental Defense Fund
Environmental Defense Fund, Inc.
Environmental Law and Policy Center
EPA Administrator Scott Pruitt
Eric Guarrasi
European Power Island Procurement B.V.,
Exelon Corporation
Exelon Generation Company, LLC
Forrest Bishop
Gary Boats
Gary J. Kuklish
George Markish
Gina Redman
Green Education and Legal Fund, Inc.
Greg Bell
Gregg C Sayre (Commission of the New
York Public Service Commission
Harry L. Desoutner
Holly Rice Yma
IBEW Local 29
ING Bank
Intesa San Paolo, formerly known as Banca
Intesa

James Mulhollan
Janet Ivicic for Estate of Matthew Ivicic
John J. Sipos, Office of the Attorney
General, New York State
John R. Rosales
Keith Schall
Kimberly Juklish
LORAIN COUNTY BOARD OF
REVISION,
Lori P. Kerr, In the Official Capacities of
Tax Assessor and Collector of Choctaw
County, Mississippi
MATT CANESTRALE CONTRACTING
INC.
Matt Canestrale Contracting, Inc.
Michael Altmire
Michael Strande. Assistant Attorney General
of Maryland
Midcontinent
Midcontinent Independent System Operator,
Inc.
Miguel del Valle
Monitoring Analytics, LLC
Montgomery County, Maryland
Natural Resources Defense Council
Natural Resources Defense Council, Inc.
New York Public Interest Group, Inc.
Nine Mile Point Nuclear Station LLC
Pat Wood, III
Patricia l. Acampora (Commissioner of the
New York Public Service Commission
Peter R. Bradford
PJM Interconnection, L.L.C.
Platte River Insurance Co.
Preston Johnson
Promoting Health and Sustainable Energy,
Inc.
R.E. Ginna Nuclear Power Plant LLC
Randall Rearick
Reeves County Land Associates, LLC
Respiratory Health Association
Richard Lick
Robert Leigey
Robert Meunier and Mary Meunier
Roseton Generating LLC
Royal Bank of Scotland
Royal Bank of Scotland Group, P.L.C.

Royal Bank of Scotland N.V., formerly
known as ABN AMRO Bank NV
Rudolph Smith
Sadzi Martha Oliva
Safe Energy Rights Group, Inc., c/o
Felicello Law PC
Selkirk Cogen Partners, L.P.
Sherina Maye Edwards (Commissioner of
the Illinois Commerce Commission
State of New York, Dept of Public Service
(Jonathan D. Feinberg, John Calvin Graham,
Salomon Tsimi Menyeng
Stichting European Power Island
Tappan Zee Constructors, LLC
The Department of Energy and Environment
Thomas Buchanan
Ursula C. Markish
William Johnston
Wilmington Savings Fund Society, FSB,
Successor Ind ttee
Wilmington Trust Company, Indenture
Trustee
Yma Smith

**SCHEDULE 1 (p)**
**Noteholders**

Allstate Investments
Alta Fundamental Advisers LLC
Alta Fundamental Advisers Master LP
ARROWGRASS CAPITAL PARTNER
(US) LP
Arrowgrass Capital Partners (US) LP
Balyasny Asset Management LP
BANK OF AMERICA N.A.
Bank of America, N.A.
BARCLAY BANK PLC
Barclays Bank PLC
Barclays Capital, Inc.
Benefit Street Partners LLC
BLACKROCK FUND ADVISORS
Blackwell Partners LLC
Brigade Capital Management
BVK Personalvorsorge Des Kantons Zurich
CCP CREDIT ACQUISITION HOLDINGS
LLC
CCP Credit Acquisition Holdings, LLC
Cedar Ridge Partners LLC
CEDARVIEW OPPORTUNITIES
MASTER FUND LP
Cedarview Opportunities Master Fund, LP
Centerbridge Partners, L.P.
CITIGROUP GLOBAL MARKER INC
Citigroup Global Markets Inc.
CO Moore, LP
Credit Suisse Securities (USA) LLC
Davidson Kempner Capital Management
DAVIDSON KEMPNER CAPITAL
MANAGEMENT LP
Edge Asset Management
Eton Park Capital Management
FORT WASHINGTON INVESTMENT
ADVISORS INC
Fort Washington Investment Advisors, Inc.
Franklin Mutual
Franklin Mutual Advisers LLC
Franklin Resources
Global Credit & Special Situations

Global High Yield Bond Portfolio
GMO Credit Opportunities Fund, L.P.
GRANTHAM MAYO VAN OTTERLOO
& CO LLC OBO GMO CREDIT
OPPORTUNITIES FUND LP
Grantham, Mayo, Van Otterloo & Co. LLC
GSO Capital Partners LP
Highbridge International LLC
HIGHBRIDGE TACTICAL CREDIT &
CONVERTIBLES MASTER FUND LP
Highbridge Tactical Credit & Convertibles
Master Fund, L.P.
Highland Capital Management,  L.P.
Intermarket Corp.
INTERMARKET CORPORATION
iShares $ High Yield Corporate Bond
UCITS ETF
iShares 0-5 Year High Yield Corporate
Bond ETF
iShares Core 1-5 Year USD Bond ETF
iShares Core Total USD Bond Market ETF
iShares Global High Yield Corp Bond CHF
Hedged UCITS ETF
iShares Global High Yield Corp Bond GBP
Hedged UCITS ETF
iShares Global High Yield Corp Bond
UCITS ETF
iShares Global High Yield Corporate Bond
ETF
iShares iBoxx $ High Yield Corporate Bond
ETF
iShares iBoxx $ High Yield ex Oil & Gas
Corporate Bond ETF
iShares U.S. High Yield Bond Index ETF
(CAD-Hedged)
iShares USD Short Duration High Yield
Corp Bond UCITS ETF USD (Dist)
J.P. Morgan Investment Management Inc.
Jefferies LLC
Jerome Noto
JP Morgan Chase

Linden Advisors LP
Luminus Management LLC
Mackay Shields LLC
MARATHON ASSET MANAGEMENT LP
Marathon Asset Management, LP
Merrill Lynch, Pierce, Fenner & Smith Inc.
METROPOLITAN WEST ASSET
MANAGEMENT COMPANY LLC OBO
THEIR FIXED INCOME GROUP
Metropolitan West Asset Management
Company, LLC
Metropolitan West High Yield Bond fund
MOORE CAPITAL MANAGEMENT LP
Moore Capital Management, LP
MORGAN STANLEY & CO LLC
Morgan Stanley & Co., LLC
NDA's
New York Life Group
NOMURA CORPORATE RESEARCH
AND ASSET MANAGEMENT INC
Nomura Corporate Research and Asset
Management Inc.
P SCHOENFELD ASSET
MANAGEMENT LP
P. Schoenfeld Asset Management, L.P.
PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC
PAR-FOUR INVESTMENT
MANAGEMENT LLC
Par-Four Investment Management, LLC
PAULSON & CO INC
Paulson & Co., Inc.
PGIM, Inc.
Phoenix Investment Adviser LLC
Polygon Distressed Opportunities Master
Fund
PPM AMERICA INC
PPM America, Inc.
PRINCIPAL FINANCIAL GROUP LLC
PRINCIPAL GLOBAL INVESTORS LLC
Principal Global Investors, LLC
Prudential Financial
Prudential Fixed Income
RBC CAPITAL MARKETS LLC
RBC Capital Markets, LLC
Redwood Capital Management,  LLC
Redwood Drawdown Master Fund, L.P.

Redwood Master Fund, Ltd.
SERENGENTI ASSET MANAGEMENT
LP
Serengeti Asset Management LP
Solus Alternative Asset Management LP
Sound Point Capital Management,  L.P.
Star V Partners LLC
State Street Global Advisors
Stichting DELA Depositary & Management
Stone Harbor Investment Partners
STRATEGIC VALUE MASTER FUND
LTD
Strategic Value Master Fund, Ltd.
STRATEGIC VALUE OPPORTUNITIES
FUND LP
Strategic Value Opportunities Fund, LP
STRATEGIC VALUE SPECIAL
SITUATIONS MASTER FUND III LP
Strategic Value Special Situations Master
Fund III, LP
Strategic Value Special Situations Master
Fund IV LP
TACONIC CAPITAL ADVISORS LP
TCW Asset Management Company LLC
TCW ASSET MANAGEMENT
COMPANY LLC OBO THEIR FIXED
INCOME GROUP
TCW DISTRESSED MASTER FUND LP
TCW Distressed Master Fund, L.P.
TCW Group
TCW Investment Management Company
LLC
TCW INVESTMENT MANAGEMENT
COMPANY LLC OBO THEIR FIXED
INCOME GROUP
The Distressed Debt Trading Desk of
Citigroup Global Markets Inc.
US High Yield Bond Index Fund B
USAA High Income Fund
Vanguard Group
Venor Capital Management LP
WELLINGTON MANAGEMENT
COMPANY LLC
Wellington Management Company LLP
York Capital Management
York Capital Management Global Advisors,
LLC

**SCHEDULE 1 (q)**
**NRG Affiliates**

3279405 Nova Scotia Company
3283764 Nova Scotia Company
7549709 Canada Inc.
7644868 Canada Inc.
7711565 Canada Inc.
AC Solar Holdings LLC
Ace Energy, Inc.
Adams Community Solar Garden I LLC
Adams Community Solar Garden II LLC
Adams Community Solar Garden III LLC
Adams Community Solar Gardens LLC
Agua Caliente Borrower 1 LLC
Agua Caliente Borrower 2 LLC
Agua Caliente Solar Holdings LLC
Agua Caliente Solar, LLC
Allied Home Warranty GP LLC
Allied Warranty LLC
ALP Wind, LLC
Alta Interconnection Management II, LLC
Alta Interconnection Management III, LLC
Alta Interconnection Management, LLC
Alta Realty Holdings, LLC
Alta Realty Investments, LLC
Alta Vista SunTower, LLC
Alta Wind 1-5 Holding Company, LLC
Alta Wind Asset Management Holdings, LLC
Alta Wind Asset Management, LLC
Alta Wind Company, LLC
Alta Wind Holdings, LLC
Alta Wind I Holding Company, LLC
Alta Wind I, LLC
Alta Wind II Holding Company, LLC
Alta Wind II, LLC
Alta Wind III Holding Company, LLC
Alta Wind III, LLC
Alta Wind IV Holding Company, LLC
Alta Wind IV, LLC
Alta Wind V Holding Company, LLC
Alta Wind V, LLC
Alta Wind X Holding Company, LLC
Alta Wind X, LLC

Alta Wind XI Holding Company, LLC
Alta Wind XI, LLC
Alta Wind X-XI TE Holdco LLC
Apple I REC Holdco 2011 LLC
Arapahoe Community Solar Garden I LLC
Arthur Kill Gas Turbines LLC
Arthur Kill Power LLC
Astoria Gas Turbine Power LLC
Avenal Park LLC
Avenal Solar Holdings LLC
Bashaw Solar 1, LLC
Bayou Cove Peaking Power, LLC
Beheer-en Beleggingsmaatschappij Plogema B.V.
Bendwind, LLC
Berrians I Gas Turbine Power LLC
BETM MX US LLC
BidURenergy, Inc.
Big Cajun I Peaking Power LLC
Big Cajun II Unit 4 LLC
Big Lake Holdco LLC
bioNRG Tonawanda Inc.
Black Cat Road Solar, LLC
Bluewater Wind Delaware LLC
Bluewater Wind Maryland LLC
Bluewater Wind New Jersey Energy LLC
Boquillas Wind, LLC
Boston Energy Trading and Marketing LLC
Broken Bow Wind, LLC
Brook Street Solar 1, LLC
Buckthorn Holdings, LLC
Buckthorn Renewables, LLC
Buckthorn Solar Portfolio, LLC
Buckthorn Westex, LLC
Buckthorn Wind Class B Holdco LLC
Buckthorn Wind Pledgor LLC
Buckthorn Wind Project, LLC
Buckthorn Wind Tax Equity Holdco LLC
Buffalo Bear, LLC
Bullock Road Solar 1, LLC
BWC Swan Pond River, LLC
Cabrillo Power I LLC

Cabrillo Power II LLC
California Jupiter, LLC
Camas Power Boiler Limited Partnership
Camas Power Boiler, Inc.
Camino Energy, LLC
Canal West LLC
Capistrano Wind Holdings, Inc.
Capistrano Wind II, LLC
Capistrano Wind Partners, LLC
Capistrano Wind, LLC
Carbon Management Solutions LLC
Caresale Services Limited
Carlsbad Energy Center LLC
Carlsbad Energy Holdings LLC
Cedro Hill Wind LLC
Center St Solar 1, LLC
Cheng Power Systems, Inc.
Chester Energy, LLC
Chickahominy River Energy Corp.
Cirro Energy Services, Inc.
Cirro Group, Inc.
Citizens Power Holdings One, LLC
CJ Solar 2, LLC
CL Power Sales Eight, L.L.C.
Clean Edge Energy LLC
Clear View Acres Wind Farm, LLC
Colorado Shared Solar I LLC
Colorado Springs Solar Garden LLC
Commonwealth Atlantic Power LLC
Community Wind North 1 LLC
Community Wind North 10 LLC
Community Wind North 11 LLC
Community Wind North 13 LLC
Community Wind North 15 LLC
Community Wind North 2 LLC
Community Wind North 3 LLC
Community Wind North 5 LLC
Community Wind North 6 LLC
Community Wind North 7 LLC
Community Wind North 8 LLC
Community Wind North 9 LLC
Community Wind North, LLC
Conemaugh Fuels, LLC
Conemaugh Power LLC
Connecticut Jet Power LLC
Continental Energy, LLC
Cottonwood Development LLC

Cottonwood Energy Company LP
Cottonwood Generating Partners I LLC
Cottonwood Generating Partners II LLC
Cottonwood Generating Partners III LLC
Cottonwood Technology Partners LP
Crofton Bluffs Wind, LLC
Crosswind Transmission, LLC
CVSR Holdco LLC
Cy-Hawk Wind Energy, LLC
DeGreeff DP, LLC
DeGreeffpa, LLC
Delaware Power Development LLC
Denver Community Solar Garden I LLC
Denver Community Solar Garden II LLC
Desert Sunlight 250, LLC
Desert Sunlight 300, LLC
Desert Sunlight Holdings LLC
Desert Sunlight Investment Holdings, LLC
Devon Power LLC
Dickerson OL2 LLC
Dickerson OL3 LLC
Dickerson OL4 LLC
Dodge Holdco LLC
Doga Enerji Uretim Sanayi ve Ticaret
Limited Sirketi
Doga Isi Satis Hizmetleri Ticaret Limited
Sirketi
Doga Isletme ve Bakim Ticaret Limited
Sirketi
Dunkirk Gas Corporation
Dunkirk Power LLC
Eagle View Acres Wind Farm, LLC
East Ridge Transmission, LLC
Eastern Sierra Energy Company LLC
Ecokap Power LLC
EHI Development Fund, LLC
El Mirage Energy, LLC
El Segundo Energy Center II LLC
El Segundo Energy Center LLC
El Segundo Power II LLC
El Segundo Power, LLC
Elbow Creek Wind Project LLC
Elk Lake Wind Farm, LLC
Elkhorn Ridge Wind II, LLC
Elkhorn Ridge Wind, LLC
EME Eastern Holdings, LLC
EME Finance UK Limited

EME Investments II, LLC
EME Investments, LLC
EME Service Company, LLC
EME Southwest Power, LLC
EME UK International, LLC
Energy Alternatives Wholesale, LLC
Energy Choice Solutions LLC
Energy Plus Holdings LLC
Energy Plus Natural Gas LLC
Energy Protection Insurance Company
Enterprise Solar, LLC
ENVIA Energy Oklahoma City, LLC
Escalante Solar I, LLC
Escalante Solar II, LLC
Escalante Solar III, LLC
eV2g LLC
Everything Energy LLC
EVgo Services LLC
Farmington Holdco LLC
Federal Road Solar 1, LLC
Forest Lake Holdco LLC
Forward Home Security, LLC
Forward WindPower LLC
Four Brothers Capital, LLC
Four Brothers Holdings, LLC
Four Brothers Portfolio, LLC
Four Brothers Solar, LLC
FUSD Energy, LLC
GCE Holding LLC
GCP Funding Company, LLC
GenConn Devon LLC
GenConn Energy LLC
GenConn Middletown LLC
GenOn Americas Generation, LLC
GenOn Americas Procurement, Inc.
GenOn Asset Management, LLC
GenOn Capital Inc.
GenOn Energy Holdings, Inc.
GenOn Energy Management, LLC
GenOn Energy Services, LLC
GenOn Energy, Inc.
GenOn Fund 2001 LLC
GenOn Key/Con Fuels, LLC
GenOn Mid-Atlantic Development, LLC
GenOn Mid-Atlantic, LLC
GenOn Northeast Management Company

GenOn Power Operating Services MidWest, Inc.
GenOn REMA Services, Inc.
GenOn Special Procurement, Inc.
Geostellar, Inc.
Gladstone Power Station Joint Venture
Goal Zero Europe GmbH
Goal Zero LLC
Goat Wind, LP
Granite II Holding, LLC
Granite Mountain Capital, LLC
Granite Mountain Holdings, LLC
Granite Mountain Renewables, LLC
Granite Mountain Solar East, LLC
Granite Mountain Solar West, LLC
Granite Power Partners II, L.P.
Green Mountain Energy Company
Green Mountain Energy Sun Club
Green Prairie Energy, LLC
Greene Wind Energy, LLC
Greenmountain Wind, LLC
Gregory Partners, LLC
Gregory Power Partners LLC
Groen Wind, LLC
Hanover Energy Company
Hardin Hilltop Wind, LLC
Hardin Wind Energy, LLC
High Plains Ranch II, LLC
Highland Township Wind Farm, LLC
Hillcrest Wind, LLC
HLE Solar Holdings, LLC
HSD Solar Holdings, LLC
Hudson Valley Gas Corporation
Huntley IGCC LLC
Huntley Power LLC
Hwy 14 Holdco LLC
HyperGen, LLC
Independence Energy Alliance LLC
Independence Energy Group LLC
Independence Energy Natural Gas LLC
Indian River Operations Inc.
Indian River Power LLC
Intellastar LLC
Iron Springs Capital, LLC
Iron Springs Holdings, LLC
Iron Springs Renewables, LLC
Iron Springs Solar, LLC

Ivanpah Master Holdings, LLC
Ivanpah Project I Holdings, LLC
Ivanpah Project II Holdings, LLC
Ivanpah Project III Holdings, LLC
Jackson Valley Energy Partners, L.P.
James River Power LLC
Jeffers Wind 20, LLC
JMC Wind, LLC
Kaufman Cogen LP
Kawailoa Solar Holdings, LLC
Kawailoa Solar, LLC
Keystone Fuels, LLC
Keystone Power LLC
Langford Wind Power, LLC
Lanikuhana Solar, LLC
Laredo Ridge Wind, LLC
Larswind, LLC
Lenape II Solar LLC
LimiEnergy, LLC
Lindberg Field Solar 1, LLC
Lindberg Field Solar 2, LLC
Long Beach Generation LLC
Long Beach Peakers LLC
Long Beach Power LLC
Longhorn Energy, LLC
Lookout WindPower LLC
Louisiana Generating LLC
LSP-Nelson Energy, LLC
Maiden Winds, LLC
Maplekey Holdings Limited
Maplekey UK Finance Limited
Maplekey UK Limited
MC Asset Recovery, LLC
MC1 Solar Farm, LLC
MD & E Wind, LLC
MEC Esenyurt B.V.
MEC San Pascual B.V.
Meriden Gas Turbines LLC
Middletown Power LLC
Midway-Sunset Cogeneration Company
Midwest Finance Company, LLC
Midwest Generation EME, LLC
Midwest Generation Holdings I, LLC
Midwest Generation Holdings II, LLC
Midwest Generation Holdings Limited
Midwest Generation Procurement Services,
LLC

Midwest Generation, LLC
Midwest Peaker Holdings, LLC
Mililani Land Holdings, LLC
Mililani South PV, LLC
Mirant (Navotas II) Corporation
Mirant AP Investments Limited
Mirant Asia-Pacific Construction (Hong
Kong) Limited
Mirant Asia-Pacific Ventures, LLC
Mirant Intellectual Asset Management and
Marketing, LLC
Mirant International Investments, Inc.
Mirant Navotas Corporation
Mirant New York Services, LLC
Mirant Power Purchase, LLC
Mirant Trust I
Mirant Wrightsville Investments, Inc.
Mirant Wrightsville Management, Inc.
Mission Bingham Lake Wind, LLC
Mission Community Wind North, LLC
Mission CWN Holdings, LLC
Mission Del Cielo, LLC
Mission del Sol, LLC
Mission Energy Construction Services, LLC
Mission Energy Holdings International,
LLC
Mission Energy Wales, LLC
Mission Funding Zeta, LLC
Mission Iowa Wind, LLC
Mission Midway-Sunset Holdings, LLC
Mission Midwest Coal, LLC
Mission Minnesota Wind II, LLC
Mission Minnesota Wind III, LLC
Mission Minnesota Wind, LLC
Mission Mountain Wind, LLC
Mission Procurement, LLC
Mission Watson Holdings, LLC
Mission Wind Boquillas, LLC
Mission Wind Broken Bow, LLC
Mission Wind Cedro, LLC
Mission Wind Crofton Bluffs, LLC
Mission Wind Goat Mountain, LLC
Mission Wind Laredo, LLC
Mission Wind Maine, LLC
Mission Wind New Mexico II, LLC
Mission Wind New Mexico, LLC
Mission Wind Oklahoma, LLC

Mission Wind Owaissa, LLC
Mission Wind PA One, LLC
Mission Wind PA Three, LLC
Mission Wind PA Two, LLC
Mission Wind Pennsylvania, LLC
Mission Wind Pinnacle, LLC
Mission Wind Southwest, LLC
Mission Wind Texas II, LLC
Mission Wind Texas, LLC
Mission Wind Utah, LLC
Mission Wind Wildorado, LLC
Mission Wind Wyoming, LLC
MNA Finance Corp.
Monster Energy, LLC
Montville IGCC LLC
Montville Power LLC
Morgantown OL4 LLC
Morgantown OL5 LLC
Morgantown OL6 LLC
Morgantown OL7 LLC
Mountain Wind Power II LLC
Mountain Wind Power, LLC
Natural Gas Repowering LLC
NEO Chester-Gen LLC
NEO Corporation
New Genco GP, LLC
New Jersey Power Development LLC
NGRID Solar 1, LLC
NINA Construction LLC
NINA Investments Holdings LLC
NINA Modularization LLC
NINA Nuclear Training LLC
NINA Steel Investments LLC
NINA Texas 3 LLC
NINA Texas 4 LLC
North Community Turbines LLC
North Wind Turbines LLC
Northfield Holdco LLC
Norwalk Power LLC
NRG & EFS Distributed Solar 2 LLC
NRG & EFS Distributed Solar LLC
NRG 2011 Finance Holdco LLC
NRG Acquisition Holdings Inc.
NRG Advisory Services LLC
NRG Affiliate Services Inc.
NRG Alexandria LLC
NRG Alta Vista LLC

NRG Americas, Inc.
NRG Apple I LLC
NRG Arroyo Nogales LLC
NRG Arthur Kill Operations Inc.
NRG Asia-Pacific, Ltd.
NRG Asset Services LLC
NRG Astoria Gas Turbine Operations Inc.
NRG Astoria Power LLC
NRG Audrain Generating LLC
NRG Audrain Holding LLC
NRG Bayou Cove LLC
NRG Berrians East Development LLC
NRG Bluewater Holdings LLC
NRG Bluewater Wind Massachusetts LLC
NRG Bourbonnais Equipment LLC
NRG Bourbonnais LLC
NRG Bowline LLC
NRG Brazoria Energy LLC
NRG Brazos Valley GP LLC
NRG Brazos Valley LP LLC
NRG Business Services LLC
NRG Business Solutions LLC
NRG CA Fund LLC
NRG Cabrillo Power Operations Inc.
NRG Cadillac Inc.
NRG Cadillac Operations Inc.
NRG California North LLC
NRG California Peaker Operations LLC
NRG California South GP LLC
NRG California South LP
NRG Canal 3 Development LLC
NRG Canal LLC
NRG Capital II LLC
NRG Carbon 360 LLC
NRG Cedar Bayou Development Company,
LLC
NRG Chalk Point CT LLC
NRG Chalk Point LLC
NRG Chestnut Borrower LLC
NRG Chestnut Class B LLC
NRG Chestnut Fund LLC
NRG Chestnut Fund Sub LLC
NRG CleanTech Investments LLC
NRG Clearfield Pipeline Company LLC
NRG Coal Development Company LLC
NRG ComLease LLC
NRG Common Stock Finance I LLC

NRG Common Stock Finance II LLC
NRG Community Host LLC
NRG Community Solar LLC
NRG Connected Home LLC
NRG Connecticut Affiliate Services Inc.
NRG Connecticut Peaking Development
LLC
NRG Construction LLC
NRG Curtailment Solutions Canada, Inc.
NRG Curtailment Solutions Holdings LLC
NRG Curtailment Solutions, Inc.
NRG Delta LLC
NRG Development Company Inc.
NRG Devon Operations Inc.
NRG DG Berkeley Rec LLC
NRG DG Berkeley Village LLC
NRG DG Central East LLC
NRG DG Central West LLC
NRG DG Contra Costa Operations LLC
NRG DG Contra Costa Waste LLC
NRG DG Crystal Spring LLC
NRG DG Development LLC
NRG DG Dighton LLC
NRG DG Foxborough Elm LLC
NRG DG Foxborough Landfill LLC
NRG DG Grantland LLC
NRG DG Haverhill LLC
NRG DG Imperial Admin LLC
NRG DG Imperial Building LLC
NRG DG Lakeland LLC
NRG DG Lathrop Christopher LLC
NRG DG Lathrop Louise LLC
NRG DG Lincoln Middle LLC
NRG DG Marathon LLC
NRG DG Rosedale Elementary LLC
NRG DG Rosedale Middle LLC
NRG DG San Joaquin LLC
NRG DG Solar Louisiana LLC
NRG DG Tufts Knoll LLC
NRG DG Tufts Science LLC
NRG DG Washington Middle LLC
NRG DG Webster LLC
NRG dGen Advisory Services LLC
NRG DGPV 1 LLC
NRG DGPV 2 LLC
NRG DGPV 3 LLC
NRG DGPV 4 Borrower LLC

NRG DGPV 4 LLC
NRG DGPV Fund 1 LLC
NRG DGPV Fund 2 HoldCo A LLC
NRG DGPV Fund 2 HoldCo B LLC
NRG DGPV Fund 2 LLC
NRG DGPV Fund 4 LLC
NRG DGPV Fund 4 Sub LLC
NRG DGPV HoldCo 1 LLC
NRG DGPV HoldCo 2 LLC
NRG DGPV HoldCo 3 LLC
NRG Dispatch Services LLC
NRG Distributed Generation PR LLC
NRG Dunkirk Operations Inc.
NRG ECA Pipeline LLC
NRG ECOKAP Holdings LLC
NRG El Segundo Operations Inc.
NRG Electricity Sales Princeton LLC
NRG Elkhorn Holdings LLC
NRG Energy Center Dover LLC
NRG Energy Center Eagles LLC
NRG Energy Center Harrisburg LLC
NRG Energy Center HCEC LLC
NRG Energy Center Minneapolis LLC
NRG Energy Center Omaha Holdings LLC
NRG Energy Center Omaha LLC
NRG Energy Center Oxnard LLC
NRG Energy Center Paxton LLC
NRG Energy Center Phoenix LLC
NRG Energy Center Pittsburgh LLC
NRG Energy Center Princeton LLC
NRG Energy Center San Diego LLC
NRG Energy Center San Francisco LLC
NRG Energy Center Smyrna LLC
NRG Energy Center Tucson LLC
NRG Energy Efficiency-L LLC
NRG Energy Fuel LLC
NRG Energy Fuel Services LLC
NRG Energy Gas & Wind Holdings, Inc.
NRG Energy Holdings II, Inc.
NRG Energy Holdings Inc.
NRG Energy Jackson Valley I, Inc.
NRG Energy Jackson Valley II, Inc.
NRG Energy Labor Services LLC
NRG Energy Petroleum LLC
NRG Energy Services Group LLC
NRG Energy Services International Inc.
NRG Energy Services LLC

NRG Energy, Inc.
NRG Equipment Company LLC
NRG ESA Joint Development LLC
NRG First Power Holdings I
NRG First Power Holdings II
NRG First Power Limited
NRG Florida GP, LLC
NRG Florida LP
NRG Fuel Cell CA1 LLC
NRG Fuel Resources LLC
NRG Fuel Transportation LLC
NRG Gas Development Company, LLC
NRG Generation Holdings Inc.
NRG Gibbons Road LLC
NRG Gladstone Operating Services Pty Ltd
NRG Golden Puma Fund LLC
NRG Golden Puma Revolve LLC
NRG Granite Acquisition LLC
NRG Greenco Holdings LLC
NRG Greenco LLC
NRG GTL Holdings LLC
NRG Harrisburg Cooling LLC
NRG Holding Leasing Vehicle 7 LLC
NRG Home & Business Solutions LLC
NRG Home Services LLC
NRG Home Solutions LLC
NRG Home Solutions Product LLC
NRG Homer City Services LLC
NRG HQ DG LLC
NRG Huntington Beach LLC
NRG Huntley Operations Inc.
NRG Identity Protect LLC
NRG Ilion Limited Partnership
NRG Ilion LP LLC
NRG Independence Solar LLC
NRG International II Inc.
NRG International III Inc.
NRG International LLC
NRG Kaufman LLC
NRG Latin America Inc.
NRG Lease Co, LLC
NRG Lease Development LLC
NRG Limestone 3, LLC
NRG Lovett Development I LLC
NRG Lovett LLC
NRG MA Community LLC
NRG Maintenance Services LLC

NRG Marsh Landing Holdings LLC
NRG Marsh Landing LLC
NRG MD Ash Management LLC
NRG Mesquite LLC
NRG Mextrans Inc.
NRG MidAtlantic Affiliate Services Inc.
NRG MidCon Development LLC
NRG Middletown Operations Inc.
NRG Midwest Holdings LLC
NRG Midwest II LLC
NRG Mililani II Equity Holdings, LLC
NRG Mililani II Managing Member, LLC
NRG Mililani II Solar Holdings, LLC
NRG MN Community LLC
NRG Montville Operations Inc.
NRG NE Development LLC
NRG Nelson Turbines LLC
NRG New Roads Holdings LLC
NRG New York LLC
NRG Newgen LLC
NRG North America LLC
NRG North Central Operations Inc.
NRG Northeast Affiliate Services Inc.
NRG Northeast Generation, Inc.
NRG Northeast Holdings, Inc.
NRG Norwalk Harbor Operations Inc.
NRG NY Community LLC
NRG Oahu Solar Holdings, LLC
NRG Oahu Solar, LLC
NRG Ohio Pipeline Company LLC
NRG Operating Services, Inc.
NRG Oswego Harbor Power Operations Inc.
NRG PacGen Inc.
NRG PC Dinuba LLC
NRG Peaker Finance Company LLC
NRG Pennsylvania Pipeline Company LLC
NRG Piney Point LLC
NRG Portable Power LLC
NRG Potomac River LLC
NRG Potrero Development LLC
NRG Potrero LLC
NRG Power Generation Assets LLC
NRG Power Generation LLC
NRG Power Marketing LLC
NRG Power Midwest GP LLC
NRG Power Midwest LP
NRG Procurement Company LLC

NRG Project Company LLC
NRG Puma Class B LLC
NRG Reliability Solutions LLC
NRG REMA LLC
NRG Renew 365 LLC
NRG Renew 366 LLC
NRG Renew Africa (Pty) Ltd
NRG Renew Canal 1 LLC
NRG Renew DG Holdings LLC
NRG Renew GB LLC
NRG Renew Investments (Pty) Ltd.
NRG Renew KP 2 LLC
NRG Renew KP LLC
NRG Renew LLC
NRG Renew Operation & Maintenance LLC
NRG Renew Spark 2 LLC
NRG Renew Spark LLC
NRG Renewable Energy CDE LLC
NRG Renewables Coolwater Solar 1 LLC
NRG Renewables Coolwater Solar 2 LLC
NRG Renewables Coolwater Solar 3 LLC
NRG Renewables LLC
NRG Renter's Protection LLC
NRG Repowering Holdings LLC
NRG Residential Solar Solutions Leasing II
LLC
NRG Residential Solar Solutions LLC
NRG Retail Charitable Foundation
NRG Retail LLC
NRG Retail Northeast LLC
NRG Revolve LLC
NRG Rockford Acquisition LLC
NRG Rockford Equipment II LLC
NRG Rockford Equipment LLC
NRG Rocky Road LLC
NRG RPV 1 LLC
NRG RPV 2 LLC
NRG RPV Fund 11 LLC
NRG RPV Fund 12 LLC
NRG RPV Fund 13 LLC
NRG RPV HoldCo 1 LLC
NRG Runway Holdings LLC
NRG Sabine (Delaware), Inc.
NRG Sabine (Texas), Inc.
NRG Saguaro Operations Inc.
NRG San Gabriel Power Generation LLC
NRG Security LLC

NRG Services Corporation
NRG Sherbino LLC
NRG SimplySmart Solutions LLC
NRG Solar Alpine LLC
NRG Solar Apple LLC
NRG Solar Arrowhead LLC
NRG Solar Asset Management LLC
NRG Solar AV Holdco LLC
NRG Solar Avra Valley LLC
NRG Solar Big Break LLC
NRG Solar Blythe II LLC
NRG Solar Blythe LLC
NRG Solar Borrego Holdco LLC
NRG Solar Borrego I LLC
NRG Solar Caribe LLC
NRG Solar Community 1 LLC
NRG Solar Community Holdco LLC
NRG Solar CSD LLC
NRG Solar CVSR Holdings 2 LLC
NRG Solar CVSR Holdings LLC
NRG Solar Dandan LLC
NRG Solar Desert Center II LLC
NRG Solar Desert Center LLC
NRG Solar DG LLC
NRG Solar GC LLC
NRG Solar Gecko LLC
NRG Solar Green Valley LLC
NRG Solar Guam LLC
NRG Solar Hagerstown LLC
NRG Solar Hyder I LLC
NRG Solar Hyder II LLC
NRG Solar Hyder III LLC
NRG Solar Iguana LLC
NRG Solar Isabela LLC
NRG Solar Ivanpah LLC
NRG Solar Juncos LLC
NRG Solar Kansas South Holdings LLC
NRG Solar Kansas South LLC
NRG Solar Las Vegas MB 1 LLC
NRG Solar Las Vegas MB 2 LLC
NRG Solar Mayfair LLC
NRG Solar Mule LLC
NRG Solar Oasis LLC
NRG Solar Pittsburg LLC
NRG Solar PV LLC
NRG Solar Ring LLC
NRG Solar Roadrunner Holdings LLC

NRG Solar Roadrunner LLC
NRG Solar SC Stadium LLC
NRG Solar Star LLC
NRG Solar Sunora LLC
NRG Solar Sunrise LLC
NRG Solar Tabernacle LLC
NRG Solar Ventures LLC
NRG Solar Vienna LLC
NRG Solar Warren LLC
NRG Solar Wauwinet LLC
NRG Solar West Shaft LLC
NRG Solar Wharton LLC
NRG South Central Affiliate Services Inc.
NRG South Central Generating LLC
NRG South Central Operations Inc.
NRG South Texas LP
NRG South Trent Holdings LLC
NRG SPV #1 LLC
NRG Sterlington Power LLC
NRG Storage on Demand NY LLC
NRG SunCap Leasing I LLC
NRG Switchyard Energy LLC
NRG Tank Farm LLC
NRG Telogia Power LLC
NRG Texas C&I Supply LLC
NRG Texas Gregory LLC
NRG Texas Holding Inc.
NRG Texas LLC
NRG Texas Power LLC
NRG Texas Retail LLC
NRG Thermal LLC
NRG Thermal Solar LLC
NRG Trading Advisors LLC
NRG Transmission Holdings LLC
NRG ULC Parent, Inc.
NRG Victoria I Pty Ltd
NRG Waiawa Solar, LLC
NRG Waipio Equity Holdings, LLC
NRG Waipio Managing Member, LLC
NRG Waipio Solar Holdings, LLC
NRG Walnut Creek II LLC
NRG Walnut Creek LLC
NRG Warranty Services LLC
NRG West Coast LLC
NRG West Holdings LLC
NRG Western Affiliate Services Inc.
NRG Wholesale Generation GP LLC

NRG Wholesale Generation LP
NRG Willow Pass LLC
NRG Wind Development Company, LLC
NRG Wind Force LLC
NRG Wind LLC
NRG Wind TE Holdco LLC
NRG Yield AC Solar Holdings LLC
NRG Yield CVSR Holdings LLC
NRG Yield DGPV Holding LLC
NRG Yield LLC
NRG Yield Operating LLC
NRG Yield RPV Holding LLC
NRG Yield Utah Solar Holdings LLC
NRG Yield, Inc.
NRGenerating German Holdings GmbH
NRGenerating International B.V.
NRGenerating Luxembourg (No. 1) S.a.r.l.
NRGenerating Luxembourg (No. 2) S.a.r.l.
NS Smith, LLC
Nuclear Innovation North America
Investments LLC
Nuclear Innovation North America LLC
NYLD Fuel Cell Holdings LLC
O'Brien Cogeneration, Inc. II
OC Solar 2010, LLC
Odin Wind Farm LLC
Old Westminster Solar 1, LLC
Old Westminster Solar 2, LLC
One Block Off The Grid, Inc.
ONSITE Energy, Inc.
Orion Power New York GP, Inc.
Orion Power New York LP, LLC
Orion Power New York, L.P.
Oswego Harbor Power LLC
OWF Eight, LLC
OWF Five, LLC
OWF Four, LLC
OWF One, LLC
OWF Seven, LLC
OWF Six, LLC
OWF Three, LLC
OWF Two, LLC
Pacific Crockett Holdings, Inc.
Pacific Generation Company
Pacific Generation Holdings Company
Pacific-Mt. Poso Corporation
Palo Alto County Wind Farm, LLC

PESD Energy, LLC
Petra Nova CCS I LLC
Petra Nova Holdings LLC
Petra Nova LLC
Petra Nova Parish Holdings LLC
Petra Nova Power I LLC
Pikes Peak Solar Garden I LLC
Pine Island Holdco LLC
Pinnacle Wind, LLC
Pioneer Ridge, LLC
Pioneer Trail Wind, LLC
PM Solar Holdings, LLC
Pond Road Solar, LLC
Portfolio Solar I, LLC
Poverty Ridge Wind, LLC
Power Beyond, LLC
Power Blades Windfarm, LLC
ProSun Solar Development Company, LLC
Pure Energies Group ULC
Pure Energies Installation Inc.
Pure Energies Solar Services Inc.
Pure Group, Inc.
Rattlesnake Flat, LLC
RDI Consulting, LLC
Redbrook Solar 1, LLC
Reliant Energy Northeast LLC
Reliant Energy Power Supply, LLC
Reliant Energy Retail Holdings, LLC
Reliant Energy Retail Services, LLC
RERH Holdings, LLC
Restoration Design LLC
Roof Diagnostics Solar and Electric LLC
Roof Diagnostics Solar and Electric of
Connecticut, LLC
Roof Diagnostics Solar and Electric of NY,
LLC
Roof Diagnostics Solar Holdings LLC
Roof Diagnostics Solar of Mass., LLC
RRI Energy Broadband, Inc.
RRI Energy Channelview (Delaware) LLC
RRI Energy Channelview (Texas) LLC
RRI Energy Channelview LP
RRI Energy Communications, Inc.
RRI Energy Services Channelview LLC
RRI Energy Services Desert Basin, LLC
RRI Energy Services, LLC
RRI Energy Solutions East, LLC

RRI Energy Trading Exchange, Inc.
RRI Energy Ventures, Inc.
Saguaro Power Company, a Limited
Partnership
Saguaro Power LLC
San Gabriel Energy, LLC
San Joaquin Energy, LLC
San Joaquin Valley Energy I, Inc.
San Joaquin Valley Energy IV, Inc.
San Joaquin Valley Energy Partners I, L.P
San Juan Energy, LLC
San Juan Mesa Investments, LLC
San Juan Mesa Wind Project, LLC
San Pascual Cogeneration Company
International B.V.
Sand Drag LLC
Sand Solar, LLC
SCDA Solar 1, LLC
SCWFD Energy, LLC
Seawall Solar Holdings LLC
SEMA OP4 LLC
SEMA OP5 LLC
SEMA OP6 LLC
SEMA OP7 LLC
SEMA OP8 LLC
SEMA OP9 LLC
Sherbino I Wind Farm LLC
Sierra Wind, LLC
Silver Lake Acres Wind Farm, LLC
SJA Solar LLC
Sleeping Bear, LLC
Solar Flagstaff One LLC
Solar Partners I, LLC
Solar Partners II, LLC
Solar Partners VIII, LLC
Solar Power Partners, Inc.
Solar Pure Energies ULC
Somerset Operations Inc.
Somerset Power LLC
Somerset Wind, LLC
South Texas Wind, LLC
South Trent Wind LLC
Spanish Fork Wind Park 2, LLC
Spanish Town Estate Solar 1 LLC
SPP AMCo, LLC
SPP Asset Holdings, LLC
SPP Fund II Holdings, LLC

SPP Fund II, LLC
SPP Fund II-B, LLC
SPP Fund III, LLC
SPP Galaxy, Inc.
SPP Lease Holdings, LLC
SPP P-IV Master Lessee, LLC
Spring Canyon Energy II LLC
Spring Canyon Energy III LLC
Spring Canyon Expansion Class B Holdings LLC
Spring Canyon Expansion Holdings LLC
Spring Canyon Expansion LLC
Spring Canyon Interconnection LLC
Spring Street Solar 1, LLC
Stafford St Solar 1, LLC
Stafford St Solar 2, LLC
Stafford St Solar 3, LLC
Station A LLC
Statoil Energy Power/Pennsylvania, Inc.
Steel Bridge Solar, LLC
Stony Hills Wind Farm, LLC
Sun City Project LLC
Sunora Energy CA LLC
Sunora Energy Construction Holdings LLC
Sunora Energy International Ltd
Sunora Energy PR LLC
Sunora Energy Solutions Holdings LLC
Sunora Energy Solutions I LLC
Sunora PA Construction Services LLC
Sunrise Power Company, LLC
Sunrise View Wind Farm, LLC
Sunset View Wind Farm, LLC
Sunshine State Power (No. 2) B.V.
Sunshine State Power B.V.
Sutton Wind Energy, LLC
TA - High Desert, LLC
Tacoma Energy Recovery Company
TAIR Windfarm, LLC
Taloga Wind II, LLC
Taloga Wind, L.L.C.
Tapestry Wind, LLC
TCV Pipeline, LLC
Texas Coastal Ventures, LLC
Texas Genco GP, LLC
Texas Genco Holdings, Inc.
Texas Genco LP, LLC
Texas Genco Services, LP

Topeka Solar 1, LLC
TOS Solar 1, LLC
TOS Solar 2, LLC
TOS Solar 4, LLC
TOS Solar 5, LLC
Tower of Power, LLC
Tully Farms Solar 1, LLC
UB Fuel Cell, LLC
US Retailers LLC
Vail Energy, LLC
Valle Del Sol Energy, LLC
Vienna Operations Inc.
Vienna Power LLC
Viento Funding II, LLC
Viento Funding, LLC
Virgin Lake Wind Farm, LLC
Wabasha Holdco LLC
Waipio Land Holdings, LLC
Waipio PV Holdings, LLC
Waipio PV, LLC
Walnut Creek Energy, LLC
Waterford Holdco LLC
Watson Cogeneration Company
WCEP Holdings, LLC
WCP (Generation) Holdings LLC
Webster Holdco LLC
Welawela Land Holdings, LLC
Welawela Solar Holdings, LLC
Welawela Solar, LLC
West Coast Power LLC
West Transmission One, LLC
Whispering Wind Acres, LLC
White Caps Windfarm, LLC
Wildcat Energy, LLC
Wildorado Interconnect, LLC
Wildorado Wind, LLC
Wind Family Turbine, LLC
Windom Transmission, LLC
WSD Solar Holdings, LLC
Zontos Wind, LLC

**SCHEDULE 1 (r)**
**Professionals**


ABB INC
ACUREN INSPECTION INC
AECOM INC
AETNA INC
ARCH COAL SALES COMPANY INC
BAKER BOTTS LLP
BAKER CONSULTING GROUP INC
BELL ATLANTIC TRICON LEASING
CORPORATION
Brunini
CAPACITY MARKETS PARTNERS LLC
CB&I ENVIRONMENTAL &
INFRASTRUCTURE
CHEMTRON CORP
CIANBRO CORPORATION
CONCO SERVICES CORPORATION
CONSOLIDATION COAL COMPANY
COUNTY CONTRACTORS INC
Davis Polk & Wardell LLP
DRA TAGGART LLC
ENERGY AMERICA LLC
ENGINE SYSTEMS INC
Epiq
EVOQUA WATER TECHNOLOGIES
LLC
EXELON GENERATION COMPANY
LLC
FANNON PETROLEUM SERVICES INC
FPRS DIRECTORY
FTI CONSULTING
GAI CONSULTANTS INCORPORATED
GE ENERGY SERVICES
GE INTERNATIONAL INC
GOLDMAN, SACHS & CO
GUGGENHEIM SECURITIES, INC.
HANOVER ENGINEERING
ASSOCIATES INC
HISCOCK & BARCLAY LLP
Houlihan Lokey
JP MORGAN CHASE & CO.
K&L GATES LLP

Kirkland & Ellis LLP
KPMG
Law Office of Peter Michaels
MALARK LOGISTICS INC
MASCARO CONSTRUCTION
COMPANY LP
McKinsey & Company
MERRITT CONSULTANTS LLC
MILBANK, TWEED, HADLEY &
MCCLOY
MRK III INC
MUFG
NORTHERN TRUST COMPANY
O'Melvany & Myers
ORANGE AND ROCKLAND UTILITIES
INC
PIC GROUP INC
PORTER & HEDGES
POTTER ANDERSON
Proctor & McKee
PWC
RHINEHART RAILROAD
CONSTRUCTION INC
Ropes & Gray LLP
ROTHSCHILD INC
RPA ASSOCIATES INC
SCHNABEL ENGINEERING
CONSULTANTS IN
SHAWE & ROSENTHAL LLP
SHRADER & ASSOCIATES
SIMAKAS COMPANY INC
TESONE TRANSPORT INC
WHITE & CASE LLP
WINSTON & STRAWN LLP
WORLDWIDE TURBINES LLC
WORLEYPARSONS GROUP INC
ZENON ENVIRONMENTAL
CORPORATION

**SCHEDULE 1 (s)**
**Gov. - Regulatory Agencies**

ALABAMA PUBLIC SERVICE
COMMISSION
ALLEGHENY COUNTY HEALTH
DEPARTMENT
ALLEGHENY VALLEY JOINT SEWAGE
AUTHO
ARIZONA CORPORATION
COMMISSION
ARKANSAS DEPARTMENT OF
INFORMATION SYSTEMS
ARKANSAS PUBLIC SERVICE
COMMISSION
BAY AREA AIR QUALITY
MANAGEMENT DIS
BERKS COUNTY HAZARDOUS
MATERIAL
CALIFORNIA DEPARTMENT OF FISH
AND
CALIFORNIA DEPARTMENT OF
PUBLIC HEA
CALIFORNIA PUBLIC UTILITIES
COMMISSION
CALIFORNIA ST BOARD OF
EQUALIZATION
CALIFORNIA STATE LANDS
COMMISSION
CITY OF OXNARD
COLORADO PUBLIC UTILITIES
COMMISSION
COMMONWEALTH OF PA CLEAN
COMMONWEALTH OF PA CLEAN AIR
FUND
COMMONWEALTH OF
PENNSYLVANIA
CONNECTICUT DEPARTMENT OF
PUBLIC UTILITY CONTROL
DELAWARE PUBLIC SERVICE
COMMISSION
DELAWARE RIVER BASIN
COMMISSION
DEPARTMENT OF ENVIRONMENTAL
PROTECT

DEPARTMENT OF PUBLIC HEALTH
DISTRICT OF COLUMBIA PUBLIC
SERVICE COMMISSION
FLORIDA DEP, MAJOR AIR
POLLUTION
FLORIDA DEPT OF ENVIROMENTAL
FLORIDA PUBLIC SERVICE
COMMISSION
GEORGIA PUBLIC SERVICE
COMMISSION
HAWAII PUBLIC UTILITIES
COMMISSION
IDAHO PUBLIC UTILITIES
COMMISSION
ILLINOIS COMMERCE COMMISSION
ILLINOIS ENVIRONMENTAL
PROTECTION
INDIANA UTILITY REGULATORY
COMMISSION
IOWA UTILITIES BOARD
KANSAS CORPORATION
COMMISSION
KENTUCKY PUBLIC SERVICE
COMMISSION
LOUISIANA PUBLIC SERVICE
COMMISSION
MAINE PUBLIC UTILITIES
COMMISSION
MARYLAND DEPARTMENT OF THE
ENVIRONM
MARYLAND DEPT OF AGRICULTURE
MARYLAND DEPT OF THE
ENVIRONMENT
MARYLAND PUBLIC SERVICE
COMMISSION
MASSACHUSETTS DEPARTMENT OF
TELECOMMUNICATIONS AND
ENERGY
MATTOON SEWER AND WATER
DEPTS
MD DEPARTMENT OF THE
ENVIRONMENT

MICHIGAN PUBLIC SERVICE COMMISSION
MINNESOTA PUBLIC UTILITIES COMMISSION
MISSISSIPPI PUBLIC SERVICE COMMISSION
MISSOURI DIVISION OF MOTORCARRIER AND RAILROAD SAFETY
MISSOURI PUBLIC SERVICE COMMISSION
MONTANA PUBLIC SERVICE COMMISSION
NEBRASKA POWER REVIEW BOARD
NEBRASKA PUBLIC SERVICE COMMISSION
NEVADA PUBLIC UTILITIES COMMISSION
NEW HAMPSHIRE PUBLIC SERVICE COMMISSION
NEW JERSEY BOARD OF PUBLIC UTILITIES
NEW MEXICO PUBLIC REGULATION COMMISSION
NEW YORK STATE PUBLIC SERVICE COMMISSION
NORTH CAROLINA UTILITIES COMMISSION
NORTH DAKOTA PUBLIC SERVICE COMMISSION
NYS DEPT OF ENVIRONMENTAL CONSERVAT
OHIO CONSUMERS' COUNSEL
OHIO PUBLIC UTILITY COMMISSION
OKLAHOMA CORPORATION COMMISSION
OREGON PUBLIC UTILITY COMMISSION
PA DEPT OF ENVIRONMENTAL PROTECTION
PA HAZARDOUS MATERIAL RESPONSE FUND
PENNSYLVANIA FISH & BOAT COMMISSION
PENNSYLVANIA PUBLIC UTILITY COMMISSION
RAILROAD COMMISSION OF TEXAS

REGIONAL GREENHOUSE GAS INITIATIVE
REGULATORY COMMISSION OF ALASKA
RHODE ISLAND DIVISION OF PUBLIC UTILITIES AND CARRIERS AND THE PUBLIC UTILITIES COMMISSION
RUTH C GRAHAM/TAX COLLECTOR
SANTA BARBARA COUNTY EHS CUPA
SOUTH CAROLINA PUBLIC SERVICE COMMISSION
SOUTH DAKOTA PUBLIC UTILITY COMMISSION
SWRCB FEES
TENNESSEE REGULATORY AUTHORITY
TEXAS NATURAL RESOURCE CONSERVATION COMMISSION
TEXAS PUBLIC UTILITY COMMISSION
TREASURER STATE OF OHIO DEPT OF HEA
TRUMBULL COUNTY HEALTH DEPARTMENT
UTAH PUBLIC SERVICE COMMISSION
VENTURA COUNTY AIR POLL  CONTR
VERMONT DEPARTMENT OF PUBLIC SERVICE
VERMONT PUBLIC SERVICE BOARD
VILLAGE OF HAVERSTRAW
VIRGINIA STATE CORPORATION COMMISSION
WARREN COUNTY HAZARDOUS
WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION
WEST VIRGINIA PUBLIC SERVICE COMMISSION
WISCONSIN PUBLIC SERVICE COMMISSION
WYOMING PUBLIC SERVICE COMMISSION

**SCHEDULE 1 (t)**
**Shippers**

ALLIANCE COAL LLC
ALPHA COAL SALES COMPANY LLC
ARCH COAL SALES COMPANY INC
ARVOS INC
BALTIMORE TANK LINES INC
CAMBRIA CONSULTANTS INC
CAMBRIA SYSTEMS INC
CARMEUSE LIME & STONE
CNG TRANSMISSION CORPORATION
COLONA TRANSFER LP
COLUMBIA GAS OF OHIO
COLUMBIA GAS OF PENNSYLVANIA
CONSOL ENERGY SALES COMPANY
CONSOLIDATION COAL COMPANY
CONTURA COAL SALES LLC
CSX TRANSPORTATION INC
DAN WHITE AND SON INC
DIRECT ENERGY MARKETING INC
DOMINION COVE POINT LNG LP
DUFFIELD HAULING INC
ELIZABETHTOWN GAS LOCATION
1190
ENEXIO US LLC
ERP FEDERAL MINING COMPLEX LLC
FANNON PETROLEUM SERVICES INC
FIRST ECA HOLDINGS
FLORIDA GAS TRANSMISSION
COMPANY LL
GEORGE E WARREN CORPORATION
GUTTMAN OIL
GUTTMAN OIL COMPANY
HAYWARD TYLER INC
Hudson Valley Gas Corp
KERN RIVER GAS TRANSMISSION
COMPANY
MALARK LOGISTICS INC
METSO MINERALS INDUSTRIES INC
MURRAY AMERICAN RIVER TOWING
INC
NAPOTNIK WELDING INC
NAPOTNIK WELDING SUPPLIES
NORFOLK SOUTHERN CORPORATION

NORFOLK SOUTHERN RAILWAY
COMPANY
OHIO VALLEY RESOURCES INC
ORANGE AND ROCKLAND
PACIFIC GAS & ELECTRIC COMPANY
PEABODY COAL SALES LLC
PEOPLES NATURAL GAS LLC
R & L DEVELOPMENT COMPANY
RAS DATA SERVICES
RHINO ENERGY LLC
RILEY POWER INC
RM PACKER CO INC
ROBINDALE ENERGY SERVICES INC
SAGEBRUSH PIPELINE EQUIPMENT
INC
SOUTHERN CALIFORNIA GAS
COMPANY
SYNTHETIC MATERIALS LLC
TEKRAN INSTRUMENTS
CORPORATION
TENNESSEE GAS PIPELINE COMPANY
LLC
TEXAS EASTERN TRANSMISSION
CORP
TEXAS EASTERN TRANSMISSION LP
TRINITY INDUSTRIES LEASING
UNION PACIFIC RAILROAD COMPANY
UNITED REFINING COMPANY
WHEELING & LAKE ERIE RAILWAY
WORTHINGTON COMPRESSOR
SERVICES

**SCHEDULE 1 (u)**
**Significant Customers**


AEP Energy Partners Inc.
BP Energy Company
California Independent System Operator
Corporation
Calpine Energy Solutions, LLC
City of Azusa
City of Riverside
City of Vernon
Consolidated Edison Energy, Inc.
Dayton Power and Light Company
DTE Energy Trading, Inc.
EDF Trading North America, LLC
Energy America, L.L.C
EnerNOC, Inc. Grand Total
Enerwise Global Technologies, Inc. dba
CPower
Exelon Generation Company, LLC
Harbor Cogeneration Company, LLC
ISO New England Inc.
Midcontinent Independent System Operator,
Inc.
New York Independent System Operator,
Inc.
NextEra Energy Marketing, LLC
NextEra Energy Power Marketing, LLC
Noble Americas Energy Solutions LLC
NRG POWER MARKETING LLC
NRG Power Midwest LP
NSTAR Electric Company
Orange and Rockland Utilities, Inc.
Pacific Gas and Electric Company
Pilot Power Group, Inc.
PJM Settlement, Inc.
Shell Energy North America (US), L.P.
Southern California Edison Company
Tennesse Valley Authority

**SCHEDULE 1 (v)**
**Significant Vendors**

121 CHAMPION LLC
ABB INC
ALLEGHENY COUNTY HEALTH
DEPARTMENT
ALLIANCE COAL LLC
ALPHA COAL SALES COMPANY LLC
ARCH COAL SALES COMPANY INC
AULSON ROOFING INC
BRAND ENERGY SERVICES LLC
BURNHAM INDUSTRIAL
CONTRACTORS INC
CALGON CARBON CORPORATION
CARMEUSE LIME & STONE
CHARAH INC
CITY OF CAMBRIDGE
CITY OF PITTSBURG
CLEVELAND VALVE & GAUGE CO
COLONA TRANSFER LP
COMPTROLLER OF MARYLAND
CONSOL ENERGY SALES COMPANY
CONSOLIDATION COAL COMPANY
CONTRA COSTA COUNTY TAX
COLLECTOR
CONTURA COAL SALES LLC
CSX TRANSPORTATION INC
DRA TAGGART LLC
DUCERA PARTNERS LLC
DUFFIELD HAULING INC
DUQUESNE LIGHT COMPANY
ELIZABETHTOWN GAS LOCATION
1190
ENERFAB INC
ENERFAB POWER AND INDUSTRIAL
INC
ERP FEDERAL MINING COMPLEX LLC
EVERSOURCE ENERGY
EXELON GENERATION COMPANY
LLC

FRESH MEADOW POWER LLC
FUEL TECH INC
GAS UNLIMITED INC
GE PROLEC TRANSFORMERS INC
GEORGE E WARREN CORPORATION
GUTTMAN OIL
HENKELS & MCCOY INC
HOWDEN NORTH AMERICA INC
HYDROCHEM LLC
ILLINOIS DEPT OF REVENUE
INDUSTRIAL AIR CONTROL INC
INTEGRATED POWER SERVICES LLC
INTERNATIONAL CHIMNEY
CORPORATION
K & E FABRICATING COMPANY INC
KERN RIVER GAS TRANSMISSION
COMPANY
LANIER PARKING SOLUTIONS
LOCAL 459 IBEW ACCT#73-50-444-1
LORAIN COUNTY BOARD OF
COMMISSIONER
MASCARO CONSTRUCTION
COMPANY LP
MCCARLS INC
MPW INDUSTRIAL WATER SERVICES
INC
MURRAY AMERICAN RIVER TOWING
INC
NATIONAL FUEL GAS DISTRIBUTION
CORP
NORRIS BROTHERS CO INC
NORTH ROCKLAND CENTRAL
SCHOOL DISTR
OCS INDUSTRIES INC
OHIO VALLEY RESOURCES INC
ORANGE AND ROCKLAND
ORANGE AND ROCKLAND UTILITIES
INC
PA DEPARTMENT OF REVENUE

PACIFIC GAS & ELECTRIC COMPANY
PACIFIC GAS AND ELECTRIC
COMPANY
PEABODY COAL SALES LLC
PENNSYLVANIA DEPT OF REVENUE
PEOPLES NATURAL GAS LLC
PERFORMANCE CONTRACTING INC
PERRECA ELECTRIC COMPANY INC
REGIONAL GREENHOUSE GAS
INITIATIVE
REPUBLIC SERVICES NATIONAL
ACCOUNTS
RHINO ENERGY LLC
SARGENT ELECTRIC COMPANY
SHI CORP
SIEMENS DEMAG DELAVAL
TUBOMACHINERY
SIEMENS ENERGY INC
SIEMENS INDUSTRY INC
SIMAKAS COMPANY INC
SOMERSET STEEL ERECTION
COMPANY INC
SOUTHERN CALIFORNIA GAS CO-
STANDARD CONTRACTING &
ENGINEERING
STEVENS ENGINEERS &
CONSTRUCTORS IN
SUEZ WATER NEW YORK
SWRCB FEES
TESONE TRANSPORT INC
TEXAS EASTERN TRANSMISSION
CORP
THE BABCOCK & WILCOX COMPANY
THE EMPYREAN GROUP LLC
TOTAL EQUIPMENT COMPANY
TOWN OF HAVERSTRAW PART TOWN
FUND
TOWN OF SANDWICH
TRANSGLOBAL ENERGY INC
TREASURER OF STATE OF OHIO
TRINITY INDUSTRIES LEASING
TURBINEPROS LLC
UNION PACIFIC RAILROAD COMPANY
US SECURITY ASSOCIATES INC

VALMET INC
WASHINGTON GAS LIGHT COMPANY
WHEELING & LAKE ERIE RAILWAY

**SCHEDULE 1 (w)**
**Surety Bonds**

Arch Insurance Company
Argonaut Insurance Company
Aspen American Insurance Company
Berkley Insurance Company
Berkley Regional Insurance Company
Liberty Mutual Insurance Company
Westchester Fire Insurance Company

**SCHEDULE 1 (x)**
**Taxing Authorities**

AASD RE Taxes
Alexandria City Tax Collector
Allegheny County Treasurer
Athens Twp Collector (Bradford)
Bangor Bor Collector (Northampton)
Belvidere Township Tax Collector (Warren)
Berkheimer Tax Administrator - Bangor
Bradford Twp Collector (Clearfield)
Brookville Bor Collector (Jefferson)
California - Franchise Tax Board
Catharine Twp Collector (Blair)
Charles County Commissioners
Charles County Tax Collector
Choctaw County Tax Collector
Colts Neck Township Tax Collector
(Monmouth)
Comptroller of Maryland
Comptroller of Maryland - SUT
Comptroller of Public Accounts
Conewango Twp Collector (Warren)
Conneaut Twp Collector (Erie)
Contra Costa County Tax Collector
Covington Twp Collector (Tioga)
Crescent Twp Collector (Allegheny)
Cumru Twp Collector (Berks)
Delaware Secretary of State
Department of Revenue, State of Mississippi
DuPage County Treasurer
East Wheatfield Twp Collector (Indiana)
Florida Department of Revenue
Georgia - Department of Revenue
Goshen Twp Collector (Clearfield)
Hamilton Twp Collector (Adams)
Harris County Tax Assessor-Collector
Haverstraw Town Tax Collector (Rockland)
Haverstraw Village Tax Collector
(Rockland)
Haverstraw-Stony Point CS (Rockland)
Highland Twp Collector (Adams)
Holland Township Tax Collector
(Hunterdon)
Hopewell Township Tax Collector (Mercer)

Hopewell Twp Collector (York)
Illinois Separtment of Revenue
Independence Township Tax Collector
(Warren)
Indiana Twp Collector (Allegheny)
Jefferson Hills Bor Collector (Allegheny)
Kentucky - Department of Revenue
Keystone Collections Group
Lawrence County Treasurer
Lebanon Township Tax Collector
(Hunterdon)
Lorain County Treasurer
Lower Saucon Twp - Real Estate Tax
Mansfield Township Tax Collector (Warren)
Maryland - Comptroller of Maryland
Massachusettes - Department of Revenue
Michigan Department of Treasury
Middle Smithfield Twp Collector (Monroe)
Mississippi - Department of Revenue
Montgomery County Tax Collector
New Jersey - Division of Taxation
Northhampton County Treasurer
NYS Tax Department
Oak Bluffs Municipal Tax Collector
Ohio Regional Income Tax Agency
Osceola County Tax Collector
Pennsylvania - Department of Revenue
Philipsburg Bor Collector (Centre)
Pittsburgh City Collector (Allegheny)
Portland Bor Collector (Northampton)
Prince George's County Tax Collector
Raritan Township Tax Collector
(Hunterdon)
Reeves County Appraisal District
Reeves County Tax Assessor-Collector
Rockland County Tax Collector
Saint Mary's County Tax Collector
San Bernardino County Tax Collector
San Francisco County Tax Collector
Sandwich Municipal Tax Collector
Santa Barbara County Tax Collector
Sayreville Borough Tax Collector

Shelby County Treasurer
Sheldon ISD Tax Office
Solano County Tax Collector
South Amboy City Tax Collector
South Middleton Twp Collector
(Cumberland)
Southern Tioga SD Collector (Tioga)
Springdale Bor Collector (Allegheny)
State Board of Equalization
State of Nevada - Department of Taxation
State of New Jersey - Division of Taxation
State of West Virginia
Stony Point Town Tax Collector (Rockland)
Straban Twp Collector (Adams)
Taylor Twp Collector (Lawrence)
Tennessee - Department of Revenue
Treasurer of State of Ohio
Trumbull County Treasurer
Union Twp Collector (Washington)
Upper Mount Bethel Twp Collector
(Northampton)
Ventura County Tax Collector
Virginia - Department of Taxation
Virginia Department of Taxation
Washington County Treasurer
Wayne Twp Collector (Crawford)
West Haverstraw Village Tax Collector
(Rockland)
West Tisbury Municipal Tax Collector
West Virginia State Auditor's Off-Pub Ut
Williamsburg Bor Collector (Blair)
Woodbury Twp Collector (Blair)
Wyoming Department of Revenue

**SCHEDULE 1 (y)**
**Unions**

IBEW Local 1245
IBEW Local 1289
IBEW Local 1900
IBEW Local 29
IBEW Local No. 459
IBEW Local No. 503
IBEW Local No. 66
IBEW Local No. 777
Local 327
Local 47
Utility Workers Union of America Local
No. 140 (AFL-CIO)
Utility Workers Union of America Local
No. 270 (AFL-CIO)
Utility Workers Union of America Local
No. 369 (AFL-CIO)

**SCHEDULE 1 (z)**
**UST, Judges, Ct Contacts for Southern**
**District of Texas**

Bohm, Jeff
Boykin, Jacqueline
Brown, Karen K.
Congram, Debra K.
Dodson, Liz
Duran, Hector
Griffin, Barbara
Hickman, Ellen
Holley, Nancy
Isgur, Marvin
Johnson-Davis, Luci
Jones, David R.
Livingston, Diane
March, Christine
Motton, Linda
Otto, Glenn
Paul, Letitia Z.
Rodriguez, Eduardo V.
Schmidt, Patricia
Statham, Stephen
Waxton, Clarissa

**SCHEDULE 1 (aa)**
**Utilities**

4 COUNTY ELECTRIC POWER
ASSOCIATION
ALEXANDRIA RENEW ENTERPRISES
ALLEGHENY POWER
ALLEGHENY VALLEY JOINT SEWAGE
AUTHO
American Messaging
AMERICAN TOWER MANAGEMENT
LLC
AT&T
AVON LAKE MUNICIPAL UTILITIES
BOROUGH OF SPRINGDALE
BROOKVILLE MUNICIPAL
AUTHORITY
Burrtec
City of Oxnard
CONEWANGO TOWNSHIP
CONSOLIDATED COMMUNICATIONS
DEER CREEK DRAINAGE BASIN
AUTHORITY
DUKE ENERGY
DUQUESNE LIGHT COMPANY
EVERSOURCE ENERGY
FRENCH CAMP WATER ASSOC.
GETTYSBURG MUNICIPAL
AUTHORITY
Goleta Water District
INLAND EMPIRE
Inland Empire Utilities Agency
MET ED
Mojave Basin Area Watermaster
Mojave Pipeline Operating Company
MUNICIPAL AUTHORITY
NATIONAL FUEL DISTRIBUTION
CORP
NEW KENSINGTON MUNICIPAL
AUTHORITY
Nextel
NRG Energy, Inc
OHIO EDISON COMPANY
ORANGE AND ROCKLAND

PACIFIC GAS & ELECTRIC COMPANY
PENELEC
PENN POWER
PENNSYLVANIA AMERICAN WATER
CO
PEOPLES TWP LLC
PG&E
Pilot Power
PILOT POWER GROUP INC
PURE WATER TECHNOLOGY
Reliant Energy Northeast LLC
SCE
Securranty
SMECO
SOUTHERN CALIFORNIA EDISON
SOUTHERN CALIFORNIA GAS CO
THE ILLUMINATING COMPANY
THE POTOMAC EDISON COMPANY
UNITED ELECTRIC COOPERATIVE,
INC.
Verizon
VIRGINIA AMERICAN WATER
COMPANY
VIRGINIA ELECTRIC AND POWER
COMPANY
WEST PENN POWER
WILSYS COMMUNICATIONS