# EXHIBIT 5

McKinsey&Company
RTS

« Back to How We Help Clients

# About RTS

RTS is a special unit of McKinsey that delivers a proven approach for transformational change to clients seeking radical and sustainable performance improvement.

RTS provides clients:

- **Bigger numbers.** Extraordinary impact, well beyond conventional wisdom about "full potential"

- **Faster delivery.** Rapid results through a step change in the operating tempo of the business

- **Sustainable trajectory.** Rooted in a performance-based culture and the capabilities required for continued improvement

Recognizing that most efforts to transform corporate performance do not succeed, RTS was founded in 2010 to change those odds. Over the

# Connect with our RTS Practice

LEARN MORE