# EXHIBIT 7

McKinsey&Company

# Kevin Carmody

Senior Partner, Chicago

Specializes in corporate restructurings and turnarounds; brings deep experience in financial and operational turnarounds, cash flow enhancement initiatives, and complex stakeholder negotiations

 

## ABOUT KEVIN

Kevin is the global leader of our Corporate Restructuring work within McKinsey's RTS Practice. He specializes in corporate restructurings and operational turnarounds, specifically involving clients that are experiencing various forms of distress. Throughout his career, Kevin has led a number of complex operational turnarounds and financial restructurings in a number of industries. He has over 15 years of interim management, crisis management, and advisory experience and has testified as an expert witness in federal and state courts. He regularly advises senior management teams, boards of directors, senior lenders, and private equity funds on restructuring and crisis management situations.

He has been appointed as a C-level executive on several occasions, including in the roles of Chief Executive Officer (CEO) and Chief Restructuring Officer (CRO), in addition to serving clients as an advisor.

Kevin began his career at Chrysler Corporation and is a member of the Turnaround Management Association, American Bankruptcy Institute, and

Association of Insolvency & Restructuring Advisors.

## PUBLISHED WORK

"Maintaining a long-term view during turnarounds," McKinsey & Company, April 2015