# EXHIBIT 8

McKinsey & Company

# Mark Hojnacki

Partner, Stamford



Develops and implements operational and financial turnarounds across industries; specializes in leading companies through complex restructurings across industries

Case 15-10541-BLS    Doc 2417-8    Filed 04/24/19    Page 3 of 5

## ABOUT MARK

Mark, a partner in McKinsey's RTS Practice, specializes in financial and operational restructuring of companies for a turnaround or transformation, including expertise in operations, working capital, capital spend, and overhead. He has led restructuring programs across various industries, including renewable energy, metals and mining, automotive, retail and consumer packaged goods.

He has extensive experience leading turnarounds and advising companies during a Chapter 11 restructuring and has served as an interim executive during the Chapter 11 process.

His recent client work includes the following:

- served as the restructuring advisor for the largest global renewable energy development company during its Chapter 11 restructuring

- led the transformation of a U.S.-based integrated steel producer, overseeing

### EXPERTISE

› RTS

› Transformational Change

› Corporate Restructuring and Turnarounds

› Organization Design

› Culture and Change

- the restructuring of an international subsidiary

- led a commercial printing company through a restructuring process that resulted in the transformation and ultimate sale of the company to a strategic buyer

- served as the executive vice president of sales for a middle market cable service provider during a prepackaged Chapter 11 process

- led the planning and implementation of a financial and operational restructuring for a leading Tier 1 automotive supplier

Mark is also a Certified Insolvency and Restructuring Advisor (CIRA).

### PAST EXPERIENCE

**AlixPartners**
Director, Turnaround and Restructuring Services Practice

**PricewaterhouseCoopers**

Senior consultant

---

**EDUCATION**

**Columbia Business School**

MBA

**Ross School of Business, University of Michigan**

BBA