# EXHIBIT 10

McKinsey&Company



# Jon Garcia

Senior Partner and President RTS,
Washington DC

Founder of McKinsey's RTS unit. Leads large-scale, high-profile transformations and turnarounds across industries and geographies

 

**ABOUT JON**

Jon is a senior partner at McKinsey and president of RTS. Since founding RTS in 2010, Mr. Garcia has worked with dozens of companies across multiple industries and on six continents. His experience spans several emerging markets and the world's most advanced economies. Mr. Garcia's clients have included some of the world's largest industrial companies, telecommunications operators, financial institutions, leading healthcare companies, and several others from consumer products, airlines, technology, and chemicals.

Jon has also worked extensively with distressed investors. In several of these cases, Jon and his team have led the creation of plans of re-organization, the recruitment of new management, and supported investors on the overall turnaround process.

Jon took leave from McKinsey and was a senior official in the Clinton Administration in 1997–98, where he led the federal government's task force that restructured a $6 billion portfolio of subsidies provided to bidders on spectrum for mobile communications services (the "C Block").

Before founding RTS, Jon advised various managers of alternative asset funds,

**EXPERTISE**

› Private Equity & Principal Investors

› Distressed Investors

› Corporate Restructuri[ng]

including private equity, distressed investing, and hedge funds. Before joining McKinsey, he was an attorney with the law firm Paul Weiss, where he worked on a range of corporate and bankruptcy matters.

## VIDEO

"Overcoming the odds in transformation," YouTube, December 2018

"Resilience in transformation," YouTube, December 2018

## EDUCATION

**Harvard Law School**
JD

**London School of Economics**
MSc, international relations

**Georgetown University**
AB