# EXHIBIT 11

McKinsey&Company

# Eric Kutcher

**Senior Partner,** Silicon Valley

Leads McKinsey's global High Tech, Media & Entertainment, and Telecommunications Practices, bringing engineering and enterprise technology expertise to help companies develop and execute growth strategies

  

| ABOUT ERIC | EXPERTISE |
|---|---|

Eric is the global leader of McKinsey & Company's High Tech, Media & Entertainment, and Telecommunications practice. He also serves as a member of McKinsey's Shareholder Council (its Board of Directors). Since joining McKinsey, he has served high-tech and industrial companies across the value chain, including large telecommunications operators, prominent software companies, leading technology conglomerates and semiconductor companies. Additionally, Eric leads the firm's initiative to serve fast-growth, business-to-business technology companies.

Deeply committed to McKinsey's gender research, Eric leads the firm's partnership with LeanIn.Org to develop a holistic diagnostic and longitudinal benchmark to understand how McKinsey can help companies create an environment for women to succeed in the workforce.

Eric is also a member of the Strategy & Corporate Finance Practice, where he has played an important role in advancing McKinsey's work in corporate growth. As a

› Growth & Innovation

› High Tech

› Marketing & Sales

› Organizatio

› Strategy & Corporate Finance

› Enterprise

› Sales Productivity

thought leader at McKinsey, Eric is a sought-after speaker and author.

Eric's recent work includes:

- leading a complete turnaround of one of the world's largest storage players—including strategy, M&A, integration, and transformation—doubling the size of the company

- guiding the platform transformation of a leading business-to-business software and media company, including rebasing costs, developing the platform strategy, executing the transition plan, and redesigning the organization

- steering the restructuring of a midsize software company, including the transformation office, pricing execution, back-end process redesign, sourcing, and strategy

- leading the sales transformation of one of the world's largest tech companies, and building capabilities to develop and sell solutions for analytics and digital

Outside of McKinsey, Eric serves on the boards of the Silicon Valley Leadership Group and the Hopkins School, and he is a member of the Young Presidents' Organization. Eric is an avid and competitive golfer, skier, and Yankees fan.

Eric earned a Master of Science degree in Financial Engineering and Operations research and a Bachelor of Science degree in Material Science and Engineering at Cornell University.

## VIDEO

"Slow path to gender equality in the workplace," CNBC, October 2015

"A future without industries" Techonomy, November 2014

## SELECT PUBLISHED WORK

"Is there a different way to organize for talent? A board's role to push management's thinking," LinkedIn, July 2018

"Why boards must be talent-first," McKinsey & Company, June 2018

"Corporate boards need a facelift," McKinsey & Company, May 2018

"How tech giants deliver outsized returns—and what it means for the rest of us," McKinsey & Company, September 2017

"New corporate titans are rising faster than ever, but they're also fading faster, too," Recode, July 2017

"What's stalling progress for women at work?," McKinsey & Company, December 2016

"Breaking down the gender challenge," *McKinsey Quarterly*, March 2016

"Grow fast or die slow: The double-edged sword of M&A," McKinsey & Company, October 2015

"Women in the workplace," McKinsey & Company, September 2015

"How advancing women's equality can add $12 trillion to global growth," *McKinsey Global Institute*, September 2015

"How should you tap into Silicon Valley?,"
*McKinsey Quarterly*, September 2015

"Grow fast or die slow: Pivoting beyond the core," McKinsey & Company, April 2015

"Grow fast or die slow," McKinsey & Company, April 2014

"Breaking through the start-up stall zone," *McKinsey Quarterly*, February 2014

## PAST EXPERIENCE

**Intel Corp.**
Process Engineer

## EDUCATION

**Cornell University**
Financial engineering and operations research
MS

**Cornell University**
Material science and engineering
BS