# EXHIBIT 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: <br><br> ALPHA NATURAL RESOURCES, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-33896-KRH <br> (Jointly Administered) |
| MAR-BOW VALUE PARTNERS, LLC, <br><br> Movant, <br><br> – against – <br><br> McKINSEY RECOVERY AND TRANSFORMATION SERVICES U.S., LLC, <br><br> Respondent. | **Re: ECF Nos. 4122, 4124, and 4128** |

## DECLARATION OF CASEY LIPSCOMB

Casey Lipscomb declares under penalty of perjury:

1.) I am the General Counsel and Secretary of MIO Partners, Inc. ("MIO") and have held that position or its equivalent for approximately 13 years. I understand that this declaration will be used in connection with McKinsey's participation in the Alpha Natural Resources Chapter 11 case in the Eastern District of Virginia, Richmond Division (Case No. 15-33896 (KRH)).

2.) I make this declaration based on personal knowledge, except to the extent I identify business records of MIO maintained in the regular course of its activities from which I've obtained information reported here.

3.) MIO manages assets for (i) certain pension plans sponsored by McKinsey ("Plans") in which certain current and former McKinsey employees participate ("Participants"), and (ii) privately offered investment vehicles ("Funds") in which McKinsey partners, former partners and their immediate family members ("Investors") can invest. MIO is a wholly-owned

indirect subsidiary of McKinsey. In addition to Investors and Participants, MIO personnel are participants in some of the Plans, and are also permitted to invest in the Funds ("MIO Investors"). Members of the Board of Directors of MIO ("MIO Board Members"), who may be Participants and Investors, have oversight responsibilities with respect to the Plans and the Funds as described below.

4.) MIO Partners, Inc. employs more than 150 staff, and is registered with the U.S. Securities and Exchange Commission as an investment adviser. As an investment adviser, MIO has fiduciary obligations towards the Plans and the Funds.

5.) The Plans and Funds typically invest in:

   i. limited partnership interests or interests in other limited liability vehicles established and operated by asset managers that are neither owned nor controlled directly or indirectly by MIO or McKinsey ("Fund Investments");

   ii. investment vehicles established, controlled and operated by MIO ("MIO Investment Vehicles"), investment discretion over which is retained by MIO with respect to a portion of the assets in those vehicles as described below in Paragraph 6, and granted to one or more Third Party Managers (defined below) with respect to the balance of the assets.

6.) The Plans and the Funds also make investments through MIO Investment Vehicles that are directed by MIO's professional staff as described below in Paragraph 10 ("MIO Direct Investments").

7.) Subject to paragraph 3 above with respect to MIO Board Members, Participants and Investors have no control over the investments made by the Plans and the Funds and have no ability to direct purchases or sales of any asset in the Plans or the Funds.

8.) MIO is overseen by a board of directors (the "MIO Board") with 11 members. Prior to November 1, 2017, all members of the MIO Board were current or former McKinsey partners. As of November 1, 2017, the MIO Board had ten current or former McKinsey partners, and two directors who were not current or former McKinsey partners. As of August

31, 2018, the MIO Board has nine current or former McKinsey partners, and two directors who are not current or former McKinsey partners. Based upon MIO business records that I have reviewed, Jon Garcia served as a Director of MIO from December 8, 2006 through June 9, 2017.

9.) The MIO Board is not responsible for making investment decisions on behalf of the Plans or the Funds. Rather, the MIO Board delegates responsibility for making investment decisions on behalf of the Plans and the Funds, and engaging and supervising Third Party Managers, to MIO's professional staff. The staff is responsible for principally using third party fund managers who make investment decisions based on their own investment discretion, without input from or consultation with, MIO ("Third Party Managers").

10.) The MIO Board is not responsible for making MIO Direct Investments on behalf of the Plans or Funds and does not exercise investment discretion with respect to such investments. Rather, the MIO Board delegates responsibility for making MIO Direct Investments to MIO's professional staff.

11.) Through its oversight and supervisory functions or other board activities, members of the MIO Board may become aware of MIO Direct Investments, the identities of Third Party Managers with whom money has been invested, and individual investments made by such Third Party Managers.

12.) In June and July 2016, I oversaw the preparation of MIO's responses to requests from McKinsey internal counsel and external counsel for RTS seeking information regarding any overlap between a list of names provided to me and investments made by MIO on behalf of the Plans or the Funds.

3

13.) On June 28, 2016, I received from internal counsel at McKinsey a document entitled "Schedule 2 Alpha Natural Resources, Inc. et al. Interested Parties," bearing a draft date of August 1, 2015 (the "Interested Parties List"). I was asked by internal counsel at McKinsey and external counsel for RTS to compare the names on the Interested Parties List with Third Party Managers with whom MIO has invested money on behalf of the Plans or the Funds, and MIO Direct Investments that MIO has made on behalf of the Plans or the Funds, and to report any matches to internal counsel at McKinsey and external counsel for RTS.

14.) Following the review of the Interested Parties List and information related to investments made by MIO on behalf of the Plans or the Funds as of May 31, 2016, certain names on the Interested Parties List did correspond to Third Party Managers with whom money had been invested on behalf of the Plans or the Funds, or to MIO Direct Investments. I reported these matching names to internal McKinsey counsel and external counsel for RTS on July 5, 2016.

15.) I have reviewed the Interested Parties List in connection with preparing this Declaration and have confirmed that Whitebox Advisors was not included on the Interested Parties List that I received.

Dated: September 12, 2018

_____