# EXHIBIT 17

MIO Partners, Inc. and its sister company MIO Partners (EU) Limited serve McKinsey & Company's pension plans, partners, and former partners. Collectively known as MIO, these firms are wholly owned subsidiaries of McKinsey & Company, but they are managed independently, and all their activities are separate from McKinsey's consulting operations.

**MIO's Investment Management Team** manages McKinsey's pension and investment programs. It offers clients a portfolio of investment products with a variety of structures, risk levels, and currencies, with the objective of generating equity-like returns with lower risk, over the long term. The team principally uses third-party fund managers who make investment decisions independently of MIO. In addition, MIO periodically trades certain assets directly. It makes investments essentially on a "blind trust" basis, with MIO investors having no access to information about the underlying holdings in the third-party funds. This helps McKinsey partners and staff minimize any perceived or actual conflict of interest associated with investing themselves.

**MIO's Advisory Team** offers objective financial advice to all McKinsey partners on a range of wealth management issues, including the suitability of MIO investment products within a balanced investment portfolio and overall financial plan. The team emphasizes diversification, and the avoidance of unproductive risks and costs. It operates independently from the Investment Management Team and has no incentive to raise assets for investment products that are managed or sponsored by MIO.

MIO Partners, Inc. employs more than 100 staff at its New York headquarters, and is registered with the Securities & Exchange Commission (SEC) in the US. MIO Partners (EU) Limited is authorized and regulated by the Financial Conduct Authority (FCA) in the UK.

To contact MIO, please email **miopartnershelp@miopartners.com.**
We regret that we cannot respond to every external inquiry