# EXHIBIT 27

F-1/A 1 d562574df1a.htm F-1/A

Table of Contents

As filed with the Securities and Exchange Commission on July 18, 2018

No. 333-224459

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## AMENDMENT NO. 1
## TO
## FORM F-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Seadrill Limited
(Exact name of registrant as specified in its charter)

| Bermuda | 1381 | N/A |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

Par-la-Ville Place, 4th Floor,
14 Par-la-Ville Road, Hamilton HM 08, Bermuda
Tel: +1 (441) 295-9500
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

Puglisi & Associates
850 Library Avenue, Suite 204, Newark, Delaware 19711
Tel: (302) 738-6680
(Name, address, including zip code, and telephone number, including area code, of agent for service)

Copies of all communications, including communications sent to agent for service, should be sent to:

Dennis M. Myers, P.C.
Wayne E. Williams
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box: ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933. Emerging growth company. ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until this Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table contains information about the estimated beneficial ownership of New Seadrill's common shares as of the Effective Date, after giving effect to the Plan and the transactions contemplated thereby, for:

- each shareholder known by us to own beneficially 5% or more of our common shares;
- each of our directors; and
- each of our executive officers.

The number of shares and percentage of ownership indicated in the following table is based on 100.0 million common shares of New Seadrill that were issued and outstanding as of the Effective Date.

Information with respect to beneficial ownership has been furnished by each director, officer, beneficial owner of more than 5% of our common shares or selling shareholder. Beneficial ownership is determined in accordance with the rules of the SEC. Except as indicated by footnote, to our knowledge, the persons named in the table below will have sole voting and investment power with respect to all common shares shown as beneficially owned by them.

|  | Beneficial Ownership | |
|---|---|---|
| 5% Shareholders, Officers and Directors | Number of Shares | Percent of Total |
| **Beneficial Owners of 5% or More of Our Common Shares** | | |
| Aristeia Capital, LLC (1) | 6,612,665 | 6.61% |
| Investment funds affiliated with Centerbridge Partners, L.P. (2) | 8,846,229 | 8.85% |
| GLG Partners LP (3) | 8,214,784 | 8.21% |
| Hemen Investments Limited (4) | 30,857,045 | 30.86% |
| Saba Capital Management, L.P. (5) | 5,640,836 | 5.64% |
| **Directors and Executive Officers (6)** | | |
| John Fredriksen (4) | 30,857,046 | 30.86% |
| Harald Thorstein | ⸺ | ⸺ |
| Eugene Davis | ⸺ | ⸺ |
| Kjell-Erik Østdahl | ⸺ | ⸺ |
| Peter J. Sharpe | ⸺ | ⸺ |
| Birgitte Vartdal | ⸺ | ⸺ |
| Scott D. Vogel | ⸺ | ⸺ |
| Anton Dibowitz | ⸺ | ⸺ |
| Mark Morris | ⸺ | ⸺ |
| Leif Nelson | ⸺ | ⸺ |
| Chris Edwards | ⸺ | ⸺ |

\*   Represents less than 1%
(1) Consists of 5,461,150 shares held by Aristeia Master, L.P., 21,192 shares held by Amundi Absolute Return Aristeia Fund plc — Amundi Absolute Return Aristeia Reflection Fund, 396,882 shares held by ASIG International Limited, 192,576 shares held by Compass ESMA LP, 264,505 shares held by Compass TSMA LP and 276,360 shares held by Windermere Ireland Fund plc. Aristeia Capital, LLC and Aristeia Advisors, L.P. (collectively, "Aristeia") may be deemed the beneficial owners of the securities described herein in their capacity as the investment manager, trading manager, and/or general partner, as the case may be, of Aristeia Master, L.P., Amundi Absolute Return Aristeia Fund plc — Amundi Absolute Return Aristeia Reflection Fund, Windermere Ireland Fund PLC, Compass ESMA LP and Compass TSMA LP (each an "Aristeia Fund" and collectively, the "Aristeia Funds"). As investment manager, trading advisor and/or general partner of each Aristeia Fund, Aristeia has voting and investment control with respect to the securities held by each Aristeia Fund. Anthony M. Frascella is the Chief Investment Officer of Aristeia.

31

Table of Contents

Each of Aristeia and such individual disclaims beneficial ownership of the securities referenced herein except to the extent of its or his direct or indirect economic interest in the Aristeia Funds. The address of each of the foregoing entities is One Greenwich Plaza, 3rd Floor, Greenwich, CT 06830.

(2) Consists of 5,988,641 shares held directly by Centerbridge Credit Partners Master AIV III, L.P., 386,685 shares held directly by Centerbridge Special Credit Partners II AIV III, L.P., 2,329,542 shares held directly by Centerbridge Special Credit Partners III AIV III, L.P., 107,787 shares held directly by Centerbridge Credit Partners Master, L.P., 20,638 shares held directly by Centerbridge Special Credit Partners II, L.P. and 12,936 shares held directly by Centerbridge Special Credit Partners III, L.P. (collectively, the "Centerbridge Holders"). Centerbridge Credit Partners Offshore General Partner, L.P. is the general partner of Centerbridge Credit Partners Master AIV III, L.P. and Centerbridge Credit Partners Master, L.P., Centerbridge Credit Cayman GP, Ltd. is the general partner of Centerbridge Credit Partners Offshore General Partner, L.P., and Centerbridge Credit GP Investors, L.L.C. is the director of Centerbridge Credit Cayman GP, Ltd. Centerbridge Special Credit Partners General Partner II, L.P. is the general partner of Centerbridge Special Credit Partners II AIV III, L.P. and Centerbridge Special Credit Partners II, L.P., CSCP II Cayman GP Ltd. is the general partner of Centerbridge Special Credit Partners General Partner II, L.P., and Centerbridge Special GP Investors II, L.L.C. is the director of CSCP II Cayman GP Ltd. Centerbridge Special Credit Partners General Partner III, L.P. is the general partner of Centerbridge Special Credit Partners III AIV III, L.P. and Centerbridge Special Credit Partners III, L.P., and CSCP III Cayman GP Ltd. is the general partner of Centerbridge Special Credit Partners General Partner III, L.P. Jeffrey H. Aronson and Mark T. Gallogly, the managing members of Centerbridge Credit GP Investors, L.L.C. and Centerbridge Special GP Investors II, L.L.C. and the directors of CSCP III Cayman GP Ltd., share the power to vote and invest the common shares held by the Centerbridge Holders. Each of Messrs. Aronson and Gallogly disclaims beneficial ownership of such securities. The address for each of the Centerbridge Holders is 375 Park Avenue, 11th Fl., New York, New York 10152.

(3) Consists of 1,822,114 shares held by Crown Managed Accounts SPC, 724,562 shares held by European Distressed MAC Limited, 1,013,285 shares held by Man GLG Credit Multi-Strategy Master Fund, 3,286,959 shares held by Man GLG European Distressed and 1,367,864 shares held by Man GLG SPV Holdings II. The investment manager of each of the foregoing entities is GLG Partners LP. Galia Velimukhametova is the GLG portfolio manager with overall responsibility for managing the securities referenced herein. The address of each of the foregoing entities is c/o GLG Partners LP, Riverbank House, 2 Swan Lane, London EC4R 3AD.

(4) The shares beneficially held by Hemen are indirectly held in trusts established by Mr. John Fredriksen for the benefit of his immediate family. Mr. Fredriksen disclaims beneficial ownership of the shares held by Hemen, except to the extent of his voting and dispositive interest in such common shares. Mr. Fredriksen has no pecuniary interest in the shares held by Hemen. The address of Hemen is c/o Seatankers Management Co. Ltd., P.O. Box 53562, CY-3399 Limassol, Cyprus.

(5) Consists of 513,851 shares held by Saba Capital Master Fund, Ltd, 975,482 shares held by Saba Capital Leveraged Master Fund, Ltd., 3,363,179 shares held by Saba Capital Master Fund II, Ltd. and 788,324 shares held by Saba Capital Series LLC. Saba Capital Management, L.P. is a registered investment advisor and is the investment advisor to each of the foregoing entities. Boaz R. Weinstein is the majority owner of Saba Capital Management, L.P. and has investment control over the securities reported hereby. The address of each of the foregoing entities is 405 Lexington Avenue, 58th Floor, New York, New York 10174.

(6) The business address for each of our directors and officers is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

32

Table of Contents

## SELLING SHAREHOLDERS

Information with respect to beneficial ownership has been furnished by each selling shareholder. Beneficial ownership is determined in accordance with the rules of the SEC. Except as indicated by footnote, to our knowledge, the persons named in the table below have sole voting and investment power with respect to all common shares shown as beneficially owned by them.

The common shares registered hereby were acquired by the selling shareholders in connection with the transactions contemplated by the Plan. Unless set forth in this section, under "Certain Relationships and Related Party Transactions," or under "Item 7.B. Related Party Transactions" of Seadrill Limited's 2017 Annual Report, to our knowledge, none of the selling shareholders has, or within the past three years has had, any material relationship with us or with any of our predecessors or affiliates.

The number of shares and percentage of ownership indicated in the following table is based on 100.0 million common shares of New Seadrill that were issued and outstanding as of the Effective Date.

The following table sets forth information with respect to the selling shareholders and common shares beneficially owned by the selling shareholders as of the Effective Date that may be offered from time to time pursuant to this prospectus. The selling shareholders may offer all, some or none of their common shares. See "Plan of Distribution."

| Name of Selling Shareholder | Number of Common Shares Beneficially Owned | Maximum Number of Common Shares That May Be Offered By This Prospectus | Percentage of Common Shares Beneficially Owned | |
|---|---|---|---|---|
| | | | Before Offering | If Maximum Number of Shares Offered are Sold |
| 683 Capital Partners, LP | 795,913 | 685,215 | * | * |
| A&Q Metric SPC - Black Diamond Arbitrage SP | 143,341 | 123,403 | * | * |
| ARCM Master Fund III Ltd. | 899,998 | 778,534 | * | * |
| Aristeia Capital, LLC(1) | 6,612,665 | 6,112,015 | 6.61% | * |
| Atlant Edge | 32,403 | 28,325 | * | * |
| Atlant Stability Offensiv | 114,174 | 97,863 | * | * |
| Barclays Bank PLC | 1,259,043 | 1,081,602 | 1.26% | * |
| Berling Capital Oy | 11,908 | 10,247 | * | * |
| BFAM Asian Opportunities Master Fund, LP | 306,841 | 264,154 | * | * |
| Black Diamond Arbitrage Offshore Ltd. | 46,691 | 40,199 | * | * |
| Black Diamond Offshore Ltd. | 65,358 | 56,268 | * | * |
| Carmignac Patrimoine | 899,194 | 770,749 | * | * |
| Carmignac Portfolio Patrimoine | 95,577 | 82,053 | * | * |
| Carmignac Portfolio Unconstrained Credit | 25,924 | 25,924 | * | * |
| Cedarview Opportunities Master Fund, LP | 42,586 | 36,605 | * | * |
| Investment funds affiliated with Centerbridge Partners, L.P.(2) | 8,846,229 | 8,704,868 | 8.85% | * |
| Credit Opportunity One SARL | 81,636 | 61,671 | * | * |
| Compass Mav LLC | 65,777 | 48,678 | * | * |
| DnB High Yield | 369,666 | 316,867 | * | * |
| DnB SICAV - High Yield | 65,431 | 56,094 | * | * |
| Double Black Diamond Offshore Ltd. | 512,680 | 441,374 | * | * |
| Fidelidade - Companhia de Seguros, S.A. | 1,574,882 | 1,342,276 | * | * |
| Frost Total Return Bond Fund | 240,091 | 206,695 | * | * |
| GLG Partners LP(3) | 8,214,784 | 7,511,672 | 8.21% | * |
| Graham Macro Strategic Ltd. | 1,154,658 | 753,774 | * | * |
| Hemen(4) | 30,857,046 | 30,857,046 | 30.86% | * |
| IF P&C Insurance Ltd. | 1,901,133 | 1,636,712 | 1.90% | * |
| Insparo Emerging Markets Credit Master Fund | 350,771 | 301,987 | * | * |

33