# EXHIBIT 29

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SEADRILL LIMITED., *et al.*,[1] | § § § | Case No. 17-60079 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

**Affidavits of Service for Mailings for the
Period from April 5, 2018 through April 11, 2018.**

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

Exhibit B
Master Mailing Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| 5454173 | Cole, Bruce F | Address on File | | | | | | | |
| 5454209 | Cole, Margaret A | Address on File | | | | | | | |
| 4557930 | COLLECTOR NORGE AS | P.O. BOX 424 SKØYEN | | | | OSLO | | | NORWAY |
| 4562009 | COLLINS LONG | 24 PEPPER STREET | | | | LONDON | | | UNITED KINGDOM |
| 4953653 | Collins, Robert William | Address on File | | | | | | | |
| 4556766 | COLONIAL SURETY COMPANY | 50 CHESTNUT RIDGE RD | | | | MONTVALE | NJ | 07645 | |
| 4922937 | COLONIAL SURETY COMPANY | 50 CHESTNUT RIDGE ROAD | SUITE 108 | | | MONTVALE | NJ | 07645 | |
| 4927948 | COLOUR BOX DESIGN CO LTD | 94 T.CHINNAWATMAITHAI BUILDING, 3RD FLOOR | ROOM 3/2, SUKHUMVIT 23 | KLONGTOEY NUA, WATTANA | | BANGKOK | | 10110 | THAILAND |
| 4556962 | COLOUR DATA UK LTD | UNIT 7, HYDERS FARM | BONNETTS LANE, IFIELD | | | CRAWLEY | | RH11 0NY | UNITED KINGDOM |
| 4927880 | COLUMBUS COMMUNICATIONS TRINIDAD LTD | PO BOX 687 | | | | PORT OF SPAIN | | | TRINIDAD & TOBAGO |
| 4928871 | COLUMBUS MCKINNON DO BRASIL LTDA. | RUA MONTE ALEGRE | 664 | JD REBELATO | | COTIA-SP | | 6710610 | BRAZIL |
| 5447139 | Columpar Jr, Charles P. | Address on File | | | | | | | |
| 4559688 | COMCAST BUSINESS | COMCAST CENTER | 1701 JFK BOULEVARD | | | PHILADELPHIA | PA | 19103 | |
| 4559773 | COMANDO DA AERONAUTICA | ESP DOS MINISTERIOS | S/N | EIXO MONUMENTAL | | BRASILIA | | 70045900 | BRAZIL |
| 4558913 | COMANDO DA MARINHA | R TEOFILO OTONI | 4, CENTRO | | | RIO DE JANEIRO | | 20090070 | BRAZIL |
| 4556148 | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | COMCAST CENTER | 1701 JFK BOULEVARD | | | PHILADELPHIA | PA | 19103 | |
| 4557238 | COMERCIALIZADORA DEL ISTMO, S.A. DE C.V. | AV. LAZARO CARDENAS 1002 | | | | COATZACOALCOS | | | MEXICO |
| 4562173 | COMERCIALIZADORA INTERNACIONAL FIT S DE RL DE CV | CENTRAL NO. EXT. 26A INTERIOR B | | | | TORREON | | | MEXICO |
| 4928497 | COMERCIALIZADORA Y SERVICIOS ROADAL SA DE CV | 32 NO. 50 COL. CENTRO | CAMPECHE | | | CIUDAD DEL CARMEN | | 24100 | MEXICO |
| 4928498 | COMERCIALIZADORA Y SERVICIOS ROADAL SA DE CV | 32 NO. 50 COL. CENTRO | | | | CIUDAD DEL CARMEN | | | MEXICO |
| 4556407 | COMFORT AGENCIES | LOT 7191, UNIT 7, BANGUNAN HJ HASSAN | | | | KUALA BELAIT | | | BRUNEI DARUSSALAM |
| 4558806 | COMFORT INN AIRPORT | 106 AIRPORT ROAD | | | | ST JOHN'S | NL | A1A 4Y3 | CANADA |
| 4555707 | COMISION FEDERAL DE SERVICIOS BASICOS | AV. PASEO DE LA REFORMA #164, COL. | | | | JUAREZ | | | MEXICO |
| 4562605 | COMISION NACIONAL DEL AGUA | AV. INSURGENTES SUR 2416 | COL. COPILCO EL BAJO | DELEGACION COYOACAN | | DISTRITO FEDERAL | | C.P. 04340 | MEXICO |
| 4562603 | COMISION NACIONAL DEL AGUA | INSURGENTES SUR 2416 | COYOACAN | COPILCO EL BAJO | | CIUDAD DE MEXICO | | C.P. 01020 | MEXICO |

In re: Seadrill Limited, et al.
Case No. 17-60079 (DRJ)

Page 97 of 515

Exhibit B
Master Mailing Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4930255 | Comive Operadora de Servicios, S.A. de C.V. | Calle Delfin No. 99 Col. Justo Sierra | Ciudad Del Carmen | | | Campeche | | 24114 | MEXICO |
| 4559051 | COMIVE OPERADORA DE SERVICIOS, S.A. DE C.V. | DELFIN NO 99 | COL. JUSTO SIERRA | CAMPECHE | | DEL CARMEN | | 24114 | MEXICO |
| 4930256 | Comive, S.A. De C.V. | Blvd. Las Trancas No. 1009 Interior 205, | Col. Reserva Territorial, | | | Cd. Xalapa, Veracruz | | 91096 | MEXICO |
| 4559277 | COMIVE, S.A. DE C.V. | BLVD. LAS TRANCAS NO. 1009-205 | COL. RESERVA TERRITORIAL | VERACRUZ | | XALAPA | | 91096 | MEXICO |
| 4559276 | COMIVE, S.A. DE C.V. | DELFIN NO 99 | COL. JUSTO SIERRA | CAMPECHE | | DEL CARMEN | | 24114 | MEXICO |
| 4560292 | COMIVE, SA DE CV | CALLE DELFIN N 99 | | | | CAMPECHE | | | MEXICO |
| 4921910 | COMMERZ REAL INVESTMENTGESELLSCHAFT MBH | FRIEDRICHSTRASSE, 25 | | | | WIESBADEN | | 65185 | GERMANY |
| 4543338 | COMMISSIONER OF TAX | TAXES ZONE 11-09, SEGUNBAGHICHA (1ST FLOOR) | | | | DHAKA | | 1000 | BANGLADESH |
| 4927499 | COMMISSIONER OF TAX | TAX DEPARTMENT | | | | NICOSIA | | | CYPRUS |
| 4558140 | COMMIT FZE | LOB 16/301 | | | | DUBAI | | | UNITED ARAB EMIRATES |
| 4562172 | COMMUNICATE RECRUITMENT SOLUTIONS LTD | 17 GODLIMAN STREET | | | | LONDON | | EC4V 5BD | UNITED KINGDOM |
| 4556585 | COMMUNITY HAVEN FOR ADULTS AND CHILDREN WITH DISABILITIES, INC. | 4405 DESOTO RD | | | | SARASITA | FL | 34235 | |
| 4559978 | COMPANHIA BRASILEIRA DE SOLUCOES E SERVICOS | AL RIO NEGRO, 161 | PAVMTO 17 E 18 - ALPHAVILLE | | | BARUERI-SP | | 06.454-000 | BRAZIL |
| 4928872 | COMPANHIA PORTUARIA VILA VELHA | EST DE CAPUABA | S/N | RETROAREA | | VILA VELHA-ES | | 29119080 | BRAZIL |
| 4556811 | COMPANIA INDUSTRIAL DEL GOLFO S.A. DE C.V. | RETORNO LAGUNA AZUL NORTE NO. 18 | | | | DEL CARMEN | | 24157 | MEXICO |
| 4930257 | Compania Industrial del Golfo, S.A. de C.V. | Retorno Laguna Azul Norte No. 18 | Fraccionamiento Residencial San Miguel | | | Cd. Del Carmen, Campeche | | 24157 | MEXICO |
| 4928499 | COMPANIA MEXICANA DE PINTURAS INTERNATIONAL SA DE CV | AV ERNESTO MONROY S/N | PARQUE INDUSTRIAL EXPORTEC II | | | TOLUCA | | 50200 | MEXICO |
| 4557335 | COMPANIES HOUSE | LATE FILING PENALTIES | PO BOX 710 CROWN WAY | | | CARDIFF | | CF14 3UZ | UNITED KINGDOM |
| 4927684 | COMPASS ESMA LP | ONE GREENWICH PLAZA | | | | GREENWICH | CT | 06830 | |
| 4556548 | COMPASS GROUP (SINGAPORE) PTE LTD | 11 CHANGI SOUTH STREET 3, BUILDERS SHOP | | | | SINGAPORE | | 486122 | SINGAPORE |
| 4558216 | COMPASS GROUP CANADA | 1907 OXFORD STREET EAST | | | | LONDON | ON | N5V 4L9 | CANADA |

In re:  Seadrill Limited, et al.
Case No. 17-60079 (DRJ)

Page 98 of 515

Exhibit B
Master Mailing Service List
Served via First Class Mail

| MMLiD | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4921693 | COMPASS GROUP CANADA LTD. DBA ESS SUPPORT SERVICES WORLDWIDE | 5560 EXPLORER DRIVE | SUITE 400 | | | MISSISSAUGA | ON | L4W 5M3 | CANADA |
| 4927685 | COMPASS TSMA LP | ONE GREENWICH PLAZA | | | | GREENWICH | CT | 06830 | |
| 4558183 | COMPENDIA | HETLANDSGATA 9 | | | | BRYNE | | 4340 | NORWAY |
| 4561370 | COMPRENDO AS | RANDABERGVEIEN 300 B | | | | RANDABERG | | 4070 | NORWAY |
| 4556328 | COMPUGROUP MEDICAL NORWAY | POSTBOKS 163 | | | | LYSAKER | | 1325 | NORWAY |
| 4557306 | COMPUTER CAB (ABERDEEN) LTD | BURNSIDE DRIVE | | | | ABERDEEN | | AB21 0HW | UNITED KINGDOM |
| 4557553 | COMPUTERSHARE INC | 250 ROYALL STREET | | | | CANTON | MA | 02021 | |
| 4559754 | COMPUTERSHARE INC. | DEPT CH 16934 | | | | PALATINE | IL | 60055-6934 | |
| 4557414 | COMPUTERSHARE INVESTOR SERVICES | THE PAVILIONS | BRIDGEWATER ROAD | | | BRISTOL | | BS99 6ZZ | UNITED KINGDOM |
| 4921911 | COMPUTERSHARE INVESTOR SERVICES PLC | THE PAVILIONS | BRIDGEWATER ROAD | | | BRISTOL | | BS99 6ZZ | UNITED KINGDOM |
| 4921912 | COMPUTERSHARE PLAN MANAGERS | THE PAVILLIONS | BRIDGEWATER ROAD | | | BRISTOL | | BS99 6ZZ | UNITED KINGDOM |
| 4563895 | COMPUTERSHARE TRUST COMPANY NA | ATTN: JHANNE ESCOFFERY | 250 ROYAL STREET | | | CANTON | MA | 02021 | |
| 4920873 | COMPUTERSHARE TRUST COMPANY, N.A. | ATTN: ROBERT MAJOR | 8742 LUCENT BLVD | SUITE 225 | | HIGHLANDS RANCH | CO | 80129 | |
| 4920567 | COMPUTERSHARE TRUST COMPANY, N.A. | c/o EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITT, ESQ. | 120 BROADWAY | 32ND FLOOR | NEW YORK | NY | 10271 | |
| 5429965 | Computershare Trust Company, N.A. and Computershare Trust Company of Canada | Fabienne Pinatel | Corporate Trust Officer | Computershare Trust Company of Canada | 1500 Robert-Bourassa Boulevard, 7th Floor | Montreal | | H3A3S8 | Quebec |
| 5429965 | Computershare Trust Company, N.A. and Computershare Trust Company of Canada | Emmet, Marvin & Martin, LLP | Attn.: Thomas A. Pitta, Esq. | 120 Broadway, 32nd Floor | | New York | NY | 10271 | |
| 5429965 | Computershare Trust Company, N.A. and Computershare Trust Company of Canada | Michael A. Smith | Vice President | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | |
| 4831577 | Computershare Trust Company, N.A. and Computershare Trust Company of Canada | Attn: Mike Smith | 8742 Lucent Blvd., Suite 225 | | | Highlands Ranch | CO | 80129 | |
| 4558516 | COMTROL COMERCIO E TRANSPORTE DE CARGAS LTDA | TRAVESSA BRAGA | 101, BARRETO | | | NITEROI-RJ | | 24110200 | BRAZIL |
| 4928873 | CONAUT CONTROLES AUTOMATICOS LTDA | ESTRADA LOUIS PASTEUR | 230 | PARQUE INDUSTRIAL DO EMBU | | EMBU-SP | | 4733000 | BRAZIL |

Exhibit B
Master Mailing Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4928862 | CONCEDA SERVICOS TECNICOS LTDA | AV ATLANTICA | 1788 | LOJA 14 | CAVALEIROS | MACAE-RJ | | 27920390 | BRAZIL |
| 4562055 | CONCESSIONARIA AEROPORTO RIO DE JANEIRO | AVENIDA VINTE DE JANEIRO | SN | AEROPORTO INTERNACIONAL ANTONIO CARLOS JOBIM | GALEAO | RIO DE JANEIRO-RJ | | 21941570 | BRAZIL |
| 4558363 | CONCORDIA DMCC | 3RD FLOOR JEWELLERY & GEMPLEX BUILDING. 2 | PO BOX 340045 | | | DUBAI | | | UNITED ARAB EMIRATES |
| 4561876 | CONCUR HOLDINGS (NETHERLANDS) B.V | ZUIDPLEIN 36, H-TOREN | | | | AMSTERDAM | | | NETHERLANDS |
| 5434226 | Concur Holdings (Netherlands) B.V. | 62157 Collections Center Drive | | | | Chicago | IL | 60693 | |
| 5434226 | Concur Holdings (Netherlands) B.V. | Brown & Connery, LLP | Attn: JFM | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | |
| 4921913 | CONCUR HOLDINGS (NETHERLANDS) B.V. | 101, 1083 HN | | | | AMSTERDAM | | | NETHERLANDS |
| 4563376 | CONCUR HOLDINGS (NETHERLANDS) B.V. | BARBARA STROZZILAAN | 101, 1083 HN | | | AMSTERDAM | | | NETHERLANDS |
| 4561993 | CONECT INDUSTRIA E COMERCIO IMPORTACAO E EXPORTACAO LTDA | R CAPITAO FELIX | 347, BENFICA | | | RIO DE JANEIRO-RJ | | 20920310 | BRAZIL |
| 4928264 | CONECTO AS | POSTBOKS 85 | | | | ØSTERÅS | | 1345 | NORWAY |
| 4928500 | CONFERENCE CORPORATIVO SC | CALANDRIAS 223 | COLONIA JOSE MARIA PINO SUAREZ CENTRO | | | VILLAHERMOSA | | 86029 | MEXICO |
| 4928501 | CONFERENCE CORPORATIVO SC | CALANDRIAS 223 | | | | VILLAHERMOSA | | | MEXICO |
| 4563529 | CONFIANCA SEGUROS S.A. | EDIFICIO AMILCAR CABRAL RUA AMILCAR CABRAL N 102/104.4 B | | | | LUANDA | | | ANGOLA |
| 4556864 | CONFIANCA SEGUROS, SA | RUA AMILCAR CABRAL, NO 102 | | | | LUANDA | | | ANGOLA |
| 4558064 | CONFIDENT (AGMT ITEMS ONLY) CONNECT COMERCIO DE MATERIAL DE ESCRITORIO LTDA - ME | AV RUI BARBOSA | 2.069, LOJA A4 | PARQUE VALENTINA MIRANDA | | MACAE-RJ | | 27915180 | BRAZIL |
| 4559197 | CONFIDENT CONNECT COM. MATERIAL DE ESCRITORIO LTDA | AV RUI BARBOSA | 2069, LOJA A4 | PARQUE VALENTINA MIRANDA | | MACAE | | 27915180 | BRAZIL |
| 4559196 | CONFIDENT CONNECT COM. MATERIAL DE ESCRITORIO LTDA | AV RUI BARBOSA | 2069, LOJA A4 | PARQUE VALENTINA MIRANDA | | MACAE-RJ | | 27915180 | BRAZIL |
| 4557972 | CONG TY CO PHAN DAO TAO KY THUAT PVD | DONG XUYEN INDUSTRIAL PARK | | | | VUNG TAU | | | VIETNAM |
| 4557747 | CÔNG TY TNHH MTV TH??NG M?I VÀ D?CH V? HUY HOÀNG HÀ | 29A1 NGUYEN VAN LUONG, W.10, D. GÒ V?P | | | | HO CHI MINH | | | VIETNAM |