# EXHIBIT 30

# EXHIBIT B

**Sathy Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL LIMITED, *et al.*,[1] | ) | Case No. 17-60079 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION
OF ANUP SATHY IN
SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF KIRKLAND & ELLIS
LLP AND KIRKLAND & ELLIS INTERNATIONAL
LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Anup Sathy, being duly sworn, state the following under penalty of perjury:

1. I am the president of Anup Sathy, P.C. and a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, IL 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2] I am the lead attorney from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bars of the State of Illinois and the State of New York, and I have been admitted to practice in Illinois and New York. There are no disciplinary proceedings pending against me.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

# SCHEDULE 1(d)

## Bondholders

Aristeia Capital LLC
Asia Research & Capital Management Ltd.
Axxion SA
Barclays Capital Securities Inc.
Carmignac Gestion SA
Centerbridge Partners LP
Eberle, Markus
Eika Kapitalforvaltning AS
Fidelidade - Companhia de Seguros SA
Fintech
Frost Investment Advisors LLC
GLG Partners Inc.
Goldman Sachs International Ltd.
Graham Capital Management LP
Hemen Holding Ltd.
If Skadeförsäkring
Man GLG
Nebag AG
Nine Mast
Nomura International plc
Perestroika AS
Principal Financial Group Inc.
Principal Life Insurance Co.
[REDACTED]
Saba Capital Management LP
SEB Fund Services SA
SEB Investment GmbH
SR Forvaltning AS
Storebrand ASA
Whitebox Advisors LLC