# EXHIBIT 31

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MAGNUM HUNTER RESOURCES CORPORATION, *et al.*,[1] | ) ) ) | Case No. 15-12533 (KG) |
|  | ) ) |  |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | Re: Docket No. 1165 |

**FOURTH AMENDED SUPPLEMENT TO THE
THIRD AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF
MAGNUM HUNTER RESOURCES CORPORATION AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this fourth amended plan supplement (this "Fourth Amended Plan Supplement") in support of the *Third Amended Joint Chapter 11 Plan of Reorganization (as Modified) of Magnum Hunter Resources Corporation and Its Debtor Affiliates* [Docket No. 1165] (as amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"),[2] filed in these chapter 11 cases on April 17, 2016.

**PLEASE TAKE FURTHER NOTICE** that this Fourth Amended Plan Supplement includes the current drafts of the following documents, as may be modified, amended, or supplemented from time to time in accordance with the Plan:

- **Exhibit A** – Schedule of Assumed Executory Contracts and Unexpired Leases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Magnum Hunter Resources Corporation (9278); Alpha Hunter Drilling, LLC (7505); Bakken Hunter Canada, Inc. (7777); Bakken Hunter, LLC (3862); Energy Hunter Securities, Inc. (9725); Hunter Aviation, LLC (8600); Hunter Real Estate, LLC (8073); Magnum Hunter Marketing, LLC (2527); Magnum Hunter Production, Inc. (7062); Magnum Hunter Resources GP, LLC (5887); Magnum Hunter Resources, LP (5958); Magnum Hunter Services, LLC (5725); NGAS Gathering, LLC (2054); NGAS Hunter, LLC (3737); PRC Williston LLC (1736); Shale Hunter, LLC (1952); Triad Holdings, LLC (8947); Triad Hunter, LLC (5830); Viking International Resources Co., Inc. (0097); and Williston Hunter ND, LLC (3798). The location of the Debtors' service address is: 909 Lake Carolyn Parkway, Suite 600, Irving, Texas 75039.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

Magnum Hunter Resources Corp.
Plan Supplement
Other Contracts - Rejections (Fourth Amended)

| No. | Third Amended No. | Legal Entity | Contract Counter-Party | Contract Type | Contract Description | Date of Contract |
|---|---|---|---|---|---|---|
| 1 | 1 | Alpha Hunter Drilling, LLC | Professional Equipment Services, LLC | Equipment Rental Agreement | Equipment Rental Agreement between Professional Equipment Services, LLC and Alpha Hunter Drilling, LLC dated 8/1/2011 - air package lease | 8/1/2011 |
| 2 | 2 | Alpha Hunter Drilling, LLC | Schramm, Inc. | Purchase Contract / Purchase Order | Purchase Order/Quotation between Schramm, Inc and Alpha Hunter Drilling, LLC dated 6/12/2014 - purchase of drilling rig T500XD | 6/12/2014 |
| 3 | 3 | Bakken Hunter, LLC | Alan Stone & Company LLC (ASC) | Retention Agreement | Retention agreement between Alan Stone & Company LLC and NuLoch Resources (Bakken Hunter) dated 12/7/2009 (as amended) | 12/7/2009 |
| 4 | 4 | Bakken Hunter, LLC | Alan Stone & Company LLC (ASC) | Letter Agreement | Letter agreement between Alan Stone & Company LLC and NuLoch Resources (Bakken Hunter) dated 3/19/2010 | 3/19/2010 |
| 5 | 5 | Bakken Hunter, LLC | Alan Stone & Company LLC (ASC) | Indemnification Letter | Indemnification letter agreement, dated April 10, 2010, by and between Alan Stone & Company, LLC and NuLoch Resources, Inc. | 4/10/2010 |
| 6 | 6 | Bakken Hunter, LLC | Baytex Energy USA Ltd. | Assignment & Assumption Agreement | A&A with Baytex. In connection with purchase of certain interests from Baytex, assumed certain volume commitments (assumed under GPA between Baytex and ONEOK). | 12/20/2012 |
| 7 | 7 | Bakken Hunter, LLC | Burke-Divide Electric Cooperative, Inc. | Utility Contract | Electric power to operate oil well located in the SWSE Quarter, Section 35, Township 164, North, Range 97 West (Cougar) | 9/9/2013 |
| 8 | 8 | Bakken Hunter, LLC | Burke-Divide Electric Cooperative, Inc. | Utility Contract | Electric power to operate oil well located in the NWNE Quarter, Section 26, Township 163, North, Range 97 West (Prowler) | 6/10/2013 |
| 9 | 9 | Bakken Hunter, LLC | Crowley Fleck PLLP | Retention Agreement | Engagement letter, dated January 9, 2015, by and between Crowley Fleck PLLP and Bakken Hunter, LLC | 1/9/2015 |
| 10 | 10 | Bakken Hunter, LLC | Samson Resources Company | Assignment & Assumption Agreement | A&A with Samson. In connection with the purchase of certain interests from Samson, assumed certain volume commitments (assumed under GPA between Samson and ONEOK). | 12/20/2012 |
| 11 | 11 | Bakken Hunter, LLC | Samson Resources Company | Participation Agreement | Participation Agreement between Samson Resources Company and Baytex Energy USA Ltd. | 7/10/2008 |
| 12 | 12 | Bakken Hunter, LLC | Steppe Petroleum Inc. | Gas Purchase Agreement | Gas Purchase Agreement between Bakken Hunter, LLC (buyer) and Steppe Petroleum Inc. (seller) dated effective 9/8/2014 | 9/8/2014 |
| 13 | 13 | Bakken Hunter as successor in interest | Samson Resources Company | Participation Agreement | Participation Agreement between Samson Resources Company, and NuLoch Resources Inc. and Nuloch America Corp. - purchase, sale and further participation in oil and gas activities in Contract Area (Divide County, ND) dated 10/19/2009 | 10/19/2009 |
| 14 | 14 | Energy Hunter Securities, Inc. | Pitney Bowes Global Financial | Financial Services Lease Agreement | Financial Services Lease Agreement between Pitney Bowes Global Financial and Energy Hunter Securities, Inc. dated 4/27/2012 | 4/27/2012 |
| 15 | 15 | Magnum Hunter Production, Inc. | Continuum Energy, LLC | Purchase Contract / Purchase Order | Special Provisions to NAESB Base Contract - this adds special provisions that are in addition to or delete the NAESB Base contract | 7/15/2009 |
| 16 | 16 | Magnum Hunter Production, Inc. | Continuum Energy, LLC (f/k/a Seminole Energy Services, LLC) | Sale and Purchase of Natural Gas | Amendment to Base Contract for Sale and Purchase of Natural Gas dated as of July 15, 2009, by and between SES and Magnum Hunter Production, dated 3/10/2011 | 3/10/2011 |
| 17 | 17 | Magnum Hunter Production, Inc. | Continuum Energy, LLC (f/k/a Seminole Energy Services, LLC) | Sale and Purchase of Natural Gas | Base Contract for Purchase of Natural Gas dated 7/15/2009 by and between SES and Magnum Hunter Production, Inc. (f/k/a Daugherty Petroleum, Inc.) | 7/15/2009 |
| 18 | 18 | Magnum Hunter Production, Inc. | Environmental Standards, Inc. | Environmental Clean-up Agreement | Proposal to Prepare Spill Prevention, Control, and Countermeasure Plans (SPCC's) for various locations in KY, TN, and VA | 1/26/2015 |
| 19 | 19 | Magnum Hunter Production, Inc. | Environmental Standards, Inc. | Master Service Agreement | Master Service Agreement between Environmental Standards, Inc.and Magnum Hunter Production, Inc. dated 2/28/2012 | 2/28/2012 |

Magnum Hunter Resources Corp.
Plan Supplement
Other Contracts - Rejections (Fourth Amended)

| No. | Third Amended No. | Legal Entity | Contract Counter-Party | Contract Type | Contract Description | Date of Contract |
|---|---|---|---|---|---|---|
| 20 | 20 | Magnum Hunter Production, Inc. | Hard Rock Exploration, Inc. | Drilling and Operating Agreement | Drilling and Operating Agreement between Magnum Hunter Production, Inc. (formerly Daugherty Petroleum, Inc.) and Hard Rock Exploration, Inc. dated 1/17/2006 | 1/17/2006 |
| 21 | 21 | Magnum Hunter Production, Inc. | Hard Rock Exploration, Inc. | Drilling and Operating Agreement | Drilling and Operating Agreement between Magnum Hunter Production, Inc. (formerly Daugherty Petroleum, Inc.) and Hard Rock Exploration, Inc. dated 3/30/2007 | 3/30/2007 |
| 22 | 22 | Magnum Hunter Production, Inc. | Hard Rock Exploration, Inc. | Drilling and Operating Agreement | Drilling and Operating Agreement between Magnum Hunter Production, Inc. (formerly Daugherty Petroleum, Inc.) and Hard Rock Exploration, Inc. dated 12/22/2008 | 12/22/2008 |
| 23 | 23 | Magnum Hunter Production, Inc. | Stand Energy Corporation | Letter Agreement | Letter Agreement between Magnum Hunter Production, Inc. and Stand Energy Corporation dated 12/4/2015 | 12/4/2015 |
| 24 | 24 | Magnum Hunter Production, Inc. | William E. Bradshaw, P.C. Attorney at Law | Retention Agreement | Engagement Letter for Attorney Services between William E. Bradshaw, P.C. and Magnum Hunter Production, Inc. dated 8/22/2014 - legal representation in Edmond Hensley litigation | 8/22/2014 |
| 25 | 25 | Magnum Hunter Resources Corporation | AA Aristeia Horizons, L.P. AAI Aristeia Fund PLC – Aristeia Reflection Fund, Windermere Ireland Fund PLC, Compass ESMA LP Compass TSMA LP, Quantum Partners LP. Encompass Capital Master Fund L.P. | Stock Purchase Agreement | Securities Purchase Agreement between Magnum Hunter Resources Corporation and Investors dated 3/20/2014 | 3/20/2014 |
| 26 | 26 | Magnum Hunter Resources Corporation | AA Aristeia Horizons, L.P. AAI Aristeia Fund PLC – Aristeia Reflection Fund, Windermere Ireland Fund PLC, Compass ESMA LP Compass TSMA LP, Quantum Partners LP. Encompass Capital Master Fund L.P. | Stock Registration Rights Agreement | Registration Rights Agreement between Magnum Hunter Resources Corporation and Investors dated 3/20/2014 | 3/20/2014 |
| 27 | 27 | Magnum Hunter Resources Corporation | Alarm Security Group LLC (ASG Security) | Service Contract | Commercial Purchase, Lease and Services Agreement between Magnum Hunter Resources Corporation and ASG Security dated 6/27/2013 - security services for 1050 Texan Trail, Ste. 300, Grapevine, Texas | 6/27/2013 |
| 28 | 28 | Magnum Hunter Resources Corporation | Alarm Security Group LLC (ASG Security) | Service Contract | Commercial Purchase, Lease and Services Agreement between Magnum Hunter Resources Corporation and ASG Security dated 6/27/2013 - fire alarm and security services for 1050 Texan Trail, Ste. 300, Grapevine, Texas | 6/27/2013 |
| 29 | 29 | Magnum Hunter Resources Corporation | Alarm Security Group LLC (ASG Security) | Service Contract | Commercial Purchase, Lease and Services Agreement between Magnum Hunter Resources Corporation and ASG Security dated 6/27/2013 - burglary and security services for 1050 Texan Trail, Ste. 300, Grapevine, Texas | 6/27/2013 |
| 30 | 30 | Magnum Hunter Resources Corporation | Allstates Consulting Services, LLC | Staffing Agreement | Staffing Agreement between Allstates Consulting Services, LLC and Magnum Hunter Resources Corporation dated 5/29/2015 - personnel staffing services, as needed | 5/29/2015 |
| 31 | 31 | Magnum Hunter Resources Corporation | American Stock Transfer & Trust Company | Warrant Agent Agreement | Warrants Agreement between Magnum Hunter Resources Corporation and American Stock Transfer & Trust Company dated 10/15/2013 | 10/15/2013 |
| 32 | 32 | Magnum Hunter Resources Corporation | American Stock Transfer & Trust Company | Depository Agent Agreement | Deposit Agreement between Magnum Hunter Resources Corporation and American Stock Transfer & Trust Company dated 11/2/2012 | 11/2/2012 |
| 33 | 33 | Magnum Hunter Resources Corporation | American Stock Transfer & Trust Company | Transfer Agent Services Agreement | Series D Cumulative Preferred Stock Transfer Agent Services Agreement, dated March 28, 2011, by and between American Stock Transfer & Trust Company, LLC and Magnum Hunter Resources Corporation | 3/28/2011 |
| 34 | 34 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated April 24, 2014, by and between BDO USA, LLP and Magnum Hunter Resources Corporation | 4/24/2014 |
| 35 | 35 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated May 30, 2014, by and between BDO USA, LLP and Magnum Hunter Resources Corporation | 5/30/2014 |
| 36 | 36 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated July 16, 2014, by and between BDO USA, LLP and Magnum Hunter Resources Corporation re: due diligence communications with MLV & Co. | 7/16/2014 |
| 37 | 37 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated July 16, 2014, by and between BDO USA, LLP and Magnum Hunter Resources Corporation re: Consent for registration statement | 7/16/2014 |
| 38 | 38 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated October 23, 2014, by and between BDO USA, LLP and Magnum Hunter Resources Corporation re: 2014 annual audit (Eureka Hunter Holdings) | 10/23/2014 |

Magnum Hunter Resources Corp.
Plan Supplement
Other Contracts - Rejections (Fourth Amended)

| No. | Third Amended No. | Legal Entity | Contract Counter-Party | Contract Type | Contract Description | Date of Contract |
|---|---|---|---|---|---|---|
| 39 | 39 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated March 10, 2015, by and between BDO USA, LLP and Magnum Hunter Resources Corporation re: Consent to include audit report in proposed Form S-3 registrations statement | 3/10/2015 |
| 40 | 40 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated April 16, 2015, by and between BDO USA, LLP and Magnum Hunter Resources Corporation re: 2015 annual audit | 4/16/2015 |
| 41 | 41 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated June 17, 2015, by and between BDO USA, LLP and Magnum Hunter Resources Corporation | 6/17/2015 |
| 42 | 42 | Magnum Hunter Resources Corporation | BDO USA, LLP | Letter Agreement | Letter Agreement to Provide Services (engagement letter), dated September 30, 2014, by and among BDO USA LLP, BMO Capital Markets and Magnum Hunter Resources re: due diligence communications with BMO Capital Markets | 9/30/2014 |
| 43 | 43 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Letter Agreement to Provide Services (engagement letter), dated July 6, 2015, by and between BMO Captial Markets Corp. and Magnum Hunter Resources Corporation | 7/6/2015 |
| 44 | 44 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Engagement letter, dated August 6, 2013, by and between BMO Capital Markets Corp. and Magnum Hunter Resources Corporation | 8/6/2013 |
| 45 | 45 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Engagement letter, dated November 3, 2010, by and between BMO Capital Markets Corp. and Magnum Hunter Resources Corporation | 11/3/2010 |
| 46 | 46 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Engagement letter, dated July 23, 2012, by and between BMO Capital Markets Corp. and Magnum Hunter Resources Corporation | 7/23/2012 |
| 47 | 47 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Amendment, dated September 19, 2013, by and between BMO Capital Markets Corp. and Magnum Hunter Resources Corporation | 9/19/2013 |
| 48 | 48 | Magnum Hunter Resources Corporation | BMO Capital Markets Corp. | Retention Agreement | Engagement letter, dated April 26, 2010, by and between BMO Capital Markets Corp. and Magnum Hunter Resources Corporation | 4/26/2010 |
| 49 | 49 | Magnum Hunter Resources Corporation | Bracewell & Giuliani LLP | Retention Agreement | Engagement of Bracewell & Giuliani LLP dated 7/29/2013 | 7/29/2013 |
| 50 | 50 | Magnum Hunter Resources Corporation | Brian G. Burgher | Indemnification Agreement | Indemnification Agreement between Brian G. Burgher and Magnum Hunter Resources Corporation dated 5/31/2013 | 5/31/2013 |
| 51 | 51 | Magnum Hunter Resources Corporation | Broadband Capital Management, LLC | Retention Agreement | Engagement letter, dated June 22, 2009, by and between Broadband Capital Management, LLC and Magnum Hunter Resources Corporation | 6/22/2009 |
| 52 | 52 | Magnum Hunter Resources Corporation | Broadband Capital Management, LLC | Retention Agreement | Amendment, dated September 25, 2009, by and between Broadband Capital Management, LLC and Magnum Hunter Resources Corporation | 9/25/2009 |
| 53 | 53 | Magnum Hunter Resources Corporation | Broadband Capital Management, LLC | Retention Agreement | Engagement letter, dated January 22, 2010, by and between Broadband Capital Management, LLC and Magnum Hunter Resources Corporation | 1/22/2010 |
| 54 | 54 | Magnum Hunter Resources Corporation | Broadband Capital Management, LLC | Retention Agreement | Engagement letter, dated February 2, 2010, by and between Broadband Capital Management, LLC and Magnum Hunter Resources Corporation | 2/2/2010 |
| 55 | 55 | Magnum Hunter Resources Corporation | Canaccord Adams Inc. | Retention Agreement | Engagement letter, dated November 5, 2009, by and between Canaccord Adams Inc. and Magnum Hunter Resources Corporation | 11/5/2009 |
| 56 | 56 | Magnum Hunter Resources Corporation | Cantor Fitzgerald Securities | Agency Agreement | Partial Agency Transfer Agreement between Magnum Hunter Resources Corporation and Cantor Fitzgerald Securities dated 11/3/2015 - Bank of Montreal (partially retiring agent) | 11/3/2015 |
| 57 | 57 | Magnum Hunter Resources Corporation | Capital One Southcoast, Inc. | Retention Agreement | Engagement letter, dated May 3, 2012, by and between Capital One Southcoast, Inc. and Magnum Hunter Resources Corporation | 5/3/2012 |
| 58 | 58 | Magnum Hunter Resources Corporation | Carlyle Energy Mezzanine Opportunities Fund, LP | Letter of Intent | Letter of Intent, dated August 10, 2015, by and between Carlyle Energy Mezzanine Opportunities Fund, L.P. and Magnum Hunter Resources Corporation | 8/10/2015 |
| 59 | 59 | Magnum Hunter Resources Corporation | CIT Finance LLC | Rental Agreement | Rental Agreement (cost per image) between Magnum Hunter Resources Corporation and CIT Finance LLC dated 3/20/2015 (serial numbers B0W589232 and B0W588821) | 3/20/2015 |