# EXHIBIT 32

# EXHIBIT E

# Updates To Original Disclosures[7]

| NAME OF INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | SUPPLEMENTAL DISCLOSURES |
|---|---|---|
| *Aetna Life Insurance Company* | Significant Unsecured Creditors | • *Aetna Life Insurance Company* is a new client (opened 2015); and<br>• Parent company and current client *Aetna, Inc.* is a joint venture partner with current client *Inova Health System* in current client *Innovation Health* (opened 2014). |
| Alliancebernstein, L.P. US<br><br>AllianceBernstein Bond Fund, Inc. – AllianceBernstein<br>AllianceBernstein Pooling Portfolios High Yield<br>AllianceBernstein US High Yield Collective Trust<br>Axa/Mutual Large Cap equity Managed Volatility Portfolio | Bondholders<br><br>Lenders | • Affiliate companies *AXA Group Solutions S.A.S.* and *AXA IM (Investment Managers) Paris* are new clients (both opened 2015). |
| American Enterprise Investment Services, Inc.<br>Columbia Management<br>Columbia Management Investment Advisers LLC | Bondholders | • Columbia Management Investment Advisers LLC is a major equity holder of current client *Alpha Natural Resources, Inc.*, and an interested party in the *Alpha Natural Resources, Inc.*, et al. chapter 11 cases, a new matter (opened 2015) in which Jones Day is debtors' counsel. |
| American International Group, Inc. (AIG) | Insurers | • Walldesign Creditors' Committee, an entity of which American International Group, Inc. (AIG) is a member, is now a former client (closed 2015).<br>• *See also* entry below for Chartis Specialty Insurance Company (n/k/a AIG Specialty Insurance |

---

[7] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| NAME OF INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | SUPPLEMENTAL DISCLOSURES |
|---|---|---|
| *Bank of America, N.A.*/GWIM Trust Operations<br>Bank of America Merrill Lynch Proprietary Trading<br><br>Merrill Lynch Capital<br><br><br><br>Merrill Lynch Investment Solutions – Beach Point Diversified Credit UCITS Fund<br>Merrill Lynch Pierce Fenner & Smith/Fixed Income<br>Merrill Lynch Pierce Fenner & Smith, Inc.<br><br>Merrill Lynch Capital Services, Inc. | Lenders<br><br>Contract Counterparties<br><br><br><br>Bondholders and Lenders<br><br>Bondholders<br><br><br><br><br><br>Lenders | representations (opened 2014 and 2015) with affiliate companies and co-clients *Bank of America Merrill Lynch International* and *Banc of America Insurance Services, Inc.*;<br>• Affiliate company Banc of America Strategic Investments Company is a joint venture partner in new client *Visible Alpha LLC* (opened 2015);<br>• Affiliate company *Banc of America Public Capital Corporation* is a new client (opened 2015);<br>• The Clearing House Payments Company LLC, an entity of which parent company *Bank of America Corporation* is a member, is now a former client (closed 2015); and<br>• Affiliate company *Bank of America Merrill Lynch* is: (a) a co-client in a joint representation (opened 2015) with current client *JM Financial Institutional Securities Limited*; and (b) the former employer of an individual who is a new Jones Day client (opened 2015). |
| *The Bank of New York Mellon Corporation*<br>The Bank of New York Mellon/Mellon Trust of New England, N.A.<br>The Bank of New York Mellon/Mid Cap SPDRS<br><br>The Bank of New York Mellon Trust | Bondholders<br><br><br><br><br>Letters of Credit | • The *Bank of New York Mellon Corporation* and affiliate company *Alcentra Limited* are new clients (both opened 2015); and<br>• The Clearing House Payments Company LLC is now a former client (closed 2015). |
| Barclays Bank Plc<br><br><br><br><br>Barclays Bank Plc Firm Barclays Capital, Inc.<br>Barclays Capital, Inc./LE | Bondholders and Lenders<br><br><br>Bondholders | • Parent company Barclays Plc is: (a) the ultimate parent company of new client *Celsius Capital PCC Limited* (opened 2015); and (b) a former co-client in a joint representation with current client *Société Générale* that was concluded in 2014. |
| BBVA Compass Bank (Asset Management) | Bondholders | • Affiliate company and current client *BBVA Compass* |

4

| NAME OF INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | SUPPLEMENTAL DISCLOSURES |
|---|---|---|
| Compass ESMA, L.P.<br>Compass Offshore HTV PCC Ltd.<br>Compass TSMA, L.P. | Lenders | *Bancshares, Inc.* is the employer of only one individual who is a current Jones Day client not two individuals as previously disclosed. |
| Berkshire (name given)<br>National Fire & Marine Insurance Company<br>United States Aircraft Insurance Group<br><br>*MidAmerican Energy Company*<br>NV Energy, Inc. (a/k/a Energy Incorporated N.V. LLC) | Insurers<br><br><br><br><br>Utilities | • Affiliate company HMT LLC (f/k/a HMT, Inc.) is the employer of an individual who is a new Jones Day client (opened 2015);<br><br>• Affiliate company and current client *BNSF Railway Company* is a member of new client *California Railroad Group* (opened 2015); and<br><br>• Affiliate companies Berkshire Capital Corporation, McLane Company, Inc. and Nylok LLC are now former clients (all closed 2015). |
| Blackrock Advisors LLC<br><br>Blackrock Financial Management<br><br><br><br>Blackrock Corporate High Yield Fund, Inc.<br>Blackrock Credit One Fund<br>Blackrock Debt Strategies Fund, Inc.<br>Blackrock Defined Opportunity Credit Trust<br>Blackrock Fixed Income Portable Alpha Master Series Trust<br>Blackrock Floating Rate Income Strategies Fund, Inc.<br>Blackrock Floating Rate Income Trust<br>Blackrock Funds II Blackrock Floating Rate Income Portfolio<br>Blackrock Funds II Blackrock Multi-Asset Income Portfolio<br>Blackrock Funds II High Yield Bond Portfolio<br>Blackrock Global Investment Series Income Strategies Portfolio<br>Blackrock Global Long/Short Credit Fund of Blackrock Funds<br>Blackrock High Yield Portfolio of the Blackrock Series Fund, Inc.<br>Blackrock High Yield V I Fund of Blackrock | Bondholders<br><br>Bondholders and Lenders<br><br>Lenders | • Parent company Blackrock, Inc. is a current or former significant equity holder of new client *Molycorp, Inc.* and an interested party in the *Molycorp, Inc., et al.* chapter 11 cases in which Jones Day is debtors' counsel; and<br><br>• Affiliate company Blackrock Fund Advisors is a major equity holder of current client *Alpha Natural Resources, Inc.* and an interested party in the *Alpha Natural Resources, Inc., et al.* chapter 11 cases, a new matter (opened 2015) in which Jones Day is debtors' counsel. |

5

| NAME OF INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | SUPPLEMENTAL DISCLOSURES |
|---|---|---|
| Variable Series Funds, Inc.<br>Blackrock Limited Duration Income Trust<br>Blackrock Secured Credit Portfolio of Blackrock Funds II<br>Blackrock Senior Floating Rate Portfolio<br>Blackrock Short Duration High Income Fund | | |
| Blackstone GSO<br><br>Blackstone/GSO Capital<br><br><br><br>Blackstone/GSO Senior Floating Rate Term Fund<br>Blackstone/GSO Senior Loan Portfolio<br>Blackstone/GSO Strategic Credit Fund | Bondholders<br><br>Bondholders<br>and<br>Lenders<br><br>Lenders | • Affiliate companies **BRE/Prime Properties LLC** and **W-Franklin, L.P.** are new clients (both opened 2015);<br>• Affiliate company **GSO Capital Partners, L.P.** is a co-client in a current joint representation of Fomento de Construcciones Y Contratas lenders (opened 2014);<br>• The Committee of Senior Lenders to Codere, S.A. is now a former client (closed 2015); and<br>• BRE DDR Crocodile Holdings LLC, is now a former client (closed 2015).<br>• *See also* entry below for GSO Capital regarding related disclosure. |
| Blue Mountain<br><br>**BlueMountain Capital Management LLC** | Bondholders<br><br>Bondholders<br>And<br>Lenders | • **Blue Mountain Capital Management LLC** is: (a) an equity holder of new client **Relativity Media, LLC** (opened 2015), and an interested party in the **Relativity Fashion LLC**, *et al.* chapter 11 cases in which Jones Day is debtors' counsel;<br>• Affiliate company Systematic Financial Management, L.P. is a major equity holder of current client **Alpha Natural Resources, Inc.**, and an interested party in the **Alpha Natural Resources, Inc.**, *et al.* chapter 11 cases, a new matter (opened 2015) in which Jones Day is debtors' counsel; and<br>• Affiliate company BlueMountain Resources Corporation and its sister company, Blue Hill Resources Corporation, are now |