# EXHIBIT 33

EX-99.2 3 exhibit2.htm EX-99.2

**EXHIBIT 99.2**

## SETTLEMENT AGREEMENT

This Settlement Agreement (as amended, supplemented or otherwise modified from time to time in accordance with its terms, this "<u>Agreement</u>"), dated as of August 3, 2015, is entered into by and among (i) Endeavour International Corporation ("<u>EIC</u>" or the "<u>Company</u>"), Endeavour Operating Corporation ("<u>EOC</u>") and Endeavour Colorado Corporation ("<u>Endeavour Colorado</u>") and, collectively with EIC and EOC, the "<u>Endeavour Parties</u>"), (ii) the undersigned beneficial holders, or investment advisors or managers for the account of beneficial holders (the "<u>First Priority Noteholders</u>") of the 12% First Priority Notes due 2018 (the "<u>First Priority Notes</u>") issued by EIC, and (iii) the undersigned beneficial holders, or investment advisors or managers for the account of beneficial holders (the "<u>EEUK Term Loan Lenders</u>") of indebtedness under the EEUK Credit Agreement (as defined below). The Endeavour Parties, the First Priority Noteholders and the EEUK Term Loan Lenders are referred to herein collectively as the "<u>Parties</u>" and individually as a "<u>Party</u>."

**WHEREAS**, on October 10, 2014, each of EIC, EOC, Endeavour Colorado, END Management Company, Endeavour Energy New Ventures Inc. and Energy Luxembourg S.à.r.l. (collectively, the "<u>Debtors</u>") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), and these cases are being jointly administered for procedural purposes only under Case No. 14-12308 (KJC) (collectively, the "<u>Bankruptcy Cases</u>").

**WHEREAS**, on December 11, 2014, the United States Trustee for the District of Delaware, pursuant to section 1102(a)(1) of the Bankruptcy Code, appointed an official committee of unsecured creditors (the "<u>UCC</u>") in the Bankruptcy Cases Docket No. 219.

**WHEREAS**, on April 10, 2015, the UCC filed *The Official Committee of Unsecured Creditors Objection to the Claims of the EEUK Secured Parties* Docket No. 547 (the "<u>UCC Objection</u>") and, on April 10, 2015, the UCC filed the *Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors' Estates* Docket No. 545, attaching a proposed complaint thereto (the "<u>Standing Motion</u>" and, together with the UCC Objection, the "<u>UCC Pleadings</u>").

**WHEREAS**, on April 29, 2015, the Debtors filed a motion (the "<u>Sale Motion</u>") to sell their U.S. assets (the "<u>U.S. Sale Transactions</u>") Docket No. 600 and, on May 20, 2015, the Bankruptcy Court entered an order approving certain bidding and other procedures in connection with the U.S. Sale Transactions Docket No. 668, including scheduling a hearing (the "<u>Sale Hearing</u>") to approve the U.S. Sale Transactions.

**WHEREAS**, contemporaneously with the execution of this Agreement, the Debtors filed a motion seeking entry of an order of the Bankruptcy Court (the "<u>Approval and Release Order</u>") approving (a) that certain asset purchase agreement (the "<u>Asset Purchase Agreement</u>"), attached as "Exhibit A" to the motion, dated August 3, 2015, by and among (i) Wells Fargo Bank, National Association, as trustee and collateral agent under the First Priority Notes (the "<u>First Priority Notes Agent</u>"), (ii) EIC, as the parent of EOC, (iii) EOC, as seller, and (iv) the First Priority Noteholders, whereby the parties have agreed, pursuant to section 363 of the Bankruptcy Code, to the sale, transfer and assignment of certain Purchased Assets (as defined in the Asset Purchase Agreement) to a newly-former purchaser ("<u>NewCo</u>") and (b) the release of the claims and causes of action alleged in the UCC Pleadings (the "<u>UCC Claims Release</u>").

**WHEREAS**, as of the date hereof, the First Priority Noteholders hold, in the aggregate, approximately 85% of the aggregate outstanding principal amount of the First Priority Notes issued by the Company under that certain Indenture, dated as of February 23, 2012, by and among the Company, as issuer, each of the guarantors named therein and Wells Fargo Bank, National Association, as trustee and collateral agent.

**AVENUE SPECIAL OPPORTUNITIES CO-INVESTMENT FUND I, L.P.**

By: Avenue SO Capital Partners I, LLC

*its General Partner*

By: GL SO Partners I, LLC

*its Managing Member*

By: /s/ Sonia Gardner
Name: Sonia Gardner

Title: Member

    IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**BARCLAYS BANK PLC**

By: /s/ David Crowley
Name: David Crowley
Title: Managing Director

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**CARLSON CAPITAL, L.P., in its capacity as Investment Advisor to each of Double Black Diamond Offshore Ltd. and Black Diamond Offshore Ltd.**

By: /s/ Lynne B. Alpar
Name: Lynne B. Alpar
Title: Chief Financial Officer

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**CASPIAN CAPITAL LP on behalf of its advisees**

By: /s/ T. Grey Perkins
Name: T. Grey Perkins

Title: President

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**CREDIT VALUE PARTNERS, LP, as agent for funds and accounts under management**

By: /s/ Michael Geroux
Name: Michael Geroux
Title: Partner

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**HUDSON BAY ABSOLUTE RETURN CREDIT OPPORTUNITIES MASTER FUND LTD**

By: /s/ Philip M. Day
Name: Philip M. Day
Title: Authorized Individual

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**MAGNETAR FINANCIAL LLC,**
on behalf of each of the following lenders:
**BLACKWELL PARTNERS LLC**
**COMPASS OFFSHORE HTV PCC LIMITED**
**COMPASS HTV LLC LIMITED**
**MAGNETAR CAPITAL MASTER FUND, LTD**
**MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD**
**SPECTRUM OPPORTUNITIES MASTER FUND LTD**

By: /s/ Michael Turro
Name: Michael Turro
Title: Chief Compliance Officer

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**RIMROCK HIGH INCOME PLUS (MASTER) FUND**
**RIMROCK LOW VOLATILITY (MASTER) FUND**
**RIMROCK GLOBAL CREDIT (MASTER) FUND, LTD**
**By: Rimrock Capital, as its investment manager**

By: /s/ Santino Blumetti
Name: Santino Blumetti
Title: Managing Director

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**WINGSPAN INVESTMENT MANAGEMENT**

By: /s/ Brendan Driscoll
Name: Brendan Driscoll
Title: COO/CFO

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their respective duly authorized officers, solely in their respective capacity as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**EEUK TERM LOAN LENDER:**

**WHITEBOX MULTI-STRATEGY PARTNERS, L.P.**

By: /s/ Mark Strefling
Name: Mark Strefling

Title: General Counsel & Chief Operating Officer

**PANDORA SELECT PARTNERS, L.P.**

By: /s/ Mark Strefling
Name: Mark Strefling

Title: General Counsel & Chief Operating Officer

**WHITEBOX INSTITUTIONAL PARTNERS, L.P.**

By: /s/ Mark Strefling
Name: Mark Strefling

Title: General Counsel & Chief Operating Officer

**THE UNDERSIGNED DEBTORS**,