# EXHIBIT 34

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                                 :    Chapter 11
                                                                          :
MPM Silicones, LLC, et al.,[1]                            :    Case No. 14-22503 (RDD)
                                                                          :
                              Debtors.                           :    (Jointly Administered)
------------------------------------------------------x

# JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR MOMENTIVE PERFORMANCE MATERIALS INC. AND ITS AFFILIATED DEBTORS

Dated:     New York, New York
               September 3, 2014

**WILLKIE FARR & GALLAGHER LLP**
*Counsel for the Debtors and Debtors in Possession*
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

## Schedule 1

Ares Management LLC
Ares SSF Riopelle, L.P.
Ares Special Situations Fund III, L.P.
Ares Senior Loan Trust
Ares Multi-Strategy Credit Fund V (H), L.P.
ASIP (Holdco) IV S.A.R.L.
Aristeia Capital, LLC
Aristeia Horizons L.P.
Black Diamond Offshore Ltd.
Carlson Capital, L.P.
Compass ESMA LP
Compass TSMA LP
Double Black Diamond Offshore Ltd.
D.E. Shaw Galvanic Portfolios, L.L.C.
Fortress Investment Group LLC
Fortress Credit Advisors LLC
FS Global Credit Opportunities Fund
GSO Aiguille Des Grands Montets Fund I LP
GSO Aiguille Des Grands Montets Fund II LP
GSO Aiguille Des Grands Montets Fund III LP
GSO Capital Partners LP
GSO Coastline Credit Partners LP
GSO Credit – A Partners LP
GSO Palmetto Opportunistic Investment Partners LP
GSO Special Situations Fund LP
GSO Special Situations Overseas Master Fund Ltd.
Jura Limited
LMA SPC - MAP 98 Segregated Portfolio
Manulife Global Focused Balance Fund
Napier Park Global Capital US L.P. and those funds it manages that hold Second Lien Notes
Oaktree Capital Management, L.P.
Oceana Master Fund Ltd.
OCM OPPS MTIV Holdings, LLC
Ontario Public Service Employees Union Pension Plan Trust Fund
Pentwater Capital Management, LP
Pentwater Credit Opportunities Master Fund Ltd.
Pentwater Equity Opportunities Master Fund Ltd
Pentwater Event Driven Cayman Fund Limited
Pentwater Event Equity Reflection Fund
Pentwater Merger Aritage Master Fund Ltd
PPF Nominee 1 B.V.
PWCM Master Fund Ltd
RSUI Indemnity Company
Steamboat Credit Opportunities Master Fund LP

-67-

Third Avenue Management LLC
Third Avenue High Yield Credit Fund
Third Avenue Focused Credit Fund
Third Avenue Value Income Fund,LP
Transatlantic Reinsurance Company
Wellpoint, Inc.
Windermere Ireland Fund PLC