# EXHIBIT 35

S-1/A 1 d453690ds1a.htm AMENDMENT NO. 3 TO S-1

Table of Contents

As filed with the Securities and Exchange Commission on November 6, 2017

Registration No. 333-220384

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# AMENDMENT NO. 3
## TO
# FORM S-1
# REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# MPM HOLDINGS INC.
(Exact name of registrant as specified in its charter)

| Delaware | 2860 | 47-1756080 |
|---|---|---|
| (State or other jurisdiction of Incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

260 Hudson River Road
Waterford, NY 12188
(518) 237-3330
(Address, including zip code, and telephone number, including area code, of Registrant's Principal Executive Offices)

John D. Moran, Esq.
MPM Holdings Inc.
260 Hudson River Road
Waterford, NY 12188
(518) 237-3330
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| David S. Huntington, Esq. | Michael Kaplan, Esq. |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Marcel R. Fausten, Esq. |
| 1285 Avenue of the Americas | Davis Polk & Wardell LLP |
| New York, New York 10019-6064 | 450 Lexington Avenue |
| (212) 373-3000 | New York, NY 10017 |
| | (212) 450-4000 |

**Approximate date of commencement of proposed sale to public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
|---|---|---|---|---|
| Non-accelerated filer | ☒ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

Table of Contents

George Town, KY1-9005 Grand Cayman, Cayman Islands. The address of each of Management VI, AIF VI LLC, Apollo Management, Management GP, Management Holdings and Management Holdings GP, and Messrs. Black, Harris and Rowan, is 9 West 57th Street, 43rd Floor, New York, New York 10019.

(7) The manager of OCM Opps MTIV Holdings, LLC ("Opps MTIV") is Oaktree Fund GP, LLC ("GP LLC"). The managing member of GP LLC is Oaktree Fund GP I, L.P. ("GP I"). The general partner of GP I is Oaktree Capital I, L.P. ("Capital I"). The general partner of Capital I is OCM Holdings I, LLC ("Holdings I"). The managing member of Holdings I is Oaktree Holdings, LLC ("Holdings"). The managing member of Holdings is Oaktree Capital Group, LLC ("OCG"). The duly elected manager of OCG is Oaktree Capital Group Holdings GP, LLC. The members of Oaktree Capital Group Holdings GP, LLC are Howard Marks, Bruce Karsh, Jay Wintrob, John Frank, Sheldon Stone, Stephen Kaplan and David Kirchheimer. Each of the managing members, managers, general partners and members described above disclaims beneficial ownership of any shares of common stock beneficially or of record owned by Opps MTIV, except to the extent of any pecuniary interest therein. Mr. Balakrishnan, an employee of Oaktree Capital Management, L.P., an affiliate of Opps MTIV, has been a Director of the Company since October 24, 2014. The business address for each of the persons and entities named in this footnote is 333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071.

(8) The investment adviser of D. E. Shaw Galvanic Portfolios, L.L.C. ("Portfolios") is D. E. Shaw Adviser II, L.L.C. ("Adviser") and the manager is D. E. Shaw Manager II, L.L.C. ("Manager"). The managing member of Adviser is D. E. Shaw & Co., L.P. ("DESCO LP") and the managing member of Manager is D. E. Shaw & Co., L.L.C. ("DESCO LLC"). DESCO LP and DESCO LLC may be deemed to have the shared power to exercise voting and investment control with respect to the shares held by Portfolios. Julius Gaudio, Maximilian Stone and Eric Wepsic, or their designees, exercise voting and investment control over such shares on DESCO LP, and DESCO LLC's behalf. D. E. Shaw & Co., Inc. ("DESCO Inc."), as general partner of DESCO LP and D. E. Shaw & Co. II, Inc. ("DESCO II Inc."), as managing member of DESCO LLC, may be deemed to have the shared power to exercise voting and investment control with respect to the shares. Each of DESCO LP, DESCO LLC, DESCO Inc., and DESCO II Inc. disclaims beneficial ownership of the shares. By virtue of David E. Shaw's position as President and sole shareholder of DESCO Inc. and as President and sole shareholder of DESCO II Inc., he may be deemed to have the shared power to exercise voting and investment control with respect to the shares. David E. Shaw disclaims beneficial ownership of the shares held by Portfolios. The business address of each person and entity named in this footnote is 1166 Avenue of the Americas, Ninth Floor, New York, NY 10036.

(9) Number of shares beneficially owned prior to the completion of this offering includes (i) 495,719 shares held of record by Oceana Master Fund Ltd., (ii) 472,237 shares held of record by Amundi Absolute Return Pentwater Fund PLC, which is not a selling stockholder, (iii) 501,359 shares held of record by Pentwater Capital Management LP as investment advisor to LMA SPC for and on behalf of MAP98 Segregated Portfolio, (iv) 23,539 shares held of record by Pentwater Equity Opportunities Master Fund Ltd, (v) 1,625,707 shares held of record by PWCM Master Fund Ltd and (vi) 10,011 shares held of record by Pentwater Merger Arbitrage Master Fund Ltd. Matthew C. Halbower, CIO and CEO of Pentwater Capital Management LP, exercises voting and investment control with respect to the shares held by the entities named in this footnote. The business address for each person and entity named in this footnote is 614 Davis St., Evanston, IL 60201.

(10) Represents 2,632,716 shares held of record by Double Black Diamond Offshore Ltd. ("Double Black Diamond") prior to the completion of this offering. The investment advisor of Double Black Diamond is Carlson Capital, L.P., and the general partner of Carlson Capital, L.P. is Asgard Investment Corp. II. The sole stockholder of Asgard Investment Corp. II is Asgard Investment Corp., and Clint D. Carlson is its controlling person. The business address of each person and entity named in this footnote is 2100 McKinney Ave, Suite 1800, Dallas, TX 75201.

(11) Number of shares beneficially owned prior to the completion of this offering includes (i) 108,914 shares held of record by ASIP (Holdco) IV S.à.r.l. ("ASIP IV"), (ii) 54,455 shares held of record by Arcs Multi-Strategy Credit Fund V (H), L.P. ("Multi-Strategy Fund"), (iii) 245,057 shares held of record by Transatlantic Reinsurance Company ("Transatlantic"), (iv) 117,990 shares held of record by RSUI

119

Table of Contents

Indemnity Company ("RSUI"), (v) 811,002 shares held of record by Ares Special Situations Fund III, L.P. ("Special Situations Fund III") and (vi) 868,825 shares held of record by Ares Special Situations Fund IV, L.P. ("Special Situations Fund IV").

The investment manager of ASIP IV is ASIP Operating Manager IV LLC, the sole member of which is Ares Capital Management III LLC ("ACM III"). The manager of Multi-Strategy Fund is Ares MSCF V (H) Management LLC, the manager of which is ACM III. The portfolio manager of Transatlantic and RSUI is Ares ASIP VII Management, L.P., the general partner of which is Ares ASIP VII GP, LLC, the sole member of which is Ares Management LLC ("AM LLC"). The manager of Special Situations Fund III is ASSF Operating Manager III, LLC, the sole member of which is AM LLC. The manager of Special Situations Fund IV is ASSF Operating Manager IV, L.P., the general partner of which is AM LLC. The sole member of ACM III is AM LLC. The sole member of AM LLC is Ares Management Holdings L.P. ("Ares Management Holdings") and the general partner of Ares Management Holdings is Ares Holdco LLC ("Ares Holdco"). The sole member of Ares Holdco is Ares Holdings Inc. ("Ares Holdings"), whose sole stockholder is Ares Management, L.P. ("Ares Management"). The general partner of Ares Management is Ares Management GP LLC ("Ares Management GP") and the sole member of Ares Management GP is Ares Partners Holdco LLC ("Ares Partners" and, together with ASIP IV, Multi-Strategy Fund, Transatlantic, RSUI, Special Situations Fund III, Special Situations Fund IV, ASIP Operating Manager IV LLC, Ares MSCF V (H) Management LLC, Ares ASIP VII Management, L.P., Ares ASIP VII GP, LLC, ASSF Operating Manager III, LLC, ASSF Operating Manager IV, L.P., ACM III, AM LLC, Ares Management Holdings, Ares Holdco, Ares Holdings, Ares Management, and Ares Management GP, the "Ares Entities"). Ares Partners is managed by a board of managers, which is composed of Michael Arougheti, R. Kipp deVeer, David Kaplan, Antony Ressler and Bennett Rosenthal. Decisions by Ares Partners' board of managers generally are made by a majority of the members, which majority, subject to certain conditions, must include Antony Ressler. Each of the Ares Entities (other than ASIP IV, Multi-Strategy Fund, Transatlantic, RSUI, Special Situations Fund III and Special Situations Fund IV with respect to the shares held directly by each of them) and the members of Ares Partners' board of managers and the other directors, officers, partners, stockholders, members and managers of the Ares Entities expressly disclaims beneficial ownership of the shares of common stock. The address of each Ares Entity is 2000 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

(12) Number of shares beneficially owned prior to the completion of this offering includes (i) 1,384,132 shares held of record by Aristeia Horizons LP ("Horizons"), (ii) 77,927 shares held of record by Compass TSMA L.P. ("TSMA"), (iii) 54,016 shares held of record by Compass ESMA LP ("ESMA"), (iv) 82,202 shares held of record by Windermere Ireland Fund PLC ("Ireland Fund") and (v) 92,260 shares held of record by ASIG International Limited ("ASIG"). Horizons, Ireland Fund and ASIG are not selling stockholders in this offering.

Aristeia Capital, L.L.C. and Aristeia Advisors, L.P. (collectively, "Aristeia") may be deemed the beneficial owners of the securities described herein in their capacity as the investment manager and/or general partner, as the case may be, of Horizons, TSMA, ESMA, Ireland Fund and ASIG (each an "Aristeia Fund" and collectively, the "Aristeia Funds"), which are the holders of such securities. As investment manager, trading advisor and/or general partner of each Aristeia Fund, Aristeia has voting and investment control with respect to the securities held by each Aristeia Fund. Anthony M. Frascella is the Chief Investment Officer of Aristeia. Each of Aristeia and such individual disclaims beneficial ownership of the securities referenced herein except to the extent of its or his direct or indirect economic interest in the Aristeia Funds. The business address for each of the persons and entities is c/o Aristeia Capital L.L.C., One Greenwich Plaza, Greenwich, CT 06830.

**Relationships with Selling Stockholders**

None of the selling stockholders, other than Apollo, has had any material relationships with the Company within the past three years other than representation on our Board of Directors as described in the table above. See "Certain Relationships and Related Party Transactions."