# EXHIBIT 37

McKinsey Investments Weren't Disclosed in Bankruptcy Cases - WSJ    https://www.wsj.com/articles/mckinsey-investments-werent-disclosed-in...

Case 15-10541-BLS    Doc 2417-37    Filed 04/24/19    Page 2 of 4
Case 18-35672   Document 669-1   Filed in TXSB on 12/03/18   Page 60 of 95

DOW JONES, A NEWS CORP COMPANY ▼

DJIA **25270.83** -0.43% ▼        S&P 500 **2723.06** -0.63% ▼        Nasdaq **7356.99** -1.04% ▼        U.S. 10 Yr **0/32 Yield** 3.214% ▼        Crude Oil **62.86** -1.30%

THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.
https://www.wsj.com/articles/mckinsey-investments-werent-disclosed-in-bankruptcy-cases-1529423138

BUSINESS

# McKinsey Investments Weren't Disclosed in Bankruptcy Cases

Retirement fund invested in hedge funds with financial interests in six bankrupt companies the consulting firm was advising



Rules governing the chapter 11 bankruptcy process require advisers to disclose all relationships that might give rise to a conflict of interest. **PHOTO:** DAVE COLE/THE WALL STREET JOURNAL

*By Gretchen Morgenson and Tom Corrigan*

June 19, 2018 11:45 a.m. ET

A McKinsey & Co. retirement fund held investments that gave it a financial interest in the outcome of six bankruptcy cases in which the company also was serving as an adviser, court and regulatory filings show.

McKinsey's restructuring unit, known as McKinsey RTS, didn't disclose those investments publicly. Rules governing the chapter 11 bankruptcy process require advisers to disclose all relationships that might give rise to a conflict of interest, to ensure that advisers will be disinterested advocates for their clients and that other participants in the cases are aware of them.

The McKinsey retirement fund's investments with two hedge-fund companies, Whitebox Advisors LLC and Strategic Value Partners LLC, gave it a stake in the debt or other obligations of six companies that sought bankruptcy protection: United Airlines parent UAL Corp. in 2002; American Airlines parent AMR Corp. in 2011; Edison Mission Energy in 2012; NII Holdings Inc. in 2014; Alpha Natural Resources Inc. in 2015; and SunEdison Inc. in 2016. McKinsey was a bankruptcy adviser to all six companies.

The Wall Street Journal reported on the Alpha Natural Resources investment in April in an article about McKinsey's scant disclosures in bankruptcy courts.

In each bankruptcy case McKinsey advised on, its officials signed a sworn statement that the firm was a disinterested party.

"McKinsey RTS' bankruptcy disclosures meet all legal requirements and have been consistently approved by the courts," a McKinsey spokesman said.

In response to questions about the investments, the spokesman said MIO Partners, a

McKinsey unit that oversees the retirement fund and other investments, "operates primarily as a 'fund of funds,' investing in a broad set of third-party managers who make specific investment decisions, independent of MIO and McKinsey & Co."

The spokesman said that MIO is run independently of McKinsey. Regulatory filings show that six of the 11 MIO directors are current McKinsey officials and an additional three are former McKinsey executives. MIO's co-CEO and chief risk officer are former McKinsey executives. Jon Garcia, the founder of McKinsey's restructuring unit, was a director at MIO Partners for 11 years before stepping down last year, according to regulatory filings. Mr. Garcia declined to comment.

The retirement-fund investments appear in filings with the Labor Department and were cross-checked against bankruptcy cases in which McKinsey played an advisory role.

> Those investments were valued around $130 million as of December 2016, the latest data available. The six cases account for half of the 12 chapter 11 bankruptcy

cases on which McKinsey worked from 2002 through 2016.

Interactions between advisers such as McKinsey and creditors including hedge funds aren't detailed in bankruptcy-court filings. It isn't clear how much—or even whether—the outcome of five of the bankruptcy cases benefited the investments of MIO Partners. In one case, Alpha Natural Resources, the hedge fund McKinsey invested in received valuable assets.

A spokeswoman for the U.S. Trustee, the arm of the Justice Department that monitors the bankruptcy system for abuse, said in a written statement: "Conflicts and disclosure analysis has become more complex in recent years, as financial advisory firms have grown larger with more complex corporate structures with affiliates." She declined to comment on whether the Trustee was aware of the McKinsey investments.

Adam J. Levitin, a professor at Georgetown University Law School, said: "In bankruptcy, it is not simply that you have to disclose. Even after you disclose, you have to be disinterested."

The McKinsey retirement fund with the hedge-fund investments is run for current and former employees and had $5.6 billion in assets at the end of 2016. MIO Partners also manages an additional $6.5 billion for the firm's partners, employees and their families, regulatory filings show.

Other bankruptcy advisers also have retirement funds for employees, but they held no hedge funds or offshore accounts, documents show. Instead they offered participants a menu of large U.S. mutual funds that are transparent and liquid.

Whitebox, one of the hedge funds handling the retirement-fund money, declined to comment on specific investments or client relationships. A fund spokesman said the firm makes its investment decisions independently.

Strategic Value Partners, the other hedge fund, oversees Strategic Value Master Fund, which held debt in Edison Mission Energy and SunEdison. McKinsey was an adviser to both companies.

Regulatory filings show that McKinsey's retirement plan had $7 million in a portfolio that invested in the Strategic Value Master Fund during 2013, when most of the action in the Edison Mission bankruptcy took place. At the end of 2016, the year SunEdison filed for bankruptcy protection, McKinsey's retirement fund had less than $10,000 in holdings in the Master Fund, the regulatory filings show.

A spokesman for Strategic Value Partners didn't respond to a request for comment.



The McKinsey retirement fund's investments with two hedge-fund companies gave it a financial interest in six companies that sought bankruptcy protection. **PHOTO:** ARND WIEGMANN/REUTERS

Over the years, the McKinsey retirement fund also invested $425 million with other asset-management firms, including Citadel LLC and Cerberus Capital Management LP, that were creditors of seven companies in bankruptcy while McKinsey was advising them. It is unclear whether either firm used McKinsey's investment capital to buy debt in those companies.

Citadel's spokesman declined to comment, and a representative of Cerberus didn't respond to a request for comment.

**Write to** Gretchen Morgenson at gretchen.morgenson@wsj.com and Tom Corrigan at tom.corrigan@wsj.com

*Appeared in the June 20, 2018, print edition as 'McKinsey Held Back Chapter 11 Positions.'*

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.