# EXHIBIT 40

# MIO - ID Numbers for 2015

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| FilingID | FormVersion | DateSubmitted | 1A | 1B | 1C-Legal | 1C-Business | 1C-New Name | 1D | 1E |
|---|---|---|---|---|---|---|---|---|---|
| 884622 | Oct-12 | 3/31/2015 9:40 | MIO PARTNERS, INC. | MIO PARTNERS, INC. | N | N | | 801-41495 | 108637 |
| 920177 | Oct-12 | 5/21/2015 9:04 | MIO PARTNERS, INC. | MIO PARTNERS, INC. | N | N | | 801-41495 | 108637 |
| 921188 | Oct-12 | 5/22/2015 13:27 | MIO PARTNERS, INC. | MIO PARTNERS, INC. | N | N | | 801-41495 | 108637 |
| 924208 | Oct-12 | 5/27/2015 15:30 | MIO PARTNERS, INC. | MIO PARTNERS, INC. | N | N | | 801-41495 | 108637 |

1

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 1F1-Street 1 | 1F1-Street 2 | 1F1-City | 1F1-State | 1F1-Country | 1F1-Postal | 1F1-Private | 1F2-M-F | 1F2-Other | 1F2-Hours | 1F3 | 1F4 | 1G-Street 1 | 1G-Street 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY | United States | 10167 | N | Monday - Friday | | 9:00 A.M.-5:00 P.M. | 646-798-3200 | 212-891-4909 | | |
| 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY | United States | 10167 | N | Monday - Friday | | 9:00 A.M.-5:00 P.M. | 212-203-4000 | 646-217-4000 | | |
| 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY | United States | 10167 | N | Monday - Friday | | 9:00 A.M.-5:00 P.M. | 212-203-4000 | 646-217-4000 | | |
| 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY | United States | 10167 | N | Monday - Friday | | 9:00 A.M.-5:00 P.M. | 212-203-4000 | 646-217-4000 | | |

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 1G-City | 1G-State | 1G-Country | 1G-Postal | 1G-Private | 1I | 1J-Name | 1J-Title | 1J-Phone | 1J-Fax | 1J-Street 1 | 1J-Street 2 | 1J-City | 1J-State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Y | GUY F. TALARICO | | 646-240-4420 | 212-891-4909 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY |
| | | | | | Y | GUY F. TALARICO | | 646-240-4420 | 646-217-4000 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY |
| | | | | | Y | GUY F. TALARICO | | 646-240-4420 | 646-217-4000 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY |
| | | | | | Y | GUY F. TALARICO | | 646-240-4420 | 646-217-4000 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & COMPANY | NEW YORK | NY |

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 1J-Country | 1J-Postal | 1J-Email | Reg Contact-Name | Reg Contact-Title | Reg Contact-Phone | Reg Contact-Fax | Reg Contact-Street 1 | Reg Contact-Street 2 | Reg Contact-City |
|---|---|---|---|---|---|---|---|---|---|
| United States | 10167 | GTALARICO@ALARICCOMPLIANCE.COM | CASEY LIPSCOMB | VICE PRESIDENT -- LEGAL & ASSOCIATE GENERAL COUNSEL | (212) 203-4082 | 646-307-6561 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & CO. | NEW YORK |
| United States | 10167 | GUY_TALARICO@MIOPARTNERS.COM | CASEY LIPSCOMB | GENERAL COUNSEL AND SECRETARY | (212) 203-4082 | 646-307-6561 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & CO. | NEW YORK |
| United States | 10167 | GUY_TALARICO@MIOPARTNERS.COM | CASEY LIPSCOMB | GENERAL COUNSEL AND SECRETARY | (212) 203-4082 | 646-307-6561 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & CO. | NEW YORK |
| United States | 10167 | GUY_TALARICO@MIOPARTNERS.COM | CASEY LIPSCOMB | GENERAL COUNSEL AND SECRETARY | (212) 203-4082 | 646-307-6561 | 245 PARK AVENUE, 13TH FLOOR | C/O MCKINSEY & CO. | NEW YORK |

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| Reg Contact- State | Reg Contact- Country | Reg Contact- Postal | Reg Contact- Email | 1K/1L Books and Records | 1M | 1N | 1N-CIK | 1O | 1P | 4A | 4B | 5A-Range | 5A-Number | 5B1-Range | 5B1-Number | 5B2-Range | 5B2-Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NY | United States | 10167 | CASEY_LIPSCOMB@MIOPARTNERS.COM | Y | N | N | | N | 82E6XECQ6EF1KVVIKP88 | | N | | 144 | | 37 | | 0 |
| NY | United States | 10167 | CASEY_LIPSCOMB@MIOPARTNERS.COM | Y | N | N | | N | 82E6XECQ6EF1KVVIKP88 | | N | | 144 | | 37 | | 0 |
| NY | United States | 10167 | CASEY_LIPSCOMB@MIOPARTNERS.COM | Y | N | N | | N | 82E6XECQ6EF1KVVIKP88 | | N | | 144 | | 37 | | 0 |
| NY | United States | 10167 | CASEY_LIPSCOMB@MIOPARTNERS.COM | Y | N | N | | N | 82E6XECQ6EF1KVVIKP88 | | N | | 144 | | 37 | | 0 |

**MIO - ID Numbers for 2015**
Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 5B3-Range | 5B3-Number | 5B4 | 5B5 | 5B6 | 5C-Range | 5C-Number | 5C2 | 5D1/5D1a | 5D2/5D1b | 5D3/5D1c | 5D4/5D1d | 5D5/5D1e | 5D6/5D1f | 5D5/5D1g | 5D7/5D1h | 5D8/5D1i | 5D9/5D1j | 5D1k | 5D1l | 5D10/5D1m |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | More than 100 | 26-300 | 7 | 26-50% | 50% | None | None | None | 11-25% | Up to 10% | None | None | None | None | None | Up to 10% |
| 0 | 0 | 0 | 0 | 0 | More than 100 | 26-300 | 7 | 26-50% | 50% | None | None | None | 11-25% | Up to 10% | None | None | None | None | None | Up to 10% |
| 0 | 0 | 0 | 0 | 0 | More than 100 | 26-300 | 7 | 26-50% | 50% | None | None | None | 11-25% | Up to 10% | None | None | None | None | None | Up to 10% |
| 0 | 0 | 0 | 0 | 0 | More than 100 | 26-300 | 7 | 26-50% | 50% | None | None | None | 11-25% | Up to 10% | None | None | None | None | None | Up to 10% |

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 5D10-Other/5D1m-Other | 5D2a | 5D2b | 5D2c | 5D2d | 5D2e | 5D2f | 5D2g | 5D2h | 5D2i | 5D2j | 5D2k | 5D2l | 5D2m | 5D2m-Other | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEES SECURITIES COMPANIES | None | None | None | None | None | Up to 75% | Up to 25% | None | None | None | None | None | Up to 25% | EMPLOYEES SECURITIES COMPANIES | Y | N | N | N | N | N | |
| EMPLOYEES SECURITIES COMPANIES | None | None | None | None | None | Up to 75% | Up to 25% | None | None | None | None | None | Up to 25% | EMPLOYEES SECURITIES COMPANIES | Y | N | N | N | Y | N | |
| EMPLOYEES SECURITIES COMPANIES | None | None | None | None | None | Up to 75% | Up to 25% | None | None | None | None | None | Up to 25% | EMPLOYEES SECURITIES COMPANIES | Y | N | N | N | Y | N | |
| EMPLOYEES SECURITIES COMPANIES | None | None | None | None | None | Up to 75% | Up to 25% | None | None | None | None | None | Up to 25% | EMPLOYEES SECURITIES COMPANIES | Y | N | N | N | Y | N | |

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 5E7-Other | 5F1 | 5F2a | 5F2b | 5F2c | 5F2d | 5F2e | 5F2f | 5G1 | 5G2 | 5G3 | 5G4 | 5G5 | 5G6 | 5G7 | 5G8 | 5G9 | 5G10 | 5G11 | 5G12 | 5G10/5G12-Other | 5H | 5H-Other | 5I1 | 5I2 | 5J | 6A1 | 6A2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | | 14004492318 | 0 | 14004492318 | 58 | 0 | 58 | Y | N | N | Y | N | N | Y | N | N | N | N | Y | PORTFOLIO MANAGEMENT FOR EMPLOYEES SECURITIES COMPANIES | 101-250 | | | | | N | N | N | N | N |
| Y | | 22285761517 | 0 | 22285761517 | 58 | 0 | 58 | Y | N | N | Y | N | N | Y | N | N | N | N | Y | PORTFOLIO MANAGEMENT FOR EMPLOYEES SECURITIES COMPANIES | 101-250 | | | | | N | N | N | N | N |
| Y | | 22285761517 | 0 | 22285761517 | 58 | 0 | 58 | Y | N | N | Y | N | N | Y | N | N | N | N | Y | PORTFOLIO MANAGEMENT FOR EMPLOYEES SECURITIES COMPANIES | 101-250 | | | | | N | N | N | N | N |
| Y | | 22285761517 | 0 | 22285761517 | 58 | 0 | 58 | Y | N | N | Y | N | N | Y | N | N | N | N | Y | PORTFOLIO MANAGEMENT FOR EMPLOYEES SECURITIES COMPANIES | 101-250 | | | | | N | N | N | N | N |

8

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

```
                  6 6 6 6 6                             7 7 7 7 7 7 7
6 6 6 6 6 6 6 A A A A A 6A7/6A 6 6  6 7 7 7 7 7 7 7 7 A A A A A A  8 8 8 8 8 8 8 8 8      8 8
A A A A A A A 1 1 1 1 1 14-      B B  B A A A A A A A A 1 1 1 1 1 1 7 A A B B B C C C C 8 8 8 G G
3 4 5 6 7 8 9 0 1 2 3 4 Other   1 2  3 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 B 1 2 3 1 2 3 1 2 3 4 D E F 1 2




Y N N N N N N N N N N           N    N N Y N N N N N N N N N N N N Y Y N Y Y N Y N Y Y Y Y N N    Y Y




Y N N N N N N N N N N           N    N N Y N N N N N N N N N N N N Y Y N Y Y N Y N Y Y Y Y N N    Y Y




Y N N N N N N N N N N           N    N N Y N N N N N N N N N N N N Y Y N Y Y N Y N Y Y Y Y N N    Y Y




Y N N N N N N N N N N           N    N N Y N N N N N N N N N N N N Y Y N Y Y N Y N Y Y Y Y N N    Y Y
```

9

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

```
             9 9              9 9
             A A              B B
             1 2              1 2                  1
             / /              / /                  0                                                      1 1
             9 9              9 9 9 9              /   1 1 1 1 1 1 1 1 1 1 1 1 1 1                        1 1
             A A              B B B B  9 9 9 9 9   1   1 1 1 1 1 1 1 1 1 1 1 1 1 1          1 1 H H
8 8 1 1      9A 1 1 2 2 9 C C C C D D              0   A A B B C C C C D D D D D            1 1 1 1
H I  a b 9A2a     2b a  b  a b C 1 2 3 4 1 2 9E 9F A # 1 2 1 2 1 2 3 4 5 1 2 3 4 5 # # # # F G a b




N N Y Y  14004492318  58 N N        N Y N N N      42 N N N N N N N N N N N N N N N N N N N N N N




N N Y Y  14004492318  58 N N        N Y N N N      42 N N N N N N N N N N N N N N N N N N N N N N




N N Y Y  14004492318  58 N N        N Y N N N      42 N N N N N N N N N N N N N N N N N N N N N N




N N Y Y  14004492318  58 N N        N Y N N N      42 N N N N N N N N N N N N N N N N N N N N N N
```

10

**MIO - ID Numbers for 2015**

Excerpts, File IA_ADV_Base_A_20150316_20150930,
Rows 1, 5993, 12179, and 12379

| 1c | 1 H H2 | 1 1 2 A | 1 2 B 1 | 1 2 B 2 | 1 C 1 | 12 C2 | Execution Type | Signatory | Execution Date | Title |
|---|---|---|---|---|---|---|---|---|---|---|
| N | N | | | | | | Domestic | GUY F. TALARICO | 3/31/2015 | CHIEF COMPLIANCE OFFICER |
| N | N | | | | | | Domestic | GUY F. TALARICO | 5/21/2015 | CHIEF COMPLIANCE OFFICER |
| N | N | | | | | | Domestic | GUY F. TALARICO | 5/22/2015 | CHIEF COMPLIANCE OFFICER |
| N | N | | | | | | Domestic | GUY F. TALARICO | 5/27/2015 | CHIEF COMPLIANCE OFFICER |

11