# EXHIBIT 41

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,

Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| FilingID | Reference ID | Name of Prime Broker | SEC Number | CRD Number | City | State | Country | Custodian |
|---|---|---|---|---|---|---|---|---|
| 884622 | 54329 | MORGAN STANLEY & CO LLC | | | NEW YORK | New York | United States | N |
| 884622 | 54329 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 884622 | 59252 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 884622 | 59252 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | Y |
| 884622 | 54329 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 884622 | 54329 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 884622 | 54329 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 884622 | 54329 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |
| 884622 | 59252 | BANK OF AMERICA N.A. | | | CHARLOTTE | North Carolina | United States | Y |
| 884622 | 59252 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 884622 | 59252 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 884622 | 59252 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 884622 | 28395 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 884622 | 28395 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 884622 | 28395 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 884622 | 28395 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 884622 | 28395 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |
| 884622 | 28395 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 884622 | 28430 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 884622 | 28430 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 884622 | 28430 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 884622 | 28430 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 884622 | 28430 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | Y |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 884622 | 28430 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 884622 | 28240 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | N |
| 884622 | 28240 | MORGAN STANLEY INTERNATIONAL PLC | | | NEW YORK | New York | United States | N |
| 884622 | 28430 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 884622 | 28395 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 884622 | 28395 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 884622 | 28240 | BARCLAYS CAPITAL INC. | 8-41342 | 19714 | NEW YORK | New York | United States | Y |
| 884622 | 28240 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | N |
| 884622 | 28240 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 884622 | 28430 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 884622 | 28430 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 884622 | 28240 | DEUTSCHE BANK AG | | | LONDON | | United Kingdom | N |
| 884622 | 59252 | GOLDMAN SACHS & CO | | | NEW YORK | New York | United States | Y |
| 884622 | 59252 | MERRILL LYNCH PROFESSIONAL CLEARING CORP | | | NEW YORK | New York | United States | N |
| 884622 | 28430 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 884622 | 28395 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 920177 | 54329 | MORGAN STANLEY & CO LLC | | | NEW YORK | New York | United States | N |
| 920177 | 54329 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 920177 | 59252 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 920177 | 59252 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | Y |
| 920177 | 54329 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 920177 | 54329 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 920177 | 54329 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 920177 | 54329 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| | | | | | City | State/Province | Country | |
|---|---|---|---|---|---|---|---|---|
| 920177 | 59252 | BANK OF AMERICA N.A. | | | CHARLOTTE | North Carolina | United States | Y |
| 920177 | 59252 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 920177 | 59252 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 920177 | 59252 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 920177 | 28395 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 920177 | 28395 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 920177 | 28395 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 920177 | 28395 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 920177 | 28395 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |
| 920177 | 28395 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 920177 | 28430 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 920177 | 28430 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 920177 | 28430 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 920177 | 28430 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 920177 | 28430 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | Y |
| 920177 | 28430 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 920177 | 28240 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | N |
| 920177 | 28240 | MORGAN STANLEY INTERNATIONAL PLC | | | NEW YORK | New York | United States | N |
| 920177 | 28430 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 920177 | 28395 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 920177 | 28395 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 920177 | 28240 | BARCLAYS CAPITAL INC. | 8-41342 | 19714 | NEW YORK | New York | United States | Y |
| 920177 | 28240 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | N |
| 920177 | 28240 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 920177 | 28430 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 920177 | 28430 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 920177 | 28240 | DEUTSCHE BANK AG | | | LONDON | | United Kingdom | N |
| 920177 | 59252 | GOLDMAN SACHS & CO | | | NEW YORK | New York | United States | Y |
| 920177 | 59252 | MERRILL LYNCH PROFESSIONAL CLEARING CORP | | | NEW YORK | New York | United States | N |
| 920177 | 28430 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 920177 | 28395 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 921188 | 54329 | MORGAN STANLEY & CO LLC | | | NEW YORK | New York | United States | N |
| 921188 | 54329 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 921188 | 59252 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 921188 | 59252 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | Y |
| 921188 | 54329 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 921188 | 54329 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 921188 | 54329 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 921188 | 54329 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |
| 921188 | 59252 | BANK OF AMERICA N.A. | | | CHARLOTTE | North Carolina | United States | Y |
| 921188 | 59252 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 921188 | 59252 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 921188 | 59252 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 921188 | 28395 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 921188 | 28395 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 921188 | 28395 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | Y |
| 921188 | 28395 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 921188 | 28395 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | N |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17204

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 921188 | 28395 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 921188 | 28430 | JP MORGAN MARKETS LIMITED | | | NEW YORK | New York | United States | N |
| 921188 | 28430 | JP MORGAN CHASE BANK N.A. | | | NEW YORK | New York | United States | Y |
| 921188 | 28430 | JP MORGAN SECURITIES LLC | | | NEW YORK | New York | United States | N |
| 921188 | 28430 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | Y |
| 921188 | 28430 | MORGAN STANLEY INTERNATIONAL PLC | | | LONDON | | United Kingdom | Y |
| 921188 | 28430 | DEUTSCHE BANK AG | | | NEW YORK | New York | United States | Y |
| 921188 | 28240 | BARCLAYS BANK PLC | | | LONDON | | United Kingdom | N |
| 921188 | 28240 | MORGAN STANLEY INTERNATIONAL PLC | | | NEW YORK | New York | United States | N |
| 921188 | 28430 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 921188 | 28395 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 921188 | 28395 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 921188 | 28240 | BARCLAYS CAPITAL INC. | 8-41342 | 19714 | NEW YORK | New York | United States | Y |
| 921188 | 28240 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | N |
| 921188 | 28240 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 921188 | 28430 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 921188 | 28430 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 921188 | 28240 | DEUTSCHE BANK AG | | | LONDON | | United Kingdom | N |
| 921188 | 59252 | GOLDMAN SACHS & CO | | | NEW YORK | New York | United States | Y |
| 921188 | 59252 | MERRILL LYNCH PROFESSIONAL CLEARING CORP | | | NEW YORK | New York | United States | N |
| 921188 | 28430 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 921188 | 28395 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 924208 | 54329 | MORGAN STANLEY & CO LLC | | | NEW YORK | New York | United States | N |
| 924208 | 54329 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| | | | | | | |
|---|---|---|---|---|---|---|
| 924208 | 59252 | DEUTSCHE BANK SECURITIES INC.  8-17822 | 2525 NEW YORK | New York | United States | Y |
| 924208 | 59252 | JP MORGAN CLEARING CORP | NEW YORK | New York | United States | Y |
| 924208 | 54329 | JP MORGAN MARKETS LIMITED | NEW YORK | New York | United States | N |
| 924208 | 54329 | JP MORGAN CHASE BANK N.A. | NEW YORK | New York | United States | Y |
| 924208 | 54329 | JP MORGAN SECURITIES LLC | NEW YORK | New York | United States | Y |
| 924208 | 54329 | MORGAN STANLEY INTERNATIONAL PLC | LONDON | | United Kingdom | N |
| 924208 | 59252 | BANK OF AMERICA N.A. | CHARLOTTE | North Carolina | United States | Y |
| 924208 | 59252 | JP MORGAN MARKETS LIMITED | NEW YORK | New York | United States | N |
| 924208 | 59252 | JP MORGAN CHASE BANK N.A. | NEW YORK | New York | United States | Y |
| 924208 | 59252 | JP MORGAN SECURITIES LLC | NEW YORK | New York | United States | N |
| 924208 | 28395 | JP MORGAN MARKETS LIMITED | NEW YORK | New York | United States | N |
| 924208 | 28395 | JP MORGAN CHASE BANK N.A. | NEW YORK | New York | United States | Y |
| 924208 | 28395 | JP MORGAN SECURITIES LLC | NEW YORK | New York | United States | Y |
| 924208 | 28395 | BARCLAYS BANK PLC | LONDON | | United Kingdom | Y |
| 924208 | 28395 | MORGAN STANLEY INTERNATIONAL PLC | LONDON | | United Kingdom | N |
| 924208 | 28395 | DEUTSCHE BANK AG | NEW YORK | New York | United States | Y |
| 924208 | 28430 | JP MORGAN MARKETS LIMITED | NEW YORK | New York | United States | N |
| 924208 | 28430 | JP MORGAN CHASE BANK N.A. | NEW YORK | New York | United States | Y |
| 924208 | 28430 | JP MORGAN SECURITIES LLC | NEW YORK | New York | United States | N |
| 924208 | 28430 | BARCLAYS BANK PLC | LONDON | | United Kingdom | Y |
| 924208 | 28430 | MORGAN STANLEY INTERNATIONAL PLC | LONDON | | United Kingdom | Y |
| 924208 | 28430 | DEUTSCHE BANK AG | NEW YORK | New York | United States | Y |
| 924208 | 28240 | BARCLAYS BANK PLC | LONDON | | United Kingdom | N |
| 924208 | 28240 | MORGAN STANLEY INTERNATIONAL PLC | NEW YORK | New York | United States | N |

**MIO Prime Brokers for 2015**

Excerpts, File IA_Schedule_D_7B1A24_20150316_20150930,
Rows 1, 6357-6394, 16708-16746, 16897-16932, and 17206-17244

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 924208 | 28430 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 924208 | 28395 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 924208 | 28395 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 924208 | 28240 | BARCLAYS CAPITAL INC. | 8-41342 | 19714 | NEW YORK | New York | United States | Y |
| 924208 | 28240 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | N |
| 924208 | 28240 | MORGAN STANLEY & CO. LLC | 8-15869 | 8209 | NEW YORK | New York | United States | Y |
| 924208 | 28430 | DEUTSCHE BANK SECURITIES INC. | 8-17822 | 2525 | NEW YORK | New York | United States | Y |
| 924208 | 28430 | JP MORGAN CLEARING CORP | | | NEW YORK | New York | United States | N |
| 924208 | 28240 | DEUTSCHE BANK AG | | | LONDON | | United Kingdom | N |
| 924208 | 59252 | GOLDMAN SACHS & CO | | | NEW YORK | New York | United States | Y |
| 924208 | 59252 | MERRILL LYNCH PROFESSIONAL CLEARING CORP | | | NEW YORK | New York | United States | N |
| 924208 | 28430 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |
| 924208 | 28395 | BARCLAYS CAPITAL INC | | | NEW YORK | New York | United States | Y |