# EXHIBIT 43

## Insurance
## Company Overview of Allianz SE

December 30, 2018 3:05 PM ET

**Snapshot** | **People**

**Company Overview**

Allianz SE, together with its subsidiaries, provides property-casualty insurance, life/health insurance, and asset management products and services worldwide. The company's Property-Casualty segment offers various insurance products, including motor liability and own damage, accident, general liability, fire and property, legal expense, credit, and travel insurance products to private and corporate customers. Its Life/Health segment provides a range of life and health insurance products on an individual and a group basis, such as annuities, endowment and term insurance, and unit-linked and investment-oriented products, as well as private health, supplemental health, and long-term care insura...

Detailed Description

Königinstrasse 28
Munich, 80802
Germany

Phone: 49 89 3800 0
www.allianz.com

Founded in **1890**
**140,553** Employees

**Key Executives For Allianz SE**

**Mr. Oliver Bäte**
Chairman of the Board of Management & CEO
Age: 53   Total Annual Compensation: €3.2M

**Christof Mascher**
COO & Member of the Board of Management
Age: 58   Total Annual Compensation: €2.0M

**Axel George Theis**
Member of the Board of Management
Age: 60   Total Annual Compensation: €2.2M

**Dr. Sergio Balbinot**
Member of the Board of Management
Age: 60   Total Annual Compensation: €2.1M

**Helga Elisabeth Jung**
Member of the Board of Management
Age: 57   Total Annual Compensation: €2.1M

Compensation as of Fiscal Year 2017.

**Allianz SE Key Developments**

### Enstar Group Limited Announces Joint Venture with Allianz and Hillhouse
Dec 11 18

Enstar Group Limited announced that it has entered into a joint venture to invest in Enhanzed Reinsurance Ltd. Enhanzed Re will reinsure life, non-life run-off, and property and casualty insurance business, initially sourced from Allianz SE and Enstar. Enstar, Allianz and Hillhouse affiliates have made equity investment commitments in aggregate of $470 million to Enhanzed Re. Enstar will own 47.4% of the entity, with Allianz owning 24.9%, and an affiliate of Hillhouse Capital Management Ltd. owning 27.7%. Enstar will act as the (re) insurance manager for Enhanzed Re. Hillhouse will act as primary investment manager and an affiliate of Allianz will also provide investment management services. Enhanzed Re intends to write business from affiliates of its operating sponsors, Allianz and Enstar. It will seek to underwrite business to maximize diversification by risk and geography.

### Allianz Group Reports Earnings Results for the Third Quarter and First Nine Months of 2018; Provides Earnings Guidance for the Full Year 2018
Nov 9 18

Allianz Group reported earnings results for the third quarter and first nine months of 2018. For the quarter, the company reported total revenue of EUR 30.5 billion compared to EUR 28.3 billion for the same period a year ago. Operating profit was EUR 2,988 million compared to EUR 2,477 million a year ago. Net income was EUR 1,921 million compared to EUR 1,670 million for the same quarter a year ago. Net income was EUR 1,921 million compared to EUR 1,670 million for the same period a year ago. Diluted earnings per share were EUR 4.54 per share compared to EUR 3.52 for the same period a year ago. Basic earnings per share were EUR 4.55 per share compared to EUR 3.53 for the same period a year ago. For the nine months. The company reported total revenue of EUR 97.8 billion compared to EUR 94.5 billion for the same period a year ago. Operating profit was EUR 8,742 million compared to EUR 8,337 million a year ago. Net income was EUR 5,946 million compared to EUR 5,683 million for the same quarter a year ago. Net income was EUR 5,946 million compared to EUR 5,683 million for the same period a year ago. Diluted earnings per share were EUR 13.36 per share compared to EUR 11.98 for the same period a year ago. Basic earnings per share were EUR 13.42 per share compared to EUR 11.98 for the same period a year ago. The company provides full-year 2018 operating profit outlook confirmed at EUR 11.1 billion plus or minus EUR 500 million.

### Allianz Mulls Acquisitions
Nov 9 18

Allianz SE (DB:ALV) is looking at potential acquisitions. Speaking in an interview with Bloomberg, Allianz SE Chief Financial Officer Giulio Terzariol said, "Yes, you saw the acquisition that we did recently with PIMCO. And we are looking at small bolt-on acquisition. I think we have a strong franchise both at PIMCO and AGI.

And then we want to add to those franchises through small acquisition, we can add to investment strategy and we have a platform that we can leverage. So you should not be surprised if you're going to see also in the future that we will continue with this strategy of adding boutiques and different kinds of strategies to our operations both at PIMCO and AGI".

| Similar Private Companies By Industry | |
|---|---|
| Company Name | Region |
| AdSurance GmbH | Europe |
| AFA AG | Europe |
| Agrippina Lebensversicherung AG | Europe |
| AIV Anlagen Immobilien Vermittlungsgesellschaft mbH | Europe |
| Albingia Lebensversicherung AG | Europe |

| Recent Private Companies Transactions | |
|---|---|
| Type<br>Date | Target |
| **Merger/Acquisition**<br>October 25, 2018 | 46 megawatt (MW) Ourika project |
| **Merger/Acquisition**<br>September 28, 2018 | Nuovo Trasporto Viaggiatori S.p.A. |
| **Merger/Acquisition**<br>July 2, 2018 | Adac Autoversicherung Ag |

**Request Profile Update**

\