# EXHIBIT 44

# Machinery
# Company Overview of BW/IP International Inc.

April 18, 2019 2:45 PM ET

**Snapshot**  **People**

**Company Overview**

As of July 22, 1997, BW/IP International Inc. was acquired by Flowserve Corp. BW/IP International Inc. supplied fluid transfer and control equipment systems and services as of the above date. Its main products were pumps, mechanical seals, and valves. The company designed, manufactured, distributed, and serviced centrifugal pumps for use in the power and petroleum industries, mechanical seals, and seal support systems for use in the petroleum and chemical industries; and valves for use in the power, process, and marine industries.

**Key Executives For BW/IP International Inc.**

BW/IP International Inc. does not have any Key Executives recorded.

200 Oceangate Boulevard
Suite 900
Long Beach, CA 90802
United States

**Phone:** 562-435-3700

**3,300** Employees

**Similar Private Companies By Industry**

| Company Name | Region |
| --- | --- |
| Gross-Wen Technologies, Inc. | United States |
| Ligchine International Corporation | United States |
| TriStrata Group, Inc | United States |
| +Vantage Corporation | United States |
| 101 Imports, Inc. | United States |

**Recent Private Companies Transactions**

| Type Date | Target |
| --- | --- |
| No transactions available in the past 12 months. | |

**Request Profile Update**

\