# EXHIBIT 47

MUELLER REPORT DROPS:   Read the key takeaways from the investigation   VIEW MORE

EDITION: UNITED STATES

Business    Markets    World    Politics    Tech    Breakingviews    Wealth    Life

Profile:

# CNA Financial Corp (CNA)

Related Topics:   STOCKS    STOCK SCREENER    FINANCIALS    PROPERTY & CASUALTY INSURANCE

| OVERVIEW | NEWS | KEY DEVELOPMENTS | PEOPLE | CHARTS | FINANCIALS | ANALYSTS | RESEARCH | PULSE |

| CNA on New York Consolidated | Change (% chg) | Prev Close $44.49 | Day's High $44.86 | Volume 32,831 | 52-wk High $51.46 |
|---|---|---|---|---|---|
| **44.80**USD 18 Apr 2019 | **$0.31** (+0.70%) | Open $44.60 | Day's Low $44.49 | Avg. Vol 261,348 | 52-wk Low $41.49 |

#### FULL DESCRIPTION

CNA Financial Corporation, incorporated on September 8, 1967, is an insurance holding company. The Company's segments include Specialty, Commercial, International, Life & Group Non-Core, and Corporate & Other Non-Core. The Company's insurance products primarily include commercial property and casualty coverages, including surety. Its services include risk management, information services, and warranty and claims administration. The Company's property and casualty, and life and group insurance operations are primarily conducted by Continental Casualty Company (CCC), The Continental Insurance Company, Western Surety Company, CNA Insurance Company Limited and Hardy Underwriting Bermuda Limited and its subsidiaries (Hardy).

The Company's Specialty segment provides a range of professional, financial, and specialty property, and casualty products and services, through a network of independent agents, brokers and managing general underwriters. The Specialty segment includes the business groups, such as management and professional liability, surety, and warranty and alternative risks. Its management and professional liability business group provides management and professional liability insurance and risk management services, and other specialized property and casualty coverages. This group provides professional liability coverages to various professional firms, including architects, real estate agents, accounting firms, law firms and other professional firms. Its management and professional liability business group also provides directors and officers (D&O), employment practices, fiduciary and fidelity coverages. Its specific areas of focus include small and mid-size firms, public, as well as privately held firms and not-for-profit organizations. Products within management and professional liability business group are distributed through brokers, independent agents and managing general underwriters.

The Company's management and professional liability business group, through CNA HealthCare, offers insurance products to serve the healthcare industry. Products include professional and general liability, as well as associated standard property and casualty coverages. Its customer groups include aging services, allied medical facilities, life sciences, dentists, physicians, hospitals and nurses and other medical practitioners. Its Surety business group offers small, medium and large contract and commercial surety bonds. Its Warranty and Alternative Risks business group provides extended service contracts and related products that provide protection from the financial burden associated with mechanical breakdown and other related losses, primarily for vehicles and portable electronic communication devices.

The Commercial segment markets a range of property and casualty insurance products and services to small, middle-market and large businesses. Property products include standard and excess property, marine and boiler and machinery coverages. Casualty products include standard casualty insurance products such as workers' compensation, general and product liability, commercial auto and umbrella coverages. It also offers specialized loss-sensitive insurance programs and total risk management services relating to claim and information services to the commercial insurance marketplace through its subsidiary, CNA ClaimPlus, Inc., a third-party administrator. Its property and casualty products are offered through its middle market, small business and other commercial insurance groups.

The Company's International segment provides management and professional liability coverages, as well as a range of other property and casualty insurance products and services abroad through a network of brokers, independent agencies and managing general underwriters, as well as the Lloyd's of London (Lloyd's) marketplace. The International business is grouped into business units, such as energy and marine, property, casualty, specialty, and healthcare and technology. The International business is managed across over three territorial platforms, such as Canada, CNA Europe and Hardy. Canada provides standard commercial and specialty insurance products, primarily in the marine, oil and gas, construction, manufacturing and life science industries. CNA Europe provides a range of specialty products, as well as commercial insurance products primarily in the marine, property, financial services, and healthcare and technology industries throughout Europe on both a domestic and cross border basis. Hardy operates through Lloyd's Syndicate 382 underwriting primarily short-tail exposures in energy, marine, property, casualty and specialty lines. The Life & Group Non-Core segment primarily includes the results of its individual and group long term care businesses that are in run-off. Its Corporate & Other Non-Core segment primarily includes certain corporate expenses, including interest on corporate debt, and the results of certain property and casualty business in run-off, including CNA Re, and asbestos and environmental pollution (A&EP).

**MUELLER REPORT DROPS:** Read the key takeaways from the investigation  VIEW MORE

Business    Markets    World    Politics    Tech    Breakingviews    Wealth    Life

COMPANY ADDRESS

**CNA Financial Corp**
151 N Franklin St
CHICAGO   IL   60606-1821
P: +1312.8225000
F: +1302.6555049

COMPANY WEB LINKS

**Home Page**

OFFICERS & DIRECTORS

| Name | Compensation |
|------|-------------:|
| Dino Robusto | 10,109,200 |
| Kevin Smith | 2,962,800 |
| James Anderson | 1,814,190 |
| David Brosnan | -- |
| Kevin Leidwinger | 3,013,350 |

» More Officers & Directors

CNA FINANCIAL CORP NEWS

» More CNA News

---

Related Topics:   **STOCKS    STOCK SCREENER    FINANCIALS    PROPERTY & CASUALTY INSURANCE**

Follow Reuters:                                                      Subscribe: Feeds | Newsletters | Podcasts | Apps

**Reuters News Agency** | **Brand Attribution Guidelines** | **Advertise with Us** | **Careers** | **Reuters Editorial Leadership**

Reuters, the news and media division of Thomson Reuters, is the world's largest international multimedia news provider reaching more than one billion people every day. Reuters provides trusted business, financial, national, and international news to professionals via Thomson Reuters desktops, the world's media organizations, and directly to consumers at Reuters.com and via Reuters TV. Learn more about Thomson Reuters products:

**EIKON**
Information, analytics and exclusive news on financial markets -

**ELEKTRON**
Everything you need to empower your workflow and enhance your

**WORLD-CHECK**
Screen for heightened risk individuals and entities globally to help uncover

**WESTLAW**
Build the strongest argument relying on authoritative content,

**ONESOURCE**
The most comprehensive solution to manage all your complex and ever-

**CHECKPOINT**
The industry leader for online information for tax,

CNA Financial Corp (CNA) Company Profile | Reuters.com

**MUELLER REPORT DROPS:** Read the key takeaways from the investigation   VIEW MORE

Business   Markets   World   Politics   Tech   Breakingviews   Wealth   Life

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2019 Reuters. All Rights Reserved.   | Site Feedback   | Corrections   | Advertising Guidelines   | Cookies   | Terms of Use   | Privacy Policy