# EXHIBIT 48

   

**BREAKING NEWS**
Read it here: Mueller report released

# Historic foundry has ceased operations

Nation & World  |  May 12, 2016

By Thomas Gnau, Staff Writer

**Nearby Flowserve offices still open, however**

DAYTON — A Dayton foundry operation dating back to 1912 has closed, but a small operation nearby on East Monument Avenue run by the same company continues to operate.

  

In all, 72 employees were laid off. Eight employees left the company after Flowserve first announced plans to close the Dayton foundry last November.

ADVERTISING

"I know they had a couple of orders they were still getting out the door, so to speak," Rosene said Thursday.

Flowserve was created in the 1997 merger of Durco International and BW/IP Inc. Durco itself had been known as the Duriron Co. since the early 20th century, and the foundry operations were launched in 1912.

Scott Reed, general manager for the foundry, said a few employees remain, finishing up castings for customers while others are working to close the facility "in a safe manner, so that we leave this place better than we found it."

Worth reading. Worth paying for.

**JUST 99¢. START TODAY**

The Flowserve Dayton foundry was a high alloy facility specializing in stainless steels, nickel- based alloys and reactive alloys such as titanium and zirconium, according to the company's website.

   

"That is not impacted," Rosene said.

Flowserve produces pumps, seals and valves, primarily for the petrochemical industry.

Reed said the foundry and its customers closely follow the fortunes of the oil industry, and inexpensive gas has not been good for business.

"We've had a pretty rough run the last couple of years," he said.

WHIO-TV reporter Andy Sedlak contributed to this story.

Business | 15 hours ago
Air Force, WPAFB to craft battle tech of the future

Sports | 15 hours ago
Cleveland Browns 2019 schedule features four prime-time

News | 15 hours ago
Off-duty EMS worker praised for helping roof workers shocked by electrical line

Classifieds | 15 hours ago
Rickey, Anna

News | 15 hours ago
Feds on Dayton clinic, pharmacy: 1.75 million pills in 2 years

Ultimate Pet Nutrition | Sponsored
If Your Indoor Cat Vomits (Do This Every Day)

nocartridge.com | Sponsored




**Refinance Gold** | Sponsored
Inside Ron Howard's Mansion Where He Lives With His Partner

**Progressive** | Sponsored
Switch and save an average of $699. Savings make me smile.

**Gundry MD Proplant Supplements** | Sponsored
Top Doctor: 1 Simple Thing People Aren't Doing to Lose Weight

**Wikibuy** | Sponsored
People are using this hack to save money at Target — and it's actually pretty genius

**Direct Healthy** | Sponsored
Remember Barbi Benton? Try Not to Smile When You See Her Now

**Find Attorneys | Search Ads** | Sponsored
The Most Successful Lawyers In New York. See The List

**LCR Health** | Sponsored
Feeling Old? Do This Once A Day And Watch What Happens

**Physicians Mutual Insurance Company®** | Sponsored
How Retired Veterans Get Dental Insurance in New York

**hearing-aid-advice.com** | Sponsored
These German hearing aids are going viral

**The Mortgage Savers** | Sponsored
Programs Pay For Seniors To Remodel Their Home In New York (You Must Qualify)

**News** | 15 hours ago
Some vendors at Hoopology charity golf event at NCR say

   

**MSN for HelloFresh** | Sponsored

We Tried HelloFresh: Here's What Happened

**Dr. Marty** | Sponsored

If Your Dog Licks Its Paws (Do This Every Day)

**Finance Daily** | Sponsored

Homeowner Born Before 1985? You May Claim $4,260 If You Live In New York

**Health Central** | Sponsored

15 Habits That Hurt Your Skin

**MoneyWise.com** | Sponsored

These Chain Restaurants Will Be The Next To Go Under

**Discount Drivers** | Sponsored

New York: Notice For Cars Used Less Than 25 Miles a Day

**Health Headlines** | Sponsored

U.S. Cardiologist: It's Like a Pressure Wash for Your Insides

**Senior Living | Search Ads** | Sponsored

Senior Living That Has People Flocking To New York

**Modernize** | Sponsored

Forget Expensive Solar Panels (Do This Instead)

**Senior Living | Search Ads** | Sponsored

Luxury Senior Living In New York Is Surprisingly Affordable

**Macy's** | Sponsored





At All Times

**Hooch** | Sponsored
Couple Adopts Triplets. A Week Later, Doctors Reveal Unexpected News

**Forbes.com** | Sponsored
Lemon Alert : Stay Away From These New Cars

**Honey** | Sponsored
You Should Never Shop on Amazon Without Using This Trick – Here's Why

**The Weekly Brief | Mack Weldon** | Sponsored
Here's Why Guys Are Obsessed With This Underwear...

# Dayton Daily News
## Local. In-Depth. Always updated.

Sign up for our newsletters

News ⌄

Customer Service ⌄

Marketplace ⌄

Subscribe ⌄

   

© 2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices . Learn about careers at Cox Media Group.

   

