# EXHIBIT 51

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENON ENERGY, INC., *et al.*,[1] | ) | Case No. 17-33695 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 123** |

**SECOND SUPPLEMENT TO DECLARATION OF KEVIN M. CARMODY
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT
OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES
U.S., LLC AS RESTRUCTURING ADVISOR FOR THE DEBTORS *NUNC
PRO TUNC* TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Kevin M. Carmody, under penalty of perjury, declare as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091). The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

1.      I am a Practice Leader in the professional services firm of McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS US")[2] with an office at 55 East 52nd Street, New York, New York 10055.  I am duly authorized to make and submit this supplemental declaration (the "Second Supplemental Declaration") on behalf of McKinsey RTS US as a supplement to my declaration dated June 23, 2017 (the "Declaration") [Docket No. 123] and the supplement to the Declaration dated July 13, 2017 (the "First Supplemental Declaration") [Docket No. 221] in support of the Debtors' Application (the "Application") [Docket No. 123] for entry of an order authorizing the employment and retention of McKinsey RTS US as restructuring advisor for the Debtors, *nunc pro tunc* to the Petition Date under the terms and conditions set forth in the Engagement Letter, attached to the Application as **Exhibit 1** to **Exhibit A**.  I submit this Second Supplemental Declaration in accordance with section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016 and 5002 and Bankruptcy Local Rules 2014-1 and 2016-1.

2.      I am making this Second Supplemental Declaration to provide certain additional information as set forth below.

3.      McKinsey RTS as used in this Second Supplemental Declaration, includes (a) the directors, officers and employees of McKinsey RTS US and (b) certain consultants borrowed from affiliates of McKinsey RTS US for the purpose of serving the Debtors in these chapter 11 cases.

4.      Except as otherwise noted, the statements set forth herein are made as a result of my employment position and diligence undertaken by me or by professionals working under my direction and, if called and sworn as a witness, I would testify competently thereto.

---

[2]      All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application, Engagement Letter, the Declaration and the First Supplemental Declaration, as appropriate and as referenced herein.

5.　　McKinsey RTS continues to monitor the list of Potential Parties in Interest as it is updated, against its own records.  As used in this Second Supplemental Declaration, the "Potential Parties in Interest" means the list of interested parties, updated as of August 21, 2017. In preparing this Second Supplemental Declaration, McKinsey RTS (i) checked its internal records to determine the existence of any client service provided by members of McKinsey RTS to entities on the list of Potential Parties in Interest in the past two years as of the Petition Date to August 2017, and (ii) emailed members of McKinsey RTS to determine the existence of any prior employment, relationships, or client service provided by members of McKinsey RTS in the past two years as of the Petition Date to August 2017 to entities added to the list of Potential Parties in Interest since the First Supplemental Declaration (the "New Potential Parties in Interest"). The list of New Potential Parties in Interest is attached as Schedule 1 hereto.  On this basis, we disclose the following, in addition to the disclosures made in the Declaration and the First Supplemental Declaration.

6.　　**Contractual Counterparties.**  A member of McKinsey RTS currently serves, or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, the following Contractual Counterparties or entities or individuals that are affiliates of such Contractual Counterparties in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Contractual Counterparties' claims against the Debtors:  Shell Energy North America (US) LP (FKA Coral Energy Holding LP), Shell Oil Company.

7.　　**Creditors.**  McKinsey RTS US is party to a litigation in which it is adverse to the following Creditors or entities or individuals that are affiliates of such Creditors in

matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Creditors' claims against the Debtors: Mar-Bow Value Partners, LLC.

8. **Gov.-Regulatory Agencies.**  A member of McKinsey RTS currently serves or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, an instrumentality that is related to the following Gov.-Regulatory Agencies and has interacted with those Gov.-Regulatory Agencies in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Gov.-Regulatory Agencies' claims against the Debtors: Illinois Commerce Commission, Illinois Environmental Protection.

9. **Insurers.**  A member of McKinsey RTS currently serves, or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, the following Insurers or entities or individuals that are affiliates of such Insurers in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Insurers' claims against the Debtors: American International Reinsurance Co Ltd (AIG), National Union Fire Insurance Company Of Pittsburgh, PA (AIG).

10. **Landlords.**  A member of McKinsey RTS currently serves, or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, the following Landlords or entities or individuals that are affiliates of such Landlords in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Landlords' claims against the Debtors:  Shell Oil Company.

11. **Litigation Parties.**  A member of McKinsey RTS currently serves or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, an instrumentality that is related to the following Litigation Parties and has interacted with those Litigation Parties in matters unrelated to the Debtors, the Debtors'

chapter 11 cases, or such Litigation Parties' claims against the Debtors:  Anthony M Star (Director of Illinois Power Agency), Sherina Maye Edwards (Commissioner of the Illinois Commerce Commission).

12.     **Significant Customers.**  A member of McKinsey RTS currently serves, or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, the following Significant Customers or entities or individuals that are affiliates of such Significant Customers in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Customers' claims against the Debtors:  Shell Energy North America (US), L.P.

13.     **Significant Vendors.**  A member of McKinsey RTS currently serves, or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, the following Significant Vendors or entities or individuals that are affiliates of such Significant Vendors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Vendors' claims against the Debtors:  Emerson Process Management.[3] A member of McKinsey RTS currently serves or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey RTS US or an affiliate thereof, an instrumentality that is related to the following Significant Vendors and has interacted with those Significant Vendors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Vendors' claims against the Debtors:  Illinois Department of Revenue.

14.     **Taxing Authorities.** A member of McKinsey RTS currently serves or in the past two years as of the Petition Date to August 2017, has served, either through McKinsey

---

[3] Emerson Process Management was inadvertently omitted from the list of Significant Vendors on Schedule 1 of the Declaration.

RTS US or an affiliate thereof, an instrumentality that is related to the following Taxing Authorities and has interacted with those Taxing Authorities in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Taxing Authorities' claims against the Debtors: Illinois Department of Revenue.

15.     McKinsey RTS or its affiliates have been represented, in the past two years as of the Petition Date to August 2017, by the following professionals (or affiliates thereof) named as Potential Parties in Interest in matters unrelated to the Debtors and the Debtors' chapter 11 cases: Covington & Burling, LLP, Quinn Emanuel Urquhart & Sullivan, LLP, Norton Rose Fulbright US LLP.

16.     McKinsey RTS reserves the right to further supplement its declarations in the event it becomes aware of any relationship or other information that requires disclosure.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 14, 2017
Chicago, Illinois


Kevin M. Carmody
Practice Leader

6

**SCHEDULE 1**
**New Potential Parties in Interest**

<u>**List of Schedules**</u>

| <u>Schedule</u> | <u>Category</u> |
|---|---|
| 1 (a) | Creditors |
| 1 (b) | Litigation Parties |
| 1 (c) | Management |
| 1 (d) | Miscellaneous |
| 1 (e) | OCP |
| 1 (f) | Professionals |
| 1 (g) | Schedule Parties |
| 1 (h) | Taxing Authorities |

**SCHEDULE 1 (a)**
<u>**Creditors**</u>

Mar-Bow Value Partners, LLC

**SCHEDULE 1 (b)**
**Litigation Parties**

Heartland Regional Medical Center
Northwest Missouri State University
Prime Tanning Corporation
Learjet, Inc.
Topeka Unified School District 501
Briggs & Stratton Corporation
Carthage College
Ladish Co., Inc (n/k/a ATI Ladish, LLC)
Merrick's Inc.
NewPage Wisconsin System Inc. (n/k/a Verso
Minnesota Wisconsin LLC)
Sargento Foods, Inc.
Reorganized FLI, Inc.

**SCHEDULE 1 (c)**
**<u>Management</u>**

Andrews, Kirkland B.
Callen, David
Churaman, Mahendra
Curci, Brian Eric
Foster, Jonathan F.
Freed, Richard
Frotte, Gaetan
Fry, Deborah R.
Kidd, Andrew C.
Lagano, Judith
Leonard, Scott
Mackey, Glen Edwin
Malcarney, Kevin P.
Moser, Christopher S.
Polozola, Gordon
Reyes, Debbie
Smith, Rachel
Vosburg, Jennifer

**SCHEDULE 1 (d)**
**Miscellaneous**

Pension Benefit Guaranty Corporation
Eads Distribution

**SCHEDULE 1 (e)**
**OCP**

LEGALPEOPLE
TUCKER ARENSBERG PC
CRA INTERNATIONAL
ECONOMISTS INCORPORATED
GOODIN, MACBRIDGE, SQUERI & DAY
LLP
LINOWES AND BLOCHER LLP
MASSEY & GAIL
PALIZA CONSULTING LLC
SQUIRE PATTON BOGGS (US) LLP
BDO USA
BOIES SCHILLER FLEXNER
BOWLES VERNA
CHARLES RIVER ASSOCIATES

**SCHEDULE 1 (f)**
**Professionals**

Quinn Emanuel Urquhart & Sullivan, LLP
Covington & Burling LLP
Cole Schotz P.C.
Edison, McDowell & Hetherington LLP
Law Office of Patricia Williams Prewitt
McCreary, Veselka, Bragg & Allen, P.C.
Linebarger Goggan Blair & Sampson, LLP
Polsinelli PC
Kohner, Mann & Kailas, S.C.
Tennessee Attorney General's Office
Attorney for the Pasadena Independent
School District
Attorney for Pension Benefit Guaranty
Corporation
Norton Rose Fullbright US LLP
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
Bernstein-Burkley, P.C.
Blitman & King LLP
Manier & Herod, P.C.
James L. Powell
Crain, Caton & James, P.C.
Diamond McCarthy LLP
Seyfarth Shaw LLP
Porter Hedges LLP
Saterlee Stephens LLP

**SCHEDULE 1 (g)**
**Schedule Parties**

CITY OF AVON LAKE
EXELON GENERATION COMPANY,
LLC
GUTMANN ENERGY INC
LONESTAR NGL PIPELINE
MASSEY COAL SALES COMPANY INC
MCCARLS INC
METSO MINERALS INDUSTRIES INC
MINGO LOGAN COAL COMPANY
NRG POWER MARKETING LLC
PACIFIC GAS AND ELECTRIC
COMPANY
PEABODY COALSALES COMPANY
RHINO ENERGY LLC
RUDD EQUIPMENT COMPANY
SIDNEY COAL COMPANY
SOUTHERN COMPANY ENERGY
MARKETING L.P.
STANDARD CONTRACTING &
ENGINEERING
TACONIC CAPITAL ADVISORS LP
TESONE TRANSPORT INC
TOTAL WESTERN INC
WESTERN RESERVE WATER SYSTEMS
INC
WGL ENERGY SERVICES, INC.
YMA SMITH
CITIGROUP INC
CITY OF NILES
CLEAN COMBUSTION AND ENERGY
INC
CLEVELAND PUMP REPAIR &
SERVICES LL
CLYDE BERGEMANN POWER GROUP
AMERICA
COMPRESSOR ENGINEERING CORP
CONSOL ENERGY INC
CONSOLIDATED EDISON, INC
CONSOLIDATED PIPE & SUPPLY CO
INC
CONTRA COSTA MOSQUITO AND
VECTOR CO

CONTROL ANALYTICS INC
CONTROL SYSTEMS CO
CORTECH ENGINEERING INC
CPE
D & G MACHINE COMPANY
INCORPORATED
D & W DIESEL, INC
D EDWARD LEASING COMPANY
DANIEL G CONLEY
DATA COMM FOR BUSINESS INC
DATAVOX
DAVIS AND GOLDFARB PLLC
DAWN GARCIA
DAY & ZIMMERMANN NPS INC
DEBORAH JOBES
DEFINED SOURCE COOPERATIVE INC
DELL USA LP
DELTA DENTAL OF NEW JERSEY INC
DELTA ELECTRO POWER INC
DISYS
DRAGO SUPPLY COMPANY
DTE ENERGY COMPANY
DYNALENE INC
EATON CORPORATION
EDD CA W/H (RRI)
EDF TRADING LIMITED
EDGEN MURRAY CORPORATION
EKATO CORPORATION
EMCO
ENECON CORPORATION
ENVIRONMENT ONE CORPORATION
EPIQ EDISCOVERY SOLUTIONS INC
EQUIPMENT RENTAL OPTIONS
EQUITABLE GAS COMPANY LP
F A COMMERCIAL DUE DILIGENCE
SERVIC
FABREEKA INTERNATIONAL INC
FAISON OFFICE PRODUCTS LLC
FLEET PUMP AND SERVICE GROUP
INC
FLORIDA UC FUND
FLUOR ENTERPRISES

FOLSOM SERVICE INC
FORD BUSINESS MACHINES  INC
FORMERLY ORBITAL TOOL
TECHNOLOGIES
FORRY TRANSPORT INC
FROMM ELECTRIC SUPPLY
CORPORATION
FUELLGRAF CHIMNEY & TOWER INC
GALLAGHER MARINE SYSTEMS LLC
GARY J. KURKLISH
GE ENERGY
GE POWER SYSTEMS EQUIPMENT
AND SERVICES
GEM INC
GEM WEST
GENERATORTECH INC
GERDAU
GLOBAL RECRUITERS OF ELIZABETH
CITY
GOWAN INC
GRAINGER
GRAVER WATER SYSTEMS INC
GREAT LAKES PETROLEUM
GRIMSTAD INC
GROM ASSOCIATES INC
GROUND PENETRATING RADAR
SYSTEMS IN
HAGEMEYER NORTH AMERICA, INC.
HARRISON MINING CORPORATION
HARRISON PROCESSING
CORPORATION
HARSCO INFRASTRUCTURE
AMERICAS
HARSCO MINERALS
HAYES MECHANICAL LLC
HCD RENEWAL
HEYL & PATTERSON EQUIPMENT
HIGGINS CAVANAGH COONEY LLP
HILTI INC
HOLLAENDER MFG CO
HOXIE LANDSCAPE SERVICES INC
INDIANA REGIONAL MEDICAL
CENTER
INDUSTRIAL AIR CONTROL
INDUSTRIAL PACKING INC
INDUSTRIAL PUMP & EQUIPMENT
CORP

INDUSTRIAL SPECIALISTS LLC
INLAND FIRE BRICK LLC
IN-SITU INC
INSTA MOLD PRODUCTS INC
INTERCONNECT OF WESTERNPA INC
INTERNATIONAL BROTHERHOOD
INTERNETWORK EXPERTS
INTERVECT USA INC
IRON CITY CITY UNIFORM
ISPHERE INNOVATION PARTNERS
LLC
J&L COMMERICAL SERVICES LLC
JAYS ALLEN BYS
JEMKEL DIAGNOSTIC INC
JOYCE A EWING
JS INTERNATIONAL SOLUTIONS INC
JUST ENERGY GROUP INC
KELVION INC
KIMBERLY KURKLISH
KING MURRAY OPERATING
COMPANY LLC
KOENIG ENGINEERING INC
LAWSON PRODUCTS INC
LEAK DETECTION SERVICES INC
LEBANON CO. EIT BUREAU
LEWIS GOETZ AND COMPANY INC
LMB INDUSTRIAL SERVICES INC
LORAIN MUNICIPAL COURT
LOUIS DREYFUS HIGHBRIDGE
ENERGY LLC
LUBRICATION SPECIALTIES LLC
LUMBERMENS MUTUAL GROUP
M. GLOSSER & SONS, INCORPORATED
MAGNETROL INTERNATIONAL INC
MARKS LAWN MAINTENANCE &
SCREENS IN
MATHESON TRI-GAS
MAYER POLLOCK STEEL
CORPORATION
MCCUTCHEON ENTERPRISES INC
MCJUNKIN RED MAN CORPORATION
MERCURIA ENERGY GROUP LIMITED
METTLER TOLEDO INGOLD INC
MIDWEST GENERATION LLC 3050
MILLENNIUM POWER SERVICES INC
MISSION UNIFORM SERVICE
MOMAR INC

MOORE INDUSTRIES INTERNATIONAL INC
MUELLER STEAM SPECIALITY
NAGLE PUMPS INC
NATIONAL BOND & TRUST COMPANY
NATIONAL PLUMBING & HEATING SUPPLY
NATIONAL RESPONSE CORPORATION
NELSON ENGINEERING SALES COMPANY
NEOPOST USA INC
NES
NES GLOBAL TALENT
NEUNDORFER INC
NEW JERSEY RESOURCES CORPORATION, A NEW JERSEY CORPORATION
NEXTERA ENERGY CAPITAL HOLDINGS, INC
NOBLE GROUP LIMITED
NOCO DISTRIBUTION LLC
NOL-TEC SYSTEMS INC
NRG NORTHEAST MGMT COMP
OHIO BUREAU OF EMPLOYMENT SERVICES
OHIO TRANSMISSION & PUMP CO
OHIO TRANSMISSION CORPORATION
OSCEOLA LLP
OXFORD GLOBAL RESOURCES INC
PAC LP
PANTHEON INC
PARSONS POWER GROUP, INC.
PARTSCO
PAT CHEM LABORATORIES
PATEL CONSULTANTS CORPORATION
PATRICIA A KEELEY
PEABODY ENERGY CORPORATION
PENNSYLVANIA SLING COMPANY
PHILS TOWING COMPANY INC
PITNEYBOWES
PITTSBURGH MINERAL AND ENVIORNMENTAL TECHNOLOGY, INC.
POWER DRIVES INC
POWER MACHINERY CENTER
PRAXAIR INC
PUMP CHECK

PUMP ENGINEERING INC
QUAKER COAL COMPANY, INC.
RALPH A HILLER COMPANY
RANDALL B AND DONNA M FRATIANNE
RCG GLOBAL SERVICES INC
REED MINERALS DIVISION HARSCO CORPORATION
RELIANT ENERGY - HL&P
RELIANT ENERGY POLITICAL ACTION
RHINO RESOURCE PARTNERS LP
RISK MANAGEMENT PROFESSIONALS INC
RK CHASE
RM AUTOMATION INC
RMB CONSULTING & RESEARCH INC
ROCCO'S RODENT CONTROL
RRI CALIFORNIA HOLDINGS
RUTHRAUFF SAUER LLC
RUTHRAUFF SERVICE LLC
SAFETY FIRST FIRE EQUIPMENT
SAFWAY STEEL SCAFFOLDS COMPANY
SALESFORCE.COM INC
SCHINDLER ELEVATOR CORPORATION
SEALING SPECIALIST & SERVICE CO.
SETPOINT INTEGRATED SOLUTIONS INC
SEWARD OPERATING LLC
SIMPLEXGRINNELL LP
SMARTSOLUTION TECHNOLOGIES LP
SOFIS COMPANY INC
SOLIDIFICATION PRODUCTS
SOMMER'S MOBILE LEASING INC.
SOUTHERN CATHODIC PROTECTION COMPAN
SOUTHWESTERN ENERGY COMPANY
SPECTRUM INC
SPECTRUM SYSTEMS INC
SPRAYING SYSTEMS COMPANY
SPX FLOW US LLC
STAHURA CONVEYOR PRODUCTS INC
STALEY COMMUNICATIONS INC
STEIN INC
STUART C IRBY COMPANY INC

SUEZ TREATMENT SOLUTIONS INC
SUMITOMO CORPORATION OF
AMERICA
SUN COAST RESOURCES INC
SUNGARD ENERGY SYSTEMS INC.
SYSTEMS & REGULATORY
SOLUTIONS (SRS
TAMPA ARMATURE WORKS
TAXSTREAM LLC
TAZGO MACHINE INC
TEK ID INC
TEKSYSTEMS INC
TERRASOURCE GLOBAL CORP
THE BOSTWICK BRAUN COMPANY
THE DE LAVAL YEAGER GROUP
THE VALVE SERVICES GROUP, INC
THERMON HEAT TRACING SERVICES
I INC
THOMAS J MAGLARAS
TOWN OF CLARKSTOWN
TOWNER FILTRATION
TRIFLOW CORPORATION
TRUMBULL COUNTY (NILES)
TYCO INTEGRATED SECURITY LLC
UNITED RENTALS INC
VAISALA INC
VALLEY TIRE CO INC
VERITAS ECONOMIC CONSULTING
LLC
VILLAGE OF GARRETTSVILLE
VITOL HOLDING B.V.
WAGEWORKS INC
WALTON ENGINEERING INC
WATER TREATMENT SERVICES INC
WEST MIDDLESEX AREA SD
WGL HOLDINGS, INC
WILLIAMS POWER COMPANY, INC.,
(P/K/A
WILLIS GROUP LLC
WINTROW CONSTRUCTION
CORPORATION
WORLD OF CONTROLS
CORPORATION
WURTH/ SERVICE SUPPLY INC
YEAGER SUPPLY, INCORPORATED

**SCHEDULE 1 (h)**
**Taxing Authorities**


Cypress - Fairbanks ISD
The County of Anderson, Texas,
The County of Freestone, Texas,
Buffalo Independent School District (TX)
The City of Centerville, Texas,
The County of Leon, Texas,
Leon Independent School District (TX)
Groesbeck Independent School District (TX)
The City of Groesbeck,  Texas
Mexia Independent School District (TX)
Tennessee Department of Revenue
Pasadena Independent School District

**<u>Certificate of Service</u>**

I certify that on September 15, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Zack A. Clement
One of Counsel