# EXHIBIT 53

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
SUNEDISON, INC., *et al.*,                                  :    Case No. 16-10992 (SMB)
                                                            :
                        Debtors.[1]                         :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**SECOND SUPPLEMENT TO AMENDED DECLARATION OF MARK W. HOJNACKI
IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER PURSUANT TO
SECTIONS 327(a), 328, 330, 331, AND 1107(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 2014(a) AND 2016(b) AND LOCAL BANKRUPTCY
RULES 2014-1 AND 2016-1 AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC
AS RESTRUCTURING ADVISOR FOR THE DEBTORS,
*NUNC PRO TUNC* TO THE PETITION DATE**

I, Mark W. Hojnacki, under penalty of perjury, declare as follows:

1.      I am a Practice Leader in the professional services firm of McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS US")[2] with an office at 55

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and TerraForm Private Holdings, LLC (5993). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

East 52nd Street, New York, NY 10055.  I am duly authorized to make and submit this second supplemental declaration (the "Second Supplemental Declaration") on behalf of McKinsey RTS US as a supplement to my amended declaration dated June 6, 2016 (the "Amended Declaration") [Docket No. 484] and the supplement to the Amended Declaration dated June 14, 2016 (the "First Supplemental Declaration") [Docket No. 586], both of which were filed following my initial declaration dated May 5, 2016 (the "Original Declaration") in support of the Debtors' Application (the "Application") [Docket No. 202] for entry of an order authorizing the employment and retention of McKinsey RTS US as restructuring advisor for the Debtors, *nunc pro tunc* to the Petition Date under the terms and conditions set forth in the Engagement Letter, attached to the Application as Exhibit C.  I submit this Second Supplemental Declaration in accordance with section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016 and 5002 and Local Bankruptcy Rules 2014-1 and 2016-1.

2. I am making this Second Supplemental Declaration to provide certain additional information as set forth below.

3. McKinsey RTS as used in this Second Supplemental Declaration, includes (i) the directors, officers and employees of McKinsey RTS US and (ii) certain consultants borrowed from affiliates of McKinsey RTS US for the purpose of serving the Debtors in these Chapter 11 Cases.

4. Except as otherwise noted, the statements set forth herein are made as a result of my employment position and diligence undertaken by me or by professionals working under my direction and, if called and sworn as a witness, I would testify competently thereto.

---

2   All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application, Engagement Letter, the Original Declaration, the Amended Declaration, or the First Supplemental Declaration, as appropriate and as referenced herein.

2

5. McKinsey RTS continues to monitor the list of parties on the Interested Parties List, as it is updated, against its own records. As used in this Second Supplemental Declaration, the "Interested Parties List" means the list of Interested Parties, updated as of November 17, 2016, a copy of which is attached hereto. On this basis, we disclose the following, in addition to the disclosures made in the Application, the Original Declaration, the Amended Declaration, and the First Supplemental Declaration.

6. **Debtors**. Members of McKinsey RTS know Paul M. Sullivan, Vice President, NAMR Utility Construction at the Debtors. Mr. Sullivan was formerly employed by an affiliate of McKinsey RTS US, McKinsey & Company, Inc. United States, where his title was Senior Practice Expert, Capital Productivity.

7. **2002 List.** A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following parties on the 2002 List or entities or individuals that are affiliates of such 2002 List parties on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such 2002 List parties' claims against the Debtors: Wells Fargo Equipment Finance, Inc. Since the Petition Date, McKinsey RTS US has been a party to a litigation in which it is adverse to the following parties on the 2002 List or entities or individuals that are affiliates of such 2002 List parties in matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such 2002 List parties' claims against the Debtors: Mar-Bow Value Partners.

8. **1st Lien Lender.** A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following 1st Lien Lender or entities or individuals that are affiliates of

3

such 1ˢᵗ Lien Lender on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such 1ˢᵗ Lien Lender's claims against the Debtors: Wells Fargo.

9. **1ˢᵗ Lien Professionals.** A member of McKinsey RTS who is not serving the Debtors, is or has been represented in the period starting two years prior to the Petition Date by the following 1ˢᵗ Lien Professionals or entities or individuals that are affiliates of such 1ˢᵗ Lien Professionals while serving as the chapter 15 representative for another McKinsey RTS US client on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such 1ˢᵗ Lien Professionals' claims against the Debtors: White & Case LLP.

10. **2ⁿᵈ Lien Professionals.** A member of McKinsey RTS was previously employed, in the period starting two years prior to the Petition Date, by the following 2ⁿᵈ Lien Professionals or entities or individuals that are affiliates of such 2ⁿᵈ Lien Professionals on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such 2ⁿᵈ Lien Professionals' claims against the Debtors: Houlihan Lokey.

11. **Ad Hoc Group Advisor.** A member of McKinsey RTS who is not serving the Debtors, is or has been represented in the period starting two years prior to the Petition Date by the following Ad Hoc Group Advisor or entities or individuals that are affiliates of such Ad Hoc Group Advisor while serving as the chapter 15 representative for another McKinsey RTS US client on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Ad Hoc Group Advisor's claims against the Debtors: White & Case LLP.

12. **Bidder.** Members of McKinsey RTS not serving the Debtors currently serve, or in the period starting two years prior to the Petition Date have served, either through McKinsey RTS US or an affiliate thereof, the following Bidders or entities or individuals that are affiliates of such Bidders on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or

4

such Bidders' claims against the Debtors: TransAlta Corporation; Mitsui & Co. (U.S.A.), Inc.; one confidential client. A member of an affiliate of McKinsey RTS US who served the Debtors currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Bidder or entities or individuals that are affiliates of such Bidder on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Bidder's claims against the Debtors: E.On SE. Members of McKinsey RTS currently serve or in the period starting two years prior to the Petition Date have served, either through McKinsey RTS US or an affiliate thereof, the following Bidder or entities or individuals that are affiliates of such Bidder on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Bidder's claims against the Debtors: an affiliate of NRG Energy.

13. **Competitors.** A member of McKinsey RTS not serving the Debtors currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Competitors or entities or individuals that are affiliates of such Competitors on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Competitors' claims against the Debtors: one confidential client. A member of an affiliate of McKinsey RTS who served the Debtors currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Competitors or entities or individuals that are affiliates of such Competitors on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Competitors' claims against the Debtors: E.On. Members of McKinsey RTS currently serve or in the period starting two years prior to the Petition Date have served, either through McKinsey RTS US or an affiliate thereof, the following Competitors or entities or individuals that are affiliates of such Competitors on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases,

5

or such Competitors' claims against the Debtors: an affiliate of each of NRG Energy Inc. and NRG Yield, Inc.

    14.  **Customers.**  A member of McKinsey RTS was previously employed, in the period starting two years prior to the Petition Date, by the following Customers or entities or individuals that are affiliates of such Customers on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Customers' claims against the Debtors: UC Berkeley.

    15.  **Convertible Note Holders.**  A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Convertible Note Holders or entities or individuals that are affiliates of such Convertible Note Holders on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Convertible Note Holders' claims against or interests in the Debtors: Wells Fargo Securities; Wells Fargo & Company; and Wells Fargo Bank. A member of McKinsey RTS who is not serving the Debtors was previously employed, in the period starting two years prior to the Petition Date, by the following Convertible Note Holders or entities or individuals that are affiliates of such Convertible Note Holders on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Convertible Note Holders' claims against the Debtors: JP Morgan Chase & Co.

    16.  **Debtors Professionals.** A member of McKinsey RTS who is not serving the Debtors was previously employed, in the period starting two years prior to the Petition Date, as an attorney by the following Debtors Professionals where he worked directly on matters involving the Debtors and these Chapter 11 cases: Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates.

6

17. **Depository Banks.** A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Depository Banks or entities or individuals that are affiliates of such Depository Banks on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Depository Banks' claims against the Debtors: Wells Fargo.

18. **Institutional Shareholders > 1%.** A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Institutional Shareholders > 1% or entities or individuals that are affiliates of such Institutional Shareholders > 1% in matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or claims by such Institutional Shareholders > 1% against or interests in the Debtors: BNP Paribas Securities Corp. North America.

19. **LC Issuers.** A member of McKinsey RTS currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following LC Issuers or entities or individuals that are affiliates of such LC Issuers on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such LC Issuers' claims against the Debtors: Wells Fargo.

20. **Litigant.** A member of McKinsey RTS who is not serving the Debtors currently serves, or in the period starting two years prior to the Petition Date has served, either through McKinsey RTS US or an affiliate thereof, the following Litigant or entities or individuals that are affiliates of such Litigant on matters unrelated to the Debtors, the Chapter 11 Cases, or such Litigant's claims against the Debtors: one confidential client.

7

21. **UCC Advisors.** Members of McKinsey RTS were previously employed, in the period starting two years prior to the Petition Date, by the following UCC Advisors or entities or individuals that are affiliates of such UCC Advisors on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such UCC Advisors' claims against the Debtors: Alvarez & Marsal Holdings, LLC.

22. **Uniform Commercial Code List.** Members of McKinsey RTS currently serve, or in the period starting two years prior to the Petition Date have served, either through McKinsey RTS US or an affiliate thereof, the following entities on the Uniform Commercial Code List or entities or individuals that are affiliates of such entities on the Uniform Commercial Code List on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such entities' claims against the Debtors: Wells Fargo Bank Northwest, National Association; International Business Machines.

23. **Utilities.** Members of McKinsey RTS currently serve or in the period starting two years prior to the Petition Date have served, either through McKinsey RTS US or an affiliate thereof, the following Utilities or entities or individuals that are affiliates of such Utilities on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such Utilities' claims against the Debtors: an affiliate of each of NRG Renew LLC and NRG Energy, Inc.

24. **YieldCo Advisor.** Members of McKinsey RTS were previously employed, in the period starting 2 years prior to the Petition Date, by the following YieldCo Advisors or entities or individuals that are affiliates of such YieldCo Advisors on matters unrelated to the Debtors, the Debtors' Chapter 11 Cases, or such YieldCo Advisors' claims against the Debtors: AlixPartners, LLP; Sullivan & Cromwell, LLP. AlixPartners may be an

8

affiliate of Mar-Bow Value Partners, identified in paragraph 7 under the category 2002 List above.

25. As a result of conducting the conflicts check for this Second Supplemental Declaration, McKinsey RTS learned that a member of McKinsey RTS who joined McKinsey RTS US after the Petition Date and who is not serving the Debtors, held 1500 shares of the equity securities of SunEdison, Inc. which he purchased prior to his employment with McKinsey RTS US. Such member did not trade these securities after the shares were purchased. At McKinsey RTS US's request, that employee donated the 1500 shares to a charity.

26. McKinsey RTS reserves the right to further supplement its declarations in the event it becomes aware of any relationship or other information that requires disclosure.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2016
New York, New York

/s/ Mark W. Hojnacki
Mark W. Hojnacki
Practice Leader

9