# EXHIBIT 54

# Communication Services
# Company Overview of L.M. Berry and Company

April 18, 2019 3:50 PM ET

**Snapshot** | **People**

## Company Overview

L.M. Berry and Company provides marketing and advertising solutions. The company is headquartered in Dayton, Ohio. L.M. Berry and Company operates as a subsidiary of AT&T Inc.

3170 Kettering Boulevard
Dayton, OH 45439
United States

## Key Executives For L.M. Berry And Company

**Mr. James V. Continenza**
Executive Chairman
Age: 55

**Mr. Richard G. Hallé**
Chief Financial Officer
Age: 53

**Mr. Jim Moran**
Chief Operating Officer

**Ms. Debra Crawford**
Executive Vice President

**Mr. Joe Pellitteri**
Senior Vice President

Compensation as of Fiscal Year 2018.

## Similar Private Companies By Industry

| Company Name | Region |
|---|---|
| Genesis Acquisitions, Inc. | United States |
| SmarterChaos.com, LLC | United States |
| "It" Girl Public Relations | United States |
| +SmithGifford, Inc. | United States |
| .TV Technologies, Inc. | United States |

## Recent Private Companies Transactions

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

### Request Profile Update

\