# EXHIBIT 55



IMPORTANT NOTICE: CNA would like to place cookies on your computer to improve your use of this website. To learn more, see our Privacy Statement. By continuing to use this website you shall be deemed to have consented to our use of cookies and to have accepted our website Privacy Policy.

Continue

## LICENSING DISCLOSURE

## Licensing Disclosure

### CNA CONFLICT LIST

CNA's core wholly-owned U.S. property and casualty underwriting companies are:

- American Casualty Company of Reading, Pennsylvania
- Columbia Casualty Company (surplus lines carrier)
- Continental Casualty Company
- The Continental Insurance Company
- The Continental Insurance Company of New Jersey
- National Fire Insurance Company of Hartford
- Transportation Insurance Company
- Valley Forge Insurance Company

Effective December 31, 2006, the following twelve underwriting companies were merged, either directly or indirectly, with and into The Continental Insurance Company (CIC), which succeeds to all their rights, assets, debts and liabilities: Boston Old Colony Insurance Company; The Buckeye Union Insurance Company; Commercial Insurance Company of Newark, New Jersey; Continental Reinsurance Corporation; The Fidelity and Casualty Company of New York; Firemen's Insurance Company of Newark, New Jersey; The Glens Falls Insurance Company; Kansas City Fire and Marine Insurance Company; The Mayflower Insurance Company, Ltd.; National-Ben Franklin Insurance Company of Illinois; Niagara Fire Insurance Company; and Pacific Insurance Company. One underwriting company, CNA Casualty of California, has merged directly with and into Continental Casualty Company (CCC), which succeeds to all its rights, assets, debts and liabilities.

The majority of the thirteen merged underwriting companies were primarily used to write personal lines business, which CNA sold in 1999. As a result, those underwriting companies were no longer being fully utilized to write CNA's core insurance business and were redundant for CNA's business needs. These mergers serve to remove unnecessary complexity in CNA's company structure. As a result of these mergers, the thirteen merged underwriting companies no longer legally exist.

Effective December 31, 2007, Transcontinental Insurance Company was merged into National Fire Insurance Company of Hartford. All applicable regulatory approvals were obtained to effect these mergers.