# EXHIBIT 56



# Service Publications

## Quick Links

Guidebooks

Service Guides

Tariffs

For Additional Information

Other Services

## Residential and Business Publications

Get the publications that contain the rates, service descriptions, and terms and conditions for your services

Ohio ▼

**First, determine your service provider by** looking at your bill under one of the following sections: "Terms and Conditions", "News You Can Use", "Important



information about your local service", "Important information about your telephone service", or "Regulatory News Section".

**Then, choose a publication.**

View by:   **Residential Publications**        Business Publications

# Ohio Residential Publications

### AT&T Ohio (Ohio Bell Telephone Company)

State Tariffs

State Guidebooks/Service Guides

Service Agreements

Service Agreements (Español)

Interstate/International Tariffs

Interstate/International Guidebooks/Service Guides

### AT&T Corp. (formerly known as AT&T Communications of Ohio, Inc.)

State Guidebooks/Service Guides

Service Agreements

Interstate/International Tariffs

Interstate/International Guidebooks/Service Guides

### AT&T Long Distance (SBC Long Distance, LLC)

State Guidebooks/Service Guides

Service Agreements

[Service Agreements (Español)](#)

[Interstate/International Tariffs](#)

[Interstate/International Guidebooks/Service Guides](#)

# Helpful Information

**Tariffs:** Documents filed with a state public utilities commission (for intrastate services) or the Federal Communications Commission (for interstate and international services) that contain the rates, service descriptions, and terms and conditions for the specific telecommunications services listed.

**Guidebooks, Service Guides, and Price Lists:** Documents that contain the rates, service descriptions, and terms and conditions for the specific telecommunications services listed, which are not offered pursuant to a filed tariff.

**Service Agreements:** Customer agreements that contain the general terms and conditions that apply to services not offered pursuant to a filed tariff.

Telcordia® and Common Language® are registered trademarks and iconectiv, CLCI, CLEI, CLFI, CLLI, USOC, FID, NC, NCI and NC/NCI, are trademarks of Telcordia Technologies, Inc. The Common Language codes identified in the Guidebooks, Service Guides, Tariffs, Pricing Sheets or other document, as applicable, accessed through this Service Publication site are the proprietary information of Telcordia Technologies, Inc. dba - iconectiv ("iconectiv") and are licensed to AT&T Services Inc. The Common Language codes are provided solely for purposes of the Guidebooks, Service Guides, Tariffs, Pricing Sheets and other documents, and may not be reproduced, stored, or used for any other purpose without the express, written consent of iconectiv.



Privacy Policy    Terms of Use    Accessibility    Contact Us

© 2019 AT&T Intellectual Property. All rights reserved.