# EXHIBIT 57

# Exhibit A

## Supplemental Declaration

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GENON ENERGY, INC., *et al.*,[1] | ) | Case No. 17-33695 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 123** |

**FIRST SUPPLEMENT TO DECLARATION OF KEVIN M. CARMODY
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT
OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES
U.S., LLC AS RESTRUCTURING ADVISOR FOR THE DEBTORS *NUNC
PRO TUNC* TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Kevin M. Carmody, under penalty of perjury, declare as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091). The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

Case 15-10541-BLS Doc 2417-57 Filed 04/24/19 Page 4 of 10

1.      I am a Practice Leader in the professional services firm of McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS US")[2] with an office at 55 East 52nd Street, New York, New York 10055.  I am duly authorized to make and submit this supplemental declaration (this "Supplemental Declaration") on behalf of McKinsey RTS US as a supplement to my declaration dated June 23, 2017 (the "Declaration") [Docket No. 123] in support of the Debtors' Application (the "Application") [Docket No. 123] for entry of an order authorizing the employment and retention of McKinsey RTS US as restructuring advisor for the Debtors, *nunc pro tunc* to the Petition Date under the terms and conditions set forth in the Engagement Letter, attached to the Application as **Exhibit 1** to **Exhibit A**.  I submit this Supplemental Declaration in accordance with section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016 and 5002 and Bankruptcy Local Rules 2014-1 and 2016-1.

2.      I am making this Supplemental Declaration to provide certain additional information as set forth below.

3.      McKinsey RTS as used in this Supplemental Declaration, includes (a) the directors, officers and employees of McKinsey RTS US and (b) certain consultants borrowed from affiliates of McKinsey RTS US for the purpose of serving the Debtors in these chapter 11 cases.

4.      Except as otherwise noted, the statements set forth herein are made as a result of my employment position and diligence undertaken by me or by professionals working under my direction and, if called and sworn as a witness, I would testify competently thereto.

5.      McKinsey RTS continues to monitor the list of Potential Parties in Interest against its own records.  As used in this Supplemental Declaration, the "Potential Parties in Interest"

---

[2]      All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application, Engagement Letter, or Declaration, as appropriate and as referenced herein.

means the list of interested parties, dated as of June 10, 2017 (with the exception of the category
Significant Vendors, which is dated as of June 16, 2017), set forth on **Schedule 1** attached to the
Declaration.  This Supplemental Declaration includes, among other things, additional category and
affiliate disclosures for certain clients that were disclosed in the Declaration.

6.      **Banks and Indenture Trustees.**  Members of McKinsey RTS currently
serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof,
the following Banks and Indenture Trustees or entities or individuals that are affiliates of such Banks
and Indenture Trustees in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such
Banks and Indenture Trustees' claims against the Debtors:  JPMorgan Chase Bank, N.A., JPMorgan
Chase Facility, Goldman Sachs.

7.      **Contractual Counterparties.**  Members of McKinsey RTS currently serve,
or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the
following Contractual Counterparties or entities or individuals that are affiliates of such Contractual
Counterparties in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Contractual
Counterparties' claims against the Debtors:  New Cingular Wireless PCS LLC dba AT&T Mobility
Successor to AT&T Wireless PCS of Cleveland LLC, Chase Securities Inc., J.P. Morgan Ventures
Energy Corporation, JPMorgan, JPMorgan Chase Bank N.A., Repsol Energy North American
Corporation, RWE Supply & Trading GMBH, ABB Inc., ABB Power T&D Company, Duke Energy
Field Services LP, Washington Metropolitan Area Transit Authority, Goldman Sachs & Co.,
Goldman Sachs Bank USA, Goldman Sachs Credit Partners, LP.  A member of McKinsey RTS who
is not serving the Debtors was previously employed, in the past two years, by the following
Contractual Counterparties, or entities or individuals that are affiliates of such Contractual
Counterparties on matters unrelated to the Debtors and the Debtors' chapter 11 cases or such

3

Contractual Counterparties' claims against the Debtors:  CoalSales and CoalTrade LLC, CoalSales

LLC, CoalSales, Inc., CoalTrade LLC, Peabody CoalSales Company, Peabody CoalSales LLC.,

Peabody Coaltrade LLC (where he served as President).  A member of McKinsey RTS who is not

serving the Debtors was previously employed, in the past two years, by the following Contractual

Counterparties, or entities or individuals that are affiliates of such Contractual Counterparties, on

matters unrelated to the Debtors and the Debtors' chapter 11 cases or such Contractual

Counterparties' claims against the Debtors:  Skadden, Arps, Slate, Meagher & Flom LLP.  The

following Contractual Counterparties are affiliates[3] of a company identified in the Declaration as a

client of an affiliate of McKinsey RTS: GE Betz Inc., GE Water & Process Technologies, GE Energy

Control Solutions, Inc.   GE Infrastructuresensing, Inc. GE Inspection Technologies LP,

GE International, Inc., General Electric International, Inc.

8.    **Gov.-Regulatory Agencies.**  The father of a member of McKinsey RTS

who is not serving the Debtors is currently employed as a senior civil servant by the following Gov.-

Regulatory Authorities:  Louisiana Public Service Commission.

9.    **Insurers.**  The mother of a member of McKinsey RTS is currently

employed by the following Insurer, where she serves as Vice President and Head of Operational

Transformation:  Zurich American Insurance Company.

10.    **Largest Unsecured Creditors.**  A member of McKinsey RTS currently

serves, or in the past two years has served, either through McKinsey RTS US or an affiliate thereof,

the following Largest Unsecured Creditors or entities or individuals that are affiliates of such Largest

---

[3]    This disclosure supplements the disclosures made in paragraphs 32 and 42 of the Declaration.

4

Unsecured Creditors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such

Largest Unsecured Creditors' claims against the Debtors:  ABB, Inc.

11.    **Litigation Parties.**  A member of McKinsey RTS currently serves, or in the

past two years has served, either through McKinsey RTS US or an affiliate thereof, the following

Litigation Parties or entities or individuals that are affiliates of such Litigation Parties in matters

unrelated to the Debtors, the Debtors' chapter 11 cases, or such Litigation Parties' claims against the

Debtors:  ABB, Inc.

12.    **Noteholders.**  Members of McKinsey RTS currently serve, or in the past

two years have served, either through McKinsey RTS US or an affiliate thereof, the following

Noteholders or entities or individuals that are affiliates of such Noteholders in matters unrelated to

the Debtors, the Debtors' chapter 11 cases, or such Noteholders' claims against the Debtors:

J.P. Morgan Investment Management Inc., JPMorgan Chase, Strategic Value Master Fund Ltd.,

Strategic Value Opportunities Fund LP, Strategic Value Special Situations Master Fund III LP,

Strategic Value Special Situations Master Fund IV LP, Vanguard Group.

13.    **NRG Affiliates.**  Members of McKinsey RTS, one of whom is serving the

Debtors, assisted in maintaining a chart, which includes publicly available information concerning

asset sales to NRG Energy Inc., or one of its affiliates for a client that is not on the list of Potential

Parties in Interest. A member of McKinsey RTS serving the Debtors provided services to the

following NRG Affiliates prior to their purchase by NRG, Inc.:  Four Brothers Capital, LLC, Four

Brothers Holdings, LLC, Four Brothers Portfolio, LLC, Four Brothers Solar, LLC, Granite II

Holding, LLC, Granite Mountain Capital, LLC, Granite Mountain Holdings, LLC, Granite Mountain

Renewables, LLC, Granite Mountain Solar East, LLC, Granite Mountain Solar West, LLC, Granite

5

Power Partners II, L.P., NRG Granite Acquisition LLC. Iron Springs Capital, LLC, Iron Springs Holdings, LLC, Iron Springs, Renewables, LLC, Iron Springs, LLC.

14. **Professionals.** Members of McKinsey RTS currently serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the following Professionals or entities or individuals that are affiliates of such Professionals in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Professionals' claims against the Debtors: JP Morgan Chase & Co., ABB, Inc., Goldman Sachs & Co.  The following Professionals are affiliates[4] of a company identified in the Declaration as a client of an affiliate of McKinsey RTS: GE Energy Services, GE International, Inc.

15. **Shippers.** Members of McKinsey RTS not serving the Debtors currently serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the following Shippers or entities or individuals that are affiliates of such Shippers in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Shippers' claims against the Debtors: Pacific Gas & Electric Company.  A member of McKinsey RTS who is not serving the Debtors was previously employed, in the past two years, by the following Shippers, or entities or individuals that are affiliates of such Shippers on matters unrelated to the Debtors and the Debtors' chapter 11 cases or such Shippers' claims against the Debtors:  Peabody Coal Sales LLC.

16. **Significant Vendors.** A member of McKinsey RTS currently serves, or in the past two years has served, either through McKinsey RTS US or an affiliate thereof, the following Significant Vendors or entities or individuals that are affiliates of such Significant Vendors in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Significant Vendors' claims against the Debtors:  ABB, Inc.  A member of McKinsey RTS who is not serving the Debtors was

---

[4]  This disclosure supplements the disclosures made in paragraphs 32 and 42 of the Declaration.

previously employed, in the past two years, by the following Significant Vendors, or entities or individuals that are affiliates of such Significant Vendors on matters unrelated to the Debtors and the Debtors' chapter 11 cases or such Significant Vendors' claims against the Debtors:  Peabody Coal Sales LLC.  The following Significant Vendor is an affiliate[5] of a company identified as a client of an affiliate of McKinsey RTS in the Declaration:  GE Prolec Transformers Inc.

17.     **Utilities.** Members of McKinsey RTS not serving the Debtors currently serve, or in the past two years have served, either through McKinsey RTS US or an affiliate thereof, the following Utilities or entities or individuals that are affiliates of such Utilities in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such Utilities' claims against the Debtors:  Pacific Gas & Electric Company, Duke Energy.

18.     From time to time, members of McKinsey RTS serve on engagements for departments and divisions of the Federal government and various state governments. To the best of my knowledge, no member of McKinsey RTS currently serves, or in the past two years has served or been employed by any of the Federal or state departments or divisions identified on the list of Potential Parties in Interest.

19.      McKinsey RTS reserves the right to further supplement its declarations in the event it becomes aware of any relationship or other information that requires disclosure.

7

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  July 13, 2017
Chicago, Illinois

_____
                                                          Kevin M. Carmody
                                                          Practice Leader