# EXHIBIT 58

# Spending by Prime Award

**Contracts** 285 | Contract IDVs 31 | Grants 0 | Direct Payments 0 | Loans 0 | Other 0

| Award ID | Recipient Name | Start Date | End Date | Award Amount | Awarding Agency |
|---|---|---|---|---|---|
| VA118A15F0279 | MCKINSEY & COMPANY, INC. WASH… | 7/16/2015 | 11/25/2016 | $6,776,805 | Department of Veterans Affa… |
| HHSF22315005 | MCKINSEY & COMPANY, INC. WASH… | 7/15/2015 | 1/19/2017 | $2,670,468 | Department of Health and H… |
| HHSD2002015F62241 | MCKINSEY & COMPANY, INC. WASH… | 5/12/2015 | 11/17/2015 | $950,000 | Department of Health and H… |
| HHSF22315004 | MCKINSEY & COMPANY, INC. WASH… | 4/30/2015 | 8/28/2015 | $662,677 | Department of Health and H… |
| DOCEA133W15NC0356 | MCKINSEY & COMPANY, INC. WASH… | 4/2/2015 | 12/11/2016 | $6,629,248 | Department of Commerce |
| 0003 | MCKINSEY & COMPANY, INC. WASH… | 4/1/2015 | 8/31/2015 | $1,969,980 | Department of Defense |
| HHSF22315003 | MCKINSEY & COMPANY, INC. WASH… | 2/25/2015 | 3/22/2016 | $2,987,514 | Department of Health and H… |
| HHSF22315001 | MCKINSEY & COMPANY, INC. WASH… | 2/3/2015 | 7/11/2015 | $1,732,292 | Department of Health and H… |
| HHSF22315002 | MCKINSEY & COMPANY, INC. WASH… | 2/3/2015 | 7/11/2015 | $1,492,576 | Department of Health and H… |
| VA11815F0026 | MCKINSEY & COMPANY, INC. WASH… | 1/16/2015 | 2/19/2016 | $480,282 | Department of Veterans Affa… |
| W91CRB15P0019 | MCKINSEY & COMPANY, INC. WASH… | 12/22/2014 | 12/29/2017 | $95,500 | Department of Defense |
| DOCYA132315NC0009 | MCKINSEY & COMPANY, INC. WASH… | 11/14/2014 | 8/31/2015 | $3,425,688 | Department of Commerce |
| HHSP233201400540G | MCKINSEY & COMPANY, INC. WASH… | 9/30/2014 | 9/29/2015 | $614,762 | Department of Health and H… |
| DJJ14F2572 | MCKINSEY & COMPANY, INC. WASH… | 9/30/2014 | 9/29/2017 | $6,167,060 | Department of Justice |