# EXHIBIT 59

| McKinsey & Company

 TIME        MAP        CATEGORIES                                   Prime Awards  ⬤

g Over Time

over your chosen time period. Break down your results by years, quarters, or
er the bars for more detailed information.

**Years**    Quarters    Months

Obligated

**2015**

**$57,979,064**

Total Obligations in 2015