# EXHIBIT 61

    

TABLE | TIME | MAP | CATEGORIES        Prime Awards ◉ Sub-Awards

# Spending by Prime Award

**Contracts 39** | Contract IDVs 5 | Grants 0 | Direct Payments 0 | Loans 0 | Other 0

| Award ID | Recipient Name | Start Date | End Date | Award Amount | Awarding Agency |
|---|---|---|---|---|---|
| W56HZV18CL404 | MCKINSEY & COMPANY, INC. WASH… | 1/29/2018 | 1/28/2019 | $45,000 | Department of Defense |
| HQ003417F0666 | MCKINSEY & COMPANY, INC. WASH… | 9/30/2017 | 6/1/2018 | $2,501,861 | Department of Defense |
| HQ003417F0667 | MCKINSEY & COMPANY, INC. WASH… | 9/30/2017 | 9/29/2019 | $3,927,429 | Department of Defense |
| HR001117C0104 | MCKINSEY & COMPANY, INC. WASH… | 7/1/2017 | 8/31/2017 | $115,940 | Department of Defense |
| HQ003417F0264 | MCKINSEY & COMPANY, INC. WASH… | 6/9/2017 | 10/30/2017 | $244,633 | Department of Defense |
| W15QKN17F0005 | MCKINSEY & COMPANY, INC. WASH… | 3/8/2017 | 6/1/2019 | $22,031,450 | Department of Defense |
| N0018917FZ051 | MCKINSEY & COMPANY, INC. WASH… | 1/17/2017 | 8/14/2017 | $4,341,821 | Department of Defense |
| W15QKN16F0089 | MCKINSEY & COMPANY, INC. WASH… | 9/23/2016 | 7/31/2018 | $7,373,779 | Department of Defense |
| N0018916FZ199 | MCKINSEY & COMPANY, INC. WASH… | 8/1/2016 | 11/30/2016 | $1,555,570 | Department of Defense |
| W15QKN16F0026 | MCKINSEY & COMPANY, INC. WASH… | 6/9/2016 | 1/19/2017 | $6,670,435 | Department of Defense |
| 0003 | MCKINSEY & COMPANY, INC. WASH… | 4/1/2015 | 8/31/2015 | $1,969,980 | Department of Defense |
| W91CRB15P0019 | MCKINSEY & COMPANY, INC. WASH… | 12/22/2014 | 12/29/2017 | $95,500 | Department of Defense |
| W15QKN14F0034 | MCKINSEY & COMPANY, INC. WASH… | 9/26/2014 | 6/30/2016 | $10,087,490 | Department of Defense |
| HQ003414F0231 | MCKINSEY & COMPANY, INC. WASH… | 9/8/2014 | 5/31/2015 | $1,128,705 | Department of Defense |
| 0002 | MCKINSEY & COMPANY, INC. WASH… | 7/18/2014 | 10/27/2014 | $1,688,556 | Department of Defense |