# EXHIBIT 62

