# EXHIBIT 63

