**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Related D.I. 2392, 2405, 2419 & 2420**<br><br>**Hrg. Date: May 9, 2019 at 1:00 p.m.** |

<u>**NOTICE OF TELEPHONIC HEARING ON MAY 9, 2019 AT 1:00 P.M.**</u>

**PLEASE TAKE NOTICE** that on March 6, 2019 Mar-Bow Value Partners, LLC ("<u>Mar-Bow</u>") filed its *Motion of Mar-Bow Partners, LLC, A Creditor, For Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2392] (the "<u>Motion</u>"). A hearing on the Motion is scheduled to be held on May 15, 2019 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that on April 11, 2019 McKinsey Recovery & Transformation Services U.S., LLC ("<u>McKinsey RTS</u>") filed its Objection to the Motion [D.I. 2405] (the "<u>Objection</u>").

**PLEASE TAKE FURTHER NOTICE** that (a) by letter dated May 1, 2019 [D.I. 2419], McKinsey RTS requested that the Court bifurcate the May 15, 2019 hearing on the Motion to first address the issue of Mar-Bow's standing, and (b) by letter dated May 1, 2019 [D.I. 2420] Mar-Bow opposed McKinsey RTS's request to bifurcate.

**PLEASE TAKE FURTHER NOTICE** that, on May 9, 2019 at 1:00 p.m. the Court will convene a telephonic hearing (the "<u>Telephonic Hearing</u>") before the Honorable Brendan L. Shannon to address whether the May 15, 2019 hearing on the Motion should be bifurcated and related matters.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to participate in the Telephonic Hearing should make arrangements through CourtCall, LLC at (866) 582-6878 in accordance with the Court's *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Dated:  May 6, 2019

**ASHBY & GEDDES, P.A.**


*/s/ David F. Cook*
William P. Bowden (#2553)
Michael D. DeBaecke (#3186)
David F. Cook (#6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: 302.654.1888
Fax: 302.654.2067
wbowden@ashbygeddes.com
dcook@ashbygeddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq. (*admitted pro hac vice)*
John Gleeson (*pro hac vice application pending*)
Erica S. Weisgerber, Esq. (*admitted pro hac vice)*
Elie J. Worenklein, Esq. (*admitted pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

-and-

**SELENDY & GAY PLLC**
Faith E. Gay, Esq. (*pro hac vice application pending*)
Maria Ginzburg, Esq. (*admitted pro hac vice*)

David S. Flugman, Esq. (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com
Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*