## **CERTIFICATE OF SERVICE**

  I, David F. Cook, hereby certify that on May 7, 2019, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

                */s/ David F. Cook*
                David F. Cook (DE #6352)

{01446389;v1 }

| | |
|---|---|
| **VIA EMAIL AND FIRST CLASS MAIL**<br>Steven Rhodes, Esq.<br>STEVEN RHODES CONSULTING, LLC<br>1610 Arborview<br>Ann Arbor, Michigan 48103 | **VIA EMAIL AND FIRST CLASS MAIL**<br>Sheldon S. Toll, Esq.<br>LAW OFFICES OF SHELDON S. TOLL, PLLC<br>29580 Northwest Highway<br>Suite 1000<br>Southfield, Michigan 48034 |
| **VIA EMAIL AND FIRST CLASS MAIL**<br>Sean O'Shea, Esq.<br>Michael Petrella, Esq.<br>Amanda Devereux, Esq.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, New York 10281 | **VIA EMAIL AND HAND DELIVERY**<br>Marc R. Abrams<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 |
| **VIA EMAIL AND HAND DELIVERY**<br>Juliet M. Sarkessian, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **VIA EMAIL AND HAND DELIVERY**<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| **VIA EMAIL AND FIRST CLASS MAIL**<br>Andrew D. Behlman, Esq.<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | **VIA EMAIL AND FIRST CLASS MAIL**<br>Wojciech F. Jung, Esq.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| **VIA EMAIL AND HAND DELIVERY**<br>David M. Fournier, Esq.<br>John H. Schanne, II, Esquire<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899 | |