## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. |  |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Austria Shrum LLC hereby withdraws as counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc. (together, "Taylor") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Matthew P. Austria of the law firm Austria Legal, LLC, hereby substitutes his appearance as counsel to Taylor in the above-captioned case. Gray Plant Mooty shall also remain as counsel to Taylor.

**PLEASE TAKE FURTHER NOTICE** the below attorneys demand, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in the above captioned cases be given to and served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

| | |
|---|---|
| Matthew P. Austria | Phillip W. Bohl |
| Austria Legal, LLC | Gray Plant Mooty |
| 1007 N. Orange Street, 4th Floor | 500 IDS Center |
| Wilmington, DE 19801 | 80 South Eighth Street |
| Telephone: (302) 521-5197 | Minneapolis, MN 55402 |
| Facsimile: (302) 425-0232 | Telephone: (612) 632-3019 |
| Email: maustria@austriallc.com | Facsimile: (612) 632-4019 |
| | Email: phillip.bohl@gpmlaw.com |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: May 8, 2019
Wilmington, DE

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone:  (302) 521-5197
Facsimile:  (302) 425-0232
E-mail:  maustria@austriallc.com

-and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Facsimile:  (612) 632-4019
Email:  phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation and its*
*Designated Buyer Standard Register, Inc.*