## CERTIFICATE OF SERVICE

I, Stephen B. Gerald, do hereby certify that on May 8, 2019, I caused a copy of the foregoing **Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)** to be served upon the parties listed on the attached service list via first-class mail, postage prepaid.

*/s/ Stephen B. Gerald*
Stephen B. Gerald (DE 5857)

**SERVICE LIST**

| | |
|---|---|
| Justin R. Alberto, Esq.<br>Gregory J. Flasser, Esq.<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19899 | Justin K. Edelson, Esq.<br>Christopher A. Ward, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| Brigette G. McGrath, Esq.<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Kendra K. Bader, Esq.<br>Kara E. Casteel, Esq.<br>Alex Govze, Esq.<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121 |
| Andrew D. Behlman, Esq.<br>Sharon L. Levine, Esq.<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Gerald C. Bender, Esq.<br>Wojciech F. Jung, Esq.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| David M. Fournier, Esq.<br>John H. Schanne, II, Esquire<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899 | Juliet M. Sarkessian, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Laura E. Knoll, Esq.<br>THE KNOLL LAW FIRM, LLC<br>7240 Muirfield Drive, Suite 120<br>Dublin, OH 43017 | Phillip Bohl, Esq.<br>GRAY, PLANT, MOOTY & BENNET, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Craig A. Brandt, Esq.<br>SNYDER & BRANDT, P.A.<br>Canadian Pacific Plaza, Suite 2550<br>120 South Sixth Street<br>Minneapolis, MB 55402 | Anthony R. Calascibetta, Esq.<br>EISNERAMPER LLP<br>111 Wood Avenue South<br>Iselin, NJ 08830 |

| | |
|---|---|
| Matthew P. Austria, Esq.<br>AUSTRIA SHRUM LLC<br>One Commerce Center<br>1201 N. Orange Street, Suite 502<br>Wilmington, DE 19801 | Tom Arnold<br>Joyce Arnold<br>661 North Main Street<br>Celina, OH 45822 |
| Daniel L. Bryan<br>BRYANT LEGAL, LLC<br>1457 S. High Street<br>Columbus, OH 43207 | WILMINGTON TRUST COMPANY Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Matthew B. Bryan<br>BRYANT LEGAL, LLC<br>3450 W. Central Avenue, Suite 370<br>Toledo, OH 43606 | Maria Aprile Sawczuk, Esq.<br>GOLDSTEIN & MCCLINTON LLP 1201 N. Orange Street<br>Wilmington, DE 19801 |
| Thomas R. Fawkes, Esq.<br>Brian J. Jackiw, Esq.<br>GOLDSTEIN & MCCLINTON LLP<br>208 South LaSalle Street, Suite 1750<br>Chicago, IL 60604 | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801 |
| Gregory Fox, Esq.<br>James B. Zack, Esq.<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA 98111 | Kevin Carmody<br>Mark W. Hojnacki<br>MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC<br>55 East 52nd Street<br>New York, NY 10055 |
| Davis Lee Wright, Esq.<br>MONTGOMERY MCCRACKEN WALKER & RHODES, LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, DE 19801 | William P. Bowden, Esq.<br>Michael D. DeBaecke, Esq.<br>David F. Cook, Esq.<br>ASHBY & GEDDES, P.A.<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |

| | |
|---|---|
| Faith E. Gay, Esq.<br>Maria Ginzburg, Esq.<br>David S. Flugman<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104 | M. Natasha Labovitz, Esq.<br>Erica Weisgerber, Esq.<br>Elie J. Worenklein, Esq.<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Ave.<br>New York, NY 10022 |