**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :        Chapter 11
:
SRC LIQUIDATION, LLC,[1]          :        Case No. 15-BK-10541 (BLS)
:
Debtor.                           :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF AMANDA L. DEVEREUX IN SUPPORT OF REPLY IN SUPPORT OF MOTION OF MAR-BOW VALUE PARTNERS, LLC, A CREDITOR, FOR RELIEF FROM ORDERS UNDER BANKRUPTCY RULE 9024 AND CIVIL RULE 60(d)(3)**

AMANDA L. DEVEREUX, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1.  I am an attorney admitted to practice in the State of New York and a partner at the law firm Cadwalader Wickersham & Taft LLP, attorneys for Mar-Bow Value Partners, LLC, ("**Mar-Bow)** in this proceeding.

2.  I respectfully submit this Declaration in support of Mar-Bow's Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders under Bankruptcy Rule 9024 and Civil Rule 60(d)(3).

3.  Attached hereto as **Exhibits 70-82** are true and correct copies of the following documents:

**EXHIBIT 70**   Mary Williams Walsh, *One Man vs. McKinsey: A Billionaire Says the Consultancy Has Rigged the Bankruptcy System*, New York Times, Apr. 11, 2019

**EXHIBIT 71**   Declaration of Jon Garcia in Respect of Questions Proffered by United

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

|  |  |
|---|---|
|  | States Trustee in Response Dated July 31, 2018, filed Sept. 12 2018, *In re Alpha Natural Resources, Inc.*, No. 15-BK-33896(KRH) (Bankr. E.D.Va.) ("**ANR**") Dkt. 4151 |
| **EXHIBIT 72** | Order Compelling McKinsey Recovery & Transformation Services U.S., LLC, Turnaround Advisor for the Debtors, to Comply with the Requirements of Bankruptcy Rule 2014, filed July 1, 2016, *ANR* Dkt. 2895 |
| **EXHIBIT 73** | Motion of the United States Trustee to Compel McKinsey Recovery & Transformation Services U.S., Turnaround Advisor for the Debtors, to Comply with the Requirements of Bankruptcy Rule 2014, filed May 3, 2016, *ANR* Dkt. 2308 |
| **EXHIBIT 74** | Objection of the United States Trustee to Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors Nunc Pro Tunc to the Petition Date, filed May 12, 2016, *In re SunEdison, Inc.*, No. 16-BK-10992(SMB) (Bankr. S.D.N.Y.) ("**SunEdison**") Dkt. 265 |
| **EXHIBIT 75** | Statement of the Recommendation of the United States Trustee on Public Disclosures by McKinsey RTS, filed Aug. 5, 2016, *ANR* Dkt. 3222 |
| **EXHIBIT 76** | United States Trustee's Response to Mar-Bow Partners, LLC's (I) Motion to Reopen Case and (II) Motion for Relief from Judgments and for Indicative Ruling, filed July 31, 2018, *ANR* Dkt. 4126 |
| **EXHIBIT 77** | Acting United States Trustee's (1) Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC as Performance Improvement Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date; and (2) Response to Court's Order Dated November 30, 2018, filed Dec. 14, 2018, *In re Westmoreland Coal Company*, No. 13-BK-35672(DRJ) (Bankr. S.D. Tex.) ("**Westmoreland**" or "**WM**") Dkt. 785 |
| **EXHIBIT 78** | January 3, 2019 Hearing Transcript, *Westmoreland* |
| **EXHIBIT 79** | Order Compelling McKinsey Recovery & Transformation Services U.S., LLC, Turnaround Advisor for the Debtors, to Comply with the Requirements of Bankruptcy Rule 2014, filed July 1, 2016, *ANR* Dkt. 2895 |
| **EXHIBIT 80** | January 9, 2019 Hearing Transcript, *ANR* |

**EXHIBIT 81**   January 15, 2019 Hearing Transcript, *ANR*

**EXHIBIT 82**   Order Appointing United States Bankruptcy Judge as Mediator, filed Jan. 16, 2019, *WM* Dkt. 1088

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 8, 2019

/s/ Amanda L. Devereux<br>Amanda L. Devereux