# EXHIBIT 75

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., *et al.*, | Case No. 15-33896-KRH |
| Debtors. | (Jointly Administered) |

## STATEMENT OF THE RECOMMENDATION OF THE UNITED STATES TRUSTEE ON PUBLIC DISCLOSURES BY MCKINSEY RTS

This Court ordered the United States Trustee to "file a recommendation . . . whether any further public disclosures [of McKinsey RTS's connections] should be made." *See Order Resolving Motion Dated July 5, 2016 of Mar-Bow Value Partners, LLC Pursuant to Fed. R. Civ. P. 59(e) for Order Clarifying Order Dated July 1, 2016*, ¶ D, Docket No. 3055 (July 15, 2016) (the "Clarification Order"). The Court asked that the United States Trustee make her recommendation after reviewing certain disclosures of McKinsey Recovery & Transformation US, LLC ("McKinsey RTS") provided confidentially to the United States Trustee, Debtor, and Official Committee of Unsecured Creditors ("OCUC"), which the Court had previously reviewed *in camera*. But "the Court will determine whether further public disclosures shall be made." *See Clarification Order*, ¶ D.

## BACKGROUND

The United States Trustee filed a motion to compel further disclosures from McKinsey RTS and argued that "[r]igorous compliance with Rule 2014 is critical to the integrity and transparency required of the bankruptcy system." In response, McKinsey RTS filed a

supplemental disclosure with substantial new information, including the names of clients

formerly identified as confidential who would take part in the then proposed plan transactions.

*Third Supplemental Declaration of Kevin Carmody*, Docket No. 2464 (May 19, 2016).

McKinsey RTS also answered a number of questions about other connections and provided

extensive information about the corporate structure of the greater McKinsey organization and its

conflict-checking process in response to questions from the U.S. Trustee.  For example, the U.S.

Trustee learned that McKinsey RTS checked client conflicts for all of its affiliated entities—not

just McKinsey RTS subsidiaries (there are none) or just affiliates loaning employees for the

Debtor engagement.  *See generally Affidavit of Kevin Carmody*, Docket No. 2739 (June 22,

2016) (providing detailed explanation of conflict-checking process as previously explained to the

United States Trustee). With the additional public disclosures and substantial responses to the

U.S. Trustee's requests for information, the U.S. Trustee determined that McKinsey RTS

satisfied the disinterested and conflict standards for retention and that she would not further

prosecute the motion to compel.

Thereafter, Mar-Bow Value Partners, LLC ("Mar-Bow") filed a motion to compel

seeking further disclosures.  At the conclusion of the June 28 hearing, the Court ordered further

specific disclosures of three categories of information—names for all previously undisclosed

connections, response rates to e-mail surveys during the conflict check, and identification of any

interested parties in which McKinsey's investment affiliate has invested.  The Court ordered that

those disclosures be made to the Court *in camera* and subsequently on a confidential basis to the

United States Trustee, Debtor, and OCUC. McKinsey made those further *in camera* disclosures

on July 6, 2016.  After the *in camera* review, the Court stated that it was "very satisfied with the

information in it [the *in camera* disclosures].  . . . I'm completely satisfied that there is not any

type of disinterested problem with McKinsey going forward based on my in-camera review."
Tr., 21-22 (7/7/16).  "And I'm absolutely satisfied, as I said before, McKinsey is disinterested
party based on everything that I've seen, which was far more than adequate submission that I
received yesterday."  *Id.* at 122.

Based on the Court's finding of disinterestedness, there is no issue before the Court
relating to McKinsey RTS's possible disqualification.  Rather, the sole issue for adjudication
now is what further public disclosures McKinsey RTS should make.  After the Court's *in camera*
review, the Court asked the United States Trustee for a recommendation on further public
disclosures and stated that it sought a balance between the Court's intention of enforcing Rule
2014 "to the letter" and protecting McKinsey's business interests to the extent possible:

> So I'm trying to balance those things and I want to do that, and subject to further
> review, after the Office of the U.S. Trustee and the other parties have looked at
> this, and we can see what is necessary and what can be revealed and
> what can't be revealed at some later time . . . .

*Id*. at 22.

## RECOMMENDATION

Because Rule 2014 does not define connections, and because transparency is critical to
the integrity of the bankruptcy process, the better course is typically more disclosure, not less.
The United States Trustee, therefore, recommends further public disclosure by McKinsey RTS of
the following information:

1.  Every name on the list of interested parties provided by the Debtors ("interested

    parties' list") with whom either McKinsey RTS or personnel borrowed from an

    affiliate thereof, has a connection and a statement whether any services provided

    were related to or adverse to the Debtors. This information should be provided for

    a period of three years before the petition date.

2. Every name on the interested parties' list who was a client of any McKinsey RTS affiliate with respect to "a direct commercial relationship or transaction" with the Debtors. This information should be provided for a period of three years before the petition date.

3. Every name on the interested parties' list that previously employed McKinsey RTS personnel. This information should be provided for a period of three years before the petition date.

4. Every name of a professional on the interested parties' list that represents or represented McKinsey RTS or its affiliates. This information should be provided for a period of three years before the petition date.

## SCOPE OF DISCLOSURES

The disclosures made to date, with the additional disclosures recommended here, will satisfy Rule 2014. Full and complete disclosures ensure that bankruptcy professionals render undivided loyalty and untainted advice to their clients and enhance creditor and public confidence in the fairness of the bankruptcy proceedings. Rule 2014 is a rigorous, but not inelastic, standard. So context matters in evaluating the appropriate scope of Rule 2014 disclosures, and the particular facts and circumstances of a case must be considered. Courts (and the U.S. Trustee in deciding whether to seek supplemental disclosure or to object) should consider, among other factors, the nature of the case, the scope of the professional's engagement, and the professional's corporate structure and other business activities.

Two particularly challenging disclosure issues have presented themselves in this case—what, if any, Rule 2014 disclosures can be protected as confidential and what is the appropriate scope of disclosures regarding a professional firm's affiliates?

When this matter commenced, McKinsey RTS operated under an apparent (and inappropriate) blanket assertion of client confidentiality in its bankruptcy engagements and did not provide any evidence that a single client's information, much less every client's, could be protected under section 107 or any other legal standard.  After the United States Trustee filed the motion to compel, McKinsey RTS began the process of conforming its business practice to the requirements of bankruptcy practice and disclosed the names of its most material connections.  Soon thereafter, McKinsey RTS sought to be retained in a newly-filed case in New York.  *In re SunEdison, Inc., et al*., Case No. 16-10992 (SMB) (Bankr.S.D.N.Y.)  Although McKinsey RTS initially disclosed names of some of its client connections, it did not disclose all of them based on assertions of client confidentiality.  The United States Trustee for Region 2 objected, *see id.*, Docket No. 265, and McKinsey RTS ultimately disclosed the identity of *every* connection before its retention was approved.  *See id.*, Docket No. 586.  And here, the United States Trustee recommends that every connection be disclosed by name.

Mar-Bow has also sought disclosures about the connections of affiliates of McKinsey RTS.[1]  Such broad disclosure is generally appropriate and often required, but courts do not always require such extensive affiliate disclosures when the affiliates are engaged in businesses remote from the bankruptcy engagement.  For example, in *Tribune*, AlixPartners[2] filed detailed Rule 2014 disclosures with its retention application.  *In re Tribune Co.,* Docket No. 245, Exhibit B, Case No. 08-13141 (Bankr. D. Del. 1/16/2009).  It did not, however, disclose all of the connections of its then private equity owners, Hellman and Friedman, with interested parties in

---

[1]     *See*, *e.g*., Docket No. 2603, pp. 21 of 74.

[2]     Jay Alix, the founder of AlixPartners and who retains a minority ownership stake in AlixPartners, is the beneficial owner of Mar-Bow.  *See Declaration of Jay Alix in Support of Motion of Creditor Mar-Bow Value Partners, LLC to Compel McKinsey Recovery & Transformation Services U.S., Turnaround Advisor to the Debtors, to Comply with the Requirements of Bankruptcy Rule 2014*, Docket No. 2603-1 (June 6, 2016).

the case. *See id.,* ¶¶ 4-5. In *City of Detroit*, Lazard filed an application to be employed by the official committee of retirees and limited its Rule 2014 disclosures to Lazard only, despite the fact that employees of Lazard affiliates would be working on the representation:

> Lazard is the primary U.S. operating subsidiary of an international financial advisory and asset management firm and thus has several legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being retained by the Committee, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine relationships with any Potential Parties in Interest.

*In re City of Detroit*, Docket No. 1476, Case No. 13-53846 (October 31, 2013). [3] Here, the United States Trustee recommends broad disclosures of the connections of the consultants McKinsey RTS borrowed from its affiliates for this bankruptcy engagement.

Respectfully Submitted,

Dated: May 19, 2016

Judy A. Robbins
United States Trustee, Region Four

By: /s/ *Robert  B. Van Arsdale*
Robert B. Van Arsdale (Va. Bar No. 17483)
Shannon Pecoraro (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
robert.b.van.arsdale@usdoj.gov
shannon.pecoraro@usdoj.gov

---

[3]     Because the *City of Detroit* case was a chapter 9 case, the United States Trustee lacked standing to object. It is possible that no party-in-interest in *City of Detroit* raised the Rule 2014 insufficiency so that it could be adjudicated, as this Court commented at the June 28 hearing: "[I]it is so important that parties in interest bring these kinds of matters to the attention of the Court so the Court can deal with them." Tr., 127 (June 28, 2016 hearing).

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein (Md. Fed. Bar No. 23489)
Office of the United States Trustee
101 W. Lombard Street, Suite 2650
Baltimore, MD 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of August 5, 2016, a copy of the foregoing statement was served by electronic mail to each of the following parties (those parties identified on the Master Service List with e-mail addresses), to:

| | | | |
|---|---|---|---|
| Counsel for Gary D. Crutchfield | Bud Stephen Tayman, P.A. | Bud Stephen Tayman | btayman@taymanlaw.com |
| Counsel to Cole & Crane Real Estate Trust | Campbell Woods PLLC | J Grant McGuire | gmcguire@campbellwoods.com |
| Counsel for Brookville Services, LLC | Canfield, Baer & Heller, LLP | Robert A. Canfield | bcanfield@canfieldbaer.com; kwhitman@canfieldbaer.com |
| Counsel for Natural Resource Partners L.P., WPP LLC, ACIN LLC, and CSTL LLC (NRP), Pocahontas Land Company, Norfolk Southern Railway Company; Rowland Land Company, LLC; Honey Island Coal Co., d/b/a Federal Coal Company | Christian & Barton, LLP | Michael D Mueller & Jennifer M. McLemore | mmueller@cblaw.com; jmclemore@cblaw.com |

| | | | |
|---|---|---|---|
| ("Honey Island") | | | |
| Counsel to Shonk Land Company, LLC, Kentucky River Properties LLC; Powder River Energy Corp, Pocahontas Land Company, Norfolk Southern Railway Company; Kentucky Utilities Company; Mayo Manufacturing Company, Inc; The Buchanan Group LLC; Honey Island Coal Co., d/b/a Federal Coal Company ("Honey Island") | Christian & Barton, LLP | Augustus C Epps Jr & Jennifer M McLemore | aepps@cblaw.com; jmclemore@cblaw.com |
| Counsel to Nelson Brothers, Inc. | Christian & Small LLP | Daniel D Sparks | ddsparks@csattorneys.com |

| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders Counsel | CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT | Cahill Gordon & Reindel LLP | wmiller@cahill.com |
|---|---|---|---|
| Counsel to Commonwealth of Pennsylvania, Department of Environmental Protection | Commonwealth of Pennsylvania, Department of Environmental Protection | Barbara J Grabowski | bgrabowski@pa.gov |
| Counsel to Commonwealth of Pennsylvania, Department of Transportation | Commonwealth of Pennsylvania, Department of Transportation | Chester J Karas Jr | ckaras@pa.gov |
| Counsel to the United Mine Workers of America Health and Retirement Funds (Local Counsel) | Crowley Liberatore Ryan & Brogan PC | Karen M Crowley | kcrowley@clrbfirm.com |
| Counsel for Vantage Energy Management | Davis Graham & Stubbs LLP | Thomas C Bell | tom.bell@dgslaw.com |

| Company | | | |
|---|---|---|---|
| Counsel to Citicorp North America, Inc., as Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | Davis Polk and Wardell LLP | Damian S. Schaible, Kenneth J. Steinberg, Eli J. Vonnegut, Damon P. Meyer, and Aryeth Ethan Falk | damian.schaible@davispolk.com; kenneth.steinberg@davispolk.com; eli.vonnegut@davispolk.com; damon.meyer@davispolk.com; aryeh.falk@davispolk.com; alpha.dpw@davispolk.com |
| Counsel for Dickie, McCamey & Chilcote PC; Stowers Fire and Safety Equipment; Lincoln Contracting & Equipment Co., Inc | Dickie McCamey & Chilcote | Douglas M Grimsley | dgrimsley@dmclaw.com |
| Counsel for General Electric Corporation | DiMuroGinsber PC | M. Jarrad Wright | mjwright@dimuro.com |
| Counsel to Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as | Drinker Biddle & Reath LLP | Mark H.M. Sosnowsky | mark.sosnowsky@dbr.com |

| | | | |
|---|---|---|---|
| successor Indenture Trustee (the "Indenture Trustee"), | | | |
| Counsel to Iron City Workplace Services | DurretteCrump LLC | c o Kevin J Funk | barkema@durrettecrump.com |
| Counsel for Three Rivers Marine and Rail Terminals, LLC, Veolia Water Solutions & Technologies North America Inc | Eckert Seamans Cherin & Mellott LLC | Jeffrey P Brundage | jbrundage@eckertseamans.com |
| Counsel to the Indenture Trustees for the Debtors' Secured and Unsecured Notes | Foley & Lardner LLP | Harold L. Kaplan and Mark F. Hebbeln | hkaplan@foley.com; mhebbeln@foley.com |
| Counsel for MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.), as Indenture Trustee | Foley & Lardner LLP | Erika L. Morabito | emorabito@foley.com |
| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Ronald E Gold | rgold@fbtlaw.com |

| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Adam R Kegley | akegley@fbtlaw.com |
|---|---|---|---|
| Counsel to PNC Equipment Finance, LLC | Gebhardt & Smith LLP | Carl A. Howard & Lisa Bittle Tancredi & Michael D. Nord | choward@gebsmith.com; ltancredi@gebsmith.com; mnord@gebsmith.com |
| Counsel to General Engineering Co. of Virginia and its affiliate, WC Hydraulics, LLC | Gentry Locke | Kevin W Holt | Holt@gentrylocke.com |
| Counsel to Veolia ES Industrial Services, Inc. | Gibbons PC | Dale E Barney | dbarney@gibbonslaw.com |
| Counsel to Lexon Insurance Co and Bond Safeguard Insurance Co | Harris Beach PLLC | Kelly C Griffith & Lee E Woodward | kgriffith@harrisbeach.com; lwoodward@harrisbeach.com |
| Counsel to Aramark Uniform & Career Apparel LLC | Hawley Troxell Ennis & Hawley LLP | Sheila R Schwager | sschwager@hawleytroxell.com |
| Interested Party | Henry Allen Kinser Jr | | ackinser@gmail.com |
| Interested Party | Hook & Hook | Eugene W Scherich c/o | hookdc@gmail.com |

|  |  | David C Cook |  |
|---|---|---|---|
| Counsel to Swords Creek Land Partnership; Commonwealth Coal Corporation; and Coal Mountain Mining Company, Limited Partnership, LLP; Campbell County, Wyoming | Hoover Penrod PLC | Dale A Davenport Hannah W Hutman & Beth C Driver | ddavenport@hooverpenrod.com; hhutman@hooverpenrod.com; bdriver@hooverpenrod.com |
| Counsel to Shonk Land Company, LLC | Hoyer Hoyer & Smith PLLC | Christopher S Smith | chris@hhsmlaw.com |
| Counsel for the Debtors and Debtors in Possession | Hunton & Williams LLP | Tyler Brown, J.R. Smith, Henry Long, III, Justin Paget | tpbrown@hunton.com; jrsmith@hunton.com; hlong@hunton.com; jpaget@hunton.com |
| Interested Party | IBM Corporation | Attn Marie-Josee Dube | mjdube@ca.ibm.com |
| Counsel to Illinois Department of Natural Resources | Illinois Department of Natural Resources | Robert F Ritchie Assistant Attorney General | rritchie@atg.state.il.us |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | brendaf.williams@irs.gov |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Iron | Iron Mountain Information | Joseph Corrigan | Bankruptcy2@ironmountain.com |

| Mountain Information Management, LLC | Management, LLC | | |
|---|---|---|---|
| Counsel for the Debtors and Debtors in Possession | Jones Day | David Heiman, Carl Black, Thomas Wilson | dgheiman@jonesday.com; ceblack@jonesday.com; tawilson@jonesday.com |
| Local Counsel to United Mine Workers of America | Kaplan Voekler Cunningham & Frank PLC | Troy Savenko | tsavenko@kv-legal.com |
| Claims, Noticing and Balloting Agent | KCC | Joe Morrow | alphanrinfo@kccllc.com |
| Counsel for Kentucky Energy and Environment Cabinet | Kentucky Energy and Environment Cabinet | Anna Girard Fletcher | anna.fletcher@ky.gov |
| Counsel to an Ad Hoc Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Brian Schartz, Esq., Stephen Hessler & Paul M Basta | brian.schartz@kirkland.com; stephen.hessler@kirkland.com; pbasta@kirkland.com; shessler@kirkland.com |
| Counsel to an Ad Hoc Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Gregory Pesce | gregory.pesce@kirkland.com |
| Counsel to an Ad Hoc Committee of Holders of the Debtors' Second Lien | Kutak Rock LLP | Michael A. Condyles Peter J. Barrett & Jeremy S. Williams | peter.barrett@kutakrock.com; jeremy.williams@kutakrock.com; michael.condyles@kutakrock.com |

| | | | |
|---|---|---|---|
| Notes; Virginia Department of Transportation; Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7½% Senior Secured Second Lien Notes due 2020 and 7½% Senior Secured Second Lien Notes due 2020 (Series B) | | | |
| Counsel for Appalachian Power Company d/b/a American Electric Power, Kentucky Power Company d/b/a American Electric Power, FirstEnergy Solutions Corp., Monongahel | Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III & John M Craig | russj4478@aol.com |

| a Power Company, West Penn Power Company, Dominion Field Services, Inc. and Virginia Electric and Power Company d/b/a Dominion Virginia Power; CNG Coal Company; Dominion Transmission, Inc., | | | |
|---|---|---|---|
| Counsel for D.A. Eldridge, Inc. | Law Office of John T. Donelan | John T Donelan | donelanlaw@gmail.com |
| Counsel for International Marine Terminals Partnership; KINDER MORGAN OPERATING L.P. "C" | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Counsel for Marianna A. Busch | Law Office of Richard D. Scott | Richard D Scott | Richard@rscottlawoffice.com |
| Counsel for Sierra Club, West Virginia Highlands Conservancy and Ohio | Leach Travell PC | Kristen E Burgers & Stephen E. Leach | kburgers@ltblaw.com; sleach@ltblaw.com |

| | | | |
|---|---|---|---|
| Valley Environment al Coalition | | | |
| Counsel to Caterpillar Financial Services Corporation | LeClairRyan,a Professional Corporation | Vernon E Inge Jr & Corey S Booker | vernon.inge@leclairryan.com; corey.booker@leclairryan.com |
| Counsel to Bank of the West | Leitess Friedberg PC | Jeremy S Friedberg | Jeremy.friedberg@lf-pc.com |
| Counsel to United Mine Workers of America | Lowenstein Sandler PC | Sharon Levine Paul Kizel Wojciech Jung  Philip J. Gross & Nicole M. Brown | slevine@lowenstein.com; pkizel@lowenstein.com; wjung@lowenstein.com; pgross@lowenstein.com; nbrown@lowenstein.com |
| Counsel to Carter Machinery Company, Inc; NewPath Energy Capital, LLC | Magee Goldstein Lasky & Sayers PC | Andrew S Goldstein & Garren R. Laymon | agoldstein@mglspc.com; glaymon@mglspc.com |
| Counsel to Liberty Mutual Insurance Company; The Federal Insurance Company | Manier & Herod | Michael E Collins & Scott C. Williams | mcollins@manierherod.com; swilliams@manierherod.com |
| Counsel to Citicorp North America, Inc., as Administrativ e and Collateral Agent under | McGuireWood s LLP | Dion W. Hayes, Sarah B. Boehm, K. Elizabeth Sieg | dhayes@mcguirewoods.com; sboehm@mcguirewoods.com; bsieg@mcguirewoods.com |

| the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | | | |
|---|---|---|---|
| Counsel to TIC-The Industrial Company Wyoming, Inc; Pillar Innovations, LLC; Rice Drilling B LLC | Michael Wilson PLC | Michael G Wilson | mike@mgwilsonlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Dennis F. Dunne Abhilash M. Raval Evan R. Fleck & Eric Stodola | ddunne@milbank.com; araval@milbank.com; efleck@milbank.com; estodola@milbank.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Andrew M. Leblanc | aleblanc@milbank.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Mooney Green Saindon Murphy & Welch PC | Paul A Green & John R Mooney | pgreen@mooneygreen.com; jmooney@mooneygreen.com |
| Counsel for South Carolina Electric & Gas Co | Moore & Van Allen PLLC | David B Wheeler | davidwheeler@mvalaw.com |

| Counsel to Citizens Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.) | Moran Reeves & Conn PC | Christopher J Hoctor | choctor@mrcpclaw.com |
|---|---|---|---|
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | John C Goodchild III | jgoodchild@morganlewis.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Attorneys for Western Organization of Resource Councils | Moye White LLP | James T Burghardt & Timothy M Swanson | tim.swanson@moyewhite.com; jim.burghardt@moyewhite.com |
| Counsel to Michelin North America, Inc.; Talen Generation, LLC, formerly known as PPL Generation, LLC, and as parent company of | Nelson Mullins Riley & Scarborough LLP | Jody A Bedenbaugh & Keith Poston | jody.bedenbaugh@nelsonmullins.com; keith.poston@nelsonmullins.com |

| | | | |
|---|---|---|---|
| Greene Manor Coal Company, successor in interest to Realty Company of Pennsylvania. | | | |
| Counsel to Michelin North America, Inc.; Talen Generation, LLC, formerly known as PPL Generation, LLC, and as parent company of Greene Manor Coal Company, successor in interest to Realty Company of Pennsylvania. | Nelson Mullins Riley & Scarborough LLP | Dylan G Trache | dylan.trache@nelsonmullins.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Carol E Momjian | cmomjian@attorneygeneral.gov |
| Office of the United States Trustee for the Eastern | Office of the United States Trustee | Attn: Robert B. Van Arsdale, Esq. | USTPRegion04.RH.ECF@usdoj.gov; hugh.m.bernstein@usdoj.gov; Robert.B.Van.Arsdale@usdoj.gov |

| District of Virgina | | | |
|---|---|---|---|
| Counsel to The Royal Bank of Scotland PLC | Orrick Herrington & Sutcliffe LLP | Raniero Daversa Jr & Monica Perrigino | rdaversa@orrick.com; mperrigino@orrick.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Corporate Finance & Restructuring Department | efile@pbgc.gov |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Attn: Michael Strollo | |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Louisa A Fennell & John Holland Ginsberg | fennell.louisa@pbgc.gov; efile@pbgc.gov; ginsberg.john@pbgc.gov |
| Counsel to Cleveland Brothers Equipment Company, Inc | Pepper Hamilton LLP | Henry J Jaffe &John H Schanne II | schannej@pepperlaw.com; jaffeh@pepperlaw.com |
| Counsel for Joy Mining & Manufacturing and Joy Global Surface Mining Inc. | Pietragallo Gordon Alfano Bosick & Raspanti LLP | Kenneth D. McArthur Jr. | kdm@pietragallo.com |
| Local Counsel for Creditors, Douglas M. Griffith, Cynthia C. Griffith, and Cynthia C. | Rawls, McNelis & Mitchell, PC | Edward J McNelis III | emcnelis@rawlsmcnelis.com |

| | | | |
|---|---|---|---|
| Griffith as next friend of Sydney Jodi Marie Griffith, a minor | | | |
| Top 50; Counsel to Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. | REED SMITH LLP | ATTN: S. MILES DUMVILLE AND TRAVIS SABALEWS KI | mdumville@reedsmith.com |
| Counsel to Texas Eastern Transmission, LP | REED SMITH LLP | Alison Toepp | atoepp@reedsmith.com |
| Counsel to Ecko Inc and f AAA Mine Service, Inc, Marsico Brothers, Inc; behalfofGlen n Jeokins, Stella Jelkins, Leslie Shepherd, Debbie Shepherd, Leslie Jenkins, Hildred Jenkins, | Ronald Page PLC | Ronald A Page Jr | rpage@rpagelaw.com |

| Chad Robinsotr, and Delores Robinsotr and Gould Electric Motor Repair, Inc. | | | |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Sands Anderson PC | Roy M. Terry William A. Gray John C. Smith W. Ashley Burgess & Eric C. Howlett | bgray@sandsanderson.com; rterry@sandsanderson.com; aburgess@sandsanderson.com; jsmith@sandsanderson.com; ehowlett@sandsanderson.com |
| SEC Headquarters | Securities and Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC | Securities and Exchange Commission | New York Regional Office | bankruptcynoticeschr@sec.gov |
| Counsel for The Federal Insurance Company; Liberty Mutual Insurance Company | Setliff & Holland PC | Richard T. Pledger & Thomas J Moran | rpledger@setliffholland.com ; tmoran@setliffholland.com |
| Counsel for Mar-Bow Value Partners, LLC | Sheldon S Toll PLLC | Sheldon S Toll | sst@lawtoll.com |
| Counsel for SG Equipment Finance USA Corp | Sheppard Mullin Richter & Hampton LLP | Malani J Cademartori & Blanka K Wolfe | mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com |
| Counsel for EDF Trading | Sidley Austin LLP | Kenneth W Irvin & | kirvin@sidley.com; dkronenberg@sidley.com |

| Resources, LLC | | David E Kronenberg | |
|---|---|---|---|
| Counsel to AXIS Capital, Inc. | Spence Brierley PC | Adam M Spence | adam@spencefirm.com |
| Counsel to Penn Virginia Operating Co., LLC; JRY Natural Resources, LLC; McCreery Coal Land Company, Pardee Minerals, LLC; The David J. Pierce Trust U/A dated February 23,2011 ("Pierce Trust"); Donald L. Blankenship; Christian Colliery Company; Berwind Land Company; Westvarendr ag, Inc.; Piney Land Company | Spilman Thomas & Battle PLLC | Peter M Pearl | ppearl@spilmanlaw.com |
| Counsel to Spruce Pine Land Company; M&T Bank, as Trustee | Spotts Fain PC | Robert H. Chappell, III &James K. Donaldson & Jennifer J. West | rchappell@spottsfain.com; jdonaldson@spottsfain.com; jwest@spottsfain.com |

| for DeWitt White Trust Under Will | | | |
|---|---|---|---|
| Counsel to ICF Jones & Stokes, Inc., ArcelorMittal USA LLC and ArcelorMittal Burns Harbor LLC | Squire Patton Boggs US LLP | Elliot M Smith | Elliot.smith@squirepb.com |
| Counsel to Starr Indemnity & Liability Company | Starr Indemnity & Liability Company | Ross M Chinitz | ross.chinitz@starrcompanies.com |
| Counsel to ACE American Insurance Company, Aspen American Insurance Company, Fidelity & Deposit Company of Maryland, Indemnity National Insurance Company, Travelers Casualty & Surety Company of America, Westchester Fire Insurance Company, | Stites & Harbison PLLC | Michael K Kim | mkim@stites.com |

| and Zurich American Insurance Company | | | |
|---|---|---|---|
| Counsel to Kentucky Utilities Company | Stoll Keenon Ogden PLLC | Lea Pauley Goff & Emily L Pagorski | emily.pagorski@skofirm.com; lea.goff@skofirm.com |
| Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7½% Senior Secured Second Lien Notes due 2020 and 7½% Senior Secured Second Lien Notes due 2020 (Series B), | Stroock & Stroock & Lavan LLP | Jayme T. Goldstein, Esq. Kenneth Pasquale, Esq. &Gabriel E. Sasson, Esq | jgoldstein@stroock.com; kpasquale@stroock.com; gsasson@stroock.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Mark D Sherrill | mark.sherrill@sutherland.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Thomas M Byrne | tom.byrne@sutherland.com |
| Counsel for the Moving Retirees; Proposed Counsel for The Official | Tavenner & Beran, PLC | Lynn Lewis Tavenner Paula S. Beran & David N. Tabakin | LTavenner@tb-lawfirm.com; PBeran@tb-lawfirm.com |

| Committee of Retired Employees | | | |
|---|---|---|---|
| Counsel for American Petroleum Partners, LLC | The Law Offices of David A. Greer, PLC | David Greer | dgreer@davidgreerlaw.com |
| Counsel for GE Capital Corporation | Thompson McMullan PC | David R Ruby & William D Prince IV | wprince@t-mlaw.com; druby@t-mlaw.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | gina.hantel@ag.tn.gov |
| Counsel for Williams Mountain, LLC; Birchwood Power Partners, L.P., a Delaware limited partnership | Troutman Sanders LLP | Richard E Hagerty | richard.hagerty@troutmansanders.com |
| Counsel for Williams Mountain, LLC | Troutman Sanders LLP | Massie Payne Cooper & Margeaux S Serrano | massie.cooper@troutmansanders.com; margeaux.serrano@troutmansanders.com |
| Counsel for the United States of America, on behalf of the U.S. Department of Labor, the U.S. | U.S. Department of Justice | Seth B Shapiro | seth.shapiro@usdoj.gov |

| Department of the Interior (on behalf of the Bureau of Land Management and the Office of Natural Resources Revenue), and the Federal Communications Commission | | | |
|---|---|---|---|
| Counsel to the United States of America | U.S. Department of Justice - Environmental Enforcement Section Environment and Natural Resources Division | Marcello Mollo | marcello.mollo@usdoj.gov |
| EPA | U.S. EPA, Region III (3RC60) | Bettina Dunn, Paralegal Specialist | dunn.bettina@epa.gov |
| SEC | U.S. Securities and Exchange Commission | Office of Reorganization | atlanta@sec.gov; atlreorg@sec.gov |
| Counsel to the United Mine Workers of America Health and Retirement Funds | UMWA Health & Retirement Funds | Barbara E Locklin Assistant General Counsel | blocklin@umwafunds.org |
| Counsel to Union Pacific | Union Pacific Railroad | Mary Ann Kilgore & | mkilgore@up.com; jlanders01@up.com |

| Railroad Company | Company | Jennie L Anderson | |
|---|---|---|---|
| United Mine Workers of America; Official Committee of Unsecured Creditors | United Mine Workers of America | Attn: Grant Crandall, General Counsel | gcrandall@umwa.org |
| EPA | USEPA William Jefferson Clinton Building | South (WJC South) | garbow.avi@epa.gov |
| Counsel for Enterprise FM Exchange, Inc. d/b/a Enterprise FM Trust | Vandeventer Black LLP | Deborah M Casey & Shalanda N Franklin | dcasey@vanblacklaw.com; sfranklin@vanblacklaw.com |
| Counsel to Citizens Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.) | Vedder Price PC | Douglas J Lipke | dlipke@vedderprice.com |
| Counsel for Rice Drilling B LLC | Vinson & Elkins LLP | David S Meyer & Jessica C Peet | dmeyer@velaw.com; jpeet@velaw.com |
| Counsel to Kinder Morgan Operating LP "C"; Gregory Brock | Vogel & Cromwell LLC | Christian K Vogel | kvogel@vogelandcromwell.com |
| Counsel to Mayo Manufacturin g Company, | Weber & Rose PCS | Cathy S Pike | cpike@weberandrose.com |

| Inc. | | | |
|------|------|------|------|
| Counsel to General Electric Credit Corporation, as Administrativ e Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, John J. Dedyo | debra.dandeneau@weil.com; john.dedyo@weil.com |
| Counsel for Central Greene School District | Weltman, Weinberg & Reis Co. LPA | Keri P Ebeck | kebeck@weltman.com |
| Counsel to National Electric Company, Inc, Powell Construction Company, Inc. and Powell Construction Company, West Virginia Division, LLC; Boxley Aggregates of West Virginia, LLC and Boxley Materials Company; Bailey & Wells, Inc. | Whiteford Taylor & Preston LLP | Michael E Hastings & Brandy M Rapp | mhastings@wtplaw.com; brapp@wtplaw.com |

| Counsel for City National Bank of West Virginia as Trustee under a Trust Agreement dated December 30, 1983, with A.M. Prichard, III, Sarah Ann Prichard, and Lewis Prichard; J.A. Holley Trust; PRC Holdings, LLC; Prichard School, LLC; and Riverside Park, Inc. (collectively, "PRC/Holley"), party in interest and lessor | Whiteford, Taylor & Preston, LLP | Bradford F. Englander | benglander@wtplaw.com |
| --- | --- | --- | --- |
| Counsel for City National Bank of West Virginia as Trustee under a Trust Agreement dated December 30, 1983, with A.M. Prichard, III, Sarah Ann | Whiteford, Taylor & Preston, LLP | Michael J. Roeschenth aler | mroeschenthaler@wtplaw.com |

| | | | |
|---|---|---|---|
| Prichard, and Lewis Prichard; J.A. Holley Trust; PRC Holdings, LLC; Prichard School, LLC; and Riverside Park, Inc. (collectively, "PRC/Holley"), party in interest and lessor | | | |
| Counsel for Banc of America Leasing and Capital LLC. ("BALC") | Wilson Elser Moskowitz Edelman & Dicker LLP | David M. Ross | david.ross@wilsonelser.com |
| Counsel for Cecil I. Walker Machinery Co; BNP Paribas; Wyoming Machinery Company; Steven and Suzanne Pardon; Carbon Resources, Inc. | Wolcott Rivers Gates | Cullen D Speckhart | cspeckhart@wolriv.com |
| Counsel to Cleveland Brothers Equipment Company Inc | Woods Rogers PLC | Richard C Maxwell | rmaxwell@woodsrogers.com |

Case 15-10541-BLS Doc 2427-6 Filed 05/08/18 Page 35 of 41

| and CB Mining | | | |
|---|---|---|---|
| Top 50 | WYOMING OFFICE OF STATE LANDS & INVESTMENTS | | billie.hunter@wyo.gov |
| Counsel to Atlantic Specialty Insurance Company | Zemanian Law Group | Peter G Zemanian | pete@zemanianlaw.com |
| | | | |

Was mailed first class, postage prepaid to each of the following (those on the Master Service List with no e-mail address):

Bill Powell
CB Mining, Inc.
225 Berry Road
Washington, PA 15301

Citibank, N.A.
Citi Global Loans
1615 Brett Road OPS III
New Castle, DE 19720
Attn: Kimberly Shelton
Attn: Mark Rosenthal

Compushare Trust Co., N.A.
480 Washington Street, 28th Floor
Jersey City, NJ 07310
Attn: Tina Vitale

General Electric Capital Corp.
500 West Monroe Street
Chicago, IL 60661
Attn: Senior Counsel-Corporate Finance

General Electric Capital Corp.
201 Merritt 7

Norwalk, CT 06851
Attn: Drew Vinca

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Ralph Hymer
Nelson Brothers, LLC
820 Shades Creek Parkway, Suite 2000
Birmingham, AL 35209

Pension Benefit Guaranty Corp.
1200 K Street, NW
Washington DC, 20005-4026
Attn:  Michael Strollo

Union Bank of California, N.A.
350 California Street
11th Floor
San Francisco CA 94101
Attn: Corporate Trust Administrator

Union Bank of California, N.A.
350 California Street
11th Floor
San Francisco CA 94101
Attn: James Myers & David Ursa

United Mine Workers of America 1974 Pension Plan & Trust
2121 K Street, NW
Washington DC, 20037
Attn: David Allen

U.S. Attorney for the District of Delaware
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
Attn: Charles M. Oberly, III

U.S. Attorney for the Eastern District of Virginia
Main Street Centre
600 E. Main Street, Suite 1800

Richmond, VA 23219
Attn: Dana Boente

And that, according to the Court's CM/ECF system, the following persons received electronic service:

- Mark K. Ames      mark@taxva.com, amanda@taxva.com
- David W. Baddley      baddleyd@sec.gov
- Kevin W. Barrett      kbarrett@baileyglasser.com, mhissam@baileyglasser.com;mchapman@baileyglasser.com
- Peter Barrett      peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
- Paula S. Beran      pberan@tb-lawfirm.com, stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
- Mark A. Black      mblack@bmwlaw.com, aday@bmwlaw.com
- Corey Simpson Booker      corey.booker@leclairryan.com, elizabeth.slate@leclairryan.com
- Tyler P. Brown      tpbrown@hunton.com, tcanada@hunton.com
- Jeffrey Paul Brundage      jbrundage@eckertseamans.com, DChrist@eckertseamans.com
- Kristen E. Burgers      kburgers@hf-law.com
- James T Burghardt      jim.burghardt@moyewhite.com, kim.maynes@moyewhite.com
- William A. Burnett      aburnett@williamsmullen.com, ddillon@williamsmullen.com
- Paul K. Campsen      pkcampsen@kaufcan.com, jaturner@kaufcan.com
- Robert A. Canfield      bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net
- J. Robertson Clarke      rclarke@akingump.com, dstaber@AKINGUMP.COM;sschultz@AkinGump.com
- Michael A. Condyles      michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
- Massie Payne Cooper      massie.cooper@troutmansanders.com
- Joseph Corrigan      Bankruptcy2@ironmountain.com
- John M. Craig      johncraigg@aol.com, russj4478@aol.com
- Karen M. Crowley      kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
- Shannon Eileen Daily      sdaily@hunton.com
- Dale A. Davenport      ddavenport@hooverpenrod.com,

hhutman@hooverpenrod.com;bdriver@hooverpenrod.com;hpnotices@gmail.com;
xochoa@hooverpenrod.com

- James K. Donaldson     jdonaldson@spottsfain.com,
  eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoo
  re@spottsfain.com;hcutright@spottsfain.com
- John T. Donelan     donelanlaw@gmail.com
- Beth C. Driver     bdriver@hooverpenrod.com
- S. Miles Dumville     mdumville@reedsmith.com,
  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
- Keri P Ebeck     kebeck@weltman.com, agilbert@weltman.com
- Bradford F. Englander     benglander@wtplaw.com, rodom@wtplaw.com
- Augustus C. Epps     aepps@cblaw.com, avaughn@cblaw.com
- Louisa A. Fennell     fennell.louisa@pbgc.gov
- Evan R. Fleck     efleck@milbank.com,
  atsang@milbank.com;estodola@milbank.com;araval@milbank.com;aleblanc@mi
  lbank.com;jhan@milbank.com
- Anna Girard Fletcher     anna.fletcher@ky.gov
- J. David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
- Shalanda N. Franklin     sfranklin@vanblk.com, mdowns@vanblk.com
- Jeremy S. Friedberg     jeremy.friedberg@lf-pc.com, ecf@lf-
  pc.com;pierce.murphy@lf-pc.com
- Kevin J. Funk     kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
- John H. Ginsberg     ginsberg.john@pbgc.gov, efile@pbgc.gov
- Matthew A. Gold     courts@argopartners.net
- Andrew S. Goldstein     AGoldstein@mglspc.com, jcoffman@mglspc.com
- Barbara J. Grabowski     bgrabowski@pa.gov, jotabor@pa.gov
- William A. Gray     bgray@sandsanderson.com,
  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.co
  m
- David A. Greer     dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
- Kelly C. Griffith     kgriffith@harrisbeach.com, bkemail@harrisbeach.com
- Douglas M. Grimsley     dgrimsley@dmclaw.com,
  jott@dmclaw.com;snatale@dmclaw.com
- Richard E. Hagerty     richard.hagerty@troutmansanders.com,
  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.power
  s@troutmansanders.com
- Gina Baker Hantel     agbankcal@ag.tn.gov
- Jason William Harbour     jharbour@hunton.com, tcanada@hunton.com
- Michael E. Hastings     mhastings@wtplaw.com, twhitt@wtplaw.com
- Dion W. Hayes     dhayes@mcguirewoods.com, kcain@mcguirewoods.com
- Christopher Julian Hoctor     choctor@mrcpclaw.com
- Kevin Walker Holt     Holt@gentrylocke.com, langhorn@gentrylocke.com
- Carl Alban Howard     choward@gebsmith.com

- Hannah White Hutman hhutman@hooverpenrod.com, hpnotices@gmail.com
- Vernon E. Inge vernon.inge@leclairryan.com, elizabeth.slate@leclairryan.com
- Britteny N. Jenkins bjenkins@spilmanlaw.com, tbyer@spilmanlaw.com
- Paul G Jennings pjennings@bassberry.com, bankr@bassberry.com
- Christopher A. Jones cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com
- Chester J Karas CKARAS@pa.gov
- Michael Kwang-Min Kim mkim@stites.com, docketclerkalex@stites.com,jwilliams-parker@stites.com;bearly@stites.com;kgish@stites.com;sfeatherston@stites.com
- Nathan Kramer nkramer@hunton.com
- David E Kronenberg dkronenberg@sidley.com
- Kevin A. Lake klake@mcdonaldsutton.com
- Garren Robert Laymon glaymon@mglspc.com, jcoffman@mglspc.com
- Stephen E. Leach sleach@hf-law.com, ndysart@hf-law.com
- Henry Pollard Long hlong@hunton.com, tcanada@hunton.com
- John H. Maddock III jmaddock@mcguirewoods.com
- Richard C. Maxwell rmaxwell@woodsrogers.com, hstewart@woodsrogers.com
- Kenneth D. McArthur kdm@pietragallo.com, rjp@pietragallo.com;ms@pietragallo.com
- Christine H. McCarthy cmccarthy@btlaw.com
- James Grant McGuire gmcguire@campbellwoods.com, phammack@campbellwoods.com;cjones@campbellwoods.com
- Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
- Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
- Edward J. McNelis emcnelis@rawlsmcnelis.com, jarcher@rawlsmcnelis.com
- Marcello M. Mollo marcello.mollo@usdoj.gov
- Carol E. Momjian cmomjian@attorneygeneral.gov
- Erika L. Morabito emorabito@foley.com
- Thomas Joseph Moran tmoran@setliffholland.com, wcabell@setliffholland.com
- Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com
- Guy S. Neal emcdonnell@sidley.com;kirvin@sidley.com;dkronenberg@sidley.com
- Michael D. Nord mnord@gebsmith.com
- David William O'Brien dobrien@crowell.com, mplevin@crowell.com;tyoon@crowell.com;jmccarthy@crowell.com
- Ronald A. Page rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
- Justin F. Paget jpaget@hunton.com, tcanada@hunton.com

- Peter M. Pearl     ppearl@spilmanlaw.com, scormany@spilmanlaw.com
- Shannon Pecoraro     Shannon.pecoraro@usdoj.gov, june.e.turner@usdoj.gov;Theresa.Mack@usdoj.gov
- Richard Thomas Pledger     rpledger@setliffholland.com, tmoran@setliffholland.com;wcabell@setliffholland.com
- Patricia Williams Prewitt     pprewitt@lockelord.com
- William Daniel Prince     wprince@t-mlaw.com, jseay@t-mlaw.com
- Robert Frederick Ritchie     rritchie@atg.state.il.us
- Judy A. Robbins     USTPRegion04.RH.ECF@usdoj.gov
- David Mitchell Ross     david.ross@wilsonelser.com, timothy.wheeler@wilsonelser.com;daniel.flores@wilsonelser.com
- David R. Ruby     druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
- Denyse Sabagh     dsabagh@duanemorris.com
- Troy Savenko     tsavenko@kv-legal.com, djenkins@kv-legal.com
- John Henry Schanne     schannej@pepperlaw.com, jaffeh@pepperlaw.com
- Sheila R Schwager     sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com
- William H. Schwarzschild     tschwarz@williamsmullen.com
- Richard D. Scott     richard@rscottlawoffice.com
- Margeaux S. Serrano     margeaux.serrano@troutmansanders.com
- Seth Brandon Shapiro     seth.shapiro@usdoj.gov
- Mark D. Sherrill     mark.sherrill@sutherland.com
- Elliot Smith     elliot.smith@squirepb.com, Karen.graves@squirepb.com
- John Ronald Smith     jrsmith@hunton.com
- Mark Henry Michael Sosnowsky     mark.sosnowsky@dbr.com, Kristin.Going@dbr.com;jennifer.roussil@dbr.com;daniel.northrop@dbr.com
- Daniel D. Sparks     dds@csattorneys.com, jgguier@csattorneys.com;bdb@csattorneys.com;wlt@csattorneys.com;dml@csattorneys.com
- Cullen Drescher Speckhart     cspeckhart@wolriv.com, clbradley@wolriv.com
- Adam M. Spence     adam@spencebucklerlaw.com
- Lisa Bittle Tancredi     ltancredi@gebsmith.com
- Lynn L. Tavenner     ltavenner@tb-lawfirm.com, sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
- Bud Stephen Tayman     btayman@taymanlaw.com
- Roy M. Terry     rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
- Alison Ross Wickizer Toepp     atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
- Dylan G. Trache     dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
- John Alexander Trocki     jtrocki@mofo.com

- Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov
- Christian K. Vogel    kvogel@vogelandcromwell.com
- Jennifer J. West    jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdo
  naldson@spottsfain.com;hcutright@spottsfain.com
- Robert S. Westermann    rwestermann@hf-law.com, rmcburney@hf-
  law.com;rmcburney67@gmail.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Bruce W. White    gailwhite28@gmail.com,
  brucewwhite@gmail.com;brucebwhite@gmail.com
- Jeremy S. Williams    jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
- Scott C Williams    swilliams@manierherod.com, mcollins@manierherod.com
- Michael Gregory Wilson    mike@mgwilsonlaw.com
- Gordon S. Woodward    gwoodward@schnader.com
- Miles Jarrad Wright    mjwright@dimuro.com,
  ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com
- Melissa Yvonne York    myork@hccw.com, creeves@hccw.com
- Peter G. Zemanian    pete@zemanianlaw.com


/s/ *Robert B. Van Arsdale*