## **CERTIFICATE OF SERVICE**

I, John H. Schanne, II, hereby certify that on the 8th day of May, 2019, I did cause copies of the foregoing response and reservation of rights of the *SRC Secured Creditor Trust With Respect to Statement and Reservation Of Rights Of Reorganized Debtor With Respect to Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(D)(3)* to be served upon the parties set forth on the attached service list in the manner indicated.

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

**Hand Delivery**
Juliet M. Sarkessian, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(*Counsel to SRC Liquidation, LLC*)
Justin K. Edelson, Esq. and
Christopher A. Ward, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**First Class Mail**
(*Counsel to SRC Liquidation, LLC*)
Andrew D. Behlman, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(*Counsel to SRC Liquidation, LLC*)
Gerald C. Bender, Esq. and Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

**Hand Delivery**
(*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*)
William P. Bowden, Esq., Michael D. DeBaecke, Esq. and David F. Cook, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Ave., 8th Floor
P.O. Box 1150 Wilmington, DE 19899

**First Class Mail**
*Counsel to McKinsey Recovery & Transformation Services U.S., LLC)*
M. Natasha Labovitz, Esq., John Gleeson, Esq.,
Erica S. Weisgerber, Esq. & Elie J. Worenklein, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
*(Counsel to McKinsey Recovery & Transformation Services U.S., LLC)*
Faity Gay, Esq., Maria Ginzburg, Esq. and
David Flugman, Esq.
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104

**First Class Mail**
(*Counsel for Mar-Bow Value Partners, LLC)*
Steven Rhodes, Esq.
STEVEN RHODES CONSULTING, LLC
1610 Arborview
Ann Arbor, Michigan 48103

**First Class Mail**
(*Counsel for Mar-Bow Value Partners, LLC)*
Sheldon S. Toll, Esq.
LAW OFFICES OF SHELDON S. TOLL, PLLC
29580 Northwest Highway
Suite 1000
Southfield, Michigan 48034

**First Class Mail**
(*Counsel for Mar-Bow Value Partners, LLC)*
Sean O'Shea, Esq., Michael Petrella, Esq. and
Amanda Devereux, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281

**Hand Delivery**
(*Counsel for Mar-Bow Value Partners, LLC*)
Marc R. Abrams, Esq.
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801-3700

#53406187 v2