**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION, LLC, | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtor. | ) | |

**AMENDED[1] AGENDA OF MATTER SCHEDULED
FOR TELEPHONIC HEARING ON MAY 9, 2019 AT 1:00 P.M. (EASTERN
TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON**

> **The hearing is a telephonic hearing. Any person who wishes to participate in the telephonic hearing must contact CourtCall, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018**

**CONTESTED MATTER GOING FORWARD**

1. Letter on behalf of McKinsey Recovery & Transformation Services U.S., LLC to Judge Shannon Regarding May 15, 2019 Hearing [Docket No. 2419; filed May 1, 2019]

    Response(s) Received:

    A. Mar-Bow Value Partners, LLC's Letter Response to McKinsey RTS's Letter Regarding May 15, 2019 Hearing [Docket No. 2420; filed May 1, 2019]

    Related Document(s):

    A. Motion of Mar-Bow Partners, LLC, A Creditor, For Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2392; filed March 6, 2019]

    B. Notice of Adjusted Deadlines for Opposition and Reply Briefs With Regard to the Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2404; filed March 18, 2019]

    C. Objection of McKinsey Recovery & Transformation Services U.S., LLC to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2405; filed April

---

[1] **All amendments are indicated in bold font.**

11, 2019]

D. Declaration of Maria Ginzburg In Support of McKinsey Recovery & Transformation Services U.S., LLC's Response to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2406; filed April 11, 2019] (Exhibits to the Declaration are not included in the Hearing Binder per the Court's instruction)

E. Declaration in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2417; filed April 24, 2019] (Exhibits to the Declaration are not included in the Hearing Binder per the Court's instruction)

F. Statement and Reservation of Rights of Reorganized Debtor with Respect to Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2422; filed May 6, 2019]

G. **Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2426; filed May 8, 2019]**

H. **Declaration of Amanda L. Devereux in Support of Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2427; filed May 8, 2019] (Exhibits to the Declaration are not included in the Hearing Binder per the Court's instruction)**

Status: This matter is going forward.

Dated:  May **8**, 2019               **ASHBY & GEDDES, P.A.**

*/s/ David F. Cook*
William P. Bowden, Esq. (#2553)
Michael D. DeBaecke, Esq. (#3186)
David F. Cook, Esq. (#6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: 302.654.1888
Fax: 302.654.2067
wbowden@ashbygeddes.com
mdebaecke@ashbygeddes.com
dcook@ashbygeddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq. (*admitted pro hac vice*)
John Gleeson, Esq. (*pro hac vice application pending*)
Erica S. Weisgerber, Esq. (*admitted pro hac vice*)
Elie J. Worenklein, Esq. (*admitted pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: jgleeson@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

-and-

**SELENDY & GAY PLLC**
Faith E. Gay, Esq. (*pro hac vice application pending*)
Maria Ginzburg, Esq. (*admitted pro hac vice*)
David S. Flugman, Esq. (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com
Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*