## **CERTIFICATE OF SERVICE**

 I, David F. Cook, hereby certify that on May 8, 2019, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

*/s/ David F. Cook*
David F. Cook (DE #6352)

{01446389;v1 }

**VIA EMAIL**
Steven Rhodes, Esq.
STEVEN RHODES CONSULTING, LLC
1610 Arborview
Ann Arbor, Michigan 48103

**VIA EMAIL**
Sheldon S. Toll, Esq.
LAW OFFICES OF SHELDON S. TOLL, PLLC
29580 Northwest Highway
Suite 1000
Southfield, Michigan 48034

**VIA EMAIL**
Sean O'Shea, Esq.
Michael Petrella, Esq.
Amanda Devereux, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281

**VIA EMAIL**
Marc R. Abrams
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801

**VIA EMAIL**
Juliet M. Sarkessian, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA EMAIL**
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA EMAIL**
Andrew D. Behlman, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068

**VIA EMAIL**
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA EMAIL**
David M. Fournier, Esq.
John H. Schanne, II, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899