## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## FOURTH POST-CONFIRMATION STATUS REPORT OF THE GUC TRUST

EisnerAmper LLP, in its capacity as trustee (the "GUC Trustee") of the SRC GUC Trust (the "GUC Trust"), hereby submits its fourth status report (the "Report") pursuant to section 8.1 of the *Standard Register Company General Unsecured Creditors' GUC Trust Agreement* (the "GUC Trust Agreement") executed in connection with the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [D.I. 1286] (the "Plan") confirmed by the Court by order dated November 19, 2015 [D.I. 1331]. As and for this Report, the GUC Trustee respectfully states as follows:

## PLAN CONFIRMATION AND EFFECTIVE DATE

1. The Effective Date of the Plan occurred on December 18, 2015. See D.I. 1412.

2. This is the fourth Report filed by the GUC Trustee, covering the period from January 1, 2018 through December 31, 2018, inclusive (the "Reporting Period").

## FINANCIAL DISCLOSURE FOR CALENDAR YEAR 2018

3. During the Reporting Period the GUC Trust collected $908,966.

4. The GUC Trust earned $33.95 in interest income during the Reporting Period.

5. The GUC Trust paid $954,537 in expenses during the Reporting Period, including professional fees and insurance premiums, incurred by the GUC Trustee in connection with the activities and administration of the GUC Trust.

6. The GUC Trust distributed $17,123 relating to wage claims during the year.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

7. The GUC Trust issued distribution checks to claimants whose claims were settled during the year, reissued distribution claims checks and certain distribution checks were voided because they were returned as undeliverable. The net effect of these distribution transactions was a net increase to cash of $3,696.

8. The GUC Trust held $88,296 in cash and cash equivalents as of the end of the Reporting Period.

9. As of the end of the Reporting Period, the GUC Trustee was the appellant in a D&O appeal, Case No. 17-3614 (3rd Cir.).

## CONCLUSION

Further updates will be provided in accordance with the GUC Trust Agreement.

Dated: May 10, 2019                     Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Counsel to the GUC Trustee*

**POLSINELLI PC**

/s/  Justin K. Edelson_____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Delaware Counsel to the GUC Trustee*