# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 15, 2019 AT 10:00 A.M. (ET)

**MATTER GOING FORWARD**

1. Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2392; Filed: 3/6/2019]

    Response Deadline:    March 20, 2019 at 4:00 p.m. (Extended to April 11, 2019 for McKinsey Recovery and Transformation Services, USA, LLC)

    Related Document(s):

    a) Notice of Adjusted Deadlines for Opposition and Reply Briefs With Regard to the Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2404; Entered: 3/18/2019]

    b) Declaration in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2417; Filed: 4/24/2019]

    Response(s) Received:

    a) Objection of McKinsey Recovery & Transformation Services U.S., LLC to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2405; Filed: 4/11/2019]

    b) Declaration of Maria Ginzburg In Support of McKinsey Recovery & Transformation Services U.S., LLC's Response to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2406; Filed: 4/11/2019]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

68526227.1

    c)    Statement and Reservation of Rights of Reorganized Debtor With Respect To Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2422; Filed: 5/6/2019]

    d)    Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2426; Filed: 5/8/2019]

    e)    Declaration in Support of Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2427; Filed: 5/8/2019]

    f)    Limited Response and Reservation of Rights of the SRC Secured Creditor Trust with Respect to Statement and Reservation of Rights of Reorganized Debtor with Respect to Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [Docket No. 2428; Filed: 5/8/2019]

<u>Status</u>:    This matter will go forward solely with respect to the issue of standing.

Dated: May 13, 2019
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

   *-and-*

**POLSINELLI PC**

<u>/s/ *Justin K. Edelson*</u>
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*

68526227.1