**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | **)** | Chapter 11 |
| | **)** | |
| SRC LIQUIDATION, LLC, | **)** | Case No. 15-10541 (BLS) |
| | **)** | |
| Debtor. | **)** | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Faith Gay to represent McKinsey Recovery & Transformation Services U.S., LLC, in the above-captioned case, and any related proceeding.

Dated: May 13, 2019                                            **ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (#2553)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Faith Gay*
Faith Gay
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Email: fgay@selendygay.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 14th, 2019**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

{01430196;v1 }