Case Name: SRC Liquidation Inc.

# SIGN-IN SHEET

Courtroom No.1 - Judge Shannon

Case No.: 15-10541

Date: May 15, 2019

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Baden | Ashby ; Geddes | Mckinsey RTS |
| Mike DeBaecke | " " | " " |
| Dave Cook | " " | " " |
| Faith Crow | Saberity Coy | McKinsey RTS |
| Marie Gorski | " " | " " |
| Nick Klemen | " " | " " |
| John Gleason | Debevoise ; Plimpt | McKinsey RTS |
| Erica Weisberg | " " | " " |
| Josh Esher | Polsinelli | SRC Liquidate |
| Marc Abrams | Whiteford Taylor | Mar-Bov Value Partners LL |
| Stephen Khodos | Steven Rhodes Consulting LLC | " |
| Dan Lemisch | Counsel to Mar-Bov | " |
| Sean O'Shea | Cadwalader | " |
| Todd Brooks | Whiteford Taylor & Preston LLP | " |
| Steven Gerald | " " " | Secured Creditor Trust |
| John Scheene | Roger Healy | Secured Creditor Trust |

# SIGN-IN SHEET

Case Name: SRC Liquidation Inc.

Courtroom No. 1 - Judge Shannon

Case No.: 15-10541

Date: May 15, 2019

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Juliet Sarkessian | U. S. Trustee | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# U.S. Bankruptcy Court Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Brendan L. Shannon

#1

*1st Revision  May 14 2019  2:47PM*

Court Conference

Calendar Date: **05/15/2019**

Calendar Time: **10:00 AM ET**

Peggy Drasal ext. 802

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9793516 | Mairead Cahill | (508) 505-8486 ext. | SKDKnickerbocker | Consultant, Mar-Bow Value Partners / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9797298 | Tom P. Corrigan | (212) 416-4235 ext. | Dow Jones | Interested Party, Tom Corrigan / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9795468 | Anthony DeLeo | (212) 993-3106 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Mar-Bow Value Partners LLC / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9797200 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9792806 | Nick Kaluk | (212) 909-6286 ext. | Debevoise & Plimpton LLP | Representing, McKinsey Recovery & Transaction Services U.S., LLC / LIVE |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9792770 | Natasha Labovitz | (212) 909-6044 ext. | Debevoise & Plimpton LLP | Representing, McKinsey Recovery & Transaction Services U.S., LLC / LIVE |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9793286 | Anita-Marie Laurie - PR Rep. | (310) 788-2850 ext. | Sitrick & Company | Consultant, McKinsey / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9796521 | Michael E. Petrella | (212) 993-3330 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Mar-Bow Value Partners / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9795472 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Mar-Bow Value Partners LLC / LIVE |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9798442 | Lisa Phillips | (248) 554-4940 ext. | Lakeview Capital | Interested Party, Mar-Bow Value Partners / LISTEN ONLY |
| | | SRC Liquidation, LLC | 15-10541 | Hearing | 9796944 | Sheldon S. Toll | (248) 797-9111 ext. | Law Office of Sheldon S. Toll PLLC | Interested Party, Mar-Bow Value Partners, LLC / LISTEN ONLY |