## CERTIFICATE OF SERVICE

I, David F. Cook, hereby certify that on June 7, 2019, I caused one copy of the foregoing document to be served upon the parties on the attached service list via email and first class mail.

/s/ David F. Cook
David F. Cook (DE #6352)

{01446389;v1 }

| | |
|---|---|
| Steven Rhodes, Esq.<br>STEVEN RHODES CONSULTING, LLC<br>1610 Arborview<br>Ann Arbor, Michigan 48103 | Sheldon S. Toll, Esq.<br>LAW OFFICES OF SHELDON S. TOLL, PLLC<br>29580 Northwest Highway<br>Suite 1000<br>Southfield, Michigan 48034 |
| Sean O'Shea, Esq.<br>Michael Petrella, Esq.<br>Amanda Devereux, Esq.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, New York 10281 | Marc R. Abrams<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 |
| Juliet M. Sarkessian, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| Andrew D. Behlman, Esq.<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Wojciech F. Jung, Esq.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| David M. Fournier, Esq.<br>John H. Schanne, II, Esquire<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899 | |