## **CERTIFICATE OF SERVICE**

I, Marc R. Abrams, do hereby certify that on June 7, 2019, I caused a copy of the foregoing **Supplemental Brief on Mission Product Holdings, Inc. v. Tempnology, LLC Submitted by Mar-Bow Value Partners, LLC** to be served upon the parties listed on the attached service list via first-class mail, postage prepaid.

                                              */s/ Marc R. Abrams*
                                              Marc R. Abrams (No. 955)

## SERVICE LIST

Justin R. Alberto, Esq.
Gregory J. Flasser, Esq.
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19899

Justin K. Edelson, Esq.
Christopher A. Ward, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Brigette G. McGrath, Esq.
ASK LLP
151 W. 46th Street, 4th Floor
New York, NY 10036

Kendra K. Bader, Esq.
Kara E. Casteel, Esq.
Alex Govze, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

Andrew D. Behlman, Esq.
Sharon L. Levine, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

Gerald C. Bender, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

David M. Fournier, Esq.
John H. Schanne, II, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899

Juliet M. Sarkessian, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laura E. Knoll, Esq.
THE KNOLL LAW FIRM, LLC
7240 Muirfield Drive, Suite 120
Dublin, OH 43017

Phillip Bohl, Esq.
GRAY, PLANT, MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Craig A. Brandt, Esq.
SNYDER & BRANDT, P.A.
Canadian Pacific Plaza, Suite 2550
120 South Sixth Street
Minneapolis, MB 55402

Anthony R. Calascibetta, Esq.
EISNERAMPER LLP
111 Wood Avenue South
Iselin, NJ 08830

Matthew P. Austria, Esq.
AUSTRIA SHRUM LLC
One Commerce Center
1201 N. Orange Street, Suite 502
Wilmington, DE 19801

Daniel L. Bryan, Esq.
BRYANT LEGAL, LLC
1457 S. High Street
Columbus, OH 43207

Matthew B. Bryan, Esq.
BRYANT LEGAL, LLC
3450 W. Central Avenue, Suite 370
Toledo, OH 43606

Thomas R. Fawkes, Esq.
Brian J. Jackiw, Esq.
GOLDSTEIN & MCCLINTON LLP
208 South LaSalle Street, Suite 1750
Chicago, IL 60604

Gregory Fox, Esq.
James B. Zack, Esq.
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111

Davis Lee Wright, Esq.
MONTGOMERY MCCRACKEN
WALKER & RHODES, LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801

Tom Arnold
Joyce Arnold
661 North Main Street
Celina, OH 45822

WILMINGTON TRUST COMPANY
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Maria Aprile Sawczuk, Esq.
GOLDSTEIN & MCCLINTON LLP
1201 N. Orange Street
Wilmington, DE 19801

Christopher D. Loizides, Esq.
LOIZIDES, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

Kevin Carmody
Mark W. Hojnacki
MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC
55 East 52nd Street
New York, NY 10055

William P. Bowden, Esq.
Michael D. DeBaecke, Esq.
David F. Cook, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

| | |
|---|---|
| Faith E. Gay, Esq.<br>Maria Ginzburg, Esq.<br>David S. Flugman<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104 | M. Natasha Labovitz, Esq.<br>Erica Weisgerber, Esq.<br>Elie J. Worenklein, Esq.<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Ave.<br>New York, NY 10022 |