# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                    }          CASE NUMBER: 15-10541 (BLS)
                                          }
                                          }
  SRC LIQUIDATION LLC                     }
                                          }
        DEBTOR.                           }          CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM          4/1/2019          **TO**          6/30/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____          Date:          7/30/2019

Anthony R. Calascibetta
_____
         Print Name
Authorized Representative
_____
           Title


Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address**                               **Attorney's Address**
**and Phone Number:**                              **and Phone Number:**

C/O EisnerAmper LLP                                Lowenstein Sandler LLP
111 Wood Ave South                                 One Lowenstein Drive
Iselin, NJ, 08830                                  Roseland, NJ 07068
ATTN: A. CALASCIBETTA
Tel.    732-243-7389                               Tel.          973-597-2500

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|:---:|:---:|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|:---:|:---:|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: _____4Q19_____

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 532,566.16 | $ 3,009,339.33 |
| | **INCOME or RECEIPTS during the Period** | $ 4,767.52 | $ 7,170,578.71 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 650.00 | $ 68,924.77 |
| (ii) | Federal Taxes | 0.00 | 26,841.46 |
| (iii) | State Taxes | 0.00 | 30,952.68 |
| (iv) | Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 18,625.06 | $ 4,035,431.21 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Priority Claims | 0.00 | 333,383.35 |
| (iii) | | | |
| (iv) | | | |
| (v) | General Unsecured Claims (Attach additional pages as needed) | 0.00 | 5,165,205.95 |
| | **Total Disbursements (Operating & Plan)** | $ 19,275.06 | $ 9,661,859.42 |
| 1. | **CASH (End of Period)** | $ 518,058.62 | $ 518,058.62 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter
#### April 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1.  Balance per Bank Statement | $335,361.98 | $197,314.31 | | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | | |
| 3.  SUBTRACT:  Outstanding Checks | -121.50 | -110.13 | | |
| 4.  Other Reconciling Items | -14,386.04 | 0.00 | | |
| 5.  Month End Balance (Must Agree with Books) | $320,854.44 | $197,204.18 | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconcilation for each Month of the Quarter
#### May 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1.  Balance per Bank Statement | $320,975.94 | $197,314.31 | | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | | |
| 3.  SUBTRACT:  Outstanding Checks | -121.50 | -110.13 | | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | | |
| 5.  Month End Balance (Must Agree with Books) | $320,854.44 | $197,204.18 | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
June 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1.  Balance per Bank Statement | $320,975.94 | $197,314.31 | | |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | | |
| 3.  SUBTRACT:  Outstanding Checks | -121.50 | -110.13 | | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | | |
| 5.  Month End Balance (Must Agree with Books) | $320,854.44 | $197,204.18 | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2158 | 4/17/2019 | EisnerAmper LLP | Professional Fees | 3,553.50 | |
| 2159 | 4/17/2019 | Lowenstein Sandler, LLP | Professional Fees | 7,116.70 | |
| 2161 | 4/17/2019 | US Trustee | Professional Fees | 650.00 | |
| 2162 | 4/17/2019 | Polsinelli PC | Professional Fees | 121.50 | |
| 2163 | 4/17/2019 | Polsinelli PC | Professional Fees | 7,833.36 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | CURRENT PERIOD TOTAL | $19,275.06 | |

CURRENT PERIOD TOTAL - # 1480    $0.00

CURRENT PERIOD DISB - ALL ACCTS    $19,275.06

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Name of Bank | Signature Bank |
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

11:06 AM

05/10/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 04/30/2019

|  | Apr 30, 19 |
|---|---|
| Beginning Balance | 197,314.31 |
| Cleared Balance | 197,314.31 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -110.13 |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| Register Balance as of 04/30/2019 | 197,204.18 |
| Ending Balance | 197,204.18 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From April   01, 2019
To   April   30, 2019
Page 1 of 2

00003434 MSIGDDA0501 04 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ▮▮▮▮▮▮▮    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮▮▮ MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |



 **SIGNATURE BANK**

0000034-0051869-0002-0002-MSIGDDA050119133518-0.

**Statement Period**
From April   01, 2019
To   April   30, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: ▮▮▮▮▮▮▮        0

MONOGRAM CHECKING        ▮▮▮▮▮▮

Summary

Previous Balance as of April      01, 2019                          197,314.31

There was no deposit activity during this statement period

Ending Balance as of    April      30, 2019                          197,314.31

Rates for this statement period - Overdraft
Apr 01, 2019   15.250000 %



12:11 PM
05/10/19

# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 04/30/2019

|  | Apr 30, 19 |
| --- | --- |
| **Beginning Balance** | 335,361.98 |
| **Cleared Transactions** | |
| Checks and Payments - 4 Items | -19,153.56 |
| Deposits and Credits - 2 Items | 4,767.52 |
| **Total Cleared Transactions** | -14,386.04 |
| **Cleared Balance** | 320,975.94 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 Item | -121.50 |
| **Total Uncleared Transactions** | -121.50 |
| **Register Balance as of 04/30/2019** | 320,854.44 |
| **Ending Balance** | 320,854.44 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From April    01, 2019**
**To  April    30, 2019**
**Page 1 of 4**

00000315  MSIGDDA0501  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ███████    4

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████████   MONOGRAM CHECKING | | 335,361.98 | 320,975.94 |
| RELATIONSHIP | TOTAL | | 320,975.94 |

00000315-0120944-0001-0004-MSIGDDA050119133618-09-L





# SIGNATURE BANK

Statement Period
From April   01, 2019
To   April    30, 2019
Page 2 of 4

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ███████████  4

MONOGRAM CHECKING    ████████████

Summary

| | | |
|---|---|---|
| Previous Balance as of April    01, 2019 | | 335,361.98 |
| 1 Credits | | 4,767.52 |
| 4 Debits | | 19,153.56 |
| Ending Balance as of   April    30, 2019 | | 320,975.94 |

Deposits and Other Credits
Apr 05   INCOMING WIRE                                                                              4,767.52
        REF#  20190405B6B7261F00166304051520FT01
        FROM: ESTATE OF                           ABA:    122000496
        BANK:

Checks by Serial Number

| Apr 23 | 2158 | 3,553.50 | Apr 25 | 2161 * | 650.00 |
| Apr 23 | 2159 | 7,116.70 | Apr 29 | 2163 * | 7,833.36 |

                    * Indicates break in check sequence

Daily Balances

| Mar 31 | 335,361.98 | Apr 25 | 328,809.30 |
| Apr 05 | 340,129.50 | Apr 29 | 320,975.94 |
| Apr 23 | 329,459.30 | | |

0000031-0120945-0002-0004-MSIGDDA0050119133518-09-



0000315-0120946-0004-0004-MSIGDDAD5011913518-09-L

*Signature* | **SIGNATURE BANK**

PAGE 4 OF 4





04/23/19    2158    3,553.50

04/25/19    2161    650.00









04/23/19    2159    7,116.70

04/29/19    2163    7,833.36





# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| Beginning Balance | 197,314.31 |
| Cleared Balance | 197,314.31 |
| **Uncleared Transactions** |  |
| Checks and Payments - 1 item | -110.13 |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| **Register Balance as of 05/31/2019** | 197,204.18 |
| **Ending Balance** | 197,204.18 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From May    01, 2019
To   May    31, 2019
Page 1 of 2

00003405  MSIGDDA0602  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ███████    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |



 SIGNATURE BANK

Statement Period
From May    01, 2019
To   May    31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

**Primary Account:** ▮▮▮▮▮▮▮     0

MONOGRAM CHECKING     ▮▮▮▮▮▮▮▮▮

Summary

Previous Balance as of May      01, 2019                                    197,314.31

There was no deposit activity during this statement period

Ending Balance as of   May      31, 2019                                    197,314.31

Rates for this statement period - Overdraft
May 01, 2019   15.250000 %



10:34 AM
06/11/19

# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| Beginning Balance | 320,975.94 |
| Cleared Balance | 320,975.94 |
| Uncleared Transactions | |
| Checks and Payments - 1 item | -121.50 |
| Total Uncleared Transactions | -121.50 |
| Register Balance as of 05/31/2019 | 320,854.44 |
| Ending Balance | 320,854.44 |

*Signature* | **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

Statement Period
From May    01, 2019
To   May    31, 2019
Page 1 of 2

00003398  MSIGDDA0502  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account:  ██████████  0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████    MONOGRAM CHECKING | | 320,975.94 | 320,975.94 |
| RELATIONSHIP | TOTAL | | 320,975.94 |

00003398-0051796-0001-0002-MSIGDDA060219032707-04-L



 SIGNATURE BANK

Statement Period
From May    01, 2019
To  May    31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ▮▮▮▮▮▮    0

MONOGRAM CHECKING        ▮▮▮▮▮▮▮

**Summary**

Previous Balance as of May      01, 2019                          320,975.94

There was no deposit activity during this statement period

Ending Balance as of    May      31, 2019                          320,975.94

Rates for this statement period - Overdraft
May 01, 2019    15.250000 %



1:20 PM
07/15/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 06/30/2019

|  | Jun 30, 19 |
|---|---|
| **Beginning Balance** | 197,314.31 |
| **Cleared Balance** | 197,314.31 |
| **Uncleared Transactions** |  |
| Checks and Payments - 1 Item | -110.13 |
| Deposits and Credits - 1 Item | 0.00 |
| **Total Uncleared Transactions** | -110.13 |
| **Register Balance as of 06/30/2019** | 197,204.18 |
| **Ending Balance** | 197,204.18 |



# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From June    01, 2019
To   June    30, 2019
Page 1 of 2

00003353  MSIGDDA0629  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ▉▉▉▉▉    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ▉▉▉▉   MONOGRAM CHECKING | 197,314.31 | 197,314.31 |
| RELATIONSHIP      -  TOTAL | | 197,314.31 |

 **SIGNATURE BANK**

**Statement Period**
From June    01, 2019
To   June    30, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

Primary Account: ▮▮▮▮▮▮▮    0

MONOGRAM CHECKING          ▮▮▮▮▮▮▮

Summary

    Previous Balance as of June     01, 2019                              197,314.31

    There was no deposit activity during this statement period

    Ending Balance as of    June    30, 2019                              197,314.31

Rates for this statement period - Overdraft
Jun 01, 2019   15.250000 %

0000353-0051707-0002-0002-MSIGDDA06291916451-04-L



# SRC Liquidation LLC
# Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 06/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 320,975.94 |
| **Cleared Balance** | | | | | | 320,975.94 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Bill Pmt -Check | 04/17/2019 | 2162 | Polsinelli PC | | -121.50 | -121.50 |
| **Total Checks and Payments** | | | | | -121.50 | -121.50 |
| **Total Uncleared Transactions** | | | | | -121.50 | -121.50 |
| **Register Balance as of 06/30/2019** | | | | | -121.50 | 320,854.44 |
| **Ending Balance** | | | | | -121.50 | 320,854.44 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From June    01, 2019
To  June    30, 2019
Page 1 of 2

00003346 MSIGDDA0629 04 000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

00003346-0051692-0001-0002-MSIGDDA062919164519-04-L

**See Back for Important Information**

Primary Account: ███████████   0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████████   MONOGRAM CHECKING | | 320,975.94 | 320,975.94 |
| RELATIONSHIP | TOTAL | | 320,975.94 |



 **SIGNATURE BANK**

Statement Period
From June    01, 2019
To   June    30, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017



Primary Account: ███████          0

MONOGRAM CHECKING          ███████████

Summary

Previous Balance as of June      01, 2019                                    320,975.94

There was no deposit activity during this statement period

Ending Balance as of    June      30, 2019                                    320,975.94

Rates for this statement period - Overdraft
Jun 01, 2019   15.250000 %