## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies provided noticing services in the above-captioned case.

On September 16, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| Date | Doc # | Description |
|---|---|---|
| 09/16/2019 | 2449 | Motion for Final Decree *Closing the Debtor's Chapter 11 Case* Filed by SRC Liquidation, LLC. Hearing scheduled for 10/16/2019 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 9/30/2019. (Attachments: # 1 Notice # 2 Exhibit A) (Ward, Christopher) (Entered: 09/16/2019) |

x _____

**David Kitto**

Dated: September 18, 2019
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 18th day of September, 2019, by David Kitto, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

[Notary seal: JACQUELINE LATELY, MY COMMISSION EXPIRES AUGUST 12, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin NJ 08830-2700

Goldstein & McClinton LLLP
Attn: Maria Aprile Sawczuk
1201 North Orange Street
Suite 7380
Wilmington DE 19801

Goldstein & McClinton LLLP
Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw
208 South LaSalle Street
Suite 1750
Chicago IL 60604

Lane Powell PC
Attn: Gregory Fox, Esq, James B. Zack, Esq.
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle WA 98111-9402

Lowenstein Sandler LLP
Attn: Wojciech F. Jung, Esq. & Andrew Behlmann
65 Livingston Avenue
Roseland NJ 07068

McKinsey Recovery & Transformation Services U.S., LLC
Attn:  Kevin Carmody and Mark W. Hojnacki
55 East 52nd Street
New York NY 10055

Montgomery, McCracken, Walker & Rhodes, LLP
Attn: Davis Lee Wright
1105 N. Market Street
15th Floor
Wilmington DE 19801

Office of the United States Trustee
Attn:  Mark Kenney
844 King St., Ste. 2207
Wilmington DE 19801

Pepper Hamilton LLP
Attn: David M. Fournier & John Henry Schanne II
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington DE 19801

Polsinelli PC
Attn: Christopher A. Ward, Justin K. Edelson
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

Prime Clerk LLC
Attn:  David Malo
830 3rd Ave., FL. 9
New York NY 10022

The Standard Register
600 Albany Street
Dayton OH 45417

Wilmington Trust Company
Attn: Institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington DE 19890

LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street
Suite 800
Wilmington DE 19801

| | |
|---|---|
| Marc Abrams, Esq.<br>Whiteford, Taylor & Preston LLC<br>405 N. King Street<br>Wilmington, DE 19801 | Sheldon Toll, Esq.<br>Law Offices of Sheldon Toll, PLLC<br>29580 Northwest Highway, Ste. 1000<br>Southfield, MI 48034 |
| Steven Rhodes, Esq.<br>Steven Rhodes Consulting, LLC<br>1610 Arborview Blvd.<br>Anne Arbor, MI 48103 | William Bowden, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Ave., 8th Floor<br>Wilmington, DE 19801 |
| Faith Gay, Esq.<br>Selendy & Gay PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104 | John Gleeson, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Ave.<br>New York, NY 10022 |