**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, [1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| | Related D.I. 2392 |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MAR-BOW VALUE PARTNERS, LLC'S MOTION FOR RELIEF FROM ORDERS UNDER BANKRUPTCY RULES 9024 AND CIVIL RULE 60(d)(3)**

David F. Cook, an attorney with the law firm of Ashby & Geddes, P.A., counsel to McKinsey Recovery & Transportation Services U.S., LLC ("McKinsey RTS"), hereby certifies the following:

1. On March 6, 2019, Mar-Bow Value Partners, LLC ("Mar-Bow") filed the *Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2392] (the "Motion").

2. On April 11, 2019, McKinsey RTS timely filed the *Objection of McKinsey Recovery & Transformation Services U.S., LLC to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2405].

3. That same day, McKinsey RTS filed the *Declaration of Maria Ginzburg in Support of McKinsey Recovery & Transformation Services U.S., LLC's Response to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2406].

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

4. On April 24, 2019, Mar-Bow filed the *Declaration in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2417].

5. On May 6, 2019, SRC Liquidation, LLC filed the *Response Statement and Reservation of Rights of Reorganized Debtor With Respect To Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2422].

6. On May 8, 2019, the SRC Secured Creditor Trust filed the *Limited Response and Reservation of Rights of the SRC Secured Creditor Trust with Respect to Statement and Reservation of Rights of Reorganized Debtor with Respect to Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2428].

7. That same day, Mar-Bow filed the *Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2426] and the *Declaration in Support of Reply in Support of Motion of Mar-Bow Value Partners, LLC, a Creditor, for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2427].

8. On May 9, 2019, this Court convened a telephonic hearing, whereby it determined to bifurcate its hearing regarding the Motion to first address the question of Mar-Bow's standing

9. On May 15, 2019, this Court convened a hearing regarding the Motion.

10. On June 7, 2019, Mar-Bow filed the *Supplemental Brief on Mission Product Holdings, Inc. v. Tempnology, LLC Submitted by Mar-Bow Value Partners, LLC* [D.I. 2444].

11.     That same day, McKinsey RTS filed the *McKinsey Recovery & Transformation Services U.S., LLC's Supplemental Brief in Opposition to Mar-Bow Value Partners, LLC's Motion for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2443].

12.     On September 12, 2019, this Court released its *Opinion Regarding Motion of Mar-Bow Value Partners, LLC for Relief from Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3)* [D.I. 2448] (the "Opinion"), wherein it denied the Motion.

13.     Attached hereto as **Exhibit A**, is a proposed *Order Denying Mar-Bow Value Partners, LLC's Motion for Relief Under Bankruptcy Rules 9024 and Civil Rule 60(d)(3)* (the "Order"), reflecting this Court's ruling in the Opinion.

14.     Counsel for McKinsey RTS has conferred with counsel for Mar-Bow, and neither party objects to the entry of the Order.

15.     Accordingly, McKinsey RTS respectfully requests entry of the Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: September 20, 2019

**ASHBY & GEDDES, P.A.**

*/s/ David F. Cook*
William P. Bowden, Esq. (#2553)
Michael D. DeBaecke, Esq. (#3186)
David F. Cook, Esq. (#6352)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: 302.654.1888
Fax: 302.654.2067
wbowden@ashbygeddes.com
mdebaecke@ashbygeddes.com
dcook@ashbygeddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz, Esq. (*admitted pro hac vice*)
John Gleeson, Esq. (*pro hac vice application pending*)
Erica S. Weisgerber, Esq. (*admitted pro hac vice*)
Elie J. Worenklein, Esq. (*admitted pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: jgleeson@debevoise.com
Email: eweisgerber@debevoise.com
Email: eworenklein@debevoise.com

-and-

**SELENDY & GAY PLLC**
Faith E. Gay, Esq. (*admitted pro hac vice*)
Maria Ginzburg, Esq. (*admitted pro hac vice*)
David S. Flugman, Esq. (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Fax: (212) 390-9399
Email: fgay@selendygay.com

Email: mginzburg@selendygay.com
Email: dflugman@selendygay.com

*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*