## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC LIQUIDATION, LLC, [1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> (Jointly Administered) <br><br> Related D.I. 2392, 2451 |

**ORDER DENYING MAR-BOW VALUE PARTNERS, LLC's MOTION FOR RELIEF FROM ORDERS UNDER BANKRUPTCY RULE 9024 AND CIVIL RULE 60(d)(3)**

The Court having considered: Mar-Bow Value Partners, LLC's ("Mar-Bow") Motion for Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [D.I. 2392] (the "Motion"); the Objection of McKinsey Recovery & Transportation Services U.S., LLC ("McKinsey RTS") to Mar-Bow Value Partners, LLC's Motion for Relief From Orders Under Bankruptcy Rule 9024 and Civil Rule 60(d)(3) [D.I. 2405] (the "Objection") and the Declaration of Maria Ginzburg in support of the Objection [D.I. 2406]; Mar-Bow's Reply in Support of the Motion [D.I. 2426] and Declaration in Support of Reply [D.I. 2427]; the Statement and Reservation of Rights of Reorganized Debtor with respect to the Motion (the "Reorganized Debtors' Statement") [D.I. 2422]; and the Limited Response and Reservation of Rights of the SRC Secured Creditor Trust with Respect to the Reorganized Debtors' Statement [D.I. 2428]; and the Court, after convening a telephonic hearing on May 9, 2019, having determined to bifurcate the hearing on the Motion to first address the question of Mar-Bow's standing to prosecute the Motion; and the Court having heard oral argument on the issue of Mar-Bow's

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

{01488706;v1 }

standing to prosecute the Motion on May 15, 2019; and the Court thereafter having taken the matter under advisement; and the Court having considered the supplemental briefs filed by Mar-Bow and McKinsey RTS [D.I.s 2443 and 2444] addressing the Supreme Court's ruling in *Mission Product Holdings, Inc. v. Tempnology, LLC*, 139 S. Ct. 1652 (2019); and the Court otherwise being fully advised in the premises;

    **IT IS HEREBY**

1.    **ORDERED**, that for the reasons set forth in the Court's Opinion dated September 12, 2019 (the "Opinion"), the Motion and the relief requested therein is DENIED in its entirety including, but not limited to, Mar-Bow's request that the Court appoint an independent examiner; and it is further

2.    **ORDERED,** that this Order constitutes a final Order; and it is further

3.    **ORDERED**, that the Court reserves jurisdiction to interpret and enforce the terms of this Order and the Opinion.

**Dated: September 23rd, 2019**
**Wilmington, Delaware**

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE