IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | Hearing Date:  October 16, 2019 at 11:30 a.m. (ET)<br>Response Deadline:  October 9, 2019 at 4:00 p.m. (ET) |

### NOTICE OF MOTION OF THE SRC SECURED CREDITOR TRUST FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE TRUST

PLEASE TAKE NOTICE that on September 30, 2019, the SRC Secured Creditor Trust filed the *Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before October 9, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be received no later than the Objection Deadline by the undersigned counsel to the SRC Secured Creditor Trust.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion and any objections is scheduled to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor,

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **October 16, 2019 at 11:30 a.m. (Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 30, 2019
   Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*