## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the September 30, 2019, I served or caused to be served the foregoing **Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust** upon the parties on the attached service list, via first class mail, postage pre-paid.

*/s/ John H. Schanne, II*
John H. Schanne, II (DE No. 5260)

#55350877 v1

**SRC LIQUIDATION**
**2002 SERVICE LIST**

| | |
|---|---|
| Justin R. Alberto, Esq. and Gregory J. Flasser, Esq.<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19899 | Justin K. Edelson, Esq. and<br>Christopher A. Ward, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| Brigette G. McGrath, Esq.<br>ASK LLP<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Kendra K. Bader, Esq., Kara E. Casteel, Esq. and Alex Govze, Esq.<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121 |
| Andrew D. Behlman, Esq.<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Gerald C. Bender, Esq. and Wojciech F. Jung, Esq.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Laura E. Knoll, Esq.<br>THE KNOLL LAW FIRM, LLC<br>7240 Muirfield Drive, Suite 120<br>Dublin, OH 43017 | Juliet M. Sarkessian, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Craig A. Brandt, Esq.<br>SNYDER & BRANDT, P.A.<br>Canadian Pacific Plaza, Suite 2550<br>120 South Sixth Street<br>Minneapolis, MB 55402 | Phillip Bohl, Esq.<br>GRAY, PLANT, MOOTY & BENNET, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Anthony R. Calascibetta, Esq.<br>EISNERAMPER LLP<br>111 Wood Avenue South<br>Iselin, NJ 08830 | Matthew P. Austria, Esq.<br>AUSTRIA LEGAL, LLC<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801 |
| Daniel L. Bryan<br>BRYANT LEGAL, LLC<br>1457 S. High Street<br>Columbus, OH 43207 | Tom Arnold and Joyce Arnold<br>661 North Main Street<br>Celina, OH 45822 |
| Matthew B. Bryan<br>BRYANT LEGAL, LLC<br>3450 W. Central Avenue, Suite 370<br>Toledo, OH 43606 | WILMINGTON TRUST COMPANY<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

| | |
|---|---|
| Thomas R. Fawkes, Esq. and Brian J. Jackiw, Esq.<br>GOLDSTEIN & MCCLINTON LLP<br>208 South LaSalle Street, Suite 1750<br>Chicago, IL 60604 | Maria Aprile Sawczuk, Esq.<br>GOLDSTEIN & MCCLINTON<br>LLP 1201 N. Orange Street<br>Wilmington, DE 19801 |
| Gregory Fox, Esq. and James B. Zack, Esq.<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA 98111 | Christopher D. Loizides, Esq.<br>LOIZIDES, P.A.<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801 |
| Davis Lee Wright, Esq.<br>MONTGOMERY MCCRACKEN WALKER<br>& RHODES, LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, DE 19801 | Kevin Carmody, Esq. and Mark W. Hojnacki, Esq.<br>MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC<br>55 East 52nd Street<br>New York, NY 10055 |
| (*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*)<br>William P. Bowden, Esq., Michael D. DeBaecke, Esq. and David F. Cook, Esq.<br>ASHBY & GEDDES, P.A.<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150 Wilmington, DE 19899 | *Counsel to McKinsey Recovery & Transformation Services U.S., LLC)*<br>M. Natasha Labovitz, Esq., Erica S. Weisgerber, Esq. and Elie J. Worenklein, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| (*Counsel to McKinsey Recovery & Transformation Services U.S., LLC*)<br>Faity Gay, Esq., Maria Ginzburg, Esq. and David Flugman, Esq.<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104 | (*Counsel for Mar-Bow Value Partners, LLC*)<br>Steven Rhodes, Esq.<br>STEVEN RHODES CONSULTING, LLC<br>1610 Arborview<br>Ann Arbor, Michigan 48103 |
| (*Counsel for Mar-Bow Value Partners, LLC*)<br>Sheldon S. Toll, Esq.<br>LAW OFFICES OF SHELDON S. TOLL, PLLC<br>29580 Northwest Highway<br>Suite 1000<br>Southfield, Michigan 48034 | (*Counsel for Mar-Bow Value Partners, LLC*)<br>Sean O'Shea, Esq., Michael Petrella, Esq. and Amanda Devereux, Esq.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, New York 10281 |
| (*Counsel for Mar-Bow Value Partners, LLC*)<br>Marc R. Abrams, Esq. and Aaron H. Stulman, Esq.<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801-3700 | |

#55350877 v1