# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER:  15-10541 (BLS)** |
| | } | |
| | } | |
| **SRC LIQUIDATION LLC** | } | |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**    7/1/2019    **TO**    9/30/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____     Date: _____ 10/2/2019 _____

Anthony R. Calascibetta
_____
Print Name

Authorized Representative
_____
Title

Wojciech F. Jung, Esq.
_____
Attorney for SRC Liqudiation LLC

**Debtor's Address**
**and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.     732-243-7389

**Attorney's Address**
**and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.     973-597-2500

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. | Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

• **ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____4Q19_____

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | **SRC Liquidation LLC** |
| **Case Number:** | **15-10541 (BLS)** |
| **Date of Plan Confirmation: November 19, 2015** | |
| **Plan Effective Date: December 18, 2015** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 518,058.62 | $ 3,009,339.33 |
| | **INCOME or RECEIPTS during the Period** | $ 10,110.13 | $ 7,180,688.84 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i)    U.S. Trustee Quarterly Fees | $ 650.00 | $ 69,574.77 |
| | (ii)   Federal Taxes | 0.00 | 26,841.46 |
| | (iii)  State Taxes | 0.00 | 30,952.68 |
| | (iv)  Other Taxes | 0.00 | 1,120.00 |
| b. | **All Other Operating Expenses:** | $ 150,746.07 | $ 4,186,177.28 |
| c. | **Plan Payments:** | | |
| | (i)    Administrative Claims | $ | $ |
| | (ii)   Priority Claims | 0.00 | 333,383.35 |
| | (iii) | | |
| | (iv) | | |
| | (v)   General Unsecured Claims | 0.00 | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 151,396.07 | $ 9,813,255.49 |
| 1. | **CASH (End of Period)** | $ 376,772.68 | $ 376,772.68 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**July 2019**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1. **Balance per Bank Statement** | $320,975.94 | $197,314.31 | | |
| 2. **ADD:** Deposits not credited | 0.00 | 0.00 | | |
| 3. **SUBTRACT:** Outstanding Checks | -121.50 | -110.13 | | |
| 4. Other Reconciling Items | 0.00 | 0.00 | | |
| 5. **Month End Balance** (Must Agree with Books) | $320,854.44 | $197,204.18 | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**August 2019**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1. **Balance per Bank Statement** | $320,975.94 | $197,314.31 | | |
| 2. **ADD:** Deposits not credited | 0.00 | 110.13 | | |
| 3. **SUBTRACT:** Outstanding Checks | -121.50 | -110.13 | | |
| 4. Other Reconciling Items | -101,396.07 | 0.00 | | |
| 5. **Month End Balance** (Must Agree with Books) | $219,458.37 | $197,314.31 | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**
**September 2019**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1.  **Balance per Bank Statement** | $219,579.87 | $197,314.31 | | |
| 2.  **ADD:** Deposits not credited | | 0.00 | | |
| 3.  **SUBTRACT:** Outstanding Checks | -121.50 | 0.00 | | |
| 4.  Other Reconciling Items | -40,000.00 | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $179,458.37 | $197,314.31 | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2164 | 8/28/2019 | US Trustee | Professional Fees | 650.00 | |
| 2165 | 8/30/2019 | Polsinelli PC | Professional Fees | 13,384.00 | |
| 2166 | 8/29/2019 | Lowenstein Sandler, LLP | Professional Fees | 46,298.57 | |
| 2167 | 8/23/2019 | EisnerAmper LLP | Professional Fees | 11,063.50 | |
| | | | | | |
| transfer | 8/26/2019 | to x8542 | | 30,000.00 | |
| transfer | 9/16/2019 | to x8542 | | 50,000.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CURRENT PERIOD TOTAL | $151,396.07 |

| | |
|---|---|
| CURRENT PERIOD TOTAL - # 1480 | $0.00 |
| CURRENT PERIOD DISB - ALL ACCTS | $151,396.07 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

8:53 AM

08/14/19

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 07/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 320,975.94 |
| **Cleared Balance** | | | | | | 320,975.94 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 04/17/2019 | 2162 | Polsinelli PC | | -121.50 | -121.50 |
| Total Checks and Payments | | | | | -121.50 | -121.50 |
| Total Uncleared Transactions | | | | | -121.50 | -121.50 |
| **Register Balance as of 07/31/2019** | | | | | -121.50 | 320,854.44 |
| **Ending Balance** | | | | | -121.50 | 320,854.44 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From July    01, 2019**
**To   July    31, 2019**
**Page 1 of 2**

00003039  MSIGDDA0802  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ███████    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████   MONOGRAM CHECKING | | 320,975.94 | 320,975.94 |
| RELATIONSHIP | TOTAL | | 320,975.94 |



# SIGNATURE BANK

**Statement Period**
From July    01, 2019
To   July    31, 2019
Page 2 of 2

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account: ▮▮▮▮▮▮    0

MONOGRAM CHECKING    ▮▮▮▮▮▮

Summary

Previous Balance as of July    01, 2019                    320,975.94

There was no deposit activity during this statement period

Ending Balance as of   July    31, 2019                    320,975.94

Rates for this statement period - Overdraft
Jul 01, 2019   15.250000 %



2:15 PM

09/09/19

# SRC Liquidation LLC
## Reconciliation Detail
### 1367 SIGNATURE OPERATING, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 320,975.94 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 06/30/2019 | 2164 | U.S. Trustee | X | -650.00 | -650.00 |
| Bill Pmt -Check | 08/22/2019 | 2166 | Lowenstein Sandler,... | X | -46,298.57 | -46,948.57 |
| Bill Pmt -Check | 08/22/2019 | 2165 | Polsinelli PC | X | -13,384.00 | -60,332.57 |
| Bill Pmt -Check | 08/22/2019 | 2167 | EisnerAmper LLP | X | -11,063.50 | -71,396.07 |
| Transfer | 09/09/2019 | | | X | -30,000.00 | -101,396.07 |
| Total Checks and Payments | | | | | -101,396.07 | -101,396.07 |
| Total Cleared Transactions | | | | | -101,396.07 | -101,396.07 |
| **Cleared Balance** | | | | | -101,396.07 | 219,579.87 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 04/17/2019 | 2162 | Polsinelli PC | | -121.50 | -121.50 |
| Total Checks and Payments | | | | | -121.50 | -121.50 |
| Total Uncleared Transactions | | | | | -121.50 | -121.50 |
| Register Balance as of 08/31/2019 | | | | | -101,517.57 | 219,458.37 |
| **Ending Balance** | | | | | **-101,517.57** | **219,458.37** |

*Signature*    **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From August   01, 2019**
**To   August   31, 2019**
**Page 1 of 3**

00001876  MSIGDDA0831  09  000000000 9 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**See Back for Important Information**

Primary Account: ███████  **4**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████  MONOGRAM CHECKING | | 320,975.94 | 219,579.87 |
| RELATIONSHIP | TOTAL | | 219,579.87 |

# SIGNATURE BANK

**Statement Period**
**From August   01, 2019**
**To  August   31, 2019**
**Page 2 of 3**

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**Primary Account:** ███████  4

`MONOGRAM CHECKING`  ████████

## Summary

| | | |
|---|---|---|
| Previous Balance as of August    01, 2019 | | 320,975.94 |
| 5 Debits | | 101,396.07 |
| Ending Balance as of   August   31, 2019 | | 219,579.87 |

## Withdrawals and Other Debits

Aug 26  OUTGOING WIRE XFER                                    30,000.00
        REF#  20190826B6B7261F001932
        TO:   SRC LIQUIDATING GUC TRUST        ABA:   026013576
        BANK: SIGNATURE BANK                   ACCT# 1502158542

## Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| Aug 28 | 2164 | 650.00 | Aug 29 | 2166 | 46,298.57 |
| Aug 30 | 2165 | 13,384.00 | Aug 23 | 2167 | 11,063.50 |

## Daily Balances

| | | | | |
|---|---|---|---|---|
| Jul 31 | 320,975.94 | | Aug 28 | 279,262.44 |
| Aug 23 | 309,912.44 | | Aug 29 | 232,963.87 |
| Aug 26 | 279,912.44 | | Aug 30 | 219,579.87 |

Rates for this statement period - Overdraft
Aug 01, 2019   15.000000 %



# SRC Liquidation LLC
# Reconciliation Summary
## 1367 SIGNATURE OPERATING, Period Ending 09/30/2019

|  | Sep 30, 19 |
|---|---|
| **Beginning Balance** | 219,579.87 |
| **Cleared Transactions** |  |
| Checks and Payments - 1 item | -50,000.00 |
| Deposits and Credits - 1 item | 10,000.00 |
| **Total Cleared Transactions** | -40,000.00 |
| **Cleared Balance** | **179,579.87** |
| **Uncleared Transactions** |  |
| Checks and Payments - 1 item | -121.50 |
| **Total Uncleared Transactions** | -121.50 |
| **Register Balance as of 09/30/2019** | **179,458.37** |
| **Ending Balance** | 179,458.37 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2019
To    September 30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                    See Back for Important Information

Primary Account: ███████        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████  MONOGRAM CHECKING | | 219,579.87 | 179,579.87 |
| RELATIONSHIP | TOTAL | | 179,579.87 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                            See Back for Important Information

Primary Account: ███████            0

MONOGRAM CHECKING            ███████

## Summary

Previous Balance as of September 01, 2019                       219,579.87
      1 Credits                                                  10,000.00
      1 Debits                                                   50,000.00
Ending Balance as of    September 30, 2019                      179,579.87

## Deposits and Other Credits
Sep 30  DEPOSIT        ref#                                      10,000.00

## Withdrawals and Other Debits
Sep 16  OUTGOING WIRE XFER                                       50,000.00
        REF#  20190916B6B7261F002646
        TO:   SRC LIQUIDATING GUC TRUST     ABA:   026013576
        BANK: SIGNATURE BANK               ACCT#  ███████8542

## Daily Balances
Aug 31      219,579.87                    Sep 30        179,579.87
Sep 16      169,579.87

## Rates for this statement period - Overdraft
Sep 19, 2019    14.750000 %
Sep 01, 2019    15.000000 %

8:52 AM

08/14/19

**SRC Liquidation LLC**
**Reconciliation Detail**
**1480 OPERATING 2, Period Ending 07/31/2019**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/07/2018 | 162 | | | -110.13 | -110.13 |
| Total Checks and Payments | | | | | -110.13 | -110.13 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -110.13 | -110.13 |
| Register Balance as of 07/31/2019 | | | | | -110.13 | 197,204.18 |
| **Ending Balance** | | | | | **-110.13** | **197,204.18** |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From July   01, 2019
To   July   31, 2019
Page 1 of 2

00003045  MSIGDDA0802  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

See Back for Important Information

Primary Account: ███████    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |



# SIGNATURE BANK

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

Primary Account:  ███████         0

MONOGRAM CHECKING        ██████████

Summary

Previous Balance as of July      01, 2019                    197,314.31

There was no deposit activity during this statement period

Ending Balance as of   July      31, 2019                    197,314.31

Rates for this statement period - Overdraft
Jul 01, 2019   15.250000 %



12:28 PM

10/02/19

# SRC Liquidation LLC
# Reconciliation Summary
### 1480 OPERATING 2, Period Ending 08/31/2019

|  | Aug 31, 19 |
|---|---|
| Beginning Balance |  197,314.31 |
| **Cleared Transactions** |  |
| Checks and Payments - 1 item | -110.13 |
| Deposits and Credits - 1 item | 110.13 |
| **Total Cleared Transactions** | 0.00 |
| **Cleared Balance** | 197,314.31 |
| **Uncleared Transactions** |  |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | 0.00 |
| **Register Balance as of 08/31/2019** | 197,314.31 |
| **Ending Balance** | 197,314.31 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From August  01, 2019**
**To  August  31, 2019**
**Page 1 of 2**

00003124  MSIGDDA0831  04  000000000 8 161
SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

Primary Account: ▮▮▮▮▮▮       0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮▮▮  MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |



**SIGNATURE BANK**

**Statement Period**
**From August  01, 2019**
**To  August  31, 2019**
**Page 2 of 2**

SRC LIQUIDATION LLC
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700

**PRIVATE CLIENT GROUP 161**
**565 FIFTH AVENUE**
**NEW YORK, NY 10017**

**Primary Account:** ▉▉▉▉▉  **0**

MONOGRAM CHECKING    ▉▉▉▉▉

Summary

Previous Balance as of August    01, 2019                                    197,314.31

There was no deposit activity during this statement period

Ending Balance as of    August    31, 2019                                    197,314.31

Rates for this statement period - Overdraft
Aug 01, 2019   15.000000 %



**1:45 PM**

**10/02/19**

## SRC Liquidation LLC
## Reconciliation Detail
### 1480 OPERATING 2, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 197,314.31 |
| Cleared Balance | | | | | | 197,314.31 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill Pmt -Check | 03/12/2018 | | Smith, Lynn D. | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | 0.00 | 0.00 |
| Register Balance as of 09/30/2019 | | | | | 0.00 | 197,314.31 |
| **Ending Balance** | | | | | **0.00** | **197,314.31** |



**SIGNATURE BANK**

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From September 01, 2019
To   September 30, 2019
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                    8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                    See Back for Important Information

Primary Account: ████████        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████  MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |

*Signature*   **SIGNATURE BANK**

Statement Period
From September 01, 2019
To   September 30, 2019
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

SRC LIQUIDATION LLC                         8-161
C/O EISNER AMPER LLP
ATTN: ANTHONY R CALASCIBELLA
111 WOOD AVENUE SOUTH
ISELIN, NJ  08830-2700                           See Back for Important Information


Primary Account: ███████████        0


MONOGRAM CHECKING            ██████████


Summary

  Previous Balance as of September 01, 2019                                    197,314.31

  There was no deposit activity during this statement period

  Ending Balance as of   September 30, 2019                                    197,314.31


Rates for this statement period - Overdraft
Sep 19, 2019   14.750000 %
Sep 01, 2019   15.000000 %