# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>           Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>**Related Docket No. 2453** |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION OF THE SRC SECURED CREDITOR TRUST FOR ENTRY OF
## AN ORDER EXTENDING THE TERM OF THE TRUST

The undersigned hereby certifies that he has received no formal or informal objection or response to the **Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust** [Docket No. 2453] (the "Motion"), filed and served by the undersigned on September 30, 2019. The undersigned further certifies that he has reviewed the docket in these cases and that no response to the Motion appears thereon. The notice filed with the Motion established a deadline of October 9, 2019 at 4:00 p.m. (Eastern Time) for filing and service of responses to the Motion. Accordingly, the SRC Secured Creditor Trust respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**.

Dated: October 10, 2019
      Wilmington, DE

                                      Respectfully submitted,
                                      PEPPER HAMILTON LLP

                                      /s/ John H. Schanne, II
                                      David M. Fournier (DE No. 2812)
                                      John H. Schanne, II (DE No. 5260)
                                      Hercules Plaza, Suite 5100
                                      1313 N. Market Street
                                      P.O. Box 1709
                                      Wilmington, DE   19899-1709
                                      (302) 777-6500

                                      *Counsel to the SRC Secured Creditor Trust*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#55498655v1