# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 16, 2019 AT 11:30 A.M. (ET)

### **THIS HEARING HAS BEEN CANCELLED
### AS THERE ARE NO MATTERS GOING FORWARD**

**CONTINUED MATTER**

1. Motion for a Final Decree Closing the Debtor's Chapter 11 Case [Docket No. 2449; Filed: 9/16/2019]

   Objection Deadline: September 30, 2019 at 4:00 p.m. (extended for certain parties)

   Related Document(s): None.

   Response(s) Received: Informal comments from the Office of the United States Trustee and SRC Secured Creditor Trust

   Status: This matter has been continued to the next omnibus hearing scheduled for November 20, 2019 at 11:30 a.m.

**MATTER WITH CERTIFICATE OF NO OBJECTION**

2. Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust [Docket No. 2453; Filed: 9/30/2019]

   Objection Deadline: October 9, 2019 at 4:00 p.m.

   Related Document(s):

   a) Certificate of No Objection Regarding Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust [Docket No. 2456; Filed: 10/10/2019]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

70753616.1

2

      b)    Proposed Order

<u>Response(s) Received</u>:    None.

<u>Status</u>:    Chambers has advised that the order will be entered. No hearing is necessary.

Dated: October 11, 2019    Respectfully submitted,
Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

   *-and-*

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*