# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | **Related Docket Nos. 2456, 2459** |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 15th day of October, 2019, I did cause copies of the following documents to be served upon the parties set forth on the attached service list by first class mail, postage pre-paid:

- *Certificate of No Objection Regarding Motion of the SRC Secured Creditor Trust for Entry of an Order Extending the Term of the Trust* [Docket No. 2456]; and
- *Order Extending the Term of the SRC Secured Creditor Trust* [Docket No. 2459].

Dated: October 15, 2019
Wilmington, DE

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#55546066 v1

| | |
|---|---|
| EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin, NJ  08830-2700 | Goldstein & McClinton LLLP<br>Attn: Marie Aprile Sawczuk<br>1201 North Orange Street, Suite 7380<br>Wilmington, DE 19801 |
| Goldstein & McClinton LLLP<br>Attn:  Thomas R. Fawskes & Brian J. Jackiw<br>208 South LaSalle Street, Suite 1750<br>Chicago, IL 60604 | Lane Powell PC<br>Attn:  Gregory Fox & James B. Zack<br>1420 Fifth Street, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402 |
| Lowenstein Sandler LLP<br>Attn:  Andrew Behlmann & Wojciech F. Jung<br>65 Livingston Avenue<br>Roseland, NJ  07068-0000 | McKinsey Recovery & Transformation Services U.S., LLC<br>Attn: Kevin Carmody & Mark W. Hojnacki<br>55 East 52nd Street<br>New York, NY 10055 |
| Montgomery, McCracken, Walker & Rhodes, LLP<br>Attn: Davis Lee Wright<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Office of the United States Trustee<br>Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington, DE 19801 |
| Polsinelli PC<br>Attn:  Christopher A. Ward & Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE  19801 | Prime Clerk LLC<br>Attn:  David Malo<br>830 3rd Ave., FL. 9<br>New York, NY  10022 |
| The Standard Register<br>600 Albany Street<br>Dayton, OH  45417 | Wilmington Trust Company<br>Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Loizides, P.A.<br>Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington, DE  19801 | |

#55546066 v1