# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## FINAL REPORT IN CHAPTER 11 CASES

I, Anthony R. Calascibetta, as the authorized representative of SRC Liquidation, LLC *f/k/a* The Standard Register Company, the above-captioned reorganized debtor (the "Debtor," and together with its chapter 11 debtor affiliates,[2] the "Debtors"), do hereby declare that, to the best of my knowledge, information, and belief, the following is a breakdown of the results in the above-captioned chapter 11 cases (the "Cases"):

## FEES AND EXPENSES

1.      The fees and expenses awarded to professionals retained in these Cases, for the period from March 12, 2015 through and including November 19, 2015 (the "Effective Date"), are as follows:

| Professional and Title | Fees Allowed | Expenses Allowed | Total Allowed |
|---|---|---|---|
| **Polsinelli PC** (Counsel to Committee) | $231,432.75 | $27,865.03 | $259,297.78 |
| **Lowenstein Sandler LLP** (Counsel to Committee) | $1,992,564.75 | $54,722.12 | $2,047,286.87 |
| **Zolfo Cooper, LLC** (Financial and Forensic Advisors to Committee) | $787,493.50 | $12,405.31 | $799,898.81 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] The following Debtors filed for relief under chapter 11 of the Bankruptcy Code on the Petition Date: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC.

| **Young Conaway Stargatt & Taylor, LLP** (Counsel to Debtors) | $1,014,302.00 | $40,225.86 | $1,054,527.86 |
|---|---|---|---|
| **Dinsmore & Shohl LLP** (Special Counsel to Debtors) | $394,323.54 | $27,010.41 | $421,333.95 |
| **Gibson, Dunn & Crutcher LLP** (Counsel to Debtors) | $5,931,034.75 | $152,225.53 | $6,083,260.28 |
| **Prime Clerk LLC** (Administrative Advisor to Debtors) | $84,941.00 | $0.00 | $84,941.00 |

2. On March 24, 2015, the Office of the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors [Docket No. 99].

3. The Debtor is current on all fees owed pursuant to 28 U.S.C. § 1930 through the fourth quarter of 2019.

4. By Order entered November 19, 2015 (the "Confirmation Order") [Docket No. 1331], the Court confirmed the Debtors' *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (With Technical Modifications)* [Docket No. 1331-1] (the "Plan").

5. The Effective Date of the Plan occurred on December 18, 2015. *See Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (With Technical Modifications) Under Chapter 11 of the Bankruptcy Code* [Docket No. 1412], ¶ 1.

6. No trustee or examiner has been appointed in these Cases. Accordingly, no fees were incurred for a trustee or trustee's counsel.

**DISTRIBUTIONS**

7. Allowed Administrative Expense Claims, Allowed Professional Fee Claims, and Allowed Priority Tax Claims were unimpaired by the Plan and have received payment in full pursuant to the terms of the Plan.

71080901.1

-3-

8. Distributions to Holders of Allowed Other Secured Claims (Class I) and Allowed Priority Claims (Class II) were paid in full or were otherwise satisfied as required under the Plan.

9. The Debtor and/or the GUC Trustee has commenced making Distributions on account of the following classes of Claims under the Plan:

| Class | Claim or Equity Interest | % Recovery Under the Plan |
|---|---|---|
| III | Second Lien Secured Claim | Responsibility of the Secured Creditor Trust |
| IV | General Unsecured Claims (excluding Second Lien Deficiency Claims, which are not entitled to any Distribution on account of such Claims under the Plan, including from the GUC Trust) | Approximately 2% |
| V | Subordinated Claims | No Recovery |
| VI | Equity Interests | No Recovery |

10. Any disbursements made by the Debtor and/or the GUC Trustee between the date of this report and the closure of the Cases, will be *de minimis* in the context of creditor reveries.

Dated: November 5, 2019              __/s/   Anthony R. Calascibetta_____
                                     Anthony R. Calascibetta
                                     Authorized Representative of the Debtor