# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Objection Deadline: November 13, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date:  November 20, 2019 at 11:30 a.m.  (ET)** |

## CERTIFICATE OF SERVICE

      I, John H. Schanne, hereby certify that on the 6th day of November, 2019, I caused a copy of the ***SRC Secured Creditor Trust's Motion For Entry Of An Order Approving Stipulation Between SRC Secured Creditor Trust And The Travelers Indemnity Company And Certain Of Its Property Casualty Insurance Affiliates Resolving Claims*** to be served on the individuals listed on the attached service list by First Class Mail:

Dated:  November 6, 2019
       Wilmington, DE

                                           /s/ *John H. Schanne II*
                                           PEPPER HAMILTON LLP
                                           David M. Fournier (DE No. 2812)
                                           John H. Schanne, II (DE No. 5260)
                                           Hercules Plaza, Suite 5100
                                           1313 N. Market Street
                                           P.O. Box 1709
                                           Wilmington, DE   19899-1709
                                           (302) 777-6500

                                           *Counsel to the SRC Secured Creditor Trust*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**FIRST CLASS MAIL**
EisnerAmper LLP
Attn: Anthony R. Calascibetta
111 Wood Avenue South
Iselin NJ 08830-2700

**FIRST CLASS MAIL**
Goldstein & Mcclinton LLLP
Attn: Maria Aprile Sawczuk
1201 North Orange Street
Suite 7380
Wilmington DE 19801

**FIRST CLASS MAIL**
Goldstein & McClinton LLLP
Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw
208 South LaSalle Street
Suite 1750
Chicago IL 60604

**FIRST CLASS MAIL**
Lane Powell PC
Attn: Gregory Fox, Esq, James B. Zack, Esq.
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle WA 98111-9402

**FIRST CLASS MAIL**
Lowenstein Sandler LLP
Attn: Wojciech F. Jung, Esq. & Andrew Behlmann
65 Livingston Avenue
Roseland NJ 07068

**FIRST CLASS MAIL**
LOWENSTEIN SANDLER LLP
Attn: Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ 07068

**FIRST CLASS MAIL**
McKinsey Recovery & Transformation Services U.S., LLC
Attn: Kevin Carmody and Mark W. Hojnacki
55 East 52nd Street
New York NY 10055

**FIRST CLASS MAIL**
Montgomery, McCracken, Walker & Rhodes, LLP
Attn: Davis Lee Wright
1105 N. Market Street
15th Floor
Wilmington DE 19801

#55859620 v1

**FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Mark Kenney
844 King St., Ste. 2207
Wilmington DE 19801

**FIRST CLASS MAIL**
Polsinelli PC
Attn: Christopher A. Ward
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

**FIRST CLASS MAIL**
Prime Clerk LLC
Attn: David Malo
830 3rd Ave., FL. 9
New York NY 10022

**FIRST CLASS MAIL**
The Standard Register
600 Albany Street
Dayton OH 45417

**FIRST CLASS MAIL**
Wilmington Trust Company
Attn: institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington DE 19890

**FIRST CLASS MAIL**
LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street
Suite 800
Wilmington DE 19801

**FIRST CLASS MAIL**
Marc Abrams, Esq.
Whiteford, Taylor & Preston lLC
405 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Sheldon Toll, Esq.
Law Offices of Sheldon Toll, PLLC
29580 Northwest Highway, Ste. 1000
Southfield, Ml 48034

#55859620 v1

**FIRST CLASS MAIL**
Steven Rhodes, Esq.
Steven Rhodes Consulting, LLC
1610 Arborview Blvd.
Anne Arbor, Ml 48103

**FIRST CLASS MAIL**
William Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Faith Gay, Esq.
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

**FIRST CLASS MAIL**
John Gleeson, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

#55859620 v1