**CERTIFICATE OF SERVICE**

I, John H. Schanne, hereby certify that on the 6th day of November, 2019, I caused a copy of the **Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion for Entry of an Order Approving Stipulation between SRC Secured Creditor Trust and the Travelers Indemnity Company and Certain of its Property Casualty Insurance Affiliates Resolving Claims** to be served on the individuals listed on the attached service list by First Class Mail:

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)

#55867450 v1

| | |
|---|---|
| **FIRST CLASS MAIL**<br>EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | **FIRST CLASS MAIL**<br>Goldstein & Mcclinton LLLP<br>Attn: Maria Aprile Sawczuk<br>1201 North Orange Street<br>Suite 7380<br>Wilmington DE 19801 |
| **FIRST CLASS MAIL**<br>Goldstein & McClinton LLLP<br>Attn: Thomas R. Fawkes, Esq., & Brian J. Jackiw<br>208 South LaSalle Street<br>Suite 1750<br>Chicago IL 60604 | **FIRST CLASS MAIL**<br>Lane Powell PC<br>Attn: Gregory Fox, Esq, James B. Zack, Esq.<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle WA 98111-9402 |
| **FIRST CLASS MAIL**<br>Lowenstein Sandler LLP<br>Attn: Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | **FIRST CLASS MAIL**<br>LOWENSTEIN SANDLER LLP<br>Attn: Wojciech F. Jung, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| **FIRST CLASS MAIL**<br>McKinsey Recovery & Transformation Services U.S., LLC<br>Attn: Kevin Carmody and Mark W. Hojnacki<br>55 East 52nd Street<br>New York NY 10055 | **FIRST CLASS MAIL**<br>Montgomery, McCracken, Walker & Rhodes, LLP<br>Attn: Davis Lee Wright<br>1105 N. Market Street<br>15th Floor<br>Wilmington DE 19801 |

#55867450 v1

**FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Juliette Sarkessian
844 King St., Ste. 2207
Wilmington DE 19801

**FIRST CLASS MAIL**
Polsinelli PC
Attn: Christopher A. Ward
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

**FIRST CLASS MAIL**
Prime Clerk LLC
Attn: David Malo
830 3rd Ave., FL. 9
New York NY 10022

**FIRST CLASS MAIL**
The Standard Register
600 Albany Street
Dayton OH 45417

**FIRST CLASS MAIL**
Wilmington Trust Company
Attn: institutional Client Services
Rodney Square North
1100 North Market Street
Wilmington DE 19890

**FIRST CLASS MAIL**
LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street
Suite 800
Wilmington DE 19801

**FIRST CLASS MAIL**
Marc Abrams, Esq.
Whiteford, Taylor & Preston lLC
405 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Sheldon Toll, Esq.
Law Offices of Sheldon Toll, PLLC
29580 Northwest Highway, Ste. 1000
Southfield, Ml 48034

#55867450 v1

**FIRST CLASS MAIL**
Steven Rhodes, Esq.
Steven Rhodes Consulting, LLC
1610 Arborview Blvd.
Anne Arbor, Ml 48103

**FIRST CLASS MAIL**
William Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Faith Gay, Esq.
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

**FIRST CLASS MAIL**
John Gleeson, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

#55867450 v1