## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Related Docket Nos. 2463 and 2464 |

### ORDER GRANTING MOTION FOR ORDER TO SHORTEN TIME FOR NOTICE OF THE HEARING ON, AND THE DEADLINE TO RESPOND TO, MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN SRC SECURED CREDITOR TRUST AND THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS PROPERTY CASUALTY INSURANCE AFFILIATES RESOLVING CLAIMS

Upon the motion (the "Motion to Shorten")[2] of the Secured Creditor Trust for entry of an order expediting consideration of, and shortening the notice periods applicable to, the Motion, and this Court possessing jurisdiction to consider the Motion to Shorten, and venue being proper, and notice of the Motion to Shorten having been sufficient under the circumstances, and having considered the Motion to Shorten and all papers related thereto hereto filed, and the relief requested in the Motion to Shorten being warranted,

1. The Motion to Shorten is GRANTED.

2. The Motion will be heard at a hearing before this Court on November 20, 2019 at 11:30 a.m. (ET).

3. Any responses to the Motion must be filed and served on the Secured Creditor Trust by November 18, 2019 at 10:00 a.m. (ET).

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

#55867519 v1

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: November 7, 2019  
       Wilmington, Delaware

_____  
The Honorable Brendan L. Shannon  
United States Bankruptcy Judge

#55867519 v1