**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Related Docket No. 2463** |

**NOTICE OF FILING OF FULLY EXECUTED STIPULATION BETWEEN SRC SECURED CREDITOR TRUST AND THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS PROPERTY CASUALTY INSURANCE AFFILIATES RESOLVING CLAIMS**

PLEASE TAKE NOTICE that on November 6, 2019, the SRC Secured Creditor Trust filed the *SRC Secured Creditor Trust's Motion For Entry Of An Order Approving Stipulation Between SRC Secured Creditor Trust And The Travelers Indemnity Company And Certain Of Its Property Casualty Insurance Affiliates Resolving Claims* (the "Motion") (Docket No. 2463).[2] You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE THAT, attached to the Motion as Exhibit B was the final form of Stipulation between the Parties. Attached hereto as Exhibit A is a copy of the fully executed Stipulation.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

-2-

Dated: November 7, 2019
      Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

*/s/ John H. Schanne, II*
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

#55864554 v1