**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Related Docket Nos. 2463, 2464 and 2465 |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER TO SHORTEN TIME FOR NOTICE OF THE HEARING ON, AND THE DEADLINE TO RESPOND TO, MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN SRC SECURED CREDITOR TRUST AND THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS PROPERTY CASUALTY INSURANCE AFFILIATES RESOLVING CLAIMS**

PLEASE TAKE NOTICE that, on November 6, 2019, the SRC Secured Creditor Trust (the "Secured Creditor Trust"), by and through its undersigned counsel, filed the ***Secured Creditor Trust's Motion For Entry Of An Order Approving Stipulation Between SRC Secured Creditor Trust And The Travelers Indemnity Company And Certain Of Its Property Casualty Insurance Affiliates Resolving Claims*** (the "Motion") (Docket No. 2463).

PLEASE TAKE FURTHER NOTICE that on November 6, 2019, the Secured Creditor Trust filed the ***Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, Motion For Entry Of An Order Approving Stipulation Between SRC Secured Creditor Trust And The Travelers Indemnity Company And Certain Of Its Property Casualty Insurance Affiliates Resolving Claims*** (the "Motion to Shorten Notice") (Docket No. 2464).

PLEASE TAKE FURTHER NOTICE that on November 7, 2019, the Bankruptcy Court entered the ***Order Granting Motion For Entry Of An Order Approving Stipulation Between SRC Secured Creditor Trust And The Travelers Indemnity Company And Certain Of Its Property Casualty Insurance Affiliates Resolving Claims*** (the "Order") (Docket No. 2465). A copy of the Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the hearing on the Motion will be held on **November 20, 2019 at 11:30 a.m. (ET)** before The Honorable Brendan L. Shannon, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that that any objections or other responses (collectively, "Objections") to entry of an Order approving the Motion must be filed on or before

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#55869096 v1

**November 18, 2019 at 10:00 a.m. (Eastern Time)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the Objection upon the following parties so as to be received on or before the Objection Deadline: Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, Attention: John H. Schanne, II (schannej@pepperlaw.com).

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated:  November 7, 2019
          Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ *John H. Schanne, II*
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

#55869096 v1