**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br> SRC LIQUIDATION, LLC,[1] <br>               Debtor. | Chapter 11 <br> Case No. 15-10541 (BLS) <br><br> **Re: Docket No. 2449** |

**CERTIFICATION OF COUNSEL REGARDING ORDER ISSUING**
**A FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE**

      I, Christopher A. Ward, Esq., of Polsinelli PC, counsel to the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

      1.    On September 16, 2019, the Debtor filed the *Motion of Debtors for a Final Decree Closing the Debtor's Chapter 11 Case* [Docket No. 2449] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

      2.    The deadline to object to the Motion was September 30, 2019. The Debtor received informal comments from the Office of the United States Trustee and the SRC Secured Creditor Trust. No other objections or responses were received.

      3.    Attached hereto as <u>Exhibit A</u> is a revised form of order (the "**Order**") which incorporates the comments received.

      4.    Attached hereto as <u>Exhibit B</u> is a blackline comparison of the Order against the form of order filed with the Motion.

      5.    Accordingly, the Debtors respectfully request that the Court enter the Order at its earliest convenience.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

71097213.1

Dated: November 18, 2019
     Wilmington, Delaware

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ  07068
Telephone:  (97) 597-2500
Facsimile:  (973) 597-2400
wjung@lowenstein.com

*-and –*

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com

*Counsel to SRC Liquidation, LLC*

2

71097213.1