## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 20, 2019 AT 11:30 A.M. (ET)

### MATTERS WITH CERTIFICATION OF COUNSEL/CERTIFICATE OF NO OBJECTION

1. Motion for a Final Decree Closing the Debtor's Chapter 11 Case [Docket No. 2449; Filed: 9/16/2019]

    Objection Deadline: September 30, 2019 at 4:00 p.m. (extended for certain parties)

    Related Document(s):

    a) Final Report in Chapter 11 Cases [Docket No. 2461; Filed: 11/5/2019]

    b) Certification of Counsel Regarding Order Issuing a Final Decree Closing the Debtor's Chapter 11 Case [Docket No. 2469; Filed: 11/18/2019]

    Response(s) Received: Informal comments from the Office of the United States Trustee and SRC Secured Creditor Trust

    Status: A revised proposed form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

2. SRC Secured Creditor Trust's Motion For Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and The Travelers Indemnity Company and Certain of its Property Casualty Insurance Affiliates Resolving Claims [Docket No. 2463; Filed: 11/6/2019]

    Objection Deadline: November 18, 2019 at 10:00 a.m.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

71244101.1

Related Document(s):

a) Notice of Filing of Fully Executed Stipulation Between SRC Secured Creditor Trust and The Travelers Indemnity Company and Certain of its Property Casualty Insurance Affiliates Resolving Claims [Docket No. 2466; Filed: 11/7/2019]

b) Notice of Entry of Order Granting Motion for Order to Shorten Time for Notice of the of the Hearing on, and the Deadline to Respond to, Motion for Entry of an Order Approving Stipulation between SRC Secured Creditor Trust and the Travelers Indemnity Company and Certain of its Property Casualty Insurance Affiliates Resolving Claims [Docket No. 2467; Filed: 11/7/2019]

Response(s) Received:    None.

Status:    No objections were received. Counsel intends to file a certificate of no objection. No hearing is necessary unless the Court directs otherwise.

Dated: November 18, 2019
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Wojciech F. Jung, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

 -and-

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Counsel to SRC Liquidation, LLC*

71244101.1