# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |
| | **Related Docket No. 2463 & 2465** |

**CERTIFICATE OF NO OBJECTION REGARDING SRC SECURED CREDITOR TRUST'S MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN SRC SECURED CREDITOR TRUST AND THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS PROPERTY CASUALTY INSURANCE AFFILIATES RESOLVING CLAIMS**

The undersigned hereby certifies that he has received no formal or informal objection to the *SRC Secured Creditor Trust's Motion For Entry of an Order Approving Stipulation Between SRC Secured Creditor Trust and The Travelers Indemnity Company and Certain of its Property Casualty Insurance Affiliates Resolving Claims* [Docket No. 2463] (the "Motion"). The undersigned further certifies that he has reviewed the docket in these cases and that no response to the Motion appears thereon.

The *Order Granting Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, the Motion* [Docket No. 2465] established a deadline of November 18, 2019 at 10:00 a.m. (Eastern Time) for filing and service of responses to the Motion.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

#55498655v1

-2-

Accordingly, the SRC Secured Creditor Trust respectfully requests that the Court enter the proposed form of order filed with the Motion, a copy of which is attached hereto as **Exhibit A**.

Dated: November 18, 2019
      Wilmington, DE

Respectfully submitted,
PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel to the SRC Secured Creditor Trust*

#55498655v1