# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:  } CASE NUMBER: 15-10541 (BLS)

SRC LIQUIDATION LLC }

DEBTOR. } CHAPTER 11

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD

FROM    10/1/2019    TO    11/21/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _____    Date: 11/26/2019

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

**Debtor's Address and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.  732-243-7389

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Attorney's Address and Phone Number:**

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Tel.  973-597-2500

**MONTHLY OPERATING REPORT -**                        **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

The Order Issuing a Final Decree Closing the Debtor's Chapter 11 Case was filed and signed on November 21, 2019.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 376,772.68 | $ 3,009,339.33 |
| | **INCOME or RECEIPTS during the Period** | $ 31,376.73 | $ 7,212,065.57 |
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ 6,500.00 | $ 76,074.77 |
| | (ii) Federal Taxes | - | 26,841.46 |
| | (iii) State Taxes | - | 30,952.68 |
| | (iv) Other Taxes | - | 1,120.00 |
| | b. **All Other Operating Expenses:** | $ | $ 4,186,177.28 |
| | c. **Plan Payments:** | | |
| | (i) Administrative Claims | $ - | $ |
| | (ii) Priority Claims | - | 333,383.35 |
| | (iii) | - | |
| | (iv) | - | |
| | (v) General Unsecured Claims | - | 5,165,205.95 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 6,500.00 | $ 9,819,755.49 |
| 1. | **CASH (End of Period)** | $ 401,649.41 | $ 401,649.41 |

**MONTHLY OPERATING REPORT -**                                                **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
October 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| 1. Balance per Bank Statement | $204,335.10 | $197,314.31 | | |
| 2. ADD: Deposits not credited | - | - | | |
| 3. SUBTRACT: Outstanding Checks | - | - | | |
| 4. Other Reconciling Items | - | - | | |
| 5. Month End Balance (Must Agree with Books) | $204,335.10 | $197,314.31 | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter  
Through November 21, 2019

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| | | | | |
| 1. Balance per Bank Statement | $204,335.10 | $197,314.31 | | |
| 2. ADD: Deposits not credited | - | - | | |
| 3. SUBTRACT: Outstanding Checks | - | - | | |
| 4. Other Reconciling Items | - | - | | |
| 5. Month End Balance (Must Agree with Books) | $204,335.10 | $197,314.31 | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | Footnotes |
|---|---|---|---|---|---|
| 2168 | 10/3/2019 | U.S. Trustee | 3rd Quarter Trustee Fees | 1,625.00 | |
| 2169 | 10/7/2019 | U.S. Trustee | 4th Quarter Trustee Fees | 4,875.00 | |
| | | | **CURRENT PERIOD TOTAL** | **$6,500.00** | |
| | | | CURRENT PERIOD TOTAL - # 1480 | $0.00 | |
| | | | **CURRENT PERIOD DISB - ALL ACCTS** | **$6,500.00** | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -** **ATTACHMENT NO. 4**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1480 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | CURRENT PERIOD TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

9:34 AM
11/25/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 10/31/2019

|  | Oct 31, 19 |
|---|---:|
| **Beginning Balance** | 179,579.87 |
|    Cleared Transactions | |
|       Checks and Payments - 2 items | -6,500.00 |
|       Deposits and Credits - 2 items | 31,255.23 |
|    Total Cleared Transactions | 24,755.23 |
| **Cleared Balance** | **204,335.10** |
| **Register Balance as of 10/31/2019** | 204,335.10 |
| **Ending Balance** | 204,335.10 |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                    Statement Period
                                                    From October   01, 2019
                                                    To   October   31, 2019
                                                    Page      1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    SRC LIQUIDATION LLC                    9-161
    C/O EISNER AMPER LLP
    ATTN: ANTHONY R CALASCIBELLA
    111 WOOD AVENUE SOUTH
    ISELIN, NJ  08830-2700                          See Back for Important Information


                                                    Primary Account: ▇▇▇▇▇▇▇          2
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇▇▇  MONOGRAM CHECKING | | 179,579.87 | 204,335.10 |
| RELATIONSHIP | TOTAL | | 204,335.10 |

# SIGNATURE BANK

```
                                                      Statement Period
                                                      From October   01, 2019
                                                      To   October   31, 2019
                                                      Page     2 of     2

                                                      PRIVATE CLIENT GROUP 161
                                                      565 FIFTH AVENUE
                                                      NEW YORK, NY 10017


        SRC LIQUIDATION LLC                  9-161
        C/O EISNER AMPER LLP
        ATTN: ANTHONY R CALASCIBELLA
        111 WOOD AVENUE SOUTH
        ISELIN, NJ  08830-2700                        See Back for Important Information


                                                Primary Account:                      2


MONOGRAM CHECKING



Summary

    Previous Balance as of October   01, 2019                                 179,579.87
         1 Credits                                                             31,255.23
         2 Debits                                                               6,500.00
    Ending Balance as of   October   31, 2019                                 204,335.10


Deposits and Other Credits
  Oct 07   INCOMING WIRE                                                       31,255.23
           REF#   20191007B6B7261F00126010071304FT03
           FROM: ASK LLP IOLTA               ABA:    121000248
           BANK:

Checks by Serial Number
  Oct 09        2168         1,625.00     Oct 17      2169         4,875.00

Daily Balances
  Sep 30       179,579.87                 Oct 09           209,210.10
  Oct 07       210,835.10                 Oct 17           204,335.10

Rates for this statement period - Overdraft
Oct 31, 2019    14.500000 %
Oct 01, 2019    14.750000 %
```

9:42 AM
11/25/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1367 SIGNATURE OPERATING, Period Ending 11/21/2019

|  | Nov 21, 19 |
|---|---|
| **Beginning Balance** | 204,335.10 |
| **Cleared Balance** | 204,335.10 |
| **Register Balance as of 11/21/2019** | 204,335.10 |
| **Ending Balance** | 204,335.10 |

 **SIGNATURE BANK**

# Activity - Deposit Accounts

Report created: 11/25/2019 09:49:10 AM (ET)
Account: ▓▓▓▓▓▓▓▓ • Checking • SRC LIQUIDATION LLC • Available $204,335.10
Date range: 11/1/2019 to 11/21/2019
Transaction types: All transactions
Detail option: Includes transaction detail

▓▓▓▓▓▓▓▓ • **Checking • SRC LIQUIDATION LLC • Available $204,335.10**

| No items to display |
|---|

9:13 AM
11/14/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 10/31/2019

|  | Oct 31, 19 |
|---|---:|
| **Beginning Balance** | 197,314.31 |
| **Cleared Balance** | 197,314.31 |
| Uncleared Transactions |  |
|     Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | 0.00 |
| **Register Balance as of 10/31/2019** | 197,314.31 |
| **Ending Balance** | 197,314.31 |

# SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From October   01, 2019
                                        To   October   31, 2019
                                        Page      1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


    SRC LIQUIDATION LLC                 8-161
    C/O EISNER AMPER LLP
    ATTN: ANTHONY R CALASCIBELLA
    111 WOOD AVENUE SOUTH
    ISELIN, NJ  08830-2700              See Back for Important Information


                                        Primary Account: ▓▓▓▓▓▓▓        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY" SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM. SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ▓▓▓▓▓▓▓ MONOGRAM CHECKING | | 197,314.31 | 197,314.31 |
| RELATIONSHIP | TOTAL | | 197,314.31 |

**Signature**
**SIGNATURE BANK**

```
                                          Statement Period
                                     From October   01, 2019
                                     To   October   31, 2019
                                     Page      2 of      2

                                     PRIVATE CLIENT GROUP 161
                                     565 FIFTH AVENUE
                                     NEW YORK, NY 10017


     SRC LIQUIDATION LLC                    8-161
     C/O EISNER AMPER LLP
     ATTN: ANTHONY R CALASCIBELLA
     111 WOOD AVENUE SOUTH
     ISELIN, NJ  08830-2700                  See Back for Important Information


                                     Primary Account: ▇▇▇▇▇▇▇         0

MONOGRAM CHECKING          ▇▇▇▇▇▇



Summary

 Previous Balance as of October   01, 2019                      197,314.31

 There was no deposit activity during this statement period

 Ending Balance as of   October   31, 2019                      197,314.31


Rates for this statement period - Overdraft
Oct 31, 2019   14.500000 %
Oct 01, 2019   14.750000 %
```

10:00 AM
11/25/19

# SRC Liquidation LLC
## Reconciliation Summary
### 1480 OPERATING 2, Period Ending 11/21/2019

|  | Nov 21, 19 |
|---|---:|
| **Beginning Balance** | 197,314.31 |
| **Cleared Balance** | 197,314.31 |
| **Uncleared Transactions** | |
|     Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | 0.00 |
| **Register Balance as of 11/21/2019** | 197,314.31 |
| **Ending Balance** | 197,314.31 |



# SIGNATURE BANK

# Activity - Deposit Accounts

Report created: 11/25/2019 10:01:11 AM (ET)
Account: ▇▇▇▇▇▇▇▇ Checking • SRC LIQUIDATION LLC • Available $197,314.31
Date range: 11/1/2019 to 11/21/2019
Transaction types: All transactions
Detail option: Includes transaction detail

▇▇▇▇▇▇▇▇ • Checking • SRC LIQUIDATION LLC • Available $197,314.31

| No items to display |